# PM Highlights from the FY20 NDAA Joint Explanatory Statement

Please refer to accompanying NDAA Conference Report for the text of the Sections referred to.

Note: If the Title of any given provision does not include a Section Number, the provision WAS NOT adopted.

Contents

[ TOC \o "1-3" \h \z \u ]

WASHSTATEC011026

Turkey

Limitation on transfer of F-35 aircraft to Turkey (sec. 1245)

The Senate bill contained provisions (sec. 1236, 6218, and 6236) that would, among other things, place limitations on the transfer of F-35 aircraft to the territory of the Republic of Turkey, provide a waiver to such limitations subject to a certification of certain conditions met by the Government of Turkey, and express the sense of the Senate regarding the Government of Turkey's purchase of the S-400 air defense system.

The House amendment contained similar provisions (sec. 1255 and 1267) that would, among other things, place limitations on the transfer of F-35 aircraft to Turkey, provide a waiver to such limitations subject to a certification of certain conditions met by the Government of Turkey, and express the sense of Congress on Turkey's potential acquisition of the Patriot system from the United States.

The Senate recedes with an amendment that would provide that none of the funds authorized to be appropriated or otherwise made available for the Department of Defense may be used to do the following, and the Department may not otherwise do the following: transfer, facilitate the transfer, or authorize the transfer of, any F-35 aircraft or related support equipment or parts to Turkey; transfer intellectual property,

technical data, or material support necessary for, or related to, any maintenance or support of the F-35 aircraft necessary to establish Turkey's indigenous F-35 capability; or construct a storage facility for, or otherwise facilitate the storage in Turkey of, any F-35 aircraft transferred to Turkey. The amendment would allow the Secretary of Defense, jointly with the Secretary of State, to waive such limitation if the Secretaries submit to the appropriate committees of Congress a written certification that contains a determination by the Secretaries,

and any relevant documentation on which the determination is based, that the Government of Turkey, having previously accepted delivery of the S-400 air and missile defense system from the Russian Federation: no longer possesses the S-400 air and missile defense system or any other equipment, materials, or personnel association with such system; has provided credible assurances that the Government of Turkey will not in the future accept delivery of such system; and has not, since July 31, 2019, purchased or accepted delivery of defense equipment from

the Russian Federation in addition to the S-400 air and missile defense system that would increase the risk of compromising the

capabilities of the F-35 aircraft and its associated systems.

 The amendment would not allow the Secretary of Defense and Secretary of State to waive the limitation until 90 days after the date on which the Secretaries submit the required certification. The amendment would also express the sense of Congress that, among other things, the acceptance of the S-400 air and missile defense system by Turkey constitutes a significant

WASHSTATEC011027

transaction within the meaning of section 231(a) of the Countering Russian Influence in Europe and Eurasia Act of 2017 (Public Law 115-44). The amendment would further express that the President should implement sanctions under section 235 of that Act with respect to any individual or entity determined to have engaged in such significant transaction as if such person were a sanctioned person for purposes of such section. The amendment would also authorize the Secretary of Defense to fly up to six Turkish F-35 aircraft to a storage location in the United States and to induct these aircraft into a long-term storage condition. The amendment would further authorize the Secretary of Defense to expend up to $30.0 million of funds

authorized to be appropriated for fiscal year 2020 for the Department of Defense to conduct activities associated with storage, preservation, and developing a plan for the final disposition of such F-35 aircraft and Turkish F-35 aircraft equipment. The amendment would also require a report and notification of expenditure of funds under specified conditions.

## Limitation on availability of funds for reallocation of Turkish F-35A aircraft to the United States (sec. 163)

The conferees support the removal of the Government of Turkey from the F-35 program due to its purchase of the S-400 Russian air defense system. As such, the conferees would support procurement by the Department of Defense of all F-35A aircraft procured by the Government of Turkey. The conferees also encourage the Secretary of Defense to maximize the procurement quantity of Turkish F-35A aircraft associated with Lots 12, 13, or 14 during fiscal year 2020 using the additional funds authorized in section 4101 of this Act. Additionally, given the significant impact of the sustainment and spare parts deficit currently within the F-35 program, the conferees emphasize the importance of fully funding spare parts, ancillary mission equipment, publications, and technical data required to sustain F-35 aircraft. Therefore, the

conferees recommend a provision that would require the Secretary of Defense to certify that these necessary support equipment items will be procured prior to taking possession of the Turkish F-35A aircraft, and that any Turkish F-35A aircraft will be delivered to the U.S. Air Force in a configuration that allows for integration into the existing Air Force F-35A fleet. Finally, the conferees direct the Secretary of the Air Force, in consultation with the Undersecretary of Defense for Acquisition and Sustainment and the F-35 Program Executive Officer, to submit a report to the congressional defense committees not later than March 1, 2020, that describes the strategy and implementation plan associated with the necessary funding and actions required during each phase to produce, modernize, deliver, field, operate and sustain the Turkish F-35A aircraft authorized to be procured by the Department of Defense elsewhere in this Act.

WASHSTATEC011028

## FIRRMA/DIB

### Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors (sec. 847)

The Senate bill contained a provision (sec. 833) that would require the Secretary of Defense to amend policy and regulation to take steps to enhance the process for assessing and mitigating risks related to foreign ownership, control, or influence (FOCI).

The House amendment contained no similar provision.

The House recedes with technical and clarifying amendments.

The conferees are concerned by the growing threat to the integrity of the defense industrial base from strategic competitors, like the Russian Federation, the People's Republic of China, and their proxies, seeking to gain access to sensitive defense information or technology through contractors or subcontractors. The conferees recognize that there are existing efforts underway to understand and mitigate some of these risks as directed by several pilot programs including section 1048 of the National Defense Authorization Act for Fiscal Year 2019 and

section 1969 of the National Defense Authorization Act for Fiscal Year 2018. The conferees also recognize that the Defense Counterintelligence and Security Agency (DCSA) has transitioned to a new mission and has taken on additional responsibilities despite resource constraints. However, the acquisition community must have greater visibility into all cleared and uncleared potential contractors and subcontractors seeking to do business with the Department. The Department must ensure that contractors and subcontractors do not pose a risk to the security of sensitive data, systems, or processes such as personally identifiable information, cybersecurity, or national security systems.

### Prohibition on operation or procurement of foreign-made unmanned aircraft systems (sec. 848)

The Senate bill contained a provision (sec. 863) that would prohibit the operation or procurement of foreign-made unmanned aircraft systems by the Department of Defense.

The House amendment contained a similar provision (sec. 854, as amended by sec. 899D) that would prohibit the Secretary of Defense from operating or entering into a contract for the procurement of certain unmanned aircraft systems.

The House recedes.

Additionally, the conferees encourage the Secretary of Defense to take such action as necessary to strengthen the domestic production of small unmanned aircraft systems (as defined in section 331 of the FAA Modernization and Reform Act of 2012 (Public Law 112–95; 49 U.S.C. 44802 note)), as described under Presidential Determination No. 2019–13 of June 10, 2019.

## Human Rights in Operations and Training, and CIVCAS

### Policies and procedures for contractors to report gross violations of internationally recognized human rights (sec. 888)

The House amendment contained a provision (sec. 899K) that would require that contractors performing Department of Defense contracts in a foreign country report possible cases of gross violations of internationally recognized human rights and that the Secretary of Defense submit a report to congressional committees describing the policies and procedures in place to obtain information about such violations and the resources needed to investigate.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Department to update its policies, guidance, and regulations to include specific guidance for both Department of Defense employees and contractors for monitoring and reporting alleged violations, and clarify its applicability to contractors performing outside the United States.

### Report on resources to implement the civilian casualty policy of the Department of Defense (sec. 923)

The Senate bill contained a provision (sec. 922) that would require, not later than 30 days after the date of the enactment of this Act, the Secretary of Defense to submit to the congressional defense committee a report on the resources necessary to fulfill the requirements of section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) over the future years defense plan.

The House amendment contained no similar provision.

The House recedes.

### Modification of responsibility for policy on civilian casualty matters (sec. 1282)

The House amendment contained a provision (sec. 1268) that would modify section 1057 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) and section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) relating to civilian casualty matters.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to modify the responsibilities of the senior civilian official of the Department of Defense designated to develop, coordinate, and oversee compliance relating to civilian casualties. The conferees direct the senior designated official to coordinate with other relevant U.S. departments and agencies

with respect to any other matters related to civilian harm resulting from military operations, including assistance provided to civilians impacted or displaced by such operations.

Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities (sec. 1206)

The House amendment contained a provision (sec. 1206) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State, to jointly develop, implement, and submit to the appropriate congressional committees, a plan to provide consistency in administration of section 362 of title 10, United States Code, and section 620M of the Foreign Assistance Act of 1961 (22 U.S.C. 2378d).

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## Security Assistance Authorities

Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia (sec. 1021)

The Senate bill contained a provision (sec.1011) that would amend section 1021 of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108- 375), as most recently amended by section 1011 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115- 91), to modify authorized assistance to the Government of Colombia to address the emergence of new threats.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the organizations with respect to which assistance may be provided under this authority.

Modification of support of special operations to combat terrorism (sec. 1041)

The House amendment contained a provision (sec. 1037) that would amend section 127e of title 10, United States Code, to modify the notification required pursuant to this authority.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## Modification of authority to build capacity of foreign security forces (sec. 1201)

The House amendment contained a provision (sec. 1201) that would modify section 333 of title 10, United States Code, to clarify the eligibility of support for international coalition operations as well as modify the congressional notification requirements for support provided pursuant to such section.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## Gender perspectives and participation by women in security cooperation activities (sec. 1205)

The House amendment contained a provision (sec. 1204) that would modify section 333 of title 10, United States Code, to require the inclusion of gender perspectives and meaningful participation by women.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would encourage, consistent with the Women, Peace, and Security Act of 2017 (Public Law 115-68), the Secretary of Defense, in coordination with the Secretary of State, to incorporate gender perspectives and participation by women in security cooperation activities to the maximum extent practicable.

## Extension of authority for support of special operations for irregular warfare (sec. 1207)

The Senate bill contained a provision (sec. 1201) that would extend for 5 years section 1202 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91).

The House amendment contained a similar provision (sec.1208) that would extend for 3 years section 1202 of the National Defense Authorization Act for Fiscal Year 2018.

The Senate recedes.

## Extension and modification of Commanders' Emergency Response Program and elimination of certain payments to redress injury and loss (sec. 1208)

The Senate bill contained a provision (sec. 1213) that would extend the authorization for the Commanders' Emergency Response Program in Afghanistan through December 31, 2020, and would authorize $5.0 million for use during calendar year 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would authorize $2.5 million for the Commanders' Emergency Response Program, and eliminate the authority for certain payments to redress injury

and loss in Afghanistan, Iraq, Syria, Somalia, Libya, and Yemen, which is addressed elsewhere in this act.

## Two-year extension of program authority for Global Security Contingency Fund (sec. 1209)

The Senate bill contained a provision (sec. 1203) that would amend section 1207 of the National Defense Authorization Act for Fiscal Year 2012 (22 U.S.C. 2151) to extend for 2 years the funding for the Global Security Contingency Fund. The Senate bill contained another provision (sec. 6203) that would add an exception to the funds, allowing amounts appropriated and transferred to the Fund before September 30, 2019, to remain available for obligation and expenditure after that date, but only for programs under subsection (b).

The House amendment contained no similar provision.

The House recedes with a technical amendment.

## Legal institutional capacity building initiative for foreign defense institutions (sec. 1210)

The Senate bill contained a provision (sec. 1205) that would authorize the Secretary of Defense to carry out, consistent with section 332 of title 10, United States Code, a program of legal institutional capacity building with one or more foreign countries to enhance the capacity to organize and administer the legal institutions of such country or countries.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the elements of the authorized initiative as well the annual reporting requirements.

## Department of Defense support for stabilization activities in national security interest of the United States (sec. 1210A)

The Senate bill contained a provision (sec. 1206) that would authorize the Secretary of Defense, with the concurrence of the Secretary of State and in consultation with the Administrator of the United States Agency for International Development, to provide certain support for the stabilization activities of other Federal agencies.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the types and amounts of support authorized to be provided as well as the countries in which such support may be provided.

WASHSTATEC011033

Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria (sec. 1221)

The Senate bill contained a provision (sec. 1222) that would extend the authority to provide assistance to counter the Islamic State of Iraq and Syria under section 1236 of the Carl Levin and Howard P. "Buck" National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) through December 31, 2021, and provide $645 million for use under the authority. Additionally, the section would limit certain funds under this authority until the Secretary of Defense submits a report to the congressional defense committees.

The House amendment contained a provision (sec. 1221) that would provide $663 million for use under the authority, modify existing report requirements, and make clarifying and technical corrections. Additionally, the provision would limit certain funds under this authority until the Secretary of Defense submits a report on the use of the authority and other matters.

The Senate recedes with an amendment that would extend the authority and modify associated reporting requirements.

The conferees note the importance of an all-of-government approach in securing the lasting defeat of the Islamic State of Iraq and Syria, extinguishing the drivers of future insurgency and instability, and advancing U.S. interests in Iraq. The conferees believe that non-military lines of effort must be appropriately resourced and staffed for the U.S. strategy for Iraq to be successful.


Extension and modification of authority to provide assistance to the vetted Syrian groups and individuals (sec. 1222)

The Senate bill contained a provision (sec. 1221) that would modify section 1209 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (FY 2015 NDAA (Public Law 113-291)) by extending the authority to provide assistance to vetted Syrian groups through 2020. The provision would additionally modify the authority to support the temporary detention and repatriation of Islamic State of Iraq and Syria (ISIS) foreign terrorist fighters in accordance with the Laws of Armed Conflict and Geneva Conventions. The provision would also expand certain reporting requirements.

The House amendment contained a provision (sec. 1222) that would extend and modify section 1209 of the FY 2015 NDAA by extending the authority to support vetted Syrian opposition through December 30, 2020.

The Senate recedes with an amendment that would modify the purposes of the authority. Further, the amendment would modify the notification before provision of assistance, the matters to be included in quarterly progress reports, the authority to accept contributions, and the limitation on the cost of construction and repair projects. Finally, the amendment would place a limitation on the obligation of funds pending submission of the first quarterly report.

Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq (sec. 1223)

The Senate bill contained a provision (sec. 1223) that would extend the authorization for the Office of Security Cooperation in Iraq through fiscal year 2020 and would amend the Office's authority to support security cooperation activities in Iraq. The provision would reduce the funds available for this authority from $45.3 million to $30.0 million.

The House amendment contained a similar provision (sec. 1223) that would extend the authority for the Office of Security Cooperation in Iraq through fiscal year 2020. The provision would also limit the amount of authorized funds available to be obligated or expended to not more than 50 percent until the Secretary of Defense certifies that certain reforms are completed.

The Senate recedes with an amendment that would combine the two provisions and make technical edits.

The conferees note the challenges attendant in effective security cooperation and believe the Department should seek to staff security cooperation offices with more foreign area officers, particularly in the U.S. Central Command area of responsibility.

Future years plans and planning transparency for European Deterrence Initiative (sec. 1243)

The Senate bill contained a provision (sec. 1241) that would require the Secretary of Defense, in consultation with the Commander of the United States European Command, to submit to the congressional defense committees a future years plan on activities and resources of the European Deterrence Initiative (EDI) for fiscal year 2020 and not fewer than the 4 succeeding fiscal years.

The House amendment contained a provision (sec. 1252) that would require an annual "Future Years Plan" for EDI as previously required by section 1237(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), and require the Department's budget request materials for EDI to include a display that clearly and concisely communicates to Congress, at an appropriate level of detail, which budget lines constitute EDI.

The House amendment also contained a provision (sec. 1253) that would require a congressional report for each obligation of EDI funds above a threshold of $10.0 million and a report at the end of each fiscal year detailing how EDI funds were spent during the fiscal year in comparison to their intended uses.

The Senate recedes with an amendment that would require the Secretary of Defense to submit to the congressional defense committees a future years plan on activities and resources of EDI for fiscal year 2020 and not fewer than the 4 succeeding fiscal years. The amendment would also require, not later than the date on which the Secretary of Defense submits to Congress the budget request for the Department of Defense for fiscal year 2021 and each fiscal year after thereafter, the Secretary to submit to the congressional defense committees a future years

plan on activities and resources of EDI for such fiscal year and not fewer than the four succeeding fiscal years. The amendment

would also require an annual report on the obligation of EDI funds in a given fiscal year.

## Modification and extension of Ukraine Security Assistance Initiative (sec. 1244)

The Senate bill contained a provision (sec. 1234) that would extend through December 31, 2022, the authority under section 1250 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), as amended by section 1246 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), for the Secretary of Defense, with the concurrence of the Secretary of State, to provide security assistance, including defensive lethal assistance, and intelligence support to military and other

security forces of the Government of Ukraine. The provision would also add coastal defense cruise missiles and anti-ship missiles to the categories of appropriate security assistance and intelligence support. The provision would authorize up to $300.0 million in fiscal year 2020 to provide security assistance to Ukraine, of which $100.0 million would be available only for lethal assistance.

The House amendment contained a similar provision that would authorize $250.0 million for the Ukraine Security Assistance Initiative. The provision would also require concurrence by the Secretary of State in the provision of assistance.

The Senate recedes with an amendment that would authorize $300.0 million for the Ukraine Security Assistance Initiative, of which $50.0 million would be available only for lethal assistance. The amendment would add coastal defense cruise missiles and anti-ship missiles to the categories of appropriate security assistance and intelligence support. The amendment would also require concurrence by the Secretary of State in the provision of assistance and extend the authority to December 31, 2022.

## Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression (sec. 1246)

The Senate bill contained a provision (sec. 1238) that would amend section 1279D of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) by modifying and extending the authority of the Secretary of Defense, with the concurrence of the Secretary of State, to conduct or support a single joint program of the Baltic nations to improve interoperability and build their capacity to deter and resist aggression by the Russian Federation. The provision would modify the authority by: adding command, control, communications, computers, intelligence, surveillance, and reconnaissance equipment to defense articles and

WASHSTATEC011036

services eligible for a joint program; increasing the total amount of assistance that may be provided under the authority to $125.0 million; requiring that

the amount of assistance provided may not exceed the aggregate amount contributed to the joint program by the Baltic nations; and extending the date of termination of the authority to December 31, 2022. The House amendment contained a similar provision (sec. 1260B) that would modify and extend the authority by: adding intelligence, surveillance, and reconnaissance equipment to defense articles and services

eligible for a joint program, increasing the amount of assistance to $125.0 million; extending the date to December 31, 2021; and requiring a report on the use of funding.

The House amendment also contained provisions (secs. 1271-1274) that would establish findings with regard to the Baltic nations; express the sense of the Congress that the United States is committed to the security of the Baltic nations; and require the Secretary of Defense and Secretary of State to jointly conduct an assessment of the military requirements of the Baltic countries to deter and resist aggression by Russia and to submit a report related to such assessment.

The Senate recedes with an amendment that would combine both the Senate and House sections to extend and modify the authority to conduct or support a single joint program of the Baltic nations. The amendment would also require the defense assessment as provided in the House amendment.

### Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises (sec. 1247)

The Senate bill contained a provision (sec. 1235) that would extend through December 31, 2022, the authority provided in section 1251 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), as amended by section 1205 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), for the Secretary of Defense, with the concurrence of the Secretary of State, to provide multilateral or regional training, and pay the incremental expenses of participating in such training, for countries in Eastern Europe

that are signatories to the Partnership for Peace Framework Documents but not members of the North Atlantic Treaty Organization (NATO) or that became NATO members after January 1, 1999.

The House amendment contained no similar provision.

The House recedes with an amendment that would extend the authority for training Eastern European national security forces in the course of multilateral exercises through December 31, 2021. Not later than 180 days after the date of the enactment of this Act, the amendment would

require the Secretary of Defense, in consultation with the Commander of United States European Command, to submit to the congressional defense committees a report on the authority.

### Modification of Indo-Pacific Maritime Security Initiative (sec. 1251)

The House amendment contained a provision (sec. 1241) that would modify the authority for the Indo-Pacific Maritime Security Initiative to include additional elements of assistance and training, require additional information for congressional notifications, mandate an annual report, and incorporate an assessment, monitoring, and evaluation program. The provision would also require a one-time report on the initiative.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would, among other modifications, make clarifying changes to the required annual report on the initiative and strike the requirement for a one-time report. The conferees note that units to receive  assistance under the Indo-Pacific Maritime Security Initiative undergo required "Leahy Law" human rights vetting before such assistance is provided.

### Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds (sec. 1252)

The Senate bill contained a provision (sec. 1252) that would modify section 1263(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) to include as recipient countries for assistance and training under the Indo-Pacific Maritime Security Initiative the following: the Federated States of Micronesia, the Kingdom of Tonga, Papua New Guinea, the Republic of Fiji, the Republic of the Marshall

Islands, the Republic of Palau, the Republic of Vanuatu, and the Solomon Islands.

The House amendment contained a provision (sec. 1250A) that would require a report on the current status of security cooperation and assistance with Pacific Island countries and the feasibility of expanding such cooperation and assistance.

The House recedes with an amendment that would include the following as recipient countries under in the initiative: the Federated States of Micronesia, the Independent State of Samoa, the Kingdom of Tonga, Papua New Guinea, the Republic of Fiji, the Republic of Kiribati, the Republic of the Marshall Islands, the Republic of Nauru, the Republic of Palau, the Republic of Vanuatu, and the Solomon Islands, and Tuvalu. The amendment would also provide that none of the funds authorized to be appropriated for the initiative shall be used to provide

WASHSTATEC011038

training or assistance to the additional recipient countries until the Secretary of Defense, with the concurrence of the Secretary of State, submits to the appropriate congressional committees a report regarding security cooperation and assistance with such countries.

## Reports and briefings on use of military force and support of partner forces (sec. 1285)

The House amendment contained a provision (sec. 1270V) that would require the President not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, to submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a report on specific actions taken pursuant to the Authorization for Use of Military Force (Public Law 107-40; 50 U.S.C. 1541 et seq.) and support for partner forces against those nations or

organizations described in such law, during the preceding 180-day period.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the President not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, to submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a report on actions taken pursuant to the Authorization for Use of Military Force (Public Law 107-40) against those countries or organizations described in such law, as well as any actions taken to command, coordinate, participate in the movement of, or accompany the regular or irregular military forces of any foreign country or government when such forces are engaged in hostilities or in situations where imminent involvement in hostilities is clearly indicated by the circumstances, during the preceding 180-day period.

## Training for participants in professional military education programs

The House amendment contained a provision (sec. 1210) that would require any foreign person participating in professional military education to participate in human rights training.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that every year numerous students from foreign militaries participate in professional military education provided and funded by the United States. These courses should be viewed as a valuable opportunity to foster an appreciation of human rights and the rule of law. The conferees are aware that foreign students in professional military education programs participate in the Department of Defense

Field Studies Program, which includes instruction in human rights and law of war, among other topics. The Secretary of Defense is encouraged to continue providing human rights training as a key component of professional military education.

## Report on relationship between Lebanese armed forces and Hizballah

The House amendment contained a provision (sec. 1270Q) that would require, not later than 90 days after the enactment of this Act, the President to submit a report identifying personnel with influence over the Lebanese Armed Forces who are influenced by Hizballah and describing military activities conducted by the Lebanese Armed Forces to disarm Hizballah.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees within 180 days after the date of the enactment of this Act that, at a minimum, assesses whether Hizballah exerts influence over the Lebanese Armed Forces, describes the nature of the Lebanese Armed Forces' communication and interaction with Hizballah, details U.S. and other international efforts to build the capacity of the Lebanese Armed Forces to provide for the security and stability of Lebanon, and outlines efforts by the Lebanese Armed Forces to maintain accountability for U.S.-provided equipment. The report may contain a classified annex if necessary.

# USML Cats 1-3

## Transfer of certain items included in categories I, II, and III of the United States Munitions List to the Commerce Control List

The House amendment contained a provision (sec. 1050) that would prohibit the President from removing from the United States Munitions List any item that was included in category I, II, or III of the United States Munitions List, as in effect on August 31, 2017.

Senate bill contained no similar provision.

The House recedes.

## Burden Sharing & Agreements

### Report on financial costs of overseas United States military posture and operations

The House amendment contained a provision (sec. 1079) that would require the Secretary of Defense to submit a report to the congressional defense committees on the financial costs of U.S. military posture and operations overseas.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Department of Defense currently provides an annual budget exhibit that describes the country-by-country costs of maintaining overseas posture, which estimated worldwide posture costs of just over $24.0 billion in fiscal year 2019. However, the exhibit excludes considerable costs such as those borne in overseas contingency accounts and does not account for host nation contributions, either cash or in-kind, or contributions from the North Atlantic Treaty Organization (NATO).

Therefore, the conferees direct the Secretary of Defense to submit a comprehensive report with the budget submission, or not later than February 15, 2020, to the congressional defense committees on the actual costs of maintaining the overseas posture and presence of the U.S. Armed Forces in fiscal year 2019. The report should address the financial costs incurred by the United States, as well as financial and in-kind contributions made by host-countries and multilateral organizations like NATO, related to overseas enduring and contingency infrastructure and the presence of permanent and rotational U.S. Armed Forces.

Additionally, the conferees direct the Comptroller General of the United States to review the Department's report to determine whether it accurately captures the full costs of overseas posture and host nation contributions and to submit a report to the congressional defense committees not later than 180 days after the Department's report is submitted to the committees.

### Modifications of authorities relating to acquisition and crossservicing agreements (sec. 1203)

The Senate bill contained a provision (sec. 1282) that would amend section 2342 of title 10, United States Code relating to acquisition and cross-servicing agreements (ACSA). Specifically, the provision would include new requirements for reimbursement for cost of logistic support, supplies, and services pursuant to such section. The provision would also add new requirements for designation of a non-NATO country under

such section by the Secretary of Defense as well as add new oversight and monitoring responsibilities to the Under Secretary of Defense for Policy and to the Director of the Defense Security Cooperation Agency. The provision would also require the Secretary to prescribe regulations regarding ACSA and direct the Comptroller General of the United States to conduct a review of the implementation by the Secretary of such regulations. Lastly, the provision would modify the annual reporting requirements required under such section.

The House amendment contained no similar provision.

The House recedes with an amendment that clarifies the requirements in section 2342 of title 10, United States Code for designation of a non-NATO country under such section by the Secretary of Defense. Further, the amendment adds a requirement for the Secretary to designate an existing senior civilian or military official with primary responsibility for oversight and management of ACSA. Lastly, the provision clarifies the annual reporting requirements required under such section.

## Republic of Korea funded construction projects (sec. 2511)

The Senate bill contained a provision (sec. 2511) that would authorize the Secretary of Defense to accept four military construction projects totaling $542.2 million from the Republic of Korea as in-kind contributions. The House amendment contained a similar provision (sec. 2511).

The Senate recedes.

## Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea (sec. 1254)

The Senate bill contained a provision (sec. 1251) that would prohibit the use of funds authorized to be appropriated by this Act to reduce the total number of members of the Armed Forces in the territory of the Republic of Korea (ROK) below 28,500 until 90 days after the date on which the Secretary of Defense certifies to the congressional defense committees that: such a reduction is in the national security interests of the United States and will not significantly undermine the security of United States allies in the region; such a reduction is commensurate with a reduction in the threat posed to the security of the United States and its allies in the region by the conventional military forces of the Democratic People's Republic of Korea (DPRK); and the Secretary has appropriately consulted with allies of the United States, including the ROK and Japan, regarding such a reduction.

The House amendment contained a similar provision (sec.1243) that would prohibit the use of funds authorized to be appropriated by this Act to reduce the number of members of the Armed Forces serving on Active Duty in the Republic of Korea below 28,500 unless the Secretary of Defense first provides certification to the congressional defense committees that such a reduction is in the national security interest of the United States and will not significantly undermine the security of the United States' allies in the region.

The Senate recedes with an amendment that would prohibit funds authorized to be appropriated by this Act to be used to reduce the total number of members of the Armed Forces serving Active Duty who are deployed to South Korea below 28,500 until 90 days after the date on which the Secretary of Defense certified to the congressional defense committees the following: such a reduction is in the national security interest of the United States and will not significantly undermine the security of United States allies in the region; and the Secretary has

appropriately consulted with allies of the United States, including South Korea and Japan, regarding such a reduction. The conferees recognize that United States military forces deployed on the Korean Peninsula remain vital to deterring, and if necessary, defeating aggression by the Democratic People's Republic of Korea, which continues to threaten the national security interests of the United States and the peace and stability of the Indo-Pacific region through both its conventional forces and weapons of mass destruction. While the conferees support diplomatic efforts to achieve the complete and fully verified denuclearization of the Democratic People's Republic of Korea, the conferees believe the removal of United States military forces from the Korean Peninsula is a nonnegotiable item in such negotiations.

Report on direct, indirect, and burden-sharing contributions of Japan and South Korea (sec. 1255)

The House amendment contained a provision (sec. 1244) that would require the Secretary of Defense to provide a report to the congressional defense committees, Senate Committee on Foreign Relations, and House Committee on Foreign Affairs, not later than March 1, 2020, and March 1, 2021, on the direct, indirect, and burden-sharing contributions of Japan and South Korea to support overseas military installations of the United States and U.S. Armed Forces deployed to or permanently stationed in Japan and South Korea.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that, among other changes clarifying the process of preparing and delivering the aforementioned report, would require the Comptroller General of the United States to provide the report to the congressional committees described.

The conferees note that Japan and the Republic of Korea have made significant contributions to common security, including through direct, indirect, and burden-sharing contributions. Therefore, the conferees believe that upcoming negotiations concerning new Special Measures Agreements with Japan and the Republic of Korea should be conducted in a spirit consistent with prior negotiations on the basis of common interest and mutual respect.

Sense of Senate on the United States-Japan alliance and defense cooperation

The Senate bill contained a provision (sec. 1256) that would express the sense of the Senate concerning the United States-Japan alliance and  opportunities for enhancing defense cooperation.

The House amendment contained no similar provision.

The Senate recedes.

The conferees underscore that the United States-Japan alliance remains the cornerstone of peace and security for a free and open Indo-Pacific region. The conferees also recognize that the

Government of Japan has made among the most significant "burden sharing" contributions of any United States ally, including through direct cost sharing, paying for the realignment of United States forces currently stationed in Okinawa, community support, and other alliance-related expenditures.

## Gulf Arms Sales

### Prohibition on export of air to ground munitions, related components and parts of such munitions, and related services to Saudi Arabia and the United Arab Emirates

The House amendment contained a provision (sec. 1099X) that would prohibit, for the one-year period beginning on the date of the enactment of this Act, the President from issuing any license, and require the President to suspend any license or other approval for the export to the Government of Saudi Arabia or the Government of the United Arab Emirates any air to ground munitions, components, or related services.

The Senate bill contained no similar provision.

The House recedes.

### Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen
(sec. 1273)

The House amendment contained a provision (sec. 1270N) that would prohibit, for the two-year period beginning on the date of the enactment of this Act, in-flight fueling by the Department of Defense to non-United States aircraft engaged in hostilities in the ongoing civil war in Yemen unless and until a declaration of war or a specific statutory authorization has been enacted.

The Senate bill contained no similar provision.

The Senate recedes.

### Report on Saudi led coalition strikes in Yemen (sec. 1274)

The House amendment contained a provision (sec. 1270M) that would require, not later than 90 days after the enactment of this Act and annually thereafter, the Secretary of Defense, in consultation with the Secretary of State, to submit a report detailing the number of civilian casualties caused by the Saudiled coalition in Yemen, including an assessment of the coalition members' willingness and ability to prevent civilian casualties.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen (sec. 1275)

The Senate bill contained a provision (sec. 1288) that would mandate a report detailing the expenses incurred by the United States in providing in-flight refueling services for Saudi or Saudi-led coalition non-United States aircraft conducting missions as part of the civil war in Yemen from March 1, 2015, to November 11, 2018, and the extent to which such expenses have been reimbursed by members of the Saudi-led

coalition.

The House amendment contained no similar provision.

The House recedes.

Report on Saudi Arabia's human rights record (sec. 1276)

The House amendment contained a provision (sec. 1296B) that would require not later than 30 days after the enactment of this Act, the Secretary of State, in accordance with section 502B(c) of the Foreign Assistance Act of 1961 (22 U.S.C. 2304(c)), to submit to the appropriate congressional committees a report on the protection of human rights within Saudi Arabia.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi (sec. 1277) The House amendment contained a provision (sec. 1296) that would require, not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence to submit a report to the appropriate congressional committees detailing intelligence findings regarding the October 2018 killing of Saudi columnist Jamal Khashoggi.

The Senate bill contained no similar provision.

The Senate recedes.

Restriction on emergency authority relating to arms sales under the Arms Export Control Act

The House amendment contained a provision (sec. 1270) that would amend section 36 of the Arms Export Control Act (22 U.S.C. 2776) by modifying a restriction on emergency authority requiring the President to consult with appropriate congressional committees not later than 3 days after the determination and submit further certifications to Congress. The modifications would also require the delivery of defense

WASHSTATEC011045

articles within 90 days of the issuance of the emergency determination and the submittal of a report to Congress not later than 30 days after the delivery of defense articles. Further, the waiver of congressional review would not apply to begin manufacturing or co-production of articles outside the United States.

The Senate bill contained no similar provision.

The House recedes.

### Prohibition on the use of emergency authorities for the sale or transfer of defense articles and services to Saudi Arabia and the United Arab Emirates

The House amendment contained a provision (sec. 1270G) that would prohibit the use of funds authorized to be appropriated or otherwise made available by this or any other Act to process a commercial or foreign military sale, or to transfer, deliver, or facilitate the transfer or delivery, of any defense article or service to Saudi Arabia or the United Arab Emirates pursuant to any certification of emergency circumstances submitted in accordance with section 36(b) of the Armed Export Control Act (22 U.S.C. 2776(b)).

The Senate bill contained no similar provision.

The House recedes.

### Prohibition on support for military participation against the Houthis

The House amendment contained a provision (sec. 1270H) that would prohibit the use of funds authorized or otherwise made available by this Act to provide intelligence for the purpose of strikes or logistical support for coalition strikes to the Saudi-led coalitions operations against the Houthis in Yemen.

The Senate bill contained no similar provision.

The House recedes.

## Miscellaneous

### Repeal of Authorization for the Use of Military Force

The House amendment contained a provision (sec. 1270W) that would repeal the Authorization for Use of Military Force Against Iraq Resolution of 2002 (Public Law 107-243; 50 U.S.C. 1541 note).

The Senate bill contained no similar provision.

The House recedes.

United States-Israel cooperation to counter unmanned aerial systems (sec. 1278)

The Senate bill contained a provision (sec. 1284) that would authorize the Secretary of Defense to carry out joint research, development, test, and evaluation to establish capabilities for countering unmanned aerial systems (C-UAS) that threaten the United States or Israel.

The House amendment contained no similar provision.

The House recedes.

North Atlantic Treaty Organization Joint Force Command (sec. 1249)

The Senate bill contained a provision (sec. 6213) that would authorize the establishment of, and participation of members of the armed forces in, the North Atlantic Treaty Organization Joint Force Command, including the use of Department of Defense facilities and equipment as well as funds authorized to be appropriated to the Department of Defense for fiscal year 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would make available amounts authorized to be appropriated to the Department of Defense to support the North Atlantic Treaty Organization Joint Force Command to be established in the United States.

Repeal of prohibition on transfer of articles on the United States Munitions List to the Republic of Cyprus (sec. 1250A)

The Senate bill contained a provision (sec. 6204) that would, among other things, make a series of changes to allow for the export, re-export, and the transfer of defense articles and defense services, including those subject to the United States Munitions List, to the Republic of Cyprus if the President determines and certifies to the appropriate congressional committees not less than annually that: the Government of the Republic of Cyprus is continuing to cooperate with the United States Government in efforts to implement reforms on anti-money laundering regulations and financial regulatory oversight; and the Government of the Republic of Cyprus has made and is continuing to take the steps necessary to deny Russian military vessels access to ports for refueling and servicing.

The House amendment contained a similar provision (sec. 1270I).

The House recedes with an amendment that would express the sense of Congress that: allowing for the export, re-export or transfer of arms subject to the United States Munitions List to the Republic of Cyprus would advance United States security interests in Europe by helping to reduce the dependence of the Government of the Republic of Cyprus on other countries, including countries that pose challenges to United States interests around the world, for defense-

related materiel; and it is in the interest of the United States to continue to support United Nations-facilitated efforts toward a comprehensive solution to the division of Cyprus.

Report on security cooperation with the Philippine National Police (sec. 1259)
The House amendment contained a provision (sec. 1245) that would require the Secretary of Defense, in consultation with the Secretary of State, to provide a report to the congressional defense committees, Senate Committee on Foreign Relations, and House Committee on Foreign Affairs, not later than 120 days after the date of the enactment of this Act on the Department of Defense's objectives and strategy for achieving such objectives for the Philippines.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require, not later than 150 days after the date of the enactment of this Act, the Secretary of Defense, in concurrence with the Secretary of State, to submit to the appropriate congressional committees a report concerning security sector assistance programs with the Philippine National Police.

Report on foreign military activities in Pacific Island countries (sec. 1260A)
The House amendment contained a provision (sec. 1250B) that would require, not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence, in coordination with the Director of the Defense Intelligence Agency and the Director of National Intelligence, to submit to the congressional defense committees a report concerning foreign military activities in Pacific Island

countries. The Senate bill contained no similar provision. The Senate recedes.

Report on export of certain satellites to entities with certain beneficial ownership status (sec. 1283)
The Senate bill contained a provision (sec. 6207) that would require a report on addressing the threat posed by the export, reexport, or in-country transfer of certain satellites to certain entities.

The House amendment contained no similar provision.

The House recedes with a technical/clarifying amendment.

WASHSTATEC011048

## Russia/China

### Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region (sec. 1238)

The Senate bill contained a provision (sec. 6214) that would require not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, to submit to the appropriate congressional committees a report on the activities of the Russian Federation and the People's Republic of China in the Arctic region.

The House amendment contained no similar provision.

The House recedes with an amendment containing technical clarifications.

### Updated strategy to counter the threat of malign influence by the Russian Federation and other countries (sec. 1239)

The Senate bill contained a provision (sec. 6216) that would require the Secretary of Defense and the Secretary of State to jointly update the comprehensive strategy to counter the threat of malign influence developed pursuant to section 1239A of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91; 131 Stat. 1667) and to submit a report detailing the updated strategy to the appropriate congressional committees not later than 180 days after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

### Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty (sec. 1242)

The Senate bill contained a provision (sec. 1232) that would prohibit funds authorized to be appropriated by this Act to be obligated, expended, or reprogrammed for the withdrawal of the United States Armed Forces from Europe during the 1-year period beginning on the date that the President should ever provide notice of withdrawal of the United States from the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949, pursuant to Article 13 of the treaty.

The House amendment contained a similar provision (sec. 1260A) that would make a series of findings related to the North Atlantic Treaty Organization (NATO), state the policy of the United States with respect to NATO, and prohibit funds authorized to be appropriated, obligated, or expended to take any action to withdraw the United States from the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949.

The Senate recedes with an amendment that would provide that, notwithstanding any other provision of law, no funds may be obligated, expended, or otherwise made available during the

WASHSTATEC011049

period beginning on the date of enactment of this Act and ending on December 31, 2020, to take any action to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949. The conferees strongly support membership in NATO, the most successful military alliance in history, as a cornerstone of the security and national defense of the United States. The conferees affirm the ironclad commitment of the United States to uphold its obligations under the North Atlantic Treaty, including under Article 5 of such treaty. Therefore, the conferees oppose in the strongest possible terms any action to effectuate withdrawal of the United States from NATO, including suspension, termination, or denunciation of the North Atlantic Treaty.

## FMS

### Review and report on use and management of administrative surcharges under the foreign military sales program

The House amendment contained a provision (sec. 1283) that would require the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, to review

options for expanding the use of administrative surcharges under the foreign military sales program. The provision would also require, not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, submit a report on the findings of the review and any legislative changes

needed.

The Senate bill contained no similar provision.

The House recedes.

## Certification relating to assistance for Guatemala (sec. 1267)

The House amendment contained a provision (sec. 1270S) that would prohibit the use of funds authorized to be appropriated or otherwise made available to transfer or purchase vehicles for any joint task force including the Ministry of Defense or the Ministry of the Interior of Guatemala unless the Secretary of Defense certifies that such ministries have made a credible commitment to use such equipment solely for the purposes intended.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require that prior to the transfer of vehicles by the Department of Defense to a joint task force of the Ministry of Defense or the Ministry of Interior of Guatemala during fiscal year 2020, the Secretary of Defense must certify to the appropriate congressional committees that such ministries have made a credible commitment to use such equipment only for the uses for which they were intended.

## Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm (sec. 1269)

The House amendment contained a provision (sec. 1270E) that would require, not later than 180 days after the date of the enactment of this Act, the President to submit to the appropriate congressional committees a report on plans to assist the Nigerian military in improving its efforts to prevent, mitigate, and respond to civilian harm arising from its military presence and operations. The provision would also require the President to provide annual updates on progress made with respect to the plan contained in such report.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require  not later than 180 days after the date of enactment of this Act the Secretary of Defense and the Secretary of State to jointly provide a briefing to specified congressional committees on the current strategy to improve defense institutions and security sector forces in Nigeria. The conferees expect the briefing to discuss

steps, if any, that the Departments are taking to increase the ability of the Nigerian military to minimize civilian harm when using equipment provided by the United States, to include the A-29 Super Tucano and related munitions.

Performance measures to monitor foreign military sales program

The House amendment contained a provision (sec. 1284) that would direct the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency (DSCA) and in consultation with the heads of other relevant components of the Department of Defense (DOD), to enhance the ability of the DOD to monitor the foreign military sales program. The provision would also require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Director of the DSCA, to submit a report on plans to

enhance the ability of DOD to monitor foreign military sales program performance. The provision would then direct the Comptroller General to provide a briefing on that report within 180 days of its submission.

The Senate bill contained no similar provision.

The House recedes.

Report and briefing on administrative budgeting of foreign military sales program

The House amendment contained a provision (sec. 1285) that would require, not later than one year after the date of the enactment of this Act, the Comptroller General of the United States to brief the congressional defense committees and submit a report on the methodology used by the Department of Defense to determine future-year needs for administrative surcharges under the foreign military sales program.

The Senate bill contained no similar provision.

The House recedes.

Training program for relevant officials and staff of the Defense Security Cooperation Agency

The House amendment contained a provision (sec. 1286) that would direct the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, to establish and implement a training program for specified officials and staff related to the foreign military sales program.

The Senate bill contained no similar provision.

The House recedes.

WASHSTATEC011053

Message

| | |
|---|---|
| **From:** | Khawam, Joseph N [KhawamJN@state.gov] |
| **Sent:** | 12/10/2019 1:55:03 PM |
| **To:** | Abraham, Liz (LAbraham@doc.gov) [LAbraham@doc.gov] |
| **Subject:** | FW: PM Highlights in the FY20 NDAA |
| **Attachments:** | PM NDAA SUMMARY.docx; CRPT-116hrpt333.pdf |

FYI

*Transfer of certain items included in categories I, II, and III of the United States Munitions List to the Commerce Control List*
The House amendment contained a provision (sec. 1050) that would prohibit the President from removing from the United States Munitions List any item that was included in category I, II, or III of the United States Munitions List, as in effect on August 31, 2017.
Senate bill contained no similar provision.
The House recedes.

Joseph N. Khawam
Office of the Legal Adviser (L/PM)

---

SENSITIVE BUT UNCLASSIFIED

**From:** Paul, Joshua M <PaulJM@state.gov>
**Sent:** Tuesday, December 10, 2019 8:49 AM
**To:** PM-All-Users <PM-All-Users@state.gov>
**Cc:** Goulding, Tamara D <GouldingTD@state.gov>
**Subject:** PM Highlights in the FY20 NDAA

---

**Josh Paul**
Director, Congressional & Public Affairs
Bureau of Political-Military Affairs (PM/CPA)
U.S. Department of State

☎ Phone:   202.647.7878 | ☏   BlackBerry: ███████   📠 Fax: 202.647.4055
✉ e-mail:   *PaulJM@State.Gov* | 🖵   Web: *www.state.gov/t/pm/*

🐦 http://twitter.com/StateDeptPM

Stay connected with *State.gov*:



SENSITIVE BUT UNCLASSIFIED

WASHSTATEC011054

| 116TH CONGRESS<br>*1st Session* | HOUSE OF REPRESENTATIVES | REPORT<br>116–xxx |
|---|---|---|

# NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020

_____

## CONFERENCE REPORT

TO ACCOMPANY

## S. 1790



DECEMBER XX, 2019.—Ordered to be printed

WASHSTATEC011055

NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020

WASHSTATEC011056

| 116TH CONGRESS<br>*1st Session* | HOUSE OF REPRESENTATIVES | REPORT<br>116–xxx |
| --- | --- | --- |

# NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020

## CONFERENCE REPORT

TO ACCOMPANY

## S. 1790



DECEMBER XX, 2019.—Ordered to be printed

U.S. GOVERNMENT PUBLISHING OFFICE

38–396                     WASHINGTON : 2019

WASHSTATEC011057

WASHSTATEC011058

# C O N T E N T S

CONFERENCE REPORT .................................................................................... 0000
   JOINT EXPLANATORY STATEMENT OF THE COMMITTEE OF
     CONFERENCE ...................................................................................... 0000
      Compliance with rules of the House of Representatives and Senate
        regarding earmarks and congressionally directed spending items .... 0000
      Summary of discretionary authorizations and budget authority impli-
        cation ............................................................................................... 0000
      Budgetary effects of this Act (sec. 4) ................................................ 0000
DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS ................. 0000
TITLE I—PROCUREMENT .............................................................................. 0000
   Budget Items ................................................................................................. 0000
     Columbia-class submarine advance procurement ................................. 0000
     Virginia-class submarine procurement and advance procurement ....... 0000
   Subtitle A—Authorization of Appropriations ............................................. 0000
     Authorization of appropriations (sec. 101) ............................................ 0000
   Subtitle B—Army Programs ......................................................................... 0000
     Authority of the Secretary of the Army to waive certain limitations
       related to the Distributed Common Ground System—Army Incre-
       ment 1 (sec. 111) ............................................................................... 0000
   Subtitle C—Navy Programs ......................................................................... 0000
     Ford-class aircraft carrier cost limitation baselines (sec. 121) ............. 0000
     Modification of annual report on cost targets for certain aircraft
       carriers (sec. 122) ............................................................................. 0000
     Refueling and complex overhauls of the U.S.S. John C. Stennis and
       U.S.S. Harry S. Truman (sec. 123) ................................................. 0000
     Ford class aircraft carrier support for F–35C aircraft (sec. 124) ......... 0000
     Prohibition on use of funds for reduction of aircraft carrier force
       structure (sec. 125) .......................................................................... 0000
     Modification of prohibition on availability of funds for Navy water-
       borne security barriers (sec. 126) .................................................... 0000
     LHA Replacement Amphibious Assault Ship Program (sec. 127) ......... 0000
     Strategic sealift fleet vessel (sec. 128) ................................................. 0000
     Design and construction of amphibious transport dock designated
       LPD–31 (sec. 129) ............................................................................. 0000
     Limitation on availability of funds for the Littoral Combat Ship
       (sec. 130) ........................................................................................... 0000
     Limitation on the next new class of Navy large surface combatants
       (sec. 131) ........................................................................................... 0000
     Limitation on availability of funds pending quarterly updates on
       the CH–53K King Stallion helicopter program (sec. 132) .................. 0000
     Limitation on availability of funds for VH–92A helicopter (sec. 133) ... 0000
     Report on carrier wing and aviation combat element composition
       (sec. 134) ........................................................................................... 0000
   Subtitle D—Air Force Programs .................................................................. 0000
     Modification of requirement to preserve certain C–5 aircraft (sec.
       141) ................................................................................................... 0000
     OC–135B aircraft recapitalization program (sec. 142) .......................... 0000
     Requirement to align Air Force aviation force structure with National
       Defense Strategy (sec. 143) .............................................................. 0000
     Prohibition on availability of funds for reduction in KC–10 primary
       mission aircraft inventory (sec. 144) ................................................ 0000
     Limitation on availability of funds for F–15EX aircraft program (sec.
       145) ................................................................................................... 0000
     Limitation on availability of funds for VC–25B aircraft (sec. 146) ....... 0000
     Limitation on availability of funds for RC–26B aircraft (sec. 147) ....... 0000

WASHSTATEC011059

IV

Page

TITLE I—PROCUREMENT—Continued
    Subtitle D—Air Force Programs—Continued
        Limitation on availability of funds for retirement of RC–135 aircraft
           (sec. 148) ...................................................................................... 0000
        Air Force aggressor squadron modernization (sec. 149) ..................... 0000
        Air Force plan for Combat Rescue Helicopter fielding (sec. 150) ......... 0000
        Report on feasibility of multiyear contract for procurement of
           JASSM–ER missiles (sec. 151) ...................................................... 0000
        Report on aircraft fleet of the Civil Air Patrol (sec. 152) ................... 0000
        Sense of Congress on the light attack aircraft initiative of the Air
           Force (sec. 153) ........................................................................... 0000
    Subtitle E—Defense-Wide, Joint, and Multiservice Matters ...................... 0000
        Economic order quantity contracting and buy-to-budget acquisition
           for F–35 aircraft program (sec. 161) ........................................... 0000
        Relief from contractors for failure to deliver ready-for-issue spare
           parts for the F–35 aircraft program (sec. 162) ........................... 0000
        Limitation on availability of funds for reallocation of Turkish F–
           35A aircraft to the United States (sec. 163) ............................... 0000
        Requirement to establish the use of an Agile DevOps software devel-
           opment solution as an alternative for Joint Strike Fighter Auto-
           nomic Logistics Information System (sec. 164) ........................... 0000
        F–35 sustainment cost (sec. 165) ........................................................ 0000
        Reports on the progress and performance of the F–35 aircraft pro-
           gram (sec. 166) ............................................................................. 0000
        Other reports on F–35 aircraft program (sec. 167) .............................. 0000
        Limitation on availability of funds for communications systems lack-
           ing certain resiliency features (sec. 168) ..................................... 0000
        Repeal of tactical unmanned vehicle common data link requirement
           (sec. 169) ...................................................................................... 0000
    Legislative Provisions Not Adopted ............................................................ 0000
        Sense of Senate on Army's approach to capability drops 1 and 2
           of the Distributed Common Ground System—Army program ......... 0000
        Report on plans to support and maintain aircraft at Marine Corps
           air stations ................................................................................... 0000
        Capabilities based assessment for naval vessels that carry fixed-
           wing aircraft ................................................................................. 0000
        Modification of limitation on use of funds for KC–46A aircraft ........... 0000
        Increase in funding for RC–135 aircraft mission training systems ...... 0000
TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION .......... 0000
    Subtitle A—Authorization of Appropriations ............................................. 0000
        Authorization of appropriations (sec. 201) .......................................... 0000
    Subtitle B—Program Requirements, Restrictions, and Limitations ............. 0000
        Program on enhancement of preparation of dependents of members
           of Armed Forces for careers in science, technology, engineering,
           and mathematics (sec. 211) ......................................................... 0000
        Updates to the Department of Defense personnel management au-
           thority to attract experts in science and engineering (sec. 212) ........ 0000
        Establishment of joint reserve detachment of the Defense Innovation
           Unit (sec. 213) ............................................................................. 0000
        Research and educational programs and activities for Historically
           Black Colleges and Universities and Minority-Serving Institutions
           of Higher Education (sec. 214) ..................................................... 0000
        Modification of authority for prizes for advanced technology achieve-
           ments (sec. 215) ........................................................................... 0000
        Joint hypersonics transition office (sec. 216) ...................................... 0000
        Modification of proof of concept commercialization program (sec. 217) .... 0000
        Modification of authority and addition of technology areas for expe-
           dited access to technical talent (sec. 218) .................................... 0000
        Expansion of coordination in support of national security innovation
           and entrepreneurial education (sec. 219) ..................................... 0000
        Modification of defense quantum information science and technology
           research and development program (sec. 220) ............................... 0000
        Understanding of investments in artificial intelligence and develop-
           ment of capabilities by adversaries (sec. 221) ............................. 0000
        Advisory role of JASON scientific advisory group (sec. 222) ................ 0000
        Direct Air Capture and Blue Carbon Removal Technology Program
           (sec. 223) ...................................................................................... 0000

V

Page

TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION—Continued

Subtitle B—Program Requirements, Restrictions, and Limitations—Continued

Requiring defense microelectronics products and services meet trusted supply chain and operational security standards (sec. 224) ......... 0000

Development and acquisition strategy to procure secure, low probability of detection data link network capability (sec. 225) ............... 0000

Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure (sec. 226) ................................................................ 0000

Administration of manufacturing innovation institutes funded by the Department of Defense (sec. 227) ............................................. 0000

Research program on foreign malign influence operations (sec. 228) ... 0000

Diversification of the research and engineering workforce of the Department of Defense (sec. 229) .................................................. 0000

Policy on the talent management of digital expertise and software professionals (sec. 230) ......................................................... 0000

Digital engineering capability to automate testing and evaluation (sec. 231) ............................................................................. 0000

Process to align policy formulation and emerging technology development (sec. 232) ................................................................... 0000

Improvement of the Strategic Capabilities Office of the Department of Defense (sec. 233) .............................................................. 0000

Pilot program on enhanced civics education (sec. 234) ..................... 0000

Technology and national security fellowship (sec. 235) .................... 0000

Documentation relating to the Advanced Battle Management System (sec. 236) ............................................................................. 0000

Sensor data integration for fifth generation aircraft (sec. 237) ........... 0000

Sense of Congress on future vertical lift technologies (sec. 238) .......... 0000

Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement (sec. 239) ............................ 0000

Limitation and report on Indirect Fire Protection Capability Increment 2 capability (sec. 240) .................................................... 0000

Subtitle C—Plans, Reports, and Other Matters ..................................... 0000

Master plan for implementation of authorities relating to science and technology reinvention laboratories (sec. 251) ...................... 0000

Infrastructure to support research, development, test, and evaluation missions (sec. 252) ................................................................ 0000

Energetics plan (sec. 253) ........................................................... 0000

Strategy and implementation plan for fifth generation information and communications technologies (sec. 254) .............................. 0000

Department-wide software science and technology strategy (sec. 255) 0000

Artificial intelligence education strategy (sec. 256) ......................... 0000

Cyber science and technology activities roadmap and reports (sec. 257) ..................................................................................... 0000

Report on B–52 commercial engine replacement program (sec. 258) ... 0000

Commercial edge computing technologies and best practices for Department of Defense warfighting systems (sec. 259) ...................... 0000

Biannual report on the Joint Artificial Intelligence Center (sec. 260) . 0000

Quarterly updates on the Optionally Manned Fighting Vehicle program (sec. 261) ...................................................................... 0000

National Study on Defense Research at Historically Black Colleges and Universities and Other Minority Institutions (sec. 262) ............ 0000

Study on national security emerging biotechnologies for the Department of Defense (sec. 263) .................................................... 0000

Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office (sec. 264) ............................ 0000

Independent assessment of electronic warfare plans and programs (sec. 265) ............................................................................. 0000

Technical correction to Global Research Watch Program (sec. 266) ..... 0000

Legislative Provisions Not Adopted ................................................... 0000

Electromagnetic spectrum sharing research and development program ..................................................................................... 0000

Report on modernization of information technology and infrastructure for electromagnetic spectrum management (sec. 261) ............... 0000

VI

Page

TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION—Continued

Legislative Provisions Not Adopted—Continued

Sense of Congress on the importance of continued coordination of studies and analysis research of the Department of Defense ........... 0000
Musculoskeletal injury prevention research ........................................... 0000
STEM jobs action plan ................................................................................ 0000
Briefing on cooperative defense technology programs and risks of technology transfer to China or Russia ............................................ 0000
Increase in funding for basic operational medical research science ..... 0000
Funding for the Sea-Launched Cruise Missile-Nuclear analysis of alternatives ........................................................................................... 0000
Increase in funding for university research initiatives .......................... 0000
Review and assessment pertaining to transition of Department of Defense-originated dual-use technology .................................................. 0000
Quantum Information Science Innovation Center ................................... 0000
Increase in funding for Naval University Research Initiatives ............. 0000
Increase in funding for university and industry research centers ........ 0000
Increase in funding for national security innovation capital ................ 0000
Increase in funding for Air Force University Research Initiatives ....... 0000
Increase in funding for Naval University Research Initiatives ............. 0000
Independent study on threats to United States national security from development of hypersonic weapons by foreign nations ..................... 0000
Report on innovation investments and management ............................... 0000
Increase in funding for Army University Research Initiatives ............. 0000
Funding for anti-tamper heterogenous integrated microelectronics ..... 0000
Briefing on use of blockchain technology for defense purposes ............. 0000
Efforts to counter manipulated media content ...................................... 0000
Additional amounts for research, development, test, and evaluation ... 0000
Briefing on explainable artificial intelligence ...................................... 0000

TITLE III—OPERATION AND MAINTENANCE .................................................. 0000

Subtitle A—Authorization of Appropriations ........................................... 0000
Authorization of appropriations (sec. 301) ................................................ 0000
Subtitle B—Energy and Environment ......................................................... 0000
Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness (sec. 311) ........................................................................................ 0000
Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness (sec. 312) ........................................................................................ 0000
Use of proceeds from sale of recyclable materials (sec. 313) ................. 0000
Disposal of recyclable materials (sec. 314) .............................................. 0000
Department of Defense improvement of previously conveyed utility systems serving military installations (sec. 315) ............................... 0000
Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard (sec. 316) .......................................................................................... 0000
Use of operational energy cost savings of Department of Defense (sec. 317) ...................................................................................................... 0000
Sale of electricity from alternate energy and cogeneration production facilities (sec. 318) .................................................................................... 0000
Energy resilience programs and activities (sec. 319) ............................. 0000
Technical and grammatical corrections and repeal of obsolete provisions relating to energy (sec. 320) ........................................................ 0000
Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry (sec. 321) ................................................................................. 0000
Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent (sec. 322) .......................................................... 0000
Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations (sec. 323) ........................................ 0000
Prohibition on use of fluorinated aqueous film forming foam for training exercises (sec. 324) ............................................................................. 0000
Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate (sec. 325) ......................................................... 0000

WASHSTATEC011062

VII

Page

TITLE III—OPERATION AND MAINTENANCE—Continued
  Subtitle B—Energy and Environment—Continued
    Development of extreme weather vulnerability and risk assessment
      tool (sec. 326) ........................................................................................ 0000
    Removal of barriers that discourage investments to increase military
      installation resilience (sec. 327) ...................................................... 0000
    Budgeting of Department of Defense relating to extreme weather
      (sec. 328) ................................................................................................ 0000
    Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Sub-
      stances in Meals Ready-to-Eat Food Packaging (sec. 329) ................ 0000
    Disposal of materials containing per- and polyfluoroalkyl substances
      or aqueous film-forming foam (sec. 330) ........................................... 0000
    Agreements to share monitoring data relating to perfluoroalkyl and
      polyfluoroalkyl substances and other contaminants of concern (sec.
      331) .......................................................................................................... 0000
    Cooperative agreements with States to address contamination by
      perfluoroalkyl and polyfluoroalkyl substances (sec. 332) ................ 0000
    Plan to phase out use of burn pits (sec. 333) ......................................... 0000
    Information relating to locations of burn pit use (sec. 334) ................ 0000
    Data quality review of radium testing conducted at certain locations
      of the Department of the Navy (sec. 335) ......................................... 0000
    Reimbursement of Environmental Protection Agency for certain costs
      in connection with the Twin Cities Army Ammunition Plant, Min-
      nesota (sec. 336) .................................................................................... 0000
    Pilot program for availability of working-capital funds for increased
      combat capability through energy optimization (sec. 337) ................ 0000
    Report on efforts to reduce high energy intensity at military installa-
      tions (sec. 338) ...................................................................................... 0000
  Subtitle C—Treatment of Contaminated Water Near Military Installa-
    tions ................................................................................................................ 0000
    Treatment of contaminated water near military installations (secs.
      341–345) .................................................................................................. 0000
  Subtitle D—Logistics and Sustainment ......................................................... 0000
    Materiel readiness metrics and objectives (sec. 351) ............................. 0000
    Clarification of authority regarding use of working capital funds for
      unspecified minor military construction projects related to revital-
      ization and recapitalization of defense industrial base facilities (sec.
      352) .......................................................................................................... 0000
    Modification to limitation on length of overseas forward deployment
      of naval vessels (sec. 353) .................................................................... 0000
    Extension of temporary installation reutilization authority for arse-
      nals, depots, and plants (sec. 354) ...................................................... 0000
    F–35 Joint Strike Fighter sustainment (sec. 355) ................................. 0000
    Report on strategic policy for prepositioned materiel and equipment
      (sec. 356) ................................................................................................ 0000
    Pilot program to train skilled technicians in critical shipbuilding
      skills (sec. 357) ...................................................................................... 0000
    Requirement for military department inter-service depot mainte-
      nance (sec. 358) ...................................................................................... 0000
    Strategy to improve infrastructure of certain depots of the Depart-
      ment of Defense (sec. 359) .................................................................... 0000
  Subtitle E—Reports ........................................................................................... 0000
    Readiness reporting (sec. 361) ................................................................... 0000
    Technical correction to deadline for transition to Defense Readiness
      Reporting System Strategic (sec. 362) ............................................... 0000
    Report on Navy ship depot maintenance budget (sec. 363) ................ 0000
    Report on Runit Dome (sec. 364) ............................................................. 0000
    Prohibition on subjective upgrades by commanders of unit ratings
      in monthly readiness reporting on military units (sec. 365) ............ 0000
    Requirement to include foreign language proficiency in readiness re-
      porting systems of Department of Defense (sec. 366) ..................... 0000
  Subtitle F—Other Matters .............................................................................. 0000
    Prevention of encroachment on military training routes and military
      operation areas (sec. 371) .................................................................... 0000
    Expansion and enhancement of authorities on transfer and adoption
      of military animals (sec. 372) .............................................................. 0000

VIII

Page

TITLE III—OPERATION AND MAINTENANCE—Continued
  Subtitle F—Other Matters—Continued
    Extension of authority for Secretary of Defense to use Department
      of Defense reimbursement rate for transportation services provided
      to certain non-Department of Defense entities (sec. 373) .................... 0000
    Extension of authority of Secretary of Transportation to issue non-
      premium aviation insurance (sec. 374) ........................................ 0000
    Defense personal property program (sec. 375) ................................... 0000
    Public events about Red Hill Bulk Fuel Storage Facility (sec. 376) ..... 0000
    Sense of Congress regarding Innovative Readiness Training program
      (sec. 377) ............................................................................ 0000
    Detonation chambers for explosive ordnance disposal (sec. 378) ......... 0000
  Legislative Provisions Not Adopted ...................................................... 0000
    Funding for Army Community Services ............................................... 0000
    Increase in funding for civil military programs ................................. 0000
    Authority to make final finding on designation of geographic areas
      of concern for purposes of energy projects with adverse impacts
      on military operations and readiness .............................................. 0000
    Native American Indian lands environmental mitigation program ...... 0000
    Offshore energy development ............................................................. 0000
    Comptroller General report on environmental cleanup of Vieques
      and Culebra, Puerto Rico ............................................................... 0000
    Comptroller General study on PFAS contamination ............................. 0000
    Prohibition on use of perfluoroalkyl substances and polyfluoroalkyl
      substances for land-based applications of firefighting foam ............. 0000
    Study on energy savings performance contracts ................................. 0000
    Findings, purpose, and apology ......................................................... 0000
    Limitation on use of funds for implementation of elements of master
      plan for redevelopment of Former Ship Repair Facility in Guam ..... 0000
    Report on effects of increased automation of defense industrial base
      on manufacturing workforce ........................................................... 0000
    Report on modernization of Joint Pacific Alaska Range Complex ........ 0000
    Comptroller General study of out-of-pocket costs for service dress
      uniforms ...................................................................................... 0000
    Inspector General audit of certain commercial depot maintenance
      contracts ...................................................................................... 0000
    Report on plan to decontaminate sites formerly used by the Depart-
      ment of the Army that have since been transferred to units of
      local government and are affected by pollutants that are, in whole
      or in part, a result of activity by the Department of Defense ........... 0000
    Limitation on use of funds regarding the basing of KC-46A aircraft
      outside the continental United States ............................................. 0000
    Pilot program on reduction of effects of military aviation noise on
      private residences ......................................................................... 0000
    Clarification of food ingredient requirements for food or beverages
      provided by the Department of Defense ........................................... 0000
    Completion of Department of Defense Directive 2310.07E regarding
      missing persons ............................................................................. 0000
    Briefing on plans to increase readiness of B–1 bomber aircraft .......... 0000
    Sense of Senate on prioritizing survivable logistics for the Depart-
      ment of Defense ............................................................................. 0000
    Plan on sustainment of Rough Terrain Container Handler fleets ........ 0000
TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS ............................. 0000
  Subtitle A—Active Forces .................................................................... 0000
    End strengths for active forces (sec. 401) ........................................ 0000
    Revisions in permanent active duty end strength minimum levels
      (sec. 402) ..................................................................................... 0000
  Subtitle B—Reserve Forces .................................................................. 0000
    End strengths for Selected Reserve (sec. 411) ................................... 0000
    End strengths for Reserves on active duty in support of the reserves
      (sec. 412) ..................................................................................... 0000
    End strengths for military technicians (dual status) (sec. 413) .......... 0000
    Maximum number of reserve personnel authorized to be on active
      duty for operational support (sec. 414) ........................................... 0000
    Authorized strengths for Marine Corps Reserves on active duty (sec.
      415) .............................................................................................. 0000

WASHSTATEC011064

IX

Page

TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS—Continued
Subtitle B—Reserve Forces—Continued
    Modification of authorized strength of Air Force Reserve serving
      on full-time reserve component duty for administration of the re-
      serves or the National Guard (sec. 416) ............................................ 0000
Subtitle C—Authorization of Appropriations ............................................ 0000
    Military personnel (sec. 421) ................................................................ 0000
TITLE V—MILITARY PERSONNEL POLICY ................................................. 0000
Subtitle A—Officer Personnel Policy ........................................................ 0000
    Maker of original appointments in a regular or reserve component
      of commissioned officers previously subject to original appointment
      in other type of component (sec. 501) ............................................. 0000
    Furnishing of adverse information on officers to promotion selection
      boards (sec. 502) ............................................................................. 0000
    Limitation on number of officers recommendable for promotion by
      promotion selection boards (sec. 503) ............................................. 0000
    Expansion of authority for continuation on active duty of officers
      in certain military specialties and career tracks (sec. 504) ............... 0000
    Management policies for joint qualified officers (sec. 505) ................... 0000
    Modification of authorities on management of deployments of mem-
      bers of the Armed Forces and related unit operating and personnel
      tempo matters (sec. 506) ................................................................ 0000
    Personnel tempo of the Armed Forces and the United States Special
      Operations Command during periods of inapplicability of high-de-
      ployment limitations (sec. 507) ....................................................... 0000
    Permanent authority to defer past age 64 the retirement of chaplains
      in general and flag officer grades (sec. 508) ................................... 0000
    Higher grade in retirement for officers following reopening of deter-
      mination or certification of retired grade (sec. 509) ........................... 0000
    Authority of promotion boards to recommend that officers of par-
      ticular merit be placed higher on promotion list (sec. 510) ............... 0000
    Availability on the internet of certain information about officers serv-
      ing in general or flag officer grades (sec. 510A) ............................... 0000
    Functional badge or insignia upon commission for chaplains (sec.
      510B) ............................................................................................. 0000
Subtitle B—Reserve Component Management ........................................... 0000
    Modification of grade level threshold for Junior Reserve Officers'
      Training Corps (sec. 511) ................................................................ 0000
    Inclusion of STEM in courses of instruction for the Junior Reserve
      Officers' Training Corps (sec. 512) ................................................. 0000
    Inclusion of homeschooled students in Junior Reserve Officers' Train-
      ing Corps units (sec. 513) ............................................................. 0000
    Clarification of eligibility to serve as Commander, Marine Forces
      Reserve (sec. 514) ......................................................................... 0000
    Extension and periodic evaluation of suicide prevention and resil-
      ience program for the reserve components (sec. 515) ....................... 0000
    Authority to defer mandatory separation at age 68 of officers in
      medical specialties in the reserve components (sec. 516) ................... 0000
    Modernization of inspection authorities applicable to the National
      Guard (sec. 517) ............................................................................ 0000
    Consultation with Chief of the National Guard Bureau in the ap-
      pointment or designation of National Guard property and fiscal
      officers (sec. 518) .......................................................................... 0000
    Coast Guard Junior Reserve Officers' Training Corps (sec. 519) .......... 0000
    Repeal of requirement for review of certain Army Reserve officer
      unit vacancy promotions by commanders of associated active duty
      units (sec. 520) ............................................................................. 0000
    Report on methods to enhance domestic response to large scale, com-
      plex and catastrophic disasters (sec. 520A) ..................................... 0000
    Report and briefing on the Senior Reserve Officers' Training Corps
      (sec. 520B) ................................................................................... 0000
    Sense of Congress on increase in number of Junior Reserve Officers'
      Training Corps units (sec. 520C) ................................................... 0000
Subtitle C—General Service Authorities and Correction of Military
    Records ........................................................................................... 0000

X

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
  Subtitle C—General Service Authorities and Correction of Military
    Records—Continued
      Advice and counsel of trauma experts in review by boards for correc-
        tion of military records and discharge review boards of certain
        claims (sec. 521) ................................................................................ 0000
      Reduction in required number of members of discharge review boards
        (sec. 522) ............................................................................................ 0000
      Establishment of process to review a request for upgrade of discharge
        or dismissal (sec. 523) ...................................................................... 0000
      Prohibition on reduction in the number of personnel assigned to
        duty with a service review agency (sec. 524) ................................... 0000
      Training of members of boards for correction of military records
        and discharge review boards on sexual trauma, intimate partner
        violence, spousal abuse, and related matters (sec. 525) ................... 0000
      Time requirements for certification of honorable service (sec. 526) ...... 0000
      Correction of certain discharge characterizations (sec. 527) ................. 0000
      Development of guidelines for use of unofficial sources of information
        to determine eligibility of members and former members of the
        Armed Forces for decorations when the service records are incom-
        plete because of damage to the official record (sec. 528) ................... 0000
      Strategic plan for diversity and inclusion (sec. 529) ............................. 0000
      Study regarding screening individuals who seek to enlist in the
        Armed Forces (sec. 530) ................................................................... 0000
      Feasibility study regarding notification to Secretary of Homeland
        Security of honorable discharges of non-citizens (sec. 530A) ............. 0000
      Sense of Congress regarding accession physicals (sec. 530B) ................. 0000
  Subtitle D—Military Justice ............................................................................ 0000
      Expansion of pre-referral matters reviewable by military judges and
        military magistrates in the interest of efficiency in military justice
        (sec. 531) ............................................................................................ 0000
      Command influence (sec. 532) ................................................................... 0000
      Statute of limitations for certain offenses (sec. 533) ............................. 0000
      Public access to dockets, filings, and court records of courts-martial
        or other records of trial of the military justice system (sec. 534) ...... 0000
      Extension of Defense Advisory Committee on Investigation, Prosecu-
        tion, and Defense of Sexual Assault in the Armed Forces (sec.
        535) ..................................................................................................... 0000
      Authority for return of personal property to victims of sexual assault
        who file a Restricted Report before conclusion of related pro-
        ceedings (sec. 536) ............................................................................. 0000
      Guidelines on sentences for offenses committed under the Uniform
        Code of Military Justice (sec. 537) ................................................... 0000
      Notification of significant events and documentation of preference
        for prosecution jurisdiction for victims of sexual assault (sec. 538) .. 0000
      Increase in number of digital forensic examiners for certain military
        criminal investigative organizations (sec. 539) ................................. 0000
      Increase in investigative personnel and Victim Witness Assistance
        Program liaisons (sec. 540) ............................................................... 0000
      Training for sexual assault initial disposition authorities on exercise
        of disposition authority for sexual assault and collateral offenses
        (sec. 540A) ......................................................................................... 0000
      Training for commanders in the Armed Forces on their role in all
        stages of military justice in connection with sexual assault (sec.
        540B) ................................................................................................... 0000
      Timely disposition of nonprosecutable sex-related offenses (sec.
        540C) ................................................................................................... 0000
      Department of Defense-wide policy and military department-specific
        programs on reinvigoration of the prevention of sexual assault
        involving members of the Armed Forces (sec. 540D) ......................... 0000
      Recommendations on separate punitive article in the Uniform Code
        of Military Justice on sexual harassment (sec. 540E) ....................... 0000
      Report on military justice system involving alternative authority for
        determining whether to prefer or refer changes for felony offenses
        under the Uniform Code of Military Justice (sec. 540F) ................... 0000

WASHSTATEC011066

XI

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
  Subtitle D—Military Justice—Continued
    Report on standardization among the military departments in collec-
      tion and presentation of information on matters within the military
      justice system (sec. 540G) .................................................................... 0000
    Report on expansion of Air Force safe to report policy across the
      Armed Forces (sec. 540H) .................................................................... 0000
    Assessment of racial, ethnic, and gender disparities in the military
      justice system (sec. 540I) .................................................................... 0000
    Pilot programs on defense investigators in the military justice system
      (sec. 540J) ............................................................................................. 0000
    Report on preservation of recourse to restricted report on sexual
      assault for victims of sexual assault following certain victim or
      third-party communications (sec. 540K) ............................................. 0000
    Report on establishment of guardian ad litem program for certain
      military dependents who are a victim or witness of an offense
      under the Uniform Code of Military Justice involving abuse or
      exploitation (sec. 540L) ...................................................................... 0000
    Comptroller General of the United States report on implementation
      by the Armed Forces of recent statutory requirements on sexual
      assault prevention and response in the military (sec. 540M) ........... 0000
    Sense of Congress on the Port Chicago 50 (sec. 540N) ......................... 0000
  Subtitle E—Other Legal Matters ................................................................ 0000
    Improvement of certain Special Victims' Counsel authorities (sec.
      541) ........................................................................................................ 0000
    Availability of Special Victims' Counsel at military installations (sec.
      542) ........................................................................................................ 0000
    Notification of issuance of military protective order to civilian law
      enforcement (sec. 543) .......................................................................... 0000
    Copyright protection for civilian faculty of certain accredited institu-
      tions (sec. 544) ...................................................................................... 0000
    Termination of leases of premises and motor vehicles of
      servicemembers who incur catastrophic injury or illness or die
      while in military service (sec. 545) ..................................................... 0000
    Military orders required for termination of leases pursuant to the
      Servicemembers Civil Relief Act (sec. 546) ....................................... 0000
    Preservation of right to bring class action under Servicemembers
      Civil Relief Act (sec. 547) .................................................................. 0000
    Legal counsel for victims of alleged domestic violence offenses (sec.
      548) ........................................................................................................ 0000
    Notice to victims of alleged sexual assault of pendency of further
      administrative action following a determination not to refer to
      trial by court-martial (sec. 549) ......................................................... 0000
    Treatment of information in Catch a Serial Offender Program for
      certain purposes (sec. 550) .................................................................. 0000
    Policies and procedures on registration at military installations of
      civilian protective orders applicable to members of the Armed
      Forces assigned to such installations and certain other individuals
      (sec. 550A) ............................................................................................. 0000
    Defense Advisory Committee for the Prevention of Sexual Misconduct
      (sec. 550B) ............................................................................................. 0000
    Training for Special Victims' Counsel on civilian criminal justice
      matters in the States of the military installations to which as-
      signed (sec. 550C) ................................................................................ 0000
    Enhancing the capability of military criminal investigative organiza-
      tions to prevent and combat child sexual exploitation (sec. 550D) .... 0000
    Feasibility study on establishment of database of military protective
      orders (sec. 550E) ................................................................................. 0000
    GAO review of USERRA and SCRA (sec. 550F) .................................... 0000
  Subtitle F—Member Education .................................................................... 0000
    Authority for detail of certain enlisted members of the Armed Forces
      as students at law schools (sec. 551) ................................................. 0000
    Inclusion of Coast Guard in Department of Defense STARBASE Pro-
      gram (sec. 552) ...................................................................................... 0000
    Degree granting authority for United State Army Armament Grad-
      uate School; limitation on establishment of certain educational in-
      stitutions (sec. 553) .............................................................................. 0000

XII

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Subtitle F—Member Education—Continued
Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation (sec. 554) ...................... 0000
Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense (sec. 555) ................................................................ 0000
Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute (sec. 556) ........................................................................ 0000
Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force (sec. 557) ............ 0000
Speech disorders of cadets and midshipmen (sec. 558) .......................... 0000
Requirement to continue provision of tuition assistance for members of the Armed Forces (sec. 559) ........................................................ 0000
Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program (sec. 560) ......... 0000
Inclusion of information on free credit monitoring in annual financial literacy briefing (sec. 560A) ........................................................ 0000
Programs to facilitate the award of private pilot's certificates (sec. 560B) ...................................................................................... 0000
Subtitle G—Member Training And Transition ........................................ 0000
Requirement to provide information regarding benefits claims to members during TAP counseling (sec. 561) ........................................ 0000
Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces (sec. 562) .................................................................................... 0000
First modification of elements of report on the improved Transition Assistance Program (sec. 563) ........................................................ 0000
Second modification of element of report on the improved Transition Assistance Program (sec. 564) ........................................................ 0000
Prohibition on gender-segregated training at Marine Corps Recruit Depots (sec. 565) ............................................................................ 0000
Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments (sec. 566) ...................................... 0000
Review of Department of Defense training programs regarding disinformation campaigns (sec. 567) .................................................... 0000
Command matters in connection with transition assistance programs (sec. 568) ...................................................................................... 0000
Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214) (sec. 569) .... 0000
Records of service for Reserves (sec. 570) ............................................ 0000
Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal abuse offense (sec. 570A) ...................................... 0000
Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations (sec. 570B) ........................................................................ 0000
Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648) (sec. 570C) ............................ 0000
Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States (sec. 570D) ...................................................................................... 0000
Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service (sec. 570E) ............................................................................ 0000
Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities (sec. 570F) .................................................................................... 0000
Pilot program regarding online application for the Transition Assistance Program (sec. 570G) ............................................................ 0000
Subtitle H—Military Family Readiness and Dependents' Education .......... 0000
Authorizing members to take leave for a birth or adoption in more than one increment (sec. 571) ............................................................ 0000
Deferred deployment for members who give birth (sec. 572) ................ 0000

XIII

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
  Subtitle H—Military Family Readiness and Dependents' Education—Continued
    Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains (sec. 573) .................. 0000
    Military funeral honors matters (sec. 574) ............................................. 0000
    Improvement of occupational license portability for relocated spouses of members of the uniformed services (sec. 575) ................................ 0000
    Continued eligibility for education and training opportunities for spouses of promoted members (sec. 576) ................................................ 0000
    Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation (sec. 577) ........................................................................................ 0000
    Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program (sec. 578) ................................ 0000
    Annual State report card (sec. 579) ........................................................ 0000
    Improvements to child care for members of the Armed Forces (sec. 580) ........................................................................................ 0000
    Transportation of remains of casualties; travel expenses for next of kin (sec. 580A) ................................................................................ 0000
    Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces (sec. 580B) ........................................................................................ 0000
    Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas (sec. 580C) ....................................................... 0000
    Study on two-way military ballot barcode tracking (sec. 580D) ........... 0000
    Assistance to schools with military dependent students (sec. 580E) .... 0000
    First expansion of the My Career Advancement Account program for military spouses (sec. 580F) ......................................................... 0000
    Second expansion of the My Career Advancement Account program for military spouses (sec. 580G) ....................................................... 0000
    Report on training and support available to military spouses (sec. 580H) ........................................................................................ 0000
    Ri'katak Guest Student Program at United States Army Garrison—Kwajelein Atoll (sec. 580I) ................................................................. 0000
  Subtitle I—Decorations And Awards ........................................................ 0000
    Modification of authorities on eligibility for and replacement of gold star lapel buttons (sec. 581) ......................................................... 0000
    Standardization of honorable service requirement for award of military decorations (sec. 582) ............................................................ 0000
    Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam (sec. 583) ............................................. 0000
    Review of World War I Valor Medals (sec. 584) ................................... 0000
  Subtitle J—Miscellaneous Reports and Other Matters ................................ 0000
    Clarification of the term "assault" for purposes of Workplace and Gender Relations Surveys (sec. 591) ................................................ 0000
    Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs (sec. 592) ........................................................................................ 0000
    Questions in surveys regarding extremist activity in the workplace (sec. 593) ........................................................................................ 0000
    Study on best practices for providing financial literacy education for separating members of the Armed Forces (sec. 594) .................. 0000
    Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces (sec. 595) ........................................................................................ 0000
    Report on certain waivers (sec. 596) ..................................................... 0000
    Notifications on manning of afloat naval forces (sec. 597) ................... 0000
    Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government (sec. 598) ................................................................................ 0000
    Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma (sec. 599) ........................................................................................ 0000

WASHSTATEC011069

XIV

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
  Subtitle J—Miscellaneous Reports and Other Matters—Continued
    Authority to issue an honorary promotion to Colonel Charles E.
      McGee, United States Air Force (ret.), to the grade of brigadier
      general (sec. 599A) ............................................................ 0000
    Authority to issue an honorary and posthumous promotion to Lieu-
      tenant Colonel Richard Cole, United States Air Force (ret.), to
      the grade of colonel (sec. 599B) ....................................... 0000
    Sense of Congress on the honorable and distinguished service of
      General Joseph F. Dunford, United States Marine Corps, to the
      United States (sec. 599C) .................................................. 0000
  Legislative Provisions Not Adopted .............................................. 0000
    Grade of Chief of Veterinary Corps of the Army ...................... 0000
    Report on rate of maternal mortality among members of the Armed
      Forces .............................................................................. 0000
    JROTC Computer Science and Cybersecurity Program .............. 0000
    Sense of Congress regarding the National Guard Youth Challenge
      Program ............................................................................ 0000
    Report on expansion of the Close Airman Support team approach
      of the Air Force to the other Armed Forces ........................ 0000
    National guard support to major disasters .............................. 0000
    Report regarding National Guard Youth Challenge Program ...... 0000
    Temporary authority to use Air Force reserve component personnel
      to provide training and instruction regarding pilot training ...... 0000
    Enactment and expansion of policy on withholding of initial disposi-
      tion authority for certain offenses under the Uniform Code of Mili-
      tary Justice ....................................................................... 0000
    Advisory Committee on record and service review boards .......... 0000
    Prohibition on implementation of military service suitability deter-
      minations for foreign nationals who are lawful permanent resi-
      dents ................................................................................ 0000
    Independent Study on barriers to entry into the Armed Forces for
      English learners ................................................................ 0000
    Reenlistment waivers for persons separated from the Armed Forces
      who commit one misdemeanor cannabis offense ................... 0000
    Recognition and honoring of service of individuals who served in
      United States Cadet Nurse Corps during World War II ........... 0000
    Nondiscrimination with respect to service in the Armed Forces .... 0000
    Report on mechanisms to enhance the integration and synchroni-
      zation of activities of Special Victim Investigation and Prosecution
      personnel with activities of military criminal investigative organi-
      zations .............................................................................. 0000
    Pilot program on prosecution of special victim offenses committed
      by attendees of military service academies ......................... 0000
    Standard of evidence applicable to investigations and reviews related
      to protected communications of members of the Armed Forces and
      prohibited retaliatory actions ............................................. 0000
    Repeal of 15-year statute of limitations on motions or requests for
      review of discharge or dismissal from the Armed Forces ........ 0000
    Consultation regarding victim's preference in prosecution jurisdic-
      tion ................................................................................... 0000
    Safe to Report policy applicable across the Armed Forces .......... 0000
    Preliminary inquiry on Arlington National Cemetery burial ......... 0000
    Limitation on waiver of rights and protections under Servicemembers
      Civil Relief Act .................................................................. 0000
    Effective date of rule regarding payday lending protections ........ 0000
    Strengthening civilian and military partnerships to respond to do-
      mestic and sexual violence ................................................. 0000
    Education of Members of the Armed Forces on Career Readiness
      and Professional Development ............................................. 0000
    Defense Language Institute Foreign Language Center ................ 0000
    Liberal consideration of evidence in certain claims by boards for
      the correction of military records and discharge review boards ........ 0000
    Expansion of Department of Defense STARBASE Program .......... 0000
    Congressional nominations for Senior Reserve Officers' Training
      Corps scholarships ............................................................. 0000

WASHSTATEC011070

XV

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Legislative Provisions Not Adopted—Continued
Survey of members of the Armed Forces on their experiences with
military investigations and military justice ..................................... 0000
Safe-to-Report policy applicable to military service academies ........... 0000
Recoupment of funds from cadets and midshipmen separated for
criminal misconduct .................................................................... 0000
Support of military service academy foundations .................................. 0000
Medical personnel at Marine Corps recruit depots .............................. 0000
Inclusion of Specific Email Address Block on Certificate of Release
or Discharge from Active Duty (DD Form 214) ................................. 0000
Consecutive service of service obligation in connection with payment
of tuition for off-duty training or education for commissioned offi-
cers of the Armed Forces with any other service obligations ........... 0000
Expansion and renaming of the Troops-to-Teachers Program ............. 0000
Transition outreach pilot program ......................................................... 0000
Assessment and study of Transition Assistance Program ..................... 0000
Information regarding county veterans service officers ........................ 0000
Notice to separating servicemembers of rights under the
Servicemembers Civil Relief Act ...................................................... 0000
Modification of responsibility of the Office of Special Needs for indi-
vidualized service plans for members of military families with spe-
cial needs ....................................................................................... 0000
Direct employment pilot program for members of the National Guard
and Reserve, veterans, their spouses and dependents, and members
of gold star families ....................................................................... 0000
Pilot program to fund non-profit organizations that support military
families ........................................................................................... 0000
Increase in assistance to certain local educational agencies ............... 0000
Assistance for deployment-related support of members of the Armed
Forces undergoing deployment and their families beyond the Yel-
low Ribbon Reintegration Program ................................................. 0000
Briefing on use of Family Advocacy Programs to address domestic
violence .......................................................................................... 0000
Establishment of the Atomic Veterans Service Medal .......................... 0000
Authorization for award of the Medal of Honor to Alwyn Cashe
for acts of valor during Operation Iraqi Freedom ............................. 0000
Eligibility of veterans of Operation End Sweep for Vietnam Service
Medal ............................................................................................. 0000
Authority to award or present a decoration not previously rec-
ommended in a timely fashion following a review requested by
Congress ......................................................................................... 0000
Authority to make posthumous and honorary promotions and ap-
pointments following a review requested by Congress ..................... 0000
Repeal of quarterly report on end strengths ......................................... 0000
Expressing support for the designation of a "Gold Star Families
Remembrance Day" ........................................................................ 0000
Sense of Congress regarding the High-Altitude Army National Guard
Aviation Training Site .................................................................... 0000
TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS ........ 0000
Subtitle A—Pay and Allowances ........................................................... 0000
Clarification of continuation of pays during hospitalization and reha-
bilitation resulting from wounds, injury, or illness incurred while
on duty in a hostile fire area or exposed to an event of hostile
fire or other hostile action (sec. 601) .............................................. 0000
Continued entitlements while a member of the Armed Forces partici-
pates in a career intermission program (sec. 602) ............................ 0000
Exemption from repayment of voluntary separation pay (sec. 603) ..... 0000
Consideration of service on active duty to reduce age of eligibility
for retired pay for non-regular service (sec. 604) ............................. 0000
Temporary adjustment of rates of basic allowance for housing fol-
lowing determination that local civilian housing costs significantly
differ from such rates (sec. 605) ...................................................... 0000
Reinvestment of travel refunds by the Department of Defense (sec.
606) ................................................................................................ 0000
Addition of partial dislocation allowance to allowable travel and
transportation expenses for servicemembers (sec. 607) ................... 0000

WASHSTATEC011071

Page

TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS—Continued
  Subtitle A—Pay and Allowances—Continued
    Reductions on account of earnings from work performed while entitled to an annuity supplement (sec. 608) ............................................. 0000
    Increase in basic pay (sec. 609) ................................................................ 0000
  Subtitle B—Bonuses and Special Incentive Pays ........................................ 0000
    One-year extension of certain expiring bonus and special pay authorities (sec. 611) ................................................................................... 0000
  Subtitle C—Family and Survivor Benefits .................................................. 0000
    Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members (sec. 621) ................. 0000
    Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation (sec. 622) ... 0000
    Death gratuity for ROTC graduates (sec. 623) ...................................... 0000
    Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty (sec. 624) .................................... 0000
    Casualty assistance for survivors of deceased ROTC graduates (sec. 625) ............................................................................................................ 0000
  Subtitle D—Defense Resale Matters ........................................................... 0000
    Defense resale system matters (sec. 631) ............................................... 0000
    Procurement by commissary stores of certain locally sourced products (sec. 632) ................................................................................................. 0000
    GAO review of defense resale optimization study (sec. 633) ................ 0000
  Subtitle E—Morale, Welfare, and Recreation Privileges ............................ 0000
    Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave (sec. 641) ........... 0000
    Extension of pilot program on a Government lodging program (sec. 642) ........................................................................................................... 0000
  Subtitle F—Reports and Other Matters ...................................................... 0000
    Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes (sec. 651) ..................................................................... 0000
    Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories (sec. 652) ........................................................................................................... 0000
    Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components (sec. 653) ....................................................................... 0000
    Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs (sec. 654) ................................................................................... 0000
    Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis (sec. 655) ............. 0000
    Report on food insecurity among members of the Armed Forces and their dependents (sec. 656) ................................................................... 0000
  Legislative Provisions Not Adopted ............................................................. 0000
    Basic allowance for housing for a member without dependents when relocation would financially disadvantage the member ...................... 0000
    Annual adjustment of basic pay ............................................................... 0000
    Space-available travel on military aircraft for children and surviving spouses of members who die of hostile action or training duty ........ 0000
    Report regarding management of military commissaries and exchanges ................................................................................................... 0000
    Treatment of fees on services provided as supplemental funds for commissary operations ........................................................................... 0000
TITLE VII—HEALTH CARE PROVISIONS .......................................................... 0000
  Subtitle A—Tricare and Other Health Care Benefits ................................. 0000
    Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve (sec. 701) ......................................... 0000

XVII

Page

TITLE VII—HEALTH CARE PROVISIONS—Continued
  Subtitle A—Tricare and Other Health Care Benefits—Continued
    TRICARE payment options for retirees and their dependents (sec. 702) ............................................................................. 0000
    Lead level screening and testing for children (sec. 703) ....................... 0000
    Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations (sec. 704) ............................................... 0000
    Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas (sec. 705) ......................................... 0000
    Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation (sec. 706) ................................................................................ 0000
    Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances (sec. 707) ......................................................................................... 0000
  Subtitle B—Health Care Administration ........................................................ 0000
    Modification of organization of military health system (sec. 711) ......... 0000
    Support by military health system of medical requirements of combatant commands (sec. 712) ................................................................ 0000
    Requirements for certain prescription drug labels (sec. 713) ................ 0000
    Officers authorized to command Army dental units (sec. 714) ............. 0000
    Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs (sec. 715) .............. 0000
    Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program (sec. 716) ........................... 0000
    Inclusion of blast exposure history in medical records of members of the Armed Forces (sec. 717) ...................................................... 0000
    Comprehensive policy for provision of mental health care to members of the Armed Forces (sec. 718) ...................................................... 0000
    Limitation on the realignment or reduction of military medical manning end strength (sec. 719) ............................................................... 0000
    Strategy to recruit and retain mental health providers (sec. 720) ......... 0000
    Development of partnerships to improve combat casualty care for personnel of the Armed Forces (sec. 721) .......................................... 0000
    Modification to referrals for mental health services (sec. 722) ............. 0000
  Subtitle C—Reports and Other Matters ........................................................ 0000
    Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice (sec. 731) ................................................... 0000
    Extension and clarification of authority for Joint Department of Defense—Department of Veterans Affairs Medical Facility Demonstration Fund (sec. 732) ............................................................... 0000
    Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine (sec. 733) ..... 0000
    Establishment of Academic Health System in National Capital Region (sec. 734) .................................................................................... 0000
    Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies (sec. 735) ............................. 0000
    Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund (sec. 736) ............................................. 0000
    Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence (sec. 737) ....... 0000
    Encouragement of participation in Women's Health Transition Training pilot program (sec. 738) ........................................................... 0000
    National Guard suicide prevention pilot program (sec. 739) ................. 0000
    Pilot program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System (sec. 740) ................................................... 0000
    Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense (sec. 741) ........................................................................................... 0000
    Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information (sec. 742) ...................................................... 0000

WASHSTATEC011073

XVIII

Page

TITLE VII—HEALTH CARE PROVISIONS—Continued
  Subtitle C—Reports and Other Matters—Continued
    Study and plan on the use of military-civilian integrated health
      delivery systems (sec. 743) ........................................................ 0000
    Study on case management in the military health system (sec. 744) ... 0000
    Report on Global Health Security Strategy and the National Bio-
      defense Security (sec. 745) ....................................................... 0000
    Study on establishment of wounded warrior service dog program
      (sec. 746) .................................................................................. 0000
    GAO report on Department of Defense quality assurance program
      and impacts of medical malpractice actions (sec. 747) ...................... 0000
    Reports on Millennium Cohort Study relating to women members
      of the Armed Forces (sec. 748) ................................................. 0000
    Study on effects of sleep deprivation on readiness of members of
      the Armed Forces (sec. 749) ..................................................... 0000
    Study and report on traumatic brain injury mitigation efforts (sec.
      750) ........................................................................................... 0000
  Legislative Provisions Not Adopted ...................................................... 0000
    Contraception coverage parity under the TRICARE program .............. 0000
    Medical services at military medical treatment facilities for sexual
      assault survivors ........................................................................ 0000
    Inclusion of infertility treatments for members of the uniformed serv-
      ices ........................................................................................... 0000
    Authorization of appropriations for TRICARE lead screening and
      testing for children .................................................................... 0000
    Tours of duty of commanders or directors of military treatment facili-
      ties ............................................................................................. 0000
    Comprehensive enterprise interoperability strategy for the Armed
      Forces and the Department of Veterans Affairs ............................... 0000
    Demonstration of interoperability milestones ................................... 0000
    Establishment of regional medical hubs to support combatant com-
      mands ....................................................................................... 0000
    Monitoring of adverse event data on dietary supplement use by mem-
      bers of the Armed Forces ........................................................... 0000
    Monitoring medication prescribing practices for the treatment of
      post-traumatic stress disorder .................................................... 0000
    Maintenance of certain medical services at military medical treat-
      ment facilities at service academies ............................................. 0000
    Establishment of military dental research program .......................... 0000
    Pilot program on cryopreservation and storage ............................... 0000
    Study on infertility among members of the Armed Forces .................. 0000
    Study on extending parent's level of TRICARE health coverage to
      newborn child ............................................................................ 0000
    Report on mental health assessments ........................................... 0000
    Study and report on mental health assessments for members of the
      Armed Forces deployed in support of a contingency operation .......... 0000
    Education on family planning for members of the Armed Forces ......... 0000
    Funding for CDC ATSDR PFAS health study increment ..................... 0000
    Sense of the House of Representatives on increasing research and
      development in bioprinting and fabrication in austere military en-
      vironments ................................................................................. 0000
    Increased collaboration with NIH to combat triple negative breast
      cancer ....................................................................................... 0000
    Funding for post-traumatic stress disorder .................................... 0000
    Study on readiness contracts and the prevention of drug shortages .... 0000
    Update of Department of Defense regulations, instructions, and other
      guidance to include gambling disorder ......................................... 0000
    Findings on musculoskeletal injuries ............................................. 0000
    National Capital Consortium Psychiatry Residency Program ............. 0000
    Pilot program on partnerships with civilian organizations for special-
      ized surgical training .................................................................. 0000
    Report on research and studies regarding health effects of burn pits .. 0000
    Training on health effects of burn pits and other airborne hazards ..... 0000
    Report on operational medical and dental personnel requirements ..... 0000
    Partnerships with academic health centers .................................... 0000

XIX

Page

TITLE VII—HEALTH CARE PROVISIONS—Continued
  Legislative Provisions Not Adopted—Continued
    Study on use of routine neuroimaging modalities in diagnosis, treat-
    ment, and prevention of brain injury due to blast pressure expo-
    sure during combat and training ................................................. 0000
TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND
  RELATED MATTERS ................................................................... 0000
  Subtitle A—Acquisition Policy and Management ........................... 0000
    Authority for continuous integration and delivery of software applica-
    tions and upgrades to embedded systems (sec. 800) ........................ 0000
    Pilot program on intellectual property evaluation for acquisition pro-
    grams (sec. 801) ....................................................................... 0000
    Pilot program to use alpha contracting teams for complex require-
    ments (sec. 802) ....................................................................... 0000
    Failure to provide other than certified cost or pricing data upon
    request (sec. 803) ..................................................................... 0000
    Comptroller General report on price reasonableness (sec. 804) ........... 0000
    Limitation on transfer of funds related to cost overruns and cost
    underruns (sec. 805) ................................................................. 0000
    Standardizing data collection and reporting on use of source selection
    procedures by Federal agencies (sec. 806) .................................... 0000
    Department of Defense use of fixed-price contracts (sec. 807) ........... 0000
    Repeal of continuation of data rights during challenges (sec. 808) ....... 0000
    Repeal of authority to waive acquisition laws to acquire vital national
    security capabilities (sec. 809) .................................................... 0000
    Repeal of the Defense Cost Accounting Standards Board (sec. 810) ..... 0000
  Subtitle B—Amendments to General Contracting Authorities, Procedures,
  and Limitations ....................................................................... 0000
    Modification of Director of Operational Test and Evaluation report
    (sec. 815) ................................................................................ 0000
    Modification of written approval requirement for task and delivery
    order single contract awards (sec. 816) ........................................ 0000
    Responsibility for data analysis and requirements validation for serv-
    ices contracts (sec. 817) ............................................................ 0000
    Documentation of market research related to commercial item deter-
    minations (sec. 818) ................................................................. 0000
    Availability of data on the use of other transaction authority and
    report on the use of authority to carry out prototype projects (sec.
    819) ....................................................................................... 0000
    Notification of Navy procurement production disruptions (sec. 820) .... 0000
    Modification to acquisition authority of the Commander of the United
    States Cyber Command (sec. 821) ............................................... 0000
    Extension of Never Contract With the Enemy (sec. 822) .................. 0000
    Modification of justification and approval requirement for certain
    Department of Defense contracts (sec. 823) .................................. 0000
    Extension of sunset relating to Federal Data Center Consolidation
    Initiative (sec. 824) .................................................................. 0000
    Pilot program to accelerate contracting and pricing processes (sec.
    825) ....................................................................................... 0000
    Uniformity in application of micro-purchase threshold to certain task
    or delivery orders (sec. 826) ...................................................... 0000
    Requirement for cost estimates on models of commercial e-commerce
    portal program (sec. 827) .......................................................... 0000
  Subtitle C—Provisions Relating to Major Defense Acquisition Programs ... 0000
    Modification of requirements for reporting to Congress on certain
    acquisition programs (sec. 830) .................................................. 0000
    Pilot program to streamline decision-making processes for weapon
    systems (sec. 831) .................................................................... 0000
    Analysis of alternatives pursuant to materiel development decisions
    (sec. 832) ................................................................................ 0000
    Naval vessel certification required before Milestone B approval (sec.
    833) ....................................................................................... 0000
  Subtitle D—Provisions Relating to the Acquisition System ........................ 0000
    Extramural acquisition innovation and research activities (sec. 835) .. 0000
    Report on realignment of the defense acquisition system to imple-
    ment acquisition reforms (sec. 836) ............................................ 0000

WASHSTATEC011075

XX

Page

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND
RELATED MATTERS—Continued
Subtitle D—Provisions Relating to the Acquisition System—Continued
Report and limitation on the availability of funds relating to the
"middle tier" of acquisition programs (sec. 837) ........................ 0000
Report on intellectual property policy and the cadre of intellectual
property experts (sec. 838) ............................................................ 0000
Guidance and reports relating to covered defense business systems
(sec. 839) ........................................................................................ 0000
Implementation guidance for use of a modular open system approach
(sec. 840) ........................................................................................ 0000
Limitation on availability of funds for the Office of the Chief Manage-
ment Officer of the Department of Defense (sec. 841) ................ 0000
Subtitle E—Industrial Base Matters ............................................... 0000
Modernization of acquisition processes to ensure integrity of indus-
trial base (sec. 845) ...................................................................... 0000
Report requirements for the national technology and industrial base
(sec. 846) ........................................................................................ 0000
Mitigating risks related to foreign ownership, control, or influence
of Department of Defense contractors or subcontractors (sec. 847) ... 0000
Prohibition on operation or procurement of foreign-made unmanned
aircraft systems (sec. 848) ............................................................ 0000
Modification of prohibition on acquisition of sensitive materials from
non-allied foreign nations (sec. 849) ............................................ 0000
Acquisition and disposal of certain rare earth materials (sec. 850) ...... 0000
Pilot program for development of technology-enhanced capabilities
with partnership intermediaries (sec. 851) .................................. 0000
Authorized official to carry out the procurement technical assistance
cooperative agreement program (sec. 852) .................................. 0000
Requirement that certain ship components be manufactured in the
national technology and industrial base (sec. 853) .................... 0000
Addition of domestically produced stainless steel flatware and dinner-
ware to the Berry Amendment (sec. 854) .................................... 0000
Application of miscellaneous technology base policies and programs
to the Columbia-class submarine program (sec. 855) ................ 0000
Application of limitation on procurement of goods other than United
States goods to the FFG—Frigate Program (sec. 856) .............. 0000
Sense of Congress regarding consideration of price in procurement
of the FFG(X) frigate (sec. 857) .................................................. 0000
Subtitle F—Provisions Relating to Acquisition Workforce .............. 0000
Establishment of Defense Civilian Training Corps (sec. 860) .......... 0000
Defense acquisition workforce certification, education, and career
fields (sec. 861) .............................................................................. 0000
Software development and software acquisition training and manage-
ment programs (sec. 862) .............................................................. 0000
Modification of temporary assignments of Department of Defense
employees to a private-sector organization (sec. 863) ................ 0000
Incentives and consideration for qualified training programs (sec.
864) .................................................................................................. 0000
Use of qualified apprentices by military construction contractors (sec.
865) .................................................................................................. 0000
Subtitle G—Small Business Matters ................................................ 0000
Requirements relating to credit for certain small business concern
subcontractors (sec. 870) .............................................................. 0000
Inclusion of best in class designations in annual report on small
business goals (sec. 871) ................................................................ 0000
Reauthorization and improvement of Department of Defense Mentor-
Protege Program (sec. 872) .......................................................... 0000
Accelerated payments applicable to contracts with certain small busi-
ness concerns under the Prompt Payment Act (sec. 873) .......... 0000
Postaward explanations for unsuccessful offerors for certain contracts
(sec. 874) ........................................................................................ 0000
Small business contracting credit for subcontractors that are Puerto
Rico businesses or covered territory businesses (sec. 875) ........ 0000
Technical amendment regarding treatment of certain surviving
spouses under the definition of small business concern owned and
controlled by service-disabled veterans (sec. 876) ...................... 0000

WASHSTATEC011076

XXI

Page

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND
RELATED MATTERS—Continued
  Subtitle G—Small Business Matters—Continued
    Extension of loan assistance and deferral eligibility to reservists and
      members of the National Guard beyond periods of military conflict
      (sec. 877) .................................................................................................... 0000
    Modification to the Defense Research and Development Rapid Inno-
      vation Program (sec. 878) ......................................................................... 0000
    Alignment of the Department of Defense Small Business Innovation
      Research Program and Small Business Technology Transfer Pro-
      gram with the National Defense Science and Technology Strategy
      (sec. 879) .................................................................................................... 0000
    Assistance for small business concerns participating in the SBIR
      and STTR programs (sec. 880) ................................................................. 0000
    Cybersecurity technical assistance under the SBIR and STTR Pro-
      grams (sec. 881) ........................................................................................ 0000
    Funding for defense research activities of small business concerns
      (sec. 882) .................................................................................................... 0000
    Modifications to budget display requirements for the Department
      of Defense Small Business Innovation Research Program and
      Small Business Technology Transfer Program (sec. 883) ................... 0000
    Pilot program for domestic investment under the SBIR Program (sec.
      884) .............................................................................................................. 0000
  Subtitle H—Other Matters ................................................................................. 0000
    Review of guidance to contractors on nondiscrimination on the basis
      of sex (sec. 885) ........................................................................................ 0000
    Comptroller General report on contractor violations of certain labor
      laws (sec. 886) ........................................................................................... 0000
    Comptroller General report on contingency contracting (sec. 887) ....... 0000
    Policies and procedures for contractors to report gross violations of
      internationally recognized human rights (sec. 888) ........................... 0000
    Comptroller General report on oversight of contractors providing pri-
      vate security functions (sec. 889) .......................................................... 0000
    Prohibition on contracting with persons that have business oper-
      ations with the Maduro regime (sec. 890) ............................................ 0000
    Report on the Combating Trafficking in Persons initiative (sec. 891) .. 0000
    Improved management of information technology and cyberspace in-
      vestments (sec. 892) ................................................................................. 0000
    Modification to requirements for purchase of commercial leasing serv-
      ices pursuant to multiple award contracts (sec. 893) ........................ 0000
  Legislative Provisions Not Adopted .................................................................... 0000
    Modification to small purchase threshold exception to sourcing re-
      quirements for certain articles ............................................................... 0000
    Rates for progress payments or performance-based payments ............. 0000
    Additional requirements for negotiations for noncommercial computer
      software ...................................................................................................... 0000
    Competition requirements for purchases from Federal Prison Indus-
      tries ............................................................................................................. 0000
    Enhanced post-award debriefing rights ................................................... 0000
    Preference for offerors employing veterans ............................................. 0000
    Reporting on expenses incurred for independent research and devel-
      opment costs .............................................................................................. 0000
    Assessment of precision-guided missiles for reliance on foreign-made
      microelectronic components ..................................................................... 0000
    Reporting on expenses incurred for bid and proposal costs .................. 0000
    Report on requirements relating to consumption-based solutions ........ 0000
    Supply chain security of certain telecommunications and video sur-
      veillance services or equipment ............................................................. 0000
    Revised authorities to defeat adversary efforts to compromise United
      States defense capabilities ...................................................................... 0000
    Supply chain risk mitigation policies to be implemented through
      requirements generation process ........................................................... 0000
    Size standard calculations for certain small business concerns ........... 0000
    Small Business Administration cybersecurity reports ........................... 0000
    Cyber counseling certification program for lead small business devel-
      opment centers .......................................................................................... 0000

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND
RELATED MATTERS—Continued
  Legislative Provisions Not Adopted—Continued
    Exemption of certain contracts from the periodic inflation adjust-
     ments to the acquisition-related dollar threshold ............................ 0000
    Phase 0 Proof of Concept Partnership program for the Department
     of Defense ......................................................................................... 0000
    Briefing on the Trusted Capital Marketplace pilot program ................. 0000
    Boots to Business Program ..................................................................... 0000
    Report and database on items manufactured in the United States
     for major defense acquisition programs ............................................. 0000
    Contractor science, technology, engineering, and math programs ........ 0000
    Report on cost growth of major defense acquisitions programs ........... 0000
    Report and strategy on terminated foreign contracts .......................... 0000
    Prohibition on contracting with persons with willful or repeated vio-
     lations of the Fair Labor Standards Act of 1938 ............................... 0000
    Federal contractor disclosure of unpaid Federal tax liability ............... 0000
    Pilot program on payment of costs for denied Government Account-
     ability Office bid protests ................................................................... 0000
    GAO report on contracting practices of the Corps of Engineers ......... 0000
    Comptroller General report on defense business processes ................... 0000
    Amendments to research project transaction authorities to eliminate
     cost-sharing requirements and reduce burdens on use ...................... 0000
    Report on contracts with entities affiliated with the Government
     of the People's Republic of China or the Chinese Communist Party ... 0000
    Investment in supply chain security under Defense Production Act
     of 1950 ................................................................................................ 0000
TITLE IX—DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGE-
MENT ............................................................................................................ 0000
  Subtitle A—Office of the Secretary of Defense and Related Matters ......... 0000
    Headquarters activities of the Department of Defense matters (sec.
     901) .................................................................................................... 0000
    Clarifying the roles and responsibilities of the Under Secretary of
     Defense for Acquisition and Sustainment and the Under Secretary
     of Defense for Research and Engineering (sec. 902) .......................... 0000
    Return to Chief Information Officer of the Department of Defense
     of responsibility for business systems and related matters (sec.
     903) .................................................................................................... 0000
    Assessments of responsibilities and authorities of the Chief Manage-
     ment Officer of the Department of Defense (sec. 904) ...................... 0000
    Senior Military Advisor for Cyber Policy and Deputy Principal Cyber
     Advisor (sec. 905) .............................................................................. 0000
    Exclusion from limitations on personnel in the Office of the Secretary
     of Defense and Department of Defense headquarters of fellows
     appointed under the John S. McCain Defense Fellows Program
     (sec. 906) ............................................................................................ 0000
  Subtitle B—Organization and Management of Other Department of De-
  fense Offices and Elements .......................................................................... 0000
    Codification of Assistant Secretaries for Energy, Installations, and
     Environment of the Army, Navy, and Air Force (sec. 911) .............. 0000
  Subtitle C—Other Department of Defense Organization and Management
  Matters ......................................................................................................... 0000
    Prohibition on ownership or trading of stocks in certain companies
     by certain officials of the Department of Defense (sec. 921) ............. 0000
    Limitation on consolidation of Defense Media Activity (sec. 922) ........ 0000
    Report on resources to implement the civilian casualty policy of the
     Department of Defense (sec. 923) ...................................................... 0000
  Subtitle D—United States Space Force ...................................................... 0000
    United States Space Force Act (secs. 951–961) ................................... 0000
  Legislative Provisions Not Adopted ............................................................ 0000
    Repeal of conditional designation of Explosive Ordnance Disposal
     Corps as a basic branch of the Army ................................................ 0000
    Modernization of certain forms and surveys ........................................ 0000
TITLE X—GENERAL PROVISIONS ................................................................ 0000
  Subtitle A—Financial Matters .................................................................... 0000
    General transfer authority (sec. 1001) .................................................. 0000
    Defense Business Audit Remediation Plan (sec. 1002) ......................... 0000

WASHSTATEC011078

XXIII

Page

TITLE X—GENERAL PROVISIONS—Continued
Subtitle A—Financial Matters—Continued
Financial improvement and audit remediation plan (sec. 1003) .......... 0000
Reporting requirements relating to Department of Defense audits
(sec. 1004) ............................................................................ 0000
Inclusion of certain military construction projects in annual reports
on unfunded priorities of the Armed Forces and the combatant
commands (sec. 1005) ........................................................... 0000
Prohibition on delegation of responsibility for submittal to Congress
of Out-Year Unconstrained Total Munition Requirements and Out-
Year Inventory numbers (sec. 1006) ....................................... 0000
Annual budget justification display for service-common and other
support and enabling capabilities for special operations forces (sec.
1007) ..................................................................................... 0000
Element in annual reports on the Financial Improvement and Audit
Remediation Plan on activities with respect to classified programs
(sec. 1008) ............................................................................ 0000
Plan of the Department of Defense for financial management infor-
mation (sec. 1009) ................................................................ 0000
Update of authorities and renaming of Department of Defense Acqui-
sition Workforce Development Fund (sec. 1010) ..................... 0000
Transparency of accounting firms used to support Department of
Defense audit (sec. 1011) ...................................................... 0000
Modification of required elements of annual reports on emergency
and extraordinary expenses of the Department of Defense (sec.
) .......................................................................................... 0000
Subtitle B—Counterdrug Activities ................................................... 0000
Modification of authority to support a unified counterdrug and
counterterrorism campaign in Colombia (sec. 1021) ............... 0000
Extension of authority for joint task forces to provide support to
law enforcement agencies conducting counter-terrorism activities
(sec. 1022) ............................................................................ 0000
Sense of Congress regarding Department of Defense counterdrug ac-
tivities in the transit zone and Caribbean basin (sec. 1023) .............. 0000
Assessment of impact of proposed border wall on volume of illegal
narcotics (sec. 1024) ............................................................. 0000
Subtitle C—Naval Vessels ................................................................ 0000
Modification of authority to purchase vessels using funds in National
Defense Sealift Fund (sec. 1031) .......................................... 0000
Use of National Defense Sealift Fund for procurement of two used
vessels (sec. 1032) ................................................................ 0000
Transportation by sea of supplies for the Armed Forces and Defense
Agencies (sec. 1033) ............................................................. 0000
Senior Technical Authority for each naval vessel class (sec. 1034) ...... 0000
Permanent authority for sustaining operational readiness of littoral
combat ships on extended deployment (sec. 1035) ................. 0000
Formal training for shipboard system programs of record (sec. 1036) . 0000
Report on shipbuilder training and the defense industrial base (sec.
1037) ..................................................................................... 0000
Use of competitive procedures for CVN–80 and CVN–81 dual aircraft
carrier contract (sec. 1038) ................................................... 0000
Report on expanding naval vessel maintenance (sec. 1039) ................. 0000
Subtitle D—Counterterrorism ........................................................... 0000
Modification of support of special operations to combat terrorism
(sec. 1041) ............................................................................ 0000
Extension of prohibition on use of funds for transfer or release of
individuals detained at United States Naval Station, Guantanamo
Bay, Cuba, to certain countries (sec. 1042) ........................... 0000
Extension of prohibition on use of funds for transfer or release of
individuals detained at United States Naval Station, Guantanamo
Bay, Cuba, to the United States (sec. 1043) ........................... 0000
Extension of prohibition on use of funds to construct or modify facili-
ties in the United States to house detainees transferred from
United States Naval Station, Guantanamo Bay, Cuba (sec. 1044) ... 0000
Extension of prohibition on use of funds to close or relinquish control
of United States Naval Station, Guantanamo Bay, Cuba (sec.
1045) ..................................................................................... 0000

XXIV

Page

TITLE X—GENERAL PROVISIONS—Continued
Subtitle D—Counterterrorism—Continued
Chief Medical Officer at United States Naval Station, Guantanamo
Bay, Cuba (sec. 1046) ....................................................................... 0000
Independent assessment on gender and countering violent extremism
(sec. 1047) ......................................................................................... 0000
Subtitle E—Miscellaneous Authorities and Limitations ........................... 0000
Scheduling of Department of Defense executive aircraft controlled
by Secretaries of military departments (sec. 1051) ............................ 0000
Explosive ordnance defense disposal program (sec. 1052) ..................... 0000
Technical correction and extension of reporting requirement regard-
ing enhancement of information sharing and coordination of mili-
tary training between Department of Homeland Security and De-
partment of Defense (sec. 1053) ......................................................... 0000
Notification on the provision of defense sensitive support (sec. 1054) .. 0000
Revision to authorities relating to mail service for members of the
Armed Forces and Department of Defense civilians overseas (sec.
1055) ................................................................................................... 0000
Access to and use of military post offices by United States citizens
employed overseas by the North Atlantic Treaty Organization who
perform functions in support of military operations of the Armed
Forces (sec. 1056) .............................................................................. 0000
Expenditure of funds for Department of Defense intelligence and
counterintelligence activities (sec. 1057) ............................................ 0000
Limitation on use of funds for the inactivation of Army watercraft
units (sec. 1058) ................................................................................. 0000
Legislative Provisions Not Adopted ........................................................... 0000
Independent public accountant audit of financial systems of the De-
partment of Defense .......................................................................... 0000
Modification of authority to provide support to other agencies for
counterdrug activities and activities to counter transnational orga-
nized crime ........................................................................................ 0000
Repeal of Secretary of Defense review of curricula and program struc-
tures of National Guard counterdrug schools .................................... 0000
Clarification of authority of military commissions under chapter 47A
of title 10, United States Code, to punish contempt .......................... 0000
Prohibition on use of funds for transfer to and detention of additional
individuals, including United States citizens, at United States
Naval Station, Guantanamo Bay, Cuba ............................................ 0000
Enhancement of authorities on forfeiture of Federal benefits by the
National Guard .................................................................................. 0000
Public availability of military commission proceedings .......................... 0000
Limitation on placement by the Under Secretary of Defense for Per-
sonnel and Readiness of work with federally funded research and
development centers ........................................................................... 0000
Modification and technical correction of authority for deployment
of members of the Armed Forces to the southern land border of
the United States ............................................................................... 0000
Use of funds for defense of the Armed Forces and United States
citizens against attack by foreign hostile forces ................................ 0000
Prohibition on use of funds for construction of a wall, fence, or
other physical barrier along the southern border of the United
States ................................................................................................. 0000
Limitation on use of funds to house children separated from parents . 0000
Limitation on use of funds for providing housing for unaccompanied
alien children ..................................................................................... 0000
Transfer of certain items included in categories I, II, and III of
the United States Munitions List to the Commerce Control List ..... 0000
Limitation on use of funds for reimbursement of expenses at certain
properties ........................................................................................... 0000
Limitation on use of funds for exhibition of parade of military forces
and hardware for review by the President ........................................ 0000
Prohibition on use of DOD equipment, personnel, and facilities for
ICE detention .................................................................................... 0000
Report on joint force plan for implementation of strategies of the
Department of Defense for the Arctic ................................................ 0000

WASHSTATEC011080

XXV

Page

TITLE X—GENERAL PROVISIONS—Continued
  Legislative Provisions Not Adopted—Continued
      Report on use of Northern Tier bases in implementation of Arctic
        strategy of the United States ................................................ 0000
      Comptroller General of the United States report on post-government
        employment of former Department of Defense officials ...................... 0000
      Elimination of requirement to submit reports to Congress in paper
        format ................................................................... 0000
      Sense of Congress regarding modular airborne fire fighting system .... 0000
      Report on policies relating to small farms ................................ 0000
      Report on financial costs of overseas United States military posture
        and operations ........................................................... 0000
      Public availability of Chief Management Office annual budget re-
        ports .................................................................... 0000
      Plan to increase and expand cold weather training ......................... 0000
      Comptroller General review of Department of Defense support for
        the Department of Homeland Security operations on the southwest
        border of the United States ............................................. 0000
      Disposal of IPv4 addresses ................................................ 0000
      Prohibition on denial of Department of Veterans Affairs home loans
        for veterans who legally work in the marijuana industry ................. 0000
      Inclusion on the Vietnam Veterans Memorial Wall of the names
        of the lost crew members of the U.S.S. Frank E. Evans killed
        on June 3, 1969 ......................................................... 0000
      Report on executive helicopter flights in the National Capital Region  0000
      Review of foreign currency exchange rates and analysis of Foreign
        Currency Fluctuations Appropriation ..................................... 0000
      Contracts by the President or Vice President ............................. 0000
      Interoperability of communications between military installations
        and adjacent jurisdictions .............................................. 0000
      Chinese language and culture studies within the Defense Language
        and National Security Education Office .................................. 0000
      Modification of prohibition on availability of funds for Chinese lan-
        guage programs at certain institutions of higher education .............. 0000
      Lessons learned and best practices on progress of gender integration
        implementation in the Armed Forces ..................................... 0000
      Strategies for recruitment and retention of women in the Armed
        Forces ................................................................... 0000
      Honoring last surviving Medal of Honor recipient of Second World
        War ..................................................................... 0000
      Credit monitoring ........................................................ 0000
      Sense of Congress regarding Army Contracting Command-New Jer-
        sey ...................................................................... 0000
      Review and report on experimentation with ticks and insects ............. 0000
      Pilot program to provide broadband access to military families and
        medical facilities on remote and isolated bases ........................ 0000
      Sense of Congress regarding military working dogs and soldier han-
        dlers .................................................................... 0000
      Funding limitation for the Erie Canalway National Heritage Cor-
        ridor .................................................................... 0000
      Inspection of facilities used to house, detain, screen, and review
        migrants and refugees ................................................... 0000
      Sense of Congress regarding the 2001 Authorization for Use of Mili-
        tary Force ............................................................... 0000
      Prohibition on export of air to ground munitions, related components
        and parts of such munitions, and related services to Saudi Arabia
        and the United Arab Emirates ........................................... 0000
      Reporting regarding cancelled appropriations ............................. 0000
      Inclusion of progress of the Department of Defense in achieving
        auditable financial statements in annual reports on the Financial
        Improvement and Audit Remediation Plan ................................ 0000
      Silver Star Service Banner Day .......................................... 0000
      Comptroller General of the United States report on the effects of
        continuing resolutions on readiness and planning of the Depart-
        ment of Defense ......................................................... 0000
      Sense of Congress on the naming of a naval vessel in honor of
        Senior Chief Petty Officer Shannon Kent ................................ 0000

WASHSTATEC011081

XXVI

| | Page |
|---|---|
| TITLE XI—CIVILIAN PERSONNEL MATTERS ................................................ | 0000 |
| Subtitle A—General Provisions ............................................................. | 0000 |
| Defense Advanced Research Projects Agency personnel management authority (sec. 1101) ................................................................. | 0000 |
| Report on the probationary period for Department of Defense employees (sec. 1102) ...................................................................... | 0000 |
| Civilian personnel management (sec. 1103) ........................................ | 0000 |
| One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone (sec. 1104) ................................................................. | 0000 |
| One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas (sec. 1105) ............................................ | 0000 |
| Performance of civilian functions by military personnel (sec. 1106) ...... | 0000 |
| Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base (sec. 1107) ............... | 0000 |
| Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees (sec. 1108) ......................... | 0000 |
| Modification of direct hire authorities for the Department of Defense (sec. 1109) ................................................................................. | 0000 |
| Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act (sec. 1110) ............................................................................................. | 0000 |
| Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown (sec. 1111) ............................................................................................. | 0000 |
| Limitation on transfer of Office of Personnel Management (sec. 1112) | 0000 |
| Assessment of Accelerated Promotion Program suspension (sec. 1113) ............................................................................................. | 0000 |
| Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation (sec. 1114) ................ | 0000 |
| Clarification of limitation on expedited hiring authority for post-secondary students (sec. 1115) ..................................................... | 0000 |
| Modification of temporary assignments of Department of Defense employees to a private-sector organization (sec. 1116) ..................... | 0000 |
| Extension of authority for part-time reemployment (sec. 1117) ............ | 0000 |
| Subtitle B—Fair Chance Act ............................................................... | 0000 |
| Short title (sec. 1121–1124) ............................................................. | 0000 |
| Subtitle C—ATC Hiring Reform .......................................................... | 0000 |
| ATC Hiring Reform (secs. 1131–1135) ............................................... | 0000 |
| Legislative Provisions Not Adopted ......................................................... | 0000 |
| Prohibited personnel practices ........................................................... | 0000 |
| Enhancement of antidiscrimination protections for Federal employees ........................................................................................... | 0000 |
| Permitted disclosures by whistleblowers ............................................. | 0000 |
| Interim stay authority to protect whistleblowers ................................. | 0000 |
| Review of Standard Occupational Classification System ....................... | 0000 |
| TITLE XII—MATTERS RELATING TO FOREIGN NATIONS ......................... | 0000 |
| Subtitle A—Assistance and Training ....................................................... | 0000 |
| Modification of authority to build capacity of foreign security forces (sec. 1201) ................................................................................. | 0000 |
| Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations (sec. 1202) ..................................................... | 0000 |
| Modifications of authorities relating to acquisition and cross-servicing agreements (sec. 1203) ............................................................... | 0000 |
| Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities (sec. 1204) ... | 0000 |
| Gender perspectives and participation by women in security cooperation activities (sec. 1205) ........................................................... | 0000 |
| Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities (sec. 1206) ............................................ | 0000 |
| Extension of authority for support of special operations for irregular warfare (sec. 1207) ...................................................................... | 0000 |

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
  Subtitle A—Assistance and Training—Continued
      Extension and modification of Commanders' Emergency Response
        Program and elimination of certain payments to redress injury
        and loss (sec. 1208) ...................................................... 0000
      Two-year extension of program authority for Global Security Contin-
        gency Fund (sec. 1209) ................................................. 0000
      Legal institutional capacity building initiative for foreign defense
        institutions (sec. 1210) ................................................ 0000
      Department of Defense support for stabilization activities in national
        security interest of the United States (sec. 1210A) ........... 0000
  Subtitle B—Matters Relating to Afghanistan and Pakistan ........... 0000
      Extension of authority to transfer defense articles and provide de-
        fense services to the military and security forces of Afghanistan
        (sec. 1211) ................................................................. 0000
      Extension and modification of authority to acquire products and serv-
        ices produced in countries along a major route of supply to Afghan-
        istan (sec. 1212) ......................................................... 0000
      Authority for certain payments to redress injury and loss (sec. 1213) . 0000
      Extension and modification of semiannual report on enhancing secu-
        rity and stability in Afghanistan (sec. 1214) ..................... 0000
      Special Immigrant Visa Program reporting requirement (sec. 1215) ... 0000
      Meaningful inclusion of Afghan women in peace negotiations (sec.
        1216) ......................................................................... 0000
      Extension and modification of authority for reimbursement of certain
        coalition nations for support provided to United States military
        operations (sec. 1217) .................................................. 0000
      Support for reconciliation activities led by the Government of Afghan-
        istan (sec. 1218) ......................................................... 0000
      Modification and Extension of the Afghan Special Immigrant Visa
        Program (sec. 1219) ..................................................... 0000
  Subtitle C—Matters Relating to Syria, Iraq, and Iran ................ 0000
      Modification of authority and limitation on use of funds to provide
        assistance to counter the Islamic State of Iraq and Syria (sec.
        1221) ......................................................................... 0000
      Extension and modification of authority to provide assistance to the
        vetted Syrian groups and individuals (sec. 1222) ............... 0000
      Modification of authority to support operations and activities of the
        Office of Security Cooperation in Iraq (sec. 1223) ............. 0000
      Establishing a coordinator for detained ISIS members and relevant
        displaced populations in Syria (sec. 1224) ........................ 0000
      Report on lessons learned from efforts to liberate Mosul and Raqqah
        from control of the Islamic State of Iraq and Syria (sec. 1225) ... 0000
      Expansion of availability of financial assets of Iran to victims of
        terrorism (sec. 1226) .................................................... 0000
      Report on the status of deconfliction channels with Iran (sec. 1227) ... 0000
      Prohibition on provision of weapons and other forms of support to
        certain organizations (sec. 1228) ................................... 0000
  Subtitle D—Matters Relating to the Russian Federation ............. 0000
      Extension of limitation on military cooperation between the United
        States and Russia (sec. 1231) ....................................... 0000
      Prohibition on availability of funds relating to sovereignty of Russia
        over Crimea (sec. 1232) ................................................ 0000
      Sense of Congress on updating and modernizing existing agreements
        to avert miscalculation between the United States and Russia (sec.
        1233) ......................................................................... 0000
      United States participation in Open Skies Treaty (sec. 1234) ......... 0000
      Modifications of briefing, notification, and reporting requirements
        relating to non-compliance by the Russian Federation with its obli-
        gations under the INF Treaty (sec. 1235) ......................... 0000
      Report on treaties relating to nuclear arms control (sec. 1236) ........... 0000
      Reports relating to the New START Treaty (sec. 1237) ................ 0000
      Report on military activities of the Russian Federation and the Peo-
        ple's Republic of China in the Arctic region (sec. 1238) ........ 0000
      Updated strategy to counter the threat of malign influence by the
        Russian Federation and other countries (sec. 1239) ........... 0000
  Subtitle E—Matters Relating to Europe and NATO ..................... 0000

XXVIII

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Subtitle E—Matters Relating to Europe and NATO—Continued
Sense of Congress on support for the North Atlantic Treaty Organiza-
tion (sec. 1241) .................................................................... 0000
Prohibition on the use of funds to suspend, terminate, or provide
notice of denunciation of the North Atlantic Treaty (sec. 1242) ........ 0000
Future years plans and planning transparency for European Deter-
rence Initiative (sec. 1243) .................................................... 0000
Modification and extension of Ukraine Security Assistance Initiative
(sec. 1244) ........................................................................ 0000
Limitation on transfer of F–35 aircraft to Turkey (sec. 1245) .............. 0000
Baltic defense assessment; extension and modification of security
assistance for Baltic countries for joint program for interoperability
and deterrence against aggression (sec. 1246) ............................ 0000
Extension of authority for and report on training for Eastern Euro-
pean national security forces in the course of multilateral exercises
(sec. 1247) ........................................................................ 0000
Extension and modification of NATO Special Operations Head-
quarters (sec. 1248) ............................................................ 0000
North Atlantic Treaty Organization Joint Force Command (sec.
1249) ............................................................................... 0000
Report on North Atlantic Treaty Organization Readiness Initiative
(sec. 1250) ........................................................................ 0000
Repeal of prohibition on transfer of articles on the United States
Munitions List to the Republic of Cyprus (sec. 1250A) ................... 0000
Subtitle F—Matters Relating to the Indo–Pacific Region .......................... 0000
Modification of Indo-Pacific Maritime Security Initiative (sec. 1251) ... 0000
Expansion of Indo-Pacific Maritime Security Initiative and limitation
on use of funds (sec. 1252) .................................................... 0000
Report on resourcing United States defense requirements for the
Indo-Pacific region and study on competitive strategies (sec. 1253) .. 0000
Limitation on use of funds to reduce the total number of members
of the Armed Forces serving on active duty who are deployed
to South Korea (sec. 1254) .................................................... 0000
Report on direct, indirect, and burden-sharing contributions of Japan
and South Korea (sec. 1255) .................................................. 0000
Sense of Congress on security commitments to the Governments
of Japan and the Republic of Korea and trilateral cooperation
among the United States, Japan, and the Republic of Korea (sec.
1256) ............................................................................... 0000
Sense of Congress on North Korea (sec. 1257) ................................ 0000
Statement of policy and sense of Congress on, and strategy to fulfill
obligations under, Mutual Defense Treaty with the Republic of
the Philippines (sec. 1258) .................................................... 0000
Report on security cooperation with the Philippine National Police
(sec. 1259) ........................................................................ 0000
Modification of annual report on military and security developments
involving the People's Republic of China (sec. 1260) ..................... 0000
Report on foreign military activities in Pacific Island countries (sec.
1260A) ............................................................................. 0000
Report on cybersecurity activities with Taiwan (sec. 1260B) .............. 0000
Review and report related to the Taiwan Relations Act (sec. 1260C) .. 0000
Sense of Congress on enhancement of the United States-Taiwan de-
fense relationship (sec. 1260D) .............................................. 0000
Chinese foreign direct investment in countries of the Arctic region
(sec. 1260E) ...................................................................... 0000
Sense of Congress on policy toward Hong Kong (sec. 1260F) .............. 0000
Sense of Congress on enhancing defense and security cooperation
with the Republic of Singapore (sec. 1260G) .............................. 0000
Authority to transfer funds for Bien Hoa dioxin cleanup (sec. 1260H) 0000
Limitation on removal of Huawei Technologies Co. Ltd. from entity
list of Bureau of Industry and Security (1260I) ........................... 0000
Report on ZTE compliance with Superseding Settlement Agreement
and Superseding Order (sec. 1260J) ......................................... 0000
Report on the lay-down of United States Marines in the Indo-Pacific
region (sec. 1260K) ............................................................. 0000
Subtitle G—Other Matters ............................................................. 0000

XXIX

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Subtitle G—Other Matters—Continued
Modification to report on legal and policy frameworks for the use
of military force (sec. 1261) ........................................................ 0000
Independent review of sufficiency of resources available to United
States Southern Command and United States Africa Command
(sec. 1262) ..................................................................................... 0000
United States Central Command posture assessment and review (sec.
1263) ............................................................................................... 0000
Limitation on production of nuclear proliferation assessment state-
ments (sec. 1264) ........................................................................... 0000
Western hemisphere resource assessment (sec. 1265) ........................... 0000
Human rights in Brazil (sec. 1266) ....................................................... 0000
Certification relating to assistance for Guatemala (sec. 1267) ............. 0000
Independent analysis of human rights situation in Honduras (sec.
1268) ............................................................................................... 0000
Briefing on strategy to improve the efforts of the Nigerian military
to prevent, mitigate, and respond to civilian harm (sec. 1269) .......... 0000
Report on implications of Chinese military presence in Djibouti (sec.
1270) ............................................................................................... 0000
Rule of construction on the permanent stationing of United States
Armed Forces in Somalia (sec. 1271) .......................................... 0000
Defense and diplomatic strategy for Libya (sec. 1272) ......................... 0000
Prohibition on in-flight refueling to non-United States aircraft that
engage in hostilities in the ongoing civil war in Yemen (sec. 1273) .. 0000
Report on Saudi led coalition strikes in Yemen (sec. 1274) .................. 0000
Reports on expenses incurred for in-flight refueling of Saudi coalition
aircraft conducting missions relating to civil war in Yemen (sec.
1275) ............................................................................................... 0000
Report on Saudi Arabia's human rights record (sec. 1276) .................. 0000
Report on intelligence community assessment relating to the killing
of Washington Post columnist Jamal Khashoggi (sec. 1277) ............ 0000
United States-Israel cooperation to counter unmanned aerial systems
(sec. 1278) ..................................................................................... 0000
Extension and modification of authority for United States-Israel anti-
tunnel cooperation activities (sec. 1279) ..................................... 0000
Report on cost imposition strategy (sec. 1280) ....................................... 0000
Modification of initiative to support protection of national security
academic researchers from undue influence and other security
threats (sec. 1281) ......................................................................... 0000
Modification of responsibility for policy on civilian casualty matters
(sec. 1282) ..................................................................................... 0000
Report on export of certain satellites to entities with certain bene-
ficial ownership status (sec. 1283) .............................................. 0000
Rule of construction relating to use of military force (sec. 1284) ......... 0000
Reports and briefings on use of military force and support of partner
forces (sec. 1285) ........................................................................... 0000
Legislative Provisions Not Adopted ............................................................. 0000
Report on participants in security cooperation training programs and
recipients of security assistance training that have been designated
for human rights abuses or terrorist activities ........................... 0000
Prohibition on use of funds to transfer defense articles and services
to Azerbaijan ................................................................................. 0000
Multinational regional security education center ................................... 0000
Training for participants in professional military education pro-
grams ............................................................................................. 0000
Report on plan to transfer funds in connection with the provision
of support under section 385 of title 10, United States Code ........... 0000
Rule of construction relating to use of military force against Iran ....... 0000
Sense of Congress on support for Ministry of Peshmerga Forces of
the Kurdistan Region of Iraq ....................................................... 0000
Sense of Congress on supporting the return and repatriation of reli-
gious and ethnic minorities in Iraq to their ancestral homelands .... 0000
Prohibition of unauthorized military force in or against Iran .............. 0000
Report on Russian military involvement in the AFRICOM AOR ......... 0000
United States actions relating to Russian interference in elections
for Federal office ........................................................................... 0000

XXX

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Legislative Provisions Not Adopted—Continued
Extension and modification of report on military and security devel-
opments involving North Korea ...................................................... 0000
Modification of report relating to enhancing defense and security
cooperation with India ................................................................... 0000
Sense of Congress on the enduring United States commitment to
the Freely Associated States ......................................................... 0000
Report by Defense Intelligence Agency on certain military capabili-
ties of China and Russia ................................................................ 0000
Sense of Congress on United States-India defense relationship .......... 0000
Report on value of investments in dual use infrastructure projects
by NATO member states ................................................................. 0000
Sense of Senate on the United States-Japan alliance and defense
cooperation ....................................................................................... 0000
European Center of Excellence for Countering Hybrid Threats .......... 0000
Sense of Senate on United States-India defense relationship .............. 0000
Sense of Congress on European investments in national security ........ 0000
Briefing on Department of Defense program to protect United States
students against foreign assets ...................................................... 0000
Sense of Senate on enhanced cooperation with Pacific Island coun-
tries to establish open-source intelligence fusion centers in the
Indo-Pacific region .......................................................................... 0000
Limitation on availability of certain funds until report submitted
on Department of Defense awards and disciplinary action as a
result of the 2017 incident in Niger ............................................. 0000
Rule of construction relating to use of military force against Ven-
ezuela ................................................................................................ 0000
Restriction on emergency authority relating to arms sales under the
Arms Export Control Act ............................................................... 0000
Report on annual defense spending by ally and partner countries ...... 0000
Reports on contributions to the North Atlantic Treaty Organization ... 0000
Sense of Congress on the United States-Israel relationship ................. 0000
Sense of Congress on stability of the Caucasus region and the con-
tinuation of the Nagorno Karabakh cease-fire ............................. 0000
Limitation on use of funds from the Special Defense Acquisition
Fund .................................................................................................. 0000
Prohibition on the use of emergency authorities for the sale or trans-
fer of defense articles and services to Saudi Arabia and the United
Arab Emirates .................................................................................. 0000
Prohibition on support for military participation against the Houthis ... 0000
Report on efforts to combat Boko Haram in Nigeria and the Lake
Chad Basin ....................................................................................... 0000
Sense of Congress relating to Mongolia ................................................ 0000
Report on relationship between Lebanese armed forces and
Hizballah .......................................................................................... 0000
Imposition of sanctions relating to Central America ........................... 0000
Report on hostilities involving United States Armed Forces ................ 0000
Repeal of Authorization for the Use of Military Force .......................... 0000
Short title ................................................................................................ 0000
Modification of certification and report requirements relating to sales
of major defense equipment with respect to which nonrecurring
costs of research, development, and production are waived or re-
duced under the Arms Export Control Act ................................... 0000
Review and report on use and management of administrative sur-
charges under the foreign military sales program ....................... 0000
Performance measures to monitor foreign military sales program ....... 0000
Report and briefing on administrative budgeting of foreign military
sales program ................................................................................... 0000
Training program for relevant officials and staff of the Defense Secu-
rity Cooperation Agency ................................................................. 0000
Definitions ............................................................................................... 0000
Sense of Senate on security concerns with respect to leasing arrange-
ments for the Port of Haifa in Israel ........................................... 0000
Matters relating to Burma ..................................................................... 0000
Sanctions with respect to foreign persons that engage in activities
described in section 1281(a)(2) ...................................................... 0000

WASHSTATEC011086

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Legislative Provisions Not Adopted—Continued
Stop Financing of Al-Shabaab Act .......................................................... 0000
Report on contracts with entities affiliated with the Government
of the People's Republic of China or the Chinese Communist Party ......... 0000
United States-India defense cooperation in the Western Indian
Ocean ....................................................................................................... 0000
Sense of Congress on Hong Kong port visits ........................................ 0000
Implementation of the Asia Reassurance Initiative Act with regard
to Taiwan arms sales ............................................................................... 0000
TITLE XIII—COOPERATIVE THREAT REDUCTION ..................................... 0000
Funding allocations; specification of cooperative threat reduction
funds (sec. 1301) ..................................................................................... 0000
Legislative Provisions Not Adopted .............................................................. 0000
Funding for cooperative biological engagement program ...................... 0000
Cooperative Threat Reduction Program enhancement .......................... 0000
TITLE XIV—OTHER AUTHORIZATIONS ......................................................... 0000
Subtitle A—Military Programs ..................................................................... 0000
Working capital funds (sec. 1401) .......................................................... 0000
Chemical agents and munitions destruction, defense (sec. 1402) ......... 0000
Drug interdiction and counter-drug activities, defense-wide (sec.
1403) ......................................................................................................... 0000
Defense inspector general (sec. 1404) ................................................... 0000
Defense health program (sec. 1405) ...................................................... 0000
Subtitle B—Other Matters ............................................................................ 0000
Authority for transfer of funds to joint Department of Defense-De-
partment of Veterans Affairs Medical Facility Demonstration Fund
for Captain James A. Lovell Health Care Center, Illinois (sec.
1411) ......................................................................................................... 0000
Authorization of appropriations for Armed Forces Retirement Home
(sec. 1412) ................................................................................................ 0000
Legislative Provisions Not Adopted .............................................................. 0000
National Defense Sealift Fund ............................................................... 0000
Expansion of eligibility for residence at the Armed Forces Retirement
Home ......................................................................................................... 0000
TITLE XV—AUTHORIZATION OF ADDITIONAL APPROPRIATIONS FOR
OVERSEAS CONTINGENCY OPERATIONS .................................................. 0000
Purpose (sec. 1501) ................................................................................. 0000
Treatment as additional authorizations (sec. 1502) ............................. 0000
Subtitle A—Authorization of Appropriations for Overseas Contigency Op-
erations ........................................................................................................ 0000
Overseas contingency operations (sec. 1511) ........................................ 0000
Procurement (sec. 1512) .......................................................................... 0000
Research, development, test, and evaluation (sec. 1513) ...................... 0000
Operation and maintenance (sec. 1514) ................................................ 0000
Military personnel (sec. 1515) ................................................................ 0000
Working capital funds (sec. 1516) .......................................................... 0000
Drug interdiction and counter-drug activities, defense-wide (sec.
1517) ......................................................................................................... 0000
Defense inspector general (sec. 1518) ................................................... 0000
Defense health program (sec. 1519) ...................................................... 0000
Afghanistan Security Forces Fund (sec. 1520) ...................................... 0000
Special transfer authority (sec. 1520A) ................................................ 0000
Subtitle B—Authorization of Appropriations for Emergency Funds for
Recovery and Restoration ........................................................................... 0000
Procurement (sec. 1521) .......................................................................... 0000
Research, development, test, and evaluation (sec. 1522) ...................... 0000
Operation and maintenance (sec. 1523) ................................................ 0000
Restriction on transfer of funds authorized by this subtitle (sec.
1524) ......................................................................................................... 0000
Legislative Provisions Not Adopted .............................................................. 0000
Review of Joint Improvised-Threat Defeat Organization research re-
lating to humanitarian demining efforts ................................................ 0000
TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE
MATTERS ....................................................................................................... 0000
Budget Items ................................................................................................. 0000

Page

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE
MATTERS—Continued
  Budget Items—Continued
    Standard Missile-3 Block IIA flight test against intercontinental bal-
      listic missile target .............................................................................. 0000
  Subtitle A—Space Activities ......................................................................... 0000
    Repeal of requirement to establish United States Space Command
      as a subordinate unified command of the United States Strategic
      Command (sec. 1601) ......................................................................... 0000
    Coordination of modernization efforts relating to military-code capa-
      ble GPS receiver cards (sec. 1602) .................................................. 0000
    Demonstration of backup and complementary positioning, navigation,
      and timing capabilities of Global Positioning System (sec. 1603) ..... 0000
    Annual determination on plan on full integration and exploitation
      of overhead persistent infrared capability (sec. 1604) ...................... 0000
    Space-based environmental monitoring mission requirements (sec.
      1605) .................................................................................................... 0000
    Resilient enterprise ground architecture (sec. 1606) ............................. 0000
    Prototype program for multi-global navigation satellite system re-
      ceiver development (sec. 1607) ......................................................... 0000
    Commercial space situational awareness capabilities (sec. 1608) ........ 0000
    Program to enhance and improve launch support and infrastructure
      (sec. 1609) ........................................................................................... 0000
    Preparation to implement plan for use of allied launch vehicles (sec.
      1610) .................................................................................................... 0000
    Independent study on plan for deterrence in space (sec. 1611) ............ 0000
    Study on leveraging diverse commercial satellite remote sensing ca-
      pabilities (sec. 1612) ......................................................................... 0000
    Annual report on Space Command and Control program (sec. 1613) ... 0000
    Report on Space Debris (sec. 1614) ........................................................ 0000
  Subtitle B—Defense Intelligence and Intelligence-Related Activities ......... 0000
    Redesignation of Under Secretary of Defense for Intelligence as
      Under Secretary of Defense for Intelligence and Security (sec.
      1621) .................................................................................................... 0000
    Modifications to ISR Integration Council and annual briefing require-
      ments (sec. 1622) ............................................................................... 0000
    Modification of annual authorization of appropriations for National
      Flagship Language Initiative (sec. 1623) ........................................ 0000
    Improving the onboarding methodology for intelligence personnel
      (sec. 1624) ........................................................................................... 0000
    Defense Counterintelligence and Security Agency activities on facili-
      tating access to local criminal records historical data (sec. 1625) ..... 0000
    Survey and report on alignment of intelligence collections capabilities
      and activities with Department of Defense requirements (sec.
      1626) .................................................................................................... 0000
    Reports on Consolidated Adjudication Facility of the Defense Coun-
      terintelligence and Security Agency (sec. 1627) ............................ 0000
    Report on the expanded purview of the Defense Counterintelligence
      and Security Agency (sec. 1628) ...................................................... 0000
    Termination of requirement for Department of Defense facility access
      clearances for joint ventures composed of previously-cleared enti-
      ties (sec. 1629) ................................................................................... 0000
  Subtitle C—Cyberspace-Related Matters ................................................... 0000
    Matters relating to military operations in the information environ-
      ment (sec. 1631) ............................................................................... 0000
    Notification requirements for sensitive military cyber operations (sec.
      1632) .................................................................................................... 0000
    Evaluation of cyber vulnerabilities of major weapon systems of the
      Department of Defense (sec. 1633) .................................................. 0000
    Quarterly assessments of the readiness of Cyber Mission Forces (sec.
      1634) .................................................................................................... 0000
    Cyber posture review (sec. 1635) ............................................................ 0000
    Modification of elements of assessment required for termination of
      dual-hat arrangement for Commander of the United States Cyber
      Command (sec. 1636) ......................................................................... 0000
    Modification of cyber scholarship program (sec. 1637) .......................... 0000

XXXIII

Page

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE
MATTERS—Continued
    Subtitle C—Cyberspace-Related Matters—Continued
        Tier 1 exercise of support to civil authorities for a cyber incident
          (sec. 1638) .......................................................................................... 0000
        Extension of the Cyberspace Solarium Commission (sec. 1639) ........... 0000
        Authority to use operation and maintenance funds for cyber oper-
          ations-peculiar capability development projects (sec. 1640) .............. 0000
        Role of Chief Information Officer in improving enterprise-wide cyber-
          security (sec. 1641) ........................................................................... 0000
        Notification of delegation of authorities to the Secretary of Defense
          for military operations in cyberspace (sec. 1642) ............................. 0000
        Limitation of funding for Consolidated Afloat Networks and Enter-
          prise Services (sec. 1643) ................................................................. 0000
        Annual military cyberspace operations report (sec. 1644) ................... 0000
        Annual report on cyber attacks and intrusions against the Depart-
          ment of Defense by certain foreign entities (sec. 1645) ................... 0000
        Control and analysis of Department of Defense data stolen through
          cyberspace (sec. 1646) ...................................................................... 0000
        Use of National Security Agency cybersecurity expertise to support
          evaluation of commercial cybersecurity products (sec. 1647) ........... 0000
        Framework to enhance cybersecurity of the United States defense
          industrial base (sec. 1648) ............................................................... 0000
        Report on cybersecurity training programs (sec. 1649) ....................... 0000
        National Security Presidential Memorandums relating to Department
          of Defense operations in cyberspace (sec. 1650) ............................... 0000
        Reorientation of Big Data Platform program (sec. 1651) ..................... 0000
        Zero-based review of Department of Defense cyber and information
          technology personnel (sec. 1652) ...................................................... 0000
        Study on improving cyber career paths in the Navy (sec. 1653) .......... 0000
        Accreditation standards and processes for cybersecurity and informa-
          tion technology products and services (sec. 1654) ............................ 0000
        Study on future cyber warfighting capabilities of Department of De-
          fense (sec. 1655) ............................................................................... 0000
        Study to determine the optimal strategy for structuring and manning
          elements of the Joint Force Headquarters-Cyber organizations,
          Joint Mission Operations Centers, and Cyber Operations-Inte-
          grated Planning Elements (sec. 1656) .............................................. 0000
        Cyber governance structures and Principal Cyber Advisors on mili-
          tary cyber force matters (sec. 1657) ................................................ 0000
        Designation of test networks for testing and accreditation of cyberse-
          curity products and services (sec. 1658) .......................................... 0000
        Consortia of universities to advise Secretary of Defense on cybersecu-
          rity matters (sec. 1659) ................................................................... 0000
        Joint assessment of Department of Defense cyber red team capabili-
          ties, capacity, demand, and requirements (sec. 1660) ..................... 0000
    Subtitle D—Nuclear Forces ......................................................................... 0000
        Conforming amendment to Council on Oversight of the National
          Leadership Command, Control, and Communications System (sec.
          1661) ................................................................................................ 0000
        Modification of authorities relating to nuclear command, control, and
          communications system (sec. 1662) .................................................. 0000
        Briefings on meetings held by Nuclear Weapons Council (sec. 1663) ... 0000
        Consideration of budget matters at meetings of Nuclear Weapons
          Council (sec. 1664) ........................................................................... 0000
        Improvement to annual report on the modernization of the nuclear
          weapons enterprise (sec. 1665) ........................................................ 0000
        Expansion of officials required to conduct biennial assessments of
          delivery platforms for nuclear weapons and nuclear command and
          control system (sec. 1666) ................................................................ 0000
        Extension of annual briefing on costs of forward-deploying nuclear
          weapons in Europe (sec. 1667) ........................................................ 0000
        Elimination of conventional requirement for long-range standoff
          weapon (sec. 1668) ........................................................................... 0000
        Briefing on long-range standoff weapon and sea-launched cruise mis-
          sile (sec. 1669) ................................................................................. 0000

WASHSTATEC011089

XXXIV

Page

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE
MATTERS—Continued
  Subtitle D—Nuclear Forces—Continued
    Extension of prohibition on availability of funds for mobile variant
      of ground-based strategic deterrent missile (sec. 1670) ...................... 0000
    Reports on development of ground-based strategic deterrent weapon
      (sec. 1671) ................................................................................. 0000
    Prohibition on reduction of the intercontinental ballistic missiles of
      the United States (sec. 1672) ...................................................... 0000
    Independent study on policy of no-first-use of nuclear weapons (sec.
      1673) ......................................................................................... 0000
    Independent study on risks of nuclear terrorism and nuclear war
      (sec. 1674) .................................................................................. 0000
    Report on military-to-military dialogue to reduce risks of miscalcula-
      tion leading to nuclear war (sec. 1675) ......................................... 0000
    Report on nuclear forces of the United States and near-peer countries
      (sec. 1676) .................................................................................. 0000
    Report on operation of conventional forces of military departments
      under employment or threat of employment of nuclear weapons
      (sec. 1677) .................................................................................. 0000
    Report on operation of conventional forces of certain combatant com-
      mands under employment or threat of employment of nuclear
      weapons (sec. 1678) ..................................................................... 0000
    Briefings on plan for future-systems-level architecture of nuclear
      command, control, and communications systems (sec. 1679) ........... 0000
    Sense of Congress on nuclear deterrence commitments of the United
      States (sec. 1680) ........................................................................ 0000
  Subtitle E—Missile Defense Programs ............................................. 0000
    National missile defense policy (sec. 1681) ...................................... 0000
    Development of space-based ballistic missile intercept layer (sec.
      1682) ......................................................................................... 0000
    Development of hypersonic and ballistic missile tracking space sensor
      payload (sec. 1683) ...................................................................... 0000
    Modifications to required testing by Missile Defense Agency of
      ground-based midcourse defense element of ballistic missile defense
      system (sec. 1684) ....................................................................... 0000
    Iron Dome short-range rocket defense system and Israeli cooperative
      missile defense program co-development and co-production (sec.
      1685) ......................................................................................... 0000
    Limitation on availability of funds for lower tier air and missile
      defense sensor (sec. 1686) ............................................................ 0000
    Plan for the redesigned kill vehicle replacement (sec. 1687) ............. 0000
    Organization, authorities, and billets of the Missile Defense Agency
      (sec. 1688) .................................................................................. 0000
    Annual assessment of ballistic missile defense system (sec. 1689) ....... 0000
    Command and control, battle management, and communications pro-
      gram (sec. 1690) ......................................................................... 0000
    Missile defense interceptor site in contiguous United States (sec.
      1691) ......................................................................................... 0000
    Independent study on impacts of missile defense development and
      deployment (sec. 1692) ................................................................ 0000
    Report and briefing on multi-volume kill capability (sec. 1693) ........... 0000
  Subtitle F—Other Matters ............................................................. 0000
    Extension of authorization for protection of certain facilities and
      assets from unmanned aircraft (sec. 1694) ................................... 0000
    Repeal of requirement for commission on electromagnetic pulse at-
      tacks and similar events (sec. 1695) ............................................ 0000
    Repeal of review requirement for ammonium perchlorate report (sec.
      1696) ......................................................................................... 0000
    Transferability of conventional prompt global strike weapon system
      technologies to surface-launched platforms (sec. 1697) .................. 0000
    Prohibition on availability of funds for certain offensive ground-
      launched ballistic or cruise missile systems (sec. 1698) .................. 0000
    Hard and deeply buried targets (sec. 1699) .................................... 0000
  Legislative Provisions Not Adopted ................................................. 0000
    National Security Space Launch Program ....................................... 0000

XXXV

Page

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE
MATTERS—Continued
   Legislative Provisions Not Adopted—Continued
      Intelligence assessment of relationship between women and violent
        extremism .................................................................................... 0000
      Modification of term of Commander of Air Force Space Command ...... 0000
      Funding for Defense Counterintelligence and Security Agency ............ 0000
      Report on potential Defense Intelligence Polygraph Examination
        Military Transition Program ........................................................ 0000
      Cybersecurity Defense Academy pilot program ..................................... 0000
      Expansion of authority for access and information relating to
        cyberattacks on Department of Defense operationally critical con-
        tractors ....................................................................................... 0000
      Briefing on memorandum of understanding relating to joint oper-
        ational planning and control of cyberattacks of national scale ...... 0000
      Prohibition on availability of funds for deployment of low-yield bal-
        listic missile warhead ................................................................. 0000
      Sense of the Senate on industrial base for ground-based strategic
        deterrent program ...................................................................... 0000
      Missile defense radar in Hawaii ............................................................ 0000
      Sense of the Senate on missile defense technology development prior-
        ities ............................................................................................. 0000
      Modification to reports on certain solid rocket motors ......................... 0000
      Sense of Senate on support for a robust and modern ICBM force
        to maximize the value of the nuclear triad of the United States ...... 0000
TITLE XVII—REPORTS AND OTHER MATTERS ......................................... 0000
   Subtitle A—Studies And Reports ......................................................... 0000
      Modification of annual reporting requirement on defense manpower
        (sec. 1701) ................................................................................... 0000
      Termination of requirement for submittal to Congress of certain re-
        curring reports (sec. 1702) .......................................................... 0000
      Modification of annual report on civilian casualties in connection
        with United States military operations (sec. 1703) ......................... 0000
      Extension of requirement for briefings on the national biodefense
        strategy (sec. 1704) ..................................................................... 0000
      Authorization of appropriations for title III of the Defense Production
        Act of 1950 (sec. 1705) ............................................................... 0000
      Report on the Department of Defense plan for mass-casualty disaster
        response operations in the Arctic (sec. 1706) ................................. 0000
      Transmittal to Congress of requests for assistance from other depart-
        ments of the Federal Government that are approved by the Depart-
        ment of Defense (sec. 1707) ........................................................ 0000
      Report and briefing on implementation of national defense strategy
        (sec. 1708) ................................................................................... 0000
      Actions to increase analytic support (sec. 1709) .................................. 0000
      Inclusion of certain individuals investigated by Inspectors General
        in the semiannual report (sec. 1710) ............................................ 0000
      Annual report on Joint Military Information Support Operations Web
        Operations Center (sec. 1711) ..................................................... 0000
      Mobility capability requirements study (sec. 1712) ............................. 0000
      Assessment of special operations force structure (sec. 1713) .............. 0000
      Army aviation strategic plan and modernization roadmap (sec. 1714) 0000
      Report on ground based long-range artillery to counter land and
        maritime threats (sec. 1715) ........................................................ 0000
      Independent review of transportation working-capital fund (sec.
        1716) ........................................................................................... 0000
      Geographic command risk assessment of proposed use of certain air-
        craft capabilities (sec. 1717) ........................................................ 0000
      Report on the backlog of personnel security clearance adjudications
        (sec. 1718) ................................................................................... 0000
      Report regarding outstanding Government Accountability Office rec-
        ommendations (sec. 1719) ........................................................... 0000
      Report on National Guard and United States Northern Command
        capacity to meet homeland defense and security incidents (sec.
        1720) ........................................................................................... 0000
      Assessment of standards, processes, procedures, and policy relating
        to civilian casualties (sec. 1721) .................................................. 0000

WASHSTATEC011091

XXXVI

Page

TITLE XVII—REPORTS AND OTHER MATTERS—Continued
Subtitle A—Studies And Reports—Continued
Report on transfers of equipment to prohibited entities (sec. 1722) ..... 0000
Annual report on strikes undertaken by the United States against
terrorist targets outside areas of active hostilities (sec. 1723) ......... 0000
Review and assessment of mitigation of military helicopter noise
(sec. 1724) ................................................................................................ 0000
Subtitle B—Other Matters ............................................................................ 0000
Technical, conforming, and clerical amendments (sec. 1731) ................ 0000
Establishment of lead Inspector General for an overseas contingency
operation based on Secretary of Defense notification (sec. 1732) ...... 0000
Clarification of authority of Inspectors General for overseas contin-
gency operations (sec. 1733) .................................................................... 0000
Employment status of annuitants for Inspectors General for overseas
contingency operations (sec. 1734) .......................................................... 0000
Extension of National Security Commission on Artificial Intelligence
(sec. 1735) ................................................................................................ 0000
Exemption from calculation of monthly income, for purposes of bank-
ruptcy laws, of certain payments from the Department of Veterans
Affairs and the Department of Defense (sec. 1736) ............................ 0000
Extension of postage stamp for breast cancer research (sec. 1737) ...... 0000
National Commission on Military Aviation Safety (sec. 1738) ............ 0000
Guarantee of residency for spouses of members of uniformed services
(sec. 1739) ................................................................................................ 0000
Electromagnetic pulses and geomagnetic disturbances (sec. 1740) ...... 0000
Improvements to Manufacturing USA Program (sec. 1741) ................ 0000
Regional innovation program (sec. 1742) ................................................ 0000
Aviation workforce development (sec. 1743) .......................................... 0000
Oversight of Department of Defense execute orders (sec. 1744) .......... 0000
Processes and procedures for notifications regarding special oper-
ations forces (sec. 1745) .......................................................................... 0000
Securing American science and technology (sec. 1746) ........................ 0000
Standardized policy guidance for calculating aircraft operation and
sustainment costs (sec. 1747) .................................................................. 0000
Special Federal Aviation Regulation Working Group (sec. 1748) ......... 0000
Prohibition on names related to the Confederacy (sec. 1749) .............. 0000
Support for National Maritime Heritage Grants program (sec. 1750) . 0000
Support for world language advancement and readiness (sec. 1751) ... 0000
Designation of Department of Defense strategic Arctic ports (sec.
1752) ........................................................................................................... 0000
Independent studies regarding potential cost savings with respect
to the nuclear security enterprise and force structure (sec. 1753) .... 0000
Comprehensive Department of Defense policy on collective self-de-
fense (sec. 1754) ........................................................................................ 0000
Policy regarding the transition of data and applications to the cloud
(sec. 1755) ................................................................................................ 0000
Integrated public alert and warning system (sec. 1756) ........................ 0000
Improving quality of information in background investigation request
packages (sec. 1757) .................................................................................. 0000
Parole in place for members of the Armed Forces and certain military
dependents (sec. 1758) .............................................................................. 0000
Report on reducing the backlog in legally required historical declas-
sification obligations of the Department of Defense (sec. 1759) ........ 0000
Military type certification for light attack experimentation aircraft
(sec. 1760) ................................................................................................ 0000
Legislative Provisions Not Adopted ............................................................. 0000
Short title ...................................................................................................... 0000
Definitions ...................................................................................................... 0000
No Force and Effect ...................................................................................... 0000
DIVISION B—MILITARY CONSTRUCTION AUTHORIZATIONS ................... 0000
Summary and explanation of funding tables .......................................... 0000
Short title (sec. 2001) ................................................................................... 0000
Expiration of authorizations and amounts required to be specified
by law (sec. 2002) .................................................................................... 0000
Effective date (sec. 2003) ............................................................................ 0000
TITLE XXI—ARMY MILITARY CONSTRUCTION .......................................... 0000
Summary ........................................................................................................ 0000

XXXVII

Page

TITLE XXI—ARMY MILITARY CONSTRUCTION—Continued
    Authorized Army construction and land acquisition projects (sec. 2101) .................................................................................................. 0000
    Family housing (sec. 2102) ......................................................................... 0000
    Authorization of appropriations, Army (sec. 2103) .............................. 0000
    Modification of authority to carry out certain fiscal year 2019 projects (sec. 2104) ............................................................................................. 0000
TITLE XXII—NAVY MILITARY CONSTRUCTION ....................................... 0000
    Summary ....................................................................................................... 0000
    Authorized Navy construction and land acquisition projects (sec. 2201) .................................................................................................. 0000
    Family housing (sec. 2202) ......................................................................... 0000
    Improvements to military family housing units (sec. 2203) ............... 0000
    Authorization of appropriations, Navy (sec. 2204) .............................. 0000
    Modification of authority to carry out certain fiscal year 2017 project (sec. 2205) ............................................................................................. 0000
TITLE XXIII—AIR FORCE MILITARY CONSTRUCTION ............................ 0000
    Summary ....................................................................................................... 0000
    Authorized Air Force construction and land acquisition projects (sec. 2301) .................................................................................................. 0000
    Family housing (sec. 2302) ......................................................................... 0000
    Improvements to military family housing units (sec. 2303) ............... 0000
    Authorization of appropriations, Air Force (sec. 2304) ...................... 0000
    Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation (sec. 2305) ....................................... 0000
    Modification of authority to carry out certain fiscal year 2016 project (sec. 2306) ............................................................................................. 0000
    Modification of authority to carry out certain fiscal year 2017 project (sec. 2307) ............................................................................................. 0000
    Modification of authority to carry out certain fiscal year 2018 projects (sec. 2308) ............................................................................................. 0000
    Modification of authority to carry out certain fiscal year 2019 projects (sec. 2309) ............................................................................................. 0000
TITLE XXIV—DEFENSE AGENCIES MILITARY CONSTRUCTION .............. 0000
    Summary ....................................................................................................... 0000
    Authorized Defense Agencies construction and land acquisition projects (sec. 2401) ............................................................................. 0000
    Authorized Energy Resilience and Conservation Investment Program projects (sec. 2402) ............................................................................. 0000
    Authorization of appropriations, Defense Agencies (sec. 2403) .......... 0000
TITLE XXV—INTERNATIONAL PROGRAMS .............................................. 0000
    Subtitle A—North Atlantic Treaty Organization Security Investment Program ...................................................................................................... 0000
    Summary ....................................................................................................... 0000
    Authorized NATO construction and land acquisition projects (sec. 2501) .................................................................................................. 0000
    Authorization of appropriations, NATO (sec. 2502) ........................... 0000
    Subtitle B—Host Country In-Kind Contributions ................................. 0000
    Republic of Korea funded construction projects (sec. 2511) .............. 0000
TITLE XXVI—GUARD AND RESERVE FORCES FACILITIES ..................... 0000
    Summary ....................................................................................................... 0000
    Authorized Army National Guard construction and land acquisition projects (sec. 2601) ............................................................................. 0000
    Authorized Army Reserve construction and land acquisition projects (sec. 2602) ............................................................................................. 0000
    Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects (sec. 2603) ......................................... 0000
    Authorized Air National Guard construction and land acquisition projects (sec. 2604) ............................................................................. 0000
    Authorized Air Force Reserve construction and land acquisition projects (sec. 2605) ............................................................................. 0000
    Authorization of appropriations, National Guard and Reserve (sec. 2606) .................................................................................................. 0000
    Legislative Provisions Not Adopted ......................................................... 0000
    Review and report on construction of new, or maintenance of existing, direct fuel pipeline connections at Air National Guard and Air Force Reserve installations ...................................................... 0000

WASHSTATEC011093

XXXVIII

| | Page |
|---|---|
| TITLE XXVII—BASE REALIGNMENT AND CLOSURE ACTIVITIES | 0000 |
| Summary | 0000 |
| Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account (sec. 2701) | 0000 |
| Prohibition on conducting additional base realignment and closure (BRAC) round (sec. 2702) | 0000 |
| TITLE XXVIII—MILITARY CONSTRUCTION AND GENERAL PROVISIONS | 0000 |
| Subtitle A—Military Construction Program | 0000 |
| Military installation resilience plans and projects (sec. 2801) | 0000 |
| Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes (sec. 2802) | 0000 |
| Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities (sec. 2803) | 0000 |
| Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience (sec. 2804) | 0000 |
| Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects (sec. 2805) | 0000 |
| Improved flood risk disclosure for military construction (sec. 2806) | 0000 |
| Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects (sec. 2807) | 0000 |
| Technical corrections and improvements to defense access road resilience (sec. 2808) | 0000 |
| Military construction projects for child development centers at military installations (sec. 2809) | 0000 |
| Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack (sec. 2810) | 0000 |
| Prohibition on use of funds to close or return certain bases to the host nation (sec. 2811) | 0000 |
| Subtitle B—Real Property and Facilities Administration | 0000 |
| Improved energy security for main operating bases in Europe (sec. 2821) | 0000 |
| Access to Department of Defense installations for credentialed transportation workers (sec. 2822) | 0000 |
| Improved recording and maintaining of Department of Defense real property data (sec. 2823) | 0000 |
| Subtitle C—Land Conveyances | 0000 |
| Land conveyance, Hill Air Force Base, Ogden, Utah (sec. 2831) | 0000 |
| Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery (sec. 2832) | 0000 |
| Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California (sec. 2833) | 0000 |
| Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia (sec. 2834) | 0000 |
| Subtitle D—Military Land Withdrawals | 0000 |
| Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area (sec. 2841) | 0000 |
| Subtitle E—White Sands National Park and White Sands Missile Range | 0000 |
| White Sands Missile Range Land Enhancements (sec. 2851) | 0000 |
| Subtitle F—Other Matters | 0000 |
| Installation and maintenance of fire extinguishers in Department of Defense facilities (sec. 2861) | 0000 |
| Definition of community infrastructure for purposes of military base reuse studies and community planning assistance (sec. 2862) | 0000 |
| Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea (sec. 2863) | 0000 |
| Black start exercises at military installations (sec. 2864) | 0000 |
| Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense (sec. 2865) | 0000 |

XXXIX

Page

TITLE XXVIII—MILITARY CONSTRUCTION AND GENERAL PROVI-
SIONS—Continued
  Subtitle F—Other Matters—Continued
    Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar
      System receiving station, Modoc County, California (sec. 2866) ....... 0000
    Designation of Sumpter Smith Joint National Guard Base (sec.
      2867) ............................................................................................. 0000
    Santa Ynez Band of Chumash Indians land affirmation (sec. 2868) .... 0000
    Lands to be taken into trust as part of the reservation of the Lytton
      Rancheria (sec. 2869) ................................................................... 0000
    Little Shell Tribe of Chippewa Indians of Montana (sec. 2870) ........... 0000
    Sense of Congress on restoration of Tyndall Air Force Base (sec.
      2871) ............................................................................................. 0000
  Legislative Provisions Not Adopted ................................................... 0000
    Prohibition on use of military construction funds for construction
      of a wall, fence, or other physical barrier along the southern border
      of the United States ...................................................................... 0000
    Modification and clarification of construction authority in the event
      of a declaration of war or national emergency ................................ 0000
    Modification of requirements relating to land acquisition in Arlington
      County, Virginia .......................................................................... 0000
    Equal treatment of insured depository institutions and credit unions
      operating on military installations ................................................. 0000
    Prohibition on use of funds to privatize temporary lodging on instal-
      lations of Department of Defense ................................................... 0000
    Report on encroachment challenges on military installations posed
      by non-military aircraft ................................................................. 0000
    Report on capacity of Department of Defense to provide survivors
      of natural disasters with emergency short-term housing ................... 0000
    Continued Department of Defense use of heating, ventilation, and
      air conditioning systems utilizing variable refrigerant flow ............. 0000
    Report on Department of Defense use of intergovernmental support
      agreements ................................................................................... 0000
    Report on vulnerabilities from sea level rise to certain military instal-
      lations located outside the continental United States ...................... 0000
    Report on projects awaiting approval from the Realty Governance
      Board ......................................................................................... 0000
    Report on lead service lines at military installations ........................... 0000
    Renaming of Lejeune High School in honor of Congressman Walter
      B. Jones ...................................................................................... 0000
    Operation, maintenance, and preservation of Mare Island Naval
      Cemetery, Vallejo, California ......................................................... 0000
TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPER-
ATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY
CONSTRUCTION .............................................................................. 0000
  Subtitle A—Overseas Contingency Operations Military Construction ........ 0000
    Summary ....................................................................................... 0000
    Authorized Army construction and land acquisition projects (sec.
      2901) ........................................................................................... 0000
    Authorized Navy construction and land acquisition projects (sec.
      2902) ........................................................................................... 0000
    Authorized Air Force construction and land acquisition projects (sec.
      2903) ........................................................................................... 0000
    Authorized Defense Agencies construction and land acquisition
      projects (sec. 2904) ...................................................................... 0000
    Authorization of appropriations (sec. 2905) ......................................... 0000
  Subtitle B—Emergency Military Construction .................................... 0000
    Authorization of emergency Navy construction and land acquisition
      projects (sec. 2911) ...................................................................... 0000
    Authorization of emergency Air Force construction and land acquisi-
      tion projects (sec. 2912) ............................................................... 0000
    Authorization of emergency Army National Guard construction and
      land acquisition projects (sec. 2913) .............................................. 0000
    Authorization of emergency Defense Agencies construction and land
      acquisition projects (sec. 2914) ..................................................... 0000
    Authorization of emergency supplemental appropriations for military
      construction projects (sec. 2915) ................................................... 0000

WASHSTATEC011095

XL

Page

TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPER-
ATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY
CONSTRUCTION—Continued
    Legislative Provisions Not Adopted ................................................ 0000
    Replenishment of certain military constructions funds ...................... 0000
TITLE XXX—MILITARY HOUSING PRIVATIZATION REFORM ................ 0000
    Definitions (sec. 3001) ...................................................................... 0000
    Subtitle A—Addition of New Reform Subchapter .......................... 0000
        Improved accountability and oversight of privatized military housing
        and protections and responsibilities for tenants of privatized mili-
        tary housing (sec. 3011) ............................................................... 0000
        Designation of Chief Housing Officer for privatized military housing
        (sec. 3012) ................................................................................. 0000
        Additional requirements relating to contracts for privatized military
        housing (sec. 3013) ...................................................................... 0000
        Additional requirements relating to management of privatized mili-
        tary housing (sec. 3014) .............................................................. 0000
        Consideration of contractor history in contracts for privatized mili-
        tary housing (sec. 3015) .............................................................. 0000
        Additional improvements for management of privatized military
        housing (sec. 3016) ...................................................................... 0000
        Maintenance work order system for privatized military housing (sec.
        3017) ......................................................................................... 0000
        Access by tenants of privatized military housing to maintenance work
        order system (sec. 3018) .............................................................. 0000
        Access by tenants to historical maintenance information for
        privatized military housing (sec. 3019) ....................................... 0000
        Prohibition on requirement to disclose personally identifiable infor-
        mation in certain requests for maintenance of privatized military
        housing (sec. 3020) ...................................................................... 0000
        Treatment of incentive fees for landlords of privatized military hous-
        ing for failure to remedy a health or environmental hazard (sec.
        3021) ......................................................................................... 0000
        Dispute resolution process for landlord-tenant disputes regarding
        privatized military housing and requests to withhold payments
        during dispute resolution process (sec. 3022) ............................... 0000
        Investigation of reports of reprisals relating to privatized military
        housing and congressional notification (sec. 3023) ......................... 0000
        Prohibition on use of nondisclosure agreements in connection with
        leases of privatized military housing (sec. 3024) ......................... 0000
    Subtitle B—Other Amendatory Provisions ....................................... 0000
        Installation of carbon monoxide detectors in military family housing
        (sec. 3031) ................................................................................. 0000
        Authority to furnish certain services in connection with use of alter-
        native authority for acquisition and improvement of military hous-
        ing (sec. 3032) ........................................................................... 0000
        Treatment of breach of contract for privatized military housing (sec.
        3033) ......................................................................................... 0000
        Modification to requirements for window fall prevention devices in
        military family housing units (sec. 3034) ..................................... 0000
        Expansion of direct hire authority for Department of Defense for
        childcare services providers for Department child development cen-
        ters to include direct hire authority for installation military hous-
        ing office personnel (sec. 3035) .................................................... 0000
        Modification of authority to make payments to lessors of privatized
        military housing (sec. 3036) ......................................................... 0000
        Technical correction to definition used to make payments to lessors
        of privatized military housing (sec. 3037) ................................... 0000
    Subtitle C—One-Time Reporting Requirements ............................... 0000
        Report on civilian personnel shortages for appropriate oversight of
        management of military housing constructed or acquired using al-
        ternative authority for acquisition and improvement of military
        housing (sec. 3041) ...................................................................... 0000
        Plans for creation of councils on privatized military housing (sec.
        3042) ......................................................................................... 0000
        Plan for establishment of Department of Defense jurisdiction over
        off-base privatized military housing (sec. 3043) ................................. 0000

WASHSTATEC011096

XLI

Page

TITLE XXX—MILITARY HOUSING PRIVATIZATION REFORM—Continued
Subtitle C—One-Time Reporting Requirements—Continued
Inspector General review of Department of Defense oversight of
privatized military housing (sec. 3044) .................................... 0000
Information on legal services provided to members of the Armed
Forces harmed by health or environmental hazards at military
housing (sec. 3045) ...................................................... 0000
Subtitle D—Development of Housing Reform Standards and Processes ..... 0000
Uniform code of basic standards for privatized military housing and
plan to conduct inspections and assessments (sec. 3051) ................... 0000
Tool for assessment of hazards in Department of Defense housing
(sec. 3052) .............................................................. 0000
Process to identify and address environmental health hazards in
Department of Defense housing (sec. 3053) ............................... 0000
Department of Defense policy on lead-based paint testing on military
installations (sec. 3054) ................................................ 0000
Standard for minimum credentials for health and environmental in-
spectors of privatized military housing (sec. 3055) ......................... 0000
Requirements relating to move-in, move-out, and maintenance of
privatized military housing (sec. 3056) ................................... 0000
Standardized documentation, templates, and forms for privatized
military housing (sec. 3057) ............................................. 0000
Satisfaction survey for tenants of military housing (sec. 3058) ........... 0000
Subtitle E—Other Housing Reform Matters ................................. 0000
Radon testing of privatized military housing (sec. 3061) ................. 0000
Mitigation of risks posed by certain items in military family housing
units (sec. 3062) ....................................................... 0000
Suspension of Resident Energy Conservation Program and related
programs for privatized military housing (sec. 3063) ...................... 0000
Department of the Army pilot program to build and monitor use
of single family homes (sec. 3064) ...................................... 0000
Legislative Provisions Not Adopted ........................................ 0000
Command oversight of military privatized housing as element of
performance evaluations ................................................ 0000
DIVISION C—DEPARTMENT OF ENERGY NATIONAL SECURITY AU-
THORIZATIONS AND OTHER AUTHORIZATIONS ............................... 0000
TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PRO-
GRAMS ..................................................................... 0000
Subtitle A—National Security Programs Authorizations ..................... 0000
National Nuclear Security Administration (sec. 3101) ..................... 0000
Defense environmental cleanup (sec. 3102) ............................... 0000
Other defense activities (sec. 3103) ..................................... 0000
Nuclear energy (sec. 3104) ............................................. 0000
Subtitle B—Program Authorizations, Restrictions, and Limitations .......... 0000
Personnel matters at National Nuclear Security Administration (sec.
3111) ................................................................... 0000
Estimation of costs of meeting defense environmental cleanup mile-
stones required by consent orders (sec. 3112) ............................ 0000
Office of Cost Estimating and Program Evaluation (sec. 3113) ............ 0000
Clarification of certain Stockpile Responsiveness Program objectives
(sec. 3114) ............................................................. 0000
Elimination of limitation on availability of funds relating to submis-
sion of annual reports on unfunded priorities (sec. 3115) ................. 0000
Modification to certain requirements relating to plutonium pit pro-
duction capacity (sec. 3116) ............................................ 0000
Annual certification of shipments to Waste Isolation Pilot Plant (sec.
3117) ................................................................... 0000
Extension and modification of pilot program on unavailability for
overhead costs of amounts specified for laboratory-directed re-
search and development (sec. 3118) ..................................... 0000
Modification to limitation on availability of funds for acceleration
of nuclear weapons dismantlement (sec. 3119) ........................... 0000
Implementation of common financial reporting system for nuclear
security enterprise (sec. 3120) .......................................... 0000
Limitation relating to reclassification of high-level waste (sec. 3121) .. 0000
National Laboratory Jobs ACCESS Program (sec. 3122) .................. 0000
Subtitle C—Reports and Other Matters ..................................... 0000

XLII

Page

TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PRO-
GRAMS—Continued
Subtitle C—Reports and Other Matters—Continued
Civil penalties for violations of certain whistleblower protections (sec. 3131) .................................................................................... 0000
Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile (sec. 3132) ...................................... 0000
Repeal of requirement for review relating to enhanced procurement authority (sec. 3133) ..................................................... 0000
Improvements to Energy Employees Occupational Illness Compensa-tion Program Act of 2000 (sec. 3134) ................................... 0000
Replacement of W78 warhead (sec. 3135) .............................................. 0000
Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material (sec. 3136) ... 0000
Assessment of high energy density physics (sec. 3137) ........................ 0000
Determination of effect of treaty obligations with respect to producing tritium (sec. 3138) ....................................................... 0000
Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act (sec. 3139) .................... 0000
Legislative Provisions Not Adopted ............................................................ 0000
National Nuclear Security Administration Personnel System ............ 0000
Program for research and development of advanced naval nuclear fuel system based on low-enriched uranium ......................... 0000
Availability of amounts for denuclearization of Democratic People's Republic of North Korea ..................................................... 0000
Funding for inertial confinement fusion ignition and high yield pro-gram ............................................................................................... 0000
TITLE XXXII—DEFENSE NUCLEAR FACILITIES SAFETY BOARD ............ 0000
Authorization (sec. 3201) .............................................................................. 0000
Improvements to Defense Nuclear Facilities Safety Board (sec. 3202) 0000
Membership of Defense Nuclear Facilities Safety Board (sec. 3203) .... 0000
TITLE XXXIV—NAVAL PETROLEUM RESERVES ......................................... 0000
Authorization of Appropriations (sec. 3401) ............................................ 0000
TITLE XXXV—MARITIME MATTERS ............................................................ 0000
Subtitle A—Maritime Administration ........................................................ 0000
Authorization of the Maritime Administration (sec. 3501) ................ 0000
Reauthorization of Maritime Security Program (sec. 3502) ................ 0000
Maritime technical assistance program (sec. 3503) ............................. 0000
Appointment of candidates attending sponsored preparatory school (sec. 3504) .................................................................................... 0000
General support program (sec. 3505) ....................................................... 0000
Improvements to the maritime guaranteed loan program (sec. 3506) .. 0000
Requirement for small shipyard grantees (sec. 3507) ......................... 0000
Salvage recoveries of cargoes (sec. 3508) ............................................. 0000
Salvage recoveries for subrogated ownership of vessels and cargoes (sec. 3509) .................................................................................... 0000
Maritime Occupational Safety and Health Advisory Committee (sec. 3510) ............................................................................................... 0000
Military to mariner (sec. 3511) ................................................................. 0000
Department of Transportation Inspector General Report (sec. 3512) ... 0000
Independent study on the United States Merchant Marine Academy (sec. 3513) .................................................................................... 0000
Port operations, research, and technology (sec. 3514) ......................... 0000
Assessment and report on strategic seaports (sec. 3515) .................... 0000
Technical corrections (sec. 3516) ............................................................. 0000
United States Merchant Marine Academy sexual assault prevention and response program (sec. 3517) .......................................... 0000
Report on vessels for emerging offshore energy infrastructure (sec. 3518) ............................................................................................... 0000
Report on United States flagged fuel tanker vessel capacity (sec. 3519) ............................................................................................... 0000
Subtitle B—Cable Security Fleet ................................................................ 0000
Establishment of cable security fleet (sec. 3521) ................................. 0000
Subtitle C—Maritime Safe Act .................................................................... 0000
Short titles (sec. 3531) ............................................................................... 0000
Definitions (sec. 3532) ................................................................................ 0000
Purposes (sec. 3533) ................................................................................... 0000

XLIII

Page

TITLE XXXV—MARITIME MATTERS—Continued
  Subtitle C—Maritime Safe Act—Continued
    Statement of policy (sec. 3534) ................................................................ 0000
  PART I—PROGRAMS TO COMBAT IUU FISHING AND INCREASE MARITIME
    SECURITY ................................................................................................ 0000
    Coordination with international organizations (sec. 3541) ...................... 0000
    Engagement of diplomatic missions of the United States (sec. 3542) ... 0000
    Assistance by Federal agencies to improve law enforcement within
      priority regions and priority flag states (sec. 3543) ........................... 0000
    Expansion of existing mechanisms to combat IUU fishing (sec. 3544) . 0000
    Improvement of transparency and traceability programs (sec. 3545) ... 0000
    Technology programs (sec. 3546) ............................................................ 0000
    Savings clause (sec. 3547) ....................................................................... 0000
  PART II—ESTABLISHMENT OF INTERAGENCY WORKING GROUP ON IUU
    FISHING ................................................................................................. 0000
    Interagency working group on IUU Fishing (sec. 3551) ........................ 0000
    Strategic plan (sec. 3552) ........................................................................ 0000
    Reports (sec. 3553) .................................................................................. 0000
    Gulf of Mexico IUU Fishing Subworking Group (sec. 3554) ................. 0000
  PART III—COMBATING HUMAN TRAFFICKING IN CONNECTION WITH THE
    CATCHING AND PROCESSING OF SEAFOOD PRODUCTS .................................. 0000
    Finding (sec. 3561) .................................................................................. 0000
    Adding the Secretary of Commerce to the Interagency Task Force
      to Monitor and Combat Trafficking (sec. 3562) ................................. 0000
    Human trafficking in the seafood supply chain report (sec. 3563) ....... 0000
  PART IV—AUTHORIZATION OF APPROPRIATIONS ...................................... 0000
    Authorization of appropriations (sec. 3571) ........................................... 0000
    Accounting of funds (sec. 3572) .............................................................. 0000
  Legislative Provisions Not Adopted ............................................................ 0000
    Maritime Administration ........................................................................ 0000
    Short title ................................................................................................ 0000
    Improvement of National Oceanographic Partnership Program .......... 0000
DIVISION D—FUNDING TABLES ........................................................................ 0000
    Authorization of amounts in funding tables (sec. 4001) ...................... 0000
    Summary of National Defense Authorizations for Fiscal Year 2020 .... 0000
    National Defense Budget Authority Implication ................................... 0000
TITLE XLI—PROCUREMENT ............................................................................ 0000
    Procurement (sec. 4101) .......................................................................... 0000
    Procurement for overseas contingency operations (sec. 4102) .............. 0000
    Procurement for emergency requirements (sec. 4103) .......................... 0000
TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION .... 0000
    Research, development, test, and evaluation (sec. 4201) ...................... 0000
    Research, development, test, and evaluation for overseas contingency
      operations (sec. 4202) .......................................................................... 0000
    Research, development, test, and evaluation for emergency require-
      ments (sec. 4203) ................................................................................. 0000
TITLE XLIII—OPERATION AND MAINTENANCE .......................................... 0000
    Operation and maintenance (sec. 4301) ................................................. 0000
    Operation and maintenance for overseas contingency operations (sec.
      4302) ...................................................................................................... 0000
    Operation and maintenance for emergency requirements (sec. 4303) .. 0000
TITLE XLIV—MILITARY PERSONNEL .............................................................. 0000
    Military personnel (sec. 4401) ................................................................ 0000
    Military personnel for overseas contingency operations (sec. 4402) ..... 0000
TITLE XLV—OTHER AUTHORIZATIONS .......................................................... 0000
    Other authorizations (sec. 4501) ............................................................ 0000
    Other authorizations for overseas contingency operations (sec. 4502) . 0000
TITLE XLVI—MILITARY CONSTRUCTION ...................................................... 0000
    Military construction (sec. 4601) ............................................................ 0000
    Military construction for overseas contingency operations (sec. 4602) . 0000
    Military construction for emergency requirements (sec. 4603) ............. 0000
TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PRO-
    GRAMS .................................................................................................... 0000
    Department of Energy national security programs (sec. 4701) ............ 0000
DIVISION E—(INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS
    2018, 2019, AND 2020) ......................................................................... 0000

WASHSTATEC011099

XLIV

Page

TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PRO-
GRAMS—Continued
    Intelligence authorizations for fiscal years 2018, 2019, and 2020
        (secs. 5001–6747) ....................................................................................... 0000
DIVISION F—OTHER MATTERS ........................................................................ 0000
TITLE LXXI—SANCTIONS WITH RESPECT TO NORTH KOREA ................ 0000
    Sanctions with respect to North Korea and Financial Industry Guid-
        ance to Halt Trafficking Act (secs. 7101–7155) ..................................... 0000
TITLE LXXII—SANCTIONS WITH RESPECT TO FOREIGN TRAFFICKERS
OF ILLICIT SYNTHETIC OPIOIDS .................................................................... 0000
    Sanctions with respect to foreign traffickers of illicit synthetic opioids
        (sec. 7201–7235) ........................................................................................ 0000
TITLE LXXIII—PFAS ............................................................................................. 0000
    Definition of Administrator sec. 7302 ..................................................... 0000
    Drinking Water (secs. 7311–7312) ............................................................ 0000
    PFAS Release Disclosure (secs. 7321) ...................................................... 0000
    USGS Performance Standard (secs. 7331–7335) ...................................... 0000
    Emerging Contaminants (secs. 7341–7342) .............................................. 0000
    Toxic Substances Control Act and Other Matters (secs. 7351–7362) ... 0000
TITLE LXXIV—CAESAR SYRIA CIVILIAN PROTECTION ACT OF 2019 ...... 0000
    Caesar Syria Civilian Protection Act of 2019 (secs. 7404–7438) .......... 0000
TITLE LXXV—PROTECTING EUROPE'S ENERGY SECURITY ...................... 0000
    Protecting Europe's Energy Security (secs. 7501–7503) ........................ 0000
TITLE LXXVI—OTHER MATTERS ....................................................................... 0000
    Subtitle A—Federal Employee Paid Leave Act ........................................ 0000
        Federal Employee Paid Leave Act (secs. 7601–7606) ............................ 0000
    Subtitle B—Other Matters ......................................................................... 0000
        Liberian refugee immigration fairness (sec. 7611) ................................ 0000
        Pensacola Dam and Reservoir, Grand River, Oklahoma (sec. 7612) .... 0000
        Limitation on certain rolling stock procurements; cybersecurity cer-
            tification for rail rolling stock and operations (sec. 7613) ................. 0000
    Legislative Provisions Not Adopted ........................................................... 0000
        PFAS designation, effluent limitations, and pretreatment standards .. 0000
        Designation as hazardous substances ...................................................... 0000
        Utilizing significant emissions with innovative technologies ................ 0000

116TH CONGRESS **}** HOUSE OF REPRESENTATIVES **{** REPORT
*1st Session* 116—___

## NATIONAL DEFENSE AUTHORIZATION ACT FOR 2020

_____, 2019.—Ordered to be printed

Mr. Smith of Washington, from the committee of conference,
submitted the following

## CONFERENCE REPORT

[To accompany S. 1790]

The committee of conference on the disagreeing votes of the two
Houses on the amendment of the House to the bill (S. 1790), to authorize
appropriations for fiscal year 2020 for military activities of the Department
of Defense, for military construction, and for defense activities of the
Department of Energy, to prescribe military personnel strengths for such
fiscal year, and for other purposes, having met, after full and free
conference, have agreed to recommend and do recommend to their
respective Houses as follows:

That the Senate recede from its disagreement to the amendment of the
House and agree to the same with an amendment as follows:

In lieu of the matter proposed to be inserted by the House amendment,
insert the following:

WASHSTATEC011101

**SECTION 1. SHORT TITLE.**

This Act may be cited as the ''National Defense Authorization Act for Fiscal Year 2020''.

**SEC. 2. ORGANIZATION OF ACT INTO DIVISIONS; TABLE OF CONTENTS.**

(a) DIVISIONS.—This Act is organized into four divisions as follows:

(1) Division A—Department of Defense Authorizations.

(2) Division B—Military Construction Authorizations.

(3) Division C—Department of Energy National Security Authorizations and Other Authorizations.

(4) Division D—Funding Tables.

(5) Division E—Intelligence Authorizations for Fiscal Years 2018, 2019, and 2020.

(6) Division F—Other Matters.

(b) TABLE OF CONTENTS.—The table of contents for this Act is as follows:

Sec. 1. Short title.
Sec. 2. Organization of Act into divisions; table of contents.
Sec. 3. Congressional defense committees.
Sec. 4. Budgetary effects of this Act.

DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS

TITLE I—PROCUREMENT

WASHSTATEC011102

2

### Subtitle A—Authorization Of Appropriations

Sec. 101. Authorization of appropriations.

### Subtitle B—Army Programs

Sec. 111. Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1.

### Subtitle C—Navy Programs

Sec. 121. Ford-class aircraft carrier cost limitation baselines.
Sec. 122. Modification of annual report on cost targets for certain aircraft carriers.
Sec. 123. Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman.
Sec. 124. Ford class aircraft carrier support for F–35C aircraft.
Sec. 125. Prohibition on use of funds for reduction of aircraft carrier force structure.
Sec. 126. Modification of prohibition on availability of funds for Navy waterborne security barriers.
Sec. 127. LHA Replacement Amphibious Assault Ship Program.
Sec. 128. Strategic sealift fleet vessel.
Sec. 129. Design and construction of amphibious transport dock designated LPD–31.
Sec. 130. Limitation on availability of funds for the Littoral Combat Ship.
Sec. 131. Limitation on the next new class of Navy large surface combatants.
Sec. 132. Limitation on availability of funds pending quarterly updates on the CH–53K King Stallion helicopter program.
Sec. 133. Limitation on availability of funds for VH–92A helicopter.
Sec. 134. Report on carrier wing and aviation combat element composition.

### Subtitle D—Air Force Programs

Sec. 141. Modification of requirement to preserve certain C–5 aircraft.
Sec. 142. OC–135B aircraft recapitalization program.
Sec. 143. Requirement to align Air Force aviation force structure with National Defense Strategy.
Sec. 144. Prohibition on availability of funds for reduction in KC–10 primary mission aircraft inventory.
Sec. 145. Limitation on availability of funds for F–15EX aircraft.
Sec. 146. Limitation on availability of funds for VC–25B aircraft.
Sec. 147. Limitation on availability of funds for RC–26B aircraft.
Sec. 148. Limitation on availability of funds for retirement of RC–135 aircraft.
Sec. 149. Air Force aggressor squadron modernization.
Sec. 150. Air Force plan for Combat Rescue Helicopter fielding.
Sec. 151. Report on feasibility of multiyear contract for procurement of JASSM–ER missiles.
Sec. 152. Report on aircraft fleet of the Civil Air Patrol.
Sec. 153. Sense of Congress on the light attack aircraft initiative of the Air Force.

### Subtitle E—Defense-wide, Joint, and Multiservice Matters

Sec. 161. Economic order quantity contracting and buy-to-budget acquisition for F–35 aircraft program.

WASHSTATEC011103

3

Sec. 162. Relief from contractors for failure to deliver ready-for-issue spare parts for the F–35 aircraft program.
Sec. 163. Limitation on availability of funds for reallocation of Turkish F–35A aircraft to the United States.
Sec. 164. Requirement to establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System.
Sec. 165. F–35 sustainment cost.
Sec. 166. Reports on the progress and performance of the F–35 aircraft program.
Sec. 167. Other reports on the F–35 aircraft program.
Sec. 168. Limitation on availability of funds for communications systems lacking certain resiliency features.
Sec. 169. Repeal of tactical unmanned vehicle common data link requirement.

TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Subtitle A—Authorization of Appropriations

Sec. 201. Authorization of appropriations.

Subtitle B—Program Requirements, Restrictions, and Limitations

Sec. 211. Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics.
Sec. 212. Updates to the Department of Defense personnel management authority to attract experts in science and engineering.
Sec. 213. Establishment of joint reserve detachment of the Defense Innovation Unit.
Sec. 214. Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education.
Sec. 215. Modification of authority for prizes for advanced technology achievements.
Sec. 216. Joint hypersonics transition office.
Sec. 217. Modification of proof of concept commercialization program.
Sec. 218. Modification of authority and addition of technology areas for expedited access to technical talent.
Sec. 219. Expansion of coordination in support of national security innovation and entrepreneurial education.
Sec. 220. Modification of defense quantum information science and technology research and development program.
Sec. 221. Understanding of investments in artificial intelligence and development of capabilities by adversaries.
Sec. 222. Advisory role of JASON scientific advisory group.
Sec. 223. Direct Air Capture and Blue Carbon Removal Technology Program.
Sec. 224. Requiring defense microelectronics products and services meet trusted supply chain and operational security standards.
Sec. 225. Development and acquisition strategy to procure secure, low probability of detection data link network capability.
Sec. 226. Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure.
Sec. 227. Administration of manufacturing innovation institutes funded by the Department of Defense.

WASHSTATEC011104

4

Sec. 228. Research program on foreign malign influence operations.
Sec. 229. Diversification of the research and engineering workforce of the Department of Defense.
Sec. 230. Policy on the talent management of digital expertise and software professionals.
Sec. 231. Digital engineering capability to automate testing and evaluation.
Sec. 232. Process to align policy formulation and emerging technology development.
Sec. 233. Improvement of the Strategic Capabilities Office of the Department of Defense.
Sec. 234. Pilot program on enhanced civics education.
Sec. 235. Technology and national security fellowship.
Sec. 236. Documentation relating to the Advanced Battle Management System.
Sec. 237. Sensor data integration for fifth generation aircraft.
Sec. 238. Sense of Congress on future vertical lift technologies.
Sec. 239. Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement.
Sec. 240. Limitation and report on Indirect Fire Protection Capability Increment 2 capability.

Subtitle C—Plans, Reports, and Other Matters

Sec. 251. Master plan for implementation of authorities relating to science and technology reinvention laboratories.
Sec. 252. Infrastructure to support research, development, test, and evaluation missions.
Sec. 253. Energetics plan.
Sec. 254. Strategy and implementation plan for fifth generation information and communications technologies.
Sec. 255. Department-wide software science and technology strategy.
Sec. 256. Artificial intelligence education strategy.
Sec. 257. Cyber science and technology activities roadmap and reports.
Sec. 258. Report on B–52 commercial engine replacement program.
Sec. 259. Commercial edge computing technologies and best practices for Department of Defense warfighting systems.
Sec. 260. Biannual report on the Joint Artificial Intelligence Center.
Sec. 261. Quarterly updates on the Optionally Manned Fighting Vehicle program.
Sec. 262. National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions.
Sec. 263. Study on national security emerging biotechnologies for the Department of Defense.
Sec. 264. Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office.
Sec. 265. Independent assessment of electronic warfare plans and programs.
Sec. 266. Technical correction to Global Research Watch Program.

TITLE III—OPERATION AND MAINTENANCE

Subtitle A—Authorization of Appropriations

Sec. 301. Authorization of appropriations.

Subtitle B—Energy and Environment

g:\VHLC\120919\120919.161.xml     (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011105

Already set.

5

Sec. 311. Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness.
Sec. 312. Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness.
Sec. 313. Use of proceeds from sale of recyclable materials.
Sec. 314. Disposal of recyclable materials.
Sec. 315. Department of Defense improvement of previously conveyed utility systems serving military installations.
Sec. 316. Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard.
Sec. 317. Use of operational energy cost savings of Department of Defense.
Sec. 318. Sale of electricity from alternate energy and cogeneration production facilities.
Sec. 319. Energy resilience programs and activities.
Sec. 320. Technical and grammatical corrections and repeal of obsolete provisions relating to energy.
Sec. 321. Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry.
Sec. 322. Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent.
Sec. 323. Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations.
Sec. 324. Prohibition on use of fluorinated aqueous film forming foam for training exercises.
Sec. 325. Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate.
Sec. 326. Development of extreme weather vulnerability and risk assessment tool.
Sec. 327. Removal of barriers that discourage investments to increase military installation resilience.
Sec. 328. Budgeting of Department of Defense relating to extreme weather.
Sec. 329. Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging.
Sec. 330. Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam.
Sec. 331. Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern.
Sec. 332. Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances.
Sec. 333. Plan to phase out use of burn pits.
Sec. 334. Information relating to locations of burn pit use.
Sec. 335. Data quality review of radium testing conducted at certain locations of the Department of the Navy.
Sec. 336. Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota.
Sec. 337. Pilot program for availability of working-capital funds for increased combat capability through energy optimization.
Sec. 338. Report on efforts to reduce high energy intensity at military installations.

WASHSTATEC011106

6

Subtitle C—Treatment of Contaminated Water Near Military Installations

Sec. 341. Short title.
Sec. 342. Definitions.
Sec. 343. Provision of water uncontaminated with perfluorooctanoic acid
(PFOA) and perfluorooctane sulfonate (PFOS) for agricultural
purposes.
Sec. 344. Acquisition of real property by Air Force.
Sec. 345. Remediation plan.

Subtitle D—Logistics and Sustainment

Sec. 351. Materiel readiness metrics and objectives.
Sec. 352. Clarification of authority regarding use of working-capital funds for
unspecified minor military construction projects related to revi-
talization and recapitalization of defense industrial base facili-
ties.
Sec. 353. Modification to limitation on length of overseas forward deployment
of naval vessels.
Sec. 354. Extension of temporary installation reutilization authority for arse-
nals, depots, and plants.
Sec. 355. F–35 Joint Strike Fighter sustainment.
Sec. 356. Report on strategic policy for prepositioned materiel and equipment.
Sec. 357. Pilot program to train skilled technicians in critical shipbuilding
skills.
Sec. 358. Requirement for military department inter-service depot maintenance.
Sec. 359. Strategy to improve infrastructure of certain depots of the Depart-
ment of Defense.

Subtitle E—Reports

Sec. 361. Readiness reporting.
Sec. 362. Technical correction to deadline for transition to Defense Readiness
Reporting System Strategic.
Sec. 363. Report on Navy ship depot maintenance budget.
Sec. 364. Report on Runit Dome.
Sec. 365. Prohibition on subjective upgrades by commanders of unit ratings in
monthly readiness reporting on military units.
Sec. 366. Requirement to include foreign language proficiency in readiness re-
porting systems of Department of Defense.

Subtitle F—Other Matters

Sec. 371. Prevention of encroachment on military training routes and military
operations areas.
Sec. 372. Expansion and enhancement of authorities on transfer and adoption
of military animals.
Sec. 373. Extension of authority for Secretary of Defense to use Department
of Defense reimbursement rate for transportation services pro-
vided to certain non-Department of Defense entities.
Sec. 374. Extension of authority of Secretary of Transportation to issue non-
premium aviation insurance.
Sec. 375. Defense personal property program.
Sec. 376. Public events about Red Hill Bulk Fuel Storage Facility.
Sec. 377. Sense of Congress regarding Innovative Readiness Training program.
Sec. 378. Detonation chambers for explosive ordnance disposal.

WASHSTATEC011107

7

## TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS

### Subtitle A—Active Forces

Sec. 401. End strengths for active forces.
Sec. 402. Revisions in permanent active duty end strength minimum levels.

### Subtitle B—Reserve Forces

Sec. 411. End strengths for Selected Reserve.
Sec. 412. End strengths for Reserves on active duty in support of the reserves.
Sec. 413. End strengths for military technicians (dual status).
Sec. 414. Maximum number of reserve personnel authorized to be on active duty for operational support.
Sec. 415. Authorized strengths for Marine Corps Reserves on active duty.
Sec. 416. Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard.

### Subtitle C—Authorization of Appropriations

Sec. 421. Military personnel.

## TITLE V—MILITARY PERSONNEL POLICY

### Subtitle A—Officer Personnel Policy

Sec. 501. Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component.
Sec. 502. Furnishing of adverse information on officers to promotion selection boards.
Sec. 503. Limitation on number of officers recommendable for promotion by promotion selection boards.
Sec. 504. Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks.
Sec. 505. Management policies for joint qualified officers.
Sec. 506. Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters.
Sec. 507. Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations.
Sec. 508. Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades.
Sec. 509. Higher grade in retirement for officers following reopening of determination or certification of retired grade.
Sec. 510. Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list.
Sec. 510A. Availability on the internet of certain information about officers serving in general or flag officer grades.
Sec. 510B. Functional badge or insignia upon commission for chaplains.

### Subtitle B—Reserve Component Management

Sec. 511. Modification of grade level threshold for Junior Reserve Officers' Training Corps.

WASHSTATEC011108

8

Sec. 512. Inclusion of STEM in courses of instruction for the Junior Reserve Officers' Training Corps.
Sec. 513. Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units.
Sec. 514. Clarification of eligibility to serve as Commander, Marine Forces Reserve.
Sec. 515. Extension and periodic evaluation of suicide prevention and resilience program for the reserve components.
Sec. 516. Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components.
Sec. 517. Modernization of inspection authorities applicable to the National Guard.
Sec. 518. Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers.
Sec. 519. Coast Guard Junior Reserve Officers' Training Corps.
Sec. 520. Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units.
Sec. 520A. Report on methods to enhance domestic response to large scale, complex and catastrophic disasters.
Sec. 520B. Report and briefing on the Senior Reserve Officers' Training Corps.
Sec. 520C. Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units.

Subtitle C—General Service Authorities and Correction of Military Records

Sec. 521. Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims.
Sec. 522. Reduction in required number of members of discharge review boards.
Sec. 523. Establishment of process to review a request for upgrade of discharge or dismissal.
Sec. 524. Prohibition on reduction in the number of personnel assigned to duty with a service review agency.
Sec. 525. Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters.
Sec. 526. Time requirements for certification of honorable service.
Sec. 527. Correction of certain discharge characterizations.
Sec. 528. Development of guidelines for use of unofficial sources of information to determine eligibility of members and former members of the Armed Forces for decorations when the service records are incomplete because of damage to the official record.
Sec. 529. Strategic plan for diversity and inclusion.
Sec. 530. Study regarding screening individuals who seek to enlist in the Armed Forces.
Sec. 530A. Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens.
Sec. 530B. Sense of Congress regarding accession physicals.

Subtitle D—Military Justice

Sec. 531. Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice.

WASHSTATEC011109

9

Sec. 532. Command influence.

Sec. 533. Statute of limitations for certain offenses.

Sec. 534. Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system.

Sec. 535. Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces.

Sec. 536. Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings.

Sec. 537. Guidelines on sentences for offenses committed under the Uniform Code of Military Justice.

Sec. 538. Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault.

Sec. 539. Increase in number of digital forensic examiners for certain military criminal investigative organizations.

Sec. 540. Increase in investigative personnel and Victim Witness Assistance Program liaisons.

Sec. 540A. Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses.

Sec. 540B. Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault.

Sec. 540C. Timely disposition of nonprosecutable sex-related offenses.

Sec. 540D. Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces.

Sec. 540E. Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment.

Sec. 540F. Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice.

Sec. 540G. Report on standardization among the military departments in collection and presentation of information on matters within the military justice system.

Sec. 540H. Report on expansion of Air Force safe to report policy across the Armed Forces.

Sec. 540I. Assessment of racial, ethnic, and gender disparities in the military justice system.

Sec. 540J. Pilot programs on defense investigators in the military justice system.

Sec. 540K. Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications.

Sec. 540L. Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation.

Sec. 540M. Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military.

Sec. 540N. Sense of Congress on the Port Chicago 50.

Subtitle E—Other Legal Matters

Sec. 541. Improvement of certain Special Victims' Counsel authorities.

WASHSTATEC011110

Sec. 542. Availability of Special Victims' Counsel at military installations.

Sec. 543. Notification of issuance of military protective order to civilian law enforcement.

Sec. 544. Copyright protection for civilian faculty of certain accredited institutions.

Sec. 545. Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service.

Sec. 546. Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act.

Sec. 547. Preservation of right to bring class action under Servicemembers Civil Relief Act.

Sec. 548. Legal counsel for victims of alleged domestic violence offenses.

Sec. 549. Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial.

Sec. 550. Treatment of information in Catch a Serial Offender Program for certain purposes.

Sec. 550A. Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals.

Sec. 550B. Defense Advisory Committee for the Prevention of Sexual Misconduct.

Sec. 550C. Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned.

Sec. 550D. Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.

Sec. 550E. Feasibility study on establishment of database of military protective orders.

Sec. 550F. GAO review of USERRA and SCRA.

Subtitle F—Member Education

Sec. 551. Authority for detail of certain enlisted members of the Armed Forces as students at law schools.

Sec. 552. Inclusion of Coast Guard in Department of Defense STARBASE Program.

Sec. 553. Degree granting authority for United States Army Armament Graduate School; limitation on establishment of certain educational institutions.

Sec. 554. Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation.

Sec. 555. Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense.

Sec. 556. Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute.

Sec. 557. Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force.

Sec. 558. Speech disorders of cadets and midshipmen.

Sec. 559. Requirement to continue provision of tuition assistance for members of the Armed Forces.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011111

Sec. 560. Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program.

Sec. 560A. Inclusion of information on free credit monitoring in annual financial literacy briefing.

Sec. 560B. Programs to facilitate the award of private pilot's certificates.

Subtitle G—Member Training and Transition

Sec. 561. Requirement to provide information regarding benefits claims to members during TAP counseling.

Sec. 562. Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces.

Sec. 563. First modification of elements of report on the improved Transition Assistance Program.

Sec. 564. Second modification of elements of report on the improved Transition Assistance Program.

Sec. 565. Prohibition on gender-segregated training at Marine Corps Recruit Depots.

Sec. 566. Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments.

Sec. 567. Review of Department of Defense training programs regarding disinformation campaigns.

Sec. 568. Command matters in connection with transition assistance programs.

Sec. 569. Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214).

Sec. 570. Records of service for Reserves.

Sec. 570A. Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal-abuse offense.

Sec. 570B. Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations.

Sec. 570C. Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648).

Sec. 570D. Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States.

Sec. 570E. Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service.

Sec. 570F. Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities.

Sec. 570G. Pilot program regarding online application for the Transition Assistance Program.

Subtitle H—Military Family Readiness and Dependents' Education

Sec. 571. Authorizing members to take leave for a birth or adoption in more than one increment.

Sec. 572. Deferred deployment for members who give birth.

Sec. 573. Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011112

Sec. 574. Military funeral honors matters.

Sec. 575. Improvement of occupational license portability for relocated spouses of members of the uniformed services.

Sec. 576. Continued eligibility for education and training opportunities for spouses of promoted members.

Sec. 577. Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation.

Sec. 578. Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program.

Sec. 579. Annual State report card.

Sec. 580. Improvements to child care for members of the Armed Forces.

Sec. 580A. Transportation of remains of casualties; travel expenses for next of kin.

Sec. 580B. Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces.

Sec. 580C. Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas.

Sec. 580D. Study on two-way military ballot barcode tracking.

Sec. 580E. Assistance to schools with military dependent students.

Sec. 580F. First expansion of the My Career Advancement Account program for military spouses.

Sec. 580G. Second expansion of the My Career Advancement Account program for military spouses.

Sec. 580H. Report on training and support available to military spouses.

Sec. 580I. Ri'katak Guest Student Program at United States Army Garrison – Kwajalein Atoll.

Subtitle I—Decorations and Awards

Sec. 581. Modification of authorities on eligibility for and replacement of gold star lapel buttons.

Sec. 582. Standardization of honorable service requirement for award of military decorations.

Sec. 583. Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam.

Sec. 584. Review of World War I valor medals.

Subtitle J—Miscellaneous Reports and Other Matters

Sec. 591. Clarification of the term "assault" for purposes of Workplace and Gender Relations Surveys.

Sec. 592. Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs.

Sec. 593. Questions in surveys regarding extremist activity in the workplace.

Sec. 594. Study on best practices for providing financial literacy education for separating members of the Armed Forces.

Sec. 595. Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces.

Sec. 596. Report on certain waivers.

Sec. 597. Notifications on manning of afloat naval forces.

Sec. 598. Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government.

WASHSTATEC011113

13

Sec. 599. Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma.
Sec. 599A. Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general.
Sec. 599B. Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel.
Sec. 599C. Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States.

TITLE VI—MILITARY COMPENSATION

Subtitle A—Pay and Allowances

Sec. 601. Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action.
Sec. 602. Continued entitlements while a member of the Armed Forces participates in a career intermission program.
Sec. 603. Exemption from repayment of voluntary separation pay.
Sec. 604. Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service.
Sec. 605. Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates.
Sec. 606. Reinvestment of travel refunds by the Department of Defense.
Sec. 607. Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers.
Sec. 608. Reductions on account of earnings from work performed while entitled to an annuity supplement.
Sec. 609. Increase in basic pay.

Subtitle B—Bonuses and Special Incentive Pays

Sec. 611. One-year extension of certain expiring bonus and special pay authorities.

Subtitle C—Family and Survivor Benefits

Sec. 621. Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members.
Sec. 622. Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation.
Sec. 623. Death gratuity for ROTC graduates.
Sec. 624. Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty.
Sec. 625. Casualty assistance for survivors of deceased ROTC graduates.

Subtitle D—Defense Resale Matters

Sec. 631. Defense resale system matters.

WASHSTATEC011114

14

Sec. 632. Procurement by commissary stores of certain locally sourced products.
Sec. 633. GAO review of defense resale optimization study.

### Subtitle E—Morale, Welfare, and Recreation Privileges

Sec. 641. Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave.
Sec. 642. Extension of pilot program on a Government lodging program.

### Subtitle F—Reports and Other Matters

Sec. 651. Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes.
Sec. 652. Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories.
Sec. 653. Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components.
Sec. 654. Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs.
Sec. 655. Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis.
Sec. 656. Report on food insecurity among members of the Armed Forces and their dependents.

## TITLE VII—HEALTH CARE PROVISIONS

### Subtitle A—TRICARE and Other Health Care Benefits

Sec. 701. Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve.
Sec. 702. TRICARE payment options for retirees and their dependents.
Sec. 703. Lead level screening and testing for children.
Sec. 704. Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations.
Sec. 705. Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas.
Sec. 706. Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation.
Sec. 707. Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances.

### Subtitle B—Health Care Administration

Sec. 711. Modification of organization of military health system.

WASHSTATEC011115

Sec. 712. Support by military health system of medical requirements of combatant commands.
Sec. 713. Requirements for certain prescription drug labels.
Sec. 714. Officers authorized to command Army dental units.
Sec. 715. Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs.
Sec. 716. Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program.
Sec. 717. Inclusion of blast exposure history in medical records of members of the Armed Forces.
Sec. 718. Comprehensive policy for provision of mental health care to members of the Armed Forces.
Sec. 719. Limitation on the realignment or reduction of military medical manning end strength.
Sec. 720. Strategy to recruit and retain mental health providers.
Sec. 721. Development of partnerships to improve combat casualty care for personnel of the Armed Forces.
Sec. 722. Modification to referrals for mental health services.

Subtitle C—Reports and Other Matters

Sec. 731. Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice.
Sec. 732. Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund.
Sec. 733. Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine.
Sec. 734. Establishment of Academic Health System in National Capital Region.
Sec. 735. Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies.
Sec. 736. Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund.
Sec. 737. Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence.
Sec. 738. Encouragement of participation in Women's Health Transition Training pilot program.
Sec. 739. National Guard suicide prevention pilot program.
Sec. 740. Pilot Program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System.
Sec. 741. Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense.
Sec. 742. Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information.
Sec. 743. Study and plan on the use of military-civilian integrated health delivery systems.
Sec. 744. Study on case management in the military health system.
Sec. 745. Report on Global Health Security Strategy and the National Biodefense Security.
Sec. 746. Study on establishment of wounded warrior service dog program.

WASHSTATEC011116

16

Sec. 747. GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions.
Sec. 748. Reports on Millennium Cohort Study relating to women members of the Armed Forces.
Sec. 749. Study on effects of sleep deprivation on readiness of members of the Armed Forces.
Sec. 750. Study and report on traumatic brain injury mitigation efforts.

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS

Subtitle A—Acquisition Policy and Management

Sec. 800. Authority for continuous integration and delivery of software applications and upgrades to embedded systems.
Sec. 801. Pilot program on intellectual property evaluation for acquisition programs.
Sec. 802. Pilot program to use alpha contracting teams for complex requirements.
Sec. 803. Failure to provide other than certified cost or pricing data upon request.
Sec. 804. Comptroller General report on price reasonableness.
Sec. 805. Limitation on transfer of funds related to cost overruns and cost underruns.
Sec. 806. Standardizing data collection and reporting on use of source selection procedures by Federal agencies.
Sec. 807. Department of Defense use of fixed-price contracts.
Sec. 808. Repeal of continuation of data rights during challenges.
Sec. 809. Repeal of authority to waive acquisition laws to acquire vital national security capabilities.
Sec. 810. Repeal of the Defense Cost Accounting Standards Board.

Subtitle B—Amendments to General Contracting Authorities, Procedures, and Limitations

Sec. 815. Modification of Director of Operational Test and Evaluation report.
Sec. 816. Modification of written approval requirement for task and delivery order single contract awards.
Sec. 817. Responsibility for data analysis and requirements validation for services contracts.
Sec. 818. Documentation of market research related to commercial item determinations.
Sec. 819. Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects.
Sec. 820. Notification of Navy procurement production disruptions.
Sec. 821. Modification to acquisition authority of the Commander of the United States Cyber Command.
Sec. 822. Extension of Never Contract With the Enemy.
Sec. 823. Modification of justification and approval requirement for certain Department of Defense contracts.
Sec. 824. Extension of sunset relating to Federal Data Center Consolidation Initiative.
Sec. 825. Pilot program to accelerate contracting and pricing processes.
Sec. 826. Uniformity in application of micro-purchase threshold to certain task or delivery orders.

WASHSTATEC011117

17

Sec. 827. Requirement for cost estimates on models of commercial e-commerce portal program.

Subtitle C—Provisions Relating to Major Defense Acquisition Programs

Sec. 830. Modification of requirements for reporting to Congress on certain acquisition programs.
Sec. 831. Pilot program to streamline decision-making processes for weapon systems.
Sec. 832. Analysis of alternatives pursuant to materiel development decisions.
Sec. 833. Naval vessel certification required before Milestone B approval.

Subtitle D—Provisions Relating to the Acquisition System

Sec. 835. Extramural acquisition innovation and research activities.
Sec. 836. Report on realignment of the defense acquisition system to implement acquisition reforms.
Sec. 837. Report and limitation on the availability of funds relating to the "middle tier" of acquisition programs.
Sec. 838. Report on intellectual property policy and the cadre of intellectual property experts.
Sec. 839. Guidance and reports relating to covered defense business systems.
Sec. 840. Implementation guidance for use of a modular open system approach.
Sec. 841. Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense.

Subtitle E—Industrial Base Matters

Sec. 845. Modernization of acquisition processes to ensure integrity of industrial base.
Sec. 846. Report requirements for the national technology and industrial base.
Sec. 847. Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors.
Sec. 848. Prohibition on operation or procurement of foreign-made unmanned aircraft systems.
Sec. 849. Modification of prohibition on acquisition of sensitive materials from non-allied foreign nations.
Sec. 850. Acquisition and disposal of certain rare earth materials.
Sec. 851. Pilot program for development of technology-enhanced capabilities with partnership intermediaries.
Sec. 852. Authorized official to carry out the procurement technical assistance cooperative agreement program.
Sec. 853. Requirement that certain ship components be manufactured in the national technology and industrial base.
Sec. 854. Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment.
Sec. 855. Application of miscellaneous technology base policies and programs to the Columbia-class submarine program.
Sec. 856. Application of limitation on procurement of goods other than United States goods to the FFG–Frigate Program.
Sec. 857. Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate.

Subtitle F—Provisions Relating to Acquisition Workforce

Sec. 860. Establishment of Defense Civilian Training Corps.

WASHSTATEC011118

18

Sec. 861. Defense acquisition workforce certification, education, and career fields.
Sec. 862. Software development and software acquisition training and management programs.
Sec. 863. Modification of temporary assignments of Department of Defense employees to a private-sector organization.
Sec. 864. Incentives and consideration for qualified training programs.
Sec. 865. Use of qualified apprentices by military construction contractors.

Subtitle G—Small Business Matters

Sec. 870. Requirements relating to credit for certain small business concern subcontractors.
Sec. 871. Inclusion of best in class designations in annual report on small business goals.
Sec. 872. Reauthorization and improvement of Department of Defense Mentor-Protege Program.
Sec. 873. Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act.
Sec. 874. Postaward explanations for unsuccessful offerors for certain contracts.
Sec. 875. Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses.
Sec. 876. Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans.
Sec. 877. Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict.
Sec. 878. Modification to the Defense Research and Development Rapid Innovation Program.
Sec. 879. Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy.
Sec. 880. Assistance for small business concerns participating in the SBIR and STTR programs.
Sec. 881. Cybersecurity technical assistance for SBIR and STTR programs.
Sec. 882. Funding for defense research activities of small business concerns.
Sec. 883. Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program.
Sec. 884. Pilot program for domestic investment under the SBIR program.

Subtitle H—Other Matters

Sec. 885. Review of guidance to contractors on nondiscrimination on the basis of sex.
Sec. 886. Comptroller General report on contractor violations of certain labor laws.
Sec. 887. Comptroller General report on contingency contracting.
Sec. 888. Policies and procedures for contractors to report gross violations of internationally recognized human rights.
Sec. 889. Comptroller General report on oversight of contractors providing private security functions.

WASHSTATEC011119

19

Sec. 890. Prohibition on contracting with persons that have business operations with the Maduro regime.

Sec. 891. Report on the Combating Trafficking in Persons initiative.

Sec. 892. Improved management of information technology and cyberspace investments.

Sec. 893. Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts.

## TITLE IX—DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGEMENT

### Subtitle A—Office of the Secretary of Defense and Related Matters

Sec. 901. Headquarters activities of the Department of Defense matters.

Sec. 902. Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering.

Sec. 903. Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters.

Sec. 904. Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense.

Sec. 905. Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor.

Sec. 906. Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program.

### Subtitle B—Organization and Management of Other Department of Defense Offices and Elements

Sec. 911. Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force.

### Subtitle C—Other Department of Defense Organization and Management Matters

Sec. 921. Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense.

Sec. 922. Limitation on consolidation of Defense Media Activity.

Sec. 923. Report on resources to implement the civilian casualty policy of the Department of Defense.

### Subtitle D—United States Space Force

Sec. 951. Short title.

Sec. 952. The Space Force.

Sec. 953. Chief of Space Operations.

Sec. 954. Space Force Acquisition Council.

Sec. 955. Assistant Secretary of Defense for Space Policy.

Sec. 956. Assistant Secretary of the Air Force for Space Acquisition and Integration.

Sec. 957. Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.

Sec. 958. Conforming amendments and clarification of authorities.

Sec. 959. Effects on military installations.

Sec. 960. Availability of funds.

WASHSTATEC011120

20

Sec. 961. Implementation.

## TITLE X—GENERAL PROVISIONS

### Subtitle A—Financial Matters

Sec. 1001. General transfer authority.
Sec. 1002. Defense Business Audit Remediation Plan.
Sec. 1003. Financial improvement and audit remediation plan.
Sec. 1004. Reporting requirements relating to Department of Defense audits.
Sec. 1005. Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands.
Sec. 1006. Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-Year Inventory numbers.
Sec. 1007. Annual budget justification display for service-common and other support and enabling capabilities for special operations forces.
Sec. 1008. Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs.
Sec. 1009. Plan of the Department of Defense for financial management information.
Sec. 1010. Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund.
Sec. 1011. Transparency of accounting firms used to support Department of Defense audit.
Sec. 1012. Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense.

### Subtitle B—Counterdrug Activities

Sec. 1021. Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia.
Sec. 1022. Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities.
Sec. 1023. Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin.
Sec. 1024. Assessment of impact of any planned or proposed border wall on volume of illegal narcotics.

### Subtitle C—Naval Vessels

Sec. 1031. Modification of authority to purchase vessels using funds in National Defense Sealift Fund.
Sec. 1032. Use of National Defense Sealift Fund for procurement of two used vessels.
Sec. 1033. Transportation by sea of supplies for the Armed Forces and Defense Agencies.
Sec. 1034. Senior Technical Authority for each naval vessel class.
Sec. 1035. Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment.
Sec. 1036. Formal training for shipboard system programs of record.
Sec. 1037. Report on shipbuilder training and the defense industrial base.
Sec. 1038. Use of competitive procedures for CVN–80 and CVN–81 dual aircraft carrier contract.
Sec. 1039. Report on expanding naval vessel maintenance.

WASHSTATEC011121

21

Subtitle D—Counterterrorism

Sec. 1041. Modification of support of special operations to combat terrorism.
Sec. 1042. Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries.
Sec. 1043. Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.
Sec. 1044. Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1045. Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1046. Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1047. Independent assessment on gender and countering violent extremism.

Subtitle E—Miscellaneous Authorities and Limitations

Sec. 1051. Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments.
Sec. 1052. Explosive ordnance defense disposal program.
Sec. 1053. Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense.
Sec. 1054. Notification on the provision of defense sensitive support.
Sec. 1055. Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas.
Sec. 1056. Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces.
Sec. 1057. Expenditure of funds for Department of Defense intelligence and counterintelligence activities.
Sec. 1058. Limitation on use of funds for the inactivation of Army watercraft units.

TITLE XI—CIVILIAN PERSONNEL MATTERS

Subtitle A—General Provisions

Sec. 1101. Defense Advanced Research Projects Agency personnel management authority.
Sec. 1102. Report on the probationary period for Department of Defense employees.
Sec. 1103. Civilian personnel management.
Sec. 1104. One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone.
Sec. 1105. One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas.
Sec. 1106. Performance of civilian functions by military personnel.

g:\VHLC\120919\120919.161.xml     (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011122

22

Sec. 1107. Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base.
Sec. 1108. Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees.
Sec. 1109. Modification of direct hire authorities for the Department of Defense.
Sec. 1110. Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act.
Sec. 1111. Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown.
Sec. 1112. Limitation on transfer of Office of Personnel Management.
Sec. 1113. Assessment of Accelerated Promotion Program suspension.
Sec. 1114. Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation.
Sec. 1115. Clarification of limitation on expedited hiring authority for post-secondary students.
Sec. 1116. Modification of temporary assignments of Department of Defense employees to a private-sector organization.
Sec. 1117. Extension of authority for part-time reemployment.

Subtitle B—Fair Chance Act

Sec. 1121. Short title.
Sec. 1122. Prohibition on criminal history inquiries prior to conditional offer for Federal employment.
Sec. 1123. Prohibition on criminal history inquiries by contractors prior to conditional offer.
Sec. 1124. Report on employment of individuals formerly incarcerated in Federal prisons.

Subtitle C—ATC Hiring Reform

Sec. 1131. Short title; definition.
Sec. 1132. Hiring of air traffic control specialists.
Sec. 1133. Ensuring hiring preference for applicants with experience at an air traffic control facility of the National Guard.
Sec. 1134. FAA reports on air traffic controller hiring and training.
Sec. 1135. DOT Inspector General review and report.

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS

Subtitle A—Assistance and Training

Sec. 1201. Modification of authority to build capacity of foreign security forces.
Sec. 1202. Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations.
Sec. 1203. Modifications of authorities relating to acquisition and cross-servicing agreements.
Sec. 1204. Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities.
Sec. 1205. Gender perspectives and participation by women in security cooperation activities.

WASHSTATEC011123

Sec. 1206. Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities.
Sec. 1207. Extension of authority for support of special operations for irregular warfare.
Sec. 1208. Extension and modification of Commanders' Emergency Response Program and elimination of certain payments to redress injury and loss.
Sec. 1209. Two-year extension of program authority for Global Security Contingency Fund.
Sec. 1210. Legal institutional capacity building initiative for foreign defense institutions.
Sec. 1210A. Department of Defense support for stabilization activities in national security interest of the United States.

Subtitle B—Matters Relating to Afghanistan and Pakistan

Sec. 1211. Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan.
Sec. 1212. Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan.
Sec. 1213. Authority for certain payments to redress injury and loss.
Sec. 1214. Extension and modification of semiannual report on enhancing security and stability in Afghanistan.
Sec. 1215. Special Immigrant Visa program reporting requirement.
Sec. 1216. Meaningful inclusion of Afghan women in peace negotiations.
Sec. 1217. Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations.
Sec. 1218. Support for reconciliation activities led by the Government of Afghanistan.
Sec. 1219. Modification and extension of the Afghan Special Immigrant Visa Program.

Subtitle C—Matters Relating to Syria, Iraq, and Iran

Sec. 1221. Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria.
Sec. 1222. Extension and modification of authority to provide assistance to vetted Syrian groups and individuals.
Sec. 1223. Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq.
Sec. 1224. Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria.
Sec. 1225. Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria.
Sec. 1226. Expansion of availability of financial assets of Iran to victims of terrorism.
Sec. 1227. Report on the status of deconfliction channels with Iran.
Sec. 1228. Prohibition on provision of weapons and other forms of support to certain organizations.

Subtitle D—Matters Relating to the Russian Federation

WASHSTATEC011124

24

Sec. 1231. Extension of limitation on military cooperation between the United States and Russia.

Sec. 1232. Prohibition on availability of funds relating to sovereignty of Russia over Crimea.

Sec. 1233. Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia.

Sec. 1234. United States participation in Open Skies Treaty.

Sec. 1235. Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty.

Sec. 1236. Report on treaties relating to nuclear arms control.

Sec. 1237. Reports relating to the New START Treaty.

Sec. 1238. Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region.

Sec. 1239. Updated strategy to counter the threat of malign influence by the Russian Federation and other countries.

Subtitle E—Matters Relating to Europe and NATO

Sec. 1241. Sense of Congress on support for the North Atlantic Treaty Organization.

Sec. 1242. Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty.

Sec. 1243. Future years plans and planning transparency for the European Deterrence Initiative.

Sec. 1244. Modification and extension of Ukraine Security Assistance Initiative.

Sec. 1245. Limitation on transfer of F–35 aircraft to Turkey.

Sec. 1246. Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression.

Sec. 1247. Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises.

Sec. 1248. Extension and modification of NATO Special Operations Headquarters.

Sec. 1249. North Atlantic Treaty Organization Joint Force Command.

Sec. 1250. Report on North Atlantic Treaty Organization Readiness Initiative.

Sec. 1250A. Repeal of prohibition on transfer of articles on the United States munitions list to the Republic of Cyprus.

Subtitle F—Matters Relating to the Indo-Pacific Region

Sec. 1251. Modification of Indo-Pacific Maritime Security Initiative.

Sec. 1252. Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds.

Sec. 1253. Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies.

Sec. 1254. Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea.

Sec. 1255. Report on direct, indirect, and burden-sharing contributions of Japan and South Korea.

Sec. 1256. Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea.

Sec. 1257. Sense of Congress on North Korea.

WASHSTATEC011125

25

Sec. 1258. Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines.
Sec. 1259. Report on security cooperation with the Philippine National Police.
Sec. 1260. Modification of annual report on military and security developments involving the People's Republic of China.
Sec. 1260A. Report on foreign military activities in Pacific Island countries.
Sec. 1260B. Report on cybersecurity activities with Taiwan.
Sec. 1260C. Review and report related to the Taiwan Relations Act.
Sec. 1260D. Sense of Congress on enhancement of the United States-Taiwan defense relationship.
Sec. 1260E. Chinese foreign direct investment in countries of the Arctic region.
Sec. 1260F. Sense of Congress on policy toward Hong Kong.
Sec. 1260G. Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore.
Sec. 1260H. Authority to transfer funds for Bien Hoa dioxin cleanup.
Sec. 1260I. Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security.
Sec. 1260J. Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order.
Sec. 1260K. Report on the lay-down of United States Marines in the Indo-Pacific Region.

Subtitle G—Other Matters

Sec. 1261. Modification to report on legal and policy frameworks for the use of military force.
Sec. 1262. Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command.
Sec. 1263. United States Central Command posture assessment and review.
Sec. 1264. Limitation on production of nuclear proliferation assessment statements.
Sec. 1265. Western Hemisphere resource assessment.
Sec. 1266. Human rights in Brazil.
Sec. 1267. Certification relating to assistance for Guatemala.
Sec. 1268. Independent analysis of human rights situation in Honduras.
Sec. 1269. Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm.
Sec. 1270. Report on implications of Chinese military presence in Djibouti.
Sec. 1271. Rule of construction on the permanent stationing of United States Armed Forces in Somalia.
Sec. 1272. Defense and diplomatic strategy for Libya.
Sec. 1273. Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen.
Sec. 1274. Report on Saudi-led coalition strikes in Yemen.
Sec. 1275. Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen.
Sec. 1276. Report on Saudi Arabia's human rights record.
Sec. 1277. Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi.
Sec. 1278. United States-Israel cooperation to counter unmanned aerial systems.

WASHSTATEC011126

Sec. 1279. Extension and modification of authority for United States-Israel anti-tunnel cooperation activities.
Sec. 1280. Report on cost imposition strategy.
Sec. 1281. Modification of initiative to support protection of national security academic researchers from undue influence and other security threats.
Sec. 1282. Modification of responsibility for policy on civilian casualty matters.
Sec. 1283. Report on export of certain satellites to entities with certain beneficial ownership structures.
Sec. 1284. Rule of construction relating to the use of military force.
Sec. 1285. Reports and briefings on use of military force and support of partner forces.

TITLE XIII—COOPERATIVE THREAT REDUCTION

Sec. 1301. Funding allocations; specification of cooperative threat reduction funds.

TITLE XIV—OTHER AUTHORIZATIONS

Subtitle A—Military Programs

Sec. 1401. Working capital funds.
Sec. 1402. Chemical agents and munitions destruction, defense.
Sec. 1403. Drug interdiction and counter-drug activities, defense-wide.
Sec. 1404. Defense inspector general.
Sec. 1405. Defense health program.

Subtitle B—Other Matters

Sec. 1411. Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois.
Sec. 1412. Authorization of appropriations for Armed Forces Retirement Home.

TITLE XV—AUTHORIZATION OF ADDITIONAL APPROPRIATIONS FOR OVERSEAS CONTINGENCY OPERATIONS

Sec. 1501. Purpose.
Sec. 1502. Treatment as additional authorizations.

Subtitle A—Authorization of Appropriations for Overseas Contingency Operations

Sec. 1511. Overseas contingency operations.
Sec. 1512. Procurement.
Sec. 1513.  Research, development, test, and evaluation.
Sec. 1514. Operation and maintenance.
Sec. 1515. Military personnel.
Sec. 1516. Working capital funds.
Sec. 1517. Drug interdiction and counter-drug activities, defense-wide.
Sec. 1518. Defense inspector general.
Sec. 1519. Defense health program.
Sec. 1520. Afghanistan security forces fund.
Sec. 1520A. Special transfer authority.

WASHSTATEC011127

27

Subtitle B—Authorization of Appropriations for Emergency Funds for Recovery and Restoration

Sec. 1521. Procurement.
Sec. 1522. Research, development, test, and evaluation.
Sec. 1523. Operation and maintenance.
Sec. 1524. Restriction on transfer of funds authorized by this subtitle.

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS

Subtitle A—Space Activities

Sec. 1601. Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command.
Sec. 1602. Coordination of modernization efforts relating to military-code capable GPS receiver cards.
Sec. 1603. Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System.
Sec. 1604. Annual determination on plan on full integration and exploitation of overhead persistent infrared capability.
Sec. 1605. Space-based environmental monitoring mission requirements.
Sec. 1606. Resilient enterprise ground architecture.
Sec. 1607. Prototype program for multi-global navigation satellite system receiver development.
Sec. 1608. Commercial space situational awareness capabilities.
Sec. 1609. Program to enhance and improve launch support and infrastructure.
Sec. 1610. Preparation to implement plan for use of allied launch vehicles.
Sec. 1611. Independent study on plan for deterrence in space.
Sec. 1612. Study on leveraging diverse commercial satellite remote sensing capabilities.
Sec. 1613. Annual report on Space Command and Control program.
Sec. 1614. Report on space debris.

Subtitle B—Defense Intelligence and Intelligence-Related Activities

Sec. 1621. Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security.
Sec. 1622. Modifications to ISR Integration Council and annual briefing requirements.
Sec. 1623. Modification of annual authorization of appropriations for National Flagship Language Initiative.
Sec. 1624. Improving the onboarding methodology for intelligence personnel.
Sec. 1625. Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data.
Sec. 1626. Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements.
Sec. 1627. Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency.
Sec. 1628. Report on the expanded purview of the Defense Counterintelligence and Security Agency.
Sec. 1629. Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities.

Subtitle C—Cyberspace-Related Matters

WASHSTATEC011128

28

Sec. 1631. Matters relating to military operations in the information environment.
Sec. 1632. Notification requirements for sensitive military cyber operations.
Sec. 1633. Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense.
Sec. 1634. Quarterly assessments of the readiness of Cyber Mission Forces.
Sec. 1635. Cyber posture review.
Sec. 1636. Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command.
Sec. 1637. Modification of cyber scholarship program.
Sec. 1638. Tier 1 exercise of support to civil authorities for a cyber incident.
Sec. 1639. Extension of the Cyberspace Solarium Commission.
Sec. 1640. Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects.
Sec. 1641. Role of Chief Information Officer in improving enterprise-wide cybersecurity.
Sec. 1642. Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace.
Sec. 1643. Limitation of funding for Consolidated Afloat Networks and Enterprise Services.
Sec. 1644. Annual military cyberspace operations report.
Sec. 1645. Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities.
Sec. 1646. Control and analysis of Department of Defense data stolen through cyberspace.
Sec. 1647. Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products.
Sec. 1648. Framework to enhance cybersecurity of the United States defense industrial base.
Sec. 1649. Report on cybersecurity training programs.
Sec. 1650. National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.
Sec. 1651. Reorientation of Big Data Platform program.
Sec. 1652. Zero-based review of Department of Defense cyber and information technology personnel.
Sec. 1653. Study on improving cyber career paths in the Navy.
Sec. 1654. Accreditation standards and processes for cybersecurity and information technology products and services.
Sec. 1655. Study on future cyber warfighting capabilities of Department of Defense.
Sec. 1656. Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquarters–Cyber Organizations, Joint Mission Operations Centers, and Cyber Operations–Integrated Planning Elements.
Sec. 1657. Cyber governance structures and Principal Cyber Advisors on military cyber force matters.
Sec. 1658. Designation of test networks for testing and accreditation of cybersecurity products and services.
Sec. 1659. Consortia of universities to advise Secretary of Defense on cybersecurity matters.
Sec. 1660. Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements.

Subtitle D—Nuclear Forces

WASHSTATEC011129

Sec. 1661. Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System.
Sec. 1662. Modification of authorities relating to nuclear command, control, and communications system.
Sec. 1663. Briefings on meetings held by Nuclear Weapons Council.
Sec. 1664. Consideration of budget matters at meetings of Nuclear Weapons Council.
Sec. 1665. Improvement to annual report on the modernization of the nuclear weapons enterprise.
Sec. 1666. Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system.
Sec. 1667. Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe.
Sec. 1668. Elimination of conventional requirement for long-range standoff weapon.
Sec. 1669. Briefing on long-range standoff weapon and sea-launched cruise missile.
Sec. 1670. Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile.
Sec. 1671. Reports on development of ground-based strategic deterrent weapon.
Sec. 1672. Prohibition on reduction of the intercontinental ballistic missiles of the United States.
Sec. 1673. Independent study on policy of no-first-use of nuclear weapons.
Sec. 1674. Independent study on risks of nuclear terrorism and nuclear war.
Sec. 1675. Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war.
Sec. 1676. Report on nuclear forces of the United States and near-peer countries.
Sec. 1677. Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons.
Sec. 1678. Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons.
Sec. 1679. Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems.
Sec. 1680. Sense of Congress on nuclear deterrence commitments of the United States.

Subtitle E—Missile Defense Programs

Sec. 1681. National missile defense policy.
Sec. 1682. Development of space-based ballistic missile intercept layer.
Sec. 1683. Development of hypersonic and ballistic missile tracking space sensor payload.
Sec. 1684. Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system.
Sec. 1685. Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production.
Sec. 1686. Limitation on availability of funds for lower tier air and missile defense sensor.
Sec. 1687. Plan for the redesigned kill vehicle replacement.
Sec. 1688. Organization, authorities, and billets of the Missile Defense Agency.

WASHSTATEC011130

30

Sec. 1689. Annual assessment of ballistic missile defense system.
Sec. 1690. Command and control, battle management, and communications program.
Sec. 1691. Missile defense interceptor site in contiguous United States.
Sec. 1692. Independent study on impacts of missile defense development and deployment.
Sec. 1693. Report and briefing on multi-volume kill capability.

Subtitle F—Other Matters

Sec. 1694. Extension of authorization for protection of certain facilities and assets from unmanned aircraft.
Sec. 1695. Repeal of requirement for commission on electromagnetic pulse attacks and similar events.
Sec. 1696. Repeal of review requirement for ammonium perchlorate report.
Sec. 1697. Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms.
Sec. 1698. Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems.
Sec. 1699. Hard and deeply buried targets.

TITLE XVII—REPORTS AND OTHER MATTERS

Subtitle A—Studies and Reports

Sec. 1701. Modification of annual reporting requirements on defense manpower.
Sec. 1702. Termination of requirement for submittal to Congress of certain recurring reports.
Sec. 1703. Modification of annual report on civilian casualties in connection with United States military operations.
Sec. 1704. Extension of requirement for briefings on the national biodefense strategy.
Sec. 1705. Authorization of appropriations for title III of the Defense Production Act of 1950.
Sec. 1706. Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic.
Sec. 1707. Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense.
Sec. 1708. Report and briefing on implementation of national defense strategy.
Sec. 1709. Actions to increase analytic support.
Sec. 1710. Inclusion of certain individuals investigated by Inspectors General in the semiannual report.
Sec. 1711. Annual report on Joint Military Information Support Operations Web Operations Center.
Sec. 1712. Mobility capability requirements study.
Sec. 1713. Assessment of special operations force structure.
Sec. 1714. Army aviation strategic plan and modernization roadmap.
Sec. 1715. Report on ground-based long-range artillery to counter land and maritime threats.
Sec. 1716. Independent review of transportation working-capital fund.
Sec. 1717. Geographic command risk assessment of proposed use of certain aircraft capabilities.
Sec. 1718. Report on backlog of personnel security clearance adjudications.

WASHSTATEC011131

31

Sec. 1719. Report regarding outstanding Government Accountability Office rec-
ommendations.

Sec. 1720. Report on National Guard and United States Northern Command
capacity to meet homeland defense and security incidents.

Sec. 1721. Assessment of standards, processes, procedures, and policy relating
to civilian casualties.

Sec. 1722. Report on transfers of equipment to prohibited entities.

Sec. 1723. Annual report on strikes undertaken by the United States against
terrorist targets outside areas of active hostilities.

Sec. 1724. Review and assessment of mitigation of military helicopter noise.

Subtitle B—Other Matters

Sec. 1731. Technical, conforming, and clerical amendments.

Sec. 1732. Establishment of lead Inspector General for an overseas contingency
operation based on Secretary of Defense notification.

Sec. 1733. Clarification of authority of Inspectors General for overseas contin-
gency operations.

Sec. 1734. Employment status of annuitants for Inspectors General for over-
seas contingency operations.

Sec. 1735. Extension of National Security Commission on Artificial Intel-
ligence.

Sec. 1736. Exemption from calculation of monthly income, for purposes of
bankruptcy laws, of certain payments from the Department of
Veterans Affairs and the Department of Defense.

Sec. 1737. Extension of postage stamp for breast cancer research.

Sec. 1738. National Commission on Military Aviation Safety.

Sec. 1739. Guarantee of residency for spouses of members of the uniformed
services.

Sec. 1740. Electromagnetic pulses and geomagnetic disturbances.

Sec. 1741. Improvements to Manufacturing USA Program.

Sec. 1742. Regional innovation program.

Sec. 1743. Aviation workforce development.

Sec. 1744. Oversight of Department of Defense execute orders.

Sec. 1745. Processes and procedures for notifications regarding special oper-
ations forces.

Sec. 1746. Securing American science and technology.

Sec. 1747. Standardized policy guidance for calculating aircraft operation and
sustainment costs.

Sec. 1748. Special Federal Aviation Regulation Working Group.

Sec. 1749. Prohibition on names related to the Confederacy.

Sec. 1750. Support for National Maritime Heritage Grants program.

Sec. 1751. Support for world language advancement and readiness.

Sec. 1752. Designation of Department of Defense strategic Arctic ports.

Sec. 1753. Independent studies regarding potential cost savings with respect to
the nuclear security enterprise and force structure .

Sec. 1754. Comprehensive Department of Defense policy on collective self-de-
fense.

Sec. 1755. Policy regarding the transition of data and applications to the cloud.

Sec. 1756. Integrated public alert and warning system.

Sec. 1757. Improving quality of information in background investigation re-
quest packages.

Sec. 1758. Parole in place for members of the Armed Forces and certain mili-
tary dependents.

WASHSTATEC011132

32

Sec. 1759. Report on reducing the backlog in legally required historical declas-
sification obligations of the Department of Defense.
Sec. 1760. Military type certification for light attack experimentation aircraft.

### DIVISION B—MILITARY CONSTRUCTION AUTHORIZATIONS

Sec. 2001. Short title.
Sec. 2002. Expiration of authorizations and amounts required to be specified
by law.
Sec. 2003. Effective date.

### TITLE XXI—ARMY MILITARY CONSTRUCTION

Sec. 2101. Authorized Army construction and land acquisition projects.
Sec. 2102. Family housing.
Sec. 2103. Authorization of appropriations, Army.
Sec. 2104. Modification of authority to carry out certain fiscal year 2019
projects.

### TITLE XXII—NAVY MILITARY CONSTRUCTION

Sec. 2201. Authorized Navy construction and land acquisition projects.
Sec. 2202. Family housing.
Sec. 2203. Improvements to military family housing units.
Sec. 2204. Authorization of appropriations, Navy.
Sec. 2205. Modification of authority to carry out certain fiscal year 2017
project.

### TITLE XXIII—AIR FORCE MILITARY CONSTRUCTION

Sec. 2301. Authorized Air Force construction and land acquisition projects.
Sec. 2302. Family housing.
Sec. 2303. Improvements to military family housing units.
Sec. 2304. Authorization of appropriations, Air Force.
Sec. 2305. Modification of authorities to carry out phased Joint Intelligence
Analysis Complex consolidation.
Sec. 2306. Modification of authority to carry out certain fiscal year 2016
project.
Sec. 2307. Modification of authority to carry out certain fiscal year 2017
project.
Sec. 2308. Modification of authority to carry out certain fiscal year 2018
projects.
Sec. 2309. Modification of authority to carry out certain fiscal year 2019
projects.

### TITLE XXIV—DEFENSE AGENCIES MILITARY CONSTRUCTION

Sec. 2401. Authorized Defense Agencies construction and land acquisition
projects.
Sec. 2402. Authorized Energy Resilience and Conservation Investment Program
projects.
Sec. 2403. Authorization of appropriations, Defense Agencies.

### TITLE XXV—INTERNATIONAL PROGRAMS

Subtitle A—North Atlantic Treaty Organization Security Investment Program

Sec. 2501. Authorized NATO construction and land acquisition projects.

WASHSTATEC011133

Sec. 2502. Authorization of appropriations, NATO.

### Subtitle B—Host Country In-kind Contributions

Sec. 2511. Republic of Korea funded construction projects.

## TITLE XXVI—GUARD AND RESERVE FORCES FACILITIES

Sec. 2601. Authorized Army National Guard construction and land acquisition projects.
Sec. 2602. Authorized Army Reserve construction and land acquisition projects.
Sec. 2603. Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects.
Sec. 2604. Authorized Air National Guard construction and land acquisition projects.
Sec. 2605. Authorized Air Force Reserve construction and land acquisition projects.
Sec. 2606. Authorization of appropriations, National Guard and Reserve.

## TITLE XXVII—BASE REALIGNMENT AND CLOSURE ACTIVITIES

Sec. 2701. Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account.
Sec. 2702. Prohibition on conducting additional base realignment and closure (BRAC) round.

## TITLE XXVIII—MILITARY CONSTRUCTION GENERAL PROVISIONS

### Subtitle A—Military Construction Program

Sec. 2801. Military installation resilience plans and projects.
Sec. 2802. Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes.
Sec. 2803. Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities.
Sec. 2804. Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.
Sec. 2805. Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects.
Sec. 2806. Improved flood risk disclosure for military construction.
Sec. 2807. Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects.
Sec. 2808. Technical corrections and improvements to defense access road resilience.
Sec. 2809. Military construction projects for child development centers at military installations.
Sec. 2810. Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack.
Sec. 2811. Prohibition on use of funds to close or return certain bases to the host nation.

### Subtitle B—Real Property and Facilities Administration

Sec. 2821. Improved energy security for main operating bases in Europe.

WASHSTATEC011134

G:\CMTE\AS\20\C\ASCR20.XML

34

Sec. 2822. Access to Department of Defense installations for credentialed transportation workers.
Sec. 2823. Improved recording and maintaining of Department of Defense real property data.

Subtitle C—Land Conveyances

Sec. 2831. Land conveyance, Hill Air Force Base, Ogden, Utah.
Sec. 2832. Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery.
Sec. 2833. Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California.
Sec. 2834. Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia.

Subtitle D—Military Land Withdrawals

Sec. 2841. Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area.

Subtitle E—White Sands National Park and White Sands Missile Range

Sec. 2851. White Sands Missile Range Land Enhancements.

Subtitle F—Other Matters

Sec. 2861. Installation and maintenance of fire extinguishers in Department of Defense facilities.
Sec. 2862. Definition of community infrastructure for purposes of military base reuse studies and community planning assistance.
Sec. 2863. Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea.
Sec. 2864. Black start exercises at military installations.
Sec. 2865. Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense.
Sec. 2866. Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California.
Sec. 2867. Designation of Sumpter Smith Joint National Guard Base.
Sec. 2868. Santa Ynez Band of Chumash Indians land affirmation.
Sec. 2869. Lands to be taken into trust as part of the reservation of the Lytton Rancheria.
Sec. 2870. Little Shell Tribe of Chippewa Indians of Montana.
Sec. 2871. Sense of Congress on restoration of Tyndall Air Force Base.

TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY CONSTRUCTION

Subtitle A—Overseas Contingency Operations Military Construction

Sec. 2901. Authorized Army construction and land acquisition projects.
Sec. 2902. Authorized Navy construction and land acquisition projects.
Sec. 2903. Authorized Air Force construction and land acquisition projects.
Sec. 2904. Authorized Defense Agencies construction and land acquisition projects.
Sec. 2905. Authorization of appropriations.

WASHSTATEC011135

G:\CMTE\AS\20\C\ASCR20.XML

35

Subtitle B—Emergency Military Construction

Sec. 2911. Authorization of emergency Navy construction and land acquisition
    projects.
Sec. 2912. Authorization of emergency Air Force construction and land acquisi-
    tion projects.
Sec. 2913. Authorization of emergency Army National Guard construction and
    land acquisition projects.
Sec. 2914. Authorization of emergency Defense Agencies construction and land
    acquisition projects.
Sec. 2915. Authorization of emergency supplemental appropriations for military
    construction projects.

TITLE XXX—MILITARY HOUSING PRIVATIZATION REFORM

Sec. 3001. Definitions.

Subtitle A—Addition of New Reform Subchapter

Sec. 3011. Improved accountability and oversight of privatized military housing
    and protections and responsibilities for tenants of privatized
    military housing.
Sec. 3012. Designation of Chief Housing Officer for privatized military hous-
    ing.
Sec. 3013. Additional requirements relating to contracts for privatized military
    housing.
Sec. 3014. Additional requirements relating to management of privatized mili-
    tary housing.
Sec. 3015. Consideration of contractor history in contracts for privatized mili-
    tary housing.
Sec. 3016. Additional improvements for management of privatized military
    housing.
Sec. 3017. Maintenance work order system for privatized military housing.
Sec. 3018. Access by tenants of privatized military housing to maintenance
    work order system.
Sec. 3019. Access by tenants to historical maintenance information for
    privatized military housing.
Sec. 3020. Prohibition on requirement to disclose personally identifiable infor-
    mation in certain requests for maintenance of privatized mili-
    tary housing.
Sec. 3021. Treatment of incentive fees for landlords of privatized military hous-
    ing for failure to remedy a health or environmental hazard.
Sec. 3022. Dispute resolution process for landlord-tenant disputes regarding
    privatized military housing and requests to withhold payments
    during dispute resolution process.
Sec. 3023. Investigation of reports of reprisals relating to privatized military
    housing and congressional notification.
Sec. 3024. Prohibition on use of nondisclosure agreements in connection with
    leases of privatized military housing.

Subtitle B—Other Amendatory Provisions

Sec. 3031. Installation of carbon monoxide detectors in military family housing.
Sec. 3032. Authority to furnish certain services in connection with use of alter-
    native authority for acquisition and improvement of military
    housing.
Sec. 3033. Treatment of breach of contract for privatized military housing.

WASHSTATEC011136

36

Sec. 3034. Modification to requirements for window fall prevention devices in military family housing units.

Sec. 3035. Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel.

Sec. 3036. Modification of authority to make payments to lessors of privatized military housing.

Sec. 3037. Technical correction to definition used to make payments to lessors of privatized military housing.

### Subtitle C—One-Time Reporting Requirements

Sec. 3041. Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing.

Sec. 3042. Plans for creation of councils on privatized military housing.

Sec. 3043. Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing.

Sec. 3044. Inspector General review of Department of Defense oversight of privatized military housing.

Sec. 3045. Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing.

### Subtitle D—Development of Housing Reform Standards and Processes

Sec. 3051. Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments.

Sec. 3052. Tool for assessment of hazards in Department of Defense housing.

Sec. 3053. Process to identify and address environmental health hazards in Department of Defense housing.

Sec. 3054. Department of Defense policy on lead-based paint testing on military installations.

Sec. 3055. Standard for minimum credentials for health and environmental inspectors of privatized military housing.

Sec. 3056. Requirements relating to move-in, move-out, and maintenance of privatized military housing.

Sec. 3057. Standardized documentation, templates, and forms for privatized military housing.

Sec. 3058. Satisfaction survey for tenants of military housing.

### Subtitle E—Other Housing Reform Matters

Sec. 3061. Radon testing of privatized military housing.

Sec. 3062. Mitigation of risks posed by certain items in military family housing units.

Sec. 3063. Suspension of Resident Energy Conservation Program and related programs for privatized military housing.

Sec. 3064. Department of the Army pilot program to build and monitor use of single family homes.

## DIVISION C—DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS

WASHSTATEC011137

37

## TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

### Subtitle A—National Security Programs and Authorizations

Sec. 3101.  National Nuclear Security Administration.
Sec. 3102.  Defense environmental cleanup.
Sec. 3103.  Other defense activities.
Sec. 3104.  Nuclear energy.

### Subtitle B—Program Authorizations, Restrictions, and Limitations

Sec. 3111.  Personnel matters at National Nuclear Security Administration.
Sec. 3112.  Estimation of costs of meeting defense environmental cleanup milestones required by consent orders.
Sec. 3113.  Office of Cost Estimating and Program Evaluation.
Sec. 3114.  Clarification of certain Stockpile Responsiveness Program objectives.
Sec. 3115.  Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities.
Sec. 3116.  Modification to certain requirements relating to plutonium pit production capacity.
Sec. 3117.  Annual certification of shipments to Waste Isolation Pilot Plant.
Sec. 3118.  Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development.
Sec. 3119.  Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement.
Sec. 3120.  Implementation of common financial reporting system for nuclear security enterprise.
Sec. 3121.  Limitation relating to reclassification of high-level waste.
Sec. 3122.  National Laboratory Jobs ACCESS Program.

### Subtitle C—Reports and Other Matters

Sec. 3131.  Civil penalties for violations of certain whistleblower protections.
Sec. 3132.  Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile.
Sec. 3133.  Repeal of requirement for review relating to enhanced procurement authority.
Sec. 3134.  Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000.
Sec. 3135.  Replacement of W78 warhead.
Sec. 3136.  Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material.
Sec. 3137.  Assessment of high energy density physics.
Sec. 3138.  Determination of effect of treaty obligations with respect to producing tritium.
Sec. 3139.  Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act.

## TITLE XXXII—DEFENSE NUCLEAR FACILITIES SAFETY BOARD

Sec. 3201.  Authorization.
Sec. 3202.  Improvements to Defense Nuclear Facilities Safety Board.
Sec. 3203.  Membership of Defense Nuclear Facilities Safety Board.

## TITLE XXXIV—NAVAL PETROLEUM RESERVES

WASHSTATEC011138

38

Sec. 3401. Authorization of appropriations.

TITLE XXXV—MARITIME MATTERS

Subtitle A—Maritime Administration

Sec. 3501. Authorization of the Maritime Administration.
Sec. 3502. Reauthorization of Maritime Security Program.
Sec. 3503. Maritime technical assistance program.
Sec. 3504. Appointment of candidates attending sponsored preparatory school.
Sec. 3505. General support program.
Sec. 3506. Improvements to the maritime guaranteed loan program.
Sec. 3507. Requirement for small shipyard grantees.
Sec. 3508. Salvage recoveries of cargoes.
Sec. 3509. Salvage recoveries for subrogated ownership of vessels and cargoes.
Sec. 3510. Maritime Occupational Safety and Health Advisory Committee.
Sec. 3511. Military to mariner.
Sec. 3512. Department of Transportation Inspector General Report.
Sec. 3513. Independent study on the United States Merchant Marine Academy.
Sec. 3514. Port operations, research, and technology.
Sec. 3515. Assessment and report on strategic seaports.
Sec. 3516. Technical corrections.
Sec. 3517. United States Merchant Marine Academy sexual assault prevention and response program.
Sec. 3518. Report on vessels for emerging offshore energy infrastructure.
Sec. 3519. Report on United States flagged fuel tanker vessel capacity.

Subtitle B—Cable Security Fleet

Sec. 3521. Establishment of Cable Security Fleet.

Subtitle C—Maritime SAFE Act

Sec. 3531. Short titles.
Sec. 3532. Definitions.
Sec. 3533. Purposes.
Sec. 3534. Statement of policy.

PART I—PROGRAMS TO COMBAT IUU FISHING AND INCREASE MARITIME SECURITY

Sec. 3541. Coordination with international organizations.
Sec. 3542. Engagement of diplomatic missions of the United States.
Sec. 3543. Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states.
Sec. 3544. Expansion of existing mechanisms to combat IUU fishing.
Sec. 3545. Improvement of transparency and traceability programs.
Sec. 3546. Technology programs.
Sec. 3547. Savings clause.

PART II—ESTABLISHMENT OF INTERAGENCY WORKING GROUP ON IUU FISHING

Sec. 3551. Interagency Working Group on IUU Fishing.
Sec. 3552. Strategic plan.
Sec. 3553. Reports.
Sec. 3554. Gulf of Mexico IUU Fishing Subworking Group.

WASHSTATEC011139

39

PART III—COMBATING HUMAN TRAFFICKING IN CONNECTION WITH THE CATCHING AND PROCESSING OF SEAFOOD PRODUCTS

Sec. 3561. Finding.
Sec. 3562. Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking.
Sec. 3563. Human trafficking in the seafood supply chain report.

PART IV—AUTHORIZATION OF APPROPRIATIONS

Sec. 3571. Authorization of appropriations.
Sec. 3572. Accounting of funds.

DIVISION D—FUNDING TABLES

Sec. 4001. Authorization of amounts in funding tables.

TITLE XLI—PROCUREMENT

Sec. 4101. Procurement.
Sec. 4102. Procurement for overseas contingency operations.
Sec. 4103. Procurement for emergency requirements.

TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Sec. 4201. Research, development, test, and evaluation.
Sec. 4202. Research, development, test, and evaluation for overseas contingency operations.
Sec. 4203. Research, development, test, and evaluation for emergency requirements.

TITLE XLIII—OPERATION AND MAINTENANCE

Sec. 4301. Operation and maintenance.
Sec. 4302. Operation and maintenance for overseas contingency operations.
Sec. 4303. Operation and maintenance for emergency requirements.

TITLE XLIV—MILITARY PERSONNEL

Sec. 4401. Military personnel.
Sec. 4402. Military personnel for overseas contingency operations.

TITLE XLV—OTHER AUTHORIZATIONS

Sec. 4501. Other authorizations.
Sec. 4502. Other authorizations for overseas contingency operations.

TITLE XLVI—MILITARY CONSTRUCTION

Sec. 4601. Military construction.
Sec. 4602. Military construction for overseas contingency operations.
Sec. 4603. Military construction for emergency requirements.

TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

Sec. 4701. Department of Energy national security programs.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011140

40

## DIVISION E—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020

Sec. 5001. Short title.
Sec. 5002. Subdivisions and table of contents.
Sec. 5003. Definitions.

SUBDIVISION 1—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEAR 2020

Sec. 5100. Table of contents.

### TITLE LI—INTELLIGENCE ACTIVITIES

Sec. 5101. Authorization of appropriations.
Sec. 5102. Classified schedule of authorizations.
Sec. 5103. Intelligence community management account.

### TITLE LII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 5201. Authorization of appropriations.

### TITLE LIII—INTELLIGENCE COMMUNITY MATTERS

#### Subtitle A—General Intelligence Community Matters

Sec. 5301. Restriction on conduct of intelligence activities.
Sec. 5302. Increase in employee compensation and benefits authorized by law.
Sec. 5303. Expansion of scope of protections for identities of covert agents.
Sec. 5304. Required counterintelligence assessments, briefings, notifications, and reports.
Sec. 5305. Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.
Sec. 5306. Intelligence community public-private talent exchange.
Sec. 5307. Assessment of contracting practices to identify certain security and counterintelligence concerns.

#### Subtitle B—Office of the Director of National Intelligence

Sec. 5321. Establishment of Climate Security Advisory Council.
Sec. 5322. Foreign Malign Influence Response Center.
Sec. 5323. Encouragement of cooperative actions to detect and counter foreign influence operations.
Sec. 5324. Transfer of National Intelligence University to the Office of the Director of National Intelligence.

#### Subtitle C—Inspector General of the Intelligence Community

Sec. 5331. Definitions.
Sec. 5332. Inspector General external review panel.
Sec. 5333. Harmonization of whistleblower processes and procedures.
Sec. 5334. Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.
Sec. 5335. Report on cleared whistleblower attorneys.

#### Subtitle D—Central Intelligence Agency

Sec. 5341. Clarification of certain authority of the Central Intelligence Agency.

WASHSTATEC011141

41

### TITLE LIV—SECURITY CLEARANCES

Sec. 5401. Improving visibility into the security clearance process.
Sec. 5402. Making certain policies and execution plans relating to personnel clearances available to industry partners.

### TITLE LV—MATTERS RELATING TO FOREIGN COUNTRIES

#### Subtitle A—Matters Relating to Russia

Sec. 5501. Annual reports on influence operations and campaigns in the United States by the Russian Federation.
Sec. 5502. Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.
Sec. 5503. Assessments of intentions of political leadership of the Russian Federation.

#### Subtitle B—Matters Relating to China

Sec. 5511. Annual reports on influence operations and campaigns in the United States by the Communist Party of China.
Sec. 5512. Report on repression of ethnic Muslim minorities in the Xinjiang region of the People's Republic of China.
Sec. 5513. Report on efforts by People's Republic of China to influence election in Taiwan.

#### Subtitle C—Matters Relating to Other Countries

Sec. 5521. Sense of Congress and report on Iranian efforts in Syria and Lebanon.
Sec. 5522. Assessments regarding the Northern Triangle and Mexico.

### TITLE LVI—FEDERAL EFFORTS AGAINST DOMESTIC TERRORISM

Sec. 5601. Definitions.
Sec. 5602. Strategic intelligence assessment of and reports on domestic terrorism.

### TITLE LVII—REPORTS AND OTHER MATTERS

#### Subtitle A—Reports and Briefings

Sec. 5701.  Modification of requirements for submission to Congress of certain reports.
Sec. 5702. Increased transparency regarding counterterrorism budget of the United States.
Sec. 5703. Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.
Sec. 5704. Collection, analysis, and dissemination of workforce data.
Sec. 5705. Plan for strengthening the supply chain intelligence function.
Sec. 5706. Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.
Sec. 5707. Report by Director of National Intelligence on fifth-generation wireless network technology.
Sec. 5708. Report on use by intelligence community of facial recognition technology.

WASHSTATEC011142

42

Sec. 5709. Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.

Sec. 5710. Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.

Sec. 5711. Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning.

Sec. 5712. Report on best practices to protect privacy and civil liberties of Chinese Americans.

Sec. 5713. Oversight of foreign influence in academia.

Sec. 5714. Report on death of Jamal Khashoggi.

Sec. 5715. Report on terrorist screening database.

Sec. 5716. Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.

Sec. 5717. Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.

Sec. 5718. Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.

Subtitle B—Other Matters

Sec. 5721. Whistleblower disclosures to Congress and committees of Congress.

Sec. 5722. Task force on illicit financing of espionage and foreign influence operations.

Sec. 5723. Establishment of fifth-generation technology prize competition.

Sec. 5724. Establishment of deepfakes prize competition.

Sec. 5725. Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.

Sec. 5726. Securing energy infrastructure.

SUBDIVISION 2—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018 AND 2019

Sec. 6100. Table of contents.

TITLE LXI—INTELLIGENCE ACTIVITIES

Sec. 6101. Authorization of appropriations.

Sec. 6102. Intelligence Community Management Account.

TITLE LXII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 6201. Authorization of appropriations.

Sec. 6202. Computation of annuities for employees of the Central Intelligence Agency.

TITLE LXIII—GENERAL INTELLIGENCE COMMUNITY MATTERS

Sec. 6301. Restriction on conduct of intelligence activities.

Sec. 6302. Increase in employee compensation and benefits authorized by law.

Sec. 6303. Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions.

Sec. 6304. Modification of appointment of Chief Information Officer of the Intelligence Community.

g:\VHLC\120919\120919.161.xml          (751097l12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011143

Sec. 6305. Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule.
Sec. 6306. Supply Chain and Counterintelligence Risk Management Task Force.
Sec. 6307. Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and entities.
Sec. 6308. Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack.
Sec. 6309. Elimination of sunset of authority relating to management of supply-chain risk.
Sec. 6310. Limitations on determinations regarding certain security classifications.
Sec. 6311. Joint Intelligence Community Council.
Sec. 6312. Intelligence community information technology environment.
Sec. 6313. Report on development of secure mobile voice solution for intelligence community.
Sec. 6314. Policy on minimum insider threat standards.
Sec. 6315. Submission of intelligence community policies.
Sec. 6316. Expansion of intelligence community recruitment efforts.

TITLE LXIV—MATTERS RELATING TO ELEMENTS OF THE INTELLIGENCE COMMUNITY

Subtitle A—Office of the Director of National Intelligence

Sec. 6401. Authority for protection of current and former employees of the Office of the Director of National Intelligence.
Sec. 6402. Designation of the program manager-information-sharing environment.
Sec. 6403. Technical modification to the executive schedule.
Sec. 6404. Chief Financial Officer of the Intelligence Community.
Sec. 6405. Chief Information Officer of the Intelligence Community.

Subtitle B—Central Intelligence Agency

Sec. 6411. Central Intelligence Agency subsistence for personnel assigned to austere locations.
Sec. 6412. Special rules for certain monthly workers' compensation payments and other payments for Central Intelligence Agency personnel.
Sec. 6413. Expansion of security protective service jurisdiction of the Central Intelligence Agency.
Sec. 6414. Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.

Subtitle C—Office of Intelligence and Counterintelligence of Department of Energy

Sec. 6421. Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.
Sec. 6422. Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.

Subtitle D—Other Elements

Sec. 6431. Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.

g:\VHLC\120919\120919.161.xml    (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011144

Sec. 6432. Notice not required for private entities.
Sec. 6433. Establishment of advisory board for National Reconnaissance Office.
Sec. 6434. Collocation of certain Department of Homeland Security personnel at field locations.

## TITLE LXV—ELECTION MATTERS

Sec. 6501. Report on cyber attacks by foreign governments against United States election infrastructure.
Sec. 6502. Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.
Sec. 6503. Assessment of foreign intelligence threats to Federal elections.
Sec. 6504. Strategy for countering Russian cyber threats to United States elections.
Sec. 6505. Assessment of significant Russian influence campaigns directed at foreign elections and referenda.
Sec. 6506. Information sharing with State election officials.
Sec. 6507. Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.
Sec. 6508. Designation of counterintelligence officer to lead election security matters.

## TITLE LXVI—SECURITY CLEARANCES

Sec. 6601. Definitions.
Sec. 6602. Reports and plans relating to security clearances and background investigations.
Sec. 6603. Improving the process for security clearances.
Sec. 6604. Goals for promptness of determinations regarding security clearances.
Sec. 6605. Security Executive Agent.
Sec. 6606. Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.
Sec. 6607. Report on clearance in person concept.
Sec. 6608. Reports on reciprocity for security clearances inside of departments and agencies.
Sec. 6609. Intelligence community reports on security clearances.
Sec. 6610. Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.
Sec. 6611. Information-sharing program for positions of trust and security clearances.
Sec. 6612. Report on protections for confidentiality of whistleblower-related communications.
Sec. 6613. Reports on costs of security clearance background investigations.

## TITLE LXVII—REPORTS AND OTHER MATTERS

Subtitle A—Matters Relating to Russia and Other Foreign Powers

Sec. 6701. Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.
Sec. 6702. Assessment of threat finance relating to Russia.
Sec. 6703. Notification of an active measures campaign.
Sec. 6704. Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.

WASHSTATEC011145

45

Sec. 6705. Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.
Sec. 6706. Expansion of scope of committee to counter active measures.

Subtitle B—Reports

Sec. 6711. Technical correction to Inspector General study.
Sec. 6712. Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.
Sec. 6713. Review of intelligence community whistleblower matters.
Sec. 6714. Report on role of Director of National Intelligence with respect to certain foreign investments.
Sec. 6715. Report on surveillance by foreign governments against United States telecommunications networks.
Sec. 6716. Biennial report on foreign investment risks.
Sec. 6717. Modification of certain reporting requirement on travel of foreign diplomats.
Sec. 6718. Semiannual reports on investigations of unauthorized disclosures of classified information.
Sec. 6719. Congressional notification of designation of covered intelligence officer as persona non grata.
Sec. 6720. Reports on intelligence community participation in vulnerabilities equities process of Federal Government.
Sec. 6721. Inspectors General reports on classification.
Sec. 6722. Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.
Sec. 6723. Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.
Sec. 6724. Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.
Sec. 6725. Reports on intelligence community loan repayment and related programs.
Sec. 6726. Repeal of certain reporting requirements.
Sec. 6727. Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.
Sec. 6728. Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.
Sec. 6729. Intelligence assessment of North Korea revenue sources.
Sec. 6730. Report on possible exploitation of virtual currencies by terrorist actors.

Subtitle C—Other Matters

Sec. 6741. Public Interest Declassification Board.
Sec. 6742. Technical and clerical amendments to the National Security Act of 1947.
Sec. 6743. Bug bounty programs.
Sec. 6744. Technical amendments related to the Department of Energy.
Sec. 6745. Sense of Congress on notification of certain disclosures of classified information.
Sec. 6746. Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States.

WASHSTATEC011146

46

Sec. 6747. Sense of Congress on WikiLeaks.

DIVISION F—OTHER MATTERS

TITLE LXXI—SANCTIONS WITH RESPECT TO NORTH KOREA

Sec. 7101. Short title.

Subtitle A—Sanctions With Respect to North Korea

Sec. 7111. Sense of Congress.
Sec. 7112. Definitions.

PART I—EXPANSION OF SANCTIONS AND RELATED MATTERS

Sec. 7121. Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.
Sec. 7122. Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016.
Sec. 7123. Extension of applicability period of proliferation prevention sanctions.
Sec. 7124. Opposition to assistance by the international financial institutions.
Sec. 7125. Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism.
Sec. 7126. Report and briefings on compliance, penalties, and technical assistance.
Sec. 7127. Sense of Congress on identification and blocking of property of North Korean officials.
Sec. 7128. Modification of report on implementation of United Nations Security Council resolutions by other governments.
Sec. 7129. Report on use by the Government of North Korea of beneficial ownership rules to access the international financial system.

PART II—CONGRESSIONAL REVIEW AND OVERSIGHT

Sec. 7131. Notification of termination or suspension of sanctions.
Sec. 7132. Reports on certain licensing actions.
Sec. 7133. Report and briefings on financial networks and financial methods of the Government of North Korea.
Sec. 7134. Report on countries of concern with respect to transshipment, re-exportation, or diversion of certain items to North Korea.

PART III—GENERAL MATTERS

Sec. 7141. Rulemaking.
Sec. 7142. Authority to consolidate reports.
Sec. 7143. Waivers, exemptions, and termination.
Sec. 7144. Procedures for review of classified and certain other information.
Sec. 7145. Briefing on resourcing of sanctions programs.
Sec. 7146. Briefing on proliferation financing.
Sec. 7147. Exception relating to importation of goods.

Subtitle B—Financial Industry Guidance to Halt Trafficking

Sec. 7151. Short title.
Sec. 7152. Sense of Congress.
Sec. 7153. Coordination of human trafficking issues by the Office of Terrorism and Financial Intelligence.

WASHSTATEC011147

Sec. 7154. Strengthening the role of anti-money laundering and other financial
          tools in combating human trafficking.
Sec. 7155. Sense of Congress on resources to combat human trafficking.

### TITLE LXXII—SANCTIONS WITH RESPECT TO FOREIGN
TRAFFICKERS OF ILLICIT SYNTHETIC OPIOIDS

Sec. 7201. Short title.
Sec. 7202. Sense of Congress.
Sec. 7203. Definitions.

#### Subtitle A—Sanctions With Respect to Foreign Opioid Traffickers

Sec. 7211. Identification of foreign opioid traffickers.
Sec. 7212. Imposition of sanctions.
Sec. 7213. Description of sanctions.
Sec. 7214. Waivers.
Sec. 7215. Procedures for judicial review of classified information.
Sec. 7216. Briefings on implementation.
Sec. 7217. Inclusion of additional material in International Narcotics Control
          Strategy Report.

#### Subtitle B—Commission on Combating Synthetic Opioid Trafficking

Sec. 7221. Commission on combating synthetic opioid trafficking.

#### Subtitle C—Other Matters

Sec. 7231. Director of National Intelligence program on use of intelligence re-
          sources in efforts to sanction foreign opioid traffickers.
Sec. 7232. Authorization of appropriations.
Sec. 7233. Regulatory authority.
Sec. 7234. Termination.
Sec. 7235. Exception relating to importation of goods.

### TITLE LXXIII—PFAS

Sec. 7301. Short title.
Sec. 7302. Definition of Administrator.

#### Subtitle A—Drinking Water

Sec. 7311. Monitoring and detection.
Sec. 7312. Drinking water state revolving funds.

#### Subtitle B—PFAS Release Disclosure

Sec. 7321. Additions to toxics release inventory.

#### Subtitle C—USGS Performance Standard

Sec. 7331. Definitions.
Sec. 7332. Performance standard for the detection of highly fluorinated com-
          pounds.
Sec. 7333. Nationwide sampling.
Sec. 7334. Data usage.
Sec. 7335. Collaboration.

#### Subtitle D—Emerging Contaminants

g:\VHLC\120919\120919.161.xml     (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011148

48

Sec. 7341. Definitions.
Sec. 7342. Research and coordination plan for enhanced response on emerging contaminants.

Subtitle E—Toxic Substances Control Act

Sec. 7351. PFAS data call.
Sec. 7352. Significant new use rule for long-chain PFAS.

Subtitle F—Other Matters

Sec. 7361. PFAS destruction and disposal guidance.
Sec. 7362. PFAS research and development.

TITLE LXXIV—CAESAR SYRIA CIVILIAN PROTECTION ACT OF 2019

Sec. 7401. Short title.
Sec. 7402. Statement of policy.

Subtitle A—Additional Actions in Connection With the National Emergency With Respect to Syria

Sec. 7411. Measures with respect to Central Bank of Syria.
Sec. 7412. Sanctions with respect to foreign persons that engage in certain transactions.
Sec. 7413. Strategy relating to areas of Syria in which civilians are subject to forced displacement.

Subtitle B—Assistance for the People of Syria

Sec. 7421. Sense of Congress.
Sec. 7422. Briefing on monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people.
Sec. 7423. Assessment of potential methods to enhance the protection of civilians.
Sec. 7424. Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011.
Sec. 7425. Codification of certain services in support of nongovernmental organizations' activities authorized.
Sec. 7426. Briefing on strategy to facilitate humanitarian assistance.

Subtitle C—General Provisions

Sec. 7431. Suspension of sanctions.
Sec. 7432. Waivers and exemptions.
Sec. 7433. Implementation and regulatory authorities.
Sec. 7434. Exception relating to importation of goods.
Sec. 7435. Cost limitation.
Sec. 7436. Rule of construction.
Sec. 7437. Prohibition on construction of provisions of this title as an authorization for use of military force.
Sec. 7438. Sunset.

TITLE LXXV—PROTECTING EUROPE'S ENERGY SECURITY

Sec. 7501. Short title.
Sec. 7502. Sense of Congress.

WASHSTATEC011149

49

Sec. 7503. Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines.

TITLE LXXVI—OTHER MATTERS

Subtitle A—Federal Employee Paid Leave Act

Sec. 7601. Short title.
Sec. 7602. Paid parental leave under title 5.
Sec. 7603. Paid parental leave for congressional employees.
Sec. 7604. Conforming amendment to Family and Medical Leave Act for GAO and Library of Congress employees.
Sec. 7605. Clarification for members of the National Guard and Reserves.
Sec. 7606. Conforming amendment for certain TSA employees.

Subtitle B—Other Matters

Sec. 7611. Liberian refugee immigration fairness.
Sec. 7612. Pensacola Dam and Reservoir, Grand River, Oklahoma.
Sec. 7613. Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations.

**SEC. 3. CONGRESSIONAL DEFENSE COMMITTEES.**

In this Act, the term ''congressional defense committees'' has the meaning given that term in section 101(a)(16) of title 10, United States Code.

**SEC. 4. BUDGETARY EFFECTS OF THIS ACT.**

The budgetary effects of this Act, for the purposes of complying with the Statutory Pay-As-You-Go Act of 2010, shall be determined by reference to the latest statement titled ''Budgetary Effects of PAYGO Legislation'' for this Act, jointly submitted for printing in the Congressional Record by the Chairmen of the House and Senate Budget Committees, provided that such statement has been submitted prior to the vote on passage in the House acting first on the conference report or amendment between the Houses.

WASHSTATEC011150

# DIVISION A—DEPARTMENT OF
# DEFENSE AUTHORIZATIONS
# TITLE I—PROCUREMENT

Subtitle A—Authorization Of Appropriations

Sec. 101. Authorization of appropriations.

Subtitle B—Army Programs

Sec. 111. Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1.

Subtitle C—Navy Programs

Sec. 121. Ford-class aircraft carrier cost limitation baselines.
Sec. 122. Modification of annual report on cost targets for certain aircraft carriers.
Sec. 123. Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman.
Sec. 124. Ford class aircraft carrier support for F–35C aircraft.
Sec. 125. Prohibition on use of funds for reduction of aircraft carrier force structure.
Sec. 126. Modification of prohibition on availability of funds for Navy waterborne security barriers.
Sec. 127. LHA Replacement Amphibious Assault Ship Program.
Sec. 128. Strategic sealift fleet vessel.
Sec. 129. Design and construction of amphibious transport dock designated LPD–31.
Sec. 130. Limitation on availability of funds for the Littoral Combat Ship.
Sec. 131. Limitation on the next new class of Navy large surface combatants.
Sec. 132. Limitation on availability of funds pending quarterly updates on the CH–53K King Stallion helicopter program.
Sec. 133. Limitation on availability of funds for VH–92A helicopter.
Sec. 134. Report on carrier wing and aviation combat element composition.

Subtitle D—Air Force Programs

Sec. 141. Modification of requirement to preserve certain C–5 aircraft.
Sec. 142. OC–135B aircraft recapitalization program.
Sec. 143. Requirement to align Air Force aviation force structure with National Defense Strategy.
Sec. 144. Prohibition on availability of funds for reduction in KC–10 primary mission aircraft inventory.
Sec. 145. Limitation on availability of funds for F–15EX aircraft.
Sec. 146. Limitation on availability of funds for VC–25B aircraft.
Sec. 147. Limitation on availability of funds for RC–26B aircraft.
Sec. 148. Limitation on availability of funds for retirement of RC–135 aircraft.
Sec. 149. Air Force aggressor squadron modernization.
Sec. 150. Air Force plan for Combat Rescue Helicopter fielding.
Sec. 151. Report on feasibility of multiyear contract for procurement of JASSM–ER missiles.
Sec. 152. Report on aircraft fleet of the Civil Air Patrol.

WASHSTATEC011151

Sec. 153. Sense of Congress on the light attack aircraft initiative of the Air Force.

Subtitle E—Defense-wide, Joint, and Multiservice Matters

Sec. 161. Economic order quantity contracting and buy-to-budget acquisition for F–35 aircraft program.
Sec. 162. Relief from contractors for failure to deliver ready-for-issue spare parts for the F–35 aircraft program.
Sec. 163. Limitation on availability of funds for reallocation of Turkish F–35A aircraft to the United States.
Sec. 164. Requirement to establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System.
Sec. 165. F–35 sustainment cost.
Sec. 166. Reports on the progress and performance of the F–35 aircraft program.
Sec. 167. Other reports on the F–35 aircraft program.
Sec. 168. Limitation on availability of funds for communications systems lacking certain resiliency features.
Sec. 169. Repeal of tactical unmanned vehicle common data link requirement.

# Subtitle A—Authorization Of Appropriations

### SEC. 101. AUTHORIZATION OF APPROPRIATIONS.

Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4101.

# Subtitle B—Army Programs

### SEC. 111. AUTHORITY OF THE SECRETARY OF THE ARMY TO WAIVE CERTAIN LIMITATIONS RELATED TO THE DISTRIBUTED COMMON GROUND SYSTEM-ARMY INCREMENT 1.

Section 113(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2028) is amended by striking ''Secretary of Defense'' both places it appears and inserting ''Secretary of the Army''.

WASHSTATEC011152

52

# Subtitle C—Navy Programs

**SEC. 121. FORD-CLASS AIRCRAFT CARRIER COST LIMITA-**
**TION BASELINES.**

(a) IN GENERAL.—Chapter 863 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 8692. Ford-class aircraft carriers: cost limitation baselines**

"(a) LIMITATION.—The total amounts obligated or expended from funds authorized to be appropriated or otherwise made available for Shipbuilding and Conversion, Navy, or for any other procurement account, may not exceed the following amounts for the following aircraft carriers:

"(1) $13,224,000,000 for the construction of the aircraft carrier designated CVN–78.

"(2) $11,398,000,000 for the construction of the aircraft carrier designated CVN–79.

"(3) $12,202,000,000 for the construction of the aircraft carrier designated CVN–80.

"(4) $12,451,000,000 for the construction of the aircraft carrier designated CVN–81.

"(b) EXCLUSION OF BATTLE AND INTERIM SPARES FROM COST LIMITATION.—The Secretary of the Navy

WASHSTATEC011153

53

1 shall exclude from the determination of the amounts set

2 forth in subsection (a) the costs of the following items:

3         ''(1) CVN–78 class battle spares.

4         ''(2) Interim spares.

5         ''(3) Increases attributable to economic inflation

6     after December 1, 2018, not otherwise included in

7     the amounts listed in subsection (a).

8   ''(c) WRITTEN NOTICE AND BRIEFING ON CHANGE

9 IN AMOUNT.—The Secretary of the Navy may adjust an

10 amount listed in subsection (a) not fewer than 15 days

11 after submitting written notice and providing a briefing

12 to the congressional defense committees, each of which

13 shall include the amount and rationale of any change and

14 the resulting amount after such change.''.

15   (b) CLERICAL AMENDMENT.—The table of sections

16 at the beginning of chapter 863 of such title is amended

17 by inserting after the item relating to section 8691 the

18 following new item:

  ''8692. Ford-class aircraft carriers: cost limitation baselines.''.

19   (c) REPEAL OF SUPERSEDED PROVISION.—Section

20 122 of the John Warner National Defense Authorization

21 Act for Fiscal Year 2007 (Public Law 109–364; 120 Stat.

22 2104) is repealed.

WASHSTATEC011154

54

1 **SEC. 122. MODIFICATION OF ANNUAL REPORT ON COST**

2 **TARGETS FOR CERTAIN AIRCRAFT CAR-**

3 **RIERS.**

4     Section 126(c) of the National Defense Authorization

5 Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat.

6 2035) is amended—

7     (1) in the subsection heading, by striking "AND

8 CVN–80" and inserting ", CVN–80, AND CVN–81";

9     (2) in paragraph (1)—

10     (A) by striking "2021" and inserting

11     "2032"; and

12     (B) by striking "costs described in sub-

13     section (b) for the CVN–79 and CVN–80" and

14     inserting "cost targets for the CVN–79, the

15     CVN–80, and the CVN–81"; and

16     (3) in paragraph (2)—

17     (A) in the matter preceding subparagraph

18     (A), by striking " and the CVN–80" and insert-

19     ing ", the CVN–80, and the CVN–81"

20     (B) in subparagraph (A), by striking

21     "costs described in subsection (b)" and insert-

22     ing "cost targets";

23     (C) in subparagraph (F), by striking

24     "costs specified in subsection (b)" and inserting

25     "cost targets"; and

WASHSTATEC011155

55

1          (D) in subparagraph (G), by striking

2          ''costs specified in subsection (b)'' and inserting

3          ''cost targets''.

**4  SEC. 123. REFUELING AND COMPLEX OVERHAULS OF THE**

**5          U.S.S. JOHN C. STENNIS AND U.S.S. HARRY S.**

**6          TRUMAN.**

7    (a) REFUELING AND COMPLEX OVERHAUL.—The

8 Secretary of the Navy shall carry out the nuclear refueling

9 and complex overhaul of the U.S.S. John C. Stennis

10 (CVN–74) and U.S.S. Harry S. Truman (CVN–75).

11    (b) USE OF INCREMENTAL FUNDING.—With respect

12 to any contract entered into under subsection (a) for the

13 nuclear refueling and complex overhauls of the U.S.S.

14 John C. Stennis (CVN–74) and U.S.S. Harry S. Truman

15 (CVN–75), the Secretary may use incremental funding for

16 a period not to exceed six years after advance procurement

17 funds for such nuclear refueling and complex overhaul ef-

18 fort are first obligated.

19    (c) CONDITION FOR OUT-YEAR CONTRACT PAY-

20 MENTS.—Any contract entered into under subsection (a)

21 shall provide that any obligation of the United States to

22 make a payment under the contract for a fiscal year after

23 fiscal year 2020 is subject to the availability of appropria-

24 tions for that purpose for that later fiscal year.

WASHSTATEC011156

56

1 **SEC. 124. FORD CLASS AIRCRAFT CARRIER SUPPORT FOR**

2 **F–35C AIRCRAFT.**

3 Before completing the post-shakedown availability of

4 the Ford class aircraft carrier designated CVN–79, the

5 Secretary of the Navy shall ensure that the aircraft carrier

6 is capable of operating and deploying with the F–35C air-

7 craft.

8 **SEC. 125. PROHIBITION ON USE OF FUNDS FOR REDUCTION**

9 **OF AIRCRAFT CARRIER FORCE STRUCTURE.**

10 None of the funds authorized to be appropriated by

11 this Act or otherwise made available for fiscal year 2020

12 for the Department of Defense may be obligated or ex-

13 pended to reduce the number of operational aircraft car-

14 riers of the Navy below the number specified in section

15 8062(b) of title 10, United States Code.

16 **SEC. 126. MODIFICATION OF PROHIBITION ON AVAIL-**

17 **ABILITY OF FUNDS FOR NAVY WATERBORNE**

18 **SECURITY BARRIERS.**

19 Section 130 of the John S. McCain National Defense

20 Authorization Act for Fiscal Year 2019 (Public Law 115–

21 232) is amended—

22 (1) in subsection (a) by striking ''for fiscal year

23 2019 may be obligated or expended to procure leg-

24 acy waterborne security barriers for Navy ports''

25 and inserting ''for fiscal year 2019 or fiscal year

26 2020 may be obligated or expended to procure leg-

WASHSTATEC011157

57

1 acy waterborne security barriers for Navy ports, in-
2 cluding as replacements for legacy barriers'';

3     (2) in subsection (c)(1), by inserting ''of not
4 more than 30 percent'' after ''replacement''; and

5     (3) by adding at the end the following new sub-
6 section:

7 ''(d) NOTIFICATION.—Not later than 15 days after
8 an exception is made pursuant to subsection (c)(2), the
9 Secretary of the Navy shall submit a written notification
10 to the congressional defense committees that includes—

11     ''(1) the name and position of the government
12 official who determined exigent circumstances exist;

13     ''(2) a description of the exigent circumstances;
14 and

15     ''(3) a description of how waterborne security
16 will be maintained until new waterborne security
17 barriers are procured and installed.''.

**18 SEC. 127. LHA REPLACEMENT AMPHIBIOUS ASSAULT SHIP**
**19         PROGRAM.**

20     (a) AUTHORITY TO USE INCREMENTAL FUNDING.—
21 The Secretary of the Navy may enter into and incremen-
22 tally fund a contract for detail design and construction
23 of the LHA replacement ship designated LHA 9 and, sub-
24 ject to subsection (b), funds for payments under the con-
25 tract may be provided from amounts authorized to be ap-

WASHSTATEC011158

58

1 propriated for the Department of Defense for Shipbuilding

2 and Conversion, Navy, for fiscal years 2019 through 2025.

3 (b) CONDITION FOR OUT-YEAR CONTRACT PAY-

4 MENTS.—A contract entered into under subsection (a)

5 shall provide that any obligation of the United States to

6 make a payment under the contract for any subsequent

7 fiscal year is subject to the availability of appropriations

8 for that purpose for such subsequent fiscal year.

9 (c) REPEAL OF OBSOLETE AUTHORITY.—Section

10 125 of the John Warner National Defense Authorization

11 Act for Fiscal Year 2007 (Public Law 109–364; 120 Stat.

12 2106) is repealed.

**SEC. 128. STRATEGIC SEALIFT FLEET VESSEL.**

14 (a) IN GENERAL.—Subject to the availability of ap-

15 propriations, the Secretary of the Navy shall seek to enter

16 into a contract for the construction of one sealift vessel.

17 (b) DELIVERY DATE.—The contract entered into

18 under subsection (a) shall specify a delivery date for the

19 sealift vessel of not later than September 30, 2026.

20 (c) DESIGN AND CONSTRUCTION REQUIREMENTS.—

21 (1) USE OF EXISTING DESIGN.—The design of

22 the sealift vessel shall be based on a domestic or for-

23 eign design that exists as of the date of the enact-

24 ment of this Act.

WASHSTATEC011159

59

1　　　　(2) COMMERCIAL STANDARDS AND PRAC-
2　　TICES.—Subject to paragraph (1), the sealift vessel
3　　may be constructed using commercial design stand-
4　　ards and commercial construction practices that are
5　　consistent with the best interests of the Federal
6　　Government.

7　　　　(3) DOMESTIC SHIPYARD.—The sealift vessel
8　　shall be constructed in a shipyard that is located in
9　　the United States.

10　(d) CERTIFICATE AND ENDORSEMENT.—The sealift
11 vessel shall meet the requirements necessary to receive a
12 certificate of documentation and a coastwise endorsement
13 under chapter 121 of tile 46, United States Code, and the
14 Secretary of the Navy shall ensure that the completed ves-
15 sel receives such a certificate and endorsement.

16 (e) EXECUTIVE AGENT.—

17　　　　(1) IN GENERAL.—The Secretary of the Navy
18　　may seek to enter into a contract or other agreement
19　　with a private-sector entity under which the entity
20　　may act as executive agent for the Secretary for pur-
21　　poses of the contract under subsection (a).

22　　　　(2) RESPONSIBILITIES.—The executive agent
23　　described in paragraph (1) may be responsible for—

24　　　　　　(A) selecting a shipyard for the construc-
25　　　　　tion of the sealift vessel;

WASHSTATEC011160

60

1                    (B) managing and overseeing the construc-
2              tion of the sealift vessel; and

3                    (C) such other matters as the Secretary of
4              the Navy determines to be appropriate

5        (f) USE OF INCREMENTAL FUNDING.—With respect
6 to the contract entered into under subsection (a), the Sec-
7 retary of the Navy may use incremental funding to make
8 payments under the contract.

9        (g) SEALIFT VESSEL DEFINED.—In this section, the
10 term ''sealift vessel'' means the sealift vessel constructed
11 pursuant to the contract entered into under subsection (a).

**12 SEC. 129. DESIGN AND CONSTRUCTION OF AMPHIBIOUS**
**13            TRANSPORT DOCK DESIGNATED LPD–31.**

14       (a) IN GENERAL.—Using funds authorized to be ap-
15 propriated for the Department of Defense for Shipbuilding
16 and Conversion, Navy, the Secretary of the Navy may
17 enter into a contract, beginning with the fiscal year 2020
18 program year, for the design and construction of the am-
19 phibious transport dock designated LPD–31.

20       (b) USE OF INCREMENTAL FUNDING.—With respect
21 to the contract entered into under subsection (a), the Sec-
22 retary may use incremental funding to make payments
23 under the contract.

24       (c) CONDITION FOR OUT-YEAR CONTRACT PAY-
25 MENTS.—The contract entered into under subsection (a)

WASHSTATEC011161

1 shall provide that any obligation of the United States to

2 make a payment under such contract for any fiscal year

3 after fiscal year 2020 is subject to the availability of ap-

4 propriations for that purpose for such later fiscal year.

**SEC. 130. LIMITATION ON AVAILABILITY OF FUNDS FOR**

**THE LITTORAL COMBAT SHIP.**

7 (a) LIMITATIONS.—None of the funds authorized to

8 be appropriated by this Act for fiscal year 2020 for the

9 Department of Defense may be used to exceed, and the

10 Department may not otherwise exceed, the total procure-

11 ment quantity of thirty-five Littoral Combat Ships, unless

12 the Under Secretary of Defense for Acquisition and

13 Sustainment submits to the congressional defense commit-

14 tees the certification described in subsection (b).

15 (b) CERTIFICATION.—The certification described in

16 this subsection is a certification by the Under Secretary

17 that awarding a contract for the procurement of a Littoral

18 Combat Ship that exceeds the total procurement quantity

19 listed in revision five of the Littoral Combat Ship acquisi-

20 tion strategy—

21 (1) is in the national security interests of the

22 United States;

23 (2) will not result in exceeding the low-rate ini-

24 tial production quantity approved in the Littoral

WASHSTATEC011162

62

1    Combat Ship acquisition strategy in effect as of the

2    date of the certification; and

3        (3) is necessary to maintain a full and open

4    competition for the Guided Missile Frigate

5    (FFG(X)) with a single source award in fiscal year

6    2020.

**7  SEC. 131. LIMITATION ON THE NEXT NEW CLASS OF NAVY**

**8        LARGE SURFACE COMBATANTS.**

9    (a) IN GENERAL.—Milestone B approval may not be

10  granted for the next new class of Navy large surface com-

11  batants unless the class of Navy large surface combatants

12  incorporates prior to such approval—

13        (1) design changes identified during the full du-

14    ration of the combat system ship qualification trials

15    and operational test periods of the first Arleigh

16    Burke-class destroyer in the Flight III configuration

17    to complete such events; and

18        (2) final results of test programs of engineering

19    development models or prototypes for critical sys-

20    tems specified by the Senior Technical Authority

21    pursuant to section 8669b of title 10, United States

22    Code, as added by section 1034 of this Act, in their

23    final form, fit, and function and in a realistic envi-

24    ronment, which shall include a land-based engineer-

25    ing site for the propulsion system.

WASHSTATEC011163

63

1    (b) LIMITATION.—The Secretary of the Navy may
2 not release a detail design or construction request for pro-
3 posals or obligate funds from the Shipbuilding and Con-
4 version, Navy account for the next new class of Navy large
5 surface combatants until the class of Navy large surface
6 combatants receives Milestone B approval and the mile-
7 stone decision authority notifies the congressional defense
8 committees, in writing, of the actions taken to comply with
9 the requirements under subsection (a).

10    (c) DEFINITIONS.—In this section:

11        (1) The term ''Milestone B approval'' has the
12     meaning given the term in section 2366(e)(7) of title
13     10, United States Code.

14        (2) The term ''milestone decision authority''
15     means the official within the Department of Defense
16     designated with the overall responsibility and au-
17     thority for acquisition decisions for the program, in-
18     cluding authority to approve entry of the program
19     into the next phase of the acquisition process.

20        (3) The term ''large surface combatants''
21     means Navy surface ships that are designed pri-
22     marily to engage in attacks against airborne, sur-
23     face, subsurface, and shore targets, excluding frig-
24     ates and littoral combat ships.

WASHSTATEC011164

64

**SEC. 132. LIMITATION ON AVAILABILITY OF FUNDS PEND-**
**ING QUARTERLY UPDATES ON THE CH–53K**
**KING STALLION HELICOPTER PROGRAM.**

(a) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for aircraft procurement, Navy, for the CH–53K King Stallion helicopter program, not more than 50 percent may be obligated or expended until a period of 30 days has elapsed following the date on which the Secretary of the Navy provides the first briefing required under subsection (b).

(b) QUARTERLY BRIEFINGS REQUIRED.—

(1) IN GENERAL.—Beginning not later than 30 days after the date of the enactment of this Act, and on a quarterly basis thereafter through the end of fiscal year 2022, the Secretary of the Navy shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on the progress of the CH–53K King Stallion helicopter program.

(2) ELEMENTS.—Each briefing under paragraph (1) shall include, with respect to the CH–53K King Stallion helicopter program, the following:

(A) An overview of the program schedule.

(B) A statement of the total cost of the program as of the date of the briefing, includ-

WASHSTATEC011165

65

1    ing the costs of development, testing, and pro-

2    duction.

3       (C) A comparison of the total cost of the

4    program relative to the approved acquisition

5    program baseline.

6       (D) An assessment of flight testing under

7    the program, including identification of the

8    number of test events that have been conducted

9    on-time in accordance with the joint integrated

10   program schedule.

11      (E) An update on the correction of tech-

12   nical deficiencies under the program, includ-

13   ing—

14          (i) identification of the technical defi-

15      ciencies that have been corrected as of the

16      date of the briefing;

17          (ii) identification of the technical defi-

18      ciencies that have been discovered, but not

19      corrected, as of such date;

20          (iii) an estimate of the total cost of

21      correcting technical deficiencies under the

22      program; and

23          (iv) an explanation of any significant

24      deviations from the testing and program

25      schedule that are anticipated due to the

WASHSTATEC011166

66

1              discovery and correction of technical defi-

2              ciencies.

### SEC. 133. LIMITATION ON AVAILABILITY OF FUNDS FOR VH–92A HELICOPTER.

5    (a) LIMITATION.—Of the funds authorized to be ap-

6 propriated by this Act or otherwise made available for fis-

7 cal year 2020 for procurement for the VH–92A helicopter,

8 not more than 80 percent may be obligated or expended

9 until the date on which the Secretary of Navy submits to

10 the Committees on Armed Services of the Senate and the

11 House of Representatives the report required under sub-

12 section (b).

13    (b) REPORT REQUIRED.—The Secretary of the Navy

14 shall submit to the Committees on Armed Services of the

15 Senate and the House of Representatives a report assess-

16 ing the status of the VH–92A helicopter program indus-

17 trial base and the potential impact of proposed manufac-

18 turing base changes on the acquisition program. The re-

19 port shall include a description of—

20    (1) estimated effects on the manufacturing

21    readiness level of the VH–92 program due to poten-

22    tial changes to the program manufacturing base;

23    (2) the estimated costs and assessment of cost

24    risk to the program due to potential changes to the

25    program manufacturing base;

WASHSTATEC011167

67

(3) any estimated schedule impacts, including impacts on delivery dates for the remaining low-rate initial production lots and full rate production, resulting from any changes to the manufacturing base;

(4) an assessment of the effect of changes to the manufacturing base on VH–92A sustainment; and

(5) the impact of such changes on production and sustainment capacity for the MH–60 and CH–53K helicopters of the Navy.

## SEC. 134. REPORT ON CARRIER WING AND AVIATION COMBAT ELEMENT COMPOSITION.

(a) IN GENERAL.—Not later than May 1, 2020, the Secretary of the Navy shall submit to the congressional defense committees a report on the optimal composition of the carrier air wing (CVW) on aircraft carriers and aviation combat element (ACE) embarked on amphibious ships in 2030 and 2040, including alternative force design concepts.

(b) ELEMENTS.—The report required under subsection (a) shall include the following elements for the CVW and ACE:

(1) Analysis and justification for the Department of the Navy's stated goal of a 50/50 mix of 4th and 5th generation aircraft for 2030.

WASHSTATEC011168

1    (2) Analysis and justification for an optimal

2 mix of aircraft for 2040.

3    (3) A plan for incorporating unmanned aerial

4 vehicles and associated communication capabilities to

5 effectively implement the future force design.

6    (4) Analysis of the support equipment require-

7 ment for each aircraft type and the space needed to

8 accommodate such equipment.

9    (5) A description of existing and potential ship

10 designs or design changes that would enable greater

11 commonality and interoperability of embarked naval

12 aircraft, including aircraft arresting gear and launch

13 catapults.

14    (c) BRIEFING.—Not later than March 1, 2020, the

15 Secretary of the Navy shall provide the congressional de-

16 fense committees a briefing on the report required under

17 subsection (a).

# Subtitle D—Air Force Programs

**SEC. 141. MODIFICATION OF REQUIREMENT TO PRESERVE**

**CERTAIN C–5 AIRCRAFT.**

21    Section 141(d) of the National Defense Authorization

22 Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat.

23 1661) is amended—

24    (1) in paragraph (1), by striking ''until the date

25 that is 30 days after the date on which the briefing

WASHSTATEC011169

69

1    under section 144(b) of the National Defense Au-
2    thorization Act for Fiscal Year 2018 is provided to
3    the congressional defense committees'' and inserting
4    ''until the date that is 30 days after the date on
5    which the final report and briefing required under
6    section 1712(c)(2) of the National Defense Author-
7    ization Act for Fiscal Year 2020 have each been pro-
8    vided to the congressional defense committees''; and
9        (2) in paragraph (2)(A), by striking ''can be re-
10    turned to service'' and inserting ''is inducted into or
11    maintained in type 1000 recallable storage''.

**SEC. 142. OC–135B AIRCRAFT RECAPITALIZATION PRO-
GRAM.**

14    The Secretary of the Air Force shall ensure that any
15    request for proposals for the procurement of an OC–135B
16    aircraft under a recapitalization program for such aircraft
17    meets the requirements for full and open competition as
18    set forth in section 2304 of title 10, United States Code,
19    and includes, as part of such request for proposals, consid-
20    eration of proposals for the provision of new production
21    aircraft and recently manufactured aircraft.

WASHSTATEC011170

70

1 **SEC. 143. REQUIREMENT TO ALIGN AIR FORCE AVIATION**
2 **FORCE STRUCTURE WITH NATIONAL DE-**
3 **FENSE STRATEGY.**

4 (a) REQUIRED SUBMISSION OF STRATEGY.—Not
5 later than March 1, 2020, the Secretary of the Air Force
6 shall submit to the congressional defense committees an
7 aviation force structure acquisition strategy that aligns
8 with the stated capability and capacity requirements of the
9 Department of the Air Force to meet the National Defense
10 Strategy.

11 (b) ALIGNMENT WITH STRATEGY.—The Secretary of
12 the Air Force may not deviate from the strategy submitted
13 under subsection (a) until—

14 (1) the Secretary receives a waiver from the
15 Secretary of Defense, in consultation with the Chair-
16 man of the Joint Chiefs of Staff; and

17 (2) the Secretary of Defense provides the con-
18 gressional defense committees with the waiver ap-
19 proval documentation.

20 **SEC. 144. PROHIBITION ON AVAILABILITY OF FUNDS FOR**
21 **REDUCTION IN KC–10 PRIMARY MISSION AIR-**
22 **CRAFT INVENTORY.**

23 None of the funds authorized to be appropriated by
24 this Act or otherwise made available for fiscal year 2020
25 for the Air Force may be obligated or expended to reduce

WASHSTATEC011171

71

1 the number of KC–10 aircraft in the primary mission air-

2 craft inventory of the Air Force.

**SEC. 145. LIMITATION ON AVAILABILITY OF FUNDS FOR F–**

**15EX AIRCRAFT.**

5 (a) LIMITATION.—Except as provided in subsection

6 (b), none of the funds authorized to be appropriated by

7 this Act or otherwise made available for fiscal year 2020

8 for the Air Force may be obligated or expended to procure

9 any F–15EX aircraft, other than the first two prototypes

10 of such aircraft, until a period of 15 days has elapsed fol-

11 lowing the date on which the Secretary of the Air Force

12 submits to the congressional defense committees a report

13 on the following topics relating to the F–15EX program:

14 (1) Acquisition strategy.

15 (2) Cost and schedule estimates.

16 (3) Test and evaluation strategy.

17 (4) Logistics strategy.

18 (5) Post-production fielding strategy.

19 (b) EXCEPTION FOR LONG-LEAD ITEMS.—

20 (1) IN GENERAL.—Notwithstanding subsection

21 (a), the Secretary of the Air Force may use the

22 funds described in paragraph (2) to procure long-

23 lead items for up to six additional F–15EX aircraft

24 beyond the first two prototypes of such aircraft.

WASHSTATEC011172

72

1     (2) FUNDS DESCRIBED.—The funds described

2     in this paragraph are funds authorized to be appro-

3     priated by this Act or otherwise made available for

4     fiscal year 2020 for the Air Force for any of the fol-

5     lowing:

6         (A) Research and development, non-

7         recurring engineering.

8         (B) Aircraft procurement.

9   (c) F–15EX PROGRAM DEFINED.—In this section,

10 the term "F–15EX program" means the F–15EX aircraft

11 program of the Air Force as described in the materials

12 submitted to Congress by the Secretary of Defense in sup-

13 port of the budget of the President for fiscal year 2020

14 (as submitted to Congress under section 1105(a) of title

15 21, United States Code).

**16 SEC. 146. LIMITATION ON AVAILABILITY OF FUNDS FOR VC–**

**17         25B AIRCRAFT.**

18   (a) LIMITATION.—Except as provided in subsection

19 (b), none of the funds authorized to be appropriated by

20 this Act or otherwise made available for fiscal year 2020

21 or any subsequent fiscal year for the Air Force may be

22 obligated or expended to carry out over and above work

23 on the VC–25B aircraft until a period of 30 days has

24 elapsed following the date on which the Secretary of the

WASHSTATEC011173

73

1  Air Force notifies the congressional defense committees of

2  the intent of the Secretary to authorize such work.

3      (b) EXCEPTION.—The limitation under subsection

4  (a) shall not apply to over and above work carried out—

5          (1) to repair or replace items damaged during

6      the testing of the VC–25B aircraft; or

7          (2) to make changes necessary to meet oper-

8      ational requirements.

9  (c) DEFINITIONS.—In this section:

10          (1) The term "operational requirements" means

11      any of the operational requirements for the VC–25B

12      aircraft described in the capability development doc-

13      ument or the system requirements document for the

14      Presidential Aircraft Recapitalization Program.

15          (2) The term "over and above work" means

16      work performed pursuant to line 0012 (CLIN 0012)

17      of the contract for Presidential Aircraft Recapital-

18      ization entered into between the Department of the

19      Air Force and the Boeing Company (contract num-

20      ber FA8625–16–C–6599).

21  **SEC. 147. LIMITATION ON AVAILABILITY OF FUNDS FOR**

22              **RC–26B AIRCRAFT.**

23      (a) LIMITATION.—Except as provided in subsection

24  (b), none of the funds authorized to be appropriated by

25  this Act or otherwise made available for fiscal year 2020

WASHSTATEC011174

74

1  for the Air Force may be obligated or expended to retire,

2  divest, realign, or place in storage or on backup aircraft

3  inventory status, or prepare to retire, divest, realign, or

4  place in storage or backup inventory status, any RC–26B

5  aircraft until the date on which the Secretary of the Air

6  Force submits to the congressional defense committees—

7       (1) the report required under subsection (c);

8    and

9       (2) the certification required under subsection

10    (d).

11   (b) EXCEPTION.—The limitation in subsection (a)

12  shall not apply to individual RC–26B aircraft that the

13  Secretary of the Air Force determines, on a case-by-case

14  basis, to be no longer mission capable because of mishaps

15  or other damage.

16   (c) REPORT REQUIRED.—Not later than 90 days

17  after the date of the enactment of this Act, the Secretary

18  of the Air Force shall submit to the congressional defense

19  committees a report that includes the following:

20       (1) A survey of any requirements for the Air

21    Force to provide intelligence, surveillance, and re-

22    connaissance support to other military forces and

23    civil authorities that the Air Force and the Air Na-

24    tional Guard meet using the RC–26B aircraft.

WASHSTATEC011175

75

1      (2) An assessment of the extent to which such

2  requirements are appropriate for the Air Force to

3  fulfill.

4      (3) The manner in which the Secretary would

5  meet such requirements if the RC–26B aircraft were

6  to be retired.

7      (4) A comparison of costs and effectiveness of

8  alternative means of providing intelligence, surveil-

9  lance, and reconnaissance support to other military

10  forces and civil authorities.

11      (5) An assessment of the utility of entering into

12  one or more memoranda of agreement with other

13  military forces and civil authorities to govern the

14  process for providing intelligence, surveillance, and

15  reconnaissance support to those forces and authori-

16  ties.

17  (d) CERTIFICATION REQUIRED.—Not later than 60

18  days after the date on which the Secretary of the Air

19  Force submits the report required under subsection (c),

20  the Secretary shall certify to the congressional defense

21  committees—

22      (1) whether there are requirements for the Air

23  Force to provide intelligence, surveillance, and re-

24  connaissance support to other military forces and

WASHSTATEC011176

1  civil authorities that the Air Force meets using the

2  RC–26B aircraft; and

3      (2) whether the Secretary has identified meth-

4  ods of meeting such requirements that are more ef-

5  fective and more efficient than meeting such require-

6  ments through the use of the RC–26B aircraft.

## SEC. 148. LIMITATION ON AVAILABILITY OF FUNDS FOR RE-
## TIREMENT OF RC–135 AIRCRAFT.

9      (a) LIMITATION.—Except as provided in subsection

10 (b), none of the funds authorized to be appropriated by

11 this Act or otherwise made available for fiscal year 2020

12 for the Air Force may be obligated or expended to retire,

13 or prepare to retire, any RC–135 aircraft until a period

14 of 60 days has elapsed following the date on which the

15 Secretary of Defense certifies to the congressional defense

16 committees that—

17      (1) technologies other than the RC–135 aircraft

18  provide capacity and capabilities equivalent to the

19  capacity and capabilities of the RC–135 aircraft;

20  and

21      (2) the capacity and capabilities of such other

22  technologies meet the requirements of combatant

23  commanders with respect to indications and warn-

24  ing, intelligence preparation of the operational envi-

WASHSTATEC011177

1    ronment, and direct support for kinetic and non-

2    kinetic operations.

3    (b) EXCEPTION.—The limitation in subsection (a)

4  shall not apply to individual RC–135 aircraft that the Sec-

5  retary of the Air Force determines, on a case-by-case

6  basis, to be no longer mission capable because of mishaps,

7  other damage, or being uneconomical to repair.

**8  SEC. 149. AIR FORCE AGGRESSOR SQUADRON MODERNIZA-**

**9        TION.**

10    (a) SENSE OF CONGRESS.—It is the sense of Con-

11  gress that—

12        (1) it is critical that the Air Force has the ca-

13        pability to train against an advanced air adversary

14        in order to be prepared for conflicts against a mod-

15        ern enemy force, and that in order to have this capa-

16        bility, the Air Force must have access to an ad-

17        vanced adversary force prior to United States adver-

18        saries fielding a 5th-generation operational capa-

19        bility; and

20        (2) the Air Force's plan to use low-rate initial

21        production F–35As as aggressor aircraft reflects a

22        recognition of the need to field a modernized aggres-

23        sor fleet.

24    (b) REPORT.—

WASHSTATEC011178

78

1   (1) IN GENERAL.—The Secretary of the Air

2  Force may not transfer any low-rate initial produc-

3  tion F–35 aircraft for use as aggressor aircraft until

4  the Chief of Staff of the Air Force submits to the

5  congressional defense committees a comprehensive

6  plan and report on the strategy for modernizing its

7  organic aggressor fleet.

8   (2) ELEMENTS.—The report required under

9  paragraph (1) shall include the following elements:

10    (A) Potential locations for F–35A aggres-

11    sor aircraft, including an analysis of installa-

12    tions that—

13     (i) have the size and availability of

14     airspace necessary to meet flying oper-

15     ations requirements;

16     (ii) have sufficient capacity and avail-

17     ability of range space;

18     (iii) are capable of hosting advanced-

19     threat training exercises; and

20     (iv) meet or require minimal addition

21     to the environmental requirements associ-

22     ated with the basing action.

23    (B) An analysis of the potential cost and

24    benefits of expanding aggressor squadrons cur-

WASHSTATEC011179

1   rently operating 18 Primary Assigned Aircraft
2   (PAA) to a level of 24 PAA each.

3       (C) An analysis of the cost and timelines
4   associated with modernizing the current Air
5   Force aggressor squadrons to include upgrading
6   aircraft radar, infrared search-and-track sys-
7   tems, radar warning receiver, tactical datalink,
8   threat-representative jamming pods, and other
9   upgrades necessary to provide a realistic ad-
10   vanced adversary threat.

## SEC. 150. AIR FORCE PLAN FOR COMBAT RESCUE HELI-
## COPTER FIELDING.

13   (a) SENSE OF CONGRESS.—It is the sense of Con-
14   gress that, given delays to Operational Loss Replacement
15   (OLR) program fielding and the on-time fielding of Com-
16   bat Rescue Helicopter (CRH), the Air National Guard
17   should retain additional HH–60G helicopters at Air Na-
18   tional Guard locations to meet their recommended primary
19   aircraft authorized (PAA) per the Air Force's June 2018
20   report on Air National Guard HH–60 requirements.

21   (b) REPORT ON FIELDING PLAN.—

22       (1) IN GENERAL.—Not later than 45 days after
23   the date of the enactment of this Act, the Secretary
24   of the Air Force shall submit to the congressional

WASHSTATEC011180

80

1    defense committees a report on its fielding plan for

2    the CRH program.

3        (2) ELEMENTS.—The report required under

4    paragraph (1) shall include the following elements:

5            (A) A description of the differences in ca-

6        pabilities between the HH–60G, OLR, and

7        CRH helicopters.

8            (B) A description of the costs and risks as-

9        sociated with changing the CRH fielding plan

10       to reduce or eliminate inventory shortfalls.

11          (C) A description of the measures for ac-

12      celerating the program available within the cur-

13      rent contract.

14          (D) A description of the operational risks

15      and benefits associated with fielding the CRH

16      to the active component first, including—

17            (i) how the differing fielding plan may

18         affect deployment schedules;

19            (ii) what capabilities active-component

20         units deploying with the CRH will have

21         that reserve component units deploying

22         with OLR will not; and

23            (iii) an analysis of the potential costs

24         and benefits that could result from accel-

25         erating CRH fielding to all units through

WASHSTATEC011181

81

1         additional funding in the future years de-

2         fense program.

3  (c) REPORT ON TRAINING PLAN.—

4      (1) IN GENERAL.—Not later than 45 days after

5  the date of the enactment of this Act, the Secretary

6  of the Air Force shall submit to the congressional

7  defense committees a report on the plan to sustain

8  training for initial-entry reserve component HH–

9  60G pilots once the active component of the Air

10  Force has received all of its CRH helicopters.

11      (2) ELEMENTS.—The report required under

12  paragraph (1) shall include the following elements:

13         (A) Projected reserve component aircrew

14      initial HH–60G/OLR qualification training re-

15      quirements, by year.

16         (B) The number of legacy HH–60G/OLR

17      helicopters required to continue providing initial

18      HH–60G qualification training through the

19      150th Special Operations Wing at Kirtland Air

20      Force Base.

21         (C) The number of personnel required to

22      continue providing initial HH–60G/OLR quali-

23      fication training through the 150th Special Op-

24      erations Wing at Kirtland Air Force Base.

WASHSTATEC011182

82

1    (D) The number of flying hours required

2     per pilot to perform "differences training" at

3     home station for initial entry HH–60 pilots re-

4     ceiving CRH training at Kirtland Air Force

5     Base to become qualified in the HH–60G/OLR

6     at their home station.

7    (E) The projected effect of using local fly-

8     ing training hours at reserve component units

9     on overall unit training readiness and ability to

10    meet Ready Aircrew Program requirements.

**11 SEC. 151. REPORT ON FEASIBILITY OF MULTIYEAR CON-**

**12     TRACT FOR PROCUREMENT OF JASSM–ER**

**13     MISSILES.**

14  (a) IN GENERAL.—Not later than March 31, 2020,

15 the Secretary of the Air Force shall submit a report to

16 the congressional defense committees assessing the feasi-

17 bility of entering into a multiyear contract for procure-

18 ment of JASSM–ER missiles starting in fiscal year 2022.

19  (b) ELEMENTS.—The report required under sub-

20 section (a) shall include the following elements:

21    (1) An initial assessment of cost savings to the

22    Air Force from a multiyear contract.

23    (2) An analysis of at least two different

24    multiyear contract options that vary in either dura-

25    tion or quantity, at least one of which assumes a

WASHSTATEC011183

83

1    maximum procurement of 550 missiles per year for

2    5 years.

3    (3) An assessment of how a multiyear contract

4    will impact the industrial base.

5    (4) An assessment of how a multiyear contract

6    will impact the Long Range Anti-Ship Missile.

7    (5) An assessment of how a multiyear contract

8    will impact the ability of the Air Force to develop

9    additional capabilities for the JASSM–ER missile.

**10 SEC. 152. REPORT ON AIRCRAFT FLEET OF THE CIVIL AIR**

**11        PATROL.**

12    (a) REPORT.—Not later than 90 days after the date

13 of the enactment of this Act, the Secretary of the Air

14 Force shall submit to the congressional defense commit-

15 tees a report on the aircraft fleet of the Civil Air Patrol.

16    (b) ELEMENTS.—The report required by subsection

17 (a) shall include an assessment of each of the following:

18    (1) Whether the number of aircraft, types of

19    aircraft, and operating locations that comprise the

20    Civil Air Patrol fleet are suitable for the missions

21    and responsibilities assigned to the Civil Air Patrol,

22    including—

23    (A) flight proficiency and training;

24    (B) operational mission training; and

WASHSTATEC011184

84

1    (C) support for cadet orientation and cadet

2    flight training programs in the Civil Air Patrol

3    wing of each State.

4    (2) The ideal overall size of the Civil Air Patrol

5   aircraft fleet, including a description of the factors

6   used to determine that ideal size.

7    (3) The process used by the Civil Air Patrol

8   and the Air Force to determine the number and lo-

9   cation of aircraft operating locations and whether

10   State Civil Air Patrol wing commanders are appro-

11   priately involved in that process.

12    (4) The process used by the Civil Air Patrol,

13   the Air Force, and other relevant entities to deter-

14   mine the type and number of aircraft that are need-

15   ed to support the emergency, operational, and train-

16   ing missions of the Civil Air Patrol.

**17 SEC. 153. SENSE OF CONGRESS ON THE LIGHT ATTACK AIR-**

**18    CRAFT INITIATIVE OF THE AIR FORCE.**

19   It is the sense of the Congress that—

20    (1) The United States Special Operations Com-

21   mand has a mission requirement to support foreign

22   internal defense training and a light attack aircraft

23   platform could potentially facilitate meeting that re-

24   quirement.

WASHSTATEC011185

85

(2) The Secretary of the Air Force should co-
ordinate with the Commander of the United States
Special Operations Command to assess how general
purpose forces and special operations forces can le-
verage the light attack aircraft phase three experi-
mentation activities of the Air Force.

(3) The Secretary of the Air Force, in coordina-
tion with the Commander of the United States Spe-
cial Operations Command, should explore options for
coordinating light attack aircraft experiment activi-
ties between general purpose forces and special oper-
ations forces to maximize efficiency and effectiveness
and to further the mission requirements of both
forces, including options to transfer a portion of
funds authorized for Air Force light attack aircraft
experiments to procure aircraft for supporting the
combat air advisor mission of the Special Operations
Command.

# Subtitle E—Defense-wide, Joint, and Multiservice Matters

**SEC. 161. ECONOMIC ORDER QUANTITY CONTRACTING AND BUY-TO-BUDGET ACQUISITION FOR F–35 AIRCRAFT PROGRAM.**

(a) ECONOMIC ORDER QUANTITY CONTRACT AUTHORITY.—

WASHSTATEC011186

1      (1) IN GENERAL.—Subject to paragraphs (2)

2  through (4), from amounts made available for obli-

3  gation under the F–35 aircraft program, the Sec-

4  retary of Defense may enter into one or more con-

5  tracts, beginning with the fiscal year 2020 program

6  year, for the procurement of economic order quan-

7  tities of material and equipment that has completed

8  formal hardware qualification testing for the F–35

9  aircraft program for use in procurement contracts to

10  be awarded for such program during fiscal years

11  2021, 2022, and 2023.

12      (2) LIMITATION.—The total amount obligated

13  under all contracts entered into under paragraph (1)

14  shall not exceed $574,000,000.

15      (3) PRELIMINARY FINDINGS.—Before entering

16  into a contract under paragraph (1), the Secretary

17  of Defense shall make each of the following findings

18  with respect to such contract:

19      (A) The use of such a contract will result

20      in significant savings of the total anticipated

21      costs of carrying out the program through an-

22      nual contracts.

23      (B) The minimum need for the property to

24      be procured is expected to remain substantially

25      unchanged during the contemplated contract

WASHSTATEC011187

87

1  period in terms of production rate, procurement

2  rate, and total quantities.

3    (C) There is a reasonable expectation that,

4  throughout the contemplated contract period,

5  the Secretary will request funding for the con-

6  tract at the level required to avoid contract can-

7  cellation.

8    (D) That there is a stable, certified, and

9  qualified design for the property to be procured

10  and that the technical risks and redesign risks

11  associated with such property are low.

12    (E) The estimates of both the cost of the

13  contract and the anticipated cost avoidance

14  through the use of an economic order quantity

15  contract are realistic.

16    (F) Entering into the contract will pro-

17  mote the national security interests of the

18  United States.

19  (4) CERTIFICATION REQUIREMENT.—The Sec-

20  retary of Defense may not enter into a contract

21  under paragraph (1) until a period of 30 days has

22  elapsed following the date on which the Secretary

23  certifies to the congressional defense committees, in

24  writing, that each of the following conditions is sat-

25  isfied:

WASHSTATEC011188

88

1      (A) A sufficient number of end items of
2   the system being acquired under such contract
3   have been delivered at or within the most re-
4   cently available estimates of the program acqui-
5   sition unit cost or procurement unit cost for
6   such system to determine that the estimates of
7   the unit costs are realistic.

8      (B) During the fiscal year in which such
9   contract is to be awarded, sufficient funds will
10  be available to perform the contract in such fis-
11  cal year, and the future-years defense program
12  submitted to Congress under section 221 of
13  title 10, United States Code, for that fiscal year
14  will include the funding required to execute the
15  program without cancellation.

16     (C) The contract is a fixed-price type con-
17  tract.

18     (D) The proposed contract provides for
19  production at not less than minimum economic
20  rates given the existing tooling and facilities.

21     (E) The Secretary has determined that
22  each of the conditions described in subpara-
23  graphs (A) through (F) of paragraph (3) will be
24  met by such contract and has provided the

WASHSTATEC011189

89

1           basis for such determination to the congres-

2           sional defense committees.

3    (b) BUY-TO-BUDGET ACQUISITION.—Subject to sec-

4    tion 2308 of title 10, United States Code, the Secretary

5    of Defense may procure a quantity of F–35 aircraft in

6    excess of the quantity authorized by this Act.

7    **SEC. 162. RELIEF FROM CONTRACTORS FOR FAILURE TO**

8           **DELIVER READY-FOR-ISSUE SPARE PARTS**

9           **FOR THE F–35 AIRCRAFT PROGRAM.**

10    (a) REQUIREMENT TO SEEK RELIEF.—Consistent

11    with the findings and recommendations of the Inspector

12    General of the Department of Defense in the report titled

13    "Audit of F–35 Ready-For-Issue Spare Parts and

14    Sustainment Performance Incentive Fees" (DODIG–

15    2019–094) and dated June 13, 2019, the Secretary of De-

16    fense shall seek relief, as described in subsection (b), from

17    prime contractors that delivered noncompliant ready-for-

18    issue spare parts pursuant a contract under the F–35 air-

19    craft program.

20    (b) RELIEF DESCRIBED.—The relief sought by the

21    Secretary of Defense under subsection (a) may include the

22    following:

23           (1) Specific performance.

24           (2) Compensation for costs incurred by the De-

25           partment of Defense as a result of the contractor's

WASHSTATEC011190

90

1    failure to deliver compliant ready-for-issue spare

2    parts under the contract.

3    (3) Any other form of remediation or compensa-

4    tion the Secretary determines to be appropriate.

5    (c) RULE OF CONSTRUCTION.—Nothing in this sec-

6    tion shall be construed—

7    (1) to alter the terms of a contract under the

8    F–35 aircraft program; or

9    (2) to authorize the Secretary of Defense to

10    seek forms of relief beyond those otherwise available

11    under law.

12    **SEC. 163. LIMITATION ON AVAILABILITY OF FUNDS FOR RE-**

13    **ALLOCATION OF TURKISH F–35A AIRCRAFT**

14    **TO THE UNITED STATES.**

15    (a) LIMITATION.—None of the funds authorized to

16    be appropriated by this Act or otherwise made available

17    for fiscal year 2020 for the Air Force may be obligated

18    or expended to procure a covered F–35A aircraft for the

19    United States Air Force until a period of 15 days has

20    elapsed following the date on which the Secretary of De-

21    fense certifies to the congressional defense committees

22    that—

23    (1) ancillary mission equipment, initial spare

24    parts and materials, technical data, and publications

WASHSTATEC011191

91

1  will be procured for each covered F–35A aircraft de-
2  livered to the Air Force; and

3      (2) each such aircraft will be delivered to the
4  Air Force in a common configuration that may be
5  operated and integrated within the fleet of F–35A
6  aircraft of the Air Force.

7  (b) COVERED F–35A AIRCRAFT DEFINED.—In this
8  section, the term ''covered F–35A aircraft'' means an F–
9  35A aircraft previously procured by or on behalf of the
10 Government of the Republic of Turkey in F–35 production
11 lot 12, 13, or 14.

12 **SEC. 164. REQUIREMENT TO ESTABLISH THE USE OF AN**
13 **AGILE DEVOPS SOFTWARE DEVELOPMENT**
14 **SOLUTION AS AN ALTERNATIVE FOR JOINT**
15 **STRIKE FIGHTER AUTONOMIC LOGISTICS IN-**
16 **FORMATION SYSTEM.**

17 (a) COMPETITIVE ANALYSIS.—The Secretary of De-
18 fense shall conduct a competitive analysis of the perform-
19 ance and design architecture enhancement efforts between
20 the currently fielded Autonomic logistics Information Sys-
21 tem, Autonomic Logistics Information System–Next, and
22 the Department of the Air Force Agile Development Oper-
23 ations Madhatter initiative efforts, including system tech-
24 nology transition opportunities and timelines.

WASHSTATEC011192

1    (c) BRIEFING.—Not later than September 30, 2020,

2  the Secretary of Defense shall provide the congressional

3  defense committees a briefing on the findings of the com-

4  petitive analysis carried out under subsection (a).

**5  SEC. 165. F–35 SUSTAINMENT COST.**

6    (a) QUARTERLY UPDATE.—The Under Secretary of

7  Defense for Acquisition and Sustainment shall include in

8  the quarterly report required under section 155 of the

9  John S. McCain National Defense Authorization Act for

10  Fiscal Year 2019 (Public Law 115–232)—

11        (1) sustainment cost data related to the F–35

12      program, including a comparison in itemized format

13      of the cost of legacy aircraft and the cost of the F–

14      35 program, based on a standardized set of criteria;

15      and

16        (2) an evaluation and metrics on the extent to

17      which the goals developed pursuant to subsection (b)

18      are being achieved.

19  (b) COST REDUCTION PLAN.—

20        (1) IN GENERAL.—The Under Secretary of De-

21      fense for Acquisition and Sustainment shall develop

22      and implement a plan for achieving significant re-

23      ductions in the costs to operate, maintain, and sus-

24      tain the F–35 system.

WASHSTATEC011193

93

1     (2) ELEMENTS.—The plan required under
2 paragraph (1) shall include the following elements:

3         (A) Specific changes in the management
4         and execution of operation and support (O&S)
5         cost elements to engender continuous and meas-
6         urable process improvements.

7         (B) Specific actions the Department will
8         implement in the near, mid, and long terms to
9         reduce O&S costs.

10         (C) Firm and achievable timelines for im-
11         plementing the specific actions and process
12         changes.

13     (3) REPORT.—Not later than 180 days after
14 the date of the enactment of this Act, the Under
15 Secretary shall submit to the congressional defense
16 committees a report on the baseline plan developed
17 pursuant to paragraph (1).

18 **SEC. 166. REPORTS ON THE PROGRESS AND PERFORMANCE**
19                   **OF THE F–35 AIRCRAFT PROGRAM.**

20     (a) F-35 BLOCK 4 AND CONTINUOUS CAPABILITY
21 DEVELOPMENT AND DELIVERY PROGRAM.—The Sec-
22 retary of Defense shall include with the annual report re-
23 quired by section 224(d) of the National Defense Author-
24 ization Act for Fiscal Year 2017 (Public Law 114–328;
25 130 Stat. 2059) an integrated master schedule and past

WASHSTATEC011194

94

1 performance assessment for each planned phase of the F–
2 35 Block 4 Upgrade and Continuous Capability Develop-
3 ment and Delivery Program.

4 (b) COMPTROLLER GENERAL REPORTS.—

5 (1) ANNUAL REPORT REQUIRED.—Not later
6 than 30 days after the date on which the budget of
7 the President is submitted to Congress under section
8 1105(a) of title 31, United States Code, for each of
9 fiscal years 2021 through 2025, the Comptroller
10 General of the United States shall submit to the
11 congressional defense committees a report on the F–
12 35 aircraft program.

13 (2) ELEMENTS.—Each report under paragraph
14 (1) shall include, with respect to the F–35 aircraft
15 program, the following:

16 (A) An assessment of the progress of man-
17 ufacturing processes improvement under the
18 program.

19 (B) The progress and results of the F–35
20 Block 4 Upgrade and Continuous Capability
21 Development and Delivery Program and other
22 follow-on modernization development and test-
23 ing efforts.

WASHSTATEC011195

1         (C) An assessment of the Department's

2         schedule for delivering software upgrades in six-

3         month, scheduled increments.

4         (D) The progress and results of any other

5         significant hardware development and fielding

6         efforts necessary for the F–35 Block 4 Upgrade

7         and Continuous Capability Development and

8         Delivery Program.

9         (E) Any other issues the Comptroller Gen-

10         eral determines to be appropriate.

11   (c) F–35 BLOCK 4 DEFINED.—In this section, the

12 term "F–35 Block 4 Upgrade and Continuous Capability

13 Development and Delivery Program" means Block 4 capa-

14 bility upgrades for the F–35 aircraft program as described

15 in the Selected Acquisition Report for the program sub-

16 mitted to Congress in March 2019, pursuant to section

17 2432 of title 10, United States Code.

18 **SEC. 167. OTHER REPORTS ON THE F–35 AIRCRAFT PRO-**

19         **GRAM.**

20   (a) REPORT ON F–35 RELIABILITY AND MAINTAIN-

21 ABILITY METRICS.—The Secretary of Defense shall sub-

22 mit to the congressional defense committees a report on

23 the reliability and maintainability metrics for the F–35

24 aircraft. The report shall include the following:

WASHSTATEC011196

96

1     (1) The results of a review and assessment,
2 conducted by the program office for the F–35 air-
3 craft program, of the reliability and maintainability
4 metrics for the aircraft as set forth in the most re-
5 cent operational requirements document for the pro-
6 gram.

7     (2) A determination of whether the reliability
8 and maintainability metrics for the aircraft, as set
9 forth in the most recent operational requirements
10 document for the program, are feasible and attain-
11 able, and what changes, if any, will be made to up-
12 date the metrics.

13     (3) A certification that the program office for
14 the F–35 aircraft program has revised the reliability
15 and maintainability improvement plan for the air-
16 craft—

17     (A) to identify specific and measurable re-
18 liability and maintainability objectives in the
19 improvement plan guidance; and

20     (B) to identify and document which
21 projects included in the improvement plan will
22 achieve the objectives identified under subpara-
23 graph (A).

WASHSTATEC011197

1    (b) Report on F–35 Block 4 Upgrade and Con-

2  tinuous Capability Development and Delivery

3  Program.—

4        (1) In general.—The Secretary of Defense

5    shall submit to the congressional defense committees

6    a report on the F–35 Block 4 Upgrade and Contin-

7    uous Capability Development and Delivery Program.

8    The report shall include the following:

9          (A) The results of the independent cost es-

10       timate for the Program conducted by the Direc-

11       tor of Cost Assessment and Program Evalua-

12       tion.

13          (B) An approved test and evaluation mas-

14       ter plan that addresses the adequacy of testing

15       resources, testing aircraft shortfalls, and testing

16       funding.

17          (C) A review of the feasibility and schedule

18       of the continuous capability development and

19       delivery strategy for fielding technologies under

20       the Program as conducted by the Under Sec-

21       retary of Defense for Research and Engineer-

22       ing.

23        (2) F–35 block 4 defined.—In this sub-

24    section, the term "F–35 Block 4 Upgrade and Con-

25    tinuous Capability Development and Delivery Pro-

WASHSTATEC011198

98

1 gram'' has the meaning given that term in section

2 166.

3 (c) REPORT ON F–35 AUTONOMIC LOGISTICS INFOR-

4 MATION SYSTEM.—The Secretary of Defense shall submit

5 to the congressional defense committees a report on the

6 autonomic logistics information system of the F–35 air-

7 craft. The report shall include a description of each of the

8 following:

9 　　(1) All shortfalls, capability gaps, and defi-

10 ciencies in the system that have been identified as

11 of the date of the enactment of this Act.

12 　　(2) The strategy and performance requirements

13 that will be implemented to improve the system.

14 　　(3) The strategy, implementation plan, sched-

15 ule, and estimated costs of developing and fielding—

16 　　　　(A) the next generation of the system; or

17 　　　　(B) future increments of the system.

18 (d) F-35 LIFE-CYCLE COST ESTIMATES.—

19 　　(1) JOINT COST ESTIMATE.—The Secretary of

20 the Air Force and the Secretary of the Navy shall

21 jointly develop a joint service cost estimate for the

22 life-cycle costs of the F–35 aircraft program.

23 　　(2) INDEPENDENT COST ESTIMATE.—The Di-

24 rector of Cost Assessment and Program Evaluation

WASHSTATEC011199

99

1     shall develop an independent cost estimate for the

2     life-cycle costs of the F–35 aircraft program.

3     (e) DEADLINE FOR SUBMITTAL.—The reports re-

4 quired under subsections (a) through (d) shall be sub-

5 mitted to the congressional defense committees not later

6 than 180 days after the date of the enactment of this Act.

7 **SEC. 168. LIMITATION ON AVAILABILITY OF FUNDS FOR**

8              **COMMUNICATIONS SYSTEMS LACKING CER-**

9              **TAIN RESILIENCY FEATURES.**

10     (a) IN GENERAL.—Except as provided under sub-

11 section (b), none of the funds authorized to be appro-

12 priated by this Act or otherwise made available for fiscal

13 year 2020 for the Department of Defense may be obli-

14 gated or expended for the procurement of a current or

15 future Department of Defense communications program

16 of record, and the Department may not otherwise procure

17 a current or future communications program of record,

18 unless the communications equipment—

19     (1) mitigates geolocation of a transmission that

20     would allow a like echelon enemy force to target the

21     user;

22     (2) securely communicates classified informa-

23     tion in a contested communications environment

24     that includes operationally representative jamming;

WASHSTATEC011200

1        (3) reduces, within two years of continued de-

2  velopment and upgrades, electronic signature and

3  susceptibility to geolocation by using low probability

4  of intercept/detect (LPI/LPD) waveforms, or other

5  capability that would provide the same resiliency on

6  the battlefield; and

7        (4) utilizes a waveform that is either made

8  available through the Department of Defense Wave-

9  form Information Repository, or is a commercial off

10  the shelf (COTS) waveform available for government

11  licensing with waveform analysis through the Joint

12  Tactical Networking Center (JTNC) Tactical Com-

13  munications Marketplace.

14  (b) WAIVER.—The Secretary of a military depart-

15  ment may waive the requirement under subsection (a) with

16  respect to a communications system upon certifying to the

17  congressional defense committees that the system's in-

18  tended use is not for contested environments or will meet

19  the requirement when operated as a component of an inte-

20  grated network.

21  **SEC. 169. REPEAL OF TACTICAL UNMANNED VEHICLE COM-**

22             **MON DATA LINK REQUIREMENT.**

23  (a) REPORT REQUIRED.—

24        (1) IN GENERAL.—Not later than February 1,

25  2020, the Under Secretary of Defense for Acquisi-

1    tion and Sustainment shall submit to the congres-

2    sional defense committees a report on the status of

3    the Common Data Link program and plans to meet

4    new and emerging manned and unmanned intel-

5    ligence, surveillance, and reconnaissance (ISR) vehi-

6    cle secure and interoperable communication require-

7    ments.

8        (2) ELEMENTS.—The report required under

9    paragraph (1) shall include the following elements:

10        (A) A description of each Common Data

11        Link (CDL) waveform in use and which plat-

12        forms or systems utilize each CDL waveform.

13        (B) A list of manned and unmanned ISR

14        platforms or systems in development requiring

15        networked, secure, low latency communications,

16        and an assessment of the suitability of CDL to

17        meet the requirements of each planned pro-

18        gram.

19        (C) A description of in-progress or planned

20        technology development efforts to address net-

21        working requirements for manned and un-

22        manned ISR systems operating in contested

23        and denied environments.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011202

102

1    (b) REPEAL.—Section 157 of the National Defense

2 Authorization Act for Fiscal Year 2013 (Public Law 112–

3 239; 126 Stat. 1667) is hereby repealed.

# TITLE II—RESEARCH, DEVELOP-MENT, TEST, AND EVALUA-TION

Subtitle A—Authorization of Appropriations

Sec. 201. Authorization of appropriations.

Subtitle B—Program Requirements, Restrictions, and Limitations

Sec. 211. Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics.
Sec. 212. Updates to the Department of Defense personnel management authority to attract experts in science and engineering.
Sec. 213. Establishment of joint reserve detachment of the Defense Innovation Unit.
Sec. 214. Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education.
Sec. 215. Modification of authority for prizes for advanced technology achievements.
Sec. 216. Joint hypersonics transition office.
Sec. 217. Modification of proof of concept commercialization program.
Sec. 218. Modification of authority and addition of technology areas for expedited access to technical talent.
Sec. 219. Expansion of coordination in support of national security innovation and entrepreneurial education.
Sec. 220. Modification of defense quantum information science and technology research and development program.
Sec. 221. Understanding of investments in artificial intelligence and development of capabilities by adversaries.
Sec. 222. Advisory role of JASON scientific advisory group.
Sec. 223. Direct Air Capture and Blue Carbon Removal Technology Program.
Sec. 224. Requiring defense microelectronics products and services meet trusted supply chain and operational security standards.
Sec. 225. Development and acquisition strategy to procure secure, low probability of detection data link network capability.
Sec. 226. Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure.
Sec. 227. Administration of manufacturing innovation institutes funded by the Department of Defense.
Sec. 228. Research program on foreign malign influence operations.
Sec. 229. Diversification of the research and engineering workforce of the Department of Defense.

WASHSTATEC011203

Sec. 230. Policy on the talent management of digital expertise and software professionals.
Sec. 231. Digital engineering capability to automate testing and evaluation.
Sec. 232. Process to align policy formulation and emerging technology development.
Sec. 233. Improvement of the Strategic Capabilities Office of the Department of Defense.
Sec. 234. Pilot program on enhanced civics education.
Sec. 235. Technology and national security fellowship.
Sec. 236. Documentation relating to the Advanced Battle Management System.
Sec. 237. Sensor data integration for fifth generation aircraft.
Sec. 238. Sense of Congress on future vertical lift technologies.
Sec. 239. Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement.
Sec. 240. Limitation and report on Indirect Fire Protection Capability Increment 2 capability.

Subtitle C—Plans, Reports, and Other Matters

Sec. 251. Master plan for implementation of authorities relating to science and technology reinvention laboratories.
Sec. 252. Infrastructure to support research, development, test, and evaluation missions.
Sec. 253. Energetics plan.
Sec. 254. Strategy and implementation plan for fifth generation information and communications technologies.
Sec. 255. Department-wide software science and technology strategy.
Sec. 256. Artificial intelligence education strategy.
Sec. 257. Cyber science and technology activities roadmap and reports.
Sec. 258. Report on B–52 commercial engine replacement program.
Sec. 259. Commercial edge computing technologies and best practices for Department of Defense warfighting systems.
Sec. 260. Biannual report on the Joint Artificial Intelligence Center.
Sec. 261. Quarterly updates on the Optionally Manned Fighting Vehicle program.
Sec. 262. National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions.
Sec. 263. Study on national security emerging biotechnologies for the Department of Defense.
Sec. 264. Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office.
Sec. 265. Independent assessment of electronic warfare plans and programs.
Sec. 266. Technical correction to Global Research Watch Program.

# Subtitle A—Authorization of Appropriations

### SEC. 201. AUTHORIZATION OF APPROPRIATIONS.

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011204

104

1 for research, development, test, and evaluation, as speci-

2 fied in the funding table in section 4201.

# Subtitle B—Program Require-
## ments, Restrictions, and Limita-
## tions

**SEC. 211. PROGRAM ON ENHANCEMENT OF PREPARATION OF DEPENDENTS OF MEMBERS OF ARMED FORCES FOR CAREERS IN SCIENCE, TECHNOLOGY, ENGINEERING, AND MATHEMATICS.**

10 (a) PROGRAM REQUIRED.—Chapter 111 of title 10,

11 United States Code, is amended by inserting after section

12 2192a the following new section:

**13 "§ 2192b. Program on enhancement of preparation of**

**14 dependents of members of armed forces**

**15 for careers in science, technology, engi-**

**16 neering, and mathematics**

17 "(a) PROGRAM REQUIRED.—The Secretary of De-

18 fense shall carry out a program to—

19 "(1) enhance the preparation of students at

20 covered schools for careers in science, technology,

21 engineering, and mathematics; and

22 "(2) provide assistance to teachers at covered

23 schools to enhance preparation described in para-

24 graph (1).

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011205

105

1    ''(b) COORDINATION.—In carrying out the program,

2  the Secretary shall coordinate with the following:

3        ''(1) The Secretaries of the military depart-

4    ments.

5        ''(2) The Secretary of Education.

6        ''(3) The National Science Foundation.

7        ''(4) Other organizations as the Secretary of

8    Defense considers appropriate.

9    ''(c) ACTIVITIES.—Activities under the program may

10  include the following:

11        ''(1) Establishment of targeted internships and

12    cooperative research opportunities at defense labora-

13    tories and other technical centers for students and

14    teachers at covered schools.

15        ''(2) Establishment of scholarships and fellow-

16    ships for students at covered schools.

17        ''(3) Efforts and activities that improve the

18    quality of science, technology, engineering, and

19    mathematics educational and training opportunities

20    for students and teachers at covered schools, includ-

21    ing with respect to improving the development of

22    curricula at covered schools.

23        ''(4) Development of travel opportunities, dem-

24    onstrations, mentoring programs, and informal

WASHSTATEC011206

106

1    science education for students and teachers at cov-

2    ered schools.

3    "(d) METRICS.—The Secretary shall establish out-

4    come-based metrics and internal and external assessments

5    to evaluate the merits and benefits of activities conducted

6    under the program with respect to the needs of the De-

7    partment of Defense.

8    "(e) COVERED SCHOOLS DEFINED.—In this section,

9    the term 'covered schools' means elementary or secondary

10   schools at which the Secretary determines a significant

11   number of dependents of members of the armed forces are

12   enrolled.".

13   (b) CLERICAL AMENDMENT.—The table of sections

14   at the beginning of such chapter is amended by inserting

15   after the item relating to section 2192a the following new

16   item:

> "2192b. Program on enhancement of preparation of dependents of members of armed forces for careers in science, technology, engineering, and mathematics.".

17   (c) CONFORMING REPEAL.—Section 233 of the Carl

18   Levin and Howard P. "Buck" McKeon National Defense

19   Authorization Act for Fiscal Year 2015 (Public Law 113–

20   291; 10 U.S.C. 2193a note) is repealed.

WASHSTATEC011207

107

**SEC. 212. UPDATES TO THE DEPARTMENT OF DEFENSE PERSONNEL MANAGEMENT AUTHORITY TO ATTRACT EXPERTS IN SCIENCE AND ENGINEERING.**

(a) IN GENERAL.—Subsection (a) of section 1599h of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(6) JOINT ARTIFICIAL INTELLIGENCE CENTER.—The Director of the Joint Artificial Intelligence Center may carry out a program of personnel management authority provided in subsection (b) in order to facilitate recruitment of eminent experts in science or engineering for the Center. The authority to carry out the program under this paragraph shall terminate on December 31, 2024.".

(b) SCOPE OF APPOINTMENT AUTHORITY.—Subsection (b)(1) of such section is amended—

(1) in subparagraph (D), by striking "and" at the end;

(2) in subparagraph (E), by adding "and" at the end; and

(3) by adding at the end the following new subparagraph:

"(F) in the case of the Joint Artificial Intelligence Center, appoint scientists and engi-

WASHSTATEC011208

108

1       neers to a total of not more than 5 scientific

2       and engineering positions in the Center;''.

3    (c) EXTENSION OF TERMS OF APPOINTMENT.—Sub-

4 section (c)(2) of such section is amended by striking ''or

5 the Defense Innovation Unit Experimental'' and inserting

6 ''the Defense Innovation Unit, or the Joint Artificial Intel-

7 ligence Center''.

8    (d) UPDATE TO ORGANIZATIONAL NAME.—Such sec-

9 tion is further amended—

10       (1) in subsection (a)(5)—

11          (A) in the subsection heading by striking

12          ''DIUX'' and inserting ''DIU''; and

13          (B) by striking ''Experimental''; and

14       (2) in subsection (b)(1)(E), by striking ''Exper-

15       imental''.

16 **SEC. 213. ESTABLISHMENT OF JOINT RESERVE DETACH-**

17           **MENT OF THE DEFENSE INNOVATION UNIT.**

18    (a) IN GENERAL.—

19       (1) ESTABLISHMENT OF JOINT RESERVE DE-

20       TACHMENT OF THE DEFENSE INNOVATION UNIT.—

21       Chapter 139 of title 10, United States Code, is

22       amended by inserting after section 2358a the fol-

23       lowing new section:

WASHSTATEC011209

109

## "§ 2358b. Joint reserve detachment of the Defense Innovation Unit

1 "§ 2358b. Joint reserve detachment of the Defense In-
2 novation Unit

3 "(a) ESTABLISHMENT.—The Secretary of Defense, in
4 consultation with the Secretaries of the military depart-
5 ments, may establish a joint reserve detachment (referred
6 to in this section as the 'Detachment') composed of mem-
7 bers of the reserve components described in subsection (b)
8 to be assigned to each office of the Defense Innovation
9 Unit to—

10 "(1) support engagement and collaboration with
11 private-sector industry and the community sur-
12 rounding the location of such office; and

13 "(2) to accelerate the use and adoption of com-
14 mercially-developed technologies for national security
15 purposes.

16 "(b) MEMBERS.—Each Secretary of a military de-
17 partment shall select for the Detachment, and make ef-
18 forts to retain, members of the reserve components who
19 possess relevant private-sector experience in the fields of
20 business, acquisition, intelligence, engineering, technology
21 transfer, science, mathematics, program management, lo-
22 gistics, cybersecurity, or such other fields as determined
23 by the Under Secretary of Defense for Research and Engi-
24 neering.

25 "(c) DUTIES.—The Detachment shall have the fol-
26 lowing duties:

WASHSTATEC011210

110

1   ''(1) Providing the Department of Defense

2   with—

3       ''(A) expertise on and analysis of commer-

4   cially-developed technologies;

5       ''(B) commercially-developed technologies

6   to be used as alternatives for technologies in

7   use by the Department; and

8       ''(C) opportunities for greater engagement

9   and collaboration between the Department and

10   private-sector industry on innovative tech-

11   nologies.

12   ''(2) On an ongoing basis—

13       ''(A) partnering with the military depart-

14   ments, the combatant commands, and other De-

15   partment of Defense organizations to—

16           ''(i) identify and rapidly prototype

17   commercially-developed technologies; and

18           ''(ii) use alternative contracting mech-

19   anisms to procure such technologies;

20       ''(B) increasing awareness of—

21           ''(i) the work of the Defense Innova-

22   tion Unit; and

23           ''(ii) the technology requirements of

24   the Department of Defense as identified in

25   the National Defense Science and Tech-

WASHSTATEC011211

111

1       nology Strategy developed under section

2       218 of the John S. McCain National De-

3       fense Authorization Act for Fiscal Year

4       2019 (Public Law 115–232; 132 Stat.

5       1679); and

6       ''(C) using the investment in research and

7       development made by private-sector industry in

8       assessing and developing dual-use technologies.

9       ''(3) Carrying out other activities as directed by

10      the Under Secretary of Defense for Research and

11      Engineering.

12      ''(d) JOINT DUTY.—Assignment to a Detachment

13 shall not qualify as a joint duty assignment, as defined

14 in section 668(b)(1) of title 10, United States Code, unless

15 approved by the Secretary of Defense.''.

16      (2) CLERICAL AMENDMENT.—The table of sec-

17      tions at the beginning of such chapter is amended

18      by inserting after the item relating to section 2358a

19      the following new item:

''2358b. Joint reserve detachment of the Defense Innovation Unit.''.

20      (b) IMPLEMENTATION REPORT.—Not later than 120

21 days after the date of the enactment of this Act, the Under

22 Secretary of Defense for Research and Engineering, in

23 consultation with the Director of the Defense Innovation

24 Unit and the Secretaries of the military departments, shall

WASHSTATEC011212

112

1 submit to the congressional defense committees a report

2 that includes—

3     (1) an organizational plan and the estimated

4 costs for establishing the joint reserve detachment

5 required under section 2358b of title 10, United

6 States Code (as added by subsection (a)); and

7     (2) a timeline specifying when such detachment

8 will attain initial operational capability and full oper-

9 ational capability, respectively.

10 **SEC. 214. RESEARCH AND EDUCATIONAL PROGRAMS AND**

11              **ACTIVITIES FOR HISTORICALLY BLACK COL-**

12              **LEGES AND UNIVERSITIES AND MINORITY-**

13              **SERVING INSTITUTIONS OF HIGHER EDU-**

14              **CATION.**

15     Section 2362 of title 10, United States Code, is

16 amended—

17     (1) by redesignating subsections (d) and (e) as

18 subsections (e) and (f), respectively; and

19     (2) by inserting after subsection (c) the fol-

20 lowing new subsection:

21     ''(d) INCENTIVES.—The Secretary of Defense may

22 develop incentives to encourage research and educational

23 collaborations between covered educational institutions

24 and other institutions of higher education.''.

WASHSTATEC011213

113

1 **SEC. 215. MODIFICATION OF AUTHORITY FOR PRIZES FOR**

2     **ADVANCED TECHNOLOGY ACHIEVEMENTS.**

3     Section 2374a(a) of title 10, United States Code, is

4 amended by striking "Assistant Secretary of Defense for

5 Research and Engineering" and inserting "Under Sec-

6 retary of Defense for Research and Engineering, the

7 Under Secretary of Defense for Acquisition and

8 Sustainment,".

9 **SEC. 216. JOINT HYPERSONICS TRANSITION OFFICE.**

10     Section 218 of the John Warner National Defense

11 Authorization Act for Fiscal Year 2007 (Public Law 109–

12 364; 10 U.S.C. 2358 note) is amended—

13         (1) in subsection (a), by striking "the program

14     required under subsection (b), and shall" and insert-

15     ing "the program and activities described in sub-

16     sections (b) through (f), and shall";

17         (2) by redesignating subsections (c) through (e)

18     as subsections (d) through (f), respectively;

19         (3) by inserting after subsection (b) the fol-

20     lowing new subsection (c):

21     "(c) UNIVERSITY EXPERTISE.—

22         "(1) ARRANGEMENT WITH INSTITUTIONS OF

23     HIGHER EDUCATION.—Using the authority specified

24     in section 217 of the National Defense Authorization

25     Act for Fiscal Year 2018 (Public Law 115–91; 10

26     U.S.C. 2358 note) or another similar authority, the

WASHSTATEC011214

114

1    Office shall seek to enter into an arrangement with

2    one or more institutions of higher education (as de-

3    fined in section 101 of the Higher Education Act of

4    1965 (20 U.S.C. 1001)) under which such institu-

5    tions may provide the Office with—

6          ''(A) access to research, technology devel-

7      opment, and workforce development expertise to

8      support the mission of the Office; and

9          ''(B) foundational and applied hypersonic

10     research, development, and workforce support

11     in areas that the Office determines to be rel-

12     evant for the Department of Defense.

13   ''(2) AVAILABILITY OF INFORMATION.—The Of-

14   fice shall ensure that the results of any research and

15   reports produced pursuant to an arrangement under

16   paragraph (1) are made available to the Federal

17   Government, the private sector, academia, and inter-

18   national partners consistent with appropriate secu-

19   rity classification guidance.'';

20         (4) in subsection (d), as so redesignated—

21             (A) in paragraph (4), by striking the

22         comma before the period; and

23             (B) in paragraph (5), by striking ''certified

24         under subsection (e) as being consistent with

25         the roadmap under subsection (d)'' and insert-

WASHSTATEC011215

115

1 ing "certified under subsection (f) as being con-

2 sistent with the roadmap under subsection (e)";

3 (5) in subsection (e), as so redesignated, by

4 adding at the end the following new paragraph:

5 "(4) SUBMITTAL TO CONGRESS.—

6 "(A) INITIAL SUBMISSION.—Not later than

7 180 days after the date of the enactment of this

8 paragraph, the Secretary of Defense shall sub-

9 mit to the congressional defense committees the

10 most recent roadmap developed under para-

11 graph (1).

12 "(B) SUBSEQUENT SUBMISSIONS.—The

13 Secretary of Defense shall submit to the con-

14 gressional defense committees each roadmap re-

15 vised under paragraph (1) together with the

16 budget submitted to Congress under section

17 1105 of title 31, United States Code, for the

18 fiscal year concerned."; and

19 (6) in subsection (f), as so redesignated—

20 (A) by striking "subsection (d)" each place

21 it appears and inserting "subsection (e)"; and

22 (B) in paragraph (3), by striking "2016"

23 and inserting "2026".

WASHSTATEC011216

116

## SEC. 217. MODIFICATION OF PROOF OF CONCEPT COMMERCIALIZATION PROGRAM.

1 (a) EXTENSION OF PROGRAM.—Section 1603(g) of

2 the National Defense Authorization Act for Fiscal Year

3 2014 (Public Law 113–66; 10 U.S.C. 2359 note) is

4 amended by striking "2019" and inserting "2024".

5 (b) ADDITIONAL IMPROVEMENTS.—Section 1603 of

6 such Act, as amended by subsection (a), is further amend-

7 ed—

8 (1) in the section heading, by inserting "**OF**

9 **DUAL-USE TECHNOLOGY**" after "**COMMER-**

10 **CIALIZATION**";

11 (2) in subsection (a)—

12 (A) by inserting "of Dual-Use Technology"

13 after "Commercialization"; and

14 (B) by inserting "with a focus on priority

15 defense technology areas that attract public and

16 private sector funding, as well as private sector

17 investment capital, including from venture cap-

18 ital firms in the United States," before "in ac-

19 cordance";

20 (3) in subsection (c)(4)(A)(iv), by inserting ",

21 which may include access to venture capital" after

22 "award";

23 (4) by striking subsection (d);

WASHSTATEC011217

117

1      (5) by redesignating subsection (e) as sub-

2  section (d);

3      (6) by inserting after subsection (d), as so re-

4  designated, the following new subsection (e):

5      ''(e) AUTHORITIES.—In carrying out this section, the

6  Secretary may use the following authorities:

7      ''(1) Section 1599g of title 10 of the United

8  States Code, relating to public-private talent ex-

9  changes.

10      ''(2) Section 2368 of such title, relating to Cen-

11  ters for Science, Technology, and Engineering Part-

12  nerships.

13      ''(3) Section 2374a of such title, relating to

14  prizes for advanced technology achievements.

15      ''(4) Section 2474 of such title, relating to Cen-

16  ters of Industrial and Technical Excellence.

17      ''(5) Section 2521 of such title, relating to the

18  Manufacturing Technology Program.

19      ''(6) Section 225 of the National Defense Au-

20  thorization Act for Fiscal Year 2018 (Public Law

21  115–91; 10 U.S.C. 2359 note).

22      ''(7) Section 1711 of such Act (Public Law

23  115–91; 10 U.S.C. 2505 note), relating to a pilot

24  program on strengthening manufacturing in the de-

25  fense industrial base.

WASHSTATEC011218

118

1       ''(8) Section 12 of the Stevenson-Wydler Tech-

2  nology Innovation Act of 1980 (15 U.S.C. 3710a)

3  and section 6305 of title 31, United States Code, re-

4  lating to cooperative research and development

5  agreements.''.

6       (7) by striking subsection (f); and

7       (8) by redesignating subsection (g) as sub-

8  section (f).

9  **SEC. 218. MODIFICATION OF AUTHORITY AND ADDITION OF**

10        **TECHNOLOGY AREAS FOR EXPEDITED AC-**

11        **CESS TO TECHNICAL TALENT.**

12    (a) MODIFICATION OF AUTHORITY.—Subsection

13  (a)(1) of section 217 of the National Defense Authoriza-

14  tion Act for Fiscal Year 2018 (Public Law 115–91; 10

15  U.S.C. 2358 note) is amended by striking ''The Secretary

16  of Defense shall, acting through the secretaries of the mili-

17  tary departments, establish'' and inserting ''Not later than

18  180 days after the date of the enactment of the National

19  Defense Authorization Act for Fiscal Year 2020, the Sec-

20  retary of Defense shall direct the secretaries of the mili-

21  tary departments to establish''.

22    (b) ADDITIONAL TECHNOLOGY AREAS.—Subsection

23  (e) of such section is amended—

24       (1) by redesignating paragraph (27) as para-

25  graph (30); and

WASHSTATEC011219

119

1    (2) by inserting after paragraph (26) the fol-
2    lowing new paragraph (27):

3        ''(27) Rapid prototyping.

4        ''(28) Infrastructure resilience.

5        ''(29) Hypersonics.''.

6    **SEC. 219. EXPANSION OF COORDINATION IN SUPPORT OF**
7        **NATIONAL SECURITY INNOVATION AND EN-**
8        **TREPRENEURIAL EDUCATION.**

9    Section 225(e) of the National Defense Authorization
10   Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C.
11   2359 note) is amended by adding at the end the following
12   new paragraph:

13       ''(18) The Lab-Embedded Entrepreneurship
14       Programs of the Department of Energy.''.

15   **SEC. 220. MODIFICATION OF DEFENSE QUANTUM INFORMA-**
16       **TION SCIENCE AND TECHNOLOGY RESEARCH**
17       **AND DEVELOPMENT PROGRAM.**

18   Section 234 of the John S. McCain National Defense
19   Authorization Act for Fiscal Year 2019 (Public Law 115–
20   232; 10 U.S.C. 2358 note) is amended—

21       (1) in subsection (b)—

22           (A) in paragraph (2), by striking ''private
23           sector entities'' and inserting ''private sector
24           and international entities''; and

WASHSTATEC011220

120

1    (B) in paragraph (6), by striking "facilities

2  and infrastructure" and inserting "facilities,

3  workforce, and infrastructure";

4    (2) in subsection (c)—

5    (A) in paragraph (2), by striking "quan-

6  tum sciences;" and inserting "quantum infor-

7  mation sciences, including through consultation

8  with—

9    "(A) the National Quantum Coordination

10  Office;

11    "(B) the subcommittee on Quantum Infor-

12  mation Science of the National Science and

13  Technology Council;

14    "(C) other organizations and elements of

15  the Department of Defense;

16    "(D) other Federal agencies; and

17    "(E) appropriate private sector organiza-

18  tions;";

19    (B) by redesignating paragraphs (3) and

20  (4) as paragraphs (6) and (7), respectively;

21    (C) by inserting after paragraph (2), the

22  following new paragraphs:

23  "(3) in consultation with the entities listed in

24  paragraph (2), develop plans for—

WASHSTATEC011221

121

1        ''(A) the development of the quantum in-
2 formation science and technology workforce;

3        ''(B) enhancing awareness of quantum in-
4 formation science and technology;

5        ''(C) reducing the risk of cybersecurity
6 threats posed by quantum information science
7 technology; and

8        ''(D) development of ethical guidelines for
9 the use of quantum information science tech-
10 nology;

11     ''(4) in consultation with the National Institute
12 of Standards and Technology and other appropriate
13 Federal entities, develop a quantum information
14 science taxonomy and standards and requirements
15 for quantum information technology;

16     ''(5) support efforts to increase the technology
17 readiness level of quantum information science tech-
18 nologies under development in the United States;'';

19       (D) in paragraph (6), as so redesignated,
20 by striking ''quantum science'' and inserting
21 ''quantum information science''; and

22       (E) in paragraph (7), as so redesignated,
23 by striking ''for meeting the long-term chal-
24 lenges and achieving the specific technical

WASHSTATEC011222

122

1    goals" and inserting "for carrying out the pro-
2    gram under subsection (a)";

3        (3) by redesignating subsection (d) as sub-
4    section (e);

5        (4) by inserting afer subsection (c) the fol-
6    lowing new subsection (d):

7    "(d) QUANTUM INFORMATION SCIENCE RESEARCH
8    CENTERS.—The Secretary of each military department
9    may establish or designate a defense laboratory or estab-
10   lish activities to engage with appropriate public and pri-
11   vate sector organizations, including academic organiza-
12   tions, to enhance and accelerate the research, develop-
13   ment, and deployment of quantum information sciences
14   and quantum information science-enabled technologies
15   and systems. The Secretary of Defense shall ensure that
16   not less than one such laboratory or center is established
17   or designated."; and

18       (5) in paragraph (2) of subsection (e), as so re-
19   designated—

20           (A) in subparagraph (A), by inserting "in-
21       formation" before "sciences";

22           (B) in subparagraph (B),

23               (i) by inserting "information" before
24           "sciences"; and

WASHSTATEC011223

123

1 (ii) by inserting '', including a discus-

2 sion of likely impacts of quantum informa-

3 tion science and technology on military ca-

4 pabilities'' before the period at the end;

5 (C) in subparagraph (C), by inserting ''in-

6 formation'' before ''sciences'';

7 (D) by redesignating subparagraph (E) as

8 subparagraph (F); and

9 (E) by striking subparagraph (D) and in-

10 serting the following new subparagraphs:

11 ''(D) A description of the activities carried

12 out in accordance with this section, including,

13 for each such activity—

14 ''(i) a roadmap for the activity;

15 ''(ii) a summary of the funding pro-

16 vided for the activity; and

17 ''(iii) an estimated timeline for the de-

18 velopment and military deployment of

19 quantum technologies supported through

20 the activity.

21 ''(E) A description of the efforts of the De-

22 partment of Defense to update classification

23 and cybersecurity practices relating to quantum

24 technology, including—

WASHSTATEC011224

124

1             "(i) security processes and require-
2             ments for engagement with allied coun-
3             tries; and

4             "(ii) a plan for security-cleared gov-
5             ernment and contractor workforce develop-
6             ment.".

**SEC. 221. UNDERSTANDING OF INVESTMENTS IN ARTIFI-**
**CIAL INTELLIGENCE AND DEVELOPMENT OF**
**CAPABILITIES BY ADVERSARIES.**

10     Section 238(c)(2)(I) of the John S. McCain National
11 Defense Authorization Act for Fiscal Year 2019 (Public
12 Law 115–232) is amended—

13     (1) in clause (i), by striking "; and" and insert-
14 ing a semicolon;

15     (2) in clause (ii), by striking the period at the
16 end and inserting "; and"; and

17     (3) by adding at the end the following new
18 clause:

19         "(iii) that appropriate entities in the
20         Department are reviewing all open source
21         publications from both the United States
22         and outside the United States that con-
23         tribute to, affect, or advance—

24             "(I) artificial intelligence re-
25             search and development; or

WASHSTATEC011225

125

1         ''(II) the understanding of the
2     Secretary concerning the investments
3     by adversaries of the United States in
4     artificial intelligence and the develop-
5     ment by such adversaries of capabili-
6     ties relating to artificial intelligence.''.

7  **SEC. 222. ADVISORY ROLE OF JASON SCIENTIFIC ADVISORY**
8  **GROUP.**

9  (a) ONGOING ENGAGEMENT OF CERTAIN SCIENTIFIC
10 ADVISORY PERSONNEL.—

11       (1) IN GENERAL.—The Secretary of Defense
12     shall seek to engage the members of the inde-
13     pendent, private scientific advisory group known as
14     ''JASON'' as advisory personnel to provide advice,
15     on an ongoing basis, on matters involving science,
16     technology, and national security, including methods
17     to defeat existential and technologically-amplified
18     threats to national security.

19       (2) AVAILABILITY TO OTHER FEDERAL AGEN-
20     CIES.—At the request of a Federal agency outside
21     the Department of Defense, the Secretary of De-
22     fense shall seek to make personnel engaged under
23     paragraph (1) available to such agency for the pur-
24     pose of providing advice to the agency on the mat-
25     ters described in such subsection.

WASHSTATEC011226

1   (b) ARRANGEMENT FOR CONDUCT OF NATIONAL SE-

2   CURITY STUDIES AND ANALYSIS.—

3       (1) IN GENERAL.—Pursuant to subsection (a),

4   the Secretary of Defense, acting through the Under

5   Secretary of Defense for Acquisition and

6   Sustainment, shall seek to enter into an arrange-

7   ment under which JASON may provide national se-

8   curity research studies and other analyses to the De-

9   partment of Defense and other Federal agencies to

10   meet mission requirements and agency needs.

11       (2) FORM OF ARRANGEMENT.—The arrange-

12   ment entered into under paragraph (1) shall be in

13   a form the Under Secretary of Defense for Acquisi-

14   tion and Sustainment determines to be appropriate

15   for the Department of Defense, which may include

16   a contract, a grant, a cooperative agreement, the use

17   of other transaction authority under section 2371 of

18   title 10, United States Code, or another such ar-

19   rangement.

20       (3) TIMING OF ARRANGEMENT.—The Secretary

21   of Defense shall seek to enter into the arrangement

22   under paragraph (1) not later than 120 days after

23   the date of the enactment of this Act.

24       (4) TERMS OF ARRANGEMENT.—The arrange-

25   ment entered into under paragraph (1) shall—

WASHSTATEC011227

127

1        (A) if specifically negotiated as part of the

2   arrangement, provide for the Department of

3   Defense to reimburse the entity supporting

4   JASON for all or a portion of the overhead

5   costs incurred in support of the arrangement;

6        (B) allow Federal Government entities out-

7   side the Department of Defense with respon-

8   sibilities relating to national security to seek to

9   engage JASON to perform individual studies

10   relating to national security matters as part of

11   the arrangement; and

12        (C) require that a Federal agency that en-

13   gages JASON to perform a study under the ar-

14   rangement will fully fund such study, including

15   a proportional percentage to the total overhead

16   costs incurred under the arrangement.

17   (5) LIMITATION ON TERMINATION.—

18        (A) IN GENERAL.—The Secretary of De-

19   fense may not terminate the arrangement under

20   paragraph (1) until a period of 180 days has

21   elapsed following the date on which the Sec-

22   retary—

23           (i) notifies the congressional defense

24      committees of the intent of the Secretary

25      to terminate the arrangement; and

WASHSTATEC011228

128

1        (ii) submits the report required under

2     subparagraph (B).

3     (B) REPORT REQUIRED.—

4        (i) IN GENERAL.—If the Secretary of

5     Defense determines that the arrangement

6     under paragraph (1) should be terminated,

7     the Secretary shall submit to the congres-

8     sional defense committees a report on the

9     proposed termination of the arrangement.

10        (ii) ELEMENTS.—The report required

11     under clause (i) shall include the following:

12           (I) A summary of the execution

13        of research projects conducted by

14        JASON over the four fiscal years pre-

15        ceding the date of the report, includ-

16        ing the projects requested by the De-

17        partment of Defense and the projects

18        requested by other Federal agencies.

19           (II) An analysis of the costs to

20        the Department of Defense of main-

21        taining the arrangement under which

22        JASON provided national security re-

23        search studies, including any overhead

24        costs incurred by the Department or

25        shared among Federal agencies over

WASHSTATEC011229

129

1           the four fiscal years preceding the

2           date of the report.

3                (III) A timeline for the potential

4           transition or termination of the activi-

5           ties, functions, and expertise provided

6           by JASON under the arrangement.

7                (IV) An assessment of the impact

8           that the termination of the arrange-

9           ment with JASON will have on de-

10          fense research studies and analytical

11          capabilities, including a mitigation

12          plan that identifies where alternative

13          and comparable scientific advice and

14          expertise is available and a compari-

15          son of the costs associated with each

16          alternative.

17                (iii) FORM OF REPORT.—The report

18          required under clause (i) may be submitted

19          in unclassified or classified form.

20        (6) ANNUAL SUMMARY REPORT.—Not later

21     than March 1 of each year beginning after the date

22     of the enactment of this Act, the Secretary of De-

23     fense shall submit to the congressional defense com-

24     mittees a report that includes—

WASHSTATEC011230

130

1                 (A) a summary of expenditures made

2            under the arrangement with JASON under

3            paragraph (1); and

4                 (B) a summary of the studies and other

5            activities carried out by JASON pursuant to

6            such arrangement in the preceding calendar

7            year.

**8  SEC. 223. DIRECT AIR CAPTURE AND BLUE CARBON RE-**

**9            MOVAL TECHNOLOGY PROGRAM.**

10  (a) PROGRAM REQUIRED.—

11       (1) IN GENERAL.—The Secretary of Defense, in

12  coordination with the Secretary of Homeland Secu-

13  rity, the Secretary of Energy, and the heads of such

14  other Federal agencies as the Secretary of Defense

15  considers appropriate, shall carry out a program on

16  research, development, testing, evaluation, study,

17  and demonstration of technologies related to blue

18  carbon capture and direct air capture.

19       (2) PROGRAM GOALS.—The goals of the pro-

20  gram established under paragraph (1) are as follows:

21            (A) To develop technologies that capture

22           carbon dioxide from seawater and the air to

23           turn such carbon dioxide into clean fuels to en-

24           hance fuel and energy security.

WASHSTATEC011231

131

(B) To develop and demonstrate tech-
nologies that capture carbon dioxide from sea-
water and the air to reuse such carbon dioxide
to create products for military uses.

(C) To develop direct air capture tech-
nologies for use—

(i) at military installations or facilities
of the Department of Defense; or

(ii) in modes of transportation by the
Navy or the Coast Guard.

(3) PHASES.—The program established under
paragraph (1) shall be carried out in two phases as
follows:

(A) The first phase shall consist of re-
search and development and shall be carried out
as described in subsection (b).

(B) The second phase shall consist of test-
ing and evaluation and shall be carried out as
described in subsection (c), if the Secretary de-
termines that the results of the research and
development phase justify implementing the
testing and evaluation phase.

(4) DESIGNATION.—The program established
under paragraph (1) shall be known as the ''Direct
Air Capture and Blue Carbon Removal Technology

WASHSTATEC011232

132

1   Program'' (in this section referred to as the ''Pro-
2   gram'').

3   (b) RESEARCH AND DEVELOPMENT PHASE.—

4   (1) IN GENERAL.—During the research and de-
5   velopment phase of the Program, the Secretary of
6   Defense shall conduct research and development in
7   pursuit of the goals set forth in subsection (a)(2).

8   (2) DIRECT AIR CAPTURE.—The research and
9   development phase of the Program may include, with
10   respect to direct air capture, a front end engineering
11   and design study that includes an evaluation of di-
12   rect air capture designs to produce fuel for use—

13   (A) at military installations or facilities of
14   the Department of Defense; or

15   (B) in modes of transportation by the
16   Navy or the Coast Guard.

17   (3) COMMENCEMENT.—The Secretary shall
18   commence carrying out the research and develop-
19   ment phase of the Program not later than 90 days
20   after the date of the enactment of this Act.

21   (4) GRANTS AUTHORIZED.—The Secretary may
22   carry out the research and development phase of the
23   Program through the award of grants to private per-
24   sons and eligible laboratories.

WASHSTATEC011233

1    (5) REPORT REQUIRED.—Not later than 180

2    days after the date of the completion of the research

3    and development phase of the Program, the Sec-

4    retary shall submit to Congress a report on the re-

5    search and development carried out under the Pro-

6    gram.

7    (c) TESTING AND EVALUATION PHASE.—

8    (1) IN GENERAL.—During the testing and eval-

9    uation phase of the Program, the Secretary shall, in

10   pursuit of the goals set forth in subsection (a)(2),

11   conduct tests and evaluations of the technologies re-

12   searched and developed during the research and de-

13   velopment phase of the Program.

14   (2) DIRECT AIR CAPTURE.—The testing and

15   evaluation phase of the Program may include dem-

16   onstration projects for direct air capture to produce

17   fuels for use—

18       (A) at military installations or facilities of

19       the Department of Defense; or

20       (B) in modes of transportation by the

21       Navy or the Coast Guard.

22   (3) COMMENCEMENT.—Subject to subsection

23   (a)(3)(B), the Secretary shall commence carrying

24   out the testing and evaluation phase of the Program

25   on the date of the completion of the research and

WASHSTATEC011234

134

1 development phase described in subsection (b), ex-
2 cept that the testing and evaluation phase of the
3 Program with respect to direct air capture may com-
4 mence at such time after a front end engineering
5 and design study demonstrates to the Secretary that
6 commencement of such phase is appropriate.

7 (4) GRANTS AUTHORIZED.—The Secretary may
8 carry out the testing and evaluation phase of the
9 Program through the award of grants to private per-
10 sons and eligible laboratories.

11 (5) LOCATIONS.—The Secretary shall carry out
12 the testing and evaluation phase of the Program at
13 military installations or facilities of the Department
14 of Defense.

15 (6) REPORT REQUIRED.—Not later than Sep-
16 tember 30, 2026, the Secretary shall submit to Con-
17 gress a report on the findings of the Secretary with
18 respect to the effectiveness of the technologies tested
19 and evaluated under the Program.

20 (d) DEFINITIONS.—In this section:

21 (1) The term ''blue carbon capture'' means the
22 removal of dissolved carbon dioxide from seawater
23 through engineered or inorganic processes, including
24 filters, membranes, or phase change systems.

WASHSTATEC011235

135

1     (2)(A) The term "direct air capture", with re-
2 spect to a facility, technology, or system, means that
3 the facility, technology, or system uses carbon cap-
4 ture equipment to capture carbon dioxide directly
5 from the air.

6     (B) The term "direct air capture" does not in-
7 clude any facility, technology, or system that cap-
8 tures carbon dioxide—

9     (i) that is deliberately released from a nat-
10 urally occurring subsurface spring; or

11     (ii) using natural photosynthesis.

12 (3) The term "eligible laboratory" means—

13     (A) a National Laboratory (as defined in
14 section 2 of the Energy Policy Act of 2005 (42
15 U.S.C. 15801));

16     (B) a science and technology reinvention
17 laboratory designated under section 1105 of the
18 National Defense Authorization Act for Fiscal
19 Year 2010 (Public Law 111–84; 10 U.S.C.
20 2358 note);

21     (C) the Major Range and Test Facility
22 Base (as defined in section 2358a(f) of title 10,
23 United States Code); or

24     (D) any other facility that supports the re-
25 search, development, test, and evaluation activi-

WASHSTATEC011236

136

1 ties of the Department of Defense or the De-

2 partment of Energy.

3 SEC. 224. REQUIRING DEFENSE MICROELECTRONICS

4 PRODUCTS AND SERVICES MEET TRUSTED

5 SUPPLY CHAIN AND OPERATIONAL SECURITY

6 STANDARDS.

7 (a) PURCHASES.—To protect the United States from

8 intellectual property theft and to ensure national security

9 and public safety in the application of new generations of

10 wireless network technology and microelectronics, begin-

11 ning no later than January 1, 2023, the Secretary of De-

12 fense shall ensure that each microelectronics product or

13 service that the Department of Defense purchases on or

14 after such date meets the applicable trusted supply chain

15 and operational security standards established pursuant to

16 subsection (b), except in a case in which the Department

17 seeks to purchase a microelectronics product or service

18 but—

19 (1) no such product or service is available for

20 purchase that meets such standards; or

21 (2) no such product or service is available for

22 purchase that—

23 (A) meets such standards; and

24 (B) is available at a price that the Sec-

25 retary does not consider prohibitively expensive.

WASHSTATEC011237

137

1     (b) TRUSTED SUPPLY CHAIN AND OPERATIONAL SE-

2   CURITY STANDARDS.—

3       (1) STANDARDS REQUIRED.—(A) Not later

4   than January 1, 2021, the Secretary shall establish

5   trusted supply chain and operational security stand-

6   ards for the purchase of microelectronics products

7   and services by the Department.

8       (B) For purposes of this section, a trusted sup-

9   ply chain and operational security standard—

10          (i) is a standard that systematizes best

11      practices relevant to—

12              (I) manufacturing location;

13              (II) company ownership;

14              (III) workforce composition;

15              (IV) access during manufacturing,

16          suppliers' design, sourcing, manufacturing,

17          packaging, and distribution processes;

18              (V) reliability of the supply chain; and

19              (VI) other matters germane to supply

20          chain and operational security; and

21          (ii) is not a military standard (also known

22      as "MIL-STD") or a military specification (also

23      known as "MIL-SPEC") for microelectronics

24      that—

WASHSTATEC011238

138

1          (I) specifies individual features for

2      Department of Defense microelectronics; or

3          (II) otherwise inhibits the acquisition

4      by the Department of securely manufac-

5      tured, commercially-available products.

6      (2) CONSULTATION REQUIRED.—In developing

7  standards under paragraph (1), the Secretary shall

8  consult with the following:

9          (A) The Secretary of Homeland Security,

10     the Secretary of State, the Secretary of Com-

11     merce, and the Director of the National Insti-

12     tute of Standards and Technology.

13         (B) Suppliers of microelectronics products

14     and services from the United States and allies

15     and partners of the United States.

16         (C) Representatives of major United States

17     industry sectors that rely on a trusted supply

18     chain and the operational security of microelec-

19     tronics products and services.

20         (D) Representatives of the United States

21     insurance industry.

22     (3) TIERS OF TRUST AND LEVELS OF SECURITY

23  AUTHORIZED.—In carrying out paragraph (1), the

24  Secretary may establish tiers and levels of trust and

25  security within the supply chain and operational se-

WASHSTATEC011239

139

1 curity standards for microelectronics products and
2 services.

3     (4) GENERAL APPLICABILITY.—The standards
4 established pursuant to paragraph (1) shall be, to
5 the greatest extent practicable, generally applicable
6 to the trusted supply chain and operational security
7 needs and use cases of the United States Govern-
8 ment and commercial industry, such that the stand-
9 ards could be widely adopted by government agen-
10 cies, commercial industry, and allies and partners of
11 the United States as the basis for procuring micro-
12 electronics products and services.

13     (5) ANNUAL REVIEW.—Not later than October
14 1 of each year, the Secretary shall, in consultation
15 with persons and entities set forth under paragraph
16 (2), review the standards established pursuant to
17 paragraph (1) and issue updates or modifications as
18 the Secretary considers necessary or appropriate.

19 (c) ENSURING ABILITY TO SELL COMMERCIALLY.—

20     (1) IN GENERAL.—The Secretary shall, to the
21 greatest extent practicable, ensure that suppliers of
22 microelectronics products and services for the De-
23 partment of Defense subject to subsection (a) are
24 able and incentivized to sell products commercially
25 and to governments of allies and partners of the

WASHSTATEC011240

1  United States that are produced on the same pro-
2  duction lines as the microelectronics products sup-
3  plied to the Department of Defense.

4  (2) EFFECT OF REQUIREMENTS AND ACQUISI-
5  TIONS.—The Secretary shall, to the greatest extent
6  practicable, ensure that the requirements of the De-
7  partment and the acquisition by the Department of
8  microelectronics enable the success of a dual-use
9  microelectronics industry.

10  (d) MAINTAINING COMPETITION AND INNOVATION.—
11  The Secretary shall take such actions as the Secretary
12  considers necessary and appropriate, within the Sec-
13  retary's authorized activities to maintain the health of the
14  defense industrial base, to ensure that—

15  (1) providers of microelectronics products and
16  services that meet the standards established under
17  subsection (b) are exposed to competitive market
18  pressures to achieve competitive pricing and sus-
19  tained innovation; and

20  (2) the industrial base of microelectronics prod-
21  ucts and services that meet the standards estab-
22  lished under subsection (b) includes providers manu-
23  facturing in the United States or in countries that
24  are allies or partners of the United States.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011241

141

## SEC. 225. DEVELOPMENT AND ACQUISITION STRATEGY TO PROCURE SECURE, LOW PROBABILITY OF DETECTION DATA LINK NETWORK CAPABILITY.

1 (a) STRATEGY REQUIRED.—Not later than March 1,
2 2020, the Chief of Staff of the Air Force, the Chief of
3 Naval Operations, and the Chief of Staff of the Army shall
4 jointly submit to the congressional defense committees a
5 joint development and acquisition strategy to procure a
6 secure, low probability of detection data link network ca-
7 pability, with the ability to effectively operate in hostile
8 jamming environments while preserving the low observ-
9 ability characteristics of the relevant platforms, including
10 both existing and planned platforms.

11 (b) NETWORK CHARACTERISTICS.—The data link
12 network capability to be procured pursuant to the develop-
13 ment and acquisition strategy submitted under subsection
14 (a) shall—

15 (1) ensure that any network made with such ca-
16 pability will be low risk and affordable, with minimal
17 impact or change to existing host platforms and
18 minimal overall integration costs;

19 (2) use a non-proprietary and open systems ap-
20 proach compatible with the Rapid Capabilities Office
21 Open Mission Systems initiative of the Air Force,
22 the Future Airborne Capability Environment initia-

WASHSTATEC011242

142

1 tive of the Navy, and the Modular Open Systems Ar-

2 chitecture initiative of the Army; and

3 (3) provide for an architecture to connect, with

4 operationally relevant throughput and latency—

5 (A) fifth-generation combat aircraft;

6 (B) fifth-generation and fourth-generation

7 combat aircraft;

8 (C) fifth-generation and fourth-generation

9 combat aircraft and appropriate support air-

10 craft and other network nodes for command,

11 control, communications, intelligence, surveil-

12 lance, and reconnaissance purposes; and

13 (D) fifth-generation and fourth-generation

14 combat aircraft and their associated network-

15 enabled precision weapons.

16 (c) LIMITATION.—Of the funds authorized to be ap-

17 propriated by this Act for fiscal year 2020 for operation

18 and maintenance for the Office of the Secretary of the

19 Air Force, for operation and maintenance for the Office

20 of the Secretary of the Navy, and for operations and main-

21 tenance for the Office of the Secretary of the Army, not

22 more than 50 percent may be obligated or expended until

23 the date that is 15 days after the date on which the Chief

24 of Staff of the Air Force, the Chief of Naval Operations,

25 and the Chief of Staff of the Army, respectively, submit

WASHSTATEC011243

143

1 the development and acquisition strategy required by sub-

2 section (a).

**SEC. 226. ESTABLISHMENT OF SECURE NEXT-GENERATION**

**WIRELESS NETWORK (5G) INFRASTRUCTURE**

**FOR THE NEVADA TEST AND TRAINING**

**RANGE AND BASE INFRASTRUCTURE.**

7 (a) ESTABLISHMENT REQUIRED.—Not later than

8 one year after the date of the enactment of this Act, the

9 Secretary of Defense shall establish secure fifth-generation

10 wireless network components and capabilities at no fewer

11 than two Department of Defense installations in accord-

12 ance with this section.

13 (b) INSTALLATIONS.—

14 (1) LOCATIONS.—The Secretary shall establish

15 components and capabilities under subsection (a) at

16 the following:

17 (A) The Nevada Test and Training Range,

18 which shall serve as a Major Range and Test

19 Facility Base (MRTFB) for fifth-generation

20 wireless networking.

21 (B) Such Department installations or

22 other installations as the Secretary considers

23 appropriate for the purpose set forth in para-

24 graph (2).

WASHSTATEC011244

144

1     (2) PURPOSE.—The purpose of the establish-
2 ment of components and capabilities under sub-
3 section (a) at the locations described in paragraph
4 (1) of this subsection is to demonstrate the fol-
5 lowing:

6     (A) The potential military utility of high
7 bandwidth, scalable, and low latency fifth-gen-
8 eration wireless networking technology.

9     (B) Advanced security technology that is
10 applicable to fifth-generation networks as well
11 as legacy Department command and control
12 networks.

13     (C) Secure interoperability with fixed and
14 wireless systems (legacy and future systems).

15     (D) Enhancements such as spectrum and
16 waveform diversity, frequency hopping and
17 spreading, and beam forming for military re-
18 quirements.

19     (E) Technology for dynamic network slic-
20 ing for specific use cases and applications re-
21 quiring varying levels of latency, scale, and
22 throughput.

23     (F) Technology for dynamic spectrum
24 sharing and network isolation.

WASHSTATEC011245

145

(G) Base infrastructure installation of high bandwidth, scalable, and low latency fifth-generation wireless networking technology.

(H) Applications for secure fifth-generation wireless network capabilities for the Department, such as the following:

(i) Interactive augmented reality or synthetic training environments.

(ii) Internet of things devices.

(iii) Autonomous systems.

(iv) Advanced manufacturing through the following:

(I) Department-sponsored centers for manufacturing innovation (as defined in section 34(c) of the National Institute of Standards and Technology Act (15 U.S.C. 278s(c))).

(II) Department research and development organizations.

(III) Manufacturers in the defense industrial base of the United States.

WASHSTATEC011246

146

**SEC. 227. ADMINISTRATION OF MANUFACTURING INNOVA-**

           **TION INSTITUTES FUNDED BY THE DEPART-**

           **MENT OF DEFENSE.**

(a) IN GENERAL.—The Secretary of Defense shall make such changes to the administration of covered institutes so as—

    (1) to encourage covered institutes to leverage existing workforce development programs across the Federal Government and State governments in order to build successful workforce development programs;

    (2) to develop metrics to evaluate the workforce development performed by the covered institutes, including metrics on job quality, career pathways, wages and benefits, and efforts to support veterans, and progress in aligning workforce skillsets with the current and long-term needs of the Department of Defense and the defense industrial base;

    (3) to allow metrics to vary between covered institutes and be updated and evaluated continuously in order to more accurately evaluate covered institutes with different goals and missions;

    (4) to encourage covered institutes to consider developing technologies that were previously funded by Federal Government investment for early-stage research and development and expand cross-govern-

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011247

1  ment coordination and collaboration to achieve this

2  goal;

3      (5) to provide an opportunity for increased De-

4  partment of Defense input and oversight from sen-

5  ior-level military and civilian personnel on future

6  technology roadmaps produced by covered institutes;

7      (6) to reduce the barriers to collaboration be-

8  tween and among multiple covered institutes;

9      (7) to use contracting vehicles that can increase

10  flexibility, reduce barriers for contracting with sub-

11  ject-matter experts and small and medium enter-

12  prises, enhance partnerships between covered insti-

13  tutes, and reduce the time to award contracts at

14  covered institutes; and

15      (8) to overcome barriers to the adoption of

16  manufacturing processes and technologies developed

17  by the covered institutes by the defense and com-

18  mercial industrial base, particularly small and me-

19  dium enterprises, by engaging with public and pri-

20  vate sector partnerships and appropriate government

21  programs and activities, including the Hollings Man-

22  ufacturing Extension Partnership.

23  (b) COORDINATION WITH OTHER ACTIVITIES.—The

24  Secretary shall carry out this section in coordination with

25  activities undertaken under—

WASHSTATEC011248

148

1        (1) the Manufacturing Technology Program es-
2    tablished under section 2521 of title 10, United
3    States Code;

4        (2) the Manufacturing Engineering Education
5    Program established under section 2196 of such
6    title;

7        (3) the Defense Manufacturing Community
8    Support Program established under section 846 of
9    the John S. McCain National Defense Authorization
10   Act for Fiscal Year 2019 (Public Law 115–232);

11       (4) manufacturing initiatives of the Secretary of
12   Commerce, the head of the National Office of the
13   Manufacturing USA Network, the Secretary of En-
14   ergy, and such other government and private sector
15   organizations as the Secretary of Defense considers
16   appropriate; and

17       (5) such other activities as the Secretary con-
18   siders appropriate.

19   (c) DEFINITION OF COVERED INSTITUTE.—In this
20   section, the term "covered institute" means a manufac-
21   turing innovation institute that is funded by the Depart-
22   ment of Defense.

WASHSTATEC011249

149

## SEC. 228. RESEARCH PROGRAM ON FOREIGN MALIGN IN-FLUENCE OPERATIONS.

1  (a) PROGRAM AUTHORIZED.—The Secretary of De-
2  fense, acting through the Under Secretary of Defense for
3  Research and Engineering, may carry out a research pro-
4  gram on foreign malign influence operations as part of the
5  university research programs of the Department of De-
6  fense.

7  (b) PROGRAM OBJECTIVES.—The objectives of a re-
8  search program carried out under subsection (a) should
9  include the following:

10      (1) Enhance the understanding of foreign ma-
11      lign influence operations, including activities con-
12      ducted on social media platforms.

13      (2) Facilitate the analysis of publicly available
14      or voluntarily provided indicators of foreign malign
15      influence operations.

16      (3) Promote collaborative research and informa-
17      tion exchange with relevant entities within the De-
18      partment of Defense and with other agencies or non-
19      governmental organizations relating to foreign ma-
20      lign influence operations, as appropriate.

21  (c) NOTICE TO CONGRESS.—Not later than 30 days
22  before initiating a research program under subsection (a),
23  the Secretary of Defense shall submit to the congressional

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011250

150

1  defense committees notice of the intent of the Secretary

2  to initiate such a program, which shall include—

3        (1) a detailed description of the program and

4     any related research activities;

5        (2) the estimated cost and duration of the pro-

6     gram; and

7        (3) any other matters the Secretary determines

8     to be relevant.

9  **SEC. 229. DIVERSIFICATION OF THE RESEARCH AND ENGI-**

10        **NEERING WORKFORCE OF THE DEPARTMENT**

11        **OF DEFENSE.**

12  (a) ASSESSMENT REQUIRED.—

13        (1) IN GENERAL.—The Secretary of Defense,

14     acting through the Under Secretary of Defense for

15     Research and Engineering and in consultation with

16     the Under Secretary of Defense for Personnel and

17     Readiness, shall conduct an assessment of critical

18     skillsets required across, and the diversity of, the re-

19     search and engineering workforce of the Department

20     of Defense, including the science and technology re-

21     invention laboratories, to support emerging and fu-

22     ture warfighter technologies.

23        (2) ELEMENTS.—The assessment required by

24     paragraph (1) shall include analysis of the following:

WASHSTATEC011251

(A) The percentage of women and minori-
ties employed in the research and engineering
workforce of the Department of Defense as of
the date of the assessment.

(B) Of the individuals hired into the re-
search and engineering workforce of the De-
partment in the five years preceding the date of
the assessment, the percentage of such individ-
uals who are women and minorities.

(C) The effectiveness of existing hiring, re-
cruitment, and retention incentives for women
and minorities in the research and engineering
workforce of the Department.

(D) The effectiveness of the Department in
recruiting women and minorities into the lab-
oratory workforce after such individuals com-
plete work on Department-funded research,
projects, grant projects, fellowships, and STEM
programs.

(E) The geographical diversity of the work-
force across various geographic regions.

(b) PLAN REQUIRED.—

(1) IN GENERAL.—Based on the results of the
assessment conducted under subsection (a), the Sec-
retary of Defense, acting through the Under Sec-

WASHSTATEC011252

152

1   retary of Defense for Research and Engineering and
2   in consultation with the Secretaries of the military
3   departments, shall develop and implement a plan to
4   diversify and strengthen the research and engineer-
5   ing workforce of the Department of Defense.

6   (2) ELEMENTS.—The plan required by para-
7   graph (1) shall—

8   (A) align with science and technology
9   strategy priorities of the Department of De-
10   fense, including the emerging and future
11   warfighter technology requirements identified
12   by the Department;

13   (B) except as provided in subsection (c)(2),
14   set forth steps for the implementation of each
15   recommendation included in the 2013 report of
16   the RAND corporation titled "First Steps To-
17   ward Improving DoD STEM Workforce Diver-
18   sity";

19   (C) harness the full range of the Depart-
20   ment's STEM programs and other Department
21   sponsored programs to develop and attract top
22   talent;

23   (D) use existing authorities to attract and
24   retain students, academics, and other talent;

WASHSTATEC011253

153

1     (E) establish and use contracts, agree-
2  ments, or other arrangements with institutions
3  of higher education (as defined in section 101
4  of the Higher Education Act of 1965 (20
5  U.S.C. 1001)), including historically black col-
6  leges and universities and other minority-serv-
7  ing institutions (as described in section 371(a)
8  of such Act (20 U.S.C. 1067q(a)) to enable
9  easy and efficient access to research and re-
10  searchers for Government sponsored basic and
11  applied research and studies at each institution,
12  including contracts, agreements, and other au-
13  thorized arrangements such as those authorized
14  under—

15     (i) section 217 of the National De-
16    fense Authorization Act for Fiscal Year
17    2018 (Public Law 115–91; 10 U.S.C. 2358
18    note); and

19     (ii) such other authorities as the Sec-
20    retary determines to be appropriate; and

21     (F) include recommendations for changes
22  in authorities, regulations, policies, or any other
23  relevant areas that would support the achieve-
24  ment of the goals set forth in the plan.

WASHSTATEC011254

154

1   (3) SUBMITTAL TO CONGRESS.—Not later than

2 one year after the date of the enactment of this Act,

3 the Secretary of Defense shall submit to the con-

4 gressional defense committees a report that in-

5 cludes—

6    (A) the plan developed under paragraph

7  (1); and

8    (B) with respect to each recommendation

9  described in paragraph (2)(B) that the Sec-

10  retary has implemented or expects to imple-

11  ment—

12    (i) a summary of actions that have

13   been taken to implement the recommenda-

14   tion; and

15    (ii) a schedule, with specific mile-

16   stones, for completing the implementation

17   of the recommendation.

18 (c) DEADLINE FOR IMPLEMENTATION.—

19   (1) IN GENERAL.—Except as provided in para-

20 graph (2), not later than 18 months after the date

21 of the enactment of this Act the Secretary of De-

22 fense shall carry out activities to implement the plan

23 developed under subsection (b).

24   (2) EXCEPTION FOR IMPLEMENTATION OF CER-

25 TAIN RECOMMENDATIONS.—

WASHSTATEC011255

155

1    (A) DELAYED IMPLEMENTATION.—The
2  Secretary of Defense may commence implemen-
3  tation of a recommendation described in sub-
4  section (b)(2)(B) after the date specified in
5  paragraph (1) if the Secretary provides the con-
6  gressional defense committees with a specific
7  justification for the delay in implementation of
8  such recommendation on or before such date.

9    (B) NONIMPLEMENTATION.—The Sec-
10  retary of Defense may opt not to implement a
11  recommendation described in subsection
12  (b)(2)(B) if the Secretary provides to the con-
13  gressional defense committees, on or before the
14  date specified in paragraph (1)—

15    (i) a specific justification for the deci-
16    sion not to implement the recommendation;
17    and

18    (ii) a summary of the alternative ac-
19    tions the Secretary plans to take to ad-
20    dress the issues underlying the rec-
21    ommendation.

22  (d) STEM DEFINED.—In this section, the term
23  "STEM" means science, technology, engineering, and
24 mathematics.

WASHSTATEC011256

156

**SEC. 230. POLICY ON THE TALENT MANAGEMENT OF DIG-**
**ITAL EXPERTISE AND SOFTWARE PROFES-**
**SIONALS.**

(a) POLICY.—

(1) IN GENERAL.—It shall be a policy of the Department of Defense to promote and maintain digital expertise and software development as core competencies of civilian and military workforces of the Department, and as a capability to support the National Defense Strategy, which policy shall be achieved by—

(A) the recruitment, development, and incentivization of retention in and to the civilian and military workforce of the Department of individuals with aptitude, experience, proficient expertise, or a combination thereof in digital expertise and software development;

(B) at the discretion of the Secretaries of the military departments, the development and maintenance of civilian and military career tracks related to digital expertise, and related digital competencies for members of the Armed Forces, including the development and maintenance of training, education, talent management, incentives, and promotion policies in sup-

WASHSTATEC011257

157

1        port of members at all levels of such career

2        tracks; and

3            (C) the development and application of ap-

4        propriate readiness standards and metrics to

5        measure and report on the overall capability,

6        capacity, utilization, and readiness of digital en-

7        gineering professionals to develop and deliver

8        operational capabilities and employ modern

9        business practices.

10        (2) DIGITAL ENGINEERING DEFINED.—For

11        purposes of this section, the term ''digital engineer-

12        ing'' means the discipline and set of skills involved

13        in the creation, processing, transmission, integra-

14        tion, and storage of digital data, including data

15        science, machine learning, software engineering,

16        software product management, and artificial intel-

17        ligence product management.

18        (b) IMPLEMENTATION PLAN.—Not later than May 1,

19    2020, the Secretary of Defense shall submit to the Com-

20    mittees on Armed Services of the Senate and the House

21    of Representatives a plan that describes how the Depart-

22    ment of Defense will execute the policy described in sub-

23    section (a).

24    (c) RESPONSIBILITY.—

WASHSTATEC011258

158

1     (1) APPOINTMENT OF OFFICER.—Not later
2 than 270 days after the date of enactment of this
3 Act, the Secretary of Defense may appoint a civilian
4 official responsible for the development and imple-
5 mentation of the policy and implementation plan set
6 forth in subsections (a) and (b), respectively. The of-
7 ficial shall be known as the ''Chief Digital Engineer-
8 ing Recruitment and Management Officer of the De-
9 partment of Defense''.

10     (2) EXPIRATION OF APPOINTMENT.—The ap-
11 pointment of the Officer under paragraph (1) shall
12 expire on September 30, 2024.

13 **SEC. 231. DIGITAL ENGINEERING CAPABILITY TO AUTO-**
14     **MATE TESTING AND EVALUATION.**

15 (a) DIGITAL ENGINEERING CAPABILITY.—

16     (1) IN GENERAL.—The Secretary of Defense
17 shall establish a digital engineering capability to be
18 used—

19     (A) for the development and deployment of
20 digital engineering models for use in the de-
21 fense acquisition process; and

22     (B) to provide testing infrastructure and
23 software to support automated approaches for
24 testing, evaluation, and deployment throughout
25 the defense acquisition process.

WASHSTATEC011259

159

1       (2) REQUIREMENTS.—The capability developed

2    under subsection (a) shall meet the following re-

3    quirements:

4          (A) The capability will be accessible to,

5       and useable by, individuals throughout the De-

6       partment of Defense who have responsibilities

7       relating to capability design, development, test-

8       ing, evaluation, and operation.

9          (B) The capability will provide for the de-

10      velopment, validation, use, curation, and main-

11      tenance of technically accurate digital systems,

12      models of systems, subsystems, and their com-

13      ponents, at the appropriate level of fidelity to

14      ensure that test activities adequately simulate

15      the environment in which a system will be de-

16      ployed.

17         (C) The capability will include software to

18      automate testing throughout the program life

19      cycle, including to satisfy developmental test re-

20      quirements and operational test requirements.

21      Such software may be developed in accordance

22      with the authorities provided under section 800,

23      and shall support—

24           (i) security testing that includes vul-

25         nerability scanning and penetration testing

WASHSTATEC011260

1    performed by individuals, including threat-
2    based red team exploitations and assess-
3    ments with zero-trust assumptions; and

4        (ii) high-confidence distribution of
5        software to the field on a time-bound, re-
6        peatable, frequent, and iterative basis.

7  (b) DEMONSTRATION ACTIVITIES.—

8    (1) IN GENERAL.—In developing the capability
9  required under subsection (a), the Secretary of De-
10  fense shall carry out activities to demonstrate digital
11  engineering approaches to automated testing that—

12        (A) enable continuous software develop-
13        ment and delivery;

14        (B) satisfy developmental test require-
15        ments for the software-intensive programs of
16        the Department of Defense; and

17        (C) satisfy operational test and evaluation
18        requirements for such programs.

19    (2) PROGRAM SELECTION.—Not later than 180
20  days after the date of the enactment of this Act, the
21  Secretary of Defense shall assess and select not
22  fewer than four and not more than ten programs of
23  the Department of Defense to participate in the
24  demonstration activities under paragraph (1), in-
25  cluding—

WASHSTATEC011261

161

1          (A) at least one program participating in
2     the pilot program authorized under section 873
3     of the National Defense Authorization Act for
4     Fiscal Year 2018 (Public Law 115–91; 10
5     U.S.C. 2223a note);

6          (B) at least one program participating in
7     the pilot program authorized under section 874
8     of such Act (Public Law 115–91; 10 U.S.C.
9     2302 note);

10         (C) at least one major defense acquisition
11    program (as defined in section 2430 of title 10,
12    United States Code);

13         (D) at least one command and control pro-
14    gram;

15         (E) at least one defense business system
16    (as defined in section 2222(i) of title 10, United
17    States Code); and

18         (F) at least one program from each mili-
19    tary service.

20    (3) ADDITIONAL REQUIREMENTS.—As part of
21    the demonstration activities under paragraph (1),
22    the Secretary shall—

23         (A) conduct a comparative analysis that
24    assesses the risks and benefits of the digital en-
25    gineering supported automated testing ap-

WASHSTATEC011262

162

1    proaches of the programs participating in the
2    demonstration activities relative to traditional
3    testing approaches that are not supported by
4    digital engineering;

5         (B) ensure that the intellectual property
6    strategy for each of the programs participating
7    in the demonstration activities is best aligned to
8    meet the goals of the program; and

9         (C) develop a workforce and infrastructure
10   plan to support any new policies and guidance
11   implemented in connection with the demonstra-
12   tion activities, including any policies and guid-
13   ance implemented after the completion of such
14   activities.

15   (c) POLICIES AND GUIDANCE REQUIRED.—Not later
16 than one year after the date of the enactment of this Act,
17 based on the results of the demonstration activities carried
18 out under subsection (b), the Secretary of Defense shall
19 issue or modify policies and guidance to—

20        (1) promote the use of digital engineering capa-
21   bilities for development and for automated testing;
22   and

23        (2) address roles, responsibilities, and proce-
24   dures relating to such capabilities.

25   (d) STEERING COMMITTEE.—

WASHSTATEC011263

163

1    (1) IN GENERAL.—The Secretary of Defense

2  shall establish a steering committee to assist the

3  Secretary in carrying out subsections (a) through

4  (c).

5    (2) MEMBERSHIP.—The steering committee

6  shall be composed of the following members or their

7  designees:

8    (A) The Under Secretary of Defense for

9  Research and Engineering.

10    (B) The Under Secretary of Defense for

11  Acquisition and Sustainment.

12    (C) The Chief Information Officer.

13    (D) The Director of Operational Test and

14  Evaluation.

15    (E) The Director of Cost Assessment and

16  Program Evaluation.

17    (F) The Service Acquisition Executives.

18    (G) The Service testing commands.

19    (H) The Director of the Defense Digital

20  Service.

21  (e) REPORTS REQUIRED.—

22    (1) IMPLEMENTATION.—Not later than March

23  15, 2020, the Secretary of Defense shall submit to

24  the congressional defense committees a report on the

25  progress of the Secretary in implementing sub-

WASHSTATEC011264

164

1   sections (a) through (c). The report shall include an

2   explanation of how the results of the demonstration

3   activities carried out under subsection (b) will be in-

4   corporated into the policy and guidance required

5   under subsection (c), particularly the policy and

6   guidance of the members of the steering committee

7   established under subsection (d).

8   (2) LEGISLATIVE RECOMMENDATIONS.—Not

9   later than October 15, 2020, the Secretary of De-

10   fense shall provide to the congressional defense com-

11   mittees a briefing that identifies any changes to ex-

12   isting law that may be necessary to facilitate the im-

13   plementation of subsections (a) through (c).

14   (f) INDEPENDENT ASSESSMENT.—

15   (1) IN GENERAL.—Not later than March 15,

16   2021, the Defense Innovation Board and the De-

17   fense Science Board shall jointly complete an inde-

18   pendent assessment of the progress of the Secretary

19   in implementing subsections (a) through (c). The

20   Secretary of Defense shall ensure that the Defense

21   Innovation Board and the Defense Science Board

22   have access to the resources, data, and information

23   necessary to complete the assessment.

24   (2) INFORMATION TO CONGRESS.—Not later

25   than 30 days after the date on which the assessment

WASHSTATEC011265

165

1   under paragraph (1) is completed, the Defense Inno-
2   vation Board and the Defense Science Board shall
3   jointly provide to the congressional defense commit-
4   tees—

5          (A) a report summarizing the assessment;
6       and

7          (B) a briefing on the findings of the as-
8       sessment.

9   SEC. 232. PROCESS TO ALIGN POLICY FORMULATION AND
10          EMERGING TECHNOLOGY DEVELOPMENT.

11   (a) ALIGNMENT OF POLICY AND TECHNOLOGICAL
12   DEVELOPMENT.—Not later than 180 days after the date
13   of the enactment of this Act, the Secretary of Defense
14   shall establish a process to ensure that the policies of the
15   Department of Defense relating to emerging technology
16   are formulated and updated continuously as such tech-
17   nology is developed by the Department.

18   (b) ELEMENTS.—As part of the process established
19   under subsection (a), the Secretary shall—

20          (1) specify the role of each covered official in
21       ensuring that the formulation of policies relating to
22       emerging technology is carried out concurrently with
23       the development of such technology; and

24          (2) incorporate procedures for the continuous
25       legal review of—

WASHSTATEC011266

1          (A) weapons and other defense systems

2      that incorporate or use emerging technology;

3      and

4          (B) treaties that may be affected by such

5      technology.

6      (c) BRIEFING REQUIRED.—Not later than 30 days

7  after the date on which the Secretary of Defense estab-

8  lishes the process required under subsection (a), the Sec-

9  retary shall provide to the congressional defense commit-

10  tees a briefing on such process.

11      (d) DEFINITIONS.—In this section:

12      (1) The term "covered official" means the fol-

13      lowing:

14          (A) The Chairman of the Joint Chiefs of

15      Staff.

16          (B) The Under Secretary of Defense for

17      Research and Engineering.

18          (C) The Under Secretary of Defense for

19      Acquisition and Sustainment.

20          (D) The Under Secretary of Defense for

21      Policy.

22          (E) The commanders of combatant com-

23      mands with responsibilities involving the use of

24      weapons or other defense systems that incor-

WASHSTATEC011267

167

1 porate or use emerging technology, as deter-
2 mined by the Secretary of Defense.

3 (F) The Secretaries of the military depart-
4 ments.

5 (2) The term "emerging technology" means
6 technology determined to be in an emerging phase of
7 development by the Secretary of Defense, including
8 quantum computing, technology for the analysis of
9 large and diverse sets of data (commonly known as
10 "big data analytics"), artificial intelligence, autono-
11 mous technology, robotics, directed energy,
12 hypersonics, biotechnology, and such other tech-
13 nology as may be identified by the Secretary.

14 **SEC. 233. IMPROVEMENT OF THE STRATEGIC CAPABILITIES**
15 **OFFICE OF THE DEPARTMENT OF DEFENSE.**

16 (a) ORGANIZATION.—

17 (1) AUTHORITY OF DEPUTY SECRETARY OF DE-
18 FENSE.—The Deputy Secretary of Defense shall ex-
19 ercise authority and direction over the Strategic Ca-
20 pabilities Office of the Department of Defense (re-
21 ferred to in this section as the "Office").

22 (2) AUTHORITY OF DIRECTOR.—The Director
23 of the Office shall report directly to the Deputy Sec-
24 retary of Defense.

WASHSTATEC011268

168

1    (3) DELEGATION.—In exercising authority and
2  direction over the Office under subsection (a), the
3  Deputy Secretary of Defense may delegate adminis-
4  trative, management, and other duties to the Direc-
5  tor of the Defense Advanced Research Projects
6  Agency, as needed, to effectively and efficiently exe-
7  cute the mission of the Office.

8  (b) CROSS-FUNCTIONAL TEAMS.—

9    (1) ESTABLISHMENT.—Not later than 180 days
10  after the date of enactment of this Act, the Deputy
11  Secretary of Defense shall establish the following
12  cross-functional teams to improve the effectiveness
13  of the Office:

14      (A) A transition cross-functional team to
15    improve the efficiency and effectiveness with
16    which the programs of the Office may be
17    transitioned into—

18        (i) research and development pro-
19      grams of the military services and other
20      agencies of the Department of Defense;
21      and

22        (ii) programs of such services and
23      agencies in operational use.

24      (B) A technical cross functional team to
25    improve the continuous technical assessment

WASHSTATEC011269

169

1    and review of the programs of the Office during
2    program selection and execution.

3    (2) MEMBERSHIP.—The Deputy Secretary of
4    Defense shall select individuals to serve on the cross-
5    functional teams described in paragraph (1) from
6    among individuals in the defense research and engi-
7    neering enterprise, acquisition community, Joint
8    Staff, combatant commands, and other organiza-
9    tions, as determined to be appropriate by the Dep-
10   uty Secretary.

11   **SEC. 234. PILOT PROGRAM ON ENHANCED CIVICS EDU-**
12   **CATION.**

13   (a) IN GENERAL.—The Secretary of Defense, in con-
14   sultation with the Secretary of Education, shall carry out
15   a pilot program under which the Secretary provides en-
16   hanced educational support and funding to eligible entities
17   to improve civics education programs taught by such enti-
18   ties.

19   (b) PURPOSE.—The purpose of the pilot program is
20   to provide enhanced civics education on the following top-
21   ics:

22   (1) Critical thinking and media literacy.

23   (2) Voting and other forms of political and civic
24   engagement.

WASHSTATEC011270

170

1    (3) Interest in employment, and careers, in
2 public service.

3    (4) Understanding of United States law, his-
4 tory, and Government.

5    (5) The ability of participants to collaborate
6 and compromise with others to solve problems.

7    (c) CONSIDERATIONS.—In carrying out the pilot pro-
8 gram, the Secretary of Defense shall consider innovative
9 approaches for improving civics education.

10    (d) METRICS AND EVALUATIONS.—The Secretary of
11 Defense shall establish metrics and undertake evaluations
12 to determine the effectiveness of the pilot program, includ-
13 ing each of the activities carried out under subsection (e).

14    (e) TYPES OF SUPPORT AUTHORIZED.—Under the
15 pilot program the Secretary of Defense—

16    (1) shall provide support to eligible entities to
17 address, at a minimum—

18    (A) the development or modification of
19 curricula relating to civics education;

20    (B) classroom activities, thesis projects, in-
21 dividual or team projects, internships, or com-
22 munity service activities relating to civics;

23    (C) collaboration with government entities,
24 nonprofit organizations, or consortia of such en-

WASHSTATEC011271

171

1 tities and organizations to provide participants

2 with civics-related experiences;

3  (D) civics-related faculty development pro-

4 grams;

5  (E) recruitment of educators who are high-

6 ly qualified in civics education to teach civics or

7 to assist with the development of curricula for

8 civics education;

9  (F) presentation of seminars, workshops,

10 and training for the development of skills asso-

11 ciated with civic engagement;

12  (G) activities that enable participants to

13 interact with government officials and entities;

14  (H) expansion of civics education programs

15 and outreach for members of the Armed

16 Forces, dependents and children of such mem-

17 bers, and employees of the Department of De-

18 fense; and

19  (I) opportunities for participants to obtain

20 work experience in fields relating to civics; and

21  (2) may provide any other form of support the

22 Secretary determines to be appropriate to enhance

23 the civics education taught by eligible entities.

24 (f) REPORT.—Not later than 180 days after the con-

25 clusion of the first full academic year during which the

WASHSTATEC011272

172

1 pilot program is carried out, the Secretary of Defense shall
2 submit to the congressional defense committees a report
3 that includes—

4    (1) a description of the pilot program, including
5    the a description of the specific activities carried out
6    under subsection (e); and

7    (2) the metrics and evaluations used to assess
8    the effectiveness of the program as required under
9    subsection (d).

10 (g) DEFINITIONS.—In this section:

11    (1) The term ''civics education program'' means
12    an educational program that provides participants
13    with—

14       (A) knowledge of law, government, and the
15       rights of citizens; and

16       (B) skills that enable participants to re-
17       sponsibly participate in democracy.

18    (2) The term ''eligible entity'' means any of fol-
19    lowing:

20       (A) A local education agency that hosts a
21       unit of the Junior Reserve Officers' Training
22       Corps.

23       (B) A school operated by the Department
24       of Defense Education Activity.

WASHSTATEC011273

1   **SEC. 235. TECHNOLOGY AND NATIONAL SECURITY FELLOW-**

2        **SHIP.**

3   (a) FELLOWSHIP PROGRAM.—

4       (1) IN GENERAL.—The Secretary of Defense,

5   acting through the Under Secretary of Defense for

6   Research and Engineering, may establish a civilian

7   fellowship program designed to place eligible individ-

8   uals within the Department of Defense and Con-

9   gress to increase the number of national security

10   professionals with science, technology, engineering,

11   and mathematics credentials employed by the De-

12   partment.

13       (2) DESIGNATION.—The fellowship program es-

14   tablished under paragraph (1) shall be known as the

15   ''Technology and National Security Fellowship'' (in

16   this section referred to as the ''fellows program'').

17       (3) ASSIGNMENTS.—Each individual selected

18   for participation in the fellows program shall be as-

19   signed to a one year position within—

20           (A) the Department of Defense; or

21           (B) a congressional office with emphasis

22       on defense and national security matters.

23       (4) PAY AND BENEFITS.—To the extent prac-

24   ticable, each individual assigned to a position under

25   paragraph (3)—

WASHSTATEC011274

174

1   (A) shall be compensated at a rate of basic

2  pay that is equivalent to the rate of basic pay

3  payable for a position at level 10 of the General

4  Schedule; and

5   (B) shall be treated as an employee of the

6  United States during the assignment.

7 (b) ELIGIBLE INDIVIDUALS.—

8  (1) ELIGIBILITY FOR DOD ASSIGNMENT.—Sub-

9 ject to subsection (e), an individual eligible for an

10 assignment in the Department of Defense under

11 subsection (a)(3)(A) is an individual who—

12   (A) is a citizen of the United States; and

13   (B) either—

14    (i) expects to be awarded a bachelor's

15   degree, associate's degree, or graduate de-

16   gree that, as determined by the Secretary,

17   focuses on science, technology, engineering,

18   or mathematics course work not later than

19   180 days after the date on which the indi-

20   vidual submits an application for participa-

21   tion in the fellows program;

22    (ii) possesses a bachelor's degree, as-

23   sociate's degree, or graduate degree that,

24   as determined by the Secretary, focuses on

WASHSTATEC011275

175

1           science, technology, engineering, or mathe-
2           matics course work; or

3                   (iii) is an employee of the Department
4               of Defense and possesses a bachelor's de-
5               gree, associate's degree, or graduate degree
6               that, as determined by the Secretary, fo-
7               cuses on science, technology, engineering,
8               or mathematics course work.

9       (2) ELIGIBILITY FOR CONGRESSIONAL ASSIGN-
10      MENT.—Subject to subsection (e), an individual eli-
11      gible for an assignment in a congressional office
12      under subsection (a)(3)(B) is an individual who—

13          (A) meets the requirements specified in
14          paragraph (1); and

15          (B) has not less than 3 years of relevant
16          work experience in the field of science, tech-
17          nology, engineering, or mathematics.

18      (c) APPLICATION.—Each individual seeking to par-
19  ticipate in the fellows program shall submit to the Sec-
20  retary an application therefor at such time and in such
21  manner as the Secretary shall specify.

22      (d) COORDINATION.—In carrying out this section, the
23  Secretary may consider working through the following en-
24  tities:

25          (1) The National Security Innovation Network.

WASHSTATEC011276

176

1     (2) Universities.

2     (3) Science and technology reinvention labora-
3    tories and test and evaluation centers of the Depart-
4    ment of Defense.

5     (4) Other organizations of the Department of
6    Defense or public and private sector organizations,
7    as determined appropriate by the Secretary.

8     (e) MODIFICATIONS TO FELLOWS PROGRAM.—The
9  Secretary may modify the terms and procedures of the fel-
10  lows program in order to better achieve the goals of the
11  program and to support workforce needs of the Depart-
12  ment of Defense.

13    (f) CONSULTATION.—The Secretary may consult with
14  the heads of the agencies, components, and other elements
15  of the Department of Defense, Members and committees
16  of Congress, and such institutions of higher education and
17  private entities engaged in work on national security and
18  emerging technologies as the Secretary considers appro-
19  priate for purposes of the fellows program, including with
20  respect to assignments in the fellows program.

21  **SEC. 236. DOCUMENTATION RELATING TO THE ADVANCED**
22          **BATTLE MANAGEMENT SYSTEM.**

23    (a) DOCUMENTATION REQUIRED.—Not later than
24  the date specified in subsection (b), the Secretary of the
25  Air Force shall submit to the congressional defense com-

WASHSTATEC011277

177

1   mittees the following documentation relating to the Ad-
2   vanced Battle Management System:

3          (1) A list that identifies each program, project,
4       and activity that contributes to the architecture of
5       the Advanced Battle Management System.

6          (2) The final analysis of alternatives for the
7       Advanced Battle Management System.

8          (3) The requirements for the networked data
9       architecture necessary for the Advanced Battle Man-
10      agement System to provide multidomain command
11      and control and battle management capabilities and
12      a development schedule for such architecture.

13   (b) DATE SPECIFIED.—The date specified in this
14   subsection is the earlier of—

15          (1) the date that is 180 days after the date on
16      which the final analysis of alternatives for the Ad-
17      vanced Battle Management System is completed; or

18          (2) June 1, 2020.

19   (c) ADVANCED BATTLE MANAGEMENT SYSTEM DE-
20   FINED.—In this section, the term ''Advanced Battle Man-
21   agement System'' means the Advanced Battle Manage-
22   ment System of Systems capability of the Air Force, in-
23   cluding each program, project, and activity that contrib-
24   utes to such capability.

WASHSTATEC011278

178

1   **SEC. 237. SENSOR DATA INTEGRATION FOR FIFTH GENERA-**

2        **TION AIRCRAFT.**

3       (a) F–35 SENSOR DATA.—The Secretary of Defense

4   shall ensure that—

5          (1) information collected by the passive and ac-

6       tive on-board sensors of the F–35 Joint Strike

7       Fighter aircraft is capable of being shared, in real

8       time, with joint service users in cases in which the

9       Joint Force Commander determines that sharing

10      such information would be operationally advan-

11      tageous; and

12         (2) the Secretary has developed achievable, ef-

13      fective, and suitable concepts and supporting tech-

14      nical architectures to collect, store, manage, and dis-

15      seminate information collected by such sensors.

16      (b) GAO STUDY AND REPORT.—

17         (1) STUDY.—The Comptroller General of the

18      United States shall conduct a study of the sensor

19      data collection and dissemination capability of fifth

20      generation aircraft of the Department of Defense.

21         (2) ELEMENTS.—The study required by para-

22      graph (1) shall include an assessment of the fol-

23      lowing—

24            (A) the extent to which the Department

25         has established doctrinal, organizational, or

26         technological methods of managing the large

WASHSTATEC011279

179

1   amount of sensor data that is currently col-
2   lected and which may be collected by existing
3   and planned advanced fifth generation aircraft;

4       (B) the status of the existing sensor data
5   collection, storage, dissemination, and manage-
6   ment capability and capacity of fifth generation
7   aircraft, including the F–35, the F–22, and the
8   B–21; and

9       (C) the ability of the F–35 aircraft and
10  other fifth generation aircraft to share informa-
11  tion collected by the aircraft in real-time with
12  other joint service users as described in sub-
13  section (a)(1).

14  (3) STUDY RESULTS.—

15      (A) INTERIM BRIEFING.—Not later than
16  180 days after the date of the enactment of this
17  Act, the Comptroller General shall provide to
18  the congressional defense committees a briefing
19  on the preliminary findings of the study con-
20  ducted under this subsection.

21      (B) FINAL RESULTS.—The Comptroller
22  General shall provide the final results of the
23  study conducted under this subsection to the
24  congressional defense committees at such time
25  and in such format as is mutually agreed upon

WASHSTATEC011280

180

1  by the committees and the Comptroller General

2  at the time of the briefing under subparagraph

3  (A).

**SEC. 238. SENSE OF CONGRESS ON FUTURE VERTICAL LIFT**

4

5  **TECHNOLOGIES.**

6  It is the sense of Congress that the Army should con-

7 tinue to invest in research, development, test, and evalua-

8 tion programs to mature future vertical lift technologies,

9 including programs to improve pilot situational awareness,

10 increase flight operations safety, and reduce operation and

11 maintenance costs.

**SEC. 239. USE OF FUNDS FOR STRATEGIC ENVIRONMENTAL**

12

13  **RESEARCH PROGRAM, ENVIRONMENTAL SE-**

14  **CURITY TECHNICAL CERTIFICATION PRO-**

15  **GRAM, AND OPERATIONAL ENERGY CAPA-**

16  **BILITY IMPROVEMENT.**

17  Of the funds authorized to be appropriated for fiscal

18 year 2020 for the use of the Department of Defense for

19 research, development, test, and evaluation, as specified

20 in the funding table in section 4201 for the Strategic En-

21 vironmental Research Program, Operational Energy Ca-

22 pability Improvement, and the Environmental Security

23 Technical Certification Program, the Secretary of Defense

24 shall, acting through the Under Secretary of Defense for

25 Acquisition and Sustainment, expend amounts as follows:

WASHSTATEC011281

181

1    (1) Not less than $10,000,000 on the develop-
2    ment and demonstration of long duration on-site en-
3    ergy battery storage for distributed energy assets.

4    (2) Not less than $10,000,000 on the develop-
5    ment, demonstration, and validation of non-fluorine
6    based firefighting foams.

7    (3) Not less than $10,000,000 on the develop-
8    ment, demonstration, and validation of secure
9    microgrids for both installations and forward oper-
10    ating bases.

11    (4) Not less than $1,000,000 on the develop-
12    ment, demonstration, and validation of technologies
13    that can harvest potable water from air.

**14    SEC. 240. LIMITATION AND REPORT ON INDIRECT FIRE**
**15              PROTECTION CAPABILITY INCREMENT 2 CA-**
**16              PABILITY.**

17    (a) LIMITATION AND REPORT ON INDIRECT FIRE
18    PROTECTION CAPABILITY INCREMENT 2.—Not more than
19    50 percent of the funds authorized to be appropriated by
20    this Act or otherwise made available for fiscal year 2020
21    for the Army may be obligated or expended for research,
22    development, test, and evaluation for the Indirect Fire
23    Protection Capability Increment 2 capability until the Sec-
24    retary of the Army submits to the congressional defense

WASHSTATEC011282

182

1 committees a report on the Indirect Fire Protection Capa-

2 bility Increment 2 program that contains the following:

3     (1) An assessment of whether the requirements

4     previously established for the enduring program

5     meet the anticipated threat at the time of planned

6     initial operating capability and fully operating capa-

7     bility.

8     (2) A list of candidate systems considered to

9     meet the Indirect Fire Protection Capability Incre-

10     ment 2 enduring requirement, including those field-

11     ed or in development by the Army and other ele-

12     ments of the Department of Defense.

13     (3) An assessment of each candidate system's

14     capability against representative threats.

15     (4) An assessment of other relevant specifica-

16     tions of each candidate system, including cost of de-

17     velopment, cost per round if applicable, technological

18     maturity, and logistics and sustainment.

19     (5) A plan for how the Army will integrate the

20     chosen system or systems into the Integrated Air

21     and Missile Defense Battle Command System.

22     (6) An assessment of the results of the per-

23     formance, test, evaluation, integration, and inter-

24     operability of batteries one and two of the interim

25     solution.

WASHSTATEC011283

183

1  (b) NOTIFICATION REQUIRED.—Not later than 10

2 days after the date on which the President submits the

3 annual budget request of the President for fiscal year

4 2021 pursuant to section 1105 of title 31, United States

5 Code, the Secretary of the Defense shall, without delega-

6 tion, submit to the congressional defense committees a no-

7 tification identifying the military services or agencies that

8 will be responsible for the conduct of air and missile de-

9 fense in support of joint campaigns as it applies to defense

10 against current and emerging missile threats. The notifi-

11 cation shall identify the applicable programs of record to

12 address such threats, including each class of cruise missile

13 threat.

# Subtitle C—Plans, Reports, and Other Matters

14

15

## SEC. 251. MASTER PLAN FOR IMPLEMENTATION OF AU-
16
## THORITIES RELATING TO SCIENCE AND
17
## TECHNOLOGY REINVENTION LABORATORIES.
18

19  (a) PLAN REQUIRED.—The Secretary of Defense,

20 jointly with the Secretaries of the military departments

21 and in consultation with the Under Secretary of Defense

22 for Research and Engineering, shall develop a master plan

23 for using existing authorities to strengthen and modernize

24 the workforce and capabilities of the science and tech-

25 nology reinvention laboratories of the Department of De-

WASHSTATEC011284

184

1 fense (referred to in this section as the "laboratories") to

2 enhance the ability of the laboratories to execute missions

3 in the most efficient and effective manner.

4     (b) ELEMENTS.—The master plan required under

5 subsection (a) shall include, with respect to the labora-

6 tories, the following:

7         (1) A summary of hiring and staffing defi-

8     ciencies at laboratories, by location, and the effect of

9     such deficiencies on the ability of the laboratories—

10             (A) to meet existing and future require-

11         ments of the Department of Defense; and

12             (B) to recruit and retain qualified per-

13         sonnel.

14         (2) A summary of existing and emerging mili-

15     tary research, development, test, and evaluation mis-

16     sion areas requiring the use of the laboratories.

17         (3) An explanation of the laboratory staffing

18     capabilities required for each mission area identified

19     under paragraph (2).

20         (4) Identification of specific projects, including

21     hiring efforts and management reforms, that will be

22     carried out—

23             (A) to address the deficiencies identified in

24         paragraph (1); and

WASHSTATEC011285

185

1         (B) to support the existing and emerging

2         mission areas identified in paragraph (2).

3     (5) For each project identified under paragraph

4 (4)—

5         (A) a summary of the plan for the project;

6         (B) a description of the resources that will

7         be applied to the project; and

8         (C) a schedule of required investments that

9         will be made as part of the project.

10     (6) A description of how the Department, in-

11 cluding each military department concerned, will

12 carry out the projects identified in paragraph (4)

13 using existing authorities.

14     (7) Identification of any statutory, regulatory,

15 or management-related barriers to implementing the

16 master plan and a description of policy and legisla-

17 tive options that may be applied to address such

18 barriers.

19 (c) CONSULTATION.—In developing the master plan

20 required under subsection (a), the Secretary of Defense,

21 the Secretaries of the military departments, and the

22 Under Secretary of Defense for Research and Engineering

23 shall consult with—

24     (1) the Service Acquisition Executives with re-

25 sponsibilities relevant to the laboratories;

WASHSTATEC011286

186

1     (2) the commander of each military command
2 with responsibilities relating to research and engi-
3 neering that is affected by the master plan; and

4     (3) any other officials determined to be relevant
5 by the Secretary of Defense, the Secretaries of the
6 military departments, and the Under Secretary of
7 Defense for Research and Engineering.

8     (d) FINAL REPORT.—Not later than October 30,
9 2020, the Secretary of Defense, jointly with the Secre-
10 taries of the military departments and in consultation with
11 the Under Secretary of Defense for Research and Engi-
12 neering, shall submit to the congressional defense commit-
13 tees—

14     (1) the master plan developed under subsection
15 (a);

16     (2) a report on the activities carried out under
17 this section; and

18     (3) a report that identifies any barriers that
19 prevent the full use and implementation of existing
20 authorities, including any barriers presented by the
21 policies, authorities, and activities of—

22         (A) organizations and elements of the De-
23 partment of Defense; and

24         (B) organizations outside the Department.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011287

SEC. 252. INFRASTRUCTURE TO SUPPORT RESEARCH, DE-
VELOPMENT, TEST, AND EVALUATION MIS-
SIONS.

(a) MASTER PLAN REQUIRED.—The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in coordination with the Secretaries of the military departments, shall develop and implement a master plan that addresses the research, development, test, and evaluation infrastructure and modernization requirements of the Department of Defense, including the science and technology reinvention laboratories and the facilities of the Major Range and Test Facility Base.

(b) ELEMENTS.—The master plan required under subsection (a) shall include, with respect to the research, development, test, and evaluation infrastructure of the Department of Defense, the following:

(1) A summary of deficiencies in the infrastructure, by location, and the effect of the deficiencies on the ability of the Department—

(A) to meet current and future military requirements identified in the National Defense Strategy;

(B) to support science and technology development and acquisition programs; and

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011288

188

1 (C) to recruit and train qualified per-
2 sonnel.

3 (2) A summary of existing and emerging mili-
4 tary research, development, test, and evaluation mis-
5 sion areas, by location, that require modernization
6 investments in the infrastructure—

7 (A) to improve operations in a manner
8 that may benefit all users;

9 (B) to enhance the overall capabilities of
10 the research, development, test, and evaluation
11 infrastructure, including facilities and re-
12 sources;

13 (C) to improve safety for personnel and fa-
14 cilities; and

15 (D) to reduce the long-term cost of oper-
16 ation and maintenance.

17 (3) Identification of specific infrastructure
18 projects that are required to address the infrastruc-
19 ture deficiencies identified under paragraph (1) or to
20 support the existing and emerging mission areas
21 identified under paragraph (2).

22 (4) For each project identified under paragraph
23 (3)—

24 (A) a description of the scope of work;

25 (B) a cost estimate;

WASHSTATEC011289

189

1 (C) a summary of the plan for the project;

2 (D) an explanation of the level of priority

3 that will be given to the project; and

4 (E) a schedule of required infrastructure

5 investments.

6 (5) A description of how the Department, in-

7 cluding each military department concerned, will

8 carry out the infrastructure projects identified in

9 paragraph (3) using the range of authorities and

10 methods available to the Department, including—

11 (A) military construction authority under

12 section 2802 of title 10, United States Code;

13 (B) unspecified minor military construction

14 authority under section 2805(a) of such title;

15 (C) laboratory revitalization authority

16 under section 2805(d) of such title;

17 (D) the authority to carry out facility re-

18 pair projects, including the conversion of exist-

19 ing facilities, under section 2811 of such title;

20 (E) the authority provided under the De-

21 fense Laboratory Modernization Pilot Program

22 under section 2803 of the National Defense Au-

23 thorization Act for Fiscal Year 2016 (Public

24 Law 114–92; 10 U.S.C. 2358 note);

WASHSTATEC011290

1    (F) methods that leverage funding from
2   entities outside the Department, including pub-
3   lic-private partnerships, enhanced use leases
4   and real property exchanges;

5    (G) the authority to conduct commercial
6   test and evaluation activities at a Major Range
7   and Test Facility Installation, under section
8   2681 of title 10, United States Code; and

9    (H) any other authorities and methods de-
10   termined to be appropriate by the Secretary of
11   Defense.

12   (6) Identification of any regulatory or policy
13  barriers to the effective and efficient implementation
14  of the master plan.

15  (c) CONSULTATION AND COORDINATION.—In devel-
16 oping and implementing the plan required under sub-
17 section (a), the Secretary of Defense shall—

18   (1) consult with existing and anticipated cus-
19  tomers and users of the capabilities of the Major
20  Range and Test Facility Base and science and tech-
21  nology reinvention laboratories;

22   (2) ensure consistency with the science and
23  technology roadmaps and strategies of the Depart-
24  ment of Defense and the Armed Forces; and

WASHSTATEC011291

191

1    (3) ensure consistency with the strategic plan

2    for test and evaluation resources required by section

3    196(d) of title 10, United States Code.

4    (d) SUBMITTAL TO CONGRESS.—Not later than Jan-

5    uary 1, 2021, the Secretary of Defense, in coordination

6    with the Secretaries of the military departments, shall

7    submit to the congressional defense committees the master

8    plan developed under subsection (a).

9    (e) RESEARCH, DEVELOPMENT, TEST, AND EVALUA-

10    TION INFRASTRUCTURE DEFINED.—In this section, the

11    term "research, development, test, and evaluation infra-

12    structure" means the infrastructure of—

13    (1) the science and technology reinvention lab-

14    oratories (as designated under section 1105 of the

15    National Defense Authorization Act for Fiscal Year

16    2010 (Public Law 111–84; 10 U.S.C. 2358 note));

17    (2) the Major Range and Test Facility Base (as

18    defined in section 2358a(f)(3) of title 10, United

19    States Code); and

20    (3) other facilities that support the research de-

21    velopment, test, and evaluation activities of the De-

22    partment.

23    **SEC. 253. ENERGETICS PLAN.**

24    (a) PLAN REQUIRED.—The Under Secretary of De-

25    fense for Research and Engineering shall, in coordination

WASHSTATEC011292

192

1 with the technical directors at defense laboratories and

2 such other officials as the Under Secretary considers ap-

3 propriate, develop an energetics research and development

4 plan to ensure a long-term multi-domain research, devel-

5 opment, prototyping, and experimentation effort that—

6 　　(1) maintains United States technological supe-

7 　　riority in energetics technology critical to national

8 　　security;

9 　　(2) efficiently develops new energetics tech-

10 　　nologies and transitions them into operational use,

11 　　as appropriate; and

12 　　(3) maintains a robust industrial base and

13 　　workforce to support Department of Defense re-

14 　　quirements for energetic materials.

15 　　(b) BRIEFING.—Not later than one year after the

16 date of the enactment of this Act, the Under Secretary

17 shall brief the congressional defense committees on the

18 plan developed under subsection (a).

19 **SEC. 254. STRATEGY AND IMPLEMENTATION PLAN FOR**

20 　　　　**FIFTH GENERATION INFORMATION AND COM-**

21 　　　　**MUNICATIONS TECHNOLOGIES.**

22 　　(a) IN GENERAL.—Not later than 270 days after the

23 date of the enactment of this Act, the Secretary of Defense

24 shall develop—

g:\VHLC\120919\120919.161.xml　　　(751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011293

193

1          (1) a strategy for harnessing fifth generation

2      (commonly known as "5G") information and com-

3      munications technologies to enhance military capa-

4      bilities, maintain a technological advantage on the

5      battlefield, and accelerate the deployment of new

6      commercial products and services enabled by 5G net-

7      works throughout the Department of Defense; and

8          (2) a plan for implementing the strategy devel-

9      oped under paragraph (1).

10     (b) ELEMENTS.—The strategy required under sub-

11 section (a) shall include the following elements:

12         (1) Adoption and use of secure fourth genera-

13     tion (commonly known as "4G") communications

14     technologies and the transition to advanced and se-

15     cure 5G communications technologies for military

16     applications and for military infrastructure.

17         (2) Science, technology, research, and develop-

18     ment efforts to facilitate the advancement and adop-

19     tion of 5G technology and new uses of 5G systems,

20     subsystems, and components, including—

21             (A) 5G testbeds for developing military

22         and dual-use applications; and

23             (B) spectrum-sharing technologies and

24         frameworks.

WASHSTATEC011294

194

(3) Strengthening engagement and outreach with industry, academia, international partners, and other departments and agencies of the Federal Government on issues relating to 5G technology and the deployment of such technology, including development of a common industrial base for secure microelectronics.

(4) Defense industrial base supply chain risk, management, and opportunities.

(5) Preserving the ability of the Joint Force to achieve objectives in a contested and congested spectrum environment.

(6) Strengthening the ability of the Joint Force to conduct full spectrum operations that enhance the military advantages of the United States.

(7) Securing the information technology and weapon systems of the Department against malicious activity.

(8) Advancing the deployment of secure 5G networks nationwide.

(9) Such other matters as the Secretary of Defense determines to be relevant.

(c) CONSULTATION.—In developing the strategy and implementation plan required under subsection (a), the Secretary of Defense shall consult with the following:

WASHSTATEC011295

1  (1) The Chief Information Officer of the De-
2  partment of Defense.

3  (2) The Under Secretary of Defense for Re-
4  search and Engineering.

5  (3) The Under Secretary of Defense for Acqui-
6  sition and Sustainment.

7  (4) The Under Secretary of Defense for Intel-
8  ligence.

9  (5) Service Acquisition Executives of each mili-
10  tary service.

11  (d) PERIODIC BRIEFINGS.—

12  (1) IN GENERAL.—Not later than March 15,
13  2020, and not less frequently than once every three
14  months thereafter through March 15, 2022, the Sec-
15  retary of Defense shall provide to the congressional
16  defense committees a briefing on the development
17  and implementation of the strategy required under
18  subsection (a), including an explanation of how the
19  Department of Defense—

20  (A) is using secure 5G wireless network
21  technology;

22  (B) is reshaping the Department's policy
23  for producing and procuring secure microelec-
24  tronics; and

WASHSTATEC011296

1     (C) is working in the interagency and
2     internationally to develop common policies and
3     approaches.

4     (2) ELEMENTS.—Each briefing under para-
5     graph (1) shall include information on—

6          (A) efforts to ensure a secure supply chain
7          for 5G wireless network equipment and micro-
8          electronics;

9          (B) the continued availability of electro-
10         magnetic spectrum for warfighting needs;

11         (C) planned implementation of 5G wireless
12         network infrastructure in warfighting networks,
13         base infrastructure, defense-related manufac-
14         turing, and logistics;

15         (D) steps taken to work with allied and
16         partner countries to protect critical networks
17         and supply chains; and

18         (E) such other topics as the Secretary of
19         Defense considers relevant.

20  **SEC. 255. DEPARTMENT-WIDE SOFTWARE SCIENCE AND**
21  **TECHNOLOGY STRATEGY.**

22     (a) DESIGNATION OF SENIOR OFFICIAL.—Not later
23  than 180 days after the date of the enactment of this Act,
24  the Secretary of Defense, acting through the Under Sec-
25  retary of Defense for Research and Engineering and in

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011297

197

1 consultation with the Under Secretary of Defense for Ac-
2 quisition and Sustainment and appropriate public and pri-
3 vate sector organizations, shall designate a single official
4 or existing entity within the Department of Defense as
5 the official or entity (as the case may be) with principal
6 responsibility for guiding the development of science and
7 technology activities related to next generation software
8 and software reliant systems for the Department, includ-
9 ing—

10     (1) research and development activities on new
11     technologies for the creation of highly secure, scal-
12     able, reliable, time-sensitive, and mission-critical
13     software;

14     (2) research and development activities on new
15     approaches and tools to software development and
16     deployment, testing, integration, and next generation
17     software management tools to support the rapid in-
18     sertion of such software into defense systems;

19     (3) foundational scientific research activities to
20     support advances in software;

21     (4) technical workforce and infrastructure to
22     support defense science and technology and software
23     needs and mission requirements;

24     (5) providing capabilities, including tech-
25     nologies, systems, and technical expertise to support

WASHSTATEC011298

198

1 improved acquisition of software reliant business and

2 warfighting systems; and

3     (6) providing capabilities, including tech-

4 nologies, systems, and technical expertise to support

5 defense operational missions which are reliant on

6 software.

7 (b) DEVELOPMENT OF STRATEGY.—The official or

8 entity designated under subsection (a) shall develop a De-

9 partment-wide strategy for the research and development

10 of next generation software and software reliant systems

11 for the Department of Defense, including strategies for—

12     (1) types of software-related activities within

13 the science and technology portfolio of the Depart-

14 ment;

15     (2) investment in new approaches to software

16 development and deployment, and next generation

17 management tools;

18     (3) ongoing research and other support of aca-

19 demic, commercial, and development community ef-

20 forts to innovate the software development, engineer-

21 ing, and testing process, automated testing, assur-

22 ance and certification for safety and mission critical

23 systems, large scale deployment, and sustainment;

WASHSTATEC011299

199

1  (4) to the extent practicable, implementing or

2  continuing the implementation of the recommenda-

3  tions set forth in—

4      (A) the final report of the Defense Innova-

5  tion Board submitted to the congressional de-

6  fense committees under section 872 of the Na-

7  tional Defense Authorization Act for Fiscal

8  Year 2018 (Public Law 115–91; 131 Stat.

9  1497);

10     (B) the final report of the Defense Science

11  Board Task Force on the Design and Acquisi-

12  tion of Software for Defense Systems described

13  in section 868 of the John S. McCain National

14  Defense Authorization Act for Fiscal Year 2019

15  (Public Law 115–232; 10 U.S.C. 2223 note);

16  and

17     (C) other relevant studies on software re-

18  search, development, and acquisition activities

19  of the Department of Defense.

20  (5) supporting the acquisition, technology devel-

21  opment, testing, assurance, and certification and

22  operational needs of the Department through the de-

23  velopment of capabilities, including personnel and re-

24  search and production infrastructure, and programs

25  in—

WASHSTATEC011300

200

1     (A) the science and technology reinvention

2    laboratories (as designated under section 1105

3    of the National Defense Authorization Act for

4    Fiscal Year 2010 (Public Law 111–84; 10

5    U.S.C. 2358 note));

6     (B) the facilities of the Major Range and

7    Test Facility Base (as defined in section

8    2358a(f)(3) of title 10, United States Code);

9     (C) the Defense Advanced Research

10   Projects Agency; and

11     (D) universities, federally funded research

12   and development centers, and service organiza-

13   tions with activities in software engineering;

14   and

15   (6) the transition of relevant capabilities and

16 technologies to relevant programs of the Depart-

17 ment, including software-reliant cyber-physical sys-

18 tems, tactical systems, enterprise systems, and busi-

19 ness systems.

20 (c) SUBMITTAL TO CONGRESS.—Not later than one

21 year after the date of the enactment of this Act, the offi-

22 cial or entity designated under subsection (a) shall submit

23 to the congressional defense committees the strategy de-

24 veloped under subsection (b).

WASHSTATEC011301

201

**SEC. 256. ARTIFICIAL INTELLIGENCE EDUCATION STRAT-**
**EGY.**

(a) STRATEGY REQUIRED.—

    (1) IN GENERAL.—The Secretary of Defense shall develop a strategy for educating servicemembers in relevant occupational fields on matters relating to artificial intelligence.

    (2) ELEMENTS.—The strategy developed under subsection (a) shall include a curriculum designed to give servicemembers a basic knowledge of artificial intelligence. The curriculum shall include instruction in—

        (A) artificial intelligence design;

        (B) software coding;

        (C) potential military applications for artificial intelligence;

        (D) the impact of artificial intelligence on military strategy and doctrine;

        (E) artificial intelligence decisionmaking via machine learning and neural networks;

        (F) ethical issues relating to artificial intelligence;

        (G) the potential biases of artificial intelligence;

        (H) potential weakness in artificial intelligence technology;

WASHSTATEC011302

202

1          (I) opportunities and risks; and

2          (J) any other matters the Secretary of De-

3      fense determines to be relevant.

4     (b) IMPLEMENTATION PLAN.—The Secretary of De-

5 fense shall develop a plan for implementing the strategy

6 developed under subsection (a).

7     (c) SUBMITTAL TO CONGRESS.—Not later than 270

8 days after the date of the enactment of this Act, the Sec-

9 retary of Defense shall submit to the congressional defense

10 committees—

11          (1) the strategy developed under subsection (a);

12      and

13          (2) the implementation plan developed under

14      subsection (b).

**15 SEC. 257. CYBER SCIENCE AND TECHNOLOGY ACTIVITIES**

**16          ROADMAP AND REPORTS.**

17     (a) ROADMAP FOR SCIENCE AND TECHNOLOGY AC-

18 TIVITIES TO SUPPORT DEVELOPMENT OF CYBER CAPA-

19 BILITIES.—

20          (1) ROADMAP REQUIRED.—The Secretary of

21      Defense, acting through the Under Secretary of De-

22      fense for Research and Engineering, shall develop a

23      roadmap for science and technology activities of the

24      Department of Defense to support development of

WASHSTATEC011303

203

1    cyber capabilities to meet Department needs and

2    missions.

3    (2) GOAL OF CONSISTENCY.—The Secretary

4    shall develop the roadmap required by paragraph (1)

5    to ensure consistency with appropriate Federal inter-

6    agency, industry, and academic activities.

7    (3) SCOPE.—The roadmap required by para-

8    graph (1) shall—

9        (A) cover the development of capabilities

10        that will likely see operational use within the

11        next 25 years or earlier; and

12        (B) address cyber operations and cyberse-

13        curity.

14    (4) CONSULTATION.—The Secretary shall de-

15    velop the roadmap required by paragraph (1) in con-

16    sultation with the following:

17        (A) The Chief Information Officer of the

18        Department.

19        (B) The secretaries and chiefs of the mili-

20        tary departments.

21        (C) The Director of Operational Test and

22        Evaluation.

23        (D) The Commander of the United States

24        Cyber Command.

WASHSTATEC011304

204

1    (E) The Director of the National Security

2    Agency.

3    (F) The Director of the Defense Informa-

4    tion Systems Agency.

5    (G) The Director of the Defense Advanced

6    Research Projects Agency.

7    (H) The Director of the Defense Digital

8    Service.

9    (I) Such interagency partners as the Sec-

10    retary considers appropriate.

11    (5) FORM.—The Secretary shall develop the

12    roadmap required by paragraph (1) in unclassified

13    form, but may include a classified annex.

14    (6) PUBLICATION.—The Secretary shall make

15    available to the public the unclassified form of the

16    roadmap developed pursuant to paragraph (1).

17    (b) ANNUAL REPORT ON CYBER SCIENCE AND

18    TECHNOLOGY ACTIVITIES.—

19    (1) ANNUAL REPORTS REQUIRED.—In fiscal

20    years 2021, 2022, and 2023, the Under Secretary of

21    Defense for Research and Engineering shall submit

22    to the congressional defense committees a report on

23    the science and technology activities within the De-

24    partment of Defense relating to cyber matters dur-

WASHSTATEC011305

205

1 ing the previous fiscal year, the current fiscal year,

2 and the following fiscal year.

3     (2) CONTENTS.—Each report submitted pursu-

4 ant to paragraph (1) shall include, for the period

5 covered by the report, a description and listing of

6 the science and technology activities of the Depart-

7 ment relating to cyber matters, including the fol-

8 lowing:

9     (A) Extramural science and technology ac-

10 tivities.

11     (B) Intramural science and technology ac-

12 tivities.

13     (C) Major and minor military construction

14 activities.

15     (D) Major prototyping and demonstration

16 programs.

17     (E) A list of agreements and activities to

18 transition capabilities to acquisition activities,

19 including—

20     (i) national security systems;

21     (ii) business systems; and

22     (iii) enterprise and network systems.

23     (F) Efforts to enhance the national tech-

24 nical cybersecurity workforce, including specific

WASHSTATEC011306

206

1 programs to support education, training, intern-

2 ships, and hiring.

3  (G) Efforts to perform cooperative activi-

4 ties with international partners.

5  (H) Efforts under the Small Business In-

6 novation Research and the Small Business

7 Technology Transfer Program, including esti-

8 mated amounts to be expected in the following

9 fiscal year.

10  (I) Efforts to encourage partnerships be-

11 tween the Department of Defense and univer-

12 sities participating in the National Centers of

13 Academic Excellence in Cyber Operations and

14 Cyber Defense.

15 (3) TIMING.—Each report submitted pursuant

16 to paragraph (1) shall be submitted concurrently

17 with the annual budget request of the President sub-

18 mitted pursuant to section 1105 of title 31, United

19 States Code.

20 (4) FORM.—The report submitted under para-

21 graph (1) shall be submitted in unclassified form,

22 but may include a classified annex.

WASHSTATEC011307

## SEC. 258. REPORT ON B–52 COMMERCIAL ENGINE REPLACE-MENT PROGRAM.

(a) DOCUMENTATION REQUIRED.—The Secretary of the Air Force shall submit to the congressional defense committees a report on the B–52 commercial engine replacement program of the Air Force.

(b) CONTENTS.—The report submitted under subsection (a) shall include the following:

(1) The acquisition strategy of the Secretary for the program.

(2) The cost and schedule estimates of the Secretary for the program.

(3) The key performance parameters or equivalent requirements document for the program.

(4) The test and evaluation strategy of the Secretary for the program.

(5) The logistics strategy of the Secretary for the program.

(6) The post-production fielding strategy of the Secretary for the program.

(7) An assessment of the potential for the commercial engine replacement to achieve nuclear system certification.

(c) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force, not more than 75 percent

WASHSTATEC011308

208

1 may be obligated or expended until the date on which the
2 Secretary of the Air Force submits to the congressional
3 defense committees the report required by subsection (a).

**SEC. 259. COMMERCIAL EDGE COMPUTING TECHNOLOGIES**
**AND BEST PRACTICES FOR DEPARTMENT OF**
**DEFENSE WARFIGHTING SYSTEMS.**

7 (a) REPORT REQUIRED.—Not later than 120 days
8 after the date of the enactment of this Act, the Under
9 Secretary of Defense for Acquisition and Sustainment
10 shall submit to the congressional defense committees a re-
11 port on commercial edge computing technologies and best
12 practices for Department of Defense warfighting systems.

13 (b) CONTENTS.—The report submitted under sub-
14 section (a) shall include the following:

15 (1) Identification of initial warfighting system
16 programs of record that will benefit most from accel-
17 erated insertion of commercial edge computing tech-
18 nologies and best practices, resulting in significant
19 near-term improvement in system performance and
20 mission capability.

21 (2) The plan of the Department of Defense to
22 provide additional funding for the systems identified
23 in paragraph (1) to achieve fielding of accelerated
24 commercial edge computing technologies before or
25 during fiscal year 2021.

WASHSTATEC011309

1       (3) The plan of the Department to identify,

2    manage, and provide additional funding for commer-

3    cial edge computing technologies more broadly over

4    the next four fiscal years where appropriate for—

5           (A) command, control, communications,

6       and intelligence systems;

7           (B) logistics systems; and

8           (C) other mission-critical systems.

9       (4) A detailed description of the policies, proce-

10    dures, budgets, and accelerated acquisition and con-

11    tracting mechanisms of the Department for near-

12    term insertion of commercial edge computing tech-

13    nologies and best practices into military mission-crit-

14    ical systems.

**15   SEC. 260. BIANNUAL REPORT ON THE JOINT ARTIFICIAL IN-**

**16             TELLIGENCE CENTER.**

17    (a) REPORTS REQUIRED.—Not later than 180 days

18 after the date of the enactment of this Act and biannually

19 thereafter through the end of 2023, the Secretary of De-

20 fense shall submit to the congressional defense committees

21 a report on the Joint Artificial Intelligence Center (re-

22 ferred to in this section as the "Center").

23    (b) ELEMENTS.—Each report under subsection (a)

24 shall include the following:

WASHSTATEC011310

210

1  (1) Information relating to the mission and ob-
2  jectives of the Center.

3  (2) A description of the National Mission Initia-
4  tives, Component Mission Initiatives, and any other
5  initiatives of the Center, including a description of—

6  (A) the activities carried out under the ini-
7  tiatives;

8  (B) any investments made or contracts en-
9  tered into under the initiatives; and

10  (C) the progress of the initiatives.

11  (3) A description of how the Center has sought
12  to leverage lessons learned, share best practices,
13  avoid duplication of efforts, and transition artificial
14  intelligence research efforts into operational capabili-
15  ties by—

16  (A) collaborating with other organizations
17  and elements of the Department of Defense, in-
18  cluding the Defense Agencies and the military
19  departments; and

20  (B) deconflicting the activities of the Cen-
21  ter with the activities of other organizations
22  and elements of the Department.

23  (4) A description of any collaboration be-
24  tween—

WASHSTATEC011311

211

1          (A) the Center and the private sector, na-
2     tional laboratories, and academia; and

3          (B) the Center and international allies and
4     partners.

5     (5) The total number of military, contractor,
6 and civilian personnel who are employed by the Cen-
7 ter, assigned to the Center, and performing func-
8 tions in support of the Center.

9     (6) A description of the organizational structure
10 and staffing of the Center.

11     (7) A detailed description of the frameworks,
12 metrics, and capabilities established to measure the
13 effectiveness of the Center and the Center's invest-
14 ments in the National Mission Initiatives and Com-
15 ponent Mission Initiatives.

16     (8) A description of any new policies, stand-
17 ards, or guidance relating to artificial intelligence
18 that have been issued by the Chief Information Offi-
19 cer of the Department.

20     (9) Identification of any ethical guidelines ap-
21 plicable to the use of artificial intelligence by the
22 Department.

23     (10) A description of any steps taken by the
24 Center to protect systems that use artificial intel-
25 ligence from any attempts to misrepresent or alter

WASHSTATEC011312

212

1 information used or provided by artificial intel-

2 ligence.

3 (c) JOINT ARTIFICIAL INTELLIGENCE CENTER DE-

4 FINED.—In this section, the term "Joint Artificial Intel-

5 ligence Center" means the Joint Artificial Intelligence

6 Center of the Department of Defense established pursuant

7 to section 238 of the John S. McCain National Defense

8 Authorization Act for Fiscal Year 2019 (Public Law 115–

9 232; 10 U.S.C. 2358 note).

## SEC. 261. QUARTERLY UPDATES ON THE OPTIONALLY MANNED FIGHTING VEHICLE PROGRAM.

12 (a) IN GENERAL.—Beginning not later than Decem-

13 ber 1, 2019, and on a quarterly basis thereafter through

14 October 1, 2022, the Assistant Secretary shall provide to

15 the Committees on Armed Services of the Senate and the

16 House of Representatives a briefing on the progress of the

17 Optionally Manned Fighting Vehicle program of the

18 Army.

19 (b) ELEMENTS.—Each briefing under subsection (a)

20 shall include, with respect to the Optionally Manned

21 Fighting Vehicle program, the following elements:

22 (1) An overview of funding for the program, in-

23 cluding identification of—

24 (A) any obligations and expenditures that

25 have been made under the program; and

WASHSTATEC011313

1    (B) any obligations and expenditures that

2   are planned for the program.

3   (2) An overview of the program schedule.

4   (3) An assessment of the status of the program

5  with respect to—

6    (A) the development and approval of tech-

7   nical requirements;

8    (B) technological maturity;

9    (C) testing;

10    (D) delivery; and

11    (E) program management.

12   (4) Any other matters that the Assistant Sec-

13  retary considers relevant to a full understanding of

14  the status and plans of the program.

15  (c) ASSISTANT SECRETARY DEFINED.—In this sec-

16 tion, the term "Assistant Secretary" means the Assistant

17 Secretary of the Army for Acquisition, Logistics, and

18 Technology (or the designee of the Assistant Secretary),

19 in consultation with the Commander of the Army Futures

20 Command (or the designee of the Commander).

WASHSTATEC011314

1 **SEC. 262. NATIONAL STUDY ON DEFENSE RESEARCH AT**

2    **HISTORICALLY BLACK COLLEGES AND UNI-**

3    **VERSITIES AND OTHER MINORITY INSTITU-**

4    **TIONS.**

5    (a) STUDY REQUIRED.—The Secretary of Defense

6 shall seek to enter into an agreement with the National

7 Academies of Sciences, Engineering, and Medicine (re-

8 ferred to in this section as the ''National Academies'')

9 under which the National Academies will conduct a study

10 on the status of defense research at covered institutions

11 and the methods and means necessary to advance research

12 capacity at covered institutions to comprehensively ad-

13 dress the national security and defense needs of the

14 United States.

15    (b) DESIGNATION.—The study conducted under sub-

16 section (a) shall be known as the ''National Study on De-

17 fense Research At Historically Black Colleges and Univer-

18 sities and Other Minority Institutions''.

19    (c) ELEMENTS.—The study conducted under sub-

20 section (a) shall include an examination of each of the fol-

21 lowing:

22       (1) The degree to which covered institutions are

23       successful in competing for and executing Depart-

24       ment of Defense contracts and grants for defense re-

25       search.

WASHSTATEC011315

215

1     (2) Best practices for advancing the capacity of

2 covered institutions to compete for and conduct re-

3 search programs related to national security and de-

4 fense.

5     (3) The advancements and investments nec-

6 essary to elevate covered institutions to R2 status or

7 R1 status on the Carnegie Classification of Institu-

8 tions of Higher Education, consistent with the cri-

9 teria of the classification system.

10     (4) The facilities and infrastructure for defense-

11 related research at covered institutions as compared

12 to the facilities and infrastructure at institutions

13 classified as R1 status on the Carnegie Classification

14 of Institutions of Higher Education.

15     (5) Incentives to attract, recruit, and retain

16 leading research faculty to covered institutions.

17     (6) Best practices of institutions classified as

18 R1 status on the Carnegie Classification of Institu-

19 tions of Higher Education, including best practices

20 with respect to—

21     (A) the establishment of a distinct legal

22 entity to—

23     (i) enter into contracts or receive

24 grants from the Department;

WASHSTATEC011316

216

1      (ii) lay the groundwork for future re-
2     search opportunities;
3      (iii) develop research proposals;
4      (iv) engage with defense research
5     funding organizations; and
6      (v) execute the administration of
7     grants; and
8     (B) determining the type of legal entity, if
9    any, to establish for the purposes described in
10    subparagraph (A).
11    (7) The ability of covered institutions to de-
12   velop, protect, and commercialize intellectual prop-
13   erty created through defense-related research.
14    (8) The total amount of defense research fund-
15   ing awarded to all institutions of higher education,
16   including covered institutions, through contracts and
17   grants for each of fiscal years 2010 through 2019
18   and, with respect to each such institution—
19     (A) whether the institution established a
20    distinct legal entity to enter into contracts or
21    receive grants from the Department and, if so,
22    the type of legal entity that was established;
23     (B) the total value of contracts and grants
24    awarded to the institution of higher education
25    for each of fiscal years 2010 through 2019;

WASHSTATEC011317

217

1     (C) the overhead rate of the institution of

2     higher education for fiscal year 2019;

3     (D) the institution's classification on the

4     Carnegie Classification of Institutions of Higher

5     Education; and

6     (E) whether the institution qualifies as a

7     covered institution.

8    (9) Recommendations for strengthening and en-

9 hancing the programs executed under section 2362

10 of title 10, United States Code.

11    (10) Recommendations to enhance the capacity

12 of covered institutions to transition research prod-

13 ucts into defense acquisition programs or commer-

14 cialization.

15    (11) Previous executive or legislative actions by

16 the Federal Government to address imbalances in

17 Federal research funding, including such programs

18 as the Defense Established Program to Stimulate

19 Competitive Research (commonly known as

20 "DEPSCoR").

21    (12) The effectiveness of the Department in at-

22 tracting and retaining students specializing in

23 science, technology, engineering, and mathematics

24 fields from covered institutions for the Department's

25 programs on emerging capabilities and technologies.

WASHSTATEC011318

218

1     (13) Recommendations for the development of
2 incentives to encourage research and educational col-
3 laborations between covered institutions and other
4 institutions of higher education.

5     (14) Any other matters the Secretary of De-
6 fense determines to be relevant to advancing the de-
7 fense research capacity of covered institutions.

8 (d) REPORTS.—

9     (1) INITIAL REPORT.—Not later than 180 days
10 after the date of the enactment of this Act, the Sec-
11 retary of Defense shall submit to the President and
12 the appropriate congressional committees an initial
13 report that includes—

14     (A) the findings of the study conducted
15     under subsection (a); and

16     (B) any recommendations that the Na-
17     tional Academies may have for action by the ex-
18     ecutive branch and Congress to improve the
19     participation of covered institutions in Depart-
20     ment of Defense research and any actions that
21     may be carried out to expand the research ca-
22     pacity of such institutions.

23     (2) FINAL REPORT.—Not later than December
24 31, 2021, the Secretary of Defense shall submit to
25 the President and the appropriate congressional

WASHSTATEC011319

219

1  committees a comprehensive report on the results of

2  the study required under subsection (a).

3  (3) FORM OF REPORTS.—Each report sub-

4  mitted under this subsection shall be made publicly

5  available.

6  (e) IMPLEMENTATION REQUIRED.—

7  (1) IN GENERAL.—Except as provided in para-

8  graph (2), not later than March 1, 2022, the Sec-

9  retary of Defense shall commence implementation of

10  each recommendation included in the final report

11  submitted under subsection (d)(2).

12  (2) EXCEPTIONS.—

13  (A) DELAYED IMPLEMENTATION.—The

14  Secretary of Defense may commence implemen-

15  tation of a recommendation described para-

16  graph (1) later than March 1, 2022, if—

17  (i) the Secretary submits to the con-

18  gressional defense committees written no-

19  tice of the intent of the Secretary to delay

20  implementation of the recommendation;

21  and

22  (ii) includes, as part of such notice, a

23  specific justification for the delay in imple-

24  menting the recommendation.

WASHSTATEC011320

G:\CMTE\AS\20\C\ASCR20.XML

220

1  (B) NONIMPLEMENTATION.—The Sec-
2  retary of Defense may elect not to implement a
3  recommendation described in paragraph (1),
4  if—

5  (i) the Secretary submits to the con-
6  gressional defense committees written no-
7  tice of the intent of the Secretary not to
8  implement the recommendation; and

9  (ii) includes, as part of such notice—

10  (I) the reasons for the Sec-
11  retary's decision not to implement the
12  recommendation; and

13  (II) a summary of alternative ac-
14  tions the Secretary will carry out to
15  address the purposes underlying the
16  recommendation.

17  (3) IMPLEMENTATION PLAN.—For each rec-
18  ommendation that the Secretary implements under
19  this subsection, the Secretary shall submit to the
20  congressional defense committees an implementation
21  plan that includes—

22  (A) a summary of actions that have been,
23  or will be, carried out to implement the rec-
24  ommendation; and

WASHSTATEC011321

   1        (B) a schedule, with specific milestones,

   2           for completing the implementation of the rec-

   3           ommendation.

   4    (f) LIST OF COVERED INSTITUTIONS.—The Sec-

   5  retary of Defense, in consultation with the Secretary of

   6  Education and the Presidents of the National Academies,

   7  shall make available a list identifying each covered institu-

   8  tion examined as part of the study under subsection (a).

   9  The list shall be made available on a publicly accessible

 10  website and shall be updated not less frequently than once

 11  annually until the date on which the final report is sub-

 12  mitted under subsection (d)(2).

 13    (g) DEFINITIONS.—In this section:

 14        (1) The term "appropriate congressional com-

 15      mittees" means—

 16           (A) the congressional defense committees;

 17           (B) the Committee on Health, Education,

 18      Labor, and Pensions of the Senate; and

 19           (C) the Committee on Education and

 20      Labor of the House of Representatives.

 21    (2) The term "covered institution" means—

 22           (A) a part B institution (as that term is

 23      defined in section 322(2) of the Higher Edu-

 24      cation Act of 1965 (20 U.S.C. 1061(2)); or

WASHSTATEC011322

222

1          (B) any other institution of higher edu-
2     cation (as that term is defined in section 101
3     of such Act (20 U.S.C. 1001)) at which not less
4     than 50 percent of the total student enrollment
5     consists of students from ethnic groups that are
6     underrepresented in the fields of science and
7     engineering.

**SEC. 263. STUDY ON NATIONAL SECURITY EMERGING BIO-**
8
9            **TECHNOLOGIES FOR THE DEPARTMENT OF**
10           **DEFENSE.**

11     (a) STUDY REQUIRED.—

12          (1) IN GENERAL.—Not later than 30 days after
13     the date of the enactment of this Act, the Secretary
14     of Defense shall direct the Defense Science Board to
15     carry out a study on emerging biotechnologies perti-
16     nent to national security.

17          (2) PARTICIPATION.—Participants in the study
18     shall include the following:

19          (A) Such members of the Board as the
20     Chairman of the Board considers appropriate
21     for the study.

22          (B) Such additional temporary members or
23     contracted support as the Secretary—

WASHSTATEC011323

223

1          (i) selects from those recommended by
2      the Chairman for purposes of the study;
3      and

4          (ii) considers to have significant tech-
5      nical, policy, or military expertise.

6      (3) ELEMENTS.—The study conducted pursu-
7  ant to paragraph (1) shall include the following:

8          (A) A review of the military understanding
9      and relevancy of applications of emerging bio-
10     technologies to national security requirements
11     of the Department of Defense, including—

12         (i) a review of all research and devel-
13     opment relating to emerging biotech-
14     nologies within the Department of Defense,
15     including areas that demand further pri-
16     ority and investment;

17         (ii) a review of interagency coopera-
18     tion and collaboration on research and de-
19     velopment relating to emerging biotech-
20     nologies between—

21             (I) the Department;

22             (II) other departments and agen-
23         cies in the Federal Government; and

24             (III) appropriate private sector
25         entities that are involved in research

WASHSTATEC011324

224

1 and development relating to emerging

2 biotechnologies;

3  (iii) an assessment of current bio-

4 technology research in the commercial sec-

5 tor, institutions of higher education, the

6 intelligence community, and civilian agen-

7 cies of the Federal Government relevant to

8 critical Department of Defense applications

9 of this research;

10  (iv) an assessment of the potential na-

11 tional security risks of emerging biotech-

12 nologies, including risks relating to foreign

13 powers advancing their use of emerging

14 biotechnologies for military applications

15 and other purposes faster than the Depart-

16 ment; and

17  (v) an assessment of the knowledge

18 base of the Department with respect to

19 emerging biotechnologies, including sci-

20 entific expertise and infrastructure in the

21 Department and the capacity of the De-

22 partment to integrate emerging biotech-

23 nologies into its operational concepts, capa-

24 bilities, and forces.

WASHSTATEC011325

225

1        (B) An assessment of the technical basis

2    within the Department used to inform the intel-

3    ligence community of the Department's collec-

4    tion and analysis needs relating to emerging

5    biotechnologies.

6        (C) Development of a recommendation on

7    a definition of emerging biotechnologies, as ap-

8    propriate for the Department.

9        (D) Development of such recommendations

10    as the Board may have for legislative or admin-

11    istrative action relating to national security

12    emerging biotechnologies for the Department.

13    (4) ACCESS TO INFORMATION.—The Secretary

14    shall provide the Board with timely access to appro-

15    priate information, data, resources, and analysis so

16    that the Board may conduct a thorough and inde-

17    pendent analysis as required under this section.

18    (5) REPORT.—(A) Not later than one year after

19    the date on which the Secretary directs the Board

20    to conduct the study pursuant to paragraph (1), the

21    Board shall transmit to the Secretary a final report

22    on the study.

23    (B) Not later than 30 days after the date on

24    which the Secretary receives the final report under

25    subparagraph (A), the Secretary shall submit to the

WASHSTATEC011326

1  congressional defense committees such report and
2  such comments as the Secretary considers appro-
3  priate.

4  (b) BRIEFING REQUIRED.—Not later than 90 days
5  after the date of the enactment of this Act, the Secretary
6  of Defense shall provide the congressional defense commit-
7  tees a briefing on potential national security risks of
8  emerging biotechnologies, including risks relating to for-
9  eign powers advancing their use of emerging biotech-
10  nologies for military applications and other purposes fast-
11  er than the Department.

12  **SEC. 264. INDEPENDENT STUDY ON OPTIMIZING RE-**
13  **SOURCES ALLOCATED TO COMBATING TER-**
14  **RORISM TECHNICAL SUPPORT OFFICE.**

15  (a) INDEPENDENT STUDY.—Not later than 30 days
16  after the date of the enactment of this Act, the Secretary
17  of Defense shall seek to enter into a contract with a feder-
18  ally funded research and development center under which
19  the center will conduct a study on the optimal use of re-
20  sources allocated to the Combating Terrorism Technical
21  Support Office.

22  (b) ELEMENTS OF STUDY.—In carrying out the
23  study referred to in subsection (a), the federally funded
24  research and development center with which the Secretary
25  enters into a contract under such subsection shall—

WASHSTATEC011327

1    (1) evaluate the current mission and organiza-
2  tion of the Combating Terrorism Technical Support
3  Office and its relation to the objectives outlined in
4  the National Defense Strategy;

5    (2) assess the extent to which the activities of
6  the Combating Terrorism Technical Support Office
7  are complementary to and coordinated with other
8  relevant activities by other Department of Defense
9  entities, including activities of the Under Secretary
10  of Defense for Research and Engineering, the Under
11  Secretary   of   Defense   for   Acquisition   and
12  Sustainment, United States Special Operations
13  Command, and the military departments; and

14    (3) identify opportunities to improve the effi-
15  ciency and effectiveness of the Combating Terrorism
16  Technical Support Office, including through in-
17  creased coordination, realignment, or consolidation
18  with other entities of the Department of Defense, if
19  appropriate.

20  (c) SUBMISSION TO DEPARTMENT OF DEFENSE.—
21  Not later than 180 days after the date of the enactment
22  of this Act, the federally funded research and development
23  center that conducts the study under subsection (a) shall
24  submit to the Secretary of Defense a report on the results
25  of the study in both classified and unclassified form.

WASHSTATEC011328

228

1    (d) SUBMISSION TO CONGRESS.—Not later than 30

2 days after the date on which the Secretary of Defense re-

3 ceives the report under subsection (c), the Secretary shall

4 submit to the congressional defense committees an

5 unaltered copy of the report in both classified and unclas-

6 sified form, and such comments as the Secretary may have

7 with respect to the report.

8 **SEC. 265. INDEPENDENT ASSESSMENT OF ELECTRONIC**

9         **WARFARE PLANS AND PROGRAMS.**

10    (a) ASSESSMENT.—Not later than 120 days after the

11 date of the enactment of this Act and pursuant to the ar-

12 rangement entered into under section 222, the Secretary

13 of Defense shall seek to engage the private scientific advi-

14 sory group known as "JASON" to carry out an inde-

15 pendent assessment of electronic warfare plans and pro-

16 grams.

17    (b) ELEMENTS.—In carrying out the assessment

18 under subsection (a), JASON shall—

19       (1) assess the strategies, programs, order of

20      battle, and doctrine of the Department of Defense

21      related to the electronic warfare mission area and

22      electromagnetic spectrum operations;

23       (2) assess the strategies, programs, order of

24      battle, and doctrine of potential adversaries, such as

WASHSTATEC011329

229

1 China, Iran, and the Russian Federation, related to

2 the such mission area and operations;

3     (3) develop recommendations for improvements

4 to the strategies, programs, and doctrine of the De-

5 partment of Defense in order to enable the United

6 States to achieve and maintain superiority in the

7 electromagnetic spectrum in future conflicts; and

8     (4) develop recommendations for the Secretary

9 of Defense, Congress, and such other Federal enti-

10 ties as JASON considers appropriate, including rec-

11 ommendations for—

12     (A) closing technical, policy, or resource

13 gaps;

14     (B) improving cooperation and appropriate

15 integration within the Department of Defense

16 entities;

17     (C) improving cooperation between the

18 United States and other countries and inter-

19 national organizations as appropriate; and

20     (D) such other important matters identi-

21 fied by JASON that are directly relevant to the

22 strategies of the Department of Defense de-

23 scribed in paragraph (3).

WASHSTATEC011330

1    (c) LIAISONS.—The Secretary of Defense shall ap-
2  point appropriate liaisons to JASON to support the timely
3  conduct of the services covered by this section.

4    (d) MATERIALS.—The Secretary of Defense shall
5  provide access to JASON to materials relevant to the serv-
6  ices covered by this section, consistent with the protection
7  of sources and methods and other critically sensitive infor-
8  mation.

9    (e) CLEARANCES.—The Secretary of Defense shall
10  ensure that appropriate members and staff of JASON
11  have the necessary clearances, obtained in an expedited
12  manner, to conduct the services covered by this section.

13    (f) REPORT.—Not later than October 1, 2020, the
14  Secretary of Defense shall submit to the congressional de-
15  fense committees a report on the results of the assessment
16  carried out under subsection (a), including—

17      (1) the results of the assessment with respect to
18      each element described in subsection (b);

19      (2) the recommendations developed by JASON
20      pursuant to such subsection.

21    (g) RELATIONSHIP TO OTHER LAW.—The assess-
22  ment required under subsection (a) is separate and inde-
23  pendent from the assessment described in section 255 of
24  the John S. McCain National Defense Authorization Act
25  for Fiscal Year 2019 (Public Law 115–232; 132 Stat.

WASHSTATEC011331

231

1   1705) and shall be carried out without regard to any

2   agreement entered into under that section or the results

3   of any assessment conducted pursuant to such agreement.

4   **SEC. 266. TECHNICAL CORRECTION TO GLOBAL RESEARCH**

5   **WATCH PROGRAM.**

6   Section 2365 of title 10, United States Code, is

7   amended—

8   (1) in subsections (a) and (d)(2), by striking

9   "Assistant Secretary of Defense for Research and

10   Engineering" both places it appears and inserting

11   "Under Secretary of Defense for Research and En-

12   gineering";

13   (2) in subsections (d)(3) and (e), by striking

14   "Assistant Secretary" both places it appears and in-

15   serting "Under Secretary of Defense for Research

16   and Engineering"; and

17   (3) in subsection (d), by striking "Assistant

18   Secretary" both places it appears and inserting

19   "Under Secretary".

# TITLE III—OPERATION AND MAINTENANCE

Subtitle A—Authorization of Appropriations

Sec. 301. Authorization of appropriations.

Subtitle B—Energy and Environment

Sec. 311. Timeline for Clearinghouse review of applications for energy projects
that may have an adverse impact on military operations and
readiness.

WASHSTATEC011332

232

Sec. 312. Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness.

Sec. 313. Use of proceeds from sale of recyclable materials.

Sec. 314. Disposal of recyclable materials.

Sec. 315. Department of Defense improvement of previously conveyed utility systems serving military installations.

Sec. 316. Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard.

Sec. 317. Use of operational energy cost savings of Department of Defense.

Sec. 318. Sale of electricity from alternate energy and cogeneration production facilities.

Sec. 319. Energy resilience programs and activities.

Sec. 320. Technical and grammatical corrections and repeal of obsolete provisions relating to energy.

Sec. 321. Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry.

Sec. 322. Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent.

Sec. 323. Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations.

Sec. 324. Prohibition on use of fluorinated aqueous film forming foam for training exercises.

Sec. 325. Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate.

Sec. 326. Development of extreme weather vulnerability and risk assessment tool.

Sec. 327. Removal of barriers that discourage investments to increase military installation resilience.

Sec. 328. Budgeting of Department of Defense relating to extreme weather.

Sec. 329. Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging.

Sec. 330. Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam.

Sec. 331. Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern.

Sec. 332. Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances.

Sec. 333. Plan to phase out use of burn pits.

Sec. 334. Information relating to locations of burn pit use.

Sec. 335. Data quality review of radium testing conducted at certain locations of the Department of the Navy.

Sec. 336. Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota.

Sec. 337. Pilot program for availability of working-capital funds for increased combat capability through energy optimization.

Sec. 338. Report on efforts to reduce high energy intensity at military installations.

Subtitle C—Treatment of Contaminated Water Near Military Installations

WASHSTATEC011333

233

Sec. 341. Short title.
Sec. 342. Definitions.
Sec. 343. Provision of water uncontaminated with perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes.
Sec. 344. Acquisition of real property by Air Force.
Sec. 345. Remediation plan.

Subtitle D—Logistics and Sustainment

Sec. 351. Materiel readiness metrics and objectives.
Sec. 352. Clarification of authority regarding use of working-capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities.
Sec. 353. Modification to limitation on length of overseas forward deployment of naval vessels.
Sec. 354. Extension of temporary installation reutilization authority for arsenals, depots, and plants.
Sec. 355. F–35 Joint Strike Fighter sustainment.
Sec. 356. Report on strategic policy for prepositioned materiel and equipment.
Sec. 357. Pilot program to train skilled technicians in critical shipbuilding skills.
Sec. 358. Requirement for military department inter-service depot maintenance.
Sec. 359. Strategy to improve infrastructure of certain depots of the Department of Defense.

Subtitle E—Reports

Sec. 361. Readiness reporting.
Sec. 362. Technical correction to deadline for transition to Defense Readiness Reporting System Strategic.
Sec. 363. Report on Navy ship depot maintenance budget.
Sec. 364. Report on Runit Dome.
Sec. 365. Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units.
Sec. 366. Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense.

Subtitle F—Other Matters

Sec. 371. Prevention of encroachment on military training routes and military operations areas.
Sec. 372. Expansion and enhancement of authorities on transfer and adoption of military animals.
Sec. 373. Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities.
Sec. 374. Extension of authority of Secretary of Transportation to issue non-premium aviation insurance.
Sec. 375. Defense personal property program.
Sec. 376. Public events about Red Hill Bulk Fuel Storage Facility.
Sec. 377. Sense of Congress regarding Innovative Readiness Training program.
Sec. 378. Detonation chambers for explosive ordnance disposal.

WASHSTATEC011334

234

# Subtitle A—Authorization of Appropriations

**SEC. 301. AUTHORIZATION OF APPROPRIATIONS.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4301.

# Subtitle B—Energy and Environment

**SEC. 311. TIMELINE FOR CLEARINGHOUSE REVIEW OF AP-PLICATIONS FOR ENERGY PROJECTS THAT MAY HAVE AN ADVERSE IMPACT ON MILI-TARY OPERATIONS AND READINESS.**

Section 183a(c)(1) of title 10, United States Code, is amended by striking "60 days" and inserting "75 days".

**SEC. 312. AUTHORITY TO ACCEPT CONTRIBUTIONS OF FUNDS FROM APPLICANTS FOR ENERGY PROJECTS FOR MITIGATION OF IMPACTS ON MILITARY OPERATIONS AND READINESS.**

Section 183a(f) of title 10, United States Code, is amended by striking "for a project filed with the Secretary

WASHSTATEC011335

1 of Transportation pursuant to section 44718 of title 49''

2 and inserting "for an energy project''.

### SEC. 313. USE OF PROCEEDS FROM SALE OF RECYCLABLE MATERIALS.

5     Section 2577(c) of title 10, United States Code, is

6 amended by striking "$2,000,000" and inserting

7 "$10,000,000".

### SEC. 314. DISPOSAL OF RECYCLABLE MATERIALS.

9     Section 2577(a) of title 10, United States Code, is

10 amended by adding at the end the following new para-

11 graph:

12     "(3) In this section, the term 'recyclable materials'

13 may include any quality recyclable material provided to

14 the Department by a State or local government entity, if

15 such material is authorized by the Office of the Secretary

16 of Defense and identified in the regulations prescribed

17 under paragraph (1).".

### SEC. 315. DEPARTMENT OF DEFENSE IMPROVEMENT OF PREVIOUSLY CONVEYED UTILITY SYSTEMS SERVING MILITARY INSTALLATIONS.

21     Section 2688 of title 10, United States Code, is

22 amended—

23     (1) by redesignating subsection (k) as sub-

24     section (l); and

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011336

236

1    (2) by inserting after subsection (j) the fol-
2    lowing new subsection (k):

3    "(k) IMPROVEMENT OF CONVEYED UTILITY SYS-
4    TEMS.—In the case of a utility system that is conveyed
5    under this section and that only provides utility services
6    to a military installation, the Secretary concerned may use
7    amounts authorized to be appropriated for military con-
8    struction to improve the reliability, resilience, efficiency,
9    physical security, or cybersecurity of the utility system.".

10   **SEC. 316. MODIFICATION OF DEPARTMENT OF DEFENSE**
11   **ENVIRONMENTAL RESTORATION AUTHORI-**
12   **TIES TO INCLUDE FEDERAL GOVERNMENT**
13   **FACILITIES USED BY NATIONAL GUARD.**

14   (a) IN GENERAL.—Section 2707 of title 10, United
15   States Code, is amended by adding at the end the fol-
16   lowing new subsection:

17   "(e) AUTHORITY FOR NATIONAL GUARD
18   PROJECTS.—Notwithstanding subsection (a) of this sec-
19   tion and section 2701(c)(1) of this title, the Secretary con-
20   cerned may use funds described in subsection (c) to carry
21   out an environmental restoration project at a facility in
22   response to perfluorooctanoic acid or perfluorooctane
23   sulfonate contamination under this chapter or
24   CERCLA.".

WASHSTATEC011337

237

1    (b) DEFINITION OF FACILITY.—Section 2700(2) of

2 such title is amended—

3        (1) by striking ''The terms'' and inserting ''(A)

4    The terms''; and

5        (2) by adding at the end the following new sub-

6    paragraph:

7        ''(B) The term 'facility' includes real property

8    that is owned by, leased to, or otherwise possessed

9    by the United States at locations at which military

10   activities are conducted under this title or title 32

11   (including real property owned or leased by the Fed-

12   eral Government that is licensed to and operated by

13   a State for training for the National Guard).''.

14   (c) INCLUSION OF POLLUTANTS AND CONTAMINANTS

15 IN ENVIRONMENTAL RESPONSE ACTIONS.—Section

16 2701(c) of such title is amended by inserting ''or pollut-

17 ants or contaminants'' after ''hazardous substances'' each

18 place it appears.

19   (d) SAVINGS CLAUSE.—Nothing in this section, or

20 the amendments made by this section, shall affect any re-

21 quirement or authority under the Comprehensive Environ-

22 mental Response, Compensation, and Liability Act of

23 1980 (42 U.S.C. 9601 et seq.).

WASHSTATEC011338

238

1   **SEC. 317. USE OF OPERATIONAL ENERGY COST SAVINGS OF**

2           **DEPARTMENT OF DEFENSE.**

3       Section 2912 of title 10, United States Code, is

4   amended—

5           (1) in subsection (a), by striking "subsection

6       (b)" and inserting "subsection (b) or (c), as the case

7       may be,";

8           (2) in subsection (b), in the matter preceding

9       paragraph (1), by striking "The Secretary of De-

10      fense" and inserting "Except as provided in sub-

11      section (c) with respect to operational energy cost

12      savings, the Secretary of Defense";

13          (3) by redesignating subsection (c) as sub-

14      section (d); and

15          (4) by inserting after subsection (b) the fol-

16      lowing new subsection (c):

17  "(c) USE OF OPERATIONAL ENERGY COST SAV-

18  INGS.—The amount that remains available for obligation

19  under subsection (a) that relates to operational energy

20  cost savings realized by the Department shall be used for

21  the implementation of additional operational energy resil-

22  ience, efficiencies, mission assurance, energy conservation,

23  or energy security within the department, agency, or in-

24  strumentality that realized that savings.".

WASHSTATEC011339

239

**SEC. 318. SALE OF ELECTRICITY FROM ALTERNATE EN-**
1

2    **ERGY AND COGENERATION PRODUCTION FA-**

3    **CILITIES.**

4    Section 2916(b)(3)(B) of title 10, United States

5  Code, is amended—

6        (1) by striking ''shall be available'' and all that

7    follows and inserting ''shall be provided directly to

8    the commander of the military installation in which

9    the geothermal energy resource is located to be used

10   for—''; and

11       (2) by adding at the end the following new

12   clauses:

13           ''(i) military construction projects de-

14       scribed in paragraph (2) that benefit the mili-

15       tary installation where the geothermal energy

16       resource is located; or

17           ''(ii) energy or water security projects

18       that—

19               ''(I) benefit the military installation

20           where the geothermal energy resource is lo-

21           cated;

22               ''(II) the commander of the military

23           installation determines are necessary; and

24               ''(III) are directly coordinated with

25           local area energy or groundwater governing

26           authorities.''.

WASHSTATEC011340

240

### SEC. 319. ENERGY RESILIENCE PROGRAMS AND ACTIVI-TIES.

(a) MODIFICATION OF ANNUAL ENERGY MANAGE-MENT AND RESILIENCE REPORT.—Section 2925(a) of title 10, United States Code, is amended—

(1) in the subsection heading, by inserting "AND READINESS" after "MISSION ASSURANCE";

(2) in the matter preceding paragraph (1), by inserting "The Secretary shall ensure that mission operators of critical facilities provide to personnel of military installations any information necessary for the completion of such report." after "by the Secretary.";

(3) in paragraph (4), in the matter preceding subparagraph (A), by striking "megawatts" and inserting "electric and thermal loads"; and

(4) in paragraph (5), by striking "megawatts" and inserting "electric and thermal loads".

(b) FUNDING FOR ENERGY PROGRAM OFFICES.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretaries of the military departments shall submit to the congressional defense committees a report stating whether the program offices specified in paragraph (2) are funded—

WASHSTATEC011341

241

1        (A) at proper levels to ensure that the en-

2 ergy resilience requirements of the Department

3 of Defense are met; and

4        (B) at levels that are not less than in any

5 previous fiscal year.

6   (2) PROGRAM OFFICES SPECIFIED.—The pro-

7 gram offices specified in this paragraph are the fol-

8 lowing:

9        (A) The Power Reliability Enhancement

10 Program of the Army.

11        (B) The Office of Energy Initiatives of the

12 Army.

13        (C) The Office of Energy Assurance of the

14 Air Force.

15        (D) The Resilient Energy Program Office

16 of the Navy.

17   (3) FUNDING PLAN.—

18        (A) IN GENERAL.—The Secretaries of the

19 military departments shall include in the report

20 submitted under paragraph (1) a funding plan

21 for the next five fiscal years beginning after the

22 date of the enactment of this Act to ensure that

23 funding levels are, at a minimum, maintained

24 during that period.

WASHSTATEC011342

242

(B) ELEMENTS.—The funding plan under subparagraph (A) shall include, for each fiscal year covered by the plan, an identification of the amounts to be used for the accomplishment of energy resilience goals and objectives.

(c) ESTABLISHMENT OF TARGETS FOR WATER USE.—The Secretary of Defense shall, where life-cycle cost-effective, improve water use efficiency and management by the Department of Defense, including storm water management, by—

(1) installing water meters and collecting and using water balance data of buildings and facilities to improve water conservation and management;

(2) reducing industrial, landscaping, and agricultural water consumption in gallons by two percent annually through fiscal year 2030 relative to a baseline of such consumption by the Department in fiscal year 2010; and

(3) installing appropriate sustainable infrastructure features on installations of the Department to help with storm water and wastewater management.

WASHSTATEC011343

243

1 **SEC. 320. TECHNICAL AND GRAMMATICAL CORRECTIONS**
2 **AND REPEAL OF OBSOLETE PROVISIONS RE-**
3 **LATING TO ENERGY.**

4 (a) TECHNICAL AND GRAMMATICAL CORRECTIONS.—

5 (1) TECHNICAL CORRECTIONS.—Title 10,
6 United States Code, is amended—

7 (A) in section 2913(c), by striking "gov-
8 ernment" and inserting "government or"; and

9 (B) in section 2926(d)(1), in the second
10 sentence, by striking "Defense Agencies" and
11 inserting "the Defense Agencies".

12 (2) GRAMMATICAL CORRECTIONS.—Such title is
13 further amended—

14 (A) in section 2922a(d), by striking "resil-
15 ience are prioritized and included" and insert-
16 ing "energy resilience are included as critical
17 factors"; and

18 (B) in section 2925(a)(3), by striking "im-
19 pacting energy" and all that follows through
20 the period at the end and inserting "degrading
21 energy resilience at military installations (ex-
22 cluding planned outages for maintenance rea-
23 sons), whether caused by on- or off-installation
24 disruptions, including the total number of out-
25 ages and their locations, the duration of each
26 outage, the financial effect of each outage,

WASHSTATEC011344

244

1  whether or not the mission was affected, the
2  downtimes (in minutes or hours) the mission
3  can afford based on mission requirements and
4  risk tolerances, the responsible authority man-
5  aging the utility, and measures taken to miti-
6  gate the outage by the responsible authority.''.

7 (b) CLARIFICATION OF APPLICABILITY OF CON-
8 FLICTING AMENDMENTS MADE BY 2018 DEFENSE AU-
9 THORIZATION ACT.—Section 2911(e) of such title is
10 amended—

11  (1) by striking paragraphs (1) and (2) and in-
12 serting the following new paragraphs:

13  ''(1) Opportunities to reduce the current rate of
14 consumption of energy, the future demand for en-
15 ergy, and the requirement for the use of energy.

16  ''(2) Opportunities to enhance energy resilience
17 to ensure the Department of Defense has the ability
18 to prepare for and recover from energy disruptions
19 that affect mission assurance on military installa-
20 tions.''; and

21  (2) by striking the second paragraph (13).

22 (c) CONFORMING AND CLERICAL AMENDMENTS.—

23  (1) HEADING AMENDMENT.—The heading of
24 section 2926 of such title is amended to read as fol-
25 lows:

WASHSTATEC011345

245

1 **"§ 2926. Operational energy".**

2     (2) CLERICAL AMENDMENT.—The table of sec-

3 tions at the beginning of chapter 173 of such title

4 is amended by striking the item relating to section

5 2926 and inserting the following new item:

"2926. Operational energy.".

6 **SEC. 321. TRANSFER AUTHORITY FOR FUNDING OF STUDY**

7 **AND ASSESSMENT ON HEALTH IMPLICATIONS**

8 **OF PER- AND POLYFLUOROALKYL SUB-**

9 **STANCES CONTAMINATION IN DRINKING**

10 **WATER BY AGENCY FOR TOXIC SUBSTANCES**

11 **AND DISEASE REGISTRY.**

12     Section 316(a)(2)(B)(ii) of the National Defense Au-

13 thorization Act for Fiscal Year 2018 (Public Law 115–

14 91; 131 Stat. 1350), as amended by section 315(a) of the

15 John S. McCain National Defense Authorization Act for

16 Fiscal Year 2019 (Public Law 115–232), is amended by

17 striking "2019 and 2020" and inserting "2019, 2020, and

18 2021".

19 **SEC. 322. REPLACEMENT OF FLUORINATED AQUEOUS**

20 **FILM-FORMING FOAM WITH FLUORINE-FREE**

21 **FIRE-FIGHTING AGENT.**

22     (a) USE OF FLUORINE-FREE FOAM AT MILITARY IN-

23 STALLATIONS.—

24     (1) MILITARY SPECIFICATION.—Not later than

25 January 31, 2023, the Secretary of the Navy shall

WASHSTATEC011346

246

1     publish a military specification for a fluorine-free

2     fire-fighting agent for use at all military installa-

3     tions and ensure that such agent is available for use

4     by not later than October 1, 2023.

5         (2) REPORT TO CONGRESS.—Concurrent with

6     publication of the military specification under para-

7     graph (1), the Secretary of Defense shall submit to

8     the congressional defense committees a report con-

9     taining a detailed plan for implementing the transi-

10    tion to a fluorine-free fire-fighting agent by not later

11    than October 1, 2023. The report shall include—

12            (A) a detailed description of the progress

13        of the Department of Defense to identify a fluo-

14        rine-free fire-fighting agent for use as a re-

15        placement fire-fighting agent at military instal-

16        lations;

17            (B) a description of any technology and

18        equipment required to implement the replace-

19        ment fire-fighting agent;

20            (C) funding requirements, by fiscal year, to

21        implement the replacement fire-fighting agent,

22        including funding for the procurement of a re-

23        placement fire-fighting agent, required equip-

24        ment, and infrastructure improvements;

WASHSTATEC011347

247

1        (D) a detailed timeline of remaining re-
2     quired actions to implement such replacement.

3     (b) LIMITATION.—No amount authorized to be ap-
4 propriated or otherwise made available for the Depart-
5 ment of Defense may be obligated or expended after Octo-
6 ber 1, 2023, to procure fire-fighting foam that contains
7 in excess of one part per billion of perfluoroalkyl sub-
8 stances and polyfluoroalkyl substances.

9     (c) PROHIBITION ON USE.—Fluorinated aqueous
10 film-forming foam may not be used at any military instal-
11 lation on or after the earlier of the following dates:

12        (1) October 1, 2024.

13        (2) The date on which the Secretary determines
14     that compliance with the prohibition under this sub-
15     section is possible.

16     (d) EXEMPTION FOR SHIPBOARD USE.—Subsections
17 (b) and (c) shall not apply to firefighting foam for use
18 solely onboard ocean-going vessels.

19     (e) WAIVER.—

20        (1) IN GENERAL.—Subject to the limitations
21     under paragraph (2), the Secretary of Defense may
22     waive the prohibition under subsection (c) with re-
23     spect to the use of fluorinated aqueous film-forming
24     foam, if, by not later than 60 days prior to issuing
25     the waiver, the Secretary—

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011348

248

1　　　　　　　(A) provides to the congressional defense

2　　　　committees a briefing on the basis for the waiv-

3　　　　er and the progress to develop and field a fluo-

4　　　　rine-free fire-fighting agent that meets the mili-

5　　　　tary specifications issued pursuant to sub-

6　　　　section (a), which includes—

7　　　　　　　(i) detailed data on the progress made

8　　　　　　to identify a replacement fluorine-free fire-

9　　　　　　fighting agent;

10　　　　　　　(ii) a description of the range of tech-

11　　　　　nology and equipment-based solutions ana-

12　　　　　lyzed to implement replacement;

13　　　　　　　(iii) a description of the funding, by

14　　　　　fiscal year, applied towards research, devel-

15　　　　　opment, test, and evaluation of replace-

16　　　　　ment firefighting agents and equipment-

17　　　　　based solutions;

18　　　　　　　(iv) a description of any completed

19　　　　　and projected infrastructure changes;

20　　　　　　　(v) a description of acquisition actions

21　　　　　made in support of developing and fielding

22　　　　　the fluorine-free fire-fighting agent;

23　　　　　　　(vi) an updated timeline for the com-

24　　　　　pletion of the transition to use of the fluo-

25　　　　　rine-free fire-fighting agent; and

WASHSTATEC011349

249

1　　　　　(vii) a list of the categories of installa-
2　　　tion infrastructure or specific mobile fire-
3　　　fighting equipment sets that require the
4　　　waiver along with the justification;
5　　　(B) submits to the congressional defense
6　　committees certification in writing, that—
7　　　　　(i) the waiver is necessary for either
8　　　installation infrastructure, mobile fire-
9　　　fighting equipment, or both;
10　　　　　(ii) the waiver is necessary for the
11　　　protection of life and safety;
12　　　　　(iii) no agent or equipment solutions
13　　　are available that meet the military specific
14　　　issued pursuant to subsection (a);
15　　　　　(iv) the military specification issued
16　　　pursuant to subsection (a) is still valid and
17　　　does not require revision; and
18　　　　　(v) includes details of the measures in
19　　　place to minimize the release of and expo-
20　　　sure to fluorinated compounds in
21　　　fluorinated aqueous film-forming foam;
22　　　and
23　　　(C) provides for public notice of the waiv-
24　　er.

WASHSTATEC011350

250

1    (2) LIMITATION.—The following limitations
2 apply to a waiver issued under this subsection:

3        (A) Such a waiver shall apply for a period
4      that does not exceed one year.

5        (B) The Secretary may extend such a
6      waiver once for an additional period that does
7      not exceed one year, if the requirements under
8      paragraph (1) are met as of the date of the ex-
9      tension of the waiver.

10       (C) The authority to grant a waiver under
11     this subsection may not be delegated below the
12     level of the Secretary of Defense.

13   (f) DEFINITIONS.—In this section:

14   (1) The term "perfluoroalkyl substances"
15 means aliphatic substances for which all of the H
16 atoms attached to C atoms in the nonfluorinated
17 substance from which they are notionally derived
18 have been replaced by F atoms, except those H
19 atoms whose substitution would modify the nature of
20 any functional groups present.

21   (2) The term "polyfluoroalkyl substances"
22 means aliphatic substances for which all H atoms
23 attached to at least one (but not all) C atoms have
24 been replaced by F atoms, in such a manner that

WASHSTATEC011351

251

1    they contain the perfluoroalkyl moiety CnF2n+1\_\_

2    (for example, C8F17CH2CH2OH).

**SEC. 323. PROHIBITION OF UNCONTROLLED RELEASE OF FLUORINATED AQUEOUS FILM-FORMING FOAM AT MILITARY INSTALLATIONS.**

6    (a) PROHIBITION.—Except as provided by subsection

7    (b), the Secretary of Defense shall prohibit the uncon-

8    trolled release of fluorinated aqueous film-forming foam

9    (hereinafter in this section referred to as "AFFF") at

10    military installations.

11    (b) EXCEPTIONS.—Notwithstanding subsection (a),

12    fluorinated AFFF may be released at military installa-

13    tions as follows:

14        (1) AFFF may be released for purposes of an

15        emergency response.

16        (2) A non-emergency release of AFFF may be

17        made for the purposes of testing of equipment or

18        training of personnel, if complete containment, cap-

19        ture, and proper disposal mechanisms are in place to

20        ensure no AFFF is released into the environment.

WASHSTATEC011352

252

1  **SEC. 324. PROHIBITION ON USE OF FLUORINATED AQUE-**

2  **OUS FILM FORMING FOAM FOR TRAINING EX-**

3  **ERCISES.**

4  The Secretary of Defense shall prohibit the use of

5  fluorinated aqueous film forming foam for training exer-

6  cises at military installations.

7  **SEC. 325. REAL-TIME SOUND-MONITORING AT NAVY IN-**

8  **STALLATIONS WHERE TACTICAL FIGHTER**

9  **AIRCRAFT OPERATE.**

10  (a) MONITORING.—The Secretary of the Navy shall

11  conduct real-time sound-monitoring at no fewer than two

12  Navy installations and their associated outlying landing

13  fields on the west coast of the United States where Navy

14  combat coded F/A–18, E/A–18G, or F–35 aircraft are

15  based and operate and noise contours have been developed

16  through noise modeling. Sound monitoring under such

17  study shall be conducted—

18      (1) during times of high, medium, and low ac-

19      tivity over the course of a 12-month period; and

20      (2) along and in the vicinity of flight paths used

21      to approach and depart the selected installations and

22      their outlying landing fields.

23  (b) PLAN FOR ADDITIONAL MONITORING.—Not later

24  than 90 days after the date of the enactment of this Act,

25  the Secretary of the Navy shall submit to the congres-

26  sional defense committees a plan for real-time sound moni-

WASHSTATEC011353

253

1    toring described in subsection (a) in the vicinity of train-
2    ing areas predominantly overflown by tactical fighter air-
3    craft from the selected installations and outlying landing
4    fields, including training areas that consist of real prop-
5    erty administered by the Federal Government (including
6    Department of Defense, Department of Interior, and De-
7    partment of Agriculture), State and local governments,
8    and privately owned land with the permission of the
9    owner.

10    (c) REPORT REQUIRED.—Not later than December
11    1, 2020, the Secretary of the Navy shall submit to the
12    congressional defense committees a report on the moni-
13    toring required under subsection (a). Such report shall in-
14    clude—

15        (1) the results of such monitoring;

16        (2) a comparison of such monitoring and the
17        noise contours previously developed with the analysis
18        and modeling methods previously used;

19        (3) an overview of any changes to the analysis
20        and modeling process that have been made or are
21        being considered as a result of the findings of such
22        monitoring; and

23        (4) any other matters that the Secretary deter-
24        mines appropriate.

WASHSTATEC011354

254

1    (d) Public Availability of Monitoring Re-

2 sults.—The Secretary shall make the results of the moni-

3 toring required under subsection (a) publicly available on

4 a website of the Department of Defense.

**5 SEC. 326. DEVELOPMENT OF EXTREME WEATHER VULNER-**

**6              ABILITY AND RISK ASSESSMENT TOOL.**

7    (a) In General.—The Secretary of Defense shall

8 consult with the entities described in subsection (b) to de-

9 termine whether an existing climate vulnerability and risk

10 assessment tool is available or can be adapted to be used

11 to quantify the risks associated with extreme weather

12 events and the impact of such events on networks, sys-

13 tems, installations, facilities, and other assets to inform

14 mitigation planning and infrastructure development.

15    (b) Consultation.—In determining the availability

16 of an appropriate tool to use or adapt for use under sub-

17 section (a), the Secretary shall consult with the Adminis-

18 trator of the Environmental Protection Agency, the Sec-

19 retary of Energy, the Secretary of the Interior, the Admin-

20 istrator of the National Oceanic and Atmospheric Admin-

21 istration, the Administrator of the Federal Emergency

22 Management Agency, the Commander of the Army Corps

23 of Engineers, the Administrator of the National Aero-

24 nautics and Space Administration, a federally funded re-

25 search and development center, and the heads of such

WASHSTATEC011355

255

1 other relevant Federal agencies as the Secretary of De-
2 fense determines appropriate.

3    (c) BEST AVAILABLE SCIENCE.—Before choosing a
4 tool for use or adaptation for use under subsection (a),
5 the Secretary shall obtain from a federally funded research
6 and development center with which the Secretary has con-
7 sulted under subsection (b) a certification in writing that
8 the tool relies on the best publicly available science for
9 the prediction of extreme weather risk and effective miti-
10 gation of that risk.

11    (d) REPORT.—Not later than one year after the date
12 of the enactment of this Act, the Secretary shall submit
13 to the congressional defense committees a report on the
14 implementation of this section. Such report shall include—

15        (1) in the case that a tool has been chosen
16    under subsection (a) before the date of the submittal
17    of the report, a description of the tool and how such
18    tool will be used by the Department; or

19        (2) in the case that the Secretary determines
20    that no available tool meets the requirements of the
21    Department as described in subsection (a) or is
22    readily adaptable for use, a plan for the development
23    of such a tool, including the estimated cost and
24    timeframe for development of such a tool.

WASHSTATEC011356

256

**SEC. 327. REMOVAL OF BARRIERS THAT DISCOURAGE IN-VESTMENTS TO INCREASE MILITARY INSTAL-LATION RESILIENCE.**

(a) IN GENERAL.—The Secretary of Defense shall—

(1) identify and seek to remove barriers that discourage investments to increase military installation resilience;

(2) reform policies and programs that unintentionally increased the vulnerability of systems to related extreme weather events; and

(3) develop, and update at least once every four years, an adaptation plan to assess how climate impacts affected the ability of the Department of Defense to accomplish its mission, and the short-and long- term actions the Department can take to ensure military installation resilience.

(b) MILITARY INSTALLATION RESILIENCE.—In this section, the term "military installation resilience" has the meaning given such term in section 101(e)(8) of title 10, United States Code.

**SEC. 328. BUDGETING OF DEPARTMENT OF DEFENSE RE-LATING TO EXTREME WEATHER.**

(a) IN GENERAL.—The Secretary of Defense shall include in the annual budget submission of the President under section 1105(a) of title 31, United States Code—

WASHSTATEC011357

1    (1) a dedicated budget line item for adaptation
2    to, and mitigation of, effects of extreme weather on
3    military networks, systems, installations, facilities,
4    and other assets and capabilities of the Department
5    of Defense; and

6    (2) an estimate of the anticipated adverse im-
7    pacts to the readiness of the Department and the fi-
8    nancial costs to the Department during the year cov-
9    ered by the budget of the loss of, or damage to, mili-
10   tary networks, systems, installations, facilities, and
11   other assets and capabilities of the Department, in-
12   cluding loss of or obstructed access to training
13   ranges, as a result extreme weather events.

14   (b) DISAGGREGATION OF IMPACTS AND COSTS.—The
15   estimate under subsection (a)(2) shall set forth the ad-
16   verse readiness impacts and financial costs under that
17   subsection by military department, Defense Agency, and
18   other component or element of the Department.

19   (c) EXTREME WEATHER DEFINED.—In this section,
20   the term ''extreme weather'' means recurrent flooding,
21   drought, desertification, wildfires, and thawing perma-
22   frost.

WASHSTATEC011358

258

1 **SEC. 329. PROHIBITION ON PERFLUOROALKYL SUB-**
2 **STANCES AND POLYFLUOROALKYL SUB-**
3 **STANCES IN MEALS READY-TO-EAT FOOD**
4 **PACKAGING.**

5    (a) PROHIBITION.—Not later than October 1, 2021,
6 the Director of the Defense Logistics Agency shall ensure
7 that any food contact substances that are used to assemble
8 and package meals ready-to-eat (MREs) procured by the
9 Defense Logistics Agency do not contain any
10 perfluoroalkyl substances or polyfluoroalkyl substances.

11    (b) DEFINITIONS.—In this section:

12        (1) PERFLUOROALKYL SUBSTANCE.—The term
13    ''perfluoroalkyl substance'' means a man-made
14    chemical of which all of the carbon atoms are fully
15    fluorinated carbon atoms.

16        (2) POLYFLUOROALKYL SUBSTANCE.—The
17    term ''polyfluoroalkyl substance'' means a man-made
18    chemical containing a mix of fully fluorinated carbon
19    atoms, partially fluorinated carbon atoms, and
20    nonfluorinated carbon atoms.

21 **SEC. 330. DISPOSAL OF MATERIALS CONTAINING PER- AND**
22 **POLYFLUOROALKYL SUBSTANCES OR AQUE-**
23 **OUS FILM-FORMING FOAM.**

24    (a) IN GENERAL.—The Secretary of Defense shall
25 ensure that when materials containing per- and
26 polyfluoroalkyl substances (referred to in this section as

WASHSTATEC011359

259

1 ''PFAS'') or aqueous film forming foam (referred to in

2 this section as ''AFFF'') are disposed—

3     (1) all incineration is conducted at a tempera-

4 ture range adequate to break down PFAS chemicals

5 while also ensuring the maximum degree of reduc-

6 tion in emission of PFAS, including elimination of

7 such emissions where achievable;

8     (2) all incineration is conducted in accordance

9 with the requirements of the Clean Air Act (42 USC

10 7401 et seq.), including controlling hydrogen fluo-

11 ride;

12     (3) any materials containing PFAS that are

13 designated for disposal are stored in accordance with

14 the requirement under part 264 of title 40, Code of

15 Federal Regulations; and

16     (4) all incineration is conducted at a facility

17 that has been permitted to receive waste regulated

18 under subtitle C of the Solid Waste Disposal Act (42

19 USC 6921 et seq.).

20 (b) SCOPE OF APPLICATION.—The requirements in

21 subsection (a) only apply to all legacy AFFF formulations

22 containing PFAS, materials contaminated by AFFF re-

23 lease, and spent filters or other PFAS contaminated mate-

24 rials resulting from site remediation or water filtration

25 that—

WASHSTATEC011360

260

1       (1) have been used by the Department of De-
2   fense or a military department; or

3       (2) are being discarded for disposal by means
4   of incineration by the Department of Defense or a
5   military department; or

6       (3) are being removed from sites or facilities
7   owned or operated by the Department of Defense.

## SEC. 331. AGREEMENTS TO SHARE MONITORING DATA RE-LATING TO PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES AND OTHER CONTAMINANTS OF CONCERN.

12      (a) IN GENERAL.—The Secretary of Defense shall
13  seek to enter into agreements with municipalities or mu-
14  nicipal drinking water utilities located adjacent to military
15  installations under which both the Secretary and the mu-
16  nicipalities and utilities would share monitoring data relat-
17  ing to perfluoroalkyl substances, polyfluoroalkyl sub-
18  stances, and other emerging contaminants of concern col-
19  lected at the military installation.

20      (b) PUBLICLY AVAILABLE WEBSITE.—The Secretary
21  of Defense shall maintain a publicly available website that
22  provides a clearinghouse for information about the expo-
23  sure of members of the Armed Forces, their families, and
24  their communities to per- and polyfluoroalkyl substances.
25  The information provided on the website shall include in-

WASHSTATEC011361

261

1 formation on testing, clean-up, and recommended avail-

2 able treatment methodologies.

3 　(c) PUBLIC COMMUNICATION.—An agreement under

4 subsection (a) does not negate the responsibility of the

5 Secretary to communicate with the public about drinking

6 water contamination from perfluoroalkyl substances,

7 polyfluoroalkyl substances, and other contaminants.

8 　(d) MILITARY INSTALLATION DEFINED.—In this sec-

9 tion, the term "military installation" has the meaning

10 given that term in section 2801(c) of title 10, United

11 States Code.

**12 SEC. 332. COOPERATIVE AGREEMENTS WITH STATES TO**

**13 　　　　ADDRESS CONTAMINATION BY**

**14 　　　　PERFLUOROALKYL AND POLYFLUOROALKYL**

**15 　　　　SUBSTANCES.**

16 　(a) COOPERATIVE AGREEMENTS.—

17 　　(1) IN GENERAL.—Upon request from the Gov-

18 　　ernor or chief executive of a State, the Secretary of

19 　　Defense shall work expeditiously, pursuant to section

20 　　2701(d) of title 10, United States Code, to finalize

21 　　a cooperative agreement, or amend an existing coop-

22 　　erative agreement to address testing, monitoring, re-

23 　　moval, and remedial actions relating to the contami-

24 　　nation or suspected contamination of drinking, sur-

25 　　face, or ground water from PFAS originating from

WASHSTATEC011362

262

1     activities of the Department of Defense by providing
2     the mechanism and funding for the expedited review
3     and approval of documents of the Department re-
4     lated to PFAS investigations and remedial actions
5     from an active or decommissioned military installa-
6     tion, including a facility of the National Guard.

7     (2) MINIMUM STANDARDS.—A cooperative
8     agreement finalized or amended under paragraph
9     (1) shall meet or exceed the most stringent of the
10     following standards for PFAS in any environmental
11     media:

12     (A) An enforceable State standard, in ef-
13     fect in that State, for drinking, surface, or
14     ground water, as described in section
15     121(d)(2)(A)(ii) of the Comprehensive Environ-
16     mental Response, Compensation, and Liability
17     Act of 1980 (42 U.S.C. 9621(d)(2)(A)(ii)).

18     (B) An enforceable Federal standard for
19     drinking, surface, or ground water, as described
20     in section 121(d)(2)(A)(i) of the Comprehensive
21     Environmental Response, Compensation, and
22     Liability Act of 1980 (42 U.S.C.
23     9621(d)(2)(A)(i)).

WASHSTATEC011363

263

1          (C) A health advisory under section
2     1412(b)(1)(F) of the Safe Drinking Water Act
3     (42 U.S.C. 300g–1(b)(1)(F)).

4     (3) OTHER AUTHORITY.—In addition to the re-
5   quirements for a cooperative agreement under para-
6   graph (1), when otherwise authorized to expend
7   funds for the purpose of addressing ground or sur-
8   face water contaminated by a perfluorinated com-
9   pound, the Secretary of Defense may, to expend
10  those funds, enter into a grant agreement, coopera-
11  tive agreement, or contract with—

12          (A) the local water authority with jurisdic-
13      tion over the contamination site, including—

14              (i) a public water system (as defined
15          in section 1401 of the Safe Drinking
16          Water Act (42 U.S.C. 300f)); and

17              (ii) a publicly owned treatment works
18          (as defined in section 212 of the Federal
19          Water Pollution Control Act (33 U.S.C.
20          1292)); or

21          (B) a State, local, or Tribal government.

22  (b) REPORT.—Beginning on February 1, 2020, if a
23  cooperative agreement is not finalized or amended under
24  subsection (a) within one year after the request from the
25  Governor or chief executive under that subsection, and an-

WASHSTATEC011364

264

1  nually thereafter, the Secretary of Defense shall submit
2  to the appropriate committees and Members of Congress
3  a report—

4      (1) explaining why the agreement has not been
5  finalized or amended, as the case may be; and

6      (2) setting forth a projected timeline for final-
7  izing or amending the agreement.

8  (c) DEFINITIONS.—In this section:

9      (1) APPROPRIATE COMMITTEES AND MEMBERS
10  OF CONGRESS.—The term "appropriate committees
11  and Members of Congress" means—

12          (A) the congressional defense committees;

13          (B) the Senators who represent a State
14      impacted by PFAS contamination described in
15      subsection (a)(1); and

16          (C) the Members of the House of Rep-
17      resentatives who represent a district impacted
18      by such contamination.

19      (2) FULLY FLUORINATED CARBON ATOM.—The
20  term "fully fluorinated carbon atom" means a car-
21  bon atom on which all the hydrogen substituents
22  have been replaced by fluorine.

23      (3) PFAS.—The term "PFAS" means
24  perfluoroalkyl and polyfluoroalkyl substances that

WASHSTATEC011365

265

1    are man-made chemicals with at least one fully

2    fluorinated carbon atom.

3        (4) STATE.—The term ''State'' has the mean-

4    ing given the term in section 101 of the Comprehen-

5    sive Environmental Response, Compensation, and

6    Liability Act of 1980 (42 U.S.C. 9601).

**7  SEC. 333. PLAN TO PHASE OUT USE OF BURN PITS.**

8    Not later than one year after the date of the enact-

9  ment of this Act, the Secretary of Defense shall submit

10  to the congressional defense committees a plan to phase

11  out the use of the burn pits identified in the Department

12  of Defense Open Burn Pit Report to Congress dated April

13  2019.

**14  SEC. 334. INFORMATION RELATING TO LOCATIONS OF**

**15          BURN PIT USE.**

16    The Secretary of Defense shall provide to the Sec-

17  retary of Veterans Affairs and to Congress a list of all

18  locations where open-air burn pits have been used by the

19  Secretary of Defense, for the purposes of augmenting the

20  research, healthcare delivery, disability compensation, and

21  other activities of the Secretary of Veterans Affairs.

WASHSTATEC011366

266

1 **SEC. 335. DATA QUALITY REVIEW OF RADIUM TESTING**

2    **CONDUCTED AT CERTAIN LOCATIONS OF THE**

3    **DEPARTMENT OF THE NAVY.**

4  (a) REVIEW OF RADIUM TESTING.—Except as pro-

5 vided in subsection (b), the Secretary of the Navy shall

6 provide for an independent third-party data quality review

7 of all radium testing completed by contractors of the De-

8 partment of the Navy at a covered location.

9  (b) EXCEPTION.—In the case of a covered location

10 for which an independent third-party data quality review

11 of all radium testing completed by contractors of the De-

12 partment has been conducted prior to the date of the en-

13 actment of this Act, the requirement under subsection (a)

14 shall not apply if the Secretary of the Navy submits to

15 the congressional defense committees a report con-

16 taining—

17   (1) a certification that such review has been

18   conducted for such covered location; and

19   (2) a description of the results of such review.

20  (c) COVERED LOCATION DEFINED.—In this section,

21 the term ''covered location'' means any of the following:

22   (1) Naval Weapons Industrial Reserve Plant,

23   Bethpage, New York.

24   (2) Hunter's Point Naval Shipyard, San Fran-

25   cisco, California.

WASHSTATEC011367

**SEC. 336. REIMBURSEMENT OF ENVIRONMENTAL PROTEC-**
**TION AGENCY FOR CERTAIN COSTS IN CON-**
**NECTION WITH THE TWIN CITIES ARMY AM-**
**MUNITION PLANT, MINNESOTA.**

(a) TRANSFER AMOUNT.—Notwithstanding section 2215 of title 10, United States Code, the Secretary of Defense may transfer to the Administrator of the Environmental Protection Agency—

(1) in fiscal year 2020, not more than $890,790; and

(2) in each of fiscal years 2021 through 2026, not more than $150,000.

(b) PURPOSE OF REIMBURSEMENT.—The amount authorized to be transferred under subsection (a) is to reimburse the Environmental Protection Agency for costs the Agency has incurred and will incur relating to the response actions performed at the Twin Cities Army Ammunition Plant, Minnesota, through September 30, 2025.

(c) INTERAGENCY AGREEMENT.—The reimbursement described in subsection (b) is intended to satisfy certain terms of the interagency agreement entered into by the Department of the Army and the Environmental Protection Agency for the Twin Cities Army Ammunition Plant that took effect in December 1987 and that provided for the recovery of expenses by the Agency from the Department of the Army.

WASHSTATEC011368

1  **SEC. 337. PILOT PROGRAM FOR AVAILABILITY OF WORK-**
2          **ING-CAPITAL FUNDS FOR INCREASED COM-**
3          **BAT CAPABILITY THROUGH ENERGY OPTIMI-**
4          **ZATION.**

5      (a) IN GENERAL.—Notwithstanding section 2208 of
6  title 10, United States Code, the Secretary of Defense and
7  the military departments may use a working capital fund
8  established pursuant to that section for expenses directly
9  related to conducting a pilot program for energy optimiza-
10  tion initiatives described in subsection (b).

11      (b) ENERGY OPTIMIZATION INITIATIVES.—Energy
12  optimization initiatives covered by the pilot program in-
13  clude the research, development, procurement, installa-
14  tion, and sustainment of technologies or weapons system
15  platforms, and the manpower required to do so, that would
16  improve the efficiency and maintainability, extend the use-
17  ful life, lower maintenance costs, or provide performance
18  enhancement of the weapon system platform or major end
19  item.

20      (c) LIMITATION ON CERTAIN PROJECTS.—Funds
21  may not be used pursuant to subsection (a) for—

22          (1) any product improvement that significantly
23          changes the performance envelope of an end item; or

24          (2) any single component with an estimated
25          total cost in excess of $10,000,000.

WASHSTATEC011369

269

1    (d) LIMITATION IN FISCAL YEAR PENDING TIMELY

2 REPORT.—If during any fiscal year the report required

3 by paragraph (1) of subsection (e) is not submitted by

4 the date specified in paragraph (2) of that subsection,

5 funds may not be used pursuant to subsection (a) during

6 the period—

7    (1) beginning on the date specified in such

8    paragraph (2); and

9    (2) ending on the date of the submittal of the

10    report.

11    (e) ANNUAL REPORT.—

12    (1) IN GENERAL.—The Secretary of Defense

13    shall submit an annual report to the congressional

14    defense committees on the use of the authority

15    under subsection (a) during the preceding fiscal

16    year.

17    (2) DEADLINE FOR SUBMITTAL.—The report

18    required by paragraph (1) in a fiscal year shall be

19    submitted not later than 60 days after the date of

20    the submittal to Congress of the budget of the Presi-

21    dent for the succeeding fiscal year pursuant to sec-

22    tion 1105 of title 31, United States Code.

23    (3) RECOMMENDATION.—In the case of the re-

24    port required to be submitted under paragraph (1)

25    during fiscal year 2020, the report shall include the

WASHSTATEC011370

270

1    recommendation of the Secretary of Defense and the

2    military departments regarding whether the author-

3    ity under subsection (a) should be made permanent.

4    (f) SUNSET.—The authority under subsection (a)

5    shall expire on October 1, 2024.

6    **SEC. 338. REPORT ON EFFORTS TO REDUCE HIGH ENERGY**

7    **INTENSITY AT MILITARY INSTALLATIONS.**

8    (a) REPORT.—

9    (1) REPORT REQUIRED.—Not later than Sep-

10   tember 1, 2020, the Under Secretary of Defense for

11   Acquisition and Sustainment, in conjunction with

12   the assistant secretaries responsible for installations

13   and environment for the military departments and

14   the Defense Logistics Agency, shall submit to the

15   congressional defense committees a report detailing

16   the efforts to achieve cost savings at military instal-

17   lations with high energy intensity.

18   (2) ELEMENTS.—The report required under

19   paragraph (1) shall include the following elements:

20   (A) A comprehensive, installation-specific

21   assessment of feasible and mission-appropriate

22   energy initiatives supporting energy production

23   and consumption at military installations with

24   high energy intensity.

WASHSTATEC011371

(B) An assessment of current sources of energy in areas with high energy intensity and potential future sources that are technologically feasible, cost-effective, and mission-appropriate for military installations.

(C) A comprehensive implementation strategy to include required investment for feasible energy efficiency options determined to be the most beneficial and cost-effective, where appropriate, and consistent with priorities of the Department of Defense.

(D) An explanation on how the military departments are working collaboratively in order to leverage lessons learned on potential energy efficiency solutions.

(E) An assessment of the extent to which activities administered under the Federal Energy Management Program of the Department of Energy could be used to assist with the implementation strategy under subparagraph (C).

(F) An assessment of State and local partnership opportunities that could achieve efficiency and cost savings, and any legislative authorities required to carry out such partnerships or agreements.

WASHSTATEC011372

1   (3) COORDINATION WITH STATE, LOCAL, AND
2   OTHER ENTITIES.—In preparing the report required
3   under paragraph (1), the Under Secretary of De-
4   fense for Acquisition and Sustainment may work in
5   conjunction and coordinate with the States con-
6   taining areas of high energy intensity, local commu-
7   nities, and other Federal agencies.

8   (b) DEFINITION.—In this section, the term "high en-
9   ergy intensity" means costs for the provision of energy by
10  kilowatt of electricity or British Thermal Unit of heat or
11  steam for a military installation in the United States that
12  is in the highest 20 percent of all military installations
13  for a military department.

## Subtitle C—Treatment of Contaminated Water Near Military Installations

**SEC. 341. SHORT TITLE.**

18  This subtitle may be cited as the "Prompt and Fast
19  Action to Stop Damages Act of 2019".

**SEC. 342. DEFINITIONS.**

21  In this subtitle:

22  (1) PFOA.—The term "PFOA" means
23  perfluorooctanoic acid.

24  (2) PFOS.—The term "PFOS" means
25  perfluorooctane sulfonate.

WASHSTATEC011373

273

SEC. 343. PROVISION OF WATER UNCONTAMINATED WITH PERFLUOROOCTANOIC ACID (PFOA) AND PERFLUOROOCTANE SULFONATE (PFOS) FOR AGRICULTURAL PURPOSES.

(a) AUTHORITY.—

(1) IN GENERAL.—Using amounts authorized to be appropriated or otherwise made available for operation and maintenance for the military department concerned, or for operation and maintenance Defense-wide in the case of the Secretary of Defense, the Secretary concerned may provide water sources uncontaminated with perfluoroalkyl and polyfluoroalkyl substances, including PFOA and PFOS, or treatment of contaminated waters, for agricultural purposes used to produce products destined for human consumption in an area in which a water source has been determined pursuant to paragraph (2) to be contaminated with such compounds by reason of activities on a military installation under the jurisdiction of the Secretary concerned.

(2) APPLICABLE STANDARD.—For purposes of paragraph (1), an area is determined to be contaminated with PFOA or PFOS if—

(A) the level of contamination is above the Lifetime Health Advisory for contamination with such compounds issued by the Environ-

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011374

274

1    mental Protection Agency and printed in the

2    Federal Register on May 25, 2016; or

3        (B) on or after the date the Food and

4    Drug Administration sets a standard for PFOA

5    and PFOS in raw agricultural commodities and

6    milk, the level of contamination is above such

7    standard.

8    (b) SECRETARY CONCERNED DEFINED.—In this sec-

9 tion, the term ''Secretary concerned'' means the following:

10      (1) The Secretary of the Army, with respect to

11    the Army.

12      (2) The Secretary of the Navy, with respect to

13    the Navy, the Marine Corps, and the Coast Guard

14    (when it is operating as a service in the Navy).

15      (3) The Secretary of the Air Force, with re-

16    spect to the Air Force.

17      (4) The Secretary of Defense, with respect to

18    the Defense Agencies.

**19    SEC. 344. ACQUISITION OF REAL PROPERTY BY AIR FORCE.**

20    (a) AUTHORITY.—

21      (1) IN GENERAL.—The Secretary of the Air

22    Force may acquire one or more parcels of real prop-

23    erty within the vicinity of an Air Force base that

24    has shown signs of contamination from PFOA and

25    PFOS due to activities on the base and which would

WASHSTATEC011375

275

1     extend the contiguous geographic footprint of the

2     base and increase the force protection standoff near

3     critical infrastructure and runways.

4        (2) IMPROVEMENTS AND PERSONAL PROP-

5     ERTY.—The authority under paragraph (1) to ac-

6     quire real property described in that paragraph shall

7     include the authority to purchase improvements and

8     personal property located on that real property.

9        (3) RELOCATION EXPENSES.—The authority

10     under paragraph (1) to acquire real property de-

11     scribed in that paragraph shall include the authority

12     to provide Federal financial assistance for moving

13     costs, relocation benefits, and other expenses in-

14     curred in accordance with the Uniform Relocation

15     Assistance and Real Property Acquisition Policies

16     Act of 1970 (42 U.S.C. 4601 et seq.).

17     (b) ENVIRONMENTAL ACTIVITIES.—The Air Force

18 shall conduct such activities at a parcel or parcels of real

19 property acquired under subsection (a) as are necessary

20 to remediate contamination from PFOA and PFOS re-

21 lated to activities at the Air Force base.

22     (c) FUNDING.—Funds for the land acquisitions au-

23 thorized under subsection (a) shall be derived from

24 amounts authorized to be appropriated for fiscal year

25 2020 for military construction or the unobligated balances

WASHSTATEC011376

1 of appropriations for military construction that are en-

2 acted after the date of the enactment of this Act.

3     (d) RULE OF CONSTRUCTION.—The authority under

4 this section constitutes authority to carry out land acquisi-

5 tions for purposes of section 2802 of title 10, United

6 States Code.

## 7 SEC. 345. REMEDIATION PLAN.

8     (a) IN GENERAL.—Not later than 180 days after the

9 date of the enactment of this Act, the Secretary of Defense

10 shall submit to Congress a remediation plan for cleanup

11 of all water at or adjacent to a military installation that

12 is contaminated with PFOA or PFOS.

13     (b) STUDY.—In preparing the remediation plan

14 under subsection (a), the Secretary shall conduct a study

15 on the contamination of water at military installations

16 with PFOA or PFOS.

17     (c) BUDGET AMOUNT.—The Secretary shall ensure

18 that each budget of the President submitted to Congress

19 under section 1105(a) of title 31, United States Code, re-

20 quests funding in amounts necessary to address remedi-

21 ation efforts under the remediation plan submitted under

22 subsection (a).

WASHSTATEC011377

277

# Subtitle D—Logistics and Sustainment

**SEC. 351. MATERIEL READINESS METRICS AND OBJEC-TIVES.**

(a) ANNUAL REPORT ON MAJOR WEAPONS SYSTEMS SUSTAINMENT.—

(1) IN GENERAL.—Chapter 2 of title 10, United States Code, is amended by inserting after section 117 the following new section:

**"§ 118. Annual report on major weapons systems sustainment**

"Not later than five days after the date on which the Secretary of Defense submits to Congress the materials in support of the budget of the President for a fiscal year, the Secretary of Defense shall submit to the congressional defense committees an annual report on major weapons systems sustainment for the period covered by the future years defense program specified by section 221 of this title. Such report shall include—

"(1) an assessment of the materiel availability, materiel reliability, and mean down time metrics for each major weapons system;

"(2) a detailed explanation of any factors that could preclude the Department of Defense or any of

WASHSTATEC011378

278

1 the military departments from meeting applicable
2 readiness goals or objectives; and

3 ''(3) an assessment of the validity and effective-
4 ness of the definitions used to determine defense
5 readiness, including the terms 'major weapons sys-
6 tem', 'covered asset', 'total and required inventory',
7 'materiel and operational availability', 'materiel and
8 operational capability', 'materiel and operational re-
9 liability'.''.

10 (2) CLERICAL AMENDMENT.—The table of sec-
11 tions at the beginning of such chapter is amended
12 by inserting after the item relating to section 117
13 the following new item:

''118. Annual report on major weapons systems sustainment.''.

14 (b) ASSESSMENT OF MATERIEL READINESS AND
15 WEAPONS SYSTEM SUSTAINMENT.—

16 (1) ASSESSMENT REQUIRED.—Not later than
17 March 1, 2020, the Secretary of Defense shall com-
18 plete a comprehensive assessment of the materiel
19 readiness and weapons systems sustainment of the
20 Department of Defense across the Department or-
21 ganic industrial base and industry partners.

22 (2) CONTENTS.—The assessment required by
23 paragraph (1) shall include—

24 (A) an assessment of the overall readiness
25 strategy of the Department of Defense and the

WASHSTATEC011379

279

1    capability of such strategy to measure, track,
2    and assess the readiness of major weapons sys-
3    tems;

4        (B) an assessment of the use of objectives
5    and metrics;

6        (C) a description of applicable reporting
7    requirements; and

8        (D) applicable definitions and common
9    usage of relevant terms, including the terms
10    "major weapons system", "covered asset",
11    "total and required inventory", "materiel and
12    operational availability", "materiel and oper-
13    ational capability", "materiel and operational
14    reliability", and "maintenance costs".

15    (3) SUBMISSION TO CONGRESS.—The Secretary
16    shall provide to the congressional defense commit-
17    tees—

18        (A) a briefing on the assessment required
19    by paragraph (1) by not later than March 1,
20    2020; and

21        (B) a final report on such assessment by
22    not later than April 1, 2020.

WASHSTATEC011380

1 **SEC. 352. CLARIFICATION OF AUTHORITY REGARDING USE**

2       **OF WORKING-CAPITAL FUNDS FOR UNSPEC-**

3       **IFIED MINOR MILITARY CONSTRUCTION**

4       **PROJECTS RELATED TO REVITALIZATION**

5       **AND RECAPITALIZATION OF DEFENSE INDUS-**

6       **TRIAL BASE FACILITIES.**

7     Section 2208(u) of title 10, United States Code, is

8 amended—

9       (1) in paragraph (1), by striking "carry out"

10    and inserting "fund";

11       (2) in paragraph (2)—

12          (A) by striking "Section 2805" and insert-

13       ing "(A) Except as provided in subparagraph

14       (B), section 2805";

15          (B) by striking "carried out with" and in-

16       serting "funded using"; and

17          (C) by adding at the end the following new

18       subparagraph:

19    "(B) For purposes of applying subparagraph (A), the

20 dollar limitation specified in subsection (a)(2) of section

21 2805 of this title, subject to adjustment as provided in

22 subsection (f) of such section, shall apply rather than the

23 dollar limitation specified in subsection (c) of such sec-

24 tion."; and

25       (3) in paragraph (4), by striking "carry out"

26    and inserting "fund".

WASHSTATEC011381

281

**SEC. 353. MODIFICATION TO LIMITATION ON LENGTH OF OVERSEAS FORWARD DEPLOYMENT OF NAVAL VESSELS.**

Section 323 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—

(1) by redesignating subsection (c) as subsection (d); and

(2) by inserting after subsection (b) the following new subsection (c):

"(c) EXTENSION OF LIMITATION ON LENGTH OF OVERSEAS FORWARD DEPLOYMENT FOR U.S.S. SHILOH (CG–67).—Notwithstanding subsection (b), the Secretary of the Navy shall ensure that the U.S.S. Shiloh (CG–67) is assigned a homeport in the United States by not later than September 30, 2023.".

**SEC. 354. EXTENSION OF TEMPORARY INSTALLATION RE-UTILIZATION AUTHORITY FOR ARSENALS, DEPOTS, AND PLANTS.**

Section 345(d) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2667 note) is amended by striking "September 30, 2020" and inserting "September 30, 2025".

**SEC. 355. F–35 JOINT STRIKE FIGHTER SUSTAINMENT.**

(a) LIMITATION ON USE OF FUNDS.—Of the amounts authorized to be appropriated or otherwise made

WASHSTATEC011382

1 available in this Act for the Office of the Under Secretary

2 of Defense for Acquisition and Sustainment for fiscal year

3 2020, not more than 75 percent may be obligated or ex-

4 pended until the date on which the Under Secretary sub-

5 mits the report required by subsection (b).

6 (b) REPORT REQUIRED.—The Under Secretary of

7 Defense for Acquisition and Sustainment shall submit to

8 the Committees on Armed Services of the Senate and

9 House of Representatives a report on steps being taken

10 to improve the availability and accountability of F–35

11 parts within the supply chain. At a minimum, the report

12 shall include a detailed plan for each of the following ele-

13 ments:

14 (1) How the accountable property system of

15 record will be updated with information from the

16 prime contractors supplying such parts on required

17 cost and related data with respect to the parts and

18 how the F–35 Program Office will ensure such con-

19 tractors are adhering to contractual requirements

20 for the management, reporting, visibility, and ac-

21 countability of all such parts supplied by the prime

22 contractors.

23 (2) How the accountability property system of

24 record will have interfaces that allow the F–35 Pro-

25 gram Office and other authorized entities to have

WASHSTATEC011383

1    proper accountability of assets in accordance with
2    applicable Department of Defense Instructions, De-
3    partment of Defense Manuals, and other applicable
4    regulations.

5        (3) How the F–35 Program Office, in coordina-
6    tion with the military departments, will ensure busi-
7    ness rules for the prioritization of F–35 parts across
8    all program participants are sufficient, effective, and
9    responsive.

10        (4) Steps being taken to ensure parts within
11    the base, afloat, and deployment spares packages are
12    compatible for deploying F–35 aircraft and account
13    for updated parts demand.

14  **SEC. 356. REPORT ON STRATEGIC POLICY FOR**
15  **PREPOSITIONED MATERIEL AND EQUIP-**
16  **MENT.**

17        Not later than March 1, 2020, the Assistant Sec-
18    retary of Defense for Sustainment, in coordination with
19    the Joint Staff, shall submit to the Committees on Armed
20    Services of the Senate and House of Representatives a re-
21    port on the implementation plan for prepositioned materiel
22    and equipment required by section 321(b) of the National
23    Defense Authorization Act for Fiscal Year 2014 (Public
24    Law 113–66; 127 Stat. 730; 10 U.S.C. 2229 note). Such
25    report shall include each of the following:

WASHSTATEC011384

284

1    (1) A comprehensive list of the prepositioned

2  materiel and equipment programs of the Department

3  of Defense.

4    (2) A detailed description of how the plan will

5  be implemented.

6    (3) A description of the resources required to

7  implement the plan, including the amount of funds

8  and personnel.

9    (4) A description of how the plan will be re-

10  viewed and assessed to monitor progress.

11    (5) Guidance on applying a consistent definition

12  of prepositioning across the Department, including

13  the military departments, the combatant commands,

14  and the Defense Agencies.

15    (6) A detailed description of how the Secretary

16  will implement a joint oversight approach of the

17  prepositioning programs of the military departments.

18  **SEC. 357. PILOT PROGRAM TO TRAIN SKILLED TECHNI-**

19  **CIANS IN CRITICAL SHIPBUILDING SKILLS.**

20    (a) ESTABLISHMENT.—The Secretary of the Navy

21  may carry out a pilot program to train individuals to be-

22  come skilled technicians in critical shipbuilding skills such

23  as welding, metrology, quality assurance, machining, and

24  additive manufacturing.

WASHSTATEC011385

285

1    (b) PARTNERSHIPS.—In carrying out the pilot pro-
2 gram under this section, the Secretary may partner with
3 existing Federal or State projects relating to investment
4 and infrastructure in training and education or workforce
5 development, such as the National Network for Manufac-
6 turing Innovation, the Industrial Base Analysis and
7 Sustainment program of the Department of Defense, and
8 the National Maritime Educational Council.

9    (c) TERMINATION.—The authority to carry out a
10 pilot program under this section shall terminate on Sep-
11 tember 30, 2025.

12    (d) BRIEFINGS.—If the Secretary carries out a pilot
13 program under this section, the Secretary shall provide
14 briefings to the Committees on Armed Services of the Sen-
15 ate and the House of Representatives as follows:

16    (1) Not later than 30 days before beginning to
17    implement the pilot program, the Secretary shall
18    provide a briefing on the plan, cost estimate, and
19    schedule for the pilot program.

20    (2) Not less frequently than annually during
21    the period when the pilot program is carried out, the
22    Secretary shall provide briefings on the progress of
23    the Secretary in carrying out the pilot program.

WASHSTATEC011386

286

1  **SEC. 358. REQUIREMENT FOR MILITARY DEPARTMENT**
2      **INTER-SERVICE DEPOT MAINTENANCE.**

3  (a) JOINT PROCESS FOR TECHNICAL COMPLIANCE
4  AND QUALITY CONTROL.—If the Secretary of a military
5  department transfers any maintenance action on a plat-
6  form to a depot under the jurisdiction of the Secretary
7  of another military department, the two Secretaries shall
8  develop and implement a process to ensure the technical
9  compliance and quality control for the work performed.

10  (b) REQUIREMENTS.—A process developed under
11  subsection (a) shall include the following requirements—

12      (1) The Secretary of the military department
13      with jurisdiction over the depot to which the mainte-
14      nance action is transferred shall—

15          (A) ensure that the technical specifica-
16          tions, requirements, and standards for work to
17          be performed are provided to such action or
18          depot; and

19          (B) implement procedures to ensure that
20          completed work complies with such specifica-
21          tions, requirements and standards.

22      (2) The Secretary who transfers the mainte-
23      nance activity or depot shall ensure that—

24          (A) the technical specifications and re-
25          quirements are clearly understood; and

WASHSTATEC011387

1              (B) the work performed is completed to

2               the technical specifications, requirements, and

3               standards prescribed under paragraph (1), and

4               that the Secretary of the military department

5               with jurisdiction over the depot is informed of

6               any shortcoming or discrepancy.

7    (c) REPORTS.—Not later than 180 days after the

8 date of the enactment of this Act, the Under Secretary

9 of Defense for Acquisition and Sustainment shall submit

10 to the congressional defense committees a report con-

11 taining a certification that sufficient policy and procedures

12 are in place to ensure quality control when the depot or

13 maintenance activities of one military department support

14 another. The report shall include a description of known

15 shortfalls in existing policies and procedures and actions

16 the Department of Defense is taking to address such

17 shortfalls.

18 **SEC. 359. STRATEGY TO IMPROVE INFRASTRUCTURE OF**

19                **CERTAIN DEPOTS OF THE DEPARTMENT OF**

20                **DEFENSE.**

21    (a) STRATEGY REQUIRED.—Not later than October

22 1, 2020, the Secretary of Defense shall submit to the con-

23 gressional defense committees a comprehensive strategy

24 for improving the depot infrastructure of the military de-

25 partments with the objective of ensuring that all covered

WASHSTATEC011388

288

1 depots have the capacity and capability to support the
2 readiness and material availability goals of current and fu-
3 ture weapon systems of the Department of Defense.

4     (b) ELEMENTS.—The strategy under subsection (a)
5 shall include the following:

6     (1) A comprehensive review of the conditions
7     and performance at each covered depot, including
8     the following:

9         (A) An assessment of the current status of
10         the following elements:

11             (i) Cost and schedule performance of
12             the depot.

13             (ii) Material availability of weapon
14             systems supported at the depot and the
15             impact of the performance of the depot on
16             that availability.

17             (iii) Work in progress and non-oper-
18             ational items awaiting depot maintenance.

19             (iv) The condition of the depot.

20             (v) The backlog of restoration and
21             modernization projects at the depot.

22             (vi) The condition of equipment at the
23             depot.

24             (vii) the vulnerability of the depot to
25             adverse environmental conditions and, if

WASHSTATEC011389

289

1        necessary, the investment required to with-

2        stand those conditions.

3        (B) An identification of analytically based

4        goals relating to the elements identified in sub-

5        paragraph (A).

6        (2) A business-case analysis that assesses in-

7        vestment alternatives comparing cost, performance,

8        risk, and readiness outcomes and recommends an

9        optimal investment approach across the Department

10        of Defense to ensure covered depots efficiently and

11        effectively meet the readiness goals of the Depart-

12        ment, including an assessment of the following alter-

13        natives:

14        (A) The minimum investment necessary to

15        meet investment requirements under section

16        2476 of title 10, United States Code.

17        (B) The investment necessary to ensure

18        the current inventory of facilities at covered de-

19        pots can meet the mission-capable, readiness,

20        and contingency goals of the Secretary of De-

21        fense.

22        (C) The investment necessary to execute

23        the depot infrastructure optimization plans of

24        each military department.

WASHSTATEC011390

290

1   (D) Any other strategies for investment in

2 covered depots, as identified by the Secretary.

3  (3) A plan to improve conditions and perform-

4 ance of covered depots that identifies the following:

5   (A) The approach of the Secretary of De-

6 fense for achieving the goals outlined in para-

7 graph (1)(B).

8   (B) The resources and investments re-

9 quired to implement the plan.

10   (C) The activities and milestones required

11 to implement the plan.

12   (D) A results-oriented approach to as-

13 sess—

14    (i) the progress of each military de-

15 partment in achieving such goals; and

16    (ii) the progress of the Department in

17 implementing the plan.

18   (E) Organizational roles and responsibil-

19 ities for implementing the plan.

20   (F) A process for conducting regular man-

21 agement review and coordination of the

22 progress of each military department in imple-

23 menting the plan and achieving such goals.

24   (G) The extent to which the Secretary has

25 addressed recommendations made by the Comp-

WASHSTATEC011391

1 troller General of the United States relating to

2 depot operations during the five-year period

3 preceding the date of submittal of the strategy

4 under this section.

5 (H) Risks to implementing the plan and

6 mitigation strategies to address those risks.

7 (c) ANNUAL REPORT ON PROGRESS.—As part of the

8 annual budget submission of the President under section

9 1105(a) of title 31, United States Code, the Secretary of

10 Defense shall submit to the congressional defense commit-

11 tees a report describing the progress made in—

12 (1) implementing the strategy under subsection

13 (a); and

14 (2) achieving the goals outlined in subsection

15 (b)(1)(B).

16 (d) COMPTROLLER GENERAL REPORTS.—

17 (1) ASSESSMENT OF STRATEGY.—Not later

18 than January 1, 2021, the Comptroller General of

19 the United States shall submit to the congressional

20 defense committees a report assessing the extent to

21 which the strategy under subsection (a) meets the

22 requirements of this section.

23 (2) ASSESSMENT OF IMPLEMENTATION.—Not

24 later than April 1, 2022, the Comptroller General

25 shall submit to the congressional defense committees

WASHSTATEC011392

1   a report setting forth an assessment of the extent to

2   which the strategy under subsection (a) has been ef-

3   fectively implemented by each military department

4   and the Secretary of Defense.

5   (e) COVERED DEPOT DEFINED.—In this section, the

6   term "covered depot" has the meaning given that term

7   in section 2476(e) of title 10, United States Code.

## Subtitle E—Reports

### SEC. 361. READINESS REPORTING.

10   (a) READINESS REPORTING SYSTEM.—Section 117

11   of title 10, United States Code, is amended—

12       (1) by striking subsections (d) through (g); and

13       (2) by redesignating subsection (h) as sub-

14   section (d).

15   (b) QUARTERLY REPORTS.—Section 482 of title 10,

16   United States Code, is amended—

17       (1) in the section heading, by striking "**Quar-**

18   **terly reports: personnel and unit readi-**

19   **ness**" and inserting "**Readiness reports**";

20       (2) in subsection (a)—

21           (A) In the subsection heading, by striking

22       "QUARTERLY REPORTS REQUIRED" and insert-

23       ing "REPORTS AND BRIEFINGS";

24           (B) In the first sentence—

WASHSTATEC011393

293

1           (i) by striking "Not later" and insert-

2           ing "(1) Not later"; and

3           (ii) by striking "each calendar-year

4           quarter" and inserting "the second and

5           fourth quarter of each calendar year";

6       (C) by striking the second and third sen-

7       tences and inserting "The Secretary of Defense

8       shall submit each such report in writing and

9       shall also submit a copy of each such report to

10      the Chairman of the Joint Chiefs of Staff.";

11      and

12       (D) by adding at the end the following new

13      paragraphs:

14    "(2) Not later than 30 days after the end of the first

15 and third quarter of each calendar year, the Secretary of

16 Defense shall provide to Congress a briefing regarding the

17 military readiness of the active and reserve components.

18    "(3) Each report under this subsection shall contain

19 the elements required by subsection (b) for the quarter

20 covered by the report, and each briefing shall address any

21 changes to the elements described in subsection (b) since

22 the submittal of the most recently submitted report.";

23      (3) by striking subsection (b) and inserting the

24      following:

294

1    "(b) REQUIRED ELEMENTS.—The elements de-
2    scribed in this subsection are each of the following:

3         "(1) A description of each readiness problem or
4    deficiency that affects the ground, sea, air, space,
5    cyber, or special operations forces, and any other
6    area determined appropriate by the Secretary of De-
7    fense.

8         "(2) The key contributing factors, indicators,
9    and other relevant information related to each iden-
10   tified problem or deficiency.

11        "(3) The short-term mitigation strategy the De-
12   partment will employ to address each readiness
13   problem or deficiency until a resolution is in place,
14   as well as the timeline, cost, and any legislative rem-
15   edies required to support the resolution.

16        "(4) A summary of combat readiness ratings
17   for the key force elements assessed, including spe-
18   cific information on personnel, supply, equipment,
19   and training problems or deficiencies that affect the
20   combat readiness ratings for each force element.

21        "(5) A summary of each upgrade or downgrade
22   of the combat readiness of a unit that was issued by
23   the commander of the unit, together with the ration-
24   ale of the commander for the issuance of such up-
25   grade or downgrade.

WASHSTATEC011395

295

1  ''(6) A summary of the readiness of supporting

2 capabilities, including infrastructure, prepositioned

3 equipment and supplies, and mobility assets, and

4 other supporting logistics capabilities.

5  ''(7) A summary of the readiness of the combat

6 support and related agencies, any readiness problem

7 or deficiency affecting any mission essential tasks of

8 any such agency, and actions recommended to ad-

9 dress any such problem or deficiency.

10  ''(8) A list of all Class A, Class B, and Class

11 C mishaps that occurred in operations related to

12 combat support and training events involving avia-

13 tion, ground, or naval platforms, weapons, space, or

14 Government vehicles, as defined by Department of

15 Defense Instruction 6055.07, or a successor instruc-

16 tion.

17  ''(9) Information on the extent to which units

18 of the armed forces have removed serviceable parts,

19 supplies, or equipment from one vehicle, vessel, or

20 aircraft in order to render a different vehicle, vessel,

21 or aircraft operational.

22  ''(10) Such other information as determined

23 necessary or appropriate by the Secretary of De-

24 fense.'';

WASHSTATEC011396

296

1      (4) by striking subsections (d) through (h) and

2   subsection (j);

3      (5) by redesignating subsection (i) as subsection

4   (e); and

5      (6) by inserting after subsection (c) the fol-

6   lowing new subsections (d):

7   "(d) SEMI-ANNUAL JOINT FORCE READINESS RE-

8   VIEW.—(1) Not later than 30 days after the last day of

9   the first and third quarter of each calendar year, the

10   Chairman of the Joint Chiefs of Staff shall submit to Con-

11   gress a written report on the capability of the armed

12   forces, the combat support and related agencies, oper-

13   ational contract support, and the geographic and func-

14   tional combatant commands to execute their wartime mis-

15   sions based upon their posture and readiness as of the

16   time the review is conducted.

17   "(2) The Chairman shall produce the report required

18   under this subsection using information derived from the

19   quarterly reports required by subsection (a).

20   "(3) Each report required by this subsection shall in-

21   clude an assessment by each commander of a geographic

22   or functional combatant command of the readiness of the

23   command to conduct operations in a multidomain battle

24   that integrates ground, sea, air, space, cyber, and special

25   operations forces.

WASHSTATEC011397

297

1    "(4) The Chairman shall submit to the Secretary of

2 Defense a copy of each report under this subsection.".

3    (c) CLERICAL AMENDMENT.—The table of sections

4 at the beginning of chapter 23 of such title is amended

5 by striking the item relating to section 482 and inserting

6 the following new item:

"482. Readiness reports.".

7 **SEC. 362. TECHNICAL CORRECTION TO DEADLINE FOR**

8              **TRANSITION TO DEFENSE READINESS RE-**

9              **PORTING SYSTEM STRATEGIC.**

10    Section 358(c) of the John S. McCain National De-

11 fense Authorization Act for Fiscal Year 2019 (Public Law

12 115–232) is amended by striking "October 1, 2019" and

13 inserting "October 1, 2020".

14 **SEC. 363. REPORT ON NAVY SHIP DEPOT MAINTENANCE**

15              **BUDGET.**

16    (a) IN GENERAL.—Not later than March 1 of each

17 of 2020, 2021, and 2022, the Secretary of the Navy shall

18 submit to the Committees on Armed Services of the Sen-

19 ate and House of Representatives a report on the Oper-

20 ation and Maintenance, Ship Depot Maintenance budget

21 sub-activity group.

22    (b) ELEMENTS.—The report required under sub-

23 section (a) shall include each of the following elements:

WASHSTATEC011398

1 (1) A breakdown of funding, categorized by
2 class of ship, requested for ship and submarine
3 maintenance.

4 (2) A description of how the requested funding,
5 categorized by class of ship, compares to the identi-
6 fied ship maintenance requirement.

7 (3) The amount of funds appropriated for each
8 class of ship for the preceding fiscal year.

9 (4) The amount of funds obligated and ex-
10 pended for each class of ship for each of the three
11 preceding fiscal years.

12 (5) The cost, categorized by class of ship, of
13 unplanned growth work for each of the three pre-
14 ceding fiscal years.

15 **SEC. 364. REPORT ON RUNIT DOME.**

16 (a) REPORT REQUIRED.—Not later than 180 days
17 after the date of the enactment of this Act, the Secretary
18 of Energy shall submit to the Committees on Armed Serv-
19 ices of the Senate and House of Representatives a report
20 on the status of the Runit Dome in the Marshal Islands.

21 (b) MATTERS FOR INCLUSION.—The report required
22 by subsection (a) shall include each of the following:

23 (1) A detailed plan to repair the dome to ensure
24 that it does not have any harmful effects to the local

WASHSTATEC011399

1   population, environment, or wildlife, including the
2   projected costs of implementing such plan.

3   (2) The effects on the environment that the
4   dome has currently and is projected to have in 5
5   years, 10 years, and 20 years.

6   (3) An assessment of the current condition of
7   the outer constructs of the dome.

8   (4) An assessment of the current and long-term
9   safety to local humans posed by the site.

10   (5) An assessment of how rising sea levels
11   might affect the dome.

12   (6) A summary of interactions between the
13   Government of the United States and the govern-
14   ment of the Marshall Islands about the dome.

15   (c) FORM OF REPORT.—The report required by sub-
16   section (a) shall be submitted in unclassified form and
17   made publicly available.

18   **SEC. 365. PROHIBITION ON SUBJECTIVE UPGRADES BY**
19   **COMMANDERS OF UNIT RATINGS IN MONTH-**
20   **LY READINESS REPORTING ON MILITARY**
21   **UNITS.**

22   (a) IN GENERAL.—The Chairman of the Joint Chiefs
23   of Staff shall modify Chairman of the Joint Chiefs of Staff
24   Instruction (CJCSI) 3401.02B, on Force Readiness Re-
25   porting, to prohibit the commander of a military unit who

WASHSTATEC011400

1 is responsible for monthly reporting of the readiness of
2 the unit under the instruction from making any upgrade
3 of the overall rating of the unit (commonly referred to as
4 the "C-rating") for such reporting purposes based in
5 whole or in part on subjective factors.

6    (b) WAIVER.—

7       (1) IN GENERAL.—The modification required
8    by subsection (a) shall authorize an officer in a gen-
9    eral or flag officer grade in the chain of command
10   of a commander described in that subsection to
11   waive the prohibition described in that subsection in
12   connection with readiness reporting on the unit con-
13   cerned if the officer considers the waiver appropriate
14   in the circumstances.

15      (2) REPORTING ON WAIVERS.—Each report on
16   personnel and unit readiness submitted to Congress
17   for a calendar year quarter pursuant to section 482
18   of title 10, United States Code, shall include infor-
19   mation on each waiver, if any, issued pursuant to
20   paragraph (1) during such calendar year quarter.

21 **SEC. 366. REQUIREMENT TO INCLUDE FOREIGN LANGUAGE**
22              **PROFICIENCY IN READINESS REPORTING**
23              **SYSTEMS OF DEPARTMENT OF DEFENSE.**

24       Not later than 90 days after the date of the enact-
25   ment of this Act, the Secretary of Defense and the Sec-

WASHSTATEC011401

1 retary of each military department shall include in the

2 Global Readiness and Force Management Enterprise, for

3 the appropriate billets with relevant foreign language re-

4 quirements, measures of foreign language proficiency as

5 a mandatory element of unit readiness reporting, to in-

6 clude the Defense Readiness Reporting Systems-Strategic

7 (DRRS-S) and all other subordinate systems that report

8 readiness data.

## Subtitle F—Other Matters

10 **SEC. 371. PREVENTION OF ENCROACHMENT ON MILITARY**

11 **TRAINING ROUTES AND MILITARY OPER-**

12 **ATIONS AREAS.**

13 Section 183a of title 10, United States Code, is

14 amended—

15 (1) in subsection (c)(6), in the second sen-

16 tence—

17 (A) by striking "radar or airport surveil-

18 lance radar operated" and inserting "radar, air-

19 port surveillance radar, or wide area surveil-

20 lance over-the-horizon radar operated"; and

21 (B) by inserting "Any setback for a project

22 pursuant to the previous sentence shall not be

23 more than what is determined to be necessary

24 by a technical analysis conducted by the Lin-

25 coln Laboratory at the Massachusetts Institute

WASHSTATEC011402

302

1    of Technology or any successor entity.'' after

2    ''mitigation options.'';

3    (2) in subsection (d)—

4        (A) in paragraph (2)(E), by striking ''to a

5    Deputy Secretary of Defense, an Under Sec-

6    retary of Defense, or a Principal Deputy Under

7    Secretary of Defense'' and inserting ''to the

8    Deputy Secretary of Defense, an Under Sec-

9    retary of Defense, or a Deputy Under Secretary

10   of Defense'';

11       (B) by redesignating paragraph (3) as

12   paragraph (4); and

13       (C) by inserting after paragraph (2) the

14   following new paragraph (3):

15   ''(3) The governor of a State may recommend to the

16   Secretary of Defense additional geographical areas of con-

17   cern within that State. Any such recommendation shall be

18   submitted for notice and comment pursuant to paragraph

19   (2)(C).'';

20       (3) in subsection (e)(3), by striking ''an under

21   secretary of defense, or a deputy under secretary of

22   defense'' and inserting ''an Under Secretary of De-

23   fense, or a Deputy Under Secretary of Defense'';

24       (4) in subsection (f), in the first sentence, by

25   striking ''from an applicant for a project filed with

WASHSTATEC011403

303

1    the Secretary of Transportation pursuant to section

2    44718 of title 49'' and inserting ''from an entity re-

3    questing a review by the Clearinghouse under this

4    section''; and

5        (5) in subsection (h)—

6            (A) by redesignating paragraphs (3), (4),

7        (5), (6), and (7) as paragraphs (4), (5), (6),

8        (7), and (9), respectively;

9            (B) by inserting after paragraph (2) the

10       following new paragraph (3):

11   ''(3) The term 'governor', with respect to a

12   State, means the chief executive officer of the

13   State.'';

14           (C) in paragraph (7), as redesignated by

15       subparagraph (A), by striking ''by the Federal

16       Aviation Administration'' and inserting ''by the

17       Administrator of the Federal Aviation Adminis-

18       tration''; and

19           (D) by inserting after paragraph (7), as

20       redesignated by subparagraph (A), the following

21       new paragraph:

22   ''(8) The term 'State' means the several States,

23   the District of Columbia, the Commonwealth of

24   Puerto Rico, the Commonwealth of the Northern

WASHSTATEC011404

304

1     Mariana Islands, Guam, the United States Virgin

2     Islands, and American Samoa.''.

**SEC. 372. EXPANSION AND ENHANCEMENT OF AUTHORI-**

**TIES ON TRANSFER AND ADOPTION OF MILI-**

**TARY ANIMALS.**

6     (a) TRANSFER AND ADOPTION GENERALLY.—Sec-

7     tion 2583 of title 10, United States Code, is amended—

8         (1) in subsection (a)—

9             (A) in the subsection heading, by inserting

10          ''TRANSFER OR'' before ''ADOPTION''; and

11              (B) by striking ''adoption'' each place it

12          appears and inserting ''transfer or adoption'';

13          (2) in subsection (b)—

14              (A) in the subsection heading, by inserting

15          ''TRANSFER OR'' before ''ADOPTION''; and

16              (B) in the first sentence, by striking

17          ''adoption'' and inserting ''transfer or adop-

18          tion''; and

19              (C) in the second sentence, striking

20          ''adoptability'' and inserting ''transferability or

21          adoptability'';

22          (3) in subsection (c)(1)—

23              (A) in the matter preceding subparagraph

24          (A)—

WASHSTATEC011405

305

1               (i) by inserting ''transfer or'' before

2          ''adoption''; and

3               (ii) by inserting '', by'' after ''rec-

4          ommended priority'';

5       (B) in subparagraphs (A) and (B), by in-

6     serting ''adoption'' before ''by'';

7       (C) in subparagraph (B), by inserting ''or

8     organizations'' after ''persons''; and

9       (D) in subparagraph (C), by striking ''by''

10    and inserting ''transfer to''; and

11    (4) in subsection (e)—

12       (A) in the subsection heading, by inserting

13    ''OR ADOPTED''after ''TRANSFERRED'';

14       (B) in paragraphs (1) and (2), by striking

15    ''transferred'' each place it appears and insert-

16    ing ''transferred or adopted''; and

17       (C) in paragraph (2), by striking ''trans-

18    fer'' each place it appears and inserting ''trans-

19    fer or adoption''.

20   (b) VETERINARY SCREENING AND CARE FOR MILI-

21 TARY WORKING DOGS TO BE RETIRED.—Such section is

22 further amended—

23    (1) by redesignating subsections (f), (g), and

24 (h) as subsections (g), (h), and (i), respectively; and

WASHSTATEC011406

1      (2) by inserting after subsection (e) the fol-

2    lowing new subsection (f):

3      "(f) VETERINARY SCREENING AND CARE FOR MILI-

4  TARY WORKING DOGS TO BE RETIRED.—(1)(A) If the

5  Secretary of the military department concerned deter-

6  mines that a military working dog should be retired, such

7  Secretary shall transport the dog to the Veterinary Treat-

8  ment Facility at Lackland Air Force Base, Texas.

9      "(B) In the case of a contract working dog to be re-

10  tired, transportation required by subparagraph (A) is sat-

11  isfied by the transfer of the dog to the 341st Training

12  Squadron at the end of the dog's service life as required

13  by section 2410r of this title and assignment of the dog

14  to the Veterinary Treatment Facility referred to in that

15  subparagraph.

16      "(2)(A) The Secretary of Defense shall ensure that

17  each dog transported as described in paragraph (1) to the

18  Veterinary Treatment Facility referred to in that para-

19  graph is provided with a full veterinary screening, and nec-

20  essary veterinary care (including surgery for any mental,

21  dental, or stress-related illness), before transportation of

22  the dog in accordance with subsection (g).

23      "(B) For purposes of this paragraph, stress-related

24  illness includes illness in connection with post-traumatic

25  stress, anxiety that manifests in a physical ailment, obses-

WASHSTATEC011407

307

1 sive compulsive behavior, and any other stress-related ail-

2 ment.

3   ''(3) Transportation is not required under paragraph

4 (1), and screening and care is not required under para-

5 graph (2), for a military working dog located outside the

6 United States if the Secretary of the military department

7 concerned determines that transportation of the dog to the

8 United States would not be in the best interests of the

9 dog for medical reasons.''.

10   (c) COORDINATION OF SCREENING AND CARE RE-

11 QUIREMENTS WITH TRANSPORTATION REQUIREMENTS.—

12 Subsection (g) of such section, as redesignated by sub-

13 section (b)(1) of this section, is amended to read as fol-

14 lows:

15   ''(g) TRANSPORTATION OF RETIRING MILITARY

16 WORKING DOGS.—Upon completion of veterinary screen-

17 ing and care for a military working dog to be retired pur-

18 suant to subsection (f), the Secretary of the military de-

19 partment concerned shall—

20       ''(1) if the dog was at a location outside the

21     United States immediately prior to transportation

22     for such screening and care and a United States cit-

23     izen or member of the armed forces living abroad

24     agrees to adopt the dog, transport the dog to such

25     location for adoption; or

WASHSTATEC011408

1   "(2) for any other dog, transport the dog—

2     "(A) to the 341st Training Squadron;

3     "(B) to another location within the United

4    States for transfer or adoption under this sec-

5    tion.".

6  (d) PRESERVATION OF POLICY ON TRANSFER OF

7 MILITARY WORKING DOGS TO LAW ENFORCEMENT

8 AGENCIES.—Subsection (h) of such section, as so redesig-

9 nated, is amended in paragraph (3) by striking "adoption

10 of military working dogs" and all that follows through the

11 period at the end and inserting "transfer of military work-

12 ing dogs to law enforcement agencies before the end of

13 the dogs' useful working lives.".

14  (e) CLARIFICATION OF HORSES TREATABLE AS MILI-

15 TARY ANIMALS.—Subsection (i) of such section, as so re-

16 designated, is amended by striking paragraph (2) and in-

17 serting the following new paragraph (2):

18   "(2) An equid (horse, mule, or donkey) owned

19  by the Department of Defense.".

20  (f) CONTRACT TERM FOR CONTRACT WORKING

21 DOGS.—Section 2410r(a) of title 10, United States Code,

22 is amended—

23   (1) by inserting ", and shall contain a contract

24  term," after "shall require";

WASHSTATEC011409

309

1  (2) by inserting "and assigned for veterinary

2 screening and care in accordance with section 2583

3 of this title" after "341st Training Squadron"; and

4  (3) by striking "section 2583 of this title" and

5 inserting "such section".

**6 SEC. 373. EXTENSION OF AUTHORITY FOR SECRETARY OF**

**7     DEFENSE TO USE DEPARTMENT OF DEFENSE**

**8     REIMBURSEMENT RATE FOR TRANSPOR-**

**9     TATION SERVICES PROVIDED TO CERTAIN**

**10     NON-DEPARTMENT OF DEFENSE ENTITIES.**

11 Section 2642(b) of title 10, United States Code, is

12 amended by striking "October 1, 2019" and inserting

13 "October 1, 2024".

**14 SEC. 374. EXTENSION OF AUTHORITY OF SECRETARY OF**

**15     TRANSPORTATION TO ISSUE NON-PREMIUM**

**16     AVIATION INSURANCE.**

17 Section 44310(b) of title 49, United States Code, is

18 amended by striking "December 31, 2019" and inserting

19 "September 30, 2023".

**20 SEC. 375. DEFENSE PERSONAL PROPERTY PROGRAM.**

21 (a) REPORT ON PERSONAL PROPERTY PROGRAM IM-

22 PROVEMENT ACTION PLAN.—

23  (1) IN GENERAL.—Not later than 180 days

24 after the date of the enactment of this Act, the

25 Under Secretary of Defense for Acquisition and

WASHSTATEC011410

310

1     Sustainment and the Under Secretary of Defense for

2     Personnel and Readiness shall jointly submit to the

3     congressional defense committees a report on imple-

4     mentation of the Personal Property Program Im-

5     provement Action Plan that was developed by the

6     Personnel Relocation/Household Goods Movement

7     Cross-Functional Team.

8     (2) CONTENTS OF REPORT.—The report re-

9     quired under paragraph (1) shall include updated in-

10     formation on the efforts of the Department of De-

11     fense to—

12        (A) integrate permanent-change-of-station

13        orders with transportation systems;

14        (B) reduce the number of report dates dur-

15        ing peak moving season;

16        (C) synchronize the communication of in-

17        formation about orders to all parties involved,

18        including industry;

19        (D) improve lead time for permanent-

20        change-of-station orders;

21        (E) meet quality assurance inspection

22        standards;

23        (F) improve the claims review process; and

24        (G) incorporate predictive analytics to an-

25        ticipate potentially problematic shipments.

WASHSTATEC011411

311

1     (3) BRIEFING.—Not later than 180 days after
2  the date of the enactment of this Act, the Under
3  Secretary of Defense for Acquisition and
4  Sustainment and the Assistant Secretary of Defense
5  for Personnel and Readiness shall jointly provide to
6  the congressional defense committees a briefing on
7  the report required under this subsection.

8  (b) BUSINESS CASE ANALYSIS.—Not later than 30
9  days after the date of the enactment of this Act, the Com-
10  mander of United States Transportation Command shall
11  submit to the congressional defense committees a business
12  case analysis for the proposed award of a global household
13  goods contract for the defense personal property program.

14  (c) GAO REPORT.—Not later than 30 days after the
15  date on which the Commander of United States Transpor-
16  tation Command submits the business case analysis re-
17  quired by subsection (b), the Comptroller General of the
18  United States shall submit to the congressional defense
19  committees a report on a comprehensive study conducted
20  by the Comptroller General that includes—

21     (1) an analysis of the effects that the outsourc-
22  ing of the management and oversight of the move-
23  ment of household goods to a private entity or enti-
24  ties would have on members of the Armed Forces
25  and their families;

WASHSTATEC011412

312

1    (2) a comprehensive cost-benefit analysis; and

2    (3) recommendations for changes to the strat-

3    egy of the Department of Defense for the defense

4    personal property program.

5    (d) LIMITATION.—None of the funds authorized to

6 be appropriated by this Act or otherwise made available

7 for the Department of Defense for fiscal year 2020 may

8 be used to enter into a global household goods contract

9 until April 1, 2020.

10    (e) DEFINITIONS.—In this section:

11    (1) The term "global household goods contract"

12    means the solicitation managed by United States

13    Transportation Command to engage a private entity

14    to manage the defense personal property program.

15    (2) The term "defense personal property pro-

16    gram" means the Department of Defense program

17    used to manage the shipment of the baggage and

18    household effects of members of the Armed Forces

19    under section 476 of title 37, United States Code.

20 **SEC. 376. PUBLIC EVENTS ABOUT RED HILL BULK FUEL**

21    **STORAGE FACILITY.**

22    (a) REQUIREMENT.—At least once every calendar

23 quarter, the Secretary of the Navy, or the designee of the

24 Secretary, shall hold an event that is open to the public

WASHSTATEC011413

313

1  at which the Secretary shall provide up-to-date informa-

2  tion about the Red Hill Bulk Fuel Storage Facility.

3      (b) TERMINATION.—The requirement to hold events

4  under subsection (a) shall terminate on the earlier of the

5  following dates:

6      (1) September 30, 2025.

7      (2) The date on which the Red Hill Bulk Fuel

8      Storage Facility ceases operation.

9  **SEC. 377. SENSE OF CONGRESS REGARDING INNOVATIVE**

10     **READINESS TRAINING PROGRAM.**

11     It is the sense of Congress that—

12     (1) the Innovative Readiness Training program

13     is an effective training program for members of the

14     Armed Forces and is highly beneficial to civilian-

15     military relationships with local American commu-

16     nities;

17     (2) due to the geographic complexities and re-

18     alities of non-contiguous States and territories, In-

19     novative Readiness Training has lent greater benefit

20     to such States and territories while providing unique

21     and realistic training opportunities and deployment

22     readiness for members of the Armed Forces;

23     (3) the Department of Defense should pursue

24     continued Innovative Readiness Training opportuni-

25     ties, and, where applicable, strongly encourage the

WASHSTATEC011414

314

1    use of Innovative Readiness Training in non-contig-

2    uous States and territories; and

3       (4) in considering whether to recommend a

4    project, the Secretary should consider the benefits of

5    the project to the economy of a region damaged by

6    natural disasters.

7 **SEC. 378. DETONATION CHAMBERS FOR EXPLOSIVE ORD-**

8       **NANCE DISPOSAL.**

9    (a) IN GENERAL.—The Secretary of the Navy shall

10 purchase and operate a portable closed detonation cham-

11 ber and water jet cutting system to be deployed at a

12 former naval bombardment area located outside the conti-

13 nental United States that is part of an active remediation

14 program using amounts made available for environmental

15 restoration, Navy. Upon a determination by the Secretary

16 of the Navy that the chamber has completed the mission

17 of destroying appropriately sized munitions at such former

18 naval bombardment area, the Secretary may deploy the

19 chamber to another location.

20    (b) AUTHORIZATION OF APPROPRIATIONS.—There is

21 authorized to be appropriated for fiscal year 2020

22 $10,000,000 to carry out subsection (a).

# 23 TITLE IV—MILITARY
# 24 PERSONNEL AUTHORIZATIONS

Subtitle A—Active Forces

Sec. 401. End strengths for active forces.

WASHSTATEC011415

Sec. 402. Revisions in permanent active duty end strength minimum levels.

Subtitle B—Reserve Forces

Sec. 411. End strengths for Selected Reserve.
Sec. 412. End strengths for Reserves on active duty in support of the reserves.
Sec. 413. End strengths for military technicians (dual status).
Sec. 414. Maximum number of reserve personnel authorized to be on active
         duty for operational support.
Sec. 415. Authorized strengths for Marine Corps Reserves on active duty.
Sec. 416. Modification of authorized strength of Air Force Reserve serving on
         full-time reserve component duty for administration of the re-
         serves or the National Guard.

Subtitle C—Authorization of Appropriations

Sec. 421. Military personnel.

# Subtitle A—Active Forces

## SEC. 401. END STRENGTHS FOR ACTIVE FORCES.

The Armed Forces are authorized strengths for active duty personnel as of September 30, 2020, as follows:

(1) The Army, 480,000.

(2) The Navy, 340,500.

(3) The Marine Corps, 186,200.

(4) The Air Force, 332,800.

## SEC. 402. REVISIONS IN PERMANENT ACTIVE DUTY END STRENGTH MINIMUM LEVELS.

Section 691(b) of title 10, United States Code, is amended by striking paragraphs (1) through (4) and inserting the following new paragraphs:

"(1) For the Army, 480,000.

"(2) For the Navy, 340,500.

"(3) For the Marine Corps, 186,200.

"(4) For the Air Force, 332,800.".

g:\VHLC\120919\120919.161.xml     (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011416

316

# Subtitle B—Reserve Forces

## SEC. 411. END STRENGTHS FOR SELECTED RESERVE.

(a) IN GENERAL.—The Armed Forces are authorized strengths for Selected Reserve personnel of the reserve components as of September 30, 2020, as follows:

(1) The Army National Guard of the United States, 336,000.

(2) The Army Reserve, 189,500.

(3) The Navy Reserve, 59,000.

(4) The Marine Corps Reserve, 38,500.

(5) The Air National Guard of the United States, 107,700.

(6) The Air Force Reserve, 70,100.

(7) The Coast Guard Reserve, 7,000.

(b) END STRENGTH REDUCTIONS.—The end strengths prescribed by subsection (a) for the Selected Reserve of any reserve component shall be proportionately reduced by—

(1) the total authorized strength of units organized to serve as units of the Selected Reserve of such component which are on active duty (other than for training) at the end of the fiscal year; and

(2) the total number of individual members not in units organized to serve as units of the Selected Reserve of such component who are on active duty

WASHSTATEC011417

1        (other than for training or for unsatisfactory partici-
2        pation in training) without their consent at the end
3        of the fiscal year.

4        (c) END STRENGTH INCREASES.—Whenever units or
5    individual members of the Selected Reserve of any reserve
6    component are released from active duty during any fiscal
7    year, the end strength prescribed for such fiscal year for
8    the Selected Reserve of such reserve component shall be
9    increased proportionately by the total authorized strengths
10   of such units and by the total number of such individual
11   members.

12   **SEC. 412. END STRENGTHS FOR RESERVES ON ACTIVE**
13                **DUTY IN SUPPORT OF THE RESERVES.**

14       Within the end strengths prescribed in section
15   411(a), the reserve components of the Armed Forces are
16   authorized, as of September 30, 2020, the following num-
17   ber of Reserves to be serving on full-time active duty or
18   full-time duty, in the case of members of the National
19   Guard, for the purpose of organizing, administering, re-
20   cruiting, instructing, or training the reserve components:

21       (1) The Army National Guard of the United
22       States, 30,595.

23       (2) The Army Reserve, 16,511.

24       (3) The Navy Reserve, 10,155.

25       (4) The Marine Corps Reserve, 2,386.

WASHSTATEC011418

318

1   (5) The Air National Guard of the United

2 States, 22,637.

3   (6) The Air Force Reserve, 4,431.

4 **SEC. 413. END STRENGTHS FOR MILITARY TECHNICIANS**

5      **(DUAL STATUS).**

6  (a) IN GENERAL.—The minimum number of military

7 technicians (dual status) as of the last day of fiscal year

8 2020 for the reserve components of the Army and the Air

9 Force (notwithstanding section 129 of title 10, United

10 States Code) shall be the following:

11   (1) For the Army National Guard of the United

12 States, 22,294.

13   (2) For the Army Reserve, 6,492.

14   (3) For the Air National Guard of the United

15 States, 13,569.

16   (4) For the Air Force Reserve, 8,938.

17  (b) LIMITATION.—Under no circumstances may a

18 military technician (dual status) employed under the au-

19 thority of this section be coerced by a State into accepting

20 an offer of realignment or conversion to any other military

21 status, including as a member of the Active, Guard, and

22 Reserve program of a reserve component. If a military

23 technician (dual status) declines to participate in such re-

24 alignment or conversion, no further action will be taken

25 against the individual or the individual's position.

WASHSTATEC011419

319

1    (c) ADJUSTMENT OF AUTHORIZED STRENGTH.—

2    (1) IN GENERAL.—If, at the end of fiscal year
3    2019, the Air National Guard of the United States
4    does not meet its full-time support realignment goals
5    for such fiscal year (as presented in the justification
6    materials of the Department of Defense in support
7    of the budget of the President for such fiscal year
8    under section 1105 of title 31, United States Code),
9    the authorized number of military technicians (dual
10    status) of the Air National Guard of the United
11    States under subsection (a)(3) shall be increased by
12    the number equal to the difference between—

13        (A) 3,190, which is the number of military
14        technicians (dual status) positions in the Air
15        National Guard of the United States sought to
16        be converted to the Active, Guard, and Reserve
17        program of the Air National Guard during fis-
18        cal year 2019; and

19        (B) the number of realigned positions
20        achieved in the Air National Guard by the end
21        of fiscal year 2019.

22    (2) LIMITATION.—The increase under para-
23    graph (1) in the authorized number of military tech-
24    nician (dual status) positions described in that para-
25    graph may not exceed 2,292.

WASHSTATEC011420

320

(3) DECREASE IN AUTHORIZED NUMBER OF ANGUS RESERVES ON ACTIVE DUTY IN SUPPORT OF THE RESERVES.—In the event of an adjustment to the authorized number military technicians (dual status) of the Air National Guard of the United States under this subsection, the number of members of the Air National Guard of the United States authorized by section 412(5) to be on active duty as of September 30, 2020, shall be decreased by the number equal to the number of such adjustment.

(d) CERTIFICATION.—Not later than January 1, 2020, the Chief of the National Guard Bureau shall certify to the Committees on Armed Services of the Senate and House of Representatives the number of positions realigned from a military technician (dual status) position to a position in the Active, Guard, and Reserve program of a reserve component in fiscal year 2019.

(e) DEFINITIONS.—In subsections (b), (c), and (d):

(1) The term ''realigned position'' means any military technician (dual status) position which has been converted or realigned to a position in an Active, Guard, and Reserve program of a reserve component under the full time support rebalancing plan of the Armed Force concerned, regardless of whether such position is encumbered.

WASHSTATEC011421

321

1     (2) The term "Active, Guard, and Reserve pro-
2  gram", in the case of a reserve component, means
3  the program of the reserve component under which
4  Reserves serve on full-time active duty or full-time
5  duty, in the case of members of the National Guard,
6  for the purpose of organizing, administering, recruit-
7  ing, instructing, or training such reserve component.

**8 SEC. 414. MAXIMUM NUMBER OF RESERVE PERSONNEL AU-**
**9          THORIZED TO BE ON ACTIVE DUTY FOR**
**10         OPERATIONAL SUPPORT.**

11     During fiscal year 2020, the maximum number of
12  members of the reserve components of the Armed Forces
13  who may be serving at any time on full-time operational
14  support duty under section 115(b) of title 10, United
15  States Code, is the following:

16     (1) The Army National Guard of the United
17  States, 17,000.

18     (2) The Army Reserve, 13,000.

19     (3) The Navy Reserve, 6,200.

20     (4) The Marine Corps Reserve, 3,000.

21     (5) The Air National Guard of the United
22  States, 16,000.

23     (6) The Air Force Reserve, 14,000.

WASHSTATEC011422

322

1  **SEC. 415. AUTHORIZED STRENGTHS FOR MARINE CORPS**

2  **RESERVES ON ACTIVE DUTY.**

3  (a) OFFICERS.—Section 12011(a)(1) of title 10,

4  United States Code, is amended by striking those parts

5  of the table pertaining to the Marine Corps Reserve and

6  inserting the following:

7  ''Marine Corps Reserve:

| | | | |
|---|---|---|---|
| 1,000 | 99 | 63 | 20 |
| 1,200 | 103 | 67 | 21 |
| 1,300 | 107 | 70 | 22 |
| 1,400 | 111 | 73 | 23 |
| 1,500 | 114 | 76 | 24 |
| 1,600 | 117 | 79 | 25 |
| 1,700 | 120 | 82 | 26 |
| 1,800 | 123 | 85 | 27 |
| 1,900 | 126 | 88 | 28 |
| 2,000 | 129 | 91 | 29 |
| 2,100 | 132 | 94 | 30 |
| 2,200 | 134 | 97 | 31 |
| 2,300 | 136 | 100 | 32 |
| 2,400 | 143 | 105 | 34 |
| 2,500 | 149 | 109 | 35 |
| 2,600 | 155 | 113 | 36 |
| 2,700 | 161 | 118 | 37 |
| 2,800 | 167 | 122 | 39 |
| 2,900 | 173 | 126 | 41 |
| 3,000 | 179 | 130 | 42''. |

8  (c) SENIOR ENLISTED MEMBERS.—Section 12012(a)

9  of title 10, United States Code, is amended by striking

10  those parts of the table pertaining to the Marine Corps

11  Reserve and inserting the following:

12  ''Marine Corps Reserve:

| | | |
|---|---|---|
| 1,100 | 50 | 11 |
| 1,200 | 55 | 12 |
| 1,300 | 60 | 13 |
| 1,400 | 65 | 14 |
| 1,500 | 70 | 15 |
| 1,600 | 75 | 16 |
| 1,700 | 80 | 17 |
| 1,800 | 85 | 18 |

WASHSTATEC011423

| | | |
|---|---|---|
| 1,900 ...................................................... | 89 | 19 |
| 2,000 ...................................................... | 93 | 20 |
| 2,100 ...................................................... | 96 | 21 |
| 2,200 ...................................................... | 99 | 22 |
| 2,300 ...................................................... | 101 | 23 |
| 2,400 ...................................................... | 106 | 24 |
| 2,500 ...................................................... | 112 | 25 |
| 2,600 ...................................................... | 116 | 26 |
| 2,700 ...................................................... | 121 | 27 |
| 2,800 ...................................................... | 125 | 28 |
| 2,900 ...................................................... | 130 | 29 |
| 3,000 ...................................................... | 134 | 30". |

**SEC. 416. MODIFICATION OF AUTHORIZED STRENGTH OF AIR FORCE RESERVE SERVING ON FULL-TIME RESERVE COMPONENT DUTY FOR ADMINISTRATION OF THE RESERVES OR THE NATIONAL GUARD.**

(a) IN GENERAL.—The table in section 12011(a)(1) of title 10, United States Code, is amended by striking the matter relating to the Air Force Reserve and inserting the following new matter:

"Air Force Reserve

| | | | |
|---|---|---|---|
| 1,000 | 166 | 170 | 100 |
| 1,500 | 245 | 251 | 143 |
| 2,000 | 322 | 330 | 182 |
| 2,500 | 396 | 406 | 216 |
| 3,000 | 467 | 479 | 246 |
| 3,500 | 536 | 550 | 271 |
| 4,000 | 602 | 618 | 292 |
| 4,500 | 665 | 683 | 308 |
| 5,000 | 726 | 746 | 320 |
| 5,500 | 784 | 806 | 325 |
| 6,000 | 840 | 864 | 327 |
| 7,000 | 962 | 990 | 347 |
| 8,000 | 1,087 | 1,110 | 356 |
| 10,000 | 1,322 | 1,362 | 395". |

WASHSTATEC011424

324

1    (b) Effective Date.—The amendment made by
2  subsection (a) shall take effect on October 1, 2019, and
3  shall apply with respect to fiscal years beginning on or
4  after that date.

# Subtitle C—Authorization of Appropriations

5  **Subtitle C—Authorization of**
6  **Appropriations**

7  **SEC. 421. MILITARY PERSONNEL.**

8    (a) Authorization of Appropriations.—Funds
9  are hereby authorized to be appropriated for fiscal year
10  2020 for the use of the Armed Forces and other activities
11  and agencies of the Department of Defense for expenses,
12  not otherwise provided for, for military personnel, as spec-
13  ified in the funding table in section 4401.

14    (b) Construction of Authorization.—The au-
15  thorization of appropriations in subsection (a) supersedes
16  any other authorization of appropriations (definite or in-
17  definite) for such purpose for fiscal year 2020.

18  **TITLE V—MILITARY PERSONNEL**
19  **POLICY**

Subtitle A—Officer Personnel Policy

Sec. 501. Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component.
Sec. 502. Furnishing of adverse information on officers to promotion selection boards.
Sec. 503. Limitation on number of officers recommendable for promotion by promotion selection boards.
Sec. 504. Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks.
Sec. 505. Management policies for joint qualified officers.

WASHSTATEC011425

325

Sec. 506. Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters.

Sec. 507. Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations.

Sec. 508. Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades.

Sec. 509. Higher grade in retirement for officers following reopening of determination or certification of retired grade.

Sec. 510. Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list.

Sec. 510A. Availability on the internet of certain information about officers serving in general or flag officer grades.

Sec. 510B. Functional badge or insignia upon commission for chaplains.

Subtitle B—Reserve Component Management

Sec. 511. Modification of grade level threshold for Junior Reserve Officers' Training Corps.

Sec. 512. Inclusion of STEM in courses of instruction for the Junior Reserve Officers' Training Corps.

Sec. 513. Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units.

Sec. 514. Clarification of eligibility to serve as Commander, Marine Forces Reserve.

Sec. 515. Extension and periodic evaluation of suicide prevention and resilience program for the reserve components.

Sec. 516. Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components.

Sec. 517. Modernization of inspection authorities applicable to the National Guard.

Sec. 518. Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers.

Sec. 519. Coast Guard Junior Reserve Officers' Training Corps.

Sec. 520. Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units.

Sec. 520A. Report on methods to enhance domestic response to large scale, complex and catastrophic disasters.

Sec. 520B. Report and briefing on the Senior Reserve Officers' Training Corps.

Sec. 520C. Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units.

Subtitle C—General Service Authorities and Correction of Military Records

Sec. 521. Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims.

Sec. 522. Reduction in required number of members of discharge review boards.

Sec. 523. Establishment of process to review a request for upgrade of discharge or dismissal.

Sec. 524. Prohibition on reduction in the number of personnel assigned to duty with a service review agency.

WASHSTATEC011426

326

Sec. 525. Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters.

Sec. 526. Time requirements for certification of honorable service.

Sec. 527. Correction of certain discharge characterizations.

Sec. 528. Development of guidelines for use of unofficial sources of information to determine eligibility of members and former members of the Armed Forces for decorations when the service records are incomplete because of damage to the official record.

Sec. 529. Strategic plan for diversity and inclusion.

Sec. 530. Study regarding screening individuals who seek to enlist in the Armed Forces.

Sec. 530A. Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens.

Sec. 530B. Sense of Congress regarding accession physicals.

Subtitle D—Military Justice

Sec. 531. Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice.

Sec. 532. Command influence.

Sec. 533. Statute of limitations for certain offenses.

Sec. 534. Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system.

Sec. 535. Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces.

Sec. 536. Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings.

Sec. 537. Guidelines on sentences for offenses committed under the Uniform Code of Military Justice.

Sec. 538. Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault.

Sec. 539. Increase in number of digital forensic examiners for certain military criminal investigative organizations.

Sec. 540. Increase in investigative personnel and Victim Witness Assistance Program liaisons.

Sec. 540A. Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses.

Sec. 540B. Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault.

Sec. 540C. Timely disposition of nonprosecutable sex-related offenses.

Sec. 540D. Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces.

Sec. 540E. Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment.

Sec. 540F. Report on military justice system involving alternative authority for determining whether to prefer or refer charges for felony offenses under the Uniform Code of Military Justice.

Sec. 540G. Report on standardization among the military departments in collection and presentation of information on matters within the military justice system.

WASHSTATEC011427

327

Sec. 540H. Report on expansion of Air Force safe to report policy across the Armed Forces.
Sec. 540I. Assessment of racial, ethnic, and gender disparities in the military justice system.
Sec. 540J. Pilot programs on defense investigators in the military justice system.
Sec. 540K. Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications.
Sec. 540L. Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation.
Sec. 540M. Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military.
Sec. 540N. Sense of Congress on the Port Chicago 50.

Subtitle E—Other Legal Matters

Sec. 541. Improvement of certain Special Victims' Counsel authorities.
Sec. 542. Availability of Special Victims' Counsel at military installations.
Sec. 543. Notification of issuance of military protective order to civilian law enforcement.
Sec. 544. Copyright protection for civilian faculty of certain accredited institutions.
Sec. 545. Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service.
Sec. 546. Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act.
Sec. 547. Preservation of right to bring class action under Servicemembers Civil Relief Act.
Sec. 548. Legal counsel for victims of alleged domestic violence offenses.
Sec. 549. Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial.
Sec. 550. Treatment of information in Catch a Serial Offender Program for certain purposes.
Sec. 550A. Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals.
Sec. 550B. Defense Advisory Committee for the Prevention of Sexual Misconduct.
Sec. 550C. Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned.
Sec. 550D. Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.
Sec. 550E. Feasibility study on establishment of database of military protective orders.
Sec. 550F. GAO review of USERRA and SCRA.

Subtitle F—Member Education

WASHSTATEC011428

Sec. 551. Authority for detail of certain enlisted members of the Armed Forces as students at law schools.
Sec. 552. Inclusion of Coast Guard in Department of Defense STARBASE Program.
Sec. 553. Degree granting authority for United States Army Armament Graduate School; limitation on establishment of certain educational institutions.
Sec. 554. Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation.
Sec. 555. Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense.
Sec. 556. Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute.
Sec. 557. Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force.
Sec. 558. Speech disorders of cadets and midshipmen.
Sec. 559. Requirement to continue provision of tuition assistance for members of the Armed Forces.
Sec. 560. Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program.
Sec. 560A. Inclusion of information on free credit monitoring in annual financial literacy briefing.
Sec. 560B. Programs to facilitate the award of private pilot's certificates.

Subtitle G—Member Training and Transition

Sec. 561. Requirement to provide information regarding benefits claims to members during TAP counseling.
Sec. 562. Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces.
Sec. 563. First modification of elements of report on the improved Transition Assistance Program.
Sec. 564. Second modification of elements of report on the improved Transition Assistance Program.
Sec. 565. Prohibition on gender-segregated training at Marine Corps Recruit Depots.
Sec. 566. Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments.
Sec. 567. Review of Department of Defense training programs regarding disinformation campaigns.
Sec. 568. Command matters in connection with transition assistance programs.
Sec. 569. Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214).
Sec. 570. Records of service for Reserves.
Sec. 570A. Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal-abuse offense.
Sec. 570B. Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations.

g:\VHLC\120919\120919.161.xml   (751097I12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011429

Sec. 570C. Inclusion of question regarding immigration status on presepaation counseling checklist (DD Form 2648).
Sec. 570D. Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States.
Sec. 570E. Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service.
Sec. 570F. Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities.
Sec. 570G. Pilot program regarding online application for the Transition Assistance Program.

Subtitle H—Military Family Readiness and Dependents' Education

Sec. 571. Authorizing members to take leave for a birth or adoption in more than one increment.
Sec. 572. Deferred deployment for members who give birth.
Sec. 573. Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains.
Sec. 574. Military funeral honors matters.
Sec. 575. Improvement of occupational license portability for relocated spouses of members of the uniformed services.
Sec. 576. Continued eligibility for education and training opportunities for spouses of promoted members.
Sec. 577. Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation.
Sec. 578. Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program.
Sec. 579. Annual State report card.
Sec. 580. Improvements to child care for members of the Armed Forces.
Sec. 580A. Transportation of remains of casualties; travel expenses for next of kin.
Sec. 580B. Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces.
Sec. 580C. Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas.
Sec. 580D. Study on two-way military ballot barcode tracking.
Sec. 580E. Assistance to schools with military dependent students.
Sec. 580F. First expansion of the My Career Advancement Account program for military spouses.
Sec. 580G. Second expansion of the My Career Advancement Account program for military spouses.
Sec. 580H. Report on training and support available to military spouses.
Sec. 580I. Ri'katak Guest Student Program at United States Army Garrison − Kwajalein Atoll.

Subtitle I—Decorations and Awards

Sec. 581. Modification of authorities on eligibility for and replacement of gold star lapel buttons.

WASHSTATEC011430

330

Sec. 582. Standardization of honorable service requirement for award of military decorations.

Sec. 583. Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam.

Sec. 584. Review of World War I valor medals.

Subtitle J—Miscellaneous Reports and Other Matters

Sec. 591. Clarification of the term "assault" for purposes of Workplace and Gender Relations Surveys.

Sec. 592. Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs.

Sec. 593. Questions in surveys regarding extremist activity in the workplace.

Sec. 594. Study on best practices for providing financial literacy education for separating members of the Armed Forces.

Sec. 595. Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces.

Sec. 596. Report on certain waivers.

Sec. 597. Notifications on manning of afloat naval forces.

Sec. 598. Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government.

Sec. 599. Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma.

Sec. 599A. Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general.

Sec. 599B. Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel.

Sec. 599C. Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States.

# Subtitle A—Officer Personnel Policy

### SEC. 501. MAKER OF ORIGINAL APPOINTMENTS IN A REGULAR OR RESERVE COMPONENT OF COMMISSIONED OFFICERS PREVIOUSLY SUBJECT TO ORIGINAL APPOINTMENT IN OTHER TYPE OF COMPONENT.

(a) MAKER OF REGULAR APPOINTMENTS IN TRANSFER FROM RESERVE ACTIVE-STATUS LIST TO ACTIVE-DUTY LIST.—Section 531(c) of title 10, United States

WASHSTATEC011431

331

1 Code, is amended by striking "the Secretary concerned"
2 and inserting "the Secretary of Defense".

3 (b) MAKER OF RESERVE APPOINTMENTS IN TRANS-
4 FER FROM ACTIVE-DUTY LIST TO RESERVE ACTIVE-STA-
5 TUS LIST.—Section 12203(b) of such title is amended by
6 striking "the Secretary concerned" and inserting "the
7 Secretary of Defense".

8 (c) REPORT.—Not later than April 1, 2020, the Sec-
9 retary of Defense shall submit to the Committees on
10 Armed Services of the Senate and the House of Represent-
11 atives a report setting forth the following:

12 (1) The average number per fiscal year, during
13 fiscal years 2010 through 2019, of transfers of ap-
14 pointment from regular officer to reserve officer in
15 the Armed Forces, set forth by each of transfers re-
16 quiring and transfers not requiring appointment by
17 and with the advice and consent of the Senate.

18 (2) The average amount of time required per
19 fiscal year, during such fiscal years, for completion
20 of a transfer of appointment from regular officer to
21 reserve officer in situations not requiring appoint-
22 ment by and with the advice and consent of the Sen-
23 ate.

24 (3) An assessment of the number of officers
25 who experience a break-in-service due to delays in

WASHSTATEC011432

332

1    transfer of appointment from regular officer to re-
2    serve officer as a result of the requirement for ap-
3    pointment by and with the advice and consent of the
4    Senate.

5        (4) An assessment of the feasibility and advis-
6    ability of each of the following:

7            (A) Appointment of regular officers as
8        both a regular officer and a reserve officer im-
9        mediately upon commissioning.

10           (B) Consolidation of the provisions of title
11       10, United States Code, relating to appoint-
12       ment as a regular or reserve officer in a man-
13       ner designed to facilitate and improve officer
14       retention.

15       (5) Such other recommendations for legislative
16   or administrative action as the Secretary considers
17   appropriate to improve the rapid transfer of appoint-
18   ment of an officer from regular status to reserve sta-
19   tus.

20   **SEC. 502. FURNISHING OF ADVERSE INFORMATION ON OF-**
21             **FICERS TO PROMOTION SELECTION BOARDS.**

22       (a) EXPANSION OF GRADES OF OFFICERS FOR
23   WHICH INFORMATION IS FURNISHED.—Section 615(a)(3)
24   of title 10, United States Code, is amended—

25           (1) by inserting ''(A)'' after ''(3)'';

WASHSTATEC011433

333

1   (2) in subparagraph (A), as designated by para-
2 graph (1), by striking "a grade above colonel or, in
3 the case of the Navy, captain" and inserting "a
4 grade specified in subparagraph (B)"; and

5   (3) by adding at the end the following new sub-
6 paragraph:

7 "(B) A grade specified in this subparagraph is as fol-
8 lows:

9   "(i) In the case of a regular officer, a grade
10 above captain or, in the case of the Navy, lieutenant.

11   "(ii) In the case of a reserve officer, a grade
12 above lieutenant colonel or, in the case of the Navy,
13 commander.".

14 (b) FURNISHING AT EVERY PHASE OF CONSIDER-
15 ATION.—Such section is further amended by adding at the
16 end the following new subparagraph:

17 "(C) The standards and procedures referred to in
18 subparagraph (A) shall require the furnishing to the selec-
19 tion board, and to each individual member of the board,
20 the information described in that subparagraph with re-
21 gard to an officer in a grade specified in subparagraph
22 (B) at each stage or phase of the selection board, concur-
23 rent with the screening, rating, assessment, evaluation,
24 discussion, or other consideration by the board or member

WASHSTATEC011434

334

1 of the official military personnel file of the officer, or of

2 the officer.''.

3     (c) EFFECTIVE DATE.—The amendments made by

4 this section shall take effect on the date of the enactment

5 of this Act, and shall apply with respect to the proceedings

6 of promotion selection boards convened under section

7 611(a) of title 10, United States Code, after that date.

**8 SEC. 503. LIMITATION ON NUMBER OF OFFICERS REC-**

**9                     OMMENDABLE FOR PROMOTION BY PRO-**

**10                     MOTION SELECTION BOARDS.**

11     (a) IN GENERAL.—Section 616 of title 10, United

12 States Code is amended—

13         (1) by redesignating subsections (d), (e), (f),

14     and (g) as subsections (e), (f), (g), and (h), respec-

15     tively; and

16         (2) by inserting after subsection (c) the fol-

17     lowing new subsection (d):

18     ''(d) The number of officers recommended for pro-

19 motion by a selection board convened under section 611(a)

20 of this title may not exceed the number equal to 95 per-

21 cent of the number of officers included in the promotion

22 zone established under section 623 of this title for consid-

23 eration by the board.''.

24     (b) EFFECTIVE DATE.—The amendments made by

25 this section shall take effect on the date of the enactment

WASHSTATEC011435

335

1  of this Act, and shall apply with respect to consideration

2  by promotion selection boards convened under section

3  611(a) of title 10, United States Code, of promotion zones

4  that are established under section 623 of that title on or

5  after that date.

**SEC. 504. EXPANSION OF AUTHORITY FOR CONTINUATION**

**ON ACTIVE DUTY OF OFFICERS IN CERTAIN**

**MILITARY SPECIALTIES AND CAREER**

**TRACKS.**

10  Section 637a(a) of title 10, United States Code, is

11  amended by inserting ''separation or'' after ''provided for

12  the''.

**SEC. 505. MANAGEMENT POLICIES FOR JOINT QUALIFIED**

**OFFICERS.**

15  Section 661(d)(3)(B) of title 10, United States Code,

16  is amended in the third sentence by inserting ''or a des-

17  ignee of the Chairman who is an officer of the armed

18  forces in grade O–9 or higher'' before the period.

**SEC. 506. MODIFICATION OF AUTHORITIES ON MANAGE-**

**MENT OF DEPLOYMENTS OF MEMBERS OF**

**THE ARMED FORCES AND RELATED UNIT OP-**

**ERATING AND PERSONNEL TEMPO MATTERS.**

23  (a) LIMITATION ON SCOPE OF DELEGATIONS OF AP-

24  PROVAL OF EXCEPTIONS TO DEPLOYMENT THRESH-

25  OLDS.—Paragraph (3) of section 991(a) of title 10,

336

1 United States Code, is amended by striking ''be delegated

2 to—'' and all that follows and inserting ''be delegated to

3 a civilian officer of the Department of Defense appointed

4 by the President, by and with the advice and consent of

5 the Senate.''.

6    (b) SEPARATE POLICIES ON DWELL TIME FOR REG-

7 ULAR AND RESERVE MEMBERS.—Paragraph (4) of such

8 section is amended—

9       (1) by striking ''addresses the amount'' and in-

10    serting ''addresses each of the following:

11       ''(A) The amount.'';

12       (2) in subparagraph (A), as designated by para-

13    graph (1), by inserting ''regular'' before ''member'';

14    and

15       (3) by adding at the end the following new sub-

16    paragraph:

17       ''(B) The amount of dwell time a reserve mem-

18    ber of the armed forces remains at the member's

19    permanent duty station after completing a deploy-

20    ment of 30 days or more in length.''.

WASHSTATEC011437

337

1 SEC. 507. PERSONNEL TEMPO OF THE ARMED FORCES AND

2　　　　THE UNITED STATES SPECIAL OPERATIONS

3　　　　COMMAND DURING PERIODS OF INAPPLICA-

4　　　　BILITY OF HIGH-DEPLOYMENT LIMITATIONS.

5　　(a) IN GENERAL.—Section 991(d) of title 10, United

6 States Code, is amended—

7　　　　(1) by inserting "(1)" before "The Secretary";

8　　and

9　　　　(2) by adding at the end the following new

10　　paragraph:

11　　"(2)(A) Whenever a waiver is in effect under para-

12 graph (1), the member or group of members covered by

13 the waiver shall be subject to specific and measurable de-

14 ployment thresholds established and maintained for pur-

15 poses of this subsection.

16　　"(B) Thresholds under this paragraph may be appli-

17 cable—

18　　　　"(i) uniformly, Department of Defense-wide; or

19　　　　"(ii) separately, with respect to each armed

20　　force or the United States Special Operations Com-

21　　mand.

22　　"(C) If thresholds under this paragraph are applica-

23 ble Department-wide, such thresholds shall be established

24 and maintained by the Under Secretary of Defense for

25 Personnel and Readiness. If such thresholds are applicable

26 only to one armed force or the Under States Special Oper-

WASHSTATEC011438

338

1    ations Command, such thresholds shall be established and

2    maintained respectively by the Secretary of the Army, the

3    Secretary of the Navy (other than with respect to the Ma-

4    rine Corps), the Secretary of the Air Force, the Com-

5    mandant of the Marine Corps (with respect to the Marine

6    Corps), and the Commander of the United States Special

7    Operations Command, as applicable.

8        ''(D) In undertaking recordkeeping for purposes of

9    subsection (c), the Under Secretary shall, in conjunction

10   with the officials and officers referred to in subparagraph

11   (C), collect complete and reliable personnel tempo data of

12   members described in subparagraph (A) in order to ensure

13   that the Department, the armed forces, and the United

14   States Special Operations Command fully and completely

15   monitor personnel tempo under any waiver authorized

16   under paragraph (1) and the effect of such waiver on the

17   armed forces.''.

18       (b) DEADLINE FOR IMPLEMENTATION.—Paragraph

19   (2) of section 991(d) of title 10, United States Code, as

20   added by subsection (a), shall be fully implemented by not

21   later than March 1, 2020.

WASHSTATEC011439

339

1  **SEC. 508. PERMANENT AUTHORITY TO DEFER PAST AGE 64**

2          **THE RETIREMENT OF CHAPLAINS IN GEN-**

3          **ERAL AND FLAG OFFICER GRADES.**

4      Section 1253(c) of title 10, United States Code, is

5  amended by striking paragraph (3).

6  **SEC. 509. HIGHER GRADE IN RETIREMENT FOR OFFICERS**

7          **FOLLOWING REOPENING OF DETERMINA-**

8          **TION OR CERTIFICATION OF RETIRED**

9          **GRADE.**

10      (a) ADVICE AND CONSENT OF SENATE REQUIRED

11  FOR HIGHER GRADE.—Section 1370(f) of title 10, United

12  States Code, is amended—

13          (1) by redesignating paragraph (5) as para-

14          graph (6); and

15          (2) by inserting after paragraph (4) the fol-

16          lowing new paragraph (5):

17      "(5) If the retired grade of an officer is proposed to

18  be increased through the reopening of the determination

19  or certification of officer's retired grade, the increase in

20  the retired grade shall be made by the Secretary of De-

21  fense, by and with the advice and consent of the Senate.".

22      (b) RECALCULATION OF RETIRED PAY.—Paragraph

23  (6) of such section, as redesignated by subsection (a)(1),

24  is amended—

25          (1) by inserting "or increased" after "reduced";

WASHSTATEC011440

340

1    (2) by inserting "as a result of the reduction or
2    increase" after "any modification of the retired pay
3    of the officer";

4    (3) by inserting "or increase" after "the reduc-
5    tion"; and

6    (4) by adding at the end the following new sen-
7    tence: "An officer whose retired grade is increased
8    as described in the preceding sentence shall not be
9    entitled to an increase in retired pay for any period
10   before the effective date of the increase.".

11   (c) EFFECTIVE DATE.—The amendments made by
12   this section shall take effect on the date of the enactment
13   of this Act, and shall apply to an increase in the retired
14   grade of an officer that occurs through a reopening of the
15   determination or certification of the officer's retired grade
16   on or after that date, regardless of when the officer re-
17   tired.

**18   SEC. 510. AUTHORITY OF PROMOTION BOARDS TO REC-**
**19           OMMEND THAT OFFICERS OF PARTICULAR**
**20           MERIT BE PLACED HIGHER ON PROMOTION**
**21           LIST.**

22   (a) IN GENERAL.—Section 14108 of title 10, United
23   States Code, is amended by adding at the end the fol-
24   lowing new subsection:

WASHSTATEC011441

1    "(f) HIGHER PLACEMENT OF OFFICERS OF PAR-
2  TICULAR MERIT ON PROMOTION LIST.—(1) In selecting
3  officers to be recommended for promotion, a promotion
4  board may, when authorized by the Secretary concerned,
5  recommend that officers of particular merit, from among
6  those officers selected for promotion, be placed higher on
7  the promotion list established by the Secretary under sec-
8  tion 14308(a) of this title.

9    "(2) A promotion board may make a recommendation
10  under paragraph (1) only if an officer receives the rec-
11  ommendation of—

12        "(A) a majority of the members of the pro-
13        motion board; or

14        "(B) an alternative requirement established by
15        the Secretary concerned and furnished to the pro-
16        motion board as part of the guidelines under section
17        14107 of this title.

18    "(3) For officers who receive recommendations under
19  paragraph (1), the board shall recommend the order in
20  which those officers should be placed on the promotion
21  list.".

22    (b) REPORTS REGARDING RECOMMENDATIONS THAT
23  OFFICERS OF PARTICULAR MERIT BE PLACED HIGHER
24  ON PROMOTION LIST.—Section 14109 of such title is

WASHSTATEC011442

342

1  amended by adding at the end the following new sub-

2  section:

3      "(d) REPORT OF OFFICERS RECOMMENDED FOR

4  HIGHER PLACEMENT ON PROMOTION LIST.—A pro-

5  motion board convened under section 14101(a) of this title

6  shall, when authorized under section 14108(f) of this title,

7  include in its report to the Secretary concerned—

8          "(1) the names of those officers the promotion

9      board recommends be placed higher on the pro-

10     motion list; and

11         "(2) the order in which the promotion board

12     recommends those officers should be placed on the

13     promotion list.".

14     (c) OFFICERS OF PARTICULAR MERIT APPEARING

15  HIGHER ON PROMOTION LIST.—Section 14308(a) of such

16  title is amended in the first sentence by inserting "or

17  based on particular merit, as determined by the promotion

18  board" before the period.

19  **SEC. 510A. AVAILABILITY ON THE INTERNET OF CERTAIN**

20  **INFORMATION ABOUT OFFICERS SERVING IN**

21  **GENERAL OR FLAG OFFICER GRADES.**

22     (a) AVAILABILITY REQUIRED.—

23         (1) IN GENERAL.—The Secretary of each mili-

24     tary department shall make available on an internet

25     website of such department available to the public

WASHSTATEC011443

1 information specified in paragraph (2) on each offi-

2 cer in a general or flag officer grade under the juris-

3 diction of such Secretary, including any such officer

4 on the reserve active-status list.

5 (2) INFORMATION.—The information on an of-

6 ficer specified by this paragraph to be made avail-

7 able pursuant to paragraph (1) is the information as

8 follows:

9 (A) The officer's name.

10 (B) The officer's current grade, duty posi-

11 tion, command or organization, and location of

12 assignment.

13 (C) A summary list of the officer's past

14 duty assignments while serving in a general or

15 flag officer grade.

16 (b) ADDITIONAL PUBLIC NOTICE ON CERTAIN OFFI-

17 CERS.—Whenever an officer in a grade of O–7 or above

18 is assigned to a new billet or reassigned from a current

19 billet, the Secretary of the military department having ju-

20 risdiction of such officer shall make available on an inter-

21 net website of such department available to the public a

22 notice of such assignment or reassignment.

23 (c) LIMITATION ON WITHHOLDING OF CERTAIN IN-

24 FORMATION OR NOTICE.—

WASHSTATEC011444

344

1          (1) LIMITATION.—The Secretary of a military
2     department may not withhold the information or no-
3     tice specified in subsections (a) and (b) from public
4     availability pursuant to subsection (a), unless and
5     until the Secretary notifies the Committees on
6     Armed Services of the Senate and House of Rep-
7     resentatives in writing of the information or notice
8     that will be so withheld, together with justification
9     for withholding the information or notice from public
10    availability.

11         (2) LIMITED DURATION OF WITHHOLDING.—
12    The Secretary concerned may withhold from the
13    public under paragraph (1) information or notice on
14    an officer only on the basis of individual risk or na-
15    tional security, and may continue to withhold such
16    information or notice only for so long as the basis
17    for withholding remains in force.

18    **SEC. 510B. FUNCTIONAL BADGE OR INSIGNIA UPON COM-**
19                      **MISSION FOR CHAPLAINS.**

20         A military chaplain shall receive a functional badge
21    or insignia upon commission.

WASHSTATEC011445

# Subtitle B—Reserve Component Management

**SEC. 511. MODIFICATION OF GRADE LEVEL THRESHOLD FOR JUNIOR RESERVE OFFICERS' TRAINING CORPS.**

Section 2031(b)(1) of title 10, United States Code, is amended by striking "above the 8th grade" each place it appears and inserting "above the 7th grade and physically co-located with the 9th grade participating unit".

**SEC. 512. INCLUSION OF STEM IN COURSES OF INSTRUCTION FOR THE JUNIOR RESERVE OFFICERS' TRAINING CORPS.**

(a) IN GENERAL.—Section 2031(b)(3) of title 10, United States Code, is amended by inserting "and which may include instruction or activities in the fields of science, technology, engineering, and mathematics" after "duration".

(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall take effect 180 days after the date of the enactment of this Act.

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011446

346

**SEC. 513. INCLUSION OF HOMESCHOOLED STUDENTS IN JUNIOR RESERVE OFFICERS' TRAINING CORPS UNITS.**

Section 2031 of title 10, United States Code, is amended by adding at the end the following new subsection:

''(g)(1) Each public secondary educational institution that maintains a unit under this section shall permit membership in the unit to homeschooled students residing in the area served by the institution who are qualified for membership in the unit (but for lack of enrollment in the institution).

''(2) A student who is a member of a unit pursuant to this subsection shall count toward the satisfaction by the institution concerned of the requirement in subsection (b)(1) relating to the minimum number of student members in the unit necessary for the continuing maintenance of the unit.''.

**SEC. 514. CLARIFICATION OF ELIGIBILITY TO SERVE AS COMMANDER, MARINE FORCES RESERVE.**

(a) IN GENERAL.—Section 8084(b)(1) of title 10, United States Code, is amended by striking ''general officers of the Marine Corps (as defined in section 8001(2))'' and inserting ''general officers of the Marine Corps Reserve''.

WASHSTATEC011447

347

1   (b) EFFECTIVE DATE.—The amendment made by
2   subsection (a) shall take effect on the date that is one
3   year after the date of the enactment of this Act and shall
4   apply to appointments made after such date.

**SEC. 515. EXTENSION AND PERIODIC EVALUATION OF SUI-**
**CIDE PREVENTION AND RESILIENCE PRO-**
**GRAM FOR THE RESERVE COMPONENTS.**

8   Section 10219 of title 10, United States Code, is
9   amended—

10      (1) by redesignating subsection (g) as sub-
11      section (h);

12      (2) in subsection (h), as redesignated by para-
13      graph (1), by striking "2020" and inserting "2025";
14      and

15      (3) by inserting after subsection (f) the fol-
16      lowing new subsection (g):

17   "(g) TRIENNIAL EVALUATION.—The Secretary shall
18   evaluate the program every third year beginning in 2022
19   until the program terminates to determine whether the
20   program effectively—

21      "(1) provides training and assistance under
22      subsections (b), (c), and (d); and

23      "(2) implements subsection (e).".

WASHSTATEC011448

348

1  **SEC. 516. AUTHORITY TO DEFER MANDATORY SEPARATION**

2  **AT AGE 68 OF OFFICERS IN MEDICAL SPE-**

3  **CIALTIES IN THE RESERVE COMPONENTS.**

4  Section 14703(b) of title 10, United States Code, is

5  amended—

6  (1) by striking "An" and inserting "(1) Subject

7  to paragraph (2), an"; and

8  (2) by adding at the end the following new

9  paragraph (2):

10  "(2) The Secretary concerned may, with the consent

11  of the officer, retain in an active status an officer in a

12  medical specialty described in subsection (a) beyond the

13  date described in paragraph (1) of this subsection if the

14  Secretary concerned determines that such retention is nec-

15  essary to the military department concerned. Each such

16  retention shall be made on a case-by-case basis and for

17  such period as the Secretary concerned determines appro-

18  priate.".

19  **SEC. 517. MODERNIZATION OF INSPECTION AUTHORITIES**

20  **APPLICABLE TO THE NATIONAL GUARD.**

21  (a) MODERNIZATION OF INSPECTION AUTHORITIES

22  OF SECRETARIES OF THE ARMY AND AIR FORCE.—Sub-

23  section (a) of section 105 of title 32, United States Code,

24  is amended—

25  (1) in the matter preceding paragraph (1)—

WASHSTATEC011449

349

1            (A) by striking "by him, the Secretary of
2        the Army shall have" and inserting "by such
3        Secretary, the Secretary of the Army and the
4        Secretary of the Air Force shall each have";

5            (B) by striking ", if necessary,"; and

6            (C) by striking "the Regular Army" and
7        inserting "the Regular Army or the Regular Air
8        Force";

9        (2) by striking "Army National Guard" each
10      place it appears and inserting "Army National
11      Guard or Air National Guard"; and

12      (3) by striking the flush matter following para-
13      graph (7).

14  (b) INSPECTION AUTHORITY OF CHIEF OF THE NA-
15  TIONAL GUARD BUREAU ON BEHALF OF SECRETARIES.—
16  Such section is further amended by adding at the end the
17  following new subsection:

18      "(c) The Chief of the National Guard Bureau may
19  have an inspection described in subsection (a) made by
20  inspectors general, or by commissioned officers of the
21  Army National Guard of the United States or the Air Na-
22  tional Guard of the United States detailed for that pur-
23  pose, on behalf of the Secretary of the Army or the Sec-
24  retary of the Air Force. Any such inspection may be made

WASHSTATEC011450

1 only with the approval of the Secretary of the Army or
2 the Secretary of the Air Force, as applicable.''.

**SEC. 518. CONSULTATION WITH CHIEF OF THE NATIONAL GUARD BUREAU IN THE APPOINTMENT OR DESIGNATION OF NATIONAL GUARD PROPERTY AND FISCAL OFFICERS.**

7 Section 708(a) of title 32, United States Code, is
8 amended in the first sentence by inserting '', in consulta-
9 tion with the Chief of the National Guard Bureau,'' after
10 ''shall''.

**SEC. 519. COAST GUARD JUNIOR RESERVE OFFICERS' TRAINING CORPS.**

13 (a) IN GENERAL.—Chapter 3 of title 14, United
14 States Code, is amended by adding at the end the fol-
15 lowing new section:

**''§ 320. Coast Guard Junior Reserve Officers' Training Corps**

18 ''(a) ESTABLISHMENT.—The Secretary of the depart-
19 ment in which the Coast Guard is operating may establish
20 and maintain a Junior Reserve Officers' Training Corps,
21 organized into units, at public and private secondary edu-
22 cational institutions.

23 ''(b) APPLICABILITY.—Except as provided in sub-
24 section (c), the provisions of chapter 102 of title 10 shall
25 apply to a Junior Reserve Officers' Training Corps estab-

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011451

351

1 lished and maintained under this section in the same man-

2 ner that such provisions apply to the Junior Reserve Offi-

3 cers' Training Corps of each military department. For

4 purposes of the application of such provisions to this sec-

5 tion—

6          "(1) any reference in such provisions to a 'mili-

7     tary department' shall be treated as a reference to

8     the department in which the Coast Guard is oper-

9     ating; and

10          "(2) any reference in such provisions to a 'Sec-

11    retary of a military department', a 'Secretary con-

12    cerned', or the 'Secretary of Defense' shall be treat-

13    ed as a reference to the Secretary of the department

14    in which the Coast Guard is operating.

15    "(c) EXCEPTION.—The requirements of chapter 102

16 of title 10 shall not apply to a unit of the Junior Reserve

17 Officers' Training Corps established by the Secretary of

18 the department in which the Coast Guard is operating be-

19 fore the date of the enactment of this section unless the

20 Secretary determines it is appropriate to apply such re-

21 quirements to such unit.".

22    (b) CLERICAL AMENDMENT.—The table of sections

23 at the beginning of such chapter is amended by adding

24 at the end the following new item:

"320. Coast Guard Junior Reserve Officers' Training Corps.".

WASHSTATEC011452

352

**SEC. 520. REPEAL OF REQUIREMENT FOR REVIEW OF CER-**
**TAIN ARMY RESERVE OFFICER UNIT VA-**
**CANCY PROMOTIONS BY COMMANDERS OF**
**ASSOCIATED ACTIVE DUTY UNITS.**

Section 1113 of the Army National Guard Combat Readiness Reform Act of 1992 (Public Law 102–484; 10 U.S.C. 10105 note) is repealed.

**SEC. 520A. REPORT ON METHODS TO ENHANCE DOMESTIC**
**RESPONSE TO LARGE SCALE, COMPLEX AND**
**CATASTROPHIC DISASTERS.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation and coordination with the Federal Emergency Management Agency, the National Security Council, the Council of Governors, and the National Governors Association, shall submit to the congressional defense committees, the Committee on Homeland Security of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate a report on the plan of the Department to establish policy and processes to implement the authority under section 502 of title 32, United States Code. The report shall include a detailed examination of the policy framework consistent with existing authorities, identify major statutory or policy impediments to implementation, and make recommendations for legislation as appropriate.

WASHSTATEC011453

353

1    (b) CONTENTS.—The report submitted under sub-
2 section (a) shall include a description of—

3         (1) the current policy and processes whereby
4    governors can request activation of the National
5    Guard under title 32, United States Code, as part
6    of the response to large scale, complex, catastrophic
7    disasters that are supported by the Federal Govern-
8    ment and, if no formal process exists in policy, the
9    Secretary of Defense shall provide a timeline and
10   plan to establish such a policy, including consulta-
11   tion with the Council of Governors and the National
12   Governors Association;

13        (2) the Secretary of Defense's assessment, in-
14   formed by consultation with the Federal Emergency
15   Management Agency, the National Security Council,
16   the Council of Governors, and the National Gov-
17   ernors Association, regarding the sufficiency of cur-
18   rent authorities for the reimbursement of National
19   Guard and Reserve manpower during large scale,
20   complex, catastrophic disasters under title 10 and
21   title 32, United States Code, and specifically wheth-
22   er reimbursement authorities are sufficient to ensure
23   that military training and readiness are not de-
24   graded to fund disaster response, or whether invok-

WASHSTATEC011454

354

1  ing such reimbursement authorities degrades the ef-
2  fectiveness of the Disaster Relief Fund;

3  (3) the Department of Defense's plan to ensure
4  there is parallel and consistent policy in the applica-
5  tion of the authorities granted under section 12304a
6  of title 10, United States Code, and section 502(f)
7  of title 32, United States Code, including—

8  (A) a description of the disparities between
9  benefits and protections under Federal law
10  versus State active duty;

11  (B) recommended solutions to achieve par-
12  ity at the Federal level; and

13  (C) recommended changes at the State
14  level, if appropriate; and

15  (4) the Department of Defense's plan to ensure
16  there is parity of benefits and protections for mili-
17  tary members employed as part of the response to
18  large scale, complex, catastrophic disasters under
19  title 32 or title 10, United States Code, and rec-
20  ommendations for addressing any shortfalls.

21  **SEC. 520B. REPORT AND BRIEFING ON THE SENIOR RE-**
22  **SERVE OFFICERS' TRAINING CORPS.**

23  (a) REPORT ON VARIOUS EXPANSIONS OF THE
24  CORPS.—Not later than one year after the date of the en-
25  actment of this Act, the Secretary of Defense shall submit

WASHSTATEC011455

355

1 to the Committees on Armed Services of the Senate and
2 the House of Representatives a report setting forth the
3 following:

4     (1) An assessment of the feasibility and advis-
5     ability of distance learning programs for the Senior
6     Reserve Officers' Training Corps for students at
7     educational institutions who reside outside the viable
8     range for a cross-town program.

9     (2) An assessment of the feasibility and advis-
10     ability of expanding the eligibility of institutions au-
11     thorized to maintain a unit of the Senior Reserve
12     Officers' Training Corps to include community col-
13     leges.

14 (b) Briefing on Long-term Effects on the
15 Corps of the Operation of Certain Recent Prohi-
16 bitions.—

17     (1) Briefing required.—Not later than 180
18     days after the date of the enactment of this Act, the
19     Secretary of Defense shall brief the congressional
20     defense committees on the effects of the prohibitions
21     in section 8032 of the Department of Defense Ap-
22     propriations Act, 2019 (division A of Public Law
23     115–245) on the long-term viability of the Senior
24     Reserve Officers' Training Corps.

WASHSTATEC011456

356

1 (2) ELEMENTS.—The matters addressed by the
2 briefing under paragraph (1) shall include an assess-
3 ment of the effects of the prohibitions described in
4 paragraph (1) on the following:

5 (A) Readiness.

6 (B) The efficient manning and administra-
7 tion of Senior Reserve Officers' Training Corps
8 units.

9 (C) The ability of the Armed Forces to
10 commission on a yearly basis the number and
11 quality of new officers they need and that are
12 representative of the nation as a whole.

13 (D) The availability of Senior Reserve Of-
14 ficers' Training Corps scholarships in rural
15 areas.

16 (E) Whether the Senior Reserve Officers'
17 Training Corps program produces officers rep-
18 resentative of the demographic and geographic
19 diversity of the United States, especially with
20 respect to urban areas, and whether restrictions
21 on establishing or disestablishing units of the
22 Corps affects the diversity of the officer corps
23 of the Armed Forces.

WASHSTATEC011457

1  **SEC. 520C. SENSE OF CONGRESS ON INCREASE IN NUMBER**

2       **OF JUNIOR RESERVE OFFICERS' TRAINING**

3       **CORPS UNITS.**

4       It is the sense of Congress that the Junior Reserve

5  Officers' Training Corps was supported in the John S.

6  McCain National Defense Authorization Act for Fiscal

7  Year 2019 (Public Law 115–232) and should be increased

8  in fiscal year 2020 to include not fewer than 3,700 units

9  nationwide.

10 ## Subtitle C—General Service Au-

11 ## thorities and Correction of Mili-

12 ## tary Records

13 **SEC. 521. ADVICE AND COUNSEL OF TRAUMA EXPERTS IN**

14       **REVIEW BY BOARDS FOR CORRECTION OF**

15       **MILITARY RECORDS AND DISCHARGE RE-**

16       **VIEW BOARDS OF CERTAIN CLAIMS.**

17       (a) BOARDS FOR CORRECTION OF MILITARY

18 RECORDS.—Section 1552(g) of title 10, United States

19 Code, is amended—

20       (1) by inserting "(1)" after "(g)"; and

21       (2) by adding at the end the following new

22  paragraph:

23       "(2) If a board established under subsection (a)(1)

24  is reviewing a claim described in subsection (h), the board

25  shall seek advice and counsel in the review from a psychia-

26  trist, psychologist, or social worker with training on men-

WASHSTATEC011458

358

1    tal health issues associated with post-traumatic stress dis-
2    order or traumatic brain injury or other trauma as speci-
3    fied in the current edition of the Diagnostic and Statistical
4    Manual of Mental Disorders published by the American
5    Psychiatric Association.

6    ''(3) If a board established under subsection (a)(1)
7    is reviewing a claim in which sexual trauma, intimate part-
8    ner violence, or spousal abuse is claimed, the board shall
9    seek advice and counsel in the review from an expert in
10   trauma specific to sexual assault, intimate partner vio-
11   lence, or spousal abuse, as applicable.''.

12   (b) DISCHARGE REVIEW BOARDS.—Section
13   1553(d)(1) of such title is amended—

14        (1) by inserting ''(A)'' after ''(1)''; and

15        (2) by adding at the end the following new sub-
16        paragraph;

17   ''(B) In the case of a former member described in
18   paragraph (3)(B) who claims that the former member's
19   post-traumatic stress disorder or traumatic brain injury
20   as described in that paragraph in based in whole or in
21   part on sexual trauma, intimate partner violence, or
22   spousal abuse, a board established under this section to
23   review the former member's discharge or dismissal shall
24   seek advice and counsel in the review from a psychiatrist,
25   psychologist, or social worker with training on mental

WASHSTATEC011459

1  health issues associated with post-traumatic stress dis-
2  order or traumatic brain injury or other trauma as speci-
3  fied in the current edition of the Diagnostic and Statistical
4  Manual of Mental Disorders published by the American
5  Psychiatric Association.''.

## SEC. 522. REDUCTION IN REQUIRED NUMBER OF MEMBERS OF DISCHARGE REVIEW BOARDS.

8  Section 1553(a) of title 10, United States Code, is
9  amended by striking ''five'' and inserting ''not fewer than
10  three''.

## SECTION 523. ESTABLISHMENT OF PROCESS TO REVIEW A REQUEST FOR UPGRADE OF DISCHARGE OR DISMISSAL.

14  (a) ESTABLISHMENT.—Chapter 79 of title 10,
15  United States Code, is amended by inserting after section
16  1553 the following new section 1553a:

## "§ 1553a. Review of a request for upgrade of discharge or dismissal

19  ''(a) ESTABLISHMENT.—The Secretary of Defense
20  shall establish a process by which to conduct a final review
21  of a request for an upgrade in the characterization of a
22  discharge or dismissal.

23  ''(b) CONSIDERATION; RECOMMENDATION.—(1)
24  Upon the request of a petitioner, the Secretary of Defense
25  shall review the findings and decisions of the boards estab-

WASHSTATEC011460

360

1 lished under sections 1552 and 1553 of this title regarding

2 the final review of a request for an upgrade in the charac-

3 terization of a discharge or dismissal.

4 ''(2) The Secretary of Defense may recommend that

5 the Secretary of the military department concerned up-

6 grade the characterization of the discharge or dismissal

7 of the petitioner if the Secretary of Defense determines

8 that such recommendation is appropriate after review

9 under paragraph (1).

10 ''(c) DEFINITIONS.—In this section:

11 ''(1) The term 'final review of a request for an

12 upgrade in the characterization of a discharge or

13 dismissal' means a request by a petitioner for an up-

14 grade to the characterization of a discharge or dis-

15 missal—

16 ''(A) that was not granted under sections

17 1552 and 1553 of this title; and

18 ''(B) regarding which the Secretary of De-

19 fense determines the petitioner has exhausted

20 all remedies available to the petitioner under

21 sections 1552 and 1553 of this title.

22 ''(2) The term 'petitioner' means a member or

23 former member of the armed forces (or if the mem-

24 ber or former member is dead, the surviving spouse,

25 next of kin, or legal representative of the member or

WASHSTATEC011461

361

1    former member) whose request for an upgrade to

2    the characterization of a discharge or dismissal was

3    not granted under sections 1552 and 1553 of this

4    title.".

5    (b) TECHNICAL AND CONFORMING AMENDMENTS.—

6        (1) TABLE OF SECTIONS.—The table of sections

7    at the beginning of such chapter is amended by in-

8    serting after the item relating to section 1553 the

9    following new item:

"1553a. Review of a request for upgrade of discharge or dismissal.".

10       (2) CONFORMING AMENDMENTS.—

11           (A) Section 1552(a)(4) of such title is

12       amended to read as follows:

13    "(4)(A) Subject to subparagraph (B), a correction

14    under this section is final and conclusive on all officers

15    of the United States except when procured by fraud.

16    "(B) If a board established under this section does

17    not grant a request for an upgrade to the characterization

18    of a discharge or dismissal, that declination may be con-

19    sidered under section 1553a of this title.".

20           (B) Section 1553(b) of such title is amend-

21       ed—

22               (i) by inserting "(1)" before "A

23           board"; and

24               (ii) by adding at the end the following

25           new paragraph:

WASHSTATEC011462

362

1    "(2) If a board established under this section does
2 not grant a request for an upgrade to the characterization
3 of a discharge or dismissal, that declination may be con-
4 sidered under section 1552 or section 1553a of this title,
5 as applicable.".

6    (c) DEADLINE.—The Secretary of Defense shall im-
7 plement section 1553a of such title, as added by sub-
8 section (a), not later than January 1, 2021.

9    (d) RESOURCES.—In establishing and implementing
10 the process under such section 1553a, the Secretary of
11 Defense shall, to the maximum extent practicable, use ex-
12 isting organizations, boards, processes, and personnel of
13 the Department of Defense.

14    (e) REPORTING.—

15        (1) REPORT.—Not later than January 1, 2022,
16    the Secretary of Defense shall submit to the Com-
17    mittees on Armed Services of the Senate and the
18    House of Representatives a report regarding the
19    process established under such section 1553a. The
20    report shall include, with respect to considerations
21    under such process since implementation, the fol-
22    lowing:

23        (A) The number of requests considered.

24        (B) The number of upgrades to the char-
25        acterization of a discharge or dismissal granted

WASHSTATEC011463

363

1    pursuant to such process, including the most

2    common reasons for such upgrades.

3        (C) The number of upgrades to the charac-

4    terization of a discharge or dismissal declined

5    pursuant to such process, including the most

6    common reasons for such declinations.

7    (2) ONLINE PUBLICATION.—On October 1,

8    2022, and annually thereafter, the Secretary shall

9    publish the information described in paragraph (1)

10   with regards to the immediately preceding fiscal year

11   on a website of the Department of Defense that is

12   accessible by the public.

13   **SEC. 524. PROHIBITION ON REDUCTION IN THE NUMBER OF**

14   **PERSONNEL ASSIGNED TO DUTY WITH A**

15   **SERVICE REVIEW AGENCY.**

16   (a) PROHIBITION.—Section 1559(a) of title 10,

17   United States Code, is amended—

18       (1) by striking "December 31, 2019" and in-

19   serting "December 31, 2025";

20       (2) by striking "that agency until—" and in-

21   serting "that agency."; and

22       (3) by striking subsections (1) and (2).

23   (b) REPORT.—

24       (1) REPORT REQUIRED.—Not later than 180

25   days after the enactment of this Act, the Secretary

WASHSTATEC011464

364

1    of each military department shall submit a report to

2    the Committees on Armed Services of the Senate

3    and House of Representatives that details a plan

4    to—

5        (A) reduce the backlog of applications be-

6    fore the service review agency of the military

7    department concerned; and

8        (B) maintain the resources required to

9    meet the timeliness standards for disposition of

10    applications before the Corrections Boards

11    under section 1557 of title 10, United States

12    Code, not later than October 1, 2021.

13    (2) ELEMENTS.—Each report under this sub-

14    section shall include the following:

15        (A) A description of the current backlog of

16    applications before the service review agency of

17    the military department concerned.

18        (B) The number of personnel required to

19    meet the deadline described in paragraph

20    (1)(B).

21        (C) The plan of the Secretary concerned to

22    modernize the application and review system of

23    the service review agency of the military depart-

24    ment concerned.

WASHSTATEC011465

365

**SEC. 525. TRAINING OF MEMBERS OF BOARDS FOR COR-**
**RECTION OF MILITARY RECORDS AND DIS-**
**CHARGE REVIEW BOARDS ON SEXUAL TRAU-**
**MA, INTIMATE PARTNER VIOLENCE, SPOUSAL**
**ABUSE, AND RELATED MATTERS.**

(a) BOARDS FOR CORRECTION OF MILITARY
RECORDS.—The curriculum of training for members of
boards for the correction of military records under section
534(c) of the National Defense Authorization Act for Fis-
cal Year 2017 (10 U.S.C. 1552 note) shall include train-
ing on each of the following:

(1) Sexual trauma.

(2) Intimate partner violence.

(3) Spousal abuse.

(4) The various responses of individuals to
trauma.

(b) DISCHARGE REVIEW BOARDS.—

(1) IN GENERAL.—Each Secretary concerned
shall develop and provide training for members of
discharge review boards under section 1553 of title
10, United States Code, that are under the jurisdic-
tion of such Secretary on each of the following:

(A) Sexual trauma.

(B) Intimate partner violence.

(C) Spousal abuse.

WASHSTATEC011466

366

1          (D) The various responses of individuals to

2      trauma.

3          (2) UNIFORMITY OF TRAINING.—The Secretary

4      of Defense and the Secretary of Homeland Security

5      shall jointly ensure that the training developed and

6      provided pursuant to this subsection is, to the extent

7      practicable, uniform.

8          (3) SECRETARY CONCERNED DEFINED.—In this

9      subsection, the term ''Secretary concerned'' has the

10     meaning given that term in section 101(a)(9) of title

11     10, United States Code.

**SEC. 526. TIME REQUIREMENTS FOR CERTIFICATION OF HONORABLE SERVICE.**

14         The Secretary of Defense shall publish regulations

15     for submission and processing of a completed United

16     States Citizenship and Immigration Services Form N–

17     426, by a member of the Armed Forces. Such regulations

18     shall designate the appropriate level for the certifying offi-

19     cer as well as establish time requirements for the form

20     to be returned to the member of the Armed Forces.

**SEC. 527. CORRECTION OF CERTAIN DISCHARGE CHARAC-TERIZATIONS.**

23         (a) IN GENERAL.—In accordance with this section,

24     and in a manner that is consistent across the military de-

25     partments to the greatest extent practicable, the appro-

WASHSTATEC011467

367

1 priate board shall, at the request of a covered member or

2 the authorized representative of a covered member—

3     (1) review the discharge characterization of that

4     covered member; and

5     (2) change the discharge characterization of

6     that covered member to honorable if the appropriate

7     board determines such change to be appropriate

8     after review under paragraph (1).

9 (b) APPEAL.—A covered member or the authorized

10 representative of that covered member may seek review

11 of a decision by the appropriate board not to change the

12 discharge characterization of that covered member. Such

13 review may be made pursuant to section 1552 of title 10,

14 United States Code, section 1553 of such title, or any

15 other process established by the Secretary of Defense for

16 such purpose.

17 (c) CHANGE OF RECORDS.—For each covered mem-

18 ber whose discharge characterization is changed under

19 subsection (a) or (b), the Secretary of the military depart-

20 ment concerned shall issue to the covered member or the

21 authorized representative of the covered member a cor-

22 rected Certificate of Release or Discharge from Active

23 Duty (DD Form 214), or other like form regularly used

24 by an Armed Force that—

WASHSTATEC011468

368

1      (1) reflects the upgraded discharge character-

2  ization of the covered member; and

3      (2) does not reflect the sexual orientation of the

4  covered member or the original stated reason for the

5  discharge or dismissal of that covered member.

6  (d) DEFINITIONS.—In this section:

7      (1) The term "appropriate board" means a

8  board for the correction of military or naval records

9  under section 1552 of title 10, United States Code,

10  or a discharge review board under section 1553 of

11  such title, as the case may be.

12      (2) The term "authorized representative"

13  means an heir or legal representative of a covered

14  member.

15      (3) The term "covered member" means any

16  former member of the Armed Forces who was dis-

17  charged from the Armed Forces because of the sex-

18  ual orientation of that member.

19      (4) The term "discharge characterization"

20  means the characterization assigned to the service of

21  a covered member on the discharge or dismissal of

22  that covered member from service in the Armed

23  Forces.

WASHSTATEC011469

369

**SEC. 528. DEVELOPMENT OF GUIDELINES FOR USE OF UN-OFFICIAL SOURCES OF INFORMATION TO DE-TERMINE ELIGIBILITY OF MEMBERS AND FORMER MEMBERS OF THE ARMED FORCES FOR DECORATIONS WHEN THE SERVICE RECORDS ARE INCOMPLETE BECAUSE OF DAMAGE TO THE OFFICIAL RECORD.**

(a) GUIDELINES REQUIRED.—The Secretary of Defense shall develop guidelines regarding the use by the Secretaries of the military departments of unofficial sources of information, including eyewitness statements, to determine the eligibility of a member or former member of the Armed Forces for decorations when the service records of the member are incomplete because of damage to the records as a result of the 1973 fire at the National Personnel Records Center in St. Louis, Missouri, or any subsequent incident while the records were in the possession of the Department of Defense.

(b) TIME FOR COMPLETION.—The Secretary of Defense shall complete development of the guidelines not later than one year after the date of the enactment of this Act.

WASHSTATEC011470

370

**SEC. 529. STRATEGIC PLAN FOR DIVERSITY AND INCLU-**
**SION.**

(a) PLAN REQUIRED.—The Secretary of Defense shall design and implement a five-year strategic plan for diversity and inclusion in the Department of Defense.

(b) ELEMENTS.—The strategic plan under this section—

(1) shall incorporate existing efforts to promote diversity and inclusion within the Department; and

(2) may not conflict with the objectives of the 2018 National Military Strategy.

(c) DEADLINE.—The Secretary shall implement the strategic plan under this section not later than one year after the date of the enactment of this Act.

**SEC. 530. STUDY REGARDING SCREENING INDIVIDUALS**
**WHO SEEK TO ENLIST IN THE ARMED**
**FORCES.**

(a) STUDY.—The Secretary of Defense shall study the feasibility of, in background investigations and security and suitability screenings of individuals who seek to enlist in the Armed Forces—

(1) screening for extremist and gang-related activity; and

(2) using the following resources of the Federal Bureau of Investigation:

WASHSTATEC011471

371

1     (A) The Tattoo and Graffiti Identification

2    Program.

3     (B) The National Gang Intelligence Cen-

4    ter.

5  (b) REPORT REQUIRED.—Not later than 180 days

6 after the date of the enactment of this Act, the Secretary

7 shall submit an unclassified report in writing to the Com-

8 mittees on Armed Services of the Senate and House of

9 Representatives containing conclusions of the Secretary

10 regarding the study under subsection (a).

11 **SEC. 530A. FEASIBILITY STUDY REGARDING NOTIFICATION**

12     **TO SECRETARY OF HOMELAND SECURITY OF**

13     **HONORABLE DISCHARGES OF NON-CITIZENS.**

14  (a) STUDY REQUIRED.—The Secretary of Defense, in

15 consultation with the Secretary of Homeland Security,

16 shall study the feasibility of providing the Secretary of

17 Homeland Security with a copy of the Certificate of Re-

18 lease or Discharge from Active Duty (DD Form 214) or

19 National Guard Report of Separation and Record of Serv-

20 ice (NGB-22) for each individual who is not a citizen of

21 the United States who is honorably discharged from the

22 Armed Forces so the Secretary of Homeland Security may

23 note such discharge in an I–213 Record of Deportable/

24 Inadmissible Alien for that individual.

WASHSTATEC011472

372

1    (b) REPORT.—Not later than 180 days after the date
2 of the enactment of this Act, the Secretary of Defense
3 shall submit to the committees on Armed Services of the
4 Senate and House of Representatives a report regarding
5 the results of the study under this section.

6 **SEC. 530B. SENSE OF CONGRESS REGARDING ACCESSION**
7              **PHYSICALS.**

8    It is the sense of Congress that the Secretary of De-
9 fense should explore alternatives to centralized accession
10 physicals at Military Entrance Processing Stations, in-
11 cluding conducting physicals through community health
12 care providers, in order to reduce transportation costs, in-
13 crease efficiency in processing times, and free recruiters
14 to focus on the core of the recruiting mission.

15              # Subtitle D—Military Justice

16 **SEC. 531. EXPANSION OF PRE-REFERRAL MATTERS RE-**
17              **VIEWABLE BY MILITARY JUDGES AND MILI-**
18              **TARY MAGISTRATES IN THE INTEREST OF EF-**
19              **FICIENCY IN MILITARY JUSTICE.**

20    (a) IN GENERAL.—Subsection (a) of section 830a of
21 title 10, United States Code (article 30a of the Uniform
22 Code of Military Justice), is amended by striking para-
23 graphs (1) and (2) and inserting the following new para-
24 graphs:

WASHSTATEC011473

1    "(1) The President shall prescribe regulations for

2  matters relating to proceedings conducted before referral

3  of charges and specifications to court-martial for trial, in-

4  cluding the following:

5        "(A) Pre-referral investigative subpoenas.

6        "(B) Pre-referral warrants or orders for elec-

7  tronic communications.

8        "(C) Pre-referral matters referred by an appel-

9  late court.

10        "(D) Pre-referral matters under subsection (c)

11  or (e) of section 806b of this title (article 6b).

12        "(E) Pre-referral matters relating to the fol-

13  lowing:

14            "(i) Pre-trial confinement of an accused.

15            "(ii) The mental capacity or mental re-

16  sponsibility of an accused.

17            "(iii) A request for an individual military

18  counsel.

19    "(2) In addition to the matters specified in paragraph

20  (1), the regulations prescribed under that paragraph

21  shall—

22        "(A) set forth the matters that a military judge

23  may rule upon in such proceedings;

24        "(B) include procedures for the review of such

25  rulings;

WASHSTATEC011474

1    ''(C) include appropriate limitations to ensure

2    that proceedings under this section extend only to

3    matters that would be subject to consideration by a

4    military judge in a general or special court-martial;

5    and

6        ''(D) provide such limitations on the relief that

7    may be ordered under this section as the President

8    considers appropriate.''.

9    (b) CONFORMING AND CLERICAL AMENDMENTS.—

10       (1) HEADING AMENDMENT.—The heading of

11   such section is amended to read as follows:

12   **''§ 830a. Art 30a. Proceedings conducted before refer-**

13       **ral''.**

14       (2) CLERICAL AMENDMENT.—The table of sec-

15   tions at the beginning of subchapter VI of chapter

16   47 of title 10, United States Code (the Uniform

17   Code of Military Justice), is amended by striking the

18   item relating to section 830a (article 30a) and in-

19   serting the following new item:

''830a. 30a. Proceedings conducted before referral.''.

20   **SEC. 532. COMMAND INFLUENCE.**

21   (a) IN GENERAL.—Section 837 of title 10, United

22   States Code (article 37 of the Uniform Code of Military

23   Justice), is amended—

WASHSTATEC011475

375

1       (1) by striking "**Unlawfully influencing**

2     **action of court**" and inserting "**Command in-**

3     **fluence**";

4       (2) by amending subsection (a) to read as fol-

5     lows:

6     "(a)(1) No court-martial convening authority, nor

7   any other commanding officer, may censure, reprimand,

8   or admonish the court or any member, military judge, or

9   counsel thereof, with respect to the findings or sentence

10   adjudged by the court, or with respect to any other exer-

11   cise of its or his functions in the conduct of the pro-

12   ceeding.

13   "(2) No court-martial convening authority, nor any

14   other commanding officer, may deter or attempt to deter

15   a potential witness from participating in the investigatory

16   process or testifying at a court-martial. The denial of a

17   request to travel at government expense or refusal to make

18   a witness available shall not by itself constitute unlawful

19   command influence.

20   "(3) No person subject to this chapter may attempt

21   to coerce or, by any unauthorized means, attempt to influ-

22   ence the action of a court-martial or any other military

23   tribunal or any member thereof, in reaching the findings

24   or sentence in any case, or the action of any convening,

25   approving, or reviewing authority or preliminary hearing

WASHSTATEC011476

376

1   officer with respect to such acts taken pursuant to this

2   chapter as prescribed by the President.

3       "(4) Conduct that does not constitute a violation of

4   paragraphs (1) through (3) may include, for example—

5           "(A)  general  instructional  or  informational

6       courses in military justice if such courses are de-

7       signed solely for the purpose of instructing persons

8       on the substantive and procedural aspects of courts-

9       martial;

10          "(B) statements regarding criminal activity or a

11      particular criminal offense that do not advocate a

12      particular disposition, or a particular court-martial

13      finding or sentence, or do not relate to a particular

14      accused; or

15          "(C) statements and instructions given in open

16      court by the military judge or counsel.

17      "(5)(A) Notwithstanding paragraphs (1) through (3),

18  but subject to subparagraph (B)—

19          "(i) a superior convening authority or officer

20      may generally discuss matters to consider regarding

21      the disposition of alleged violations of this chapter

22      with a subordinate convening authority or officer;

23      and

24          "(ii) a subordinate convening authority or offi-

25      cer may seek advice from a superior convening au-

WASHSTATEC011477

1  thority or officer regarding the disposition of an al-

2  leged offense under this chapter.

3  "(B) No superior convening authority or officer may

4  direct a subordinate convening authority or officer to

5  make a particular disposition in a specific case or other-

6  wise substitute the discretion of such authority or such

7  officer for that of the subordinate convening authority or

8  officer.";

9        (3) in subsection (b)—

10        (A) by striking "advanced, in grade" and

11        inserting "advanced in grade"; and

12        (B) by striking "accused before a court-

13        martial" and inserting "person in a court-mar-

14        tial proceeding"; and

15        (4) by adding at the end the following new sub-

16  sections:

17  "(c) No finding or sentence of a court-martial may

18  be held incorrect on the ground of a violation of this sec-

19  tion unless the violation materially prejudices the substan-

20  tial rights of the accused.

21  "(d)(1) A superior convening authority or com-

22  manding officer may withhold the authority of a subordi-

23  nate convening authority or officer to dispose of offenses

24  in individual cases, types of cases, or generally.

WASHSTATEC011478

378

1    ''(2) Except as provided in paragraph (1) or as other-
2  wise authorized by this chapter, a superior convening au-
3  thority or commanding officer may not limit the discretion
4  of a subordinate convening authority or officer to act with
5  respect to a case for which the subordinate convening au-
6  thority or officer has authority to dispose of the offenses.''.

7    (b) CLERICAL AMENDMENT.—The table of sections
8  at the beginning subchapter VII of chapter 47 of title 10,
9  United States Code (the Uniform Code of Military Jus-
10  tice), is amended by striking the item relating to section
11  837 (article 37) and inserting the following new item:

> "837. Art. 37. Command influence.".

12    (c) EFFECTIVE DATE.—The amendments made by
13  subsections (a) and (b) shall take effect on the date of
14  the enactment of this Act and shall apply with respect to
15  violations of section 837 of title 10, United States Code
16  (article 37 of the Uniform Code of Military Justice), com-
17  mitted on or after such date.

18  **SEC. 533. STATUTE OF LIMITATIONS FOR CERTAIN OF-**
19  **FENSES.**

20    (a) IN GENERAL.—Section 843 of title 10, United
21  States Code (article 43 of the Uniform Code of Military
22  Justice), is amended—

23      (1) in subsection (a), by inserting ''maiming of
24    a child, kidnapping of a child,'' after ''sexual assault
25    of a child,''; and

WASHSTATEC011479

379

1    (2) in subsection (b)(2)(B)—

2        (A) by striking clauses (ii) and (iv); and

3        (B) by redesignating clause (iii) as clause

4        (ii).

5    (b) EFFECTIVE DATE.—The amendments made by

6 subsection (a) shall take effect on the date of the enact-

7 ment of this Act and shall apply with respect to the pros-

8 ecution of offenses committed before, on, or after the date

9 of the enactment of this Act if the applicable limitation

10 period has not yet expired.

11 **SEC. 534. PUBLIC ACCESS TO DOCKETS, FILINGS, AND**

12            **COURT RECORDS OF COURTS-MARTIAL OR**

13            **OTHER RECORDS OF TRIAL OF THE MILI-**

14            **TARY JUSTICE SYSTEM.**

15    (a) IN GENERAL.—Section 940a of title 10, United

16 States Code (article 140a of the Uniform Code of Military

17 Justice), is amended—

18        (1) by striking "The Secretary of Defense" and

19    inserting "(a) IN GENERAL.—The Secretary of De-

20    fense, in consultation with the Secretary of Home-

21    land Security,";

22        (2) in subsection (a), as designated by para-

23    graph (1)—

24            (A) in the matter preceding paragraph (1),

25        by inserting "(including with respect to the

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011480

380

1 Coast Guard)'' after ''military justice system'';

2 and

3 (B) in paragraph (4), by inserting ''public''

4 before ''access to docket information''; and

5 (3) by adding at the end the following new sub-

6 sections:

7 ''(b) PROTECTION OF CERTAIN PERSONALLY IDEN-

8 TIFIABLE INFORMATION.—Records of trial, docket infor-

9 mation, filings, and other records made publicly accessible

10 in accordance with the uniform standards and criteria for

11 conduct established by the Secretary under subsection (a)

12 shall restrict access to personally identifiable information

13 of minors and victims of crime (including victims of sexual

14 assault and domestic violence), as practicable to the extent

15 such information is restricted in electronic filing systems

16 of Federal and State courts.

17 ''(c) INAPPLICABILITY TO CERTAIN DOCKETS AND

18 RECORDS.—Nothing in this section shall be construed to

19 provide public access to docket information, filings, or

20 records that are classified, subject to a judicial protective

21 order, or ordered sealed.''.

22 (b) EXISTING STANDARDS AND CRITERIA.—The Sec-

23 retary of Homeland Security shall apply to the Coast

24 Guard the standards and criteria for conduct established

25 by the Secretary of Defense under section 940a of title

WASHSTATEC011481

381

1  10, United States Code (article 140a of the Uniform Code
2  of Military Justice), as in effect on the day before the date
3  of the enactment of this Act, until such time as the Sec-
4  retary of Defense, in consultation with the Secretary of
5  Homeland Security, prescribes revised standards and cri-
6  teria for conduct under such section that implement the
7  amendments made by subsection (a) of this section.

8  **SEC. 535. EXTENSION OF DEFENSE ADVISORY COMMITTEE**
9  **ON INVESTIGATION, PROSECUTION, AND DE-**
10  **FENSE OF SEXUAL ASSAULT IN THE ARMED**
11  **FORCES.**

12  Section 546(f)(1) of the Carl Levin and Howard P.
13  "Buck" McKeon National Defense Authorization Act for
14  Fiscal Year 2015 (10 U.S.C. 1561 note) is amended by
15  striking "five" and inserting "10".

16  **SEC. 536. AUTHORITY FOR RETURN OF PERSONAL PROP-**
17  **ERTY TO VICTIMS OF SEXUAL ASSAULT WHO**
18  **FILE A RESTRICTED REPORT BEFORE CON-**
19  **CLUSION OF RELATED PROCEEDINGS.**

20  Section 586 of the National Defense Authorization
21  Act for Fiscal Year 2012 (10 U.S.C. 1561 note) is amend-
22  ed—

23  (1) by redesignating subsection (f) as sub-
24  section (e);

WASHSTATEC011482

382

1       (2) in subsection (e), as so redesignated, in the

2 subsection heading, by inserting "IN UNRESTRICTED

3 REPORTING CASES" after "PROCEEDINGS"; and

4       (3) by adding at the end the following new sub-

5 section:

6     "(f) RETURN OF PERSONAL PROPERTY IN RE-

7 STRICTED REPORTING CASES.—(1) The Secretary of De-

8 fense shall prescribe procedures under which a victim who

9 files a restricted report on an incident of sexual assault

10 may request, at any time, the return of any personal prop-

11 erty of the victim obtained as part of the sexual assault

12 forensic examination.

13     "(2) The procedures shall ensure that—

14         "(A) a request of a victim under paragraph (1)

15 may be made on a confidential basis and without af-

16 fecting the restricted nature of the restricted report;

17 and

18         "(B) at the time of the filing of the restricted

19 report, a Sexual Assault Response Coordinator or

20 Sexual Assault Prevention and Response Victim Ad-

21 vocate—

22             "(i) informs the victim that the victim may

23 request the return of personal property as de-

24 scribed in paragraph (1); and

WASHSTATEC011483

383

1     ''(ii) advises the victim that such a request

2    for the return of personal property may nega-

3    tively impact a subsequent case adjudication, if

4    the victim later decides to convert the restricted

5    report to an unrestricted report.

6  ''(3) Except with respect to personal property re-

7 turned to a victim under this subsection, nothing in this

8 subsection shall affect the requirement to retain a sexual

9 assault forensic examination (SAFE) kit for the period

10 specified in subsection (c)(4)(A).''.

**SEC. 537. GUIDELINES ON SENTENCES FOR OFFENSES**
11

**COMMITTED UNDER THE UNIFORM CODE OF**
12

**MILITARY JUSTICE.**
13

14  (a) DEVELOPMENT OF GUIDELINES.—Not later than

15 the date specified in subsection (d), the Secretary of De-

16 fense shall develop nonbinding guidelines on sentences for

17 offenses under chapter 47 of title 10, United States Code

18 (the Uniform Code of Military Justice). The guidelines

19 shall provide the sentencing authority with a suggested

20 range of punishments, including suggested ranges of con-

21 finement, that will generally be appropriate for a violation

22 of each offense under such chapter.

23  (b) SENTENCING DATA.—In developing the guide-

24 lines for sentences under subsection (a), the Secretary of

25 Defense shall take into account the sentencing data col-

WASHSTATEC011484

384

1 lected by the Military Justice Review Panel pursuant to
2 section 946(f)(2) of title 10, United States Code (article
3 146(f)(2) of the Uniform Code of Military Justice).

4   (c) SUBMITTAL TO CONGRESS.—Not later than the
5 date specified in subsection (d), the Secretary of Defense
6 shall submit to the Committees on Armed Services of the
7 Senate and the House of Representatives—

8       (1) the guidelines for sentences developed under
9   subsection (a); and

10      (2) an assessment of the feasibility and advis-
11  ability of implementing such guidelines in panel sen-
12  tencing cases.

13   (d) DATE SPECIFIED.—The date specified in this
14 subsection is the date that is not later than one year after
15 the date on the which the first report of the Military Jus-
16 tice Review Panel is submitted to the Committees on
17 Armed Services of the Senate and the House of Represent-
18 atives pursuant to section 946(f)(5) of title 10, United
19 States Code (article 146(f)(5) of the Uniform Code of
20 Military Justice).

WASHSTATEC011485

385

**SEC. 538. NOTIFICATION OF SIGNIFICANT EVENTS AND DOCUMENTATION OF PREFERENCE FOR PROSECUTION JURISDICTION FOR VICTIMS OF SEXUAL ASSAULT.**

(a) NOTIFICATION TO VICTIMS OF EVENTS IN MILITARY JUSTICE PROCESS.—

(1) NOTIFICATION REQUIRED.—A member of the Armed Forces who is the victim of an alleged sexual assault by another member of the Armed Forces shall receive notification of each significant event in the military justice process that relates to the investigation, prosecution, and confinement of such other member for such assault.

(2) DOCUMENTATION.—Appropriate documentation of each notification made pursuant to paragraph (1) shall be created and maintained in an appropriate system of records of the military department concerned.

(b) DOCUMENTATION OF VICTIM'S PREFERENCE FOR PROSECUTION JURISDICTION.—In the case of a member of the Armed Forces who is the victim of an alleged sexual assault committed by another member of the Armed Forces who is subject to prosecution for such offense both by court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), and by a civilian court under Federal or State law, appropriate

WASHSTATEC011486

1  documentation of the preference, if any, of such victim for
2  prosecution of such offense by court-martial or by a civil-
3  ian court as provided for by Rule for Courts-Martial
4  306(e) (as set forth in the Manual for Courts-Martial,
5  2019 edition, or any successor rule), shall be created and
6  maintained in an appropriate system of records of the
7  military department concerned.

8      (c) REGULATIONS.—Not later than 180 days after
9  the date of the enactment of this Act, the Secretary of
10  Defense shall prescribe regulations implementing this sec-
11  tion.

12  **SEC. 539. INCREASE IN NUMBER OF DIGITAL FORENSIC EX-**
13             **AMINERS FOR CERTAIN MILITARY CRIMINAL**
14             **INVESTIGATIVE ORGANIZATIONS.**

15      (a) IN GENERAL.—Each Secretary of a military de-
16  partment shall take appropriate actions to increase the
17  number of digital forensic examiners in each military
18  criminal investigative organization specified in subsection
19  (b) under the jurisdiction of such Secretary by not fewer
20  than 10 from the authorized number of such examiners
21  for such organization as of September 30, 2019.

22      (b) MILITARY CRIMINAL INVESTIGATIVE ORGANIZA-
23  TIONS.—The military criminal investigative organizations
24  specified in this subsection are the following:

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011487

387

1      (1) The Army Criminal Investigation Com-
2   mand.

3      (2) The Naval Criminal Investigative Service.

4      (3) The Air Force Office of Special Investiga-
5   tions.

6   (c) FUNDING.—Funds for additional digital forensic
7   examiners as required by subsection (a) for fiscal year
8   2020, including for compensation, initial training, and
9   equipment, shall be derived from amounts authorized to
10  be appropriated for that fiscal year for the Armed Force
11  concerned for operation and maintenance.

12  **SEC. 540. INCREASE IN INVESTIGATIVE PERSONNEL AND**
13               **VICTIM WITNESS ASSISTANCE PROGRAM LI-**
14               **AISONS.**

15  (a) MILITARY CRIMINAL INVESTIGATIVE SERV-
16  ICES.—Not later than one year after the date of the enact-
17  ment of this Act, the Secretary of each military depart-
18  ment shall increase the number of personnel assigned to
19  the military criminal investigative services of the depart-
20  ment with the goal of ensuring, to the extent practicable,
21  that the investigation of any sex-related offense is com-
22  pleted not later than six months after the date on which
23  the investigation is initiated. An investigation shall be con-
24  sidered completed for purposes of the preceding sentence
25  when the active phase of the investigation is sufficiently

WASHSTATEC011488

388

1 complete to enable the appropriate authority to reach a
2 decision with respect to the disposition of charges for the
3 sex-related offense.

4    (b) VICTIM WITNESS ASSISTANCE PROGRAM LIAI-
5 SONS.—Not later than one year after the date of the en-
6 actment of this Act, the Secretary of each military depart-
7 ment shall increase the number of personnel serving as
8 Victim Witness Assistance Program liaisons to address
9 personnel shortages in the Victim Witness Assistance Pro-
10 gram.

11    (c) RULE OF CONSTRUCTION.—Nothing in this sec-
12 tion shall be construed to create any right or benefit, sub-
13 stantive or procedural, enforceable at law or in equity by
14 any party against the United States, its departments,
15 agencies, or entities, its officers, employees, or agents, or
16 any other person.

**17 SEC. 540A. TRAINING FOR SEXUAL ASSAULT INITIAL DIS-**
**18          POSITION AUTHORITIES ON EXERCISE OF**
**19          DISPOSITION AUTHORITY FOR SEXUAL AS-**
**20          SAULT AND COLLATERAL OFFENSES.**

21    (a) IN GENERAL.—The training for sexual assault
22 initial disposition authorities on the exercise of disposition
23 authority under chapter 47 of title 10, United States Code
24 (the Uniform Code of Military Justice), shall include com-
25 prehensive training on the exercise of disposition authority

WASHSTATEC011489

389

1 with respect to cases for which disposition authority is
2 withheld to such authorities pursuant to the memorandum
3 described in subsection (b) for the purpose of promoting
4 confidence and trust in the military justice process with
5 respect to such cases.

6 (b) MEMORANDUM DESCRIBED.—The memorandum
7 described in this subsection is the memorandum of the
8 Secretary of Defense titled "Withholding Initial Disposi-
9 tion Authority Under the Uniform Code of Military Jus-
10 tice in Certain Sexual Assault Cases" and dated April 20,
11 2012, or any successor memorandum.

12 **SEC. 540B. TRAINING FOR COMMANDERS IN THE ARMED**
13 **FORCES ON THEIR ROLE IN ALL STAGES OF**
14 **MILITARY JUSTICE IN CONNECTION WITH**
15 **SEXUAL ASSAULT.**

16 (a) IN GENERAL.—The training provided com-
17 manders in the Armed Forces shall include comprehensive
18 training on the role of commanders in all stages of mili-
19 tary justice in connection with sexual assaults by members
20 of the Armed Forces.

21 (b) ELEMENTS TO BE COVERED.—The training pro-
22 vided pursuant to subsection (a) shall include training on
23 the following:

24 (1) The role of commanders in each stage of
25 the military justice process in connection with sexual

WASHSTATEC011490

1     assault committed by a member of the Armed

2     Forces, including investigation and prosecution.

3          (2) The role of commanders in assuring that

4     victims of sexual assault described in paragraph (1)

5     are informed of, and have the opportunity to obtain,

6     assistance available for victims of sexual assault by

7     law.

8          (3) The role of commanders in assuring that

9     victims of sexual assault described in paragraph (1)

10    are afforded the rights and protections available to

11    victims by law.

12         (4) The role of commanders in preventing retal-

13    iation against victims, their family members, wit-

14    nesses, first responders, and bystanders for their

15    their complaints, statements, testimony, and status

16    in connection with sexual assault described in para-

17    graph (1), including the role of commanders in en-

18    suring that subordinates in the command are aware

19    of their responsibilities in preventing such retalia-

20    tion.

21         (5) The role of commanders in establishing and

22    maintaining a healthy command climate in connec-

23    tion with reporting on sexual assault described in

24    paragraph (1), and in the response of the com-

25    mander, subordinates in the command, and other

WASHSTATEC011491

391

1    personnel in the command to such sexual assault,
2    such reporting, and the military justice process in
3    connection with such sexual assault.

4    (6) Any other matters on the role of com-
5    manders in connection with sexual assault described
6    in paragraph (1) that the Secretary of Defense con-
7    siders appropriate for purposes of this section.

8    (c) INCORPORATION OF BEST PRACTICES.—

9    (1) IN GENERAL.—The training provided pur-
10   suant to subsection (a) shall incorporate best prac-
11   tices on all matters covered by the training.

12   (2) IDENTIFICATION OF BEST PRACTICES.—The
13   Secretaries of the military departments shall, acting
14   through the training and doctrine commands of the
15   Armed Forces, undertake from time to time surveys
16   and other reviews of the matters covered by the
17   training provided pursuant to subsection (a) in order
18   to identify and incorporate into such training the
19   most current practicable best practices on such mat-
20   ters.

21   (d) UNIFORMITY.—The Secretary of Defense shall
22   ensure that the training provided pursuant to subsection
23   (a) is, to the extent practicable, uniform across the Armed
24   Forces.

WASHSTATEC011492

392

1 **SEC. 540C. TIMELY DISPOSITION OF NONPROSECUTABLE**
2      **SEX-RELATED OFFENSES.**

3      (a) POLICY REQUIRED.—Not later than 180 days
4 after the date of the enactment of this Act, the Secretary
5 of Defense shall develop and implement a policy to ensure
6 the timely disposition of nonprosecutable sex-related of-
7 fenses.

8      (b) NONPROSECUTABLE SEX-RELATED OFFENSE
9 DEFINED.—In this section, the term "nonprosecutable
10 sex-related offense" means an alleged sex-related offense
11 (as that term is defined in section 1044e(g) of title 10,
12 United States Code) that a court-martial convening au-
13 thority has declined to refer for trial by a general or spe-
14 cial court-martial under chapter 47 of title 10, United
15 States Code (the Uniform Code of Military Justice), due
16 to a determination that there is insufficient evidence to
17 support prosecution of the sex-related offense.

18 **SEC. 540D. DEPARTMENT OF DEFENSE-WIDE POLICY AND**
19           **MILITARY   DEPARTMENT-SPECIFIC   PRO-**
20           **GRAMS ON REINVIGORATION OF THE PRE-**
21           **VENTION OF SEXUAL ASSAULT INVOLVING**
22           **MEMBERS OF THE ARMED FORCES.**

23      (a) POLICY REQUIRED.—Not later than 180 days
24 after the date of the enactment of this Act, the Secretary
25 of Defense shall develop and issue a comprehensive policy
26 for the Department of Defense to reinvigorate the preven-

g:\VHLC\120919\120919.161.xml      (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011493

393

1   tion of sexual assault involving members of the Armed

2   Forces.

3   (b) POLICY ELEMENTS.—

4       (1) IN GENERAL.—The policy required by sub-

5   section (a) shall include the following:

6           (A) Education and training for members of

7       the Armed Forces on the prevention of sexual

8       assault.

9           (B) Elements for programs designed to en-

10      courage and promote healthy relationships

11      among members of the Armed Forces.

12          (C) Elements for programs designed to

13      empower and enhance the role of non-commis-

14      sioned officers in the prevention of sexual as-

15      sault.

16          (D) Elements for programs to foster social

17      courage among members of the Armed Forces

18      to encourage and promote intervention in situa-

19      tions in order to prevent sexual assault.

20          (E) Processes and mechanisms designed to

21      address behaviors among members of the

22      Armed Forces that are included in the con-

23      tinuum of harm that frequently results in sex-

24      ual assault.

WASHSTATEC011494

394

1    (F) Elements for programs designed to ad-
2   dress alcohol abuse, including binge drinking,
3   among members of the Armed Forces.

4    (G) Such other elements, processes, mech-
5   anisms, and other matters as the Secretary of
6   Defense considers appropriate.

7   (2) CONTINUUM OF HARM RESULTING IN SEX-
8  UAL ASSAULT.—For purposes of paragraph (1)(E),
9  the continuum of harm that frequently results in
10  sexual assault includes hazing, sexual harassment,
11  and related behaviors (including language choices,
12  off-hand statements, jokes, and unconscious atti-
13  tudes or biases) that create a permissive climate for
14  sexual assault.

15 (c) PROGRAMS REQUIRED.—Not later than 180 days
16 after the issuance of the policy required by subsection (a),
17 each Secretary of a military department shall develop and
18 implement for each Armed Force under the jurisdiction
19 of such Secretary a program to reinvigorate the prevention
20 of sexual assaults involving members of the Armed Forces.
21 Each program shall include the elements, processes, mech-
22 anisms, and other matters developed by the Secretary of
23 Defense pursuant to subsection (a) tailored to the require-
24 ments and circumstances of the Armed Force or Armed
25 Forces concerned.

WASHSTATEC011495

395

1 **SEC. 540E. RECOMMENDATIONS ON SEPARATE PUNITIVE**
2 **ARTICLE IN THE UNIFORM CODE OF MILI-**
3 **TARY JUSTICE ON SEXUAL HARASSMENT.**

4     Not later than 180 days after the date of the enact-
5 ment of this Act, the Secretary of Defense shall submit
6 to the Committees on Armed Services of the Senate and
7 the House of Representatives a report containing such rec-
8 ommendations as the Secretary considers appropriate with
9 respect to the establishment of a separate punitive article
10 in chapter 47 of title 10, United States Code (the Uniform
11 Code of Military Justice), on sexual harassment.

12 **SEC. 540F. REPORT ON MILITARY JUSTICE SYSTEM INVOLV-**
13 **ING ALTERNATIVE AUTHORITY FOR DETER-**
14 **MINING WHETHER TO PREFER OR REFER**
15 **CHANGES FOR FELONY OFFENSES UNDER**
16 **THE UNIFORM CODE OF MILITARY JUSTICE.**

17     (a) REPORT REQUIRED.—

18         (1) IN GENERAL.—Not later than 300 days
19     after the date of the enactment of this Act, the Sec-
20     retary of Defense shall submit to the Committees on
21     Armed Services of the Senate and the House of Rep-
22     resentatives a report setting forth the results of a
23     study, conducted for purposes of the report, on the
24     feasibility and advisability of an alternative military
25     justice system in which determinations as to whether
26     to prefer or refer charges for trial by court-martial

WASHSTATEC011496

396

1 for any offense specified in paragraph (2) is made

2 by a judge advocate in grade O–6 or higher who has

3 significant experience in criminal litigation and is

4 outside of the chain of command of the member sub-

5 ject to the charges rather than by a commanding of-

6 ficer of the member who is in the chain of command

7 of the member.

8 (2) SPECIFIED OFFENSE.—An offense specified

9 in this paragraph is any offense under chapter 47 of

10 title 10, United States Code (the Uniform Code of

11 Military Justice), for which the maximum punish-

12 ment authorized includes confinement for more than

13 one year.

14 (b) ELEMENTS.—The study required for purposes of

15 the report under subsection (a) shall address the following:

16 (1) Relevant procedural, legal, and policy impli-

17 cations and considerations of the alternative military

18 justice system described in subsection (a).

19 (2) An analysis of the following in connection

20 with the implementation and maintenance of the al-

21 ternative military justice system:

22 (A) Legal personnel requirements.

23 (B) Changes in force structure.

24 (C) Amendments to law.

WASHSTATEC011497

397

(D) Impacts on the timeliness and efficiency of legal processes and court-martial adjudications.

(E) Potential legal challenges to the system.

(F) Potential changes in prosecution and conviction rates.

(G) Potential impacts on the preservation of good order and discipline, including the ability of a commander to carry out nonjudicial punishment and other administrative actions.

(H) Such other considerations as the Secretary considers appropriate.

(3) A comparative analysis of the military justice systems of relevant foreign allies with the current military justice system of the United States and the alternative military justice system, including whether or not approaches of the military justice systems of such allies to determinations described in subsection (a) are appropriate for the military justice system of the United States.

(4) An assessment of the feasibility and advisability of conducting a pilot program to assess the feasibility and advisability of the alternative military

WASHSTATEC011498

398

1   justice system, and, if the pilot program is deter-
2   mined to be feasible and advisable—

3         (A) an analysis of potential legal issues in
4         connection with the pilot program, including po-
5         tential issues for appeals; and

6         (B) recommendations on the following:

7               (i) The populations to be subject to
8               the pilot program.

9               (ii) The duration of the pilot program.

10              (iii) Metrics to measure the effective-
11              ness of the pilot program.

12              (iv) The resources to be used to con-
13              duct the pilot program.

14   **SEC. 540G. REPORT ON STANDARDIZATION AMONG THE**
15            **MILITARY DEPARTMENTS IN COLLECTION**
16            **AND PRESENTATION OF INFORMATION ON**
17            **MATTERS WITHIN THE MILITARY JUSTICE**
18            **SYSTEM.**

19   Not later than 180 days after the date of the enact-
20   ment of this Act, the Secretary of Defense shall, in con-
21   sultation with the Secretaries of the military departments,
22   submit to the Committees on Armed Services of the Sen-
23   ate and the House of Representatives a report setting
24   forth the following:

WASHSTATEC011499

1 (1) A plan for actions to provide for standard-
2 ization, to the extent practicable, among the military
3 departments in the collection and presentation of in-
4 formation on matters within their military justice
5 systems, including information collected and main-
6 tained for purposes of section 940a of title 10,
7 United States Code (article 140a of the Uniform
8 Code of Military Justice), and such other informa-
9 tion as the Secretary considers appropriate.

10 (2) An assessment of the feasibility and advis-
11 ability of establishing and maintaining a single, De-
12 partment of Defense-wide data management system
13 for the standardized collection and presentation of
14 information described in paragraph (1).

15 **SEC. 540H. REPORT ON EXPANSION OF AIR FORCE SAFE TO**
16 **REPORT POLICY ACROSS THE ARMED**
17 **FORCES.**

18 (a) REPORT.—Not late than 180 days after the date
19 of the enactment of this Act, the Secretary of Defense
20 shall, in consultation with the Secretaries of the military
21 departments and the Secretary of Homeland Security,
22 submit to the Committees on Armed Services of the Sen-
23 ate and the House of Representatives a report setting
24 forth an assessment of the feasibility and advisability of
25 expanding the applicability of the safe to report policy de-

WASHSTATEC011500

1 scribed in subsection (b) so that the policy applies across

2 the Armed Forces.

3    (b) SAFE TO REPORT POLICY.—The safe to report

4 policy described in this subsection is the policy, currently

5 applicable in the Air Force alone, under which a member

6 of the Armed Forces who is the victim of an alleged sexual

7 assault committed by another member of the Armed

8 Forces, but who may have committed minor collateral mis-

9 conduct at or about the time of such alleged sexual as-

10 sault, or whose minor collateral misconduct at or about

11 such time is discovered only as a result of the investigation

12 into such alleged sexual assault, may report such alleged

13 sexual assault to proper authorities without fear or receipt

14 of discipline in connection with such minor collateral mis-

15 conduct.

**16 SEC. 540I. ASSESSMENT OF RACIAL, ETHNIC, AND GENDER**

**17           DISPARITIES IN THE MILITARY JUSTICE SYS-**

**18           TEM.**

19    (a) IN GENERAL.—The Secretary of Defense shall

20 provide for the carrying out of the activities described in

21 subsections (b) and (c) in order to improve the ability of

22 the Department of Defense to detect and address racial,

23 ethnic, and gender disparities in the military justice sys-

24 tem.

WASHSTATEC011501

401

1    (b) SECRETARY OF DEFENSE AND RELATED ACTIVI-
2  TIES.—The activities described in this subsection are the
3  following, to be commenced or carried out (as applicable)
4  by not later than 180 days after the date of the enactment
5  of this Act:

6        (1) For each court-martial conducted by an
7     Armed Force after the date of the enactment of this
8     Act, the Secretary of Defense shall require the head
9     of the Armed Force concerned—

10            (A) to record the race, ethnicity, and gen-
11         der of the victim and the accused, and such
12         other demographic information about the victim
13         and the accused as the Secretary considers ap-
14         propriate;

15            (B) to include data based on the informa-
16         tion described in subparagraph (A) in the an-
17         nual military justice reports of the Armed
18         Force.

19        (2) The Secretary of Defense, in consultation
20     with the Secretaries of the military departments and
21     the Secretary of Homeland Security, shall issue
22     guidance that—

23            (A) establishes criteria to determine when
24         data indicating possible racial, ethnic, or gender

WASHSTATEC011502

1    disparities in the military justice process should

2    be further reviewed; and

3        (B) describes how such a review should be

4    conducted.

5    (3) The Secretary of Defense, in consultation

6    with the Secretaries of the military departments and

7    the Secretary of Homeland Security, shall—

8        (A) conduct an evaluation to identify the

9    causes of any racial, ethnic, or gender dispari-

10    ties identified in the military justice system;

11        (B) take steps to address the causes of any

12    such disparities, as appropriate.

13    (c) DAC–IPAD ACTIVITIES.—

14    (1) IN GENERAL.—The activities described in

15    this subsection are the following, to be conducted by

16    the independent committee DAC–IPAD:

17        (A) A review and assessment, by fiscal

18    year, of the race and ethnicity of members of

19    the Armed Forces accused of a penetrative sex-

20    ual assault offense or contact sexual assault of-

21    fense in an unrestricted report made pursuant

22    to Department of Defense Instruction 6495.02,

23    including an unrestricted report involving a

24    spouse or intimate partner, in all cases com-

25    pleted in each fiscal year assessed.

WASHSTATEC011503

403

1        (B) A review and assessment, by fiscal

2    year, of the race and ethnicity of members of

3    the Armed Forces against whom charges were

4    preferred pursuant to Rule for Courts-Martial

5    307 for a penetrative sexual assault offense or

6    contact sexual assault offense in all cases com-

7    pleted in each fiscal year assessed.

8        (C) A review and assessment, by fiscal

9    year, of the race and ethnicity of members of

10   the Armed Forces who were convicted of a pen-

11   etrative sexual assault offense or contact sexual

12   assault offense in all cases completed in each

13   fiscal year assessed.

14   (2) INFORMATION FROM FEDERAL AGENCIES.—

15       (A) IN GENERAL.—Upon request by the

16   chair of the committee, a department or agency

17   of the Federal Government shall provide infor-

18   mation that the committee considers necessary

19   to conduct reviews and assessments required by

20   paragraph (1), including military criminal in-

21   vestigation files, charge sheets, records of trial,

22   and personnel records.

23       (B) HANDLING, STORAGE, AND RETURN.—

24   The committee shall handle and store all

25   records received and reviewed under this sub-

WASHSTATEC011504

404

1    section in accordance with applicable privacy

2    laws and Department of Defense policy, and

3    shall return all records so received in a timely

4    manner.

5    (3) REPORT.—Not later than one year after the

6    date of the enactment of this Act, the committee

7    shall submit to the Secretary of Defense, and to the

8    Committees on Armed Services of the Senate and

9    the House of Representatives, a report setting forth

10   the results of the reviews and assessments required

11   by paragraph (1). The report shall include such rec-

12   ommendations for legislative or administrative action

13   as the committee considers appropriate in light of

14   such results.

15   (4) DEFINITIONS.—In this subsection:

16   (A) The term "independent committee

17   DAC–IPAD" means the independent committee

18   established by the Secretary of Defense under

19   section 546 of the Carl Levin and Howard P.

20   "Buck" McKeon National Defense Authoriza-

21   tion Act for Fiscal Year 2015 (Public Law

22   113–291; 128 Stat. 3374), commonly known as

23   the "DAC-IPAD".

24   (B) The term "case" means an unre-

25   stricted report of any penetrative sexual assault

WASHSTATEC011505

405

offense or contact sexual assault offense made against a member of the Armed Forces pursuant to Department of Defense Instruction 6495.02, including any unrestricted report involving a spouses or intimate partner for which an investigation has been opened by a criminal investigative organization.

(C) The term ''completed'', with respect to a case, means that the case was tried to verdict, dismissed without further action, or dismissed and then resolved by non-judicial or administrative proceedings.

(D) The term ''contact sexual assault offense'' means aggravated sexual contact, abusive sexual contact, wrongful sexual contact, and attempts to commit such offenses under the Uniform Code of Military Justice.

(E) The term ''penetrative sexual assault offense'' means rape, aggravated sexual assault, sexual assault, forcible sodomy, and attempts to commit such offenses under the Uniform Code of Military Justice.

WASHSTATEC011506

406

1 **SEC. 540J. PILOT PROGRAMS ON DEFENSE INVESTIGATORS**

2        **IN THE MILITARY JUSTICE SYSTEM.**

3     (a) IN GENERAL.—Each Secretary of a military de-

4 partment shall carry out a pilot program on defense inves-

5 tigators within the military justice system under the juris-

6 diction of such Secretary in order to do the following:

7       (1) Determine whether the presence of defense

8     investigators within such military justice system

9     will—

10         (A) make such military justice system

11       more effective in providing an effective defense

12       for the accused; and

13         (B) make such military justice system

14       more fair and efficient.

15       (2) Otherwise assess the feasibility and advis-

16     ability of defense investigators as an element of such

17     military justice system.

18     (b) ELEMENTS.—

19       (1) INTERVIEW OF VICTIM.—A defense investi-

20     gator may question a victim under a pilot program

21     only upon a request made through the Special Vic-

22     tims' Counsel or other counsel if the victim does not

23     have such counsel.

24       (2) UNIFORMITY ACROSS MILITARY JUSTICE

25     SYSTEMS.—The Secretary of Defense shall ensure

26     that the personnel and activities of defense inves-

WASHSTATEC011507

407

1    tigators under the pilot programs are, to the extent
2    practicable, uniform across the military justice sys-
3    tems of the military departments.

4    (c) REPORT.—

5        (1) IN GENERAL.—Not later than three years
6    after the date of the enactment of this Act, the Sec-
7    retary of Defense shall, in consultation with the Sec-
8    retaries of the military departments, submit to the
9    Committees on Armed Services of the Senate and
10   the House of Representatives a report on the pilot
11   programs under subsection (a).

12       (2) ELEMENTS.—The report required by para-
13   graph (1) shall include the following:

14           (A) A description of each pilot program,
15       including the personnel and activities of defense
16       investigators under such pilot program.

17           (B) An assessment of the feasibility and
18       advisability of establishing and maintaining de-
19       fense investigators as an element of the military
20       justice systems of the military departments.

21           (C) If the assessment under subparagraph
22       (B) is that the establishment and maintenance
23       of defense investigators as an element of the
24       military justice systems of the military depart-
25       ments is feasible and advisable, such rec-

WASHSTATEC011508

408

1    ommendations for legislative and administrative
2    action as the Secretary of Defense considers ap-
3    propriate to establish and maintain defense in-
4    vestigators as an element of the military justice
5    systems.

6        (D) Any other matters the Secretary of
7    Defense considers appropriate.

**SEC. 540K. REPORT ON PRESERVATION OF RECOURSE TO**
**RESTRICTED REPORT ON SEXUAL ASSAULT**
**FOR VICTIMS OF SEXUAL ASSAULT FOL-**
**LOWING CERTAIN VICTIM OR THIRD-PARTY**
**COMMUNICATIONS.**

13        (a) REPORT REQUIRED.—Not later than 180 days
14   after the date of the enactment of this Act, the Secretary
15   of Defense shall submit to the Committees on Armed Serv-
16   ices of the Senate and the House of Representatives a re-
17   port making findings and recommendations on the feasi-
18   bility and advisability of a policy for the Department of
19   Defense that would permit a victim of a sexual assault,
20   that is or may be investigated as a result of a communica-
21   tion described in subsection (b), which victim is a member
22   of the Armed Forces or an adult dependent of a member
23   of the Armed Forces, to have the reporting on the sexual
24   assault be treated as a restricted report without regard
25   to the party initiating or receiving such communication.

WASHSTATEC011509

1    (b) COMMUNICATIONS.—A communication described
2 in this subsection is a communication reporting a sexual
3 assault as follows:

4        (1) By the victim to a member of the Armed
5        Forces, whether a commissioned officer or a non-
6        commissioned officer, in the chain of command of
7        the victim or the victim's military sponsor.

8        (2) By the victim to military law enforcement
9        personnel or personnel of a military criminal inves-
10       tigative organization (MCIO).

11       (3) By any individual other than victim.

12    (c) SCOPE OF FINDINGS AND RECOMMENDATIONS.—
13 The report required by subsection (a) may include rec-
14 ommendations for new provisions of statute or regulations,
15 or modification of current statute or regulations, that may
16 be required to put into effect the findings and rec-
17 ommendations described in subsection (a).

18    (d) CONSULTATION.—In preparing the report re-
19 quired by subsection (a), the Secretary shall consult with
20 the Defense Advisory Committee on Investigation, Pros-
21 ecution, and Defense of Sexual Assault in the Armed
22 Forces (DAC–IPAD) under section 546 of the Carl Levin
23 and Howard P. "Buck" McKeon National Defense Au-
24 thorization Act for Fiscal Year 2015 (10 U.S.C. 1561
25 note).

WASHSTATEC011510

410

SEC. 540L. REPORT ON ESTABLISHMENT OF GUARDIAN AD
          LITEM  PROGRAM  FOR  CERTAIN  MILITARY
          DEPENDENTS  WHO  ARE  A  VICTIM  OR  WIT-
          NESS OF AN OFFENSE UNDER THE UNIFORM
          CODE  OF  MILITARY  JUSTICE  INVOLVING
          ABUSE OR EXPLOITATION.

(a) REPORT REQUIRED.—

    (1) IN GENERAL.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth an assessment of the feasibility and advisability of establishing a guardian ad litem program for military dependents described in paragraph (2) who are a victim or witness of an offense under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), that involves an element of abuse or exploitation in order to protect the best interests of such dependents in a court-martial of such offense.

    (2) COVERED DEPENDENTS.—The military dependents described in this paragraph are as follows:

        (A) Military dependents under 12 years of age.

        (B) Military dependents who lack mental or other capacity.

WASHSTATEC011511

411

1    (b) ELEMENTS.—The report required by subsection
2  (a) shall include the following:

3        (1) An assessment of the feasibility and advis-
4     ability of establishing a guardian ad litem program
5     as described in subsection (a).

6        (2) If establishment of the guardian ad litem
7     program is considered feasible and advisable, the fol-
8     lowing:

9           (A) A description of administrative re-
10          quirements in connection with the program, in-
11          cluding the following:

12               (i) Any memoranda of understanding
13               between the Department of Defense and
14               State and local authorities required for
15               purposes of the program.

16               (ii) The personnel, funding, and other
17               resources required for purposes of the pro-
18               gram.

19          (B) Best practices for the program (as de-
20          termined in consultation with appropriate civil-
21          ian experts on child advocacy).

22          (C) Such recommendations for legislative
23          and administration action to implement the pro-
24          gram as the Secretary considers appropriate.

WASHSTATEC011512

412

**SEC. 540M. COMPTROLLER GENERAL OF THE UNITED STATES REPORT ON IMPLEMENTATION BY THE ARMED FORCES OF RECENT STATUTORY REQUIREMENTS ON SEXUAL ASSAULT PREVENTION AND RESPONSE IN THE MILITARY.**

(a) REPORT REQUIRED.—The Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report, in writing, on a study, conducted by the Comptroller General for purposes of the report, on the implementation by the Armed Forces of statutory requirements on sexual assault prevention and response in the military in the National Defense Authorization Act for Fiscal Year 2004 (Public Law 108–136) and each succeeding national defense authorization Act through the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232).

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) A list and citation of each statutory requirement (whether codified or uncodified) on sexual assault prevention and response in the military in each national defense authorization Act specified in paragraph (1), including—

(A) whether such statutory requirement is still in force; and

WASHSTATEC011513

413

1        (B) if such statutory requirement is no
2    longer in force, the date of the repeal or expira-
3    tion of such requirement.

4        (2) For each statutory requirement listed pur-
5    suant to paragraph (1), the following:

6        (A) An assessment of the extent to which
7    such requirement was implemented, or is cur-
8    rently being implemented, as applicable, by each
9    Armed Force to which such requirement applied
10   or applies.

11       (B) A description and assessment of the
12   actions taken by each of the Department of De-
13   fense, the military department concerned, and
14   the Armed Force concerned to assess and deter-
15   mine the effectiveness of actions taken pursuant
16   to such requirement in meeting its intended ob-
17   jective.

18       (3) Any other matters in connection with the
19   statutory requirements specified in subsection (a),
20   and the implementation of such requirements by the
21   Armed Forces, that the Comptroller General con-
22   siders appropriate.

23   (c) BRIEFINGS.—Not later than May 1, 2020, the
24   Comptroller General shall provide to the committees re-
25   ferred to in subsection (a) one or more briefings on the

WASHSTATEC011514

414

1 status of the study required by subsection (a), including
2 any preliminary findings and recommendations of the
3 Comptroller General as a result of the study as of the date
4 of such briefing.

**SEC. 540N. SENSE OF CONGRESS ON THE PORT CHICAGO 50.**

6 It is the sense of Congress that—

7 (1) the American people should recognize the
8 role of racial bias during the era in which the pros-
9 ecution and convictions of the Port Chicago 50 took
10 place for mutiny following the deadliest home-front
11 disaster in World War II, in which 320 were killed
12 on July 17, 1944, during a munitions explosion; and

13 (2) in light of the well-documented challenges
14 associated with uniformed service by African Ameri-
15 cans during this era, the Secretary of the Navy
16 should, as appropriate, recommend executive action
17 in favor of the 49 remaining Sailors with general
18 court-martial convictions and the 207 remaining
19 Sailors with summary court-martial convictions.

# Subtitle E—Other Legal Matters

**SEC. 541. IMPROVEMENT OF CERTAIN SPECIAL VICTIMS'**
**COUNSEL AUTHORITIES.**

23 (a) ENHANCEMENT OF LEGAL CONSULTATION AND
24 ASSISTANCE IN CONNECTION WITH POTENTIAL VICTIM
25 BENEFITS.—Paragraph (8)(D) of subsection (b) of sec-

WASHSTATEC011515

415

1 tion 1044e of title 10, United States Code, is amended

2 by striking "and other" and inserting ", section 1408(h)

3 of this title, and other".

4     (b) EXPANSION OF LEGAL ASSISTANCE AUTHORIZED

5 TO INCLUDE CONSULTATION AND ASSISTANCE FOR RE-

6 TALIATION.—Subsection (b) of such section is amended

7 further—

8         (1) by redesignating paragraph (10) as para-

9     graph (11); and

10         (2) by inserting after paragraph (9) the fol-

11     lowing new paragraph (10):

12     "(10) Legal consultation and assistance in con-

13     nection with an incident of retaliation, whether such

14     incident occurs before, during, or after the conclu-

15     sion of any criminal proceedings, including—

16             "(A) in understanding the rights and pro-

17         tections afforded to victims of retaliation;

18             "(B) in the filing of complaints; and

19             "(C) in any resulting military justice pro-

20         ceedings.".

21     (c) STAFFING CASELOAD LEVELS.—Such section is

22 further amended—

23         (1) by redesignating subsections (g) and (h) as

24     subsections (h) and (i), respectively; and

WASHSTATEC011516

416

1    (2) by inserting after subsection (f) the fol-
2    lowing new subsection (g):

3    "(g) STAFFING CASELOAD LEVELS.—Commencing
4    not later than four years after the date of the enactment
5    of the National Defense Authorization Act for Fiscal Year
6    2020, each Secretary concerned shall ensure that the num-
7    ber of Special Victims' Counsel serving in each military
8    department (and with respect to the Coast Guard) is suffi-
9    cient to ensure that the average caseload of a Special Vic-
10   tims' Counsel does not exceed, to the extent practicable,
11   25 cases any given time.".

**12   SEC. 542. AVAILABILITY OF SPECIAL VICTIMS' COUNSEL AT**
**13          MILITARY INSTALLATIONS.**

14   (a) DEADLINE FOR AVAILABILITY.—Section 1044e(f)
15   of title 10, United States Code, is amended by adding at
16   the end the following new paragraph:

17   "(4)(A) Subject to subparagraph (B), if a Special
18   Victims' Counsel is not available at a military installation
19   for access by a member of the armed forces who requests
20   access to a Special Victims' Counsel, a Special Victims'
21   Counsel shall be made available at such installation for
22   access by such member by not later than 72 hours after
23   such request.

24   "(B) If the Secretary concerned determines that, due
25   to exigent circumstances related to military activities, a

WASHSTATEC011517

417

1 Special Victims' Counsel cannot be made available to a
2 member of the armed forces within the time period re-
3 quired by subparagraph (A), the Secretary concerned shall
4 ensure that a Special Victims' Counsel is made available
5 to such member as soon as is practical under such cir-
6 cumstances.''.

7    (b) REPORT ON CIVILIAN SUPPORT OF SVCS.—Not
8 later than 180 days after the date of the enactment of
9 this Act, each Secretary of a military department shall
10 submit to the Committees on Armed Services of the Sen-
11 ate and the House of Representatives a report setting
12 forth the assessment of such Secretary of the feasibility
13 and advisability of establishing and maintaining for each
14 Special Victims' Counsel under the jurisdiction of such
15 Secretary one or more civilian positions for the purpose
16 of—

17        (1) providing support to such Special Victims'
18    Counsel; and

19        (2) ensuring continuity and the preservation of
20    institutional knowledge in transitions between the
21    service of individuals as such Special Victims' Coun-
22    sel.

WASHSTATEC011518

418

1 **SEC. 543. NOTIFICATION OF ISSUANCE OF MILITARY PRO-**

2 **TECTIVE ORDER TO CIVILIAN LAW ENFORCE-**

3 **MENT.**

4   (a) NOTIFICATION OF ISSUANCE.—Section 1567a of

5 title 10, United States Code, is amended—

6       (1) in subsection (a), by striking ''and any indi-

7     vidual involved in the order does not reside on a

8     military installation at any time during the duration

9     of the military protective order, the commander of

10    the military installation shall notify'' and inserting

11    '', the commander of the unit to which the member

12    is assigned shall, not later than seven days after the

13    date of the issuance of the order, notify'';

14      (2) by redesignating subsection (b) as sub-

15    section (c);

16      (3) by inserting after subsection (a) the fol-

17    lowing new subsection (b);

18   ''(b) NOTIFICATION IN EVENT OF TRANSFER.—In

19 the event that a member of the armed forces against whom

20 a military protective order is issued is transferred to an-

21 other unit—

22      ''(1) not later than the date of the transfer, the

23    commander of the unit from which the member is

24    transferred shall notify the commander of the unit

25    to which the member is transferred of—

WASHSTATEC011519

419

1          "(A) the issuance of the protective order;

2     and

3          "(B) the individuals involved in the order;

4     and

5     "(2) not later than seven days after receiving

6     the notice under paragraph (1), the commander of

7     the unit to which the member is transferred shall

8     provide notice of the order to the appropriate civilian

9     authorities in accordance with subsection (a)."; and

10    (4) in subsection (c), as so redesignated, by

11    striking "commander of the military installation"

12    and inserting "commander of the unit to which the

13    member is assigned".

14  (b) ANNUAL REPORT REQUIRED.—Not later than

15  March 1, 2021, and each year thereafter through 2025,

16  the Secretary of Defense shall submit to the congressional

17  defense committees a report that identifies—

18    (1) the number of military protective orders

19    issued in the calendar year preceding the year in

20    which the report is submitted; and

21    (2) the number of such orders that were re-

22    ported to appropriate civilian authorities in accord-

23    ance with section 1567a(a) of title 10, United States

24    Code, in such preceding year.

WASHSTATEC011520

420

1    **SEC. 544. COPYRIGHT PROTECTION FOR CIVILIAN FACULTY**

2               **OF CERTAIN ACCREDITED INSTITUTIONS.**

3         Section 105 of title 17, United States Code, is

4    amended—

5         (1) by inserting "(a) IN GENERAL.—" before

6    "Copyright"; and

7         (2) by adding at the end the following:

8    "(b) COPYRIGHT PROTECTION OF CERTAIN OF

9    WORKS.—Subject to subsection (c), the covered author of

10   a covered work owns the copyright to that covered work.

11   "(c) USE BY FEDERAL GOVERNMENT.—The Sec-

12   retary of Defense may direct the covered author of a cov-

13   ered work to provide the Federal Government with an ir-

14   revocable, royalty-free, world-wide, nonexclusive license to

15   reproduce, distribute, perform, or display such covered

16   work for purposes of the United States Government.

17   "(c) DEFINITIONS.—In this section:

18         "(1) The term 'covered author' means a civilian

19   member of the faculty of a covered institution.

20         "(2) The term 'covered institution' means the

21   following:

22               "(A) National Defense University.

23               "(B) United States Military Academy.

24               "(C) Army War College.

25               "(D) United States Army Command and

26   General Staff College.

WASHSTATEC011521

421

1          ''(E) United States Naval Academy.

2          ''(F) Naval War College.

3          ''(G) Naval Post Graduate School.

4          ''(H) Marine Corps University.

5          ''(I) United States Air Force Academy.

6          ''(J) Air University.

7          ''(K) Defense Language Institute.

8          ''(L) United States Coast Guard Academy.

9      ''(3) The term 'covered work' means a literary

10   work produced by a covered author in the course of

11   employment at a covered institution for publication

12   by a scholarly press or journal.''.

13   **SEC. 545. TERMINATION OF LEASES OF PREMISES AND**

14   **MOTOR VEHICLES OF SERVICEMEMBERS**

15   **WHO INCUR CATASTROPHIC INJURY OR ILL-**

16   **NESS OR DIE WHILE IN MILITARY SERVICE.**

17   (a) CATASTROPHIC INJURIES AND ILLNESSES.—Sub-

18   section (a) of section 305 of the Servicemembers Civil Re-

19   lief Act (50 U.S.C. 3955), as amended by section 301 of

20   the Veterans Benefits and Transition Act of 2018 (Public

21   Law 115–407), is further amended by adding at the end

22   the following new paragraph:

23          ''(4) CATASTROPHIC INJURY OR ILLNESS OF

24   LESSEE.—The spouse of the lessee on a lease de-

25   scribed in subsection (b) may terminate the lease

WASHSTATEC011522

422

1 during the one-year period beginning on the date on
2 which the lessee incurs a catastrophic injury or ill-
3 ness (as that term is defined in section 439(g) of
4 title 37, United States Code), if the lessee incurs the
5 catastrophic injury or illness during a period of mili-
6 tary service or while performing full-time National
7 Guard duty, active Guard and Reserve duty, or inac-
8 tive-duty training (as such terms are defined in sec-
9 tion 101(d) of title 10, United States Code).''.

10 (b) DEATHS.—Paragraph (3) of such subsection is
11 amended by striking ''in subsection (b)(1)'' and inserting
12 ''in subsection (b)''.

**SEC. 546. MILITARY ORDERS REQUIRED FOR TERMINATION**
**OF LEASES PURSUANT TO THE**
**SERVICEMEMBERS CIVIL RELIEF ACT.**

16 Section 305(i) of the Servicemembers Civil Relief Act
17 (50 U.S.C. 3955) is amended—

18 (1) in paragraph (1), by inserting ''(including
19 orders for separation or retirement)'' after ''official
20 military orders''; and

21 (2) by adding at the end the following new
22 paragraph:

23 ''(3) PERMANENT CHANGE OF STATION.—The
24 term 'permanent change of station' includes separa-
25 tion or retirement from military service.''.

WASHSTATEC011523

423

1 **SEC. 547. PRESERVATION OF RIGHT TO BRING CLASS AC-**
2 **TION UNDER SERVICEMEMBERS CIVIL RE-**
3 **LIEF ACT.**

4  (a) IN GENERAL.—Section 802(a) of the
5 Servicemembers Civil Relief Act (50 U.S.C. 4042(a)) is
6 amended—

7      (1) in paragraph (1), by striking ''and'' at the
8  end;

9      (2) in paragraph (2), by striking the period at
10  the end and inserting ''; and''; and

11      (3) by adding at the end the following new
12  paragraph:

13      ''(3) be a representative party on behalf of
14  members of a class or be a member of a class, in
15  accordance with the Federal Rules of Civil Proce-
16  dure, notwithstanding any previous agreement to the
17  contrary.''.

18  (b) CONSTRUCTION.—The amendments made by sub-
19 section (a) shall not be construed to imply that a person
20 aggrieved by a violation of such Act did not have a right
21 to bring a civil action as a representative party on behalf
22 of members of a class or be a member of a class in a
23 civil action before the date of the enactment of this Act.

WASHSTATEC011524

424

## SEC. 548. LEGAL COUNSEL FOR VICTIMS OF ALLEGED DO-MESTIC VIOLENCE OFFENSES.

1  (a) IN GENERAL.—Not later than December 1, 2020,
2  the Secretary of Defense shall carry out a program to pro-
3  vide legal counsel (referred to in this section as "Counsel")
4  to victims of alleged domestic violence offenses who are
5  otherwise eligible for military legal assistance under sec-
6  tion 1044 of title 10, United States Code.

7  (b) FORM OF IMPLEMENTATION.—The program re-
8  quired under subsection (a) may be carried out as part
9  of another program of the Department of Defense or
10  through the establishment of a separate program.

11  (c) TRAINING AND TERMS.—The Secretary of De-
12  fense shall ensure that Counsel—

13  (1) receive specialized training in legal issues
14  commonly associated with alleged domestic violence
15  offenses; and

16  (2) to the extent practicable, serve as Counsel
17  for a period of not less than 2 years.

18  (d) ATTORNEY-CLIENT RELATIONSHIP.—The rela-
19  tionship between a Counsel and a victim in the provision
20  of legal advice and assistance shall be the relationship be-
21  tween an attorney and client.

22  (e) PARALEGAL SUPPORT.—The Secretary of De-
23  fense shall ensure that sufficient trained paralegal support
24  is provided to Counsel under the program.

WASHSTATEC011525

425

1 (f) REPORT REQUIRED.—

2     (1) IN GENERAL.—Not later than 120 days

3 after the date of the enactment of this Act, the Sec-

4 retary of Defense shall submit to the Committees on

5 Armed Services of the Senate and the House of Rep-

6 resentatives a report on the implementation of the

7 program under subsection (a).

8     (2) ELEMENTS.—The report required under

9 paragraph (1) shall include the following:

10        (A) A description and assessment of the

11        manner in which the Department of Defense

12        will implement the program required under sub-

13        section (a).

14        (B) An explanation of whether the pro-

15        gram will be carried out as part of another pro-

16        gram of the Department or through the estab-

17        lishment of a separate program.

18        (C) A comprehensive description of the ad-

19        ditional personnel, resources, and training that

20        will be required to implement the program, in-

21        cluding identification of the specific number of

22        additional billets that will be needed to staff the

23        program.

WASHSTATEC011526

426

1         (D) Recommendations for any modifica-
2         tions to law that may be necessary to effectively
3         and efficiently implement the program.

4   (g) ALLEGED DOMESTIC VIOLENCE OFFENSE DE-
5 FINED.—In this section, the term "alleged domestic vio-
6 lence offense" means any allegation of—

7         (1) a violation of section 928(b), 928b(1),
8         928b(5), or 930 of title 10, United States Code (ar-
9         ticle 128(b), 128b(1), 128b(5), or 130 of the Uni-
10         form Code of Military Justice), when committed
11         against a spouse, intimate partner, or immediate
12         family member;

13         (2) a violation of any other provision of sub-
14         chapter X of chapter 47 of such title (the Uniform
15         Code of Military Justice), when committed against a
16         spouse, intimate partner, or immediate family mem-
17         ber; or

18         (3) an attempt to commit an offense specified
19         in paragraph (1) or (2) as punishable under section
20         880 of such title (article 80 of the Uniform Code of
21         Military Justice).

WASHSTATEC011527

**SEC. 549. NOTICE TO VICTIMS OF ALLEGED SEXUAL AS-**
**SAULT OF PENDENCY OF FURTHER ADMINIS-**
**TRATIVE ACTION FOLLOWING A DETERMINA-**
**TION NOT TO REFER TO TRIAL BY COURT-**
**MARTIAL.**

Under regulations prescribed by the Secretary of De-
fense, upon a determination not to refer a case of alleged
sexual assault for trial by court-martial under chapter 47
of title 10, United States Code (the Uniform Code of Mili-
tary Justice), the commander making such determination
shall periodically notify the victim of the status of a final
determination on further action on such case, whether
non-judicial punishment under section 815 of such title
(article 15 of the Uniform Code of Military Justice), other
administrative action, or no further action. Such notifica-
tions shall continue not less frequently than monthly until
such final determination.

**SEC. 550. TREATMENT OF INFORMATION IN CATCH A SE-**
**RIAL OFFENDER PROGRAM FOR CERTAIN**
**PURPOSES.**

(a) TREATMENT UNDER FOIA.—Victim disclosures
under the Catch a Serial Offender Program shall be with-
held from public disclosure under paragraph (b)(3) of sec-
tion 552 of title 5, United States Code (commonly referred
to as the "Freedom of Information Act").

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011528

428

1    (b) PRESERVATION OF RESTRICTED REPORT.—The
2 transmittal or receipt in connection with the Catch a Se-
3 rial Offender Program of a report on a sexual assault that
4 is treated as a restricted report shall not operate to termi-
5 nate its treatment or status as a restricted report.

6 **SEC. 550A. POLICIES AND PROCEDURES ON REGISTRATION**
7 **AT MILITARY INSTALLATIONS OF CIVILIAN**
8 **PROTECTIVE ORDERS APPLICABLE TO MEM-**
9 **BERS OF THE ARMED FORCES ASSIGNED TO**
10 **SUCH INSTALLATIONS AND CERTAIN OTHER**
11 **INDIVIDUALS.**

12    (a) POLICIES AND PROCEDURES REQUIRED.—Not
13 later than one year after the date of the enactment of this
14 Act, the Secretary of Defense shall, in consultation with
15 the Secretaries of the military departments, establish poli-
16 cies and procedures for the registration at military instal-
17 lations of any civilian protective orders described in sub-
18 section (b), including the duties and responsibilities of
19 commanders of installations in the registration process.

20    (b) CIVILIAN PROTECTIVE ORDERS.—A civilian pro-
21 tective order described in this subsection is any civilian
22 protective order as follows:

23       (1) A civilian protective order against a member
24    of the Armed Forces assigned to the installation
25    concerned.

WASHSTATEC011529

429

1    (2) A civilian protective order against a civilian
2    employee employed at the installation concerned.

3    (3) A civilian protective order against the civil-
4    ian spouse or intimate partner of a member of the
5    Armed Forces on active duty and assigned to the in-
6    stallation concerned, or of a civilian employee de-
7    scribed in paragraph (2), which order provides for
8    the protection of such member or employee.

9    (c) PARTICULAR ELEMENTS.—The policies and pro-
10   cedures required by subsection (a) shall include the fol-
11   lowing:

12   (1) A requirement for notice between and
13   among the commander, military law enforcement ele-
14   ments, and military criminal investigative elements
15   of an installation when a member of the Armed
16   Forces assigned to such installation, a civilian em-
17   ployee employed at such installation, a civilian
18   spouse or intimate partner of a member assigned to
19   such installation, or a civilian spouse or intimate
20   partner of a civilian employee employed at such in-
21   stallation becomes subject to a civilian protective
22   order.

23   (2) A statement of policy that failure to register
24   a civilian protective order may not be a justification
25   for the lack of enforcement of such order by military

WASHSTATEC011530

430

1     law enforcement and other applicable personnel who

2     have knowledge of such order.

3     (d) LETTER.—As soon as practicable after estab-

4 lishing the policies and procedures required by subsection

5 (a), the Secretary shall submit to the Committees on

6 Armed Services of the Senate and the House of Represent-

7 atives a letter that includes the following:

8     (1) A detailed description of the policies and

9     procedures.

10     (2) A certification by the Secretary that the

11     policies and procedures have been implemented on

12     each military installation.

## SEC. 550B. DEFENSE ADVISORY COMMITTEE FOR THE PRE-VENTION OF SEXUAL MISCONDUCT.

15 (a) ESTABLISHMENT REQUIRED.—

16     (1) IN GENERAL.—The Secretary of Defense

17     shall establish and maintain within the Department

18     of Defense an advisory committee to be known as

19     the ''Defense Advisory Committee for the Prevention

20     of Sexual Misconduct'' (in this section referred to as

21     the ''Advisory Committee'').

22     (2) DEADLINE FOR ESTABLISHMENT.—The

23     Secretary shall establish the Advisory Committee not

24     later than one year after the date of the enactment

25     of this Act.

WASHSTATEC011531

431

1    (b) MEMBERSHIP.—

2        (1) IN GENERAL.—The Advisory Committee
3    shall consist of not more than 20 members, ap-
4    pointed by the Secretary from among individuals
5    who have an expertise appropriate for the work of
6    the Advisory Committee, including at least one indi-
7    vidual with each expertise as follows:

8            (A) Expertise in the prevention of sexual
9        assault and behaviors on the sexual assault con-
10       tinuum of harm.

11           (B) Expertise in adverse behaviors, includ-
12       ing the prevention of suicide and the prevention
13       of substance abuse.

14           (C) Expertise in the change of culture of
15       large organizations.

16           (D) Expertise in implementation science.

17       (2) BACKGROUND OF INDIVIDUALS.—Individ-
18   uals appointed to the Advisory Committee may in-
19   clude individuals with expertise in sexual assault
20   prevention efforts of institutions of higher education,
21   public health officials, and such other individuals as
22   the Secretary considers appropriate.

23       (3) PROHIBITION ON MEMBERSHIP OF MEM-
24   BERS OF ARMED FORCES ON ACTIVE DUTY.—A
25   member of the Armed Forces serving on active duty

WASHSTATEC011532

432

1 may not serve as a member of the Advisory Com-
2 mittee.

3 (c) DUTIES.—

4    (1) IN GENERAL.—The Advisory Committee
5 shall advise the Secretary on the following:

6       (A) The prevention of sexual assault (in-
7       cluding rape, forcible sodomy, other sexual as-
8       sault, and other sexual misconduct (including
9       behaviors on the sexual assault continuum of
10       harm)) involving members of the Armed Forces.

11       (B) The policies, programs, and practices
12       of each military department, each Armed Force,
13       and each military service academy for the pre-
14       vention of sexual assault as described in sub-
15       paragraph (A).

16    (2) BASIS FOR PROVISION OF ADVICE.—For
17 purposes of providing advice to the Secretary pursu-
18 ant to this subsection, the Advisory Committee shall
19 review, on an ongoing basis, the following:

20       (A) Closed cases involving allegations of
21       sexual assault described in paragraph (1).

22       (B) Efforts of institutions of higher edu-
23       cation to prevent sexual assault among stu-
24       dents.

WASHSTATEC011533

433

1          (C) Any other information or matters that
2      the Advisory Committee or the Secretary con-
3      siders appropriate.

4      (3) COORDINATION OF EFFORTS.—In addition
5  to the reviews required by paragraph (2), for pur-
6  poses of providing advice to the Secretary the Advi-
7  sory Committee shall also consult and coordinate
8  with the Defense Advisory Committee on Investiga-
9  tion, Prosecution, and Defense of Sexual Assault in
10  the Armed Forces (DAC-IPAD) on matters of joint
11  interest to the two Advisory Committees.

12  (d) ANNUAL REPORT.—Not later than March 30
13  each year, the Advisory Committee shall submit to the
14  Secretary and the Committees on Armed Services of the
15  Senate and the House of Representatives a report on the
16  activities of the Advisory Committee pursuant to this sec-
17  tion during the preceding year.

18  (e) SEXUAL ASSAULT CONTINUUM OF HARM.—In
19  this section, the term "sexual assault continuum of harm"
20  includes—

21          (1) inappropriate actions (such as sexist jokes),
22      sexual harassment, gender discrimination, hazing,
23      cyber bullying, or other behavior that contributes to
24      a culture that is tolerant of, or increases risk for,
25      sexual assault; and

WASHSTATEC011534

434

1     (2) maltreatment or ostracism of a victim for a

2  report of sexual misconduct.

3  (f) TERMINATION.—

4     (1) IN GENERAL.—Except as provided in para-

5  graph (2), the Advisory Conmittee shall terminate

6  on the date that is five years after the date of the

7  establishment of the Advisory Committee pursuant

8  to subsection (a).

9     (2) CONTINUATION.—The Secretary of Defense

10  may continue the Advisory Committee after the ter-

11  mination date applicable under paragraph (1) if the

12  Secretary determines that continuation of the Advi-

13  sory Committee after that date is advisable and ap-

14  propriate. If the Secretary determines to continue

15  the Advisory Committee after that date, the Sec-

16  retary shall notify the Committees on the Armed

17  Services of the Senate and House of Representa-

18  tives.

19  **SEC. 550C. TRAINING FOR SPECIAL VICTIMS' COUNSEL ON**

20        **CIVILIAN CRIMINAL JUSTICE MATTERS IN**

21        **THE STATES OF THE MILITARY INSTALLA-**

22        **TIONS TO WHICH ASSIGNED.**

23  (a) TRAINING.—

24     (1) IN GENERAL.—Except as provided in sub-

25  section (c), upon the assignment of a Special Vic-

WASHSTATEC011535

1 tims' Counsel (including a Victim Legal Counsel of
2 the Navy) to a military installation in the United
3 States, such Counsel shall be provided appropriate
4 training on the law and policies of the State or
5 States in which such military installation is located
6 with respect to the criminal justice matters specified
7 in paragraph (2). The purpose of the training is to
8 assist such Counsel in providing victims of alleged
9 sex-related offenses with information necessary to
10 make an informed decision regarding preference as
11 to the jurisdiction (whether court-martial or State
12 court) in which such offenses will be prosecuted.

13 (2) CRIMINAL JUSTICE MATTERS.—The crimi-
14 nal justice matters specified in this paragraph, with
15 respect to a State, are the following:

16 (A) Victim rights.

17 (B) Prosecution of criminal offenses.

18 (C) Sentencing for conviction of criminal
19 offenses.

20 (D) Protective orders.

21 (b) ALLEGED SEX-RELATED OFFENSE DEFINED.—
22 In this section, the term ''alleged sex-related offense''
23 means any allegation of—

24 (1) a violation of section 920, 920b, 920c, or
25 930 of title 10, United States Code (article 120,

WASHSTATEC011536

436

1 120b, 120c, or 130 of the Uniform Code of Military

2 Justice); or

3 (2) an attempt to commit an offense specified

4 in a paragraph (1) as punishable under section 880

5 of title 10, United States Code (article 80 of the

6 Uniform Code of Military Justice).

7 (c) EXCEPTION.—The requirements of this section do

8 not apply to a Special Victims' Counsel of the Coast

9 Guard.

10 **SEC. 550D. ENHANCING THE CAPABILITY OF MILITARY**

11 **CRIMINAL INVESTIGATIVE ORGANIZATIONS**

12 **TO PREVENT AND COMBAT CHILD SEXUAL**

13 **EXPLOITATION.**

14 (a) IN GENERAL.—Beginning not later than 180

15 days after the date of the enactment of this Act, the Sec-

16 retary of Defense shall establish and carry out an initia-

17 tive to enhance the capability of military criminal inves-

18 tigative organizations to prevent and combat child sexual

19 exploitation.

20 (b) ACTIVITIES.—In establishing and carrying out

21 the initiative under subsection (a), the Secretary of De-

22 fense may—

23 (1) work with internal and external functional

24 experts to train the personnel of military criminal

WASHSTATEC011537

437

1    investigative organizations across the Department

2    regarding—

3         (A) technologies, tools, and techniques, in-

4         cluding digital forensics, to enhance the inves-

5         tigation of child sexual exploitation; and

6         (B) evidence-based forensic interviewing of

7         child victims, and the referral of child victims

8         for trauma-informed mental and medical health

9         care, and other treatment and support services;

10   (2) to the extent authorized by law, collaborate

11   with Federal, State, local, and other civilian law en-

12   forcement agencies on issues relating to child sexual

13   exploitation, including by—

14        (A) participating in task forces established

15        by such agencies for the purpose of preventing

16        and combating child sexual exploitation;

17        (B) establishing cooperative agreements to

18        facilitate co-training and collaboration with

19        such agencies; and

20        (C) ensuring that streamlined processes for

21        the referral of child sexual exploitation cases to

22        other agencies and jurisdictions, as appropriate,

23        are fully operational;

WASHSTATEC011538

438

1  (3) as appropriate, assist in educating the mili-

2 tary community on the prevention and response to

3 child sexual exploitation; and

4  (4) carry out such other activities as the Sec-

5 retary determines to be relevant.

**6 SEC. 550E. FEASIBILITY STUDY ON ESTABLISHMENT OF**

**7    DATABASE OF MILITARY PROTECTIVE OR-**

**8    DERS.**

9 (a) STUDY.—The Secretary of Defense shall conduct

10 a study on the feasibility of establishing a database of mili-

11 tary protective orders issued by military commanders

12 against individuals suspected of having committed an of-

13 fense of domestic violence under section 928b of title 10,

14 United States Code (article 128b of the Uniform Code of

15 Military Justice). The study shall include an examination

16 of each of the following:

17  (1) The feasibility of creating a database to

18 record, track, and report such military protective or-

19 ders to the National Instant Criminal Background

20 Check System.

21  (2) The feasibility of establishing a process by

22 which a military judge or magistrate may issue a

23 protective order against an individual suspected of

24 having committed such an offense.

WASHSTATEC011539

439

1   (3) How the database and process described in

2   paragraphs (1) and (2), respectively, may differ

3   from analogous civilian databases and processes, in-

4   cluding with regard to due process and other proce-

5   dural protections.

6  (b) REPORT.—Not later than 180 days after the date

7 of the enactment of this Act, the Secretary of Defense

8 shall submit to the congressional defense committees a re-

9 port on the results of the study conducted under sub-

10 section (a).

**11 SEC. 550F. GAO REVIEW OF USERRA AND SCRA.**

12  (a) REPORT REQUIRED.—Not later than January 31,

13 2021, the Comptroller General of the United States shall

14 conduct a review and submit a report to the Committees

15 on Armed Services of the Senate and House of Represent-

16 atives regarding what the Comptroller General determines

17 are the effects of the common commercial and govern-

18 mental practices of including a mandatory arbitration

19 clause in employment and consumer agreements, on the

20 ability of servicemembers to assert claims under and se-

21 cure redress for violations of—

22   (1) chapter 43 of title 38, United States Code

23   (commonly referred to as the ''Uniformed Services

24   Employment and Reemployments Rights Act of

WASHSTATEC011540

440

1    1994'' and referred to in this section as

2    ''USERRA''); and

3        (2) the Servicemembers Civil Relief Act (50

4    U.S.C. 3901 et seq. (referred to in this section as

5    ''SCRA'')).

6    (b) ELEMENTS.—The report under this section shall

7 include the following:

8        (1) Each process by which a servicemember

9    may assert a claim under USERRA or SCRA, in-

10   cluding—

11           (A) administrative assistance;

12           (B) support, and dispute resolution proc-

13       esses provided by Federal and State agencies;

14           (C) arbitration; and

15           (D) litigation.

16       (2) With regards to each process identified

17   under paragraph (1), an evaluation of—

18           (A) the flexibility the process affords to the

19       servicemember and other parties to the process;

20           (B) the burden on the servicemember and

21       other parties to the process;

22           (C) the financial cost of the process to the

23       servicemember and the other parties;

WASHSTATEC011541

441

(D) the speed of each process, including the rate at which each claim pursued under such process is resolved;

(E) the confidentiality of each process; and

(F) the effects of the process.

(3) Based on data regarding the results of past actions to enforce servicemember rights and benefits under USERRA and SCRA, including data of the Departments of Defense and Labor regarding dispute resolution under USERRA and data of the Department of Justice regarding litigation under SCRA—

(A) an analysis of the extent to which each of the processes identified in paragraph (1) has been employed to address claims under USERRA or SCRA and

(B) the extent to which each such process achieved a final disposition favorable to the servicemember.

(4) An assessment of general societal trends in the use of mandatory arbitration clauses in employment and consumer agreements, including any trend in a specific industry or employment sector that relies on mandatory arbitration in such contracts and agreements.

WASHSTATEC011542

442

1        (5) An assessment and explanation of any ef-

2   fect—

3            (A) of the use of mandatory arbitration

4           clauses in employment or consumer agreements

5           on military readiness and deployability.

6            (B) of USERRA or SCRA on the willing-

7           ness of employers to employ, and consumer

8           service businesses to provide services to

9           servicemembers and their families.

## Subtitle F—Member Education

**SEC. 551. AUTHORITY FOR DETAIL OF CERTAIN ENLISTED MEMBERS OF THE ARMED FORCES AS STUDENTS AT LAW SCHOOLS.**

14      (a) IN GENERAL.—Section 2004 of title 10, United

15  States Code, is amended—

16         (1) in subsection (a)—

17            (A) by inserting "and enlisted members"

18           after "commissioned officers";

19            (B) by striking "bachelor of laws or"; and

20            (C) by inserting "and enlisted members"

21           after "twenty-five officers";

22         (2) in subsection (b)—

23            (A) in the matter preceding paragraph (1),

24           by inserting "or enlisted member" after "offi-

25           cer";

WASHSTATEC011543

443

1          (B) by striking paragraph (1) and insert-
2      ing the following new paragraph (1):
3      ''(1) either—
4          ''(A) have served on active duty for a pe-
5      riod of not less than two years nor more than
6      six years and be an officer in the pay grade O–
7      3 or below as of the time the training is to
8      begin; or
9          ''(B) have served on active duty for a pe-
10      riod of not less than four years nor more than
11      eight years and be an enlisted member in the
12      pay grade E–5, E–6, or E–7 as of the time the
13      training is to begin;'';
14          (C) by redesignating paragraph (2) as
15      paragraph (3);
16          (D) by inserting after paragraph (1), as
17      amended by subparagraph (B), the following
18      new paragraph (2):
19      ''(2) in the case of an enlisted member, meet all
20      requirements for acceptance of a commission as a
21      commissioned officer in the armed forces; and''; and
22          (E) in subparagraph (B) of paragraph (3),
23      as redesignated by subparagraph (C) of this
24      paragraph, by striking ''or law specialist'';
25      (3) in subsection (c)—

WASHSTATEC011544

444

1          (A) in the first sentence, by inserting ''and

2      enlisted members'' after ''Officers''; and

3          (B) in the second sentence, by inserting

4      ''or enlisted member'' after ''officer'' each place

5      it appears;

6          (4) in subsection (d), by inserting ''and enlist-

7      ment members'' after ''officers'';

8          (5) in subsection (e), by inserting ''or enlist-

9      ment member'' after ''officer''; and

10         (6) in subsection (f), by inserting ''or enlisted

11     member'' after ''officer''.

12    (b) CONFORMING AND CLERICAL AMENDMENTS.—

13        (1) HEADING AMENDMENT.—The heading of

14     such section is amended to read as follows:

15  **''§ 2004. Detail as students at law schools; commis-**

16               **sioned officers; certain enlisted mem-**

17               **bers''.**

18        (2) CLERICAL AMENDMENT.—The table of sec-

19     tions at the beginning of chapter 101 of such title

20     is amended by striking the item relating to section

21     2004 and inserting the following new item:

''2004. Detail as students at law schools; commissioned officers; certain enlisted
members.''.

WASHSTATEC011545

445

1 **SEC. 552. INCLUSION OF COAST GUARD IN DEPARTMENT**
2 **OF DEFENSE STARBASE PROGRAM.**

3 Section 2193b of title 10, United States Code, is
4 amended—

5 (1) in subsection (a), by inserting "and the Sec-
6 retary of the Department in which the Coast Guard
7 is operating" after "military departments"; and

8 (2) in subsection (f), by striking "and the Sec-
9 retaries of the military departments" and inserting
10 ", the Secretaries of the military departments, and
11 the Secretary of the Department in which the Coast
12 Guard is operating".

13 **SEC. 553. DEGREE GRANTING AUTHORITY FOR UNITED**
14 **STATES ARMY ARMAMENT GRADUATE**
15 **SCHOOL; LIMITATION ON ESTABLISHMENT**
16 **OF CERTAIN EDUCATIONAL INSTITUTIONS.**

17 (a) DEGREE GRANTING AUTHORITY FOR UNITED
18 STATES ARMY ARMAMENT GRADUATE SCHOOL.—

19 (1) IN GENERAL.—Chapter 751 of title 10,
20 United States Code, is amended by adding at the
21 end the following new section:

22 **"§ 7422. Degree granting authority for United States**
23 **Army Armament Graduate School**

24 "(a) AUTHORITY.—Under regulations prescribed by
25 the Secretary of the Army, the Chancellor of the United
26 States Army Armament Graduate School may, upon the

WASHSTATEC011546

446

1   recommendation of the faculty and provost of the school,

2   confer appropriate degrees upon graduates who meet the

3   degree requirements.

4       "(b) LIMITATION.—A degree may not be conferred

5   under this section unless—

6           "(1) the Secretary of Education has rec-

7       ommended approval of the degree in accordance with

8       the Federal Policy Governing Granting of Academic

9       Degrees by Federal Agencies; and

10          "(2) the United States Army Armament Grad-

11      uate School is accredited by the appropriate civilian

12      academic accrediting agency or organization to

13      award the degree, as determined by the Secretary of

14      Education.

15      "(c) CONGRESSIONAL NOTIFICATION REQUIRE-

16  MENTS.—(1) When seeking to establish degree granting

17  authority under this section, the Secretary of Defense

18  shall submit to the Committees on Armed Services of the

19  Senate and the House of Representatives—

20          "(A) a copy of the self-assessment questionnaire

21      required by the Federal Policy Governing Granting

22      of Academic Degrees by Federal Agencies, at the

23      time the assessment is submitted to the Department

24      of Education's National Advisory Committee on In-

25      stitutional Quality and Integrity; and

WASHSTATEC011547

447

1          ''(B) the subsequent recommendations and ra-

2    tionale of the Secretary of Education regarding the

3    establishment of the degree granting authority.

4     ''(2) Upon any modification or redesignation of exist-

5  ing degree granting authority, the Secretary of Defense

6  shall submit to the Committees on Armed Services of the

7  Senate and House of Representatives a report containing

8  the rationale for the proposed modification or redesigna-

9  tion and any subsequent recommendation of the Secretary

10  of Education on the proposed modification or redesigna-

11  tion.

12     ''(3) The Secretary of Defense shall submit to the

13  Committees on Armed Services of the Senate and House

14  of Representatives a report containing an explanation of

15  any action by the appropriate academic accrediting agency

16  or organization not to accredit the United States Army

17  Armament Graduate School to award any new or existing

18  degree.''.

19          (2) CLERICAL AMENDMENT.—The table of sec-

20          tions at the beginning of such chapter is amended

21          by adding at the end the following new item:

''7422. Degree granting authority for United States Army Armament Graduate School.''.

22    (b) LIMITATION.—

WASHSTATEC011548

448

1      (1) IN GENERAL.—Chapter 101 of title 10,
2    United States Code, is amended by adding at the
3    end the following new section:

**4  "§ 2017. Limitation on establishment of postsec-**
**5         ondary educational institutions pending**
**6         notice to Congress**

7    "(a) LIMITATION.—The Secretary of Defense may
8 not establish a postsecondary educational institution with-
9 in the Department of Defense until a period of one year
10 has elapsed following the date on which the Secretary noti-
11 fies the congressional defense committees of the intent of
12 the Secretary to establish the institution.

13    "(b) POSTSECONDARY EDUCATIONAL INSTITUTION
14 DEFINED.—In this section, the term 'postsecondary edu-
15 cational institution' means a school or other educational
16 institution that is intended to provide students with a
17 course of instruction that is comparable, in length and
18 academic rigor, to a course of instruction for which an
19 associate's, bachelor's, or graduate degree may be award-
20 ed.".

21      (2) CLERICAL AMENDMENT.—The table of sec-
22    tions at the beginning of such chapter is amended
23    by adding at the end the following new item:

"2017. Limitation on establishment of postsecondary educational institutions
      pending notice to Congress.".

WASHSTATEC011549

449

1      (3) APPLICABILITY.—Section 2017 of title 10,

2    United States Code, as added by paragraph (1),

3    shall apply with respect to postsecondary educational

4    institutions intended to be established by the Sec-

5    retary of Defense on or after the date of the enact-

6    ment of this Act.

7 **SEC. 554. PROHIBITION ON OFF-DUTY EMPLOYMENT FOR**

8          **CADETS AND MIDSHIPMEN COMPLETING OB-**

9          **LIGATED SERVICE AFTER GRADUATION.**

10    (a) MILITARY ACADEMY.—Section 7448(a)(5)(A) of

11 title 10, United States Code, is amended by inserting "or

12 seek or accept approval for off-duty employment while

13 completing the cadet's commissioned service obligation"

14 before "to obtain employment".

15    (b) NAVAL ACADEMY.—Section 8459(a)(5)(A) of title

16 10, United States Code, is amended by inserting "or seek

17 or accept approval for off-duty employment while com-

18 pleting the midshipman's commissioned service obliga-

19 tion" before "to obtain employment".

20    (c) AIR FORCE ACADEMY.—Section 9448(a)(5)(A) of

21 title 10, United States Code, is amended by inserting "or

22 seek or accept approval for off-duty employment while

23 completing the cadet's commissioned service obligation"

24 before "to obtain employment".

WASHSTATEC011550

450

1  **SEC. 555. CONSIDERATION OF REQUEST FOR TRANSFER OF**
2       **A CADET OR MIDSHIPMAN AT A MILITARY**
3       **SERVICE ACADEMY WHO IS THE VICTIM OF A**
4       **SEXUAL ASSAULT OR RELATED OFFENSE.**

5  (a) UNITED STATES MILITARY ACADEMY.—Section

6  7461 of title 10, United States Code, is amended by add-

7  ing at the end the following new subsection:

8  "(e) CONSIDERATION OF REQUEST FOR TRANSFER

9  OF A CADET WHO IS THE VICTIM OF A SEXUAL ASSAULT

10  OR RELATED OFFENSE.—(1) The Secretary of the Army

11  shall provide for timely consideration of and action on a

12  request submitted by a cadet appointed to the United

13  States Military Academy who is the victim of an alleged

14  sexual assault or other offense covered by section 920,

15  920c, or 930 of this title (article 120, 120c, or 130 of

16  the Uniform Code of Military Justice) for transfer to an-

17  other military service academy or to enroll in a Senior Re-

18  serve Officers' Training Corps program affiliated with an-

19  other institution of higher education.

20  "(2) The Secretary of the Army shall prescribe regu-

21  lations to carry out this subsection, within guidelines pro-

22  vided by the Secretary of Defense that—

23       "(A) provide that the Superintendent of the

24       United States Military Academy shall ensure that

25       any cadet who has been appointed to the United

26       States Military Academy and who is a victim of an

WASHSTATEC011551

451

1    alleged sexual assault or other offense referred to in

2    paragraph (1), is informed of the right to request a

3    transfer pursuant to this section, and that any for-

4    mal request submitted by a cadet is processed as ex-

5    peditiously as practicable through the chain of com-

6    mand for review and action by the Superintendent;

7          ''(B) direct the Superintendent of the United

8    States Military Academy, in coordination with the

9    Superintendent of the military service academy to

10   which the cadet requests to transfer—

11          ''(i) to take action on a request for trans-

12      fer under this subsection not later than 72

13      hours after receiving the formal request from

14      the cadet;

15          ''(ii) to approve such request for transfer

16      unless there are exceptional circumstances that

17      require denial of the request; and

18          ''(iii) upon approval of such request, to

19      take all necessary and appropriate action to ef-

20      fectuate the transfer of the cadet to the military

21      service academy concerned as expeditiously as

22      possible; and

23          ''(C) direct the Superintendent of the United

24   States Military Academy, in coordination with the

25   Secretary of the military department that sponsors

WASHSTATEC011552

1    the Senior Reserve Officers' Training Corps pro-

2    gram at the institution of higher education to which

3    the cadet requests to transfer—

4          ''(i) to take action on a request for trans-

5        fer under this subsection not later than 72

6        hours after receiving the formal request from

7        the cadet;

8          ''(ii) subject to the cadet's acceptance for

9        admission to the institution of higher education

10       to which the cadet wishes to transfer, to ap-

11       prove such request for transfer unless there are

12       exceptional circumstances that require denial of

13       the application; and

14         ''(iii) to take all necessary and appropriate

15       action to effectuate the cadet's enrollment in

16       the institution of higher education to which the

17       cadet wishes to transfer and to process the

18       cadet for participation in the relevant Senior

19       Reserve Officers' Training Corps program as

20       expeditiously as possible.

21    ''(3) If the Superintendent of the United States Mili-

22    tary Academy denies a request for transfer under this sub-

23    section, the cadet may request review of the denial by the

24    Secretary of the Army, who shall take action on such re-

WASHSTATEC011553

453

1 quest not later than 72 hours after receipt of the formal

2 request for review.

3 "(4) The Secretary concerned shall ensure that all

4 records of any request, determination, transfer, or other

5 action under this subsection remain confidential, con-

6 sistent with applicable law and regulation.

7 "(5) A cadet who transfers under this subsection may

8 retain the cadet's appointment to the United States Mili-

9 tary Academy or may be appointed to the military service

10 academy to which the cadet transfers without regard to

11 the limitations and requirements set forth in sections

12 7442, 8454, and 9442 of this title.''.

13 (b) UNITED STATES NAVAL ACADEMY.—Section

14 8480 of title 10, United States Code, is amended by add-

15 ing at the end the following new subsection:

16 "(e) CONSIDERATION OF REQUEST FOR TRANSFER

17 OF A MIDSHIPMAN WHO IS THE VICTIM OF A SEXUAL

18 ASSAULT OR RELATED OFFENSE.—(1) The Secretary of

19 the Navy shall provide for timely consideration of and ac-

20 tion on a request submitted by a midshipman appointed

21 to the United States Naval Academy who is the victim

22 of an alleged sexual assault or other offense covered by

23 section 920, 920c, or 930 of this title (article 120, 120c,

24 or 130 of the Uniform Code of Military Justice) for trans-

25 fer to another military service academy or to enroll in a

WASHSTATEC011554

454

1 Senior Reserve Officers' Training Corps program affili-
2 ated with another institution of higher education.

3    "(2) The Secretary of the Navy shall prescribe regu-
4 lations to carry out this subsection, within guidelines pro-
5 vided by the Secretary of Defense that—

6        "(A) provide that the Superintendent of the
7    United States Naval Academy shall ensure that any
8    midshipman who has been appointed to the United
9    States Naval Academy and who is a victim of an al-
10   leged sexual assault or other offense referred to in
11   paragraph (1), is informed of the right to request a
12   transfer pursuant to this section, and that any for-
13   mal request submitted by a midshipman is processed
14   as expeditiously as practicable through the chain of
15   command for review and action by the Super-
16   intendent;

17       "(B) direct the Superintendent of the United
18   States Naval Academy, in coordination with the Su-
19   perintendent of the military service academy to
20   which the midshipman requests to transfer—

21           "(i) to take action on a request for trans-
22       fer under this subsection not later than 72
23       hours after receiving the formal request from
24       the midshipman;

WASHSTATEC011555

455

1    ''(ii) to approve such request for transfer

2   unless there are exceptional circumstances that

3   require denial of the request; and

4    ''(iii) upon approval of such request, to

5   take all necessary and appropriate action to ef-

6   fectuate the transfer of the midshipman to the

7   military service academy concerned as expedi-

8   tiously as possible; and

9   ''(C) direct the Superintendent of the United

10 States Naval Academy, in coordination with the Sec-

11 retary of the military department that sponsors the

12 Senior Reserve Officers' Training Corps program at

13 the institution of higher education to which the mid-

14 shipman requests to transfer—

15    ''(i) to take action on a request for trans-

16   fer under this subsection not later than 72

17   hours after receiving the formal request from

18   the midshipman;

19    ''(ii) subject to the midshipman's accept-

20   ance for admission to the institution of higher

21   education to which the midshipman wishes to

22   transfer, to approve such request for transfer

23   unless there are exceptional circumstances that

24   require denial of the application; and

WASHSTATEC011556

456

1          ''(iii) to take all necessary and appropriate

2          action to effectuate the midshipman's enroll-

3          ment in the institution of higher education to

4          which the midshipman wishes to transfer and to

5          process the midshipman for participation in the

6          relevant Senior Reserve Officers' Training

7          Corps program as expeditiously as possible.

8    ''(3) If the Superintendent of the United States

9 Naval Academy denies a request for transfer under this

10 subsection, the midshipman may request review of the de-

11 nial by the Secretary of the Navy, who shall take action

12 on such request not later than 72 hours after receipt of

13 the formal request for review.

14    ''(4) The Secretary concerned shall ensure that all

15 records of any request, determination, transfer, or other

16 action under this subsection remain confidential, con-

17 sistent with applicable law and regulation.

18    ''(5) A midshipman who transfers under this sub-

19 section may retain the midshipman's appointment to the

20 United States Naval Academy or may be appointed to the

21 military service academy to which the midshipman trans-

22 fers without regard to the limitations and requirements

23 set forth in sections 7442, 8454, and 9442 of this title.''.

WASHSTATEC011557

457

1    (c) UNITED STATES AIR FORCE ACADEMY.—Section
2  9461 of title 10, United States Code, is amended by add-
3  ing at the end the following new subsection:

4    "(e) CONSIDERATION OF REQUEST FOR TRANSFER
5  OF A CADET WHO IS THE VICTIM OF A SEXUAL ASSAULT
6  OR RELATED OFFENSE.—(1) The Secretary of the Air
7  Force shall provide for timely consideration of and action
8  on a request submitted by a cadet appointed to the United
9  States Air Force Academy who is the victim of an alleged
10 sexual assault or other offense covered by section 920,
11 920c, or 930 of this title (article 120, 120c, or 130 of
12 the Uniform Code of Military Justice) for transfer to an-
13 other military service academy or to enroll in a Senior Re-
14 serve Officers' Training Corps program affiliated with an-
15 other institution of higher education.

16   "(2) The Secretary of the Air Force shall prescribe
17 regulations to carry out this subsection, within guidelines
18 provided by the Secretary of Defense that—

19     "(A) provide that the Superintendent of the
20     United States Air Force Academy shall ensure that
21     any cadet who has been appointed to the United
22     States Air Force Academy and who is a victim of an
23     alleged sexual assault or other offense referred to in
24     paragraph (1), is informed of the right to request a
25     transfer pursuant to this section, and that any for-

WASHSTATEC011558

458

1    mal request submitted by a cadet is processed as ex-

2    peditiously as practicable through the chain of com-

3    mand for review and action by the Superintendent;

4        ''(B) direct the Superintendent of the United

5    States Air Force Academy, in coordination with the

6    Superintendent of the military service academy to

7    which the cadet requests to transfer—

8            ''(i) to take action on a request for trans-

9        fer under this subsection not later than 72

10       hours after receiving the formal request from

11       the cadet;

12           ''(ii) to approve such request for transfer

13       unless there are exceptional circumstances that

14       require denial of the request; and

15           ''(iii) upon approval of such request, to

16       take all necessary and appropriate action to ef-

17       fectuate the transfer of the cadet to the military

18       service academy concerned as expeditiously as

19       possible; and

20       ''(C) direct the Superintendent of the United

21   States Air Force Academy, in coordination with the

22   Secretary of the military department that sponsors

23   the Senior Reserve Officers' Training Corps pro-

24   gram at the institution of higher education to which

25   the cadet requests to transfer—

WASHSTATEC011559

G:\CMTE\AS\20\C\ASCR20.XML

459

1         ''(i) to take action on a request for trans-

2         fer under this subsection not later than 72

3         hours after receiving the formal request from

4         the cadet;

5         ''(ii) subject to the cadet's acceptance for

6         admission to the institution of higher education

7         to which the cadet wishes to transfer, to ap-

8         prove such request for transfer unless there are

9         exceptional circumstances that require denial of

10         the application; and

11         ''(iii) to take all necessary and appropriate

12         action to effectuate the cadet's enrollment in

13         the institution of higher education to which the

14         cadet wishes to transfer and to process the

15         cadet for participation in the relevant Senior

16         Reserve Officers' Training Corps program as

17         expeditiously as possible.

18   ''(3) If the Superintendent of the United States Air

19 Force Academy denies a request for transfer under this

20 subsection, the cadet may request review of the denial by

21 the Secretary of the Air Force, who shall take action on

22 such request not later than 72 hours after receipt of the

23 formal request for review.

24   ''(4) The Secretary concerned shall ensure that all

25 records of any request, determination, transfer, or other

WASHSTATEC011560

460

1 action under this subsection remain confidential, con-
2 sistent with applicable law and regulation.

3     ''(5) A cadet who transfers under this subsection may
4 retain the cadet's appointment to the United States Air
5 Force Academy or may be appointed to the military serv-
6 ice academy to which the cadet transfers without regard
7 to the limitations and requirements set forth in sections
8 7442, 8454, and 9442 of this title.''.

9 **SEC. 556. REDESIGNATION OF THE COMMANDANT OF THE**
10                 **UNITED STATES AIR FORCE INSTITUTE OF**
11                 **TECHNOLOGY AS THE DIRECTOR AND CHAN-**
12                 **CELLOR OF SUCH INSTITUTE.**

13     (a) REDESIGNATION.—Section 9414b(a) of title 10,
14 United States Code, is amended—

15         (1) in the subsection heading, by striking
16     ''COMMANDANT'' and inserting ''DIRECTOR AND
17     CHANCELLOR'';

18         (2) by striking ''Commandant'' each place it ap-
19     pears and inserting ''Director and Chancellor''; and

20         (3) in the heading of paragraph (3), by striking
21     ''COMMANDANT'' and inserting ''DIRECTOR AND
22     CHANCELLOR''.

23     (b) CONFORMING AMENDMENTS.—Section 9414(f) of
24 such title is amended by striking ''Commandant'' both
25 places it appears and inserting ''Director and Chancellor''.

WASHSTATEC011561

461

1    (c) REFERENCES.—Any reference in any law, regula-
2  tion, map, document, paper, or other record of the United
3  States to the Commandant of the United States Air Force
4  Institute of Technology shall be deemed to be a reference
5  to the Director and Chancellor of the United States Air
6  Force Institute of Technology.

7  **SEC. 557. ELIGIBILITY OF ADDITIONAL ENLISTED MEM-**
8  **BERS FOR ASSOCIATE DEGREE PROGRAMS**
9  **OF THE COMMUNITY COLLEGE OF THE AIR**
10  **FORCE.**

11    Section 9415(b) of title 10, United States Code, is
12  amended by adding at the end the following new para-
13  graph:

14    ''(3) Enlisted members of the armed forces
15    other than the Air Force who are participating in
16    Community College of the Air Force affiliated joint-
17    service training and education courses.''.

18  **SEC. 558. SPEECH DISORDERS OF CADETS AND MID-**
19  **SHIPMEN.**

20    (a) TESTING.—The Superintendent of a military
21  service academy shall provide testing for speech disorders
22  to incoming cadets or midshipmen under the jurisdiction
23  of that Superintendent.

WASHSTATEC011562

462

1    (b) No Effect on Admission.—The testing under
2 subsection (a) may not have any effect on admission to
3 a military service academy.

4    (c) Results.—The Superintendent shall provide
5 each cadet or midshipman under the jurisdiction of that
6 Superintendent the result of the testing under subsection
7 (a) and a list of warfare unrestricted line officer positions
8 and occupation specialities that require successful per-
9 formance on the speech test.

10    (d) Therapy.—The Superintendent shall furnish
11 speech therapy to a cadet or midshipman under the juris-
12 diction of that Superintendent at the election of the cadet
13 or midshipman.

14    (e) Report.—Not later than 180 days after the date
15 of the enactment of this Act, the Secretaries of the mili-
16 tary departments shall submit to the Committees on
17 Armed Services of the Senate and the House of Represent-
18 atives a joint report that includes the following:

19       (1) The number of cadets or midshipmen with
20    an identified speech disorder in each military service
21    academy.

22       (2) A list of the health care and administrative
23    resources related to speech disorders available to ca-
24    dets and midshipmen described in paragraph (1).

WASHSTATEC011563

463

1   (3) A list of positions and specialties described

2   in subsection (c) pursued by the cadets and mid-

3   shipmen described in paragraph (1) at the time of

4   graduation.

**5 SEC. 559. REQUIREMENT TO CONTINUE PROVISION OF TUI-**

**6    TION ASSISTANCE FOR MEMBERS OF THE**

**7    ARMED FORCES.**

8   The Secretary of each military department shall carry

9 out tuition assistance programs for members of an Armed

10 Force under the jurisdiction of that Secretary during fis-

11 cal year 2020 using an amount not less than the sum of

12 any amounts appropriated for tuition assistance for mem-

13 bers of that Armed Force for fiscal year 2020.

**14 SEC. 560. INFORMATION ON INSTITUTIONS OF HIGHER**

**15    EDUCATION PARTICIPATING IN THE DEPART-**

**16    MENT OF DEFENSE TUITION ASSISTANCE**

**17    PROGRAM.**

18   (a) LIST OF PARTICIPATING INSTITUTIONS.—The

19 Secretary of Defense shall make available, on a publicly

20 accessible website of the Department of Defense, a list

21 that identifies—

22   (1) each institution of higher education that re-

23   ceives funds under the Department of Defense Tui-

24   tion Assistance Program; and

WASHSTATEC011564

464

1     (2) the amount of such funds received by the

2 institution.

3     (b) ANNUAL UPDATES.—The Secretary of Defense

4 shall update the list described in subsection (a) not less

5 frequently than once annually.

## SEC. 560A. INCLUSION OF INFORMATION ON FREE CREDIT MONITORING IN ANNUAL FINANCIAL LITERACY BRIEFING.

9     The Secretary of each military department shall en-

10 sure that the annual financial literacy education briefing

11 provided to members of the Armed Forces includes infor-

12 mation on the availability of free credit monitoring serv-

13 ices pursuant to section 605A(k) of the Fair Credit Re-

14 porting Act (15 U.S.C. 1681c–1(k)).

## SEC. 560B. PROGRAMS TO FACILITATE THE AWARD OF PRIVATE PILOT'S CERTIFICATES.

17     (a) PROGRAMS AUTHORIZED.—Each Secretary of a

18 military department may carry out a program under which

19 qualified participants may obtain a private pilot's certifi-

20 cate through an institution of higher education with an

21 accredited aviation program that is approved by such Sec-

22 retary pursuant to subsection (c).

23     (b) PARTICIPANT QUALIFICATIONS AND TYPES OF

24 ASSISTANCE.—

WASHSTATEC011565

465

1      (1) IN GENERAL.—In carrying out a program

2  under subsection (a), the Secretary of a military de-

3  partment shall prescribe—

4      (A) the standards to be met for participa-

5      tion in the program; and

6      (B) the types of assistance, if any, to be

7      provided to individuals who participate in the

8      program.

9      (2) UNIFORMITY ACROSS MILITARY DEPART-

10  MENTS.—To the extent practicable, the standards

11  and types of assistance prescribed under paragraph

12  (1) shall be uniform across the military depart-

13  ments.

14  (c) APPROVED INSTITUTIONS OF HIGHER EDU-

15  CATION.—

16      (1) IN GENERAL.—In carrying out a program

17  under subsection (a), the Secretary of a military de-

18  partment shall maintain a list of institutions of high-

19  er education (as that term is defined in section 101

20  of the Higher Education Act of 1965 (20 U.S.C.

21  1001)) through which an individual participating in

22  the program may obtain a private pilot's certificate.

23      (2) QUALIFICATIONS AND STANDARDS.—Any

24  institution of higher education included on a list

25  under paragraph (1), and any course of instruction

WASHSTATEC011566

466

1    toward obtaining a private pilot's certificate offered
2    by such institution, shall meet such qualifications
3    and standards as the Secretary shall prescribe for
4    purposes of the program. Such qualifications and
5    standards shall include a requirement that any insti-
6    tution included on the list award, to individual par-
7    ticipating in the program, academic credit at such
8    institution for any portion of course work completed
9    on the ground school course of instruction of such
10   institution in connection with obtaining a private pi-
11   lot's certificate, regardless of whether the participant
12   fully completed the ground school course of instruc-
13   tion.

14   (d) ANNUAL REPORTS ON PROGRAMS.—

15       (1) IN GENERAL.—Not later than February 28,
16   2021, and each year thereafter, each Secretary of a
17   military department shall submit to Congress a re-
18   port on the program, if any, carried out by such
19   Secretary under subsection (a) during the preceding
20   calendar year.

21       (2) ELEMENTS.—Each report under paragraph
22   (1) shall include, for the program and year covered
23   by such report, the following:

24           (A) The total number of participants in
25       the program.

WASHSTATEC011567

467

1          (B) The number of private pilot's certifi-
2     cates awarded to participants in the program.

3          (C) The number of participants in the pro-
4     gram who fully completed a ground school
5     course of instruction in connection with obtain-
6     ing a private pilot's certificate.

# Subtitle G—Member Training and Transition

## SEC. 561. REQUIREMENT TO PROVIDE INFORMATION RE-GARDING BENEFITS CLAIMS TO MEMBERS DURING TAP COUNSELING.

12     Section 1142(b) of title 10, United States Code, is
13 amended by adding at the end the following new para-
14 graph:

15          "(19) Information regarding how to file claims
16     for benefits available to the member under laws ad-
17     ministered by the Secretaries of Defense and Vet-
18     erans Affairs.".

## SEC. 562. PARTICIPATION OF OTHER FEDERAL AGENCIES IN THE SKILLBRIDGE APPRENTICESHIP AND INTERNSHIP PROGRAM FOR MEMBERS OF THE ARMED FORCES.

23     Section 1143(e) of title 10, United States Code, is
24 amended—

WASHSTATEC011568

468

1   (1) by redesignating paragraph (3) as para-
2 graph (4); and

3   (2) by inserting after paragraph (2) the fol-
4 lowing new paragraph (3):

5  ''(3) Any program under this subsection may be car-
6 ried out at, through, or in consultation with such other
7 departments or agencies of the Federal Government as the
8 Secretary of the military department concerned considers
9 appropriate.''.

10 **SEC. 563. FIRST MODIFICATION OF ELEMENTS OF REPORT**
11     **ON THE IMPROVED TRANSITION ASSISTANCE**
12     **PROGRAM.**

13  Section 552(b)(4) of the John S. McCain National
14 Defense Authorization Act for Fiscal Year 2019 (Public
15 Law 115–232) is amended by adding at the end the fol-
16 lowing:

17    ''(E) The evaluation of the Secretary re-
18    garding the effectiveness of the Transition As-
19    sistance Program for all members of the Armed
20    Forces.

21    ''(F) The evaluation of the Secretary re-
22    garding the effectiveness of the Transition As-
23    sistance Program specifically for female mem-
24    bers of the Armed Forces.''.

WASHSTATEC011569

G:\CMTE\AS\20\C\ASCR20.XML

469

**SEC. 564. SECOND MODIFICATION OF ELEMENTS OF RE-
PORT ON THE IMPROVED TRANSITION AS-
SISTANCE PROGRAM.**

Section 552(b)(4) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), as amended by section 563 of this Act, is further amended—

(1) by redesignating subparagraphs (A) through (F) as subparagraphs (B) through (G), respectively;

(2) by inserting before subparagraph (B), as re-designated by paragraph (1), the following new sub-paragraph (A):

''(A) The total number of members eligible to attend Transition Assistance Program coun-seling.''; and

(3) by adding at the end the following new sub-paragraphs:

''(H) The number of members who partici-pated in programs under section 1143(e) of title 10, United States Code (commonly re-ferred to as 'Job Training, Employment Skills, Apprenticeships and Internships (JTEST-AI)' or 'Skill Bridge').

''(I) Such other information as is required to provide Congress with a comprehensive de-scription of the participation of the members in

WASHSTATEC011570

470

1        the Transition Assistance Program and pro-
2        grams described in subparagraph (H).''.

### SEC. 565. PROHIBITION ON GENDER-SEGREGATED TRAIN-
###         ING AT MARINE CORPS RECRUIT DEPOTS.

5    (a) PARRIS ISLAND.—

6        (1) PROHIBITION.—Subject to paragraph (2),
7    training at the Marine Corps Recruit Depot, Parris
8    Island, South Carolina, may not be segregated based
9    on gender.

10        (2) DEADLINE.—The Commandant of the Ma-
11    rine Corps shall carry out this subsection not later
12    than five years after the date of the enactment of
13    this Act.

14    (b) SAN DIEGO.—

15        (1) PROHIBITION.—Subject to paragraph (2),
16    training at the Marine Corps Recruit Depot, San
17    Diego, California, may not be segregated based on
18    gender.

19        (2) DEADLINE.—The Commandant of the Ma-
20    rine Corps shall carry out this subsection not later
21    than eight years after the date of the enactment of
22    this Act.

WASHSTATEC011571

471

**SEC. 566. ASSESSMENT OF DEATHS OF RECRUITS UNDER THE JURISDICTION OF THE SECRETARIES OF THE MILITARY DEPARTMENTS.**

(a) ASSESSMENT.—The Inspector General of the Department of Defense shall conduct an assessment of the deaths of recruits at facilities under the jurisdiction of the Secretaries of the military departments, and the effectiveness of the current medical protocols on the training bases.

(b) REPORT.—Not later than September 30, 2020, the Inspector General shall submit to the Committees on Armed Services of the Senate and the House of Representative a report containing the results of the assessment conducted under subsection (a). The report shall include the following:

(1) The number of recruits who died during basic training in the five years preceding the date of the report.

(2) The causes of deaths described in paragraph (1).

(3) The types of medical treatment that was provided to recruits described in paragraph (1).

(4) Whether any of the deaths identified under paragraph (1) were found to be a result of medical negligence.

WASHSTATEC011572

472

1     (5) A description of medical capabilities and

2     personnel available to the recruits at each facility.

3     (6) A description of medical resources accessible

4     to the recruits at the company level at each facility.

5     (7) A description of 24-hour medical resources

6     available to recruits at each facility.

7     (8) An evaluation of the guidelines and re-

8     sources in place to monitor sick recruits.

9     (9) An evaluation of how supervisors evaluate

10    and determine whether a sick recruit should con-

11    tinue training or further seek medical assistance.

12    (10) An evaluation of how the Secretaries of

13    the military departments can increase visibility of

14    the comprehensive medical status of a sick recruit to

15    instructors and supervisors in order to provide better

16    situational awareness of the such medical status.

17    (11) An evaluation of how to improve medical

18    care for recruits.

19    **SEC. 567. REVIEW OF DEPARTMENT OF DEFENSE TRAINING**

20    **PROGRAMS REGARDING DISINFORMATION**

21    **CAMPAIGNS.**

22    (a) REVIEW.—Not later than 120 days after the en-

23    actment of this Act, the Secretary of Defense shall con-

24    duct a review of existing programs, tools, and resources

25    of the Department of Defense for training members of the

WASHSTATEC011573

1 Armed Forces and employees of the Department regarding
2 the threat of disinformation campaigns specifically tar-
3 geted at such individuals and the families of such individ-
4 uals.

5 (b) REPORT REQUIRED.—Not later than 270 days
6 after the enactment of this Act, the Secretary of Defense
7 shall submit a report to the congressional defense commit-
8 tees regarding the programs, tools, and resources identi-
9 fied under subsection (a).

**SEC. 568. COMMAND MATTERS IN CONNECTION WITH TRANSITION ASSISTANCE PROGRAMS.**

12 The training provided a commander of a military in-
13 stallation in connection with the commencement of assign-
14 ment to the installation shall include a module on the cov-
15 ered transition assistance programs available for members
16 of the Armed Forces assigned to the installation.

**SEC. 569. MACHINE READABILITY AND ELECTRONIC TRANSFERABILITY OF CERTIFICATE OF RE- LEASE OR DISCHARGE FROM ACTIVE DUTY (DD FORM 214).**

21 (a) MODIFICATION REQUIRED.—The Secretary of
22 Defense shall modify the Certificate of Release or Dis-
23 charge from Active Duty (DD Form 214) to—

24 (1) be machine readable and electronically
25 transferable; and

g:\VHLC\120919\120919.161.xml      (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011574

474

1      (2) include a specific block explicitly identified

2    as the location in which a member of the Armed

3    Forces may provide one or more email addresses by

4    which the member may be contacted after discharge

5    or release from active duty.

6    (b) DEADLINE FOR MODIFICATION.—The Secretary

7 of Defense shall release a revised Certificate of Release

8 or Discharge from Active Duty (DD Form 214), modified

9 pursuant to subsection (a), not later than four years after

10 the date of the enactment of this Act.

11    (c) REPORT.—Not later than 180 days after the date

12 of the enactment of this Act, the Secretary of Defense

13 shall submit a report to Congress regarding the following:

14      (1) What systems of the Department of De-

15    fense require an individual to manually enter infor-

16    mation from DD Form 214.

17      (2) What activities of the Department of De-

18    fense require a veteran or former member of the

19    Armed Forces to provide a physical copy of DD

20    Form 214.

21      (3) The order of priority for modernizing items

22    identified under paragraphs (1) and (2) as deter-

23    mined by the Secretary.

WASHSTATEC011575

475

1       (4) The estimated cost, as determined by the

2    Secretary, to automate items identified under para-

3    graphs (1) and (2).

**4  SEC. 570. RECORDS OF SERVICE FOR RESERVES.**

5    (a) ESTABLISHMENT.—Not later than September 30,

6  2020, the Secretary of Defense shall establish and imple-

7  ment a standard record of service for members of the re-

8  serve components of the Armed Forces, similar to DD

9  Form 214, that summarizes the record of service of each

10  such member, including dates of active duty service.

11    (b) COORDINATION.—In carrying out this section, the

12  Secretary of Defense shall coordinate with the Secretary

13  of Veterans Affairs to ensure that the record established

14  under this section is acceptable as proof of service for

15  former members of the reserve components of the Armed

16  Forces who are eligible for benefits under laws adminis-

17  tered by the Secretary of Veterans Affairs to receive such

18  benefits.

WASHSTATEC011576

476

**SEC. 570A. LIMITATIONS AND REQUIREMENTS IN CONNEC-
TION WITH SEPARATIONS FOR MEMBERS OF
THE ARMED FORCES WHO SUFFER FROM
MENTAL HEALTH CONDITIONS IN CONNEC-
TION WITH A SEX-RELATED, INTIMATE PART-
NER VIOLENCE-RELATED, OR SPOUSAL-
ABUSE OFFENSE.**

(a) CONFIRMATION OF DIAGNOSIS OF CONDITION
REQUIRED BEFORE SEPARATION.—Before a member of
the Armed Forces who was the victim of a sex-related of-
fense, an intimate partner violence-related offense, or a
spousal-abuse offense during service in the Armed Forces
(whether or not such offense was committed by another
member of the Armed Forces), and who has a mental
health condition not amounting to a physical disability, is
separated, discharged, or released from the Armed Forces
based solely on such condition, the diagnosis of such condi-
tion must be—

(1) corroborated by a competent mental health
care professional at the peer level or a higher level
of the health care professional making the diagnosis;
and

(2) endorsed by the Surgeon General of the
military department concerned.

(b) NARRATIVE REASON FOR SEPARATION IF MEN-
TAL HEALTH CONDITION PRESENT.—If the narrative rea-

WASHSTATEC011577

477

1 son for separation, discharge, or release from the Armed

2 Forces of a member of the Armed Forces is a mental

3 health condition that is not a disability, the appropriate

4 narrative reason for the separation, discharge, or release

5 shall be a condition, not a disability, or Secretarial author-

6 ity.

7 (c) DEFINITIONS.—In this section:

8     (1) The term "intimate partner violence-related

9   offense" means the following:

10       (A) An offense under section 928 or 930

11     of title 10, United States Code (article 128 or

12     130 of the Uniform Code of Military Justice).

13       (B) An offense under State law for con-

14     duct identical or substantially similar to an of-

15     fense described in subparagraph (A).

16     (2) The term "sex-related offense" means the

17   following:

18       (A) An offense under section 920 or 920b

19     of title 10, United States Code (article 120 or

20     120b of the Uniform Code of Military Justice).

21       (B) An offense under State law for con-

22     duct identical or substantially similar to an of-

23     fense described in subparagraph (A).

24     (3) The term "spousal-abuse offense" means

25   the following:

WASHSTATEC011578

478

1    (A) An offense under section 928 of title

2   10, United States Code (article 128 of the Uni-

3   form Code of Military Justice).

4    (B) An offense under State law for con-

5   duct identical or substantially similar to an of-

6   fense described in subparagraph (A).

7  (d) EFFECTIVE DATE.—This section shall take effect

8 180 days after the date of the enactment of this Act, and

9 shall apply with respect to separations, discharges, and re-

10 leases from the Armed Forces that occur on or after that

11 effective date.

12 **SEC. 570B. PROHIBITION ON INVOLUNTARY SEPARATION**

13    **OF CERTAIN MEMBERS OF THE ARMED**

14    **FORCES; CONSIDERATION OF MILITARY**

15    **SERVICE IN REMOVAL DETERMINATIONS.**

16 (a) PROHIBITION ON INVOLUNTARY SEPARATION.—

17  (1) IN GENERAL.—No member of the Armed

18 Forces may be involuntarily separated from the

19 Armed Forces solely because that member is a cov-

20 ered member.

21  (2) COVERED MEMBER DEFINED.—In this sub-

22 section, the term "covered member" means a mem-

23 ber of the Armed Forces who—

24    (A) possesses a current and valid employ-

25   ment authorization document that was issued

WASHSTATEC011579

479

1 pursuant to the memorandum of the Secretary

2 of Homeland Security dated June 15, 2012,

3 and entitled "Exercising Prosecutorial Discre-

4 tion with Respect to Individuals who Came to

5 the United States as Children"; or

6  (B) is currently in a temporary protected

7 status under section 244 of the Immigration

8 and Nationality Act (8 U.S.C. 1254a).

9 (b) CONSIDERATION OF MILITARY SERVICE IN RE-

10 MOVAL DETERMINATIONS.—

11  (1) IN GENERAL.—With regards to an indi-

12 vidual, an immigration officer shall take into consid-

13 eration evidence of military service by that individual

14 in determining whether—

15  (A) to issue to that individual a notice to

16 appear in removal proceedings, an administra-

17 tive order of removal, or a reinstatement of a

18 final removal order; and

19  (B) to execute a final order of removal re-

20 garding that individual.

21 (2) DEFINITIONS.—In this subsection:

22  (A) The term "evidence of service" means

23 evidence that an individual served as a member

24 of the Armed Forces, and the characterization

WASHSTATEC011580

480

1       of each period of service of that individual in

2       the Armed Forces.

3           (B) The term ''immigration officer'' has

4       the meaning given that term in section 101 of

5       the Immigration and Nationality Act (8 U.S.C.

6       1101 et seq.).

### SEC. 570C. INCLUSION OF QUESTION REGARDING IMMI-GRATION STATUS ON PRESEPARATION COUN-SELING CHECKLIST (DD FORM 2648).

10     Not later than September 30, 2020, the Secretary of

11 Defense shall modify the preseparation counseling check-

12 list for active component, active guard reserve, active re-

13 serve, full time support, and reserve program adminis-

14 trator service members (DD Form 2648) to include a spe-

15 cific block wherein a member of the Armed Forces may

16 indicate that the member would like to receive information

17 regarding the immigration status of that member and ex-

18 pedited naturalization.

### SEC. 570D. COUNSELING FOR MEMBERS OF THE ARMED FORCES WHO ARE NOT CITIZENS OF THE UNITED STATES ON NATURALIZATION IN THE UNITED STATES.

23     (a) IN GENERAL.—The Secretary concerned shall

24 furnish to covered individuals under the jurisdiction of

WASHSTATEC011581

481

1　that Secretary counseling regarding how to apply for natu-

2　ralization in the United States.

3　　(b) DEFINITIONS.—In this section:

4　　　(1) The term "covered individual" means a

5　member of the Armed Forces who is not a citizen of

6　the United States.

7　　　(2) The term "Secretary concerned" has the

8　meaning given that term in section 101(a)(9) of title

9　10, United States Code.

10　**SEC. 570E. PILOT PROGRAM ON INFORMATION SHARING**

11　　　　　**BETWEEN DEPARTMENT OF DEFENSE AND**

12　　　　　**DESIGNATED RELATIVES AND FRIENDS OF**

13　　　　　**MEMBERS OF THE ARMED FORCES REGARD-**

14　　　　　**ING THE EXPERIENCES AND CHALLENGES OF**

15　　　　　**MILITARY SERVICE.**

16　　(a) PILOT PROGRAM REQUIRED.—

17　　　(1) IN GENERAL.—Not later than one year

18　after the date of the enactment of this Act, the Sec-

19　retary of Defense shall seek to enter into an agree-

20　ment with the American Red Cross to carry out a

21　pilot program under which the American Red

22　Cross—

23　　　　(A) encourages a member of the Armed

24　　　　Forces, upon the enlistment or appointment of

25　　　　such member, to designate up to 10 persons to

WASHSTATEC011582

482

1  whom information regarding the military serv-
2  ice of such member shall be disseminated using
3  contact information obtained under paragraph
4  (6); and

5  (B) provides such persons, within 30 days
6  after the date on which such persons are des-
7  ignated under subparagraph (A), the option to
8  elect to receive such information regarding mili-
9  tary service.

10  (2) DISSEMINATION.—The Secretary shall dis-
11  seminate information described in paragraph (1)(A)
12  under the pilot program on a regular basis.

13  (3) TYPES OF INFORMATION.—The types of in-
14  formation to be disseminated under the pilot pro-
15  gram to persons who elect to receive such informa-
16  tion shall include information regarding—

17  (A) aspects of daily life and routine experi-
18  enced by members of the Armed Forces;

19  (B) the challenges and stresses of military
20  service, particularly during and after deploy-
21  ment as part of a contingency operation;

22  (C) the services available to members of
23  the Armed Forces and the dependents of such
24  members to cope with the experiences and chal-
25  lenges of military service;

WASHSTATEC011583

483

1       (D) benefits administered by the Depart-
2 ment of Defense for members of the Armed
3 Forces and the dependents of such members;

4       (E) a toll-free telephone number through
5 which such persons who elect to receive infor-
6 mation under the pilot program may request in-
7 formation regarding the program; and

8       (F) such other information as the Sec-
9 retary determines to be appropriate.

10     (4) PRIVACY OF INFORMATION.—In carrying
11 out the pilot program, the Secretary may not dis-
12 seminate information under paragraph (3) in viola-
13 tion of laws and regulations pertaining to the pri-
14 vacy of members of the Armed Forces, including re-
15 quirements pursuant to—

16       (A) section 552a of title 5, United States
17 Code; and

18       (B) the Health Insurance Portability and
19 Accountability Act of 1996 (Public Law 104–
20 191).

21     (5) NOTICE AND MODIFICATIONS.—In carrying
22 out the pilot program, the Secretary shall, with re-
23 spect to a member of the Armed Forces—

WASHSTATEC011584

484

1          (A) ensure that such member is notified of
2      the ability to modify designations made by such
3      member under paragraph (1)(A); and

4          (B) upon the request of a member, author-
5      ize such member to modify such designations at
6      any time.

7      (6) CONTACT INFORMATION.—In making a des-
8    ignation under the pilot program, a member of the
9    Armed Forces shall provide necessary contact infor-
10   mation, specifically including an email address, to
11   facilitate the dissemination of information regarding
12   the military service of the member.

13      (7) OPT-IN AND OPT-OUT OF PROGRAM.—

14          (A) OPT-IN BY MEMBERS.—A member may
15      participate in the pilot program only if the
16      member voluntarily elects to participate in the
17      program. A member seeking to make such an
18      election shall make such election in a manner,
19      and by including such information, as the Sec-
20      retary and the Red Cross shall jointly specify
21      for purposes of the pilot program.

22          (B) OPT-IN BY DESIGNATED RECIPI-
23      ENTS.—A person designated pursuant to para-
24      graph (1)(A) may receive information under the

WASHSTATEC011585

485

1    pilot program only if the person makes the elec-
2    tion described in paragraph (1)(B).

3        (C) OPT-OUT.—In carrying out the pilot
4    program, the Secretary shall, with respect to a
5    person who has elected to receive information
6    under such pilot program, cease disseminating
7    such information to that person upon request of
8    such person.

9    (b) SURVEY AND REPORT ON PILOT PROGRAM.—

10       (1) SURVEY.—Not later than two years after
11   the date on which the pilot program commences, the
12   Secretary, in consultation with the American Red
13   Cross, shall administer a survey to persons who
14   elected to receive information under the pilot pro-
15   gram for the purpose of receiving feedback regarding
16   the quality of information disseminated under this
17   section, including whether such information appro-
18   priately reflects the military career progression of
19   members of the Armed Forces.

20       (2) REPORT.—Not later than three years after
21   the date on which the pilot program commences, the
22   Secretary shall submit to the congressional defense
23   committees a final report on the pilot program which
24   includes—

WASHSTATEC011586

486

1          (A) the results of the survey administered

2     under paragraph (1);

3          (B) a determination as to whether the pilot

4     program should be made permanent; and

5          (C) recommendations as to modifications

6     necessary to improve the program if made per-

7     manent.

8     (c) TERMINATION OF PILOT PROGRAM.—The pilot

9 program shall terminate upon submission of the report re-

10 quired by subsection (b)(2).

11 **SEC. 570F. CONNECTIONS OF MEMBERS RETIRING OR SEP-**

12 **ARATING FROM THE ARMED FORCES WITH**

13 **COMMUNITY-BASED ORGANIZATIONS AND**

14 **RELATED ENTITIES.**

15     (a) IN GENERAL.—The Secretary of Defense and the

16 Secretary of Veterans Affairs shall jointly seek to enter

17 into memoranda of understanding or other agreements

18 with State veterans agencies under which information

19 from Department of Defense Form DD–2648 on individ-

20 uals undergoing retirement, discharge, or release from the

21 Armed Forces is transmitted to one or more State vet-

22 erans agencies, as elected by such individuals, to provide

23 or connect veterans to benefits or services as follows:

24     (1) Assistance in preparation of resumes.

25     (2) Training for employment interviews.

WASHSTATEC011587

487

1        (3) Employment recruitment training.

2        (4) Other services leading directly to a success-

3    ful transition from military life to civilian life.

4        (5) Healthcare, including care for mental

5    health.

6        (6) Transportation or transportation-related

7    services.

8        (7) Housing.

9        (8) Such other benefits or services as the Secre-

10    taries jointly consider appropriate for purposes of

11    this section.

12    (b) INFORMATION TRANSMITTED.—The information

13    transmitted on individuals as described in subsection (a)

14    shall be such information on Form DD–2648 as the Secre-

15    taries jointly consider appropriate to facilitate community-

16    based organizations and related entities in providing or

17    connecting such individuals to benefits and services as de-

18    scribed in subsection (a).

19    (c) MODIFICATION OF FORM DD–2648.—The Sec-

20    retary of Defense shall make such modifications to Form

21    DD–2648 as the Secretary considers appropriate to allow

22    an individual filling out the form to indicate an email ad-

23    dress at which the individual may be contacted to receive

24    or be connected to benefits or services described in sub-

25    section (a).

WASHSTATEC011588

488

1   (d) VOLUNTARY PARTICIPATION.—Information on an
2  individual may be transmitted to and through a State vet-
3  erans agency as described in subsection (a) only with the
4  consent of the individual. In giving such consent, an indi-
5  vidual shall specify the following:

6       (1) The State veterans agency or agencies elect-
7     ed by the individual to transmit such information as
8     described in subsection (a).

9       (2) The benefits and services for which contact
10    information shall be so transmitted.

11      (3) Such other information on the individual as
12    the individual considers appropriate in connection
13    with the transmittal.

14  **SEC. 570G. PILOT PROGRAM REGARDING ONLINE APPLICA-**
15           **TION FOR THE TRANSITION ASSISTANCE**
16           **PROGRAM.**

17  (a) ESTABLISHMENT.—The Secretary of Defense, the
18  Secretary of Veterans Affairs, and the Secretary of Labor
19  may jointly carry out a pilot program that creates a one-
20  stop source for online applications for the purposes of as-
21  sisting members of the Armed Forces and Veterans par-
22  ticipating in the Transition Assistance Program (in this
23  section referred to as "TAP").

24  (b) DATA SOURCES.—If the Secretaries carry out the
25  pilot program, any online application developed under such

WASHSTATEC011589

489

1 program shall, in part, aggregate existing data from gov-

2 ernment resources and the private sector under one uni-

3 form resource locator for the purpose of assisting members

4 of the Armed Forces and veterans participating in TAP.

5 (c) AVAILABILITY; ACCESSIBILITY.—Any online ap-

6 plication developed under a pilot program shall, to the ex-

7 tent feasible be—

8     (1) widely available as a mobile application; and

9     (2) easily accessible by veterans, members of

10     the Armed Forces, and employers.

11 (d) ASSESSMENTS.—

12     (1) INTERIM ASSESSMENTS.—Not later than

13     the dates that are one and two years after the date

14     of the commencement of any pilot program under

15     this section, the Secretaries shall jointly assess the

16     pilot program.

17     (2) FINAL ASSESSMENT.—Not later than the

18     date that is three years after the date of the com-

19     mencement of any pilot program under this section,

20     the Secretaries shall jointly carry out a final assess-

21     ment of the pilot program.

22     (3) PURPOSE.—The general objective of each

23     assessment under this subsection shall be to deter-

24     mine if the online application under the pilot pro-

25     gram helps participants in TAP to accomplish the

WASHSTATEC011590

goals of TAP, accounting for the individual profiles of participants, including military experience and geographic location.

(e) BRIEFING.—If the Secretaries carry out the pilot program, the Secretary of Defense shall provide to the Committees on Armed Services of the Senate and House of Representatives a briefing on findings regarding the pilot program, including any recommendations for legislation.

(f) DEFINITIONS.—In this section:

(1) The term "mobile application" means a software program that runs on the operating system of a mobile device.

(2) The term "mobile device" means a smartphone, tablet computer, or similar portable computing device that transmits data over a wireless connection.

## Subtitle H—Military Family Readiness and Dependents' Education

### SEC. 571. AUTHORIZING MEMBERS TO TAKE LEAVE FOR A BIRTH OR ADOPTION IN MORE THAN ONE INCREMENT.

Paragraph (5) of section 701(i) of title 10, United States Code, is amended—

WASHSTATEC011591

491

1      (1) by striking "only in one increment" and in-
2    serting "in more than one increment"; and

3      (2) by inserting "in accordance with regulations
4    prescribed by the Secretary concerned" before the
5    period.

**SEC. 572. DEFERRED DEPLOYMENT FOR MEMBERS WHO GIVE BIRTH.**

8    Section 701 of title 10, United States Code, is
9  amended by adding at the end the following new sub-
10 section:

11    "(l) A member of the armed forces who gives birth
12 while on active duty may be deployed during the period
13 of 12 months beginning on the date of such birth only
14 with the approval of a health care provider employed at
15 a military medical treatment facility and—

16      "(1) at the election of such member; or

17      "(2) in the interest of national security, as de-
18    termined by the Secretary of Defense.".

**SEC. 573. AUTHORITY OF THE SECRETARY CONCERNED TO TRANSPORT REMAINS OF A COVERED DECE-DENT TO NO MORE THAN TWO PLACES SE-LECTED BY THE PERSON DESIGNATED TO DI-RECT DISPOSITION OF THE REMAINS.**

24    (a) AUTHORITY.—Section 1482(a)(8) of title 10,
25 United States Code, is amended to read as follows:

WASHSTATEC011592

492

1 ''(8)(A) Transportation of the remains, and

2 travel and transportation allowances as specified in

3 regulations prescribed under section 464 of title 37

4 for an escort of one person, to the place, subject to

5 subparagraph (B), selected by the person designated

6 to direct disposition of the remains or, if such a se-

7 lection is not made, to a national or other cemetery

8 which is selected by the Secretary and in which bur-

9 ial of the decedent is authorized.

10 ''(B) The person designated to direct disposi-

11 tion of the remains may select two places under sub-

12 paragraph (A) if the second place is a national cem-

13 etery. If that person selects two places, the Sec-

14 retary concerned may pay for transportation to the

15 second place only by means of reimbursement under

16 subsection (b).

17 ''(C) When transportation of the remains in-

18 cludes transportation by aircraft under section 562

19 of the John Warner National Defense Authorization

20 Act for Fiscal Year 2007 (Public Law 109–364; 10

21 U.S.C. 1482 note), the Secretary concerned shall

22 provide, to the maximum extent practicable, for de-

23 livery of the remains by air to the commercial, gen-

24 eral aviation, or military airport nearest to the place

25 selected by the designee.''.

WASHSTATEC011593

493

1     (b) MILITARY ESCORT AND HONOR GUARD ONLY TO

2 FIRST LOCATION.—Section 562(b) of the John Warner

3 National Defense Authorization Act for Fiscal Year 2007

4 (Public Law 109–364; 10 U.S.C. 1482 note) is amended

5 by adding at the end the following: "If the person des-

6 ignated to direct disposition of the remains selects two

7 places under such section, the term means only the first

8 of those two places.".

9 **SEC. 574. MILITARY FUNERAL HONORS MATTERS.**

10     (a) FULL MILITARY HONORS CEREMONY FOR CER-

11 TAIN VETERANS.—Section 1491(b) of title 10, United

12 States Code, is amended by adding at the end the fol-

13 lowing:

14     "(3) The Secretary concerned shall provide full mili-

15 tary honors (as determined by the Secretary concerned)

16 for the funeral of a veteran who—

17         "(A) is first interred or first inurned in Arling-

18     ton National Cemetery on or after the date of the

19     enactment of the National Defense Authorization

20     Act for Fiscal Year 2020;

21         "(B) was awarded the medal of honor or the

22     prisoner-of-war medal; and

23         "(C) is not entitled to full military honors by

24     the grade of that veteran.".

WASHSTATEC011594

494

1    (b) Full Military Funeral Honors for Vet-
2    erans at Military Installations.—

3        (1) Installation plans for honors re-
4        quired.—The commander of each military installa-
5        tion at or through which a funeral honors detail for
6        a veteran is provided pursuant to section 1491 of
7        title 10, United States Code (as amended by sub-
8        section (a)), shall maintain and carry out a plan for
9        the provision, upon request, of full military funeral
10       honors at funerals of veterans for whom a funeral
11       honors detail is authorized in that section.

12       (2) Elements.—Each plan of an installation
13       under paragraph (1) shall include the following:

14           (A) Mechanisms to ensure compliance with
15           the requirements applicable to the composition
16           of funeral honors details in section 1491(b) of
17           title 10, United States Code (as so amended).

18           (B) Mechanisms to ensure compliance with
19           the requirements for ceremonies for funerals in
20           section 1491(c) of such title.

21           (C) In addition to the ceremonies required
22           pursuant to subparagraph (B), the provision of
23           a gun salute, if otherwise authorized, for each
24           funeral by appropriate personnel, including per-
25           sonnel of the installation, members of the re-

WASHSTATEC011595

495

1    serve components of the Armed Forces residing

2    in the vicinity of the installation who are or-

3    dered to funeral honors duty, or members of

4    veterans organizations or other organizations

5    referred to in section 1491(b)(2) of such title.

6        (D) Mechanisms for the provision of sup-

7    port authorized by section 1491(d) of such title.

8        (E) Such other mechanisms and activities

9    as the Secretary concerned considers appro-

10   priate in order to assure that full military fu-

11   neral honors are provided upon request at fu-

12   nerals of veterans.

13   (3) DEFINITIONS.—In this subsection:

14       (A) The term ''Secretary concerned'' has

15   the meaning given that term in section

16   101(a)(9) of title 10, United States Code.

17       (B) The term ''veteran'' has the meaning

18   given that term in section 1491(h) of title 10,

19   United States Code.

20   **SEC. 575. IMPROVEMENT OF OCCUPATIONAL LICENSE**

21   **PORTABILITY FOR RELOCATED SPOUSES OF**

22   **MEMBERS OF THE UNIFORMED SERVICES.**

23       Section 1784 of title 10, United States Code, is

24   amended by adding at the end the following new sub-

25   section:

WASHSTATEC011596

496

1    "(h) IMPROVEMENT OF OCCUPATIONAL LICENSE

2  PORTABILITY THROUGH INTERSTATE COMPACTS.—

3        "(1) IN GENERAL.—The Secretary of Defense

4     shall seek to enter into a cooperative agreement with

5     the Council of State Governments to assist with

6     funding of the development of interstate compacts

7     on licensed occupations in order to alleviate the bur-

8     den associated with relicensing in such an occupa-

9     tion by spouse of a members of the armed forces in

10    connection with a permanent change of duty station

11    of members to another State.

12        "(2) LIMITATION ON ASSISTANCE PER COM-

13    PACT.—The amount provided under paragraph (1)

14    as assistance for the development of any particular

15    interstate compact may not exceed $1,000,000.

16        "(3) LIMITATION ON TOTAL AMOUNT OF AS-

17    SISTANCE.—The total amount of assistance provided

18    under paragraph (1) in any fiscal year may not ex-

19    ceed $4,000,000.

20        "(4) ANNUAL REPORT.—Not later than Feb-

21    ruary 28 each year, the Secretary shall submit to

22    the Committees on Armed Services of the Senate

23    and the House of Representatives a report on inter-

24    state compacts described in paragraph (1) developed

WASHSTATEC011597

497

1    through assistance provided under that paragraph.
2    Each report shall set forth the following:

3              ''(A) Any interstate compact developed
4         during the preceding calendar year, including
5         the occupational licenses covered by such com-
6         pact and the States agreeing to enter into such
7         compact.

8              ''(B) Any interstate compact developed
9         during a prior calendar year into which one or
10        more additional States agreed to enter during
11        the preceding calendar year.

12            ''(5) EXPIRATION.—The authority to enter into
13    a cooperative agreement under paragraph (1), and
14    to provide assistance described in that paragraph
15    pursuant to such cooperative agreement, expire on
16    September 30, 2024.''.

17   **SEC. 576. CONTINUED ELIGIBILITY FOR EDUCATION AND**
18   **TRAINING OPPORTUNITIES FOR SPOUSES OF**
19   **PROMOTED MEMBERS.**

20        Section 1784a(b) of title 10, United States Code, is
21   amended—

22            (1) by inserting ''(1)'' before ''Assistance''; and
23            (2) by adding at the end the following new
24    paragraph:

WASHSTATEC011598

498

1    "(2) A spouse who is eligible for a program under

2 this section and begins a course of education or training

3 for a degree, license, or credential described in subsection

4 (a) may not become ineligible to complete such course of

5 education or training solely because the member to whom

6 the spouse is married is promoted to a higher grade.".

**SEC. 577. MODIFICATION TO AUTHORITY TO REIMBURSE FOR STATE LICENSURE AND CERTIFICATION COSTS OF A SPOUSE OF A SERVICEMEMBER ARISING FROM RELOCATION.**

11    Section 476(p) of title 37, United States Code, is

12 amended—

13        (1) in paragraph (1), by striking "armed

14    forces" and inserting "uniformed services";

15        (2) in paragraph (2), by striking "$500" and

16    inserting "$1,000";

17        (3) in paragraph (3)—

18            (A) in subparagraph (A), by striking

19        "and";

20            (B) in subparagraph (B), by striking the

21        period and inserting "; and"; and

22            (C) by adding at the end the following new

23        subparagraph:

24        "(C) an analysis of whether the maximum reim-

25    bursement amount under paragraph (2) is sufficient

WASHSTATEC011599

1    to cover the average costs of relicensing described in
2    paragraph (1).''; and

3        (4) in paragraph (4), by striking ''December
4    31, 2022'' and inserting ''December 31, 2024''.

**SEC. 578. CLARIFICATION REGARDING ELIGIBILITY TO TRANSFER ENTITLEMENT UNDER POST-9/11 EDUCATIONAL ASSISTANCE PROGRAM.**

8    Section 3319(j) of title 38, United States Code, is
9    amended by adding at the end the following new para-
10   graph:

11       ''(3) The Secretary of Defense may not prescribe any
12   regulation that would provide for a limitation on eligibility
13   to transfer unused education benefits to family members
14   based on a maximum number of years of service in the
15   Armed Forces.''.

**SEC. 579. ANNUAL STATE REPORT CARD.**

17       Section 1111(h)(1)(C)(ii) of the Elementary and Sec-
18   ondary    Education    Act    of    1965    (20    U.S.C.
19   6311(h)(1)(C)(ii)) is amended by striking ''on active duty
20   (as defined in section 101(d)(5) of such title)''.

**SEC. 580. IMPROVEMENTS TO CHILD CARE FOR MEMBERS OF THE ARMED FORCES.**

23       (a) CLARIFYING TECHNICAL AMENDMENT TO DI-
24   RECT HIRE AUTHORITY OF THE DEPARTMENT OF DE-
25   FENSE FOR CHILD CARE SERVICES PROVIDERS FOR DE-

WASHSTATEC011600

500

1   PARTMENT CHILD DEVELOPMENT CENTERS.—Section

2   559(e) of the National Defense Authorization Act for Fis-

3   cal Year 2018 (Public Law 115–91; 10 U.S.C. 1792 note)

4   is amended by inserting "(including family childcare coor-

5   dinator services and school age childcare coordinator serv-

6   ices)" after "childcare services".

7     (b) ASSESSMENT OF FINANCIAL ASSISTANCE PRO-

8   VIDED TO CIVILIAN CHILD CARE PROVIDERS.—

9     (1) ASSESSMENT.—The Secretary of Defense

10     shall assess the maximum amount of financial as-

11     sistance provided to eligible civilian providers of

12     child care services or youth program services that

13     furnish such service for members of the armed

14     forces and employees of the United States under sec-

15     tion 1798 of title 10, United States Code. Such as-

16     sessment shall include the following:

17       (A) The determination of the Secretary

18       whether the maximum allowable financial as-

19       sistance should be standardized across the

20       Armed Forces.

21       (B) Whether the maximum allowable

22       amount adequately accounts for high-cost duty

23       stations.

24     (2) REPORT.—Not later than June 1, 2020, the

25     Secretary of Defense shall submit a report to the

WASHSTATEC011601

501

1  Committees on Armed Services of the Senate and

2  the House of Representatives regarding the results

3  of the assessment under paragraph (1) and any ac-

4  tions taken by the Secretary to remedy identified

5  shortfalls in assistance described in that paragraph.

6  (c) REDUCTION IN WAIT LISTS FOR CHILD CARE AT

7  MILITARY INSTALLATIONS.—

8       (1) REMEDIAL ACTION.—The Secretary of De-

9  fense shall take steps the Secretary determines nec-

10  essary to reduce the waiting lists for child care at

11  military installations to ensure that members of the

12  Armed Forces have meaningful access to child care

13  during tours of duty.

14       (2) REPORT.—Not later than June 1, 2020, the

15  Secretary of Defense shall provide a report to the

16  Committees on Armed Forces of the Senate and the

17  House of Representative regarding—

18            (A) action taken under paragraph (1); and

19            (B) any additional resources (including ad-

20       ditional funding for and child care facilities and

21       workers) the Secretary determines necessary to

22       increase access described in paragraph (1).

23  (d) GAO REVIEW.—The Comptroller General of the

24  United States shall conduct a review of the assessments,

25  actions, and determinations of the Secretary under sub-

WASHSTATEC011602

1 sections (b)(1) and (c). Not later than December 1, 2020,

2 the Comptroller General shall submit to the Committees

3 on Armed Services of the Senate and the House of Rep-

4 resentatives a report regarding the review performed

5 under this subsection.

6 (e) ASSESSMENT OF ACCESSIBILITY OF WEBSITES

7 OF THE DEPARTMENT OF DEFENSE RELATED TO CHILD

8 CARE AND SPOUSAL EMPLOYMENT.—

9    (1) ASSESSMENT.—The Secretary of Defense

10    shall review the functions and accessibility of

11    websites of the Department of Defense designed for

12    members of the Armed Forces and the families of

13    such members to access information and services of-

14    fered by the Department regarding child care,

15    spousal employment, and other family matters.

16    (2) REPORT.—Not later than March 1, 2020,

17    the Secretary of Defense shall provide a briefing to

18    the Committees on Armed Services of the Senate

19    and the House of Representatives regarding the re-

20    sults of the assessment under paragraph (1) and ac-

21    tions taken to enhance accessibility of the websites.

22 (f) PORTABILITY OF BACKGROUND INVESTIGATIONS

23 FOR CHILD CARE PROVIDERS.—Not later than 180 days

24 after the date of the enactment of this Act, the Secretary

25 of Defense shall ensure that the background investigation

WASHSTATEC011603

503

1   and training certification for a child care provider em-
2   ployed by the Department of Defense in a facility of the
3   Department may be transferred to another facility of the
4   Department, without regard to which Secretary of a mili-
5   tary department has jurisdiction over either such facility.

6   **SEC. 580A. TRANSPORTATION OF REMAINS OF CASUALTIES;**

7          **TRAVEL EXPENSES FOR NEXT OF KIN.**

8      (a) TRANSPORTATION FOR REMAINS OF A MEMBER
9   WHO DIES NOT IN A THEATER OF COMBAT OPER-
10   ATIONS.—Section 562 of the John Warner National De-
11   fense Authorization Act for Fiscal Year 2007 (Public Law
12   109–364; 10 U.S.C. 1482 note), as amended by section
13   573 of this Act, is further amended—

14        (1) in the heading, by striking "**DYING IN A**
15       **THEATER OF COMBAT OPERATIONS**"; and

16        (2) in subsection (a), by striking "in a combat
17       theater of operations" and inserting "outside of the
18       United States".

19      (b) TRANSPORTATION FOR FAMILY.—The Secretary
20   of Defense shall extend travel privileges via Invitational
21   Travel Authorization to family members of members of the
22   Armed Forces who die outside of the United States and
23   whose remains are returned to the United States through
24   the mortuary facility at Dover Air Force Base, Delaware.

WASHSTATEC011604

**SEC. 580B. MEETINGS OF OFFICIALS OF THE DEPARTMENT OF DEFENSE WITH REPRESENTATIVE GROUPS OF SURVIVORS OF DECEASED MEMBERS OF THE ARMED FORCES.**

(a) CHIEFS OF THE ARMED FORCES.—The Secretary of Defense shall direct the chiefs of the Armed Forces to meet periodically with representative groups of survivors of deceased members of the Armed Forces to receive feedback from those survivors regarding issues affecting such survivors. The Chief of the National Guard Bureau shall meet with representative groups of survivors of deceased members of the Air National Guard and the Army National Guard.

(b) UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS.—The Under Secretary of Defense for Personnel and Readiness shall meet periodically with representative groups of survivors of deceased members of the Armed Forces to discuss policies of the Department of Defense regarding military casualties and Gold Star families.

(c) BRIEFING.—Not later than April 1, 2020, the Under Secretary of Defense for Personnel and Readiness shall brief the Committee on Armed Services of the House of Representatives regarding policies established and the results of the meetings under subsection (b).

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011605

505

**SEC. 580C. INFORMATION AND OPPORTUNITIES FOR REG-**
**ISTRATION FOR VOTING AND ABSENTEE BAL-**
**LOT REQUESTS FOR MEMBERS OF THE**
**ARMED FORCES UNDERGOING DEPLOYMENT**
**OVERSEAS.**

(a) IN GENERAL.—Not later than 45 days prior to a general election for Federal office, a member of the Armed Forces shall, upon request, be provided with the following:

(1) A Federal write-in absentee ballot prescribed pursuant to section 103 of the Uniformed and Overseas Citizens Absentee Voting Act (52 U.S.C. 20303), together with instructions on the appropriate use of the ballot with respect to the State in which the member is registered to vote.

(2) In the case of a member intending to vote in a State that does not accept the Federal write-in absentee ballot as a simultaneous application and acceptable ballot for Federal elections, instructions on, and an opportunity to fill out, the official post card form for absentee voter registration application and absentee ballot application prescribed under section 101(b)(2) of the Uniformed and Overseas Citizens Absentee Voting Act (52 U.S.C. 20301(b)(2)).

(b) PERSONNEL RESPONSIBLE OF DISCHARGE.—Ballots and instructions pursuant to paragraph (1) of sub-

WASHSTATEC011606

506

1  section (a), and briefings and forms pursuant to para-

2  graph (2) of such subsection, shall be provided by Voting

3  Assistance Officers or such other personnel as the Sec-

4  retary of the military department concerned shall des-

5  ignate.

6  **SEC. 580D.  STUDY  ON  TWO-WAY  MILITARY  BALLOT**

7  **BARCODE TRACKING.**

8  (a) STUDY.—The Director of the Federal Voting As-

9  sistance Program of the Department of Defense shall con-

10  duct a study on the feasibility of a pilot program providing

11  full ballot tracking of overseas military absentee ballots

12  through the mail stream in a manner that is similar to

13  the 2016 Military Ballot Tracking Pilot Program con-

14  ducted by the Federal Voting Assistance Program.

15  (b) REPORT.—Not later than one year after the date

16  of the enactment of this Act, the Director shall submit

17  to Congress a report on the results of the study conducted

18  under subsection (a). The report shall include—

19  (1) an estimate of the costs and requirements

20  needed to conduct the pilot program described in

21  subsection (a);

22  (2) a description of the organizations that

23  would provide substantial support for the pilot pro-

24  gram;

WASHSTATEC011607

507

1        (3) a time line for the phased implementation

2    of the pilot program to all military personnel actively

3    serving overseas;

4        (4) a method to determine under the pilot pro-

5    gram if a ballot was counted, and a way to provide

6    such information to the member of the Armed

7    Forces casting the vote; and

8        (5) a description of the efforts being under-

9    taken to ensure a reliable and secure military ballot

10    tracking system.

11 **SEC. 580E. ASSISTANCE TO SCHOOLS WITH MILITARY DE-**

12        **PENDENT STUDENTS.**

13    (a) IMPACT AID FOR CHILDREN WITH SEVERE DIS-

14 ABILITIES.—

15        (1) IN GENERAL.—Of the amount authorized to

16    be appropriated for fiscal year 2020 by section 301

17    and available for operation and maintenance for De-

18    fense-wide activities as specified in the funding table

19    in section 4301, $10,000,000 shall be available for

20    payments under section 363 of the Floyd D. Spence

21    National Defense Authorization Act for Fiscal Year

22    2001 (Public Law 106–398; 20 U.S.C. 7703a).

23        (2) USE OF CERTAIN AMOUNT.—Of the amount

24    available under paragraph (1) for payments as de-

25    scribed in that paragraph, $5,000,000 shall be avail-

WASHSTATEC011608

508

1     able for such payments to local educational agencies

2     determined by the Secretary of Defense, in the dis-

3     cretion of the Secretary, to have higher concentra-

4     tions of military children with severe disabilities.

5     (b) ASSISTANCE TO SCHOOLS WITH SIGNIFICANT

6 NUMBERS OF MILITARY DEPENDENT STUDENTS.—Of the

7 amount authorized to be appropriated for fiscal year 2020

8 by section 301 and available for operation and mainte-

9 nance for Defense-wide activities as specified in the fund-

10 ing table in section 4301, $40,000,000 shall be available

11 only for the purpose of providing assistance to local edu-

12 cational agencies under subsection (a) of section 572 of

13 the National Defense Authorization Act for Fiscal Year

14 2006 (Public Law 109–163; 20 U.S.C. 7703b).

15     (c) LOCAL EDUCATIONAL AGENCY DEFINED.—In

16 this section, the term ''local educational agency'' has the

17 meaning given that term in section 7013(9) of the Ele-

18 mentary and Secondary Education Act of 1965 (20 U.S.C.

19 7713(9)).

**20 SEC. 580F. FIRST EXPANSION OF THE MY CAREER AD-**

**21     VANCEMENT ACCOUNT PROGRAM FOR MILI-**

**22     TARY SPOUSES.**

23     The Secretary of Defense shall modify the My Career

24 Advancement Account program of the Department of De-

25 fense to ensure that military spouses participating in the

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011609

509

1 program may receive financial assistance for the pursuit
2 of a license, certification, or Associate's degree in any ca-
3 reer field or occupation.

4 **SEC. 580G. SECOND EXPANSION OF THE MY CAREER AD-**
5 **VANCEMENT ACCOUNT PROGRAM FOR MILI-**
6 **TARY SPOUSES.**

7    The spouse of a member of the Coast Guard may par-
8 ticipate in the My Career Advancement Account program
9 of the Department of Defense if the Coast Guard reim-
10 burses the Department of Defense.

11 **SEC. 580H. REPORT ON TRAINING AND SUPPORT AVAIL-**
12 **ABLE TO MILITARY SPOUSES.**

13    (a) REPORT REQUIRED.—Not later than 180 days
14 after the date of the enactment of this Act, the Under
15 Secretary of Defense for Personnel and Readiness shall
16 submit to the committees on Armed Services of the Senate
17 and the House of Representatives a report that includes
18 a description of the following:

19       (1) Financial literacy programs currently de-
20    signed specifically for military spouses.

21       (2) Efforts to evaluate the effectiveness of fi-
22    nancial literacy programs.

23    (b) PUBLIC AVAILABILITY.—The report submitted
24 under subsection (a) shall be made available on a publicly
25 accessible website of the Department of Defense.

WASHSTATEC011610

510

SEC. 580I. RI'KATAK GUEST STUDENT PROGRAM AT UNITED STATES ARMY GARRISON–KWAJALEIN ATOLL.

(a) PROGRAM AUTHORIZED.—The Secretary of the Army may conduct an assistance program to educate up to five local national students per grade, per academic year, on a space-available basis at the contractor-operated schools on United States Army Garrison–Kwajalein Atoll. The program shall be known as the "Ri'katak Guest Student Program".

(b) STUDENT ASSISTANCE.—Assistance that may be provided to students participating in the program carried out pursuant to subsection (a) includes the following:

(1) Classroom instruction.

(2) Extracurricular activities.

(3) Student meals.

(4) Transportation.

# Subtitle I—Decorations and Awards

SEC. 581. MODIFICATION OF AUTHORITIES ON ELIGIBILITY FOR AND REPLACEMENT OF GOLD STAR LAPEL BUTTONS.

(a) EXPANSION OF AUTHORITY TO DETERMINE NEXT OF KIN FOR ISSUANCE.—Section 1126 of title 10, United States Code, is amended—

WASHSTATEC011611

511

1        (1) in subsection (a), by striking "widows, par-
2    ents, and" in the matter preceding paragraph (1);
3        (2) in subsection (b), by striking "the widow
4    and to each parent and" and inserting "each"; and
5        (3) in subsection (d)—
6            (A) by striking paragraphs (1), (2), (3),
7        and (4) and inserting the following new para-
8        graph (1):
9        "(1) The term 'next of kin' means individuals
10   standing in such relationship to members of the
11   armed forces described in subsection (a) as the Sec-
12   retaries concerned shall jointly specify in regulations
13   for purposes of this section."; and
14           (B) by redesignating paragraphs (5), (6),
15       (7), and (8) as paragraphs (2), (3), (4), and
16       (5), respectively.
17   (b) REPLACEMENT.—Subsection (c) of such section
18   is amended by striking "and payment" and all that follows
19   and inserting "and without cost.".

20   **SEC. 582. STANDARDIZATION OF HONORABLE SERVICE RE-**
21   **QUIREMENT FOR AWARD OF MILITARY DECO-**
22   **RATIONS.**
23   (a) HONORABLE SERVICE REQUIREMENT.—

WASHSTATEC011612

512

1      (1) IN GENERAL.—Chapter 57 of title 10,

2    United States Code, is amended by adding at the

3    end the following new section:

**4  "§ 1136. Honorable service requirement for award of**

**5         military decorations**

6     "No military decoration, including a medal, cross, or

7 bar, or an associated emblem or insignia, may be awarded

8 or presented to any person, or to a representative of the

9 person, if the service of the person after the person distin-

10 guished himself or herself has not been honorable.".

11     (2) CLERICAL AMENDMENT.—The table of sec-

12    tions at the beginning of chapter 57 of such title is

13    amended by adding at the end the following:

"1136. Honorable service requirement for award of military decorations.".

14    (b) CONFORMING AMENDMENTS.—Title 10, United

15 States Code, is further amended as follows:

16    (1) In section 7274—

17       (A) in subsection (b), in the matter pre-

18    ceding paragraph (1), by striking "subsection

19    (d)" and inserting "subsection (c)";

20       (B) by striking subsection (c); and

21       (C) by redesignating subsection (d) as sub-

22    section (c).

23    (2)(A) Section 8299 is repealed.

WASHSTATEC011613

513

1     (B) The table of sections at the beginning of

2   chapter 837 is amended by striking the item relating

3   to section 8299.

4     (3) In section 9274—

5        (A) in subsection (b), in the matter pre-

6   ceding paragraph (1), by striking "subsection

7   (d)" and inserting "subsection (c)";

8        (B) by striking subsection (c); and

9        (C) by redesignating subsection (d) as sub-

10   section (c).

11     (4) In section 9279, by striking subsection (c).

12 **SEC. 583. AUTHORIZATION FOR AWARD OF THE MEDAL OF**

13             **HONOR TO JOHN J. DUFFY FOR ACTS OF**

14             **VALOR IN VIETNAM.**

15     (a) WAIVER OF TIME LIMITATIONS.—Notwith-

16 standing the time limitations specified in section 7274 of

17 title 10, United States Code, or any other time limitation

18 with respect to the awarding of certain medals to persons

19 who served in the Armed Forces, the President may award

20 the Medal of Honor under section 7271 of such title to

21 John J. Duffy for the acts of valor in Vietnam described

22 in subsection (b).

23     (b) ACTS OF VALOR DESCRIBED.—The acts of valor

24 referred to in subsection (a) are the actions of John J.

25 Duffy on April 14 and 15, 1972, in Vietnam for which

WASHSTATEC011614

514

1 he was previously awarded the Distinguished-Service

2 Cross.

**SEC. 584. REVIEW OF WORLD WAR I VALOR MEDALS.**

4   (a) REVIEW REQUIRED.—Each Secretary concerned

5 shall review the service records of World War I veterans

6 described in subsection (b) under the jurisdiction of such

7 Secretary in order to determine whether any such veteran

8 should be awarded the Medal of Honor for valor during

9 World War I.

10   (b) COVERED WORLD WAR I VETERANS.—The

11 World War I veterans whose service records may be re-

12 viewed under subsection (a) are the following:

13     (1) African American war veterans, Asian

14   American war veterans, Hispanic American war vet-

15   erans, Jewish American war veterans, and Native

16   American war veterans who were awarded the Dis-

17   tinguished Service Cross or the Navy Cross for an

18   action that occurred between April 6, 1917, and No-

19   vember 11, 1918.

20     (2) African American war veterans, Asian

21   American war veterans, Hispanic American war vet-

22   erans, Jewish American war veterans, and Native

23   American war veterans who were awarded the Croix

24   de Guerre with Palm (that is, awarded at the Army

25   level or above) by the Government of France for an

WASHSTATEC011615

515

1　action that occurred between April 6, 1917, and No-

2　vember 11, 1918.

3　　　(3) African American war veterans, Asian

4　American war veterans, Hispanic American war vet-

5　erans, Jewish American war veterans, and Native

6　American war veterans who were recommended for

7　a Medal of Honor for actions that occurred from

8　April 6, 1917, to November 11, 1918, if the Depart-

9　ment of Defense possesses or receives records relat-

10　ing to such recommendation.

11　(c) RECOMMENDATION BASED ON REVIEW.—If a

12　Secretary concerned determines, based upon the review

13　under subsection (a), that the award of the Medal of

14　Honor to a covered World War I veteran is warranted,

15　such Secretary shall submit to the President a rec-

16　ommendation that the President award the Medal of

17　Honor to that veteran.

18　(d) AUTHORITY TO AWARD MEDAL OF HONOR.—

19　The Medal of Honor may be awarded to a World War I

20　veteran in accordance with a recommendation of a Sec-

21　retary concerned under subsection (c).

22　(e) WAIVER OF TIME LIMITATIONS.—An award of

23　the Medal of Honor may be made under subsection (d)

24　without regard to—

WASHSTATEC011616

516

1    (1) section 7274 or 8298 of title 10, United

2  States Code, as applicable; and

3    (2) any regulation or other administrative re-

4  striction on—

5        (A) the time for awarding the Medal of

6        Honor; or

7        (B) the awarding of the Medal of Honor

8        for service for which a Distinguished Service

9        Cross or Navy Cross has been awarded.

10  (f) DEADLINE.—The review under subsection (a)

11 shall terminate not later than five years after the date of

12 the enactment of this Act.

13  (g) DEFINITIONS.—

14    (1) IN GENERAL.—In this section:

15        (A) AFRICAN AMERICAN WAR VETERAN.—

16        The term "African American war veteran"

17        means any person who served in the United

18        States Armed Forces between April 6, 1917,

19        and November 11, 1918, and who identified

20        himself as of African descent on his military

21        personnel records.

22        (B) ASIAN AMERICAN WAR VETERAN.—

23        The term "Asian American war veteran" means

24        any person who served in the United States

25        Armed Forces between April 6, 1917, and No-

WASHSTATEC011617

517

1  vember 11, 1918, and who identified himself ra-
2  cially, nationally, or ethnically as originating
3  from a country in Asia on his military per-
4  sonnel records.

5      (C) HISPANIC AMERICAN WAR VETERAN.—
6  The term "Hispanic American war veteran"
7  means any person who served in the United
8  States Armed Forces between April 6, 1917,
9  and November 11, 1918, and who identified
10  himself racially, nationally, or ethnically as
11  originating from a country where Spanish is an
12  official language on his military personnel
13  records.

14      (D) JEWISH AMERICAN WAR VETERAN.—
15  The term "Jewish American war veteran" mean
16  any person who served in the United States
17  Armed Forces between April 6, 1917, and No-
18  vember 11, 1918, and who identified himself as
19  Jewish on his military personnel records.

20      (E) NATIVE AMERICAN WAR VETERAN.—
21  The term "Native American war veteran"
22  means any person who served in the United
23  States Armed Forces between April 6, 1917,
24  and November 11, 1918, and who identified
25  himself as a member of a federally recognized

WASHSTATEC011618

518

1  tribe within the modern territory of the United

2  States on his military personnel records.

3  (F) SECRETARY CONCERNED.—The term

4  ''Secretary concerned'' means—

5  (i) the Secretary of the Army, in the

6  case of members of the Armed Forces who

7  served in the Army between April 6, 1917,

8  and November 11, 1918; and

9  (ii) the Secretary of the Navy, in the

10  case of members of the Armed Forces who

11  served in the Navy or the Marine Corps

12  between April 6, 1917, and November 11,

13  1918.

14  (2) APPLICATION OF DEFINITIONS OF ORI-

15  GIN.—If the military personnel records of a person

16  do not reflect the person's membership in one of the

17  groups identified in subparagraphs (B) through (F)

18  of paragraph (1) but historical evidence exists that

19  demonstrates the person's Jewish faith held at the

20  time of service, or that the person identified himself

21  as of African, Asian, Hispanic, or Native American

22  descent, the person may be treated as being a mem-

23  ber of the applicable group by the Secretary con-

24  cerned for purposes of this section.

WASHSTATEC011619

519

# Subtitle J—Miscellaneous Reports and Other Matters

**SEC. 591. CLARIFICATION OF THE TERM "ASSAULT" FOR PURPOSES OF WORKPLACE AND GENDER RELATIONS SURVEYS.**

(a) SURVEYS OF MEMBERS OF THE ARMED FORCES.—Section 481 of title 10, United States Code, is amended by inserting "(including unwanted sexual contact)" after "assault" each place it appears.

(b) SURVEYS OF CIVILIAN EMPLOYEES OF THE DEPARTMENT OF DEFENSE.—Section 481a of title 10, United States Code, is amended by inserting "(including unwanted sexual contact)" after "assault" each place it appears.

(c) EFFECTIVE DATE.—The amendments made by subsections (a) and (b) shall take effect on the date of the enactment of this Act and shall apply with respect to surveys under sections 481 and 481a of title 10, United States Code, that are initiated after such date.

**SEC. 592. INCLUSION OF CERTAIN VETERANS ON TEMPORARY DISABILITY OR PERMANENT DISABLED RETIREMENT LISTS IN MILITARY ADAPTIVE SPORTS PROGRAMS.**

(a) INCLUSION OF CERTAIN VETERANS.—Subsection (a)(1) of section 2564a of title 10, United States Code,

WASHSTATEC011620

520

1 is amended by striking ''for members of the armed forces

2 who'' and all that follows through the period at the end

3 and inserting the following: ''for—

4    ''(A) any member of the armed forces who

5    is eligible to participate in adaptive sports be-

6    cause of an injury, illness, or wound incurred in

7    the line of duty in the armed forces; and

8    ''(B) any veteran (as defined in section

9    101 of title 38), during the one-year period fol-

10    lowing the veteran's date of separation, who—

11      ''(i) is on the Temporary Disability

12      Retirement List or Permanently Disabled

13      Retirement List;

14      ''(ii) is eligible to participate in adapt-

15      ive sports because of an injury, illness, or

16      wound incurred in the line of duty in the

17      armed forces; and

18      ''(iii) was enrolled in the program au-

19      thorized under this section prior to the vet-

20      eran's date of separation.''.

21  (b) CONFORMING AMENDMENT.—Subsection (b) of

22 such section is amended by inserting ''and veterans'' after

23 ''members''.

24  (c) CLERICAL AMENDMENTS.—

WASHSTATEC011621

521

1        (1) HEADING AMENDMENT.—The heading of

2    such section is amended to read as follows:

3    "§ 2564a. Provision of assistance for adaptive sports

4            programs: members of the armed forces;

5            certain veterans".

6        (2) TABLE OF SECTION.—The table of sections

7    at the beginning of chapter 152 of such title is

8    amended by striking the item relating to section

9    2564a and inserting the following new item:

"2564a. Provision of assistance for adaptive sports programs: members of the
        armed forces; certain veterans.".

## 10  SEC. 593. QUESTIONS IN SURVEYS REGARDING EXTREMIST

## 11          ACTIVITY IN THE WORKPLACE.

12       The Secretary of Defense shall include in appropriate

13   surveys administered by the Department of Defense ques-

14   tions regarding whether respondents have ever—

15       (1) experienced or witnessed extremist activity

16   in the workplace; or

17       (2) reported such activity.

## 18  SEC. 594. STUDY ON BEST PRACTICES FOR PROVIDING FI-

## 19          NANCIAL LITERACY EDUCATION FOR SEPA-

## 20          RATING MEMBERS OF THE ARMED FORCES.

21       (a) STUDY REQUIRED.—The Secretary of Defense,

22   and with respect to members of the Coast Guard, in co-

23   ordination with the Secretary of the Department in which

24   the Coast Guard is operating when it is not operating as

WASHSTATEC011622

522

1 a service in the Navy, shall conduct a study on the best

2 practices to provide financial literacy education for sepa-

3 rating members of the Armed Forces.

4    (b) ELEMENTS.—The study required by subsection

5 (a) shall include—

6        (1) an examination, recommendations, and re-

7    porting on best practices for providing financial lit-

8    eracy education to separating members of the Armed

9    Forces; and

10        (2) detailed current financial literacy programs

11    for separating members of the Armed Forces.

12    (c) CONSULTATION.—In conducting the study re-

13 quired by subsection (a), the Secretaries shall consult with

14 the Financial Literacy and Education Commission of the

15 Department of the Treasury.

16    (d) REPORT.—Not later than 120 days after the date

17 of the enactment of this Act, the Secretary of Defense

18 shall submit to the committees on Armed Services of the

19 Senate and the House of Representatives a report on the

20 study under subsection (a).

21    (e) FINANCIAL LITERACY DEFINED.—In this section,

22 the term ''financial literacy'' means education regarding

23 personal finance including the insurance, credit, loan,

24 banking, career training and education benefits available

25 to veterans.

523

**SEC. 595. REPORT ON OVERSIGHT OF AUTHORIZED STRENGTHS OF CERTAIN GRADES OF COMMISSIONED REGULAR AND RESERVE OFFICERS OF THE ARMED FORCES.**

(a) REPORT REQUIRED.—Not later than April 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on oversight of the authorized strengths of commissioned regular officers of the Armed Forces and commissioned reserve officers of the Armed Forces in the grades as follows:

(1) The grades of major, lieutenant colonel, and colonel in the Army, the Air Force, and the Marine Corps.

(2) The grades of lieutenant commander, commander, and captain in the Navy.

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) Such recommendations as the Secretary considers appropriate on mechanisms to improve Department of Defense oversight, and oversight by Congress, of the authorized strengths of commissioned officers in the grades specified in subsection (a), including the following:

(A) An analysis of the history of each military department in complying with the author-

WASHSTATEC011624

524

1   ized strengths and strengths in grade specified

2   in sections 523 and 12005 of title 10, United

3   States Code, including a description of—

4           (i) the number of officers in each

5       grade and Armed Force concerned as of

6       the end of each fiscal year between fiscal

7       year 2010 and fiscal year 2019; and

8           (ii) the number of officers authorized

9       for such grade and Armed Force as of the

10      end of such fiscal year under the applicable

11      section.

12      (B) An assessment of the feasibility and

13  advisability of submitting to Congress each year

14  a request for an authorization for officers serv-

15  ing in the grades currently covered by the ta-

16  bles in section 523 of title 10, United States

17  Code.

18      (C) An assessment of the feasibility and

19  advisability of submitting to Congress each year

20  a proposal for legislation to update the tables in

21  such section.

22      (D) An assessment of the advisability of

23  converting the authorization for end strengths

24  for regular officers in the grades specified in

25  subsection (a) to a percentage-based approach

WASHSTATEC011625

525

1          like that currently utilized for reserve officers in

2          section 12005 of title 10, United States Code.

3              (2) Such other recommendations as the Sec-

4      retary considers appropriate to improve the effective-

5      ness of the oversight by Congress of the number of

6      commissioned regular and reserve officers of the

7      Armed Forces in the grades specified in subsection

8      (a).

### SEC. 596. REPORT ON CERTAIN WAIVERS.

10         (a) IN GENERAL.—Not later than 120 days after the

11     date of the enactment of this Act, and annually thereafter

12     during the two subsequent calendar years, the Secretary

13     of Defense shall submit to the Committees on Armed Serv-

14     ices of the House of Representatives and the Senate a re-

15     port identifying, with respect to the reporting period for

16     such report, and disaggregated by Armed Force, the fol-

17     lowing:

18         (1) ACCESSION AND COMMISSION.—

19             (A) The number of individuals who were

20         processed by a Secretary of a military depart-

21         ment for a medical accession or commissioning

22         qualification determination on or after April 12,

23         2019.

24             (B) Of the individuals described in sub-

25         paragraph (A), the number of such individuals

WASHSTATEC011626

526

who were found medically disqualified pursuant to the standards established in DTM–19–004 regarding enlistment in or commission as an officer of an Armed Force under the jurisdiction of the Secretary of a military department.

(C) Of the individuals described in subparagraph (A), the number of such individuals—

(i) described in section I.b.(1), 1.b(2), 1.b(3), or II.b.(1) of attachment 3 to DTM–19–004; and

(ii) who did not require a waiver or exception to standards described in subparagraph (B).

(D) Of the individuals described in subparagraph (C), the number of such individuals who enlisted or were commissioned.

(E) Of the individuals described in subparagraph (B), the number of such individuals who were considered for a waiver or exception to standards described in subparagraph (B).

(F) Of the individuals described in subparagraph (E), the number of such individuals who were denied such a waiver or exception.

WASHSTATEC011627

527

1   (G) Of the individuals described in sub-
2   paragraph (E), the number of such individuals
3   who received such a waiver or exception.

4   (H) Of the individuals described in sub-
5   paragraph (G), the number of such individuals
6   who enlisted or were commissioned.

7   (2) RETENTION.—

8   (A) The number of members of each
9   Armed Force under the jurisdiction of the Sec-
10  retary of a military department who received a
11  diagnosis of gender dysphoria on or after April
12  12, 2019.

13  (B) Of the members described in subpara-
14  graph (A), the number of members who were—

15      (i) referred to the Disability Evalua-
16  tion System; or

17      (ii) subject to processing for adminis-
18  trative separation based on conditions and
19  circumstances not constituting a physical
20  disability that interfered with assignment
21  to or performance of duty.

22  (C) Of the members described in subpara-
23  graph (A), the number of members who were
24  subsequently considered for a waiver or excep-
25  tion to standards established in DTM–19–004

WASHSTATEC011628

528

1         to permit those members to serve in other than

2         the biological sex of each such member.

3             (D) Of the members described in subpara-

4         graph (C), the number of members who were

5         granted such a waiver or exception.

6             (E) Of the members described in subpara-

7         graph (C), the number of members who were

8         denied such a waiver or exception.

9             (F) Of the members described in subpara-

10        graph (E), the number of members who were

11        discharged because of such denial, aggregated

12        by characterization of discharge.

13     (b) PROTECTION OF CERTAIN INFORMATION.—No

14 report submitted under this section may contain any per-

15 sonally identifiable information or protected health infor-

16 mation of any individual.

17     (c) DEFINITIONS.—In this section:

18     (1) The term ''DTM–19–004'' means the

19 memorandum—

20            (A) issued by the Office of the Deputy Sec-

21        retary of Defense;

22             (B) dated March 12, 2019; and

23            (C) with the subject heading ''Directive-

24        type Memorandum (DTM)–19–004–Military

WASHSTATEC011629

529

1       Service by Transgender Persons and Persons

2       with Gender Dysphoria''.

3       (2) The terms ''exempt individuals'' and ''non-

4       exempt individuals'' have the meanings given those

5       terms in attachment 3 to DTM–19–004.

6       (3) The term ''reporting period'' means, with

7       respect to a report submitted under subsection (a),

8       the calendar year most recently completed before the

9       date on which such report is to be submitted.

**10  SEC. 597. NOTIFICATIONS ON MANNING OF AFLOAT NAVAL**

**11           FORCES.**

12   (a) IN GENERAL.—The Secretary of the Navy shall

13 notify the congressional defense committees, in writing,

14 not later than 30 days after the end of each fiscal year

15 quarter, of each covered ship (if any) that met either con-

16 dition as follows:

17       (1) The manning fit for such ship was less than

18       87 percent for more than 14 days during such fiscal

19       year quarter.

20       (2) The manning fill for such ship was less

21       than 90 percent for more than 14 days during such

22       fiscal year quarter.

23   (b) ELEMENTS.—The notification required by sub-

24 section (a) shall include, with respect to a covered ship,

25 the following:

WASHSTATEC011630

530

1     (1) The name and hull number of the ship.

2     (2) The homeport location of the ship.

3     (3) The current manning fit and fill of the ship.

4     (4) If the lowest level of manning fit or man-
5  ning fill for the ship occurred during the fiscal year
6  quarter concerned, the level concerned and the date
7  on which such level occurred.

8     (5) If the lowest level of manning fit or man-
9  ning fill for the ship is projected to occur after the
10  fiscal year quarter concerned, the projected level and
11  the date on which such level is projected to occur.

12     (6) If not achieved as of the date of the notifi-
13  cation the projected date on which the Navy will
14  achieve a manning fit and fill at least 87 percent
15  and 90 percent, respectively, for the ship.

16     (7) If not achieved as of the date of the notifi-
17  cation, the projected date on which the Navy will
18  achieve a manning fit and fill of at least 92 percent
19  and 95 percent, respectively, for the ship.

20     (8) A description of the reasons the Navy has
21  not achieved, or will not achieve, as applicable, man-
22  ning fit and fill of at least 87 percent and 90 per-
23  cent, respectively, for the ship, including a detailed
24  description of the specific ratings or skillset areas
25  that must be manned to achieve those percentages.

WASHSTATEC011631

1    (9) A description of corrective actions the Navy

2    is taking to improve manning fit or manning fill on

3    the ship.

4  (c) SPECIAL RULE.—For purposes of determining

5  whether a percentage of manning fit or manning fill has

6  been achieved, a sailor in a more senior paygrade may

7  count as filling the billet of a more junior paygrade, but

8  a sailor in a more junior paygrade may not count as filling

9  the billet of a more senior paygrade.

10  (d) DEFINITIONS.—In this section:

11    (1) MANNING FIT.—The term "manning fit", in

12    the case of a ship, means the skills (rating), spe-

13    cialty skills (Navy Enlisted Classifications), and ex-

14    perience (paygrade) for the ship when compared

15    with the ship manpower document requirement and

16    billets authorized for such skills and experience.

17    (2) MANNING FILL.—The term "manning fill",

18    in the case of a ship, means the total number of

19    military personnel assigned to the ship by rating

20    when compared with the ship manpower document

21    requirement and billets authorized for the ship by

22    rating.

23    (3) COVERED SHIP.—The term "covered ship"

24    means a commissioned battle force ship that is in-

WASHSTATEC011632

532

1    cluded in the battle force count of the Naval Vessel

2    Register.

3        (e) SUNSET.—The requirement to submit notifica-

4    tions under subsection (a) with respect to fiscal year quar-

5    ters shall cease beginning with fiscal year quarters in fis-

6    cal year 2025.

7        (f) REPEAL OF SUPERSEDED REQUIREMENTS.—Sec-

8    tion 525 of the John S. McCain National Defense Author-

9    ization Act for Fiscal Year 2019 (Public Law 115–232;

10   132 Stat. 1757; 10 U.S.C. 8013 note) is repealed.

11   **SEC. 598. REPORT REGARDING USE OF AERIAL SYSTEMS OF**

12             **THE DEPARTMENT OF DEFENSE TO SUPPORT**

13             **AGENCIES OF STATES, TERRITORIES, AND**

14             **THE FEDERAL GOVERNMENT.**

15       (a) REPORT REQUIRED.—Not later than 180 days

16   after the date of the enactment of this Act, the Secretary

17   of Defense, in consultation with the Chief of the National

18   Guard Bureau, shall submit to the Committees on Armed

19   Services of the House of Representatives and the Senate

20   a report regarding the requirements, policies, and proce-

21   dures governing the use of manned and unmanned aerial

22   systems of the Department of Defense to support State

23   and Federal agencies.

24       (b) ELEMENTS.—The report under subsection (a)

25   shall include the following:

WASHSTATEC011633

533

1          (1) A description of requirements for providing

2     support to State and Federal agencies that the Sec-

3     retary considers appropriate for planning, program-

4     ming and budgeting resources.

5          (2) A description of manned and unmanned

6     aerial systems that the Secretary regularly provides

7     to support State and Federal agencies, including ex-

8     amples of support provided, and length of time to

9     approve requests.

10          (3) A list of requests for such aerial systems

11     from State and Federal agencies during fiscal year

12     2019 that the Secretary denied and the reason each

13     such request was disapproved.

14          (4) An overview of current policies and proce-

15     dures governing the use of such aerial systems by

16     States and Federal agencies, including—

17               (A) procedures a State or Federal agency

18          must follow to obtain use of such aerial systems

19          for natural disasters and search and rescue op-

20          erations;

21               (B) the typical amount of time needed to

22          process such requests, and whether such proce-

23          dures can be streamlined; and

WASHSTATEC011634

534

1          (C) to what extent different policies and
2     procedures apply to unmanned aerial systems
3     versus manned aerial systems.

4     (5) A description of the different categories of
5 unmanned aerial systems of the Department of De-
6 fense, how such categories are managed, and wheth-
7 er the criteria for such categories affect the ability
8 of the Secretary to use unmanned aerial systems to
9 support State or Federal agencies.

10     (6) An explanation of any restrictions on the
11 use of such unmanned aerial systems under—

12          (A) the ''Guidance for the Domestic Use of
13     Unmanned Aircraft Systems in U.S. National
14     Airspace'', dated August 18, 2018;

15          (B) Department of Defense Instruction
16     3025.18 ''Defense Support to Civil Authori-
17     ties''; and

18          (C) other relevant guidance of the Depart-
19     ment of Defense.

20     (7) Whether restrictions described in paragraph
21 (6) apply differently to regular members of the
22 Armed Forces serving on active duty and to mem-
23 bers of the National Guard.

24     (8) Whether members of the National Guard
25 may operate the different categories of such un-

WASHSTATEC011635

535

1  manned aerial systems when operating under section

2  502(f) of title 32, United States Code.

3  (9) An analysis of how the Secretary may im-

4  prove access to and knowledge of States and Federal

5  agencies regarding the availability of such unmanned

6  aerial systems and related request procedures.

7  (10) Whether—

8  (A) the Secretary has been unable to pro-

9  vide an unmanned aerial system to support to

10  a State agency at the request of such State

11  agency; and

12  (B) the Secretary has plans to make more

13  unmanned aerial systems available to fulfil such

14  requests.

15  (11) Any other matters the Secretary deter-

16  mines appropriate.

17  (c) FORM.—The report required by subsection (a)

18  shall be submitted in unclassified form, but may include

19  a classified annex.

20  (d) STATE DEFINED.—In this section, the term

21  "State" has the meaning given that term in section 901

22  of title 32, United States Code.

WASHSTATEC011636

536

1  **SEC. 599. INFORMATION FOR MEMBERS OF THE ARMED**
2              **FORCES ON AVAILABILITY OF SERVICES OF**
3              **THE DEPARTMENT OF VETERANS AFFAIRS**
4              **RELATING TO SEXUAL TRAUMA.**

5      (a) IN GENERAL.—The Secretary of Defense shall in-
6  form members of the Armed Forces, using mechanisms
7  available to the Secretary, of the eligibility of such mem-
8  bers for services of the Department of Veterans Affairs
9  relating to sexual trauma.

10      (b) INFORMATION FROM SEXUAL ASSAULT RE-
11  SPONSE COORDINATORS.—The Secretary of Defense shall
12  ensure—

13          (1) that Sexual Assault Response Coordinators
14      and uniformed victims advocates of the Department
15      of Defense advise members of the Armed Forces
16      who report instances of sexual trauma regarding the
17      eligibility of such members for services at the De-
18      partment of Veterans Affairs; and

19          (2) that such information is included in manda-
20      tory training materials.

21      (c) SEXUAL TRAUMA DEFINED.—In this section, the
22  term "sexual trauma" means psychological trauma de-
23  scribed in section 1720D(a)(1) of title 38, United States
24  Code.

WASHSTATEC011637

537

1 **SEC. 599A. AUTHORITY TO ISSUE AN HONORARY PRO-**
2 **MOTION TO COLONEL CHARLES E. MCGEE,**
3 **UNITED STATES AIR FORCE (RET.), TO THE**
4 **GRADE OF BRIGADIER GENERAL.**

5 (a) IN GENERAL.—Pursuant to section 1563 of title
6 10, United States Code, the President may issue to Colo-
7 nel Charles E. McGee, United States Air Force (retired),
8 a distinguished Tuskegee Airman, an honorary promotion
9 to the grade of brigadier general.

10 (b) ADDITIONAL BENEFITS NOT TO ACCRUE.—The
11 advancement of Charles E. McGee on the retired list of
12 the Air Force under subsection (a) shall not affect the re-
13 tired pay or other benefits from the United States to
14 which Charles E. McGee is entitled based upon his mili-
15 tary service, or affect any benefits to which any other per-
16 son is or may become entitled based on such military serv-
17 ice.

18 **SEC. 599B. AUTHORITY TO ISSUE AN HONORARY AND POST-**
19 **HUMOUS PROMOTION TO LIEUTENANT COLO-**
20 **NEL RICHARD COLE, UNITED STATES AIR**
21 **FORCE (RET.), TO THE GRADE OF COLONEL.**

22 (a) IN GENERAL.—Pursuant to section 1563 of title
23 10, United States Code, the President may issue to Lieu-
24 tenant Colonel Richard E. Cole, United States Air Force
25 (retired), an honorary and posthumous promotion to the
26 grade of colonel.

WASHSTATEC011638

538

1    (b) ADDITIONAL BENEFITS NOT TO ACCRUE.—The

2  advancement of Richard E. Cole on the retired list of the

3  Air Force under subsection (a) shall not affect the retired

4  pay or other benefits from the United States to which

5  Richard E. Cole would have been entitled based upon his

6  military service, or affect any benefits to which any other

7  person is or may become entitled based on such military

8  service.

9  **SEC. 599C. SENSE OF CONGRESS ON THE HONORABLE AND**

10    **DISTINGUISHED SERVICE OF GENERAL JO-**

11    **SEPH F. DUNFORD, UNITED STATES MARINE**

12    **CORPS, TO THE UNITED STATES.**

13    It is the sense of Congress that—

14    (1) the United States deeply appreciates the

15  decades of honorable service of General Joseph F.

16  Dunford, United States Marine Corps; and

17    (2) the indispensable leadership of General

18  Dunford and his dedication to the men and women

19  of the Armed Forces demonstrates the finest exam-

20  ple of service to the United States.

21  # TITLE VI—MILITARY

22  # COMPENSATION

Subtitle A—Pay and Allowances

Sec. 601. Clarification of continuation of pays during hospitalization and reha-
        bilitation resulting from wounds, injury, or illness incurred
        while on duty in a hostile fire area or exposed to an event of
        hostile fire or other hostile action.

WASHSTATEC011639

539

Sec. 602. Continued entitlements while a member of the Armed Forces partici-
pates in a career intermission program.
Sec. 603. Exemption from repayment of voluntary separation pay.
Sec. 604. Consideration of service on active duty to reduce age of eligibility for
retired pay for non-regular service.
Sec. 605. Temporary adjustment of rates of basic allowance for housing fol-
lowing determination that local civilian housing costs signifi-
cantly differ from such rates.
Sec. 606. Reinvestment of travel refunds by the Department of Defense.
Sec. 607. Addition of partial dislocation allowance to allowable travel and trans-
portation expenses for servicemembers.
Sec. 608. Reductions on account of earnings from work performed while enti-
tled to an annuity supplement.
Sec. 609. Increase in basic pay.

Subtitle B—Bonuses and Special Incentive Pays

Sec. 611. One-year extension of certain expiring bonus and special pay authori-
ties.

Subtitle C—Family and Survivor Benefits

Sec. 621. Expansion of eligibility for exceptional transitional compensation for
dependents to dependents of current members.
Sec. 622. Phase-out of reduction of Survivor Benefit Plan survivor annuities by
amount of dependency and indemnity compensation.
Sec. 623. Death gratuity for ROTC graduates.
Sec. 624. Expansion of authority to provide financial assistance to civilian pro-
viders of child care services or youth program services who pro-
vide such services to survivors of members of the Armed Forces
who die in combat in the line of duty.
Sec. 625. Casualty assistance for survivors of deceased ROTC graduates.

Subtitle D—Defense Resale Matters

Sec. 631. Defense resale system matters.
Sec. 632. Procurement by commissary stores of certain locally sourced prod-
ucts.
Sec. 633. GAO review of defense resale optimization study.

Subtitle E—Morale, Welfare, and Recreation Privileges

Sec. 641. Extension of certain morale, welfare, and recreation privileges to For-
eign Service officers on mandatory home leave.
Sec. 642. Extension of pilot program on a Government lodging program.

Subtitle F—Reports and Other Matters

Sec. 651. Annual reports on approval of employment or compensation of retired
general or flag officers by foreign governments for emoluments
clause purposes.
Sec. 652. Report regarding transition from overseas housing allowance to basic
allowance for housing for servicemembers in the territories.
Sec. 653. Report on extension to members of the reserve components of the
Armed Forces of special and incentive pays for members of the
Armed Forces not currently payable to members of the reserve
components.

WASHSTATEC011640

540

Sec. 654. Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs.
Sec. 655. Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis.
Sec. 656. Report on food insecurity among members of the Armed Forces and their dependents.

1 ## Subtitle A—Pay and Allowances

2 **SEC. 601. CLARIFICATION OF CONTINUATION OF PAYS DUR-**
3 **ING HOSPITALIZATION AND REHABILITATION**
4 **RESULTING FROM WOUNDS, INJURY, OR ILL-**
5 **NESS INCURRED WHILE ON DUTY IN A HOS-**
6 **TILE FIRE AREA OR EXPOSED TO AN EVENT**
7 **OF HOSTILE FIRE OR OTHER HOSTILE AC-**
8 **TION.**

9 Section 372(b)(1) of title 37, United States Code, is
10 amended to read as follows:

11 "(1) The date on which the member is returned
12 for assignment to other than a medical or patient
13 unit for duty; however, in the case of a member
14 under the jurisdiction of a Secretary of a military
15 department, the date on which the member is deter-
16 mined fit for duty.".

g:\VHLC\120919\120919.161.xml     (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011641

541

1 **SEC. 602. CONTINUED ENTITLEMENTS WHILE A MEMBER**
2           **OF THE ARMED FORCES PARTICIPATES IN A**
3           **CAREER INTERMISSION PROGRAM.**

4    Section 710(h) of title 10, United States Code, is

5 amended—

6         (1) in paragraph (1), by striking "; and" and

7    inserting a semicolon;

8         (2) in paragraph (2), by striking the period and

9    inserting a semicolon; and

10        (3) by adding at the end the following new

11   paragraphs:

12        "(3) the entitlement of the member and of the

13   survivors of the member to all death benefits under

14   the provisions of chapter 75 of this title;

15        "(4) the provision of all travel and transpor-

16   tation allowances for the survivors of deceased mem-

17   bers to attend burial ceremonies under section 481f

18   of title 37; and

19        "(5) the eligibility of the member for general

20   benefits as provided in part II of title 38.".

21 **SEC. 603. EXEMPTION FROM REPAYMENT OF VOLUNTARY**
22           **SEPARATION PAY.**

23   Section 1175a(j) of title 10, United States Code, is

24 amended—

WASHSTATEC011642

542

1          (1) in paragraph (1), by striking "paragraphs

2     (2) and (3)" and inserting "paragraphs (2), (3), and

3     (4)";

4          (2) by redesignating paragraph (4) as para-

5     graph (5); and

6          (3) by inserting after paragraph (3) the fol-

7     lowing new paragraph:

8     "(4) This subsection shall not apply to a member

9     who—

10          "(A) is involuntarily recalled to active duty or

11     full-time National Guard duty; and

12          "(B) in the course of such duty, incurs a serv-

13     ice-connected disability rated as total under section

14     1155 of title 38.".

**SEC. 604. CONSIDERATION OF SERVICE ON ACTIVE DUTY**

**TO REDUCE AGE OF ELIGIBILITY FOR RE-**

**TIRED PAY FOR NON-REGULAR SERVICE.**

18     Section 12731(f)(2)(B)(i) of title 10, United States

19     Code, is amended by striking "under a provision of law

20     referred to in section 101(a)(13)(B) or under section

21     12301(d)" and inserting "under section 12301(d) or

22     12304b of this title, or under a provision of law referred

23     to in section 101(a)(13)(B)".

WASHSTATEC011643

543

1  **SEC. 605. TEMPORARY ADJUSTMENT OF RATES OF BASIC**
2       **ALLOWANCE FOR HOUSING FOLLOWING DE-**
3       **TERMINATION THAT LOCAL CIVILIAN HOUS-**
4       **ING COSTS SIGNIFICANTLY DIFFER FROM**
5       **SUCH RATES.**

6      Section 403(b) of title 37, United States Code, is
7  amended by adding at the end the following new para-
8  graph:

9      "(8)(A) The Secretary of Defense may prescribe a
10  temporary adjustment in the current rates of basic allow-
11  ance for housing for a military housing area or a portion
12  thereof (in this paragraph, 'BAH rates') if the Secretary
13  determines that the actual costs of adequate housing for
14  civilians in that military housing area or portion thereof
15  differs from the current BAH rates by more than 20 per-
16  cent.

17      "(B) Any temporary adjustment in BAH rates under
18  this paragraph shall remain in effect only until the effec-
19  tive date of the first adjustment of BAH rates for the af-
20  fected military housing area that occurs after the date of
21  the adjustment under this paragraph.

22      "(C) This paragraph shall cease to be effective on
23  September 30, 2022.".

WASHSTATEC011644

544

1 **SEC. 606. REINVESTMENT OF TRAVEL REFUNDS BY THE DE-**
2        **PARTMENT OF DEFENSE.**

3    (a) REFUNDS FOR OFFICIAL TRAVEL.—Subchapter

4 I of chapter 8 of title 37, United States Code, is amended

5 by adding at the end the following new section:

6 **"§ 456. Managed travel program refunds**

7    "(a) CREDIT OF REFUNDS.—The Secretary of De-

8 fense may credit refunds attributable to Department of

9 Defense managed travel programs as a direct result of of-

10 ficial travel to such operation and maintenance or re-

11 search, development, test, and evaluation accounts of the

12 Department as designated by the Secretary that are avail-

13 able for obligation for the fiscal year in which the refund

14 or amount is collected.

15    "(b) USE OF REFUNDS.—Refunds credited under

16 subsection (a) may only be used for official travel or oper-

17 ations and efficiency improvements for improved financial

18 management of official travel.

19    "(c) DEFINITIONS.—In this section:

20       "(1) MANAGED TRAVEL PROGRAM.—The term

21       'managed travel program' includes air, rental car,

22       train, bus, dining, lodging, and travel management,

23       but does not include rebates or refunds attributable

24       to the use of the Government travel card, the Gov-

25       ernment Purchase Card, or Government travel ar-

WASHSTATEC011645

545

1    ranged by Government Contracted Travel Manage-
2    ment Centers.

3        ''(2) REFUND.—The term 'refund' includes
4    miscellaneous receipts credited to the Department
5    identified as a refund, rebate, repayment, or other
6    similar amounts collected.''.

7    (b) CLERICAL AMENDMENT.—The table of sections
8    at the beginning of chapter 8 of such title is amended by
9    inserting after the item relating to section 455 the fol-
10   lowing new item:

''456. Managed travel program refunds.''.

11   (c) CLARIFICATION ON RETENTION OF TRAVEL PRO-
12   MOTIONAL ITEMS.—Section 1116(a) of the National De-
13   fense Authorization Act for Fiscal Year 2002 (Public Law
14   107–107; 5 U.S.C. 5702 note) is amended—

15       (1) by striking ''DEFINITION.—In this section,
16   the term'' and inserting the following: ''DEFINI-
17   TIONS.—In this section:

18       ''(1) The term''; and

19       (2) by adding at the end the following new
20   paragraph:

21       ''(2) The term 'general public' includes the
22   Federal Government or an agency.''.

WASHSTATEC011646

546

1   **SEC. 607. ADDITION OF PARTIAL DISLOCATION ALLOW-**

2         **ANCE TO ALLOWABLE TRAVEL AND TRANS-**

3         **PORTATION**       **EXPENSES**       **FOR**

4         **SERVICEMEMBERS.**

5       (a) CURRENT AUTHORITY.—Section 477(f)(1) of title

6   37, United States Code, is amended by striking "family".

7       (b) FUTURE AUTHORITY.—Section 452(c) of title 37,

8   United States Code, is amended—

9         (1) by redesignating paragraph (3) as para-

10      graph (4); and

11        (2) by inserting after paragraph (2) the fol-

12      lowing new paragraph (3):

13      "(3) A partial dislocation allowance paid to a

14      member ordered to occupy or vacate housing pro-

15      vided by the United States.".

16  **SEC. 608. REDUCTIONS ON ACCOUNT OF EARNINGS FROM**

17        **WORK PERFORMED WHILE ENTITLED TO AN**

18        **ANNUITY SUPPLEMENT.**

19      Section 8421a(c) of title 5, United States Code, is

20  amended—

21        (1) by striking "full-time as an air traffic con-

22      trol instructor" and inserting "as an air traffic con-

23      trol instructor, or supervisor thereof,"; and

24        (2) by inserting "or supervisor" after "an in-

25      structor".

WASHSTATEC011647

547

SEC. 609. INCREASE IN BASIC PAY.

Effective on January 1, 2020, the rates of monthly basic pay for members of the uniformed services are increased by 3.1 percent.

# Subtitle B—Bonuses and Special Incentive Pays

### SEC. 611. ONE-YEAR EXTENSION OF CERTAIN EXPIRING BONUS AND SPECIAL PAY AUTHORITIES.

(a) AUTHORITIES RELATING TO RESERVE FORCES.—Section 910(g) of title 37, United States Code, relating to income replacement payments for reserve component members experiencing extended and frequent mobilization for active duty service, is amended by striking "December 31, 2019" and inserting "December 31, 2020".

(b) TITLE 10 AUTHORITIES RELATING TO HEALTH CARE PROFESSIONALS.—The following sections of title 10, United States Code, are amended by striking "December 31, 2019" and inserting "December 31, 2020":

(1) Section 2130a(a)(1), relating to nurse officer candidate accession program.

(2) Section 16302(d), relating to repayment of education loans for certain health professionals who serve in the Selected Reserve.

(c) AUTHORITIES RELATING TO NUCLEAR OFFICERS.—Section 333(i) of title 37, United States Code, is

WASHSTATEC011648

1  amended by striking ''December 31, 2019'' and inserting

2  ''December 31, 2020''.

3  (d) AUTHORITIES RELATING TO TITLE 37 CONSOLI-

4  DATED SPECIAL PAY, INCENTIVE PAY, AND BONUS AU-

5  THORITIES.—The following sections of title 37, United

6  States Code, are amended by striking ''December 31,

7  2019'' and inserting ''December 31, 2020'':

8  (1) Section 331(h), relating to general bonus

9  authority for enlisted members.

10  (2) Section 332(g), relating to general bonus

11  authority for officers.

12  (3) Section 334(i), relating to special aviation

13  incentive pay and bonus authorities for officers.

14  (4) Section 335(k), relating to special bonus

15  and incentive pay authorities for officers in health

16  professions.

17  (5) Section 336(g), relating to contracting

18  bonus for cadets and midshipmen enrolled in the

19  Senior Reserve Officers' Training Corps.

20  (6) Section 351(h), relating to hazardous duty

21  pay.

22  (7) Section 352(g), relating to assignment pay

23  or special duty pay.

24  (8) Section 353(i), relating to skill incentive

25  pay or proficiency bonus.

WASHSTATEC011649

549

1      (9) Section 355(h), relating to retention incen-
2  tives for members qualified in critical military skills
3  or assigned to high priority units.

4      (e) AUTHORITY TO PROVIDE TEMPORARY INCREASE
5  IN RATES OF BASIC ALLOWANCE FOR HOUSING.—Section
6  403(b)(7)(E) of title 37, United States Code, is amended
7  by striking "December 31, 2019" and inserting "Decem-
8  ber 31, 2020".

## Subtitle C—Family and Survivor Benefits

11  **SEC. 621. EXPANSION OF ELIGIBILITY FOR EXCEPTIONAL**
12              **TRANSITIONAL COMPENSATION FOR DE-**
13              **PENDENTS TO DEPENDENTS OF CURRENT**
14              **MEMBERS.**

15      Section 1059(m) of title 10, United States Code, is
16  amended—

17      (1) in the subsection heading, by inserting
18  "MEMBERS OR" after "DEPENDENTS OF";

19      (2) by inserting "member or" before "former
20  member" each place it appears;

21      (3) by redesignating paragraph (3) as para-
22  graph (4); and

23      (4) by inserting after paragraph (2) the fol-
24  lowing new paragraph (3):

WASHSTATEC011650

550

1     "(3) For purposes of the provision of benefits under

2 this section pursuant to this subsection, a member shall

3 be considered separated from active duty upon the earliest

4 of—

5         "(A) the date an administrative separation is

6         initiated by a commander of the member;

7         "(B) the date the court-martial sentence is ad-

8         judged if the sentence, as adjudged, includes a dis-

9         missal, dishonorable discharge, bad conduct dis-

10         charge, or forfeiture of all pay and allowances; or

11         "(C) the date the member's term of service ex-

12         pires.".

**13 SEC. 622. PHASE-OUT OF REDUCTION OF SURVIVOR BEN-**

**14         EFIT PLAN SURVIVOR ANNUITIES BY**

**15         AMOUNT OF DEPENDENCY AND INDEMNITY**

**16         COMPENSATION.**

17     (a) PHASE-OUT.—Subchapter II of chapter 73 of title

18 10, United States Code, is amended as follows:

19         (1) IN GENERAL.—In section 1450(c)(1)—

20         (A) by striking "that the annuity otherwise

21         payable under this section would exceed that

22         compensation." and inserting "calculated as fol-

23         lows:"; and

24         (B) by adding at the end the following:

WASHSTATEC011651

551

1          ''(A) During the period beginning on Janu-
2     ary 1, 2020, and ending on December 31, 2020,
3     the amount that the annuity otherwise payable
4     under this section would exceed such depend-
5     ency and indemnity compensation.

6          ''(B) During the period beginning on Jan-
7     uary 1, 2021, and ending on December 31,
8     2021, the amount that the annuity otherwise
9     payable under this section would exceed two-
10    thirds of such dependency and indemnity com-
11    pensation.

12         ''(C) During the period beginning on Janu-
13    ary 1, 2022, and ending on December 31, 2022,
14    the amount that the annuity otherwise payable
15    under this section would exceed one-third of
16    such dependency and indemnity compensation.

17         ''(D) On and after January 1, 2023, the
18    full amount of the annuity under this section.''.

19    (2) CONFORMING AMENDMENT.—In section
20    1451(c)(2), by inserting ''a portion (calculated under
21    section 1450(c) of this title) of'' before ''the
22    amount''.

23    (b) PROHIBITION ON RETROACTIVE BENEFITS.—No
24    benefits may be paid to any person for any period before

WASHSTATEC011652

1 the effective date provided under subsection (f) by reason
2 of the amendments made by subsection (a).

3 (c) PROHIBITION ON RECOUPMENT OF CERTAIN
4 AMOUNTS PREVIOUSLY REFUNDED TO SBP RECIPI-
5 ENTS.—A surviving spouse who is or has been in receipt
6 of an annuity under the Survivor Benefit Plan under sub-
7 chapter II of chapter 73 of title 10, United States Code,
8 that is in effect before the effective date provided under
9 subsection (f) and that is adjusted by reason of the
10 amendments made by subsection (a) and who has received
11 a refund of retired pay under section 1450(e) of title 10,
12 United States Code, shall not be required to repay such
13 refund to the United States.

14 (d) REPEAL OF AUTHORITY FOR OPTIONAL ANNUITY
15 FOR DEPENDENT CHILDREN.—Section 1448(d)(2) of
16 such title is amended—

17     (1) by striking "DEPENDENT CHILDREN.—"
18     and all that follows through "In the case of a mem-
19     ber described in paragraph (1)," and inserting "DE-
20     PENDENT CHILDREN.—In the case of a member de-
21     scribed in paragraph (1),"; and

22     (2) by striking subparagraph (B).

23 (e) RESTORATION OF ELIGIBILITY FOR PREVIOUSLY
24 ELIGIBLE SPOUSES.—The Secretary of the military de-
25 partment concerned shall restore annuity eligibility to any

WASHSTATEC011653

553

1 eligible surviving spouse who, in consultation with the Sec-
2 retary, previously elected to transfer payment of such an-
3 nuity to a surviving child or children under the provisions
4 of section 1448(d)(2)(B) of title 10, United States Code,
5 as in effect on the day before the effective date provided
6 under subsection (f). Such eligibility shall be restored
7 whether or not payment to such child or children subse-
8 quently was terminated due to loss of dependent status
9 or death. For the purposes of this subsection, an eligible
10 spouse includes a spouse who was previously eligible for
11 payment of such annuity and is not remarried, or remar-
12 ried after having attained age 55, or whose second or sub-
13 sequent marriage has been terminated by death, divorce
14 or annulment.

15    (f) EFFECTIVE DATE.—This section and the amend-
16 ments made by this section shall take effect on the first
17 day of the first month that begins after the date of the
18 enactment of this Act, except subsections (d) and (e) of
19 this section and the amendments made thereby shall take
20 effect on January 1, 2023.

21 **SEC. 623. DEATH GRATUITY FOR ROTC GRADUATES.**

22    (a) IN GENERAL.—Section 1475(a)(4) of title 10,
23 United States Code, is amended by adding "; or a grad-
24 uate of a reserve officers' training corps who has received

WASHSTATEC011654

554

1 a commission but has yet to receive a first duty assign-

2 ment; or'' at the end.

3    (b) EFFECTIVE DATE.—The amendment under sub-

4 section (a) applies to deaths that occur on or after the

5 date of the enactment of this Act.

6 **SEC. 624. EXPANSION OF AUTHORITY TO PROVIDE FINAN-**

7 **CIAL ASSISTANCE TO CIVILIAN PROVIDERS**

8 **OF CHILD CARE SERVICES OR YOUTH PRO-**

9 **GRAM SERVICES WHO PROVIDE SUCH SERV-**

10 **ICES TO SURVIVORS OF MEMBERS OF THE**

11 **ARMED FORCES WHO DIE IN COMBAT IN THE**

12 **LINE OF DUTY.**

13    Section 1798(a) of title 10, United States Code, is

14 amended by inserting '', survivors of members of the

15 armed forces who die in combat-related incidents in the

16 line of duty,'' after ''armed forces''.

17 **SEC. 625. CASUALTY ASSISTANCE FOR SURVIVORS OF DE-**

18 **CEASED ROTC GRADUATES.**

19    Section 633 of the National Defense Authorization

20 Act for Fiscal Year 2014 (10 U.S.C. 1475 note) is amend-

21 ed by adding at the end the following new subsection:

22    ''(c) ROTC GRADUATES.—

23       ''(1) TREATED AS MEMBERS.—For purposes of

24    this section, a graduate of a reserve officers' train-

25    ing corps who receives a commission and who dies

WASHSTATEC011655

555

1 before receiving a first duty assignment shall be
2 treated as a member of the Armed Forces who dies
3 while on active duty.

4 "(2) EFFECTIVE DATE.—This subsection ap-
5 plies to deaths on or after the date of the enactment
6 of the National Defense Authorization Act for Fiscal
7 Year 2020.".

## Subtitle D—Defense Resale Matters

### SEC. 631. DEFENSE RESALE SYSTEM MATTERS.

10 (a) IN GENERAL.—The Under Secretary of Defense
11 for Personnel and Readiness shall, in coordination with
12 the Chief Management Officer of the Department of De-
13 fense, maintain oversight of business transformation ef-
14 forts of the defense commissary system and the exchange
15 stores system in order to ensure the following:

16 (1) Development of an intercomponent business
17 strategy that maximizes efficiencies and results in a
18 viable defense resale system in the future.

19 (2) Preservation of patron savings and satisfac-
20 tion from and in the defense commissary system and
21 exchange stores system.

22 (3) Sustainment of financial support of the de-
23 fense commissary and exchange systems for morale,
24 welfare, and recreation (MWR) services of the
25 Armed Forces.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011656

556

1    (b) EXECUTIVE RESALE BOARD ADVICE ON OPER-
2  ATIONS OF SYSTEMS.—The Executive Resale Board of the
3  Department of Defense shall advise the Under Secretary
4  on the implementation of sustainable, complementary op-
5  erations of the defense commissary system and the ex-
6  change stores system.

7    (c) INFORMATION TECHNOLOGY MODERNIZATION.—
8  The Secretary of Defense shall, acting through the Under
9  Secretary and with advice from the Executive Resale
10  Board, require the Defense Commissary Agency and the
11  Military Exchange Service to do as follows:

12    (1) Field new technologies and best business
13    practices for information technology for the defense
14    resale system.

15    (2) Implement cutting-edge marketing opportu-
16    nities across the defense resale system.

17    (d) INCLUSION OF ADVERTISING IN OPERATING EX-
18  PENSES OF COMMISSARY STORES.—Section 2483(b) of
19  title 10, United States Code, is amended by adding at the
20  end the following paragraph:

21    ''(7) Advertising of commissary sales on mate-
22    rials available within commissary stores and at other
23    on-base locations.''.

WASHSTATEC011657

557

1 **SEC. 632. PROCUREMENT BY COMMISSARY STORES OF CER-**

2 **TAIN LOCALLY SOURCED PRODUCTS.**

3 The Secretary of Defense shall ensure that the dairy

4 products and fruits and vegetables procured for com-

5 missary stores under the defense commissary system are,

6 to the extent practicable and while maintaining mandated

7 patron savings, locally sourced in order to ensure the

8 availability of the freshest possible dairy products and

9 fruits and vegetables for patrons of the stores.

10 **SEC. 633. GAO REVIEW OF DEFENSE RESALE OPTIMIZATION**

11 **STUDY.**

12 (a) REVIEW.—The Comptroller General of the United

13 States shall conduct a review of the business case analysis

14 performed as part of the defense resale optimization study

15 conducted by the Reform Management Group, titled

16 "Study to Determine the Feasibility of Consolidation of

17 the Defense Resale Entities" and dated December 4,

18 2018.

19 (b) REPORTS REQUIRED; ELEMENTS.—Not later

20 than March 1, 2020, and June 1, 2020, the Comptroller

21 General shall submit to the Committees on Armed Serv-

22 ices of the Senate and the House of Representatives an

23 interim report and a final report, respectively, regarding

24 the review performed under this section. Each report shall

25 include evaluations of the following:

WASHSTATEC011658

558

1　　　　(1) The descriptions and justifications for the
2　assumptions, analytical choices and data used by the
3　Reform Management Group to calculate:

4　　　　　　(A) Pricing.

5　　　　　　(B) Sales assumptions.

6　　　　　　(C) Accuracy of methods employed to
7　　measure patron savings levels.

8　　　　(2) The timetable for consolidation of military
9　exchanges and commissaries.

10　　　　(3) The recommendations for consolidation de-
11　veloped as part of the business case analysis, includ-
12　ing the overall cost of consolidation.

13　　　　(4) The budget and oversight implications of
14　merging non-appropriated funds and appropriated
15　funds to implement the recommended reforms.

16　　　　(5) The extent to which the Reform Manage-
17　ment Group coordinated with the Secretaries of the
18　military departments and the chiefs of the Armed
19　Forces in preparing the study.

20　　　　(6) The extent to which the Reform Manage-
21　ment Group addressed concerns of the Secretaries of
22　the military departments and the chiefs of the
23　Armed Forces in the study.

24　　　　(7) If the recommendations in the business case
25　analysis were implemented—

WASHSTATEC011659

559

1          (A) the ability of military exchanges and

2      commissaries to provide earnings to support on-

3      base morale, welfare, and recreation programs;

4      and

5          (B) the financial viability of the military

6      exchanges and commissaries.

7     (c) DELAY ON CONSOLIDATION.—The Secretary of

8 Defense may not take any action to consolidate military

9 exchanges and commissaries until the Committees on

10 Armed Services of the Senate and the House of Represent-

11 atives notify the Secretary in writing of receipt and accept-

12 ance of the findings of the Comptroller General in the re-

13 ports required under this section.

## 14 Subtitle E—Morale, Welfare, and
## 15 Recreation Privileges

16 **SEC. 641. EXTENSION OF CERTAIN MORALE, WELFARE, AND**

17 **RECREATION PRIVILEGES TO FOREIGN SERV-**

18 **ICE OFFICERS ON MANDATORY HOME LEAVE.**

19     (a) IN GENERAL.—Section 1065 of title 10, United

20 States Code, as added by section 621 of the John S.

21 McCain National Defense Authorization Act for Fiscal

22 Year 2019 (Public Law 115–232), is amended—

23          (1) in the heading, by striking **"veterans**

24      **and caregivers for veterans"** and inserting

WASHSTATEC011660

560

1    "**veterans, caregivers for veterans, and**
2    **Foreign Service officers**";

3        (2) by redesignating subsections (f) and (g) as
4    subsections (g) and (h), respectively;

5        (3) by inserting after subsection (e) the fol-
6    lowing new subsection (f):

7    "(f) ELIGIBILITY OF FOREIGN SERVICE OFFICERS
8    ON MANDATORY HOME LEAVE.—A Foreign Service offi-
9    cer on mandatory home leave may be permitted to use
10   military lodging referred to in subsection (h).''; and

11       (4) in subsection (h), as redesignated by para-
12   graph (2), by adding at the end the following new
13   paragraphs:

14       "(5) The term 'Foreign Service officer' has the
15   meaning given that term in section 103 of the For-
16   eign Service Act of 1980 (22 U.S.C. 3903).

17       "(6) The term 'mandatory home leave' means
18   leave under section 903 of the Foreign Service Act
19   of 1980 (22 U.S.C. 4083).''.

20   (b) EFFECTIVE DATE.—The amendments made by
21   this section shall take effect on January 1, 2020, as if
22   originally incorporated in section 621 of Public Law 115–
23   232.

WASHSTATEC011661

561

1 **SEC. 642. EXTENSION OF PILOT PROGRAM ON A GOVERN-**

2 **MENT LODGING PROGRAM.**

3     Section 914(b) of the Carl Levin and Howard P.

4 "Buck" McKeon National Defense Authorization Act for

5 Fiscal Year 2015 (5 U.S.C. 5911 note) is amended by

6 striking "December 31, 2019" and inserting "December

7 31, 2020".

# Subtitle F—Reports and Other Matters

10 **SEC. 651. ANNUAL REPORTS ON APPROVAL OF EMPLOY-**

11 **MENT OR COMPENSATION OF RETIRED GEN-**

12 **ERAL OR FLAG OFFICERS BY FOREIGN GOV-**

13 **ERNMENTS FOR EMOLUMENTS CLAUSE PUR-**

14 **POSES.**

15     (a) ANNUAL REPORTS.—Section 908 of title 37,

16 United States Code is amended—

17         (1) by redesignating subsection (c) as sub-

18     section (d); and

19         (2) by inserting after subsection (b) the fol-

20     lowing new subsection (c):

21     "(c) ANNUAL REPORTS ON APPROVALS FOR RE-

22 TIRED GENERAL AND FLAG OFFICERS.—Not later than

23 January 31 each year, the Secretaries of the military de-

24 partments, after consulting with the Secretary of State,

25 shall jointly submit to the Committees on Armed Services

26 of the Senate and House of Representatives a report on

WASHSTATEC011662

562

1  each approval under subsection (b) for employment or
2  compensation described in subsection (a) for a retired
3  member of the armed forces in general or flag officer
4  grade that was issued during the preceding year.''.

5      (b) SCOPE OF FIRST REPORT.—The first report sub-
6  mitted pursuant to subsection (c) of section 908 of title
7  37, United States Code (as amended by subsection (a) of
8  this section), after the date of the enactment of this Act
9  shall cover the five-year period ending with the year before
10 the year in which such report is submitted.

11 **SEC. 652. REPORT REGARDING TRANSITION FROM OVER-**
12           **SEAS HOUSING ALLOWANCE TO BASIC AL-**
13           **LOWANCE     FOR     HOUSING     FOR**
14           **SERVICEMEMBERS IN THE TERRITORIES.**

15     Not later than February 1, 2020, the Secretary of
16 Defense shall submit a report to the congressional defense
17 committees regarding the recommendation of the Sec-
18 retary whether members of the uniformed services located
19 in the territories of the United States and who receive the
20 overseas housing allowance should instead receive the
21 basic allowance for housing to ensure the most appropriate
22 housing compensation for such members and their fami-
23 lies.

WASHSTATEC011663

563

**SEC. 653. REPORT ON EXTENSION TO MEMBERS OF THE RE-**
**SERVE COMPONENTS OF THE ARMED**
**FORCES OF SPECIAL AND INCENTIVE PAYS**
**FOR MEMBERS OF THE ARMED FORCES NOT**
**CURRENTLY PAYABLE TO MEMBERS OF THE**
**RESERVE COMPONENTS.**

(a) REPORT REQUIRED.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report setting forth the results of a study, conducted by the Secretary for purposes of the report, on the feasability and advisability of paying eligible members of the reserve components of the Armed Forces any special or incentive pay for members of the Armed Forces that is not currently payable to members of the reserve components.

(b) ELEMENTS.—The report required by subsection (a) shall set forth the following:

(1) An estimate of the yearly cost of paying members of the reserve components risk pay and flight pay under sections 334, 334a, and 351 of title 37, United States Code, at the same rate as members on active duty, regardless of the number of periods of instruction or appropriate duty participated in, so long as there is at least one such period of instruction or appropriate duty in the month.

WASHSTATEC011664

564

1      (2) A statement of the number of members of

2    the reserve components who qualify or potentially

3    qualify for hazardous duty incentive pay based on

4    current professions or required duties, broken out by

5    hazardous duty categories set forth in section 351 of

6    title 37, United States Code.

7      (3) If the Secretary determines that payment to

8    eligible members of the reserve components of any

9    special or incentive pay for members of the Armed

10    Forces that is not currently payable to members of

11    the reserve components is feasible and advisable,

12    such recommendations as the Secretary considers

13    appropriate for legislative or administrative action to

14    authorize such payment.

15  **SEC. 654. STUDY REGARDING RECOUPMENT OF SEPARA-**

16             **TION PAY, SPECIAL SEPARATION BENEFITS,**

17             **AND VOLUNTARY SEPARATION INCENTIVE**

18             **PAYMENTS FROM MEMBERS OF THE ARMED**

19             **FORCES AND VETERANS WHO RECEIVE DIS-**

20             **ABILITY COMPENSATION UNDER LAWS AD-**

21             **MINISTERED BY THE SECRETARY OF VET-**

22             **ERANS AFFAIRS.**

23    (a) STUDY.—The Secretary of Defense, in consulta-

24  tion with the Secretary of Veterans Affairs, shall conduct

25  a study to determine, with regards to members of the

WASHSTATEC011665

1 Armed Forces and veterans whose separation pay, special

2 separation benefits, and voluntary separation incentive

3 payments either Secretary recoups because such members

4 and veterans subsequently receive disability compensation

5 under laws administered by the Secretary of Veterans Af-

6 fairs—

7     (1) how many such members and veterans are

8     affected by such recoupment; and

9     (2) the aggregated amount of additional money

10     such members and veterans would receive but for

11     such recoupment.

12   (b) REPORT REQUIRED.—Not later than September

13 30, 2020, the Secretary of Defense shall submit to the

14 Committees on Armed Services and Veterans' Affairs of

15 the Senate and House of Representatives a report regard-

16 ing the results of the study under subsection (a).

**17 SEC. 655. REPORT ON IMPLEMENTATION OF CONTRIBU-**

**18                TIONS TO THE DEPARTMENT OF DEFENSE**

**19                MILITARY RETIREMENT FUND BASED ON PAY**

**20                COSTS PER ARMED FORCE RATHER THAN ON**

**21                ARMED FORCES-WIDE BASIS.**

22   (a) REPORT REQUIRED.—

23     (1) IN GENERAL.—Not later than April 1,

24     2020, the Secretary of Defense shall, in consultation

25     with the Secretaries of the military departments,

g:\VHLC\120919\120919.161.xml    (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011666

566

1   submit to the congressional defense committees a re-
2   port setting forth a plan for the implementation of
3   the amendments described in paragraph (2) as if
4   such amendments would apply with respect to deter-
5   minations of contributions to the Department of De-
6   fense Military Retirement Fund under chapter 74 of
7   title 10, United States Code, and payments into the
8   Fund, beginning with fiscal year 2025.

9      (2) COVERED AMENDMENTS.—The amendments
10  described in this paragraph are the amendments
11  proposed to be made by section 631 of S.1790 of the
12  116th Congress, as reported to the Senate by the
13  Committee on Armed Services of the Senate on June
14  11, 2019.

15  (b) ELEMENTS.—The report required by subsection
16  (a) shall include the following:

17     (1) A plan to implement the amendments de-
18  scribed in paragraph (2) of subsection (a) in the
19  manner described in paragraph (1) of that sub-
20  section.

21     (2) A timeline for actions required to implement
22  such amendments in that manner.

23     (3) An assessment of the impact of the imple-
24  mentation of such amendments in that manner on
25  each of the following:

WASHSTATEC011667

567

1        (A) The budgeting of the military depart-
2   ments.

3        (B) The efforts of the Department of De-
4   fense to achieve audits of its financial state-
5   ments.

6        (C) Decisions on military manning of the
7   Armed Forces.

8        (D) The cost and complexity of tracking
9   contributions to the Department of Defense
10   Military Retirement Fund.

**11 SEC. 656. REPORT ON FOOD INSECURITY AMONG MEMBERS**

**12        OF THE ARMED FORCES AND THEIR DEPEND-**

**13        ENTS.**

14   (a) REPORT REQUIRED.—Not later than May 1,
15 2020, the Secretary of Defense shall submit to the Com-
16 mittees on Armed Services of the Senate and the House
17 of Representatives a report on food insecurity among
18 members of the Armed Forces and their dependents.

19   (b) ELEMENTS.—The report required by subsection
20 (a) shall include the following:

21        (1) An assessment of the current extent of food
22   insecurity among members of the Armed Forces and
23   their dependents, including a description and anal-
24   ysis of the following:

WASHSTATEC011668

568

(A) Use of food assistance by members and their dependents, as revealed in data of the Department of Defense and other data available to the Department.

(B) Use of free and reduced price school meals by dependents.

(C) Use of food banks or similar assistance by members and their dependents.

(2) A description and assessment of the barriers, if any, to qualification for or access to adequate food assistance of any type by members of the Armed Forces and their dependents.

(3) A description of the number of members of the Armed Forces overseas who enrolled in the Family Supplemental Subsistence Allowance (FSSA) program under section 402a of title 37, United States Code, during the five-fiscal year period ending with fiscal year 2019, and of the cost to the Department of such enrollment during each fiscal year concerned.

(4) An assessment of the effectiveness of the Family Supplemental Subsistence Allowance program for members of the Armed Forces overseas.

(5) A description and assessment of the participation of members of the Armed Forces in the Sup-

WASHSTATEC011669

569

1    plemental Nutrition Assistance Program (SNAP),

2    including with respect to the following:

3        (A) Coordination between the Department

4        of Defense and the Department of Agriculture

5        for purposes of determining the numbers of

6        members currently participating in the pro-

7        gram.

8        (B) Career stigma for members resulting

9        from participation in the program.

10        (C) Adverse consequences for member per-

11        sonal financial management resulting from par-

12        ticipation in the program.

13        (D) Other support available to and used by

14        members to meet basic needs requirements.

15    (6) An assessment of food insecurity among

16    members of the Armed Forces who reside in on-post

17    housing (and thus do not receive basic allowance for

18    housing (BAH)) and their dependents, including eli-

19    gibility of such members for and participation of

20    such members in the Supplemental Nutrition Assist-

21    ance Program.

22    (7) An assessment of the feasability and advis-

23    ability of a basic needs allowance for low-income

24    members of the Armed Forces (including an allow-

25    ance calculated both with and without basic allow-

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011670

570

1 ance for housing included in the determination of

2 member gross household income), including with re-

3 spect to the following:

4     (A) The maximum member gross house-

5 hold income for eligibility for the allowance.

6     (B) The number of members who would be

7 eligible for the allowance.

8     (C) The optimal average annual amount of

9 the allowance.

10     (D) The total annual cost of paying the al-

11 lowance.

12     (E) Whether particular geographic loca-

13 tions would include large number of members

14 eligible for the allowance.

15     (F) The effects of payment of the allow-

16 ance on recruitment and retention of members,

17 and on member morale and conduct.

18     (8) Any other recommendations for policies,

19 programs, and activities to address food insecurity

20 among members of the Armed Forces and their de-

21 pendents that the Secretary considers appropriate.

# TITLE VII—HEALTH CARE PROVISIONS

Subtitle A—TRICARE and Other Health Care Benefits

Sec. 701. Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve.
Sec. 702. TRICARE payment options for retirees and their dependents.

WASHSTATEC011671

Sec. 703. Lead level screening and testing for children.
Sec. 704. Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations.
Sec. 705. Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas.
Sec. 706. Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation.
Sec. 707. Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances.

Subtitle B—Health Care Administration

Sec. 711. Modification of organization of military health system.
Sec. 712. Support by military health system of medical requirements of combatant commands.
Sec. 713. Requirements for certain prescription drug labels.
Sec. 714. Officers authorized to command Army dental units.
Sec. 715. Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs.
Sec. 716. Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program.
Sec. 717. Inclusion of blast exposure history in medical records of members of the Armed Forces.
Sec. 718. Comprehensive policy for provision of mental health care to members of the Armed Forces.
Sec. 719. Limitation on the realignment or reduction of military medical manning end strength.
Sec. 720. Strategy to recruit and retain mental health providers.
Sec. 721. Development of partnerships to improve combat casualty care for personnel of the Armed Forces.
Sec. 722. Modification to referrals for mental health services.

Subtitle C—Reports and Other Matters

Sec. 731. Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice.
Sec. 732. Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund.
Sec. 733. Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine.
Sec. 734. Establishment of Academic Health System in National Capital Region.
Sec. 735. Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies.
Sec. 736. Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund.
Sec. 737. Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence.
Sec. 738. Encouragement of participation in Women's Health Transition Training pilot program.

WASHSTATEC011672

Sec. 739. National Guard suicide prevention pilot program.

Sec. 740. Pilot Program on civilian and military partnerships to enhance inter-
operability and medical surge capability and capacity of Na-
tional Disaster Medical System.

Sec. 741. Reports on suicide among members of the Armed Forces and suicide
prevention programs and activities of the Department of De-
fense.

Sec. 742. Modification of requirements for longitudinal medical study on blast
pressure exposure of members of the Armed Forces and collec-
tion of exposure information.

Sec. 743. Study and plan on the use of military-civilian integrated health deliv-
ery systems.

Sec. 744. Study on case management in the military health system.

Sec. 745. Report on Global Health Security Strategy and the National Bio-
defense Security.

Sec. 746. Study on establishment of wounded warrior service dog program.

Sec. 747. GAO report on Department of Defense quality assurance program
and impacts of medical malpractice actions.

Sec. 748. Reports on Millennium Cohort Study relating to women members of
the Armed Forces.

Sec. 749. Study on effects of sleep deprivation on readiness of members of the
Armed Forces.

Sec. 750. Study and report on traumatic brain injury mitigation efforts.

# Subtitle A—TRICARE and Other Health Care Benefits

## SEC. 701. MODIFICATION OF ELIGIBILITY FOR TRICARE RE-SERVE SELECT FOR CERTAIN MEMBERS OF THE SELECTED RESERVE.

Section 1076d(a)(2) of title 10, United States Code, is amended by striking ''Paragraph (1) does not apply'' and inserting ''During the period preceding January 1, 2030, paragraph (1) does not apply''.

## SEC. 702. TRICARE PAYMENT OPTIONS FOR RETIREES AND THEIR DEPENDENTS.

(a) IN GENERAL.—Section 1099 of title 10, United States Code, is amended—

WASHSTATEC011673

573

1        (1) by redesignating subsection (d) as sub-
2    section (e); and

3        (2) by inserting after subsection (c) the fol-
4    lowing new subsection (d):

5    "(d) PAYMENT OPTIONS.—(1) A member or former
6    member of the uniformed services, or a dependent thereof,
7    eligible for medical care and dental care under section
8    1074(b) or 1076 of this title shall pay a premium for cov-
9    erage under this chapter.

10    "(2) To the maximum extent practicable, a premium
11    owed by a member, former member, or dependent under
12    paragraph (1) shall be withheld from the retired, retainer,
13    or equivalent pay of the member, former member, or de-
14    pendent. In all other cases, a premium shall be paid in
15    a frequency and method determined by the Secretary.".

16        (b) CONFORMING AND CLERICAL AMENDMENTS.—

17        (1)  CONFORMING  AMENDMENTS.—Section
18    1097a of title 10, United States Code, is amended—

19            (A) by striking subsection (c); and

20            (B) by redesignating subsections (d), (e),
21        and (f) as subsections (c), (d), and (e), respec-
22        tively.

23        (2) HEADING AMENDMENTS.—

WASHSTATEC011674

574

1     (A) AUTOMATIC ENROLLMENTS.—The

2     heading for section 1097a of such title is

3     amended to read as follows:

4 **"§ 1097a. TRICARE Prime: automatic enrollments".**

5     (B) ENROLLMENT SYSTEM AND PAYMENT

6     OPTIONS.—The heading for section 1099 of

7     such title is amended to read as follows:

8 **"§ 1099. Health care enrollment system and payment**

9     **options".**

10     (3) CLERICAL AMENDMENTS.—The table of sec-

11 tions at the beginning of chapter 55 of such title is

12 amended—

13     (A) by striking the item relating to section

14     1097a and inserting the following new item:

"1097a. TRICARE Prime: automatic enrollments."; and

15     (B) by striking the item relating to section

16     1099 and inserting the following new item:

"1099. Health care enrollment system and payment options.".

17     (c) EFFECTIVE DATE.—The amendments made by

18 this section shall apply to health care coverage beginning

19 on or after January 1, 2021.

20 **SEC. 703. LEAD LEVEL SCREENING AND TESTING FOR CHIL-**

21     **DREN.**

22     (a) COMPREHENSIVE SCREENING, TESTING, AND RE-

23 PORTING GUIDELINES.—

WASHSTATEC011675

575

1       (1) IN GENERAL.—The Secretary of Defense

2    shall establish clinical practice guidelines for health

3    care providers employed by the Department of De-

4    fense on screening, testing, and reporting of blood

5    lead levels in children.

6       (2) USE OF CDC RECOMMENDATIONS.—Guide-

7    lines established under paragraph (1) shall reflect

8    recommendations made by the Centers for Disease

9    Control and Prevention with respect to the screen-

10    ing, testing, and reporting of blood lead levels in

11    children.

12       (3) DISSEMINATION OF GUIDELINES.—Not

13    later than one year after the date of the enactment

14    of this Act, the Secretary shall disseminate the clin-

15    ical practice guidelines established under paragraph

16    (1) to health care providers of the Department of

17    Defense.

18    (b) CARE PROVIDED IN ACCORDANCE WITH CDC

19 GUIDANCE.—The Secretary shall ensure that any care

20 provided by the Department of Defense to a child for an

21 elevated blood lead level shall be carried out in accordance

22 with applicable guidance issued by the Centers for Disease

23 Control and Prevention.

24    (c) SHARING OF RESULTS OF TESTING.—

WASHSTATEC011676

576

1     (1) IN GENERAL.—With respect to a child who
2 receives from the Department of Defense a test for
3 an elevated blood lead level—

4          (A) the Secretary shall provide the results
5     of the test to the parent or guardian of the
6     child; and

7          (B) notwithstanding any requirements for
8     the confidentiality of health information under
9     the Health Insurance Portability and Account-
10    ability Act of 1996 (Public Law 104–191), if
11    the results of the test show an abnormal blood
12    lead level or elevated blood lead level, the Sec-
13    retary shall provide those results and the ad-
14    dress at which the child resides to—

15              (i) the relevant health department of
16         the State in which the child resides if the
17         child resides in the United States; or

18              (ii) if the child resides outside the
19         United States—

20                   (I) the Centers for Disease Con-
21              trol and Prevention;

22                   (II) the appropriate authority of
23              the country in which the child resides;
24              and

WASHSTATEC011677

577

1            (III) the primary provider of
2                health care for the child for follow-up.

3        (2) STATE DEFINED.—In this subsection, the
4    term "State" means each of the several States, the
5    District of Columbia, the Commonwealth of Puerto
6    Rico, and any territory or possession of the United
7    States.

8        (d) REPORT.—Not later than January 1, 2021, the
9    Secretary of Defense shall submit to the Committees on
10   Armed Services of the Senate and the House of Represent-
11   atives a report detailing, with respect to the period begin-
12   ning on the date of the enactment of this Act and ending
13   on the date of the report, the following:

14       (1) The number of children who were tested by
15       the Department of Defense for the level of lead in
16       the blood of the child, and of such number, the num-
17       ber who were found to have an elevated blood lead
18       level.

19       (2) The number of children who were screened
20       by the Department of Defense for an elevated risk
21       of lead exposure.

22       (e) COMPTROLLER GENERAL REPORT.—Not later
23   than January 1, 2022, the Comptroller General of the
24   United States shall submit to the Committees on Armed
25   Services of the Senate and the House of Representatives

WASHSTATEC011678

578

1    a report on the effectiveness of screening and testing for

2    lead exposure and elevated blood lead levels under chapter

3    55 of title 10, United States Code.

4        (f) DEFINITIONS.—In this section, the terms "abnor-

5    mal blood lead level" and "elevated blood lead level" have

6    the meanings given those terms by the Centers for Disease

7    Control and Prevention.

**8  SEC. 704. EXPOSURE TO OPEN BURN PITS AND TOXIC AIR-**

**9              BORNE CHEMICALS OR OTHER AIRBORNE**

**10             CONTAMINANTS AS PART OF PERIODIC**

**11             HEALTH ASSESSMENTS AND OTHER PHYS-**

**12             ICAL EXAMINATIONS.**

13       (a) PERIODIC HEALTH ASSESSMENT.—The Sec-

14   retary of Defense shall ensure that any periodic health as-

15   sessment provided to members of the Armed Forces in-

16   cludes an evaluation of whether the member has been—

17           (1) based or stationed at a location where an

18       open burn pit was used; or

19           (2) exposed to toxic airborne chemicals or other

20       airborne contaminants, including any information re-

21       corded as part of the Airborne Hazards and Open

22       Burn Pit Registry.

23       (b) SEPARATION HISTORY AND PHYSICAL EXAMINA-

24   TIONS.—Section 1145(a)(5) of title 10, United States

WASHSTATEC011679

G:\CMTE\AS\20\C\ASCR20.XML

579

1 Code, is amended by adding at the end the following new

2 subparagraph:

3     "(C) The Secretary concerned shall ensure that each

4 physical examination of a member under subparagraph

5 (A) includes an assessment of whether the member was—

6         "(i) based or stationed at a location where an

7         open burn pit, as defined in subsection (c) of section

8         201 of the Dignified Burial and Other Veterans'

9         Benefits Improvement Act of 2012 (Public Law

10         112–260; 38 U.S.C. 527 note), was used; or

11         "(ii) exposed to toxic airborne chemicals or

12         other airborne contaminants, including any informa-

13         tion recorded as part of the registry established by

14         the Secretary of Veterans Affairs under such section

15         201.".

16     (c) DEPLOYMENT ASSESSMENTS.—Section

17 1074f(b)(2) of title 10, United States Code, is amended

18 by adding at the end the following new subparagraph:

19     "(D) An assessment of whether the member

20     was—

21         "(i) based or stationed at a location where

22         an open burn pit, as defined in subsection (c)

23         of section 201 of the Dignified Burial and

24         Other Veterans' Benefits Improvement Act of

WASHSTATEC011680

580

1    2012 (Public Law 112–260; 38 U.S.C. 527

2    note), was used; or

3          ''(ii) exposed to toxic airborne chemicals or

4    other airborne contaminants, including any in-

5    formation recorded as part of the registry es-

6    tablished by the Secretary of Veterans Affairs

7    under such section 201.''.

8    (d) SHARING OF INFORMATION.—

9    (1) DOD–VA.—The Secretary of Defense and

10    the Secretary of Veterans Affairs shall jointly enter

11    into a memorandum of understanding providing for

12    the sharing by the Department of Defense with the

13    Department of Veterans Affairs of the results of

14    covered evaluations regarding the exposure by a

15    member of the Armed Forces to toxic airborne

16    chemicals or other airborne contaminants.

17    (2) REGISTRY.—If a covered evaluation of a

18    member of the Armed Forces establishes that the

19    member was based or stationed at a location where

20    an open burn pit was used or that the member was

21    exposed to toxic airborne chemicals or other airborne

22    contaminants, the member shall be enrolled in the

23    Airborne Hazards and Open Burn Pit Registry un-

24    less the member elects to not so enroll.

WASHSTATEC011681

581

1     (e) RULE OF CONSTRUCTION.—Nothing in this sec-
2 tion may be construed to preclude eligibility for benefits
3 under the laws administered by the Secretary of Veterans
4 Affairs by reason of the open burn pit exposure history
5 of a veteran not being recorded in a covered evaluation.

6     (f) DEFINITIONS.—In this section:

7     (1) The term "Airborne Hazards and Open
8     Burn Pit Registry" means the registry established
9     by the Secretary of Veterans Affairs under section
10     201 of the Dignified Burial and Other Veterans'
11     Benefits Improvement Act of 2012 (Public Law
12     112–260; 38 U.S.C. 527 note).

13     (2) The term "covered evaluation" means—

14     (A) a periodic health assessment conducted
15     in accordance with subsection (a);

16     (B) a separation history and physical ex-
17     amination conducted under section 1145(a)(5)
18     of title 10, United States Code, as amended by
19     this section; and

20     (C) a deployment assessment conducted
21     under section 1074f(b)(2) of such title, as
22     amended by this section.

23     (3) The term "open burn pit" has the meaning
24     given that term in section 201(c) of the Dignified
25     Burial and Other Veterans' Benefits Improvement

WASHSTATEC011682

582

1 Act of 2012 (Public Law 112–260; 38 U.S.C. 527

2 note).

**SEC. 705. ENHANCEMENT OF RECORDKEEPING WITH RE-**

**SPECT TO EXPOSURE BY MEMBERS OF THE**

**ARMED FORCES TO CERTAIN OCCUPATIONAL**

**AND ENVIRONMENTAL HAZARDS WHILE DE-**

**PLOYED OVERSEAS.**

8 (a) INCLUSION IN MEDICAL TRACKING SYSTEM OF

9 OCCUPATIONAL AND ENVIRONMENTAL HEALTH RISKS IN

10 DEPLOYMENT AREA.—

11 (1) ELEMENTS OF MEDICAL TRACKING SYS-

12 TEM.—Subsection (b)(1)(A) of section 1074f of title

13 10, United States Code, is amended—

14 (A) in clause (ii), by striking "and" at the

15 end;

16 (B) in clause (iii), by striking the period at

17 the end and inserting "; and"; and

18 (C) by adding at the end the following new

19 clause:

20 "(iv) accurately record any exposure to occupa-

21 tional and environmental health risks during the

22 course of their deployment.".

23 (2) RECORDKEEPING.—Subsection (c) of such

24 section is amended by inserting after "deployment

25 area" the following: "(including the results of any

WASHSTATEC011683

583

1   assessment performed by the Secretary of occupa-

2   tional and environmental health risks for such

3   area)''.

4   (b) POSTDEPLOYMENT MEDICAL EXAMINATION AND

5 REASSESSMENTS.—Section 1074f of title 10, United

6 States Code, as amended by subsection (a), is further

7 amended by adding at the end the following new sub-

8 section:

9   ''(g) ADDITIONAL REQUIREMENTS FOR

10 POSTDEPLOYMENT MEDICAL EXAMINATIONS AND

11 HEALTH REASSESSMENTS.—(1) The Secretary of Defense

12 shall standardize and make available to a provider that

13 conducts a postdeployment medical examination or reas-

14 sessment under the system described in subsection (a)

15 questions relating to occupational and environmental

16 health exposure.

17   ''(2) The Secretary, to the extent practicable, shall

18 ensure that the medical record of a member includes infor-

19 mation on the external cause relating to a diagnosis of

20 the member, including by associating an external cause

21 code (as issued under the International Statistical Classi-

22 fication of Diseases and Related Health Problems, 10th

23 Revision (or any successor revision)).''.

24   (c) ACCESS TO INFORMATION IN BURN PIT REG-

25 ISTRY.—

WASHSTATEC011684

584

1          (1) IN GENERAL.—The Secretary of Defense
2     shall ensure that all medical personnel of the De-
3     partment of Defense have access to the information
4     contained in the burn pit registry.

5          (2) BURN PIT REGISTRY DEFINED.—In this
6     subsection, the term "burn pit registry" means the
7     registry established under section 201 of the Dig-
8     nified Burial and Other Veterans' Benefits Improve-
9     ment Act of 2012 (Public Law 112–260; 38 U.S.C.
10    527 note).

11   **SEC. 706. MODIFICATIONS TO POST-DEPLOYMENT MENTAL**
12             **HEALTH ASSESSMENTS FOR MEMBERS OF**
13             **THE ARMED FORCES DEPLOYED IN SUPPORT**
14             **OF A CONTINGENCY OPERATION.**

15        (a) REQUIRED ASSESSMENTS.—Section 1074m(a)(1)
16   of title 10, United States Code, is amended by striking
17   subparagraphs (C) and (D) and inserting the following
18   new subparagraphs:

19            ''(C) Subject to paragraph (3) and sub-
20        section (d), once during the period beginning on
21        the date of redeployment from the contingency
22        operation and ending on the date that is 21
23        days after the date on which the post-deploy-
24        ment leave of the member terminates.

WASHSTATEC011685

585

1        "(D) Subject to subsection (d), not less

2    than once annually—

3            "(i) beginning 21 days after the date

4        on which the post-deployment leave of the

5        member terminates; or

6            "(ii) if the assessment required by

7        subparagraph (C) is performed during the

8        period specified in paragraph (3), begin-

9        ning 180 days after the date of redeploy-

10       ment from the contingency operation.".

11       (b) EXCEPTIONS.—Section 1074m(a) of such title, as

12   amended by subsection (a), is further amended by striking

13   paragraph (2) and inserting the following new paragraphs:

14       "(2) A mental health assessment is not required for

15   a member of the armed forces under subparagraphs (C)

16   and (D) of paragraph (1) (including an assessment per-

17   formed pursuant to paragraph (3)) if the Secretary deter-

18   mines that providing such assessment to the member dur-

19   ing the time periods under such subparagraphs would re-

20   move the member from forward deployment or put mem-

21   bers or operational objectives at risk.

22       "(3) A mental health assessment required under sub-

23   paragraph (C) of paragraph (1) may be provided during

24   the period beginning 90 days after the date of redeploy-

25   ment from the contingency operation and ending 180 days

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011686

586

1 after such redeployment date if the Secretary determines

2 that—

3          ''(A) an insufficient number of personnel are

4      available to perform the assessment during the time

5      period under such subparagraph; or

6          ''(B) an administrative processing issue exists

7      upon the return of the member to the home unit or

8      duty station that would prohibit the effective per-

9      formance of the assessment during such time pe-

10     riod.''.

11     (c) ELIMINATION OF SUNSET FOR ASSESSMENTS

12 DURING DEPLOYMENT.—Section 1074m(a)(1)(B) of such

13 title is amended by striking ''Until January 1, 2019,

14 once'' and inserting ''Once''.

15     (d) EFFECTIVE DATE.—The amendments made by

16 subsections (a) and (b) shall apply with respect to a date

17 of redeployment that is on or after January 1, 2020.

18 **SEC. 707. PROVISION OF BLOOD TESTING FOR FIRE-**

19 **FIGHTERS OF DEPARTMENT OF DEFENSE TO**

20 **DETERMINE EXPOSURE TO**

21 **PERFLUOROALKYL AND POLYFLUOROALKYL**

22 **SUBSTANCES.**

23     (a) IN GENERAL.—Beginning on October 1, 2020,

24 the Secretary of Defense shall provide blood testing to de-

25 termine and document potential exposure to perfluoroalkyl

WASHSTATEC011687

587

1 and polyfluoroalkyl substances (commonly known as
2 ''PFAS'') for each firefighter of the Department of De-
3 fense during the annual physical exam conducted by the
4 Department for each such firefighter.

5     (b) FIREFIGHTER DEFINED.—In this section, the
6 term ''firefighter'' means someone whose primary job or
7 military occupational specialty is being a firefighter.

# Subtitle B—Health Care Administration

10 **SEC. 711. MODIFICATION OF ORGANIZATION OF MILITARY**
11           **HEALTH SYSTEM.**

12     (a) ADMINISTRATION OF MILITARY MEDICAL TREAT-
13 MENT FACILITIES.—Subsection (a) of section 1073c of
14 title 10, United States Code, is amended—

15         (1) in paragraph (1)—

16             (A) by redesignating subparagraphs (A),
17         (B), (C), (D), (E), and (F) as subparagraphs
18         (C), (D), (E), (G), (H), and (I), respectively;

19             (B) by inserting before subparagraph (C),
20         as redesignated by subparagraph (A) of this
21         paragraph, the following new subparagraphs:

22       ''(A) provision and delivery of health care with-
23     in each such facility;

WASHSTATEC011688

588

1 "(B) management of privileging, scope of prac-

2 tice, and quality of health care provided within each

3 such facility;"; and

4  (C) by inserting after subparagraph (E),

5 as so redesignated, the following new subpara-

6 graph:

7 "(F) supply and equipment;";

8 (2) in paragraph (2)—

9  (A) by redesignating subparagraphs (D),

10 (E), (F), and (G) as subparagraphs (E), (F),

11 (H), and (I), respectively;

12  (B) by inserting after subparagraph (C)

13 the following new subparagraph (D):

14 "(D) to identify the capacity of each military

15 medical treatment facility to support clinical readi-

16 ness standards of health care providers established

17 by the Secretary of a military department or the As-

18 sistant Secretary of Defense for Health Affairs;"

19 and

20  (C) by striking subparagraph (F), as re-

21 designated by subparagraph (A) of this para-

22 graph, and inserting the following new subpara-

23 graphs:

24 "(F) to determine, in coordination with each

25 Secretary of a military department, manning, includ-

WASHSTATEC011689

589

1 ing joint manning, assigned to military medical
2 treatment facilities and intermediary organizations;

3 ''(G) to select, after considering nominations
4 from the Secretaries of the military departments,
5 commanders or directors of military medical treat-
6 ment facilities;''; and

7 (3) in paragraph (3)—

8 (A) in subparagraph (A)—

9 (i) by inserting ''on behalf of the mili-
10 tary departments,'' before ''ensuring''; and

11 (ii) by striking ''and civilian employ-
12 ees''; and

13 (B) in subparagraph (B), by inserting ''on
14 behalf of the Defense Health Agency,'' before
15 ''furnishing''.

16 (b) DHA ASSISTANT DIRECTOR.—Subsection (b)(2)
17 of such section is amended by striking ''equivalent edu-
18 cation and experience'' and all that follows and inserting
19 ''the education and experience to perform the responsibil-
20 ities of the position.''.

21 (c) DHA DEPUTY ASSISTANT DIRECTORS.—Sub-
22 section (c) of such section is amended—

23 (1) in paragraph (2)(B), by striking ''across the
24 military health system'' and inserting ''at military
25 medical treatment facilities''; and

WASHSTATEC011690

590

1       (2) in paragraph (4)(B), by inserting "at mili-
2 tary medical treatment facilities" before the period
3 at the end.

4    (d) TREATMENT OF DEPARTMENT OF DEFENSE FOR
5 PURPOSES OF PERSONNEL ASSIGNMENT.—Such section
6 is amended—

7       (1) by redesignating subsection (f) as sub-
8 section (g); and

9       (2) by inserting after subsection (e) the fol-
10 lowing new subsection (f):

11    "(f) TREATMENT OF DEPARTMENT OF DEFENSE
12 FOR PURPOSES OF PERSONNEL ASSIGNMENT.—In imple-
13 menting this section—

14       "(1) the Department of Defense shall be con-
15 sidered a single agency for purposes of civilian per-
16 sonnel assignment under title 5; and

17       "(2) the Secretary of Defense may reassign any
18 employee of a component of the Department of De-
19 fense or a military department in a position in the
20 civil service (as defined in section 2101 of title 5) to
21 any other component of the Department of Defense
22 or military department.".

23    (e) MILITARY MEDICAL TREATMENT FACILITY.—
24 Subsection (g) of such section, as redesignated by sub-

WASHSTATEC011691

591

1   section (d)(1), is amended by adding at the end the fol-

2   lowing new paragraph:

3        ''(3) The term 'military medical treatment facil-

4        ity' means—

5             ''(A) any fixed facility of the Department

6             of Defense that is outside of a deployed envi-

7             ronment and used primarily for health care;

8             and

9             ''(B) any other location used for purposes

10            of providing health care services as designated

11            by the Secretary of Defense.''.

12   (f) Technical Amendments.—Subsection (a) of

13   such section is amended—

14       (1) in paragraph (1), by striking ''paragraph

15       (4)'' and inserting ''paragraph (5)'';

16       (2) by redesignating paragraph (5) as para-

17       graph (6);

18       (3) by redesignating the first paragraph (4) as

19       paragraph (5); and

20       (4) by moving the second paragraph (4) so as

21       to appear before paragraph (5), as redesignated by

22       paragraph (3) of this subsection.

WASHSTATEC011692

592

**SEC. 712. SUPPORT BY MILITARY HEALTH SYSTEM OF MED-**
      **ICAL REQUIREMENTS OF COMBATANT COM-**
      **MANDS.**

(a) IN GENERAL.—Section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—

(1) in subsection (a), by amending paragraph (1) to read as follows:

"(1) IN GENERAL.—The Secretary of Defense shall, acting through the Secretaries of the military departments, the Defense Health Agency, and the Joint Staff, implement an organizational framework of the military health system that effectively and efficiently implements chapter 55 of title 10, United States Code, to maximize the readiness of the medical force, promote interoperability, and integrate medical capabilities of the Armed Forces in order to enhance joint military medical operations in support of requirements of the combatant commands.";

(2) in subsection (e), by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively, and by moving such paragraphs so as to appear at the end of subsection (d);

(3) by striking subsection (e), as amended by paragraph (2) of this subsection;

WASHSTATEC011693

593

1    (4) by redesignating subsections (b) through (d)

2    as subsections (c) through (e), respectively;

3    (5) by inserting after subsection (a) the fol-

4    lowing new subsection (b):

5    "(b) ADDITIONAL DUTIES OF SURGEONS GENERAL

6    OF THE ARMED FORCES.—The Surgeons General of the

7    Armed Forces shall have the following duties:

8    "(1) To ensure the readiness for operational de-

9    ployment of medical and dental personnel and

10   deployable medical or dental teams or units of the

11   Armed Force or Armed Forces concerned.

12   "(2) To meet medical readiness standards, sub-

13   ject to standards and metrics established by the As-

14   sistant Secretary of Defense for Health Affairs.

15   "(3) With respect to uniformed medical and

16   dental personnel of the military department con-

17   cerned—

18       "(A) to assign such personnel—

19           "(i) primarily to military medical

20           treatment facilities, under the operational

21           control of the commander or director of

22           the facility; or

23           "(ii) secondarily to partnerships with

24           civilian or other medical facilities for train-

WASHSTATEC011694

594

1      ing activities specific to such military de-
2      partment; and

3          "(B) to maintain readiness of such per-
4      sonnel for operational deployment.

5      "(4) To provide logistical support for oper-
6      ational deployment of medical and dental personnel
7      and deployable medical or dental teams or units of
8      the Armed Force or Armed Forces concerned.

9      "(5) To oversee mobilization and demobilization
10     in connection with the operational deployment of
11     medical and dental personnel of the Armed Force or
12     Armed Forces concerned.

13     "(6) To develop operational medical capabilities
14     required to support the warfighter, and to develop
15     policy relating to such capabilities.

16     "(7) To provide health professionals to serve in
17     leadership positions across the military healthcare
18     system.

19     "(8) To deliver operational clinical services
20     under the operational control of the combatant com-
21     mands—

22         "(A) on ships and planes; and

23         "(B) on installations outside of military
24     medical treatment facilities.

WASHSTATEC011695

595

1          ''(9) To manage privileging, scope of practice,

2     and quality of health care in the settings described

3     in paragraph (8).'';

4          (6) in subsection (c), as redesignated by para-

5     graph (4) of this subsection—

6               (A) in the subsection heading, by inserting

7          ''AGENCY'' before ''REGIONS''; and

8               (B) in paragraph (1)—

9                    (i) in the paragraph heading, by in-

10               serting ''AGENCY'' before ''REGIONS''; and

11                    (ii) by striking ''defense health'' and

12               inserting ''Defense Health Agency'';

13          (7) in subsection (d), as redesignated by para-

14     graph (4) of this subsection—

15               (A) in the subsection heading, by inserting

16          ''AGENCY'' before ''REGIONS'';

17               (B) in the matter preceding paragraph (1),

18          by striking ''defense health'' and inserting ''De-

19          fense Health Agency''; and

20               (C) in paragraph (3), by striking ''sub-

21          section (b)'' and inserting ''subsection (c)''; and

22          (8) in subsection (e), as redesignated by para-

23     graph (4) of this subsection—

24               (A) in paragraph (2)—

WASHSTATEC011696

596

1          (i) by amending subparagraph (A) to

2       read as follows:

3       ''(A) IN GENERAL.—The Secretaries of the

4 military departments shall coordinate with the

5 Chairman of the Joint Chiefs of Staff to direct

6 resources allocated to the military departments

7 to support requirements related to readiness

8 and operational medicine support that are es-

9 tablished by the combatant commands and vali-

10 dated by the Joint Staff.''; and

11          (ii) in subparagraph (B), in the mat-

12       ter preceding clause (i), by striking ''Based

13       on'' and all that follows through ''shall—

14       '' and inserting ''The Director of the De-

15       fense Health Agency, in coordination with

16       the Assistant Secretary of Defense for

17       Health Affairs, shall—'';

18       (B) in paragraph (3), as moved and redes-

19 ignated by paragraph (2) of this subsection, in

20 the second sentence—

21          (i) by inserting ''primarily'' before

22       ''through''; and

23          (ii) by inserting'', in coordination with

24       the Secretaries of the military depart-

WASHSTATEC011697

597

1        ments,'' after ''the Defense Health Agen-

2        cy''; and

3            (C) by adding at the end the following:

4        ''(5) MANPOWER.—

5            ''(A) ADMINISTRATIVE CONTROL OF MILI-

6        TARY PERSONNEL.—Each Secretary of a mili-

7        tary department shall exercise administrative

8        control of members of the Armed Forces as-

9        signed to military medical treatment facilities,

10       including personnel assignment and issuance of

11       military orders.

12           ''(B) OVERSIGHT OF CERTAIN PERSONNEL

13       BY THE DIRECTOR OF THE DEFENSE HEALTH

14       AGENCY.—In situations in which members of

15       the Armed Forces provide health care services

16       at a military medical treatment facility, the Di-

17       rector of the Defense Health Agency shall

18       maintain operational control over such members

19       and oversight for the provision of care delivered

20       by such members through policies, procedures,

21       and privileging responsibilities of the military

22       medical treatment facility.''.

23   (b) CONFORMING AMENDMENTS.—

24       (1) HEADING AMENDMENT.—The heading for

25   section 712 of the John S. McCain National Defense

WASHSTATEC011698

598

1  Authorization Act for Fiscal Year 2019 (Public Law
2  115–232) is amended to read as follows:

3  **"SEC. 712. SUPPORT BY MILITARY HEALTHCARE SYSTEM**
4  **OF MEDICAL REQUIREMENTS OF COMBAT-**
5  **ANT COMMANDS.".**

6  (2) CLERICAL AMENDMENT.—The table of con-
7  tents for such Act is amended by striking the item
8  relating to section 712 and inserting the following
9  new item:

> "Sec. 712. Support by military healthcare system of medical requirements of combatant commands.".

10  **SEC. 713. REQUIREMENTS FOR CERTAIN PRESCRIPTION**
11  **DRUG LABELS.**

12  (a) REQUIREMENT.—Section 1074g of title 10,
13  United States Code, is amended—

14  (1) by redesignating subsections (h) and (i) as
15  subsections (i) and (j), respectively; and

16  (2) by inserting after subsection (g) the fol-
17  lowing new subsection (h):

18  "(h) LABELING.—The Secretary of Defense shall en-
19  sure that drugs made available through the facilities of
20  the armed forces under the jurisdiction of the Secretary
21  include labels and other labeling that are in compliance
22  with the requirements of the Federal Food, Drug, and
23  Cosmetic Act (21 U.S.C. 301 et seq.).".

WASHSTATEC011699

1    (b) CONFORMING AMENDMENT.—Subsection (b)(1)

2 of such section is amended by striking ''under subsection

3 (h)'' and inserting ''under subsection (j)''.

4    (c) IMPLEMENTATION.—Beginning not later than 90

5 days after the date of the enactment of this Act, the Sec-

6 retary of Defense shall implement subsection (h) of section

7 1074g of title 10, United States Code, as added by sub-

8 section (a).

## SEC. 714. OFFICERS AUTHORIZED TO COMMAND ARMY DENTAL UNITS.

11    Section 7081(d) of title 10, United States Code, is

12 amended by striking ''Dental Corps Officer'' and inserting

13 ''commissioned officer of the Army Medical Department''.

## SEC. 715. IMPROVEMENTS TO INTERAGENCY PROGRAM OFFICE OF THE DEPARTMENT OF DEFENSE AND THE DEPARTMENT OF VETERANS AFFAIRS.

17    (a) LEADERSHIP.—Subsection (c) of section 1635 of

18 the Wounded Warrior Act (title XVI of Public Law 110–

19 181; 10 U.S.C. 1071 note) is amended to read as follows:

20    ''(c) LEADERSHIP.—

21       ''(1) DIRECTOR.—The Director of the Office

22    shall be the head of the Office.

23       ''(2) DEPUTY DIRECTOR.—The Deputy Director

24    of the Office shall be the deputy head of the Office

WASHSTATEC011700

600

1   and shall assist the Director in carrying out the du-
2   ties of the Director.

3       ''(3) REPORTING.—The Director shall report
4   directly to the Deputy Secretary of Defense and the
5   Deputy Secretary of Veterans Affairs.

6       ''(4) APPOINTMENTS.—

7           ''(A) DIRECTOR.—The Director shall be
8       appointed by the Secretary of Defense, with the
9       concurrence of the Secretary of Veterans Af-
10      fairs, for a fixed term of four years. For the
11      subsequent term, the Secretary of Veterans Af-
12      fairs, with the concurrence of the Secretary of
13      Defense, shall appoint the Director for a fixed
14      term of four years, and thereafter, the appoint-
15      ment of the Director for a fixed term of four
16      years shall alternate between the Secretaries.

17          ''(B) DEPUTY DIRECTOR.—The Deputy
18      Director shall be appointed by the Secretary of
19      Veterans Affairs, with the concurrence of the
20      Secretary of Defense, for a fixed term of four
21      years. For the subsequent term, the Secretary
22      of Defense, with the concurrence of the Sec-
23      retary of Veterans Affairs, shall appoint the
24      Deputy Director for a fixed term of four years,
25      and thereafter, the appointment of the Deputy

WASHSTATEC011701

601

1 Director for a fixed term of four years shall al-
2 ternate between the Secretaries.

3         ''(C) MINIMUM QUALIFICATIONS.—The
4 Secretary of Defense and the Secretary of Vet-
5 erans Affairs shall jointly develop qualification
6 requirements for the Director and the Deputy
7 Director. Such requirements shall ensure that,
8 at a minimum, the Director and Deputy Direc-
9 tor, individually or together, meet the following
10 qualifications:

11         ''(i) Significant experience at a senior
12 management level fielding enterprise-wide
13 technology in a health care setting, or
14 business systems in the public or private
15 sector.

16         ''(ii) Credentials for enterprise-wide
17 program management.

18         ''(iii) Significant experience leading
19 implementation of complex organizational
20 change by integrating the input of experts
21 from various disciplines, such as clinical,
22 business, management, informatics, and
23 technology.

24     ''(5) SUCCESSION.—The Secretary of Defense
25 and the Secretary of Veterans Affairs shall jointly

WASHSTATEC011702

602

1    develop a leadership succession process for the Of-

2    fice.

3        ''(6) ADDITIONAL GUIDANCE.—The Depart-

4    ment of Veterans Affairs-Department of Defense

5    Joint Executive Committee may provide guidance in

6    the discharge of the functions of the Office under

7    this section.

8        ''(7) INFORMATION TO CONGRESS.—Upon re-

9    quest by any of the appropriate committees of Con-

10    gress, the Director and the Deputy Director shall

11    testify before such committee, or provide a briefing

12    or otherwise provide requested information to such

13    committee, regarding the discharge of the functions

14    of the Office under this section.''.

15    (b) AUTHORITY.—Paragraph (1) of subsection (b) of

16  such section is amended by adding at the end the following

17  new sentence: ''The Office shall carry out decision making

18  authority delegated to the Office by the Secretary of De-

19  fense and the Secretary of Veterans Affairs with respect

20  to the definition, coordination, and management of func-

21  tional, technical, and programmatic activities that are

22  jointly used, carried out, and shared by the Depart-

23  ments.''.

WASHSTATEC011703

603

1    (c) PURPOSES.—Paragraph (2) of subsection (b) of
2  such section is amended by adding at the end the following
3  new subparagraphs:

4         ''(C) To develop and implement a com-
5      prehensive interoperability strategy, which shall
6      include—

7              ''(i) the Electronic Health Record
8          Modernization Program of the Department
9          of Veterans Affairs; and

10             ''(ii) the Healthcare Management Sys-
11         tem Modernization Program of the Depart-
12         ment of Defense.

13        ''(D) To pursue the highest level of inter-
14     operability for the delivery of health care by the
15     Department of Defense and the Department of
16     Veterans Affairs.

17        ''(E) To accelerate the exchange of health
18     care information between the Departments, and
19     advances in the health information technology
20     marketplace, in order to support the delivery of
21     health care by the Departments.

22        ''(F) To collect the operational and stra-
23     tegic requirements of the Departments relating
24     to the strategy under subsection (a) and com-
25     municate such requirements and activities to

WASHSTATEC011704

604

1    the Office of the National Coordinator for
2    Health Information Technology of the Depart-
3    ment of Health and Human Services for the
4    purpose of implementing title IV of the 21st
5    Century Cures Act (division A of Public Law
6    114–255), and the amendments made by that
7    title, and other objectives of the Office of the
8    National Coordinator for Health Information
9    Technology.

10        ''(G) To plan for and effectuate the broad-
11    est possible implementation of standards, spe-
12    cifically with respect to the Fast Healthcare
13    Interoperability Resources standard or suc-
14    cessor standard, the evolution of such stand-
15    ards, and the obsolescence of such standards.

16        ''(H) To actively engage with national and
17    international health standards setting organiza-
18    tions, including by taking membership in such
19    organizations, to ensure that standards estab-
20    lished by such organizations meet the needs of
21    the Departments pursuant to the strategy
22    under subsection (a), and oversee and approve
23    adoption of and mapping to such standards by
24    the Departments.

WASHSTATEC011705

605

1    "(I) To express the content and format of

2  health data of the Departments using a com-

3  mon language to improve the exchange of data

4  between the Departments and with the private

5  sector, and to ensure that clinicians of the De-

6  partments have access to integrated, comput-

7  able, comprehensive health records of patients.

8    "(J) To inform the Chief Information Offi-

9  cer of the Department of Defense and the Chief

10  Information Officer of the Department of Vet-

11  erans Affairs of any activities of the Office af-

12  fecting or relevant to cybersecurity.

13    "(K) To establish an environment that will

14  enable and encourage the adoption by the De-

15  partments of innovative technologies for health

16  care delivery.

17    "(L) To leverage data integration to ad-

18  vance health research and develop an evidence

19  base for the health care programs of the De-

20  partments.

21    "(M) To prioritize the use of open systems

22  architecture by the Departments.

23    "(N) To ensure ownership and control by

24  patients of personal health information and

WASHSTATEC011706

606

1 data in a manner consistent with applicable

2 law.

3     ''(O) To prevent contractors of the Depart-

4 ments or other non-departmental entities from

5 owning or having exclusive control over patient

6 health data, for the purposes of protecting pa-

7 tient privacy and enhancing opportunities for

8 innovation.

9     ''(P) To implement a single lifetime longi-

10 tudinal personal health record between the De-

11 partment of Defense and the Department of

12 Veterans Affairs.

13     ''(Q) To attain interoperability capabili-

14 ties—

15         ''(i) sufficient to enable the provision

16 of seamless health care by health care fa-

17 cilities and providers of the Departments,

18 as well as private sector facilities and pro-

19 viders contracted by the Departments; and

20         ''(ii) that are more adaptable and far

21 reaching than those achievable through

22 biodirectional information exchange be-

23 tween electronic health records of the ex-

24 change of read-only data alone.

WASHSTATEC011707

607

1        ''(R) To make maximum use of open-appli-
2    cation   program   interfaces   and   the   Fast
3    Healthcare Interoperability Resources standard
4    (or successor standard).''.

5    (d) IMPLEMENTATION MILESTONES.—Subsection (e)
6 of such section is amended to read as follows:

7    ''(e) IMPLEMENTATION MILESTONES.—

8        ''(1) EVALUATION.—With respect to the elec-
9    tronic health record systems of the Department of
10    Defense and the Department of Veterans Affairs,
11    the Office shall seek to enter into an agreement with
12    an independent entity to conduct an evaluation by
13    not later than October 1, 2021 of the following:

14        ''(A) Whether a clinician of the Depart-
15        ment of Defense, can access, and meaningfully
16        interact with, a complete patient health record
17        of a veteran, from a military medical treatment
18        facility.

19        ''(B) Whether a clinician of the Depart-
20        ment of Veterans Affairs can access, and mean-
21        ingfully interact with, a complete patient health
22        record of a member of the Armed Forces serv-
23        ing on active duty, from a medical center of the
24        Department of Veterans Affairs.

WASHSTATEC011708

608

1          ''(C) Whether clinicians of the Depart-
2      ments can access, and meaningfully interact
3      with, the data elements of the health record of
4      a patient who is a veteran or is a member of
5      the Armed Forces which are generated when
6      the individual receives health care from a com-
7      munity care provider of the Department of Vet-
8      erans Affairs or a TRICARE program provider
9      of the Department of Defense.

10         ''(D) Whether a community care provider
11      of the Department of the Veterans Affairs and
12      a TRICARE program provider of the Depart-
13      ment of Defense on a Health Information Ex-
14      change-supported electronic health record can
15      access patient health records of veterans and
16      active-duty members of the Armed Forces from
17      the system of the provider.

18         ''(E) An assessment of interoperability be-
19      tween the legacy electronic health record sys-
20      tems and the future electronic health record
21      systems of the Department of Veterans Affairs
22      and the Department of Defense.

23         ''(F) An assessment of the use of inter-
24      operable content between—

WASHSTATEC011709

609

1         "(i) the legacy electronic health record

2         systems and the future electronic health

3         record systems of the Department of Vet-

4         erans Affairs and the Department of De-

5         fense; and

6         "(ii) third-party applications.

7     "(2) SYSTEM CONFIGURATION MANAGEMENT.—

8 The Office shall—

9         "(A) maintain the common configuration

10     baseline for the electronic health record systems

11     of the Department of Defense and the Depart-

12     ment of Veterans Affairs; and

13         "(B) continually evaluate the state of con-

14     figuration and the impacts on interoperability;

15     and

16         "(C) promote the enhancement of such

17     electronic health records systems.

18     "(3) CONSULTATION.—

19         "(A) ANNUAL MEETING REQUIRED.—Not

20     less than once per year, the Office shall convene

21     a meeting of clinical staff from the Department

22     of Defense, the Department of Veterans Af-

23     fairs, the Coast Guard, community providers,

24     and other leading clinical experts, for the pur-

25     pose of assessing the state of clinical use of the

WASHSTATEC011710

610

electronic health record systems and whether
the systems are meeting clinical and patient
needs.

"(B) RECOMMENDATIONS.—Clinical staff
participating in a meeting under subparagraph
(A) shall make recommendations to the Office
on the need for any improvements or concerns
with the electronic health record systems.

"(4) CLINICAL AND PATIENT SATISFACTION
SURVEY.—Beginning October 1, 2021, and on at
least a biannual basis thereafter until 2025 at the
earliest, the Office shall undertake a clinician and
patient satisfaction survey regarding clinical use and
patient experience with the electronic health record
systems of the Department of Defense and the De-
partment of Veterans Affairs.".

(e) RESOURCES AND STAFFING.—Subsection (g) of
such section is amended—

(1) in paragraph (1), by inserting before the pe-
riod at the end the following: ", including the as-
signment of clinical or technical personnel of the De-
partment of Defense or the Department of Veterans
Affairs to the Office"; and

(2) by adding at the end the following new
paragraphs:

WASHSTATEC011711

611

1    "(3) COST SHARING.—The Secretary of De-
2    fense and the Secretary of Veterans shall enter into
3    an agreement on cost sharing and providing re-
4    sources for the operations and staffing of the Office.

5    "(4) HIRING AUTHORITY.—The Secretary of
6    Defense and the Secretary of Veterans Affairs shall
7    delegate to the Director the authority under title 5,
8    United States Code, regarding appointments in the
9    competitive service to hire personnel of the Office.".

10   (f) REPORTS.—Subsection (h) of such section is
11   amended to read as follows:

12   "(h) REPORTS.—

13   "(1) ANNUAL REPORTS.—Not later than Sep-
14   tember 30, 2020, and each year thereafter through
15   2024, the Director shall submit to the Secretary of
16   Defense and the Secretary of Veterans Affairs, and
17   to the appropriate committees of Congress, a report
18   on the activities of the Office during the preceding
19   calendar year. Each report shall include the fol-
20   lowing:

21        "(A) A detailed description of the activities
22        of the Office during the year covered by such
23        report, including a detailed description of the
24        amounts expended and the purposes for which
25        expended.

WASHSTATEC011712

612

1           ''(B) With respect to the objectives of the

2 strategy under paragraph (2)(C) of subsection

3 (b), and the purposes of the Office under such

4 subsection—

5          ''(i) a discussion, description, and as-

6 sessment of the progress made by the De-

7 partment of Defense and the Department

8 of Veterans Affairs during the preceding

9 calendar year; and

10          ''(ii) a discussion and description of

11 the goals of the Department of Defense

12 and the Department of Veterans Affairs

13 for the following calendar year, including

14 updates to strategies and plans.

15         ''(C) A detailed financial summary of the

16 activities of the Office, including the funds allo-

17 cated to the Office by each Department, the ex-

18 penditures made, and an assessment as to

19 whether the current funding is sufficient to

20 carry out the activities of the Office.

21         ''(D) A detailed description of the status of

22 each of the implementation milestones, includ-

23 ing the nature of the evaluation, methodology

24 for testing, and findings with respect to each

25 milestone under subsection (e).

WASHSTATEC011713

613

1    "(E) A detailed description of the state of

2   the configuration baseline, including any activi-

3   ties which decremented or enhanced the state of

4   configuration under subsection (e).

5    "(F) With respect to the annual meeting

6   required under subsection (e)(3)—

7     "(i) a detailed description of activities,

8    assessments, and recommendations relat-

9    ing to such meeting; and

10     "(ii) the response of the Office to any

11    such recommendations.

12   "(2) AVAILABILITY.—Each report under this

13  subsection shall be made publicly available.".

14 (g) DEFINITIONS.—Such section is further amended

15 by adding at the end the following new subsection (k):

16 "(k) DEFINITIONS.—In this section:

17   "(1) The term 'appropriate congressional com-

18  mittees' means—

19    "(A) the congressional defense committees;

20   and

21    "(B) the Committees on Veterans' Affairs

22   of the House of Representatives and the Sen-

23   ate.

24   "(2) The term 'configuration baseline' means a

25  fixed reference in the development cycle or an

WASHSTATEC011714

614

1  agreed-upon specification of a product at a point in
2  time that serves as a documented basis for defining
3  incremental change in all aspects of an information
4  technology product.

5      "(3) The term 'Electronic Health Record Mod-
6  ernization Program' has the meaning given that
7  term in section 503 of the Veterans Benefits and
8  Transition Act of 2018 (Public Law 115–407; 132
9  Stat. 5376).

10     "(4) The term 'interoperability' means the abil-
11  ity of different information systems, devices, or ap-
12  plications to connect, regardless of the technology
13  platform or the location where care is provided—

14          "(A) in a coordinated and secure manner,
15      within and across organizational boundaries,
16      and across the complete spectrum of care, in-
17      cluding all applicable care settings;

18          "(B) with relevant stakeholders, including
19      the person whose information is being shared,
20      to access, exchange, integrate, and use comput-
21      able data regardless of the origin or destination
22      of the data or the applications employed;

23          "(C) with the capability to reliably ex-
24      change information without error;

WASHSTATEC011715

615

1    ''(D) with the ability to interpret and to

2  make effective use of such exchanged informa-

3  tion;

4    ''(E) with the ability for information that

5  can be used to advance patient care to move be-

6  tween health care entities; and

7    ''(F) without additional intervention by the

8  end user.

9  ''(5) The term 'meaningfully interact' means

10 the ability to view, consume, act upon, and edit in-

11 formation in a clinical setting to facilitate high-qual-

12 ity clinical decision making.

13  ''(6) The term 'seamless health care' means

14 health care which is optimized through access by pa-

15 tients and clinicians to integrated, relevant, and

16 complete information about the clinical experiences

17 of the patient, social and environmental deter-

18 minants of health, and health trends over time, in

19 order to enable patients and clinicians to—

20    ''(A) move efficiently within and across or-

21  ganizational boundaries;

22    ''(B) make high-quality decisions; and

23    ''(C) effectively carry out complete plans of

24  care.

25  ''(7) The term 'Secretary concerned' means—

WASHSTATEC011716

616

1        ''(A) the Secretary of Defense, with respect

2     to matters concerning the Department of De-

3     fense;

4        ''(B) the Secretary of Veterans Affairs,

5     with respect to matters concerning the Depart-

6     ment of Veterans Affairs; and

7        ''(C) the Secretary of Homeland Security,

8     with respect to matters concerning the Coast

9     Guard when it is not operating as a service in

10    the Department of the Navy.

11    ''(8) The term 'TRICARE program' has the

12    meaning given that term in section 1072 of title 10,

13    United States Code.''.

14    (h) INTEROPERABILITY STRATEGY.—

15    (1) REPORT REQUIRED.—Not later than 270

16    days after the date of the enactment of this Act, the

17    Director shall submit to each Secretary concerned

18    and to the appropriate congressional committees a

19    report that contains a comprehensive interoperability

20    strategy with respect to electronic health records

21    jointly developed by the Secretary of Defense and

22    Secretary of Veterans Affairs, including any accom-

23    panying or associated implementation plans and sup-

24    porting plans.

WASHSTATEC011717

617

1      (2) ELEMENTS.—The comprehensive interoper-
2  ability strategy under paragraph (1) shall discuss
3  the purposes described in paragraphs (K) through
4  (R) of section 1635(b)(2) of the Wounded Warrior
5  Act (title XVI of Public Law 110–181; 10 U.S.C.
6  1071 note), as amended by subsection (c).

7      (3) DEFINITIONS.—In this subsection:

8          (A) The term "appropriate congressional
9      committees" means—

10              (i) the Committees on Armed Services
11          of the Senate and the House of Represent-
12          atives; and

13              (ii) the Committees on Veterans' Af-
14          fairs of the Senate and the House of Rep-
15          resentatives.

16          (B) The term "Director" means the indi-
17      vidual described in section 1635(c) of the
18      Wounded Warrior Act (title XVI of Public Law
19      110–181; 10 U.S.C. 1071 note), as amended by
20      subsection (a).

21          (C) The term "interoperability" has the
22      meaning given that term in subsection (k) of
23      such section, as added by subsection (g).

WASHSTATEC011718

618

1    (i) CONFORMING REPEAL.—Section 713 of the Na-
2  tional Defense Authorization Act for Fiscal Year 2014
3  (Public Law 113–66; 10 U.S.C. 1071 note) is repealed.

**4  SEC. 716. EXPANSION OF STRATEGY TO IMPROVE ACQUISI-**
**5              TION OF MANAGED CARE SUPPORT CON-**
**6              TRACTS UNDER TRICARE PROGRAM.**

7    Section 705(c)(1) of the National Defense Authoriza-
8  tion Act for Fiscal Year 2017 (Public Law 114–328; 10
9  U.S.C. 1073a note) is amended, in the matter preceding
10  subparagraph (A), by striking '', other than overseas med-
11  ical support contracts''.

**12  SEC. 717. INCLUSION OF BLAST EXPOSURE HISTORY IN**
**13              MEDICAL RECORDS OF MEMBERS OF THE**
**14              ARMED FORCES.**

15    (a) REQUIREMENT.—If a covered incident occurs
16  with respect to a member of the Armed Forces, the Sec-
17  retary of Defense, in coordination with the Secretaries of
18  the military departments, shall document blast exposure
19  history in the medical record of the member to assist in
20  determining whether a future illness or injury of the mem-
21  ber is service-connected and inform future blast exposure
22  risk mitigation efforts of the Department of Defense.

23    (b) ELEMENTS.—A blast exposure history under sub-
24  section (a) shall include, at a minimum, the following:

25        (1) The date of the exposure.

WASHSTATEC011719

619

1     (2) The duration of the exposure, and, if

2     known, the measured blast pressure experienced by

3     the individual during such exposure.

4     (3) Whether the exposure occurred during com-

5     bat or training.

6     (c) REPORT.—Not later than one year after the date

7 of the enactment of this Act, the Secretary of Defense

8 shall submit to the Committees on Armed Services of the

9 Senate and the House of Representatives a report on the

10 types of information included in a blast exposure history

11 under subsection (a).

12     (d) COVERED INCIDENT DEFINED.—In this section,

13 the term ''covered incident'' means a concussive event or

14 injury that requires a military acute concussive evaluation

15 by a skilled health care provider.

**16 SEC. 718. COMPREHENSIVE POLICY FOR PROVISION OF**

**17     MENTAL HEALTH CARE TO MEMBERS OF THE**

**18     ARMED FORCES.**

19     (a) POLICY REQUIRED.—Not later than 180 days

20 after the date of the enactment of this Act, the Secretary

21 of Defense, acting through the Under Secretary of De-

22 fense for Personnel and Readiness, shall develop and im-

23 plement a comprehensive policy for the provision of mental

24 health care to members of the Armed Forces.

WASHSTATEC011720

620

1     (b) ELEMENTS.—The policy under subsection (a)

2 shall address each of the following:

3         (1) The compliance of health professionals in

4 the military health system engaged in the provision

5 of health care services to members with clinical prac-

6 tice guidelines for—

7             (A) suicide prevention;

8             (B) medication-assisted therapy for alcohol

9 use disorders; and

10             (C) medication-assisted therapy for opioid

11 use disorders.

12         (2) The access and availability of mental health

13 care services to members who are victims of sexual

14 assault or domestic violence.

15         (3) The availability of naloxone reversal capa-

16 bility on military installations.

17         (4) The promotion of referrals of members by

18 civilian health care providers to military medical

19 treatment facilities when such members are—

20             (A) at high risk for suicide and diagnosed

21 with a psychiatric disorder; or

22             (B) receiving treatment for opioid use dis-

23 orders.

24         (5) The provision of comprehensive behavioral

25 health treatment to members of the reserve compo-

WASHSTATEC011721

1  nents that takes into account the unique challenges
2  associated with the deployment pattern of such
3  members and the difficulty such members encounter
4  post-deployment with respect to accessing such
5  treatment in civilian communities.

6  (c) CONSIDERATION.—In developing the policy under
7  subsection (a), the Secretary of Defense shall solicit and
8  consider recommendations from the Secretaries of the
9  military departments and the Chairman of the Joint
10 Chiefs of Staff regarding the feasibility of implementation
11 and execution of particular elements of the policy.

12 (d) REPORT.—Not later than 18 months after the
13 date of the enactment of this Act, the Secretary of Defense
14 shall submit to the Committees on Armed Services of the
15 Senate and the House of Representatives a report on the
16 implementation of the policy under subsection (a).

17 **SEC. 719. LIMITATION ON THE REALIGNMENT OR REDUC-**
18 **TION OF MILITARY MEDICAL MANNING END**
19 **STRENGTH.**

20 (a) LIMITATION.—Except as provided by subsection
21 (d), the Secretary of Defense and the Secretaries con-
22 cerned may not realign or reduce military medical end
23 strength authorizations until—

24     (1) each review is conducted under paragraph
25     (1) of subsection (b);

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011722

622

1      (2) each analysis is conducted under paragraph

2   (2) of such subsection;

3      (3) the measurement is developed under para-

4   graph (3) of such subsection;

5      (4) each plan and forum is provided under

6   paragraph (4) of such subsection; and

7      (5) a period of 90 days elapses following the

8   date on which the Secretary submits the report

9   under subsection (c).

10   (b) REVIEWS, ANALYSES, AND OTHER INFORMA-

11   TION.—

12      (1) REVIEW.—Each Secretary concerned, in co-

13   ordination with the Chairman of the Joint Chiefs of

14   Staff, shall conduct a review of the medical man-

15   power requirements of the military department of

16   the Secretary that accounts for all national defense

17   strategy scenarios.

18      (2) ANALYSES.—With respect to each military

19   medical treatment facility that would be affected by

20   a proposed military medical end strength realign-

21   ment or reduction, the Secretary concerned shall

22   conduct an analysis that—

23         (A) identifies affected billets; and

WASHSTATEC011723

623

1        (B) includes a plan for mitigating any po-

2   tential gap in health care services caused by

3   such realignment or reduction.

4   (3) MEASUREMENT.—The Secretary of Defense

5   shall—

6        (A) develop a standard measurement for

7   network adequacy to determine the capacity of

8   the local health care network to provide care for

9   covered beneficiaries in the area of a military

10   medical treatment facility that would be af-

11   fected by a proposed military medical end

12   strength realignment or reduction; and

13        (B) use such measurement in carrying out

14   this section and otherwise evaluating proposed

15   military medical end strength realignment or

16   reductions.

17   (4) OUTREACH.—The Secretary of Defense

18   shall provide to each member of the Armed Forces

19   and covered beneficiary located in the area of a mili-

20   tary medical treatment facility that would be af-

21   fected by a proposed military medical end strength

22   realignment or reduction the following:

23        (A) A transition plan for continuity of

24   health care services.

WASHSTATEC011724

624

1          (B) A public forum to discuss the concerns
2              of the member and covered beneficiary regard-
3              ing such proposed realignment or reduction.

4      (c) REPORT.—Not later than 180 days after the date
5  of the enactment of this Act, the Secretary of Defense
6  shall submit to the Committees on Armed Services of the
7  House of Representatives and the Senate a report on the
8  proposed military medical end strength realignments or
9  reductions, including—

10          (1) the reviews, analyses, and other information
11      developed under subsection (b); and

12          (2) a description of the actions the Secretary
13      plans to take with respect to such proposed realign-
14      ments or reductions.

15  (d) EXCEPTION.—

16          (1) IN GENERAL.—The limitation in subsection
17      (a) shall not apply—

18              (A) to administrative billets of a medical
19              department of a military department that have
20              remained unfilled since at least October 1,
21              2018;

22              (B) to billets identified as non-clinical in
23              the budget of the President for fiscal year 2020
24              submitted to Congress pursuant to section 1105
25              of title 31, United States Code, except that the

WASHSTATEC011725

625

1        amount of such billets shall not exceed 1,700;

2        and

3            (C) to medical headquarters billets of the

4        military departments not assigned or directly

5        supporting to operational commands.

6        (2) DETERMINATION PRIOR TO REALIGNMENT

7    OR REDUCTION.—The Secretary concerned may re-

8    align or reduce a billet described in paragraph (1)

9    if the Secretary determines that such realignment or

10   reduction does not affect the provision of health care

11   services to members of the Armed Forces or covered

12   beneficiaries.

13   (e) DEFINITIONS.—In this section:

14       (1) The term "covered beneficiary" has the

15   meaning given that term in section 1072 of title 10,

16   United States Code.

17       (2) The term "proposed military medical end

18   strength realignment or reduction" means a realign-

19   ment or reduction of military medical end strength

20   authorizations as proposed by the budget of the

21   President for fiscal year 2020 submitted to Congress

22   pursuant to section 1105 of title 31, United States

23   Code.

24       (3) The term "Secretary concerned" means—

WASHSTATEC011726

626

1          (A) the Secretary of the Army, with re-
2      spect to matters concerning the Army;

3          (B) the Secretary of the Navy, with re-
4      spect to matters concerning the Navy, the Ma-
5      rine Corps, and the Coast Guard when it is op-
6      erating as a service in the Department of the
7      Navy; and

8          (C) the Secretary of the Air Force, with
9      respect to matters concerning the Air Force.

**SEC. 720. STRATEGY TO RECRUIT AND RETAIN MENTAL**
**HEALTH PROVIDERS.**

12     Not later than 180 days after the date of the enact-
13 ment of this Act, the Secretary of Defense shall submit
14 to the Committees on Armed Services of the Senate and
15 the House of Representatives a report that—

16          (1) describes the shortage of mental health pro-
17      viders of the Department of Defense;

18          (2) explains the reasons for such shortage;

19          (3) explains the effect of such shortage on
20      members of the Armed Forces; and

21          (4) contains a strategy to better recruit and re-
22      tain mental health providers, including with respect
23      to psychiatrists, psychologists, mental health nurse
24      practitioners, licensed social workers, and other li-
25      censed providers of the military health system, in a

WASHSTATEC011727

627

1    manner that addresses the need for cultural com-
2    petence and diversity among such mental health pro-
3    viders.

**SEC. 721. DEVELOPMENT OF PARTNERSHIPS TO IMPROVE**
**COMBAT CASUALTY CARE FOR PERSONNEL**
**OF THE ARMED FORCES.**

7    (a) PARTNERSHIPS.—

8        (1) IN GENERAL.—The Secretary of Defense,
9    through the Joint Trauma Education and Training
10   Directorate established under section 708 of the Na-
11   tional Defense Authorization Act for Fiscal Year
12   2017 (Public Law 114–328; 10 U.S.C. 1071 note),
13   may develop partnerships with civilian academic
14   medical centers and large metropolitan teaching hos-
15   pitals to improve combat casualty care for personnel
16   of the Armed Forces.

17       (2) PARTNERSHIPS WITH LEVEL I TRAUMA
18   CENTERS.—In carrying out partnerships under para-
19   graph (1), trauma surgeons and physicians of the
20   Department of Defense may partner with level I ci-
21   vilian trauma centers to provide training and readi-
22   ness for the next generation of medical providers to
23   treat critically injured burn patients.

24   (b) SUPPORT OF PARTNERSHIPS.—The Secretary of
25   Defense may make every effort to support partnerships

WASHSTATEC011728

628

1    under the Joint Trauma Education and Training Direc-

2    torate with academic institutions that have level I civilian

3    trauma centers, specifically those centers with a burn cen-

4    ter, that offer burn rotations and clinical experience to

5    provide training and readiness for the next generation of

6    medical providers to treat critically injured burn patients.

7        (c) LEVEL I CIVILIAN TRAUMA CENTER DEFINED.—

8    In this section, the term ''level I civilian trauma center''

9    has the meaning given that term in section 708 of the

10    National Defense Authorization Act for Fiscal Year 2017

11    (Public Law 114–328; 10 U.S.C. 1071 note).

**12    SEC. 722. MODIFICATION TO REFERRALS FOR MENTAL**

**13                 HEALTH SERVICES.**

14        If the Secretary of Defense is unable to provide men-

15    tal health services in a military medical treatment facility

16    to a member of the Armed Forces within 15 days of the

17    date on which such services are first requested by the

18    member, the Secretary may refer the member to a pro-

19    vider under the TRICARE program (as that term is de-

20    fined in section 1072 of title 10, United States Code) to

21    receive such services.

WASHSTATEC011729

629

# Subtitle C—Reports and Other Matters

**SEC. 731. AUTHORIZATION OF CLAIMS BY MEMBERS OF THE UNIFORMED SERVICES AGAINST THE UNITED STATES FOR PERSONAL INJURY OR DEATH CAUSED BY MEDICAL MALPRACTICE.**

(a) MEDICAL MALPRACTICE CLAIMS.—

(1) IN GENERAL.—Chapter 163 of title 10, United States Code, is amended by inserting after section 2733 the following new section:

**"§ 2733a. Medical malpractice claims by members of the uniformed services**

"(a) IN GENERAL.—Consistent with this section and under such regulations as the Secretary of Defense shall prescribe under subsection (f), the Secretary may allow, settle, and pay a claim against the United States for personal injury or death incident to the service of a member of the uniformed services that was caused by the medical malpractice of a Department of Defense health care provider.

"(b) REQUIREMENT FOR CLAIMS.—A claim may be allowed, settled, and paid under subsection (a) only if—

"(1) the claim is filed by the member of the uniformed services who is the subject of the medical malpractice claimed, or by an authorized representa-

WASHSTATEC011730

630

1  tive on behalf of such member who is deceased or

2  otherwise unable to file the claim due to incapacita-

3  tion;

4      ''(2) the claim is for personal injury or death

5  caused by the negligent or wrongful act or omission

6  of a Department of Defense health care provider in

7  the performance of medical, dental, or related health

8  care functions while such provider was acting within

9  the scope of employment;

10     ''(3) the act or omission constituting medical

11  malpractice occurred in a covered military medical

12  treatment facility;

13     ''(4) the claim is presented to the Department

14  in writing within two years after the claim accrues;

15     ''(5) the claim is not allowed to be settled and

16  paid under any other provision of law; and

17     ''(6) the claim is substantiated as prescribed in

18  regulations prescribed by the Secretary of Defense

19  under subsection (f).

20  ''(c) LIABILITY.—(1) The Department of Defense is

21  liable for only the portion of compensable injury, loss, or

22  damages attributable to the medical malpractice of a De-

23  partment of Defense health care provider.

24  ''(2) The Department of Defense shall not be liable

25  for the attorney fees of a claimant under this section.

WASHSTATEC011731

631

1    "(d) PAYMENT OF CLAIMS.—(1) If the Secretary of

2    Defense determines, pursuant to regulations prescribed by

3    the Secretary under subsection (f), that a claim under this

4    section in excess of $100,000 is meritorious, and the claim

5    is otherwise payable under this section, the Secretary may

6    pay the claimant $100,000 and report any meritorious

7    amount in excess of $100,000 to the Secretary of the

8    Treasury for payment under section 1304 of title 31.

9    "(2) Except as provided in paragraph (1), no claim

10    may be paid under this section unless the amount tendered

11    is accepted by the claimant in full satisfaction.

12    "(e) REPORTING MEDICAL MALPRACTICE.—Not

13    later than 30 days after a determination of medical mal-

14    practice or the payment of all or part of a claim under

15    this section, the Secretary of Defense shall submit to the

16    Director of the Defense Health Agency a report docu-

17    menting such determination or payment to be used by the

18    Director for all necessary and appropriate purposes, in-

19    cluding medical quality assurance.

20    "(f) REGULATIONS.—(1) The Secretary of Defense

21    shall prescribe regulations to implement this section.

22    "(2) Regulations prescribed by the Secretary under

23    paragraph (1) shall include the following:

WASHSTATEC011732

632

1     ''(A) Policies and procedures to ensure the
2 timely, efficient, and effective processing and admin-
3 istration of claims under this section, including—

4     ''(i) the filing, receipt, investigation, and
5 evaluation of a claim;

6     ''(ii) the negotiation, settlement, and pay-
7 ment of a claim;

8     ''(iii) such other matters relating to the
9 processing and administration of a claim, in-
10 cluding an administrative appeals process, as
11 the Secretary considers appropriate.

12     ''(B) Uniform standards consistent with gen-
13 erally accepted standards used in a majority of
14 States in adjudicating claims under chapter 171 of
15 title 28 (commonly known as the 'Federal Tort
16 Claims Act') to be applied to the evaluation, settle-
17 ment, and payment of claims under this section
18 without regard to the place of occurrence of the
19 medical malpractice giving rise to the claim or the
20 military department or service of the member of the
21 uniformed services, and without regard to foreign
22 law in the case of claims arising in foreign countries,
23 including uniform standards to be applied to deter-
24 minations with respect to—

WASHSTATEC011733

633

1       ''(i) whether an act or omission by a De-
2   partment of Defense health care provider in the
3   context of performing medical, dental, or re-
4   lated health care functions was negligent or
5   wrongful, considering the specific facts and cir-
6   cumstances;

7       ''(ii) whether the personal injury or death
8   of the member was caused by a negligent or
9   wrongful act or omission of a Department of
10  Defense health care provider in the context of
11  performing medical, dental, or related health
12  care functions, considering the specific facts
13  and circumstances;

14      ''(iii) requirements relating to proof of
15  duty, breach of duty, and causation resulting in
16  compensable injury or loss, subject to such ex-
17  clusions as may be established by the Secretary
18  of Defense; and

19      ''(iv) calculation of damages.

20  ''(C) Such other matters as the Secretary con-
21  siders appropriate.

22  ''(3) In order to implement expeditiously the provi-
23  sions of this section, the Secretary may prescribe the regu-
24  lations under this subsection—

25      ''(A) by prescribing an interim final rule; and

WASHSTATEC011734

634

1     ''(B) not later than one year after prescribing

2     such interim final rule and considering public com-

3     ments with respect to such interim final rule, by pre-

4     scribing a final rule.

5   ''(g) LIMITATION ON ATTORNEY FEES.—(1) No at-

6 torney shall charge, demand, receive, or collect for services

7 rendered, fees in excess of 20 percent of any claim paid

8 pursuant to this section.

9   ''(2) Any attorney who charges, demands, receives,

10 or collects for services rendered in connection with a claim

11 under this section any amount in excess of the amount

12 allowed under paragraph (1), if recovery be had, shall be

13 fined not more than $2,000, imprisoned not more than

14 one year, or both.

15   ''(h) ANNUAL REPORT.—Not less frequently than an-

16 nually until 2025, the Secretary of Defense shall submit

17 to the Committees on Armed Services of the Senate and

18 the House of Representatives a report—

19     ''(1) indicating the number of claims processed

20     under this section;

21     ''(2) indicating the resolution of each such

22     claim; and

23     ''(3) describing any other information that may

24     enhance the effectiveness of the claims process under

25     this section.

WASHSTATEC011735

635

1       "(i) DEFINITIONS.—In this section:

2           "(1) COVERED MILITARY MEDICAL TREATMENT

3       FACILITY.—The term 'covered military medical

4       treatment facility' means a facility described in sub-

5       section (b), (c), or (d) of section 1073d of this title.

6           "(2) DEPARTMENT OF DEFENSE HEALTH CARE

7       PROVIDER.—The term 'Department of Defense

8       health care provider' means a member of the uni-

9       formed services, civilian employee of the Department

10      of Defense, or personal services contractor of the

11      Department (under section 1091 of this title) au-

12      thorized by the Department to provide health care

13      services and acting within the scope of employment

14      of such individual.

15          "(3) MEMBER OF THE UNIFORMED SERV-

16      ICES.—The term 'member of the uniformed services'

17      includes a member of a reserve component of the

18      armed forces if the claim by the member under this

19      section is in connection with personal injury or death

20      that occurred while the member was in Federal sta-

21      tus.".

22          (2) CLERICAL AMENDMENT.—The table of sec-

23      tions at the beginning of chapter 163 of such title

24      is amended by inserting after the item relating to

25      section 2733 the following new item:

"2733a. Medical malpractice claims by members of the uniformed services.".

WASHSTATEC011736

636

1 (b) INTERIM BRIEFING ON DEVELOPMENT OF REGU-

2 LATIONS.—Not later than 180 days after the date of the

3 enactment of this Act, the Secretary of Defense shall pro-

4 vide to the Committees on Armed Services of the Senate

5 and the House of Representatives a briefing on the devel-

6 opment of regulations under section 2733a(f) of title 10,

7 United States Code, as added by subsection (a)(1).

8 (c) CONFORMING AMENDMENTS.—

9  (1) Section 2735 of such title is amended by

10 striking "2733," and inserting "2733, 2733a,".

11  (2) Section 1304(a)(3)(D) of title 31, United

12 States Code, is amended by striking "2733," and in-

13 serting "2733, 2733a,".

14 (d) EFFECTIVE DATE AND TRANSITION PROVI-

15 SION.—

16  (1) EFFECTIVE DATE.—The amendments made

17 by this section shall apply to any claim filed under

18 section 2733a of such title, as added by subsection

19 (a)(1), on or after January 1, 2020.

20  (2) TRANSITION.—Any claim filed in calendar

21 year 2020 shall be deemed to be filed within the

22 time period specified in section 2733a(b)(4) of such

23 title, as so added, if it is filed within three years

24 after it accrues.

WASHSTATEC011737

637

1  **SEC. 732. EXTENSION AND CLARIFICATION OF AUTHORITY**

2     **FOR JOINT DEPARTMENT OF DEFENSE-DE-**

3     **PARTMENT OF VETERANS AFFAIRS MEDICAL**

4     **FACILITY DEMONSTRATION FUND.**

5       Title XVII of the National Defense Authorization Act

6  for Fiscal Year 2010 (Public Law 111–84; 123 Stat.

7  2567) is amended—

8       (1) in section 1701—

9           (A) in subsection (a), by striking ''Subject

10      to subsection (b), the'' and inserting ''The'';

11          (B) by striking subsection (b); and

12          (C) by redesignating subsections (c)

13      through (f) as subsections (b) through (e), re-

14      spectively;

15      (2) in section 1702(a)(1), by striking ''hereafter

16  in this title'' and inserting ''in this section'';

17      (3) in section 1703, in subsections (a) and (c),

18  by striking ''the facility'' and inserting ''the James

19  A. Lovell Federal Health Care Center'';

20      (4) in section 1704—

21          (A) in subsections (a)(3), (a)(4)(A), and

22      (b)(1), by striking ''the facility'' and inserting

23      ''the James A. Lovell Federal Health Care Cen-

24      ter''; and

25          (B) in subsection (e), as most recently

26      amended by section 731 of the John S. McCain

WASHSTATEC011738

638

1  National Defense Authorization Act for Fiscal

2  Year 2019 (Public Law 115–232), by striking

3  "September 30, 2020" and inserting "Sep-

4  tember 30, 2021";

5  (5) in section 1705—

6     (A) in subsection (a), by striking "the fa-

7     cility" and inserting "the James A. Lovell Fed-

8     eral Health Care Center (in this section re-

9     ferred to as the 'JALFHCC')";

10    (B) in subsection (b), in the matter pre-

11    ceding paragraph (1), by striking "the facility"

12    and inserting "the JALFHCC"; and

13    (C) in subsection (c)—

14       (i) by striking "the facility" each

15       place it appears and inserting "the

16       JALFHCC"; and

17       (ii) by adding at the end the following

18       new paragraph:

19  "(4) To permit the JALFHCC to enter into

20  personal services contracts to carry out health care

21  responsibilities in the JALFHCC to the same extent

22  and subject to the same conditions and limitations

23  as apply under section 1091 of title 10, United

24  States Code, to the Secretary of Defense with re-

WASHSTATEC011739

639

1   spect to health care responsibilities in medical treat-

2   ment facilities of the Department of Defense.''.

3   **SEC. 733. APPOINTMENT OF NON-EX OFFICIO MEMBERS OF**

4   **THE HENRY M. JACKSON FOUNDATION FOR**

5   **THE ADVANCEMENT OF MILITARY MEDICINE.**

6   (a) APPOINTMENT BY NON-EX OFFICIO MEMBERS.—

7   Subparagraph (C) of paragraph (1) of section 178(c) of

8   title 10, United States Code, is amended to read as fol-

9   lows:

10   ''(C) six members, each of whom shall be ap-

11   pointed at the expiration of the term of a member

12   appointed under this subparagraph, as provided for

13   in paragraph (2), by the members currently serving

14   on the Council pursuant to this subparagraph and

15   paragraph (2), including the member whose expiring

16   term is so being filled by such appointment.''.

17   (b) REPEAL OF OBSOLETE AUTHORITY ESTAB-

18   LISHING STAGGERED TERMS.—Paragraph (2) of such sec-

19   tion is amended—

20   (1) by striking ''except that—'' and all that fol-

21   lows through ''any person'' and inserting ''except

22   that any person'';

23   (2) by striking ''; and'' and inserting a period;

24   and

25   (3) by striking subparagraph (B).

WASHSTATEC011740

1    (c) Effective Date.—

2        (1) In General.—The amendments made by
3    this section shall take effect on the date of the en-
4    actment of this Act.

5        (2) Construction for current members.—
6    Nothing in the amendments made by this section
7    shall be construed to terminate or otherwise alter
8    the appointment or term of service of members of
9    the Henry M. Jackson Foundation for the Advance-
10    ment of Military Medicine who are so serving on the
11    date of the enactment of this Act pursuant to an ap-
12    pointment under paragraph (1)(C) or (2) of section
13    178(e) of title 10, United States Code, made before
14    that date.

**SEC. 734. ESTABLISHMENT OF ACADEMIC HEALTH SYSTEM**
**IN NATIONAL CAPITAL REGION.**

17    (a) In General.—Chapter 104 of title 10, United
18    States Code, is amended by inserting after section 2113a
19    the following new section:

20    **"§ 2113b. Academic Health System**

21    "(a) In General.—The Secretary of Defense may
22    establish an Academic Health System to integrate the
23    health care, health professions education, and health re-
24    search activities of the military health system, including
25    under this chapter, in the National Capital Region.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011741

641

1    ''(b) LEADERSHIP.—(1) The Secretary may appoint
2 employees of the Department of Defense to leadership po-
3 sitions in the Academic Health System established under
4 subsection (a).

5    ''(2) Such positions may include responsibilities for
6 management of the health care, health professions edu-
7 cation, and health research activities described in sub-
8 section (a) and are in addition to similar leadership posi-
9 tions for members of the armed forces.

10    ''(c) NATIONAL CAPITAL REGION DEFINED.—In this
11 section, the term 'National Capital Region' means the
12 area, or portion thereof, as determined by the Secretary,
13 in the vicinity of the District of Columbia.''.

14    (b) CLERICAL AMENDMENT.—The table of sections
15 at the beginning of chapter 104 of such title is amended
16 by inserting after the item relating to section 2113a the
17 following new item:

''2113b. Academic Health System.''.

18 **SEC. 735. PROVISION OF VETERINARY SERVICES BY VET-**
19 **ERINARY PROFESSIONALS OF THE DEPART-**
20 **MENT OF DEFENSE IN EMERGENCIES.**

21    (a) IN GENERAL.—Chapter 53 of title 10, United
22 States Code, is amended by adding at the end the fol-
23 lowing new section:

WASHSTATEC011742

642

1 **"§ 1060c. Provision of veterinary services in emer-**
2 **gencies**

3    "(a) IN GENERAL.—A veterinary professional de-
4 scribed in subsection (b) may provide veterinary services
5 for the purposes described in subsection (c) in any State,
6 the District of Columbia, or a territory or possession of
7 the United States, without regard to where such veteri-
8 nary professional or the patient animal are located, if the
9 provision of such services is within the scope of the author-
10 ized duties of such veterinary professional for the Depart-
11 ment of Defense.

12    "(b) VETERINARY PROFESSIONAL DESCRIBED.—A
13 veterinary professional described in this subsection is an
14 individual who is—

15        "(1)(A) a member of the armed forces, a civil-
16    ian employee of the Department of Defense, or oth-
17    erwise credentialed and privileged at a Federal vet-
18    erinary institution or location designated by the Sec-
19    retary of Defense for purposes of this section; or

20        "(B) a member of the National Guard per-
21    forming training or duty under section 502(f) of title
22    32;

23        "(2) certified as a veterinary professional by a
24    certification recognized by the Secretary of Defense;
25    and

WASHSTATEC011743

643

1 "(3) currently licensed by a State, the District

2 of Columbia, or a territory or possession of the

3 United States to provide veterinary services.

4 "(c) PURPOSES DESCRIBED.—The purposes de-

5 scribed in this subsection are veterinary services in re-

6 sponse to any of the following:

7 "(1) A national emergency declared by the

8 President pursuant to the National Emergencies Act

9 (50 U.S.C. 1601 et seq.).

10 "(2) A major disaster or an emergency (as

11 those terms are defined in section 102 of the Robert

12 T. Stafford Disaster Relief and Emergency Assist-

13 ance Act (42 U.S.C. 5122)).

14 "(3) A public health emergency declared by the

15 Secretary of Health and Human Services under sec-

16 tion 319 of the Public Health Service Act (42

17 U.S.C. 247d).

18 "(4) An extraordinary emergency, as deter-

19 mined by the Secretary of Agriculture under section

20 10407(b) of the Animal Health Protection Act (7

21 U.S.C. 8306(b)).".

22 (b) CLERICAL AMENDMENT.—The table of sections

23 at the beginning of chapter 53 of such title is amended

24 by inserting after the item relating to section 1060b the

25 following new item:

"1060c. Provision of veterinary services in emergencies.".

WASHSTATEC011744

644

1    **SEC. 736. THREE-YEAR EXTENSION OF AUTHORITY TO CON-**
2              **TINUE THE DOD-VA HEALTH CARE SHARING**
3              **INCENTIVE FUND.**

4    Section 8111(d)(3) of title 38, United States Code,
5 is amended by striking "September 30, 2020" and insert-
6 ing, "September 30, 2023".

7    **SEC. 737. PRESERVATION OF RESOURCES OF THE ARMY**
8              **MEDICAL RESEARCH AND MATERIEL COM-**
9              **MAND AND CONTINUATION AS CENTER OF**
10             **EXCELLENCE.**

11    (a) IN GENERAL.—The Secretary of Defense shall
12 preserve the resources of the Army Medical Research and
13 Materiel Command for use by such command, which shall
14 include manpower and funding, at not less than the level
15 of such resources as of the date of the enactment of this
16 Act until September 30, 2022.

17    (b) TRANSFER OF FUNDS.—On October 1, 2022, all
18 amounts available for the Army Medical Research and Ma-
19 teriel Command shall be transferred from accounts for re-
20 search, development, test, and evaluation for the Army to
21 accounts for the Defense Health Program.

22    (c) CONTINUATION AS CENTER OF EXCELLENCE.—
23 After September 30, 2022, the Army Medical Research
24 and Materiel Command and Fort Detrick shall continue
25 to serve as a Center of Excellence for Joint Biomedical

WASHSTATEC011745

645

1 Research, Development and Acquisition Management for

2 efforts undertaken under the Defense Health Program.

**3 SEC. 738. ENCOURAGEMENT OF PARTICIPATION IN WOM-**

**4           EN'S HEALTH TRANSITION TRAINING PILOT**

**5           PROGRAM.**

6      (a) ENCOURAGEMENT OF PARTICIPATION.—The Sec-

7 retaries of the military departments shall encourage fe-

8 male members of the Armed Forces who are separating

9 or retiring from the Armed Forces during fiscal year 2020

10 to participate in the Women's Health Transition Training

11 pilot program (in this section referred to as the "pilot pro-

12 gram") administered by the Secretary of Veterans Affairs.

13     (b) SELECTION.—Each Secretary of a military de-

14 partment shall select at least one location at which the

15 pilot program is offered and encourage participation in the

16 pilot program at such location.

17     (c) REPORT.—Not later than September 30, 2020,

18 the Secretary of Defense, in consultation with the Sec-

19 retary of Veterans Affairs, shall submit to the Committees

20 on Armed Services of the Senate and the House of Rep-

21 resentatives and the Committees on Veterans' Affairs of

22 the Senate and House of Representatives a report on the

23 pilot program that includes the following:

24          (1) For the period since the commencement of

25     the pilot program—

WASHSTATEC011746

646

1       (A) the number of courses held under the

2  pilot program;

3       (B) the locations at which such courses

4  were held; and

5       (C) for each location identified in subpara-

6  graph (B)—

7          (i) the number of female members by

8       military department (with respect to De-

9       partment of the Navy, separately for the

10      Navy and Marine Corps) who participated

11      in the pilot program; and

12         (ii) the number of seats available

13      under the pilot program.

14  (2) Data relating to—

15       (A) satisfaction with courses held under

16  the pilot program;

17       (B) improved awareness of health care

18  services administered by the Secretary of Vet-

19  erans Affairs; and

20       (C) any other available statistics regarding

21  the pilot program.

22  (3) A discussion of regulatory, legal, or resource

23  barriers to—

24       (A) making the pilot program permanent

25  to enable access by a greater number of female

WASHSTATEC011747

1 members at locations throughout the United
2 States;

3     (B) offering the pilot program online for
4 female members who are unable to attend
5 courses held under the pilot program in person;
6 and

7     (C) providing for automatic enrollment of
8 participants in the pilot program in the patient
9 enrollment system of the Department of Vet-
10 erans Affairs established and operated under
11 section 1705 of title 38, United States Code.

12 **SEC. 739. NATIONAL GUARD SUICIDE PREVENTION PILOT**
13        **PROGRAM.**

14     (a) PILOT PROGRAM AUTHORIZED.—The Chief of
15 the National Guard Bureau may carry out a pilot program
16 to expand suicide prevention and intervention efforts at
17 the community level through the use of a mobile applica-
18 tion that provides the capability for a member of the Na-
19 tional Guard to receive prompt support, including access
20 to a behavioral health professional, on a smartphone, tab-
21 let computer, or other handheld mobile device.

22     (b) ELEMENTS.—The pilot program shall include,
23 subject to such conditions as the Secretary may pre-
24 scribe—

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011748

648

1   (1) the use by members of the National Guard

2  of an existing mobile application that provides the

3  capability described in subsection (a); or

4   (2) the development and use of a new mobile

5  application that provides such capability.

6  (c) ELIGIBILITY AND PARTICIPATION REQUIRE-

7 MENTS.—The Chief of the National Guard Bureau shall

8 establish requirements with respect to eligibility and par-

9 ticipation in the pilot program.

10  (d) ASSESSMENT PRIOR TO PILOT PROGRAM COM-

11 MENCEMENT.—Prior to commencement of the pilot pro-

12 gram, the Chief of the National Guard Bureau shall—

13   (1) conduct an assessment of existing preven-

14  tion and intervention efforts of the National Guard

15  in each State that include the use of mobile applica-

16  tions that provide the capability described in sub-

17  section (a) to determine best practices for providing

18  immediate and localized care through the use of

19  such mobile applications; and

20   (2) determine the feasibility of expanding exist-

21  ing programs on a national scale.

22  (e) RESPONSIBILITIES OF ENTITIES PARTICIPATING

23 IN PILOT PROGRAM.—Each entity that participates in the

24 pilot program shall—

WASHSTATEC011749

649

1     (1) share best practices with other entities par-
2     ticipating in the program; and

3     (2) annually assess outcomes with respect to
4     members of the National Guard.

5     (f) TERM.—The pilot program shall terminate on the
6  date that is three years after the date on which the pilot
7  program commenced.

8     (g) REPORTS.—

9     (1) INITIAL REPORT.—If the Chief of the Na-
10    tional Guard Bureau commences the pilot program
11    authorized under subsection (a), not later than 180
12    days after the date of the commencement of such
13    program, the Chief shall submit to the Committees
14    on Armed Services of the Senate and the House of
15    Representatives a report containing a description of
16    the pilot program and such other matters as the
17    Chief considers appropriate.

18    (2) FINAL REPORT.—

19        (A) IN GENERAL.—Not later than 180
20        days after the termination of the pilot program,
21        the Chief of the National Guard Bureau shall
22        submit to the Committees on Armed Services of
23        the Senate and the House of Representatives a
24        report on such pilot program.

WASHSTATEC011750

G:\CMTE\AS\20\C\ASCR20.XML

650

(B) MATTERS INCLUDED.—The report under subparagraph (A) shall include the following:

(i) A description of the pilot program, including any partnerships entered into by the Chief of the National Guard Bureau under the program.

(ii) An assessment of the effectiveness of the pilot program.

(iii) A description of costs associated with the implementation of the pilot program.

(iv) The estimated costs of making the pilot program permanent.

(v) A recommendation as to whether the pilot program should be extended or made permanent.

(vi) Such other recommendations for legislative or administrative action as the Chief of the National Guard Bureau considers appropriate.

(h) STATE DEFINED.—In this section, the term "State" means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, American

WASHSTATEC011751

1 Samoa, Guam, the United States Virgin Islands, and the

2 Commonwealth of the Northern Mariana Islands.

3 **SEC. 740. PILOT PROGRAM ON CIVILIAN AND MILITARY**

4 **PARTNERSHIPS TO ENHANCE INTEROPER-**

5 **ABILITY AND MEDICAL SURGE CAPABILITY**

6 **AND CAPACITY OF NATIONAL DISASTER MED-**

7 **ICAL SYSTEM.**

8     (a) IN GENERAL.—The Secretary of Defense may

9 carry out a pilot program to establish partnerships with

10 public, private, and nonprofit health care organizations,

11 institutions, and entities in collaboration with the Sec-

12 retary of Veterans Affairs, the Secretary of Health and

13 Human Services, the Secretary of Homeland Security, and

14 the Secretary of Transportation to enhance the interoper-

15 ability and medical surge capability and capacity of the

16 National Disaster Medical System under section 2812 of

17 the Public Health Service Act (42 U.S.C. 300hh–11) in

18 the vicinity of major aeromedical and other transport hubs

19 and logistics centers of the Department of Defense.

20     (b) DURATION.—The Secretary of Defense may carry

21 out the pilot program under subsection (a) for a period

22 of not more than five years.

23     (c) LOCATIONS.—The Secretary shall carry out the

24 pilot program under subsection (a) at not fewer than five

WASHSTATEC011752

652

1 aeromedical or other transport hub regions or logistics
2 centers in the United States.

3    (d) REQUIREMENTS.—In establishing partnerships
4 under the pilot program under subsection (a), the Sec-
5 retary, in collaboration with the Secretary of Veterans Af-
6 fairs, the Secretary of Health and Human Services, the
7 Secretary of Homeland Security, and the Secretary of
8 Transportation, shall establish requirements under such
9 partnerships for staffing, specialized training, medical lo-
10 gistics, telemedicine, patient regulating, movement, situa-
11 tional status reporting, tracking, and surveillance.

12    (e) EVALUATION METRICS.—The Secretary of De-
13 fense shall establish metrics to evaluate the effectiveness
14 of the pilot program under subsection (a).

15    (f) REPORTS.—

16        (1) INITIAL REPORT.—

17            (A) IN GENERAL.—Not later than 180
18        days after the commencement of the pilot pro-
19        gram under subsection (a), the Secretary shall
20        submit to the Committees on Armed Services of
21        the Senate and the House of Representatives a
22        report on the pilot program.

23            (B) ELEMENTS.—The report required by
24        subparagraph (A) shall include the following:

25                (i) A description of the pilot program.

WASHSTATEC011753

653

1       (ii)   The   requirements   established

2       under subsection (d).

3           (iii)   The   evaluation   metrics   estab-

4       lished under subsection (e).

5           (iv) Such other matters relating to the

6       pilot   program   as   the   Secretary   considers

7       appropriate.

8   (2) FINAL REPORT.—

9       (A) IN   GENERAL.—Not   later   than   180

10      days   after   completion   of   the   pilot   program

11      under subsection (a), the Secretary shall submit

12      to   the   Committees   on   Armed   Services   of   the

13      Senate   and   the   House   of   Representatives   a   re-

14      port on the pilot program.

15      (B) ELEMENTS.—The   report   required   by

16      subparagraph (A) shall include the following:

17          (i) A description of the pilot program,

18      including   the   partnerships   established

19      under   the   pilot   program   as   described   in

20      subsection (a).

21          (ii) An assessment of the effectiveness

22      of the pilot program.

23          (iii) An assessment of the cost of the

24      pilot   program   and   an   estimate   of   the   cost

25      of   making   the   pilot   program   a   permanent

WASHSTATEC011754

654

1      part of the budget of the Department of
2      Defense.

3            (iv) Such recommendations for legisla-
4      tive or administrative action as the Sec-
5      retary considers appropriate in light of the
6      pilot program, including recommendations
7      for extending or making permanent the au-
8      thority for the pilot program.

9  **SEC. 741. REPORTS ON SUICIDE AMONG MEMBERS OF THE**
10      **ARMED FORCES AND SUICIDE PREVENTION**
11      **PROGRAMS AND ACTIVITIES OF THE DEPART-**
12      **MENT OF DEFENSE.**

13      (a) DEPARTMENT OF DEFENSE REPORTS ON SUI-
14  CIDE AMONG MEMBERS OF THE ARMED FORCES.—

15      (1) REPORTS REQUIRED.—Not later than 90
16  days after the date of the enactment of this Act, and
17  annually thereafter through January 31, 2021, the
18  Secretary of Defense shall submit to the Committees
19  on Armed Services of the House of Representatives
20  and the Senate a report on suicide among members
21  of the Armed Forces during the year preceding the
22  date of the report.

23      (2) MATTERS INCLUDED.—Each report under
24  paragraph (1) shall include the following with re-
25  spect to the year covered by the report:

WASHSTATEC011755

655

(A) The number of suicides, attempted suicides, and known cases of suicidal ideation involving a member of the Armed Forces, including the reserve components thereof, listed by Armed Force.

(B) The number of suicides, attempted suicides, or known cases of suicidal ideation identified under subparagraph (A) that occurred during each of the following periods:

(i) The first 180 days of the member serving in the Armed Forces.

(ii) The period in which the member is deployed in support of a contingency operation.

(C) With respect to the number of suicides, attempted suicides, or known cases of suicidal ideation identified under subparagraph (B)(i), the initial recruit training location of the member.

(D) The number of suicides involving a dependent of a member.

(E) A description of any research collaborations and data sharing by the Department of Defense with the Department of Veterans Affairs, other departments or agencies of the Fed-

WASHSTATEC011756

656

1  eral Government, academic institutions, or non-
2  governmental organizations.

3  (F) Identification of a research agenda for
4  the Department of Defense to improve the evi-
5  dence base on effective suicide prevention treat-
6  ment and risk communication.

7  (G) The availability and usage of the as-
8  sistance of chaplains, houses of worship, and
9  other spiritual resources for members of the
10  Armed Forces who identify as religiously affili-
11  ated and have attempted suicide, have experi-
12  enced suicidal ideation, or are at risk of suicide,
13  and metrics on the impact these resources have
14  in assisting religiously-affiliated members who
15  have access to and utilize them compared to re-
16  ligiously-affiliated members who do not.

17  (H) A description of the effectiveness of
18  the policies developed pursuant to section 567
19  of the Carl Levin and Howard P. "Buck"
20  McKeon National Defense Authorization Act
21  for Fiscal Year 2015 (Public Law 113–291; 10
22  U.S.C. 1071 note) and section 582 of the Na-
23  tional Defense Authorization Act for Fiscal
24  Year 2013 (Public Law 112–239; 10 U.S.C.
25  1071 note), including with respect to—

WASHSTATEC011757

657

1          (i) metrics identifying effective treat-
2     ment modalities for members of the Armed
3     Forces who are at risk for suicide (includ-
4     ing any clinical interventions involving
5     early identification and treatment of such
6     members);

7          (ii) metrics for the rate of integration
8     of mental health screenings and suicide
9     risk and prevention for members during
10    the delivery of primary care for such mem-
11    bers;

12         (iii) metrics relating to the effective-
13    ness of suicide prevention and resilience
14    programs and preventative behavioral
15    health programs of the Department of De-
16    fense (including those of the military de-
17    partments and the Armed Forces); and

18         (iv) metrics evaluating the training
19    standards for behavioral health care pro-
20    viders to ensure that such providers have
21    received training on clinical best practices
22    and evidence-based treatments.

23    (b) GAO REPORT ON SUICIDE PREVENTION PRO-
24 GRAMS AND ACTIVITIES.—

WASHSTATEC011758

658

1    (1) REPORT REQUIRED.—Not later than 240
2    days after the date of the enactment of this Act, the
3    Comptroller General of the United States shall sub-
4    mit to the Committees on Armed Services of the
5    Senate and the House of Representatives a report on
6    the programs and activities of the Department of
7    Defense and the Armed Forces for the prevention of
8    suicide among members of the Armed Forces (in-
9    cluding the reserve components) and their families.
10    (2) ELEMENTS.—The report under paragraph
11    (1) shall include the following:
12        (A) A description of the current programs
13        and activities of the Department of Defense and
14        the Armed Forces for the prevention of suicide
15        among members of the Armed Forces and their
16        families.
17        (B) An assessment whether the programs
18        and activities described pursuant to subpara-
19        graph (A)—
20            (i) are evidence-based and incorporate
21            best practices identified in peer-reviewed
22            medical literature;
23            (ii) are appropriately resourced; and
24            (iii) deliver outcomes that are appro-
25            priate relative to peer activities and pro-

WASHSTATEC011759

659

1           grams (including those undertaken in the
2           civilian community and in military forces
3           of other countries).

4               (C) A description and assessment of any
5           impediments to the effectiveness of such pro-
6           grams and activities.

7               (D) Such recommendations as the Comp-
8           troller General considers appropriate for im-
9           provements to such programs and activities.

10              (E) Such recommendations as the Comp-
11          troller General considers appropriate for addi-
12          tional programs and activities for the preven-
13          tion of suicide among members of the Armed
14          Forces and their families.

15  **SEC. 742. MODIFICATION OF REQUIREMENTS FOR LONGI-**
16  **             TUDINAL MEDICAL STUDY ON BLAST PRES-**
17  **             SURE EXPOSURE OF MEMBERS OF THE**
18  **             ARMED FORCES AND COLLECTION OF EXPO-**
19  **             SURE INFORMATION.**

20      (a) MODIFICATION OF STUDY.—Section 734 of the
21  National Defense Authorization Act for Fiscal Year 2018
22  (Public Law 115–91; 131 Stat. 1444) is amended—

23          (1) in subsection (b)—

24              (A) in paragraph (2), by striking "; and"
25          and inserting a semicolon;

WASHSTATEC011760

660

1          (B) in paragraph (3), by striking the pe-
2   riod at the end and inserting "; and"; and

3          (C) by adding at the end the following new
4   paragraph:

5      "(4) assess the feasibility and advisability of—

6          "(A) uploading the data gathered from the
7   study into the Defense Occupational and Envi-
8   ronmental Health Readiness System – Indus-
9   trial Hygiene (DOEHRS-IH) or similar system;

10         "(B) allowing personnel of the Department
11   of Defense and the Department of Veterans Af-
12   fairs to have access to such system; and

13         "(C) ensuring such data is interoperable
14   and can be uploaded into the MHS Genesis
15   electronic health record or successor system of
16   the Department of Defense."; and

17     (2) in subsection (c)—

18         (A) by redesignating paragraph (2) as
19   paragraph (3); and

20         (B) by inserting after paragraph (1) the
21   following new paragraph (2):

22     "(2) ANNUAL STATUS REPORT.—Not later than
23   January 1 of each year during the period beginning
24   on the date of the enactment of the National De-
25   fense Authorization Act for Fiscal Year 2020 and

WASHSTATEC011761

661

1    ending on the completion of the study under sub-

2    section (a), the Secretary shall submit to the Com-

3    mittees on Armed Services of the Senate and the

4    House of Representatives a status report on the

5    study.''.

6    (b) COLLECTION OF EXPOSURE INFORMATION.—The

7 Secretary of Defense shall collect blast exposure informa-

8 tion with respect to a member of the Armed Forces in

9 a manner—

10    (1) consistent with blast exposure measurement

11    training guidance of the Department of Defense, in-

12    cluding any guidance developed pursuant to—

13        (A) the longitudinal medical study on blast

14        pressure exposure required by section 734 of

15        the National Defense Authorization Act for Fis-

16        cal Year 2018 (Public Law 115–91; 131 Stat.

17        1444); and

18        (B) the review of guidance on blast expo-

19        sure during training required by section 253 of

20        the John S. McCain National Defense Author-

21        ization Act for Fiscal Year 2019 (Public Law

22        115–232; 10 U.S.C. 2001 note prec.);

23    (2) compatible with training and operational ob-

24    jectives of the Department; and

WASHSTATEC011762

662

1        (3) that is automated, to the extent practicable,

2    to minimize the reporting burden of unit com-

3    manders.

**4    SEC. 743. STUDY AND PLAN ON THE USE OF MILITARY-CI-**

**5           VILIAN INTEGRATED HEALTH DELIVERY SYS-**

**6           TEMS.**

7    (a) STUDY.—The Secretary of Defense shall conduct

8  a study on the use of local military-civilian integrated

9  health delivery systems pursuant to section 706 of the Na-

10  tional Defense Authorization Act for Fiscal Year 2017

11  (Public Law 114–328; 10 U.S.C. 1096 note). The study

12  shall examine the following:

13        (1) Geographic locations where military medical

14    treatment facilities have existing contractual rela-

15    tionships with local civilian health care networks, in-

16    cluding Fort Drum, New York, Joint Base McGuire-

17    Dix-Lakehurst, New Jersey, Joint Base Lewis-

18    McCord, Washington, Fort Leonard Wood, Missouri,

19    Elmendorf Air Force Base, Alaska, Fort Sill, Okla-

20    homa, Tripler Army Medical Center, Hawaii, the

21    National Capital Region, and similar locations.

22        (2) Health care activities that promote value-

23    based care, measurable health outcomes, patient

24    safety, timeliness of referrals, and transparent com-

25    munication with covered beneficiaries.

WASHSTATEC011763

663

1    (3) Locations where health care providers of the

2    Department of Defense may be able to attain critical

3    wartime readiness skills in a local integrated mili-

4    tary-civilian integrated health delivery system.

5    (4) The cost of providing care under an inte-

6    grated military-civilian integrated health delivery

7    system as compared to health care provided by a

8    managed care support contractor.

9    (b) PLAN.—The Secretary of Defense shall develop

10   a plan for the further development of the use of local mili-

11   tary-civilian integrated health delivery systems by the De-

12   partment of Defense.

13   (c) SUBMISSION.—Not later than 180 days after the

14   date of the enactment of this Act, the Secretary of Defense

15   shall submit to the Committees on Armed Services of the

16   House of Representatives and the Senate—

17   (1) a report on the results of the study under

18   subsection (a); and

19   (2) the plan developed under subsection (b).

20   (d) DEFINITIONS.—In this section:

21   (1) The term ''covered beneficiaries'' has the

22   meaning given that term in section 1072 of title 10,

23   United States Code.

WASHSTATEC011764

664

1    (2) The term "National Capital Region" has
2    the meaning given that term in section 2674 of title
3    10, United States Code.

**SEC. 744. STUDY ON CASE MANAGEMENT IN THE MILITARY**
5    **HEALTH SYSTEM.**

6    (a) STUDY.—The Secretary of Defense shall conduct
7    a study on the effectiveness of case management practices
8    in the military health system. The study shall include the
9    following:

10    (1) A standardized definition of case manage-
11    ment.

12    (2) An evaluation of case management practices
13    provided by the military departments before and
14    during the transition of the administration of mili-
15    tary medical treatment facilities to the Defense
16    Health Agency pursuant to section 1073c of title 10,
17    United States Code.

18    (3) A discussion of the metrics used in deter-
19    mining the effectiveness and cost of case manage-
20    ment.

21    (4) An evaluation of the case management and
22    outreach provided by the managed care support con-
23    tractors supporting the Defense Health Agency, in-
24    cluding with respect to—

WASHSTATEC011765

665

1          (A) the intervals at which patients are con-
2      tacted;

3          (B) the role of the case manager in coordi-
4      nation;

5          (C) the approximate number of patients
6      managed by a case manager; and

7          (D) any other best practices relating to
8      case management that would improve the expe-
9      rience of care across the military health system.

10     (5) A review of case management best practices
11 in the private sector, including with respect to—

12         (A) the intervals at which patients should
13     be contacted;

14         (B) the role of the case manager in coordi-
15     nation;

16         (C) the approximate number of patients
17     managed by a case manager; and

18         (D) any other best practices relating to
19     case management that would improve the expe-
20     rience of care across the military health system.

21     (6) The results of discussions with covered
22 beneficiaries (as defined in section 1072 of title 10,
23 United States Code) at not less than four public fo-
24 rums held in different geographic areas, relating to
25 the satisfaction of such covered beneficiaries with

WASHSTATEC011766

666

1 case management and outreach provided by the De-
2 fense Health Agency and the military departments
3 in military medical treatment facilities.

4 (b) REPORT.—Not later than 180 days after the date
5 of the enactment of this Act, the Secretary of Defense
6 shall submit to the Committees on Armed Services of the
7 House of Representatives and the Senate a report on the
8 results of the study under subsection (a).

9 **SEC. 745. REPORT ON GLOBAL HEALTH SECURITY STRAT-**
10 **EGY AND THE NATIONAL BIODEFENSE SECU-**
11 **RITY.**

12 (a) REPORT.—Not later than 180 days after the date
13 on which the Comptroller General of the United States
14 publishes a review of the National Biodefense Strategy,
15 the Secretary of Defense shall submit to the appropriate
16 congressional committees a report on the implementation
17 of the Global Health Security Strategy and the National
18 Biodefense Strategy.

19 (b) ELEMENTS.—The report under subsection (a)
20 shall, at a minimum—

21 (1) designate the individual and offices respon-
22 sible for overseeing the implementation of each
23 strategy referred to in subsection (a) within the De-
24 partment of Defense;

WASHSTATEC011767

1    (2) detail actions that the Department is taking

2    to support implementation of the Global Health Se-

3    curity Agenda;

4        (3) detail actions taken to coordinate the efforts

5    of the Department with the other agencies respon-

6    sible for the Global Health Security Strategy and

7    National Biodefense Strategy; and

8        (4) with respect to the review of the National

9    Biodefense Strategy conducted by the Comptroller

10    General—

11            (A) detail the recommendations in the re-

12        view that the Secretary plans on or is currently

13        implementing;

14            (B) specify the official implementing such

15        recommendations and the actions the official is

16        taking to implement the recommendations;

17            (C) specify the recommendations in the re-

18        view that the Secretary has determined not to

19        implement; and

20            (D) explain the rationale of the Secretary

21        with respect to not implementing such rec-

22        ommendations.

23    (c) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

24    FINED.—In this section, the term "appropriate congres-

25    sional committees" means—

WASHSTATEC011768

668

1    (1) the congressional defense committees;

2    (2) the Committee on Foreign Affairs, the
3    Committee on Energy and Commerce, and the Com-
4    mittee on Homeland Security of the House of Rep-
5    resentatives; and

6    (3) the Committee on Foreign Relations, the
7    Committee on Health, Education, Labor, and Pen-
8    sions, and the Committee on Homeland Security and
9    Governmental Affairs of the Senate.

10  **SEC. 746. STUDY ON ESTABLISHMENT OF WOUNDED WAR-**
11  **RIOR SERVICE DOG PROGRAM.**

12  (a) STUDY.—Not later than one year after the date
13  of the enactment of this Act, the Secretary of Defense
14  shall conduct a study on the feasibility of establishing a
15  wounded warrior service dog program.

16  (b) ELEMENTS.—The study under subsection (a)
17  shall include the following:

18  (1) An assessment of the need and feasibility of
19  establishing a wounded warrior service dog program.

20  (2) With respect to a nonprofit organization
21  seeking a grant under a wounded warrior service dog
22  program, an assessment of the feasibility of requir-
23  ing that the organization—

24  (A) specify the training requirements for
25  covered members;

WASHSTATEC011769

669

1      (B) detail the training of dogs that will

2    serve as assistance dogs;

3      (C) establish a database—

4        (i) to track whether a dog has prior

5    experience as a military working dog, serv-

6    ice dog, or assistance dog; and

7        (ii) that contains a designation for

8    each dog with prior experience as a mili-

9    tary working dog;

10      (D) describe the aftercare services that the

11    organization will provide to assistance dogs and

12    covered members; and

13      (E) possess the appropriate accreditation

14    standards for assistance dogs, as the Secretary

15    determines appropriate.

16    (3) A list of locations at which the greatest

17    number of covered members are likely to participate

18    in a wounded warrior service dog program.

19    (4) An estimate of the costs required to create

20    a wounded warrior service dog program.

21    (5) A list of peer reviewed articles and other

22    appropriate studies that examine the clinical effec-

23    tiveness of assistance dogs with respect to the treat-

24    ment of patients with disabilities.

25   (c) DEFINITIONS.—In this section:

WASHSTATEC011770

670

1  (1) ASSISTANCE DOG.—

2  (A) IN GENERAL.—The term "assistance

3  dog" means a dog specifically trained to per-

4  form physical tasks to mitigate the effects of a

5  disability described in subparagraph (B), except

6  that the term does not include a dog specifically

7  trained for comfort or personal defense.

8  (B) DISABILITY DESCRIBED.—A disability

9  described in this subparagraph is any of the fol-

10  lowing:

11  (i) Blindness or visual impairment.

12  (ii) Loss of limb, paralysis, or other

13  significant mobility issues.

14  (iii) Loss of hearing.

15  (iv) Traumatic brain injury.

16  (v) Post-traumatic stress disorder.

17  (vi) Any other disability that the Sec-

18  retary of Defense considers appropriate.

19  (2) COVERED MEMBER.—The term "covered

20  member" means a member of the Armed Forces who

21  is—

22  (A) receiving medical treatment, recuper-

23  ation, or therapy under chapter 55 of title 10,

24  United States Code;

WASHSTATEC011771

671

1    (B) in medical hold or medical holdover

2    status; or

3    (C) covered under section 1202 or 1205 of

4    title 10, United States Code.

5    (3) WOUNDED WARRIOR SERVICE DOG PRO-

6    GRAM.—The term "wounded warrior service dog

7    program" means a pilot program under which the

8    Secretary of Defense awards competitive grants to

9    non-profit organizations that would assist such orga-

10    nizations in the planning, designing, establishing, or

11    operating (or any combination thereof) of programs

12    to provide assistance dogs to covered members.

13    **SEC. 747. GAO REPORT ON DEPARTMENT OF DEFENSE**

14    **QUALITY ASSURANCE PROGRAM AND IM-**

15    **PACTS OF MEDICAL MALPRACTICE ACTIONS.**

16    Not later than January 1, 2021, the Comptroller

17    General of the United States shall submit to the Commit-

18    tees on Armed Services of the Senate and the House of

19    Representatives a report containing the following:

20    (1) An assessment of the effectiveness of the

21    quality assurance program of the Department of De-

22    fense in querying and monitoring the National Prac-

23    titioner Data Bank established pursuant to the

24    Health Care Quality Improvement Act of 1986 (42

25    U.S.C. 11101 et seq.) with respect to—

WASHSTATEC011772

672

1          (A) recruitment and retention of military
2     service medical providers;

3          (B) hiring or contracting of civilian med-
4     ical providers in military medical treatment fa-
5     cilities;

6          (C) recording of adverse privileging and
7     credentialing actions of such military service
8     medical providers and civilian medical pro-
9     viders; and

10         (D) any other matters relating to ensuring
11    the highest quality of care is provided through-
12    out the military health system.

13    (2) An analysis that includes—

14         (A) with respect to military health system
15    patients, a comparison of outcomes for such pa-
16    tients who may bring an action against the
17    Federal Government for negligence or mal-
18    practice and outcomes for such patients who
19    may not bring such an action, based on an ex-
20    amination of all relevant data relating to clin-
21    ical outcome measures and clinical quality man-
22    agement process actions; and

23         (B) a comparison of—

24              (i) the elements and average amounts
25         of death and disability compensation that

WASHSTATEC011773

673

1           apply regardless of the underlying cause of

2           the death or disability; and

3                 (ii) the elements and average amounts

4           of settlements that result from medical

5           malpractice litigation against the Federal

6           Government.

7 **SEC. 748. REPORTS ON MILLENNIUM COHORT STUDY RE-**

8               **LATING TO WOMEN MEMBERS OF THE**

9               **ARMED FORCES.**

10    (a) ANNUAL REPORTS REQUIRED.—Not later than

11 180 days after the date of the enactment of this Act, and

12 annually thereafter through January 31, 2022, the Sec-

13 retary of Defense shall submit to the Committees on

14 Armed Services of the Senate and the House of Represent-

15 atives a report on findings of the Millennium Cohort Study

16 relating to the gynecological and perinatal health of

17 women members of the Armed Forces.

18    (b) MATTERS INCLUDED.—Each report under sub-

19 section (a) shall include, at a minimum—

20           (1) a summary of general findings of the Mil-

21           lennium Cohort Study pertaining to gynecological

22           and perinatal health, including diseases, disorders,

23           and conditions that affect the functioning of repro-

24           ductive systems, maternal mortality and severe ma-

25           ternal morbidity, birth defects, developmental dis-

WASHSTATEC011774

674

1 orders, low birth weight, preterm birth, reduced fer-
2 tility, menstrual disorders, and other health con-
3 cerns; and

4     (2) identification of—

5         (A) all research projects that have con-
6         cluded during the year covered by the report
7         and the outcomes of such projects;

8         (B) areas in which the Millennium Cohort
9         Study can increase efforts to capture data and
10         produce studies in the field of gynecological and
11         perinatal health of women members of the
12         Armed Forces; and

13         (C) activities underway to achieve such ef-
14         forts.

15 (c) MILLENNIUM COHORT STUDY DEFINED.—In this
16 section, the term "Millennium Cohort Study" means the
17 longitudinal study authorized under section 743 of the
18 Strom Thurmond National Defense Authorization Act for
19 Fiscal Year 1999 (Public Law 105–261; 112 Stat. 2074)
20 to evaluate data on the health conditions of members of
21 the Armed Forces upon the return of the members from
22 deployment.

WASHSTATEC011775

675

**SEC. 749. STUDY ON EFFECTS OF SLEEP DEPRIVATION ON READINESS OF MEMBERS OF THE ARMED FORCES.**

(a) STUDY.—The Secretary of Defense shall conduct a study on the effects of sleep deprivation on the readiness of members of the Armed Forces.

(b) ELEMENTS.—The study under subsection (a) shall include the following:

(1) A standardized definition of sleep deprivation.

(2) An assessment of the prevalence of sleep deprivation on members of the Armed Forces related to circadian rhythm disturbances from crossing multiple time zones, mission related maladaptive sleep practices, uncomfortable or otherwise inhospitable sleeping environments, and the use of stimulants and hypnotics to support operational tempo.

(3) An assessment of whether there may be a relationship between sleep deprivation and medical conditions such as traumatic brain injury, post-traumatic stress disorder, and depression.

(4) Recommendations on efforts to mitigate sleep deprivation described in paragraphs (2) and (3).

(c) REPORT.—Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense

WASHSTATEC011776

676

1    shall submit to the Committees on Armed Services of the

2    Senate and the House of Representatives a report on the

3    results of the study under subsection (a).

**SEC. 750. STUDY AND REPORT ON TRAUMATIC BRAIN IN-**

**JURY MITIGATION EFFORTS.**

6        (a) STUDY.—The Secretary of Defense shall conduct

7    a meta-analysis of evidence-based traumatic brain injury

8    mitigation efforts by the Secretary and related Federal

9    agency partners, and efforts discussed in academic lit-

10   erature, that have demonstrated the best clinical effective-

11   ness in the treatment of members of the Armed Forces

12   for traumatic brain injury.

13       (b) ROADMAP.—The Secretary shall develop and in-

14   clude in the study under subsection (a) a roadmap for im-

15   plementation across the military health system of meas-

16   ures that address, with respect to the treatment of mem-

17   bers for traumatic brain injury—

18           (1) the process for receiving such treatment;

19           (2) patient outcomes;

20           (3) cost;

21           (4) patient and command satisfaction with such

22       treatment; and

23           (5) structured documentation to monitor sys-

24       tem-wide implementation of the measures developed

25       pursuant to paragraphs (1) through (4).

WASHSTATEC011777

677

1    (c) REPORT.—Not later than 270 days after the date

2 of the enactment of this Act, the Secretary of Defense

3 shall submit to the Committees on Armed Services of the

4 Senate and the House of Representatives a report on the

5 results of the study under subsection (a).

# TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS

Subtitle A—Acquisition Policy and Management

Sec. 800. Authority for continuous integration and delivery of software applications and upgrades to embedded systems.
Sec. 801. Pilot program on intellectual property evaluation for acquisition programs.
Sec. 802. Pilot program to use alpha contracting teams for complex requirements.
Sec. 803. Failure to provide other than certified cost or pricing data upon request.
Sec. 804. Comptroller General report on price reasonableness.
Sec. 805. Limitation on transfer of funds related to cost overruns and cost underruns.
Sec. 806. Standardizing data collection and reporting on use of source selection procedures by Federal agencies.
Sec. 807. Department of Defense use of fixed-price contracts.
Sec. 808. Repeal of continuation of data rights during challenges.
Sec. 809. Repeal of authority to waive acquisition laws to acquire vital national security capabilities.
Sec. 810. Repeal of the Defense Cost Accounting Standards Board.

Subtitle B—Amendments to General Contracting Authorities, Procedures, and Limitations

Sec. 815. Modification of Director of Operational Test and Evaluation report.
Sec. 816. Modification of written approval requirement for task and delivery order single contract awards.
Sec. 817. Responsibility for data analysis and requirements validation for services contracts.
Sec. 818. Documentation of market research related to commercial item determinations.
Sec. 819. Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects.

WASHSTATEC011778

678

Sec. 820. Notification of Navy procurement production disruptions.
Sec. 821. Modification to acquisition authority of the Commander of the United States Cyber Command.
Sec. 822. Extension of Never Contract With the Enemy.
Sec. 823. Modification of justification and approval requirement for certain Department of Defense contracts.
Sec. 824. Extension of sunset relating to Federal Data Center Consolidation Initiative.
Sec. 825. Pilot program to accelerate contracting and pricing processes.
Sec. 826. Uniformity in application of micro-purchase threshold to certain task or delivery orders.
Sec. 827. Requirement for cost estimates on models of commercial e-commerce portal program.

Subtitle C—Provisions Relating to Major Defense Acquisition Programs

Sec. 830. Modification of requirements for reporting to Congress on certain acquisition programs.
Sec. 831. Pilot program to streamline decision-making processes for weapon systems.
Sec. 832. Analysis of alternatives pursuant to materiel development decisions.
Sec. 833. Naval vessel certification required before Milestone B approval.

Subtitle D—Provisions Relating to the Acquisition System

Sec. 835. Extramural acquisition innovation and research activities.
Sec. 836. Report on realignment of the defense acquisition system to implement acquisition reforms.
Sec. 837. Report and limitation on the availability of funds relating to the "middle tier" of acquisition programs.
Sec. 838. Report on intellectual property policy and the cadre of intellectual property experts.
Sec. 839. Guidance and reports relating to covered defense business systems.
Sec. 840. Implementation guidance for use of a modular open system approach.
Sec. 841. Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense.

Subtitle E—Industrial Base Matters

Sec. 845. Modernization of acquisition processes to ensure integrity of industrial base.
Sec. 846. Report requirements for the national technology and industrial base.
Sec. 847. Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors.
Sec. 848. Prohibition on operation or procurement of foreign-made unmanned aircraft systems.
Sec. 849. Modification of prohibition on acquisition of sensitive materials from non-allied foreign nations.
Sec. 850. Acquisition and disposal of certain rare earth materials.
Sec. 851. Pilot program for development of technology-enhanced capabilities with partnership intermediaries.
Sec. 852. Authorized official to carry out the procurement technical assistance cooperative agreement program.
Sec. 853. Requirement that certain ship components be manufactured in the national technology and industrial base.

WASHSTATEC011779

679

Sec. 854. Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment.

Sec. 855. Application of miscellaneous technology base policies and programs to the Columbia-class submarine program.

Sec. 856. Application of limitation on procurement of goods other than United States goods to the FFG–Frigate Program.

Sec. 857. Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate.

Subtitle F—Provisions Relating to Acquisition Workforce

Sec. 860. Establishment of Defense Civilian Training Corps.

Sec. 861. Defense acquisition workforce certification, education, and career fields.

Sec. 862. Software development and software acquisition training and management programs.

Sec. 863. Modification of temporary assignments of Department of Defense employees to a private-sector organization.

Sec. 864. Incentives and consideration for qualified training programs.

Sec. 865. Use of qualified apprentices by military construction contractors.

Subtitle G—Small Business Matters

Sec. 870. Requirements relating to credit for certain small business concern subcontractors.

Sec. 871. Inclusion of best in class designations in annual report on small business goals.

Sec. 872. Reauthorization and improvement of Department of Defense Mentor-Protege Program.

Sec. 873. Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act.

Sec. 874. Postaward explanations for unsuccessful offerors for certain contracts.

Sec. 875. Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses.

Sec. 876. Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans.

Sec. 877. Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict.

Sec. 878. Modification to the Defense Research and Development Rapid Innovation Program.

Sec. 879. Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy.

Sec. 880. Assistance for small business concerns participating in the SBIR and STTR programs.

Sec. 881. Cybersecurity technical assistance for SBIR and STTR programs.

Sec. 882. Funding for defense research activities of small business concerns.

Sec. 883. Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program.

Sec. 884. Pilot program for domestic investment under the SBIR program.

WASHSTATEC011780

680

Subtitle H—Other Matters

Sec. 885. Review of guidance to contractors on nondiscrimination on the basis of sex.
Sec. 886. Comptroller General report on contractor violations of certain labor laws.
Sec. 887. Comptroller General report on contingency contracting.
Sec. 888. Policies and procedures for contractors to report gross violations of internationally recognized human rights.
Sec. 889. Comptroller General report on oversight of contractors providing private security functions.
Sec. 890. Prohibition on contracting with persons that have business operations with the Maduro regime.
Sec. 891. Report on the Combating Trafficking in Persons initiative.
Sec. 892. Improved management of information technology and cyberspace investments.
Sec. 893. Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts.

# Subtitle A—Acquisition Policy and Management

### SEC. 800. AUTHORITY FOR CONTINUOUS INTEGRATION AND DELIVERY OF SOFTWARE APPLICATIONS AND UPGRADES TO EMBEDDED SYSTEMS.

(a) SOFTWARE ACQUISITION AND DEVELOPMENT PATHWAYS.—The Secretary of Defense shall establish pathways as described under subsection (b) to provide for the efficient and effective acquisition, development, integration, and timely delivery of secure software. Such a pathway shall include the following:

(1) USE OF PROVEN TECHNOLOGIES AND SOLUTIONS.—A pathway established under this section shall provide for the use of proven technologies and solutions to continuously engineer and deliver capabilities in software.

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011781

681

1     (2) USE OF AUTHORITY.—In using the author-
2   ity under this section, the Secretary shall consider
3   how such use will—

4     (A) initiate the engineering of new soft-
5     ware capabilities quickly;

6     (B) demonstrate the viability and effective-
7     ness of such capabilities for operational use not
8     later than one year after the date on which
9     funds are first obligated to acquire or develop
10    software; and

11    (C) allow for the continuous updating and
12    delivery of new capabilities not less frequently
13    than annually to iteratively meet a requirement.

14   (3) TREATMENT NOT AS MAJOR DEFENSE AC-
15  QUISITION PROGRAM.—Software acquired or devel-
16  oped using the authority under this section shall not
17  be treated as a major defense acquisition program
18  for purposes of section 2430 of title 10, United
19  States Code, or Department of Defense Directive
20  5000.01 without the specific direction of the Under
21  Secretary of Defense for Acquisition and
22  Sustainment or a Senior Acquisition Executive.

23   (4) RISK-BASED APPROACH.—The Secretary of
24  Defense shall use a risk-based approach for the con-
25  sideration of innovative technologies and new capa-

WASHSTATEC011782

682

1 bilities for software to be acquired or developed
2 under this authority to meet needs communicated by
3 the Joint Chiefs of Staff and the combatant com-
4 manders.

5 (b) PATHWAYS.—The Secretary of Defense may es-
6 tablish as many pathways as the Secretary determines ap-
7 propriate and shall establish the following pathways:

8     (1) APPLICATIONS.—The applications software
9 acquisition pathway shall provide for the use of
10 rapid development and implementation of applica-
11 tions and other software or software improvements
12 operated by the Department of Defense, which may
13 include applications running on commercial com-
14 modity hardware (including modified hardware) and
15 commercially available cloud computing platforms.

16     (2) EMBEDDED SYSTEMS.—The embedded sys-
17 tems software acquisition pathway shall provide for
18 the rapid development and insertion of upgrades and
19 improvements for software embedded in weapon sys-
20 tems and other military-unique hardware systems.

21 (c) EXPEDITED PROCESS.—

22     (1) IN GENERAL.—A pathway established under
23 subsection (a) shall provide for—

24         (A) a streamlined and coordinated require-
25 ments, budget, and acquisition process to sup-

WASHSTATEC011783

683

1      port rapid fielding of software applications and
2      of software upgrades to embedded systems for
3      operational use in a period of not more than
4      one year from the time that the process is initi-
5      ated;

6          (B) the collection of data on software field-
7      ed; and

8          (C) continuous engagement with the users
9      of software to support engineering activities,
10     and to support delivery of software for oper-
11     ational use in periods of not more than one
12     year.

13     (2) EXPEDITED SOFTWARE REQUIREMENTS
14     PROCESS.—

15         (A) INAPPLICABILITY OF JOINT CAPABILI-
16     TIES INTEGRATION AND DEVELOPMENT SYSTEM
17     (JCIDS) MANUAL.—Software acquisition or de-
18     velopment conducted under the authority of this
19     section shall not be subject to the Joint Capa-
20     bilities Integration and Development System
21     Manual, except pursuant to a modified process
22     specifically provided for the acquisition or devel-
23     opment of software by the Vice Chairman of the
24     Joint Chiefs of Staff, in consultation with
25     Under Secretary of Defense for Acquisition and

WASHSTATEC011784

684

1        Sustainment and each service acquisition execu-
2        tive (as defined in section 101(a)(10) of title
3        10, United States Code).

4        (B) INAPPLICABILITY OF DEFENSE ACQUI-
5        SITION SYSTEM DIRECTIVE.—Software acquisi-
6        tion or development conducted under the au-
7        thority of this section shall not be subject to
8        Department of Defense Directive 5000.01, ex-
9        cept when specifically provided for the acquisi-
10       tion or development of software by the Under
11       Secretary of Defense for Acquisition and
12       Sustainment, in consultation with the Vice
13       Chairman of the Joint Chiefs of Staff and each
14       service acquisition executive.

15    (d) ELEMENTS.—In implementing a pathway estab-
16  lished under the authority of this section, the Secretary
17  shall tailor requirements relating to—

18        (1) iterative development of requirements for
19        software to be acquired or developed under the au-
20        thority of this section through engagement with the
21        user community and through the use of operational
22        user feedback, in order to continuously define and
23        update priorities for such requirements;

24        (2) early identification of the warfighter or user
25        need, including the rationale for how software capa-

WASHSTATEC011785

685

1    bilities will support increased lethality and efficiency,

2    and identification of a relevant user community;

3        (3) initial contract requirements and format, in-

4    cluding the use of summary-level lists of problems

5    and shortcomings in existing software and desired

6    features or capabilities of new or upgraded software;

7        (4) continuous refinement and prioritization of

8    contract requirements through use of evolutionary

9    processes, informed by continuous engagement with

10   operational users throughout the development and

11   implementation period;

12       (5) continuous consideration of issues related to

13   lifecycle costs, technical data rights, and systems

14   interoperability;

15       (6) planning for support of software capabilities

16   in cases where the software developer may stop sup-

17   porting the software;

18       (7) rapid contracting procedures, including ex-

19   pedited timeframes for making awards, selecting

20   contract types, defining teaming arrangements, and

21   defining options;

22       (8) program execution processes, including sup-

23   porting development and test infrastructure, auto-

24   mation and tools, digital engineering, data collection

25   and sharing with Department of Defense oversight

WASHSTATEC011786

686

1 organizations and with Congress, the role of develop-
2 mental and operational testing activities, key deci-
3 sion making and oversight events, and supporting
4 processes and activities (such as independent costing
5 activity, operational demonstration, and performance
6 metrics);

7 (9) assurances that cybersecurity metrics of the
8 software to be acquired or developed, such as
9 metrics relating to the density of vulnerabilities
10 within the code of such software, the time from vul-
11 nerability identification to patch availability, the ex-
12 istence of common weaknesses within such code, and
13 other cybersecurity metrics based on widely-recog-
14 nized standards and industry best practices, are gen-
15 erated and made available to the Department of De-
16 fense and the congressional defense committees;

17 (10) administrative procedures, including proce-
18 dures related to who may initiate and approve an ac-
19 quisition under this authority, the roles and respon-
20 sibilities of the implementing project or product
21 teams and supporting activities, team selection and
22 staffing process, governance and oversight roles and
23 responsibilities, and appropriate independent tech-
24 nology assessments, testing, and cost estimation (in-
25 cluding relevant thresholds or designation criteria);

WASHSTATEC011787

687

1          (11) mechanisms and waivers designed to en-
2     sure flexibility in the implementation of a pathway
3     under this section, including the use of other trans-
4     action authority, broad agency announcements, and
5     other procedures; and

6          (12) mechanisms the Secretary will use for ap-
7     propriate reporting to Congress on the use of this
8     authority, including notice of initiation of the use of
9     a pathway and data regarding individual programs
10    or acquisition activities, how acquisition activities
11    are reflected in budget justification materials or re-
12    quests to reprogram appropriated funds, and compli-
13    ance with other reporting requirements.

14    (e) GUIDANCE REQUIRED.—

15         (1) IN GENERAL.—Not later than 90 days after
16    the date of the enactment of this Act, the Secretary
17    of Defense shall issue initial guidance to implement
18    the requirements of this section.

19         (2) LIMITATION.—If the Secretary of Defense
20    has not issued final guidance to implement the re-
21    quirements of this section before October 1, 2021,
22    the Secretary may not use the authority under this
23    section—

24              (A) to establish a new pathway to acquire
25         or develop software; or

WASHSTATEC011788

688

1    (B) to continue activities to acquire or de-
2   velop software using a pathway established
3   under initial guidance described in paragraph
4   (1).

5 (f) REPORT.—

6   (1) IN GENERAL.—Not later than October 15,
7 2020, the Under Secretary of Defense for Acquisi-
8 tion and Sustainment, in consultation with the secre-
9 taries of the military departments and other appro-
10 priate officials, shall report on the use of the author-
11 ity under this section using the initial guidance
12 issued under subsection (d).

13   (2) ELEMENTS.—The report required under
14 paragraph (1) shall include the following elements:

15    (A) The final guidance required by sub-
16   section (d)(2), including a description of the
17   treatment of use of the authority that was initi-
18   ated before such final guidance was issued.

19    (B) A summary of how the authority under
20   this section has been used, including a list of
21   the cost estimate, schedule for development,
22   testing and delivery, and key management risks
23   for each initiative conducted pursuant to such
24   authority.

WASHSTATEC011789

689

    (C) Accomplishments from and challenges to using the authority under this section, including organizational, cultural, talent, infrastructure, testing, and training considerations.

    (D) Recommendations for legislative changes to the authority under this section.

    (E) Recommendations for regulatory changes to the authority under this section to promote effective development and deployment of software acquired or developed under this section.

## SEC. 801. PILOT PROGRAM ON INTELLECTUAL PROPERTY EVALUATION FOR ACQUISITION PROGRAMS.

(a) PILOT PROGRAM.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretaries of the military departments may jointly carry out a pilot program to assess mechanisms to evaluate intellectual property (such as technical data deliverables and associated license rights), including commercially available intellectual property valuation analysis and techniques, in acquisition programs for which each such Secretary is responsible to better understand the benefits associated with these mechanisms on—

    (1) the development of cost-effective intellectual property strategies;

WASHSTATEC011790

690

1    (2) the assessment and management of the

2    value and acquisition costs of intellectual property

3    during acquisition and sustainment activities (in-

4    cluding source selection evaluation factors) through-

5    out the acquisition lifecycle for any acquisition pro-

6    gram selected by such Secretary; and

7    (3) the use of a commercial product (as defined

8    in section 103 of title 41, United States Code, as in

9    effect on January 1, 2020), commercial service (as

10   defined in section 103a of title 41, United States

11   Code, as in effect on January 1, 2020), or non-

12   developmental item (as defined in section 110 of title

13   41, United States Code) as an alternative to a prod-

14   uct or service to be specifically developed for a se-

15   lected acquisition program, including evaluation of

16   the benefits of reduced risk regarding cost, schedule,

17   and performance associated with commercial prod-

18   ucts, commercial services, and nondevelopmental

19   items.

20   (b) ACTIVITIES.—Activities carried out under the

21   pilot program may include the following:

22   (1) Establishment of a team of Department of

23   Defense and private sector subject matter experts

24   (which may include the cadre of intellectual property

WASHSTATEC011791

691

1    experts established under section 2322(b) of title 10,
2    United States Code) to—

3        (A) recommend acquisition programs to be
4        selected for the pilot program established under
5        subsection (a);

6        (B) recommend criteria for the consider-
7        ation of types of commercial products, commer-
8        cial services, or nondevelopmental items that
9        can used as an alternative to a product or serv-
10       ice to be specifically developed for a selected ac-
11       quisition program; or

12       (C) identify, to the maximum extent prac-
13       ticable at each milestone established for each
14       selected acquisition program, intellectual prop-
15       erty evaluation techniques to obtain quan-
16       titative and qualitative analysis of intellectual
17       property during the procurement, production
18       and deployment, and operations and support
19       phases for the each selected acquisition pro-
20       gram.

21       (2) Assessment of commercial valuation tech-
22       niques for intellectual property for use by the De-
23       partment of Defense.

WASHSTATEC011792

692

1 (3) Assessment of the feasibility of agency-level

2 oversight to standardize intellectual property evalua-

3 tion practices and procedures.

4 (4) Assessment of contracting mechanisms to

5 speed delivery of intellectual property to the Armed

6 Forces or reduce sustainment costs.

7 (5) Assessment of agency acquisition planning

8 to ensure procurement of appropriate intellectual

9 property deliverables and intellectual property rights

10 necessary for Government-planned sustainment ac-

11 tivities.

12 (6) Engagement with the private sector to—

13 (A) support the development of strategies

14 and program requirements to aid in acquisition

15 planning for intellectual property;

16 (B) support the development and improve-

17 ment of intellectual property strategies as part

18 of life-cycle sustainment plans; and

19 (C) propose and implement alternative and

20 innovative methods of intellectual property valu-

21 ation, prioritization, and evaluation techniques

22 for intellectual property.

23 (7) Recommendations to the relevant program

24 manager of an acquisition program selected under

25 subsection (a), including evaluation techniques and

WASHSTATEC011793

693

1    contracting   mechanisms   for   acquisition   and

2    sustainment activities.

3    (c) REPORT.—Not later than November 1, 2020, and

4    annually thereafter through November 1, 2023, the Sec-

5    retary of Defense, in coordination with the Secretaries

6    concerned, shall submit to the congressional defense com-

7    mittees a joint report on the pilot program conducted

8    under this section. The report shall, at a minimum, in-

9    clude—

10    (1) a description of the acquisition programs se-

11    lected by the Secretary concerned;

12    (2) a description of the specific activities in

13    subsection (c) that were performed under each pro-

14    gram;

15    (3) an assessment of the effectiveness of the ac-

16    tivities;

17    (4) an assessment of improvements to acquisi-

18    tion or sustainment activities related to the pilot

19    program; and

20    (5) an assessment of the results related to the

21    pilot program, including any cost savings and im-

22    provement to mission success during the operations

23    and support phase of the selected acquisition pro-

24    gram.

WASHSTATEC011794

694

## SEC. 802. PILOT PROGRAM TO USE ALPHA CONTRACTING TEAMS FOR COMPLEX REQUIREMENTS.

1  (a) IN GENERAL.—(1) The Secretary of Defense
2  shall select at least 2, and up to 5, initiatives to participate
3  in a pilot to use teams that, with the advice of expert third
4  parties, focus on the development of complex contract
5  technical requirements for services, with each team focus-
6  ing on developing achievable technical requirements that
7  are appropriately valued and identifying the most effective
8  acquisition strategy to achieve those requirements.

9  (2) The Secretary shall develop metrics for tracking
10  progress of the program at improving quality and acquisi-
11  tion cycle time.

12  (b) DEVELOPMENT OF CRITERIA AND INITIATIVES.—
13  (1) Not later than February 1, 2020, the Secretary of De-
14  fense shall establish the pilot program and notify the con-
15  gressional defense committees of the criteria used to select
16  initiatives and the metrics used to track progress.

17  (2) Not later than May 1, 2020, the Secretary shall
18  notify the congressional defense committees of the initia-
19  tives selected for the program.

20  (3) Not later than December 1, 2020, the Secretary
21  shall brief the congressional defense committees on the
22  progress of the selected initiatives, including the progress
23  of the initiatives at improving quality and acquisition cycle

WASHSTATEC011795

695

1 time according to the metrics developed under subsection

2 (a)(2).

### SEC. 803. FAILURE TO PROVIDE OTHER THAN CERTIFIED COST OR PRICING DATA UPON REQUEST.

5 Section 2306a(d) of title 10, United States Code, is

6 amended—

7 (1) in paragraph (1), by adding at the end the

8 following: "Contracting officers shall not determine

9 the price of a contract or subcontract to be fair and

10 reasonable based solely on historical prices paid by

11 the Government.";

12 (2) by redesignating paragraph (2) as para-

13 graph (3); and

14 (3) by inserting after paragraph (1) the fol-

15 lowing new paragraph:

16 "(2) INELIGIBILITY FOR AWARD.—(A) In the

17 event the contracting officer is unable to determine

18 proposed prices are fair and reasonable by any other

19 means, an offeror who fails to make a good faith ef-

20 fort to comply with a reasonable request to submit

21 data in accordance with paragraph (1) is ineligible

22 for award unless the head of the contracting activity,

23 or the designee of the head of contracting activity,

24 determines that it is in the best interest of the Gov-

25 ernment to make the award to that offeror, based on

WASHSTATEC011796

696

1   consideration of pertinent factors, including the fol-

2   lowing:

3           "(i) The effort to obtain the data.

4           "(ii) Availability of other sources of supply

5       of the item or service.

6           "(iii) The urgency or criticality of the Gov-

7       ernment's need for the item or service.

8           "(iv) Reasonableness of the price of the

9       contract, subcontract, or modification of the

10      contract or subcontract based on information

11      available to the contracting officer.

12          "(v) Rationale or justification made by the

13      offeror for not providing the requested data.

14          "(vi) Risk to the Government if award is

15      not made.

16      "(B)(i) Any new determination made by the

17  head of the contracting activity under subparagraph

18  (A) shall be reported to the Principal Director, De-

19  fense Pricing and Contracting on a quarterly basis.

20      "(ii) The Under Secretary of Defense for Ac-

21  quisition and Sustainment, or a designee, shall

22  produce an annual report identifying offerors that

23  have denied multiple requests for submission of

24  uncertified cost or pricing data over the preceding

25  three-year period, but nevertheless received an

WASHSTATEC011797

1       award. The report shall identify products or services

2       offered by such offerors that should undergo should-

3       cost analysis. The Secretary of Defense may include

4       a notation on such offerors in the system used by

5       the Federal Government to monitor or record con-

6       tractor past performance. The Under Secretary shall

7       assess the extent to which these offerors are sole

8       source providers within the defense industrial base

9       and shall develop strategies to incentivize new en-

10      trants into the industrial base to increase the avail-

11      ability of other sources of supply for the product or

12      service.''.

13  **SEC. 804. COMPTROLLER GENERAL REPORT ON PRICE REA-**

14                  **SONABLENESS.**

15      Not later than March 31, 2021, the Comptroller Gen-

16  eral of the United States shall submit to the congressional

17  defense committees, the Committee on Oversight and Re-

18  form of the House of Representatives, and the Committee

19  on Homeland Security and Governmental Affairs of the

20  Senate a report on the efforts of the Secretary of Defense

21  to secure data relating to the price reasonableness of of-

22  fers from offerors. The report shall include a review of—

23          (1) the number of, and justification for, any

24      waiver of requirements for submission of certified

25      cost or pricing data for sole source contracts for

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011798

698

1  spare parts issued during fiscal years 2015 through
2  2019 pursuant to section 2306a(b)(1)(C) of title 10,
3  United States Code;

4      (2) the number of, and justification for, any ex-
5  ception to the requirements for submission of cer-
6  tified cost or pricing data for sole source contracts
7  for spare parts provided during fiscal years 2015
8  through 2019 pursuant to section 2306a(b)(1)(B) of
9  title 10, United States Code;

10     (3) the number of contracts awarded for which
11  a request for cost or pricing data, including data
12  other than certified cost or pricing data, to deter-
13  mine price reasonableness was denied by an offeror
14  at the time of award;

15     (4) actions taken by the Secretary if an offeror
16  refused to provide requested data described in para-
17  graph (2), including—

18         (A) whether the contracting officer in-
19      cluded a notation in the system used by the
20      Federal Government to monitor or record con-
21      tractor past performance regarding the refusal
22      of an offeror to provide such data;

23         (B) any strategies developed by the Sec-
24      retary to acquire the good that was the subject
25      of a contract for which the offeror refused to

WASHSTATEC011799

699

1           provide such data in the future without the

2           need for such a waiver.

3 **SEC. 805. LIMITATION ON TRANSFER OF FUNDS RELATED**

4           **TO COST OVERRUNS AND COST UNDERRUNS.**

5     (a) IN GENERAL.—Section 828(a) of the National

6 Defense Authorization Act for Fiscal Year 2016 (Public

7 Law 114–92; 10 U.S.C. 2430 note) is amended by striking

8 "For each of fiscal years 2018 through 2022" and insert-

9 ing "For fiscal years 2018 and 2019".

10     (b) TECHNICAL AMENDMENT.—Section 825 of the

11 National Defense Authorization Act for Fiscal Year 2018

12 (Public Law 115–91; 131 Stat. 1466; 10 U.S.C. 2430

13 note) is amended—

14         (1) by repealing subsection (b); and

15         (2) by striking "(a) IN GENERAL.—".

16 **SEC. 806. STANDARDIZING DATA COLLECTION AND RE-**

17           **PORTING ON USE OF SOURCE SELECTION**

18           **PROCEDURES BY FEDERAL AGENCIES.**

19     (a) REPEAL OF GOVERNMENT ACCOUNTABILITY OF-

20 FICE REPORTING REQUIREMENTS ON USE OF LOWEST

21 PRICE TECHNICALLY ACCEPTABLE SOURCE SELECTION

22 CRITERIA.—

23         (1) DEPARTMENT OF DEFENSE.—Section 813

24     of the National Defense Authorization Act for Fiscal

WASHSTATEC011800

700

1  Year 2017 (10 U.S.C. 2305 note) is amended by
2  striking subsection (d).

3      (2) OTHER AGENCIES.—Section 880 of the
4  John S. McCain National Defense Authorization Act
5  for Fiscal Year 2019 (Public Law 115–232; 132
6  Stat. 1910; 41 U.S.C. 3701 note) is amended by
7  striking subsection (d) and redesignating subsection
8  (e) as subsection (d).

9  (b) REVISION TO THE FEDERAL PROCUREMENT
10 DATA SYSTEM.—Not later than 180 days after the date
11 of the enactment of this Act, the Administrator of General
12 Services, in coordination with the Administrator for Fed-
13 eral Procurement Policy, shall direct appropriate revisions
14 to the Federal procurement data system established pur-
15 suant to section 1122(a)(4) of title 41, United States Code
16 (or any successor system), to facilitate the collection of
17 complete, timely, and reliable data on the source selection
18 processes used by Federal agencies for the contract ac-
19 tions being reported in the system. The Administrator of
20 General Services shall ensure that data are collected—

21     (1) at a minimum, on the usage of the lowest
22     price technically acceptable contracting methods and
23     best value contracting methods process; and

WASHSTATEC011801

701

1   (2) on all applicable contracting actions, includ-

2  ing task orders or delivery orders issued under in-

3  definite delivery-indefinite quantity contracts.

4 **SEC. 807. DEPARTMENT OF DEFENSE USE OF FIXED-PRICE**

5  **CONTRACTS.**

6  (a) DEPARTMENT OF DEFENSE REVIEW.—

7   (1) IN GENERAL.—The Under Secretary of De-

8  fense for Acquisition and Sustainment shall review

9  how the Department of Defense informs decisions to

10  use fixed-price contracts to support broader acquisi-

11  tion objectives to ensure that such decisions are

12  made strategically and consistently. The review

13  should include decisions on the use of the various

14  types of fixed price contracts, including fixed-price

15  incentive contracts.

16   (2) BRIEFING.—Not later than February 1,

17  2020, the Under Secretary shall brief the congres-

18  sional defense committees on the findings of the re-

19  view required under paragraph (1).

20  (b) COMPTROLLER GENERAL REPORT.—

21   (1) IN GENERAL.—Not later than February 1,

22  2021, the Comptroller General of the United States

23  shall submit to the congressional defense committees

24  a report on the Department of Defense's use of

WASHSTATEC011802

1   fixed-price contracts, including different types of

2   fixed-price contracts.

3   (2) ELEMENTS.—The report required under

4   paragraph (1) shall include the following elements:

5       (A) A description of the extent to which

6       fixed-price contracts have been used over time

7       and the conditions in which they are used.

8       (B) An assessment of the effects of the de-

9       cisions to use fixed-price contract types, such as

10      any additional costs or savings or efficiencies in

11      contract administration.

12      (C) An assessment of how decisions to use

13      various types of fixed-price contracts affects the

14      contract closeout process.

15  (c) DELAYED IMPLEMENTATION OF REGULATIONS

16  REQUIRING THE USE OF FIXED-PRICE CONTRACTS FOR

17  FOREIGN MILITARY SALES.—The regulations prescribed

18  pursuant to section 830(a) of the National Defense Au-

19  thorization Act for Fiscal Year 2017 (Public Law 114–

20  328; 22 U.S.C. 2762 note) shall not take effect until De-

21  cember 31, 2020. The regulations as so prescribed shall

22  take into account the findings of the review conducted

23  under subsection (a)(1).

WASHSTATEC011803

703

1   **SEC. 808. REPEAL OF CONTINUATION OF DATA RIGHTS**

2           **DURING CHALLENGES.**

3       (a) REPEAL.—Section 866 of the John S. McCain

4   National Defense Authorization Act for Fiscal Year 2019

5   (Public Law 115–232; 132 Stat. 1901; 10 U.S.C. 2321)

6   is repealed.

7       (b) RESTORATION OF AMENDED PROVISION.—Sub-

8   section (i) of section 2321 of title 10, United States Code,

9   is amended to read as follows:

10      "(i) RIGHTS AND LIABILITY UPON FINAL DISPOSI-

11  TION.—(1) If, upon final disposition, the contracting offi-

12  cer's challenge to the use or release restriction is sus-

13  tained—

14              "(A) the restriction shall be cancelled; and

15              "(B) if the asserted restriction is found not to

16          be substantially justified, the contractor or subcon-

17          tractor asserting the restriction shall be liable to the

18          United States for payment of the cost to the United

19          States of reviewing the asserted restriction and the

20          fees and other expenses (as defined in section

21          2412(d)(2)(A) of title 28) incurred by the United

22          States in challenging the asserted restriction, unless

23          special circumstances would make such payment un-

24          just.

WASHSTATEC011804

704

1    ''(2) If, upon final disposition, the contracting offi-

2  cer's challenge to the use or release restriction is not sus-

3  tained—

4        ''(A) the United States shall continue to be

5    bound by the restriction; and

6        ''(B) the United States shall be liable for pay-

7    ment to the party asserting the restriction for fees

8    and other expenses (as defined in section

9    2412(d)(2)(A) of title 28) incurred by the party as-

10    serting the restriction in defending the asserted re-

11    striction if the challenge by the United States is

12    found not to be made in good faith.''.

13  **SEC. 809. REPEAL OF AUTHORITY TO WAIVE ACQUISITION**

14           **LAWS TO ACQUIRE VITAL NATIONAL SECU-**

15           **RITY CAPABILITIES.**

16  Section 806 of the National Defense Authorization

17  Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C.

18  2302 note) is repealed.

19  **SEC. 810. REPEAL OF THE DEFENSE COST ACCOUNTING**

20           **STANDARDS BOARD.**

21    (a) REPEAL.—Section 190 of title 10, United States

22  Code, is repealed.

23    (b) CLERICAL AMENDMENT.—The table of sections

24  at the beginning of chapter 7 of such title is amended by

25  striking the item relating to section 190.

WASHSTATEC011805

705

# Subtitle B—Amendments to General Contracting Authorities, Procedures, and Limitations

### SEC. 815. MODIFICATION OF DIRECTOR OF OPERATIONAL TEST AND EVALUATION REPORT.

Section 139(h) of title 10, United States Code, is amended—

  (1) in paragraph (2), by striking ", through January 31, 2021" and inserting ", through January 31, 2025"; and

  (2) by amending paragraph (5) to read as follows:

"(5) The Director shall solicit comments from the Secretaries of the military departments on each report of the Director to Congress under this section and include any comments as an appendix to the Director's report. The Director shall determine the amount of time available for the Secretaries to comment on the draft report on a case by case basis, and consider the extent to which substantive discussions have already been held between the Director and the military department. The Director shall reserve the right to issue the report without comment from a military department if the department's comments are not received within the time provided, and shall indicate any such omission in the report.".

WASHSTATEC011806

706

**SEC. 816. MODIFICATION OF WRITTEN APPROVAL RE-**
**QUIREMENT FOR TASK AND DELIVERY**
**ORDER SINGLE CONTRACT AWARDS.**

Section 2304a(d)(3) of title 10, United States Code, is amended—

(1) in subparagraph (B), by redesignating clauses (i) and (ii) as subclauses (I) and (II), respectively;

(2) by redesignating subparagraphs (A), (B), (C), and (D) as clauses (i), (ii), (iii), and (iv), respectively;

(3) by striking ''No task or delivery order contract'' and inserting ''(A) Except as provided under subparagraph (B), no task or delivery order contract''; and

(4) by adding at the end the following new subparagraph:

''(B) A task or delivery order contract in an amount estimated to exceed $100,000,000 (including all options) may be awarded to a single source without the written determination otherwise required under subparagraph (A) if the head of the agency has made a written determination pursuant to section 2304(c) of this title that procedures other than competitive procedures may be used for the awarding of such contract.''.

WASHSTATEC011807

**SEC. 817. RESPONSIBILITY FOR DATA ANALYSIS AND RE-QUIREMENTS VALIDATION FOR SERVICES CONTRACTS.**

(a) IN GENERAL.—Section 2329 of title 10, United States Code, is amended—

(1) in subsection (a), by inserting ", acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation," after "Secretary of Defense";

(2) in subsection (b), in the matter preceding paragraph (1), by inserting ", acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation," after "Secretary of Defense"; and

(3) in subsection (c)(2)(A), by inserting ", acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation," after "Secretary of Defense".

(b) CONFORMING AMENDMENT.—Section 818(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1852) is amended by striking "the Under Secretary of Defense for Acquisition and Sustainment" and inserting "the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation".

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011808

708

1 **SEC. 818. DOCUMENTATION OF MARKET RESEARCH RE-**
2 **LATED TO COMMERCIAL ITEM DETERMINA-**
3 **TIONS.**

4 (a) DEPARTMENT OF DEFENSE PROCUREMENTS.—

5 (1) IN GENERAL.—Section 2377(c) of title 10,
6 United States Code, is amended—

7 (A) by redesignating paragraph (4) as
8 paragraph (5); and

9 (B) by inserting after paragraph (3) the
10 following new paragraph:

11 "(4) The head of an agency shall document the
12 results of market research in a manner appropriate
13 to the size and complexity of the acquisition.".

14 (2) CONFORMING AMENDMENT RELATED TO
15 PROSPECTIVE                AMENDMENT.—Section
16 836(d)(3)(C)(ii) of the John S. McCain National
17 Defense Authorization Act for Fiscal Year 2019
18 (Public Law 115–232) is amended by striking "in
19 paragraph (4)" and inserting "in paragraph (5)".

20 (b) CIVILIAN AGENCY PROCUREMENTS.—Section
21 3307(d) of title 41, United States Code, is amended by
22 adding at the end the following new paragraph:

23 "(4) DOCUMENTATION.—The head of the agen-
24 cy shall document the results of market research in
25 a manner appropriate to the size and complexity of
26 the acquisition.".

WASHSTATEC011809

709

**SEC. 819. AVAILABILITY OF DATA ON THE USE OF OTHER TRANSACTION AUTHORITY AND REPORT ON THE USE OF AUTHORITY TO CARRY OUT PRO-TOTYPE PROJECTS.**

Section 873 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1905; 10 U.S.C. 2371 note) is amended—

(1) in subsection (b)—

(A) by striking the period at the end and inserting "; and";

(B) by striking "shall analyze" and inserting the following: "shall—

"(1) analyze"; and

(C) by adding at the end the following new paragraph:

"(2) make the data collected under subsection (a) accessible to any official designated by the Secretary of Defense for inclusion by such official in relevant reports made by such official."; and

(2) by amending subsection (c) to read as follows:

"(c) REPORT REQUIRED.—

"(1) IN GENERAL.—Not later than December 31, 2019, and annually thereafter through December 31, 2023, the Secretary of Defense shall submit to the congressional defense committees a report on the

WASHSTATEC011810

710

1 use of other transaction authority to carry out proto-

2 type projects during the preceding fiscal year. Each

3 report shall summarize the data collected under sub-

4 section (a) on the nature and extent of each such

5 use of the authority, including a description—

6   ''(A) of the participants to an agreement

7   entered into pursuant to the authority of sub-

8   section (a) of section 2371b of title 10, United

9   States Code, or a follow-on contract or trans-

10   action entered into pursuant to the authority of

11   subsection (f) of such section;

12   ''(B) of the quantity of prototype projects

13   to be produced pursuant to such an agreement,

14   follow-on contract, or transaction;

15   ''(C) of the amount of payments made pur-

16   suant to each such agreement, follow-on con-

17   tract, or transaction;

18   ''(D) of the purpose, description, and sta-

19   tus of prototype projects carried out pursuant

20   to each such agreement, follow-on contract, or

21   transaction; and

22   ''(E) including case examples, of the suc-

23   cesses and challenges with using the authority

24   of such subsection (a) or (f).

WASHSTATEC011811

711

1        "(2) FORM OF REPORT.—A report required

2    under this subsection shall be submitted in unclassi-

3    fied form without any designation relating to dis-

4    semination control, but may contain a classified

5    annex.".

## 6  SEC. 820. NOTIFICATION OF NAVY PROCUREMENT PRODUC-

## 7          TION DISRUPTIONS.

8    (a) IN GENERAL.—Chapter 137 of title 10, United

9 States Code, is amended by adding at the end the fol-

10 lowing new section:

## 11  "§ 2339b. Notification of Navy procurement produc-

## 12        tion disruptions

13    "(a) REQUIREMENT FOR CONTRACTOR TO PROVIDE

14 NOTICE OF DELAYS.—The Secretary of the Navy shall re-

15 quire prime contractors of any Navy procurement program

16 funded under either the Shipbuilding and Conversion,

17 Navy account or the Other Procurement, Navy account

18 to report within 15 calendar days any stop work order or

19 other manufacturing disruption of 15 calendar days or

20 more, by the prime contractor or any subcontractor, to

21 the respective program manager and Navy technical au-

22 thority.

23    "(b) QUARTERLY REPORTS.—The Secretary of the

24 Navy shall submit to the congressional defense committees

25 not later than 15 calendar days after the end of each quar-

WASHSTATEC011812

712

1  ter of a fiscal year a report listing all notifications made

2  pursuant to subsection (a) during the preceding quarter.''.

3  　　(b) CLERICAL AMENDMENT.—The table of sections

4  at the beginning of chapter 137 of title 10, United States

5  Code, is amended by inserting after the item relating to

6  section 2339a the following new item:

　　"2339b. Notification of Navy procurement production disruptions.''.

7  **SEC. 821. MODIFICATION TO ACQUISITION AUTHORITY OF**

8  　　　　　　**THE COMMANDER OF THE UNITED STATES**

9  　　　　　　**CYBER COMMAND.**

10  　　Section 807 of the National Defense Authorization

11  Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C.

12  2224 note) is amended by inserting ''on new contract ef-

13  forts'' after ''may not obligate or expend more than

14  $75,000,000''.

15  **SEC. 822. EXTENSION OF NEVER CONTRACT WITH THE**

16  　　　　　　**ENEMY.**

17  　　Section 841(n) of the National Defense Authorization

18  Act for Fiscal Year 2015 (Public Law 113–291; 10 U.S.C.

19  2302 note) is amended by striking ''December 31, 2021''

20  and inserting ''December 31, 2023''.

21  **SEC. 823. MODIFICATION OF JUSTIFICATION AND AP-**

22  　　　　　　**PROVAL REQUIREMENT FOR CERTAIN DE-**

23  　　　　　　**PARTMENT OF DEFENSE CONTRACTS.**

24  　　(a) MODIFICATION OF JUSTIFICATION AND AP-

25  PROVAL REQUIREMENT.—Notwithstanding section 811 of

WASHSTATEC011813

713

1 the National Defense Authorization Act for Fiscal Year
2 2010 (Public Law 111–84; 123 Stat. 2405)—

3     (1) no justification and approval is required
4     under such section for a sole-source contract award-
5     ed by the Department of Defense in a covered pro-
6     curement for an amount not exceeding
7     $100,000,000; and

8     (2) for purposes of subsections (a)(2) and
9     (c)(3)(A) of such section, the appropriate official
10     designated to approve the justification for a sole-
11     source contract awarded by the Department of De-
12     fense in a covered procurement exceeding
13     $100,000,000 is the official designated in section
14     2304(f)(1)(B)(ii) of title 10, United States Code.

15   (b) GUIDANCE.—Not later than 90 days after the
16 date of the enactment of this Act, the Secretary of Defense
17 shall issue guidance to implement the authority under sub-
18 section (a).

19   (c) COMPTROLLER GENERAL REVIEW.—

20     (1) DATA TRACKING AND COLLECTION.—The
21     Department of Defense shall track the use of the au-
22     thority as modified by subsection (a) and make the
23     data available to the Comptroller General for pur-
24     poses of the report required under paragraph (2).

WASHSTATEC011814

714

1  (2) REPORT.—Not later than March 1, 2022,
2 the Comptroller General of the United States shall
3 submit a report to the congressional defense commit-
4 tees on the use of the authority as modified by sub-
5 section (a) through the end of fiscal year 2021. The
6 report shall include—

7  (A) a review of the financial effect of the
8 change to the justification and approval re-
9 quirement in subsection (a) on the native cor-
10 porations and businesses and associated native
11 communities;

12  (B) a description of the nature and extent
13 of contracts excluded from the justification and
14 approval requirement by subsection (a); and

15  (C) other matters the Comptroller General
16 deems appropriate.

**17 SEC. 824. EXTENSION OF SUNSET RELATING TO FEDERAL**
**18   DATA CENTER CONSOLIDATION INITIATIVE.**

19 Subsection (e) of section 834 of the National Defense
20 Authorization Act for Fiscal Year 2015 (44 U.S.C. 3601
21 note) is amended by striking ''2020'' and inserting
22 ''2022''.

WASHSTATEC011815

715

## SEC. 825. PILOT PROGRAM TO ACCELERATE CONTRACTING AND PRICING PROCESSES.

Section 890 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1919; 10 U.S.C. 2306a note) is amended—

(1) by striking subsection (b);

(2) by redesignating subsections (c) and (d) as subsections (b) and (c), respectively;

(3) in subsection (b), as redesignated by paragraph (2), by striking "and an assessment of whether the program should be continued or expanded"; and

(4) in subsection (c), as so redesignated, by striking "January 2, 2021" and inserting "January 2, 2023".

## SEC. 826. UNIFORMITY IN APPLICATION OF MICRO-PURCHASE THRESHOLD TO CERTAIN TASK OR DELIVERY ORDERS.

Section 4106(c) of title 41, United States Code, is amended by striking "$2,500" and inserting "the micro-purchase threshold under section 1902 of this title".

## SEC. 827. REQUIREMENT FOR COST ESTIMATES ON MODELS OF COMMERCIAL E-COMMERCE PORTAL PROGRAM.

(a) In General.—In implementing section 846 of the National Defense Authorization Act for Fiscal Year

WASHSTATEC011816

716

1 2018 (Public Law 115–91; 41 U.S.C. 1901 note), the Ad-
2 ministrator of General Services shall submit to the appro-
3 priate congressional committees, not later than one year
4 after the first contract is awarded pursuant to such sec-
5 tion, a cost estimate for the three models for commercial
6 e-commerce portals identified in section 4.1 of "Procure-
7 ment Through Commercial E-Commerce Portals Phase II
8 Report: Market Research & Consultation" issued by the
9 Administrator in April 2019.

10    (b) APPROPRIATE CONGRESSIONAL COMMITTEES
11 DEFINED.—The term "appropriate congressional commit-
12 tees" means the following:

13        (1) The Committees on Armed Services of the
14    Senate and House of Representatives.

15        (2) The Committee on Homeland Security and
16    Governmental Affairs of the Senate and the Com-
17    mittee on Oversight and Reform of the House of
18    Representatives.

19        (3) The Committee on Small Business and En-
20    trepreneurship of the Senate and the Committee on
21    Small Business of the House of Representatives.

WASHSTATEC011817

717

# Subtitle C—Provisions Relating to Major Defense Acquisition Programs

### SEC. 830. MODIFICATION OF REQUIREMENTS FOR REPORTING TO CONGRESS ON CERTAIN ACQUISITION PROGRAMS.

(a) MODIFICATION OF REPORT TO CONGRESS.—Section 2432 of title 10, United States Code, is amended—

(1) in subsection (b)(1), by adding after "major defense acquisition programs" the following: "and any program that is estimated by the Secretary of Defense to require an eventual total expenditure for research, development, test, and evaluation of more than $300,000,000 (based on fiscal year 1990 constant dollars) or an eventual total expenditure for procurement, including all planned increments or spirals, of more than $1,800,000,000 (based on fiscal year 1990 constant dollars)"; and

(2) by adding at the end the following new subsections:

"(i) FORM OF REPORT.—A Selected Acquisition Report required under this section shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.

WASHSTATEC011818

718

1    "(j) TERMINATION.—The requirements under this
2  section shall terminate after the final submission covering
3  fiscal year 2021.".

4    (b) PROPOSAL FOR REPORTS ON ACQUISITION PRO-
5  GRAMS AND ACTIVITIES.—Not later than October 15,
6  2020, the Secretary of Defense shall submit to the con-
7  gressional defense committees a proposal for an alter-
8  native methodology for reporting on all acquisition pro-
9  grams that includes—

10    (1) conforming changes from the most recent
11    update of Department of Defense Directive 5000.01
12    (The Defense Acquisition System) and Department
13    of Defense Instruction 5000.02 (Operation of the
14    Defense Acquisition System);

15    (2) the reporting requirements relating to Se-
16    lected Acquisition Reports under section 2432 of
17    title 10, United States Code;

18    (3) the reporting requirements relating to unit
19    costs under section 2433 of such title; and

20    (4) the reporting requirements for acquisition
21    programs that use alternative acquisition pathways
22    or tailored acquisition procedures.

WASHSTATEC011819

719

## SEC. 831. PILOT PROGRAM TO STREAMLINE DECISION-MAKING PROCESSES FOR WEAPON SYSTEMS.

(a) CANDIDATE ACQUISITION PROGRAMS.—Not later than February 1, 2020, each Service Acquisition Executive shall recommend to the Secretary of Defense at least one major defense acquisition program for a pilot program to include tailored measures to streamline the entire milestone decision process, with the results evaluated and reported for potential wider use.

(b) ELEMENTS.—Each pilot program selected pursuant to subsection (a) shall include the following elements:

(1) Delineating the appropriate information needed to support milestone decisions, assuring program accountability and oversight, which should be based on the business case principles needed for well-informed milestone decisions, including user-defined requirements, reasonable acquisition and life-cycle cost estimates, and a knowledge-based acquisition plan for maturing technologies, stabilizing the program design, and ensuring key manufacturing processes are in control.

(2) Developing an efficient process for providing this information to the milestone decision authority by—

WASHSTATEC011820

720

1          (A) minimizing any reviews between the

2     program office and the different functional staff

3     offices within each chain of command level; and

4          (B) establishing frequent, regular inter-

5     action between the program office and mile-

6     stone decision makers, in lieu of documentation

7     reviews, to help expedite the process.

## SEC. 832. ANALYSIS OF ALTERNATIVES PURSUANT TO MA-TERIEL DEVELOPMENT DECISIONS.

10     (a) TIMELINE.—Not later than 180 days after the

11 date of the enactment of this Act, the Secretary of Defense

12 shall update existing guidance for analyses of alternatives

13 conducted pursuant to a materiel development decision for

14 a major defense acquisition program to incorporate the

15 following:

16     (1) Study completion within nine months.

17     (2) Study guidance issued by the Director, Cost

18     Assessment and Program Evaluation of a scope de-

19     signed to provide for reasonable completion of the

20     study within the nine-month period.

21     (3) Procedures for waiver of the timeline re-

22     quirements of this subsection on a case-by-case basis

23     if—

24          (A) the subject of the analysis is of ex-

25     treme technical complexity;

WASHSTATEC011821

721

1           (B) collection of additional intelligence is

2       required to inform the analysis;

3           (C) insufficient technical expertise is avail-

4       able to complete the analysis; or

5           (D) the Secretary determines that there

6       other sufficient reasons for delay of the anal-

7       ysis.

8   (b) REPORTING.—If an analysis of alternatives can-

9   not be completed within the allotted time, or a waiver is

10  used, the Secretary shall report to the congressional de-

11  fense committees the following information:

12      (1) For a waiver, the basis for use of the waiv-

13      ers, including the reasons why the study cannot be

14      completed within the allotted time.

15      (2) For a study estimated to take more than

16      nine months—

17          (A) an estimate of when the analysis will

18          be completed;

19          (B) an estimate of any additional costs to

20          complete the analysis; and

21          (C) other relevant information pertaining

22          to the analysis and its completion.

23  (c) REPORT ON ANALYSES OF ALTERNATIVES.—

24      (1) ASSESSMENT.—

WASHSTATEC011822

722

1      (A) IN GENERAL.—The Under Secretary of
2  Defense for Acquisition and Sustainment shall
3  engage with an independent entity, including
4  under the Program for Acquisition Innovation
5  Research, to assess the conduct of analyses of
6  alternatives.

7      (B) ELEMENTS.—The assessment required
8  under subparagraph (A) shall—

9          (i) assess the time required to com-
10      plete analyses of alternatives within the
11      Department of Defense completed over the
12      last five fiscal years, as compared with best
13      practices;

14          (ii) provide recommendations and pol-
15      icy options to improve analyses of alter-
16      natives; and

17          (iii) discuss any other matters as
18      identified by the Under Secretary.

19      (C) ACCESS TO DATA.—The Under Sec-
20  retary shall ensure that the independent entity
21  is provided access to the data, information, and
22  resources necessary to complete the required
23  analyses and assessment.

24  (2) REPORT.—Not later than one year after the
25  date of the enactment of this Act, the Under Sec-

WASHSTATEC011823

1   retary shall submit to the congressional defense com-

2   mittees a report including the assessment required

3   under paragraph (1) and a review and assessment

4   by the Under Secretary of the findings made in the

5   assessment.

6 **SEC. 833. NAVAL VESSEL CERTIFICATION REQUIRED BE-**

7         **FORE MILESTONE B APPROVAL.**

8   Section 2366b(a) of title 10, United States Code, is

9 amended—

10     (1) in paragraph (3)(O), by striking "; and"

11   and inserting a semicolon;

12     (2) in paragraph (4), by striking the period at

13   the end and inserting "; and"; and

14     (3) by adding at the end the following new

15   paragraph:

16     "(5) in the case of a naval vessel program, cer-

17   tifies compliance with the requirements of section

18   8669b of this title.".

# Subtitle D—Provisions Relating to the Acquisition System

21 **SEC. 835. EXTRAMURAL ACQUISITION INNOVATION AND RE-**

22         **SEARCH ACTIVITIES.**

23   (a) EXTRAMURAL ACQUISITION INNOVATION AND

24 RESEARCH ACTIVITIES.—

WASHSTATEC011824

724

1 　　　(1) IN GENERAL.—Chapter 139 of title 10,

2 　　United States Code, is amended by inserting after

3 　　section 2361 the following new section:

**4 "§ 2361a. Extramural acquisition innovation and re-**

**5 　　search activities**

6 　　　"(a) ESTABLISHMENT.—The Secretary of Defense,

7 acting through the Under Secretary of Defense for Acqui-

8 sition and Sustainment and in coordination with the

9 Under Secretary of Defense for Research and Engineer-

10 ing, shall establish and maintain extramural acquisition

11 innovation and research activities as described in sub-

12 section (d), which shall include an acquisition research or-

13 ganization within a civilian college or university that is

14 not owned or operated by the Federal Government that

15 is established to provide and maintain essential research

16 and development capabilities through a long-term strategic

17 relationship with the Department of Defense.

18 　　　"(b) GOALS.—The goal of any activity conducted

19 pursuant to this section shall be to provide academic anal-

20 yses and policy alternatives for innovation in defense ac-

21 quisition policies and practices to policymakers in the Fed-

22 eral Government by using a variety of means intended to

23 widely disseminate research findings from such an activ-

24 ity, in addition to executing demonstration and pilot pro-

25 grams of innovative acquisition policies and practices.

WASHSTATEC011825

725

1    ''(c) DIRECTOR.—

2        ''(1) APPOINTMENT.—Not later than June 1,

3    2020, the Secretary of Defense shall appoint an in-

4    dividual from civilian life to serve as the director for

5    the extramural acquisition innovation and research

6    activities required by this section (referred to in this

7    section as the 'Director').

8        ''(2) TERM.—The Director shall serve a term of

9    five years.

10   ''(d) ACTIVITIES.—The activities described in this

11   subsection are as follows:

12       ''(1) Research on past and current defense ac-

13   quisition policies and practices, commercial and

14   international best practices, and the application of

15   new technologies and analytical capabilities to im-

16   prove acquisition policies and practices.

17       ''(2) Pilot programs to prototype and dem-

18   onstrate new acquisition practices for potential tran-

19   sition to wider use in the Department of Defense.

20       ''(3) Establishment of data repositories and de-

21   velopment of analytical capabilities, in coordination

22   with the Chief Data Officer of the Department of

23   Defense, to enable researchers and acquisition pro-

24   fessionals to access and analyze historical data sets

WASHSTATEC011826

726

1  to support research and new policy and practice de-
2  velopment.

3      ''(4) Executive education to—

4          ''(A) support acquisition workforce devel-
5      opment, including for early career, mid-career,
6      and senior leaders; and

7          ''(B) provide appropriate education on ac-
8      quisition issues to non-acquisition professionals.

9      ''(5) On an ongoing basis, a review of the im-
10  plementation of recommendations contained in rel-
11  evant Department of Defense and private sector
12  studies on acquisition policies and practices, includ-
13  ing—

14          ''(A) for recommendations for the enact-
15      ment of legislation, identify the extent to which
16      the recommendations have been enacted into
17      law by Congress;

18          ''(B) for recommendations for the issuance
19      of regulations, identify the extent to which the
20      recommendations have been adopted through
21      the issuance or revision of regulations;

22          ''(C) for recommendations for revisions to
23      policies and procedures in the executive branch,
24      identify the extent to which the recommenda-
25      tions have been adopted through issuance of an

WASHSTATEC011827

727

1      appropriate implementing directive or other

2      form of guidance; and

3              ''(D) for recommendations for the re-

4          sources required to implement recommendations

5          contained in relevant Department of Defense

6          and private sector studies on acquisition policies

7          and practices.

8          ''(6) Engagement with researchers and acquisi-

9      tion professionals in the Department of Defense, as

10     appropriate.

11     ''(e) FUNDING.—Subject to the availability of appro-

12 priations, the Secretary may use amounts available in the

13 Defense Acquisition Workforce and Development Account

14 to carry out the requirements of this section.

15     ''(f) ANNUAL REPORT.—Not later than September

16 30, 2021, and annually thereafter, the Director shall sub-

17 mit to the Secretary of Defense and the congressional de-

18 fense committees a report describing the activities con-

19 ducted under this section during the previous year.''.

20              (2) CLERICAL AMENDMENT.—The table of sec-

21          tions at the beginning of such chapter is amended

22          by inserting after the item relating to section 2361

23          the following new item:

''2361a. Extramural acquisition innovation and research activities.''.

24              (3) IMPLEMENTATION.—

WASHSTATEC011828

728

1    (A) DEADLINE.—Not later than March 1,
2    2020, the Secretary of Defense shall establish
3    the extramural acquisition innovation and re-
4    search activities required by section 2361a of
5    title 10, United States Code (as added by this
6    subsection).

7    (B) REPORT.—

8         (i) IN GENERAL.—Not later than Jan-
9    uary 1, 2021, the Director of the extra-
10   mural acquisition innovation and research
11   activities appointed under such section
12   shall submit to the Secretary of Defense a
13   report setting forth a plan, proposed budg-
14   et, and schedule for execution of such ac-
15   tivities.

16        (ii) TRANSMITTAL.—Not later than
17   February 1, 2021, the Secretary of De-
18   fense shall transmit the report required
19   under clause (i), together with whatever
20   comments the Secretary considers appro-
21   priate, to the Committees on Armed Serv-
22   ices of the Senate and the House of Rep-
23   resentatives.

24   (b) RECORDS OF THE SECTION 809 PANEL.—

WASHSTATEC011829

729

1    (1) Transfer and maintenance of

2   records.—Not later than March 1, 2020, the

3   records of the Section 809 Panel shall be transferred

4   to, and shall be maintained by, the Defense Tech-

5   nical Information Center.

6    (2) Status of records.—Working papers,

7   records of interview, and any other draft work prod-

8   ucts generated for any purpose by the Section 809

9   Panel shall be covered by the deliberative process

10   privilege exemption under paragraph (5) of section

11   552(b) of title 5, United States Code.

12    (3) Availability.—To the maximum extent

13   practicable, the Secretary shall make the records

14   available to support activities conducted by the re-

15   search organization described under section 2361a of

16   title 10, United States Code (as added by subsection

17   (a)).

18    (4) Section 809 panel defined.—In this

19   subsection, the term ''Section 809 Panel'' means the

20   panel established by the Secretary of Defense pursu-

21   ant to section 809 of the National Defense Author-

22   ization Act for Fiscal Year 2016 (Public Law 114–

23   92).

WASHSTATEC011830

730

SEC. 836. REPORT ON REALIGNMENT OF THE DEFENSE AC-
QUISITION SYSTEM TO IMPLEMENT ACQUISI-
TION REFORMS.

The Secretary of Defense shall include with the budg-
et for fiscal year 2021, as submitted to Congress pursuant
to section 1105(a) of title 31, United States Code, a report
on the progress of implementing acquisition reform initia-
tives that have been enacted into law through Department
of Defense regulations, Directives, Instructions, or other
guidance. Such report shall include a description of—

(1) how the Secretary will identify, quantify, as-
sess, and manage acquisition program risks;

(2) what changes have been made to systems
for collecting and sharing data on acquisition pro-
grams, including how access to acquisition program
data is managed; and

(3) updates to, or the implementation of, proce-
dures for tailoring acquisition methods, including al-
ternative acquisition pathways such as—

(A) the use of the ''middle tier'' of acquisi-
tion programs described under section 804 of
the National Defense Authorization Act for Fis-
cal Year 2016 (Public Law 114–92; 10 U.S.C.
2302 note);

(B) the alternative acquisition pathways
established under section 805 of the National

WASHSTATEC011831

731

1 Defense Authorization Act for Fiscal Year 2016

2 (Public Law 114–92; 10 U.S.C. 2302 note);

3  (C) a software acquisition pathway de-

4 scribed under section 800 of this Act; and

5  (D) the use of procedures to respond to ur-

6 gent operational needs.

**7 SEC. 837. REPORT AND LIMITATION ON THE AVAILABILITY**

**8  OF FUNDS RELATING TO THE "MIDDLE TIER"**

**9  OF ACQUISITION PROGRAMS.**

10 (a) REPORT.—Not later than December 15, 2019,

11 the Under Secretary of Defense for Acquisition and

12 Sustainment shall submit to the congressional defense

13 committees a report that includes the guidance required

14 under section 804(a) of the National Defense Authoriza-

15 tion Act for Fiscal Year 2016 (Public Law 114–92; 10

16 U.S.C. 2302 note). The Under Secretary of Defense for

17 Acquisition and Sustainment shall ensure such guidance

18 includes the business case elements required by an acquisi-

19 tion program established pursuant to such guidance and

20 the metrics required to assess the performance of such a

21 program.

22 (b) LIMITATION.—

23  (1) IN GENERAL.—Beginning on December 15,

24  2019, if the Under Secretary of Defense for Acquisi-

25  tion and Sustainment has not submitted the report

WASHSTATEC011832

732

1 required under subsection (a), not more than 75 per-

2 cent of the funds specified in paragraph (2) may be

3 obligated or expended until the date on which the re-

4 port required under subsection (a) has been sub-

5 mitted.

6 (2) FUNDS SPECIFIED.—The funds specified in

7 this paragraph are the funds authorized to be appro-

8 priated by this Act or otherwise made available for

9 fiscal year 2020 for the Department of Defense that

10 remain unobligated as of December 15, 2019, for

11 the following:

12 (A) The execution of any acquisition pro-

13 gram established pursuant to the guidance re-

14 quired under such section 804(a).

15 (B) The operations of the Office of the

16 Under Secretary of Defense for Research & En-

17 gineering.

18 (C) The operations of the Office of the

19 Under Secretary of Defense for Acquisition &

20 Sustainment.

21 (D) The operations of the Office of the Di-

22 rector of Cost Analysis and Program Evalua-

23 tion.

WASHSTATEC011833

733

1     (E) The operations of the offices of the
2     service acquisition executives of the military de-
3     partments.

4 **SEC. 838. REPORT ON INTELLECTUAL PROPERTY POLICY**
5     **AND THE CADRE OF INTELLECTUAL PROP-**
6     **ERTY EXPERTS.**

7     (a) IN GENERAL.—Section 802 of the National De-
8 fense Authorization Act for Fiscal Year 2018 (Public Law
9 115–91; 131 Stat. 1450) is amended by adding at the end
10 the following new subsection:

11     "(c) REPORT.—Not later than December 15, 2019,
12 the Secretary of Defense, acting through the Under Sec-
13 retary of Defense for Acquisition and Sustainment, shall
14 submit to the congressional defense committees a report
15 that includes—

16     "(1) the policy required in subsection (a) of sec-
17     tion 2322 of title 10, United States Code;

18     "(2) an identification of each member of the
19     cadre of intellectual property experts required in
20     subsection (b) of such section and the office to which
21     such member belongs;

22     "(3) a description of the leadership structure
23     and the office that will manage the cadre of intellec-
24     tual property experts; and

WASHSTATEC011834

734

1  ''(4) a description of the specific activities per-
2  formed, and programs and efforts supported, by the
3  cadre of intellectual property experts during the 12-
4  month period preceding the date of the report.''.

5  (b) LIMITATION.—

6  (1) IN GENERAL.—Of the funds authorized to
7  be appropriated by this Act or otherwise made avail-
8  able for fiscal year 2020 for the Department of De-
9  fense, not more than 75 percent may be obligated or
10  expended for any of the offices described in para-
11  graph (2) until the date on which the Secretary of
12  Defense submits the report required under sub-
13  section (c) of section 802 of the National Defense
14  Authorization Act for Fiscal Year 2018 (Public Law
15  115–91; 131 Stat. 1450), as added by this section.

16  (2)  OFFICES  DESCRIBED.—The  offices  de-
17  scribed in this paragraph are as follows:

18  (A) The Office of the Under Secretary of
19  Defense for Acquisition and Sustainment.

20  (B) The Office of the Assistant Secretary
21  of the Army for Acquisition, Logistics, and
22  Technology.

23  (C) The Office of the Assistant Secretary
24  of the Navy for Research, Development, and
25  Acquisition.

WASHSTATEC011835

735

1          (D) The Office of the Assistant Secretary

2          of the Air Force for Acquisition, Technology,

3          and Logistics.

**4  SEC. 839. GUIDANCE AND REPORTS RELATING TO COV-**

**5          ERED DEFENSE BUSINESS SYSTEMS.**

6      (a) AMENDMENTS TO GUIDANCE FOR COVERED DE-

7  FENSE BUSINESS SYSTEMS.—Section 2222(d) of title 10,

8  United States Code, is amended—

9          (1) in the matter preceding paragraph (1), by

10         striking "subsection (c)(1)" and inserting "sub-

11         section (c)"; and

12         (2) by adding at the end the following new

13         paragraphs:

14         "(7) Policy to ensure a covered defense business

15     system is in compliance with the Department's

16     auditability requirements.

17         "(8) Policy to ensure approvals required for the

18     development of a covered defense business system.".

19     (b) REPORTS.—

20         (1) GUIDANCE.—The Secretary of Defense shall

21     submit to the congressional defense committees a re-

22     port—

23             (A) not later than December 31, 2019,

24             that includes the guidance required under para-

WASHSTATEC011836

736

1   graph (1) of section 2222(e) of title 10, United

2   States Code; and

3       (B) not later than March 31, 2020, that

4   includes the guidance required under paragraph

5   (2) of such section.

6   (2) INFORMATION TECHNOLOGY AND DEFENSE

7   BUSINESS ENTERPRISE ARCHITECTURE.—Not later

8   than February 1, 2020, the Chief Information Offi-

9   cer of the Department of Defense shall submit to

10   the congressional defense committees a notification

11   that the information technology enterprise architec-

12   ture required under subparagraph (B) of section

13   2222(e)(4) of title 10, United States Code—

14       (A) has been established, including a

15   schedule for implementing the plan required

16   under such subparagraph (B) and a schedule

17   for integrating the defense business enterprise

18   architecture into the information technology en-

19   terprise architecture (as required under sub-

20   paragraph (A) of such section); or

21       (B) has not been established, and include

22   a schedule for—

23           (i) establishing such architecture;

24           (ii) implementing the plan required

25   under such subparagraph (B); and

WASHSTATEC011837

1    (iii) integrating the defense business
2    enterprise architecture into the information
3    technology enterprise architecture (as re-
4    quired under subparagraph (A) of such
5    section).

6    **SEC. 840. IMPLEMENTATION GUIDANCE FOR USE OF A**
7    **MODULAR OPEN SYSTEM APPROACH.**

8    (a) GUIDANCE FOR PROGRAM CAPABILITIES DEVEL-
9 OPMENT AND ACQUISITION WEAPON SYSTEM DESIGN.—
10 Section 2446b of title 10, United States Code, is amended
11 by adding at the end the following new subsection:

12    "(f) IMPLEMENTATION GUIDANCE.—The Secretaries
13 of the military departments shall issue guidance to imple-
14 ment the requirements of this section.".

15    (b) GUIDANCE FOR MAJOR SYSTEM INTERFACES.—
16 Section 2446c of title 10, United States Code, is amend-
17 ed—

18    (1) in paragraph (4), by striking "and" at the
19    end;

20    (2) in paragraph (5), by striking the period at
21    the end and adding "; and"; and

22    (3) by adding at the end the following new
23    paragraph:

24    "(6) issue guidance to implement the require-
25    ments of this section.".

WASHSTATEC011838

738

1 **SEC. 841. LIMITATION ON AVAILABILITY OF FUNDS FOR**

2 **THE OFFICE OF THE CHIEF MANAGEMENT**

3 **OFFICER OF THE DEPARTMENT OF DEFENSE.**

4      Of the funds authorized to be appropriated or other-

5 wise made available for fiscal year 2020 for the Depart-

6 ment of Defense, not more than 75 percent may be obli-

7 gated or expended for the Office of the Chief Management

8 Officer until the date on which the Chief Management Of-

9 ficer submits to the congressional defense committees—

10      (1) the certification of cost savings described in

11      subparagraph (A) of section 921(b)(5) of the Na-

12      tional Defense Authorization Act for Fiscal Year

13      2019 (Public Law 115–232; 10 U.S.C. 2222 note);

14      or

15      (2) the notice and justification described in sub-

16      paragraph (B) of such section.

17 # Subtitle E—Industrial Base Matters

18 **SEC. 845. MODERNIZATION OF ACQUISITION PROCESSES**

19      **TO ENSURE INTEGRITY OF INDUSTRIAL**

20      **BASE.**

21      (a) IN GENERAL.—Subchapter II of chapter 148 of

22 title 10, United States Code, is amended by adding at the

23 end the following new section:

WASHSTATEC011839

739

## "§ 2509. Modernization of acquisition processes to ensure integrity of industrial base

"(a) DIGITIZATION AND MODERNIZATION.—The Secretary of Defense shall streamline and digitize the existing Department of Defense approach for identifying and mitigating risks to the defense industrial base across the acquisition process, creating a continuous model that uses digital tools, technologies, and approaches designed to ensure the accessibility of data to key decision-makers in the Department.

"(b) ANALYTICAL FRAMEWORK.—(1) The Under Secretary of Defense for Acquisition and Sustainment, in coordination with the Director of the Defense Counterintelligence and Security Agency and the heads of other elements of the Department of Defense as appropriate, shall develop an analytical framework for risk mitigation across the acquisition process.

"(2) The analytical framework required under paragraph (1) shall include the following elements:

"(A) Characterization and monitoring of supply chain risks, including—

"(i) material sources and fragility, including the extent to which sources, items, materials, and articles are mined, produced, or manufactured within or outside the United States;

WASHSTATEC011840

740

1              "(ii) telecommunications services or equip-
2      ment (other than optical transmission compo-
3      nents);
4                  "(iii) counterfeit parts;
5                  "(iv) cybersecurity of contractors;
6              "(v) video surveillance services or equip-
7      ment;
8              "(vi) vendor vetting in contingency or
9      operational environments;
10             "(vii) other electronic or information tech-
11     nology products and services; and
12             "(viii) other risk areas as determined ap-
13     propriate.
14     "(B) Characterization and monitoring of risks
15     posed by contractor behavior that constitute viola-
16     tions of laws or regulations, including those relating
17     to—
18                 "(i) fraud;
19                 "(ii) ownership structures;
20                 "(iii) trafficking in persons;
21                 "(iv) workers' health and safety;
22                 "(v) affiliation with the enemy;
23                 "(vi) foreign influence; and
24             "(vii) other risk areas as deemed appro-
25     priate.

WASHSTATEC011841

741

1    ''(C) Characterization and assessment of the ac-
2    quisition processes and procedures of the Depart-
3    ment of Defense, including—

4        ''(i) market research;

5        ''(ii) responsibility determinations, includ-
6    ing consideration of the need for special stand-
7    ards of responsibility to address the risks de-
8    scribed in subparagraphs (A) and (B);

9        ''(iii) facilities clearances;

10       ''(iv) the development of contract require-
11   ments;

12       ''(v) the technical evaluation of offers and
13   contract awards;

14       ''(vi) contractor mobilization, including hir-
15   ing, training, and establishing facilities;

16       ''(vii) contract administration, contract
17   management, and oversight;

18       ''(viii) contract audit for closeout;

19       ''(ix) suspension and debarment activities
20   and administrative appeals activities;

21       ''(x) contractor business system reviews;
22   and

23       ''(xi) other relevant processes and proce-
24   dures.

WASHSTATEC011842

742

1  "(D) Characterization and monitoring of the

2 health and activities of the defense industrial base,

3 including those relating to—

4   "(i) balance sheets, revenues, profitability,

5  and debt;

6   "(ii) investment, innovation, and techno-

7  logical and manufacturing sophistication;

8   "(iii) finances, access to capital markets,

9  and cost of raising capital within those markets;

10   "(iv) corporate governance, leadership, and

11  culture of performance; and

12   "(v) history of performance on past De-

13  partment of Defense and government contracts.

14 "(c) ROLES AND RESPONSIBILITIES.—The Secretary

15 of Defense shall designate the roles and responsibilities of

16 organizations and individuals to execute activities under

17 this section, including—

18  "(1) the Under Secretary of Defense for Acqui-

19  sition and Sustainment, including the Office of De-

20  fense Pricing and Contracting and the Office of In-

21  dustrial Policy;

22  "(2) service acquisition executives;

23  "(3) program offices and procuring contracting

24  officers;

WASHSTATEC011843

743

1    ''(4) administrative contracting officers within

2    the Defense Contract Management Agency and the

3    Supervisor of Shipbuilding;

4    ''(5) the Defense Counterintelligence and Secu-

5    rity Agency;

6    ''(6) the Defense Contract Audit Agency;

7    ''(7) each element of the Department of De-

8    fense which own or operate systems containing data

9    relevant to contractors of the Department;

10   ''(8) the Under Secretary of Defense for Re-

11   search and Engineering;

12   ''(9) the suspension and debarment official of

13   the Department;

14   ''(10) the Chief Information Officer; and

15   ''(11) other relevant organizations and individ-

16   uals.

17   ''(d) ENABLING DATA, TOOLS, AND SYSTEMS.—

18   (1)(A) The Under Secretary of Defense for Acquisition

19   and Sustainment, in consultation with the Chief Data Of-

20   ficer of the Department of Defense and the Director of

21   the Defense Counterintelligence and Security Agency,

22   shall assess the extent to which existing systems of record

23   relevant to risk assessments and contracting are pro-

24   ducing, exposing, and timely maintaining valid and reli-

25   able data for the purposes of the Department's continuous

WASHSTATEC011844

744

1  assessment and mitigation of risks in the defense indus-

2  trial base.

3    "(B) The assessment required under subparagraph

4  (A) shall include the following elements:

5      "(i) Identification of the necessary source data,

6    to include data from contractors, intelligence and se-

7    curity activities, program offices, and commercial re-

8    search entities.

9      "(ii) A description of the modern data infra-

10    structure, tools, and applications and what changes

11    would improve the effectiveness and efficiency of

12    mitigating the risks described in subsection (b)(2).

13      "(iii) An assessment of the following systems

14    owned or operated outside of the Department of De-

15    fense that the Department depends upon or to which

16    it provides data:

17        "(I) The Federal Awardee Performance

18      and Integrity Information System (FAPIIS).

19        "(II) The System for Award Management

20      (SAM).

21        "(III) The Federal Procurement Data Sys-

22      tem–Next Generation (FPDS–NG).

23        "(IV) The Electronic Data Management

24      Information System.

WASHSTATEC011845

745

1        ''(V) Other systems the Secretary of De-

2     fense determines appropriate.

3        ''(iv) An assessment of systems owned or oper-

4     ated by the Department of Defense, including the

5     Defense Counterintelligence and Security Agency

6     and other defense agencies and field activities used

7     to capture and analyze the status and performance

8     (including past performance) of vendors and con-

9     tractors.

10    ''(2) Based on the findings pursuant to paragraph

11 (1), the Secretary of Defense shall develop a unified set

12 of activities to modernize the systems of record, data

13 sources and collection methods, and data exposure mecha-

14 nisms. The unified set of activities should feature—

15        ''(A) the ability to continuously collect data on,

16     assess, and mitigate risks;

17        ''(B) data analytics and business intelligence

18     tools and methods; and

19        ''(C) continuous development and continuous

20     delivery of secure software to implement the activi-

21     ties.

22    ''(e) RULE OF CONSTRUCTION.—Nothing in this sec-

23 tion shall be construed to limit or modify any other pro-

24 curement policy, procedure, requirement, or restriction

25 provided by law.

WASHSTATEC011846

746

1  ''(f) IMPLEMENTATION AND REPORTING REQUIRE-

2  MENTS.—The Secretary of Defense shall carry out the im-

3  plementation phases set forth in, and submit to the con-

4  gressional defense committees the items of information re-

5  quired by, the following paragraphs:

6      ''(1) PHASE 1: IMPLEMENTATION PLAN.—Not

7      later than 90 days after the date of the enactment

8      of this section, an implementation plan and schedule

9      for carrying out the framework established pursuant

10     to subsection (b), including—

11         ''(A) a discussion and recommendations for

12         any changes to, or exemptions from, laws nec-

13         essary for effective implementation, including

14         updating the definitions in section 2339a(e) of

15         this title relating to covered procurement, cov-

16         ered system, and covered item of supply, and

17         any similar terms defined in other law or regu-

18         lation; and

19         ''(B) a process for an entity to contact the

20         Department after the entity has taken steps to

21         remediate, mitigate, or otherwise address the

22         risks identified by the Department in con-

23         ducting activities under subsection (b).

24     ''(2) PHASE 2: IMPLEMENTATION OF FRAME-

25     WORK.—Not later than one year after the date of

WASHSTATEC011847

747

1 the submission of the implementation plan and

2 schedule required under paragraph (1), a report on

3 the actions taken to implement the framework estab-

4 lished pursuant to subsection (b).

5 ''(g) COMPTROLLER GENERAL REVIEWS.—

6  ''(1) BRIEFING.—Not later than February 15,

7 2020, the Comptroller General of the United States

8 shall brief the congressional defense committees on

9 Department of Defense efforts over the previous 5

10 years to continuously assess and mitigate risks to

11 the defense industrial base across the acquisition

12 process, and a summary of current and planned ef-

13 forts.

14  ''(2) PERIODIC ASSESSMENTS.—The Comp-

15 troller General shall submit to the congressional de-

16 fense committees three periodic assessments of De-

17 partment of Defense progress in implementing the

18 framework required under subsection (b), to be pro-

19 vided not later than October 15, 2020, March 15,

20 2022, and March 15, 2024.''.

21 (b) CLERICAL AMENDMENT.—The table of sections

22 at the beginning of subchapter II of chapter 148 of such

23 title is amended by inserting after the item relating to sec-

24 tion 2508 the following new item:

''2509. Modernization of acquisition processes to ensure integrity of industrial base.''.

WASHSTATEC011848

748

1 **SEC. 846. REPORT REQUIREMENTS FOR THE NATIONAL**

2 **TECHNOLOGY AND INDUSTRIAL BASE.**

3     (a) NATIONAL SECURITY STRATEGY FOR NATIONAL

4 TECHNOLOGY AND INDUSTRIAL BASE.—Section 2501(a)

5 of title 10, United States Code, is amended by inserting

6 after the first sentence the following new sentence: ''The

7 Secretary shall submit such strategy to Congress not later

8 than 180 days after the date of submission of the national

9 security strategy report required under section 108 of the

10 National Security Act of 1947 (50 U.S.C. 3043).''.

11     (b) ANNUAL REPORT TO CONGRESS.—Section

12 2504(3) of title 10, United States Code, is amended—

13     (1) in the matter preceding subparagraph (A),

14     by inserting ''Executive order or'' after ''pursuant

15     to'';

16     (2) by amending subparagraph (A) to read as

17     follows:

18         ''(A) a map of the industrial base;'';

19     (3) by redesignating subparagraph (B) as sub-

20     paragraph (C); and

21     (4) by inserting after subparagraph (A) the fol-

22     lowing new subparagraph:

23         ''(B) a prioritized list of gaps or

24         vulnerabilities in the national technology and

25         industrial base, including—

WASHSTATEC011849

749

1     ''(i) a description of mitigation strate-

2    gies necessary to address such gaps or

3    vulnerabilities;

4     ''(ii) the identification of the Sec-

5    retary concerned or the head of the De-

6    fense Agency responsible for addressing

7    such gaps or vulnerabilities; and

8     ''(iii) a proposed timeline for action to

9    address such gaps or vulnerabilities; and''.

10  (c) ANNUAL REPORT ON UNFUNDED PRIORITIES

11 FOR NATIONAL TECHNICAL INDUSTRIAL BASE.—

12   (1) IN GENERAL.—Subchapter II of chapter

13  148 of title 10, United States Code, is amended by

14  inserting after section 2504 the following new sec-

15  tion:

16 **''§ 2504a. Unfunded priorities of the national tech-**

17     **nology and industrial base: annual report**

18  ''(a) ANNUAL REPORT.—Not later than 10 days after

19 the date on which the budget of the President for a fiscal

20 year is submitted to Congress pursuant to section 1105

21 of title 31, the Under Secretary of Defense for Acquisition

22 and Sustainment shall submit to the Secretary of Defense,

23 the Chairman of the Joint Chiefs of Staff, and the con-

24 gressional defense committees a report on the unfunded

WASHSTATEC011850

750

1 priorities to address gaps or vulnerabilities in the national

2 technology and industrial base.

3     "(b) ELEMENTS.—

4         "(1) IN GENERAL.—Each report under sub-

5     section (a) shall specify, for each unfunded priority

6     covered by such report, the following:

7             "(A) A summary description of such pri-

8         ority, including the objectives to be achieved if

9         such priority is funded (whether in whole or in

10        part).

11            "(B) The additional amount of funds rec-

12        ommended in connection with the objectives

13        under subparagraph (A).

14            "(C) Account information with respect to

15        such priority, including the following (as appli-

16        cable):

17                "(i) Line Item Number (LIN) for ap-

18            plicable procurement accounts.

19                "(ii) Program Element (PE) number

20            for applicable research, development, test,

21            and evaluation accounts.

22                "(iii) Sub-activity group (SAG) for

23            applicable operation and maintenance ac-

24            counts.

WASHSTATEC011851

751

1          "(2) PRIORITIZATION OF PRIORITIES.—Each

2    report shall present the unfunded priorities covered

3    by such report in order of urgency of priority.

4       "(c) UNFUNDED PRIORITY DEFINED.—In this sec-

5  tion, the term 'unfunded priority', in the case of a fiscal

6  year, means a program, activity, or mission requirement

7  of the national technology and industrial base that—

8          "(1) is not funded in the budget of the Presi-

9    dent for the fiscal year as submitted to Congress

10    pursuant to section 1105 of title 31;

11        "(2) is necessary to address gaps or

12    vulnerabilities in the national technology and indus-

13    trial base; and

14        "(3) would have been recommended for funding

15    through the budget referred to in paragraph (1) if—

16          "(A) additional resources had been avail-

17      able for the budget to fund the program, activ-

18      ity, or mission requirement; or

19          "(B) the program, activity, or mission re-

20      quirement had emerged before the budget was

21      formulated.".

22      (2) CLERICAL AMENDMENT.—The table of sec-

23    tions for such subchapter is amended by adding at

24    the end the following new item:

"2504a. Unfunded priorities of the national technology and industrial base: an-
nual report.".

WASHSTATEC011852

752

SEC. 847. MITIGATING RISKS RELATED TO FOREIGN OWN-
ERSHIP, CONTROL, OR INFLUENCE OF DE-
PARTMENT OF DEFENSE CONTRACTORS OR
SUBCONTRACTORS.

(a) DEFINITIONS.—In this section:

(1) BENEFICIAL OWNER; BENEFICIAL OWNER-
SHIP.—The terms "beneficial owner" and "beneficial
ownership" shall be determined in a manner that is
not less stringent than the manner set forth in sec-
tion 240.13d–3 of title 17, Code of Federal Regula-
tions (as in effect on the date of the enactment of
this Act).

(2) COMPANY.—The term "company" means
any corporation, company, limited liability company,
limited partnership, business trust, business associa-
tion, or other similar entity.

(3) COVERED CONTRACTOR OR SUBCON-
TRACTOR.—The term "covered contractor or subcon-
tractor" means a company that is an existing or pro-
spective contractor or subcontractor of the Depart-
ment of Defense on a contract or subcontract with
a value in excess of $5,000,000, except as provided
in subsection (e).

(4) FOREIGN OWNERSHIP, CONTROL, OR INFLU-
ENCE; FOCI.—The terms "foreign ownership, con-
trol, or influence" and "FOCI" have the meanings

WASHSTATEC011853

753

1    given those terms in the National Industrial Security

2    Program Operating Manual (DOD 5220.22–M), or

3    a successor document.

4    (b) IMPROVED ASSESSMENT AND MITIGATION OF

5    RISKS RELATED TO FOREIGN OWNERSHIP, CONTROL, OR

6    INFLUENCE.—

7        (1) IN GENERAL.—In developing and imple-

8    menting the analytical framework for mitigating risk

9    relating to ownership structures, as required by sec-

10   tion 2509 of title 10, United States Code, as added

11   by section 845 of this Act, the Secretary of Defense

12   shall improve the process and procedures for the as-

13   sessment and mitigation of risks related to foreign

14   ownership, control, or influence (FOCI) of contrac-

15   tors and subcontractors doing business with the De-

16   partment of Defense.

17       (2) ELEMENTS.—The process and procedures

18   for the assessment and mitigation of risk relating to

19   ownership structures referred to in paragraph (1)

20   shall include the following elements:

21           (A) ASSESSMENT OF FOCI.—(i) A require-

22       ment for covered contractors and subcontrac-

23       tors to disclose to the Defense Counterintel-

24       ligence and Security Agency, or its successor

WASHSTATEC011854

754

1     organization, their beneficial ownership and
2     whether they are under FOCI.

3     (ii) A requirement to update such disclo-
4 sures when changes occur to information pre-
5 viously provided, consistent with or similar to
6 the procedures for updating FOCI information
7 under the National Industrial Security Program
8 Operating Manual (DOD 5220.22–M), or a
9 successor document.

10     (iii) A requirement for covered contractors
11 and subcontractors determined to be under
12 FOCI to disclose contact information for each
13 of its foreign owners that is a beneficial owner.

14     (iv) A requirement that, at a minimum,
15 the disclosures required by this paragraph be
16 provided at the time the contract or subcontract
17 is awarded, amended, or renewed, but in no
18 case later than one year after the Secretary
19 prescribes regulations to carry out this sub-
20 section.

21     (B) RESPONSIBILITY DETERMINATION.—
22 Consistent with section 2509 of title 10, United
23 States Code, as added by section 845 of this
24 Act, consideration of FOCI risks as part of re-
25 sponsibility determinations, including—

WASHSTATEC011855

755

1         (i) whether to establish a special

2   standard of responsibility relating to FOCI

3   risks for covered contractors or sub-

4   contractors, and the extent to which the

5   policies and procedures consistent with or

6   similar to those relating to FOCI under

7   the National Industrial Security Program

8   shall be applied to covered contractors or

9   subcontractors;

10         (ii) procedures for contracting officers

11   making responsibility determinations re-

12   garding whether covered contractors and

13   subcontractors may be under foreign own-

14   ership, control, or influence and for deter-

15   mining whether there is reason to believe

16   that such foreign ownership, control, or in-

17   fluence would pose a risk or potential risk

18   to national security or potential com-

19   promise because of sensitive data, systems,

20   or processes, such as personally identifiable

21   information, cybersecurity, or national se-

22   curity systems involved with the contract

23   or subcontract; and

24         (iii) modification of policies, directives,

25   and practices to provide that an assess-

WASHSTATEC011856

756

1 ment that a covered contractor or subcon-
2 tractor is under FOCI may be a sufficient
3 basis for a contracting officer to determine
4 that a contractor or subcontractor is not
5 responsible.

6 (C) CONTRACT REQUIREMENTS, ADMINIS-
7 TRATION, AND OVERSIGHT RELATING TO
8 FOCI.—

9 (i) Requirements for contract clauses
10 providing for and enforcing disclosures re-
11 lated to changes in FOCI or beneficial
12 ownership during performance of the con-
13 tract or subcontract, consistent with sub-
14 paragraph (A), and necessitating the effec-
15 tive mitigation of risks related to FOCI
16 throughout the duration of the contract or
17 subcontract.

18 (ii) Pursuant to section 831(c), des-
19 ignation of the appropriate Department of
20 Defense official responsible to approve and
21 to take actions relating to award, modifica-
22 tion, termination of a contract, or direction
23 to modify or terminate a subcontract due
24 to an assessment by the Defense Counter-
25 intelligence and Security Agency, or its

WASHSTATEC011857

757

1    successor organization, that a covered con-
2    tractor or subcontractor under FOCI poses
3    a risk to national security or potential risk
4    of compromise.

5    　　(iii) A requirement for the provision
6    of additional information regarding bene-
7    ficial ownership and control of any covered
8    contractor or subcontractor on the contract
9    or subcontract.

10   　　(iv) Other measures as necessary to
11   be consistent with other relevant practices,
12   policies, regulations, and actions, including
13   those under the National Industrial Secu-
14   rity Program.

15   (c) APPLICABILITY TO CONTRACTS AND SUB-
16   CONTRACTS FOR COMMERCIAL PRODUCTS AND SERVICES
17   AND OTHER FORMS OF ACQUISITION AGREEMENTS.—

18   　　(1) COMMERCIAL PRODUCTS AND SERVICES.—
19   The requirements under subsection (b)(2)(A) and
20   (b)(2)(C) shall not apply to a contract or sub-
21   contract for commercial products or services, unless
22   a designated senior Department of Defense official
23   specifically requires the applicability of subsections
24   (b)(2)(A) and (b)(2)(C) based on a determination by
25   the designated senior official that the contract or

WASHSTATEC011858

1   subcontract involves a risk or potential risk to na-
2   tional security or potential compromise because of
3   sensitive data, systems, or processes, such as person-
4   ally identifiable information, cybersecurity, or na-
5   tional security systems.

6   (2) RESEARCH AND DEVELOPMENT AND PRO-
7   CUREMENT ACTIVITIES.—The Secretary of Defense
8   shall ensure that the requirements of this section are
9   applied to research and development and procure-
10   ment activities, including for the delivery of services,
11   established through any means including those
12   under section 2358(b) of title 10, United States
13   Code.

14   (d) AVAILABILITY OF RESOURCES.—The Secretary
15   shall ensure that sufficient resources, including subject
16   matter expertise, are allocated to execute the functions
17   necessary to carry out this section, including the assess-
18   ment, mitigation, contract administration, and oversight
19   functions.

20   (e) RULE OF CONSTRUCTION.—Nothing in this sec-
21   tion shall be construed to limit or modify any other pro-
22   curement policy, procedure, requirement, or restriction
23   provided by law, including section 721 of the Defense Pro-
24   duction Act of 1950 (50 U.S.C. 4565), as amended by

WASHSTATEC011859

759

1 the Foreign Interference Risk Review Modernization Act

2 of 2018 (subtitle A of title XVII of Public Law 115–232).

3     (f) AVAILABILITY OF BENEFICIAL OWNERSHIP

4 DATA.—

5         (1) IN GENERAL.—Not later than 180 days

6         after the date of the enactment of this Act, the Sec-

7         retary of Defense shall establish a process to update

8         systems of record to improve the assessment and

9         mitigation of risks associated with FOCI through

10        the inclusion and updating of all appropriate associ-

11        ated uniquely identifying information about the con-

12        tracts and contractors and subcontracts and sub-

13        contractors in the Federal Awardee Performance

14        and Integrity Information System (FAPIIS), admin-

15        istered by the General Services Administration, and

16        the Commercial and Government Entity (CAGE)

17        database, administered by the Defense Logistics

18        Agency.

19         (2) LIMITED AVAILABILITY OF INFORMATION.—

20        The Secretary of Defense shall ensure that the infor-

21        mation required to be disclosed pursuant to this sec-

22        tion is—

23            (A) not made public;

24            (B) made available via the FAPIIS and

25            CAGE databases; and

WASHSTATEC011860

760

1    (C) made available to appropriate govern-
2    ment departments or agencies.

**SEC. 848. PROHIBITION ON OPERATION OR PROCUREMENT**
4    **OF FOREIGN-MADE UNMANNED AIRCRAFT**
5    **SYSTEMS.**

6    (a) PROHIBITION ON AGENCY OPERATION OR PRO-
7    CUREMENT.—The Secretary of Defense may not operate
8    or enter into or renew a contract for the procurement of—

9    (1) a covered unmanned aircraft system that—

10    (A) is manufactured in a covered foreign
11    country or by an entity domiciled in a covered
12    foreign country;

13    (B) uses flight controllers, radios, data
14    transmission devices, cameras, or gimbals man-
15    ufactured in a covered foreign country or by an
16    entity domiciled in a covered foreign country;

17    (C) uses a ground control system or oper-
18    ating software developed in a covered foreign
19    country or by an entity domiciled in a covered
20    foreign country; or

21    (D) uses network connectivity or data stor-
22    age located in or administered by an entity
23    domiciled in a covered foreign country; or

24    (2) a system manufactured in a covered foreign
25    country or by an entity domiciled in a covered for-

WASHSTATEC011861

761

1    eign country for the detection or identification of

2    covered unmanned aircraft systems.

3    (b) EXEMPTION.—The Secretary of Defense is ex-

4 empt from the restriction under subsection (a) if the oper-

5 ation or procurement is for the purposes of—

6        (1) Counter-UAS surrogate testing and train-

7    ing; or

8        (2) intelligence, electronic warfare, and infor-

9    mation warfare operations, testing, analysis, and

10   training.

11   (c) WAIVER.—The Secretary of Defense may waive

12 the restriction under subsection (a) on a case by case basis

13 by certifying in writing to the congressional defense com-

14 mittees that the operation or procurement is required in

15 the national interest of the United States.

16   (d) DEFINITIONS.—In this section:

17       (1) COVERED FOREIGN COUNTRY.—The term

18    "covered foreign country" means the People's Re-

19    public of China.

20       (2) COVERED UNMANNED AIRCRAFT SYSTEM.—

21    The term "covered unmanned aircraft system"

22    means an unmanned aircraft system and any related

23    services and equipment.

WASHSTATEC011862

1  **SEC. 849. MODIFICATION OF PROHIBITION ON ACQUISI-**

2  **TION OF SENSITIVE MATERIALS FROM NON-**

3  **ALLIED FOREIGN NATIONS.**

4  (a) EXPANSION OF MATERIALS COVERED BY PROHI-

5  BITION ON SALE FROM NATIONAL DEFENSE STOCK-

6  PILE.—Subsection (a)(2) of section 2533c of title 10,

7  United States Code, is amended, in the matter preceding

8  subparagraph (A), by striking "covered material" and in-

9  serting "material".

10  (b) INCLUSION OF TANTALUM IN DEFINITION OF

11  COVERED MATERIALS.—Subsection (d)(1) of such section

12  is amended—

13  (1) in subparagraph (C), by striking "; and"

14  and inserting a semicolon;

15  (2) in subparagraph (D), by striking the period

16  and inserting "; and"; and

17  (3) by adding at the end the following new sub-

18  paragraph:

19  "(E) tantalum metals and alloys.".

20  **SEC. 850. ACQUISITION AND DISPOSAL OF CERTAIN RARE**

21  **EARTH MATERIALS.**

22  (a) AUTHORITY TO DISPOSE OF AND ACQUIRE MATE-

23  RIALS FOR THE NATIONAL DEFENSE STOCKPILE.—

24  (1) DISPOSAL AUTHORITY.—Pursuant to sec-

25  tion 5(b) of the Strategic and Critical Materials

26  Stock Piling Act (50 U.S.C. 98d(b)), the National

WASHSTATEC011863

1  Defense Stockpile Manager shall dispose of
2  3,000,000 pounds of tungsten ores and concentrates
3  contained in the National Defense Stockpile (in ad-
4  dition to any amount previously authorized for dis-
5  posal).

6      (2) ACQUISITION AUTHORITY.—

7          (A) AUTHORITY.—Using funds available in
8      the National Defense Stockpile Transaction
9      Fund, the National Defense Stockpile Manager
10     may acquire the following materials determined
11     to be strategic and critical materials required to
12     meet the defense, industrial, and essential civil-
13     ian needs of the United States:

14              (i) Aerospace-grade rayon.

15              (ii) Electrolytic manganese metal.

16              (iii) Pitch-based carbon fiber.

17              (iv) Rare earth cerium compounds.

18              (v) Rare earth lanthanum compounds.

19          (B) AMOUNT OF AUTHORITY.—The Na-
20      tional Defense Stockpile Manager may use up
21      to $37,420,000 in the National Defense Stock-
22      pile Transaction Fund for acquisition of the
23      materials specified in this paragraph.

24      (3) FISCAL YEAR LIMITATION.—The authority
25  under this subsection is available for purchases

WASHSTATEC011864

764

1 made during fiscal year 2020 through fiscal year
2 2024.

3 (b) SENSE OF CONGRESS RELATING TO NATIONAL
4 DEFENSE STOCKPILE SALES.—It is the sense of Congress
5 that tantalum should be designated as a strategic and crit-
6 ical material under the Strategic and Critical Materials
7 Stock Piling Act (50 U.S.C. 98 et seq.) required to meet
8 the defense, industrial, and essential civilian needs of the
9 United States.

10 (c) REPORT ON SUPPLY CHAIN ISSUES FOR RARE
11 EARTH MATERIALS.—Not later than 180 days after the
12 date of the enactment of this Act, the Administrator of
13 the Defense Logistics Agency, in coordination with the
14 Deputy Assistant Secretary of Defense for Industrial Pol-
15 icy, shall submit a report to Congress assessing issues re-
16 lating to the supply chain for rare earth materials. Such
17 report shall include the following:

18    (1) An assessment of the rare earth materials
19    in the reserves held by the United States.

20    (2) A estimate of the needs of the United
21    States for rare earth materials—

22       (A) in general; and

23       (B) to support a major near-peer conflict
24       as described in war game scenarios in the 2018
25       National Defense Strategy.

WASHSTATEC011865

765

1  (3) An assessment of the extent to which sub-
2  stitutes for rare earth materials are available.

3  (4) A strategy or plan to encourage the use of
4  rare earth materials mined, refined, processed, melt-
5  ed, or sintered in the United States, or from trusted
6  allies, including an assessment of the best acquisi-
7  tion practices (which shall include an analysis of
8  best value contracting methods) to ensure the viabil-
9  ity of trusted suppliers of rare earth materials to
10  meet national security needs.

**SEC. 851. PILOT PROGRAM FOR DEVELOPMENT OF TECH-**
**NOLOGY-ENHANCED CAPABILITIES WITH**
**PARTNERSHIP INTERMEDIARIES.**

14  (a) ESTABLISHMENT.—The Commander of the
15  United States Special Operations Command may use the
16  greater of $2,000,000 or 5 percent of the funds required
17  to be expended by the United States Special Operations
18  Command under section 9(f)(1) of the Small Business Act
19  (15 U.S.C. 638(f)(1)) for a pilot program to increase par-
20  ticipation by small business concerns in the development
21  of technology-enhanced capabilities for special operations
22  forces.

23  (b) USE OF PARTNERSHIP INTERMEDIARY.—

24  (1) AUTHORIZATION.—The Commander of the
25  United States Special Operations Command may

WASHSTATEC011866

766

1 modify an existing agreement with a partnership

2 intermediary to assist the Commander in carrying

3 out the pilot program under this section, including

4 with respect to the award of contracts and agree-

5 ments to small business concerns.

6 (2) USE OF FUNDS.—None of the funds re-

7 ferred to in subsection (a) shall be used to pay a

8 partnership intermediary for any administrative

9 costs associated with the pilot program.

10 (c) REPORT.—Not later than October 1, 2020, and

11 October 1, 2021, the Commander of the United States

12 Special Operations Command, in coordination with the

13 Under Secretary of Defense for Research and Engineer-

14 ing, shall submit to the congressional defense committees,

15 the Committee on Small Business of the House of Rep-

16 resentatives, and the Committee on Small Business and

17 Entrepreneurship of the Senate a report describing any

18 agreement with a partnership intermediary entered into

19 pursuant to this section. The report shall include, for each

20 such agreement, the amount of funds obligated, an identi-

21 fication of the recipient of such funds, and a description

22 of the use of such funds.

23 (d) TERMINATION.—The authority to carry out a

24 pilot program under this section shall terminate on Sep-

25 tember 30, 2021.

WASHSTATEC011867

767

1    (e) DEFINITIONS.—In this section:

2        (1) PARTNERSHIP INTERMEDIARY.—The term

3    "partnership intermediary" has the meaning given

4    the term in section 23(c) of the Stevenson-Wydler

5    Technology Innovation Act of 1980 (15 U.S.C.

6    3715(c)).

7        (2) SMALL BUSINESS CONCERN.—The term

8    "small business concern" has the meaning given the

9    term under section 3 of the Small Business Act (15

10    U.S.C. 632).

11        (3) SMALL BUSINESS INNOVATION RESEARCH

12    PROGRAM.—The term "Small Business Innovation

13    Research Program" has the meaning given the term

14    in section 9(e)(4) of the Small Business Act (15

15    U.S.C. 638(e)).

16        (4) SMALL BUSINESS TECHNOLOGY TRANSFER

17    PROGRAM.—The term "Small Business Technology

18    Transfer Program" has the meaning given the term

19    in section 9(e)(6) of the Small Business Act (15

20    U.S.C. 638(e)).

21        (5) TECHNOLOGY-ENHANCED CAPABILITY.—

22    The term "technology-enhanced capability" means a

23    product, concept, or process that improves the abil-

24    ity of a member of the Armed Forces to achieve an

25    assigned mission.

WASHSTATEC011868

768

1 **SEC. 852. AUTHORIZED OFFICIAL TO CARRY OUT THE PRO-**

2 **CUREMENT TECHNICAL ASSISTANCE COOP-**

3 **ERATIVE AGREEMENT PROGRAM.**

4    (a) AUTHORIZED OFFICIAL.—Effective October 1,

5 2021, section 2411(3) of title 10, United States Code, is

6 amended by striking "Director of the Defense Logistics

7 Agency" and inserting "Under Secretary of Defense for

8 Acquisition and Sustainment".

9    (b) REPORT AND BRIEFING.—Not later than Novem-

10 ber 1, 2020, the Secretary of Defense shall provide to the

11 congressional defense committees a written report and

12 briefing on the activities carried out in preparation for the

13 transition of responsibilities for carrying out the procure-

14 ment technical assistance cooperative agreement program

15 under chapter 142 of title 10, United States Code, from

16 the Director of Defense Logistics Agency to the Under

17 Secretary of Defense for Acquisition and Sustainment, as

18 required by subsection (a).

19    (c) ANNUAL BUDGET JUSTIFICATION DOCU-

20 MENTS.—The Secretary of Defense shall submit to Con-

21 gress, as a part of the defense budget materials (as de-

22 fined in section 234(d) of title 10, United States Code)

23 for fiscal year 2021 and each fiscal year thereafter, a

24 budget justification display that includes the procurement

25 technical assistance cooperative agreement program under

26 chapter 142 of title 10, United States Code, as part of

WASHSTATEC011869

769

1 the budget justification for Operation and Maintenance,

2 Defense-wide for the Office of the Secretary of Defense.

**3 SEC. 853. REQUIREMENT THAT CERTAIN SHIP COMPO-**

**4      NENTS BE MANUFACTURED IN THE NA-**

**5      TIONAL TECHNOLOGY AND INDUSTRIAL**

**6      BASE.**

7    (a) ADDITIONAL PROCUREMENT LIMITATION.—Sec-

8 tion 2534(a) of title 10, United States Code, is amended

9 by adding at the end the following new paragraph:

10        "(6) COMPONENTS FOR AUXILIARY SHIPS.—

11    Subject to subsection (k), large medium-speed diesel

12    engines.".

13    (b) IMPLEMENTATION.—Such section is further

14 amended by adding at the end the following new sub-

15 section:

16    "(k) IMPLEMENTATION OF AUXILIARY SHIP COMPO-

17 NENT LIMITATION.—Subsection (a)(6) applies only with

18 respect to contracts awarded by the Secretary of a military

19 department for new construction of an auxiliary ship after

20 the date of the enactment of the National Defense Author-

21 ization Act for Fiscal Year 2020 using funds available for

22 National Defense Sealift Fund programs or Shipbuilding

23 and Conversion, Navy. For purposes of this subsection,

24 the term 'auxiliary ship' does not include an icebreaker

25 or a special mission ship.".

WASHSTATEC011870

770

**SEC. 854. ADDITION OF DOMESTICALLY PRODUCED STAIN-**

        **LESS STEEL FLATWARE AND DINNERWARE**

        **TO THE BERRY AMENDMENT.**

    (a) ADDITION OF DOMESTICALLY PRODUCED STAIN-LESS STEEL FLATWARE AND DINNERWARE.—

        (1) IN GENERAL.—Section 2533a(b) of title 10, United States Code, is amended by adding at the end the following new paragraphs:

        "(3) Stainless steel flatware.

        "(4) Dinnerware.".

        (2) APPLICABILITY.—Paragraphs (3) and (4) of section 2533a(b) of title 10, United States Code, as added by paragraph (1), shall apply with respect to contracts entered into on or after the date occurring 1 year after the date of the enactment of this Act.

        (3) REPEAL.—Effective September 30, 2023, such paragraphs (3) and (4) are repealed.

    (b) REPORT.—

        (1) REPORT REQUIRED.—Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that provides a market survey, cost assessment, description of national security considerations, and a recommendation regarding whether the procurement of dinnerware and stainless steel flatware should be limited to sources in the United States.

WASHSTATEC011871

771

(2) CONTENTS.—The report required under paragraph (1) shall include an analysis of the following with respect to dinnerware and stainless steel flatware:

(A) The extent to which such items have commercial applications.

(B) The number of such items to be procured by current programs of record.

(C) The criticality of such items to a military unit's mission accomplishment.

(D) The estimated cost and other considerations of reconstituting the production capability of such items, if not maintained in the United States.

(E) National security regulations or restrictions imposed on such items that may not be imposed on such items if provided by a competitor outside the United States.

(F) Federal, State, and local government regulations that are not related to national security that are imposed on such items that may not be imposed on a competitor outside the United States.

(G) The extent to which such items is fielded in current programs of record.

WASHSTATEC011872

772

1    (H) The extent to which such items can be
2   procured as and when needed in satisfactory
3   quality and sufficient quantity at United States
4   market prices.
5    (I) The benefits accrued to the Depart-
6   ment of Defense and the defense industrial base
7   to procure such items from sources outside the
8   United States.

**SEC. 855. APPLICATION OF MISCELLANEOUS TECHNOLOGY**
10    **BASE POLICIES AND PROGRAMS TO THE CO-**
11    **LUMBIA-CLASS SUBMARINE PROGRAM.**

12   Notwithstanding subchapter V of chapter 148 of title
13 10, United States Code (except for sections 2534, 2533a,
14 and 2533b of such title), for a period of one year begin-
15 ning on the date of the enactment of this Act, the mile-
16 stone decision authority (as defined in section 2366a of
17 title 10, United States Code) for the Columbia-class sub-
18 marine program shall ensure that such program maintains
19 the Acquisition Program Baseline schedule dates approved
20 under the Milestone B approval (as defined in such sec-
21 tion).

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011873

773

1   **SEC. 856. APPLICATION OF LIMITATION ON PROCUREMENT**

2               **OF GOODS OTHER THAN UNITED STATES**

3               **GOODS TO THE FFG–FRIGATE PROGRAM.**

4       Notwithstanding any other provision of law, amounts

5   authorized to carry out the FFG–Frigate Program may

6   be used to award a new contract that provides for the ac-

7   quisition of the following components regardless of wheth-

8   er those components are manufactured in the United

9   States:

10          (1) Auxiliary equipment (including pumps) for

11      shipboard services.

12          (2) Propulsion equipment (including engines,

13      reduction gears, and propellers).

14          (3) Shipboard cranes.

15          (4) Spreaders for shipboard cranes.

16  **SEC. 857. SENSE OF CONGRESS REGARDING CONSIDER-**

17              **ATION OF PRICE IN PROCUREMENT OF THE**

18              **FFG(X) FRIGATE.**

19      It is the sense of Congress that during fiscal year

20  2020, in evaluating proposals for a contract to procure

21  a FFG(X) frigate, the Secretary of the Navy should en-

22  sure price is a critical factor.

WASHSTATEC011874

774

# Subtitle F—Provisions Relating to Acquisition Workforce

**SEC. 860. ESTABLISHMENT OF DEFENSE CIVILIAN TRAIN-ING CORPS.**

(a) IN GENERAL.—Part III of subtitle A of title 10, United States Code, is amended by inserting after chapter 112 the following new chapter:

## "CHAPTER 113—DEFENSE CIVILIAN TRAINING CORPS

"Sec. 2200g. Establishment.
"Sec. 2200h. Program elements.
"Sec. 2200i. Model authorities.
"Sec. 2200j. Definitions.

**"SEC. 2200g. ESTABLISHMENT.**

"For the purposes of preparing selected students for public service in Department of Defense occupations relating to acquisition, science, engineering, or other civilian occupations determined by the Secretary of Defense, and to target critical skill gaps in the Department of Defense, the Secretary of Defense shall establish and maintain a Defense Civilian Training Corps program, organized into one or more units, at any accredited civilian educational institution authorized to grant baccalaureate degrees.

**"SEC. 2200h. PROGRAM ELEMENTS.**

"In establishing the program, the Secretary of Defense shall determine the following:

WASHSTATEC011875

775

1          ''(1) A methodology to identify and target crit-

2      ical skills gaps in Department of Defense occupa-

3      tions relating to acquisition, science, engineering, or

4      other civilian occupations determined by the Sec-

5      retary of Defense.

6          ''(2) A mechanism to track and report the suc-

7      cess of the program in eliminating any critical skills

8      gaps identified under paragraph (1).

9          ''(3) Criteria for an accredited civilian edu-

10     cational institution to participate in the program.

11         ''(4) The eligibility of a student to become a

12     member of the program.

13         ''(5) Criteria required for a member of the pro-

14     gram to receive financial assistance from the De-

15     partment of Defense.

16         ''(6) The term of service as an employee of the

17     Department of Defense required for a member of

18     the program to receive such financial assistance.

19         ''(7) Criteria required for a member of the pro-

20     gram to be released from a term of service.

21         ''(8) The method by which a successful grad-

22     uate of the program may gain immediate employ-

23     ment in the Department of Defense.

24         ''(9) Resources required for implementation of

25     the program.

WASHSTATEC011876

776

1 **"SEC. 2200i. MODEL AUTHORITIES.**

2 "In making determinations under section 2200h of

3 this title, the Secretary of Defense shall use the authori-

4 ties under chapters 103 and 111 of this title as guides.

5 **"SEC. 2200j. DEFINITIONS.**

6 "In this chapter:

7 "(1) The term 'program' means the Defense Ci-

8 vilian Training Corps program established under

9 section 2200g.

10 "(2) The term 'member of the program' means

11 a student at an accredited civilian educational insti-

12 tution who is enrolled in the program.".

13 (b) IMPLEMENTATION TIMELINE.—

14 (1) INITIAL IMPLEMENTATION.—Not later than

15 February 15, 2020, the Secretary of Defense shall

16 submit to the congressional defense committees a

17 plan and schedule to implement the Defense Civilian

18 Training Corps program established under chapter

19 113 of title 10, United States Code (as added by

20 subsection (a)) at one accredited civilian educational

21 institution authorized to grant baccalaureate degrees

22 not later than August 1, 2021. The plan shall in-

23 clude a list of critical skills gaps the program will

24 address and recommendations for any legislative

25 changes required for effective implementation of the

26 program.

WASHSTATEC011877

777

1        (2) EXPANSION.—Not later than December 31,

2    2020, the Secretary of Defense shall submit to the

3    congressional defense committees an expansion plan

4    and schedule to expand the Defense Civilian Train-

5    ing Corps program to five accredited civilian edu-

6    cational institutions not later than August 1, 2022.

7        (3) FULL IMPLEMENTATION.—Not later than

8    December 31, 2021, the Secretary of Defense shall

9    submit to the congressional defense committees a

10    full implementation plan and schedule to expand the

11    Defense Civilian Training Corps program to at least

12    20 accredited civilian educational institutions with

13    not fewer than 400 members enrolled in the pro-

14    gram not later than August 1, 2023.

15  **SEC. 861. DEFENSE ACQUISITION WORKFORCE CERTIFI-**

16               **CATION, EDUCATION, AND CAREER FIELDS.**

17    (a) PROFESSIONAL CERTIFICATION REQUIRE-

18  MENT.—

19        (1) PROFESSIONAL CERTIFICATION REQUIRED

20    FOR ALL ACQUISITION WORKFORCE PERSONNEL.—

21    Section 1701a of title 10, United States Code, is

22    amended—

23        (A) by redesignating subsections (c) and

24    (d) as subsections (d) and (e), respectively; and

WASHSTATEC011878

778

1    (B) by inserting after subsection (b) the

2    following new subsection:

3  "(c) PROFESSIONAL CERTIFICATION.—(1) IN GEN-

4 ERAL.—The Secretary of Defense shall implement a cer-

5 tification program to provide for a professional certifi-

6 cation requirement for all members of the acquisition

7 workforce. Except as provided in paragraph (2), the cer-

8 tification requirement for any acquisition workforce career

9 field shall be based on standards developed by a third-

10 party accredited program based on nationally or inter-

11 nationally recognized standards.

12  "(2) REQUIREMENTS FOR SECRETARY.—If the Sec-

13 retary determines that, for a particular acquisition work-

14 force career field, a third-party accredited program based

15 on nationally or internationally recognized standards does

16 not exist, the Secretary shall establish the certification re-

17 quirement for that career field that conforms with the

18 practices of national or international accrediting organiza-

19 tions. The Secretary shall determine the best approach for

20 meeting the certification requirement for any such career

21 field, including by implementing such certification require-

22 ment through entities outside the Department of Defense,

23 and may design and implement such certification require-

24 ment without regard to section 1746 of this title.".

WASHSTATEC011879

779

1    (2) PERFORMANCE MANAGEMENT.—Subsection

2    (b) of such section is amended—

3         (A) in paragraph (5), by striking "encour-

4         age" and inserting "direct"; and

5         (B) in paragraph (6), by inserting "and

6         consequences" after "warnings".

7    (3) PARTICIPATION IN PROFESSIONAL ASSOCIA-

8    TIONS.—Subsection (b) of such section is further

9    amended—

10        (A) by redesignating paragraphs (6), (7),

11        (8), and (9) as paragraphs (7), (8), (9), and

12        (10), respectively; and

13        (B) by inserting after paragraph (5) the

14        following new paragraph:

15    "(6) authorize a member of the acquisition

16    workforce to participate in professional associations,

17    consistent with the performance plan of such a

18    member in order to provide the member with the op-

19    portunity to gain leadership and management

20    skills.".

21    (4) GENERAL EDUCATION, TRAINING, AND EX-

22    PERIENCE REQUIREMENTS.—Section 1723 of such

23    title is amended—

24        (A) in subsection (a)(3), by striking the

25        second sentence; and

WASHSTATEC011880

780

1     (B) in subsection (b)(1), by striking "en-
2     courage" and inserting "direct".

3     (5) EFFECTIVE DATE.—The Secretary of De-
4     fense shall implement procedures to institute the
5     program required by subsection (c) of section 1701a
6     of title 10, United States Code, as added by para-
7     graph (1), not later than 180 days after the date of
8     the enactment of this Act.

9     (b) ELIMINATION OF STATUTORY REQUIREMENT
10    FOR COMPLETION OF 24 SEMESTER CREDIT HOURS.—

11        (1) QUALIFICATION REQUIREMENTS FOR CON-
12    TRACTING POSITIONS.—Section 1724 of title 10,
13    United States Code, is amended—

14            (A) in subsection (a)(3)—

15                (i) by striking "(A)" after "(3)"; and

16                (ii) by striking ", and (B)" and all
17            that follows through "and management";
18            and

19            (B) in subsection (b), by striking "require-
20        ments" in the first sentences of paragraphs (1)
21        and (2) and inserting "requirement";

22            (C) in subsection (e)—

23                (i) in paragraph (1)—

24                    (I) by striking "requirements in
25                subparagraphs (A) and (B) of sub-

WASHSTATEC011881

781

1 section (a)(3)'' and inserting ''require-

2 ment of subsection (a)(3)''; and

3  (II) in subparagraph (C), by

4 striking ''requirements'' and inserting

5 ''requirement''; and

6 (ii) in paragraph (2)—

7  (I) by striking ''shall have—''

8 and all that follows through ''been

9 awarded'' and inserting ''shall have

10 been awarded'';

11  (II) by striking ''; or'' and insert-

12 ing a period; and

13  (III) by striking subparagraph

14 (B); and

15 (D) in subsection (f), by striking '', includ-

16 ing—'' and all that follows and inserting a pe-

17 riod.

18 (2) SELECTION CRITERIA AND PROCEDURES.—

19 Section 1732 of such title is amended—

20 (A) in subsection (b)(1)—

21 (i) by striking ''Such requirements,''

22 and all the follows through ''the person—

23 '' and inserting ''Such requirements shall

24 include a requirement that the person—'';

25 (ii) by striking subparagraph (B); and

WASHSTATEC011882

782

1         (iii) by redesignating clauses (i) and

2     (ii) as subparagraphs (A) and (B), respec-

3     tively, and conforming the margins accord-

4     ingly;

5     (B) in subsection (c), by striking "require-

6     ments of subsections (b)(1)(A) and (b)(1)(B)"

7     in paragraphs (1) and (2) and inserting "re-

8     quirement of subsection (b)(1)"; and

9     (C) in subsection (d)—

10     (i) by striking "(1) Except as pro-

11     vided in paragraph (2),"; and

12     (ii) by striking paragraph (2).

13  (c) DEFENSE ACQUISITION UNIVERSITY.—Section

14  1746 of title 10, United States Code, is amended—

15     (1) in subsection (b)—

16     (A) by redesignating paragraphs (2) and

17     (3) as paragraphs (4) and (5), respectively;

18     (B) by inserting after paragraph (1) the

19     following new paragraphs:

20     "(2) The professors, instructors, and lecturers

21  employed under paragraph (1) shall include individ-

22  uals from civilian colleges or universities that are

23  not owned or operated by the Federal Government,

24  commercial learning and development organizations,

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011883

783

1    industry, or federally funded research and develop-

2    ment centers.

3        ''(3) The Secretary of Defense shall ensure

4    that—

5            ''(A) not later than September 1, 2021,

6        not less than five full-time visiting professors

7        employed under paragraph (1) are from civilian

8        colleges or universities described under para-

9        graph (2); ; and

10           ''(B) not later than September 1, 2022,

11       not less than ten full-time visiting professors

12       employed under paragraph (1) are from such

13       civilian colleges or universities.''; and

14       (2) in subsection (c), by inserting '', and with

15   commercial training providers,'' after ''military de-

16   partments''.

17   (d) DESIGNATION OF SECURITY COOPERATION AS AN

18 ACQUISITION POSITION.—Section 1721(b) of title 10,

19 United States Code, is amended—

20       (1) by amending paragraph (11) to read as fol-

21   lows:

22       ''(11) Security cooperation.''; and

23       (2) by adding at the end the following new

24   paragraph:

25       ''(13) Other positions, as necessary.''.

WASHSTATEC011884

784

1 (e) CAREER PATHS.—

2    (1) CAREER PATH REQUIRED FOR EACH ACQUI-

3 SITION WORKFORCE CAREER FIELD.—Paragraph (4)

4 of section 1701a(b) of title 10, United States Code,

5 is amended to read as follows:

6    "(4) develop and implement a career path, as

7 described in section 1722(a) of this title, for each

8 career field designated by the Secretary under sec-

9 tion 1721(a) of this title as an acquisition workforce

10 career field;".

11    (2)   CONFORMING   AMENDMENTS.—Section

12 1722(a) of such title is amended—

13    (A) by striking "appropriate career paths"

14    and inserting "an appropriate career path";

15    and

16    (B) by striking "are identified" and insert-

17    ing "is identified for each acquisition workforce

18    career field".

19    (3) DEADLINE FOR IMPLEMENTATION OF CA-

20 REER PATHS.—Not later than the end of the two-

21 year period beginning on the date of the enactment

22 of this Act, the Secretary of Defense shall carry out

23 the requirements of paragraph (4) of section

24 1701a(b) of title 10, United States Code (as amend-

25 ed by paragraph (1)).

WASHSTATEC011885

785

1    (f) CAREER FIELDS.—

2        (1) DESIGNATION OF ACQUISITION WORKFORCE

3    CAREER FIELDS.—Section 1721(a) of such title is

4    amended by adding at the end the following new

5    sentence: ''The Secretary shall also designate in reg-

6    ulations those career fields in the Department of De-

7    fense that are acquisition workforce career fields for

8    purposes of this chapter.''.

9        (2) CLERICAL AMENDMENTS.—(A) The heading

10    of section 1721 of such title is amended to read as

11    follows:

## § 1721. Designation of acquisition positions and ac-

## quisition workforce career fields''.

14        (B) The item relating to such section in

15        the table of sections at the beginning of sub-

16        chapter II of chapter 87 of such title is amend-

17        ed to read as follows:

''1721. Designation of acquisition positions and acquisition workforce career fields.''.

18        (3)(A) The heading of subchapter II of chapter

19    87 of such title is amended to read as follows:

''SUBCHAPTER II—ACQUISITION POSITIONS AND ACQUISITION WORKFORCE CAREER FIELDS''.

20        (B) The item relating to such subchapter in the

21    table of subchapters at the beginning of such chap-

22    ter is amended to read as follows:

''II. Acquisition Positions And Acquisition Workforce Career Fields ..... 1721''.

WASHSTATEC011886

1    (4) DEADLINE FOR DESIGNATION OF CAREER

2    FIELDS.—Not later than the end of the six-month

3    period beginning on the date of the enactment of

4    this Act, the Secretary of Defense shall carry out

5    the requirements of the second sentence of section

6    1721(a) of title 10, United States Code (as added by

7    paragraph (1)).

8    (g) KEY WORK EXPERIENCES.—

9    (1) DEVELOPMENT OF KEY WORK EXPERI-

10   ENCES FOR EACH ACQUISITION WORKFORCE CAREER

11   FIELD.—Section 1722b of such title is amended by

12   adding at the end the following new subsection:

13   "(c) KEY WORK EXPERIENCES.—In carrying out

14   subsection (b)(2), the Secretary shall ensure that key work

15   experiences, in the form of multidisciplinary experiences,

16   are developed for each acquisition workforce career field.".

17   (2) PLAN FOR IMPLEMENTATION OF KEY WORK

18   EXPERIENCES.—Not later than one year after the

19   date of the enactment of this Act, the Secretary of

20   Defense shall submit to the congressional defense

21   committees a plan identifying the specific actions the

22   Secretary has taken, and is planning to take, to de-

23   velop and establish key work experiences for each ac-

24   quisition workforce career field as required by sub-

25   section (c) of section 1722b of title 10, United

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011887

1    States Code (as added by paragraph (1)). The plan

2    shall specify the percentage of the acquisition work-

3    force, or funds available for administration of the

4    acquisition workforce on an annual basis, that the

5    Secretary will dedicate towards developing and es-

6    tablishing such key work experiences.

7    (h) APPLICABILITY OF CAREER PATH REQUIRE-

8    MENTS TO ALL MEMBERS OF ACQUISITION WORK-

9    FORCE.—Section 1723(b) of such title is amended by

10    striking "the critical acquisition-related".

11    (i) COMPETENCY DEVELOPMENT.—

12    (1) IN GENERAL.—Subchapter V of chapter 87

13    of such title is amended by adding at the end the

14    following new section:

15    **"§ 1765. Competency development**

16    "For each acquisition workforce career field, the Sec-

17    retary of Defense shall—

18    "(1) establish, for the civilian personnel in that

19    career field, defined proficiency standards and tech-

20    nical and nontechnical competencies which shall be

21    used in personnel qualification assessments; and

22    "(2) assign resources to accomplish such tech-

23    nical and nontechnical competencies.".

WASHSTATEC011888

788

1      (2) The table of sections at the beginning of
2   such subchapter II is amended by adding at the end
3   the following new item:

"1765. Competency development.".

4      (3) DEADLINE FOR IMPLEMENTATION.—Not
5   later than the end of the two-year period beginning
6   on the date of the enactment of this Act, the Sec-
7   retary of Defense shall carry out the requirements of
8   section 1765 of title 10, United States Code (as
9   added by paragraph (1)).

10   (j) TERMINATION OF DEFENSE ACQUISITION
11   CORPS.—

12      (1) The Acquisition Corps for the Department
13   of Defense referred to in section 1731(a) of title 10,
14   United States Code, is terminated.

15      (2) Section 1733 of title 10, United States
16   Code, is amended—

17         (A) by striking subsection (a); and

18         (B) by redesignating subsection (b) as sub-
19      section (a).

20      (3) Subsection (b) of section 1731 of such title
21   is transferred to the end of section 1733 of such
22   title, as amended by paragraph (2), and amended—

23         (A) by striking "ACQUISITION CORPS" in
24      the heading and inserting "THE ACQUISITION
25      WORKFORCE"; and

WASHSTATEC011889

789

1    (B) by striking "selected for the Acquisi-
2  tion Corps" and inserting "in the acquisition
3  workforce".

4   (4) Subsection (e) of section 1732 of such title
5 is transferred to the end of section 1733 of such
6 title, as amended by paragraphs (2) and (3), redes-
7 ignated as subsection (c), and amended—

8    (A) by striking "in the Acquisition Corps"
9  in paragraphs (1) and (2) and inserting "in
10  critical acquisition positions"; and

11    (B) by striking "serving in the Corps" in
12  paragraph (2) and inserting "employment".

13   (5) Sections 1731 and 1732 of such title are re-
14 pealed.

15   (6)(A) Section 1733 of such title, as amended
16 by paragraphs (2), (3), and (4), is redesignated as
17 section 1731.

18   (B) The table of sections at the beginning of
19 subchapter III of chapter 87 of such title is amend-
20 ed by striking the items relating to sections 1731,
21 1732, and 1733 and inserting the following new
22 item:

"1731. Critical acquisition positions.".

23   (7)(A) The heading of subchapter III of chapter
24 87 of such title is amended to read as follows:

"SUBCHAPTER III—CRITICAL ACQUISITION POSITIONS".

WASHSTATEC011890

790

1          (B) The item relating to such subchapter in the

2     table of subchapters at the beginning of such chap-

3     ter is amended to read as follows:

"III. Critical Acquisition Positions .......................................................... 1731".

4          (8) Section 1723(a)(2) of such title is amended

5     by striking "section 1733 of this title" and inserting

6     "section 1731 of this title".

7          (9) Section 1725 of such title is amended—

8               (A) in subsection (a)(1), by striking "De-

9          fense Acquisition Corps" and inserting "acqui-

10         sition workforce"; and

11              (B) in subsection (d)(2), by striking "of

12         the Defense Acquisition Corps" and inserting

13         "in the acquisition workforce serving in critical

14         acquisition positions".

15         (10) Section 1734 of such title is amended—

16              (A) by striking "of the Acquisition Corps"

17         in subsections (e)(1) and (h) and inserting "of

18         the acquisition workforce"; and

19              (B) in subsection (g)—

20                   (i) by striking "of the Acquisition

21              Corps" in the first sentence and inserting

22              "of the acquisition workforce";

23                   (ii) by striking "of the Corps" and in-

24              serting "of the acquisition workforce"; and

WASHSTATEC011891

791

1     (iii) by striking "of the Acquisition
2     Corps" in the second sentence and insert-
3     ing "of the acquisition workforce in critical
4     acquisition positions".

5  (11) Section 1737 of such title is amended—

6    (A) in subsection (a)(1), by striking "of
7   the Acquisition Corps" and inserting "of the ac-
8   quisition workforce"; and

9    (B) in subsection (b), by striking "of the
10   Corps" and inserting "of the acquisition work-
11   force".

12  (12) Section 1742(a)(1) of such title is amend-
13 ed by striking "the Acquisition Corps" and inserting
14 "acquisition positions in the Department of De-
15 fense".

16  (13) Section 2228(a)(4) of such title is amend-
17 ed by striking "under section 1733(b)(1)(C) of this
18 title" and inserting "under section 1731 of this
19 title".

20  (14) Section 7016(b)(5)(B) of such title is
21 amended by striking "under section 1733 of this
22 title" and inserting "under section 1731 of this
23 title".

24  (15) Section 8016(b)(4)(B) of such title is
25 amended by striking "under section 1733 of this

WASHSTATEC011892

792

1  title" and inserting "under section 1731 of this

2  title".

3  (16) Section 9016(b)(4)(B) of such title is

4  amended by striking "under section 1733 of this

5  title" and inserting "under section 1731 of this

6  title".

7  (17) Paragraph (1) of section 317 of title 37,

8  United States Code, is amended to read as follows:

9  "(1) is a member of the acquisition workforce

10  selected to serve in, or serving in, a critical acquisi-

11  tion position designated under section 1731 of title

12  10.".

13 **SEC. 862. SOFTWARE DEVELOPMENT AND SOFTWARE AC-**

14  **QUISITION TRAINING AND MANAGEMENT**

15  **PROGRAMS.**

16  (a) ESTABLISHMENT OF SOFTWARE DEVELOPMENT

17  AND SOFTWARE ACQUISITION TRAINING AND MANAGE-

18  MENT PROGRAMS.—

19  (1) IN GENERAL.—The Secretary of Defense,

20  acting through the Under Secretary of Defense for

21  Acquisition and Sustainment and in consultation

22  with the Under Secretary of Defense for Research

23  and Engineering, the Under Secretary of Defense

24  for Personnel and Readiness, and the Chief Informa-

25  tion Officer of the Department of Defense, shall es-

WASHSTATEC011893

793

1   tablish software development and software acquisi-

2   tion training and management programs for all soft-

3   ware acquisition professionals, software developers,

4   and other appropriate individuals (as determined by

5   the Secretary of Defense), to earn a certification in

6   software development and software acquisition.

7       (2) PROGRAM CONTENTS.—The programs es-

8   tablished under paragraph (1) shall—

9           (A) develop and expand the use of special-

10      ized training programs for chief information of-

11      ficers of the military departments and the De-

12      fense Agencies, service acquisition executives,

13      program executive officers, and program man-

14      agers to include training on and experience in—

15              (i) continuous software development;

16          and

17              (ii) acquisition pathways available to

18          acquire software;

19          (B) ensure that appropriate program man-

20      agers—

21              (i) have demonstrated competency in

22          current software processes;

23              (ii) have the skills to lead a workforce

24          that can quickly meet challenges, use soft-

25          ware tools that prioritize continuous or fre-

WASHSTATEC011894

794

1  quent upgrades as such tools become avail-
2  able, take up opportunities provided by
3  new innovations, and plan software activi-
4  ties in short iterations to learn from risks
5  of software testing; and

6  (iii) have the experience and training
7  to delegate technical oversight and execu-
8  tion decisions; and

9  (C) include continuing education courses,
10  exchanges with private-sector organizations,
11  and experiential training to help individuals
12  maintain skills learned through the programs.

13  (b) REPORTS.—

14  (1) REPORTS REQUIRED.—The Secretary shall
15  submit to the congressional defense committees—

16  (A) not later than 90 days after the date
17  of the enactment of this Act, an initial report;
18  and

19  (B) not later than one year after the date
20  of the enactment of this Act, a final report.

21  (2) CONTENTS.—Each report required under
22  paragraph (1) shall include—

23  (A) the status of implementing the soft-
24  ware development and software acquisition

WASHSTATEC011895

795

1     training and management programs established

2     under subsection (a)(1);

3     (B) a description of the requirements for

4     certification, including the requirements for

5     competencies in current software processes;

6     (C) a description of potential career paths

7     in software development and software acquisi-

8     tion within the Department of Defense;

9     (D) an independent assessment conducted

10     by the Defense Innovation Board of the

11     progress made on implementing the programs

12     established under subsection (a)(1); and

13     (E) any recommendations for changes to

14     existing law to facilitate the implementation of

15     the programs established under subsection

16     (a)(1).

17  (c) DEFINITIONS.—In this section:

18     (1) PROGRAM EXECUTIVE OFFICER; PROGRAM

19     MANAGER.—The terms "program executive officer"

20     and "program manager" have the meanings given

21     those terms, respectively, in section 1737 of title 10,

22     United States Code.

23     (2) SERVICE ACQUISITION EXECUTIVE.—The

24     terms "military department", "Defense Agency",

25     and "service acquisition executive" have the mean-

WASHSTATEC011896

796

1  ings given those terms, respectively, in section 101
2  of title 10, United States Code.

3  (3) MAJOR DEFENSE ACQUISITION PROGRAM.—
4  The term "major defense acquisition program" has
5  the meaning given in section 2430 of title 10,
6  United States Code.

7  (4) DEFENSE BUSINESS SYSTEM.—The term
8  "defense business system" has the meaning given in
9  section 2222(i)(1) of title 10, United States Code.

**SEC. 863. MODIFICATION OF TEMPORARY ASSIGNMENTS OF**
11  **DEPARTMENT OF DEFENSE EMPLOYEES TO A**
12  **PRIVATE-SECTOR ORGANIZATION.**

13  (a) PUBLIC-PRIVATE TALENT EXCHANGE PRO-
14  GRAM.—Section 1599g of title 10, United States Code, is
15  amended by adding at the end the following new sub-
16  sections:

17  "(i) CONFLICTS OF INTEREST.—A private-sector or-
18  ganization that is temporarily assigned a member of the
19  acquisition workforce under this section shall not be con-
20  sidered to have a conflict of interest with the Department
21  of Defense solely because of participation in the program
22  established under this section.

23  "(j) FUNDING; USE OF DEFENSE ACQUISITION
24  WORKFORCE DEVELOPMENT FUND.—Funds for the ex-
25  penses for the program established under this section may

WASHSTATEC011897

1  be provided from amounts in the Department of Defense
2  Acquisition Workforce Development Fund. Expenses for
3  the program include—

4      ''(1) notwithstanding section 1705(e)(5) of this
5      title, the base salary of a civilian member of the ac-
6      quisition workforce assigned to a private-sector orga-
7      nization under this section, during the period of that
8      assignment;

9      ''(2) expenses relating to assignment under this
10     section of a member of the acquisition workforce
11     away from the member's regular duty station, in-
12     cluding expenses for travel, per diem, and lodging;
13     and

14     ''(3) expenses for the administration of the pro-
15     gram.''.

16 (b) USE OF DEFENSE ACQUISITION WORKFORCE
17 DEVELOPMENT FUND.—Section 1705(e)(1) of such title
18 is amended by adding at the end the following new sub-
19 paragraph:

20     ''(C) Amounts in the Fund may be used to
21     pay the expenses of the public-private talent ex-
22     change program established under section
23     1599g of this title.''.

WASHSTATEC011898

798

1    SEC. 864. INCENTIVES AND CONSIDERATION FOR QUALI-

2         FIED TRAINING PROGRAMS.

3    (a) IN GENERAL.—Chapter 141 of title 10, United

4    States Code, is amended by inserting after section 2409

5    the following new section:

6    "§ 2409a. Incentives and consideration for qualified

7         training programs

8    "(a) INCENTIVES.—The Secretary of Defense shall

9    develop workforce development investment incentives for

10   a contractor that implements a qualified training program

11   to develop the workforce of the contractor in a manner

12   consistent with the needs of the Department of Defense.

13   "(b) CONSIDERATION OF QUALIFIED TRAINING PRO-

14   GRAMS.—The Secretary of Defense shall revise the De-

15   partment of Defense Supplement to the Federal Acquisi-

16   tion Regulation to require that the system used by the

17   Federal Government to monitor or record contractor past

18   performance includes an analysis of the availability, qual-

19   ity, and effectiveness of a qualified training program of

20   an offeror as part of the past performance rating of such

21   offeror.

22   "(c) QUALIFIED TRAINING PROGRAM DEFINED.—

23   The term 'qualified training program' means any of the

24   following:

WASHSTATEC011899

799

1   ''(1) A program eligible to receive funds under

2 the Workforce Innovation and Opportunity Act (29

3 U.S.C. 3101 et seq.).

4   ''(2) A program eligible to receive funds under

5 the Carl D. Perkins Career and Technical Education

6 Act of 2006 (20 U.S.C. 2301 et seq.).

7   ''(3) A program registered under the Act of Au-

8 gust 16, 1937 (commonly known as the 'National

9 Apprenticeship Act'; Stat. 664, chapter 663; 29

10 U.S.C. 50 et seq.).

11   ''(4) Any other program determined to be a

12 qualified training program for purposes of this sec-

13 tion, and that meets the workforce needs of the De-

14 partment of Defense, as determined by the Secretary

15 of Defense.''.

16 (b) CLERICAL AMENDMENT.—The table of sections

17 at the beginning of such chapter is amended by inserting

18 after the item relating to section 2409 the following new

19 item:

''2409a. Incentives and consideration for qualified training programs.''.

20 **SEC. 865. USE OF QUALIFIED APPRENTICES BY MILITARY**

21    **CONSTRUCTION CONTRACTORS.**

22 (a) USE OF QUALIFIED APPRENTICES BY MILITARY

23 CONSTRUCTION CONTRACTORS.—

WASHSTATEC011900

800

1    (1) IN GENERAL.—Subchapter III of chapter
2    169 of title 10, United States Code, is amended by
3    adding at the end the following new section:

**"§ 2870. Use of qualified apprentices by military con-**
**struction contractors**

6    "(a) CERTIFICATION REQUIRED.—The Secretary of
7    Defense shall require each offeror for a contract for a mili-
8    tary construction project to certify to the Secretary that,
9    if awarded such a contract, the offeror will—

10        "(1) establish a goal that not less than 20 per-
11        cent of the total workforce employed in the perform-
12        ance of such a contract are qualified apprentices;
13        and

14        "(2) make a good faith effort to meet or exceed
15        such goal.

16    "(b) INCENTIVES.—The Secretary of Defense shall
17    develop incentives for offerors for a contract for military
18    construction projects to meet or exceed the goal described
19    in subsection (a).

20    "(c) CONSIDERATION OF USE OF QUALIFIED AP-
21    PRENTICES.—The Secretary of Defense shall revise the
22    Department of Defense Supplement to the Federal Acqui-
23    sition Regulation to require that the system used by the
24    Federal Government to monitor or record contractor past
25    performance includes an analysis of whether the con-

WASHSTATEC011901

801

1 tractor has made a good faith effort to meet or exceed

2 the goal described in subsection (a), including consider-

3 ation of the actual number of qualified apprentices used

4 by the contractor on the contract, as part of the past per-

5 formance rating of such contractor.

6     ''(d) QUALIFIED APPRENTICE DEFINED.—In this

7 section, the term 'qualified apprentice' means an employee

8 participating in an apprenticeship program that is—

9     ''(1) registered with the Office of Apprentice-

10     ship of the Employment Training Administration of

11     the Department of Labor pursuant to the Act of Au-

12     gust 16, 1937 (popularly known as the 'National

13     Apprenticeship Act'; 29 U.S.C. 50 et seq.);

14     ''(2) registered with a State apprenticeship

15     agency recognized by such Office of Apprenticeship

16     pursuant to such Act; or

17     ''(3) determined to be a high-quality apprentice-

18     ship program by industry and the Secretary of

19     Labor.''.

20     (2) CLERICAL AMENDMENT.—The table of sec-

21     tions at the beginning of subchapter III of chapter

22     169 of title 10, United States Code, is amended by

23     adding at the end the following new item:

''2870. Use of qualified apprentices by military construction contractors.''.

24     (b) APPLICABILITY.—The amendments made by this

25 section shall apply with respect to contracts awarded on

WASHSTATEC011902

802

1 or after the date that is 180 days after the date of the

2 enactment of this Act.

## Subtitle G—Small Business Matters

**SEC. 870. REQUIREMENTS RELATING TO CREDIT FOR CER-**

**TAIN SMALL BUSINESS CONCERN SUB-**

**CONTRACTORS.**

7 (a) CREDIT FOR CERTAIN SMALL BUSINESS CON-

8 CERN SUBCONTRACTORS.—Section 8(d)(16) of the Small

9 Business Act (15 U.S.C. 637(d)) is amended to read as

10 follows:

11 ''(16) CREDIT FOR CERTAIN SMALL BUSINESS

12 CONCERN SUBCONTRACTORS.—

13 ''(A) IN GENERAL.—For purposes of deter-

14 mining whether or not a prime contractor has

15 attained the percentage goals specified in para-

16 graph (6)—

17 ''(i) if the subcontracting goals per-

18 tain only to a single contract with a Fed-

19 eral agency, the prime contractor may elect

20 to receive credit for small business con-

21 cerns performing as first tier subcontrac-

22 tors or subcontractors at any tier pursuant

23 to the subcontracting plans required under

24 paragraph (6)(D) in an amount equal to

25 the total dollar value of any subcontracts

WASHSTATEC011903

803

1 awarded to such small business concerns;
2 and

3      "(ii) if the subcontracting goals per-
4      tain to more than one contract with one or
5      more Federal agencies, or to one contract
6      with more than one Federal agency, the
7      prime contractor may only receive credit
8      for first tier subcontractors that are small
9      business concerns.

10 "(B) COLLECTION AND REVIEW OF DATA
11 ON SUBCONTRACTING PLANS.—The head of
12 each contracting agency shall ensure that the
13 agency—

14      "(i) collects and reports data on the
15      extent to which prime contractors of the
16      agency meet the goals and objectives set
17      forth in subcontracting plans submitted
18      pursuant to this subsection; and

19      "(ii) periodically reviews data collected
20      and reported pursuant to clause (i) for the
21      purpose of ensuring that such contractors
22      comply in good faith with the requirements
23      of this subsection.

24 "(C) RULE OF CONSTRUCTION.—Nothing
25 in this paragraph shall be construed to allow a

WASHSTATEC011904

804

1 Federal agency to establish a goal for an num-
2 ber of subcontracts with a subcontractor at any
3 tier for a prime contractor otherwise eligible to
4 receive credit under this paragraph.''.

5 (b) MAINTENANCE OF RECORDS WITH RESPECT TO
6 CREDIT UNDER A SUBCONTRACTING PLAN.—Section
7 8(d)(6) of the Small Business Act (15 U.S.C. 637(d)(6))
8 is amended—

9 (1) by redesignating subparagraphs (G) and
10 (H) as subparagraphs (H) and (I), respectively (and
11 conforming the margins accordingly); and

12 (2) by inserting after subparagraph (F) the fol-
13 lowing new subparagraph:

14 ''(G) a recitation of the types of records
15 the successful offeror or bidder will maintain to
16 demonstrate that procedures have been adopted
17 to substantiate the credit the successful offeror
18 or bidder will elect to receive under paragraph
19 (16)(A);''.

**20 SEC. 871. INCLUSION OF BEST IN CLASS DESIGNATIONS IN**
**21 ANNUAL REPORT ON SMALL BUSINESS**
**22 GOALS.**

23 Section 15(h) of the Small Business Act (15 U.S.C.
24 644(h)) is amended by adding at the end the following
25 new paragraph:

WASHSTATEC011905

805

1        ''(4) BEST IN CLASS SMALL BUSINESS PARTICI-

2 PATION REPORTING.—

3          ''(A) ADDENDUM.—In addition to the re-

4 quirements under paragraph (2) and for each

5 best in class designation, the Administrator

6 shall include in the report required by such

7 paragraph—

8          ''(i) the total amount of spending

9 Governmentwide in such designation; and

10          ''(ii) the number of small business

11 concerns awarded contracts and the dollar

12 amount of such contracts awarded within

13 each such designation to each of the fol-

14 lowing—

15          ''(I) qualified HUBZone small

16 business concerns;

17          ''(II) small business concerns

18 owned and controlled by women;

19          ''(III) small business concerns

20 owned and controlled by service-dis-

21 abled veterans; and

22          ''(IV) small business concerns

23 owned and controlled by socially and

24 economically disadvantaged individ-

25 uals.

WASHSTATEC011906

806

1   ''(B) BEST IN CLASS DEFINED.—The term

2   'best in class' has the meaning given such term

3   by the Director of the Office of Management

4   and Budget.

5   ''(C) EFFECTIVE DATE.—The Adminis-

6   trator shall report on the information described

7   by subparagraph (A) beginning on the date that

8   such information is available in the Federal

9   Procurement Data System, the System for

10   Award Management, or any successor to such

11   systems.''.

12  **SEC. 872. REAUTHORIZATION AND IMPROVEMENT OF DE-**

13  **PARTMENT OF DEFENSE MENTOR-PROTEGE**

14  **PROGRAM.**

15  (a) REAUTHORIZATION.—

16  (1) IN GENERAL.—Subsection (j) of section 831

17  of the National Defense Authorization Act for Fiscal

18  Year 1991 (Public Law 101–510; 10 U.S.C. 2302

19  note) is amended—

20  (A) in paragraph (1), by striking ''Sep-

21  tember 30, 2018'' and inserting ''September 30,

22  2024''; and

23  (B) in paragraph (2), by striking ''Sep-

24  tember 30, 2021'' and inserting ''September 30,

25  2026''.

WASHSTATEC011907

1       (2) PROGRAM PARTICIPATION TERM.—Sub-

2    section (e)(2) of such section is amended by striking

3    "three years" each place such term appears and in-

4    serting "two years".

5       (3) EFFECTIVE DATE.—The amendments made

6    by this subsection shall take effect on the date on

7    which the Secretary of Defense submits to Congress

8    the small business strategy required under section

9    2283 of title 10, United States Code. The Secretary

10    of Defense shall notify the Law Revision Counsel of

11    the House of Representatives of the submission of

12    the strategy so that the Law Revision Counsel may

13    execute the amendments made by this subsection.

14    (b) OFFICE OF SMALL BUSINESS PROGRAMS OVER-

15    SIGHT.—Section 831 of the National Defense Authoriza-

16    tion Act for Fiscal Year 1991 (Public Law 101–510; 10

17    U.S.C. 2302 note) is amended—

18       (1) by redesignating subsection (n) as sub-

19    section (o); and

20       (2) by inserting after subsection (m) the fol-

21    lowing new subsection:

22    "(n) ESTABLISHMENT OF PERFORMANCE GOALS

23    AND PERIODIC REVIEWS.—The Office of Small Business

24    Programs of the Department of Defense shall—

WASHSTATEC011908

808

1    ''(1) establish performance goals consistent with

2    the stated purpose of the Mentor-Protege Program

3    and outcome-based metrics to measure progress in

4    meeting those goals; and

5    ''(2) submit to the congressional defense com-

6    mittees, not later than February 1, 2020, a report

7    on progress made toward implementing these per-

8    formance goals and metrics, based on periodic re-

9    views of the procedures used to approve mentor-pro-

10   tege agreements.''.

11   (c) MODIFICATION OF DISADVANTAGED SMALL

12   BUSINESS CONCERN DEFINITION.—Paragraph (2) of sec-

13   tion 831(o) of the National Defense Authorization Act for

14   Fiscal Year 1991 (Public Law 101–510; 10 U.S.C. 2302

15   note), as redesignated by subsection (b)(1), is amended

16   in the matter preceding subparagraph (A) by striking ''has

17   less than half the size standard corresponding to its pri-

18   mary North American Industry Classification System

19   code'' and inserting ''is not more than the size standard

20   corresponding to its primary North American Industry

21   Classification System code''.

22   (d) INDEPENDENT REPORT ON PROGRAM EFFEC-

23   TIVENESS.—The Secretary of Defense shall direct the De-

24   fense Business Board to submit, not later than March 31,

25   2022, to the congressional defense committees a report

WASHSTATEC011909

809

1 evaluating the effectiveness of the Mentor-Protege Pro-
2 gram established under section 831 of the National De-
3 fense Authorization Act for Fiscal Year 1991 (Public Law
4 101–510; 10 U.S.C. 2302 note), including recommenda-
5 tions for improving the program in terms of performance
6 metrics, forms of assistance, and overall program effec-
7 tiveness.

8    (e) REPORT.—Not later than 180 days after the date
9 of the enactment of this Act, and annually thereafter until
10 September 30, 2024, the Secretary of Defense shall sub-
11 mit to the congressional defense committees a report on
12 the Mentor-Protege Program established under section
13 831 of the National Defense Authorization Act for Fiscal
14 Year 1991 (Public Law 101–510; 10 U.S.C. 2302 note)
15 that describes—

16        (1) each mentor-protege agreement entered into
17     under such section, disaggregated by the type of dis-
18     advantaged small business concern (as defined in
19     subsection (o) of such section) receiving assistance
20     pursuant to such an agreement;

21        (2) the type of assistance provided to protege
22     firms (as defined in such subsection) under each
23     such agreement;

WASHSTATEC011910

810

1    (3) the benefits provided to mentor firms (as

2    defined in such subsection) under each such agree-

3    ment; and

4    (4) the progress of protege firms under each

5    such agreement with respect to competing for Fed-

6    eral prime contracts and subcontracts.

7  **SEC. 873. ACCELERATED PAYMENTS APPLICABLE TO CON-**

8  **TRACTS WITH CERTAIN SMALL BUSINESS**

9  **CONCERNS UNDER THE PROMPT PAYMENT**

10 **ACT.**

11   Section 3903(a) of title 31, United States Code, is

12 amended—

13    (1) in paragraph (1)(B), by inserting "except as

14    provided in paragraphs (10) and (11)," before "30

15    days";

16    (2) in paragraph (8), by striking "and";

17    (3) in paragraph (9), by striking the period at

18    the end and inserting a semicolon; and

19    (4) by adding at the end the following new

20    paragraphs:

21    "(10) for a prime contractor (as defined in sec-

22    tion 8701(5) of title 41) that is a small business

23    concern (as defined under section 3 of the Small

24    Business Act (15 U.S.C. 632)), to the fullest extent

25    permitted by law, require that the head of an agency

WASHSTATEC011911

811

1    establish an accelerated payment date with a goal of
2    15 days after a proper invoice for the amount due
3    is received if a specific payment date is not estab-
4    lished by contract; and

5       ''(11) for a prime contractor (as defined in sec-
6    tion 8701(5) of title 41) that subcontracts with a
7    small business concern (as defined under section 3
8    of the Small Business Act (15 U.S.C. 632)), to the
9    fullest extent permitted by law, require that the
10   head of an agency establish an accelerated payment
11   date with a goal of 15 days after a proper invoice
12   for the amount due is received if—

13          ''(A) a specific payment date is not estab-
14       lished by contract; and

15          ''(B) such prime contractor agrees to make
16       payments to such subcontractor in accordance
17       with such accelerated payment date, to the
18       maximum extent practicable, without any fur-
19       ther consideration from or fees charged to such
20       subcontractor.''.

21   **SEC. 874. POSTAWARD EXPLANATIONS FOR UNSUCCESSFUL**
22              **OFFERORS FOR CERTAIN CONTRACTS.**

23       Not later than 180 days after the date of the enact-
24   ment of this Act, the Federal Acquisition Regulation shall
25   be revised to require that with respect to an offer for a

WASHSTATEC011912

812

1 task order or delivery order in an amount greater than
2 the simplified acquisition threshold (as defined in section
3 134 of title 41, United States Code) and less than or equal
4 to $5,500,000 issued under an indefinite delivery-indefi-
5 nite quantity contract, the contracting officer for such
6 contract shall, upon written request from an unsuccessful
7 offeror, provide a brief explanation as to why such offeror
8 was unsuccessful that includes a summary of the rationale
9 for the award and an evaluation of the significant weak
10 or deficient factors in the offeror's offer.

11 **SEC. 875. SMALL BUSINESS CONTRACTING CREDIT FOR**
12 **SUBCONTRACTORS THAT ARE PUERTO RICO**
13 **BUSINESSES OR COVERED TERRITORY BUSI-**
14 **NESSES.**

15 Section 15(x) of the Small Business Act (15 U.S.C.
16 644(x)(1)) is amended—

17 (1) in the subsection heading, by adding "AND
18 COVERED TERRITORY BUSINESSES" after "PUERTO
19 RICO BUSINESSES";

20 (2) in paragraph (1)—

21 (A) by inserting "or a covered territory
22 business, or a prime contractor awards a sub-
23 contract (at any tier) to a subcontractor that is
24 a Puerto Rico business or a covered territory
25 business," after "Puerto Rico business";

WASHSTATEC011913

813

1        (B) by inserting "or subcontract" after

2    "the contract"; and

3        (C) by striking "subsection (g)(1)(A)(i)"

4    and inserting "subsection (g)(1)(A)"; and

5    (3) by adding at the end the following new

6    paragraph:

7    "(3) COVERED TERRITORY BUSINESS DE-

8    FINED.—In this subsection, the term 'covered terri-

9    tory business' means a small business concern that

10    has its principal office located in one of the fol-

11    lowing:

12        "(A) The United States Virgin Islands.

13        "(B) American Samoa.

14        "(C) Guam.

15        "(D) The Northern Mariana Islands.".

16    **SEC. 876. TECHNICAL AMENDMENT REGARDING TREAT-**

17            **MENT OF CERTAIN SURVIVING SPOUSES**

18            **UNDER THE DEFINITION OF SMALL BUSINESS**

19            **CONCERN OWNED AND CONTROLLED BY**

20            **SERVICE-DISABLED VETERANS.**

21    Effective on the date specified in subsection (e) of

22    section 1832 of the National Defense Authorization Act

23    for Fiscal Year 2017 (Public Law 114–328; 130 Stat.

24    2660), section 3(q)(2) of the Small Business Act (15

25    U.S.C. 632(q)) is amended—

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011914

814

1       (1) in subparagraph (C)(i)(II), by striking

2    "rated as 100 percent" and all that follows through

3    "service-connected disability"; and

4       (2) by amending subparagraph (C)(ii)(III) to

5    read as follows:

6            "(III) the date that—

7                "(aa) in the case of a surviving

8              spouse of a veteran with a service-con-

9              nected disability rated as 100 percent

10             disabling or who dies as a result of a

11             service-connected disability, is 10

12             years after the date of the death of

13             the veteran; or

14                "(bb) in the case of a surviving

15              spouse of a veteran with a service-con-

16              nected disability rated as less than

17             100 percent disabling who does not

18             die as a result of a service-connected

19             disability, is 3 years after the date of

20             the death of the veteran.".

WASHSTATEC011915

815

1 **SEC. 877. EXTENSION OF LOAN ASSISTANCE AND DEFER-**
2 **RAL ELIGIBILITY TO RESERVISTS AND MEM-**
3 **BERS OF THE NATIONAL GUARD BEYOND PE-**
4 **RIODS OF MILITARY CONFLICT.**

5    (a) SMALL BUSINESS ACT AMENDMENTS.—Section
6 7 of the Small Business Act (15 U.S.C. 636) is amend-
7 ed—

8        (1) in subsection (b)(3)—

9            (A) in subparagraph (A)—

10                (i) by striking clause (ii);

11                (ii) by redesignating clause (i) as
12            clause (ii);

13                (iii) by inserting before clause (ii), as
14            so redesignated, the following:

15        "(i) the term 'active service' has the mean-
16    ing given that term in section 101(d)(3) of title
17    10, United States Code;"; and

18                (iv) in clause (ii), as so redesignated,
19            by adding "and" at the end;

20            (B) in subparagraph (B), by striking
21        "being ordered to active military duty during a
22        period of military conflict" and inserting "being
23        ordered to perform active service for a period of
24        more than 30 consecutive days";

WASHSTATEC011916

816

1   (C) in subparagraph (C), by striking "ac-

2   tive duty" each place it appears and inserting

3   "active service"; and

4   (D) in subparagraph (G)(ii)(II), by strik-

5   ing "active duty" and inserting "active service";

6   and

7   (2) in subsection (n)—

8   (A) in the subsection heading, by striking

9   "ACTIVE DUTY" and inserting "ACTIVE SERV-

10   ICE";

11   (B) in paragraph (1)—

12   (i) by striking subparagraph (C);

13   (ii) by redesignating subparagraphs

14   (A) and (B) as subparagraphs (B) and

15   (C), respectively;

16   (iii) by inserting before subparagraph

17   (B), as so redesignated, the following:

18   "(A) ACTIVE SERVICE.—The term 'active

19   service' has the meaning given that term in sec-

20   tion 101(d)(3) of title 10, United States

21   Code.";

22   (iv) in subparagraph (B), as so redes-

23   ignated, by striking "ordered to active duty

24   during a period of military conflict" and

25   inserting "ordered to perform active serv-

WASHSTATEC011917

817

1              ice for a period of more than 30 consecu-

2              tive days''; and

3                   (v) in subparagraph (D), by striking

4               ''active duty'' each place it appears and in-

5               serting ''active service''; and

6                 (C) in paragraph (2)(B), by striking ''ac-

7             tive duty'' each place it appears and inserting

8             ''active service''.

9    (b) APPLICABILITY.—The amendments made by sub-

10  section (a)(1) shall apply to an economic injury suffered

11  or likely to be suffered as the result of an essential em-

12  ployee being ordered to perform active service (as defined

13  in section 101(d)(3) of title 10, United States Code) for

14  a period of more than 30 consecutive days who is dis-

15  charged or released from such active service on or after

16  the date of enactment of this Act.

17    (c) SEMIANNUAL REPORT.—Not later than 180 days

18  after the date of enactment of this Act, and semiannually

19  thereafter, the President shall submit to the Committee

20  on Small Business and Entrepreneurship and the Com-

21  mittee on Appropriations of the Senate and the Committee

22  on Small Business and the Committee on Appropriations

23  of the House of Representatives a report on the number

24  of loans made under the Military Reservist Economic In-

25  jury Disaster Loan program and the dollar volume of

WASHSTATEC011918

818

1 those loans. The report shall contain the subsidy rate of
2 the disaster loan program as authorized under section 7(b)
3 of the Small Business Act (15 U.S.C. 636(b)) with the
4 loans made under the Military Reservist Economic Injury
5 Disaster Loan program and without those loans included.

6     (d) TECHNICAL AND CONFORMING AMENDMENT.—
7 Section 8(l) of the Small Business Act (15 U.S.C. 637(l))
8 is amended—

9         (1) by striking ''The Administration'' and in-
10     serting the following:

11         ''(1) IN GENERAL.—The Administration'';

12         (2) by striking ''(as defined in section
13     7(n)(1))''; and

14         (3) by adding at the end the following:

15         ''(2) DEFINITION OF PERIOD OF MILITARY CON-
16     FLICT.—In this subsection, the term 'period of mili-
17     tary conflict' means—

18             ''(A) a period of war declared by the Con-
19         gress;

20             ''(B) a period of national emergency de-
21         clared by the Congress or by the President; or

22             ''(C) a period of a contingency operation,
23         as defined in section 101(a) of title 10, United
24         States Code.''.

WASHSTATEC011919

819

1 **SEC. 878. MODIFICATION TO THE DEFENSE RESEARCH AND**

2       **DEVELOPMENT RAPID INNOVATION PRO-**

3       **GRAM.**

4     (a) TYPES OF AWARDS; AWARD SIZE; LIMITATION

5 ON CERTAIN AWARDS.—Section 2359a of title 10, United

6 States Code, is amended—

7       (1) in subsection (a)(1), by inserting "phase II

8     Small Business Technology Transfer Program

9     projects," after "projects,";

10       (2) in subsection (b)—

11         (A) in paragraph (3), by striking

12       "$3,000,000" and all that follows through the

13       period at the end and inserting "$6,000,000.";

14       and

15         (B) by adding at the end the following new

16       paragraph:

17     "(7) A preference under the program for fund-

18 ing small business concerns."; and

19       (3) in subsection (d)—

20         (A) by striking "Subject to" and inserting

21       "(1) Subject to";

22         (B) in paragraph (1), as so designated, by

23       inserting "and to the limitation under para-

24       graph (2)" after "for such purpose"; and

25         (C) by adding at the end the following new

26       paragraph:

WASHSTATEC011920

820

1   "(2) During any fiscal year, the total amount

2   of awards in an amount greater than $3,000,000

3   made under the program established under sub-

4   section (a) may not exceed 25 percent of the amount

5   made available to carry out such program during

6   such fiscal year.".

7   (b) REPORT.—Not later than 180 days after the date

8   of the enactment of this Act, the Secretary of Defense

9   shall submit to the congressional defense committees a re-

10   port on the program established under section 2359a(a)

11   of title 10, United States Code (commonly known as the

12   "Defense Research and Development Rapid Innovation

13   Program"), which shall include—

14       (1) with respect to the two fiscal years pre-

15       ceding the submission of the report—

16           (A) a description of the total number of

17           proposals funded under the program;

18           (B) the percent of funds made available

19           under the program for phase II Small Business

20           Innovation Research Program projects (as de-

21           fined under section 9 of the Small Business Act

22           (15 U.S.C. 638)); and

23           (C) a list of phase II Small Business Inno-

24           vation Research Program projects that received

25           funding under the program that were included

WASHSTATEC011921

821

1          in major defense acquisition programs (as de-
2          fined in section 2430 of title 10, United States
3          Code) and other defense acquisition programs
4          that meet critical national security needs; and

5      (2) an assessment on the effectiveness of the
6   program in stimulating innovative technologies, re-
7   ducing acquisition or lifecycle costs, addressing tech-
8   nical risk, and improving the timeliness and thor-
9   oughness of test and evaluation outcomes.

10 **SEC. 879. ALIGNMENT OF THE DEPARTMENT OF DEFENSE**
11              **SMALL BUSINESS INNOVATION RESEARCH**
12              **PROGRAM AND SMALL BUSINESS TECH-**
13              **NOLOGY TRANSFER PROGRAM WITH THE NA-**
14              **TIONAL DEFENSE SCIENCE AND TECH-**
15              **NOLOGY STRATEGY.**

16      The Secretary of Defense and Secretaries of the mili-
17 tary departments shall, to the extent practicable, align the
18 research topics selected for activities conducted under the
19 Small Business Innovation Research Program and Small
20 Business Technology Transfer Program (as defined under
21 section 9 of the Small Business Act (15 U.S.C. 638)) with
22 the National Defense Science and Technology Strategy de-
23 veloped under section 218 of the John. S. McCain Na-
24 tional Defense Authorization Act for Fiscal Year 2019
25 (Public Law 115–232; 132 Stat. 1679).

WASHSTATEC011922

822

1 **SEC. 880. ASSISTANCE FOR SMALL BUSINESS CONCERNS**

2 **PARTICIPATING IN THE SBIR AND STTR PRO-**

3 **GRAMS.**

4 (a) DEFINITION OF SENIOR PROCUREMENT EXECU-

5 TIVE.—Section 9(e) of the Small Business Act (15 U.S.C.

6 638(e)) is amended—

7 (1) in paragraph (12)(B), by striking "and" at

8 the end;

9 (2) in paragraph (13)(B), by striking the period

10 at the end and inserting "; and"; and

11 (3) by adding at the end the following new

12 paragraph:

13 "(14) the term 'senior procurement executive'

14 means an official designated under section 1702(c)

15 of title 41, United States Code, as the senior pro-

16 curement executive of a Federal agency participating

17 in a SBIR or STTR program.".

18 (b) INCLUSION OF SENIOR PROCUREMENT EXECU-

19 TIVES IN SBIR AND STTR.—

20 (1) IN GENERAL.—Section 9(b) of the Small

21 Business Act (15 U.S.C. 638(b)) is amended—

22 (A) in paragraph (8), by striking "and" at

23 the end;

24 (B) in paragraph (9), by striking the pe-

25 riod at the end and inserting "; and"; and

WASHSTATEC011923

823

1    (C) by adding at the end the following new

2    paragraph:

3     ''(10) to consult, where appropriate, with per-

4    sonnel from the relevant Federal agency to assist

5    small business concerns participating in a SBIR or

6    STTR program with commercializing research devel-

7    oped under such a program before such small busi-

8    ness concern is awarded a contract from such Fed-

9    eral agency.''.

10    (2) TECHNICAL AMENDMENT.—Section 9(b)(3)

11   of the Small Business Act (15 U.S.C. 638(b)(3)) is

12   amended by striking ''and'' at the end.

13 (c) MODIFICATIONS RELATING TO PROCUREMENT

14 CENTER REPRESENTATIVES AND OTHER ACQUISITION

15 PERSONNEL.—

16    (1) SBIR AMENDMENT.—Section 9(j) of the

17   Small Business Act (15 U.S.C. 638(j)) is amended

18   by adding at the end the following new paragraph:

19    ''(4) MODIFICATIONS RELATING TO PROCURE-

20   MENT CENTER REPRESENTATIVES.—Upon the en-

21   actment of this paragraph, the Administrator shall

22   modify the policy directives issued pursuant to this

23   subsection to require procurement center representa-

24   tives (as described in section 15(l)) to consult with

25   the appropriate personnel from the relevant Federal

WASHSTATEC011924

824

1 agency, to assist small business concerns partici-

2 pating in the SBIR program, particularly in Phase

3 III.".

4 (2) STTR AMENDMENT.—Section 9(p)(2) of

5 the Small Business Act (15 U.S.C. 638(p)(2)) is

6 amended—

7 (A) in subparagraph (E)(ii), by striking

8 "and" at the end;

9 (B) in subparagraph (F), by striking the

10 period at the end and inserting "; and"; and

11 (C) by adding at the end the following new

12 subparagraph:

13 "(G) procedures to ensure that procure-

14 ment center representatives (as described in

15 section 15(l))—

16 "(i) consult with the appropriate per-

17 sonnel from the relevant Federal agency,

18 to assist small business concerns partici-

19 pating in the STTR program, particularly

20 in Phase III;

21 "(ii) provide technical assistance to

22 such concerns to submit a bid for an

23 award of a Federal contract; and

24 "(iii) consult with the appropriate per-

25 sonnel from the relevant Federal agency in

WASHSTATEC011925

825

1           providing the assistance described in clause

2           (i).''.

3     (d) AMENDMENT TO DUTIES OF PROCUREMENT

4 CENTER REPRESENTATIVES.—Section 15(l)(2) of the

5 Small Business Act (15 U.S.C. 644(l)(2)) is amended—

6           (1) in subparagraph (I), by striking ''and'' at

7     the end;

8           (2) by redesignating subparagraph (J) as sub-

9     paragraph (K); and

10           (3) by inserting after subparagraph (I) the fol-

11     lowing new subparagraph:

12           ''(J) consult with the appropriate per-

13         sonnel from the relevant Federal agency, to as-

14         sist small business concerns participating in a

15         SBIR or STTR program under section 9 with

16         Phase III;''.

17     (e) AMENDMENT TO THE DUTIES OF THE DIRECTOR

18 OF SMALL AND DISADVANTAGED BUSINESS UTILIZATION

19 FOR FEDERAL AGENCIES.—Section 15(k) of the Small

20 Business Act (15 U.S.C. 644(k)) is amended—

21           (1) in paragraph (19), by striking ''and'' at the

22     end;

23           (2) in paragraph (20), by striking the period at

24     the end and inserting a semicolon; and

WASHSTATEC011926

826

1       (3) by adding at the end the following new

2  paragraph:

3       ''(21) shall consult with the appropriate per-

4  sonnel from the relevant Federal agency to assist

5  small business concerns participating in a SBIR or

6  STTR program under section 9 with researching ap-

7  plicable solicitations for the award of a Federal con-

8  tract (particularly with the Federal agency that has

9  a funding agreement, as defined under section 9,

10  with the concern) to market the research developed

11  by such concern under such SBIR or STTR pro-

12  gram.''.

## SEC. 881. CYBERSECURITY TECHNICAL ASSISTANCE FOR SBIR AND STTR PROGRAMS.

15      (a) IN GENERAL.—The Secretary of Defense may

16  enter into an agreement with 1 or more vendors selected

17  under section 9(q)(2) of the Small Business Act (15

18  U.S.C. 638(q)(2)) to provide small business concerns en-

19  gaged in SBIR or STTR projects with cybersecurity tech-

20  nical assistance, such as access to a network of cybersecu-

21  rity experts and engineers engaged in designing and imple-

22  menting cybersecurity practices.

23      (b) AMOUNTS.—In carrying out subsection (a), the

24  Secretary of Defense may provide the amounts described

25  under section 9(q)(3) of such Act (15 U.S.C. 638(q)(3))

WASHSTATEC011927

827

1 to a recipient that meets the eligibility requirements under

2 the such paragraph, if the recipient requests to seek cyber-

3 security technical assistance from an individual or entity

4 other than a vendor selected as described in subsection

5 (a).

## SEC. 882. FUNDING FOR DEFENSE RESEARCH ACTIVITIES OF SMALL BUSINESS CONCERNS.

8      Not later than March 1, 2020, the Secretary of De-

9 fense shall submit to the congressional defense committees

10 a report on funds or other assistance made available to

11 small business concerns (as defined under section 3 of the

12 Small Business Act (15 U.S.C. 632)) as prime contractors

13 for research, development, test, and evaluation activities,

14 in each of fiscal years 2017, 2018, and 2019 under any—

15      (1) research, development, test, and evaluation

16      programs of the Department of Defense;

17      (2) Small Business Innovation Research pro-

18      grams of the Department of Defense;

19      (3) Small Business Technology Transfer pro-

20      grams of the Department of Defense; and

21      (4) other relevant activities of the Department

22      of Defense.

WASHSTATEC011928

828

**SEC. 883. MODIFICATIONS TO BUDGET DISPLAY REQUIRE-**

**MENTS FOR THE DEPARTMENT OF DEFENSE**

**SMALL BUSINESS INNOVATION RESEARCH**

**PROGRAM AND SMALL BUSINESS TECH-**

**NOLOGY TRANSFER PROGRAM.**

Section 857 of the John S. McCain National Defense

Authorization Act for Fiscal Year 2019 (Public Law 115–

232; 132 Stat. 1891) is amended—

(1) in subsection (a)—

(A) by inserting "Under Secretary of De-

fense (Comptroller) and the" before "Under

Secretary of Defense for Research and Engi-

neering"; and

(B) by striking "a budget display" and in-

serting "one or more budget displays";

(2) in subsection (b), by striking "The budget

display" and inserting "The budget displays"; and

(3) in subsection (d), by striking "The budget

display" and inserting "The budget displays".

**SEC. 884. PILOT PROGRAM FOR DOMESTIC INVESTMENT**

**UNDER THE SBIR PROGRAM.**

(a) IN GENERAL.—Not later than 1 year after the

date of the enactment of this Act and subject to subsection

(b), the Secretary of Defense shall establish and admin-

ister a program to be known as the "Domestic Investment

Pilot Program" under which the Secretary and the service

WASHSTATEC011929

829

1 acquisition executive for each military department may
2 make a SBIR award under section 9(dd) of the Small
3 Business Act (15 U.S.C. 638) to a small business concern
4 without providing the written determination described
5 under paragraph (2) of such section 9(dd) if such concern
6 is—

7     (1) exclusively owned by multiple United
8     States-owned venture capital operating companies,
9     hedge funds, or private equity firms, or

10     (2) majority-owned by multiple United States-
11     owned venture capital operating companies, hedge
12     funds, or private equity firms, if the minority foreign
13     ownership of such concern is limited to members of
14     the national technology and industrial base as de-
15     fined under section 2500 of title 10, United States
16     Code.

17 (b) LIMITATION.—During any fiscal year, the aggre-
18 gate amount of awards made under the Domestic Invest-
19 ment Pilot Program shall not exceed an amount equal to
20 10 percent of the total amount that the Secretary of De-
21 fense may award under section 9 of the Small Business
22 Act (15 U.S.C. 638) during such fiscal year.

23 (c) EVALUATION CRITERIA.—In carrying out the Do-
24 mestic Investment Pilot Program, the Secretary of De-
25 fense may not use investment of venture capital or invest-

WASHSTATEC011930

830

1 ment from hedge funds or private equity firms as a cri-

2 terion for the award of contracts under the SBIR program

3 or STTR program.

4 　　(d) ANNUAL REPORTING.—The Secretary of Defense

5 shall include as part of each annual report required under

6 section 9(b)(7) of the Small Business Act (15 U.S.C.

7 638(b)(7)) information on the implementation of the Do-

8 mestic Investment Pilot Program with respect to the year

9 covered by the report, including—

10 　　　　(1) the number of applications for participation

11 　　　received from small business concerns;

12 　　　　(2) the number of awards made to small busi-

13 　　　ness concerns, including an identification of such

14 　　　concerns;

15 　　　　(3) the extent to which a small business concern

16 　　　participant is foreign-owned, including an identifica-

17 　　　tion of the foreign owners; and

18 　　　　(4) an assessment of the effect of the Domestic

19 　　　Investment Pilot Program on—

20 　　　　　　(A) inducing additional venture capital,

21 　　　　　hedge fund, or private equity funding of re-

22 　　　　　search as defined in section 9(e)(5) of the Small

23 　　　　　Business Act (15 U.S.C. 638(e)(5));

24 　　　　　　(B) substantially contributing to the mis-

25 　　　　　sion of the Department of Defense; and

WASHSTATEC011931

831

1          (C) otherwise fulfilling the capital needs of
2      small business concerns for additional financing
3      for SBIR projects.

4      (e) NOTIFICATION.—The Secretary of Defense shall
5  notify the Small Business Administration of an award
6  made under the Domestic Investment Pilot Program not
7  later than 30 days after such award is made.

8      (f) TERMINATION.—The Domestic Investment Pilot
9  Program established under this section shall terminate on
10  September 30, 2022.

11      (g) DEFINITIONS.—In this section:

12          (1) MILITARY DEPARTMENT; SERVICE ACQUISI-
13      TION EXECUTIVE.—The terms "military depart-
14      ment" and "service acquisition executive" have the
15      meanings given those terms, respectively, in section
16      101 of title 10, United States Code.

17          (2) SBIR; STTR.—The terms "SBIR" and
18      "STTR" have the meanings given those terms, re-
19      spectively, in section 9(e) of the Small Business Act
20      (15 U.S.C. 638(e)).

21          (3) SMALL BUSINESS ACT DEFINITIONS.—The
22      terms "small business concern", "venture capital op-
23      erating company", "hedge fund", and "private eq-
24      uity firm" have the meanings given those terms, re-

WASHSTATEC011932

832

1   spectively, in section 3 of the Small Business Act

2   (15 U.S.C. 632).

## Subtitle H—Other Matters

### SEC. 885. REVIEW OF GUIDANCE TO CONTRACTORS ON NONDISCRIMINATION ON THE BASIS OF SEX.

6   (a) REVIEW.—Not later than 180 days after the date

7   of the enactment of this Act, the Under Secretary of De-

8   fense for Acquisition and Sustainment, serving as the sen-

9   ior procurement executive for the Department of Defense

10  pursuant to section 133b(b)(4)(B) of title 10, United

11  States Code, shall conduct a review of the implementation

12  of the requirement for Government contracting agencies

13  under Executive Order 11246 (42 U.S.C. 2000e note) re-

14  lating to expectations of contractors and subcontractors

15  to ensure nondiscrimination on the basis of sex.

16  (b) ELEMENTS.—The review required under sub-

17  section (a) shall, at a minimum, consider—

18      (1) existing contracting processes and tools for

19      oversight of contracts, including contractor responsi-

20      bility determinations and documentation of perform-

21      ance; and

22      (2) the extent to which best practices for con-

23      tractors and subcontractors identified in the appen-

24      dix to part 60–20 of title 41 of the Code of Federal

25      Regulations, such as establishing and implementing

WASHSTATEC011933

833

1     procedures for handling and resolving complaints
2     about harassment and intimidation based on sex,
3     have been incorporated in Department policies and
4     procedures.

5         (c) UPDATED TRAINING GUIDANCE.—Not later than
6     180 days after the date of the completion of the review
7     required under subsection (a), the Under Secretary of De-
8     fense for Acquisition and Sustainment shall update any
9     relevant training guidance for the acquisition workforce to
10    account for the conclusions of the review.

11        (d) BRIEFING REQUIRED.—Not later than December
12    15, 2020, the Secretary of Defense shall brief the congres-
13    sional defense committees on the review required under
14    subsection (a), which shall include any updates to training
15    guidance or contracting procedures resulting from the re-
16    view.

17    **SEC. 886. COMPTROLLER GENERAL REPORT ON CON-**
18    **                 TRACTOR VIOLATIONS OF CERTAIN LABOR**
19    **                 LAWS.**

20        Not later than 180 days after the date of the enact-
21    ment of this Act, the Comptroller General of the United
22    States shall submit a report to Congress on the number
23    of contractors—

WASHSTATEC011934

834

1 (1) that performed a contract with the Depart-
2 ment of Defense during the five-year period pre-
3 ceding the date of the enactment of this Act; and

4 (2) that have been found by the Department of
5 Labor to have committed willful or repeat violations
6 of the Occupational Safety and Health Act of 1970
7 (29 U.S.C. 651 et seq.) or the Fair Labor Standards
8 Act of 1938 (29 U.S.C. 201 et seq.), and the nature
9 of the violations committed.

10 **SEC. 887. COMPTROLLER GENERAL REPORT ON CONTIN-**
11 **GENCY CONTRACTING.**

12 Not later than one year after the date of the enact-
13 ment of this Act, the Comptroller General of the United
14 States shall submit to the congressional defense commit-
15 tees a report on the use of contractors to perform work
16 supporting contingency operations, including the logistical
17 support for such operations, since January 1, 2009. Such
18 report shall include—

19 (1) an evaluation of the nature and extent to
20 which the Department of Defense has used contrac-
21 tors to perform such work, including the type of op-
22 eration or exercise, the functions performed by a
23 contractor, the place of performance, and contract
24 obligations;

WASHSTATEC011935

835

1      (2) an evaluation of the processes for tracking

2    and reporting on the use of such contractors;

3      (3) an evaluation of the extent to which rec-

4    ommendations made by the Wartime Contracting

5    Commission established in section 841 of the Na-

6    tional Defense Authorization Act for Fiscal Year

7    2008 (Public Law 110–181; 122 Stat. 230) have

8    been implemented in policy, guidance, education and

9    training, as appropriate; and

10      (4) any other issues the Comptroller General

11    determines to be appropriate.

12 **SEC. 888. POLICIES AND PROCEDURES FOR CONTRACTORS**

13                **TO REPORT GROSS VIOLATIONS OF INTER-**

14                **NATIONALLY RECOGNIZED HUMAN RIGHTS.**

15    (a) IN GENERAL.—Not later than 180 days after the

16 date of the enactment of this Act, the Secretary of Defense

17 shall update Department of Defense policy and guidance

18 and the Department of Defense Supplement to the Fed-

19 eral Acquisition Regulation to provide specific guidance to

20 Department of Defense employees and contractors per-

21 forming a Department of Defense contract that supports

22 United States Armed Forces deployed outside of the

23 United States on monitoring and reporting allegations of

24 gross violations of internationally recognized human

25 rights.

WASHSTATEC011936

836

1   (b) REPORT.—Not later than 180 days after the date

2  of the enactment of this Act, the Secretary of Defense,

3  with the concurrence of the Secretary of State, shall sub-

4  mit to the appropriate congressional committees a report

5  that describes—

6        (1) the policies and procedures in place to ob-

7     tain information about possible cases of gross viola-

8     tions of internationally recognized human rights

9     from Department of Defense contractors described

10    in subsection (a), including the methods for tracking

11    cases; and

12       (2) the resources needed to investigate reports

13    made pursuant to subsection (a).

14   (c) FORM OF REPORT.—The report required by sub-

15  section (b) shall be submitted in unclassified form, but

16  may include a classified annex.

17   (d) DEFINITIONS.—In this section:

18       (1) APPROPRIATE   CONGRESSIONAL   COMMIT-

19    TEES.—the term ''appropriate congressional commit-

20    tees'' means—

21          (A) the congressional defense committees;

22       and

23          (B) the Committee on Foreign Relations of

24       the Senate and the Committee on Foreign Af-

25       fairs of the House of Representatives.

WASHSTATEC011937

1       (2) GROSS VIOLATIONS OF INTERNATIONALLY

2    RECOGNIZED HUMAN RIGHTS.—The term "gross vio-

3    lations of internationally recognized human rights"

4    has the meaning given such term in subsection

5    (d)(1) of section 502B of the Foreign Assistance Act

6    of 1961 (22 U.S.C. 2304).

**7  SEC. 889. COMPTROLLER GENERAL REPORT ON OVER-**

**8        SIGHT OF CONTRACTORS PROVIDING PRI-**

**9        VATE SECURITY FUNCTIONS.**

10    (a) IN GENERAL.—Not later than one year after the

11 date of the enactment of this Act, the Comptroller General

12 of the United States shall submit to the congressional de-

13 fense committees a report on efforts of the Secretary of

14 Defense to improve the oversight of contractors providing

15 private security functions to fulfill non-combat require-

16 ments for security in contingency operations, humani-

17 tarian operations, peacekeeping operations, or other simi-

18 lar operations or exercises since January 1, 2009.

19    (b) ELEMENTS.—The report required under sub-

20 section (a) shall evaluate—

21       (1) the nature and extent to which the Depart-

22    ment of Defense has used contractors to perform

23    private security functions described under subsection

24    (a), including the type of operation or exercise, the

WASHSTATEC011938

838

1 functions performed by a contractor, the place of
2 performance, and contract obligations;

3 (2) the processes for tracking and reporting on
4 the use of such contractors;

5 (3) changes to law, regulation, and policy on
6 the use of such contractors and how the Secretary
7 has implemented such changes, including—

8 (A) the Montreux Document on Pertinent
9 International Legal Obligations and Good Prac-
10 tices for States Related to Operations of Pri-
11 vate Military and Security Companies During
12 Armed Conflict (published on May 2, 2011);

13 (B) using standards for such contractors
14 issued by the American National Standards In-
15 stitute and the International Organization for
16 Standardization; and

17 (C) using other associated accreditation
18 and certification standards for such contractors;
19 and

20 (4) the oversight outcomes of the Department
21 due to implementing the processes described in para-
22 graph (2) and the changes described in paragraph
23 (3), including—

24 (A) progress with certification and accredi-
25 tation of companies;

WASHSTATEC011939

839

1    (B) the use of the maturity model of the
2    Department to assess contractors; and

3    (C) the nature and extent of referrals for
4    suspension and debarment and the number of
5    suspensions and debarments that have resulted
6    from such referrals.

7 (c) FORM OF REPORT.—The report required by sub-
8 section (a) shall be submitted in unclassified form, to the
9 maximum extent possible, but may contain a classified
10 annex, if necessary.

11 **SEC. 890. PROHIBITION ON CONTRACTING WITH PERSONS**
12    **THAT HAVE BUSINESS OPERATIONS WITH**
13    **THE MADURO REGIME.**

14 (a) PROHIBITION.—Except as provided under sub-
15 sections (c), (d), and (e), the Department of Defense may
16 not enter into a contract for the procurement of goods
17 or services with any person that has business operations
18 with an authority of the Government of Venezuela that
19 is not recognized as the legitimate Government of Ven-
20 ezuela by the United States Government.

21 (b) EXCEPTIONS.—

22   (1) IN GENERAL.—The prohibition under sub-
23   section (a) does not apply to a contract that the Sec-
24   retary of Defense and the Secretary of State jointly
25   determine—

WASHSTATEC011940

840

1    (A) is necessary—

2      (i) for purposes of providing humani-

3      tarian assistance to the people of Ven-

4      ezuela;

5      (ii) for purposes of providing disaster

6      relief and other urgent life-saving meas-

7      ures; or

8      (iii) to carry out noncombatant evacu-

9      ations; or

10    (B) is vital to the national security inter-

11    ests of the United States.

12   (2) NOTIFICATION REQUIREMENT.—The Sec-

13  retary of Defense shall notify the congressional de-

14  fense committees, the Committee on Foreign Affairs

15  of the House of Representatives, and the Committee

16  on Foreign Relations of the Senate of any contract

17  entered into on the basis of an exception provided

18  for under paragraph (1).

19  (c) OFFICE OF FOREIGN ASSETS CONTROL LI-

20 CENSES.—The prohibition in subsection (a) shall not

21 apply to a person that has a valid license to operate in

22 Venezuela issued by the Office of Foreign Assets Control

23 of the Department of the Treasury.

24  (d) AMERICAN DIPLOMATIC MISSION IN VEN-

25 EZUELA.—The prohibition in subsection (a) shall not

WASHSTATEC011941

841

1   apply to contracts related to the operation and mainte-
2   nance of the United States Government's consular offices
3   and diplomatic posts in Venezuela.

4   (e) DEFINITIONS.—In this section:

5       (1) BUSINESS OPERATIONS.—The term "busi-
6   ness operations" means engaging in commerce in
7   any form, including acquiring, developing, maintain-
8   ing, owning, selling, possessing, leasing, or operating
9   equipment, facilities, personnel, products, services,
10  personal property, real property, or any other appa-
11  ratus of business or commerce.

12      (2) GOVERNMENT OF VENEZUELA.—The term
13  "Government of Venezuela" includes the government
14  of any political subdivision of Venezuela, and any
15  agency or instrumentality of the Government of Ven-
16  ezuela. For purposes of this paragraph, the term
17  "agency or instrumentality of the Government of
18  Venezuela" means an agency or instrumentality of a
19  foreign state as defined in section 1603(b) of title
20  28, United States Code, with each reference in such
21  section to "a foreign state" deemed to be a reference
22  to "Venezuela".

23      (3) PERSON.—The term "person" means—

24          (A) a natural person, corporation, com-
25      pany, business association, partnership, society,

WASHSTATEC011942

842

1    trust, or any other nongovernmental entity, or-

2    ganization, or group;

3         (B) any governmental entity or instrumen-

4    tality of a government, including a multilateral

5    development institution (as defined in section

6    1701(c)(3) of the International Financial Insti-

7    tutions Act (22 U.S.C. 262r(c)(3))); and

8         (C) any successor, subunit, parent entity,

9    or subsidiary of, or any entity under common

10   ownership or control with, any entity described

11   in subparagraph (A) or (B).

12   (f) APPLICABILITY.—This section shall apply with re-

13   spect to any contract entered into on or after the date

14   of the enactment of this section.

15   **SEC. 891. REPORT ON THE COMBATING TRAFFICKING IN**

16                **PERSONS INITIATIVE.**

17       Not later than 180 days after the date of the enact-

18   ment of this Act, the Secretary of Defense shall submit

19   to the congressional defense committees a report con-

20   taining an analysis of the progress of the Department of

21   Defense in implementing the Combating Trafficking in

22   Persons initiative described in Department of Defense In-

23   struction 2200.01 (published February 2007; revised on

24   June 21, 2019).

WASHSTATEC011943

843

1    **SEC. 892. IMPROVED MANAGEMENT OF INFORMATION**
2         **TECHNOLOGY AND CYBERSPACE INVEST-**
3         **MENTS.**

4    (a) IMPROVED MANAGEMENT.—

5         (1) IN GENERAL.—The Chief Information Offi-
6    cer of the Department of Defense shall work with
7    the Chief Data Officer of the Department of De-
8    fense to optimize the Department's process for ac-
9    counting for, managing, and reporting its informa-
10   tion technology and cyberspace investments. The op-
11   timization should include alternative methods of pre-
12   senting budget justification materials to the public
13   and congressional staff to more accurately commu-
14   nicate when, how, and with what frequency capa-
15   bility is delivered to end users, in accordance with
16   best practices for managing and reporting on infor-
17   mation technology investments.

18        (2) BRIEFING.—Not later than February 3,
19   2020, the Chief Information Officer of the Depart-
20   ment of Defense shall brief the congressional defense
21   committees on the process optimization undertaken
22   pursuant to paragraph (1), including any rec-
23   ommendations for legislation.

24   (b) DELIVERY OF INFORMATION TECHNOLOGY
25   BUDGET.—The Secretary of Defense shall submit to the
26   congressional defense committees the Department of De-

WASHSTATEC011944

844

1 fense budget request for information technology not later

2 than 15 days after the submittal to Congress of the budget

3 of the President for a fiscal year pursuant to section 1105

4 of title 31, United States Code.

**SEC. 893. MODIFICATION TO REQUIREMENTS FOR PUR-**
**CHASE OF COMMERCIAL LEASING SERVICES**
**PURSUANT TO MULTIPLE AWARD CON-**
**TRACTS.**

9 (a) REPEAL.—Section 877 of the John S. McCain

10 National Defense Authorization Act For Fiscal Year 2019

11 (Public Law 115-232; 132 Stat. 1907; 41 U.S.C. 3302

12 note) is repealed.

13 (b) EXEMPTION FOR COMMERCIAL LEASING SERV-

14 ICES.—

15 (1) IN GENERAL.—Section 3302 of title 41,

16 United States Code, is amended by adding at the

17 end the following new subsection:

18 "(f) COMMERCIAL LEASING SERVICES.—The regula-

19 tions required by subsection (b) shall not apply to indi-

20 vidual purchases for commercial leasing services that are

21 made on a no cost basis and made under a multiple award

22 contract awarded in accordance with the requirements for

23 full and open competition.".

24 (2) TERMINATION.—Effective December 31,

25 2025, subsection (f) of section 3302 of title 41,

WASHSTATEC011945

845

1    United States Code, as added by paragraph (1), is

2    repealed.

3    (c) AUDIT.—The Comptroller General of the United

4    States shall—

5        (1) conduct an audit not later than the last day

6    of fiscal year 2021, 2023, and 2025 analyzing the

7    National Broker Contract program of the General

8    Services Administration to determine—

9        (A) whether brokers selected under the

10       program provide lower lease rental rates than

11       rates negotiated by employees of the General

12       Services Administration; and

13       (B) the impact of the program on the

14       length of time of lease procurements;

15       (2) conduct a review of whether the application

16   of section 863 of the Duncan Hunter National De-

17   fense Authorization Act for Fiscal Year 2009 (Pub-

18   lic Law 110-417; 122 Stat.4547) resulted in rental

19   cost savings for the Government during the years in

20   which such section was applicable; and

21       (3) not later than September 30, 2022, and

22   September 30, 2024, submit to the Committee on

23   Transportation and Infrastructure of the House of

24   Representatives and the Committee on Environment

25   and Public Works of the Senate a report that—

WASHSTATEC011946

846

1        (A) summarizes the results of the most re-
2    cent audit required under paragraph (1) and
3    the review required by paragraph (2);

4        (B) includes an assessment of whether the
5    National Broker Contract program provides
6    greater efficiencies and savings than the use of
7    employees of the General Services Administra-
8    tion; and

9        (C) includes recommendations for improv-
10    ing General Services Administration lease pro-
11    curements.

# TITLE IX—DEPARTMENT OF DE-FENSE ORGANIZATION AND MANAGEMENT

Subtitle A—Office of the Secretary of Defense and Related Matters

Sec. 901. Headquarters activities of the Department of Defense matters.
Sec. 902. Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering.
Sec. 903. Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters.
Sec. 904. Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense.
Sec. 905. Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor.
Sec. 906. Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program.

Subtitle B—Organization and Management of Other Department of Defense Offices and Elements

Sec. 911. Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force.

Subtitle C—Other Department of Defense Organization and Management Matters

WASHSTATEC011947

Sec. 921. Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense.
Sec. 922. Limitation on consolidation of Defense Media Activity.
Sec. 923. Report on resources to implement the civilian casualty policy of the Department of Defense.

Subtitle D—United States Space Force

Sec. 951. Short title.
Sec. 952. The Space Force.
Sec. 953. Chief of Space Operations.
Sec. 954. Space Force Acquisition Council.
Sec. 955. Assistant Secretary of Defense for Space Policy.
Sec. 956. Assistant Secretary of the Air Force for Space Acquisition and Integration.
Sec. 957. Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.
Sec. 958. Conforming amendments and clarification of authorities.
Sec. 959. Effects on military installations.
Sec. 960. Availability of funds.
Sec. 961. Implementation.

# Subtitle A—Office of the Secretary of Defense and Related Matters

## SEC. 901. HEADQUARTERS ACTIVITIES OF THE DEPARTMENT OF DEFENSE MATTERS.

(a) MODIFICATION OF LIMITATIONS ON NUMBER OF PERSONNEL IN OSD AND OTHER DoD HEADQUARTERS.—

(1) OSD.—Section 143 of title 10, United States Code, is amended—

(A) in subsection (a), by striking "3,767" and inserting "4,300"; and

(B) in subsection (b), by striking ", civilian, and detailed personnel" and inserting "and civilian personnel".

(2) JOINT STAFF.—

WASHSTATEC011948

848

1      (A) IN GENERAL.—Section 155(h)(1) of

2     such title is amended by striking "2,069" and

3     inserting "2,250".

4      (B) EFFECTIVE DATE.—The amendment

5     made by subparagraph (A) shall take effect on

6     December 31, 2019, immediately after the com-

7     ing into effect of the amendment made by sec-

8     tion 903(b) of the National Defense Authoriza-

9     tion Act for Fiscal Year 2017 (Public Law

10     114–328; 130 Stat. 2344), to which such

11     amendments relate

12     (3) OFFICE OF SECRETARY OF THE ARMY.—

13 Section 7014(f) of title 10, United States Code, is

14 amended—

15      (A) in paragraph (1), by striking "3,105"

16     and inserting "3,250"; and

17      (B) in paragraph (2), by striking "1,865"

18     and inserting "1,900".

19     (4) OFFICE OF SECRETARY OF THE NAVY.—

20 Section 8014(f) of such title is amended—

21      (A) in paragraph (1), by striking "2,866"

22     and inserting "3,150"; and

23      (B) in paragraph (2), by striking "1,720"

24     and inserting "1,800".

WASHSTATEC011949

849

1    (5) OFFICE OF SECRETARY OF THE AIR

2    FORCE.—Section 9014(f) of such title is amended—

3         (A) in paragraph (1), by striking "2,639"

4    and inserting "2,750"; and

5         (B) in paragraph (2), by striking "1,585"

6    and inserting "1,650".

7    (b) SUNSET OF REDUCTION IN FUNDING FOR DoD

8 HEADQUARTERS, ADMINISTRATIVE, AND SUPPORT AC-

9 TIVITIES.—Section 346 of the National Defense Author-

10 ization Act for Fiscal Year 2016 (Public Law 114–92; 10

11 U.S.C. 111 note) is amended by adding at the end the

12 following new subsection:

13    "(d) SUNSET.—No action is required under this sec-

14 tion with respect to any fiscal year after fiscal year

15 2019.".

16 **SEC. 902. CLARIFYING THE ROLES AND RESPONSIBILITIES**

17             **OF THE UNDER SECRETARY OF DEFENSE**

18             **FOR ACQUISITION AND SUSTAINMENT AND**

19             **THE UNDER SECRETARY OF DEFENSE FOR**

20             **RESEARCH AND ENGINEERING.**

21    The laws of the United States are amended as fol-

22 lows:

23    (1) Section 129a(c)(3) of title 10, United

24    States Code, is amended by striking "Under Sec-

25    retary of Defense for Acquisition, Technology, and

WASHSTATEC011950

850

1   Logistics'' and inserting "Under Secretary of De-
2   fense for Acquisition and Sustainment".

3       (2) Section 133a(b)(2) of title 10, United
4   States Code, is amended—

5           (A) by striking "prototyping," and insert-
6       ing "appropriate prototyping activities,"; and

7           (B) by striking ", including the allocation
8       of resources for defense research and engineer-
9       ing,".

10      (3) Section 134(c) of title 10, United States
11  Code, is amended by striking "Under Secretary of
12  Defense for Acquisition, Technology, and Logistics,"
13  and inserting "Under Secretary of Defense for Ac-
14  quisition and Sustainment, the Under Secretary of
15  Defense for Research and Engineering,".

16      (4) Section 139 of title 10, United States Code,
17  is amended—

18          (A) in subsection (b), by striking "and the
19      Under Secretary of Defense for Acquisition,
20      Technology, and Logistics" each place it ap-
21      pears and inserting ", the Under Secretary of
22      Defense for Acquisition and Sustainment, and
23      the Under Secretary of Defense for Research
24      and Engineering"; and

WASHSTATEC011951

851

1          (B) in subsections (e) and (h), by striking

2      "Under Secretary of Defense for Acquisition,

3      Technology, and Logistics" and inserting

4      "Under Secretary of Defense for Acquisition

5      and Sustainment, the Under Secretary of De-

6      fense for Research and Engineering,".

7          (5) Section 139a(d)(6) of title 10, United

8      States Code, is amended by striking "Under Sec-

9      retary of Defense for Acquisition, Technology, and

10     Logistics" and inserting "Under Secretary of De-

11     fense for Acquisition and Sustainment, the Under

12     Secretary of Defense for Research and Engineer-

13     ing,".

14         (6) Section 171(a) of title 10, United States

15     Code, is amended—

16         (A) in paragraph (3), by striking "Under

17     Secretary of Defense for Acquisition, Tech-

18     nology, and Logistics" and inserting "Under

19     Secretary of Defense for Acquisition and

20     Sustainment";

21         (B) by redesignating paragraphs (9)

22     through (13) as paragraphs (12) through (16);

23         (C) by redesignating paragraphs (4)

24     through (8) as paragraphs (5) through (9), re-

25     spectively;

WASHSTATEC011952

852

1     (D) by inserting after paragraph (3) the

2 following new paragraph:

3     ''(4) the Under Secretary of Defense for Re-

4 search and Engineering;''; and

5     (E) by inserting after paragraph (9), as re-

6 designated, the following new paragraphs:

7     ''(10) the Deputy Under Secretary of Defense

8 for Research and Engineering;

9     ''(11) the Deputy Under Secretary of Defense

10 for Acquisition and Sustainment;''.

11     (7) Subsection (d)(1) of section 181 of title 10,

12 United States Code, is amended—

13     (A) in subparagraph (C), by striking

14 ''Under Secretary of Defense for Acquisition,

15 Technology, and Logistics'' and inserting

16 ''Under Secretary of Defense for Acquisition

17 and Sustainment'';

18     (B) by inserting after subparagraph (C)

19 the following new subparagraph:

20     ''(D) the Under Secretary of Defense for

21 Research and Engineering.''; and

22     (C) by redesignating paragraphs (D)

23 through (G) as paragraphs (E) through (H),

24 respectively.

WASHSTATEC011953

853

1    (8) Subsection (b)(2) of section 393 of title 10,

2    United States Code, is amended—

3        (A) in subparagraph (B), by striking

4        "Under Secretary of Defense for Acquisition,

5        Technology, and Logistics" and inserting

6        "Under Secretary of Defense for Acquisition

7        and Sustainment";

8        (B) by inserting after subparagraph (B)

9        the following new subparagraph:

10       "(C) the Under Secretary of Defense for

11       Research and Engineering."; and

12       (C) by redesignating subparagraphs (C)

13       through (E) as subparagraphs (D) through (F).

14   (9) Section 1111 of the National Defense Au-

15   thorization Act for Fiscal Year 2016 (Public Law

16   114–92; 129 Stat. 1032; 10 U.S.C. 1701 note) is

17   amended by striking "Under Secretary of Defense

18   for Acquisition, Technology, and Logistics" each

19   place such term appears and inserting "Under Sec-

20   retary of Defense for Acquisition and Sustainment".

21   (10) Section 231 of the National Defense Au-

22   thorization Act for Fiscal Year 2008 (Public Law

23   110–181; 122 Stat. 45; 10 U.S.C. 1701 note) is

24   amended by striking "Under Secretary of Defense

25   for Acquisition, Technology, and Logistics" and in-

WASHSTATEC011954

854

1   serting "Under Secretary of Defense for Acquisition

2   and Sustainment".

3       (11) Section 1702 of title 10, United States

4   Code, is amended—

5           (A) in the section heading, by striking

6       "**UNDER SECRETARY OF DEFENSE FOR AC-**

7       **QUISITION, TECHNOLOGY, AND LOGIS-**

8       **TICS**" and inserting "**UNDER SECRETARY OF**

9       **DEFENSE FOR ACQUISITION AND**

10      **SUSTAINMENT**"; and

11          (B) by striking "Under Secretary of De-

12      fense for Acquisition, Technology, and Logis-

13      tics" and inserting "Under Secretary of De-

14      fense for Acquisition and Sustainment".

15      (12) Section 807(a) of the Bob Stump National

16  Defense Authorization Act for Fiscal Year 2003

17  (Public Law 107–314; 116 Stat. 2608; 10 U.S.C.

18  1702 note) is amended by striking "Under Secretary

19  of Defense for Acquisition, Technology, and Logis-

20  tics" and inserting "Under Secretary of Defense for

21  Acquisition and Sustainment".

22      (13) Section 1705 of title 10, United States

23  Code, is amended—

24          (A) in subsection (c), by striking "Under

25      Secretary of Defense for Acquisition, Tech-

WASHSTATEC011955

855

1  nology, and Logistics'' and inserting "Under

2  Secretary of Defense for Acquisition and

3  Sustainment'';

4       (B) in subsection (e)(3), by striking

5  "Under Secretary of Defense for Acquisition,

6  Technology, and Logistics'' and inserting

7  "Under Secretary of Defense for Acquisition

8  and Sustainment''; and

9       (C) in subsection (g)(2)(B), by striking

10  "Under Secretary of Defense for Acquisition,

11  Technology, and Logistics'' and inserting

12  "Under Secretary of Defense for Acquisition

13  and Sustainment''.

14   (14) Section 803(c) of the National Defense

15  Authorization Act for Fiscal Year 2013 (Public Law

16  112–239; 126 Stat. 1825; 10 U.S.C. 1705 note) is

17  amended by striking "Under Secretary of Defense

18  for Acquisition, Technology, and Logistics'' and in-

19  serting "Under Secretary of Defense for Acquisition

20  and Sustainment''.

21   (15) Section 1722 of title 10, United States

22  Code, is amended—

23       (A) in subsection (a), by striking "Under

24  Secretary of Defense for Acquisition, Tech-

25  nology, and Logistics'' and inserting "Under

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011956

856

1   Secretary of Defense for Acquisition and

2   Sustainment''; and

3       (B) in subsection (b)(2)(B), by striking

4   "Under Secretary of Defense for Acquisition,

5   Technology, and Logistics'' and inserting

6   "Under Secretary of Defense for Acquisition

7   and Sustainment''.

8       (16) Section 1722a of title 10, United States

9   Code, is amended—

10      (A) in subsection (a), by striking "Under

11  Secretary of Defense for Acquisition, Tech-

12  nology, and Logistics'' and inserting "Under

13  Secretary of Defense for Acquisition and

14  Sustainment''; and

15      (B) in subsection (e), by striking "Under

16  Secretary of Defense for Acquisition, Tech-

17  nology, and Logistics'' and inserting "Under

18  Secretary of Defense for Acquisition and

19  Sustainment''.

20      (17) Section 1722b(a) of title 10, United States

21  Code, is amended by striking "Under Secretary of

22  Defense for Acquisition, Technology, and Logistics''

23  and inserting "Under Secretary of Defense for Ac-

24  quisition and Sustainment''.

WASHSTATEC011957

857

1   (18) Section 1723 of title 10, United States
2   Code, is amended—

3       (A) in subsection (a)(3), by striking
4   "Under Secretary of Defense for Acquisition,
5   Technology, and Logistics" and inserting
6   "Under Secretary of Defense for Acquisition
7   and Sustainment"; and

8       (B) in subsection (b), by striking "Under
9   Secretary of Defense for Acquisition, Tech-
10  nology, and Logistics" and inserting "Under
11  Secretary of Defense for Acquisition and
12  Sustainment".

13  (19) Section 1725(e)(2) of title 10, United
14  States Code, is amended by striking "Under Sec-
15  retary of Defense for Acquisition, Technology, and
16  Logistics" and inserting "Under Secretary of De-
17  fense for Acquisition and Sustainment".

18  (20) Section 1735(c)(1) of title 10, United
19  States Code, is amended by striking "Under Sec-
20  retary of Defense for Acquisition, Technology, and
21  Logistics" and inserting "Under Secretary of De-
22  fense for Acquisition and Sustainment".

23  (21) Section 1737(c) of title 10, United States
24  Code, is amended by striking "Under Secretary of
25  Defense for Acquisition, Technology, and Logistics"

WASHSTATEC011958

858

1   and inserting "Under Secretary of Defense for Ac-
2   quisition and Sustainment".

3       (22) Section 1741(b) of title 10, United States
4   Code, is amended by striking "Under Secretary of
5   Defense for Acquisition, Technology, and Logistics"
6   and inserting "Under Secretary of Defense for Ac-
7   quisition and Sustainment".

8       (23) Section 1746(a) of title 10, United States
9   Code, is amended by striking "Under Secretary of
10   Defense for Acquisition, Technology, and Logistics"
11   and inserting "Under Secretary of Defense for Ac-
12   quisition and Sustainment".

13       (24) Section 1748 of title 10, United States
14   Code, is amended by striking "Under Secretary of
15   Defense for Acquisition, Technology, and Logistics"
16   and inserting "Under Secretary of Defense for Ac-
17   quisition and Sustainment".

18       (25) Section 2222 of title 10, United States
19   Code, is amended—

20           (A) in subsection (e)(2), by striking
21       "Under Secretary of Defense for Acquisition,
22       Technology, and Logistics" and inserting
23       "Under Secretary of Defense for Acquisition
24       and Sustainment"; and

WASHSTATEC011959

859

1          (B) in subsection (f)(2)(B)(i), by striking
2     ''Under Secretary of Defense for Acquisition,
3     Technology, and Logistics'' and inserting
4     ''Under Secretary of Defense for Acquisition
5     and Sustainment''.

6          (26) Section 217(a) of the National Defense
7     Authorization Act for Fiscal Year 2016 (Public Law
8     114–92; 129 Stat. 770; 10 U.S.C. 2222 note) is
9     amended by striking ''Under Secretary of Defense
10    for Acquisition, Technology, and Logistics'' and in-
11    serting ''Under Secretary of Defense for Acquisition
12    and Sustainment and Under Secretary of Defense
13    for Research and Engineering''.

14         (27) Section 882(b) of the Ike Skelton National
15    Defense Authorization Act for Fiscal Year 2011
16    (Public Law 111–383; 128 Stat. 4308; 10 U.S.C.
17    2222 note) is amended by striking ''Under Secretary
18    of Defense for Acquisition, Technology, and Logis-
19    tics'' and inserting ''Under Secretary of Defense for
20    Acquisition and Sustainment''.

21         (28) Section 2272 of title 10, United States
22    Code, is amended by striking ''Assistant Secretary of
23    Defense for Research and Engineering'' and insert-
24    ing ''Under Secretary of Defense for Research and
25    Engineering''.

WASHSTATEC011960

860

(29) Section 2275(a) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(30) Section 2279(d) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(31) Section 2279b of title 10, United States Code, is amended—

(A) in subsection (b)—

(i) by redesignating paragraphs (3) through (10) as paragraphs (4) through (11), respectively;

(ii) by striking paragraph (2); and

(iii) by inserting after paragraph (1) the following new paragraphs:

"(2) The Under Secretary of Defense for Research and Engineering.

"(3) The Under Secretary of Defense for Acquisition and Sustainment."; and

(B) in subsection (c) by striking "the Under Secretary of Defense for Acquisition,

WASHSTATEC011961

861

1        Technology, and Logistics'' and inserting ''the

2        Under Secretary of Defense for Research and

3        Engineering, the Under Secretary of Defense

4        for Acquisition and Sustainment,''.

5        (32) Section 898(a)(2) of the National Defense

6        Authorization Act for Fiscal Year 2017 (Public Law

7        114–328; 130 Stat. 2000; 10 U.S.C. 2302 note) is

8        amended by striking ''Under Secretary of Defense

9        for Acquisition, Technology, and Logistics'' each

10      place such term appears and inserting ''Under Sec-

11      retary of Defense for Acquisition and Sustainment''.

12      (33) Section 804 of the National Defense Au-

13      thorization Act for Fiscal Year 2016 (Public Law

14      114–92; 129 Stat. 726; 10 U.S.C. 2302 note) is

15      amended—

16           (A) in subsection (a), by striking ''Under

17      Secretary of Defense for Acquisition, Tech-

18      nology, and Logistics'' and inserting ''Under

19      Secretary of Defense for Acquisition and

20      Sustainment''; and

21           (B) in subsection (d)(1)(A), by striking

22      ''Under Secretary of Defense for Acquisition,

23      Technology, and Logistics'' and inserting ''Dep-

24      uty Secretary of Defense''.

WASHSTATEC011962

862

1   (34) Section 852 of the Carl Levin and Howard

2 P. ''Buck'' McKeon National Defense Authorization

3 Act for Fiscal Year 2015 (Public Law 113–291; 130

4 Stat. 3458; 10 U.S.C. 2302 note) is amended by

5 striking ''Under Secretary of Defense for Acquisi-

6 tion, Technology, and Logistics'' and inserting

7 ''Under Secretary of Defense for Acquisition and

8 Sustainment''.

9   (35) Section 806 of the National Defense Au-

10 thorization Act for Fiscal Year 2012 (Public Law

11 112–81; 125 Stat. 1487; 10 U.S.C. 2302 note) is

12 amended by striking ''Under Secretary of Defense

13 for Acquisition, Technology, and Logistics'' each

14 place such term appears and inserting ''Under Sec-

15 retary of Defense for Acquisition and Sustainment''.

16   (36) Section 843 of the National Defense Au-

17 thorization Act for Fiscal Year 2012 (Public Law

18 112–81; 125 Stat. 1487; 10 U.S.C. 2302 note) is

19 amended by striking ''Under Secretary of Defense

20 for Acquisition, Technology, and Logistics'' and in-

21 serting ''Under Secretary of Defense for Acquisition

22 and Sustainment''.

23   (37) Section 254(b) of the Duncan Hunter Na-

24 tional Defense Authorization Act for Fiscal Year

25 2009 (Public Law 110–417; 122 Stat. 4402; 10

WASHSTATEC011963

863

1    U.S.C. 2302 note) is amended by striking "Under

2    Secretary of Defense for Acquisition, Technology,

3    and Logistics" and inserting "Under Secretary of

4    Defense for Acquisition and Sustainment".

5    (38) Section 802(d) of the Ronald W. Reagan

6    National Defense Authorization Act for Fiscal Year

7    2005 (Public Law 108–375; 118 Stat. 2004; 10

8    U.S.C. 2302 note) is amended by striking "Under

9    Secretary of Defense for Acquisition, Technology,

10    and Logistics" each place such term appears and in-

11    serting "Under Secretary of Defense for Acquisition

12    and Sustainment".

13    (39) Section 2304 of title 10, United States

14    Code, is amended by striking "Under Secretary of

15    Defense for Acquisition, Technology, and Logistics"

16    each place such term appears and inserting "Under

17    Secretary of Defense for Acquisition and

18    Sustainment".

19    (40) Section 806(b) of the Ike Skelton National

20    Defense Authorization Act for Fiscal Year 2011

21    (Public Law 111–383; 124 Stat. 4260; 10 U.S.C.

22    2304 note) is amended by striking "Under Secretary

23    of Defense for Acquisition, Technology, and Logis-

24    tics" each place such term appears and inserting

WASHSTATEC011964

864

1  "Under Secretary of Defense for Acquisition and

2 Sustainment".

3    (41) Section 821(a) of the National Defense

4 Authorization Act for Fiscal Year 2008 (Public Law

5 110–181; 122 Stat. 226; 10 U.S.C. 2304 note) is

6 amended by striking "Under Secretary of Defense

7 for Acquisition, Technology, and Logistics" and in-

8 serting "Under Secretary of Defense for Acquisition

9 and Sustainment".

10    (42) Section 801(b)(2)(A) of the National De-

11 fense Authorization Act for Fiscal Year 2008 (Pub-

12 lic Law 110–181; 122 Stat. 204; 10 U.S.C. 2304

13 note) is amended by striking "Under Secretary of

14 Defense for Acquisition, Technology, and Logistics"

15 and inserting "Under Secretary of Defense for Ac-

16 quisition and Sustainment".

17    (43) Section 817(e) of the John Warner Na-

18 tional Defense Authorization Act for Fiscal Year

19 2007 (Public Law 109–364; 120 Stat. 2326; 10

20 U.S.C. 2304 note) is amended by striking "Under

21 Secretary of Defense for Acquisition, Technology,

22 and Logistics" and inserting "Under Secretary of

23 Defense for Acquisition and Sustainment".

24    (44) Section 811(e)(1) of the National Defense

25 Authorization Act for Fiscal Year 2006 (Public Law

WASHSTATEC011965

865

1    109–163; 120 Stat. 2326; 10 U.S.C. 2304 note) is
2    amended by striking "Under Secretary of Defense
3    for Acquisition, Technology, and Logistics" and in-
4    serting "Under Secretary of Defense for Acquisition
5    and Sustainment".

6        (45) Section 875 of the National Defense Au-
7    thorization Act for Fiscal Year 2017 (Public Law
8    114–328; 130 Stat. 2310; 10 U.S.C. 2305 note) is
9    amended—

10            (A) in   subsection   (b)(2),   by   striking
11        "Under Secretary of Defense for Acquisition,
12        Technology,   and   Logistics"   and   inserting
13        "Under Secretary of Defense for Acquisition
14        and Sustainment";

15            (B) in subsection (c), by striking "Under
16        Secretary of Defense for Acquisition, Tech-
17        nology, and Logistics" and inserting "Under
18        Secretary of Defense for Acquisition and
19        Sustainment";

20            (C) in subsection (d), by striking "The
21        Under Secretary for Acquisition, Technology,
22        and Logistics" and inserting "The Under Sec-
23        retary of Defense for Research and Engineer-
24        ing"; and

WASHSTATEC011966

866

1    (D) in subsection (e) through (f), by strik-
2   ing "Under Secretary of Defense for Acquisi-
3   tion, Technology, and Logistics" and inserting
4   "Under Secretary of Defense for Acquisition
5   and Sustainment".

6    (46) Section 888(b)(1) of the National Defense
7 Authorization Act for Fiscal Year 2017 (Public Law
8 114–328; 130 Stat. 2322; 10 U.S.C. 2305 note) is
9 amended by striking "Under Secretary of Defense
10 for Acquisition, Technology, and Logistics" and in-
11 serting "Under Secretary of Defense for Acquisition
12 and Sustainment".

13    (47) Section 829(b)(1) of the National Defense
14 Authorization Act for Fiscal Year 2017 (Public Law
15 114–328; 130 Stat. 2281; 10 U.S.C. 2306 note) is
16 amended by striking "Under Secretary of Defense
17 for Acquisition, Technology, and Logistics" and in-
18 serting "Under Secretary of Defense for Acquisition
19 and Sustainment".

20    (48) Section 2306b(i)(7) of title 10, United
21 States Code, is amended by striking "Under Sec-
22 retary of Defense for Acquisition, Technology, and
23 Logistics" and inserting "Under Secretary of De-
24 fense for Acquisition and Sustainment".

WASHSTATEC011967

867

1    (49) Section 2311(c) of title 10, United States

2    Code, is amended—

3        (A) in paragraph (1), by striking "Under

4    Secretary of Defense for Acquisition, Tech-

5    nology, and Logistics" and inserting "Under

6    Secretary of Defense for Acquisition and

7    Sustainment"; and

8        (B) in paragraph (2)(B), by striking

9    "Under Secretary of Defense for Acquisition,

10   Technology, and Logistics" and inserting

11   "Under Secretary of Defense for Acquisition

12   and Sustainment".

13   (50) Section 2326(g) of title 10, United States

14   Code, is amended by striking "Under Secretary of

15   Defense for Acquisition, Technology, and Logistics"

16   and inserting "Under Secretary of Defense for Ac-

17   quisition and Sustainment".

18   (51) Section 2330 of title 10, United States

19   Code, is amended—

20       (A) in subsection (a)(1), by striking

21   "Under Secretary of Defense for Acquisition,

22   Technology, and Logistics" and inserting

23   "Under Secretary of Defense for Acquisition

24   and Sustainment";

WASHSTATEC011968

868

1       (B) in subsection (a)(3), by striking

2    "Under Secretary of Defense for Acquisition,

3    Technology, and Logistics" and inserting

4    "Under Secretary of Defense for Acquisition

5    and Sustainment";

6       (C) in subsection (b)(2), by striking

7    "Under Secretary of Defense for Acquisition,

8    Technology, and Logistics" and inserting

9    "Under Secretary of Defense for Acquisition

10   and Sustainment"; and

11      (D) in subsection (b)(3)(A), by striking

12   "Under Secretary of Defense for Acquisition,

13   Technology, and Logistics" and inserting

14   "Under Secretary of Defense for Acquisition

15   and Sustainment".

16   (52) Section 882 of the National Defense Au-

17  thorization Act for Fiscal Year 2016 (Public Law

18  114–92; 129 Stat. 942; 10 U.S.C. 2330 note) is

19  amended in the matter preceding paragraph (1) by

20  striking "Under Secretary of Defense for Acquisi-

21  tion, Technology, and Logistics" and inserting

22  "Under Secretary of Defense for Acquisition and

23  Sustainment".

24   (53) Section 2334 of title 10, United States

25  Code, is amended by striking "Under Secretary of

WASHSTATEC011969

869

1   Defense for Acquisition, Technology, and Logistics''
2   each place such term appears and inserting ''Under
3   Secretary of Defense for Acquisition and
4   Sustainment''.

5   (54) Section 2350a(b)(2) of title 10, United
6   States Code, is amended by striking ''Under Sec-
7   retary of Defense for Acquisition, Technology, and
8   Logistics, and the Assistant Secretary of Defense for
9   Research and Engineering'' and inserting ''Under
10   Secretary of Defense for Acquisition and
11   Sustainment, and the Under Secretary of Defense
12   for Research and Engineering''.

13   (55) Section 2359(b)(1) of title 10, United
14   States Code, is amended by striking ''Under Sec-
15   retary of Defense for Acquisition, Technology, and
16   Logistics'' and inserting ''Under Secretary of De-
17   fense for Research and Engineering''.

18   (56) Section 2359b of title 10, United States
19   Code, is amended—

20       (A) in subsection (a)(1), by striking
21       ''Under Secretary of Defense for Acquisition,
22       Technology, and Logistics'' and inserting
23       ''Under Secretary of Defense for Research and
24       Engineering''; and

WASHSTATEC011970

870

1    (B) in subsection (l)(1), by striking

2  "Under Secretary of Defense for Acquisition,

3  Technology, and Logistics" and inserting

4  "Under Secretary of Defense for Research and

5  Engineering".

6    (57) Section 2375 of title 10, United States

7  Code, is amended by striking "Under Secretary of

8  Defense for Acquisition, Technology, and Logistics"

9  each place such term appears and inserting "Under

10  Secretary of Defense for Acquisition and

11  Sustainment".

12    (58) Section 874(b)(1) of the National Defense

13  Authorization Act for Fiscal Year 2017 (Public Law

14  114–328; 130 Stat. 2310; 10 U.S.C. 2375 note) is

15  amended by striking "Under Secretary of Defense

16  for Acquisition, Technology, and Logistics" and in-

17  serting "Under Secretary of Defense for Acquisition

18  and Sustainment".

19    (59) Section 876 of the National Defense Au-

20  thorization Act for Fiscal Year 2017 (Public Law

21  114–328; 130 Stat. 2311; 10 U.S.C. 2377 note) is

22  amended by striking "Under Secretary of Defense

23  for Acquisition, Technology, and Logistics" and in-

24  serting "Under Secretary of Defense for Acquisition

25  and Sustainment".

WASHSTATEC011971

871

1          (60) Section 855 of the National Defense Au-
2     thorization Act for Fiscal Year 2016 (Public Law
3     114–92; 129 Stat. 919; 10 U.S.C. 2377 note) is
4     amended by striking "Under Secretary of Defense
5     for Acquisition, Technology, and Logistics" each
6     place such term appears and inserting "Under Sec-
7     retary of Defense for Acquisition and Sustainment".

8          (61) Section 856(a)(2)(B) of the National De-
9     fense Authorization Act for Fiscal Year 2016 (Pub-
10    lic Law 114–92; 129 Stat. 920; 10 U.S.C. 2377
11    note) is amended by striking "Under Secretary of
12    Defense for Acquisition, Technology, and Logistics"
13    and inserting "Under Secretary of Defense for Ac-
14    quisition and Sustainment".

15         (62) Section 2399(b)(3) of title 10, United
16    States Code, is amended by striking "Under Sec-
17    retary of Defense for Acquisition, Technology, and
18    Logistics," and inserting "Under Secretary of De-
19    fense for Acquisition and Sustainment, the Under
20    Secretary of Defense for Research and Engineer-
21    ing,".

22         (63) Section 2419(a)(1) of title 10, United
23    States Code, is amended by striking "Under Sec-
24    retary of Defense for Acquisition, Technology, and

WASHSTATEC011972

872

1 Logistics'' and inserting ''Under Secretary of De-
2 fense for Acquisition and Sustainment''.

3     (64) Section 826(e) of the National Defense
4 Authorization Act for Fiscal Year 2016 (Public Law
5 114–92; 129 Stat. 908; 10 U.S.C. 2430 note) is
6 amended by striking ''Under Secretary of Defense
7 for Acquisition, Technology, and Logistics'' and in-
8 serting ''Under Secretary of Defense for Acquisition
9 and Sustainment''.

10     (65) Section 827(e) of the National Defense
11 Authorization Act for Fiscal Year 2016 (Public Law
12 114–92; 129 Stat. 909; 10 U.S.C. 2430 note) is
13 amended by striking ''Under Secretary of Defense
14 for Acquisition, Technology, and Logistics'' and in-
15 serting ''Under Secretary of Defense for Acquisition
16 and Sustainment''.

17     (66) Section 811(b)(1) of the National Defense
18 Authorization Act for Fiscal Year 2013 (Public Law
19 112–239; 126 Stat. 1828; 10 U.S.C. 2430 note) is
20 amended by striking ''if the Under Secretary of De-
21 fense for Acquisition, Technology, and Logistics''
22 and inserting ''if the service acquisition executive, in
23 the case of a major defense acquisition program of
24 the military department, or the Under Secretary of
25 Defense for Acquisition and Sustainment, in the

WASHSTATEC011973

873

1  case of a Defense-wide or Defense Agency major de-
2  fense acquisition program,''.

3  (67) Section 814 of the Duncan Hunter Na-
4  tional Defense Authorization Act for Fiscal Year
5  2009 (Public Law 110–417; 122 Stat. 4528) is
6  amended—

7  (A) in subsection (b)(2)—

8  (i) by redesignating subparagraphs
9  (B) through (H) as subparagraphs (C)
10  through (I), respectively;

11  (ii) by striking subparagraph (A); and

12  (iii) by inserting before subparagraph
13  (C), as redesignated by clause (i), the fol-
14  lowing new subparagraphs:

15  ''(A) The Office of the Under Secretary of
16  Defense for Research and Engineering.

17  ''(B) The Office of the Under Secretary of
18  Defense for Acquisition and Sustainment.''; and

19  (B) in subsection (c)(5), in the flush mat-
20  ter following subparagraph (B), by striking
21  ''the Under Secretary of Defense for Acquisi-
22  tion, Technology, and Logistics certifies to the
23  congressional defense committees, and includes''
24  and inserting ''the Under Secretary of Defense
25  for Research and Engineering and the Under

WASHSTATEC011974

874

1       Secretary of Defense for Acquisition and
2       Sustainment jointly certify to the congressional
3       defense committees, and include''.

4           (68) Section 801(a)(1) of the John Warner Na-
5       tional Defense Authorization Act for Fiscal Year
6       2007 (Public Law 109–364; 120 Stat. 2312; 10
7       U.S.C. 2430 note) is amended by striking ''Under
8       Secretary of Defense for Acquisition, Technology,
9       and Logistics'' and inserting ''Under Secretary of
10      Defense for Acquisition and Sustainment''.

11          (69) Section 1675 of the National Defense Au-
12      thorization Act for Fiscal Year 2016 (Public Law
13      114–92; 192 Stat. 1131; 10 U.S.C. 2431 note) is
14      amended—

15              (A) in subsection (a), by striking ''The
16          Under Secretary of Defense for Acquisition,
17          Technology, and Logistics and the Vice Chair-
18          man of the Joint Chiefs of Staff, acting
19          through the Missile Defense Executive Board''
20          and inserting ''The Vice Chairman of the Joint
21          Chiefs of Staff and the chairman of the Missile
22          Defense Executive Board (pursuant to section
23          1681(c) of the John S. McCain National De-
24          fense Authorization Act for Fiscal Year 2019
25          (Public Law 115–232; 132 Stat. 2162)), acting

WASHSTATEC011975

875

1   through the Missile Defense Executive Board,'';
2   and

3        (B) in subsection (b)(2), by striking
4   "Under Secretary of Defense for Acquisition,
5   Technology, and Logistics" and inserting
6   "chairman of the Missile Defense Executive
7   Board".

8   (70) Section 2431a(b) of title 10, United States
9   Code, is amended by striking "Under Secretary of
10  Defense for Acquisition, Technology, and Logistics"
11  and inserting "Under Secretary of Defense for Ac-
12  quisition and Sustainment".

13  (71) Section 2435 of title 10, United States
14  Code, is amended by striking "the Under Secretary
15  of Defense for Acquisition, Technology, and Logis-
16  tics" each place it appears and inserting "the Under
17  Secretary of Defense for Acquisition and
18  Sustainment".

19  (72) Section 2438(b) of title 10, United States
20  Code, is amended—

21       (A) in paragraph (1), by striking "Under
22  Secretary of Defense for Acquisition, Tech-
23  nology and Logistics" and inserting "Under
24  Secretary of Defense for Acquisition and
25  Sustainment"; and

WASHSTATEC011976

876

1       (B) in paragraph (2), by striking "Under

2    Secretary of Defense for Acquisition, Tech-

3    nology and Logistics" and inserting "Under

4    Secretary of Defense for Acquisition and

5    Sustainment".

6    (73) Section 2448b of title 10, United States

7  Code, is amended by striking subsections (a) and (b)

8  and inserting the following new subsections:

9  "(a) IN GENERAL.—With respect to a major defense

10  acquisition program, the Secretary of Defense shall con-

11  duct or approve independent technical risk assessments—

12    "(1) before any decision to grant Milestone A

13    approval for the program pursuant to section 2366a

14    of this title, that identifies critical technologies and

15    manufacturing processes that need to be matured;

16    and

17    "(2) before any decision to grant Milestone B

18    approval for the program pursuant to section 2366b

19    of this title, any decision to enter into low-rate ini-

20    tial production or full-rate production, or at any

21    other time considered appropriate by the Secretary,

22    that includes the identification of any critical tech-

23    nologies or manufacturing processes that have not

24    been successfully demonstrated in a relevant envi-

25    ronment.

WASHSTATEC011977

877

1     "(b) GUIDANCE.—The Secretary shall issue guidance

2  and a framework for the conduct, execution, and approval

3  of independent technical risk assessments.".

4     (74) Section 2503(b) of title 10, United States

5  Code, is amended—

6        (A) by striking "the Under Secretary of

7        Defense for Acquisition, Technology, and Logis-

8        tics" and inserting "the Under Secretary of De-

9        fense for Research and Engineering and the

10       Under Secretary of Defense for Acquisition and

11       Sustainment"; and

12       (B) by striking "the Under Secretary

13       shall" and inserting "the Under Secretaries

14       shall".

15     (75) Section 2508(b) of title 10, United States

16  Code, is amended by striking "Under Secretary of

17  Defense for Acquisition, Technology, and Logistics"

18  and inserting "Under Secretary of Defense for Ac-

19  quisition and Sustainment".

20     (76) Section 2521 of title 10, United States

21  Code, is amended—

22        (A) in subsection (a), by striking "The

23       Under Secretary of Defense for Acquisition,

24       Technology, and Logistics" and inserting "The

WASHSTATEC011978

878

1 Under Secretary of Defense for Research and

2 Engineering'';

3      (B) in subsection (e)(4)(D), by striking

4 ''Under Secretary of Defense for Acquisition,

5 Technology, and Logistics'' and inserting

6 ''Under Secretary of Defense for Research and

7 Engineering''; and

8      (C) in subsection (e)(5), by striking

9 ''Under Secretary of Defense for Acquisition,

10 Technology, and Logistics'' and inserting

11 ''Under Secretary of Defense for Research and

12 Engineering''.

13      (77) Section 2533b(k)(2)(A) of title 10, United

14 States Code, is amended by striking ''Under Sec-

15 retary of Defense for Acquisition, Technology, and

16 Logistics'' and inserting ''Under Secretary of De-

17 fense for Acquisition and Sustainment''.

18      (78) Section 2546 of title 10, United States

19 Code, is amended—

20      (A) in the heading of subsection (a), by

21 striking ''UNDER SECRETARY OF DEFENSE

22 FOR ACQUISITION, TECHNOLOGY, AND LOGIS-

23 TICS'' and inserting ''UNDER SECRETARY OF

24 DEFENSE FOR ACQUISITION AND

25 SUSTAINMENT'';

WASHSTATEC011979

879

1    (B) in subsection (a), by striking "Under
2 Secretary of Defense for Acquisition, Tech-
3 nology, and Logistics" and inserting "Under
4 Secretary of Defense for Acquisition and
5 Sustainment"; and

6    (C) in subsection (b), by striking "Under
7 Secretary of Defense for Acquisition, Tech-
8 nology, and Logistics" and inserting "Under
9 Secretary of Defense for Acquisition and
10 Sustainment".

11   (79) Section 2548 of title 10, United States
12 Code, is amended—

13    (A) in subsection (a), by striking "Under
14 Secretary of Defense for Acquisition, Tech-
15 nology, and Logistics" and inserting "Under
16 Secretary of Defense for Acquisition and
17 Sustainment"; and

18    (B) in subsection (c)(8), by striking
19 "Under Secretary of Defense for Acquisition,
20 Technology, and Logistics" and inserting
21 "Under Secretary of Defense for Acquisition
22 and Sustainment".

23   (80) Section 2902(b) of title 10, United States
24 Code, is amended—

WASHSTATEC011980

880

1        (A) in paragraph (1), by striking "Office

2       of the Assistant Secretary of Defense for Re-

3       search and Engineering" and inserting "Office

4       of the Under Secretary of Defense for Research

5       and Engineering"; and

6        (B) in paragraph (3), by striking "Office

7       of the Under Secretary of Defense for Acquisi-

8       tion, Technology, and Logistics" and inserting

9       "Office of the Under Secretary of Defense for

10      Acquisition and Sustainment".

11      (81) Section 2824(d) of the National Defense

12   Authorization Act for Fiscal Year 2013 (Public Law

13   112–239; 126 Stat. 2154; 10 U.S.C. 2911 note) is

14   amended by striking "Under Secretary of Defense"

15   and all that follows through "Environment" and in-

16   serting "Under Secretary of Defense for Acquisition

17   and Sustainment".

18      (82) Section 315(d) of the National Defense

19   Authorization Act for Fiscal Year 2012 (Public Law

20   112–81; 125 Stat. 1357; 10 U.S.C. 2911 note) is

21   amended by striking "Under Secretary of Defense

22   for Acquisition, Technology, and Logistics" and in-

23   serting "Under Secretary of Defense for Acquisition

24   and Sustainment".

WASHSTATEC011981

881

1     (83) Section 2926(e)(5)(D) of title 10, United

2 States Code, is amended by striking "Under Sec-

3 retary of Defense for Acquisition, Technology, and

4 Logistics" and inserting "Under Secretary for De-

5 fense for Acquisition and Sustainment".

6     (84) Section 836(a)(2) of the National Defense

7 Authorization Act for Fiscal Year 2012 (Public Law

8 112–81; 125 Stat. 1508; 22 U.S.C. 2767 note) is

9 amended by striking "the Under Secretary of De-

10 fense for Acquisition, Technology, and Logistics, the

11 Assistant Secretary of Defense for Research," and

12 inserting "the Under Secretary of Defense for Ac-

13 quisition and Sustainment, the Under Secretary of

14 Defense for Research and Engineering,".

15     (85) Section 105(d)(7)(M)(v) of the Trafficking

16 Victims Protection Act of 2000 (22 U.S.C.

17 7103(d)(7)(M)(v)) is amended by striking "Under

18 Secretary of Defense for Acquisition, Technology,

19 and Logistics" and inserting "Under Secretary of

20 Defense for Acquisition and Sustainment".

21     (86) Section 1126(a)(3) of title 31, United

22 States Code, is amended by striking "Under Sec-

23 retary of Defense for Acquisition, Technology, and

24 Logistics" and inserting "Under Secretary of De-

25 fense for Acquisition and Sustainment".

WASHSTATEC011982

882

1   (87) Section 11319(d)(4) of title 40, United
2 States Code, is amended by striking "Under Sec-
3 retary of Defense for Acquisition, Technology, and
4 Logistics" and inserting "Under Secretary of De-
5 fense for Acquisition and Sustainment".

6   (88) Section 1302(b)(2)(A)(i) of title 41,
7 United States Code, is amended by striking "Under
8 Secretary of Defense for Acquisition, Technology,
9 and Logistics" and inserting "Under Secretary of
10 Defense for Acquisition and Sustainment".

11   (89) Section 1311(b)(3) of title 41, United
12 States Code, is amended by striking "Under Sec-
13 retary of Defense for Acquisition, Technology, and
14 Logistics" and inserting "Under Secretary of De-
15 fense for Acquisition and Sustainment".

16   (90) Section 7(a)(3) of the Strategic and Crit-
17 ical Materials Stock Piling Act (50 U.S.C. 98f(a)(3))
18 is amended by striking "Under Secretary of Defense
19 for Acquisition, Technology, and Logistics" and in-
20 serting "Under Secretary of Defense for Acquisition
21 and Sustainment".

22   (91) Section 1412 of the National Defense Au-
23 thorization Act, 1986 (50 U.S.C. 1521) is amend-
24 ed—

WASHSTATEC011983

883

1        (A) in subsection (f)(1), by striking

2    "Under Secretary of Defense for Acquisition,

3    Technology, and Logistics" and inserting

4    "Under Secretary of Defense for Acquisition

5    and Sustainment"; and

6        (B) in subsection (g)(2), by striking

7    "Under Secretary of Defense for Acquisition,

8    Technology, and Logistics" and inserting

9    "Under Secretary of Defense for Acquisition

10    and Sustainment.".

11    (92) Section 133b(b)(2) of title 10, United

12  States Code, is amended by inserting "appropriate

13  prototyping activities," after "development,".

14    (93)(A) Section 5314 of title 5, United States

15  Code, is amended by inserting before the item relat-

16  ing to the Under Secretary of Defense for Acquisi-

17  tion and Sustainment the following new item:

18  "Under Secretary of Defense for Research and En-

19  gineering.".

20    (B) Section 5313 of title 5, United States

21    Code, is amended by striking the item relating

22    to the Under Secretary of Defense for Research

23    and Engineering.

24    (C) This paragraph shall have no force or

25    effect until the next date on which the Congress

WASHSTATEC011984

884

1    confirms an individual to serve as the Under
2    Secretary of Defense for Research and Engi-
3    neering after the date of enactment of this Act.

4    (94) Section 338 of the John S. McCain Na-
5    tional Defense Authorization Act for Fiscal Year
6    2019 (Public Law 115–232; 132 Stat. 1728) is
7    amended by striking "the Under Secretary of De-
8    fense for Acquisition, Technology, and Logistics"
9    and inserting "the Under Secretary of Defense for
10   Acquisition and Sustainment".

11   (95) Section 136(a)(1) of the National Defense
12   Authorization Act for Fiscal Year 2018 (Public Law
13   115–91; 131 Stat. 1317) is amended by striking
14   "the Under Secretary of Defense for Acquisition,
15   Technology, and Logistics" and inserting "the
16   Under Secretary of Defense for Acquisition and
17   Sustainment".

18   (96) Section 1652(a) of the National Defense
19   Authorization Act for Fiscal Year 2017 (Public Law
20   114–328; 130 Stat. 2609) is amended by striking
21   "the Under Secretary of Defense for Acquisition,
22   Technology, and Logistics" and inserting "the
23   Under Secretary of Defense for Research and Engi-
24   neering".

WASHSTATEC011985

885

1     (97) Section 1689(d) of the National Defense

2  Authorization Act for Fiscal Year 2017 (Public Law

3  114–328; 130 Stat. 2631) is amended by striking

4  "the Under Secretary of Defense for Acquisition,

5  Technology, and Logistics" and inserting "the

6  Under Secretary of Defense for Research and Engi-

7  neering".

8     (98) Section 144 of the National Defense Au-

9  thorization Act for Fiscal Year 2012 (Public Law

10  112–81; 125 Stat. 1325) is amended—

11     (A) in subsection (a), by striking "the

12     Under Secretary of Defense for Acquisition,

13     Technology, and Logistics" and inserting "the

14     Under Secretary of Defense for Acquisition and

15     Sustainment"; and

16     (B) in subsection (b)(4), by striking "the

17     Assistant Secretary of Defense for Research

18     and Engineering" and inserting "the Under

19     Secretary of Defense for Research and Engi-

20     neering".

21     (99) Section 838(2)(B) of the National Defense

22  Authorization Act for Fiscal Year 2012 (Public Law

23  112–81; 125 Stat. 1509) is amended by striking

24  "the Under Secretary of Defense for Acquisition,

25  Technology, and Logistics" and inserting "the

WASHSTATEC011986

886

1 Under Secretary of Defense for Acquisition and
2 Sustainment''.

3     (100) Section 802(a)(3)(C) of the National De-
4 fense Authorization Act for Fiscal Year 2008 (Pub-
5 lic Law 110–181; 10 U.S.C. 2410p note) is amended
6 by striking ''the Under Secretary of Defense for Ac-
7 quisition, Technology, and Logistics'' and inserting
8 ''the Under Secretary of Defense for Acquisition and
9 Sustainment''.

**10 SEC. 903. RETURN TO CHIEF INFORMATION OFFICER OF**
**11           THE DEPARTMENT OF DEFENSE OF RESPON-**
**12           SIBILITY FOR BUSINESS SYSTEMS AND RE-**
**13           LATED MATTERS.**

14 (a) RETURN OF RESPONSIBILITY.—

15     (1) IN GENERAL.—Section 142(b)(1) of title
16 10, United States Code, is amended by striking
17 ''systems and'' each place it appears in subpara-
18 graphs (A), (B), and (C).

19     (2) CONFORMING AMENDMENTS TO CMO AU-
20 THORITIES.—Section 132a(b) of such title is amend-
21 ed—

22         (A) in paragraph (2), by striking ''per-
23     formance measurement and management, and
24     business information technology management
25     and improvement activities and programs'' and

WASHSTATEC011987

887

1 inserting "and performance measurement and

2 management activities and programs";

3   (B) by striking paragraphs (4) and (5);

4 and

5   (C) by redesignating paragraphs (6) and

6 (7) as paragraphs (4) and (5), respectively.

7 (b) CHIEF DATA OFFICER RESPONSIBILITY FOR

8 DoD DATA SETS.—

9   (1) IN GENERAL.—In addition to any other

10 functions and responsibilities specified in section

11 3520(c) of title 44, United States, Code, the Chief

12 Data Officer of the Department of Defense shall

13 also be the official in the Department of Defense

14 with principal responsibility for providing for the

15 availability of common, usable, Defense-wide data

16 sets.

17   (2) ACCESS TO ALL DOD DATA.—In order to

18 carry out the responsibility specified in paragraph

19 (1), the Chief Data Officer shall have access to all

20 Department of Defense data, including data in con-

21 nection with warfighting missions and back-office

22 data.

23   (3) RESPONSIBLE TO CIO.—The Chief Data Of-

24 ficer shall report directly to the Chief Information

25 Officer of the Department of Defense in the per-

WASHSTATEC011988

888

1 formance of the responsibility specified in paragraph

2 (1).

3     (4) REPORT.—Not later than December 1,

4 2019, the Secretary of Defense shall submit to the

5 Committees on Armed Services of the Senate and

6 the House of Representatives a report setting forth

7 such recommendations for legislative or administra-

8 tive action as the Secretary considers appropriate to

9 carry out this subsection.

10 **SEC. 904. ASSESSMENTS OF RESPONSIBILITIES AND AU-**

11 **THORITIES OF THE CHIEF MANAGEMENT OF-**

12 **FICER OF THE DEPARTMENT OF DEFENSE.**

13     (a) IN GENERAL.—The Secretary of Defense shall

14 provide for the conduct of two assessments of the imple-

15 mentation of the position of Chief Management Officer of

16 the Department of Defense pursuant to section 132a of

17 title 10, United States Code, as follows:

18     (1) DEPARTMENT OF DEFENSE ASSESSMENT.—

19     An assessment conducted by the Secretary or a des-

20     ignee of the Secretary.

21     (2) INDEPENDENT ASSESSMENT.—An assess-

22     ment conducted by the Defense Business Board or

23     an appropriate number of individuals selected by the

24     Secretary from among individuals in academia or

WASHSTATEC011989

889

1     academic institutions with expertise in public admin-
2     istration and management.

3     (b) ASSESSMENT ELEMENTS.—Each assessment con-
4  ducted pursuant to subsection (a) shall include an assess-
5  ment of the implementation of the position of Chief Man-
6  agement Officer of the Department of Defense, including
7  and taking into account the following:

8     (1) The extent to which the position has been
9         effective in achieving the service, and exercising the
10        powers and authorities, specified in section 132a of
11        title 10, United States Code

12       (2) The perspectives of the Under Secretaries
13        of the military departments on the matters described
14        in paragraph (1) based on the experiences of such
15        Under Secretaries as the Chief Management Officer
16        of a military department

17       (3) The extent to which the ingrained organiza-
18        tional culture of the Department of Defense poses
19        fundamental structural challenges for the position of
20        Chief Management Officer of the Department, irre-
21        spective of the individual appointed to the position.

22       (4) The observations of the Comptroller General
23        of the United States on progress and challenges dur-
24        ing the prior 10 years in the establishment of posi-
25        tions of Chief Management Officer in agencies

WASHSTATEC011990

890

1   throughout the Executive Branch, including in the

2   Department of Defense and in other Federal agen-

3   cies.

4       (5) An identification and comparison of best

5   practices in the private sector and the public sector

6   for the responsibilities and authorities of Chief Man-

7   agement Officers.

8       (6) An identification and assessment of dif-

9   ferences in responsibilities and authorities of the

10   Chief Management Office of the Department, the

11   Chief Operating Officer of the Department of De-

12   fense, and the Deputy Secretary of Defense.

13   (c) MODIFICATION OF RESPONSIBILITIES AND AU-

14   THORITIES.—The Secretary shall identify such modifica-

15   tions, if any, to the responsibilities and authorities of the

16   Chief Management Officer of the Department (whether

17   specified in statute or otherwise) as the Secretary con-

18   siders appropriate in light of the assessments conducted

19   pursuant to subsection (a). In identifying any such modi-

20   fication, the Secretary shall develop recommendations for

21   such legislative action as the Secretary considers appro-

22   priate to implement such modification.

23   (d) REPORT.—Not later than March 15, 2020, the

24   Secretary shall submit to the congressional defense com-

25   mittees a report on the assessments conducted pursuant

WASHSTATEC011991

891

1 to subsection (a) and on any modifications to the respon-

2 sibilities and authorities of the Chief Management Officer

3 of the Department identified pursuant to subsection (c).

4 The report shall include the following:

5     (1) A description and the results of the assess-

6 ment conducted pursuant to subsection (a).

7     (2) Any modifications of the responsibilities and

8 authorities of the Chief Management Officer identi-

9 fied pursuant to subsection (c), including rec-

10 ommendations developed for legislative action to im-

11 plement such recommendations and a proposed

12 timeline for the implementation of such rec-

13 ommendations.

**14 SEC. 905. SENIOR MILITARY ADVISOR FOR CYBER POLICY**

**15             AND DEPUTY PRINCIPAL CYBER ADVISOR.**

16 (a) ADVISOR.—

17     (1) IN GENERAL.—The Under Secretary of De-

18 fense for Policy shall, acting through the Joint

19 Staff, designate an officer within the Office of the

20 Under Secretary of Defense for Policy to serve with-

21 in that Office as the Senior Military Advisor for

22 Cyber Policy, and concurrently, as the Deputy Prin-

23 cipal Cyber Advisor.

24     (2) OFFICERS ELIGIBLE FOR DESIGNATION.—

25 The officer designated pursuant to this subsection

WASHSTATEC011992

892

1    shall be designated from among commissioned reg-
2    ular officers of the Armed Forces in a general or
3    flag officer grade who are qualified for designation

4        (3) GRADE.—The officer designated pursuant
5    to this subsection shall have the grade of major gen-
6    eral or rear admiral (upper half) while serving in
7    that position, without vacating the officer's perma-
8    nent grade.

9    (b) SCOPE OF POSITIONS.—

10       (1) IN GENERAL.—The officer designated pur-
11   suant to subsection (a) is each of the following:

12           (A) The Senior Military Advisor for Cyber
13       Policy to the Under Secretary of Defense for
14       Policy.

15           (B) The Deputy Principal Cyber Advisor
16       to the Secretary of Defense.

17       (2) DIRECTION AND CONTROL AND REPORT-
18   ING.—In carrying out duties under this section, the
19   officer designed pursuant to subsection (a) shall be
20   subject to the authority, direction, and control of,
21   and shall report directly to, the following:

22           (A) The Under Secretary with respect to
23       Senior Military Advisor for Cyber Policy duties.

24           (B) The Principal Cyber Advisor with re-
25       spect to Deputy Principal Cyber Advisor duties.

WASHSTATEC011993

893

1   (c) DUTIES.—

2     (1) DUTIES AS SENIOR MILITARY ADVISOR FOR
3 CYBER POLICY.—The duties of the officer designated
4 pursuant to subsection (a) as Senior Military Advi-
5 sor for Cyber Policy are as follows:

6     (A) To serve as the principal uniformed
7 military advisor on military cyber forces and ac-
8 tivities to the Under Secretary of Defense for
9 Policy.

10     (B) To assess and advise the Under Sec-
11 retary on aspects of policy relating to military
12 cyberspace operations, resources, personnel,
13 cyber force readiness, cyber workforce develop-
14 ment, and defense of Department of Defense
15 networks.

16     (C) To advocate, in consultation with the
17 Joint Staff, and senior officers of the Armed
18 Forces and the combatant commands, for con-
19 sideration of military issues within the Office of
20 the Under Secretary of Defense for Policy, in-
21 cluding coordination and synchronization of De-
22 partment cyber forces and activities.

23     (D) To maintain open lines of communica-
24 tion between the Chief Information Officer of
25 the Department of Defense, senior civilian lead-

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC011994

894

1  ers within the Office of the Under Secretary,
2  and senior officers on the Joint Staff, the
3  Armed Forces, and the combatant commands
4  on cyber matters, and to ensure that military
5  leaders are informed on cyber policy decisions.

6  (2) DUTIES AS DEPUTY PRINCIPAL CYBER AD-
7  VISOR.—The duties of the officer designated pursu-
8  ant to subsection (a) as Deputy Principal Cyber Ad-
9  visor are as follows:

10  (A) To synchronize, coordinate, and over-
11  see implementation of the Cyber Strategy of the
12  Department of Defense and other relevant pol-
13  icy and planning.

14  (B) To advise the Secretary of Defense on
15  cyber programs, projects, and activities of the
16  Department, including with respect to policy,
17  training, resources, personnel, manpower, and
18  acquisitions and technology.

19  (C) To oversee implementation of Depart-
20  ment policy and operational directives on cyber
21  programs, projects, and activities, including
22  with respect to resources, personnel, manpower,
23  and acquisitions and technology.

WASHSTATEC011995

895

(D) To assist in the overall supervision of Department cyber activities relating to offensive missions.

(E) To assist in the overall supervision of Department defensive cyber operations, including activities of component-level cybersecurity service providers and the integration of such activities with activities of the Cyber Mission Force.

(F) To advise senior leadership of the Department on, and advocate for, investment in capabilities to execute Department missions in and through cyberspace.

(G) To identify shortfalls in capabilities to conduct Department missions in and through cyberspace, and make recommendations on addressing such shortfalls in the Program Budget Review process.

(H) To coordinate and consult with stakeholders in the cyberspace domain across the Department in order to identify other issues on cyberspace for the attention of senior leadership of the Department.

(I) On behalf of the Principal Cyber Advisor, to lead the cross-functional team estab-

WASHSTATEC011996

896

1    lished pursuant to 932(c)(3) of the National

2    Defense Authorization Act for Fiscal Year 2014

3    (10 U.S.C. 2224 note) in order to synchronize

4    and coordinate military and civilian cyber forces

5    and activities of the Department.

6 **SEC. 906. EXCLUSION FROM LIMITATIONS ON PERSONNEL**

7     **IN THE OFFICE OF THE SECRETARY OF DE-**

8     **FENSE AND DEPARTMENT OF DEFENSE**

9     **HEADQUARTERS OF FELLOWS APPOINTED**

10     **UNDER THE JOHN S. MCCAIN DEFENSE FEL-**

11     **LOWS PROGRAM.**

12  Section 932(f)(3) of the John S. McCain National

13 Defense Authorization Act for Fiscal Year 2019 (Public

14 Law 115–232; 132 Stat. 1938; 10 U.S.C. 1580 note prec.)

15 is amended by adding at the end the following new sen-

16 tence: ''An individual appointed pursuant to this para-

17 graph shall not count against the limitation on the number

18 of Office of the Secretary of Defense personnel in section

19 143 of title 10, United States Code, or any similar limita-

20 tion in law on the number of personnel in headquarters

21 of the Department that would otherwise apply to the office

22 or headquarters to which appointed.''.

WASHSTATEC011997

897

# Subtitle B—Organization and Management of Other Department of Defense Offices and Elements

### SEC. 911. CODIFICATION OF ASSISTANT SECRETARIES FOR ENERGY, INSTALLATIONS, AND ENVIRONMENT OF THE ARMY, NAVY, AND AIR FORCE.

(a) ASSISTANT SECRETARY OF THE ARMY.—Section 7016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(6)(A) One of the Assistant Secretaries shall be the Assistant Secretary for Energy, Installations, and Environment.

"(B) The principal duty of the Assistant Secretary for Energy, Installations, and Environment shall be the overall supervision of energy, installation, and environment matters for the Department of the Army.".

(b) ASSISTANT SECRETARY OF THE NAVY.—Section 8016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(5)(A) One of the Assistant Secretaries shall be the Assistant Secretary for Energy, Installations, and Environment.

"(B) The principal duty of the Assistant Secretary for Energy, Installations, and Environment shall be the

WASHSTATEC011998

898

1    overall supervision of energy, installation, and environ-

2    ment matters for the Department of the Navy.''.

3        (c) ASSISTANT SECRETARY OF THE AIR FORCE.—

4    Section 9016(b) of title 10, United States Code, is amend-

5    ed by adding at the end the following new paragraph:

6        ''(5)(A) One of the Assistant Secretaries shall be the

7    Assistant Secretary for Energy, Installations, and Envi-

8    ronment.

9        ''(B) The principal duty of the Assistant Secretary

10   for Energy, Installations, and Environment shall be the

11   overall supervision of energy, installation, and environ-

12   ment matters for the Department of the Air Force.''.

## 13 Subtitle C—Other Department of
## 14 Defense Organization and Man-
## 15 agement Matters

**16 SEC. 921. PROHIBITION ON OWNERSHIP OR TRADING OF**

**17              STOCKS IN CERTAIN COMPANIES BY CERTAIN**

**18              OFFICIALS OF THE DEPARTMENT OF DE-**

**19              FENSE.**

20       (a) IN GENERAL.—Chapter 49 of title 10, United

21   States Code, is amended by adding at the end the fol-

22   lowing new section:

WASHSTATEC011999

899

## "§ 988. Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense

"(a) PROHIBITION.—Except as provided in subsection (b), a covered official of the Department of Defense may not own or purchase publicly traded stock of a company if that company is one of the 10 entities awarded the most amount of contract funds by the Department of Defense in a fiscal year during the five preceding fiscal years.

"(b) EXCEPTIONS.—This section shall not apply to the purchase or ownership of a publicly traded stock of a company otherwise described in subsection (a) as follows:

"(1) If the aggregate market value of the holdings of the covered official, and the spouse and minor children of the covered official, in the stock of that company, both before and after purchase (in the case of a purchase), does not exceed the de minimis threshold established in section 2640.202(a)(2) of title 5, Code of Federal Regulations.

"(2) If the stock is purchased and owned as part of an Excepted Investment Fund or mutual fund.

"(c) DEFINITIONS.—In this section:

WASHSTATEC012000

900

1    ''(1) The term 'covered official of the Depart-
2    ment of Defense' means any of the following:

3        ''(A) A civilian appointed to a position in
4        the Department of Defense by the President, by
5        and with the advice and consent of the Senate.

6        ''(B) If serving in a key acquisition posi-
7        tion (as designated by the Secretary of Defense
8        or the Secretary concerned for purposes of this
9        section), the following:

10            ''(i) A member of the armed forces in
11            a grade above O–6.

12            ''(ii) A civilian officer or employee in
13            a Senior Executive Service, Senior-Level,
14            or Scientific or Professional position.

15    ''(2) The term 'Excepted Investment Fund'
16    means a widely-held investment fund described in
17    section 102(f)(8) of the Ethics in Government Act of
18    1978 (5 U.S.C. App.).''.

19    (b) CLERICAL AMENDMENT.—The table of sections
20    at the beginning of chapter 49 of such title is amended
21    by adding at the end the following new item:

''988. Prohibition on ownership or trading of stocks in certain companies by cer-
tain officials of the Department of Defense.''.

WASHSTATEC012001

1  **SEC. 922. LIMITATION ON CONSOLIDATION OF DEFENSE**
2  **MEDIA ACTIVITY.**

3  (a) LIMITATION.—The Secretary of Defense may not
4  take any action to consolidate the Defense Media Activity
5  until a period of 60 days has elapsed following the date
6  on which the Secretary of Defense submits the report re-
7  quired under subsection (b).

8  (b) REPORT REQUIRED.—The Secretary of Defense
9  shall submit to the congressional defense committees a re-
10  port that includes the following:

11  (1) Any current or future plans to restructure,
12  reduce, or eliminate the functions, personnel, facili-
13  ties, or capabilities of the Defense Media Activity,
14  including the timelines associated with such plans.

15  (2) Any modifications that have been made, or
16  that may be made, to personnel compensation or
17  funding accounts in preparation for, or in response
18  to, efforts to consolidate the Defense Media Activity.

19  (3) Any contractual agreements that have been
20  entered into to consolidate or explore the consolida-
21  tion of the Defense Media Activity.

22  (4) Any Department of Defense directives or
23  Administration guidance relating to efforts to con-
24  solidate the Defense Media Activity, including any
25  directives or guidance intended to inform or instruct
26  such efforts.

WASHSTATEC012002

902

1    (c) CONSOLIDATE DEFINED.—In this section, the
2  term "consolidate", means any action to reduce the func-
3  tions, personnel, facilities, or capabilities of the Defense
4  Media Activity.

5  **SEC. 923. REPORT ON RESOURCES TO IMPLEMENT THE CI-**
6                 **VILIAN CASUALTY POLICY OF THE DEPART-**
7                 **MENT OF DEFENSE.**

8    Not later than 30 days after the date of the enact-
9  ment of this Act, the Secretary of Defense shall submit
10 to the congressional defense committees a report, in un-
11 classified form, on the resources necessary over the period
12 of the future-years defense plan for fiscal year 2020 under
13 section 221 of title 10, United States Code, to fulfill the
14 requirements of section 936 of the John S. McCain Na-
15 tional Defense Authorization Act for Fiscal Year 2019
16 (Public Law 115–232; 132 Stat. 1939; 10 U.S.C. 134
17 note) and fully implement policies developed as a result
18 of such section.

# Subtitle D—United States Space Force

19
20

21 **SEC. 951. SHORT TITLE.**

22   This subtitle may be cited as the "United States
23 Space Force Act".

WASHSTATEC012003

903

1 **SEC. 952. THE SPACE FORCE.**

2    (a) REDESIGNATION.—The Air Force Space Com-

3 mand is hereby redesignated as the United States Space

4 Force (USSF).

5    (b) AUTHORITY.—Title 10, United States Code, is

6 amended—

7      (1) in chapter 907 of part I of subtitle D, by

8      redesignating sections 9067, 9069, 9074, 9075,

9      9081, and 9084 as sections 9063, 9064, 9065, 9066,

10      9067, and 9068, respectively;

11      (2) by adding at the end of such part the fol-

12      lowing new chapter:

13    **"CHAPTER 908—THE SPACE FORCE**

"Sec.
"9081. The United States Space Force.
"9082. Chief of Space Operations.
"9083. Officer career field for space.";

14      (3) by transferring section 2279c to chapter

15      908, as so added, and redesignating such section as

16      section 9081; and

17      (4) by amending such section 9081 to read as

18      follows:

19 **"§ 9081. The United States Space Force**

20    "(a) ESTABLISHMENT.—There is established a

21 United States Space Force as an armed force within the

22 Department of the Air Force.

WASHSTATEC012004

904

1    ''(b) COMPOSITION.—The Space Force shall be com-
2  posed of the following:

3         ''(1) The Chief of Space Operations.

4         ''(2) The space forces and such assets as may
5      be organic therein.

6    ''(c) FUNCTIONS.—The Space Force shall be orga-
7  nized, trained, and equipped to provide—

8         ''(1) freedom of operation for the United States
9      in, from, and to space; and

10         ''(2) prompt and sustained space operations.

11    ''(d) DUTIES.—It shall be the duty of the Space
12  Force to—

13         ''(1) protect the interests of the United States
14      in space;

15         ''(2) deter aggression in, from, and to space;
16      and

17         ''(3) conduct space operations.''.

18    (c) SPACE FORCE AS AN ARMED FORCE.—Section
19  101(a)(4) of title 10, United States Code, is amended by
20  inserting ''Space Force,'' after ''Marine Corps,''.

21    (d) MEMBERS.—

22         (1) IN GENERAL.—Effective as of the date of
23      the enactment of this Act, there shall be assigned to
24      the Space Force such members of the Air Force as
25      the Secretary of the Air Force shall specify.

WASHSTATEC012005

905

1    (2) No authorization of additional mili-
2    tary billets.—The Secretary shall carry out this
3    subsection within military personnel of the Air Force
4    otherwise authorized by this Act. Nothing in this
5    subsection shall be construed to authorize additional
6    military billets for the purposes of, or in connection
7    with, the establishment of the Space Force.

8    (e) Officer Career Field for Space.—Section
9    9068 of title 10, United States Code (as redesignated by
10   subsection (b)(1)), is hereby transferred to the end of
11   chapter 908 of such title (as added by subsection (b)(2))
12   and redesignated as section 9083.

13   (f) Tables of Chapters.—The tables of chapters
14   at the beginning of subtitle D of title 10, United States
15   Code, and part I of such subtitle are each amended by
16   inserting after the item relating to chapter 907 the fol-
17   lowing new item:

**"908. The Space Force** ................................................................. **9081.".**

18   (g) Conforming Clerical Amendment to Chap-
19   ter 907.—The table of sections at the beginning of chap-
20   ter 907 of title 10, United States Code, is amended by
21   striking the items relating to sections 9067, 9069, 9074,
22   9075, 9081, and 9084 and inserting the following new
23   items:

"9063. Designation: officers to perform certain professional functions.
"9064. Air Force nurses: Chief; appointment.
"9065. Commands: territorial organization.

WASHSTATEC012006

906

"9066. Regular Air Force: composition.
"9067. Assistant Surgeon General for Dental Services.".

## SEC. 953. CHIEF OF SPACE OPERATIONS.

(a) CHIEF.—Chapter 908 of title 10, United States Code (as added by section 952 of this Act), is amended by inserting after section 9081 the following new section:

## "§ 9082. Chief of Space Operations

"(a) APPOINTMENT.—(1) There is a Chief of Space Operations, appointed by the President, by and with the advice and consent of the Senate, from the general officers of the Air Force. The Chief serves at the pleasure of the President.

"(2) The Chief shall be appointed for a term of four years. In time of war or during a national emergency declared by Congress, the Chief may be reappointed for a term of not more than four years.

"(b) GRADE.—The Chief, while so serving, has the grade of general without vacating the permanent grade of the officer.

"(c) RELATIONSHIP TO THE SECRETARY OF THE AIR FORCE.—Except as otherwise prescribed by law and subject to section 9013(f) of this title, the Chief performs the duties of such position under the authority, direction, and control of the Secretary of the Air Force and is directly responsible to the Secretary.

WASHSTATEC012007

907

1     "(d) Duties.—Subject to the authority, direction,
2 and control of the Secretary of the Air Force, the Chief
3 shall—

4        "(1) preside over the Office of the Chief of
5 Space Operations;

6        "(2) transmit the plans and recommendations
7 of the Office of the Chief of Space Operations to the
8 Secretary and advise the Secretary with regard to
9 such plans and recommendations;

10        "(3) after approval of the plans or rec-
11 ommendations of the Office of the Chief of Space
12 Operations by the Secretary, act as the agent of the
13 Secretary in carrying them into effect;

14        "(4) exercise supervision, consistent with the
15 authority assigned to commanders of unified or spec-
16 ified combatant commands under chapter 6 of this
17 title, over such of the members and organizations of
18 the Space Force as the Secretary determines; and

19        "(5) perform such other military duties, not
20 otherwise assigned by law, as are assigned to the
21 Chief by the President, the Secretary of Defense, or
22 the Secretary of the Air Force.

23     "(e) Joint Chiefs of Staff.—(1) Commencing one
24 year after the date of the enactment of the United States

WASHSTATEC012008

1 Space Force Act, the Chief of Space Operations shall be
2 a member of the Joint Chiefs of Staff.

3 ''(2) To the extent that such action does not impair
4 the independence of the Chief in the performance of the
5 duties of the Chief as a member of the Joint Chiefs of
6 Staff pursuant to paragraph (1), the Chief shall inform
7 the Secretary of the Air Force regarding military advice
8 rendered by members of the Joint Chiefs of Staff on mat-
9 ters affecting the Department of the Air Force.

10 ''(3) Subject to the authority, direction, and control
11 of the Secretary of Defense, the Chief shall keep the Sec-
12 retary of the Air Force fully informed of significant mili-
13 tary operations affecting the duties and responsibilities of
14 the Secretary.''.

15 (b) SERVICE.—

16 (1) INCUMBENT.—The individual serving as
17 Commander of the Air Force Space Command as of
18 the day before the date of the enactment of this Act
19 may serve as the Chief of Space Operations under
20 subsection (a) of section 9082 of title 10, United
21 States Code (as added by subsection (a) of this sec-
22 tion), after that date without further appointment as
23 otherwise provided for by subsection (a) of such sec-
24 tion 9082.

WASHSTATEC012009

909

1   (2) U.S. SPACE COMMAND.—During the one-
2 year period beginning on the date of the enactment
3 of this Act, the Secretary of Defense may authorize
4 an officer serving as the Chief of Space Operations
5 to serve concurrently as the Commander of the
6 United States Space Command, without further ap-
7 pointment.

8  (c) JOINT CHIEFS OF STAFF MATTERS.—Effective
9 on the date that is one year after the date of the enact-
10 ment of this Act, section 151(a) of title 10, United States
11 Code, is amended by adding at the end the following new
12 paragraph:

13   "(8) The Chief of Space Operations.".

14 **SEC. 954. SPACE FORCE ACQUISITION COUNCIL.**

15  (a) IN GENERAL.—Chapter 903 of title 10, United
16 States Code, is amended—

17   (1) by redesignating section 9021 as section
18 9021a; and

19   (2) by inserting after section 9020 the following
20 new section 9021:

21 **"§ 9021. Space Force Acquisition Council**

22  "(a) ESTABLISHMENT.—There is in the Office of the
23 Secretary of the Air Force a council to be known as the
24 'Space Force Acquisition Council' (in this section referred
25 to as the 'Council').

WASHSTATEC012010

910

1    "(b) MEMBERS.—The members of the Council are as
2    follows:

3        "(1) The Under Secretary of the Air Force.

4        "(2) The Assistant Secretary of the Air Force
5        for Space Acquisition and Integration, who shall act
6        as chair of the Council.

7        "(3) The Assistant Secretary of Defense for
8        Space Policy.

9        "(4) The Director of the National Reconnais-
10       sance Office.

11       "(5) The Chief of Space Operations.

12       "(6) The Commander of the United States
13       Space Command.

14   "(c) DUTIES.—The Council shall oversee, direct, and
15   manage acquisition and integration of the Air Force for
16   space systems and programs in order to ensure integration
17   across the national security space enterprise.

18   "(d) MEETINGS.—The Council shall meet not less
19   frequently than monthly.

20   "(e) REPORTS.—Not later than 30 days after the end
21   of each calendar year quarter through the first calendar
22   year quarter of 2025, the Council shall submit to the con-
23   gressional defense committees a report on the activities
24   of the Council during the calendar year quarter preceding

WASHSTATEC012011

911

1 the calendar year quarter in which such report is sub-

2 mitted.''.

3   (b) Clerical Amendment.—The table of sections

4 at the beginning of chapter 903 of such title is amended

5 by striking the item relating to section 9021 and inserting

6 the following new items:

> "9021. Space Force Acquisition Council.
> "9021a. Air Force Reserve Forces Policy Committee.''.

7 **SEC. 955. ASSISTANT SECRETARY OF DEFENSE FOR SPACE**

8   **POLICY.**

9   (a) In General.—Section 138(b) of title 10, United

10 States Code, is amended by adding at the end the fol-

11 lowing new paragraph:

12   "(5) One of the Assistant Secretaries is the Assistant

13 Secretary of Defense for Space Policy. The principal duty

14 of the Assistant Secretary shall be the overall supervision

15 of policy of the Department of Defense for space

16 warfighting.''.

17   (b) Elements of Office.—

18   (1) Development of recommendations.—

19   The Secretary of Defense shall seek to enter into an

20   agreement with a federally funded research and de-

21   velopment center on the development of rec-

22   ommendations as to the appropriate elements of the

23   Office of the Assistant Secretary of Defense for

24   Space Policy, including, in particular, whether the

WASHSTATEC012012

912

1    elements of the Office should include elements on
2    space that are currently assigned to the Office of the
3    Under Secretary of Defense for Intelligence or the
4    Military Intelligence Program.

5        (2) TRANSMITTAL.—Not later than 180 days
6    after the date of the enactment of this Act, the Sec-
7    retary shall transmit to the Committees on Armed
8    Services of the Senate and the House of Representa-
9    tives the recommendations developed pursuant to
10   paragraph (1), together with an assessment of such
11   recommendations by the Secretary.

**SEC. 956. ASSISTANT SECRETARY OF THE AIR FORCE FOR**

12

13        **SPACE ACQUISITION AND INTEGRATION.**

14   (a) REDESIGNATION OF PRINCIPAL ASSISTANT FOR
15 SPACE AS ASSISTANT SECRETARY FOR SPACE ACQUISI-
16 TION AND INTEGRATION.—

17        (1) IN GENERAL.—The Principal Assistant to
18   the Secretary of the Air Force for Space is hereby
19   redesignated as the Assistant Secretary of the Air
20   Force for Space Acquisition and Integration.

21        (2) REFERENCES.—Any reference to the Prin-
22   cipal Assistant to the Secretary of the Air Force for
23   Space in any law, regulation, map, document,
24   record, or other paper of the United States shall be
25   deemed to be a reference to the Assistant Secretary

WASHSTATEC012013

913

1    of the Air Force for Space Acquisition and Integra-
2    tion.

3    (b) CODIFICATION OF POSITION AND RESPONSIBIL-
4    ITIES.—

5        (1) IN GENERAL.—Section 9016 of title 10,
6    United States Code, as amended by subtitle B of
7    this title, is further amended—

8            (A) in subsection (a), by striking "four"
9        and inserting "five"; and

10            (B) in subsection (b), by adding at the end
11        the following new paragraph:

12    "(6)(A) One of the Assistant Secretaries is the As-
13    sistant Secretary of the Air Force for Space Acquisition
14    and Integration.

15    "(B) Subject to the authority, direction, and control
16    of the Secretary of the Air Force, the Assistant Secretary
17    shall do as follows:

18            "(i) Be responsible for all architecture and inte-
19        gration of the Air Force for space systems and pro-
20        grams, including in support of the Chief of Space
21        Operations under section 9082 of this title.

22            "(ii) Act as the chair of the Space Force Acqui-
23        sition Council under section 9021 of this title.

24            "(iii) Advise the service acquisition executive of
25        the Air Force with responsibility for space systems

WASHSTATEC012014

914

1 and programs (including for all major defense acqui-
2 sition programs under chapter 144 of this title for
3 space) on the acquisition of such systems and pro-
4 grams by the Air Force.

5     "(iv) Oversee and direct each of the following:
6         "(I) The Space Rapid Capabilities Office
7         under section 2273a of this title.
8         "(II) The Space and Missile Systems Cen-
9         ter.
10         "(III) The Space Development Agency.

11     "(v) Advise and synchronize acquisition projects
12 for all space systems and programs of the Air Force,
13 including projects for space systems and programs
14 responsibility for which is transferred to the Assist-
15 ant Secretary pursuant to section 956(b)(3) of the
16 United States Space Force Act.

17     "(vi) Effective as of October 1, 2022, in accord-
18 ance with section 957 of that Act, serve as the Serv-
19 ice Acquisition Executive of the Department of the
20 Air Force for Space Systems and Programs.".

21     (2) EXECUTIVE SCHEDULE LEVEL IV.—Section
22 5315 of title 5, United States Code, is amended by
23 striking the item relating to the Assistant Secre-
24 taries of the Air Force and inserting the following
25 new item:

WASHSTATEC012015

915

1    ''Assistant Secretaries of the Air Force (5).''.

2    (3) TRANSFER OF ACQUISITION PROJECTS FOR

3    SPACE SYSTEMS AND PROGRAMS.—Effective October

4    1, 2022, the Secretary of the Air Force shall trans-

5    fer to the Assistant Secretary of the Air Force for

6    Space Acquisition and Integration under paragraph

7    (6) of section 9016(b) of title 10, United States

8    Code (as added by this subsection), responsibility for

9    architecture and integration of any acquisition

10    projects for space systems and programs of the Air

11    Force that are under the oversight or direction of

12    the Assistant Secretary of the Air Force for Acquisi-

13    tion as of September 30, 2022.

14  **SEC. 957. SERVICE ACQUISITION EXECUTIVE OF THE DE-**

15  **PARTMENT OF THE AIR FORCE FOR SPACE**

16  **SYSTEMS AND PROGRAMS.**

17    (a) IN GENERAL.—Effective October 1, 2022, there

18  shall be within the Department of the Air Force a Service

19  Acquisition Executive of the Department of the Air Force

20  for Space Systems and Programs.

21    (b) SERVICE.—

22    (1) IN GENERAL.—Effective as of October 1,

23    2022, and subject to paragraph (2), the individual

24    serving as Assistant Secretary of the Air Force for

25    Space Acquisition and Integration under paragraph

WASHSTATEC012016

916

1   (6) of section 9016(b) of title 10, United States
2   Code (as added by section 1832(b) of this Act), shall
3   also serve as the Service Acquisition Executive for
4   Space Systems and Programs.

5   (2) INCUMBENT.—The individual serving as As-
6   sistant Secretary of the Air Force for Space Acquisi-
7   tion and Integration as of October 1, 2022, may also
8   serve as the Service Acquisition Executive for Space
9   Systems and Programs pursuant to paragraph (1)
10   only if appointed as the Service Acquisition Execu-
11   tive for Space Systems and Programs by the Presi-
12   dent, by and with the advice and consent of the Sen-
13   ate, pursuant to a nomination submitted to the Sen-
14   ate on or after that date.

15   (c) AUTHORITIES AND RESPONSIBILITIES.—

16   (1) IN GENERAL.—The Service Acquisition Ex-
17   ecutive for Space Systems and Programs shall have
18   within the Department of the Air Force all the au-
19   thorities and responsibilities of a service acquisition
20   executive under section 1704 of title 10, United
21   States Code, and other applicable law, for the De-
22   partment of the Air Force with respect to space sys-
23   tems and programs.

24   (2) SEPARATE SAE WITHIN THE AIR FORCE.—
25   The Service Acquisition Executive for Space Systems

WASHSTATEC012017

917

1    and Programs shall be in addition to the service ac-

2    quisition executive in the Department of the Air

3    Force for all acquisition matters of the Department

4    of the Air Force other than with respect to space

5    systems and programs.

6    (3) GUIDANCE ON RELATIONSHIP AMONG

7    SAES.—Not later than October 1, 2022, and from

8    time to time thereafter, the Secretary of the Air

9    Force shall issue guidance for the Department of the

10    Air Force on the authorities and responsibilities of

11    the Service Acquisition Executive for Space Systems

12    and Programs and the authorities and responsibil-

13    ities of the service acquisition executive of the De-

14    partment for all acquisition matters of the Depart-

15    ment other than with respect to space systems and

16    programs.

**17  SEC. 958. CONFORMING AMENDMENTS AND CLARIFICA-**

**18           TION OF AUTHORITIES.**

19    (a) CONFORMING AMENDMENTS.—Title 10, United

20  States Code, is amended as follows:

21    (1) In section 101(a)(9)(C), by inserting ''and

22    the Space Force'' before the semicolon.

23    (2) In section 2273a—

WASHSTATEC012018

918

(A) in subsection (a), by striking "Air Force Space Command" and inserting "Space Force"; and

(B) in subsection (b), by striking "Commander of the Air Force Space Command" and inserting "Chief of Space Operations".

(b) CLARIFICATION OF AUTHORITIES.—

(1) IN GENERAL.—Except as specifically provided by this subtitle or the amendments made by this subtitle—

(A) a member of the Space Force shall be treated as a member of the Air Force for the purpose of the application of any provision of law, including provisions of law relating to pay, benefits, and retirement; and

(B) a civilian employee of the Space Force shall be treated as a civilian employee of the Air Force for the purpose of the application of any provision of law, including provisions of law relating to pay, benefits, and retirement.

(2) APPOINTMENT AND ENLISTMENT.—For purposes of the appointment or enlistment of individuals as members of the Space Force pending the integration of the Space Force into the laws providing for the appointment or enlistment of individ-

WASHSTATEC012019

919

1    uals as members of the Armed Forces, appointments
2    and enlistments of individuals as members of the
3    Armed Forces in the Space Force may be made in
4    the same manner in which appointments and enlist-
5    ments of individuals as members of the Armed
6    Forces in the other Armed Forces may be made by
7    law.

**SEC. 959. EFFECTS ON MILITARY INSTALLATIONS.**

9    Nothing in this subtitle, or the amendments made by
10   this subtitle, shall be construed to authorize or require the
11   relocation of any facility, infrastructure, or military instal-
12   lation of the Air Force.

**SEC. 960. AVAILABILITY OF FUNDS.**

14   (a) IN GENERAL.—Subject to subsection (b),
15   amounts authorized to be appropriated for fiscal year
16   2020 by this Act and available for the Air Force may be
17   obligated and expended for programs, projects, and activi-
18   ties for space, including personnel and acquisition pro-
19   grams, projects, and activities, for and in connection with
20   the establishment of the Space Force and the discharge
21   of the other requirements of this title and the amendments
22   made by this subtitle.

23   (b) LIMITATION.—The total amount obligated and
24   expended in fiscal year 2020 from amounts authorized to
25   be appropriated by this Act for and in connection with

WASHSTATEC012020

920

1  the establishment of the Space Force and the discharge

2  of the requirements described in subsection (a) may not

3  exceed the total amount requested for the Space Force in

4  the budget of the President for fiscal year 2020, as sub-

5  mitted to Congress pursuant to section 1105(a) of title

6  10, United States Code.

**SEC. 961. IMPLEMENTATION.**

8      (a) REQUIREMENT.—Except as specifically provided

9  by this subtitle, the Secretary of the Air Force shall imple-

10 ment this subtitle, and the amendments made by this sub-

11 title, by not later than 18 months after the date of the

12 enactment of this Act.

13     (b) BRIEFINGS.—Not later than 60 days after the

14 date of the enactment of this Act, and every 60 days there-

15 after until March 31, 2023, the Secretary of the Air Force

16 and the Chief of Space Operations shall jointly provide

17 to the congressional defense committees a briefing on the

18 status of the implementation of the Space Force pursuant

19 to this subtitle and the amendments made by this subtitle.

20 Each briefing shall address the current missions, oper-

21 ations and activities, manpower requirements and status,

22 and budget and funding requirements and status of the

23 Space Force, and such other matters with respect to the

24 implementation and operation of the Space Force as the

25 Secretary and the Chief jointly consider appropriate to

WASHSTATEC012021

921

1 keep Congress fully and currently informed on the status

2 of the implementation of the Space Force.

# 3 TITLE X—GENERAL PROVISIONS

### Subtitle A—Financial Matters

Sec. 1001. General transfer authority.
Sec. 1002. Defense Business Audit Remediation Plan.
Sec. 1003. Financial improvement and audit remediation plan.
Sec. 1004. Reporting requirements relating to Department of Defense audits.
Sec. 1005. Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands.
Sec. 1006. Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-Year Inventory numbers.
Sec. 1007. Annual budget justification display for service-common and other support and enabling capabilities for special operations forces.
Sec. 1008. Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs.
Sec. 1009. Plan of the Department of Defense for financial management information.
Sec. 1010. Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund.
Sec. 1011. Transparency of accounting firms used to support Department of Defense audit.
Sec. 1012. Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense.

### Subtitle B—Counterdrug Activities

Sec. 1021. Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia.
Sec. 1022. Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities.
Sec. 1023. Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin.
Sec. 1024. Assessment of impact of any planned or proposed border wall on volume of illegal narcotics.

### Subtitle C—Naval Vessels

Sec. 1031. Modification of authority to purchase vessels using funds in National Defense Sealift Fund.
Sec. 1032. Use of National Defense Sealift Fund for procurement of two used vessels.
Sec. 1033. Transportation by sea of supplies for the Armed Forces and Defense Agencies.
Sec. 1034. Senior Technical Authority for each naval vessel class.
Sec. 1035. Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment.
Sec. 1036. Formal training for shipboard system programs of record.

WASHSTATEC012022

922

Sec. 1037. Report on shipbuilder training and the defense industrial base.
Sec. 1038. Use of competitive procedures for CVN–80 and CVN–81 dual air-
          craft carrier contract.
Sec. 1039. Report on expanding naval vessel maintenance.

Subtitle D—Counterterrorism

Sec. 1041. Modification of support of special operations to combat terrorism.
Sec. 1042. Extension of prohibition on use of funds for transfer or release of
          individuals detained at United States Naval Station, Guanta-
          namo Bay, Cuba, to certain countries.
Sec. 1043. Extension of prohibition on use of funds for transfer or release of
          individuals detained at United States Naval Station, Guanta-
          namo Bay, Cuba, to the United States.
Sec. 1044. Extension of prohibition on use of funds to construct or modify fa-
          cilities in the United States to house detainees transferred
          from United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1045. Extension of prohibition on use of funds to close or relinquish con-
          trol of United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1046. Chief Medical Officer at United States Naval Station, Guantanamo
          Bay, Cuba.
Sec. 1047. Independent assessment on gender and countering violent extre-
          mism.

Subtitle E—Miscellaneous Authorities and Limitations

Sec. 1051. Scheduling of Department of Defense executive aircraft controlled
          by Secretaries of military departments.
Sec. 1052. Explosive ordnance defense disposal program.
Sec. 1053. Technical correction and extension of reporting requirement regard-
          ing enhancement of information sharing and coordination of
          military training between Department of Homeland Security
          and Department of Defense.
Sec. 1054. Notification on the provision of defense sensitive support.
Sec. 1055. Revision to authorities relating to mail service for members of the
          Armed Forces and Department of Defense civilians overseas.
Sec. 1056. Access to and use of military post offices by United States citizens
          employed overseas by the North Atlantic Treaty Organization
          who perform functions in support of military operations of the
          Armed Forces.
Sec. 1057. Expenditure of funds for Department of Defense intelligence and
          counterintelligence activities.
Sec. 1058. Limitation on use of funds for the inactivation of Army watercraft
          units.

# Subtitle A—Financial Matters

## SEC. 1001. GENERAL TRANSFER AUTHORITY.

(a) AUTHORITY TO TRANSFER AUTHORIZATIONS.—

(1) AUTHORITY.—Upon determination by the
Secretary of Defense that such action is necessary in

WASHSTATEC012023

1  the national interest, the Secretary may transfer
2  amounts of authorizations made available to the De-
3  partment of Defense in this division for fiscal year
4  2020 between any such authorizations for that fiscal
5  year (or any subdivisions thereof). Amounts of au-
6  thorizations so transferred shall be merged with and
7  be available for the same purposes as the authoriza-
8  tion to which transferred.

9      (2) LIMITATION.—Except as provided in para-
10  graph (3), the total amount of authorizations that
11  the Secretary may transfer under the authority of
12  this section may not exceed $4,000,000,000.

13     (3) EXCEPTION FOR TRANSFERS BETWEEN
14  MILITARY PERSONNEL AUTHORIZATIONS.—A trans-
15  fer of funds between military personnel authoriza-
16  tions under title IV shall not be counted toward the
17  dollar limitation in paragraph (2).

18  (b) LIMITATIONS.—The authority provided by sub-
19  section (a) to transfer authorizations—

20     (1) may only be used to provide authority for
21  items that have a higher priority than the items
22  from which authority is transferred; and

23     (2) may not be used to provide authority for an
24  item that has been denied authorization by Con-
25  gress.

WASHSTATEC012024

1    (c) EFFECT ON AUTHORIZATION AMOUNTS.—A
2 transfer made from one account to another under the au-
3 thority of this section shall be deemed to increase the
4 amount authorized for the account to which the amount
5 is transferred by an amount equal to the amount trans-
6 ferred.

7    (d) NOTICE TO CONGRESS.—The Secretary shall
8 promptly notify Congress of each transfer made under
9 subsection (a).

10 **SEC. 1002. DEFENSE BUSINESS AUDIT REMEDIATION PLAN.**

11    (a) IN GENERAL.—Chapter 9A of title 10, United
12 States Code, is amended by adding at the end the fol-
13 lowing new section:

14 **"§ 240g. Defense Business Audit Remediation Plan**

15    "(a) IN GENERAL.—The Secretary of Defense shall
16 maintain a plan, to be known as the 'Defense Business
17 Systems Audit Remediation Plan'. Such plan shall include
18 a current accounting of the defense business systems of
19 the Department of Defense that will be introduced, re-
20 placed, updated, modified, or retired in connection with
21 the audit of the full financial statements of the Depart-
22 ment, including a comprehensive roadmap that displays—

23        "(1) in-service, retirement, and other pertinent
24        dates for affected defense business systems;

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012025

925

1     ''(2) current cost-to-complete estimates for each

2 affected defense business system; and

3     ''(3) dependencies both between the various de-

4 fense business systems and between the introduction,

5 replacement, update, modification, and retirement of

6 such systems.

7   ''(b) REPORT AND BRIEFING REQUIREMENTS.—

8     ''(1) ANNUAL REPORT.—Not later than June

9 30, 2020, and annually thereafter, the Secretary of

10 Defense shall submit to the congressional defense

11 committees an updated report on the Defense Busi-

12 ness Systems Audit Remediation Plan under sub-

13 section (a).

14     ''(2) SEMIANNUAL BRIEFINGS.—Not later than

15 January 31 and June 30 each year, the Secretary

16 shall provide to the congressional defense commit-

17 tees a briefing on the status of the Defense Business

18 Systems Audit Remediation Plan. Such briefing

19 shall include a description of any updates to the de-

20 fense business systems roadmap referred to in sub-

21 section (a).

22   ''(c) DEFENSE BUSINESS SYSTEM.—In this section,

23 the term 'defense business system' has the meaning given

24 such term in section 2222(i)(1)(A) of this title.''.

WASHSTATEC012026

926

1     (b) CLERICAL AMENDMENT.—The table of sections

2 at the beginning of such chapter is amended by adding

3 at the end the following new item:

    "240g. Defense Business Audit Remediation Plan.".

## SEC. 1003. FINANCIAL IMPROVEMENT AND AUDIT REMEDI-

4  

5       ATION PLAN.

6     (a) ELEMENTS OF ANNUAL REPORT.—Subsection

7 (b)(1)(B) of section 240b of title 10, United States Code,

8 is amended—

9         (1) in clause (vii)—

10            (A) by striking "or if less than 50 percent

11            of the audit remediation services"; and

12            (B) by striking "and audit remediation ac-

13            tivities"; and

14         (2) in clause (viii), by striking "or if less than

15         25 percent of the audit remediation services".

16     (b) SEMIANNUAL BRIEFINGS.—Subsection (b)(2) of

17 such section is amended by striking "or audit remedi-

18 ation".

19     (c) AUDIT REMEDIATION SERVICES.—Subsection (b)

20 of such section is further amended—

21         (1) in paragraph (1)(B), by adding at the end

22         the following new clauses:

23            "(ix) If less than 50 percent of the

24            audit remediation services under contract,

25            as described in the briefing required under

WASHSTATEC012027

G:\CMTE\AS\20\C\ASCR20.XML

927

1        paragraph (2)(B), are being performed by

2        individual professionals meeting the quali-

3        fications described in subsection (c), a de-

4        tailed description of the risks associated

5        with the risks of the acquisition strategy of

6        the Department with respect to conducting

7        audit remediation activities and an expla-

8        nation of how the strategy complies with

9        the policies expressed by Congress.

10        ''(x) If less than 25 percent of the

11        audit remediation services under contract,

12        as described in the briefing required under

13        paragraph (2)(B), are being performed by

14        individual professionals meeting the quali-

15        fications described in subsection (c), a

16        written certification that the staffing ratio

17        complies with commercial best practices

18        and presents no increased risk of delay in

19        the Department's ability to achieve a clean

20        audit opinion.''; and

21        (2) in paragraph (2)—

22        (A) by striking ''Not later'' and inserting

23        ''(A) Not later''; and

24        (B) by adding at the end the following new

25        subparagraph:

WASHSTATEC012028

928

1     "(B) Not later than January 31 and June 30

2 each year, the Under Secretary of Defense (Comp-

3 troller) and the comptrollers of the military depart-

4 ments shall provide a briefing to the congressional

5 defense committees on the status of the corrective

6 action plan. Such briefing shall include both the ab-

7 solute number and percentage of personnel per-

8 forming the amount of audit remediation services

9 being performed by professionals meeting the quali-

10 fications described in subsection (c).".

11     (d) SELECTION OF AUDIT REMEDIATION SERV-

12 ICES.—Such section is further amended by adding at the

13 end the following new subsection:

14     "(c) SELECTION OF AUDIT REMEDIATION SERV-

15 ICES.—The selection of audit remediation service pro-

16 viders shall be based, among other appropriate criteria,

17 on qualifications, relevant experience, and capacity to de-

18 velop and implement corrective action plans to address in-

19 ternal control and compliance deficiencies identified dur-

20 ing a financial statement or program audit.".

21 **SEC. 1004. REPORTING REQUIREMENTS RELATING TO DE-**

22             **PARTMENT OF DEFENSE AUDITS.**

23     (a) ANNUAL REPORT.—

24         (1) IN GENERAL.—Chapter 9A of title 10,

25 United States Code, as amended by section 1002 is

WASHSTATEC012029

929

1    further amended by adding at the end the following

2    new section:

## "§ 240h. Annual report on auditable financial statements

5    "(a) IN GENERAL.—Not later than January 30 of

6    each year, the Secretary of Defense shall submit to the

7    congressional defense committees a report that includes

8    a ranking of all of the military departments and Defense

9    Agencies in order of how advanced each such department

10    and Agency is in achieving auditable financial statements,

11    as required by law. In preparing the report, the Secretary

12    shall seek to exclude information that is otherwise avail-

13    able in other reports to Congress.

14    "(b) BOTTOM QUARTILE.—Not later than June 30

15    of each year, the head of each of the military departments

16    and Defense Agencies that were ranked in the bottom

17    quartile of the report submitted under subsection (a) for

18    that year shall submit to the congressional defense com-

19    mittees a report that includes the following information

20    for that military department or Defense Agency:

21        "(1) A description of the material weaknesses

22        of the military department or Defense Agency.

23        "(2) The underlying causes of such weaknesses.

24        "(3) A plan for remediating such weaknesses.

WASHSTATEC012030

930

1          ''(4) The total number of open audit notices of

2      findings and recommendations (hereinafter referred

3      to as 'NFRs') for the most recently concluded fiscal

4      year and the preceding two fiscal years, where appli-

5      cable.

6          ''(5) The number of repeat or reissued NFRs

7      from the most recently concluded fiscal year.

8          ''(6) The number of NFRs that were previously

9      forecasted to be closed during the most recently con-

10     cluded fiscal year that remain open.

11         ''(7) The number of closed NFRs during the

12     current fiscal year and prior fiscal years.

13         ''(8) The number of material weaknesses that

14     were validated by external auditors as fully resolved

15     or downgraded in the current fiscal year over prior

16     fiscal years.

17         ''(9) A breakdown by fiscal years in which open

18     NFRs are forecasted to be closed.

19         ''(10) Explanations for unfavorable trends in

20     the information under paragraphs (1) through (9).''.

21         (2) CLERICAL AMENDMENT.—The table of sec-

22     tions at the beginning of such chapter , as amended

23     by section 1002 is futher amended by adding at the

24     end the following new item:

''240h. Annual report on auditable financial statements.''.

WASHSTATEC012031

1    (b) PLAN FOR REMEDIATED AUDIT FINDINGS.—Not

2  later than 90 days after the date of the enactment of this

3  Act, the Secretary of Defense shall submit to the congres-

4  sional defense committees a report on Department-wide

5  audit metrics. Such report shall include each of the fol-

6  lowing:

7        (1) The total number of open audit notices of

8     findings and recommendations (hereinafter referred

9     to as ''NFRs'') for the most recent fiscal year and

10    the preceding two fiscal years where applicable.

11        (2) The number of repeat or reissued NFRs

12    from the most recent fiscal year.

13        (3) The number of NFRs that were previously

14    forecasted to be closed in the most recently com-

15    pleted fiscal year that remain open,

16        (4) The number of closed NFRs in the current

17    fiscal year and prior fiscal years.

18        (5) The number of material weaknesses that

19    were validated by external auditors as fully resolved

20    or downgraded in the current fiscal year over prior

21    fiscal years.

22        (6) A breakdown by fiscal years in which open

23    NFRs are forecasted to be closed.

24        (7) Explanations for unfavorable trends in the

25    information under paragraphs (1) through (5).

WASHSTATEC012032

932

1   **SEC. 1005. INCLUSION OF CERTAIN MILITARY CONSTRUC-**

2           **TION PROJECTS IN ANNUAL REPORTS ON UN-**

3           **FUNDED PRIORITIES OF THE ARMED FORCES**

4           **AND THE COMBATANT COMMANDS.**

5       (a) INCLUSION OF CERTAIN MILITARY CONSTRUC-

6   TION PROJECTS AMONG UNFUNDED PRIORITIES.—Sub-

7   section (d) of section 222a of title 10, United States Code,

8   is amended to read as follows:

9       ''(d) DEFINITIONS.—In this section:

10           ''(1) The term 'unfunded priority', in the case

11       of a fiscal year, means a program, activity, or mis-

12       sion requirement, including a covered military con-

13       struction project, that—

14           ''(A) is not funded in the budget of the

15           President for the fiscal year as submitted to

16           Congress pursuant to section 1105 of title 31;

17           ''(B) is necessary to fulfill a requirement

18           associated with an operational or contingency

19           plan of a combatant command or other vali-

20           dated requirement; and

21           ''(C) would have been recommended for

22           funding through the budget referred to in sub-

23           paragraph (1) by the officer submitting the re-

24           port required by subsection (a) in connection

25           with the budget if—

WASHSTATEC012033

933

1      "(i) additional resources been avail-
2      able for the budget to fund the program,
3      activity, or mission requirement; or

4      "(ii) the program, activity, or mission
5      requirement has emerged since the budget
6      was formulated.

7   "(2) The term 'covered military construction
8 project', in connection with a fiscal year, means a
9 military construction project that—

10     "(A) is included in any fiscal year of the
11     future-years defense program under section 221
12     of this title that is submitted in connection with
13     the budget of the President for the fiscal year,
14     and is executable in the fiscal year; or

15     "(B) is considered by the commander of a
16     combatant command referred to in subsection
17     (b)(5) to be an urgent need, and is executable
18     in the fiscal year.".

19 (b) ORDER OF URGENCY OF PRIORITIES.—Para-
20 graph (2) of subsection (c) of such section is amended to
21 read as follows:

22   "(2) PRIORITIZATION OF PRIORITIES.—Each
23   report shall present the unfunded priorities covered
24   by such report as follows:

WASHSTATEC012034

934

1          ''(A) In overall order of urgency of pri-
2      ority.

3          ''(B) In overall order of urgency of priority
4      among unfunded priorities (other than covered
5      military construction projects).

6          ''(C) In overall order of urgency of priority
7      among covered military construction projects.''.

**SEC. 1006. PROHIBITION ON DELEGATION OF RESPONSI-**
**BILITY FOR SUBMITTAL TO CONGRESS OF**
**OUT-YEAR UNCONSTRAINED TOTAL MUNI-**
**TIONS REQUIREMENTS AND OUT-YEAR IN-**
**VENTORY NUMBERS.**

13      Section 222c of title 10, United States Code, is
14  amended—

15          (1) in subsection (a), by striking ''subsection
16      (b)'' and inserting ''subsection (c)'';

17          (2) by redesignating subsections (b), (c), and
18      (d) as subsections (c), (d), and (e), respectively;

19          (3) by inserting after subsection (a) the fol-
20      lowing new subsection (b):

21      ''(b) PROHIBITION ON DELEGATION OF SUBMITTAL
22  RESPONSIBILITY.—The responsibility of the chief of staff
23  of an armed force in subsection (a) to submit a report
24  may not be delegated outside the armed force concerned.'';
25  and

WASHSTATEC012035

935

1        (4) in subsection (c), as redesignated by para-

2    graph (2), by striking "subsection (c)" in paragraph

3    (6) and inserting "subsection (d)".

## SEC. 1007. ANNUAL BUDGET JUSTIFICATION DISPLAY FOR SERVICE-COMMON AND OTHER SUPPORT AND ENABLING CAPABILITIES FOR SPECIAL OPERATIONS FORCES.

8    (a) IN GENERAL.—Chapter 9 of title 10, United

9  States Code, is amended by inserting after section 225 the

10  following new section:

## "§ 226. Special operations forces: display of service-common and other support and enabling capabilities

14    "(a) IN GENERAL.—The Secretary shall include, in

15  the budget materials submitted to Congress under section

16  1105 of title 31 for fiscal year 2021 and any subsequent

17  fiscal year, a consolidated budget justification display

18  showing service-common and other support and enabling

19  capabilities for special operations forces requested by a

20  military service or Defense Agency. Such budget justifica-

21  tion display shall include any amount for service-common

22  or other capability development and acquisition, training,

23  operations, pay, base operations sustainment, and other

24  common services and support.

WASHSTATEC012036

936

1    "(b) SERVICE-COMMON AND OTHER SUPPORT AND

2  ENABLING CAPABILITIES.—In this section, the term 'serv-

3  ice-common and other support and enabling capabilities'

4  means capabilities provided in support of special oper-

5  ations that are not reflected in Major Force Program–11

6  or designated as special operations forces-peculiar.".

7    (b) CLERICAL AMENDMENT.—The table of sections

8  at the beginning of such chapter is amended by inserting

9  after the item relating to section 225 the following new

10  item:

> "226. Special operations forces: display of service-common and other support and enabling capabilities.".

11  **SEC. 1008. ELEMENT IN ANNUAL REPORTS ON THE FINAN-**

12      **CIAL IMPROVEMENT AND AUDIT REMEDI-**

13      **ATION PLAN ON ACTIVITIES WITH RESPECT**

14      **TO CLASSIFIED PROGRAMS.**

15    Section 240b(b)(1) of title 10, United States Code,

16  is amended—

17      (1) in subparagraph (B), as amended by section

18    1003, by adding at the end the following new clause:

19        "(xi) A description of audit activities

20          and results for classified programs, includ-

21          ing a description of the use of procedures

22          and requirements to prevent unauthorized

23          exposure of classified information in such

24          activities."; and

WASHSTATEC012037

937

1    (2) in subparagraph (C)(i), by inserting "or

2    (ix)" after "clause (vii)".

**SEC. 1009. PLAN OF THE DEPARTMENT OF DEFENSE FOR**

**FINANCIAL MANAGEMENT INFORMATION.**

5    (a) ELEMENT ON SUPPORT OF NDS BY CORRECTIVE

6    ACTION PLANS.—Section 240b(b)(1)(B) of title 10,

7    United States Code, as amended by section 1008 of this

8    Act, is further amended by adding at the end the following

9    new clause:

10    "(xii) An identification the manner in

11    which the corrective action plan or plans of

12    each department, agency, component, or

13    element of the Department of Defense, and

14    the corrective action plan of the Depart-

15    ment as a whole, support the National De-

16    fense Strategy (NDS) of the United

17    States.".

18    (b) TECHNICAL AMENDMENT.—Clause (i) of such

19    section is amended by striking "section 253a" and insert-

20    ing "section 240c".

21    (c) ANNUAL REPORTS ON FUNDING FOR CORREC-

22    TIVE ACTION PLANS.—Not later than five days after the

23    submittal to Congress under section 1105(a) of title 31,

24    United States Code, of the budget of the President for

25    any fiscal year after fiscal year 2020, the Secretary of De-

WASHSTATEC012038

938

1  fense shall submit to the congressional defense committees

2  a reporting setting forth a detailed estimate of the funding

3  required for such fiscal year to procure, obtain, or other-

4  wise implement each process, system, and technology iden-

5  tified to address the current corrective action plans of the

6  departments, agencies, components, and elements of the

7  Department of Defense, and the corrective action plan of

8  the Department as a whole, for purposes of chapter 9A

9  of title 10, United States Code, during such fiscal year.

10 **SEC. 1010. UPDATE OF AUTHORITIES AND RENAMING OF**

11 **DEPARTMENT OF DEFENSE ACQUISITION**

12 **WORKFORCE DEVELOPMENT FUND.**

13  (a) RENAMING AS ACCOUNT.—

14  (1) IN GENERAL.—Section 1705 of title 10,

15  United States Code, is amended—

16  (A) in subsection (a), by striking "the 'De-

17  partment of Defense Acquisition Workforce De-

18  velopment Fund' (in this section referred to as

19  the 'Fund')" and inserting "the 'Department of

20  Defense Acquisition Workforce Development

21  Account' (in this section referred to as the 'Ac-

22  count')"; and

23  (B) by striking "Fund" each place it ap-

24  pears (other than subsection (e)(6)) and insert-

25  ing "Account".

WASHSTATEC012039

1   (2) Conforming and clerical amend-
2   ments.—

3       (A) Section heading.—The heading of
4       such section is amended to read as follows:

**§ 1705. Department of Defense Acquisition Work-**
**force Development Account".**

7       (B) Clerical amendment.—The table of
8       sections at the beginning of subchapter I of
9       chapter 87 of such title is amended by striking
10      the item relating to section 1705 and inserting
11      the following new item:

"1705. Department of Defense Acquisition Workforce Development Account.".

12  (b) Management.—Such section is further amended
13  by striking "Under Secretary of Defense for Acquisition,
14  Technology, and Logistics" each place it appears and in-
15  serting "Under Secretary of Defense for Acquisition and
16  Sustainment".

17  (c) Appropriations as Sole Elements of Ac-
18  count.—Subsection (d) of such section is amended to
19  read as follows:

20      "(d) Elements.—The Account shall consist of
21  amounts appropriated to the Account by law.".

22  (d) Availability of Amounts in Account.—Sub-
23  section (e)(6) of such section is amended by striking
24  "credited to the Fund" and all that follows and inserting
25  "appropriated to the Account pursuant to subsection (d)

WASHSTATEC012040

940

1  shall remain available for expenditure for the fiscal year

2  in which appropriated and the succeeding fiscal year.''.

3      (e) EFFECTIVE DATE.—

4          (1) IN GENERAL.—The amendments made by

5      this section shall take effect on October 1, 2019,

6      and shall apply with respect to fiscal years that

7      begin on or after that date.

8          (2) DURATION OF AVAILABILITY OF PRE-

9      VIOUSLY DEPOSITED FUNDS.—Nothing in the

10     amendments made by this section shall modify the

11     duration of availability of amounts in the Depart-

12     ment of Defense Acquisition Workforce Development

13     Fund that were appropriated or credited to, or de-

14     posited, in the Fund, before October 1, 2019, as

15     provided for in section 1705(e)(6) of title 10, United

16     States Code, as in effect on the day before such

17     date.

18  **SEC. 1011. TRANSPARENCY OF ACCOUNTING FIRMS USED**

19              **TO SUPPORT DEPARTMENT OF DEFENSE**

20              **AUDIT.**

21     Section 1006 of the John S. McCain National De-

22  fense Authorization Act for Fiscal Year 2019 (Public Law

23  115–232) is amended—

WASHSTATEC012041

941

1      (1) by striking "For all contract actions" and

2  inserting "(a) IN GENERAL.—For all contract ac-

3  tions"; and

4      (2) by adding at the end the following new sub-

5  sections

6  "(b) TREATMENT OF STATEMENT.—A statement set-

7 ting forth the details of a disciplinary proceeding sub-

8 mitted pursuant to subsection (a), and the information

9 contained in such a statement, shall be—

10      "(1) treated as confidential to the extent re-

11  quired by the court or agency in which the pro-

12  ceeding has occurred; and

13      "(2) treated in a manner consistent with any

14  protections or privileges established by any other

15  provision of Federal law.".

16 **SEC. 1012. MODIFICATION OF REQUIRED ELEMENTS OF AN-**

17          **NUAL REPORTS ON EMERGENCY AND EX-**

18          **TRAORDINARY EXPENSES OF THE DEPART-**

19          **MENT OF DEFENSE.**

20  Paragraph (2) of section 127(d) of title 10, United

21 States Code, is amended to read as follows:

22  "(2) Each report submitted under paragraph (1)

23 shall include, for each individual expenditure covered by

24 such report in an amount in excess of $100,000, the fol-

25 lowing:

WASHSTATEC012042

942

1        "(A) A detailed description of the purpose of

2    such expenditure.

3        "(B) The amount of such expenditure.

4        "(C) An identification of the approving author-

5    ity for such expenditure.

6        "(D) A justification why other authorities avail-

7    able to the Department could not be used for such

8    expenditure.

9        "(E) Any other matters the Secretary considers

10   appropriate.".

# Subtitle B—Counterdrug Activities

## SEC. 1021. MODIFICATION OF AUTHORITY TO SUPPORT A UNIFIED COUNTERDRUG AND COUNTERTERRORISM CAMPAIGN IN COLOMBIA.

15       (a) ORGANIZATIONS WITH RESPECT TO WHICH AS-

16   SISTANCE MAY BE PROVIDED.—Subsection (a) of section

17   1021 of the Ronald W. Reagan National Defense Author-

18   ization Act for Fiscal Year 2005 (Public Law 108–375;

19   118 Stat. 2042), as most recently amended by section

20   1011(1) of the National Defense Authorization Act for

21   Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1545),

22   is further amended—

23       (1) in paragraph (1), by striking "organizations

24   designated as" and all that follows and inserting

25   "the   Revolutionary   Armed   Forces   of   Colombia

WASHSTATEC012043

943

1    (FARC), the National Liberation Army (ELN), the

2    United Self-Defense Forces of Colombia (AUC), and

3    any covered organization that the Secretary of De-

4    fense, with the concurrence of the Secretary of

5    State, determines poses a threat to the national se-

6    curity interests of the United States.'';

7        (2) by redesignating paragraph (2) as para-

8    graph (3); and

9        (3) by inserting after paragraph (1) the fol-

10   lowing new paragraph (2):

11   ''(2) For purposes of paragraph (1), a covered orga-

12   nization is any foreign terrorist organization, or other or-

13   ganization that is a non-state armed group, that—

14       ''(A) promotes illicit economies;

15       ''(B) employs violence to protect its interests;

16       ''(C) has a military type structure, tactics, and

17   weapons that provide it the ability to carry out

18   large-scale violence;

19       ''(D) challenges the security response capacity

20   of Colombia; and

21       ''(E) has the capability to control territory.''.

22   (b) NOTICE ON ASSISTANCE.—Such section is further

23   amended—

24       (1) by redesignating subsections (e) and (f) as

25   subsections (f) and (g), respectively; and

WASHSTATEC012044

944

1   (2) by inserting after subsection (d) the fol-
2  lowing new subsection (e):

3  "(e) NOTICE ON ASSISTANCE WITH RESPECT TO
4 COVERED ORGANIZATIONS.—(1) Not later than 30 days
5 before providing assistance pursuant to the authority in
6 subsection (a) with respect to a covered organization, the
7 Secretary of Defense shall submit to the appropriate com-
8 mittees of Congress a written notification of the intent to
9 use such authority with respect to such organization, in-
10 cluding the name of such organization, the characteristics
11 of such organization, and threat posed by such organiza-
12 tion.

13  "(2) In this subsection, the term 'appropriate com-
14 mittees of Congress' means—

15   "(A) the Committee on Armed Services and the
16  Committee on Foreign Relations of the Senate; and

17   "(B) the Committee on Armed Services and the
18  Committee on Foreign Affairs of the House of Rep-
19  resentatives.".

20 **SEC. 1022. EXTENSION OF AUTHORITY FOR JOINT TASK**
21     **FORCES TO PROVIDE SUPPORT TO LAW EN-**
22     **FORCEMENT     AGENCIES     CONDUCTING**
23     **COUNTER-TERRORISM ACTIVITIES.**

24  (a) EXTENSION.—Subsection (b) of section 1022 of
25 the National Defense Authorization Act for Fiscal Year

WASHSTATEC012045

945

1 2004 (Public Law 108–136; 10 U.S.C. 271 note) is

2 amended by striking "2020" and inserting "2022".

3 (b) TECHNICAL CORRECTIONS.—Subsection (e) of

4 such section is amended—

5 (1) in paragraph (1), by inserting a period at

6 the end; and

7 (2) by adding at the end the following para-

8 graph (2):

9 "(2) For purposes of applying the definition of

10 transnational organized crime under paragraph (1) to this

11 section, the term 'illegal means', as it appears in such defi-

12 nition, includes the trafficking of money, human traf-

13 ficking, illicit financial flows, illegal trade in natural re-

14 sources and wildlife, trade in illegal drugs and weapons,

15 and other forms of illegal means determined by the Sec-

16 retary of Defense.".

17 **SEC. 1023. SENSE OF CONGRESS REGARDING DEPARTMENT**

18 **OF DEFENSE COUNTERDRUG ACTIVITIES IN**

19 **THE TRANSIT ZONE AND CARIBBEAN BASIN.**

20 It is the sense of Congress that—

21 (1) combating transnational criminal organiza-

22 tions and illicit narcotics trafficking across the tran-

23 sit zone and the Caribbean basin is critical to the

24 national security of the United States;

WASHSTATEC012046

946

1　　　　(2) the Department of Defense should work

2　　　with the Department of Homeland Security, the De-

3　　　partment of State, and other relevant Federal,

4　　　State, local, and international partners to improve

5　　　surveillance capabilities and maximize the effective-

6　　　ness of counterdrug operations in the region; and

7　　　　(3) the Secretary of Defense should, to the

8　　　greatest extent possible, ensure United States

9　　　Northern Command and United States Southern

10　　　Command have the necessary assets to support and

11　　　increase counter-drug activities within their respec-

12　　　tive areas of operations in the transit zone and the

13　　　Caribbean basin.

14　**SEC. 1024. ASSESSMENT OF IMPACT OF ANY PLANNED OR**

15　　　　　　　**PROPOSED BORDER WALL ON VOLUME OF IL-**

16　　　　　　　**LEGAL NARCOTICS.**

17　　　(a) ASSESSMENT REQUIRED.—The Secretary of De-

18　fense, in consultation with the Secretary of Homeland Se-

19　curity, shall conduct an assessment of the impact that any

20　planned or proposed border wall construction under sec-

21　tion 284 or 2808 of title 10, United States Code, along

22　the southern border of the United States would have on

23　the volume of illegal narcotics entering the United States.

24　　　(b) REPORT.—Not later than 90 days after the date

25　of the enactment of this Act, the Secretary of Defense and

WASHSTATEC012047

947

1    the Secretary of Homeland Security shall jointly submit
2    to Congress a report on the assessment required by sub-
3    section (a).

## Subtitle C—Naval Vessels

**SEC. 1031. MODIFICATION OF AUTHORITY TO PURCHASE VESSELS USING FUNDS IN NATIONAL DEFENSE SEALIFT FUND.**

8    (a) IN GENERAL.—Section 2218(f)(3)(E) of title 10,
9    United States Code, is amended—

10       (1) in clause (i), by striking "ten new sealift
11    vessels" and inserting "ten new vessels that are sea-
12    lift vessels, auxiliary vessels, or a combination of
13    such vessels"; and

14       (2) in clause (ii), by striking "sealift".

15    (b) EFFECTIVE DATE.—The amendments made by
16    subsection (a) shall take effect on October 1, 2019, and
17    shall apply with respect to fiscal years beginning on or
18    after that date.

**SEC. 1032. USE OF NATIONAL DEFENSE SEALIFT FUND FOR PROCUREMENT OF TWO USED VESSELS.**

21    Pursuant to section 2218(f)(3) of title 10, United
22    States Code, and using amounts authorized to be appro-
23    priated for Operation and Maintenance, Navy, for fiscal
24    year 2020, the Secretary of the Navy shall seek to enter
25    into a contract for the procurement of two used vessels.

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012048

948

## SEC. 1033. TRANSPORTATION BY SEA OF SUPPLIES FOR THE ARMED FORCES AND DEFENSE AGENCIES.

Section 2631 of title 10, United States Code, is amended—

(1) in the first sentence of subsection (a), by inserting "or for a Defense Agency" after "Marine Corps"; and

(2) in subsection (b)—

(A) by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively;

(B) by inserting after paragraph (1) the following new paragraph (2):

"(2) Before entering into a contract for the transportation by sea of fuel products under this section, the Secretary shall provide a minimum variance of three days on the shipment date."; and

(C) in paragraph (4), as redesignated by subparagraph (A), by striking "the requirement described in paragraph (1)" and insert "a requirement under paragraph (1) or (2)".

## SEC. 1034. SENIOR TECHNICAL AUTHORITY FOR EACH NAVAL VESSEL CLASS.

(a) SENIOR TECHNICAL AUTHORITY FOR EACH CLASS REQUIRED.—Chapter 863 of title 10, United

WASHSTATEC012049

949

1   States Code, is amended by inserting after section 8669a

2   the following new section:

### "§ 8669b. Senior Technical Authority for each naval vessel class

5   "(a) SENIOR TECHNICAL AUTHORITY.—

6       "(1) DESIGNATION FOR EACH VESSEL CLASS

7   REQUIRED.—The Secretary of the Navy shall des-

8   ignate, in writing, a Senior Technical Authority for

9   each class of naval vessels as follows:

10          "(A) In the case of a class of vessels which

11      has received Milestone A approval, an approval

12      to enter into technology maturation and risk re-

13      duction, or an approval to enter into a subse-

14      quent Department of Defense or Department of

15      the Navy acquisition phase as of the date of the

16      enactment of the National Defense Authoriza-

17      tion Act for Fiscal Year 2020, not later than

18      30 days after such date of enactment.

19          "(B) In the case of any class of vessels

20      which has not received any approval described

21      in subparagraph (A) as of such date of enact-

22      ment, at or before the first of such approvals.

23      "(2) INDIVIDUALS ELIGIBLE FOR DESIGNA-

24  TION.—Each individual designated as a Senior

25  Technical Authority under paragraph (1) shall be an

WASHSTATEC012050

950

1     employee of the Navy in the Senior Executive Serv-
2     ice in an organization of the Navy that—

3               ''(A) possesses the technical expertise re-
4          quired to carry out the responsibilities specified
5          in subsection (b); and

6               ''(B) operates independently of chains-of-
7          command for acquisition program management.

8          ''(3) TERM.—Each Senior Technical Authority
9     shall be designated for a fixed term, not shorter
10    than the time anticipated to establish demonstrated
11    successful performance of the class of vessels con-
12    cerned in accordance with its approved capabilities
13    document, as determined by the Secretary at the
14    time of designation.

15         ''(4) VOLUNTARY DEPARTURE.—If an indi-
16    vidual designated as a Senior Technical Authority
17    voluntarily departs the position before demonstrated
18    successful performance of the class of vessels con-
19    cerned, the Secretary shall designate, in writing, a
20    replacement, and shall notify, in writing, the con-
21    gressional defense committees not later than 90 days
22    after such departure.

23         ''(5) REMOVAL.—An individual may be removed
24    involuntarily from designation as a Senior Technical
25    Authority only by the Secretary. Not later than 15

WASHSTATEC012051

951

1   days after the involuntary removal of an individual
2   from such designation, the Secretary shall notify, in
3   writing, the congressional defense committees of the
4   removal, including the reasons for the removal. Not
5   later than 90 days after the involuntary removal, the
6   Secretary shall designate, in writing, a replacement,
7   and shall notify, in writing, the congressional de-
8   fense committees of such designation.

9       ''(6) REASSIGNMENT FOR MISSION NEEDS.—
10  Subject to paragraphs (4) and (5), the Secretary
11  may reassign a Senior Technical Authority or re-
12  move an individual from designation as a Senior
13  Technical Authority in furtherance of Department of
14  the Navy mission needs.

15      ''(b) RESPONSIBILITIES AND AUTHORITY.—Each
16  Senior Technical Authority shall be responsible for, and
17  have the authority to, establish, monitor, and approve
18  technical standards, tools, and processes for the class of
19  naval vessels for which designated under this section in
20  conformance with applicable laws and Department of De-
21  fense and Department of the Navy policies, requirements,
22  architectures, and standards.

23      ''(c) LIMITATION ON OBLIGATION OF FUNDS ON
24  LEAD VESSEL IN VESSEL CLASS.—

WASHSTATEC012052

952

1        ''(1) IN GENERAL.—On or after January 1,

2    2021, funds authorized to be appropriated for Ship-

3    building and Conversion, Navy or Other Procure-

4    ment, Navy may not be obligated for the first time

5    on the lead vessel in a class of naval vessels unless

6    the Secretary of the Navy certifies as described in

7    paragraph (2).

8        ''(2) CERTIFICATION ELEMENTS.—The certifi-

9    cation on a class of naval vessels described in this

10   paragraph is a certification containing each of the

11   following:

12           ''(A) The name or names of the individual

13       or individuals designated as the Senior Tech-

14       nical Authority for such class of vessels, and

15       the qualifications and professional biography or

16       biographies of the individual or individuals so

17       designated.

18           ''(B) A description by the Senior Technical

19       Authority of the systems engineering, tech-

20       nology, and ship integration risks for such class

21       of vessels.

22           ''(C) The designation by the Senior Tech-

23       nical Authority of each critical hull, mechanical,

24       electrical, propulsion, and combat system of

25       such class of vessels, including systems relating

WASHSTATEC012053

953

1 to power generation, power distribution, and

2 key operational mission areas.

3  "(D) The date on which the Senior Tech-

4 nical Authority approved the systems engineer-

5 ing, engineering development, and land-based

6 engineering and testing plans for such class of

7 vessels.

8  "(E) A description by the Senior Technical

9 Authority of the key technical knowledge objec-

10 tives and demonstrated system performance of

11 each plan approved as described in subpara-

12 graph (D).

13  "(F) A determination by the Senior Tech-

14 nical Authority that such plans are sufficient to

15 achieve thorough technical knowledge of critical

16 systems of such class of vessels before the start

17 of detail design and construction.

18  "(G) A determination by the Senior Tech-

19 nical Authority that actual execution of activi-

20 ties in support of such plans as of the date of

21 the certification have been and continue to be

22 effective and supportive of the acquisition

23 schedule for such class of vessels.

24  "(H) A description by the Senior Technical

25 Authority of other technology maturation and

WASHSTATEC012054

954

1      risk reduction efforts not included in such plans

2      for such class of vessels taken as of the date of

3      the certification.

4          "(I) A certification by the Senior Technical

5      Authority that each critical system covered by

6      subparagraph (C) has been demonstrated

7      through testing of a prototype or identical com-

8      ponent in its final form, fit, and function in a

9      realistic environment.

10          "(J) A determination by the Secretary that

11      the plans approved as described in subpara-

12      graph (D) are fully funded and will be fully

13      funded in the future-years defense program for

14      the fiscal year beginning in the year in which

15      the certification is submitted.

16          "(K) A determination by the Secretary

17      that the Senior Technical Authority will ap-

18      prove, in writing, the ship specification for such

19      class of vessels before the request for proposals

20      for detail design, construction, or both, as ap-

21      plicable, is released.

22          "(3) DEADLINE FOR SUBMITTAL OF CERTIFI-

23      CATION.—The certification required by this sub-

24      section with respect to a class of naval vessels shall

25      be submitted, in writing, to the congressional de-

WASHSTATEC012055

955

1   fense committees not fewer than 30 days before the

2   Secretary obligates for the first time funds author-

3   ized to be appropriated for Shipbuilding and Conver-

4   sion, Navy or Other Procurement, Navy for the lead

5   vessel in such class of naval vessels.

6   ''(d) DEFINITIONS.—In this section:

7       ''(1) The term 'class of naval vessels'—

8           ''(A) means any group of similar undersea

9       or surface craft procured with Shipbuilding and

10      Conversion, Navy or Other Procurement, Navy

11      funds, including manned, unmanned, and op-

12      tionally-manned craft; and

13          ''(B) includes—

14              ''(i) a substantially new class of craft

15          (including craft procured using 'new start'

16          procurement); and

17              ''(ii) a class of craft undergoing a sig-

18          nificant incremental change in its existing

19          class (such as a next 'flight' of destroyers

20          or next 'block' of attack submarines).

21      ''(2) The term 'future-years defense program'

22  has the meaning given that term in section 221 of

23  this title.

WASHSTATEC012056

1    ''(3) The term 'Milestone A approval' has the

2    meaning given that term in section 2431a of this

3    title.''.

4    (b) CLERICAL AMENDMENT.—The table of sections

5 at the beginning of chapter 863 of such title is amended

6 by inserting after the item relating to section 8669a the

7 following new item:

''8669b. Senior Technical Authority for each naval vessel class.''.

8 **SEC. 1035. PERMANENT AUTHORITY FOR SUSTAINING**

9    **OPERATIONAL READINESS OF LITTORAL**

10    **COMBAT SHIPS ON EXTENDED DEPLOYMENT.**

11    Section 8680(a)(2) of title 10, United States Code,

12 is amended—

13    (1) in subparagraph (C)(ii)—

14    (A) by striking ''means preservation or

15    corrosion control efforts and cleaning services''

16    and inserting ''means—''; and

17    (B) by adding at the end the following new

18    subclauses:

19    ''(I) the effort required to provide house-

20    keeping services throughout the ship;

21    ''(II) the effort required to perform coating

22    maintenance and repair to exterior and interior

23    surfaces due to normal environmental condi-

24    tions; and

WASHSTATEC012057

957

1          ''(III) the effort required to clean mechan-
2          ical spaces, mission zones, and topside spaces.'';
3      and

4      (2) by striking subparagraph (D).

**SEC. 1036. FORMAL TRAINING FOR SHIPBOARD SYSTEM**
**PROGRAMS OF RECORD.**

7      (a) IN GENERAL.—The Secretary of the Navy shall
8  ensure that there is formal training provided for any ship-
9  board system that is a program of record on any Navy
10 surface vessel.

11     (b) TIMLINE FOR IMPLEMENTATION.—

12         (1) CURRENT PROGRAMS.—In the case of any
13     shipboard system program of record that is in use
14     as of the date of the enactment of this Act for which
15     no formal training is available, the Secretary shall
16     ensure that such training is available by not later
17     than 12 months after the date of the enactment of
18     this Act.

19         (2) FUTURE PROGRAMS.—In the case of any
20     shipboard system program of record that is first ac-
21     cepted by the Government after the date of the en-
22     actment of this Act, the Secretary shall ensure that
23     formal training is established for such program by
24     not later than 12 months after the date on which

WASHSTATEC012058

958

1    the shipboard system program of record is first ac-

2    cepted by the Government.

**3    SEC. 1037. REPORT ON SHIPBUILDER TRAINING AND THE**

**4             DEFENSE INDUSTRIAL BASE.**

5         Not later than 180 days after the date of the enact-

6    ment of this Act, the Secretary of Defense, in coordination

7    with the Secretary of Labor, shall submit to the Com-

8    mittee on Armed Services and the Committee on Health,

9    Education, Labor, and Pensions of the Senate and the

10   Committee on Armed Services and the Committee on Edu-

11   cation and Labor of the House of Representatives a report

12   on shipbuilder training and hiring requirements necessary

13   to achieve the Navy's 30-year shipbuilding plan and to

14   maintain the shipbuilding readiness of the defense indus-

15   trial base. Such report shall include each of the following:

16        (1) An analysis and estimate of the time and

17       investment required for new shipbuilders to gain

18       proficiency in particular shipbuilding occupational

19       specialties, including detailed information about the

20       occupational specialty requirements necessary for

21       construction of naval surface ship and submarine

22       classes to be included in the Navy's 30-year ship-

23       building plan.

24        (2) An analysis of the age demographics and

25       occupational experience level (measured in years of

WASHSTATEC012059

959

1 experience) of the shipbuilding defense industrial

2 workforce.

3 (3) An analysis of the potential time and invest-

4 ment challenges associated with developing and re-

5 taining shipbuilding skills in organizations that lack

6 intermediate levels of shipbuilding experience.

7 (4) Recommendations concerning how to ad-

8 dress shipbuilder training during periods of demo-

9 graphic transition, including whether emerging tech-

10 nologies, such as augmented reality, may aid in new

11 shipbuilder training.

12 (5) Recommendations concerning how to en-

13 courage young adults to enter the defense ship-

14 building industry and to develop the skills necessary

15 to support the shipbuilding defense industrial base.

16 **SEC. 1038. USE OF COMPETITIVE PROCEDURES FOR CVN–80**

17 **AND CVN–81 DUAL AIRCRAFT CARRIER CON-**

18 **TRACT.**

19 To the extent practicable and unless otherwise re-

20 quired by law, the Secretary of the Navy shall ensure that

21 competitive procedures are used with respect to any task

22 order or delivery order issued under a dual aircraft carrier

23 contract relating to the CVN–80 and CVN–81.

WASHSTATEC012060

960

1    **SEC. 1039. REPORT ON EXPANDING NAVAL VESSEL MAINTE-**

2         **NANCE.**

3    (a) REPORT REQUIRED.—Not later than May 1,

4    2020, the Secretary of the Navy shall submit to the con-

5    gressional defense committees a report on the feasibility

6    and advisability of allowing maintenance to be performed

7    on a naval vessel at a shipyard other than a homeport

8    shipyard of the vessel.

9    (b) ELEMENTS.—The report required under sub-

10   section (a) shall include the following:

11        (1) An assessment of the ability of homeport

12        shipyards to meet the current naval vessel mainte-

13        nance demands.

14        (2) An assessment of the ability of homeport

15        shipyards to meet the naval vessel maintenance de-

16        mands of the force structure assessment requirement

17        of the Navy for a 355-ship navy.

18        (3) An assessment of the ability of non-home-

19        port firms to augment repair work at homeport ship-

20        yards, including an assessment of the following:

21             (A) The capability and proficiency of ship-

22             yards in the Great Lakes, Gulf Coast, East

23             Coast, West Coast, and Alaska regions to per-

24             form technical repair work on naval vessels at

25             locations other than their homeports.

WASHSTATEC012061

961

1   (B) The improvements to the capability
2   and capacity of shipyards in the Great Lakes,
3   Gulf Coast, East Coast, West Coast, and Alas-
4   ka regions that would be required to enable per-
5   formance of technical repair work on naval ves-
6   sels at locations other than their homeports.

7   (C) The types of naval vessels (such as
8   noncombatant vessels or vessels that only need
9   limited periods of time in shipyards) best suited
10  for repair work performed by shipyards in loca-
11  tions other than their homeports.

12  (D) The potential benefits to fleet readi-
13  ness of expanding shipyard repair work to in-
14  clude shipyards not located at the homeports of
15  naval vessels.

16  (E) The ability of non-homeport firms to
17  maintain surge capacity when homeport ship-
18  yards lack the capacity or capability to meet
19  homeport requirements.

20  (4) An assessment of the potential benefits of
21  expanding repair work for naval vessels to shipyards
22  not eligible for short-term work in accordance with
23  section 8669a(c) of title 10, United States Code.

24  (5) Such other related matters as the Secretary
25  of the Navy considers appropriate.

WASHSTATEC012062

962

1   (c) RULES OF CONSTRUCTION.—

2       (1) REQUIREMENTS RELATING TO CONSTRUC-

3   TION OF COMBATANT AND ESCORT VESSELS AND AS-

4   SIGNMENT OF VESSEL PROJECTS.—Nothing in this

5   section may be construed to override the require-

6   ments of section 8669a of title 10, United States

7   Code.

8       (2) NO FUNDING FOR SHIPYARDS OF NON-

9   HOMEPORT FIRMS.—Nothing in this section may be

10  construed to authorize funding for shipyards of non-

11  homeport firms.

12  (d) DEFINITIONS.—In this section:

13      (1) HOMEPORT SHIPYARD.—The term "home-

14  port shipyard" means a shipyard associated with a

15  firm capable of being awarded short-term work at

16  the homeport of a naval vessel in accordance with

17  section 8669a(c) of title 10, United States Code.

18      (2) SHORT-TERM WORK.—The term "short-

19  term work" has the meaning given that term in sec-

20  tion 8669a(c)(4) of such title.

# Subtitle D—Counterterrorism

**SEC. 1041. MODIFICATION OF SUPPORT OF SPECIAL OPER-**

**ATIONS TO COMBAT TERRORISM.**

24  Section 127e of title 10, United States Code, is

25  amended—

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012063

963

1       (1) in subsection (a), by inserting "authorized"

2   before "ongoing"; and

3       (2) in subsection (d)(2)—

4           (A) in subparagraph (A), by inserting

5       "and a description of the authorized ongoing

6       operation" before the period at the end;

7           (B) by redesignating subparagraph (C) as

8       subparagraph (D);

9           (C) by striking subparagraphs (B) and in-

10      serting the following new subparagraphs after

11      subparagraph (A):

12          "(B) A description of the foreign forces, ir-

13      regular forces, groups, or individuals engaged in

14      supporting or facilitating the authorized ongo-

15      ing operation who will receive support provided

16      under this section.

17          "(C) A detailed description of the support

18      provided or to be provided to the recipient.";

19      and

20          (D) by adding at the end the following new

21      subparagraphs:

22          "(E) A detailed description of the legal

23      and operational authorities related to the au-

24      thorized ongoing operation, including relevant

25      execute orders issued by the Secretary of De-

WASHSTATEC012064

964

1    fense and combatant commanders related to the
2    authorized ongoing operation, including an
3    identification of operational activities United
4    States Special Operations Forces are authorized
5    to conduct under such execute orders.

6        ''(F) The duration for which the support is
7    expected to be provided and an identification of
8    the timeframe in which the provision of support
9    will be reviewed by the combatant commander
10   for a determination regarding the necessity of
11   continuation of support.''.

12   **SEC. 1042. EXTENSION OF PROHIBITION ON USE OF FUNDS**
13              **FOR TRANSFER OR RELEASE OF INDIVID-**
14              **UALS DETAINED AT UNITED STATES NAVAL**
15              **STATION, GUANTANAMO BAY, CUBA, TO CER-**
16              **TAIN COUNTRIES.**

17       Section 1035 of the John S. McCain National De-
18   fense Authorization Act for Fiscal Year 2019 (Public Law
19   115–232) is amended by striking ''December 31, 2019''
20   and inserting ''December 31, 2020''.

WASHSTATEC012065

965

1 **SEC. 1043. EXTENSION OF PROHIBITION ON USE OF FUNDS**

2           **FOR TRANSFER OR RELEASE OF INDIVID-**

3           **UALS DETAINED AT UNITED STATES NAVAL**

4           **STATION, GUANTANAMO BAY, CUBA, TO THE**

5           **UNITED STATES.**

6     Section 1033 of the John S. McCain National De-

7 fense Authorization Act for Fiscal Year 2019 (Public Law

8 115–232) is amended by striking "December 31, 2019"

9 and inserting "December 31, 2020".

10 **SEC. 1044. EXTENSION OF PROHIBITION ON USE OF FUNDS**

11           **TO CONSTRUCT OR MODIFY FACILITIES IN**

12           **THE UNITED STATES TO HOUSE DETAINEES**

13           **TRANSFERRED FROM UNITED STATES NAVAL**

14           **STATION, GUANTANAMO BAY, CUBA.**

15     Section 1034(a) of the John S. McCain National De-

16 fense Authorization Act for Fiscal Year 2019 (Public Law

17 115–232) is amended by striking "December 31, 2019"

18 and inserting "December 31, 2020".

19 **SEC. 1045. EXTENSION OF PROHIBITION ON USE OF FUNDS**

20           **TO CLOSE OR RELINQUISH CONTROL OF**

21           **UNITED STATES NAVAL STATION, GUANTA-**

22           **NAMO BAY, CUBA.**

23     Section 1036 of the National Defense Authorization

24 Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat.

25 1551), as amended by section 1032 of the John S. McCain

26 National Defense Authorization Act for Fiscal Year 2019

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012066

966

1  (Public Law 115–232; 132 Stat. 1953), is further amend-

2  ed by striking ''or 2019'' and inserting '', 2019, or 2020''.

3  **SEC. 1046. CHIEF MEDICAL OFFICER AT UNITED STATES**

4            **NAVAL STATION, GUANTANAMO BAY, CUBA.**

5  (a) CHIEF MEDICAL OFFICER.—

6       (1) IN GENERAL.—There shall be at United

7  States Naval Station, Guantanamo Bay, Cuba, a

8  Chief Medical Officer of United States Naval Sta-

9  tion, Guantanamo Bay (in this section referred to as

10  the ''Chief Medical Officer'').

11       (2) GRADE.—The individual serving as Chief

12  Medical Officer shall be an officer of the Armed

13  Forces who holds a grade not below the grade of

14  colonel, or captain in the Navy.

15       (3) CHAIN OF COMMAND.—Notwithstanding

16  sections 162 and 164 of title 10, United States

17  Code, the Chief Medical Officer shall be assigned

18  and report to the Assistant Secretary of Defense for

19  Health Affairs, with duty at United States Naval

20  Station, Guantanamo Bay, Cuba, in the performance

21  of duties and the exercise of powers of the Chief

22  Medical Officer under this section.

23  (b) DUTIES.—

WASHSTATEC012067

967

1    (1) IN GENERAL.—The Chief Medical Officer
2 shall oversee the provision of medical care to individ-
3 uals detained at Guantanamo.

4    (2) QUALITY OF CARE.—The Chief Medical Of-
5 ficer shall ensure that medical care provided as de-
6 scribed in paragraph (1) meets applicable standards
7 of care.

8 (c) POWERS.—

9    (1) IN GENERAL.—The Chief Medical Officer
10 shall make medical determinations relating to med-
11 ical care for individuals detained at Guantanamo, in-
12 cluding—

13        (A) decisions regarding assessment, diag-
14 nosis, and treatment; and

15        (B) determinations concerning medical ac-
16 commodations to living conditions and oper-
17 ating procedures for detention facilities.

18    (2) RESOLUTION OF DECLINATION TO FOLLOW
19 DETERMINATIONS.—If the commander of Joint Task
20 Force Guantanamo or the Commander of United
21 States Southern Command declines to follow a de-
22 termination of the Chief Medical Officer under para-
23 graph (1), the matter covered by such determination
24 shall be resolved by the Assistant Secretary of De-
25 fense for Health Affairs, in consultation with the As-

WASHSTATEC012068

968

1    sistant Secretary of Defense for Special Operations

2    and Low Intensity Conflict, not later than seven

3    days after receipt by both Assistant Secretaries of

4    written notification of the matter from the Chief

5    Medical Officer.

6        (3) SECURITY CLEARANCES.—The appropriate

7    departments or agencies of the Federal Government

8    shall, to the extent practicable in accordance with

9    existing procedures and requirements, process expe-

10   ditiously any application and adjudication for a secu-

11   rity clearance required by the Chief Medical Officer

12   to carry out the Chief Medical Officer's duties and

13   powers under this section.

14   (d) ACCESS TO INDIVIDUALS, INFORMATION, AND

15   ASSISTANCE.—

16       (1) IN GENERAL.—The Chief Medical Officer

17   may secure directly from the Department of Defense

18   access to any individual, information, or assistance

19   that the Chief Medical Officer considers necessary to

20   enable the Chief Medical Officer to carry out this

21   section, including full access to the following:

22           (A) Any individual detained at Guanta-

23       namo.

24           (B) Any medical records of any individual

25       detained at Guantanamo.

WASHSTATEC012069

1          (C) Medical professionals of the Depart-

2      ment who are working, or have worked, at

3      United States Naval Station, Guantanamo Bay.

4          (2) ACCESS UPON REQUEST.—Upon request of

5  the Chief Medical Officer, the Department shall

6  make available to the Chief Medical Officer on an

7  expeditious basis access to individuals, information,

8  and assistance as described in paragraph (1).

9          (3) LACK OF EXPEDITIOUS AVAILABILITY.—If

10  access to individuals, information, or assistance is

11  not made available to the Chief Medical Officer upon

12  request on an expeditious basis as required by para-

13  graph (2), the Chief Medical Officer shall notify the

14  Assistant Secretary of Defense for Health Affairs

15  and the Assistant Secretary of Defense for Special

16  Operations and Low Intensity Conflict, who shall

17  take actions to resolve the matter expeditiously.

18  (e) DEFINITIONS.—In this section:

19          (1) INDIVIDUAL DETAINED AT GUANTANAMO

20  DEFINED.—The term "individual detained at Guan-

21  tanamo" means an individual located at United

22  States Naval Station, Guantanamo Bay, Cuba, as of

23  October 1, 2009, who—

24          (A) is not a national of the United States

25      (as defined in section 101(a)(22) of the Immi-

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012070

970

1    gration   and   Nationality   Act   (8   U.S.C.
2    1101(a)(22)) or a member of the Armed Forces
3    of the United States; and

4        (B) is—

5            (i) in the custody or under the control
6            of the Department of Defense; or

7            (ii)   otherwise   detained   at   United
8            States Naval Station, Guantanamo Bay.

9        (2) MEDICAL CARE.—The term "medical care"
10   means physical and mental health care.

11       (3) STANDARD OF CARE.—The term "standard
12   of care" means evaluation and treatment that is ac-
13   cepted by medical experts and reflected in peer-re-
14   viewed medical literature as the appropriate medical
15   approach for a condition, symptoms, illness, or dis-
16   ease and that is widely used by healthcare profes-
17   sionals.

**18   SEC. 1047. INDEPENDENT ASSESSMENT ON GENDER AND**
**19           COUNTERING VIOLENT EXTREMISM.**

20       (a) IN GENERAL.—The Secretary of Defense, in con-
21   sultation with the Secretary of State, shall seek to enter
22   into a contract with a nonprofit entity or a federally fund-
23   ed research and development center independent of the
24   Department of Defense and the Department of State to

WASHSTATEC012071

971

1  conduct research and analysis on the relationship between

2  gender and violent extremism.

3      (b) ELEMENTS.—The research and analysis con-

4  ducted under subsection (a) shall include consideration of

5  the following:

6          (1) The probable causes and historical trends of

7      women's participation in violent extremist organiza-

8      tions.

9          (2) Potential ways in which women's participa-

10     tion in violent extremism is likely to change in the

11     near- and medium-term.

12         (3) The relationship between violent extremism

13     and each of the following:

14             (A) Gender-based violence, abduction, and

15         human trafficking.

16             (B) The perceived role or value of women

17         at the community level, including with respect

18         to property and inheritance rights and bride-

19         price and dowry.

20             (C) Community opinions of killing or

21         harming of women.

22             (D) Violations of girls' rights, including

23         child, early, and forced marriage and access to

24         education.

WASHSTATEC012072

972

(4) Ways for the Department of Defense to engage and support women and girls who are vulnerable to extremist behavior and activities as a means to counter violent extremism and terrorism.

(c) UTILIZATION.—The Secretary of Defense and the Secretary of State shall utilize the results of the research and analysis conducted under subsection (a) to inform the strategic and operational objectives of the geographic combatant command, where appropriate. Such utilization shall be in accordance with the Women, Peace, and Security Act of 2017 (Public Law 115–68; 22 U.S.C. 2152j et seq.).

(d) REPORTS.—

(1) IN GENERAL.—Not later than 270 days after the date of the enactment of this Act, the nonprofit entity or federally funded research and development center with which the Secretary of Defense enters into the contract under subsection (a) shall submit to the Secretary of Defense and Secretary of State a report on the results of the research and analysis required by subsection (a).

(2) SUBMISSION TO CONGRESS.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the appro-

WASHSTATEC012073

973

1 priate congressional committees each of the fol-
2 lowing:

3     (A) A copy of the report submitted under
4     paragraph (1) without change.

5     (B) Any comments, changes, recommenda-
6     tions, or other information provided by the Sec-
7     retary of Defense and the Secretary of State re-
8     lating to the research and analysis required by
9     subsection (a) and contained in such report.

10 (3) APPROPRIATE CONGRESSIONAL COMMIT-
11 TEES.—In this paragraph, the term "appropriate
12 congressional committees" means—

13     (A) the congressional defense committees;

14     (B) the Committee on Foreign Relations of
15     the Senate and the Committee on Foreign Af-
16     fairs of the House of Representatives; and

17     (C) the Permanent Select Committee on
18     Intelligence of the House of Representatives
19     and the Select Committee on Intelligence of the
20     Senate.

WASHSTATEC012074

974

# Subtitle E—Miscellaneous Authorities and Limitations

**SEC. 1051. SCHEDULING OF DEPARTMENT OF DEFENSE EXECUTIVE AIRCRAFT CONTROLLED BY SECRETARIES OF MILITARY DEPARTMENTS.**

(a) IN GENERAL.—Chapter 2 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 120. Department of Defense executive aircraft controlled by Secretaries of military departments**

"(a) IN GENERAL.—The Secretary of Defense shall ensure that the Chief of the Air Force Special Air Mission Office is given the responsibility for coordination of scheduling all Department of Defense executive aircraft controlled by the Secretaries of the military departments in order to support required use travelers.

"(b) RESPONSIBILITIES.—(1) Not later than 180 days after the date of the enactment of this section, the Secretary of each of the military departments shall execute a memorandum of understanding with the Air Force Special Air Mission Office regarding oversight and management of executive aircraft controlled by that military department.

g:\VHLC\120919\120919.161.xml      (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012075

975

1       "(2) The Secretary of Defense shall be responsible

2   for prioritizing travel when requests exceed available exec-

3   utive airlift capability.

4       "(3) The Secretary of a military department shall

5   maintain overall authority for scheduling the required use

6   travelers of that military department on executive aircraft

7   controlled by the Secretary. When an executive aircraft

8   controlled by the Secretary of a military department is not

9   supporting required use travelers of that military depart-

10  ment, the Secretary of the military department shall make

11  such executive aircraft available for scheduling of other

12  required use travelers.

13      "(c) LIMITATIONS.—(1) The Secretary of Defense

14  may not establish a new command and control organiza-

15  tion to support aircraft.

16      "(2) No executive aircraft controlled by the Secretary

17  of a military department may be permanently stationed

18  at any location without a required use traveler without the

19  approval of the Secretary of Defense.

20      "(d) DEFINITIONS.—In this section:

21          "(1) The term 'required use traveler' has the

22      meaning given such term in Department of Defense

23      directive 4500.56, as in effect on the date of the en-

24      actment of this section.

WASHSTATEC012076

976

1   ''(2) The term 'executive aircraft' has the
2   meaning given such term in Department of Defense
3   directive 4500.43, as in effect on the date of the en-
4   actment of this section.''.

5   (b) CLERICAL AMENDMENT.—The table of sections
6   at the beginning of such chapter is amended by adding
7   at the end the following new item:

"120. Department of Defense executive aircraft controlled by Secretaries of mili-
      tary departments.".

8   **SEC. 1052. EXPLOSIVE ORDNANCE DEFENSE DISPOSAL**
9       **PROGRAM.**

10   (a) ROLES, RESPONSIBILITIES, AND AUTHORITIES.—
11   Subsection (b) of section 2284 of title 10, United States
12   Code, is amended—

13   (1) by redesignating paragraph (2) as para-
14   graph (3);

15   (2) in paragraph (1)—

16   (A) in subparagraph (A), by inserting
17   ''and'' after the semicolon;

18   (B) by redesignating subparagraph (B) as
19   paragraph (2), moving it to appear after para-
20   graph (1), and adjusting the margins accord-
21   ingly;

22   (C) by redesignating subparagraph (C) as
23   subparagraph (B);

WASHSTATEC012077

977

1    (D) in subparagraph (B), as so redesig-

2 nated—

3      (i) by striking ''joint program execu-

4 tive officer who'' and inserting ''training

5 and technology program that'';

6      (ii) by inserting '', provides common

7 individual training,'' after ''explosive ord-

8 nance disposal'';

9      (iii) by striking ''and procurement'';

10      (iv) by inserting ''for common tools''

11 after ''activities'';

12      (v) by striking ''and combatant com-

13 mands''; and

14    (E) by striking subparagraphs (D) and

15 (E);

16   (3) in paragraph (2), as redesignated by para-

17 graph (2)(B) of this subsection, by inserting ''(A)''

18 after ''paragraph (1)'';

19   (4) in paragraph (3), as redesignated by para-

20 graph (1) of this subsection, by striking ''such as

21 weapon systems, manned and unmanned vehicles

22 and platforms, cyber and communication equipment,

23 and the integration of explosive ordnance disposal

24 sets, kits and outfits and explosive ordnance disposal

WASHSTATEC012078

978

1    tools, equipment, sets, kits, and outfits developed by

2    the department.'' and inserting ''; and''; and

3        (5) by adding at the end the following new

4    paragraph:

5        ''(4) the Secretary of the Army shall designate

6    an Army explosive ordnance disposal-qualified gen-

7    eral officer to serve as the co-chair of the Depart-

8    ment of Defense explosive ordnance disposal defense

9    program.''.

10    (b) DEFINITIONS.—Such section is further amended

11 by adding at the end the following new subsection:

12    ''(d) DEFINITIONS.—In this section:

13        ''(1) The term 'explosive ordnance' has the

14    meaning given such term in section 283(d) of this

15    title.

16        ''(2) The term 'explosive ordnance disposal'

17    means the detection, identification, on-site evalua-

18    tion, rendering safe, exploitation, recovery, and final

19    disposal of explosive ordnance.''.

WASHSTATEC012079

979

**SEC. 1053. TECHNICAL CORRECTION AND EXTENSION OF REPORTING REQUIREMENT REGARDING ENHANCEMENT OF INFORMATION SHARING AND COORDINATION OF MILITARY TRAINING BETWEEN DEPARTMENT OF HOMELAND SECURITY AND DEPARTMENT OF DEFENSE.**

Section 1014 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328) is amended—

(1) by striking "section 371 of title 10, United States Code" each place it appears and inserting "section 271 of title 10, United States Code"; and

(2) in subsection (d)(3) by striking "January 31, 2020" and inserting "December 31, 2022".

**SEC. 1054. NOTIFICATION ON THE PROVISION OF DEFENSE SENSITIVE SUPPORT.**

Section 1055(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 113 note) is amended—

(1) in paragraph (2)—

(A) by redesignating subparagraph (C) as subparagraph (E); and

(B) by inserting after subparagraph (B) the following new subparagraphs:

"(C) A description of the required duration of the support.

WASHSTATEC012080

980

1       ''(D) A description of the initial costs for

2   the support.''; and

3       (2) by adding at the end the following new

4   paragraph:

5       ''(5) SUSTAINMENT COSTS.—If the Secretary

6   determines that sustainment costs will be incurred

7   as a result of the provision of defense sensitive sup-

8   port, the Secretary, not later than 15 days after the

9   initial provision of such support, shall certify to the

10   congressional defense committees (and the congres-

11   sional intelligence committees with respect to mat-

12   ters relating to members of the intelligence commu-

13   nity) that such sustainment costs will not interfere

14   with the ability of the Department to execute oper-

15   ations, accomplish mission objectives, and maintain

16   readiness.''.

**SEC. 1055. REVISION TO AUTHORITIES RELATING TO MAIL**

**SERVICE FOR MEMBERS OF THE ARMED**

**FORCES AND DEPARTMENT OF DEFENSE CI-**

**VILIANS OVERSEAS.**

21   (a) ELIGIBILITY FOR FREE MAIL.—Section 3401(a)

22   of title 39, United States Code, is amended to read as

23   follows:

24   ''(a)(1) First-class letter mail having the character of

25   personal correspondence shall be carried, at no cost to the

WASHSTATEC012081

981

1  sender, in the manner provided by this section, when

2  mailed by an eligible individual described in paragraph (2)

3  and addressed to a place within the delivery limits of a

4  United States post office, if—

5          "(A) such letter mail is mailed by the eligible

6      individual at an Armed Forces post office estab-

7      lished in an overseas area designated by the Presi-

8      dent, where the Armed Forces of the United States

9      are deployed for a contingency operation as deter-

10     mined by the Secretary of Defense; or

11         "(B) the eligible individual is hospitalized as a

12     result of disease or injury incurred as a result of

13     service in an overseas area designated by the Presi-

14     dent under subparagraph (A).

15     "(2) An eligible individual described in this para-

16  graph is—

17         "(A) a member of the Armed Forces of the

18     United States on active duty, as defined in section

19     101 of title 10; or

20         "(B) a civilian employee of the Department of

21     Defense or a military department who is providing

22     support to military operations.".

23     (b) SURFACE SHIPMENT OF MAIL AUTHORIZED.—

24  Section 3401 of title 39, United States Code, is amend-

25  ed—

WASHSTATEC012082

982

1     (1) by striking subsection (c);

2     (2) by redesignating subsections (d), (e), (f),

3 and (g) as subsections (c), (d), (e), and (f), respec-

4 tively; and

5     (3) by amending subsection (b) to read as fol-

6 lows:

7    ''(b) There shall be transported by surface or air,

8 consistent with the service purchased by the mailer, be-

9 tween Armed Forces post offices or from an Armed Forces

10 post office to a point of entry into the United States, the

11 following categories of mail matter which are mailed at

12 any such Armed Forces post office:

13     ''(1) Letter mail communications having the

14 character of personal correspondence.

15     ''(2) Any parcel exceeding 1 pound in weight

16 but less than 70 pounds in weight and less than 130

17 inches in length and girth combined.

18     ''(3) Publications published not less frequently

19 than once per week and featuring principally current

20 news of interest to members of the Armed Forces of

21 the United States and the general public.''.

22 (c) TECHNICAL AND CONFORMING AMENDMENTS.—

23     (1) Section 3401 of title 39, United States

24 Code, is amended in the section heading by striking

25 **''and of friendly foreign nations''**.

WASHSTATEC012083

983

1   (2) The table of sections for chapter 34 of title
2   39, United States Code, is amended by striking the
3   item relating to section 3401 and inserting the fol-
4   lowing:

"3401. Mailing privileges of members of Armed Forces of the United States.".

5   **SEC. 1056. ACCESS TO AND USE OF MILITARY POST OF-**
6   **FICES BY UNITED STATES CITIZENS EM-**
7   **PLOYED OVERSEAS BY THE NORTH ATLANTIC**
8   **TREATY ORGANIZATION WHO PERFORM**
9   **FUNCTIONS IN SUPPORT OF MILITARY OPER-**
10   **ATIONS OF THE ARMED FORCES.**

11   Section 406 of title 39, United States Code, is
12   amended by adding at the end the following:

13   "(c)(1) The Secretary of Defense may authorize the
14   use of a post office established under subsection (a) in
15   a location outside the United States by citizens of the
16   United States—

17       "(A) who—

18           "(i) are employed by the North Atlantic
19       Treaty Organization; and

20           "(ii) perform functions in support of the
21       Armed Forces of the United States; and

22       "(B) if the Secretary makes a written deter-
23   mination that such use is—

24           "(i) in the best interests of the Depart-
25       ment of Defense; and

WASHSTATEC012084

984

1          ''(ii) otherwise authorized by applicable

2          host nation law or agreement.

3      ''(2) No funds may be obligated or expended to estab-

4  lish, maintain, or expand a post office established under

5  subsection (a) for the purpose of use described in para-

6  graph (1) of this subsection.''.

7  **SEC. 1057. EXPENDITURE OF FUNDS FOR DEPARTMENT OF**

8  **DEFENSE INTELLIGENCE AND COUNTER-**

9  **INTELLIGENCE ACTIVITIES.**

10     (a) IN GENERAL.—Subject to subsections (b) and (c),

11 the Secretary of Defense may expend amounts made avail-

12 able for the Military Intelligence Program for any of fiscal

13 years 2020 through 2025 for intelligence and counterintel-

14 ligence activities for any purpose the Secretary determines

15 to be proper with regard to intelligence and counterintel-

16 ligence objects of a confidential, extraordinary, or emer-

17 gency nature. Such a determination is final and conclusive

18 upon the accounting officers of the United States.

19     (b) LIMITATION ON AMOUNT.—The Secretary of De-

20 fense may not expend more than five percent of the

21 amounts described in subsection (a) for any fiscal year for

22 objects described in that subsection unless—

23          (1) the Secretary notifies the congressional de-

24          fense committees and the congressional intelligence

WASHSTATEC012085

1    committees of the intent to expend the amounts and

2    purpose of the expenditure; and

3        (2) 30 days have elapsed from the date on

4    which the Secretary provides the notice described in

5    paragraph (1).

6    (c) CERTIFICATION.—For each expenditure of funds

7 under this section, the Secretary shall certify that such

8 expenditure was made for an object of a confidential, ex-

9 traordinary, or emergency nature.

10   (d) REPORT.—Not later than December 31 of each

11 of 2020 through 2025, the Secretary of Defense shall sub-

12 mit to the congressional defense committees and the con-

13 gressional intelligence committees a report on expendi-

14 tures made under this section during the fiscal year pre-

15 ceding the year in which the report is submitted. Each

16 such report shall include, for each expenditure under this

17 section during the fiscal year covered by the report, a de-

18 scription, the purpose, the program element, and the cer-

19 tification required under section (c).

20   (e) LIMITATION ON DELEGATIONS.—The Secretary

21 of Defense may not delegate the authority under this sec-

22 tion with respect to any expenditure in excess of $100,000.

23   (f) CONGRESSIONAL INTELLIGENCE COMMITTEES

24 DEFINED.—In this section, the term "congressional intel-

25 ligence committees" means—

WASHSTATEC012086

986

1        (1) the Select Committee on Intelligence of the

2    Senate; and

3        (2) the Permanent Select Committee on Intel-

4    ligence of the House of Representatives.

5 **SEC. 1058. LIMITATION ON USE OF FUNDS FOR THE INAC-**

6            **TIVATION OF ARMY WATERCRAFT UNITS.**

7        None of the funds authorized to be appropriated by

8 this Act or otherwise made available for fiscal year 2020

9 may be obligated or expended for the inactivation of any

10 Army watercraft unit until the Secretary of Defense sub-

11 mits to Congress certification that—

12        (1) the Secretary has completed the Army

13    Watercraft Requirements Review; and

14        (2) the Secretary has entered into a contract

15    with a federally funded research and development

16    corporation for the review of the ability of the Army

17    to meet the watercraft requirements of the combat-

18    ant commanders and the effects on preparedness to

19    provide support to States and territories in connec-

20    tion with natural disasters, threats, and emer-

21    gencies.

22 # TITLE XI—CIVILIAN PERSONNEL

23 # MATTERS

Subtitle A—General Provisions

Sec. 1101. Defense Advanced Research Projects Agency personnel management
authority.

WASHSTATEC012087

Sec. 1102. Report on the probationary period for Department of Defense employees.
Sec. 1103. Civilian personnel management.
Sec. 1104. One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone.
Sec. 1105. One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas.
Sec. 1106. Performance of civilian functions by military personnel.
Sec. 1107. Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base.
Sec. 1108. Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees.
Sec. 1109. Modification of direct hire authorities for the Department of Defense.
Sec. 1110. Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act.
Sec. 1111. Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown.
Sec. 1112. Limitation on transfer of Office of Personnel Management.
Sec. 1113. Assessment of Accelerated Promotion Program suspension.
Sec. 1114. Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation.
Sec. 1115. Clarification of limitation on expedited hiring authority for post-secondary students.
Sec. 1116. Modification of temporary assignments of Department of Defense employees to a private-sector organization.
Sec. 1117. Extension of authority for part-time reemployment.

Subtitle B—Fair Chance Act

Sec. 1121. Short title.
Sec. 1122. Prohibition on criminal history inquiries prior to conditional offer for Federal employment.
Sec. 1123. Prohibition on criminal history inquiries by contractors prior to conditional offer.
Sec. 1124. Report on employment of individuals formerly incarcerated in Federal prisons.

Subtitle C—ATC Hiring Reform

Sec. 1131. Short title; definition.
Sec. 1132. Hiring of air traffic control specialists.
Sec. 1133. Ensuring hiring preference for applicants with experience at an air traffic control facility of the National Guard.
Sec. 1134. FAA reports on air traffic controller hiring and training.
Sec. 1135. DOT Inspector General review and report.

WASHSTATEC012088

988

# Subtitle A—General Provisions

## SEC. 1101. DEFENSE ADVANCED RESEARCH PROJECTS AGENCY PERSONNEL MANAGEMENT AUTHORITY.

Section 1599h(b)(1)(B) of title 10, United States Code, is amended by striking "100 positions" and inserting "140 positions".

## SEC. 1102. REPORT ON THE PROBATIONARY PERIOD FOR DEPARTMENT OF DEFENSE EMPLOYEES.

(a) REPORT.—Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense shall—

(1) conduct an independent review on the probationary periods applicable to Department of Defense employees under section 1599e of title 10, United States Code; and

(2) submit a report on such review to the Committees on Armed Services and Oversight and Reform of the House of Representatives and the Committees on Armed Services and Homeland Security and Governmental Affairs of the Senate.

(b) CONTENTS.—The review and report under subsection (a) shall cover the period beginning on the date of the enactment of such section 1599e and ending on December 31, 2018, and include the following:

WASHSTATEC012089

989

1        (1) An assessment and identification of the de-
2    mographics of each Department of Defense employee
3    who, during such period, was on a probationary pe-
4    riod and who was removed from the civil service,
5    subject to any disciplinary action (up to and includ-
6    ing removal), or who filed a claim or appeal with the
7    Office of Special Counsel or the Equal Employment
8    Opportunity Commission.

9        (2) A statistical assessment of the distribution
10   patterns with respect to any removal from the civil
11   service during such period of, or any disciplinary ac-
12   tion (up to and including a removal) taken during
13   such period against, any Department employee while
14   the employee was on a probationary period.

15       (3) An analysis of the best practices and abuses
16   of discretion by supervisors and managers of the De-
17   partment with respect to probationary periods.

18       (4) An assessment of the utility of the proba-
19   tionary period prescribed by such section 1599e on
20   the successful recruitment, retention, and profes-
21   sional development of civilian employees of the De-
22   partment, including any recommendation for regu-
23   latory or statutory changes the Secretary determines
24   to be appropriate.

WASHSTATEC012090

1  (5) A discussion of the cases where the Depart-

2 ment made a determination to remove a Department

3 employee during the second year of such employee's

4 probationary period.

5  (6) A summary of how the Department has im-

6 plemented the authority provided in such section

7 1599e with respect to probationary periods, includ-

8 ing the number, and a demographic summary, of

9 each Department employee removed from the civil

10 service, subject to any disciplinary action (up to and

11 including removal), or who filed a claim or appeal

12 with the Office of Special Counsel or the Equal Em-

13 ployment Opportunity Commission during the sec-

14 ond year of any such employee's probationary pe-

15 riod.

16 (c) CONSULTATION.—The analysis and recommenda-

17 tions in the report required under subsection (a) shall be

18 prepared in consultation with Department of Defense em-

19 ployees and managers, labor organizations representing

20 such employees, staff of the Office of Special Counsel and

21 the Equal Employment Opportunity Commission, and at-

22 torneys representing Department employees in wrongful

23 termination actions.

WASHSTATEC012091

991

1  SEC. 1103. CIVILIAN PERSONNEL MANAGEMENT.

2      Section 129 of title 10, United States Code, is

3  amended—

4          (1) in subsection (a)—

5              (A) in the first sentence, by striking "each

6          fiscal year" and inserting "each fiscal year pri-

7          marily"; and

8              (B) in the second sentence—

9                  (i) by striking "Any" and inserting

10                 "The management of such personnel in

11                 any fiscal year shall not be subject solely

12                 to any"; and

13                 (ii) by striking "shall be developed"

14                 and all that follows through "changed cir-

15                 cumstances"; and

16         (2) in subsection (c)(2)—

17             (A) in each of subparagraphs (A) and (B),

18         by inserting "and associated cost" after each

19         instance of "projected size"; and

20             (B) in subparagraph (B), by striking "that

21         have been taken" and all that follows through

22         the period and inserting "to reduce the overall

23         costs of the total force of military, civilian, and

24         contract workforces.".

WASHSTATEC012092

992

**SEC. 1104. ONE-YEAR EXTENSION OF TEMPORARY AUTHOR-**
    **ITY TO GRANT ALLOWANCES, BENEFITS, AND**
    **GRATUITIES TO CIVILIAN PERSONNEL ON OF-**
    **FICIAL DUTY IN A COMBAT ZONE.**

Paragraph (2) of section 1603(a) of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006 (Public Law 109–234; 120 Stat. 443), as added by section 1102 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110–417; 122 Stat. 4616) and as most recently amended by section 1115 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is further amended by striking ''2020'' and inserting ''2021''.

**SEC. 1105. ONE-YEAR EXTENSION OF AUTHORITY TO WAIVE**
    **ANNUAL LIMITATION ON PREMIUM PAY AND**
    **AGGREGATE LIMITATION ON PAY FOR FED-**
    **ERAL CIVILIAN EMPLOYEES WORKING OVER-**
    **SEAS.**

Subsection (a) of section 1101 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110–417; 122 Stat. 4615), as most recently amended by section 1104(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2001), is further amend-

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012093

993

1 ed by striking "through 2019" and inserting "through
2 2020".

### SEC. 1106. PERFORMANCE OF CIVILIAN FUNCTIONS BY MILITARY PERSONNEL.

5    Subparagraph (B) of paragraph (1) of subsection (g)
6 of section 129a of title 10, United States Code, is amend-
7 ed to read as follows:

8         "(B) such functions may be performed by
9     military personnel for a period that does not ex-
10     ceed one year if the Secretary of the military
11     department concerned determines that—

12             "(i) the performance of such functions
13         by military personnel is required to ad-
14         dress critical staffing needs resulting from
15         a reduction in personnel or budgetary re-
16         sources by reason of an Act of Congress;
17         and

18             "(ii) the military department con-
19         cerned is in compliance with the policies,
20         procedures, and analysis required by this
21         section and section 129 of this title.".

WASHSTATEC012094

994

1 **SEC. 1107. EXTENSION OF DIRECT HIRE AUTHORITY FOR**
2 **DOMESTIC INDUSTRIAL BASE FACILITIES**
3 **AND MAJOR RANGE AND TEST FACILITIES**
4 **BASE.**

5     (a) IN GENERAL.—Subsection (a) of section 1125 of
6 the National Defense Authorization Act for Fiscal Year
7 2017 (Public Law 114–328), as amended by subsection
8 (a) of section 1102 of the National Defense Authorization
9 Act for Fiscal Year 2018 (Public Law 115–91), is further
10 amended by striking ''through 2021,'' and inserting
11 ''through 2025,''.

12     (b) BRIEFING.—Subsection (b) of such section 1102
13 is amended by striking ''fiscal years 2019 and 2021'' and
14 inserting ''fiscal years 2019 through 2025''.

15 **SEC. 1108. AUTHORITY TO PROVIDE ADDITIONAL ALLOW-**
16 **ANCES AND BENEFITS FOR CERTAIN DE-**
17 **FENSE CLANDESTINE SERVICE EMPLOYEES.**

18     Section 1603 of title 10, United States Code, is
19 amended by adding at the end the following new sub-
20 section:

21     ''(c) ADDITIONAL ALLOWANCES AND BENEFITS FOR
22 CERTAIN EMPLOYEES OF THE DEFENSE CLANDESTINE
23 SERVICE.—(1) Beginning on the date on which the Sec-
24 retary of Defense submits the report under paragraph
25 (3)(A), in addition to the authority to provide compensa-
26 tion under subsection (a), the Secretary may provide a

WASHSTATEC012095

995

1 covered employee allowances and benefits under paragraph
2 (1) of section 9904 of title 5 without regard to the limita-
3 tions in that section—

4          "(A) that the employee be assigned to activities
5       outside the United States; or

6          "(B) that the activities to which the employee
7       is assigned be in support of Department of Defense
8       activities abroad.

9    "(2) The Secretary may not provide allowances and
10 benefits under paragraph (1) to more than 125 covered
11 employees per year.

12   "(3)(A) The Secretary shall submit to the appro-
13 priate congressional committees a report containing a
14 strategy addressing the mission of the Defense Clandes-
15 tine Service during the period covered by the most recent
16 future-years defense program submitted under section 221
17 of this title, including—

18          "(i) how such mission will evolve during such
19       period;

20          "(ii) how the authority provided by paragraph
21       (1) will assist the Secretary in carrying out such
22       mission; and

23          "(iii) an implementation plan for carrying out
24       paragraph (1), including a projection of how much
25       the amount of the allowances and benefits provided

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012096

996

1     under such paragraph compare with the amount of

2     the allowances and benefits provided before the date

3     of the report.

4     ''(B) Not later than December 31, 2020, and each

5 year thereafter, the Secretary shall submit to the appro-

6 priate congressional committees a report, with respect to

7 the fiscal year preceding the date on which the report is

8 submitted—

9     ''(i) identifying the number of covered employ-

10     ees for whom the Secretary provided allowances and

11     benefits under paragraph (1); and

12     ''(ii) evaluating the efficacy of such allowances

13     and benefits in enabling the execution of the objec-

14     tives of the Defense Intelligence Agency.

15     ''(C) The reports under subparagraphs (A) and (B)

16 may be submitted in classified form.

17     ''(4) In this subsection:

18     ''(A) The term 'appropriate congressional com-

19     mittees' means—

20     ''(i) the congressional defense committees;

21     and

22     ''(ii) the Permanent Select Committee on

23     Intelligence of the House of Representatives

24     and the Select Committee on Intelligence of the

25     Senate.

WASHSTATEC012097

997

1       ''(B) The term 'covered employee' means an

2   employee in a defense intelligence position who is as-

3   signed to the Defense Clandestine Service at a loca-

4   tion in the United States that the Secretary deter-

5   mines has living costs equal to or higher than the

6   District of Columbia.''.

7  **SEC. 1109. MODIFICATION OF DIRECT HIRE AUTHORITIES**

8              **FOR THE DEPARTMENT OF DEFENSE.**

9       (a) IN GENERAL.—Section 9905 of title 5, United

10  States Code, is amended—

11          (1) in subsection (a)—

12              (A) by amending paragraph (2) to read as

13          follows:

14      ''(2) Any cyber workforce position.''; and

15              (B) by adding afer paragraph (4) the fol-

16          lowing:

17      ''(5) Any scientific, technical, engineering, or

18  mathematics positions, including technicians, within

19  the defense acquisition workforce, or any category of

20  acquisition positions within the Department des-

21  ignated by the Secretary as a shortage or critical

22  need category.

23      ''(6) Any scientific, technical, engineering, or

24  mathematics position, except any such position with-

25  in any defense Scientific and Technology Reinven-

WASHSTATEC012098

998

1   tion Laboratory, for which a qualified candidate is

2   required to possess a bachelor's degree or an ad-

3   vanced degree, or for which a veteran candidate is

4   being considered.

5       "(7) Any category of medical or health profes-

6   sional positions within the Department designated

7   by the Secretary as a shortage category or critical

8   need occupation.

9       "(8) Any childcare services position for which

10  there is a critical hiring need and a shortage of

11  childcare providers.

12      "(9) Any financial management, accounting,

13  auditing, actuarial, cost estimation, operational re-

14  search, or business or business administration posi-

15  tion for which a qualified candidate is required to

16  possess a finance, accounting, management or actu-

17  arial science degree or a related degree, or a related

18  degree of equivalent experience.

19      "(10) Any position, as determined by the Sec-

20  retary, for the purpose of assisting and facilitating

21  the efforts of the Department in business trans-

22  formation and management innovation."; and

23      (2) by striking subsection (b) and inserting the

24  following:

25  "(b) SUNSET.—

WASHSTATEC012099

999

1        ''(1) IN GENERAL.—Except as provided in para-

2    graph (2), effective on September 30, 2025, the au-

3    thority provided under subsection (a) shall expire.

4        ''(2) EXCEPTION.—Paragraph (1) shall not

5    apply to the authority provided under subsection (a)

6    to make appointments to positions described under

7    paragraph (5) of such subsection.

8    ''(c) SUSPENSION OF OTHER HIRING AUTHORI-

9    TIES.—During the period beginning on the effective date

10    of the regulations issued to carry out the hiring authority

11    with respect to positions described in paragraphs (5)

12    through (10) of subsection (a) and ending on the date de-

13    scribed in subsection (b)(1), the Secretary of Defense may

14    not exercise or otherwise use any hiring authority provided

15    under the following provisions of law:

16        ''(1) Sections 1599c(a)(2) and 1705(h) of title

17    10.

18        ''(2) Sections 1112 and 1113 of the National

19    Defense Authorization Act for Fiscal Year 2016

20    (Public Law 114–92; 129 Stat. 1033).

21        ''(3) Sections 1110 and 1643(a)(3) of the Na-

22    tional Defense Authorization Act for Fiscal Year

23    2017 (Public Law 114–328; 130 Stat. 2450 and

24    2602).

WASHSTATEC012100

1000

1  "(4) Sections 559 and 1101 of the National

2 Defense Authorization Act for Fiscal Year 2018

3 (Public Law 115–91; 131 Stat. 1406 and 1627).".

4 (b) REPORT.—

5  (1) IN GENERAL.—Not later than February 1,

6 2021, the Secretary of Defense, in coordination with

7 the Director of the Office of Personnel Management,

8 shall provide for the conduct of an independent re-

9 view and report to the congressional defense commit-

10 tees and the Committee on Oversight and Reform of

11 the House of Representatives.

12  (2) CONTENTS.—The report required under

13 paragraph (1) shall—

14   (A) assess and identify steps that could be

15   taken to improve the competitive hiring process

16   at the Department and ensure that direct hir-

17   ing is conducted in a manner consistent with

18   ensuring a merit based civil service and a di-

19   verse workforce in the Department and the rest

20   of the Federal Government; and

21   (B) consider the feasibility and desirability

22   of using cohort hiring, or hiring "talent pools",

23   instead of conducting all hiring on a position-

24   by-position basis.

WASHSTATEC012101

1001

1  (3) CONSULTATION.—The analysis and rec-
2  ommendations in the report required under para-
3  graph (1) shall be prepared in consultation with all
4  stakeholders, public sector unions, hiring managers,
5  career agency, and Office of Personnel Management
6  personnel specialists, and after a survey of public
7  sector employees and job applicants.

**8  SEC. 1110. DESIGNATING CERTAIN FEHBP AND FEGLI SERV-**
**9          ICES PROVIDED BY FEDERAL EMPLOYEES AS**
**10         EXCEPTED SERVICES UNDER THE ANTI-DEFI-**
**11         CIENCY ACT.**

12  (a) FEHBP.—Section 8905 of title 5, United States
13  Code, is amended by adding at the end the following:

14  "(i) Any services by an officer or employee under this
15  chapter relating to enrolling individuals in a health bene-
16  fits plan under this chapter, or changing the enrollment
17  of an individual already so enrolled, shall be deemed, for
18  purposes of section 1342 of title 31, services for emer-
19  gencies involving the safety of human life or the protection
20  of property.".

21  (b) FEGLI.—Section 8702 of title 5, United States
22  Code, is amended by adding at the end the following:

23  "(d) Any services by an officer or employee under this
24  chapter relating to benefits under this chapter shall be
25  deemed, for purposes of section 1342 of title 31, services

WASHSTATEC012102

1002

1 for emergencies involving the safety of human life or the

2 protection of property.''.

3    (c) REGULATIONS.—

4        (1) IN GENERAL.—Not later than 90 days after

5    the date of the enactment of this Act, the Office of

6    Personnel Management shall prescribe regulations to

7    carry out the amendments made by subsections (a)

8    and (b).

9        (2) PAY STATUS FOR FURLOUGHED EMPLOY-

10    EES.—The regulations prescribed under paragraph

11    (1) for the amendments made by subsection (a) shall

12    provide that an employee furloughed as result of a

13    lapse in appropriations shall, during such lapse, be

14    deemed to be in a pay status for purposes of enroll-

15    ing or changing the enrollment (as the case may be)

16    of that employee under chapter 89 of title 5, United

17    States Code.

18    (d) APPLICATION.—The amendments made by sub-

19 section (a) and (b) shall apply to any lapse in appropria-

20 tions beginning on or after the date of enactment of this

21 Act.

WASHSTATEC012103

1003

**SEC. 1111. CONTINUING SUPPLEMENTAL DENTAL AND VI-
SION BENEFITS AND LONG-TERM CARE IN-
SURANCE COVERAGE DURING A GOVERN-
MENT SHUTDOWN.**

(a) IN GENERAL.—Title 5, United States Code, is amended—

(1) in section 8956, by adding at the end the following:

"(d) Coverage under a dental benefits plan under this chapter for any employee or a covered TRICARE-eligible individual enrolled in such a plan and who, as a result of a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse.";

(2) in section 8986, by adding at the end the following:

"(d) Coverage under a vision benefits plan under this chapter for any employee or a covered TRICARE-eligible individual enrolled in such a plan and who, as a result of a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse."; and

WASHSTATEC012104

1004

1    (3) in section 9003, by adding at the end the

2    following:

3    "(e) EFFECT OF GOVERNMENT SHUTDOWN.—Cov-

4    erage under a master contract under this chapter for long-

5    term care insurance for an employee or member of the

6    uniformed services enrolled under such contract and who,

7    due to a lapse in appropriations, is furloughed or excepted

8    from furlough and working without pay shall continue

9    during such lapse and may not be cancelled as a result

10    of nonpayment of premiums or other periodic charges due

11    to such lapse.".

12    (b) REGULATIONS.—

13    (1) IN GENERAL.—Consistent with paragraph

14    (2), the Director of the Office of Personnel Manage-

15    ment shall prescribe regulations under which pre-

16    miums for supplemental dental, supplemental vision,

17    or long-term care insurance under chapter 89A,

18    89B, or 90 (respectively) of title 5, United States

19    Code, (as amended by subsection (a)) that are un-

20    paid by an employee, a covered TRICARE-eligible

21    individual, or a member of the uniformed services

22    (as the case may be), as a result of that employee,

23    covered TRICARE-eligible individual, or member

24    being furloughed or excepted from furlough and

25    working without pay as a result of a lapse in appro-

WASHSTATEC012105

1005

1 priations, are paid to the applicable carrier from

2 back pay made available to the employee or member

3 as soon as practicable upon the end of such lapse.

4 (2) LONG-TERM CARE PREMIUMS FROM SOURCE

5 OTHER THAN BACKPAY.—The regulations promul-

6 gated under paragraph (1) for the amendments

7 made by subsection (a)(3) may provide, with respect

8 to any individual who elected under section 9004(d)

9 of title 5, United States Code, to pay premiums di-

10 rectly to the carrier, that such individual may con-

11 tinue to pay premiums pursuant to such election in-

12 stead of from back pay made available to such indi-

13 vidual.

14 (c) APPLICATION.—The amendments made by sub-

15 section (a) shall apply to any contract for supplemental

16 dental, supplemental vision, or long-term care insurance

17 under chapter 89A, 89B, or 90 (respectively) of title 5,

18 United States Code, entered into before, on, or after the

19 date of enactment of this Act.

20 **SEC. 1112. LIMITATION ON TRANSFER OF OFFICE OF PER-**

21 **SONNEL MANAGEMENT.**

22 (a) IN GENERAL.—No person may assign, transfer,

23 transition, merge, or consolidate any function, responsi-

24 bility, authority, service, system, or program that is as-

25 signed in law to the Office of Personnel Management to

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012106

1006

1 or with the General Services Administration, the Office

2 of Management and Budget, or the Executive Office of

3 the President, until on or after the date that is 180 days

4 after the date on which the report required by subsection

5 (c) is submitted to the appropriate committees of Con-

6 gress, and subject to the enactment of any legislation re-

7 quired.

8　(b) INDEPENDENT STUDY AND REPORT.—

9　　(1) IN GENERAL.—Not later than 30 days after

10　　the date of the enactment of this Act, the Director

11　　of the Office of Personnel Management (in this sec-

12　　tion referred to as the ''Director'') shall contract

13　　with the National Academy of Public Administration

14　　(in this section referred to as the ''Academy'') to

15　　conduct a study addressing each of the elements set

16　　forth in paragraph (3) and to report the findings

17　　and recommendations derived from such study.

18　　(2) DEADLINE.—Not later than one year after

19　　the date the contract required by paragraph (1) is

20　　entered into, the Academy shall submit the report

21　　prepared under such contract to the Director and

22　　the appropriate committees of Congress.

23　　(3) REQUIREMENTS.—The study and report re-

24　　quired by paragraph (1) and (2) shall include a com-

25　　prehensive assessment and analysis of—

WASHSTATEC012107

1007

1    (A) the statutory mandates assigned to the
2 Office of Personnel Management and the chal-
3 lenges associated with the Office's execution of
4 those mandates;

5    (B) the non-statutory functions, respon-
6 sibilities, authorities, services, systems, and pro-
7 grams performed or executed by the Office of
8 Personnel Management; the Office's justifica-
9 tion for carrying out such functions, respon-
10 sibilities, authorities, services, systems, and pro-
11 grams; and the challenges associated with the
12 Office's execution of same;

13    (C) the means, options, and recommended
14 courses of action for addressing the challenges
15 identified pursuant to subparagraphs (A) and
16 (B), including an analysis of the benefits, costs,
17 and feasibility of each option and the effect of
18 each on labor-management agreements;

19    (D) a timetable for the implementation of
20 options and recommended courses of action
21 identified pursuant to subparagraph (C);

22    (E) statutory or regulatory changes nec-
23 essary to execute any course of action rec-
24 ommended;

WASHSTATEC012108

1008

1    (F) the methods for involving, engaging

2    with, and receiving input from other Federal

3    agencies, departments, and entities potentially

4    affected by any change in the structure, func-

5    tions, responsibilities, authorities of the Office

6    of Personnel Management that may be rec-

7    ommended;

8    (G) the views of identified stakeholders, in-

9    cluding other Federal agencies, departments,

10    and entities; non-Federal entities or organiza-

11    tions representing customers or intended bene-

12    ficiaries of Office of Personnel Management

13    functions, services, systems, or programs; and

14    such individual customers and intended bene-

15    ficiaries; and

16    (H) such other matters as the Director

17    may prescribe.

18    (c) OPM REPORT.—

19    (1) IN GENERAL.—Not later than 180 days

20    after the date on which the report is submitted pur-

21    suant to subsection (b)(2) to the Director and the

22    appropriate committees of Congress, the Director, in

23    consultation with the General Services Administra-

24    tion, the Office of Management and Budget, and

25    other appropriate Federal agencies, departments, or

WASHSTATEC012109

G:\CMTE\AS\20\C\ASCR20.XML

1009

1  entities, shall submit to the appropriate committees

2  of Congress a report on the views of the Office of

3  Personnel Management on the findings and rec-

4  ommendations set forth in the report prepared under

5  subsection (b), together with any recommendations

6  for changes in the structure, functions, responsibil-

7  ities, and authorities of the Office of Personnel Man-

8  agement.

9  (2) BUSINESS CASE ANALYSIS.—Any rec-

10  ommendation submitted in the report under para-

11  graph (1) for change shall be accompanied by a

12  business case analysis setting forth the operational

13  efficiencies and cost savings (in both the short- and

14  long-terms) associated with such change, and a pro-

15  posal for legislative or administrative action required

16  to effect the change proposed.

17  (d) DEFINITION OF APPROPRIATE COMMITTEES OF

18  CONGRESS.—For purposes of this section, the term "ap-

19  propriate committees of Congress" are the Committees on

20  Appropriations and Homeland Security and Governmental

21  Affairs of the Senate and the Committees on Appropria-

22  tions and Oversight and Reform of the House of Rep-

23  resentatives.

WASHSTATEC012110

1010

SEC. 1113. ASSESSMENT OF ACCELERATED PROMOTION
PROGRAM SUSPENSION.

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall conduct an assessment of the impacts resulting from the Navy's suspension in 2016 of the Accelerated Promotion Program (in this section referred to as the "APP").

(b) ELEMENTS.—The assessment required under subsection (a) shall include the following elements:

(1) An identification of the number of employees who were hired at the four public shipyards between January 23, 2016, and December 22, 2016, covering the period in which APP was suspended, and who would have otherwise been eligible for APP had the program been in effect at the time they were hired.

(2) An assessment for employees identified in paragraph (1) to determine the difference between wages earned from the date of hire to the date on which wage data is collected for purposes of the assessment and the wages which would have been earned during this same period had that employee participated in APP from the date of hire and been promoted according to the average promotion time-

WASHSTATEC012111

1011

1  frame for participants hired in the five-year period

2  prior to the suspension.

3      (3) An assessment for each employee identified

4  in paragraph (1) to determine at what grade and

5  step each effected employee who would have met the

6  required experience and training to qualify for an

7  accelerated promotion would be on October 1, 2020,

8  had that employee been promoted according to the

9  average promotion timeframe for participants hired

10  in the five-year period prior to the suspension.

11      (4) An evaluation of existing authorities avail-

12  able to the Secretary to determine whether the Sec-

13  retary can take measures using those authorities to

14  provide the pay difference and corresponding inter-

15  est to each effected employee who has otherwise met

16  the required experience and training to qualify for

17  an accelerated promotion identified in paragraph (2)

18  and directly promote the employee to the grade and

19  step identified in paragraph (3).

20  (c) REPORT.—The Secretary shall submit to the con-

21  gressional defense committees a report on the results of

22  the assessment required under subsection (a) by not later

23  than June 1, 2020, and shall provide interim briefings

24  upon request.

WASHSTATEC012112

1012

1 **SEC. 1114. REIMBURSEMENT FOR FEDERAL, STATE, AND**
2       **LOCAL INCOME TAXES INCURRED DURING**
3       **TRAVEL, TRANSPORTATION, AND RELOCA-**
4       **TION.**

5     (a) IN GENERAL.—Section 5724b of title 5, United

6 States Code, is amended—

7         (1) in the section heading, by striking "**of em-**

8       **ployees transferred**";

9         (2) in subsection (a)—

10            (A) in the first sentence, by striking "em-

11          ployee, or by an employee and such employee's

12          spouse (if filing jointly), for any moving or stor-

13          age" and inserting "individual, or by an indi-

14          vidual and such individual's spouse (if filing

15          jointly), for any travel, transportation, or relo-

16          cation"; and

17            (B) in the second sentence, by striking

18          "employee" and inserting "individual, or the in-

19          dividual"; and

20         (3) by striking subsection (b) and inserting the

21 following:

22     "(b) For purposes of this section, the term 'travel,

23 transportation, or relocation expenses' means all travel,

24 transportation, or relocation expenses reimbursed or fur-

25 nished in kind pursuant to this subchapter of chapter

26 41.".

WASHSTATEC012113

1013

1    (b) TECHNICAL AND CONFORMING AMENDMENT.—

2 The table of sections for chapter 57 of title 5, United

3 States Code, is amended by striking the item relating to

4 section 5724b and inserting the following:

> "5724b. Taxes on reimbursements for travel, transportation, and relocation expenses".

5    (c) RETROACTIVE EFFECTIVE DATE.—The amend-

6 ments made by this section shall take effect on January

7 1, 2018.

8 **SEC. 1115. CLARIFICATION OF LIMITATION ON EXPEDITED**

9              **HIRING AUTHORITY FOR POST-SECONDARY**

10             **STUDENTS.**

11   Section 3116(d)(1) of title 5, United States Code, is

12 amended to read as follows:

13       "(1) IN GENERAL.—Except as provided in para-

14     graph (2), the total number of students that the

15     head of an agency may appoint under this section

16     during a fiscal year may not exceed the number

17     equal to 15 percent of the number of students that

18     the agency head appointed during the previous fiscal

19     year to a position at the GS–11 level, or an equiva-

20     lent level, or below.".

WASHSTATEC012114

1014

1 **SEC. 1116. MODIFICATION OF TEMPORARY ASSIGNMENTS**

2 **OF DEPARTMENT OF DEFENSE EMPLOYEES**

3 **TO A PRIVATE-SECTOR ORGANIZATION.**

4    Section 1599g(e)(2)(A) of title 10, United States

5 Code, is amended by inserting "permanent" after "with-

6 out the".

7 **SEC. 1117. EXTENSION OF AUTHORITY FOR PART-TIME RE-**

8 **EMPLOYMENT.**

9    (a) CIVIL SERVICE RETIREMENT SYSTEM.—Section

10 8344(l)(7) of title 5, United States Code, is amended by

11 striking "December 31, 2019" and inserting "December

12 31, 2024".

13    (b) FEDERAL EMPLOYEES RETIREMENT SYSTEM.—

14 Section 8468(i)(7) of title 5, United States Code, is

15 amended by striking "December 31, 2019" and inserting

16 "December 31, 2024".

17 # Subtitle B—Fair Chance Act

18 **SEC. 1121. SHORT TITLE.**

19    This subtitle may be cited as the "Fair Chance to

20 Compete for Jobs Act of 2019" or the "Fair Chance Act".

21 **SEC. 1122. PROHIBITION ON CRIMINAL HISTORY INQUIRIES**

22 **PRIOR TO CONDITIONAL OFFER FOR FED-**

23 **ERAL EMPLOYMENT.**

24    (a) IN GENERAL.—Subpart H of part III of title 5,

25 United States Code, is amended by adding at the end the

26 following:

WASHSTATEC012115

1015

1  **"CHAPTER 92—PROHIBITION ON CRIMI-**

2      **NAL HISTORY INQUIRIES PRIOR TO**

3      **CONDITIONAL OFFER**

"Sec.
"9201. Definitions.
"9202. Limitations on requests for criminal history record information.
"9203. Agency policies; complaint procedures.
"9204. Adverse action.
"9205. Procedures.
"9206. Rules of construction.

4  **"§ 9201. Definitions**

5      "In this chapter—

6          "(1) the term 'agency' means 'Executive agen-

7      cy' as such term is defined in section 105 and in-

8      cludes—

9          "(A) the United States Postal Service and

10          the Postal Regulatory Commission; and

11          "(B) the Executive Office of the President;

12          "(2) the term 'appointing authority' means an

13      employee in the executive branch of the Government

14      of the United States that has authority to make ap-

15      pointments to positions in the civil service;

16          "(3) the term 'conditional offer' means an offer

17      of employment in a position in the civil service that

18      is conditioned upon the results of a criminal history

19      inquiry;

20          "(4) the term 'criminal history record informa-

21      tion'—

WASHSTATEC012116

1016

1        ''(A) except as provided in subparagraphs

2 (B) and (C), has the meaning given the term in

3 section 9101(a);

4        ''(B) includes any information described in

5 the first sentence of section 9101(a)(2) that has

6 been sealed or expunged pursuant to law; and

7        ''(C) includes information collected by a

8 criminal justice agency, relating to an act or al-

9 leged act of juvenile delinquency, that is analo-

10 gous to criminal history record information (in-

11 cluding such information that has been sealed

12 or expunged pursuant to law); and

13    ''(5) the term 'suspension' has the meaning

14 given the term in section 7501.

**15 ''§ 9202. Limitations on requests for criminal history**

**16          record information**

17    ''(a) INQUIRIES PRIOR TO CONDITIONAL OFFER.—

18 Except as provided in subsections (b) and (c), an employee

19 of an agency may not request, in oral or written form (in-

20 cluding through the Declaration for Federal Employment

21 (Office of Personnel Management Optional Form 306) or

22 any similar successor form, the USAJOBS internet

23 website, or any other electronic means) that an applicant

24 for an appointment to a position in the civil service dis-

25 close criminal history record information regarding the ap-

WASHSTATEC012117

1 plicant before the appointing authority extends a condi-

2 tional offer to the applicant.

3     "(b) OTHERWISE REQUIRED BY LAW.—The prohibi-

4 tion under subsection (a) shall not apply with respect to

5 an applicant for a position in the civil service if consider-

6 ation of criminal history record information prior to a con-

7 ditional offer with respect to the position is otherwise re-

8 quired by law.

9     "(c) EXCEPTION FOR CERTAIN POSITIONS.—

10         "(1) IN GENERAL.—The prohibition under sub-

11     section (a) shall not apply with respect to an appli-

12     cant for an appointment to a position—

13         "(A) that requires a determination of eligi-

14         bility described in clause (i), (ii), or (iii) of sec-

15         tion 9101(b)(1)(A);

16         "(B) as a Federal law enforcement officer

17         (as defined in section 115(c) of title 18); or

18         "(C) identified by the Director of the Of-

19         fice of Personnel Management in the regula-

20         tions issued under paragraph (2).

21     "(2) REGULATIONS.—

22         "(A) ISSUANCE.—The Director of the Of-

23         fice of Personnel Management shall issue regu-

24         lations identifying additional positions with re-

25         spect to which the prohibition under subsection

WASHSTATEC012118

1018

1  (a) shall not apply, giving due consideration to

2  positions that involve interaction with minors,

3  access to sensitive information, or managing fi-

4  nancial transactions.

5      ''(B) COMPLIANCE WITH CIVIL RIGHTS

6  LAWS.—The regulations issued under subpara-

7  graph (A) shall—

8        ''(i) be consistent with, and in no way

9  supersede, restrict, or limit the application

10  of title VII of the Civil Rights Act of 1964

11  (42 U.S.C. 2000e et seq.) or other relevant

12  Federal civil rights laws; and

13        ''(ii) ensure that all hiring activities

14  conducted pursuant to the regulations are

15  conducted in a manner consistent with rel-

16  evant Federal civil rights laws.

17  **''§ 9203. Agency policies; complaint procedures**

18      ''The Director of the Office of Personnel Manage-

19  ment shall—

20      ''(1) develop, implement, and publish a policy to

21  assist employees of agencies in complying with sec-

22  tion 9202 and the regulations issued pursuant to

23  such section; and

24      ''(2) establish and publish procedures under

25  which an applicant for an appointment to a position

WASHSTATEC012119

1019

1    in the civil service may submit a complaint, or any

2    other information, relating to compliance by an em-

3    ployee of an agency with section 9202.

**4    "§ 9204. Adverse action**

5    "(a) FIRST VIOLATION.—If the Director of the Office

6   of Personnel Management determines, after notice and an

7   opportunity for a hearing on the record, that an employee

8   of an agency has violated section 9202, the Director

9   shall—

10        "(1) issue to the employee a written warning

11        that includes a description of the violation and the

12        additional penalties that may apply for subsequent

13        violations; and

14        "(2) file such warning in the employee's official

15        personnel record file.

16    "(b) SUBSEQUENT VIOLATIONS.—If the Director of

17   the Office of Personnel Management determines, after no-

18   tice and an opportunity for a hearing on the record, that

19   an employee that was subject to subsection (a) has com-

20   mitted a subsequent violation of section 9202, the Director

21   may take the following action:

22        "(1) For a second violation, suspension of the

23        employee for a period of not more than 7 days.

24        "(2) For a third violation, suspension of the

25        employee for a period of more than 7 days.

WASHSTATEC012120

1020

1   "(3) For a fourth violation—

2       "(A) suspension of the employee for a pe-

3   riod of more than 7 days; and

4       "(B) a civil penalty against the employee

5   in an amount that is not more than $250.

6   "(4) For a fifth violation—

7       "(A) suspension of the employee for a pe-

8   riod of more than 7 days; and

9       "(B) a civil penalty against the employee

10  in an amount that is not more than $500.

11  "(5) For any subsequent violation—

12      "(A) suspension of the employee for a pe-

13  riod of more than 7 days; and

14      "(B) a civil penalty against the employee

15  in an amount that is not more than $1,000.

## "§ 9205. Procedures

17  "(a) APPEALS.—The Director of the Office of Per-

18  sonnel Management shall by rule establish procedures pro-

19  viding for an appeal from any adverse action taken under

20  section 9204 by not later than 30 days after the date of

21  the action.

22  "(b) APPLICABILITY OF OTHER LAWS.—An adverse

23  action taken under section 9204 (including a determina-

24  tion in an appeal from such an action under subsection

25  (a) of this section) shall not be subject to—

WASHSTATEC012121

1021

1     ''(1) the procedures under chapter 75; or

2     ''(2) except as provided in subsection (a) of this

3 section, appeal or judicial review.

4 **''§ 9206. Rules of construction**

5     ''Nothing in this chapter may be construed to—

6     ''(1) authorize any officer or employee of an

7 agency to request the disclosure of information de-

8 scribed under subparagraphs (B) and (C) of section

9 9201(4); or

10     ''(2) create a private right of action for any

11 person.''.

12   (b) REGULATIONS; EFFECTIVE DATE.—

13     (1) REGULATIONS.—Not later than 1 year after

14 the date of enactment of this subtitle, the Director

15 of the Office of Personnel Management shall issue

16 such regulations as are necessary to carry out chap-

17 ter 92 of title 5, United States Code (as added by

18 this subtitle).

19     (2) EFFECTIVE DATE.—Section 9202 of title 5,

20 United States Code (as added by this subtitle), shall

21 take effect on the date that is 2 years after the date

22 of enactment of this subtitle.

23   (c) TECHNICAL AND CONFORMING AMENDMENT.—

24 The table of chapters for part III of title 5, United States

WASHSTATEC012122

1022

1 Code, is amended by inserting after the item relating to

2 chapter 91 the following:

**"92. Prohibition on criminal history inquiries prior to conditional offer** ...................................................... **9201".**

3     (d) APPLICATION TO LEGISLATIVE BRANCH.—

4         (1) IN GENERAL.—The Congressional Account-

5 ability Act of 1995 (2 U.S.C. 1301 et seq.) is

6 amended—

7         (A) in section 102(a) (2 U.S.C. 1302(a)),

8 by adding at the end the following:

9     "(12) Section 9202 of title 5, United States

10 Code.";

11         (B) by redesignating section 207 (2 U.S.C.

12 1317) as section 208; and

13         (C) by inserting after section 206 (2

14 U.S.C. 1316) the following new section:

15 **"SEC. 207. RIGHTS AND PROTECTIONS RELATING TO CRIMI-**

16 **NAL HISTORY INQUIRIES.**

17     "(a) DEFINITIONS.—In this section, the terms 'agen-

18 cy', 'criminal history record information', and 'suspension'

19 have the meanings given the terms in section 9201 of title

20 5, United States Code, except as otherwise modified by

21 this section.

22     "(b) RESTRICTIONS ON CRIMINAL HISTORY INQUIR-

23 IES.—

24         "(1) IN GENERAL.—

WASHSTATEC012123

1023

1       "(A) IN GENERAL.—Except as provided in

2 subparagraph (B), an employee of an employing

3 office may not request that an applicant for em-

4 ployment as a covered employee disclose crimi-

5 nal history record information if the request

6 would be prohibited under section 9202 of title

7 5, United States Code, if made by an employee

8 of an agency.

9       "(B) CONDITIONAL OFFER.—For purposes

10 of applying that section 9202 under subpara-

11 graph (A), a reference in that section 9202 to

12 a conditional offer shall be considered to be an

13 offer of employment as a covered employee that

14 is conditioned upon the results of a criminal

15 history inquiry.

16     "(2) RULES OF CONSTRUCTION.—The provi-

17 sions of section 9206 of title 5, United States Code,

18 shall apply to employing offices, consistent with reg-

19 ulations issued under subsection (d).

20 "(c) REMEDY.—

21     "(1) IN GENERAL.—The remedy for a violation

22 of subsection (b)(1) shall be such remedy as would

23 be appropriate if awarded under section 9204 of title

24 5, United States Code, if the violation had been

25 committed by an employee of an agency, consistent

WASHSTATEC012124

1024

1    with regulations issued under subsection (d), except

2    that the reference in that section to a suspension

3    shall be considered to be a suspension with the level

4    of compensation provided for a covered employee

5    who is taking unpaid leave under section 202.

6    "(2) PROCESS FOR OBTAINING RELIEF.—An

7    applicant for employment as a covered employee who

8    alleges a violation of subsection (b)(1) may rely on

9    the provisions of title IV (other than section 407 or

10   408, or a provision of this title that permits a per-

11   son to obtain a civil action or judicial review), con-

12   sistent with regulations issued under subsection (d).

13   "(d) REGULATIONS TO IMPLEMENT SECTION.—

14       "(1) IN GENERAL.—Not later than 18 months

15   after the date of enactment of the Fair Chance to

16   Compete for Jobs Act of 2019, the Board shall, pur-

17   suant to section 304, issue regulations to implement

18   this section.

19       "(2) PARALLEL WITH AGENCY REGULATIONS.—

20   The regulations issued under paragraph (1) shall be

21   the same as substantive regulations issued by the

22   Director of the Office of Personnel Management

23   under section 2(b)(1) of the Fair Chance to Com-

24   pete for Jobs Act of 2019 to implement the statu-

25   tory provisions referred to in subsections (a) through

WASHSTATEC012125

1025

1 (c) except to the extent that the Board may deter-

2 mine, for good cause shown and stated together with

3 the regulation, that a modification of such regula-

4 tions would be more effective for the implementation

5 of the rights and protections under this section.

6 "(e) EFFECTIVE DATE.—Section 102(a)(12) and

7 subsections (a) through (c) shall take effect on the date

8 on which section 9202 of title 5, United States Code, ap-

9 plies with respect to agencies.".

10 (2) CLERICAL AMENDMENTS.—

11 (A) The table of contents in section 1(b) of

12 the Congressional Accountability Act of 1995

13 (Public Law 104–1; 109 Stat. 3) is amended—

14 (i) by redesignating the item relating

15 to section 207 as the item relating to sec-

16 tion 208; and

17 (ii) by inserting after the item relating

18 to section 206 the following new item:

"Sec. 207. Rights and protections relating to criminal history inquiries.".

19 (B) Section 62(e)(2) of the Internal Rev-

20 enue Code of 1986 is amended by striking "or

21 207" and inserting "207, or 208".

22 (e) APPLICATION TO JUDICIAL BRANCH.—Section

23 604 of title 28, United States Code, is amended by adding

24 at the end the following:

WASHSTATEC012126

1     "(i) Restrictions on Criminal History Inquir-

2 ies.—

3      "(1) Definitions.—In this subsection—

4       "(A) the terms 'agency' and 'criminal his-

5 tory record information' have the meanings

6 given those terms in section 9201 of title 5;

7       "(B) the term 'covered employee' means an

8 employee of the judicial branch of the United

9 States Government, other than—

10       "(i) any judge or justice who is enti-

11 tled to hold office during good behavior;

12       "(ii) a United States magistrate

13 judge; or

14       "(iii) a bankruptcy judge; and

15       "(C) the term 'employing office' means any

16 office or entity of the judicial branch of the

17 United States Government that employs covered

18 employees.

19      "(2) Restriction.—A covered employee may

20 not request that an applicant for employment as a

21 covered employee disclose criminal history record in-

22 formation if the request would be prohibited under

23 section 9202 of title 5 if made by an employee of an

24 agency.

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012127

1027

1 "(3) EMPLOYING OFFICE POLICIES; COMPLAINT

2 PROCEDURE.—The provisions of sections 9203 and

3 9206 of title 5 shall apply to employing offices and

4 to applicants for employment as covered employees,

5 consistent with regulations issued by the Director to

6 implement this subsection.

7 "(4) ADVERSE ACTION.—

8 "(A) ADVERSE ACTION.—The Director

9 may take such adverse action with respect to a

10 covered employee who violates paragraph (2) as

11 would be appropriate under section 9204 of

12 title 5 if the violation had been committed by

13 an employee of an agency.

14 "(B) APPEALS.—The Director shall by

15 rule establish procedures providing for an ap-

16 peal from any adverse action taken under sub-

17 paragraph (A) by not later than 30 days after

18 the date of the action.

19 "(C) APPLICABILITY OF OTHER LAWS.—

20 Except as provided in subparagraph (B), an ad-

21 verse action taken under subparagraph (A) (in-

22 cluding a determination in an appeal from such

23 an action under subparagraph (B)) shall not be

24 subject to appeal or judicial review.

25 "(5) REGULATIONS TO BE ISSUED.—

WASHSTATEC012128

1028

1     "(A) In general.—Not later than 18
2 months after the date of enactment of the Fair
3 Chance to Compete for Jobs Act of 2019, the
4 Director shall issue regulations to implement
5 this subsection.

6     "(B) Parallel with agency regula-
7 tions.—The regulations issued under subpara-
8 graph (A) shall be the same as substantive reg-
9 ulations promulgated by the Director of the Of-
10 fice of Personnel Management under section
11 2(b)(1) of the Fair Chance to Compete for Jobs
12 Act of 2019 except to the extent that the Direc-
13 tor of the Administrative Office of the United
14 States Courts may determine, for good cause
15 shown and stated together with the regulation,
16 that a modification of such regulations would be
17 more effective for the implementation of the
18 rights and protections under this subsection.

19     "(6) Effective date.—Paragraphs (1)
20 through (4) shall take effect on the date on which
21 section 9202 of title 5 applies with respect to agen-
22 cies.".

WASHSTATEC012129

1029

1   **SEC. 1123. PROHIBITION ON CRIMINAL HISTORY INQUIRIES**

2         **BY CONTRACTORS PRIOR TO CONDITIONAL**

3         **OFFER.**

4   (a) CIVILIAN AGENCY CONTRACTS.—

5         (1) IN GENERAL.—Chapter 47 of title 41,

6   United States Code, is amended by adding at the

7   end the following new section:

8   **"§ 4714. Prohibition on criminal history inquiries by**

9            **contractors prior to conditional offer**

10   "(a) LIMITATION ON CRIMINAL HISTORY INQUIR-

11   IES.—

12         "(1) IN GENERAL.—Except as provided in para-

13   graphs (2) and (3), an executive agency—

14               "(A) may not require that an individual or

15         sole proprietor who submits a bid for a contract

16         to disclose criminal history record information

17         regarding that individual or sole proprietor be-

18         fore determining the apparent awardee; and

19               "(B) shall require, as a condition of receiv-

20         ing a Federal contract and receiving payments

21         under such contract that the contractor may

22         not verbally, or through written form, request

23         the disclosure of criminal history record infor-

24         mation regarding an applicant for a position re-

25         lated to work under such contract before the

WASHSTATEC012130

1030

1  contractor extends a conditional offer to the ap-

2  plicant.

3  ''(2) OTHERWISE REQUIRED BY LAW.—The

4  prohibition under paragraph (1) does not apply with

5  respect to a contract if consideration of criminal his-

6  tory record information prior to a conditional offer

7  with respect to the position is otherwise required by

8  law.

9  ''(3) EXCEPTION FOR CERTAIN POSITIONS.—

10  ''(A) IN GENERAL.—The prohibition under

11  paragraph (1) does not apply with respect to—

12  ''(i) a contract that requires an indi-

13  vidual hired under the contract to access

14  classified information or to have sensitive

15  law enforcement or national security du-

16  ties; or

17  ''(ii) a position that the Administrator

18  of General Services identifies under the

19  regulations issued under subparagraph

20  (B).

21  ''(B) REGULATIONS.—

22  ''(i) ISSUANCE.—Not later than 16

23  months after the date of enactment of the

24  Fair Chance to Compete for Jobs Act of

25  2019, the Administrator of General Serv-

WASHSTATEC012131

1031

1     ices, in consultation with the Secretary of

2     Defense, shall issue regulations identifying

3     additional positions with respect to which

4     the prohibition under paragraph (1) shall

5     not apply, giving due consideration to posi-

6     tions that involve interaction with minors,

7     access to sensitive information, or man-

8     aging financial transactions.

9         ''(ii) COMPLIANCE WITH CIVIL RIGHTS

10     LAWS.—The regulations issued under

11     clause (i) shall—

12         ''(I) be consistent with, and in no

13         way supersede, restrict, or limit the

14         application of title VII of the Civil

15         Rights Act of 1964 (42 U.S.C. 2000e

16         et seq.) or other relevant Federal civil

17         rights laws; and

18         ''(II) ensure that all hiring activi-

19         ties conducted pursuant to the regula-

20         tions are conducted in a manner con-

21         sistent with relevant Federal civil

22         rights laws.

23     ''(b) COMPLAINT PROCEDURES.—The Administrator

24 of General Services shall establish and publish procedures

25 under which an applicant for a position with a Federal

WASHSTATEC012132

1032

1 contractor may submit to the Administrator a complaint,

2 or any other information, relating to compliance by the

3 contractor with subsection (a)(1)(B).

4     "(c) ACTION FOR VIOLATIONS OF PROHIBITION ON

5 CRIMINAL HISTORY INQUIRIES.—

6         "(1) FIRST VIOLATION.—If the head of an exec-

7     utive agency determines that a contractor has vio-

8     lated subsection (a)(1)(B), such head shall—

9         "(A) notify the contractor;

10         "(B) provide 30 days after such notifica-

11     tion for the contractor to appeal the determina-

12     tion; and

13         "(C) issue a written warning to the con-

14     tractor that includes a description of the viola-

15     tion and the additional remedies that may apply

16     for subsequent violations.

17     "(2) SUBSEQUENT VIOLATION.—If the head of

18 an executive agency determines that a contractor

19 that was subject to paragraph (1) has committed a

20 subsequent violation of subsection (a)(1)(B), such

21 head shall notify the contractor, shall provide 30

22 days after such notification for the contractor to ap-

23 peal the determination, and, in consultation with the

24 relevant Federal agencies, may take actions, depend-

WASHSTATEC012133

1033

1  ing on the severity of the infraction and the contrac-

2  tor's history of violations, including—

3      "(A) providing written guidance to the

4      contractor that the contractor's eligibility for

5      contracts requires compliance with this section;

6      "(B) requiring that the contractor respond

7      within 30 days affirming that the contractor is

8      taking steps to comply with this section; and

9      "(C) suspending payment under the con-

10     tract for which the applicant was being consid-

11     ered until the contractor demonstrates compli-

12     ance with this section.

13  "(d) DEFINITIONS.—In this section:

14     "(1) CONDITIONAL OFFER.—The term 'condi-

15  tional offer' means an offer of employment for a po-

16  sition related to work under a contract that is condi-

17  tioned upon the results of a criminal history inquiry.

18     "(2) CRIMINAL HISTORY RECORD INFORMA-

19  TION.—The term 'criminal history record informa-

20  tion' has the meaning given that term in section

21  9201 of title 5.".

22     (2) CLERICAL AMENDMENT.—The table of sec-

23  tions for chapter 47 of title 41, United States Code,

24  is amended by adding at the end the following new

25  item:

WASHSTATEC012134

1034

"4714. Prohibition on criminal history inquiries by contractors prior to conditional offer.".

1    (3) EFFECTIVE DATE.—Section 4714 of title

2    41, United States Code, as added by paragraph (1),

3    shall apply with respect to contracts awarded pursu-

4    ant to solicitations issued after the effective date de-

5    scribed in section 1122(b)(2) of this subtitle.

6    (b) DEFENSE CONTRACTS.—

7    (1) IN GENERAL.—Chapter 137 of title 10,

8    United States Code, is amended by inserting after

9    section 2338 the following new section:

10    **"§ 2339. Prohibition on criminal history inquiries by**

11    **contractors prior to conditional offer**

12    "(a) LIMITATION ON CRIMINAL HISTORY INQUIR-

13    IES.—

14    "(1) IN GENERAL.—Except as provided in para-

15    graphs (2) and (3), the head of an agency—

16    "(A) may not require that an individual or

17    sole proprietor who submits a bid for a contract

18    to disclose criminal history record information

19    regarding that individual or sole proprietor be-

20    fore determining the apparent awardee; and

21    "(B) shall require as a condition of receiv-

22    ing a Federal contract and receiving payments

23    under such contract that the contractor may

24    not verbally or through written form request

WASHSTATEC012135

1035

1    the disclosure of criminal history record infor-

2    mation regarding an applicant for a position re-

3    lated to work under such contract before such

4    contractor extends a conditional offer to the ap-

5    plicant.

6      "(2) Otherwise required by law.—The

7 prohibition under paragraph (1) does not apply with

8 respect to a contract if consideration of criminal his-

9 tory record information prior to a conditional offer

10 with respect to the position is otherwise required by

11 law.

12      "(3) Exception for certain positions.—

13        "(A) In general.—The prohibition under

14      paragraph (1) does not apply with respect to—

15          "(i) a contract that requires an indi-

16        vidual hired under the contract to access

17        classified information or to have sensitive

18        law enforcement or national security du-

19        ties; or

20          "(ii) a position that the Secretary of

21        Defense identifies under the regulations

22        issued under subparagraph (B).

23        "(B) Regulations.—

24          "(i) Issuance.—Not later than 16

25        months after the date of enactment of the

WASHSTATEC012136

1036

1     Fair Chance to Compete for Jobs Act of
2     2019, the Secretary of Defense, in con-
3     sultation with the Administrator of Gen-
4     eral Services, shall issue regulations identi-
5     fying additional positions with respect to
6     which the prohibition under paragraph (1)
7     shall not apply, giving due consideration to
8     positions that involve interaction with mi-
9     nors, access to sensitive information, or
10     managing financial transactions.

11     ''(ii) COMPLIANCE WITH CIVIL RIGHTS
12     LAWS.—The regulations issued under
13     clause (i) shall—

14     ''(I) be consistent with, and in no
15     way supersede, restrict, or limit the
16     application of title VII of the Civil
17     Rights Act of 1964 (42 U.S.C. 2000e
18     et seq.) or other relevant Federal civil
19     rights laws; and

20     ''(II) ensure that all hiring activi-
21     ties conducted pursuant to the regula-
22     tions are conducted in a manner con-
23     sistent with relevant Federal civil
24     rights laws.

WASHSTATEC012137

1037

1 "(b) COMPLAINT PROCEDURES.—The Secretary of
2 Defense shall establish and publish procedures under
3 which an applicant for a position with a Department of
4 Defense contractor may submit a complaint, or any other
5 information, relating to compliance by the contractor with
6 subsection (a)(1)(B).

7 "(c) ACTION FOR VIOLATIONS OF PROHIBITION ON
8 CRIMINAL HISTORY INQUIRIES.—

9 "(1) FIRST VIOLATION.—If the Secretary of
10 Defense determines that a contractor has violated
11 subsection (a)(1)(B), the Secretary shall—

12 "(A) notify the contractor;

13 "(B) provide 30 days after such notifica-
14 tion for the contractor to appeal the determina-
15 tion; and

16 "(C) issue a written warning to the con-
17 tractor that includes a description of the viola-
18 tion and the additional remedies that may apply
19 for subsequent violations.

20 "(2) SUBSEQUENT VIOLATIONS.—If the Sec-
21 retary of Defense determines that a contractor that
22 was subject to paragraph (1) has committed a sub-
23 sequent violation of subsection (a)(1)(B), the Sec-
24 retary shall notify the contractor, shall provide 30
25 days after such notification for the contractor to ap-

WASHSTATEC012138

1038

1 peal the determination, and, in consultation with the

2 relevant Federal agencies, may take actions, depend-

3 ing on the severity of the infraction and the contrac-

4 tor's history of violations, including—

5 ''(A) providing written guidance to the

6 contractor that the contractor's eligibility for

7 contracts requires compliance with this section;

8 ''(B) requiring that the contractor respond

9 within 30 days affirming that the contractor is

10 taking steps to comply with this section; and

11 ''(C) suspending payment under the con-

12 tract for which the applicant was being consid-

13 ered until the contractor demonstrates compli-

14 ance with this section.

15 ''(d) DEFINITIONS.—In this section:

16 ''(1) CONDITIONAL OFFER.—The term 'condi-

17 tional offer' means an offer of employment for a po-

18 sition related to work under a contract that is condi-

19 tioned upon the results of a criminal history inquiry.

20 ''(2) CRIMINAL HISTORY RECORD INFORMA-

21 TION.—The term 'criminal history record informa-

22 tion' has the meaning given that term in section

23 9201 of title 5.''.

24 (2) EFFECTIVE DATE.—Section 2339(a) of title

25 10, United States Code, as added by paragraph (1),

WASHSTATEC012139

1039

1  shall apply with respect to contracts awarded pursu-

2  ant to solicitations issued after the effective date de-

3  scribed in section 1122(b)(2) of this subtitle.

4      (3) CLERICAL AMENDMENT.—The table of sec-

5  tions for chapter 137 of title 10, United States

6  Code, is amended by inserting after the item relating

7  to section 2338 the following new item:

"2339. Prohibition on criminal history inquiries by contractors prior to condi-
tional offer.".

8  (c) REVISIONS TO FEDERAL ACQUISITION REGULA-

9  TION.—

10     (1) IN GENERAL.—Not later than 18 months

11  after the date of enactment of this subtitle, the Fed-

12  eral Acquisition Regulatory Council shall revise the

13  Federal Acquisition Regulation to implement section

14  4714 of title 41, United States Code, and section

15  2339 of title 10, United States Code, as added by

16  this section.

17     (2) CONSISTENCY WITH OFFICE OF PERSONNEL

18  MANAGEMENT REGULATIONS.—The Federal Acquisi-

19  tion Regulatory Council shall revise the Federal Ac-

20  quisition Regulation under paragraph (1) to be con-

21  sistent with the regulations issued by the Director of

22  the Office of Personnel Management under section

23  1122(b)(1) to the maximum extent practicable. The

24  Council shall include together with such revision an

WASHSTATEC012140

G:\CMTE\AS\20\C\ASCR20.XML

1040

1    explanation of any substantive modification of the

2    Office of Personnel Management regulations, includ-

3    ing an explanation of how such modification will

4    more effectively implement the rights and protec-

5    tions under this section.

6  **SEC. 1124. REPORT ON EMPLOYMENT OF INDIVIDUALS**

7                  **FORMERLY   INCARCERATED   IN   FEDERAL**

8                  **PRISONS.**

9    (a) DEFINITION.—In this section, the term "covered

10   individual"—

11       (1) means an individual who has completed a

12   term of imprisonment in a Federal prison for a Fed-

13   eral criminal offense; and

14       (2) does not include an alien who is or will be

15   removed from the United States for a violation of

16   the immigration laws (as such term is defined in sec-

17   tion 101 of the Immigration and Nationality Act (8

18   U.S.C. 1101)).

19   (b) STUDY AND REPORT REQUIRED.—The Director

20   of the Bureau of Justice Statistics, in coordination with

21   the Director of the Bureau of the Census, shall—

22       (1) not later than 180 days after the date of

23   enactment of this subtitle, design and initiate a

24   study on the employment of covered individuals after

WASHSTATEC012141

1041

1     their release from Federal prison, including by col-

2     lecting—

3            (A) demographic data on covered individ-

4         uals, including race, age, and sex; and

5            (B) data on employment and earnings of

6         covered individuals who are denied employment,

7         including the reasons for the denials; and

8     (2) not later than 2 years after the date of en-

9     actment of this subtitle, and every 5 years there-

10     after, submit a report that does not include any per-

11     sonally identifiable information on the study con-

12     ducted under paragraph (1) to—

13            (A) the Committee on Homeland Security

14         and Governmental Affairs of the Senate;

15            (B) the Committee on Health, Education,

16         Labor, and Pensions of the Senate;

17            (C) the Committee on Oversight and Re-

18         form of the House of Representatives; and

19            (D) the Committee on Education and

20         Labor of the House of Representatives.

## 21 Subtitle C—ATC Hiring Reform

**22 SEC. 1131. SHORT TITLE; DEFINITION.**

23     (a) SHORT TITLE.—This subtitle may be cited as the

24   ''ATC Hiring Reform Act''.

WASHSTATEC012142

1042

1   (b) DEFINITION OF APPROPRIATE COMMITTEES OF

2   CONGRESS.—In this subtitle, the term "appropriate com-

3   mittees of Congress" means—

4       (1) the Committee on Oversight and Reform of

5       the House of Representatives;

6       (2) the Committee on Transportation and In-

7       frastructure of the House of Representatives;

8       (3) the Committee on Homeland Security and

9       Governmental Affairs of the Senate; and

10      (4) the Committee on Commerce, Science, and

11      Transportation of the Senate.

12  **SEC. 1132. HIRING OF AIR TRAFFIC CONTROL SPECIALISTS.**

13      Section 44506(f)(1)(B)(i) of title 49, United States

14  Code, is amended by striking "referring" and all that fol-

15  lows through "10 percent." and inserting "giving further

16  preferential consideration, within each qualification cat-

17  egory based upon pre-employment testing results (includ-

18  ing application of veterans' preference as required under

19  section 40122(g)(2)(B)), to pool 1 applicants described in

20  clause (ii) before pool 2 applicants described in clause

21  (iii).".

WASHSTATEC012143

1043

1  **SEC. 1133. ENSURING HIRING PREFERENCE FOR APPLI-**
2       **CANTS WITH EXPERIENCE AT AN AIR TRAF-**
3       **FIC CONTROL FACILITY OF THE NATIONAL**
4       **GUARD.**

5      Section 44506(f)(1)(A)(ii) of title 49, United States

6  Code, is amended by inserting ''(including a facility of the

7  National Guard)'' after ''Department of Defense''.

8  **SEC. 1134. FAA REPORTS ON AIR TRAFFIC CONTROLLER**
9       **HIRING AND TRAINING.**

10      (a) REPORTS TO CONGRESS.—Not later than Sep-

11  tember 30 of 2020, 2021, 2022, and 2023, the Adminis-

12  trator of the Federal Aviation Administration shall submit

13  to the appropriate committees of Congress a report re-

14  garding the hiring and training of air traffic controllers.

15      (b) CONTENTS.—Each report under subsection (a)

16  shall include the following information:

17          (1) The number of applicants, from each hiring

18          pool (by vacancy announcement beginning with va-

19          cancy announcement FAA-ATO-19-ALLSRCE-

20          61676 (issued on June 14, 2019)) who have done

21          the following:

22              (A) Applied for the position of air traffic

23              controller.

24              (B) Been issued a tentative offer letter for

25              the position of air traffic controller.

WASHSTATEC012144

1044

1         (C) Been issued a firm offer letter for the
2 position of air traffic controller.

3         (D) Been hired for the position of air traf-
4 fic controller.

5         (E) Reported to the FAA Academy for ini-
6 tial qualification training.

7         (F) Successfully passed Air Traffic Basics
8 training at the FAA Academy.

9         (G) Successfully passed Terminal initial
10 training at the FAA Academy.

11         (H) Successfully passed En Route initial
12 training at the FAA Academy.

13     (2) The average cost of training per individual
14 for each such hiring pool for the following:

15         (A) Air Traffic Basics training at the FAA
16 Academy.

17         (B) Terminal initial training at the FAA
18 Academy.

19         (C) En Route initial training at the FAA
20 Academy.

21     (3) The FAA Academy attrition rate for each
22 such hiring pool.

23     (4) The number of applicants, from each such
24 hiring pool, who have successfully completed quali-
25 fication training at their first FAA facility and the

WASHSTATEC012145

1  number who are still in training at their first facil-

2  ity.

3      (5) Other information determined appropriate

4  by the Administrator of the Federal Aviation Admin-

5  istration.

6  **SEC. 1135. DOT INSPECTOR GENERAL REVIEW AND RE-**

7      **PORT.**

8  (a) REVIEW.—

9      (1) IN GENERAL.—The Inspector General of

10  the Department of Transportation (in this section

11  referred to as the ''Inspector General'') shall con-

12  duct a review that assesses the assumptions and

13  methodologies used to develop the air traffic con-

14  troller pre-employment test. Such review shall in-

15  clude—

16      (A) what job-relevant aptitudes are meas-

17      ured by the air traffic controller pre-employ-

18      ment test and to what extent such aptitudes are

19      tested;

20      (B) the scoring methodology for the air

21      traffic controller pre-employment test, including

22      an assessment of whether such methodology is

23      applied uniformly for all classes of applicants;

24      (C) whether the air traffic controller pre-

25      employment test incorporates any biographical

WASHSTATEC012146

1046

1     questionnaire or assessment other than basic
2     identifiers, such as name and questions that as-
3     sess personal characteristics, and the extent to
4     which such biographical assumptions are relied
5     upon to assess air traffic controller applicants;

6        (D) the effectiveness of the pre-employ-
7     ment test, mental health screening, and any
8     other applicable pre-employment assessment to
9     determine whether an applicant possesses the
10     skills necessary to perform the duties of a con-
11     troller; and

12        (E) ways to improve the pre-employment
13     test and other applicable pre-employment as-
14     sessments as the Inspector General determines
15     appropriate.

16     (2) START DATE.—The Inspector General shall
17 initiate the review under paragraph (1) by not later
18 than 90 days after the date of enactment of this
19 Act.

20     (b) REPORT.—Not later than 180 days after the date
21 the Inspector General initiates the review under subsection
22 (a), the Inspector General shall submit to the appropriate
23 committees of Congress a report on such review.

WASHSTATEC012147

# 1 TITLE XII—MATTERS RELATING
# 2      TO FOREIGN NATIONS

Subtitle A—Assistance and Training

Sec. 1201. Modification of authority to build capacity of foreign security forces.
Sec. 1202. Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations.
Sec. 1203. Modifications of authorities relating to acquisition and cross-servicing agreements.
Sec. 1204. Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities.
Sec. 1205. Gender perspectives and participation by women in security cooperation activities.
Sec. 1206. Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities.
Sec. 1207. Extension of authority for support of special operations for irregular warfare.
Sec. 1208. Extension and modification of Commanders' Emergency Response Program and elimination of certain payments to redress injury and loss.
Sec. 1209. Two-year extension of program authority for Global Security Contingency Fund.
Sec. 1210. Legal institutional capacity building initiative for foreign defense institutions.
Sec. 1210A. Department of Defense support for stabilization activities in national security interest of the United States.

Subtitle B—Matters Relating to Afghanistan and Pakistan

Sec. 1211. Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan.
Sec. 1212. Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan.
Sec. 1213. Authority for certain payments to redress injury and loss.
Sec. 1214. Extension and modification of semiannual report on enhancing security and stability in Afghanistan.
Sec. 1215. Special Immigrant Visa program reporting requirement.
Sec. 1216. Meaningful inclusion of Afghan women in peace negotiations.
Sec. 1217. Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations.
Sec. 1218. Support for reconciliation activities led by the Government of Afghanistan.
Sec. 1219. Modification and extension of the Afghan Special Immigrant Visa Program.

Subtitle C—Matters Relating to Syria, Iraq, and Iran

WASHSTATEC012148

Sec. 1221. Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria.

Sec. 1222. Extension and modification of authority to provide assistance to vetted Syrian groups and individuals.

Sec. 1223. Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq.

Sec. 1224. Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria.

Sec. 1225. Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria.

Sec. 1226. Expansion of availability of financial assets of Iran to victims of terrorism.

Sec. 1227. Report on the status of deconfliction channels with Iran.

Sec. 1228. Prohibition on provision of weapons and other forms of support to certain organizations.

Subtitle D—Matters Relating to the Russian Federation

Sec. 1231. Extension of limitation on military cooperation between the United States and Russia.

Sec. 1232. Prohibition on availability of funds relating to sovereignty of Russia over Crimea.

Sec. 1233. Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia.

Sec. 1234. United States participation in Open Skies Treaty.

Sec. 1235. Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty.

Sec. 1236. Report on treaties relating to nuclear arms control.

Sec. 1237. Reports relating to the New START Treaty.

Sec. 1238. Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region.

Sec. 1239. Updated strategy to counter the threat of malign influence by the Russian Federation and other countries.

Subtitle E—Matters Relating to Europe and NATO

Sec. 1241. Sense of Congress on support for the North Atlantic Treaty Organization.

Sec. 1242. Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty.

Sec. 1243. Future years plans and planning transparency for the European Deterrence Initiative.

Sec. 1244. Modification and extension of Ukraine Security Assistance Initiative.

Sec. 1245. Limitation on transfer of F–35 aircraft to Turkey.

Sec. 1246. Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression.

Sec. 1247. Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises.

Sec. 1248. Extension and modification of NATO Special Operations Headquarters.

Sec. 1249. North Atlantic Treaty Organization Joint Force Command.

Sec. 1250. Report on North Atlantic Treaty Organization Readiness Initiative.

WASHSTATEC012149

Sec. 1250A. Repeal of prohibition on transfer of articles on the United States munitions list to the Republic of Cyprus.

Subtitle F—Matters Relating to the Indo-Pacific Region

Sec. 1251. Modification of Indo-Pacific Maritime Security Initiative.
Sec. 1252. Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds.
Sec. 1253. Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies.
Sec. 1254. Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea.
Sec. 1255. Report on direct, indirect, and burden-sharing contributions of Japan and South Korea.
Sec. 1256. Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea.
Sec. 1257. Sense of Congress on North Korea.
Sec. 1258. Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines.
Sec. 1259. Report on security cooperation with the Philippine National Police.
Sec. 1260. Modification of annual report on military and security developments involving the People's Republic of China.
Sec. 1260A. Report on foreign military activities in Pacific Island countries.
Sec. 1260B. Report on cybersecurity activities with Taiwan.
Sec. 1260C. Review and report related to the Taiwan Relations Act.
Sec. 1260D. Sense of Congress on enhancement of the United States-Taiwan defense relationship.
Sec. 1260E. Chinese foreign direct investment in countries of the Arctic region.
Sec. 1260F. Sense of Congress on policy toward Hong Kong.
Sec. 1260G. Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore.
Sec. 1260H. Authority to transfer funds for Bien Hoa dioxin cleanup.
Sec. 1260I. Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security.
Sec. 1260J. Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order.
Sec. 1260K. Report on the lay-down of United States Marines in the Indo-Pacific Region.

Subtitle G—Other Matters

Sec. 1261. Modification to report on legal and policy frameworks for the use of military force.
Sec. 1262. Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command.
Sec. 1263. United States Central Command posture assessment and review.
Sec. 1264. Limitation on production of nuclear proliferation assessment statements.
Sec. 1265. Western Hemisphere resource assessment.
Sec. 1266. Human rights in Brazil.
Sec. 1267. Certification relating to assistance for Guatemala.
Sec. 1268. Independent analysis of human rights situation in Honduras.

WASHSTATEC012150

Sec. 1269. Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm.
Sec. 1270. Report on implications of Chinese military presence in Djibouti.
Sec. 1271. Rule of construction on the permanent stationing of United States Armed Forces in Somalia.
Sec. 1272. Defense and diplomatic strategy for Libya.
Sec. 1273. Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen.
Sec. 1274. Report on Saudi-led coalition strikes in Yemen.
Sec. 1275. Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen.
Sec. 1276. Report on Saudi Arabia's human rights record.
Sec. 1277. Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi.
Sec. 1278. United States-Israel cooperation to counter unmanned aerial systems.
Sec. 1279. Extension and modification of authority for United States-Israel anti-tunnel cooperation activities.
Sec. 1280. Report on cost imposition strategy.
Sec. 1281. Modification of initiative to support protection of national security academic researchers from undue influence and other security threats.
Sec. 1282. Modification of responsibility for policy on civilian casualty matters.
Sec. 1283. Report on export of certain satellites to entities with certain beneficial ownership structures.
Sec. 1284. Rule of construction relating to the use of military force.
Sec. 1285. Reports and briefings on use of military force and support of partner forces.

# Subtitle A—Assistance and Training

### SEC. 1201. MODIFICATION OF AUTHORITY TO BUILD CAPACITY OF FOREIGN SECURITY FORCES.

1   (a) AUTHORITY.—Subsection (a)(7) of section 333 of

2   title 10, United States Code, is amended by inserting "ex-

3   isting" before "international coalition operation".

4   (b) NOTICE AND WAIT ON ACTIVITIES UNDER PRO-

5   GRAMS.—Subsection (e) of such section is amended by

6   adding at the end the following:

7   "(9) In the case of a program described in sub-

8   section (a), each of the following:

WASHSTATEC012151

1051

1        ''(A) A description of whether assistance

2        under the program could be provided pursuant

3        to other authorities under this title, the Foreign

4        Assistance Act of 1961, or any other train and

5        equip authorities of the Department of Defense.

6        ''(B) An identification of each such author-

7        ity described in subparagraph (A).''.

8 **SEC. 1202. MODIFICATION AND EXTENSION OF CROSS**

9        **SERVICING AGREEMENTS FOR LOAN OF PER-**

10        **SONNEL PROTECTION AND PERSONNEL SUR-**

11        **VIVABILITY EQUIPMENT IN COALITION OPER-**

12        **ATIONS.**

13     Section 1207 of the Carl Levin and Howard P.

14 "Buck" Mckeon National Defense Authorization Act for

15 Fiscal Year 2015 (10 U.S.C. 2342 note) is amended—

16     (1) by redesignating subsections (d) and (e) as

17 subsections (e) and (f), respectively;

18     (2) by inserting after subsection (c) the fol-

19 lowing:

20     ''(d) REPORTS TO CONGRESS.—If the authority pro-

21 vided under this section is exercised during a fiscal year,

22 the Secretary of Defense shall, with the concurrence of

23 the Secretary of State, submit to the appropriate commit-

24 tees of Congress a report on the exercise of such authority

25 by not later than October 30 of the year in which such

WASHSTATEC012152

1052

1 fiscal year ends. Each report on the exercise of such au-

2 thority shall specify the recipient country of the equipment

3 loaned, the type of equipment loaned, and the duration

4 of the loan of such equipment.''; and

5      (3) in subsection (f), as redesignated, by strik-

6      ing ''September 30, 2019'' and inserting ''December

7      31, 2024''.

**8 SEC. 1203. MODIFICATIONS OF AUTHORITIES RELATING TO**

**9          ACQUISITION AND CROSS-SERVICING AGREE-**

**10         MENTS.**

11      (a) DESIGNATION AND NOTICE OF INTENT TO

12 ENTER INTO AGREEMENT WITH NON-NATO COUN-

13 TRY.—Subsection (b) of section 2342 of title 10, United

14 States Code, is amended to read as follows:

15      ''(b)(1) The Secretary of Defense may not designate

16 a country for an agreement under this section unless—

17          ''(A) the Secretary, after consultation with the

18      Secretary of State, determines that the designation

19      of such country for such purpose is in the interest

20      of the national security of the United States; and

21          ''(B) in the case of a country that is not a

22      member of the North Atlantic Treaty Organization,

23      the Secretary submits to the appropriate committees

24      of Congress notice of the intended designation not

25      less than 30 days before the date on which such

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012153

1053

1     country is designated by the Secretary under sub-

2     section (a).

3     ''(2) In the case of a country that is not a member

4 of the North Atlantic Treaty Organization, the Secretary

5 of Defense may not enter into an agreement under this

6 section unless the Secretary submits to the appropriate

7 committees of Congress a notice of intent to enter into

8 such an agreement not less than 30 days before the date

9 on which the Secretary enters into the agreement.''.

10     (b) OVERSIGHT RESPONSIBILITIES.—Such section is

11 further amended—

12         (1) by redesignating subsections (f) through (h)

13     as subsections (g) through (i), respectively; and

14         (2) by inserting after subsection (e) the fol-

15     lowing new subsection (f):

16     ''(f) Not later than 30 days after the date of the en-

17 actment of the National Defense Authorization Act for

18 Fiscal Year 2020, the Secretary of Defense shall designate

19 an existing senior civilian or military official who shall

20 have primary responsibility for—

21         ''(1) accounting for logistic support, supplies,

22     and services received or provided under acquisition

23     and cross-servicing agreements;

24         ''(2) ensuring consistent standards and guid-

25     ance to the armed forces and combatant commands

WASHSTATEC012154

1054

1 in executing acquisition and cross-servicing agree-

2 ments;

3     "(3) overseeing and monitoring the implementa-

4 tion of acquisition and cross-servicing agreements in

5 coordination with the Under Secretary of Defense

6 for Policy; and

7     "(4) such other responsibilities as may be pre-

8 scribed by the Secretary.".

9 (c) REGULATIONS.—Subsection (g) of such section,

10 as redesignated by subsection (b)(1), is amended to read

11 as follows:

12     "(g)(1) Not later than 90 days after the date of the

13 enactment of the National Defense Authorization Act for

14 Fiscal Year 2020, the Secretary of Defense shall prescribe

15 regulations to ensure that—

16     "(A) contracts entered into under this sub-

17 chapter are free from self-dealing, bribery, and con-

18 flict of interests;

19     "(B) adequate processes and controls are in

20 place to provide for the accurate accounting of logis-

21 tic support, supplies, and services received or pro-

22 vided under the authority of this subchapter; and

23     "(C) personnel responsible for accounting for

24 logistic support, supplies, and services received or

WASHSTATEC012155

1055

1  provided under such authority are fully trained and

2  aware of such responsibilities.

3      ''(2)(A) Not later than 270 days after the

4  issuance of the regulations under paragraph (1), the

5  Comptroller General of the United States shall con-

6  duct a review of the implementation by the Secretary

7  of such regulations.

8      ''(B) The review conducted under subparagraph

9  (A) shall—

10          ''(i) assess the effectiveness of such regula-

11      tions and the implementation of such regula-

12      tions to ensure the effective management and

13      oversight of an agreement under subsection

14      (a)(1); and

15          ''(ii) include any other matter the Comp-

16      troller General considers relevant.''.

17  (d) REPORTS.—Subsection (h) of such section, as re-

18  designated by subsection (b)(1), is amended—

19      (1) in paragraph (1), by striking ''in effect''

20  and inserting ''that have entered into force or were

21  applied provisionally'';

22      (2) in paragraph (2), by striking ''date on

23  which the Secretary'' and all that follows through

24  the period at the end and inserting ''dates on which

25  the Secretary notified Congress—

WASHSTATEC012156

1056

1    "(A) pursuant to subsection (b)(1)(B) of

2    the designation of such country under sub-

3    section (a); and

4    "(B) pursuant to subsection (b)(2) of the

5    intent of the Secretary to enter into the agree-

6    ment.";

7    (3) by amending paragraph (3) to read as fol-

8    lows:

9    "(3) The class of supply, total dollar amount,

10   the amount collected, and the outstanding balance of

11   logistic support, supplies, and services provided dur-

12   ing the preceding fiscal year under each such agree-

13   ment.";

14   (4) by amending paragraph (4) to read as fol-

15   lows:

16   "(4) The class of supply, total dollar amount,

17   the amount collected, and the outstanding balance of

18   logistic support, supplies, and services received dur-

19   ing the preceding fiscal year under each such agree-

20   ment.";

21   (5) by striking paragraph (5); and

22   (6) by adding at the end the following new

23   paragraphs:

24   "(5) With respect to any transaction for logistic

25   support, supplies, and services that has not been rec-

WASHSTATEC012157

1057

1  onciled more than one year after the date on which
2  the transaction occurred, a description of the trans-
3  action that includes the following:

4      ''(A) The date on which the transaction oc-
5  curred.

6      ''(B) The country or organization to which
7  logistic support, supplies, and services were pro-
8  vided.

9      ''(C) The value of the transaction.

10  ''(6) An explanation of any waiver granted
11  under section 2347(c) during the preceding fiscal
12  year, including an identification of the relevant con-
13  tingency operation or non-combat operation.''.

14  **SEC. 1204. MODIFICATION OF QUARTERLY REPORT ON OB-**
15  **LIGATION AND EXPENDITURE OF FUNDS FOR**
16  **SECURITY COOPERATION PROGRAMS AND**
17  **ACTIVITIES.**

18  Section 381(b) of title 10, United States Code, is
19  amended by striking ''30 days'' and inserting ''60 days''.

20  **SEC. 1205. GENDER PERSPECTIVES AND PARTICIPATION BY**
21  **WOMEN IN SECURITY COOPERATION ACTIVI-**
22  **TIES.**

23  Consistent with the Women, Peace, and Security Act
24  of 2017 (Public Law 115–68), the Secretary of Defense,
25  in coordination with the Secretary of State, should seek

WASHSTATEC012158

1058

1  to incorporate gender perspectives and participation by

2  women in security cooperation activities to the maximum

3  extent practicable.

**SEC. 1206. PLAN TO PROVIDE CONSISTENCY OF ADMINIS-**

**TRATION OF AUTHORITIES RELATING TO**

**VETTING OF UNITS OF SECURITY FORCES OF**

**FOREIGN COUNTRIES; MODIFICATION OF AS-**

**SESSMENT, MONITORING, AND EVALUATION**

**OF SECURITY COOPERATION PROGRAMS AND**

**ACTIVITIES.**

11  (a) IN GENERAL.—Not later than 180 days after the

12  date of the enactment of this Act, the Secretary of Defense

13  and Secretary of State shall jointly develop, implement,

14  and submit to the congressional defense committees, the

15  Committee on Foreign Relations of the Senate, and the

16  Committee on Foreign Affairs of the House of Representa-

17  tives a plan to provide consistency in administration of

18  section 362 of title 10, United States Code, and section

19  620M of the Foreign Assistance Act of 1961 (22 U.S.C.

20  2378d).

21  (b) MATTERS TO BE INCLUDED.—The plan required

22  by subsection (a) shall contain the following:

23  (1) Common standards and procedures which

24  shall be used by the Department of Defense and De-

25  partment of State to obtain and verify information

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012159

1059

1 regarding the vetting of units of the security forces

2 of foreign countries for gross violation of human

3 rights under the authorities described in subsection

4 (a), including—

5      (A) public guidelines for external sources

6      to report information; and

7      (B) methods and criteria employed by the

8      Department of Defense and Department of

9      State to determine whether sources, source re-

10      porting, and allegations are credible.

11 (2) Measures to ensure the Department of De-

12 fense has read-only access to the International Vet-

13 ting and Security Tracking (INVEST) system, and

14 any successor or equivalent system.

15 (3) Measures to ensure the authorities de-

16 scribed in subsection (a) are applied to any foreign

17 forces, irregular forces, groups, and individuals that

18 receive training, equipment, or other assistance from

19 the United States military.

20 (c) FORM.—The plan required by subsection (a) shall

21 be submitted in unclassified form, but may include a clas-

22 sified annex.

23 (d) INTEGRATION OF HUMAN RIGHTS AND CIVILIAN

24 PROTECTION INTO ASSESSMENT, MONITORING, AND

WASHSTATEC012160

1060

1 EVALUATION OF SECURITY COOPERATION PROGRAMS
2 AND ACTIVITIES.—

3      (1) REPORTS REQUIRED.—The Secretary of
4   Defense shall submit to the appropriate congres-
5   sional committees an interim report and a final re-
6   port on the steps the Secretary will take to incor-
7   porate partner units' activities, as such activities re-
8   late to human rights and protection of civilians, into
9   the program elements described in section 383(b)(1)
10   of title 10, United States Code.

11      (2) DEADLINES.—

12         (A) INTERIM REPORT.—The interim report
13      required under paragraph (1) shall be sub-
14      mitted to the appropriate congressional commit-
15      tees not later than 180 days after the date of
16      the enactment of this Act and shall include a
17      summary of the progress of the Secretary in
18      implementing the steps described in such para-
19      graph.

20         (B) FINAL REPORT.—The final report re-
21      quired under paragraph (1) shall be submitted
22      to the appropriate congressional committees not
23      later than one year after the date of enactment
24      of this Act and shall specifically identify the ac-

WASHSTATEC012161

1061

1    tions the Secretary took to implement the steps

2    described in paragraph (1).

3    (3) APPROPRIATE CONGRESSIONAL COMMIT-

4    TEES DEFINED.—In this subsection, the term "ap-

5    propriate congressional committees" means the fol-

6    lowing:

7        (A) The Committee on Armed Services and

8        the Committee on Foreign Relations of the Sen-

9        ate.

10        (B) The Committee on Armed Services and

11        the Committee on Foreign Affairs of the House

12        of Representatives.

**SEC. 1207. EXTENSION OF AUTHORITY FOR SUPPORT OF**

**SPECIAL OPERATIONS FOR IRREGULAR WAR-**

**FARE.**

16    Section 1202(a) of the National Defense Authoriza-

17    tion Act for Fiscal Year 2018 (Public Law 115–91; 131

18    Stat. 1639) is amended by striking "2020" and inserting

19    "2023".

**SEC. 1208. EXTENSION AND MODIFICATION OF COM-**

**MANDERS' EMERGENCY RESPONSE PRO-**

**GRAM AND ELIMINATION OF CERTAIN PAY-**

**MENTS TO REDRESS INJURY AND LOSS.**

24    (a) EXTENSION AND MODIFICATION OF COM-

25    MANDERS' EMERGENCY RESPONSE PROGRAM.—Section

WASHSTATEC012162

1062

1 1201 of the National Defense Authorization Act for Fiscal

2 Year 2012 (Public Law 112–81; 125 Stat. 1619), as most

3 recently amended by the John S. McCain National De-

4 fense Authorization Act for Fiscal Year 2019 (Public Law

5 115–232), is further amended—

6     (1) in subsection (a)—

7         (A) by striking ''During the period begin-

8         ning on October 1, 2016, and ending on De-

9         cember 31, 2019'' and inserting ''During the

10        period beginning on October 1, 2019, and end-

11        ing on December 31, 2020''; and

12        (B) by striking ''$10,000,000'' and insert-

13        ing ''$2,500,000'';

14    (2) in subsection (b)(1), by striking ''of fiscal

15 years 2017 through 2019'' and inserting ''for each

16 of fiscal years 2017 through 2020''; and

17    (3) in subsection (f), in the first sentence, by

18 striking ''during the period beginning on October 1,

19 2016, and ending on December 31, 2019'' and in-

20 serting ''during the period beginning on October 1,

21 2019, and ending on December 31, 2020''.

22 (b) ELIMINATION OF AUTHORITY FOR CERTAIN PAY-

23 MENTS TO REDRESS INJURY AND LOSS IN AFGHANISTAN,

24 IRAQ, SYRIA, SOMALIA, LIBYA, AND YEMEN.—Section

25 1211 of the National Defense Authorization Act for Fiscal

WASHSTATEC012163

1063

1 Year 2017 (Public Law 114–328; 130 Stat. 2477), as

2 most recently amended by section 1224(a) of the John S.

3 McCain National Defense Authorization Act for Fiscal

4 Year 2019 (Public Law 115–232), is further amended by

5 striking subsection (b).

**6 SEC. 1209. TWO-YEAR EXTENSION OF PROGRAM AUTHORITY**

**7        FOR GLOBAL SECURITY CONTINGENCY FUND.**

8        Section 1207 of the National Defense Authorization

9 Act for Fiscal Year 2012 (22 U.S.C. 2151 note) is amend-

10 ed—

11            (1) in subsection (i)—

12                (A) in paragraph (1), by striking "Sep-

13            tember 30, 2019" and inserting "September 30,

14            2021"; and

15                (B) by amending paragraph (2) to read as

16            follows:

17        "(2) EXCEPTION.—Amounts appropriated and

18    transferred to the Fund before September 30, 2019,

19    shall remain available for obligation and expenditure

20    after that date, but only for activities under pro-

21    grams commenced under subsection (b) before Sep-

22    tember 30, 2019."; and

23            (2) in subsection (o)—

WASHSTATEC012164

1064

1      (A) in the first sentence, by striking ''Sep-

2         tember 30, 2019'' and inserting ''September 30,

3         2021''; and

4      (B) in the second sentence, by striking

5         ''through 2019'' and inserting ''through 2021''.

6  **SEC. 1210. LEGAL INSTITUTIONAL CAPACITY BUILDING INI-**

7  **TIATIVE FOR FOREIGN DEFENSE INSTITU-**

8  **TIONS.**

9      (a) INITIATIVE.—The Secretary of Defense may

10 carry out, in accordance with section 332 of title 10,

11 United States Code, an initiative of legal institutional ca-

12 pacity building in collaboration with the appropriate min-

13 istry of defense (or security agency serving a similar de-

14 fense function) legal institutions that support the efforts

15 of one or more foreign countries to establish or improve

16 legal institutional capacity.

17     (b) PURPOSE.—The purpose of the initiative under

18 subsection (a) is to enhance, through advisory services,

19 training, or related training support services, as appro-

20 priate, the legal institutional capacity of the applicable for-

21 eign country to do the following:

22     (1) Integrate legal matters into the authority,

23         doctrine, and policies of the ministry of defense (or

24         security agency serving a similar defense function)

25         and forces of such country.

WASHSTATEC012165

G:\CMTE\AS\20\C\ASCR20.XML

1065

1     (2) Provide appropriate legal support to com-
2 manders conducting defense and national security
3 operations.

4     (3) With respect to defense and national secu-
5 rity law, institutionalize education, training, and
6 professional development for personnel and forces,
7 including uniformed lawyers, officers, noncommis-
8 sioned officers, and civilian lawyers and leadership
9 within such ministries of defense (and security agen-
10 cies serving a similar defense function).

11     (4) Establish a military justice system that is
12 objective, transparent, and impartial.

13     (5) Conduct effective and transparent command
14 and administrative investigations.

15     (6) Build the legal capacity of the forces and ci-
16 vilian personnel of ministries of defense (and secu-
17 rity agencies serving a similar defense function) to
18 provide equitable, transparent, and accountable in-
19 stitutions and provide for anti-corruption measures
20 within such institutions.

21     (7) Build capacity—

22         (A) to provide for the protection of civil-
23 ians consistent with the law of armed conflict
24 and human rights law; and

WASHSTATEC012166

1066

1   (B) to investigate incidents of civilian cas-

2   ualties.

3   (8) Promote understanding and observance of—

4       (A) the law of armed conflict;

5       (B) human rights and fundamental free-

6   doms;

7       (C) the rule of law; and

8       (D) civilian control of the military.

9   (9) Establish mechanisms for effective civilian

10  oversight of defense and national security legal insti-

11  tutions and legal matters.

12  (c) ELEMENTS.—The initiative under subsection (a)

13  shall include the following elements:

14  (1) A measure for monitoring the implementa-

15  tion of the initiative and evaluating the efficiency

16  and effectiveness of the initiative, in accordance with

17  section 383 of title 10, United States Code.

18  (2) An assessment of the organizational weak-

19  nesses for legal institutional capacity building of the

20  applicable foreign country, including baseline infor-

21  mation, an assessment of gaps in the capability and

22  capacity of the appropriate institutions of such coun-

23  try, and any other indicator of efficacy, in accord-

24  ance with section 383 of title 10, United States

25  Code.

WASHSTATEC012167

1    (3) An engagement plan for building legal insti-
2    tutional capacity that addresses the weaknesses
3    identified under paragraph (2), including objectives,
4    milestones, and a timeline.

5    (d) REPORTS.—

6    (1) IN GENERAL.—Beginning in fiscal year
7    2020 through the fiscal year in which the initiative
8    under subsection (a) terminates, the Secretary of
9    Defense shall submit to the appropriate committees
10   of Congress an annual report on the legal institu-
11   tional capacity building activities carried out under
12   this section.

13   (2) INTEGRATION INTO OTHER CAPACITY
14   BUILDING REPORTS.—The report submitted under
15   paragraph (1) for a fiscal year shall be integrated
16   into the report required pursuant to subsection
17   (b)(2) of section 332 of title 10, United States Code,
18   for the fourth fiscal year quarter of such fiscal year.

19   (3) MATTERS TO BE INCLUDED.—Each report
20   submitted under paragraph (1) shall include the fol-
21   lowing:

22   (A) The same information required under
23   subsection (b)(2) of section 332 of title 10,
24   United States Code.

WASHSTATEC012168

1068

1   (B) The names of the one or more coun-
2   tries in which the initiative was conducted.

3   (C) For each such country—

4   (i) the purpose of the initiative;

5   (ii) the objectives, milestones, and
6   timeline of the initiative;

7   (iii) the number and type of advisors
8   assigned and deployed to the country, as
9   applicable; and

10  (iv) an assessment of the progress of
11  the implementation of the initiative.

12  (e) SUNSET.—The initiative under subsection (a)
13  shall terminate on December 31, 2024.

14  (f) FUNDING.—Amounts for programs carried out
15  pursuant to subsection (a) in a fiscal year, and for other
16  purposes in connection with such programs as authorized
17  by this section, may be derived only from amounts author-
18  ized to be appropriated for such fiscal year for the Depart-
19  ment of Defense for operation and maintenance, Defense-
20  wide, and available for the Defense Security Cooperation
21  Agency for such programs and purposes.

g:\VHLC\120919\120919.161.xml       (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012169

1069

SEC. 1210A. DEPARTMENT OF DEFENSE SUPPORT FOR STA-
BILIZATION ACTIVITIES IN NATIONAL SECU-
RITY INTEREST OF THE UNITED STATES.

(a) IN GENERAL.—The Secretary of Defense may,
with the concurrence of the Secretary of State and in con-
sultation with the Administrator of the United States
Agency for International Development, provide support for
the stabilization activities of other Federal agencies speci-
fied in subsection (c)(1).

(b) DESIGNATION OF FOREIGN AREAS.—

(1) IN GENERAL.—Amounts authorized to be
provided pursuant to this section shall be available
only for support for stabilization activities—

(A) in a country specified in paragraph
(2); and

(B) that the Secretary of Defense, with the
concurrence of the Secretary of State, has de-
termined are in the national security interest of
the United States.

(2) SPECIFIED COUNTRIES.—The countries
specified in this paragraph are as follows:

(A) Iraq.

(B) Syria.

(C) Afghanistan.

(D) Somalia.

(c) SUPPORT TO OTHER AGENCIES.—

WASHSTATEC012170

1070

1     (1) IN GENERAL.—Support may be provided for
2 stabilization activities under subsection (a) to the
3 Department of State, the United States Agency for
4 International Development, or other Federal agen-
5 cies, on a reimbursable or nonreimbursable basis.
6 The authority to provide such support under this
7 paragraph on a reimbursable basis is in addition to
8 other authorities to provide support on such basis.

9     (2) TYPE OF SUPPORT.—Support under sub-
10 section (a) may consist of logistic support, supplies,
11 and services.

12   (d) REQUIREMENT FOR A STABILIZATION STRAT-
13 EGY.—

14     (1) LIMITATION.—With respect to any country
15 specified in subsection (b)(2), no amount of support
16 may be provided under subsection (a) until 15 days
17 after the date on which the Secretary of Defense,
18 with the concurrence of the Secretary of State, sub-
19 mits to the appropriate committees of Congress a
20 detailed report setting forth a stabilization strategy
21 for such country.

22     (2) ELEMENTS OF STRATEGY.—The stabiliza-
23 tion strategy required by paragraph (1) shall set
24 forth the following:

WASHSTATEC012171

1071

1     (A) The United States interests in con-
2     ducting stabilization activities in the country
3     specified in subsection (b)(2).

4     (B) The key foreign partners and actors in
5     such country.

6     (C) The desired end states and objectives
7     of the United States stabilization activities in
8     such country.

9     (D) The Department of Defense support
10    intended to be provided for the stabilization ac-
11    tivities of other Federal agencies under sub-
12    section (a).

13    (E) Any mechanism for civil-military co-
14    ordination regarding support for stabilization
15    activities.

16    (F) The mechanisms for monitoring and
17    evaluating the effectiveness of Department of
18    Defense support for United States stabilization
19    activities in the area.

20    (e) IMPLEMENTATION IN ACCORDANCE WITH GUID-
21    ANCE.—Support provided under subsection (a) shall be
22    implemented in accordance with the guidance of the De-
23    partment of Defense entitled ''DoD Directive 3000.05
24    Stabilization'', dated December 13, 2018 (or successor
25    guidance).

WASHSTATEC012172

1072

1    (f) REPORT.—The Secretary of Defense, with the
2 concurrence of the Secretary of State, shall submit to the
3 appropriate committees of Congress on an annual basis
4 a report that includes the following:

5    (1) The identification of each foreign area with-
6    in countries specified in subsection (b)(2) for which
7    support to stabilization has occurred.

8    (2) The total amount spent by the Department
9    of Defense, broken out by recipient Federal agency
10    and activity.

11    (3) An assessment of the contribution of each
12    activity toward greater stability.

13    (4) An articulation of any plans for continued
14    Department of Defense support to stabilization in
15    the specified foreign area in order to maintain or im-
16    prove stability.

17    (5) Other matters as the Secretary of Defense
18    considers to be appropriate.

19 (g) USE OF FUNDS.—

20    (1) SOURCE OF FUNDS.—Amounts for activities
21    carried out under this section in a fiscal year shall
22    be derived only from amounts authorized to be ap-
23    propriated for such fiscal year for the Department
24    of Defense for Operation and Maintenance, Defense-
25    wide.

WASHSTATEC012173

1073

1  (2) LIMITATION.—Not more than $18,000,000

2 in each fiscal year is authorized to be used to pro-

3 vide nonreimbursable support under this section.

4  (h) EXPIRATION.—The authority provided under this

5 section may not be exercised after December 31, 2020.

6  (i) DEFINITIONS.—In this section:

7  (1) APPROPRIATE COMMITTEES OF CON-

8 GRESS.—The term ''appropriate committees of Con-

9 gress'' means—

10   (A) the Committee on Armed Services and

11 the Committee on Foreign Relations of the Sen-

12 ate; and

13   (B) the Committee on Armed Services and

14 the Committee on Foreign Affairs of the House

15 of Representatives.

16  (2) LOGISTIC SUPPORT, SUPPLIES, AND SERV-

17 ICES.—The term ''logistic support, supplies, and

18 services'' has the meaning given the term in section

19 2350(1) of title 10, United States Code.

WASHSTATEC012174

1074

1 # Subtitle B—Matters Relating to
2 # Afghanistan and Pakistan

3 **SEC. 1211. EXTENSION OF AUTHORITY TO TRANSFER DE-**
4 **FENSE ARTICLES AND PROVIDE DEFENSE**
5 **SERVICES TO THE MILITARY AND SECURITY**
6 **FORCES OF AFGHANISTAN.**

7 (a) EXTENSION OF AUTHORITY.—Subsection (h) of

8 section 1222 of the National Defense Authorization Act

9 for Fiscal Year 2013 (Public Law 112–239; 126 Stat.

10 1992) is amended by striking "December 31, 2020" and

11 inserting "December 31, 2022".

12 (b) EXCESS DEFENSE ARTICLES.—Subsection (i)(2)

13 of such section is amended by striking "December 31,

14 2020" each place it appears and inserting "December 31,

15 2022".

16 **SEC. 1212. EXTENSION AND MODIFICATION OF AUTHORITY**
17 **TO ACQUIRE PRODUCTS AND SERVICES PRO-**
18 **DUCED IN COUNTRIES ALONG A MAJOR**
19 **ROUTE OF SUPPLY TO AFGHANISTAN.**

20 (a) TERMINATION OF AUTHORITY.—Subsection (f) of

21 section 801 of the National Defense Authorization Act for

22 Fiscal Year 2010 (Public Law 111–84; 123 Stat. 2399)

23 is amended by striking "December 31, 2019" and insert-

24 ing "December 31, 2021".

WASHSTATEC012175

1075

1  (b) REPORT ON AUTHORITY.—Such section, as so

2  amended, is further amended by adding at the end the

3  following:

4  "(g) REPORT ON AUTHORITY.—

5      "(1) IN GENERAL.—Not later than March 1,

6  2020, and March 1, 2021, the Secretary of Defense

7  shall submit to the appropriate congressional com-

8  mittees a report on the use of the authority provided

9  in subsection (a). The report shall address, at a min-

10  imum, the following:

11          "(A) The number of determinations made

12      by the Secretary pursuant to subsection (b).

13          "(B) A description of the products and

14      services acquired using the authority.

15          "(C) The extent to which the use of the

16      authority has met the objectives of subpara-

17      graph (A), (B), or (C) of subsection (b)(2).

18          "(D) A list of the countries providing prod-

19      ucts or services as a result of a determination

20      made pursuant to subsection (b).

21      "(2) APPROPRIATE CONGRESSIONAL COMMIT-

22  TEES DEFINED.—For purposes of this subsection,

23  the term 'appropriate congressional committees'

24  means—

WASHSTATEC012176

1076

1           ''(A) the congressional defense committees;

2       and

3           ''(B) the Committee on Foreign Affairs of

4       the House of Representatives and the Com-

5       mittee on Foreign Relations of the Senate.''.

**SEC. 1213. AUTHORITY FOR CERTAIN PAYMENTS TO RE-**
**DRESS INJURY AND LOSS.**

8       (a) AUTHORITY.—During the period beginning on the

9   date of the enactment of this Act and ending on December

10  31, 2022, not more than $3,000,000 for each calendar

11  year, to be derived from funds authorized to be appro-

12  priated to the Office of the Secretary of Defense under

13  the Operation and Maintenance, Defense-wide account,

14  may be made available for ex gratia payments for damage,

15  personal injury, or death that is incident to the use of

16  force by the United States Armed Forces, a coalition that

17  includes the United States, a military organization sup-

18  porting the United States, or a military organization sup-

19  porting the United States or such coalition.

20      (b) CONDITIONS ON PAYMENT.—An ex gratia pay-

21  ment authorized pursuant to subsection (a) may be pro-

22  vided only if—

23          (1) the prospective foreign civilian recipient is

24      determined by the local military commander to be

25      friendly to the United States;

WASHSTATEC012177

1077

1    (2) a claim for damages would not be compen-

2    sable under chapter 163 of title 10, United States

3    Code (commonly known as the "Foreign Claims

4    Act");

5    (3) the property damage, personal injury, or

6    death was not caused by action by an enemy;

7    (4) the claimant suffered property damage, per-

8    sonal injury, or death that was—

9        (A) caused by the United States Armed

10       Forces, a coalition that includes the United

11       States, or a military organization supporting

12       the United States or such a coalition; and

13       (B) occurred during an operation carried

14       out by the United States, such coalition, or

15       such military organization; and

16   (5) the claimant had no involvement in plan-

17   ning or executing an attack or other hostile action

18   that gave rise to the use of force by the United

19   States, such coalition, or such military organization

20   resulting in such property damage, personal injury,

21   or death.

22   (c) NATURE OF PAYMENT.—A payment provided

23   pursuant to the authority under subsection (a) may not

24   be construed or considered as an admission or acknowledg-

WASHSTATEC012178

1078

1 ment of any legal obligation to provide compensation for

2 any property damage, personal injury, or death.

3    (d) AMOUNT OF PAYMENTS.—If the Secretary of De-

4 fense determines a payment under subsection (a) to be ap-

5 propriate in a particular setting, the amounts of pay-

6 ments, if any, to be provided to civilians determined to

7 have suffered harm incident to the use of force by the

8 United States Armed Forces under the program should

9 be determined pursuant to regulations prescribed by the

10 Secretary and based on an assessment, conducted in con-

11 sultation with the Secretary of State, that includes such

12 factors as cultural appropriateness and prevailing eco-

13 nomic conditions. A copy of any regulations so prescribed

14 shall be provided to the congressional defense committees

15 upon finalization.

16    (e) LEGAL ADVICE.—Local military commanders

17 shall receive legal advice before making ex gratia pay-

18 ments under this subsection. The legal advisor, under reg-

19 ulations of the Department of Defense, shall advise on

20 whether an ex gratia payment is proper under this section

21 and applicable Department of Defense regulations.

22    (f) WRITTEN RECORD.—A written record of any ex

23 gratia payment offered pursuant to the authority under

24 subsection (a), and whether accepted or denied, shall be

25 kept by the local military commander and on a timely

WASHSTATEC012179

1079

1 basis submitted to the appropriate office in the Depart-

2 ment of Defense as determined by the Secretary of De-

3 fense.

4 (g) QUARTERLY REPORT.—Not later than 90 days

5 after the date of the enactment of this Act, and every 90

6 days thereafter, the Secretary of Defense shall submit to

7 the congressional defense committees a report including

8 the following:

9 (1) With respect to each ex gratia payment

10 made under the authority in this subsection or any

11 other authority during the preceding 90-day period,

12 each of the following:

13 (A) The amount used for such payments

14 and the country with respect to which each

15 such payment was made.

16 (B) The manner in which claims for such

17 payments were verified.

18 (C) The position of the official who ap-

19 proved the payment.

20 (D) The manner in which payments are

21 made.

22 (2) With respect to a preceding 90-day period

23 in which no ex gratia payments were made—

24 (A) whether any such payment was re-

25 fused, along with the reason for such refusal; or

WASHSTATEC012180

1080

1          (B) any other reason for which no such

2          payments were made.

3    (h) RELATION TO OTHER AUTHORITIES.—Notwith-

4 standing any other provision of law, the authority provided

5 by this section shall be construed as the sole authority

6 available to make ex gratia payments for property damage,

7 personal injury, or death that is incident to the use of

8 force by the United States Armed Forces.

9 **SEC. 1214. EXTENSION AND MODIFICATION OF SEMI-**

10         **ANNUAL REPORT ON ENHANCING SECURITY**

11         **AND STABILITY IN AFGHANISTAN.**

12    (a) EXTENSION.—Paragraph (2) of subsection (a) of

13 section 1225 of the Carl Levin and Howard P. ''Buck''

14 McKeon National Defense Authorization Act for Fiscal

15 Year 2015 (Public Law 113–291; 127 Stat. 3550), as

16 most recently amended by section 1215 of the National

17 Defense Authorization Act for Fiscal Year 2018 (Public

18 Law 115–91; 131 Stat. 1649), is further amended by

19 striking ''December 15, 2020'' and inserting ''December

20 15, 2022''.

21    (b) FORM.—Paragraph (3) of such subsection is

22 amended to read as follows:

23        ''(3) FORM.—Each report required under para-

24         graph (1) shall be submitted in unclassified form

WASHSTATEC012181

1081

1 without any designation relating to dissemination

2 control, but may include a classified annex.''.

3 (c) MODIFICATION OF ELEMENTS.—Subsection (b)

4 of such section 1225, as amended by section 1215(b) of

5 the National Defense Authorization Act for Fiscal Year

6 2017 (Public Law 114–328; 130 Stat. 2480), is further

7 amended—

8     (1) in paragraph (1)—

9         (A) in the paragraph heading, by inserting

10         ''AND TAKING INTO ACCOUNT THE AUGUST 2017

11         STRATEGY OF THE UNITED STATES'' after

12         ''2014'';

13         (B) by amending subparagraph (A) to read

14         as follows:

15         ''(A) the strategy and objectives of any

16         post-2014 United States mission, including the

17         2017 South Asia Strategy of the United States

18         and any subsequent United States strategy, and

19         any mission agreed by the North Atlantic Trea-

20         ty Organization (NATO), that are pertinent

21         to—

22             ''(i) training, advising, and assisting

23             the ANSF; or

24             ''(ii) conducting counterrorism oper-

25             ations in Afghanistan; and''; and

WASHSTATEC012182

1082

1     (C) in subparagraph (B)—

2         (i) by striking the period at the end

3     and inserting a semicolon;

4         (ii) by striking "in the assessment of

5     any such" and inserting "in the assess-

6     ment of—

7         "(i) any such"; and

8         (iii) by adding at the end the fol-

9     lowing new clauses:

10         "(ii) the United States counterter-

11     rorism mission; and

12         "(iii) efforts by the Department of

13     Defense to support reconciliation efforts

14     and develop conditions for the expansion of

15     the reach of the Government of Afghani-

16     stan throughout Afghanistan.";

17     (2) in paragraph (2)—

18         (A) by inserting ", including the progress

19     of the Government of Afghanistan on securing

20     Afghan territory and population," after "the

21     current security conditions in Afghanistan";

22     and

23         (B) by striking "and the Haqqani Net-

24     work" and inserting "the Haqqani Network,

WASHSTATEC012183

1083

1 　　and the Islamic State of Iraq and Syria
2 　　Khorasan''; and

3 　　(3) by adding at the end the following new
4 　　paragraph:

5 　　　　''(9) MONITORING AND EVALUATION MEASURES
6 　　RELATING TO ASFF.—A description of the moni-
7 　　toring and evaluation measures that the Department
8 　　of Defense and the Government of Afghanistan are
9 　　taking to ensure that funds of the Afghanistan Secu-
10 　　rity Forces Fund provided to the Government of Af-
11 　　ghanistan as direct government-to-government as-
12 　　sistance are not subject to waste, fraud, or abuse.''.

**SEC. 1215. SPECIAL IMMIGRANT VISA PROGRAM REPORT-**
**ING REQUIREMENT.**

15 　　(a) IN GENERAL.—Not later than 180 days after the
16 date of the enactment of this Act, the Inspector General
17 of the Department of State shall submit a report, which
18 may contain a classified annex, to—

19 　　　　(1) the Committee on the Judiciary, the Com-
20 　　mittee on Foreign Relations, and the Committee on
21 　　Armed Services of the Senate; and

22 　　　　(2) the Committee on the Judiciary, the Com-
23 　　mittee on Foreign Affairs, and the Committee on
24 　　Armed Services of the House of Representatives.

WASHSTATEC012184

1084

1   (b) CONTENTS.—The report submitted under sub-
2 section (a) shall evaluate the obstacles to effective protec-
3 tion of Afghan and Iraqi allies through the special immi-
4 grant visa programs and suggestions for improvements in
5 future programs, including information relating to—

6   (1) the hiring of locally employed staff and con-
7   tractors;

8   (2) documenting the identity and employment
9   of locally employed staff and contractors of the
10   United States Government, including the possibility
11   of establishing a central database of employees of
12   the United States Government and its contractors;

13   (3) the protection and safety of employees of lo-
14   cally employed staff and contractors;

15   (4) means of expediting processing at all stages
16   of the process for applicants, including consideration
17   of reducing required forms;

18   (5) appropriate staffing levels for expedited
19   processing domestically and abroad;

20   (6) the effect of uncertainty of visa availability
21   on visa processing;

22   (7) the cost and availability of medical examina-
23   tions; and

24   (8) means to reduce delays in interagency proc-
25   essing and security checks.

WASHSTATEC012185

1085

1   (c) CONSULTATION.—In preparing the report under

2   subsection (a), the Inspector General shall consult with

3   current and, to the extent possible, former employees of—

4       (1) the Department of State, Bureau of Con-

5   sular Affairs, Visa Office;

6       (2) the Department of State, Bureau of Near

7   Eastern Affairs and South and Central Asian Af-

8   fairs, Executive Office;

9       (3) the United States embassy in Kabul, Af-

10  ghanistan, Consular Section;

11      (4) the United States embassy in Baghdad,

12  Iraq, Consular Section;

13      (5) the Department of Homeland Security, U.S.

14  Citizenship and Immigration Services;

15      (6) the Department of Defense; and

16      (7) non-governmental organizations providing

17  legal aid in the special immigrant visa application

18  process.

19  **SEC. 1216. MEANINGFUL INCLUSION OF AFGHAN WOMEN IN**

20              **PEACE NEGOTIATIONS.**

21  (a) IN GENERAL.—The Secretary of State, in coordi-

22  nation with the Secretary of Defense, shall seek to ensure

23  the meaningful participation of Afghan women in the

24  peace process in Afghanistan in a manner consistent with

25  the Women, Peace, and Security Act of 2017 (22 U.S.C.

WASHSTATEC012186

1086

1 2152j et seq.), including through advocacy for the inclu-

2 sion of Afghan women in ongoing and future negotiations

3 to end the conflict in Afghanistan.

4 (b) REPORT.—Not later than 180 days after the date

5 of the enactment of this Act, the Secretary of State, in

6 coordination with the Secretary of Defense, shall submit

7 to the appropriate committees of Congress a report de-

8 scribing the steps taken to fulfill the duties of the Sec-

9 retary of State and the Secretary of Defense under sub-

10 section (a).

11 (c) APPROPRIATE COMMITTEES OF CONGRESS DE-

12 FINED.—In this section, the term "appropriate commit-

13 tees of Congress" means—

14 (1) the Committee on Armed Services and the

15 Committee on Foreign Relations of the Senate; and

16 (2) the Committee on Armed Services and the

17 Committee on Foreign Affairs of the House of Rep-

18 resentatives.

19 **SEC. 1217. EXTENSION AND MODIFICATION OF AUTHORITY**

20 **FOR REIMBURSEMENT OF CERTAIN COALI-**

21 **TION NATIONS FOR SUPPORT PROVIDED TO**

22 **UNITED STATES MILITARY OPERATIONS.**

23 (a) EXTENSION.—Subsection (a) of section 1233 of

24 the National Defense Authorization Act for Fiscal Year

25 2008 (Public Law 110–181; 122 Stat. 393), as most re-

WASHSTATEC012187

1087

1 cently amended by section 1225 of the John S. McCain
2 National Defense Authorization Act for Fiscal Year 2019
3 (Public Law 115–232), is further amended to read as fol-
4 lows:

5     "(a) AUTHORITY.—From funds made available for
6 the Department of Defense for the period beginning on
7 October 1, 2019, and ending on December 31, 2020, for
8 overseas contingency operations for operation and mainte-
9 nance, Defense-wide activities, the Secretary of Defense
10 may reimburse any key cooperating nation (other than
11 Pakistan) for—

12         "(1) logistical and military support provided by
13         that nation to or in connection with United States
14         military operations in Afghanistan, Iraq, or Syria;
15         and

16         "(2) logistical, military, and other support, in-
17         cluding access, provided by that nation to or in con-
18         nection with United States military operations de-
19         scribed in paragraph (1).".

20     (b) MODIFICATION TO LIMITATION.—Subsection
21 (d)(1) of such section is amended—

22         (1) by striking "October 1, 2018, and ending
23         on December 31, 2019" and inserting "October 1,
24         2019, and ending on December 31, 2020"; and

WASHSTATEC012188

1088

1    (2) by striking "$350,000,000" and inserting

2    "$450,000,000".

**SEC. 1218. SUPPORT FOR RECONCILIATION ACTIVITIES**

**        LED BY THE GOVERNMENT OF AFGHANISTAN.**

5    (a) IN GENERAL.—The Secretary of Defense may,

6    with the concurrence of the Secretary of State, provide

7    covered support for reconciliation activities to one or more

8    designated persons or entities or Federal agencies.

9    (b) FRAMEWORK FOR USE OF AUTHORITY.—Not

10   later than 90 days after the date of the enactment of this

11   Act, the Secretary of Defense, with the concurrence of the

12   Secretary of State, shall submit to the appropriate com-

13   mittees of Congress a report on the use of the authority

14   under subsection (a) that includes—

15       (1) a framework for use of such authority;

16       (2) evaluation requirements; and

17       (3) a prioritization of covered support.

18   (c) DESIGNATION.—Not later than 15 days before

19   the Secretary of Defense designates an individual or orga-

20   nization as a designated person or entity, the Secretary

21   shall notify the congressional defense committees of the

22   intent of the Secretary to make such designation.

23   (d) REIMBURSEMENT.—

24       (1) DESIGNATED PERSONS OR ENTITIES.—The

25       Secretary of Defense may provide covered support to

WASHSTATEC012189

1089

1   a designated person or entity on a nonreimbursable

2   basis.

3       (2) FEDERAL AGENCIES.—The Secretary of De-

4   fense may provide covered support to a Federal

5   agency on a reimbursable or nonreimbursable basis.

6   (e) LOCATION OF COVERED SUPPORT.—

7       (1) IN GENERAL.—Except as provided in para-

8   graph (2), the Secretary of Defense may only pro-

9   vide covered support within Afghanistan.

10      (2) EXCEPTION.—Notwithstanding paragraph

11  (1), the Secretary of Defense may provide covered

12  support in Pakistan if the Secretary of Defense,

13  with the concurrence of the Secretary of State, de-

14  termines, and certifies to the appropriate committees

15  of Congress, that providing covered support in Paki-

16  stan is in the national security interest of the United

17  States.

18  (f) NOTIFICATION.—Not later than 15 days after the

19  date on which the Secretary of Defense provides covered

20  support in Pakistan, or an individual expenditure for cov-

21  ered support reaches a monetary threshold of $75,000 or

22  greater, the Secretary shall submit to the appropriate

23  committees of Congress written notice that includes—

WASHSTATEC012190

1090

1     (1) the intended recipient of such covered sup-

2     port and the specific covered support to be provided;

3     and

4     (2) a description of the manner in which such

5     covered support facilitates reconciliation.

6     (g) FUNDING.—

7     (1) SOURCE OF FUNDS.—Amounts for covered

8     support may only be derived from amounts author-

9     ized to be appropriated for the Department of De-

10    fense for operation and maintenance.

11    (2) LIMITATION.—Not more than $15,000,000

12    may be used in each fiscal year to provide covered

13    support under this section.

14    (h)   RULE   OF   CONSTRUCTION.—Covered   support

15    shall not be construed to violate section 2339, 2339A, or

16    2339B of title 18, United States Code.

17    (i) REPORTS.—

18    (1) IN GENERAL.—Not later than 90 days after

19    the date of the enactment of this Act, and quarterly

20    thereafter, the Secretary of Defense shall, with the

21    concurrence of the Secretary of State, submit to the

22    appropriate committees of Congress a report on cov-

23    ered support during the preceding 90-day period.

WASHSTATEC012191

1091

1    (2) ELEMENTS.—Each report under this sub-
2  section shall include, for the preceding reporting pe-
3  riod, the following:

4        (A) A summary of the reconciliation activi-
5    ties for which covered support was provided.

6        (B) A description of the covered support,
7    by class or type, and the designated person or
8    entity or Federal agency that received each
9    class or type of covered support.

10        (C) The total dollar amount of each class
11    or type of covered support, including budget de-
12    tails.

13        (D) The intended duration of each provi-
14    sion of covered support.

15        (E) Any other matter the Secretary of De-
16    fense considers appropriate.

17    (j) SUNSET.—The authority to carry out this section
18  shall terminate on December 31, 2020.

19    (k) DEFINITIONS.—In this section:

20    (1) APPROPRIATE    COMMITTEES    OF    CON-
21  GRESS.—The term "appropriate committees of Con-
22  gress" means—

23        (A) the congressional defense committees;

24        (B) the Committee on Foreign Relations of
25    the Senate; and

WASHSTATEC012192

1092

1     (C) the Committee on Foreign Affairs of

2 the House of Representatives.

3   (2) COVERED SUPPORT.—

4     (A) IN GENERAL.—The term "covered sup-

5 port" means logistic support, supplies, and

6 services (as defined in section 2350 of title 10,

7 United States Code) and security provided

8 under this section.

9     (B) EXCLUSIONS.—The term "covered

10 support" does not include the following support,

11 supplies, or services described in section 2350

12 of title 10, United States Code:

13       (i) Ammunition, construction incident

14 to base operations support, training serv-

15 ices, and the temporary use of general pur-

16 pose vehicles.

17       (ii) With respect to any member of

18 the Taliban, transportation in vehicles or

19 on aircraft owned by the United States

20 Government.

21   (3) DESIGNATED PERSON OR ENTITY.—

22     (A) IN GENERAL.—The term "designated

23 person or entity" means an individual or orga-

24 nization designated by the Secretary of De-

25 fense, with the concurrence of the Secretary of

WASHSTATEC012193

1093

1  State, as necessary to facilitate a reconciliation

2  activity.

3  (B) EXCLUSION.—The term "designated

4  person or entity" does not include a Federal

5  agency or department.

6  (4) RECONCILIATION ACTIVITY.—The term

7  "reconciliation activity" means any activity intended

8  to support, facilitate, or enable a political settlement

9  between the Government of Afghanistan and the

10  Taliban for the purpose of ending the war in Af-

11  ghanistan.

12  (5) SECURITY.—The term "security" means

13  any measure determined by the Secretary of Defense

14  to be necessary to protect reconciliation activities

15  from hostile acts.

16  **SEC. 1219. MODIFICATION AND EXTENSION OF THE AF-**

17  **GHAN SPECIAL IMMIGRANT VISA PROGRAM.**

18  (a) PRINCIPAL ALIENS.—Subclause (I) of section

19  602(b)(2)(A)(ii) of the Afghan Allies Protection Act of

20  2009 (8 U.S.C. 1101 note) is amended to read as follows:

21  "(I) by, or on behalf of, the

22  United States Government; or".

23  (b) EXTENSION OF AFGHAN SPECIAL IMMIGRANT

24  PROGRAM.—Section 602(b)(3)(F) of the Afghan Allies

WASHSTATEC012194

1094

1 Protection Act of 2009 (8 U.S.C. 1101 note) is amend-

2 ed—

3   (1) in the heading, by striking "2015, 2016, AND

4   2017" and inserting "2015 THROUGH 2020";

5   (2) in the matter preceding clause (i), by strik-

6   ing "18,500" and inserting "22,500";

7   (3) in clause (i), by striking "December 31,

8   2020" and inserting "December 31, 2021"; and

9   (4) in clause (ii), by striking "December 31,

10   2020" and inserting "December 31, 2021".

## Subtitle C—Matters Relating to Syria, Iraq, and Iran

13 **SEC. 1221. MODIFICATION OF AUTHORITY AND LIMITATION**

14     **ON USE OF FUNDS TO PROVIDE ASSISTANCE**

15     **TO COUNTER THE ISLAMIC STATE OF IRAQ**

16     **AND SYRIA.**

17   (a) LIMITATION ON USE OF FUNDS.—Of the

18 amounts authorized to be appropriated for fiscal year

19 2020 by this Act for activities under section 1236 of the

20 Carl Levin and Howard P. "Buck" McKeon National De-

21 fense Authorization Act for Fiscal Year 2015 (Public Law

22 113–291; 128 Stat. 3558), as amended by this section,

23 not more than 50 percent may be obligated or expended

24 for such activities until the date on which the Secretary

WASHSTATEC012195

G:\CMTE\AS\20\C\ASCR20.XML

1095

1  of Defense submits to the congressional defense commit-

2  tees a report setting forth the following:

3       (1) An assessment of—

4            (A) security in liberated areas in Iraq;

5            (B) the extent to which security forces

6            trained and equipped, directly or indirectly, by

7            the United States are prepared to provide post-

8            conflict stabilization and security in such liber-

9            ated areas; and

10           (C) the effectiveness of security forces in

11           the post-conflict environment and an identifica-

12           tion of which such forces will provide post-con-

13           flict stabilization and security in such liberated

14           areas.

15      (2) A summary of available information relating

16  to the disposition of militia groups throughout Iraq,

17  with particular focus on groups in areas liberated

18  from ISIS or in sensitive areas with historically

19  mixed ethnic or minority communities.

20      (3) Any updates to or changes in the plan,

21  strategy, process, vetting requirements and process

22  as described in subsection (e) of such section 1236,

23  and end-use monitoring mechanisms and procedures.

WASHSTATEC012196

1096

1     (4) An identification of the specific units of the

2 Iraqi Security Forces to receive training and equip-

3 ment or other support in fiscal year 2020.

4     (5) A plan for ensuring that any vehicles or

5 equipment provided to the Iraqi Security Forces

6 pursuant to such authority are maintained in subse-

7 quent fiscal years using funds of Iraq.

8     (6) A description of any misuse or loss of pro-

9 vided equipment and how such misuse or loss is

10 being mitigated.

11     (7) An estimate, by fiscal year, of the funding

12 anticipated to be required for support of the Iraqi

13 Security Forces during the five fiscal years begin-

14 ning in fiscal year 2020.

15     (8) A plan for normalizing assistance to the

16 Iraqi Security Forces under chapter 16 of title 10,

17 United States Code, beginning in fiscal year 2020.

18     (9) A detailed plan for the obligation and ex-

19 penditure of the funds requested for fiscal year 2020

20 for the Department of Defense for stipends.

21     (10) A plan for the transition to the Govern-

22 ment of Iraq the responsibility for funding for sti-

23 pends for any fiscal year after fiscal year 2020.

24     (11) A description of how attacks against

25 United States or coalition personnel are being miti-

WASHSTATEC012197

1097

1 gated, statistics on any such attacks, including

2 "green-on-blue" attacks.

3     (12) A list of the forces or elements of forces

4 that are restricted from receiving assistance under

5 subsection (a) of such section 1236, other than the

6 forces or elements of forces with respect to which

7 the Secretary of Defense has exercised the waiver

8 authority under subsection (j) of such section 1236,

9 as a result of vetting required by subsection (e) of

10 such section 1236 or by section 362 of title 10,

11 United States Code, and a detailed description of

12 the reasons for such restriction, including for each

13 force or element, as applicable, the following:

14     (A) Information relating to gross violation

15     of human rights committed by such force or ele-

16     ment, including the time-frame of the alleged

17     violation.

18     (B) The source of the information de-

19     scribed in subparagraph (A) and an assessment

20     of the veracity of the information.

21     (C) The association of such force or ele-

22     ment with terrorist groups or groups associated

23     with the Government of Iran.

WASHSTATEC012198

1098

1        (D) The amount and type of any assist-
2    ance provided to such force or element by the
3    Government of Iran.

4    (b) FUNDING.—Subsection (g) of section 1236 of the
5 Carl Levin and Howard P. "Buck" McKeon National De-
6 fense Authorization Act for Fiscal Year 2015 (Public Law
7 113–291; 128 Stat. 3558) is amended—

8        (1) by striking "fiscal year 2019" and inserting
9    "fiscal year 2020"; and

10       (2) by striking "$850,000,000" and inserting
11   "$645,000,000".

12   (c) CLARIFICATION WITH RESPECT TO SCOPE OF
13 AUTHORITY.—

14       (1) IN GENERAL.—Subsection (j)(2) of such
15   section 1236 is amended to read as follows:

16       "(2) SCOPE OF ASSISTANCE AUTHORITY.—Not-
17   withstanding paragraph (1), the authority granted
18   by subsection (a) may only be exercised in consulta-
19   tion with the Government of Iraq.".

20       (2) TECHNICAL CORRECTION.—The heading of
21   subsection (j) of such section 1236 is amended by
22   inserting "; SCOPE" after "AUTHORITY".

23   (d) TECHNICAL CORRECTION.—Subsection (c) of
24 such section 1236 is amended in the matter preceding

WASHSTATEC012199

1099

1 paragraph (1) by striking "subsection (a)(1)" and insert-

2 ing "subsection (b)(1)(A)".

3     (e) ADDITIONAL TECHNICAL CORRECTION.—Effec-

4 tive as of December 12, 2017, and as if included therein

5 as enacted, section 1222 of the National Defense Author-

6 ization Act for Fiscal Year 2018 (Public Law 115–91; 131

7 Stat. 1651) is amended—

8     (1) by striking subsection (b); and

9     (2) by striking subsection (c)(3).

10 **SEC. 1222. EXTENSION AND MODIFICATION OF AUTHORITY**

11         **TO PROVIDE ASSISTANCE TO VETTED SYRIAN**

12         **GROUPS AND INDIVIDUALS.**

13     (a) EXTENSION AND MODIFICATION.—Section 1209

14 of the Carl Levin and Howard P. "Buck" McKeon Na-

15 tional Defense Authorization Act for Fiscal Year 2015

16 (Public Law 113–291; 128 Stat. 3559) is amended as fol-

17 lows:

18     (1) In subsection (a)—

19         (A) in the matter preceding paragraph (1),

20         by striking "with a cost" and all that follows

21         through "through December 31, 2019" and in-

22         serting "and sustainment to appropriately vet-

23         ted Syrian groups and individuals through De-

24         cember 31, 2020"; and

WASHSTATEC012200

1100

1       (B) by striking paragraphs (1) through (3)

2   and inserting the following:

3       "(1) Defending the Syrian people from attacks

4   by the Islamic State of Iraq and Syria.

5       "(2) Securing territory formerly controlled by

6   the Islamic State of Iraq and Syria.

7       "(3) Protecting the United States and its part-

8   ners and allies from the threats posed by the Islamic

9   State of Iraq and Syria, al Qaeda, and associated

10   forces in Syria.

11       "(4) Providing appropriate support to vetted

12   Syrian groups and individuals to conduct temporary

13   and humane detention and repatriation of Islamic

14   State of Iraq and Syria foreign terrorist fighters in

15   accordance with all laws and obligations related to

16   the conduct of such operations, including, as applica-

17   ble—

18           "(A) the law of armed conflict;

19           "(B) internationally recognized human

20       rights;

21           "(C) the principle of non-refoulement;

22           "(D) the Convention Against Torture and

23       Other Cruel, Inhuman or Degrading Treatment

24       or Punishment (done at New York on Decem-

25       ber 10, 1984); and

WASHSTATEC012201

1101

1     ''(E) the United Nations Convention Relat-
2     ing to the Status of Refugees, done at Geneva
3     July 28, 1951 (as made applicable by the Pro-
4     tocol Relating to the Status of Refugees, done
5     at New York January 31, 1967 (19 UST
6     6223)).''.

7     (2) By amending subsection (b) to read as fol-
8     lows:

9     ''(b) NOTICE BEFORE PROVISION OF ASSISTANCE.—

10     ''(1) IN GENERAL.—In accordance with the re-
11     quirements under paragraph (2), the Secretary of
12     Defense shall notify the congressional defense com-
13     mittees in writing of the use of the relevant author-
14     ity to provide assistance and include the following:

15     ''(A) The requirements and process used to
16     determine appropriately vetted recipients.

17     ''(B) The mechanisms and procedures that
18     will be used to monitor and report to the appro-
19     priate congressional committees and leadership
20     of the House of Representatives and Senate on
21     unauthorized end-use of provided training and
22     equipment or other violations of relevant law by
23     appropriately vetted recipients.

WASHSTATEC012202

1102

1    ''(C) The amount, type, and purpose of as-

2 sistance to be funded and the recipient of the

3 assistance.

4    ''(D) The goals and objectives of the as-

5 sistance.

6    ''(E) The number and role of United

7 States Armed Forces personnel involved.

8    ''(F) Any other relevant details.

9  ''(2) TIMING OF REQUIRED NOTICE.—A notice

10 described in paragraph (1) shall be required—

11    ''(A) not later than 15 days before the ex-

12 penditure of each 10-percent increment of the

13 amount made available in fiscal year 2019 or

14 fiscal year 2020 to carry out the authorization

15 in this section; or

16    ''(B) not later than 48 hours after such an

17 expenditure, if the Secretary determines that

18 extraordinary circumstances that affect the na-

19 tional security of the United States exist.''.

20  (3) By amending subsection (c) to read as fol-

21 lows:

22 ''(c) FORM.—The notifications required under sub-

23 section (b) shall be submitted in unclassified form but may

24 include a classified annex.''.

WASHSTATEC012203

1103

1    (4) By amending subsection (d) to read as fol-

2    lows:

3    "(d) QUARTERLY PROGRESS REPORTS.—

4    "(1) IN GENERAL.—Beginning on January 15,

5    2020, and every 90 days thereafter, the Secretary of

6    Defense, in coordination with the Secretary of State,

7    shall submit to the appropriate congressional com-

8    mittees and leadership of the House of Representa-

9    tives and the Senate a progress report.

10    "(2) MATTERS TO BE INCLUDED.—Each

11    progress report under paragraph (1) shall include,

12    based on the most recent quarterly information, the

13    following:

14    "(A) A description of the appropriately

15    vetted recipients receiving assistance under sub-

16    section (a), including a description of their geo-

17    graphical locations, demographic profiles, polit-

18    ical affiliations, and current capabilities.

19    "(B) A description of training, equipment,

20    supplies, stipends, and other support provided

21    to appropriately vetted recipients under sub-

22    section (a) and a statement of the amount of

23    funds expended for such purposes during the

24    period covered by the report.

WASHSTATEC012204

1104

1    "(C) Any misuse or loss of provided train-
2    ing and equipment and how such misuse or loss
3    is being mitigated.

4        "(D) An assessment of the recruitment,
5    throughput, and retention rates of appropriately
6    vetted recipients.

7        "(E) An assessment of the operational ef-
8    fectiveness of appropriately vetted recipients in
9    meeting the purposes specified in subsection
10   (a).

11       "(F) A description of the current and
12   planned posture of United States forces and the
13   planned level of engagement by such forces with
14   appropriately vetted recipients, including the
15   oversight of equipment provided under this sec-
16   tion and the activities conducted by such appro-
17   priately vetted recipients.

18       "(G) A detailed explanation of the relation-
19   ship between appropriately vetted recipients and
20   civilian governance authorities, including a de-
21   scription of efforts to ensure appropriately vet-
22   ted recipients are subject to the control of com-
23   petent civilian authorities.

24       "(H) A description of United States Gov-
25   ernment stabilization objectives and activities

WASHSTATEC012205

1105

1 carried out in areas formerly controlled by the
2 Islamic State of Iraq and Syria, including sig-
3 nificant projects and funding associated with
4 such projects.

5 "(I) A description of coalition contribu-
6 tions to the purposes specified in subsection (a)
7 and other related stabilization activities.

8 "(J) With respect to Islamic State of Iraq
9 and Syria foreign terrorist fighters—

10 "(i) an estimate of the number of
11 such individuals being detained by appro-
12 priately vetted Syrian groups and individ-
13 uals;

14 "(ii) an estimate of the number of
15 such individuals that have been repatriated
16 and the countries to which such individuals
17 have been repatriated; and

18 "(iii) a description of United States
19 Government support provided to facilitate
20 the repatriation of such individuals.

21 "(I) An assessment of the extent
22 to which appropriately vetted Syrian
23 groups and individuals have enabled
24 progress toward establishing inclusive,
25 representative, accountable, and civil-

WASHSTATEC012206

1106

1          ian-led governance and security struc-

2          tures in territories liberated from the

3          Islamic State of Iraq and Syria.''.

4     (5) In subsection (e)(1)(A), by striking ''in-

5 clude,'' and all that follows through ''(ISIL)'' and

6 inserting ''include the Islamic State of Iraq and

7 Syria''.

8     (6) By striking subsection (f) and inserting the

9 following:

10   ''(f) RESTRICTION ON SCOPE OF ASSISTANCE IN THE

11 FORM OF WEAPONS.—

12     ''(1) IN GENERAL.—The Secretary may only

13 provide assistance in the form of weapons pursuant

14 to the authority under subsection (a) if such weap-

15 ons are small arms or light weapons.

16     ''(2) WAIVER.—The Secretary may waive the

17 restriction under paragraph (1) upon certification to

18 the appropriate congressional committees that such

19 provision of law would (but for the waiver) impede

20 national security objectives of the United States by

21 prohibiting, restricting, delaying, or otherwise lim-

22 iting the provision of assistance.''.

23     (5) In subsection (g)—

24         (A) by inserting '', at the end of the 15-

25          day period beginning on the date the Secretary

WASHSTATEC012207

1107

1         notifies the congressional defense committees of

2         the amount, source, and intended purpose of

3         such contributions'' after ''as authorized by this

4         section''; and

5                (B) by striking ''operation and mainte-

6         nance accounts'' and all that follows through

7         the end of the subsection and inserting ''ac-

8         counts.''.

9         (6) By amending subsection (l) to read as fol-

10    lows:

11    ''(l) LIMITATION ON COST OF CONSTRUCTION AND

12    REPAIR PROJECTS.—

13         ''(1) IN GENERAL.—The cost of construction

14         and repair projects carried out under this section

15         may not exceed, in any fiscal year—

16                ''(A) $4,000,000 per project; or

17                ''(B) $20,000,000 in the aggregate.

18         ''(2) FOREIGN CONTRIBUTIONS.—The limita-

19         tion under paragraph (1) shall not apply to the ex-

20         penditure of foreign contributions in excess of the

21         per-project or aggregate limitation set forth in that

22         paragraph.''.

23    (b) AVAILABILITY OF AUTHORITY.—Not more than

24    10 percent of the funds authorized to be appropriated for

25    the Department of Defense for activities under the author-

WASHSTATEC012208

1108

1 ity provided by section 1209 of the Carl Levin and How-

2 ard P. "Buck" McKeon National Defense Authorization

3 Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat.

4 3559), as amended by subsection (a) of this section, may

5 be obligated or expended until the first quarterly report

6 required to be submitted pursuant to subsection (d) of

7 such section 1209 (as so amended) has been submitted

8 to the appropriate congressional committees and leader-

9 ship in accordance with such subsection.

**SEC. 1223. MODIFICATION OF AUTHORITY TO SUPPORT OP-**

**ERATIONS AND ACTIVITIES OF THE OFFICE**

**OF SECURITY COOPERATION IN IRAQ.**

13 (a) MODIFICATION.—Section 1215 of the National

14 Defense Authorization Act for Fiscal Year 2012 (10

15 U.S.C. 113 note) is amended as follows:

16 (1) AUTHORITY.—By amending subsection (a)

17 to read as follows:

18 "(a) AUTHORITY.—The Secretary of Defense may

19 support United States Government security cooperation

20 activities in Iraq by providing funds for the operations and

21 activities of the Office of Security Cooperation in Iraq.".

22 (2) TYPES OF SUPPORT.—In subsection (b)—

23 (A) by striking the comma after "life sup-

24 port" and inserting "and"; and

WASHSTATEC012209

1109

1    (B) by striking ", and construction and

2    renovation of facilities".

3    (3) LIMITATION ON AMOUNT.—In subsection

4    (c)—

5    (A) by striking "fiscal year 2019" and in-

6    serting "fiscal year 2020"; and

7    (B) by striking "$45,300,000" and insert-

8    ing "$30,000,000".

9    (4) SOURCE OF FUNDS.—In subsection (d), by

10   striking "fiscal year 2019" and inserting "fiscal year

11   2020".

12   (5) COVERAGE OF COSTS OF THE OFFICE OF

13   SECURITY COOPERATION IN IRAQ.—In subsection

14   (e)—

15   (A) in the heading, by striking "OF

16   OSCI";

17   (B) by inserting "appropriate administra-

18   tive charges" after "includes" and

19   (C) by striking ", charges sufficient to re-

20   cover" and all that follows through "with such

21   sale".

22   (6) ADDITIONAL AUTHORITY.—In subsection

23   (f), by adding at the end the following new para-

24   graph:

WASHSTATEC012210

1110

1      "(3) SUNSET.—The authority provided in this
2      subsection shall terminate on the date that is 90
3      days after the date of the enactment of the National
4      Defense Authorization Act for Fiscal Year 2020.".

5      (7) REPORTS.—In subsection (g)—

6           (A) in paragraph (1), by striking "Sep-
7           tember 30, 2015" and inserting "September 30,
8           2020"; and

9           (B) in paragraph (2)—

10               (i) by striking "current" each place it
11               appears;

12               (ii) in subparagraph (A), by striking
13               "Iraq, including" and inserting "Iraq that
14               also addresses";

15               (iii) in subparagraph (B), by striking
16               "the programs conducted" and all that fol-
17               lows through "will address" and inserting
18               "United States security assistance and se-
19               curity cooperation activities are intended to
20               address"; and

21               (iv) by amending subparagraph (F) to
22               read as follows:

23           "(F) An evaluation of the effectiveness of
24           United States efforts to promote respect for

WASHSTATEC012211

1111

1   human rights, military professionalism, and re-

2   spect for legitimate civilian authority in Iraq.''.

3 (b) LIMITATION ON AVAILABILITY OF FUNDS.—Such

4 section 1215 is further amended by adding at the end the

5 following:

6  ''(h) LIMITATION ON AVAILABILITY OF FUNDS.—Of

7 the amount made available for fiscal year 2020 to carry

8 out section 1215 of the National Defense Authorization

9 Act for Fiscal Year 2012, not more than $20,000,000 may

10 be obligated or expended for the Office of Security Co-

11 operation in Iraq until the date on which the Secretary

12 of Defense certifies to the congressional defense commit-

13 tees, the Committee on Foreign Affairs of the House of

14 Representatives, and the Committee on Foreign Relations

15 of the Senate, that each of the following reforms relating

16 to that Office has been completed:

17   ''(1) The appointment of a Senior Defense Offi-

18   cial/Defense Attache to oversee the Office.

19   ''(2) The development of a staffing plan to reor-

20   ganize the Office in a manner similar to that of

21   other security cooperation offices in the region that

22   emphasizes the placement of personnel with regional

23   or security cooperation expertise in key leadership

24   positions and closes duplicative or extraneous sec-

25   tions.

WASHSTATEC012212

1112

1  ''(3) The initiation of bilateral engagement with

2  the Government of Iraq with the objective of estab-

3  lishing a joint mechanism for security assistance

4  planning, including a five-year security assistance

5  roadmap for developing sustainable military capacity

6  and capabilities and enabling defense institution

7  building and reform.''.

8  **SEC. 1224. ESTABLISHING A COORDINATOR FOR DETAINED**

9  **ISIS MEMBERS AND RELEVANT DISPLACED**

10  **POPULATIONS IN SYRIA.**

11  (a) IN GENERAL.—Not later than 60 days after the

12  date of the enactment of this Act, the President, in con-

13  sultation with the Secretary of Defense, the Secretary of

14  State, the Director of National Intelligence, the Secretary

15  of the Treasury, and the Attorney General, shall submit

16  to the appropriate committees of Congress a report identi-

17  fying whether a senior-level coordinator exists on all mat-

18  ters for the United States Government relating to ISIS

19  members who are in Syrian Democratic Forces custody,

20  including with respect to—

21  (1) the long-term disposition of such ISIS mem-

22  bers, including in all matters in connection with—

23  (A) repatriation, transfer, prosecution, and

24  intelligence-gathering;

WASHSTATEC012213

1113

1               (B) all multilateral and international en-

2          gagements led by the Department of State and

3          other agencies that are related to the current

4          and future handling, detention, and prosecution

5          of such ISIS members, including with the Inter-

6          national Criminal Police Organization; and

7               (C) coordinating the provision of technical

8          and evidentiary assistance to foreign countries

9          to aid in the successful prosecution of such

10        ISIS members, as appropriate, in accordance

11        with international humanitarian law and other

12        internationally recognized human rights and

13        rule of law standards; and

14        (2) all multilateral and international engage-

15        ments related to the humanitarian access, provision

16        of basic services, freedom of movement, security and

17        safe return of internally displaced persons and refu-

18        gees at camps or facilities in Syria that hold family

19        members of such ISIS members.

20        (b) DESIGNATION.—If the President is unable to

21  identify a senior-level coordinator for all matters described

22  in subsection (a), the President, in consultation with the

23  Secretary of Defense, the Secretary of State, the Director

24  of National Intelligence, the Secretary of the Treasury,

25  and the Attorney General, shall designate an existing offi-

WASHSTATEC012214

1114

1 cial within the executive branch to serve as senior-level co-

2 ordinator to coordinate, in conjunction with other relevant

3 agencies, all matters described in such subsection.

4    (c) RETENTION OF AUTHORITY.—The appointment

5 of a senior-level coordinator pursuant to subsection (b)

6 shall not deprive any agency of any authority to independ-

7 ently perform functions of that agency.

8    (d) ANNUAL REPORT.—

9       (1) IN GENERAL.—Not later than 180 days

10      after the date of the enactment of this Act, and not

11      less frequently than once each year thereafter

12      through January 31, 2021, the individual designated

13      under subsection (b) shall submit to the appropriate

14      committees of Congress a detailed report regarding

15      the following detained ISIS members:

16         (A) Alexanda Kotey.

17         (B) El Shafee Elsheikh.

18         (C) Aine Lesley Davis.

19         (D) Umm Sayyaf.

20         (E) Any other high-value detained ISIS

21        member that the coordinator reasonably deter-

22        mines to be subject to criminal prosecution.

23       (2) ELEMENTS.—The report under paragraph

24      (1) shall include, at a minimum, the following:

WASHSTATEC012215

1115

1   (A) A detailed description of the facilities

2   where detained ISIS members described in

3   paragraph (1) are being held, including security

4   and management of such facilities and adher-

5   ence to international humanitarian law stand-

6   ards.

7   (B) An analysis of all United States efforts

8   to prosecute detained ISIS members described

9   in paragraph (1) and the outcomes of such ef-

10  forts. Any information, the disclosure of which

11  may violate Department of Justice policy or

12  law, relating to a prosecution or investigation

13  may be withheld from a report under paragraph

14  (1).

15  (C) A detailed description of any option to

16  expedite prosecution of any detained ISIS mem-

17  ber described in paragraph (1), including in a

18  court of competent jurisdiction outside of the

19  United States.

20  (D) An analysis of factors on the ground

21  in Syria and Iraq that may result in the unin-

22  tended release of detained ISIS members de-

23  scribed in paragraph (1), and an assessment of

24  any measures available to mitigate such re-

25  leases.

WASHSTATEC012216

1116

1  (E) A detailed description of efforts to co-
2  ordinate the disposition and security of detained
3  ISIS members described in paragraph (1) with
4  other countries and international organizations,
5  including the International Criminal Police Or-
6  ganization, to ensure secure chains of custody
7  and locations of such ISIS members.

8  (F) An analysis of the manner in which
9  the United States Government communicates
10  on such proposals and efforts to the families of
11  United States citizens believed to be a victim of
12  a criminal act by a detained ISIS member.

13  (G) An analysis of all efforts between the
14  United States and partner countries within the
15  Global Coalition to Defeat ISIS or other coun-
16  tries to share intelligence or evidence that may
17  aid in the prosecution of ISIS members, and
18  any legal obstacles that may hinder such ef-
19  forts.

20  (H) A description of all multilateral and
21  international engagements related to the hu-
22  manitarian access and provision of basic serv-
23  ices to and freedom of movement and security
24  and safe return of internally displaced persons
25  and refugees at camps or facilities in Iraq,

WASHSTATEC012217

1117

1     Syria, or any other area affected by ISIS activ-

2     ity, including—

3          (i) any current or future potential

4          threats to United States national security

5          interests emanating from such individuals

6          (including an analysis of the Al-Hol camp

7          and annexes); and

8          (ii) United States Government plans

9          and strategies to respond to any such

10         threats.

11     (3) FORM.—The report under paragraph (1)

12    shall be submitted in unclassified form, but may in-

13    clude a classified annex.

14    (e) SUNSET.—The requirements under this section

15 shall sunset on January 31, 2021.

16    (f) DEFINITIONS.—In this section:

17    (1) APPROPRIATE COMMITTEES OF CON-

18    GRESS.—The term "appropriate committees of Con-

19    gress" means—

20          (A) the Committee on Armed Services, the

21          Committee on Foreign Relations, the Com-

22          mittee on the Judiciary, the Committee on

23          Banking, Housing, and Urban Affairs, the Se-

24          lect Committee on Intelligence, and the Com-

25          mittee on Appropriations of the Senate; and

WASHSTATEC012218

1118

(B) the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on the Judiciary, Committee on Financial Services, the Permanent Select Committee on Intelligence, and the Committee on Appropriations of the House of Representatives.

(2) ISIS MEMBER.—The term "ISIS member" means a person who was part of, or substantially supported, the Islamic State of Iraq and Syria.

## SEC. 1225. REPORT ON LESSONS LEARNED FROM EFFORTS TO LIBERATE MOSUL AND RAQQAH FROM CONTROL OF THE ISLAMIC STATE OF IRAQ AND SYRIA.

(a) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on lessons learned from coalition operations to liberate Mosul, Iraq, and Raqqah, Syria, from control of the Islamic State of Iraq and Syria (ISIS).

(b) ELEMENTS.—The report required by subsection (a) shall include a description of lessons learned in connection with each of the following:

(1) Combat in densely populated urban environments.

WASHSTATEC012219

1119

1     (2) Enablement of partner forces, including

2 unique aspects of conducting combined operations

3 with regular and irregular forces.

4     (3) Advise, assist, and accompany efforts, in-

5 cluding such efforts conducted remotely.

6     (4) Integration of United States general pur-

7 pose and special operations forces.

8     (5) Integration of United States and inter-

9 national forces.

10     (6) Irregular and unconventional warfare ap-

11 proaches, including the application of training and

12 doctrine by special operations and general purpose

13 forces.

14     (7) Use of command, control, communications,

15 computer, intelligence, surveillance, and reconnais-

16 sance systems and techniques.

17     (8) Logistics.

18     (9) Information operations.

19     (10) Targeting and weaponeering, including ef-

20 forts to avoid civilian casualties and other collateral

21 damage.

22     (11) Facilitation of flows of internally displaced

23 people and humanitarian assistance.

WASHSTATEC012220

1120

1   (12) Such other matters as the Secretary con-
2   siders appropriate and could benefit training, doc-
3   trine, and resourcing of future operations.

4   (c) FORM.—The report required by subsection (a)
5   shall be submitted in unclassified form, but may include
6   a classified annex.

7   **SEC. 1226. EXPANSION OF AVAILABILITY OF FINANCIAL AS-**
8   **SETS OF IRAN TO VICTIMS OF TERRORISM.**

9   Section 502 of the Iran Threat Reduction and Syria
10  Human Rights Act of 2012 (22 U.S.C. 8772) is amend-
11  ed—

12  (1) in subsection (a)(1)—

13  (A) in subparagraph (A), by striking "in
14  the United States" and inserting "by or";

15  (B) in subparagraph (B), by inserting ",
16  or an asset that would be blocked if the asset
17  were located in the United States," after
18  "unblocked)"; and

19  (C) in the flush text at the end—

20  (i) by inserting after "in aid of execu-
21  tion" the following: ", or to an order di-
22  recting that the asset be brought to the
23  State in which the court is located and
24  subsequently to execution or attachment in
25  aid of execution,"; and

WASHSTATEC012221

1            (ii) by inserting '', without regard to

2            concerns relating to international comity''

3            after ''resources for such an act''; and

4         (2) in subsection (b)—

5            (A) by striking ''that are identified'' and

6            inserting the following: ''that are—

7            ''(1) identified'';

8            (B) by striking the period at the end and

9            inserting ''; and''; and

10            (C) by adding at the end the following:

11       ''(2) identified in and the subject of proceedings

12 in the United States District Court for the Southern

13 District of New York in Peterson et al. v. Islamic

14 Republic of Iran et al., Case No. 13 Civ. 9195

15 (LAP).''.

## SEC. 1227. REPORT ON THE STATUS OF DECONFLICTION CHANNELS WITH IRAN.

18     (a) IN GENERAL.—Not later than 30 days after the

19 date of enactment of this Act, the President shall submit

20 to Congress a report on the status of deconfliction chan-

21 nels with Iran.

22     (b) MATTERS TO BE INCLUDED.—The report re-

23 quired by subsection (a) shall include the following:

24         (1) The status of United States diplomatic

25         deconfliction channels with Iran to prevent mis-

WASHSTATEC012222

1122

1    calculation, define ambiguities, and correct mis-

2    understandings that could otherwise lead to unin-

3    tended consequences, including unnecessary or

4    harmful military activity.

5        (2) The status of United States military-to-mili-

6    tary deconfliction channels with Iran to prevent mili-

7    tary and diplomatic miscalculation.

8        (3) An analysis of the need and rationale for bi-

9    lateral and multilateral deconfliction channels, in-

10    cluding an assessment of recent United States expe-

11    rience with such channels of communication with

12    Iran.

**13 SEC. 1228. PROHIBITION ON PROVISION OF WEAPONS AND**

**14          OTHER FORMS OF SUPPORT TO CERTAIN OR-**

**15          GANIZATIONS.**

16        None of the funds authorized to be appropriated by

17 this Act or otherwise made available for the Department

18 of Defense for fiscal year 2020 may be used to knowingly

19 provide weapons or any other form of support to Al Qaeda,

20 the Islamic State of Iraq and Syria (ISIS), Jabhat Fateh

21 al Sham, Hamas, Hizballah, Palestine Islamic Jihad, al-

22 Shabaab, Islamic Revolutionary Guard Corps, or any indi-

23 vidual or group affiliated with any such organization.

WASHSTATEC012223

1123

# Subtitle D—Matters Relating to the Russian Federation

**SEC. 1231. EXTENSION OF LIMITATION ON MILITARY CO-OPERATION BETWEEN THE UNITED STATES AND RUSSIA.**

Section 1232(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2488), is amended by striking "or 2019" and inserting ", 2019, or 2020".

**SEC. 1232. PROHIBITION ON AVAILABILITY OF FUNDS RELATING TO SOVEREIGNTY OF RUSSIA OVER CRIMEA.**

(a) PROHIBITION.—None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended to implement any activity that recognizes the sovereignty of Russia over Crimea.

(b) WAIVER.—The Secretary of Defense, with the concurrence of the Secretary of State, may waive the prohibition under subsection (a) if the Secretary of Defense—

(1) determines that a waiver is in the national security interest of the United States; and

(2) on the date on which the waiver is invoked, submits a notification of the waiver and a justification of the reason for seeking the waiver to—

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012224

1124

1     (A) the Committee on Armed Services and

2     the Committee on Foreign Relations of the Sen-

3     ate; and

4     (B) the Committee on Armed Services and

5     the Committee on Foreign Affairs of the House

6     of Representatives.

7 **SEC. 1233. SENSE OF CONGRESS ON UPDATING AND MOD-**

8     **ERNIZING EXISTING AGREEMENTS TO AVERT**

9     **MISCALCULATION BETWEEN THE UNITED**

10     **STATES AND RUSSIA.**

11     It is the sense of Congress that—

12     (1) conventional arms control and confidence

13     and security building measures have played an im-

14     portant role in helping to increase military trans-

15     parency and reduce the risk of miscalculation;

16     (2) Russia's violations of the sovereignty and

17     territorial integrity of Georgia and Ukraine, and

18     Russia's ongoing destabilizing and aggressive behav-

19     ior, has undermined peace, security, and stability in

20     Europe and beyond;

21     (3) Russia's unilateral suspension and violation

22     of the Treaty on Conventional Armed Forces in Eu-

23     rope, done at Vienna November 19, 1990, and en-

24     tered into force November 9, 1992, and selective im-

25     plementation of the Vienna Document of the Organi-

WASHSTATEC012225

1125

1 zation for Security and Cooperation in Europe 2011

2 have contributed to a greater risk of miscalculation;

3     (4) Russia's unsafe and unprofessional inter-

4 actions with United States aircraft and vessels—

5         (A) are contrary to the spirit of—

6             (i) the Agreement Between the Gov-

7 ernment of the United States and the Gov-

8 ernment of the Union of Soviet Socialist

9 Republics on the Prevention of Incidents

10 On and Over the High Seas, done at Mos-

11 cow May 25, 1972, and entered into force

12 May 25, 1972; and

13             (ii) the Agreement on the Prevention

14 of Dangerous Military Activities Agree-

15 ment, done at Moscow June 12, 1989, and

16 entered into force January 1, 1990; and

17         (B) erode military transparency, predict-

18 ability, and trust;

19     (5) the United States remains committed to up-

20 holding its current treaty obligations and commit-

21 ments with respect to conventional arms control and

22 confidence and security building measures; and

23     (6) the Secretary of Defense and the Secretary

24 of State should explore options, as practicable, for

25 updated or new frameworks for increasing military

WASHSTATEC012226

1126

1   transparency, stability, and reducing the risk of mis-

2   calculation, including through enhanced diplomatic

3   engagement and military-to-military dialogue.

**SEC. 1234. UNITED STATES PARTICIPATION IN OPEN SKIES**

**TREATY.**

6   (a) NOTIFICATION REQUIRED.—Not later than 120

7   days before the provision of notice of intent to withdraw

8   the United States from the Open Skies Treaty to either

9   treaty depository pursuant to Article XV of the Treaty,

10  the Secretary of Defense and the Secretary of State shall

11  jointly submit to the congressional defense committees, the

12  Committee on Foreign Affairs of the House of Representa-

13  tives, and the Committee on Foreign Relations of the Sen-

14  ate a notification that—

15      (1) such withdrawal is in the best interests of

16      the United States national security; and

17      (2) the other state parties to the Treaty have

18      been consulted with respect to such withdrawal.

19  (b) REPEAL OF LIMITATION ON USE OF FUNDS TO

20  VOTE TO APPROVE OR OTHERWISE ADOPT ANY IMPLE-

21  MENTING DECISION OF THE OPEN SKIES CONSULTATIVE

22  COMMISSION AND MODIFICATIONS TO REPORT.—

23      (1) IN GENERAL.—Section 1236 of the Na-

24      tional Defense Authorization Act for Fiscal Year

1127

1  2017 (Public Law 114–328; 130 Stat. 2491) is

2  amended—

3        (A) by striking subsections (a) and (b);

4     and

5        (B) by redesignating subsections (c), (d),

6     (e), and (f) as subsections (a), (b), (c), and (d),

7     respectively.

8     (2) MODIFICATIONS TO REPORT.—Subsection

9  (a) of such section, as so redesignated, is amended—

10        (A) in the heading, by striking "Quarterly"

11     and inserting "Annual";

12        (B) in paragraph (1)—

13           (i) by inserting "the Secretary of

14        State," before "the Secretary of Energy";

15           (ii) by striking "quarterly basis" and

16        inserting "annual basis";

17           (iii) by striking "by the Russian Fed-

18        eration over the United States" and insert-

19        ing "by all parties to the Open Skies Trea-

20        ty, including the United States, under the

21        Treaty"; and

22           (iv) by striking "calendar quarter"

23        and inserting "preceding calendar year";

24        and

WASHSTATEC012228

1128

1      (C) in paragraph (2), by striking subpara-

2    graphs (B), (C), and (D) and inserting the fol-

3    lowing:

4        ''(B) In the case of an observation flight

5    by the United States, including an observation

6    flight over the territory of Russia—

7            ''(i) an analysis of data collected that

8        supports United States intelligence and

9        military collection goals; and

10          ''(ii) an assessment of data collected

11        regarding military activity that could not

12        be collected through other means.

13        ''(C) In the case of an observation flight

14    over the territory of the United States—

15          ''(i) an analysis of whether and the

16        extent to which any United States critical

17        infrastructure was the subject of image

18        capture activities of such observation

19        flight;

20          ''(ii) an estimate for the mitigation

21        costs imposed on the Department of De-

22        fense or other United States Government

23        agencies by such observation flight; and

24          ''(iii) an assessment of how such in-

25        formation is used by the parties conducting

WASHSTATEC012229

G:\CMTE\AS\20\C\ASCR20.XML

1129

1    the observation flight, for what purpose,

2    and how the information fits into the over-

3    all collection posture.''.

4    (3) FORM.—Subsection (c) of such section, as

5    so redesignated, is amended by striking ''certifi-

6    cation, report, and notice'' and inserting ''report''.

7    (4) DEFINITIONS.—Subsection (d) of such sec-

8    tion, as so redesignated, is amended—

9        (A) by striking paragraphs (3) and (6);

10       and

11       (B) by redesignating paragraphs (4), (5),

12       and (7) as paragraphs (3), (4), and (5), respec-

13       tively.

14   (c) OPEN SKIES: IMPLEMENTATION PLAN.—Section

15   1235(a) of the National Defense Authorization Act for

16   Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1660)

17   is amended—

18       (1) in paragraph (1)—

19           (A) by striking ''during such fiscal year''

20           and inserting ''during a calendar year''; and

21           (B) by striking ''the President submits''

22           and all that follows and inserting ''the Sec-

23           retary of Defense provides to the appropriate

24           congressional committees a report on a plan de-

WASHSTATEC012230

1130

1      scribed in paragraph (2) with respect to such

2      calendar year.'';

3      (2) in paragraph (2), by striking ''such fiscal

4      year'' and inserting ''such calendar year''; and

5      (3) in paragraph (3), by striking ''a fiscal year

6      and submit the updated plan'' and inserting ''a cal-

7      endar year and provide a report on the updated

8      plan''.

9      (d) DEFINITION OF OPEN SKIES TREATY; TREA-

10 TY.—In this section, the term ''Open Skies Treaty'' or

11 ''Treaty'' means the Treaty on Open Skies, done at Hel-

12 sinki March 24, 1992, and entered into force January 1,

13 2002.

14 **SEC. 1235. MODIFICATIONS OF BRIEFING, NOTIFICATION,**

15          **AND REPORTING REQUIREMENTS RELATING**

16          **TO NON-COMPLIANCE BY THE RUSSIAN FED-**

17          **ERATION WITH ITS OBLIGATIONS UNDER THE**

18          **INF TREATY.**

19      (a) BRIEFING REQUIREMENT.—Section 1244(d) of

20 the Carl Levin and Howard P. ''Buck'' McKeon National

21 Defense Authorization Act for Fiscal Year 2015 (Public

22 Law 113–291; 128 Stat. 3565; 22 U.S.C. 2593a note) is

23 amended—

24      (1) by striking ''At the time'' and inserting the

25      following:

WASHSTATEC012231

1131

1       ''(1) IN GENERAL.—At the time''; and

2       (2) by adding at the end the following new

3   paragraph:

4       ''(2) SUNSET.—The briefing requirement under

5   paragraph (1) shall be in effect so long as the INF

6   Treaty remains in force.''.

7       (b) NOTIFICATION REQUIREMENT RELATING TO CO-

8   ORDINATION WITH ALLIES.—Section 1243(c) of the Na-

9   tional Defense Authorization Act for Fiscal Year 2016

10  (Public Law 114–92; 129 Stat. 1601) is amended by add-

11  ing at the end the following new paragraph:

12      ''(3) SUNSET.—The notification requirement

13      under paragraph (1) shall be in effect so long as the

14      INF Treaty remains in force.''.

15      (c) NOTIFICATION REQUIREMENT RELATING TO DE-

16  VELOPMENT, DEPLOYMENT, OR TEST OF A SYSTEM IN-

17  CONSISTENT WITH INF TREATY.—Section 1244(a) of the

18  National Defense Authorization Act for Fiscal Year 2018

19  (Public Law 115–91; 131 Stat. 1673; 22 U.S.C. 2593a

20  note) is amended by adding at the end the following new

21  paragraph:

22      ''(3) SUNSET.—The notification requirement

23      under paragraph (1) shall be in effect so long as the

24      INF Treaty remains in force.''.

WASHSTATEC012232

1132

1  (d) REPORTING REQUIREMENT UNDER UKRAINE

2 FREEDOM SUPPORT ACT OF 2014.—Section 10(c) of the

3 Ukraine Freedom Support Act of 2014 (22 U.S.C. 8929)

4 is amended by adding at the end the following new para-

5 graph:

6  "(3) SUNSET.—The reporting requirement

7  under paragraph (1) shall be in effect so long as the

8  INF Treaty remains in force.".

9 **SEC. 1236. REPORT ON TREATIES RELATING TO NUCLEAR**

10  **ARMS CONTROL.**

11  (a) FINDINGS.—Congress finds the following:

12  (1) On October 24, 2018, the House Committee

13  on Armed Services and House Committee on For-

14  eign Affairs wrote to the Secretary of Defense re-

15  questing information regarding the Administration's

16  policies and strategies related to nuclear arms con-

17  trol.

18  (2) The Committees did not receive the re-

19  quested information from the Secretary of Defense.

20  (b) ASSESSMENT REQUIRED.—Not later than 120

21 days after the date of the enactment of this Act, the Sec-

22 retary of Defense, in consultation with the Secretary of

23 State and the Director of National Intelligence, shall sub-

24 mit to the Committee on Armed Services, the Permanent

25 Select Committee on Intelligence, and the Committee on

WASHSTATEC012233

1133

1 Foreign Affairs of the House of Representatives and the
2 Committee on Armed Services, the Select Committee on
3 Intelligence, and the Committee on Foreign Relations of
4 the Senate an assessment that includes each of the fol-
5 lowing:

6     (1) The implications, in terms of military threat
7     to the United States or its allies in Europe, of Rus-
8     sian deployment of intermediate-range cruise and
9     ballistic missiles without restriction.

10     (2) What new capabilities the United States
11     might need in order to pursue additional tech-
12     nologies or programs to offset such Russian capabili-
13     ties, and the costs associated with such capabilities,
14     technologies, and programs.

15     (3) An assessment of the threat to the United
16     States of Russia's strategic nuclear force in the
17     event the New START Treaty lapses.

18     (4) What measures could have been taken short
19     of withdrawal, including economic, military, and dip-
20     lomatic options, to increase pressure on Russia for
21     violating the INF Treaty.

22     (5) The status of all consultations with allies
23     pertaining to the INF Treaty and the threat posed
24     by Russian forces that are noncompliant with the
25     obligations of such treaty.

WASHSTATEC012234

1134

1     (6) The impact that Russian withdrawal from

2     the INF Treaty and the expiration of the New

3     START Treaty could have on long-term United

4     States-Russia strategic stability.

5     (c) WITHHOLDING OF FUNDS.—Until the date of the

6     submission of the assessment required by subsection (b),

7     an amount that is equal to 20 percent of the total amount

8     authorized to be appropriated to the Office of the Sec-

9     retary of Defense under the Operations and Maintenance,

10    Defense-Wide account for the travel of persons shall be

11    withheld from obligation or expenditure.

12    (d) DEFINITIONS.—In this section:

13    (1) NEW START TREATY.—The term "New

14    START Treaty" means the Treaty between the

15    United States of America and the Russian Federa-

16    tion on Measures for the Further Reduction and

17    Limitation of Strategic Offensive Arms, signed at

18    Prague April 8, 2010, and entered into force Feb-

19    ruary 5, 2011.

20    (2) INF TREATY.—The term "INF Treaty"

21    means the Treaty between the United States of

22    America and the Union of Soviet Socialist Republics

23    on the Elimination of Their Intermediate-Range and

24    Shorter-Range Missiles, signed at Washington De-

WASHSTATEC012235

1135

1    cember 8, 1987, and entered into force June 1,
2    1988.

**SEC. 1237. REPORTS RELATING TO THE NEW START TREA-**
**TY.**

5    (a) SENSE OF CONGRESS.—It is the sense of Con-
6    gress that legally binding, verifiable limits on Russian
7    strategic nuclear forces are in the national security inter-
8    est of the United States.

9    (b) PRIOR NOTIFICATION FOR WITHDRAWAL.—Not
10    later than 120 days before the provision to Russia, pursu-
11    ant to Article XIV of the New Start Treaty, of notice of
12    intent to withdraw the United States from the Treaty, the
13    Secretary of Defense and the Secretary of State shall
14    jointly submit to the congressional defense committees, the
15    Committee on Foreign Affairs of the House of Representa-
16    tives, and the Committee on Foreign Relations of the Sen-
17    ate a notification that includes a description of the ex-
18    traordinary events jeopardizing the United States' su-
19    preme interests accompanying such notice of intent to
20    withdraw in accordance with the requirements of such Ar-
21    ticle XIV.

22    (c) ASSESSMENTS FROM DIRECTOR OF NATIONAL
23    INTELLIGENCE.—

24    (1) RELATING TO EXPIRATION OF NEW START
25    TREATY.—Not later than 180 days after the date of

WASHSTATEC012236

1136

1  the enactment of this Act, the Director of National

2  Intelligence shall submit to the appropriate congres-

3  sional committees an assessment of the implications

4  of the expiration of the New START Treaty without

5  the United States and Russia having entered into a

6  new arms control agreement. The assessment shall

7  include the following elements:

8    (A) An assessment of possible changes to

9    the Russian nuclear force structure through

10   2026, if the Treaty expires in 2021 without re-

11   placement, including Russia's ability and intent

12   to deploy strategic nuclear warheads and deliv-

13   ery vehicles above the central limits of the

14   Treaty and with respect to possible future stra-

15   tegic nuclear weapons research and development

16   programs.

17   (B) An assessment of the verification and

18   transparency benefits of the Treaty and a de-

19   scription of the Treaty's impact on the United

20   States' understanding of Russia's nuclear

21   forces.

22   (C) An assessment of what actions would

23   be necessary for the United States to remediate

24   the loss of the Treaty's verification and trans-

25   parency benefits if the Treaty is not extended

WASHSTATEC012237

1137

1   and a new arms control agreement is not con-

2   cluded, and an estimate of the remedial re-

3   sources required to ensure no concomitant loss

4   of understanding of Russia's nuclear forces as

5   practicable.

6   (2) RELATING TO RUSSIA'S WILLINGNESS TO

7   ENGAGE IN NUCLEAR ARMS CONTROL NEGOTIA-

8   TIONS.—Not later than 180 days after the date of

9   the enactment of this Act, the Director of National

10   Intelligence shall submit to the appropriate congres-

11   sional committees an assessment of Russia's willing-

12   ness to engage in nuclear arms control negotiations

13   and Russia's priorities in these negotiations. The as-

14   sessment shall include the following elements:

15       (A) An assessment of Russia's willingness

16   to extend the New START Treaty and its likely

17   negotiating position to discuss such an exten-

18   sion with the United States.

19       (B) An assessment of Russia's interest in

20   negotiating a broader arms control agreement

21   that would include nuclear weapons systems not

22   accountable under the New START Treaty, in-

23   cluding non-strategic nuclear weapons.

24       (C) An assessment of what concessions

25   Russia would likely seek from the United States

WASHSTATEC012238

1138

1     during such negotiations, including what addi-

2     tional United States' military capabilities Rus-

3     sia would seek to limit, in any broader arms

4     control negotiation.

5          (D) Any other matter the Director deter-

6     mines to be relevant.

7     (d) REPORTS AND BRIEFING FROM SECRETARY OF

8     STATE.—

9          (1) RELATING TO NATO, NATO MEMBER COUN-

10    TRIES, AND OTHER UNITED STATES ALLIES.—Not

11    later than 180 days after the date of the enactment

12    of this Act, the Secretary of State, in consultation

13    with the Secretary of Defense, shall submit a report

14    and provide a briefing to the appropriate congres-

15    sional committees that includes—

16         (A) an assessment of the likely reactions of

17    the North Atlantic Treaty Organization

18    (NATO), NATO member countries, and other

19    United States allies and partners to the expira-

20    tion of the New START Treaty without the

21    entry into force of a new nuclear arms control

22    agreement between the United States and Rus-

23    sia; and

24         (B) a description of the consultations un-

25    dertaken with allies relating to the Treaty.

WASHSTATEC012239

1  (2) RELATING TO ONGOING IMPLEMENTATION

2  OF THE NEW START TREATY.—Not later than 60

3  days after the date of the enactment of this Act, and

4  again not later than September 1, 2020, the Sec-

5  retary of State, in consultation with the Secretary of

6  Defense, shall submit a report to the appropriate

7  congressional committees with an assessment of the

8  following elements:

9      (A) Whether the Russian Federation re-

10     mains in compliance with its obligations under

11     the New START Treaty.

12     (B) Whether continuing implementation of

13     the New START Treaty remains in the na-

14     tional security interest of the United States.

15  (3) RELATING TO OTHER MATTERS.—Not later

16  than 90 days after the date of the enactment of this

17  Act, and every 180 days thereafter until the New

18  START Treaty is extended beyond February 2021

19  or expires, the Secretary of State, in consultation

20  with the Secretary of Defense, shall provide a brief-

21  ing to the appropriate congressional committees that

22  includes the following elements:

23     (A) A description of any discussions with

24     Russia on the Treaty or a multilateral arms

25     control treaty with Russia and other countries

WASHSTATEC012240

1140

1 on the reduction and limitation of strategic of-
2 fensive arms, and discussions addressing the
3 disparity between the non-strategic nuclear
4 weapons stockpiles of Russia and of the United
5 States, at the Assistant Secretary level, Ambas-
6 sadorial level, or higher.

7     (B) The dates, locations, discussion topics,
8 and Russian interlocutors involved in those dis-
9 cussions.

10     (C) An identification of the United States
11 Government departments and agencies involved
12 in the discussions.

13     (D) The types of systems, both nuclear
14 and nonnuclear, discussed by either side in such
15 discussions as the potential subjects of an
16 agreement.

17     (E) Whether formal negotiations to extend
18 the Treaty or negotiate a new agreement have
19 occurred.

20 (e) REPORT AND BRIEFING FROM SECRETARY OF
21 DEFENSE.—

22     (1) IN GENERAL.—Not later than 180 days
23 after the date of the enactment of this Act, the Sec-
24 retary of Defense, in consultation with the Secretary
25 of Energy, shall submit a report to the congressional

WASHSTATEC012241

1141

1   defense committees that includes an assessment of
2   the manner and extent to which the United States
3   nuclear force structure could change if the New
4   START Treaty expires in 2021, including current
5   and planned nuclear modernization programs, and
6   associated costs.

7      (2) ADDITIONAL REPORT UPON EXPIRATION.—
8   Not later than April 5, 2021, the Secretary of De-
9   fense, in consultation with the Secretary of Energy,
10  shall, if the New START Treaty has expired prior
11  to such date, submit a plan describing the manner
12  in which the United States nuclear force structure
13  will change, including current and planned nuclear
14  modernization programs and associated costs.

15  (f) FORM.—Each report, plan, or assessment re-
16  quired by this section shall be submitted in unclassified
17  form, but may include a classified annex.

18  (g) DEFINITIONS.—In this section:

19     (1) APPROPRIATE CONGRESSIONAL COMMIT-
20  TEES.—The term "appropriate congressional com-
21  mittees" means—

22        (A) the Committee on Foreign Relations,
23     the Committee on Armed Services, and the Se-
24     lect Committee on Intelligence of the Senate;
25     and

WASHSTATEC012242

1142

1    (B) the Committee on Foreign Affairs, the

2    Committee on Armed Services, and the Perma-

3    nent Select Committee on Intelligence of the

4    House of Representatives.

5    (2) NEW START TREATY; TREATY.—The terms

6    ''New START Treaty'' and ''Treaty'' mean the

7    Treaty between the United States of America and

8    the Russian Federation on Measures for the Further

9    Reduction and Limitation of Strategic Offensive

10    Arms, signed on April 8, 2010, and entered into

11    force on February 5, 2011.

12    **SEC. 1238. REPORT ON MILITARY ACTIVITIES OF THE RUS-**

13    **SIAN FEDERATION AND THE PEOPLE'S RE-**

14    **PUBLIC OF CHINA IN THE ARCTIC REGION.**

15    (a) IN GENERAL.—Not later than 180 days after the

16    date of the enactment of this Act, the Secretary of De-

17    fense, in consultation with the Secretary of State and the

18    Director of National Intelligence, shall submit to the ap-

19    propriate committees of Congress the following:

20    (1) A report on any military activities of the

21    Russian Federation in the Arctic region.

22    (2) A report on any military activities of the

23    People's Republic of China in the Arctic region.

24    (b) MATTERS TO BE INCLUDED.—The reports under

25    subsection (a) shall include, with respect to the Russian

WASHSTATEC012243

1143

1 Federation or the People's Republic of China, as applica-
2 ble, the following:

3 (1) A description of military activities of such
4 country in the Arctic region, including—

5 (A) the emplacement of military infrastruc-
6 ture, equipment, or forces;

7 (B) any exercises or other military activi-
8 ties; and

9 (C) activities that are non-military in na-
10 ture, but are considered to have military or
11 other strategic implications.

12 (2) An assessment of—

13 (A) the intentions of such activities;

14 (B) the extent to which such activities af-
15 fect or threaten the interests of the United
16 States and allies in the Arctic region; and

17 (C) any response to such activities by the
18 United States or allies.

19 (3) A description of future plans and require-
20 ments with respect to such activities.

21 (c) FORM.—Each report under subsection (a) shall
22 be submitted in classified form, but may include an un-
23 classified executive summary.

WASHSTATEC012244

1144

1   (d) APPROPRIATE COMMITTEES OF CONGRESS DE-
2   FINED.—In this section, the term "appropriate commit-
3   tees of Congress" means—

4       (1) the Committee on Armed Services, the
5       Committee on Foreign Relations, the Committee on
6       Appropriations, and the Select Committee on Intel-
7       ligence of the Senate; and

8       (2) the Committee on Armed Services, the
9       Committee on Foreign Affairs, the Committee on
10      Appropriations, and the Permanent Select Com-
11      mittee on Intelligence of the House of Representa-
12      tives.

### SEC. 1239. UPDATED STRATEGY TO COUNTER THE THREAT OF MALIGN INFLUENCE BY THE RUSSIAN FEDERATION AND OTHER COUNTRIES.

16  (a) IN GENERAL.—The Secretary of Defense and the
17  Secretary of State, in coordination with the appropriate
18  United States Government officials, shall jointly update,
19  with the additional elements described in subsection (b),
20  the comprehensive strategy to counter the threat of malign
21  influence developed pursuant to section 1239A of the Na-
22  tional Defense Authorization Act for Fiscal Year 2018
23  (Public Law 115–91; 131 Stat. 1667).

24  (b) ADDITIONAL ELEMENTS.—The updated strategy
25  required under subsection (a) shall include the following:

WASHSTATEC012245

1145

1   (1) With respect to each element specified in
2   paragraphs (1) through (7) of subsection (b) of such
3   section 1239A, actions to counter the threat of ma-
4   lign influence operations by the People's Republic of
5   China and any other country engaged in significant
6   malign influence operations.

7   (2) A description of the interagency organiza-
8   tional structures and procedures for coordinating the
9   implementation of the comprehensive strategy for
10   countering malign influence by the Russian Federa-
11   tion, China, and any other country engaged in sig-
12   nificant malign influence operations.

13   (c) REPORT.—Not later than 180 days after the date
14   of the enactment of this Act, the Secretary of Defense and
15   the Secretary of State shall jointly submit to the appro-
16   priate committees of Congress a report detailing the up-
17   dated strategy required under subsection (a).

18   (d) APPROPRIATE COMMITTEES OF CONGRESS DE-
19   FINED.—In this section, the term "appropriate commit-
20   tees of Congress" has the meaning given the term in sub-
21   section (e) of such section 1239A.

WASHSTATEC012246

1146

# Subtitle E—Matters Relating to Europe and NATO

**SEC. 1241. SENSE OF CONGRESS ON SUPPORT FOR THE NORTH ATLANTIC TREATY ORGANIZATION.**

It is the sense of Congress that—

(1) the North Atlantic Treaty Organization (NATO) is critical to achieving United States national security interests and defense objectives around the world;

(2) NATO is the most successful military alliance in history, founded on the principles of democracy, individual liberty, and the rule of law, and its contributions to the collective defense are indispensable to the security, prosperity, and freedom of its members;

(3) membership in NATO is a cornerstone of the security and national defense of the United States;

(4) the United States commitment to the NATO alliance has been foundational to the rules-based international order for seven decades, helping to sustain a system of mutual security and shared values and enhance the United States security through common defense;

WASHSTATEC012247

1147

1     (5) the United States must remain ironclad in

2     its commitment to uphold its obligations under the

3     North Atlantic Treaty, including Article 5 of such

4     Treaty;

5     (6) the United States should deepen strategic

6     and defense cooperation with non-NATO European

7     partners, and encourage NATO cooperation with

8     such partners;

9     (7) the United States should encourage defense

10    cooperation that complements and strengthens

11    NATO collective defense, interoperability, and allies'

12    commitment to Article 3 of the North Atlantic Trea-

13    ty; and

14    (8) the United States should pursue a long-

15    term policy to strengthen relationships with NATO

16    allies, oppose efforts to undermine and divide the

17    NATO alliance, invest in long-term efforts to deter

18    aggression against NATO allies and counter cam-

19    paigns aimed at eroding shared values of the alli-

20    ance, and enhance interoperability and planning for

21    collective defense.

WASHSTATEC012248

1148

1 **SEC. 1242. PROHIBITION ON THE USE OF FUNDS TO SUS-**
2    **PEND, TERMINATE, OR PROVIDE NOTICE OF**
3    **DENUNCIATION OF THE NORTH ATLANTIC**
4    **TREATY.**

5    Notwithstanding any other provision of law, no funds
6 may be obligated, expended, or otherwise made available
7 during the period beginning on the date of the enactment
8 of this Act and ending on December 31, 2020, to take
9 any action to suspend, terminate, or provide notice of de-
10 nunciation of the North Atlantic Treaty, done at Wash-
11 ington, D.C. on April 4, 1949.

12 **SEC. 1243. FUTURE YEARS PLANS AND PLANNING TRANS-**
13    **PARENCY FOR THE EUROPEAN DETERRENCE**
14    **INITIATIVE.**

15    (a) AMENDMENTS.—Section 1273 of the National
16 Defense Authorization Act for Fiscal Year 2018 (Public
17 Law 115–91; 131 Stat. 1696) is amended as follows:

18        (1) In the section heading, by striking "**PLAN**"
19    and inserting "**PLANS**".

20        (2) In subsection (a) to read as follows:

21    "(a) INITIAL PLAN.—Not later than December 31,
22 2019, the Secretary of Defense, in consultation with the
23 Commander of the United States European Command,
24 shall submit to the congressional defense committees a fu-
25 ture years plan on activities and resources of the Euro-

WASHSTATEC012249

G:\CMTE\AS\20\C\ASCR20.XML

1149

1 pean Deterrence Initiative (EDI) for fiscal year 2020 and

2 not fewer than the four succeeding fiscal years.''.

3       (3) MATTERS TO BE INCLUDED.—In subsection

4       (b)—

5             (A) in paragraph (1) to read as follows:

6       ''(1) A description of the objectives of the EDI,

7 including a description of—

8             ''(A) the intended force structure and pos-

9             ture of the assigned and allocated forces within

10             the area of responsibility of the United States

11             European Command for the last fiscal year of

12             the plan; and

13             ''(B) the manner in which such force

14             structure and posture support the implementa-

15             tion of the National Defense Strategy.'';

16       (B) in paragraph (5), by striking ''required

17 infrastructure investments'' and inserting ''re-

18 quired infrastructure and military construction

19 investments''; and

20       (C) in paragraph (8)—

21             (i) in subparagraph (E), by striking

22             ''and'' at the end;

23             (ii) in subparagraph (F), by striking

24             the period at the end and inserting a semi-

25             colon; and

WASHSTATEC012250

1150

1                    (iii) by adding at the end the fol-
2      lowing:

3                    ''(G) a detailed assessment of the re-
4      sources necessary to achieve the requirements
5      of the plan, including specific cost estimates for
6      each project under the EDI to support in-
7      creased presence, exercises and training, en-
8      hanced prepositioning, improved infrastructure,
9      and building partnership capacity;

10                 ''(H) a detailed timeline to achieve the
11     force posture and capabilities, including perma-
12     nent force posture requirements; and

13                 ''(I) a detailed explanation of any signifi-
14     cant modifications to activities and resources as
15     compared to the future years plan on activities
16     and resources of the EDI submitted for the pre-
17     vious year.''.

18     (4) By redesignating subsections (c) and (d) as
19  subsections (d) and (e), respectively.

20     (5) By inserting after subsection (b) the fol-
21  lowing:

22  ''(c) Subsequent Plans.—

23     ''(1) In general.—Not later than the date on
24  which the Secretary of Defense submits to Congress
25  the budget request for the Department of Defense

WASHSTATEC012251

1 for fiscal year 2021 and each fiscal year thereafter,

2 the Secretary, in consultation with the Commander

3 of the United States European Command, shall sub-

4 mit to the congressional defense committees a future

5 years plan on activities and resources of the Euro-

6 pean Deterrence Initiative for such fiscal year and

7 not fewer than the four succeeding fiscal years.

8     "(2) MATTERS TO BE INCLUDED.—The plan re-

9 quired under paragraph (1) shall include—

10         "(A) the matters described in subsection

11     (b); and

12         "(B) a detailed explanation of any signifi-

13     cant modifications in requirements or resources,

14     as compared to the plan submitted under such

15     subsection (b).".

16     (6) In subsection (d), as redesignated, by strik-

17 ing "The plan required under subsection (a)" and

18 inserting "The plans required under subsections (a)

19 and (c)".

20     (7) In subsection (e), as redesignated, by strik-

21 ing "LIMITATIONS" and all that follows through "In

22 the case of" and inserting "LIMITATIONS.—In the

23 case of".

24 (b) BUDGET DISPLAY INFORMATION.—The Sec-

25 retary of Defense shall include in the materials submitted

WASHSTATEC012252

1152

1 to Congress by the Secretary in support of the budget of
2 the President for fiscal year 2021 and each fiscal year
3 thereafter (as submitted under section 1105 of title 31,
4 United States Code), a detailed budget display for the Eu-
5 ropean Deterrence Initiative that includes the following in-
6 formation (regardless of whether the funding line is for
7 overseas contingency operations):

8     (1) With respect to procurement accounts—

9        (A) amounts displayed by account, budget
10       activity, line number, line item, and line item
11       title; and

12       (B) a description of the requirements for
13       each such amounts specific to the Initiative.

14    (2) With respect to research, development, test,
15    and evaluation accounts—

16       (A) amounts displayed by account, budget
17       activity, line number, program element, and
18       program element title; and

19       (B) a description of the requirements for
20       each such amounts specific to the Initiative.

21    (3) With respect to operation and maintenance
22    accounts—

23       (A) amounts displayed by account title,
24       budget activity title, line number, and sub-
25       activity group title; and

WASHSTATEC012253

1153

1     (B) a description of how such amounts will

2    specifically be used.

3    (4) With respect to military personnel ac-

4  counts—

5     (A) amounts displayed by account, budget

6    activity, budget subactivity, and budget sub-

7    activity title; and

8     (B) a description of the requirements for

9    each such amounts specific to the Initiative.

10   (5) With respect to each project under military

11  construction accounts (including with respect to un-

12  specified minor military construction and amounts

13  for planning and design), the country, location,

14  project title, and project amount by fiscal year.

15  (c) END OF FISCAL YEAR REPORT.—Not later than

16  November 30, 2020, and annually thereafter, the Sec-

17  retary of Defense shall submit to the congressional defense

18  committees a report that contains—

19   (1) a detailed summary of funds obligated for

20  the European Deterrence Initiative for the preceding

21  fiscal year; and

22   (2) a detailed comparison of funds obligated for

23  the European Deterrence Initiative for the preceding

24  fiscal year to amounts requested for the Initiative

25  for that fiscal year in the materials submitted to

WASHSTATEC012254

1154

1   Congress by the Secretary in support of the budget

2   of the President for that fiscal year as required by

3   subsection (c), including with respect to each of the

4   accounts described in paragraphs (1), (2), (3), (4),

5   and (5) of subsection (b) and the information re-

6   quired under each such paragraph.

7   (d) INTERIM BRIEFING.—Not later than March 30,

8   2021, and annually thereafter, the Secretary of Defense

9   shall provide the congressional defense committees with an

10   interim briefing on the status of all matters covered by

11   the end of fiscal year report required by section (c).

12   **SEC. 1244. MODIFICATION AND EXTENSION OF UKRAINE SE-**

13   **CURITY ASSISTANCE INITIATIVE.**

14   Section 1250 of the National Defense Authorization

15   Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat.

16   1068) is amended—

17   (1) in subsection (a), by striking "in coordina-

18   tion with the Secretary of State" and inserting

19   "with the concurrence of the Secretary of State";

20   (2) in subsection (b)—

21   (A) by amending paragraph (11) to read

22   as follows:

23   "(11) Air defense and coastal defense radars,

24   and systems to support effective command and con-

WASHSTATEC012255

1155

1  trol and integration of air defense and coastal de-
2  fense capabilities.'';

3      (B) by redesignating paragraphs (14) and
4  (15) as paragraphs (15) and (16), respectively;

5      (C) by inserting after paragraph (13) the
6  following:

7  ''(14) Coastal defense and anti-ship missile sys-
8  tems.''; and

9      (D) in paragraph (15), as so redesignated,
10  by striking ''paragraphs (1) through (13)'' and
11  inserting ''paragraphs (1) through (14)'';

12  (3) in subsection (c)—

13      (A) in paragraph (1), by striking ''50 per-
14  cent of the funds available for fiscal year 2019
15  pursuant to subsection (f)(4)'' and inserting
16  ''50 percent of the funds available for fiscal
17  year 2020 pursuant to subsection (f)(5)'';

18      (B) in paragraph (3), by striking ''fiscal
19  year 2019'' and inserting ''fiscal year 2020'';
20  and

21      (C) in paragraph (5), by striking ''Of the
22  funds available for fiscal year 2019 pursuant to
23  subsection (f)(4)'' and inserting ''Of the funds
24  available for fiscal year 2020 pursuant to sub-
25  section (f)(5)'';

WASHSTATEC012256

1156

1   (4) in subsection (f), by adding at the end the

2   following:

3       "(5) For fiscal year 2020, $300,000,000."; and

4   (5) in subsection (h), by striking "December

5   31, 2021" and inserting "December 31, 2022".

**SEC. 1245. LIMITATION ON TRANSFER OF F–35 AIRCRAFT**

7   **TO TURKEY.**

8   (a) LIMITATION.—None of the funds authorized to

9   be appropriated or otherwise made available for the De-

10  partment of Defense may be used to do the following, and

11  the Department may not otherwise do the following:

12      (1) Transfer, facilitate the transfer, or author-

13  ize the transfer of, any F–35 aircraft or related sup-

14  port equipment or parts to Turkey.

15      (2) Transfer intellectual property, technical

16  data, or material support necessary for, or related

17  to, any maintenance or support of the F–35 aircraft

18  necessary to establish Turkey's indigenous F–35 ca-

19  pability.

20      (3) Construct a storage facility for, or otherwise

21  facilitate the storage in Turkey of, any F–35 air-

22  craft transferred to Turkey.

23  (b) WAIVER.—

24      (1) CERTIFICATION.—The Secretary of De-

25  fense, jointly with the Secretary of State, may waive

WASHSTATEC012257

1157

1    the limitation under subsection (a) only if the Secre-
2    taries submit to the appropriate committees of Con-
3    gress a written certification that contains a deter-
4    mination by the Secretaries, and any relevant docu-
5    mentation on which the determination is based, that
6    the Government of Turkey, having previously accept-
7    ed delivery of the S–400 air and missile defense sys-
8    tem from the Russian Federation—

9        (A) no longer possesses the S–400 air and
10       missile defense system or any other equipment,
11       materials, or personnel associated with such
12       system;

13       (B) has provided credible assurances that
14       the Government of Turkey will not in the future
15       accept delivery of such system; and

16       (C) has not, since July 31, 2019, pur-
17       chased or accepted delivery of defense equip-
18       ment from the Russian Federation in addition
19       to the S–400 air and missile defense system
20       that would increase the risk of compromising
21       the capabilities of the F–35 aircraft and its as-
22       sociated systems.

23   (2) NOTICE AND WAIT REQUIREMENT.—The
24   Secretary of Defense and the Secretary of State may
25   not waive the limitation under subsection (a) until

WASHSTATEC012258

1158

1   90 days after the date on which the Secretaries sub-

2   mit the certification under paragraph (1).

3   (c) SENSE OF CONGRESS.—It is the sense of Con-

4   gress that—

5       (1) Turkey's possession of the S–400 air and

6   missile defense system adversely affects the national

7   security of Turkey, the United States, and all mem-

8   bers of the North Atlantic Treaty Alliance;

9       (2) the United States offer of the Patriot air

10  and missile defense system to Turkey constituted a

11  viable alternative to Turkey's acquisition of the S–

12  400 air and missile defense system;

13      (3) acceptance of the S–400 air and missile

14  defense system by Turkey constitutes a significant

15  transaction within the meaning of section 231(a) of

16  the Countering Russian Influence in Europe and

17  Eurasia Act of 2017 (22 U.S.C. 9525(a)); and

18      (4) the President should implement the Coun-

19  tering Russian Influence in Europe and Eurasia Act

20  of 2017 (Public Law 115–44; 131 Stat. 886) by im-

21  posing and applying sanctions under section 235 of

22  that Act (22 U.S.C. 9529) with respect to any indi-

23  vidual or entity determined to have engaged in such

24  significant transaction as if such person were a

25  sanctioned person for purposes of such section.

WASHSTATEC012259

1159

1  (d) AUTHORIZATION OF EXPENDITURE.—

2      (1) IN GENERAL.—The Secretary of Defense is

3  authorized—

4          (A) to fly up to 6 Turkish F–35 aircraft

5      (tail numbers AT–1 thru AT–6) to a storage lo-

6      cation in the United States; and

7          (B) to induct these aircraft into a long-

8      term storage condition.

9      (2) STORAGE, PLAN, AND DISPOSITION OF AIR-

10  CRAFT AND EQUIPMENT.—The Secretary of Defense

11  may expend up to $30,000,000 of funds authorized

12  to be appropriated for fiscal year 2020 for the De-

13  partment of Defense to conduct activities associated

14  with storage, preservation, and developing a plan for

15  the final disposition of such F–35 aircraft and Turk-

16  ish F–35 aircraft equipment, including full mission

17  simulators, helmet mounted display systems, air sys-

18  tem maintenance trainer, and ancillary mission

19  equipment, as a result of efforts taken by the United

20  States to limit, reduce, or terminate Turkey's status

21  as a member of the F–35 Joint Strike Fighter coop-

22  erative program.

23      (3) REPORT REQUIRED.—Not later than 90

24  days after the enactment of this Act, the Secretary

25  of Defense shall provide to the congressional defense

WASHSTATEC012260

1160

1   committees a report outlining the long-term plan for

2   the disposition of such assets, including options for

3   recovery of costs from Turkey and for unilateral use

4   of such assets by the Department of Defense.

5       (4) NOTIFICATION REQUIRED.—Not later than

6   15 days before any expenditure of funds in an

7   amount of $15,000,000 or more pursuant to the au-

8   thority described in paragraph (1), the Secretary

9   shall provide to the congressional defense commit-

10  tees a written notification describing the activities to

11  be conducted.

12  (e) APPROPRIATE COMMITTEES OF CONGRESS DE-

13  FINED.—In this section, the term "appropriate commit-

14  tees of Congress" means—

15      (1) the congressional defense committees; and

16      (2) the Committee on Foreign Relations of the

17  Senate and the Committee on Foreign Affairs of the

18  House of Representatives.

19  **SEC. 1246. BALTIC DEFENSE ASSESSMENT; EXTENSION AND**

20          **MODIFICATION OF SECURITY ASSISTANCE**

21          **FOR BALTIC COUNTRIES FOR JOINT PRO-**

22          **GRAM FOR INTEROPERABILITY AND DETER-**

23          **RENCE AGAINST AGGRESSION.**

24  (a) BALTIC DEFENSE ASSESSMENT.—Not later than

25  1 year after the date of the enactment of this Act, the

WASHSTATEC012261

1161

1 Secretary of Defense and the Secretary of State shall

2 jointly conduct a comprehensive, multilateral assessment

3 of the military requirements of Lithuania, Latvia, and Es-

4 tonia to deter and resist aggression by Russia that—

5     (1) provides an assessment of past and current

6     initiatives to improve the efficiency, effectiveness,

7     readiness and interoperability of Lithuania, Latvia,

8     and Estonia's national defense capabilities; and

9     (2) assesses the manner in which to achieve

10     such improvements, including future resource re-

11     quirements and recommendations, by undertaking

12     activities in the following areas:

13         (A) Activities to increase the rotational

14         and forward presence, improve the capabilities,

15         and enhance the posture and response readiness

16         of the United States or NATO forces in the

17         Baltic region.

18         (B) Activities to improve air defense sys-

19         tems, including modern air-surveillance capabili-

20         ties.

21         (C) Activities to improve counter-un-

22         manned aerial system capabilities.

23         (D) Activities to improve command and

24         control capabilities through increasing commu-

25         nications, technology, and intelligence capacity

WASHSTATEC012262

1162

1    and coordination, including secure and hard-
2    ened communications.

3        (E) Activities to improve intelligence, sur-
4    veillance, and reconnaissance capabilities.

5        (F) Activities to enhance maritime domain
6    awareness.

7        (G) Activities to improve military and de-
8    fense infrastructure, logistics, and access, par-
9    ticularly transport of military supplies and
10   equipment.

11       (H) Investments to ammunition stocks and
12   storage.

13       (I) Activities and training to enhance cyber
14   security and electronic warfare capabilities.

15       (J) Bilateral and multilateral training and
16   exercises.

17       (K) New and existing cost-sharing mecha-
18   nisms with United States and NATO allies to
19   reduce financial burden.

20   (b) REPORT.—Not later than 1 year after the date
21   of the enactment of this Act, the Secretary of Defense and
22   the Secretary of State jointly shall submit to the appro-
23   priate congressional committees a report, which shall be
24   submitted in unclassified form but may include a classified
25   annex, that includes each of the following:

WASHSTATEC012263

1163

1    (1) A report on the findings of the assessment

2    conducted pursuant to subsection (a).

3    (2) A list of any recommendations resulting

4    from such assessment.

5    (3) An assessment of the resource requirements

6    to achieve the objectives described in subsection

7    (a)(1) with respect to the national defense capability

8    of Baltic countries, including potential investments

9    by host countries.

10    (4) A plan for the United States to use appro-

11    priate security cooperation authorities or other au-

12    thorities to—

13    (A) facilitate relevant recommendations in-

14    cluded in the list described in paragraph (2);

15    (B) expand joint training between the

16    Armed Forces and the military of Lithuania,

17    Latvia, or Estonia, including with the participa-

18    tion of other NATO allies; and

19    (C) support United States foreign military

20    sales and other equipment transfers to Baltic

21    countries, especially for the activities described

22    in subparagraphs (A) through (I) of subsection

23    (a)(2).

WASHSTATEC012264

1164

1  (5) A comprehensive list of authorities and
2  funding sources used for security cooperation with
3  the Baltic countries, including—

4    (A) a description of the funds made avail-
5    able and used to provide assistance through
6    each authority, if any, during the last two
7    years;

8    (B) whether the authority to provide as-
9    sistance pursuant to section 1279D of the Na-
10   tional Defense Authorization Act for Fiscal
11   Year 2018 (22 U.S.C. 2753 note) was used,
12   and whether any alternative authorities exist
13   under which the Secretary can provide such as-
14   sistance; and

15   (C) a determination whether any new au-
16   thorities or funds are needed to achieve the ob-
17   jectives described in subsection (a)(1).

18  (c) MODIFICATION OF SECURITY ASSISTANCE AU-
19  THORITIES.—Subsection (c) of section 1279D of the Na-
20  tional Defense Authorization Act for Fiscal Year 2018 (22
21  U.S.C. 2753 note) is amended by inserting after para-
22  graph (4) the following:

23    "(5) Command, control, communications, com-
24    puters, intelligence, surveillance, and reconnaissance
25    (C4ISR) equipment.".

WASHSTATEC012265

1165

1 (d) FUNDING.—Subsection (f) of such section 1279D

2 is amended—

3  (1) in paragraph (2), by striking

4  "$100,000,000" and inserting "$125,000,000"; and

5  (2) by adding at the end the following new

6  paragraph:

7  "(3) MATCHING AMOUNT.—The amount of as-

8  sistance provided under subsection (a) for procure-

9  ment described in subsection (b) may not exceed the

10  aggregate amount contributed to such procurement

11  by the Baltic nations.".

12 (e) EXTENSION.—Subsection (g) of such section

13 1279D is amended by striking "December 31, 2020" and

14 inserting "December 31, 2021".

15 (f) APPROPRIATE CONGRESSIONAL COMMITTEES.—

16 In this section, the term "appropriate congressional com-

17 mittees" means—

18  (1) the Committee on Armed Services, the

19  Committee on Foreign Relations, the Select Com-

20  mittee on Intelligence, and the Committee on Appro-

21  priations of the Senate; and

22  (2) the Committee on Armed Services, the

23  Committee on Foreign Affairs, the Permanent Select

24  Committee on Intelligence, and the Committee on

25  Appropriations of the House of Representatives.

WASHSTATEC012266

1166

1  **SEC. 1247. EXTENSION OF AUTHORITY FOR AND REPORT**

2                  **ON TRAINING FOR EASTERN EUROPEAN NA-**

3                  **TIONAL SECURITY FORCES IN THE COURSE**

4                  **OF MULTILATERAL EXERCISES.**

5      (a) EXTENSION.—Subsection (h) of section 1251 of

6  the National Defense Authorization Act for Fiscal Year

7  2016 (10 U.S.C. 333 note) is amended—

8      (1) in the first sentence, by striking ''December

9  31, 2020'' and inserting ''December 31, 2021''; and

10      (2) in the second sentence, by striking ''for for

11  the period beginning on October 1, 2015, and ending

12  on December 31, 2020'' and inserting ''for the pe-

13  riod beginning on October 1, 2015, and ending on

14  December 31, 2021''.

15  (b) REPORT.—

16      (1) IN GENERAL.—Not later than 180 days

17  after the date of the enactment of this Act, the Sec-

18  retary of Defense, in consultation with the Com-

19  mander of United States European Command, shall

20  submit to the congressional defense committees a re-

21  port on the authority for training Eastern European

22  national security forces in the course of multilateral

23  exercises under the authority of such section.

24      (2) MATTERS TO BE INCLUDED.—The report

25  required by paragraph (1) shall include the fol-

26  lowing:

WASHSTATEC012267

1167

1   (A) For each recipient country, a descrip-
2   tion of—

3       (i) the training provided pursuant to
4   such authority beginning in fiscal year
5   2016; and

6       (ii) payments of incremental expenses
7   incurred by the country as the direct result
8   of such training.

9   (B) A description of the elements of the
10  U.S. European Command theater campaign
11  plan advanced by such authority.

12  (C) An assessment whether the training
13  and payment of the incremental expenses in-
14  curred by each recipient country as the direct
15  result of participation in such training could be
16  provided pursuant to other training or security
17  cooperation authorities of the Department of
18  Defense.

19  (D) Any recommendations of the Secretary
20  of Defense regarding such authority.

21  (E) Any other matter the Secretary of De-
22  fense considers appropriate.

WASHSTATEC012268

1168

1  **SEC. 1248. EXTENSION AND MODIFICATION OF NATO SPE-**
2       **CIAL OPERATIONS HEADQUARTERS.**

3       (a) AUTHORIZATION.—Subsection (a) of section 1244
4  of the National Defense Authorization Act for Fiscal Year
5  2010 (Public Law 111–84; 123 Stat. 2541) is amended
6  by striking "2020" and inserting "2024".

7       (b) REPEAL OF CERTIFICATION; LIMITATION.—Such
8  section is amended—

9            (1) by striking subsection (c); and

10           (2) by inserting after subsection (b) the fol-
11      lowing new subsection:

12      "(c) LIMITATION.—Of the amounts made available
13  under subsection (a) for fiscal year 2020, not more than
14  90 percent of such amounts may be obligated or expended
15  until the Secretary of Defense, acting through the Assist-
16  ant Secretary of Defense for Special Operations and Low
17  Intensity Conflict, submits to the congressional defense
18  committees a report on the decision to realign responsibil-
19  ities for overseeing and supporting NSHQ from U.S. Spe-
20  cial Operations Command to U.S. European Command,
21  including—

22           "(1) a justification and description of the im-
23      pact of such realignment; and

24           "(2) a description of how such realignment will
25      strengthen the role of the NSHQ in fostering special
26      operations capabilities within NATO.".

WASHSTATEC012269

1169

1    (c) ANNUAL REPORT.—Such section, as so amended,
2  is further amended by adding at the end the following new
3  subsection:

4    "(d) ANNUAL REPORT.—Not later than March 1 of
5  each year until 2024, the Secretary of Defense shall sub-
6  mit to the congressional defense committees and the Com-
7  mittee on Foreign Relations of the Senate and the Com-
8  mittee on Foreign Affairs of the House of Representatives
9  a report regarding support for the NSHQ. Each report
10  shall include the following:

11    "(1) The total amount of funding provided by
12    the United States and other NATO nations to the
13    NSHQ for operating costs of the NSHQ.

14    "(2) A description of the activities carried out
15    with such funding, including—

16        "(A) the amount of funding allocated for
17        each such activity;

18        "(B) the extent to which other NATO na-
19        tions participate in each such activity;

20        "(C) the extent to which each such activity
21        is carried out in coordination or cooperation
22        with the Joint Special Operations University;

23        "(D) the extent to which each such activity
24        is carried out in relation to other security co-

WASHSTATEC012270

1170

1   operation activities, exercises, or operations of

2   the Department of Defense;

3   "(E) the extent to which each such activity

4   is designed to meet the purposes set forth in

5   paragraphs (1) through (5) of subsection (b);

6   and

7   "(F) an assessment of the extent to which

8   each such activity will promote the mission of

9   the NSHQ.

10   "(3) Other contributions, financial or in kind,

11   provided by the United States and other NATO na-

12   tions in support of the NSHQ.

13   "(4) Any other matters that the Secretary of

14   Defense considers appropriate.".

15   **SEC. 1249. NORTH ATLANTIC TREATY ORGANIZATION JOINT**

16   **FORCE COMMAND.**

17   (a) IN GENERAL.—Subchapter II of chapter 138 of

18   title 10, United States Code, is amended by adding at the

19   end the following new section:

20   **"§ 2350n North Atlantic Treaty Organization Joint**

21   **Force Command**

22   "(a) AUTHORIZATION.—The Secretary of Defense

23   shall authorize the establishment of, and the participation

24   by members of the armed forces in, the North Atlantic

25   Treaty Organization Joint Force Command (in this sec-

WASHSTATEC012271

1171

1 tion referred to as the 'Joint Force Command'), to be es-

2 tablished in the United States.

3     ''(b) USE OF DEPARTMENT OF DEFENSE FACILITIES

4 AND EQUIPMENT.—The Secretary may use facilities and

5 equipment of the Department of Defense to support the

6 Joint Force Command.

7     ''(c) AVAILABILITY OF FUNDS.—Amounts authorized

8 to be appropriated to the Department of Defense shall be

9 available to carry out the purposes of this section.''.

10     (b) CONFORMING AMENDMENT.—The table of sec-

11 tions at the beginning of subchapter II of chapter 138 of

12 title 10, United States Code, is amended by adding at the

13 end the following new item:

"2350n. North Atlantic Treaty Organization Joint Force Command.".

**14 SEC. 1250. REPORT ON NORTH ATLANTIC TREATY ORGANI-**

**15             ZATION READINESS INITIATIVE.**

16     (a) REPORT.—Not later than October 1, 2020, the

17 Secretary of Defense shall submit to the congressional de-

18 fense committees a report on the North Atlantic Treaty

19 Organization (NATO) Readiness Initiative, which shall in-

20 clude assessments of the following:

21         (1) The number of units North Atlantic Treaty

22         Organization allies have pledged against the bench-

23         mark to provide an additional 30 air attack squad-

24         rons, 30 naval combat vessels, and 30 mechanized

25         battalions ready to fight in not more than 30 days.

WASHSTATEC012272

1172

1  (2) The procedure by which the North Atlantic
2  Treaty Organization certifies, reports, and ensures
3  that the Supreme Allied Commander Europe
4  (SACEUR) maintains a detailed understanding of
5  the readiness of the forces described in paragraph
6  (1).

7  (3) The North Atlantic Treaty Organization
8  plan to maintain the readiness of such forces in fu-
9  ture years.

10  (b) FORM.—The report required by subsection (a)
11  shall be submitted in unclassified form, but may include
12  a classified annex.

## SEC. 1250A. REPEAL OF PROHIBITION ON TRANSFER OF AR-
##          TICLES ON THE UNITED STATES MUNITIONS
##          LIST TO THE REPUBLIC OF CYPRUS.

16  (a) SENSE OF CONGRESS.—It is the sense of Con-
17  gress that—

18  (1) allowing for the export, re-export or trans-
19  fer of arms subject to the United States Munitions
20  List (part 121 of title 22, Code of Federal Regula-
21  tions) to the Republic of Cyprus would advance
22  United States security interests in Europe by help-
23  ing to reduce the dependence of the Government of
24  the Republic of Cyprus on other countries, including
25  countries that pose challenges to United States in-

WASHSTATEC012273

1173

1  terests around the world, for defense-related mate-

2  riel; and

3      (2) it is in the interest of the United States to

4  continue to support United Nations-facilitated ef-

5  forts toward a comprehensive solution to the division

6  of Cyprus.

7  (b) MODIFICATION OF PROHIBITION.—Section

8  620C(e) of the Foreign Assistance Act of 1961 (22 U.S.C.

9  2373(e)) is amended—

10      (1) in paragraph (1), by striking "Any agree-

11  ment" and inserting "Except as provided in para-

12  graph (3), any agreement"; and

13      (2) by adding at the end the following new

14  paragraph:

15  "(3) The requirement under paragraph (1) shall not

16  apply to any sale or other provision of any defense article

17  or defense service to Cyprus if the end-user of such de-

18  fense article or defense service is the Government of the

19  Republic of Cyprus.".

20  (c) EXCLUSION OF THE GOVERNMENT OF THE RE-

21  PUBLIC OF CYPRUS FROM CERTAIN RELATED REGULA-

22  TIONS.—

23      (1) IN GENERAL.—Subject to subsection (d)

24  and except as provided in paragraph (2), beginning

25  on the date of the enactment of this Act, the Sec-

WASHSTATEC012274

1174

1    retary of State shall not apply a policy of denial for

2    exports, re-exports, or transfers of defense articles

3    and defense services destined for or originating in

4    the Republic of Cyprus if—

5        (A) the request is made by or on behalf of

6        the Government of the Republic of Cyprus; and

7        (B) the end-user of such defense articles or

8        defense services is the Government of the Re-

9        public of Cyprus.

10   (2) EXCEPTION.—This exclusion shall not apply

11   to any denial based upon credible human rights con-

12   cerns.

13   (d) LIMITATIONS ON THE TRANSFER OF ARTICLES

14   ON THE UNITED STATES MUNITIONS LIST TO THE RE-

15   PUBLIC OF CYPRUS.—

16       (1) IN GENERAL.—The policy of denial for ex-

17       ports, re-exports, or transfers of defense articles on

18       the United States Munitions List to the Republic of

19       Cyprus shall remain in place unless the President

20       determines and certifies to the appropriate congres-

21       sional committees not less than annually that—

22           (A) the Government of the Republic of Cy-

23           prus is continuing to cooperate with the United

24           States Government in efforts to implement re-

WASHSTATEC012275

1175

1   forms on anti-money laundering regulations and
2   financial regulatory oversight; and

3   　　(B) the Government of the Republic of Cy-
4   prus has made and is continuing to take the
5   steps necessary to deny Russian military vessels
6   access to ports for refueling and servicing.

7   　(2) WAIVER.—The President may waive the
8   limitations contained in this subsection for one fiscal
9   year if the President determines that it is essential
10  to the national security interests of the United
11  States to do so.

12  　(3) APPROPRIATE CONGRESSIONAL COMMIT-
13  TEES DEFINED.—In this section, the term "appro-
14  priate congressional committees" means—

15  　　(A) the Committee on Foreign Relations
16  and the Committee on Armed Services of the
17  Senate; and

18  　　(B) the Committee on Foreign Affairs and
19  the Committee on Armed Services of the House
20  of Representatives.

WASHSTATEC012276

1176

# Subtitle F—Matters Relating to the Indo-Pacific Region

### SEC. 1251. MODIFICATION OF INDO-PACIFIC MARITIME SE-CURITY INITIATIVE.

(a) TYPES OF ASSISTANCE AND TRAINING.—Subsection (c)(2)(A) of section 1263 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 2282 note) is amended by inserting "the law of armed conflict, the rule of law, and" after "respect for".

(b) NOTICE TO CONGRESS ON ASSISTANCE AND TRAINING.—Subsection (g)(1) of such section is amended—

    (1) in subparagraph (A), by inserting at the end before the period the following: ", the specific unit or units whose capacity to engage in activities under a program of assistance or training to be provided under subsection (a) will be built under the program, and the amount, type, and purpose of the support to be provided";

    (2) by redesignating subparagraph (F) as subparagraph (J); and

    (3) by inserting after subparagraph (E) the following new subparagraphs:

        "(F) Information, including the amount, type, and purpose, on assistance and training

WASHSTATEC012277

1177

1 provided under subsection (a) during the three
2 preceding fiscal years, if applicable.

3 ''(G) A description of the elements of the
4 theater campaign plan of the geographic com-
5 batant command concerned and the interagency
6 integrated country strategy that will be ad-
7 vanced by the assistance and training provided
8 under subsection (a).

9 ''(H) A description of whether assistance
10 and training provided under subsection (a)
11 could be provided pursuant to—

12 ''(i) section 333 of title 10, United
13 States Code, or other security cooperation
14 authorities of the Department of Defense;
15 or

16 ''(ii) security cooperation authorities
17 of the Department of State.

18 ''(I) An identification of each such author-
19 ity described in subparagraph (H).''.

20 (c) ANNUAL MONITORING REPORTS.—Such section
21 is amended—

22 (1) by redesignating subsection (h) as sub-
23 section (j); and

24 (2) by inserting after subsection (g) the fol-
25 lowing new subsection:

WASHSTATEC012278

1178

1    "(h) ANNUAL MONITORING REPORTS.—

2        "(1) IN GENERAL.—Not later than March 1,

3    2020, and annually thereafter, the Secretary of De-

4    fense shall submit to the appropriate committees of

5    Congress a report setting forth, for the preceding

6    calendar year, the following:

7            "(A) An assessment, by recipient foreign

8        country, of—

9                "(i) the country's capabilities relating

10            to maritime security and maritime domain

11            awareness;

12                "(ii) the country's capability enhance-

13            ment priorities, including how such prior-

14            ities relate to the theater campaign strat-

15            egy, country plan, and theater campaign

16            plan relating to maritime security and

17            maritime domain awareness;

18            "(B) A discussion, by recipient foreign

19        country, of—

20                "(i) priority capabilities that the De-

21            partment of Defense plans to enhance

22            under the authority under subsection (a)

23            and priority capabilities the Department

24            plans to enhance under separate United

WASHSTATEC012279

1179

1  States security cooperation and security

2  assistance authorities; and

3      "(ii) the anticipated timeline for as-

4  sistance and training for each such capa-

5  bility.

6      "(C) Information, by recipient foreign

7  country, on the status of funds allocated for as-

8  sistance and training provided under subsection

9  (a), including funds allocated but not yet obli-

10  gated or expended.

11      "(D) Information, by recipient foreign

12  country, on the delivery and use of assistance

13  and training provided under subsection (a).

14      "(E) Information, by recipient foreign

15  country, on the timeliness of the provision of

16  assistance and training under subsection (a) as

17  compared to the timeliness of the provision of

18  assistance and training previously provided to

19  the foreign country under subsection (a).

20      "(F) A description of the reasons the De-

21  partment of Defense chose to utilize the author-

22  ity for assistance and training under subsection

23  (a) in the preceding calendar year.

24      "(G) An explanation of any impediments

25  to timely obligation or expenditure of funds al-

WASHSTATEC012280

1180

1       located for assistance and training under sub-
2       section (a) or any significant delay in the deliv-
3       ery of such assistance and training.

4           ''(2) APPROPRIATE COMMITTEES OF CONGRESS
5       DEFINED.—In this subsection, the term 'appropriate
6       committees of Congress' has the meaning given the
7       term in subsection (g)(2).''.

8       (d) LIMITATION.—Such section, as so amended, is
9   further amended by inserting after subsection (h), as
10  added by subsection (c)(2), the following:

11          ''(i) LIMITATION.—The provision of assistance and
12  training pursuant to a program under subsection (a) shall
13  be subject to the provisions of section 383 of title 10,
14  United States Code.''.

## SEC. 1252. EXPANSION OF INDO-PACIFIC MARITIME SECU-
## RITY INITIATIVE AND LIMITATION ON USE OF
## FUNDS.

18      (a) EXPANSION OF RECIPIENT COUNTRIES.—Sub-
19  section (b) of section 1263 of the National Defense Au-
20  thorization Act for Fiscal Year 2016 (10 U.S.C. 333 note)
21  is amended by adding at the end the following new para-
22  graphs:

23          ''(8) The Federated States of Micronesia.

24          ''(9) The Independent State of Samoa.

25          ''(10) The Kingdom of Tonga.

WASHSTATEC012281

1181

1     "(11) Papua New Guinea.

2     "(12) The Republic of Fiji.

3     "(13) The Republic of Kiribati.

4     "(14) The Republic of the Marshall Islands.

5     "(15) The Republic of Nauru.

6     "(16) The Republic of Palau.

7     "(17) The Republic of Vanuatu.

8     "(18) The Solomon Islands.

9     "(19) Tuvalu.".

10 (b) LIMITATION ON USE OF FUNDS.—

11     (1) IN GENERAL.—None of the funds author-

12 ized to be appropriated for the Indo-Pacific Mari-

13 time Security Initiative under such section may be

14 obligated or expended to provide training or assist-

15 ance to a recipient country described in any of para-

16 graphs (8) through (19) of subsection (b) of such

17 section until the date on which the Secretary of De-

18 fense, with the concurrence of the Secretary of

19 State, submits to the appropriate committees of

20 Congress a report on security cooperation with and

21 security assistance to such countries.

22     (2) REPORT.—The report referred to in para-

23 graph (1) shall include the following:

24         (A) An identification of elements of the

25 theater campaign plan of the geographic com-

WASHSTATEC012282

1182

1    batant command concerned and the interagency
2    integrated country strategy that will be ad-
3    vanced by expansion of security cooperation and
4    assistance programs and activities to such re-
5    cipient countries.

6        (B) An assessment of the capabilities, and
7    a description of the capability enhancement pri-
8    orities, of each such country.

9        (C) A description of the manner in which
10   United States security cooperation and assist-
11   ance authorities, including assistance provided
12   pursuant to other security cooperation authori-
13   ties of the Department of Defense or security
14   assistance authorities of the Department of
15   State, may be used to enhance the priority ca-
16   pabilities of each such country.

17       (D) A description, as appropriate, of the
18   manner in which the Secretary of Defense, to-
19   gether with the Secretary of State, shall ensure
20   that security cooperation with and security as-
21   sistance to such countries complement regional
22   engagement efforts undertaken by United
23   States allies, including the Pacific Step-Up ef-
24   forts of the Government of Australia and the

WASHSTATEC012283

1183

1 "Pacific Reset" efforts of the Government of

2 New Zealand.

3 (E) A description of absorption capacity

4 and sustainability issues for each such country

5 and a plan to resolve such issues.

6 (F) An identification of the estimated an-

7 nual cost for such assistance and training for

8 fiscal years 2020 through 2025.

9 (c) APPROPRIATE COMMITTEES OF CONGRESS DE-

10 FINED.—In this section, the term "appropriate commit-

11 tees of Congress" means—

12 (1) the congressional defense committees;

13 (2) the Committee on Foreign Relations and

14 the Subcommittee on State, Foreign Operations, and

15 Related Programs of the Committee on Appropria-

16 tions of the Senate; and

17 (3) the Committee on Foreign Affairs and the

18 Subcommittee on State, Foreign Operations, and

19 Related Programs of the Committee on Appropria-

20 tions of the House of Representatives.

21 **SEC. 1253. REPORT ON RESOURCING UNITED STATES DE-**

22 **FENSE REQUIREMENTS FOR THE INDO-PA-**

23 **CIFIC REGION AND STUDY ON COMPETITIVE**

24 **STRATEGIES.**

25 (a) REPORT REQUIRED.—

WASHSTATEC012284

1184

1    (1) IN GENERAL.—Not later than March 15,
2    2020, the Commander of United States Indo-Pacific
3    Command shall submit to the congressional defense
4    committees a report containing the independent as-
5    sessment of the Commander with respect to the ac-
6    tivities and resources required, for fiscal years 2022
7    through 2026, to achieve the following objectives:

8        (A) The implementation of the National
9    Defense Strategy with respect to the Indo-Pa-
10    cific region.

11        (B) The maintenance or restoration of the
12    comparative military advantage of the United
13    States with respect to the People's Republic of
14    China.

15        (C) The reduction of the risk of executing
16    contingency plans of the Department of De-
17    fense.

18    (2) MATTERS TO BE INCLUDED.—The report
19    required under paragraph (1) shall include the fol-
20    lowing:

21        (A) A description of the intended force
22    structure and posture of assigned and allocated
23    forces within the area of responsibility of
24    United States Indo-Pacific Command for fiscal

WASHSTATEC012285

1185

1 year 2026 to achieve the objectives described in
2 paragraph (1).

3     (B) An assessment of capabilities require-
4 ments to achieve such objectives.

5     (C) An assessment of logistics require-
6 ments, including personnel, equipment, supplies,
7 storage, and maintenance needs to achieve such
8 objectives.

9     (D) An identification of required infra-
10 structure and military construction investments
11 to achieve such objectives.

12     (E) An assessment of security cooperation
13 activities or resources required to achieve such
14 objectives.

15     (F)(i) A plan to fully resource United
16 States force posture and capabilities, includ-
17 ing—

18         (I) a detailed assessment of the re-
19 sources necessary to address the elements
20 described in subparagraphs (A) through
21 (E), including specific cost estimates for
22 recommended investments or projects—

23         (aa) to increase joint force
24 lethality;

WASHSTATEC012286

1186

1    (bb) to enhance force design and

2   posture;

3    (cc) to support a robust exercise,

4   experimentation, and innovation pro-

5   gram; and

6    (dd) to strengthen cooperation

7   with allies and partners; and

8   (II) a detailed timeline to achieve the

9  intended force structure and posture de-

10  scribed in subparagraph (A).

11  (ii) The specific cost estimates required by

12 clause (i)(I) shall, to the maximum extent prac-

13 ticable, include the following:

14   (I) With respect to procurement ac-

15  counts—

16    (aa) amounts displayed by ac-

17   count, budget activity, line number,

18   line item, and line item title; and

19    (bb) a description of the require-

20   ments for each such amount.

21   (II) With respect to research, develop-

22  ment, test, and evaluation accounts—

23    (aa) amounts displayed by ac-

24   count, budget activity, line number,

WASHSTATEC012287

1187

1 program element, and program ele-
2 ment title; and

3     (bb) a description of the require-
4 ments for each such amount.

5 (III) With respect to operation and
6 maintenance accounts—

7     (aa) amounts displayed by ac-
8 count title, budget activity title, line
9 number, and subactivity group title;
10 and

11     (bb) a description of the specific
12 manner in which each such amount
13 would be used.

14 (IV) With respect to military per-
15 sonnel accounts—

16     (aa) amounts displayed by ac-
17 count, budget activity, budget sub-
18 activity, and budget subactivity title;
19 and

20     (bb) a description of the require-
21 ments for each such amount.

22 (V) With respect to each project
23 under military construction accounts (in-
24 cluding unspecified minor military con-
25 struction and amounts for planning and

WASHSTATEC012288

1188

1       design), the country, location, project title,

2       and project amount for each fiscal year.

3       (VI) With respect to any expenditure

4       or proposed appropriation not described in

5       subclause (I) through (V), a level of detail

6       equivalent or greater than the level of de-

7       tail provided in the future-years defense

8       program submitted pursuant to section

9       221(a) of title 10, United States Code.

10      (3) FORM.—The report required under para-

11      graph (1) may be submitted in classified form, but

12      shall include an unclassified summary.

13      (4) AVAILABILITY.—Not later than March 15,

14      2020, the Commander of United States Indo-Pacific

15      Command shall make the report available to the Sec-

16      retary of Defense, the Under Secretary of Defense

17      for Policy, the Under Secretary of Defense (Comp-

18      troller), the Director of Cost Assessment and Pro-

19      gram Evaluation, the Chairman of the Joint Chiefs

20      of Staff, the Secretaries of the military departments,

21      and the chiefs of staff of each military service.

22      (b) BRIEFINGS REQUIRED.—

23      (1) INITIAL BRIEFING.—Not later than April

24      15, 2020, the Secretary of Defense (acting through

25      the Under Secretary of Defense for Policy, the

WASHSTATEC012289

1189

1 Under Secretary of Defense (Comptroller), and the
2 Director of Cost Assessment and Program Evalua-
3 tion) and the Chairman of the Joint Chiefs of Staff
4 shall provide to the congressional defense commit-
5 tees a joint briefing, and any written comments the
6 Secretary of Defense and the Chairman of the Joint
7 Chiefs of Staff consider necessary, with respect to
8 their assessments of the report submitted under sub-
9 section (a), including their assessments of the feasi-
10 bility and advisability of the plan required by para-
11 graph (2)(F) of that subsection.

12     (2) SUBSEQUENT BRIEFING.—Not later than
13 April 30, 2020, the Secretary of the Air Force, the
14 Secretary of the Army, and the Secretary of the
15 Navy shall provide to the congressional defense com-
16 mittees a joint briefing, and documents as appro-
17 priate, with respect to their assessments of the re-
18 port submitted under subsection (a), including their
19 assessments of the feasibility and advisability of the
20 plan required by paragraph (2)(F) of that sub-
21 section.

22 (c) STUDY ON COMPETITIVE STRATEGIES WITH RE-
23 SPECT TO THE PEOPLE'S REPUBLIC OF CHINA.—

24     (1) IN GENERAL.—The Secretary of Defense,
25 acting through the Director of the Office of Net As-

WASHSTATEC012290

1190

1   sessment, shall conduct a study on not fewer than

2   three possible long-term competitive strategies with

3   respect to the People's Republic of China that fo-

4   cuses on the identification of opportunities to shape

5   strategic competition to the advantage of the United

6   States.

7       (2) REPORT.—Not later than one year after the

8   date of the enactment of this Act, the Secretary of

9   Defense shall submit to the congressional defense

10  committees the results of the study required under

11  paragraph (1).

12  **SEC. 1254. LIMITATION ON USE OF FUNDS TO REDUCE THE**

13          **TOTAL   NUMBER   OF   MEMBERS   OF   THE**

14          **ARMED  FORCES  SERVING  ON  ACTIVE  DUTY**

15          **WHO ARE DEPLOYED TO SOUTH KOREA.**

16      None of the funds authorized to be appropriated by

17  this Act may be used to reduce the total number of mem-

18  bers of the Armed Forces serving on active duty who are

19  deployed to South Korea below 28,500 until 90 days after

20  the date on which the Secretary of Defense certifies to

21  the congressional defense committees the following:

22      (1) Such a reduction is in the national security

23  interest of the United States and will not signifi-

24  cantly undermine the security of United States allies

25  in the region.

WASHSTATEC012291

1191

1    (2) The Secretary has appropriately consulted

2    with allies of the United States, including South

3    Korea and Japan, regarding such a reduction.

**4    SEC. 1255. REPORT ON DIRECT, INDIRECT, AND BURDEN-**

**5             SHARING CONTRIBUTIONS OF JAPAN AND**

**6             SOUTH KOREA.**

7    (a) IN GENERAL.—Not later than the date agreed to

8 in accordance with subsection (e)(2), the Comptroller Gen-

9 eral of the United States shall submit to the appropriate

10 congressional committees a report on the direct, indirect,

11 and burden-sharing contributions of Japan and South

12 Korea to support overseas military installations of the

13 United States and United States Armed Forces deployed

14 to or permanently stationed in Japan and South Korea,

15 respectively.

16    (b) ELEMENTS.—The report required by subsection

17 (a) shall include the following:

18        (1) The benefits to United States national secu-

19        rity and regional security derived from the forward

20        presence of the Armed Forces in the Indo-Pacific re-

21        gion, including Japan and South Korea.

22        (2) For calendar year 2016 and each subse-

23        quent calendar year, the overall cost for the presence

24        of the Armed Forces in Japan and South Korea and

WASHSTATEC012292

1192

1   the breakdown of such costs between the United

2   States and the respective host nations.

3   (3) For calendar year 2016 and each subse-

4   quent calendar year, a description of the one-time

5   and recurring costs associated with the presence of

6   the Armed Forces in Japan and South Korea, in-

7   cluding—

8   (A) costs to relocate the Armed Forces

9   within Japan and South Korea and to realign

10   the Armed Forces from Japan and South

11   Korea;

12   (B) military personnel costs;

13   (C) operation and maintenance costs; and

14   (D) military construction costs.

15   (4) A description of direct, indirect, and bur-

16   den-sharing contributions of Japan and South

17   Korea, including—

18   (A) contributions for labor costs associated

19   with the presence of the Armed Forces;

20   (B) contributions to military construction

21   projects of the Department of Defense, includ-

22   ing planning, design, environmental reviews,

23   construction, construction management costs,

24   rents on privately-owned land, facilities, labor,

25   utilities, and vicinity improvements;

WASHSTATEC012293

1193

(C) contributions such as loan guarantees on public-private venture housing and payment-in-kind for facilities returned to Japan and South Korea;

(D) contributions accepted for labor, logistics, utilities, facilities, and any other purpose; and

(E) other contributions, such as Camp Humphreys and the Futenma Replacement Facility, as determined appropriate by the Comptroller General.

(5) The methodology and accounting procedures used to measure and track direct, indirect, and burden-sharing contributions made by Japan and South Korea.

(c) DESCRIPTION OF CONTRIBUTIONS IN UNITED STATES DOLLARS.—The report required by subsection (a) shall describe the direct, indirect, and burden-sharing contributions of Japan and South Korea in United States dollars and shall specify the exchange rates used to determine the United States dollar value of such contributions.

(d) FORM.—The report required by subsection (a) shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.

WASHSTATEC012294

1194

1    (e) BRIEFING.—Not later than March 2, 2020, the
2 Comptroller General shall provide to the appropriate con-
3 gressional committees an interim briefing—

4       (1) on the status of the report and initial find-
5      ings; and

6       (2) to agree on the date on which to submit the
7      report required by subsection (a).

8    (f) SUPPORT FROM THE DEPARTMENT OF DE-
9 FENSE.—The Secretary of Defense shall provide the
10 Comptroller General with timely access to the appropriate
11 information, data, and analyses necessary to fulfill the re-
12 quirement under subsection (a) in a timely, thorough, and
13 independent manner.

14    (g) APPROPRIATE CONGRESSIONAL COMMITTEES
15 DEFINED.—In this section, the term "appropriate con-
16 gressional committees" means—

17       (1) the congressional defense committees; and

18       (2) the Committee on Foreign Relations of the
19      Senate and the Committee on Foreign Affairs of the
20      House of Representatives.

WASHSTATEC012295

1195

1  SEC. 1256. SENSE OF CONGRESS ON SECURITY COMMIT-

2        MENTS TO THE GOVERNMENTS OF JAPAN

3        AND THE REPUBLIC OF KOREA AND TRI-

4        LATERAL COOPERATION AMONG THE UNITED

5        STATES, JAPAN, AND THE REPUBLIC OF

6        KOREA.

7    It is the sense of Congress that—

8        (1) the United States remains committed to its

9    alliances with Japan and the Republic of Korea,

10   which are—

11        (A) essential to the peace and stability in

12       the Indo-Pacific region; and

13        (B) based on the shared values of democ-

14       racy, the rule of law, free and open markets,

15       and respect for human rights;

16        (2) cooperation among the United States,

17   Japan, and the Republic of Korea is essential for

18   confronting regional and global challenges, includ-

19   ing—

20        (A) preventing the proliferation of weapons

21       of mass destruction;

22        (B) combating piracy;

23        (C) assisting victims of conflict and dis-

24       aster worldwide;

25        (D) protecting maritime security; and

WASHSTATEC012296

1196

1    (E) ensuring freedom of navigation, com-
2    merce, and overflight in the Indo-Pacific region;

3    (3) the United States, Japan, and the Republic
4    of Korea share deep concern that the nuclear and
5    ballistic missile programs, the conventional military
6    capabilities, and the chemical and biological weapons
7    programs of the Democratic People's Republic of
8    Korea, together with the long history of aggression
9    and provocation by the Democratic People's Repub-
10   lic of Korea, pose grave threats to peace and sta-
11   bility on the Korean Peninsula and in the Indo-Pa-
12   cific region;

13   (4) the United States views security cooperation
14   between Japan and the Republic of Korea as essen-
15   tial to maintaining peace and stability in the Indo-
16   Pacific region, promoting mutual interests, and ad-
17   dressing shared concerns;

18   (5) the bilateral military intelligence-sharing
19   pact between Japan and the Republic of Korea,
20   signed on November 23, 2016, and the trilateral in-
21   telligence sharing agreement among the United
22   States, Japan, and the Republic of Korea, signed on
23   December 29, 2015, are critical to security in the
24   Indo-Pacific region and should be maintained; and

WASHSTATEC012297

1197

1   (6) recognizing that the security of the United

2   States, Japan, and the Republic of Korea are inter-

3   twined by common threats, including from the

4   Democratic People's Republic of Korea, the United

5   States strongly encourages—

6       (A) strengthened bilateral security ties be-

7       tween Japan and the Republic of Korea; and

8       (B) deeper trilateral defense coordination

9       and cooperation, including through expanded

10      exercises, training, senior-level exchanges, and

11      information sharing.

## SEC. 1257. SENSE OF CONGRESS ON NORTH KOREA.

13  It is the sense of Congress that—

14      (1) diplomacy, economic sanctions, and credible

15  deterrence are essential to address North Korea's il-

16  licit weapons of mass destruction program and the

17  conventional threat that North Korea poses to

18  United States forces on the Korean Peninsula and

19  to United States allies in the region;

20      (2) North Korea's recent missile tests are de-

21  stabilizing, increase regional tensions, and run

22  counter to the spirit of diplomatic negotiations;

23      (3) every effort should be made to deter actions

24  by North Korea that could lead to a military con-

25  frontation, which would pose extreme risks to—

WASHSTATEC012298

1198

1 (A) United States military personnel;

2 (B) noncombatants, including United
3 States citizens and citizens of United States al-
4 lies; and

5 (C) regional security;

6 (4) a sustained and credible diplomatic process
7 based on concrete measures to achieve the
8 denuclearization of North Korea and an eventual
9 end to the Korean War should be pursued;

10 (5) continued actions by North Korea that run
11 counter to diplomatic negotiations call into question
12 North Korea's intentions and commitment to a dip-
13 lomatic solution; and

14 (6) until such time as North Korea no longer
15 poses a threat to the United States or United States
16 allies, the United States should, in concert with such
17 allies, continue to deter North Korea through cred-
18 ible defense and deterrence posture.

19 **SEC. 1258. STATEMENT OF POLICY AND SENSE OF CON-**
20 **GRESS ON, AND STRATEGY TO FULFILL OBLI-**
21 **GATIONS UNDER, MUTUAL DEFENSE TREATY**
22 **WITH THE REPUBLIC OF THE PHILIPPINES.**

23 (a) STATEMENT OF POLICY.—It is the policy of the
24 United States that—

WASHSTATEC012299

1199

1   (1) while the United States has long adopted an

2   approach that takes no position on the ultimate dis-

3   position of the disputed sovereignty claims in the

4   South China Sea, disputing states should—

5       (A) resolve their disputes peacefully with-

6       out the threat or use of force; and

7       (B) ensure that their maritime claims are

8       consistent with international law; and

9   (2) an armed attack on the armed forces, public

10   vessels, or aircraft of the Republic of the Philippines

11   in the Pacific, including the South China Sea, would

12   trigger the mutual defense obligations of the United

13   States under Article IV of the Mutual Defense Trea-

14   ty "to meet common dangers in accordance with its

15   constitutional processes".

16   (b) SENSE OF CONGRESS.—It is the sense of Con-

17   gress that the Secretary of State and the Secretary of De-

18   fense should—

19   (1) affirm the commitment of the United States

20   to the Mutual Defense Treaty;

21   (2) preserve and strengthen the military alli-

22   ance of the United States with the Republic of the

23   Philippines;

WASHSTATEC012300

1200

1     (3) prioritize efforts to develop a shared under-

2 standing of alliance commitments and defense plan-

3 ning; and

4     (4) provide appropriate support to the Republic

5 of the Philippines to strengthen the self-defense ca-

6 pabilities of the Republic of the Philippines, particu-

7 larly in the maritime domain.

8 (c) STRATEGY REQUIRED.—

9     (1) IN GENERAL.—Not later than 1 year after

10 the date of the enactment of this Act, the Secretary

11 of Defense, in consultation with the Secretary of

12 State, shall submit to the appropriate committees of

13 Congress a report that sets forth the strategy of the

14 Department of Defense for achieving the objectives

15 described in subsection (b).

16     (2) ELEMENTS OF STRATEGY.—The strategy

17 required by paragraph (1) shall include the fol-

18 lowing:

19         (A) A description of the national security

20 interests and objectives of the United States

21 furthered by the Mutual Defense Treaty.

22         (B) A description of the regional security

23 environment, including—

24             (i) an assessment of threats to both

25 the United States and the Republic of the

WASHSTATEC012301

1201

1    Philippines national security interests in

2    the region and the role of the Department

3    in addressing such threats;

4        (ii) a description of the strategic secu-

5    rity challenges that are detrimental to re-

6    gional peace and global stability, including

7    challenges posed by the People's Republic

8    of China, violent extremist organizations,

9    and natural disasters; and

10       (iii) a description of each violent ex-

11   tremist organization that presents a threat

12   to the Republic of the Philippines, includ-

13   ing, with respect to each such organiza-

14   tion—

15           (I) the primary objectives of the

16   organization;

17           (II) an assessment of—

18               (aa) the capacity and capa-

19       bility of the organization;

20               (bb) the transnational threat

21       posed by the organization;

22               (cc) recent trends in the ca-

23       pability and influence of the or-

24       ganization;

WASHSTATEC012302

G:\CMTE\AS\20\C\ASCR20.XML

1202

1      (dd) the potential for the or-

2     ganization to reconstitute, ex-

3     pand, or otherwise pose a signifi-

4     cant transnational threat; and

5      (ee) the conditions that con-

6     tribute to efforts of the organiza-

7     tion to reconstitute, expand, or

8     pose such a threat; and

9    (III) a description of the metrics

10   used to assess the capability and in-

11   fluence of the organization.

12  (C) A description of Department objectives

13 with the Republic of the Philippines, includ-

14 ing—

15    (i) the benchmarks for assessing

16  progress towards such objectives; and

17    (ii) the Department strategy to

18  achieve such objectives, including

19  through—

20    (I) defense cooperation;

21    (II) use of security cooperation

22  authorities; and

23    (III) other support or activities

24  in the Republic of the Philippines.

WASHSTATEC012303

1203

1      (D) An identification of all current and
2      planned Department resources, programs, and
3      activities to support the strategy required by
4      paragraph (1), including a review of the neces-
5      sity of an ongoing named operation and the cri-
6      teria used to determine such necessity.
7  (d) DEFINITIONS.—In this section:
8      (1) APPROPRIATE COMMITTEES OF CON-
9      GRESS.—The term "appropriate committees of Con-
10      gress" means—
11      (A) the congressional defense committees;
12      and
13      (B) the Committee on Foreign Relations of
14      the Senate and the Committee on Foreign Af-
15      fairs of the House of Representatives.
16      (2) MUTUAL DEFENSE TREATY.—The term
17      "Mutual Defense Treaty" means the Mutual De-
18      fense Treaty between the Republic of the Philippines
19      and the United States of America, done at Wash-
20      ington August 30, 1951.

21  **SEC. 1259. REPORT ON SECURITY COOPERATION WITH THE**
22      **PHILIPPINE NATIONAL POLICE.**

23  (a) REPORT.—Not later than 150 days after the date
24  of the enactment of this Act, the Secretary of Defense,
25  in concurrence with the Secretary of State, shall submit

WASHSTATEC012304

1204

1 to the appropriate congressional committees a report con-
2 cerning security sector assistance programs with the Phil-
3 ippine National Police.

4    (b) MATTERS TO BE INCLUDED.—The report re-
5 quired by subsection (a) shall include the following:

6       (1) A description of current and planned secu-
7    rity sector assistance programs with the Philippine
8    National Police.

9       (2) The purpose, objectives, and type of train-
10   ing, equipment, or assistance provided under each
11   such program or activity.

12      (3) An identification of the lead agency respon-
13   sible for each such program or activity.

14      (4) An identification of the authority or au-
15   thorities under which each such program or activity
16   is conducted.

17      (5) A description of the process and criteria
18   used to determine utilization of each such authority
19   or authorities.

20      (6) A description of how each such program or
21   activity advances United States national security in-
22   terests as it relates to the Department's strategy re-
23   garding the Philippines.

WASHSTATEC012305

1205

1   (7) An identification of the specific units of the
2   Philippine National Police to receive training, equip-
3   ment, or assistance under each such program.

4   (8) A description of the process and criteria by
5   which specific units of the Philippine National Police
6   are selected as recipients of such programs and ac-
7   tivities, including an assessment of the comparative
8   value of working with units of law enforcement and
9   units of the military forces of the Philippines.

10   (9) An assessment of the current operational ef-
11   fectiveness of such units and a description of the
12   metrics used to make such assessment.

13   (10) An identification of priority capabilities of
14   such units to enhance through training, equipment,
15   or assistance under each such program or activity.

16   (11) A plan to identify, monitor, track, and as-
17   sess the ability of each such program or activity to
18   meet each of the objectives described pursuant to
19   paragraph (2) to enhance the capabilities of each
20   such unit.

21   (12) An identification of any units of the Phil-
22   ippine National Police that are determined or
23   credibly alleged to have committed human rights
24   abuses.

WASHSTATEC012306

1206

1     (13) A description of the relationship between

2     any units of the Philippine National Police identified

3     pursuant to paragraph (12) and any unit identified

4     pursuant to paragraph (7).

5     (14) A description of the current or previous

6     role, if any, of each unit identified pursuant to para-

7     graph (7) in the anti-drug campaign.

8     (15) An assessment of the ability of the United

9     States to identify the units described in paragraph

10    (12).

11    (16) Any other matters the Secretary of De-

12    fense determines should be included.

13    (c) FORM.—The report required by subsection (a)

14    shall be submitted in unclassified form without any des-

15    ignation relating to dissemination control, but may contain

16    a classified annex.

17    (d) APPROPRIATE CONGRESSIONAL COMMITTEES

18    DEFINED.—In this section, the term "appropriate con-

19    gressional committees" means—

20    (1) the congressional defense committees; and

21    (2) the Committee on Foreign Relations of the

22    Senate and the Committee on Foreign Affairs of the

23    House of Representatives.

WASHSTATEC012307

1207

**SEC. 1260. MODIFICATION OF ANNUAL REPORT ON MILI-**
**TARY AND SECURITY DEVELOPMENTS IN-**
**VOLVING THE PEOPLE'S REPUBLIC OF**
**CHINA.**

(a) MODIFICATION TO ANNUAL REPORT REQUIRE-
MENTS.—Section 1202 of the National Defense Author-
ization Act for Fiscal Year 2000 (10 U.S.C. 113 note)
is amended as follows:

(1) In subsection (a), by inserting ", in con-
sultation with the heads of other Federal depart-
ments and agencies as appropriate," after "the Sec-
retary of Defense".

(2) In subsection (b)—

(A) by amending paragraph (26) to read
as follows:

"(26) The relationship between Chinese over-
seas investment, including the Belt and Road Initia-
tive, the Digital Silk Road, and any state-owned or
controlled digital or physical infrastructure projects
of China, and Chinese security and military strategy
objectives, including—

"(A) an assessment of the Chinese invest-
ments or projects likely, or with significant po-
tential, to be converted into military assets of
China;

WASHSTATEC012308

1208

1    "(B) an assessment of the Chinese invest-
2    ments or projects of greatest concern with re-
3    spect to United States national security inter-
4    ests;

5    "(C) a description of any Chinese invest-
6    ment or project located in another country that
7    is linked to military cooperation with such
8    country, such as cooperation on satellite naviga-
9    tion or arms production;

10   "(D) an assessment of any Chinese invest-
11   ment, project, or associated agreement in or
12   with another country that presents significant
13   financial risk for the country or may undermine
14   the sovereignty of such country; and

15   "(E) an assessment of the implications for
16   United States military or governmental inter-
17   ests related to denial of access, compromised in-
18   telligence activities, and network advantages of
19   Chinese investments or projects in other coun-
20   tries."; and

21   (B) by adding at the end the following:

22   "(29) Developments relating to the China Coast
23   Guard, including an assessment of—

24   "(A) how the change in the Guard's com-
25   mand structure to report to China's Central

WASHSTATEC012309

1209

1  Military Commission affects the Guard's status

2  as a law enforcement entity;

3  "(B) the implications of such command

4  structure with respect to the use of the Guard

5  as a coercive tool to conduct 'gray zone' activi-

6  ties in the East China Sea and the South China

7  Sea; and

8  "(C) how the change in such command

9  structure may affect interactions between the

10  Guard and the United States Navy.

11  "(30) An assessment of the military-to-military

12  relations between China and Russia, including an

13  identification of mutual and competing interests.

14  "(31) An assessment of China's expansion of its

15  surveillance state, including—

16  "(A) any correlation of such expansion

17  with its oppression of its citizens or its threat

18  to United States national security interests

19  around the world; and

20  "(B) an overview of the extent to which

21  such surveillance corresponds to an overall re-

22  spect, or lack thereof, for human rights in

23  China, especially for religious and ethnic mi-

24  norities.".

25  (3) In subsection (c)—

WASHSTATEC012310

1210

1   (A) by striking "and the" each place it ap-

2   pears and inserting ", the";

3   (B) in paragraph (1), by striking "of the

4   Senate." and inserting ", and the Select Com-

5   mittee on Intelligence of the Senate."; and

6   (C) in paragraph (2), by striking "Com-

7   mittee on International Relations of the House

8   of Representatives." and inserting "Committee

9   on Foreign Affairs, and the Permanent Select

10   Committee on Intelligence of the House of Rep-

11   resentatives."

12   (b) ADDITIONAL DEFINED TERM.—Such section

13   1202, as so amended, is further amended by adding at

14   the end the following:

15   "(d) STATE-OWNED OR CONTROLLED DIGITAL OR

16   PHYSICAL INFRASTRUCTURE PROJECT OF CHINA.—

17   "(1) IN GENERAL.—For purposes of subsection

18   (b)(26), the term 'state-owned or controlled digital

19   or physical infrastructure project of China' means a

20   transportation, energy, or information technology in-

21   frastructure project that is—

22   "(A) owned, controlled, under the direct or

23   indirect influence of, or subsidized by—

24   "(i) the Government of the People's

25   Republic of China, including any agency

WASHSTATEC012311

1211

1     within such Government and any subdivi-

2     sion or other unit of government at any

3     level of jurisdiction within China;

4        ''(ii) any agent or instrumentality of

5     such Government, including such agencies

6     or subdivisions; or

7        ''(iii) the Chinese Communist Party;

8     or

9     ''(B) a project of any Chinese company op-

10     erating in a sector identified as a strategic in-

11     dustry in the Chinese Government's 'Made in

12     China 2025' strategy to make China a 'manu-

13     facturing power' as a core national interest.

14     ''(2) OWNED; CONTROLLED.—For purposes

15     paragraph (1)(A), with respect to a project—

16        ''(A) the term 'owned' means a majority or

17     controlling interest, whether by value or voting

18     interest, in that project, including through fidu-

19     ciaries, agents, or other means; and

20        ''(B) the term 'controlled' means the power

21     by any means to determine or influence, directly

22     or indirectly, important matters affecting the

23     project, regardless of the level of ownership and

24     whether or not that power is exercised.''.

WASHSTATEC012312

1212

## SEC. 1260A. REPORT ON FOREIGN MILITARY ACTIVITIES IN PACIFIC ISLAND COUNTRIES.

(a) IN GENERAL.—Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence, in coordination with the Director of the Defense Intelligence Agency and the Director of National Intelligence, shall submit to the congressional defense committees a report specifying and analyzing—

(1) strategic interests of foreign militaries in Pacific Island countries, known or emerging foreign partnerships or alliances with non-Pacific Island countries, and foreign military training, exercises, or operations in the region, excluding with countries who are members of the Southeast Asia Treaty Organization;

(2) gaps in intelligence collection capabilities and activities that prevent or may prevent a comprehensive understanding of current intelligence assessments for Pacific Island countries; and

(3) plans to overcome any current intelligence collection deficiencies, including an analysis of both United States and allied and partner intelligence collection capabilities and activities.

(b) PACIFIC ISLAND COUNTRY DEFINED.—In this section, the term "Pacific Island country" includes any of the following countries: The Republic of Fiji, the Republic

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012313

1213

1 Kiribati, the Marshall Islands, the Federated States of Mi-

2 cronesia, the Republic of Nauru, the Republic of Palau,

3 the Independent State of Samoa, the Solomon Islands, the

4 Kingdom of Tonga, Tuvalu, and the Republic of Vanuatu.

**SEC. 1260B. REPORT ON CYBERSECURITY ACTIVITIES WITH**

**TAIWAN.**

7    Not later than 180 days after the date of the enact-

8 ment of this Act, the Secretary of Defense shall submit

9 to the congressional defense committees a report on the

10 following:

11        (1) The feasibility of establishing a high-level,

12    interagency United States-Taiwan working group for

13    coordinating responses to emerging issues related to

14    cybersecurity.

15        (2) A discussion of the Department of De-

16    fense's current and future plans to engage with Tai-

17    wan in cybersecurity activities.

18        (3) A discussion of obstacles encountered in

19    forming, executing, or implementing agreements

20    with Taiwan for cybersecurity activities.

21        (4) Any other matters the Secretary of Defense

22    determines should be included.

WASHSTATEC012314

1214

1  **SEC. 1260C. REVIEW AND REPORT RELATED TO THE TAI-**
2      **WAN RELATIONS ACT.**

3      (a) REVIEW.—The Secretary of Defense, in coordina-
4  tion with the Secretary of State, shall conduct a review
5  of—

6          (1) whether, and the means by which, as appli-
7      cable, the Government of the People's Republic of
8      China or the Chinese Communist Party are affect-
9      ing, including through military, economic, informa-
10     tion, digital, diplomatic, or any other form of coer-
11     cion—

12             (A) the security, or the social and eco-
13         nomic system, of the people of Taiwan;

14             (B) the military balance of power between
15         the People's Republic of China and Taiwan; or

16             (C) the expectation that the future of Tai-
17         wan will continue to be determined by peaceful
18         means; and

19         (2) the role of United States policy toward Tai-
20     wan with respect to the implementation of the 2017
21     National Security Strategy and the 2018 National
22     Defense Strategy.

23     (b) REPORT.—

24         (1) IN GENERAL.—Not later than 180 days
25     after the date of the enactment of this Act, the Sec-
26     retary of Defense, in coordination with the Secretary

WASHSTATEC012315

1215

1   of State, shall provide to the appropriate committees

2   of Congress a report on the review under subsection

3   (a).

4       (2) MATTERS TO BE INCLUDED.—The report

5   under paragraph (1) shall include the following:

6           (A) The assessments resulting from the re-

7       view.

8           (B)  Recommendations   on   legislative

9       changes or Department of Defense or Depart-

10      ment of State policy changes necessary to en-

11      sure that the United States continues to meets

12      its obligations to Taiwan under the Taiwan Re-

13      lations Act (22 U.S.C. 3301 et seq.).

14          (C) Guidelines for—

15              (i) new defense requirements, includ-

16          ing requirements relating to information

17          and digital space;

18              (ii) exchanges between senior-level ci-

19          vilian and military officials of the United

20          States and Taiwan; and

21              (iii) the regular transfer of defense ar-

22          ticles, especially defense articles that are

23          mobile, survivable, and cost effective, to

24          most effectively deter attacks and support

WASHSTATEC012316

1216

1   the asymmetric defense strategy of Tai-

2   wan.

3   (c) APPROPRIATE COMMITTEES OF CONGRESS DE-

4   FINED.—In this section, the term "appropriate commit-

5   tees of Congress" means—

6       (1) the Committee on Armed Services and the

7   Committee on Foreign Relations of the Senate; and

8       (2) the Committee on Armed Services and the

9   Committee on Foreign Affairs of the House of Rep-

10   resentatives.

11   **SEC. 1260D. SENSE OF CONGRESS ON ENHANCEMENT OF**

12       **THE UNITED STATES-TAIWAN DEFENSE RELA-**

13       **TIONSHIP.**

14   It is the sense of Congress that—

15       (1) Taiwan is a vital partner of the United

16   States and is critical to a free and open Indo-Pacific

17   region;

18       (2) the Taiwan Relations Act (22 U.S.C. 3301

19   et seq.) and the "Six Assurances" are both corner-

20   stones of United States relations with Taiwan;

21       (3) the United States should continue to

22   strengthen defense and security cooperation with

23   Taiwan to support the development of capable,

24   ready, and modern defense forces necessary for Tai-

25   wan to maintain a sufficient self-defense capability;

WASHSTATEC012317

1217

1   (4) consistent with the Taiwan Relations Act
2   (22 U.S.C. 3301 et seq.), the United States should
3   strongly support the acquisition by Taiwan of de-
4   fense articles and services through foreign military
5   sales, direct commercial sales, and industrial co-
6   operation, with an emphasis on anti-ship, coastal de-
7   fense, anti-armor, air defense, defensive naval min-
8   ing, and resilient command and control capabilities
9   that support the asymmetric defense strategy of Tai-
10  wan;

11  (5) the President and Congress should deter-
12  mine the nature and quantity of such defense arti-
13  cles and services based solely upon their judgment of
14  the needs of Taiwan, as required by the Taiwan Re-
15  lations Act and in accordance with procedures estab-
16  lished by law;

17  (6) the United States should continue efforts to
18  improve the predictability of United States arms
19  sales to Taiwan by ensuring timely review of and re-
20  sponse to requests of Taiwan for defense articles
21  and services;

22  (7) the Secretary of Defense should promote
23  policies concerning exchanges that enhance the secu-
24  rity of Taiwan, including—

WASHSTATEC012318

1218

1     (A) opportunities with Taiwan for practical

2 training and military exercises that—

3       (i) enable Taiwan to maintain a suffi-

4 cient self-defense capability, as described

5 in section 3(a) of the Taiwan Relations Act

6 (22 U.S.C. 3302(a)); and

7       (ii) emphasize capabilities consistent

8 with the asymmetric defense strategy of

9 Taiwan;

10     (B) exchanges between senior defense offi-

11 cials and general officers of the United States

12 and Taiwan, consistent with the Taiwan Travel

13 Act (Public Law 115–135), especially for the

14 purpose of enhancing cooperation on defense

15 planning and improving the interoperability of

16 United States and Taiwan forces; and

17     (C) opportunities for exchanges between

18 junior officers and senior enlisted personnel of

19 the United States and Taiwan;

20     (8) the United States and Taiwan should ex-

21 pand cooperation in humanitarian assistance and

22 disaster relief;

23     (9) the Secretary of Defense should consider

24 options, including exercises and ship visits, as appro-

25 priate, to expand the scale and scope of humani-

WASHSTATEC012319

1219

1 tarian assistance and disaster response cooperation
2 with Taiwan and other regional partners so as to
3 improve disaster response planning and prepared-
4 ness; and

5     (10) the Secretary of Defense should continue
6 regular transits of United States Navy vessels
7 through the Taiwan Strait, commend the armed
8 forces of France for their April 6, 2019, legal transit
9 of the Taiwan Strait, and encourage allies and part-
10 ners to follow suit in conducting such transits, in
11 order to demonstrate the commitment of the United
12 States and its allies and partners to fly, sail, and op-
13 erate anywhere international law allows.

14 **SEC. 1260E. CHINESE FOREIGN DIRECT INVESTMENT IN**
15         **COUNTRIES OF THE ARCTIC REGION.**

16 (a) INDEPENDENT STUDY.—

17     (1) IN GENERAL.—Not later than 45 days after
18 the date of enactment of this Act, the Secretary of
19 Defense shall seek to enter into a contract with a
20 federally-funded research and development center
21 described in paragraph (2) to complete an inde-
22 pendent study of Chinese foreign direct investment
23 in countries of the Arctic region, with a focus on the
24 effects of such foreign direct investment on United

WASHSTATEC012320

1220

1  States national security and near-peer competition

2  in the Arctic region.

3  (2) FEDERALLY-FUNDED RESEARCH AND DE-

4  VELOPMENT CENTER DESCRIBED.—A federally-fund-

5  ed research and development center described in this

6  paragraph is a federally-funded research and devel-

7  opment center that—

8  (A) has access to relevant data and dem-

9  onstrated data-sets regarding foreign direct in-

10  vestment in the Arctic region; and

11  (B) has access to policy experts throughout

12  the United States and the Arctic region.

13  (b) ELEMENTS.—The study required by subsection

14  (a) shall include the following:

15  (1) Projects in the Arctic that are directly or

16  indirectly funded by public and private Chinese enti-

17  ties, to—

18  (A) build public infrastructure;

19  (B) finance infrastructure;

20  (C) lease mineral and oil and gas leases;

21  (D) purchase real estate;

22  (E) extract or process, including smelting,

23  minerals and oil and gas;

WASHSTATEC012321

1221

1  　　　　(F) engage in shipping or to own and oper-
2  　　ate or construct shipping infrastructure, includ-
3  　　ing ship construction;

4  　　　　(G) lay undersea cables; and

5  　　　　(H) manufacture, own or operate tele-
6  　　communications capabilities and infrastructure.

7  　　(2) An analysis of the legal environment in
8  which Chinese foreign direct investment are occur-
9  ring in the United States, Russia, Canada, Green-
10 land, Norway, and Iceland. The analysis should in-
11 clude—

12 　　　　(A) an assessment of the efficacy of mech-
13 　　anisms for screening foreign direct investment
14 　　in the United States, Russia, Canada, Green-
15 　　land, Norway, and Iceland;

16 　　　　(B) an assessment of the degree to which
17 　　there is transparency in Chinese foreign direct
18 　　investment in countries of the Arctic region;

19 　　　　(C) an assessment of the criteria used to
20 　　assess potential Chinese foreign direct invest-
21 　　ment in countries of the Arctic region;

22 　　　　(D) an assessment of the efficacy of meth-
23 　　ods for monitoring approved Chinese foreign di-
24 　　rect investment in countries of the Arctic re-
25 　　gion; and

WASHSTATEC012322

1222

1    (E) an assessment of public reporting of
2    the decision to approve such Chinese foreign di-
3    rect investment.

4    (3) A comparison of Chinese foreign direct in-
5    vestment in countries of the Arctic region to other
6    countries with major investments in such countries,
7    including India, Japan, South Korea, the Nether-
8    lands, and France.

9    (4) An assessment of the environmental impact
10   of past Chinese investments in oil and gas, mineral,
11   and infrastructure projects in the Arctic region, in-
12   cluding the degree to which Chinese investors are re-
13   quired to comply with local environmental laws and
14   post bonds to assure remediation if a project be-
15   comes bankrupt.

16   (5) A review of the 2018 Chinese Arctic Policy
17   and other relevant public and nonpublic Chinese pol-
18   icy documents to determine the following:

19   (A) China's strategic objectives in the Arc-
20   tic region from a military, economic, territorial,
21   and political perspective.

22   (B) China's goals in the Arctic region with
23   respect to its relations with the United States
24   and Russia, including the degree to which ac-
25   tivities of China in the region are an extension

WASHSTATEC012323

1223

1    of China's strategic competition with the United

2    States.

3        (C) Whether any active or planned infra-

4    structure investments are likely to result in a

5    regular presence of Chinese military vessels or

6    the establishment of military bases in the Arctic

7    region.

8        (D) The extent to which Chinese research

9    activities in the Arctic region are a front for

10   economic activities, including illegal economic

11   espionage, intelligence gathering, and support

12   for future Chinese military activities in the re-

13   gion.

14       (E) The degree to which Arctic littoral

15   states are susceptible to the political and eco-

16   nomic risks of unregulated foreign direct invest-

17   ment.

18       (F) The vulnerability of semi-autonomous

19   regions, such as tribal lands, to Chinese foreign

20   direct investment, including the influence of

21   legal controls and political or economic manipu-

22   lation with respect to such vulnerability.

23       (G) The implications of China's Arctic de-

24   velopment and participation model with respect

WASHSTATEC012324

1224

1  to forecasting China's military, economy, terri-

2  torial, and political activities.

3  (6) Policy and legislative recommendations to

4  enhance the position of the United States in affairs

5  of the Arctic region, including—

6  (A) recommendations for how the United

7  States would best interact with nongovern-

8  mental organizations such as the World Bank,

9  Arctic Council, United Nations General Assem-

10  bly, and International Maritime Organization;

11  (B) recommendations to pursue or not

12  pursue the formation of an Arctic Development

13  Bank and, if pursued, how to organize, fund,

14  and operate the bank;

15  (C) measures the United States can take

16  to promote regional governance and eliminate

17  the soft-power influence from Chinese foreign

18  direct investment, in particular, steps where the

19  United States and Russia should cooperate; and

20  (D) the possibility of negotiating a regional

21  arrangement to regulate foreign direct invest-

22  ment in countries of the Arctic region.

23  (c) REPORT TO DEPARTMENT OF DEFENSE.—Not

24  later than 720 days after the date of the enactment of

25  this Act, the federally-funded research and development

WASHSTATEC012325

1225

1 center with respect to which the Secretary of Defense has
2 entered into a contract under subsection (a) shall submit
3 to the Secretary a report containing the study under sub-
4 sections (a) and (b).

5 (d) REPORT TO CONGRESS.—Not later than 750 days
6 after the date of the enactment of this Act, the Secretary
7 of Defense shall submit to the appropriate congressional
8 committees the report under subsection (c), without
9 change.

10 (e) APPROPRIATE CONGRESSIONAL COMMITTEE DE-
11 FINED.—In this section, the term "appropriate congres-
12 sional committees" means—

13      (1) the congressional defense committees;

14      (2) the Committee on Foreign Relations and
15      the Committee on Commerce, Science, and Trans-
16      portation of the Senate; and

17      (3) the Committee on Foreign Affairs and the
18      Committee on Transportation and Infrastructure of
19      the House of Representatives.

**20 SEC. 1260F. SENSE OF CONGRESS ON POLICY TOWARD**
**21          HONG KONG.**

22 It is the sense of Congress that—

23      (1) Congress stands unequivocally with the peo-
24      ple of Hong Kong as they defend their rights and

WASHSTATEC012326

1226

1 freedoms and preserve their autonomy against the

2 People's Republic of China;

3 (2) the Government of the People's Republic of

4 China should—

5 (A) abide fully by its commitments in the

6 Sino-British Joint Declaration of 1984 to allow

7 the people of Hong Kong a high degree of au-

8 tonomy to govern Hong Kong;

9 (B) adhere fully to Hong Kong's Basic

10 Law of 1997; and

11 (C) immediately cease and desist in its in-

12 terference in the political and legal affairs of

13 Hong Kong;

14 (3) the decision of authorities of the Hong

15 Kong Special Autonomous Region in September

16 2019 to fully withdraw the proposed amendments to

17 the Fugitive Offenders Ordinance of Hong Kong is

18 a necessary first step and should be followed by ef-

19 forts to resolve the remaining demands raised by

20 protestors who represent a broad cross-section of

21 Hong Kong, which are that authorities—

22 (A) drop all charges against individuals

23 who have been arrested for participating in po-

24 litical protests;

WASHSTATEC012327

1227

1     (B) retract the proclamation that the pro-
2 tests were riots;

3     (C) establish a thorough and independent
4 investigation into police brutality; and

5     (D) implement genuine universal suffrage
6 for the election of the Chief Executive and all
7 Legislative Council members of Hong Kong;

8     (4) the United States should—

9     (A) work with like-minded countries to
10 stand with the people of Hong Kong;

11     (B) encourage more responsible behavior
12 by the People's Republic of China; and

13     (C) impose consequences in the event that
14 the authorities of the People's Republic of
15 China and Hong Kong continue to violate fun-
16 damental agreements regarding the autonomy
17 of Hong Kong;

18     (5) the People's Republic of China should re-
19 frain from use of any organization within the mili-
20 tary, paramilitary, or law enforcement apparatus of
21 the People's Republic of China to engage in violent
22 suppression in Hong Kong;

23     (6) in the event of use of force by the Govern-
24 ment of the People's Republic of China against

WASHSTATEC012328

1228

1 protestors in Hong Kong, Congress will recommend

2 swift action by the United States, including—

3     (A) a fundamental reevaluation of the spe-

4     cial treatment of Hong Kong under the Hong

5     Kong Policy Act of 1992 (Public Law 102–383;

6     106 Stat. 1448) and other United States law,

7     particularly in areas of law in which the Peo-

8     ple's Republic of China is exploiting Hong Kong

9     to the detriment of United States interests and

10     values; and

11     (B) coordinated actions with like-minded

12     countries to impose meaningful costs on the

13     People's Republic of China, including the impo-

14     sition of sanctions, travel restrictions, and other

15     actions against responsible senior officials in

16     the Chinese Communist Party, the People's

17     Liberation Army, and the People's Armed Po-

18     lice; and

19     (7) if at any point the Government of Hong

20 Kong implements legislation that affects, directly or

21 indirectly, the interests of the United States with re-

22 spect to an agreement the United States maintains

23 with Hong Kong, including a future reconsideration

24 of amendments to the Fugitive Offenders Ordinance

25 of Hong Kong, the United States should conduct a

WASHSTATEC012329

1229

1 full review of all relevant agreements between the
2 United States and Hong Kong and make necessary
3 adjustments to those agreements to safeguard
4 United States interests.

5 **SEC. 1260G. SENSE OF CONGRESS ON ENHANCING DEFENSE**
6 **AND SECURITY COOPERATION WITH THE RE-**
7 **PUBLIC OF SINGAPORE.**

8 It is the sense of Congress that—

9 (1) the United States and the Republic of
10 Singapore have built a strong, enduring, and for-
11 ward-looking strategic partnership based on long-
12 standing and mutually beneficial cooperation, includ-
13 ing through security, defense, economic, and people-
14 to-people ties;

15 (2) robust security cooperation between the
16 United States and the Republic of Singapore is cru-
17 cial to promoting peace and stability in the Indo-Pa-
18 cific region;

19 (3) the status of the Republic of Singapore as
20 a major security cooperation partner of the United
21 States, as recognized in the 2005 Strategic Frame-
22 work Agreement between the United States and the
23 Republic of Singapore for a Closer Partnership in
24 Defense and Security, plays an important role in the
25 global network of strategic partnerships, especially

WASHSTATEC012330

1230

1   in promoting maritime security and countering ter-

2   rorism;

3       (4) the United States values the Republic of

4   Singapore's provision of access to its military facili-

5   ties, which supports the continued security presence

6   of the United States in Southeast Asia and across

7   the Indo-Pacific region;

8       (5) the United States should continue to wel-

9   come the presence of the military forces of the Re-

10  public of Singapore in the United States for exer-

11  cises and training, and should consider opportunities

12  to expand such activities at additional locations in

13  the United States, as appropriate; and

14      (6) as the United States and the Republic of

15  Singapore have renewed the 1990 Memorandum of

16  Understanding Regarding the United States Use of

17  Facilities in Singapore, the United States should—

18          (A) continue to enhance defense and secu-

19      rity cooperation with the Republic of Singapore

20      to promote peace and stability in the Indo-Pa-

21      cific region based on common interests and

22      shared values;

23          (B) reinforce the status of the Republic of

24      Singapore as a major security cooperation part-

25      ner of the United States; and

WASHSTATEC012331

1231

(C) explore additional steps to better facili-
tate interoperability between the United States
Armed Forces and the military forces of the
Republic of Singapore to promote peace and
stability in the Indo-Pacific region.

**SEC. 1260H. AUTHORITY TO TRANSFER FUNDS FOR BIEN HOA DIOXIN CLEANUP.**

(a) TRANSFER AUTHORITY.—Notwithstanding section 2215 of title 10, United States Code, the Secretary of Defense may transfer to the Secretary of State, for use by the United States Agency for International Development, amounts to be used for the Bien Hoa dioxin cleanup in Vietnam.

(b) LIMITATION ON AMOUNT.—Not more than $15,000,000 may be transferred in fiscal year 2020 under the transfer authority in subsection (a).

(c) ADDITIONAL TRANSFER AUTHORITY.—The transfer authority in subsection (a) is in addition to any other transfer authority available to the Department of Defense.

(d) NOTICE ON EXERCISE OF AUTHORITY.—If the Secretary of Defense determines to use the transfer authority in subsection (a), the Secretary shall notify the congressional defense committees of that determination

WASHSTATEC012332

1232

1 not later than 30 days before the Secretary uses the trans-

2 fer authority.

**SEC. 1260I. LIMITATION ON REMOVAL OF HUAWEI TECH-**
3
**NOLOGIES CO. LTD. FROM ENTITY LIST OF**
4
**BUREAU OF INDUSTRY AND SECURITY.**
5

6 (a) IN GENERAL.—The Secretary of Commerce may

7 not remove Huawei Technologies Co. Ltd. or any of its

8 affiliates (in this section collectively referred to as

9 "Huawei") from the entity list unless and until the Sec-

10 retary certifies to the appropriate congressional commit-

11 tees that—

12 (1) Huawei has sufficiently resolved or settled

13 the charges that were the basis for the addition of

14 Huawei to the entity list in a manner that is con-

15 sistent with the standards for the removal of an en-

16 tity from the entity list under the Export Adminis-

17 tration Regulations;

18 (2) Huawei has sufficiently resolved or settled

19 any other charges that Huawei violated sanctions

20 imposed by the United States;

21 (3) regulations have been implemented that suf-

22 ficiently restrict exporting to, and importing from,

23 the United States items that would pose a national

24 security threat to telecommunications systems in the

25 United States; and

WASHSTATEC012333

1233

1 (4) the Department of Commerce has miti-
2 gated, to the maximum extent possible, other threats
3 to the national security of the United States posed
4 by Huawei.

5 (b) REPORT.—

6 (1) IN GENERAL.—Not later than 60 days after
7 the date of the enactment of this Act, and annually
8 thereafter, the Secretary of Commerce shall submit
9 to the appropriate congressional committees a report
10 on licenses issued for exports to Huawei.

11 (2) MATTERS TO BE INCLUDED.—For each
12 such license, the report required by paragraph (1)
13 shall describe—

14 (A) the items authorized for export;

15 (B) the end-uses of the items;

16 (C) the identities of the companies granted
17 the license; and

18 (D) how the approval of the license is con-
19 sistent with the national security licensing pol-
20 icy set forth in the Export Administration Reg-
21 ulations.

22 (3) DISCLOSURE BY APPROPRIATE CONGRES-
23 SIONAL COMMITTEES.—Subclause (ii) of section
24 1761(h)(2)(B) of the Export Control Reform Act of
25 2018 (50 U.S.C. 4820(h)(2)(B)) shall apply with re-

WASHSTATEC012334

1234

1    spect to information in a report received by the ap-

2    propriate congressional committees under paragraph

3    (1) to the same extent and in the same manner as

4    such subclause (ii) applies with respect to informa-

5    tion made available under subclause (i) of such sec-

6    tion 1761(h)(2)(B).

7    (c) DEFINITIONS.—In this section:

8        (1) APPROPRIATE CONGRESSIONAL COMMIT-

9    TEES.—The term "appropriate congressional com-

10   mittees" means—

11           (A) the Committee on Banking, Housing,

12       and Urban Affairs and the Select Committee on

13       Intelligence of the Senate; and

14           (B) the Committee on Foreign Affairs and

15       the Permanent Select Committee on Intelligence

16       of the House of Representatives.

17       (2) ENTITY LIST.—The term "entity list"

18   means the list maintained by the Bureau of Industry

19   and Security and set forth in Supplement No. 4 to

20   part 744 of title 15, Code of Federal Regulations.

21           (3) EXPORT ADMINISTRATION REGULATIONS.—

22   The term "Export Administration Regulations"

23   means subchapter C of chapter VII of title 15, Code

24   of Federal Regulations.

WASHSTATEC012335

1235

**SEC. 1260J. REPORT ON ZTE COMPLIANCE WITH SUPER-
SEDING SETTLEMENT AGREEMENT AND SU-
PERSEDING ORDER.**

1    (a) IN GENERAL.—Not later than 180 days after the

2   date of the enactment of this Act, and annually thereafter,

3   the President shall submit to Congress a report on the

4   compliance of Zhongxing Telecommunications Equipment

5   Corporation (ZTE Corporation) and ZTE Kangxun Tele-

6   communications Ltd. (ZTE Kangxun) (collectively,

7   "ZTE") with the Superseding Settlement Agreement and

8   Superseding Order reached with the Department of Com-

9   merce on June 8, 2018.

10    (b) FORM.—The report required by subsection (a)

11   shall be submitted in unclassified form and publicly acces-

12   sible, but may include a classified annex.

**SEC. 1260K. REPORT ON THE LAY-DOWN OF UNITED STATES
MARINES IN THE INDO-PACIFIC REGION.**

13    (a) REPORT.—Not later than 180 days after the date

14   of the enactment of this Act, the Secretary of Defense

15   shall submit to the congressional defense committees a re-

16   port on the implementation of the planned distributed lay-

17   down of members of the United States Marine Corps in

18   Okinawa, Guam, Hawaii, Australia, and other locations.

19    (b) ELEMENTS.—The report required by subsection

20   (a) shall include the following:

WASHSTATEC012336

1236

1     (1) A description of the relationship between

2    the planned distributed lay-down in the Indo-Pacific

3    region and the implementation of the National De-

4    fense Strategy with respect to such region.

5     (2) An assessment of the impact of the planned

6    distributed lay-down on the ability of the Armed

7    Forces to respond to current and future contin-

8    gencies in the area of responsibility of United States

9    Indo-Pacific Command that reflects contingency

10    plans of the Department of Defense.

11     (3) A description of—

12      (A) the implementation timeline for the

13     planned distributed lay-down; and

14      (B) progress made on the planned distrib-

15     uted lay-down, as compared with such timeline.

16     (4) A description of the adequacy of current

17    and expected training resources at each location as-

18    sociated with the planned distributed lay-down, in-

19    cluding—

20      (A) the ability to train against the full

21     spectrum of threats from near-peer or peer

22     threats; and

23      (B) any projected limitation due to polit-

24     ical, environmental, or other limiting factors.

WASHSTATEC012337

1237

1    (5) A description of sustainment concepts to

2    support the planned distributed lay-down, including

3    an assessment of the manner in which the planned

4    distributed lay-down will impact logistics and

5    sustainment requirements in support of contingency

6    plans of the Department of Defense.

7    (6) An updated and detailed description of any

8    military construction projects required to execute the

9    distributed lay-down.

10    (7) A description of any recommended revision

11    to the current implementation plan, including any

12    recommended new investment associated with any

13    such revision relating to basing, access, and

14    prepositioning in the Indo-Pacific region.

## Subtitle G—Other Matters

16    **SEC. 1261. MODIFICATION TO REPORT ON LEGAL AND POL-**

17    **ICY FRAMEWORKS FOR THE USE OF MILI-**

18    **TARY FORCE.**

19    Section 1264 of the National Defense Authorization

20    Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat.

21    1689) is amended—

22    (1) in the heading for subsection (a), by strik-

23    ing "Initial" and inserting "Annual";

g:\VHLC\120919\120919.161.xml    (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012338

1238

1    (2) in subsection (a)(1), by striking "90 days

2    after the date of the enactment of this Act" and in-

3    serting "March 1 of each year";

4    (3) in subsection (a)(2), by striking "during the

5    period" and all that follows to the end and inserting:

6    "from the preceding year, including—

7    "(A) a list of all foreign forces, irregular

8    forces, groups, or individuals for which a deter-

9    mination has been made that force could legally

10    be used under the Authorization for Use of

11    Military Force (Public Law 107–40), includ-

12    ing—

13    "(i) the legal and factual basis for

14    such determination; and

15    "(ii) a description of whether force

16    has been used against each such foreign

17    force, irregular force, group, or individual;

18    and

19    "(B) the criteria and any changes to the

20    criteria for designating a foreign force, irreg-

21    ular force, group, or individual as lawfully tar-

22    getable, as a high value target, and as formally

23    or functionally a member of a group covered

24    under the Authorization for Use of Military

25    Force."; and

WASHSTATEC012339

1239

1  (4) in subsection (c), by adding at the end the

2  following: "The unclassified portion of each report

3  shall, at a minimum, include each change made to

4  the legal and policy frameworks during the pre-

5  ceding year and the legal, factual, and policy jus-

6  tifications for such changes, and shall be made avail-

7  able to the public at the same time it is submitted

8  to the appropriate congressional committees.".

9  **SEC. 1262. INDEPENDENT REVIEW OF SUFFICIENCY OF RE-**

10  **SOURCES AVAILABLE TO UNITED STATES**

11  **SOUTHERN COMMAND AND UNITED STATES**

12  **AFRICA COMMAND.**

13  (a) IN GENERAL.—The Secretary of Defense shall

14  seek to enter into a contract with a not-for-profit entity

15  or federally funded research and development center inde-

16  pendent of the Department of Defense to conduct a review

17  of the sufficiency of resources available to United States

18  Southern Command and United States Africa Command

19  to carry out their respective missions in support of United

20  States national security objectives.

21  (b) MATTERS TO BE INCLUDED.—The review de-

22  scribed in subsection (a) shall include—

23  (1) a review of current and emerging United

24  States national security interests in the United

WASHSTATEC012340

1240

1  States Southern Command and United States Africa

2  Command areas of responsibilities;

3      (2) a review of the National Defense Strategy

4  and its implications for United States presence and

5  activities in the United States Southern Command

6  and United States Africa Command areas of respon-

7  sibilities;

8      (3) a comparative analysis of the National De-

9  fense Strategy and the Theater Campaign Plans of

10  United States Southern Command and United

11  States Africa Command, which shall include a de-

12  scription of differences, if any, between the guidance

13  and objectives outlined in the National Defense

14  Strategy and those of the respective Theater Cam-

15  paign Plans;

16      (4) a review of the sufficiency of the resources

17  available to United States Southern Command and

18  United States Africa Command, including personnel,

19  human resources, and financial resources as well as

20  other non-Department of Defense resources available

21  to United States Southern Command and United

22  States Africa Command, in promoting United States

23  national security interests;

24      (5) an assessment of the level of regional exper-

25  tise and experience of the leadership of each such

WASHSTATEC012341

1241

1 combatant command and their subordinate organiza-

2 tions, service components, and task forces, to include

3 personnel from agencies other than the Department

4 of Defense;

5 (6) a description of the strategic objectives and

6 end states in the geographic region for which each

7 such combatant command has responsibility and a

8 comparison of the importance and priority of the re-

9 sources available to each such combatant command

10 to perform its mission; and

11 (7) an assessment of the ability of each such

12 combatant command to carry out their respective

13 missions based on available resources, including non-

14 Department of Defense resources.

15 (c) ACCESS TO INFORMATION.—The not-for-profit

16 entity or federally funded research and development center

17 with which the Secretary enters into the contract under

18 subsection (a) shall have full and direct access to all infor-

19 mation related to resources available to United States

20 Southern Command and United States Africa Command.

21 (d) REPORT.—

22 (1) IN GENERAL.—The Secretary of Defense

23 shall require, as a term of the contract entered into

24 under subsection (a), that not later than 240 days

25 after the date of the enactment of this Act, the not-

WASHSTATEC012342

1242

1 for-profit entity or federally funded research and de-
2 velopment center with which the Secretary of De-
3 fense enters into the contract under subsection (a)
4 shall submit to the Secretary of Defense, the Sec-
5 retary of State, and the Administrator of the United
6 States Agency for International Development a re-
7 port that contains the assessment required by sub-
8 section (a).

9 (2) SUBMISSION TO CONGRESS.—Not later than
10 1 year after the date of the enactment of this Act,
11 the Secretary of Defense shall submit to the con-
12 gressional defense committees—

13 (A) a copy of such report without change;
14 and

15 (B) any comments the Secretary of De-
16 fense considers appropriate.

**SEC. 1263. UNITED STATES CENTRAL COMMAND POSTURE**
18 **ASSESSMENT AND REVIEW.**

19 (a) ASSESSMENT AND REVIEW REQUIRED.—

20 (1) IN GENERAL.—Not later than 30 days after
21 the date of the enactment of this Act, the Secretary
22 of Defense shall seek to enter into an agreement
23 with a federally funded research and development
24 center to conduct an independent assessment and
25 comprehensive review of United States military force

WASHSTATEC012343

1243

posture and capabilities in the United States Central Command area of responsibility for the purpose of clarifying and evolving United States military force posture and basing throughout such area of responsibility in accordance with the strategic guidance of the National Defense Strategy during the posture review period.

(2) MATTERS TO BE INCLUDED.—The assessment and review conducted under paragraph (1) shall include, for the posture review period, the following:

(A) An assessment of the threats and challenges in the United States Central Command area of responsibility, including threats and challenges posed to United States interests by near-peer competitors.

(B) An explanation of the policy and strategic frameworks for addressing the threats and challenges identified under subparagraph (A).

(C) An identification of current and future United States military force posture and capabilities necessary to counter threats, deter conflict, and defend United States national security interests in the United States Central Command area of responsibility.

WASHSTATEC012344

1244

1     (D) An assessment of threats and
2 vulnerabilities to current basing, posture, and
3 readiness in the United States Central Com-
4 mand area of responsibility.

5     (E) An assessment of the basing, coopera-
6 tive security locations, and other infrastructure
7 necessary to support steady state operations in
8 support of the theater campaign plan and po-
9 tential contingencies that may arise in or affect
10 the United States Central Command area of re-
11 sponsibility, including any potential efficiencies
12 and risk mitigation measures to be taken.

13     (F) An assessment of the risks and trade-
14 offs to United States Central Command prior-
15 ities resulting from the reorientation of re-
16 sources toward National Defense Strategy pri-
17 orities and a description of methods to mitigate
18 any negative impact of such reorientation.

19     (G) An explanation of the manner in which
20 a modernized global operating model or dy-
21 namic force employment approach may yield ef-
22 ficiencies and increase strategic flexibility while
23 achieving United States military objectives in
24 the United States Central Command area of re-
25 sponsibility.

WASHSTATEC012345

1245

1   (H) An articulation of the United States
2   nonmilitary efforts and activities necessary to
3   enable the achievement of United States na-
4   tional security interests in the United States
5   Central Command area of responsibility.

6   (I) Any other matter considered relevant.

7   (b) RESULTS.—The federally funded research and
8   development center concerned shall submit to the Sec-
9   retary the results of the assessment and review under sub-
10  section (a), which shall include the following:

11  (1) Considerations and recommendations for
12  improving posture, basing, and readiness in the
13  United States Central Command area of responsi-
14  bility.

15  (2) Alternative basing and posture options to
16  reduce costs, enhance readiness, improve posture,
17  and align with National Defense Strategy priorities.

18  (3) Any legislative recommendations—

19  (A) to support and facilitate National De-
20  fense Strategy implementation with respect to
21  United States Central Command; and

22  (B) to modernize or improve basing, pos-
23  ture, and readiness in the United States Cen-
24  tral Command area of responsibility.

25  (c) SUBMITTAL TO CONGRESS.—

WASHSTATEC012346

1246

1  (1) IN GENERAL.—Not later than July 1, 2020,
2  the Secretary shall submit to the congressional de-
3  fense committees an unaltered copy of the results
4  under subsection (b), together with the written per-
5  spectives of the Secretary and the Chairman of the
6  Joint Chiefs of Staff with respect to such results.

7  (2) FORM.—The submission under paragraph
8  (1) shall be submitted in unclassified form, but may
9  include a classified annex.

10  (d) POSTURE REVIEW PERIOD DEFINED.—In this
11  section, the term "posture review period" means the pe-
12  riod beginning on the date that is five years after the date
13  of the enactment of this Act and ending on the date that
14  is 15 years after such date of enactment.

15  **SEC. 1264. LIMITATION ON PRODUCTION OF NUCLEAR PRO-**
16  **LIFERATION ASSESSMENT STATEMENTS.**

17  (a) LIMITATION.—The Secretary of State may not
18  provide to the President, and the President may not sub-
19  mit to Congress, a Nuclear Proliferation Assessment
20  Statement described in subsection a. of section 123 of the
21  Atomic Energy Act of 1954 (42 U.S.C. 2153) with respect
22  to a proposed cooperation agreement with any country
23  that has not signed and implemented an Additional Pro-
24  tocol with the International Atomic Energy Agency, other
25  than a country with which, as of June 19, 2019, there

WASHSTATEC012347

1247

1 is in effect a civilian nuclear cooperation agreement pursu-

2 ant to such section 123.

3    (b) WAIVER.—The limitation under subsection (a)

4 shall be waived with respect to a particular country begin-

5 ning on the date that is 90 days after the date on which

6 the President submits to the appropriate congressional

7 committees a report describing the manner in which such

8 agreement would advance the national security and de-

9 fense interests of the United States and not contribute to

10 the proliferation of nuclear weapons.

11    (c) FORM.—The report described in subsection (b)

12 shall be submitted in unclassified form but may include

13 a classified annex.

14    (d) APPROPRIATE CONGRESSIONAL COMMITTEES

15 DEFINED.—In this section, the term "appropriate con-

16 gressional committees" means—

17       (1) the Committee on Armed Services and the

18    Committee on Foreign Relations of the Senate; and

19       (2) the Committee on Armed Services and the

20    Committee on Foreign Affairs of the House of Rep-

21    resentatives.

22 **SEC. 1265. WESTERN HEMISPHERE RESOURCE ASSESS-**

23                **MENT.**

24    (a) IN GENERAL.— The Secretary of Defense shall

25 seek to enter into a contract with an independent, non-

WASHSTATEC012348

1248

1 governmental institute described in section 501(c)(3) of
2 the Internal Revenue Code of 1986, and exempt from tax
3 under section 501(a) of such Code, that has recognized
4 credentials and expertise in national security and military
5 affairs to conduct an accounting of and an assessment of
6 the sufficiency of resources available to the United States
7 Southern Command (SOUTHCOM), United States
8 Northern Command (NORTHCOM), Department of
9 State, and United States Agency for International Devel-
10 opment (USAID) to carry out their respective missions in
11 the Western Hemisphere.

12     (b) MATTERS TO BE INCLUDED.—The assessment
13 described in subsection (a) shall include each of the fol-
14 lowing:

15         (1) An accounting and description of the funds
16     available to SOUTHCOM, NORTHCOM, the De-
17     partment of State, and USAID.

18         (2) A list of bilateral and multilateral military
19     training and exercises with allies and partner coun-
20     tries in the Western Hemisphere.

21         (3) A description of the security force activities
22     of the United States in the Western Hemisphere.

23         (4) A description of the activities of the Depart-
24     ments of State and Defense in addressing security
25     challenges in the Western Hemisphere.

WASHSTATEC012349

1249

1    (5) Cyber domain activities of the United States

2    and those actions in concert with allied and partner

3    countries in the Western Hemisphere.

4    (6) A description of the funding for all inter-

5    national military education and training programs.

6    (7) An overview of all foreign military sales and

7    foreign military financing programs with partner

8    countries in the Western Hemisphere.

9    (8) A list of investments, programs, or partner-

10    ships in the Western Hemisphere by China, Iran,

11    Russia, or other adversarial groups or countries that

12    threaten the national security of the United States.

13    (9) Recommendations for actions the Depart-

14    ment of Defense, the Department of State, and

15    USAID could take to advance United States na-

16    tional security interests in the Western Hemisphere.

17    (c) ACCESS TO INFORMATION.—The independent,

18    non-governmental institute described in subsection (a)

19    with which the Secretary enters into a contract pursuant

20    to such subsection shall have full and direct access to all

21    information related to resources available to

22    SOUTHCOM, NORTHCOM, the Department of State,

23    and USAID.

24    (d) REPORTS REQUIRED.—

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012350

1250

1       (1) REPORT OF ASSESSMENT.—The Secretary

2   of Defense shall include as a term in the contract

3   entered into pursuant to subsection (a) that the

4   independent, non-governmental institute shall submit

5   to the Secretary of Defense, the Secretary of State,

6   and the Administrator of the USAID a report con-

7   taining the assessment described in such subsection

8   not later than 240 days after the date of the enact-

9   ment of this Act.

10      (2) REPORT TO CONGRESS.—Not later than 1

11  year after the date of the enactment of this Act, the

12  Secretary of Defense shall submit to the appropriate

13  congressional committees a report that includes—

14          (A) an unedited copy of the report sub-

15      mitted in accordance to paragraph (1); and

16          (B) any comments, changes, recommenda-

17      tions, or other information of the Secretary of

18      Defense, the Secretary of State, and the Ad-

19      ministrator of the United States Agency for

20      International Development determine appro-

21      priate that relates to the assessment required

22      by subsection (a) and contained in such report.

23      (3) FORM.—The report required by paragraph

24  (2) shall be submitted in unclassified form but may

25  include a classified annex.

WASHSTATEC012351

1251

1   (e) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

2   FINED.—The term "appropriate congressional commit-

3   tees" means—

4        (1) the Committee on Armed Services, the

5        Committee on Appropriations, and the Committee on

6        Foreign Relations of the Senate; and

7        (2) the Committee on Armed Services, the

8        Committee on Appropriations, and the Committee on

9        Foreign Affairs of the House of Representatives.

10  **SEC. 1266. HUMAN RIGHTS IN BRAZIL.**

11  (a) IN GENERAL.—Not later than 180 days after the

12  date of the enactment of this Act, the Secretary of De-

13  fense, in coordination with the Secretary of State, shall

14  submit to the appropriate congressional committees a re-

15  port that includes the following:

16        (1) A description of the security cooperation re-

17       lationship between the United States and Brazil, in-

18       cluding a description of United States objectives,

19       any ongoing or planned security cooperation activi-

20       ties with the military forces of Brazil, and an identi-

21       fication of priority capabilities of the military forces

22       of Brazil that the Department could enhance.

23        (2) An assessment of the capabilities of the

24       military forces of Brazil.

WASHSTATEC012352

1252

1  (3) A description of the human rights climate

2  in Brazil, an assessment of the Brazilian military

3  forces' adherence to human rights, and a description

4  of any ongoing or planned cooperative activities be-

5  tween the United States and Brazil focused on

6  human rights.

7  (4) An identification of any Brazilian military

8  and security force units that are determined or

9  credibly alleged to have engaged in human rights

10  violations and have received or purchased United

11  States equipment or training.

12  (5) A description of the manner and extent to

13  which a security cooperation strategy between the

14  United States and Brazil could address any human

15  rights abuses identified pursuant to paragraph (3)

16  or (4), encourage accountability, and promote re-

17  form through training on human rights, rule of law,

18  and rules of engagement.

19  (6) Any other matter the Secretary determines

20  to be relevant.

21  (b) APPROPRIATE CONGRESSIONAL COMMITTEES

22  DEFINED.—In this section, the term "appropriate con-

23  gressional committees" means—

24  (1) the Committee on Armed Services and the

25  Committee on Foreign Relations of the Senate; and

WASHSTATEC012353

1253

1      (2) the Committee on Armed Services and the

2 Committee on Foreign Affairs of the House of Rep-

3 resentatives.

4 **SEC. 1267. CERTIFICATION RELATING TO ASSISTANCE FOR**

5        **GUATEMALA.**

6      (a) IN GENERAL.—Prior to the transfer of any vehi-

7 cles by the Department of Defense to a joint task force

8 of the Ministry of Defense or the Ministry of the Interior

9 of Guatemala during fiscal year 2020, the Secretary of

10 Defense shall certify to the appropriate congressional com-

11 mittees that such ministries have made a credible commit-

12 ment to use such equipment only for the uses for which

13 they were intended.

14      (b) APPROPRIATE CONGRESSIONAL COMMITTEES

15 DEFINED.—In this section, the term "appropriate con-

16 gressional committees" means—

17      (1) the Committee on Armed Services, the

18 Committee on Appropriations, and the Committee on

19 Foreign Affairs of the House of Representatives;

20 and

21      (2) the Committee on Armed Services, the

22 Committee on Appropriations, and the Committee on

23 Foreign Relations of the Senate.

WASHSTATEC012354

1254

## SEC. 1268. INDEPENDENT ANALYSIS OF HUMAN RIGHTS SITUATION IN HONDURAS.

1 (a) ANALYSIS REQUIRED.—

2 (1) IN GENERAL.—Not later than 90 days after
3 the date of the enactment of this Act, the Secretary
4 of Defense shall select and enter into an agreement
5 with an independent think tank or a federally fund-
6 ed research and development center to conduct an
7 analysis of the compliance of the military and secu-
8 rity forces of Honduras with international human
9 rights laws and standards.

10 (2) MATTERS TO BE INCLUDED.—The analysis
11 under paragraph (1) shall include the following:

12 (A) A description of the military-to-mili-
13 tary activities between the United States and
14 Honduras, including the manner in which De-
15 partment of Defense engagement with the mili-
16 tary and security forces of Honduras supports
17 the National Defense Strategy.

18 (B) An analysis of the activities of the
19 military and security forces of Honduras with
20 respect to human rights activists, including—

21 (i) a description of the processes and
22 procedures of the Department to identify
23 human rights violations; and

WASHSTATEC012355

1255

1        (ii) an analysis of whether such proc-

2  esses and procedures comply with Depart-

3  ment policy on adherence to human rights

4  and international law.

5      (C) With respect to United States national

6  security interests, an analysis of the challenges

7  posed by corruption within the military and se-

8  curity forces of Honduras, including—

9        (i) an analysis of participation, if any,

10  by the military and security forces of Hon-

11  duras in illegal narcotics trafficking activi-

12  ties; and

13        (ii) the processes and procedures with-

14  in the military and security forces of Hon-

15  duras to ensure accountability for such ac-

16  tivities.

17      (D) An analysis of—

18        (i) the security cooperation provided

19  to Honduras by the Department during

20  the 3-year period preceding the date of the

21  enactment of this Act; and

22        (ii) the extent to which such coopera-

23  tion has improved accountability, trans-

24  parency, and compliance to international

25  human rights laws and standards in the

WASHSTATEC012356

1256

1   security and military operations of the

2   Government of Honduras.

3   (E)(i) An identification of the units of the

4   military and security forces of Honduras

5   trained by the Department.

6   (ii) An analysis of the role such units have

7   had, if any, in the training, deployment, and

8   command of the Military Police for Public

9   Order (PMOP) in Honduras.

10   (F) An analysis of the security cooperation

11   of the Department with military intelligence

12   and special forces units of Honduras.

13   (G) An analysis of the relative importance

14   of providing development assistance to Hon-

15   duras to achieve United States national security

16   objectives, including countering the proliferation

17   of illegal narcotics flows through Honduras.

18   (H) Recommendations on the development

19   of future security cooperation with Honduras

20   that prioritizes—

21   (i) compliance of the military and se-

22   curity forces of Honduras with human

23   rights laws and standards;

24   (ii) citizen security; and

WASHSTATEC012357

1257

1     (iii) the advancement of United States

2     national security interests with respect to

3     countering the proliferation of illegal nar-

4     cotics flows through Honduras.

5    (I) Any other matters the Secretary con-

6    siders necessary and relevant to United States

7    national security interests.

8   (b) REPORT.—Not later than 270 days after the date

9 of the enactment of this Act, the entity selected under sub-

10 section (a) shall submit to the appropriate committees of

11 Congress a report on the results of the analysis conducted

12 under that subsection.

13   (c) DEPARTMENT OF DEFENSE SUPPORT.—The Sec-

14 retary shall provide the entity selected under subsection

15 (a) with timely access to appropriate information, data,

16 and analyses necessary to carry out such analysis in a

17 thorough and independent manner.

18   (d) APPROPRIATE COMMITTEES OF CONGRESS DE-

19 FINED.—In this section, the term "appropriate commit-

20 tees of Congress" means—

21    (1) the Committee on Armed Services and the

22   Committee on Foreign Relations of the Senate; and

23    (2) the Committee on Armed Services and the

24   Committee on Foreign Affairs of the House of Rep-

25   resentatives.

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012358

1258

**SEC. 1269. BRIEFING ON STRATEGY TO IMPROVE THE EF-**
**FORTS OF THE NIGERIAN MILITARY TO PRE-**
**VENT, MITIGATE, AND RESPOND TO CIVILIAN**
**HARM.**

Not later than 180 days after the date of the enact-
ment of this Act, the Secretary of Defense and the Sec-
retary of State shall jointly provide to the congressional
defense committees, the Committee on Foreign Relations
of the Senate, and the Committee on Foreign Affairs of
the House of Representatives a briefing on—

(1) the current strategy to improve defense in-
stitutions and security sector forces in Nigeria re-
quired by section 1279A of the National Defense
Authorization Act for Fiscal Year 2018 (Public Law
115–91; 131 Stat. 1701);

(2) any efforts planned or under way to assist
the Nigerian military to improve its efforts to pre-
vent, mitigate, and respond to civilian harm;

(3) an assessment of the effectiveness of such
training; and

(4) an overall assessment of efforts by the Gov-
ernment of Nigeria to improve civilian protection,
accountability for human rights violations, and
transparency in the defense institutions and security
sector force.

WASHSTATEC012359

1259

1  **SEC. 1270. REPORT ON IMPLICATIONS OF CHINESE MILI-**

2  **TARY PRESENCE IN DJIBOUTI.**

3      (a) In General.—Not later than 180 days after the

4  date of the enactment of this Act, the Secretary of Defense

5  shall submit to the congressional defense committees a re-

6  port that contains a comprehensive strategy to address se-

7  curity concerns posed by the Chinese People's Liberation

8  Army Support Base in Djibouti to United States military

9  installations and logistics chains in sub-Saharan Africa

10  and the Middle East.

11      (b) Matters To Be Included.—The report re-

12  quired by subsection (a) shall include the following:

13          (1) An assessment of the potential military, in-

14      telligence, and logistical threats facing regional

15      United States military infrastructure, supply chains,

16      and operations due to Chinese military presence in

17      Djibouti and a description of any efforts to mitigate

18      such threats.

19          (2) An assessment of Djibouti's Chinese-held

20      public debt as well as any other potential means of

21      Chinese economic coercion, and a description of the

22      strategic vulnerabilities posed to the United States if

23      China moves to claim the Port of Djibouti or other

24      key logistical assets in repayment.

25          (3) A description of the specific operational

26      challenges facing the United States military in the

WASHSTATEC012360

1260

1    Horn of Africa and the Middle East in the event

2    that access to the Port of Djibouti becomes limited

3    or lost in its entirety, as well as a description of any

4    contingency plans in the event of such scenarios.

5      (4) An identification of the measures in place to

6    mitigate risk of escalation between United States

7    and Chinese military assets in Djibouti or any addi-

8    tional mechanisms that may be advisable.

9      (5) Any other matters the Secretary of Defense

10    considers appropriate.

11    (c) FORM.—The report required under subsection (a)

12 shall be submitted in unclassified form, but may include

13 a classified annex.

14 **SEC. 1271. RULE OF CONSTRUCTION ON THE PERMANENT**

15                **STATIONING OF UNITED STATES ARMED**

16                **FORCES IN SOMALIA.**

17    Nothing in this Act may be construed to authorize

18 the permanent stationing of members of the Armed Forces

19 in Somalia.

20 **SEC. 1272. DEFENSE AND DIPLOMATIC STRATEGY FOR**

21                **LIBYA.**

22    (a) REPORT REQUIRED.—Not later than 270 days

23 after the date of enactment of this Act, the Secretary of

24 Defense and the Secretary of State shall jointly submit

25 to the appropriate congressional committees a report that

WASHSTATEC012361

1261

1  contains a description of the United States defense and

2  diplomatic strategy for Libya.

3      (b) ELEMENTS.—The report required by subsection

4  (a) shall include the following elements:

5          (1) An explanation of the defense and diplo-

6      matic strategy for Libya, including a description of

7      the ends, ways, and means inherent to the strategy,

8      and the role of the Armed Forces in supporting the

9      strategy.

10         (2) An explanation of the policy and legal au-

11     thorities of the Department of Defense and the De-

12     partment of State required to support the strategy.

13         (3) A detailed description of Department of De-

14     fense security partnerships with Libyan actors.

15         (4) A detailed description of Libyan and exter-

16     nal security actors and an assessment of how those

17     actors advance or undermine stability in Libya and

18     United States strategic interests in Libya, including

19     United States interests in a political settlement to

20     the conflict in Libya.

21         (5) A detailed description of the military activi-

22     ties of external actors in Libya, including assess-

23     ments of whether those activities—

WASHSTATEC012362

1262

1     (A) have undermined progress towards sta-
2 bilization of Libya, including the United Na-
3 tions-led negotiations;

4     (B) involve United States-origin equipment
5 and violate contractual conditions of acceptable
6 use of such equipment; or

7     (C) violate or seek to violate the United
8 Nations arms embargo on Libya imposed pur-
9 suant to United Nations Security Council Reso-
10 lution 1970 (2011).

11     (6) A description of any plans to integrate the
12 United States defense and diplomatic resources nec-
13 essary to implement the strategy.

14     (7) Any other matters the Secretaries considers
15 appropriate.

16     (c) FORM.—The report required by subsection (a)
17 shall be submitted in unclassified form, but may include
18 a classified annex.

19     (d) APPROPRIATE CONGRESSIONAL COMMITTEES
20 DEFINED.—In this section, the term "appropriate con-
21 gressional committees" means—

22     (1) the Committee on Armed Services, the
23 Committee on Foreign Relations, and the Committee
24 on Appropriations of the Senate; and

WASHSTATEC012363

1    (2) the Committee on Armed Services, the

2    Committee on Foreign Affairs, and the Committee

3    on Appropriations of the House of Representatives.

4  **SEC. 1273. PROHIBITION ON IN-FLIGHT REFUELING TO**

5      **NON-UNITED STATES AIRCRAFT THAT EN-**

6      **GAGE IN HOSTILITIES IN THE ONGOING CIVIL**

7      **WAR IN YEMEN.**

8    For the two-year period beginning on the date of the

9  enactment of this Act, the Department of Defense may

10  not provide in-flight refueling pursuant to section 2342

11  of title 10, United States Code, or any other applicable

12  statutory authority, to non-United States aircraft that en-

13  gage in hostilities in the ongoing civil war in Yemen unless

14  and until a declaration of war or a specific statutory au-

15  thorization for such use of United States Armed Forces

16  has been enacted.

17  **SEC. 1274. REPORT ON SAUDI-LED COALITION STRIKES IN**

18      **YEMEN.**

19    (a) IN GENERAL.—Not later than 90 days after the

20  date of the enactment of this Act, and annually thereafter

21  for two years, the Secretary of Defense, in consultation

22  with the Secretary of State and the Director of National

23  Intelligence, shall submit to the appropriate congressional

24  committees a report on civilian casualties caused by the

WASHSTATEC012364

1264

1 Saudi-led coalition and by the Houthis as part of the civil

2 war in Yemen.

3    (b) MATTERS TO BE INCLUDED.—Each such report

4 shall contain the following:

5       (1) An estimate of the number of civilian cas-

6    ualties resulting from operations by the Saudi-led

7    coalition and by the Houthis during the preceding

8    year.

9       (2) An assessment of whether members of the

10    Saudi-led coalition and the Houthis followed the

11    norms and practices the United States military em-

12    ploys to avoid civilian casualties and ensure propor-

13    tionality.

14      (3) An assessment of whether operations exe-

15    cuted by members of the Saudi-led coalition and by

16    the Houthis are in compliance with the United

17    States' interpretation of the laws governing armed

18    conflict and proportionality.

19      (4) Any other matters the Secretary determines

20    to be relevant.

21    (c) APPROPRIATE CONGRESSIONAL COMMITTEE DE-

22 FINED.—In this section, the term "appropriate congres-

23 sional committees" means—

24      (1) the congressional defense committees; and

WASHSTATEC012365

1265

1    (2) the Committee on Foreign Relations and

2    the Select Committee on Intelligence of the Senate;

3    and

4    (3) the Committee on Foreign Affairs and the

5    Permanent Select Committee on Intelligence of the

6    House of Representatives.

7 **SEC. 1275. REPORTS ON EXPENSES INCURRED FOR IN-**

8    **FLIGHT REFUELING OF SAUDI COALITION**

9    **AIRCRAFT CONDUCTING MISSIONS RELATING**

10    **TO CIVIL WAR IN YEMEN.**

11    (a) REPORTS REQUIRED.—

12    (1) IN GENERAL.—Not later than 30 days after

13    the date of the enactment of this Act, and every 30

14    days thereafter, the Secretary of Defense shall sub-

15    mit a report to the appropriate committees of Con-

16    gress detailing the expenses incurred by the United

17    States in providing in-flight refueling services for

18    Saudi or Saudi-led coalition non-United States air-

19    craft conducting missions as part of the civil war in

20    Yemen during the period of March 1, 2015, through

21    November 11, 2018, and the extent to which such

22    expenses have been reimbursed by members of the

23    Saudi-led coalition.

24    (2) ELEMENTS.—Each report required under

25    paragraph (1) shall include the following:

WASHSTATEC012366

1266

1     (A) The total expenses incurred by the
2 United States in providing in-flight refueling
3 services, including fuel, flight hours, and other
4 applicable expenses, to Saudi or Saudi-led coali-
5 tion, non-United States aircraft conducting mis-
6 sions as part of the civil war in Yemen.

7     (B) The amount of the expenses described
8 in subparagraph (A) that has been reimbursed
9 by each member of the Saudi-led coalition.

10     (C) Any action taken by the United States
11 to recoup the remaining expenses described in
12 subparagraph (A), including any commitments
13 by members of the Saudi-led coalition to reim-
14 burse the United States for such expenses.

15     (3) SUNSET.—The reporting requirement under
16 paragraph (1) shall cease to be effective on the date
17 on which the Secretary certifies to the appropriate
18 committees of Congress that all expenses incurred by
19 the United States in providing in-flight refueling
20 services for Saudi or Saudi-led coalition non-United
21 States aircraft conducting missions as part of the
22 civil war in Yemen during the period of March 1,
23 2015, through November 11, 2018, have been reim-
24 bursed.

WASHSTATEC012367

1267

1    (b) APPROPRIATE COMMITTEES OF CONGRESS DE-

2    FINED.—In this section, the term "appropriate commit-

3    tees of Congress" means—

4        (1) the Committee on Armed Services of the

5    Senate;

6        (2) the Committee on Armed Services of the

7    House of Representatives;

8        (3) the Committee on Foreign Relations of the

9    Senate; and

10       (4) the Committee on Foreign Affairs of the

11   House of Representatives.

12   **SEC. 1276. REPORT ON SAUDI ARABIA'S HUMAN RIGHTS**

13   **RECORD.**

14   (a) IN GENERAL.—Not later than 30 days after the

15   date of the enactment of this Act, the Secretary of State

16   shall submit to the appropriate congressional committees

17   a report in writing that—

18       (1) describes the extent to which officials of the

19   Government of Saudi Arabia, including members of

20   the military or security services, are responsible for

21   or complicit in gross violations of internationally rec-

22   ognized human rights, including violations of the

23   human rights of journalists, bloggers, human rights

24   defenders, and those who support women's rights or

25   religious freedom;

WASHSTATEC012368

1268

1     (2) describes violations of human rights in
2 Saudi Arabia by officials of the Government of
3 Saudi Arabia, including against journalists, bloggers,
4 human rights defenders, and civil society activists;

5     (3) describes United States actions to address
6 Saudi violations of human rights, including against
7 journalists, bloggers, human rights defenders, and
8 civil society activists, including demands for clem-
9 ency review of these cases;

10     (4) describes any intolerant content in edu-
11 cational materials published by Saudi Arabia's Min-
12 istry of Education that are used in schools both in-
13 side Saudi Arabia and at schools throughout the
14 world; and

15     (5) describes United States actions to encour-
16 age Saudi Arabia to retrieve and destroy materials
17 with intolerant material and revise teacher manuals
18 and retrain teachers to reflect changes in edu-
19 cational materials and promote tolerance.

20 (b) FORM.—The report required by subsection (a)
21 shall be submitted in unclassified form, but may include
22 a classified annex.

23 (c) APPROPRIATE CONGRESSIONAL COMMITTEES DE-
24 FINED.—In the section, the term "appropriate congres-
25 sional committees" means—

WASHSTATEC012369

1269

1     (1) the Committee on Foreign Relations and
2  the Select Committee on Intelligence of the Senate;
3  and

4     (2) the Committee on Foreign Affairs and the
5  Permanent Select Committee on Intelligence of the
6  House of Representatives.

7  **SEC. 1277. REPORT ON INTELLIGENCE COMMUNITY AS-**
8              **SESSMENT RELATING TO THE KILLING OF**
9              **WASHINGTON   POST   COLUMNIST   JAMAL**
10             **KHASHOGGI.**

11  (a) IN GENERAL.—Not later than 30 days after the
12  date of the enactment of this Act, the Director of National
13  Intelligence shall submit to the appropriate congressional
14  committees a report consisting of—

15     (1) a determination and presentation of evi-
16  dence with respect to the advance knowledge and
17  role of any current or former official of the Govern-
18  ment of Saudi Arabia or any current or former sen-
19  ior Saudi political figure over the directing, ordering,
20  or tampering of evidence in the killing of Wash-
21  ington Post columnist Jamal Khashoggi; and

22     (2) a list of foreign persons that the Director
23  of National Intelligence has high confidence—

24         (A) were responsible for, or complicit in,
25      ordering, controlling, or otherwise directing an

WASHSTATEC012370

1270

1 act or acts contributing to or causing the death

2 of Jamal Khashoggi;

3 (B) knowingly and materially assisted,

4 sponsored, or provided financial, material, or

5 technological support for, or goods or services

6 in support of, an activity described in subpara-

7 graph (A); or

8 (C) impeded the impartial investigation of

9 the killing of Jamal Khashoggi, including

10 through the tampering of evidence relating to

11 the investigation.

12 (b) FORM.—

13 (1) IN GENERAL.—The report required by sub-

14 section (a) shall be submitted in unclassified form,

15 but may include a classified annex.

16 (2) NAMES OF FOREIGN PERSONS LISTED.—

17 The name of each foreign person listed in the report

18 described in subsection (a)(2) shall be included in

19 the unclassified portion of the report unless the Di-

20 rector of National Intelligence determines that such

21 disclosure would undermine United States intel-

22 ligence sources and methods or threaten the national

23 security interests of the United States.

24 (c) DEFINED.—In this section:

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012371

1271

1     (1) APPROPRIATE CONGRESSIONAL COMMIT-
2 TEES.—The term "appropriate congressional com-
3 mittees" means—

4     (A) the Committee on Foreign Affairs and
5 the Permanent Select Committee on Intelligence
6 of the House of Representatives; and

7     (B) the Committee on Foreign Relations
8 and the Select Committee on Intelligence of the
9 Senate.

10     (2) KNOWINGLY.—The term "knowingly", with
11 respect to conduct, a circumstance, or a result,
12 means that a person has actual knowledge, or should
13 have known, of the conduct, the circumstance, or the
14 result.

15 **SEC. 1278. UNITED STATES-ISRAEL COOPERATION TO**
16     **COUNTER UNMANNED AERIAL SYSTEMS.**

17     (a) AUTHORITY TO ESTABLISH CAPABILITIES TO
18 COUNTER UNMANNED AERIAL SYSTEMS.—

19     (1) IN GENERAL.—The Secretary of Defense,
20 upon request of the Ministry of Defense of Israel
21 and in consultation with the Secretary of State and
22 the Director of National Intelligence, is authorized
23 to carry out research, development, test, and evalua-
24 tion activities, on a joint basis with Israel, to estab-
25 lish capabilities for countering unmanned aerial sys-

WASHSTATEC012372

1272

tems that threaten the United States or Israel. Any
activities carried out pursuant to such authority
shall be conducted in a manner that appropriately
protects sensitive technology and information and
the national security interests of the United States
and Israel.

(2) REPORT.—The activities described in para-
graph (1) and subsection (b) may not be carried out
until after the Secretary of Defense submits to the
appropriate committees of Congress a report setting
forth the following:

(A) A memorandum of agreement between
the United States and Israel regarding sharing
of research and development costs for the capa-
bilities described in paragraph (1), and any
supporting documents.

(B) A certification that the memorandum
of agreement—

(i) requires sharing of costs of
projects, including in-kind support, be-
tween the United States and Israel;

(ii) establishes a framework to nego-
tiate the rights to any intellectual property
developed under the memorandum of
agreement; and

WASHSTATEC012373

1273

1       (iii) requires the United States Gov-
2   ernment to receive semiannual reports on
3   expenditure of funds, if any, by the Gov-
4   ernment of Israel, including a description
5   of what the funds have been used for,
6   when funds were expended, and an identi-
7   fication of entities that expended the
8   funds.

9   (b) SUPPORT IN CONNECTION WITH THE PRO-
10  GRAM.—

11      (1) IN GENERAL.—The Secretary of Defense is
12  authorized to provide maintenance and sustainment
13  support to Israel for the research, development, test,
14  and evaluation activities authorized in subsection
15  (a)(1). Such authority includes authority to install
16  equipment necessary to carry out such research, de-
17  velopment, test, and evaluation activities.

18      (2) REPORT.—Support may not be provided
19  under paragraph (1) until 15 days after the Sec-
20  retary submits to the appropriate committees of
21  Congress a report setting forth a detailed description
22  of the support to be provided.

23      (3) MATCHING CONTRIBUTION.—

24          (A) IN GENERAL.—Except as provided in
25      subparagraph (B), support may not be provided

WASHSTATEC012374

1274

1   under this subsection unless the Government of
2   Israel contributes an amount not less than the
3   amount of support to be so provided to the pro-
4   gram, project, or activity for which the support
5   is to be so provided in the calendar year in
6   which the support is provided.

7       (B) EXCEPTION.—Subject to paragraph
8   (4), the Secretary may use amounts available to
9   the Secretary in excess of the amount contrib-
10   uted by the Government of Israel to provide
11   support under this subsection for costs associ-
12   ated with any unique national requirement
13   identified by the United States with respect to
14   countering unmanned aerial systems.

15      (4) ANNUAL LIMITATION ON AMOUNT.—The
16   amount of support provided under this subsection in
17   any year may not exceed $25,000,000.

18      (5) USE OF CERTAIN AMOUNTS FOR RDT&E AC-
19   TIVITIES IN THE UNITED STATES.—Of the amount
20   provided by the United States in support under
21   paragraph (1), not less than 50 percent of such
22   amount shall be used for research, development,
23   test, and evaluation activities in the United States in
24   connection with such support.

WASHSTATEC012375

1275

1     (c) LEAD AGENCY.—The Secretary of Defense shall
2 designate an appropriate research and development entity
3 of a military department as the lead agency of the Depart-
4 ment of Defense in carrying out this section.

5     (d) SEMIANNUAL REPORTS.—The Secretary of De-
6 fense shall submit to the appropriate committees of Con-
7 gress on a semiannual basis a report that contains a copy
8 of the most recent semiannual report provided by the Gov-
9 ernment of Israel to the Department of Defense pursuant
10 to subsection (a)(2)(B)(iii).

11     (e) APPROPRIATE COMMITTEES OF CONGRESS DE-
12 FINED.—In this section, the term "appropriate commit-
13 tees of Congress" means—

14         (1) the Committee on Armed Services, the
15     Committee on Foreign Relations, the Committee on
16     Homeland Security, the Committee on Appropria-
17     tions, and the Select Committee on Intelligence of
18     the Senate; and

19         (2) the Committee on Armed Services, the
20     Committee on Foreign Affairs, the Committee on
21     Homeland Security, the Committee on Appropria-
22     tions, and the Permanent Select Committee on Intel-
23     ligence of the House of Representatives.

24     (f) SUNSET.—The authority in this section to carry
25 out activities described in subsection (a), and to provide

WASHSTATEC012376

1276

1 support described in subsection (b), shall expire on De-

2 cember 31, 2024.

**SEC. 1279. EXTENSION AND MODIFICATION OF AUTHORITY**

**FOR UNITED STATES-ISRAEL ANTI-TUNNEL**

**COOPERATION ACTIVITIES.**

6     (a) MODIFICATION OF AUTHORITY.—Subsection (a)

7 of section 1279 of the National Defense Authorization Act

8 for Fiscal Year 2016 (22 U.S.C. 8606 note) is amended,

9 in the first sentence, by striking "and to establish capabili-

10 ties for countering unmanned aerial systems".

11     (b) EXCEPTION TO MATCHING CONTRIBUTION RE-

12 QUIREMENT.—Subsection (b)(3) of such section is amend-

13 ed—

14         (1) by striking "Support" and inserting the fol-

15     lowing:

16         "(A) IN GENERAL.—Except as provided in

17     subparagraph (B), support"; and

18         (2) by adding at the end the following:

19         "(B) EXCEPTION.—Subject to paragraph

20     (4), the Secretary may use amounts available to

21     the Secretary in excess of the amount contrib-

22     uted by the Government of Israel to provide

23     support under this subsection for costs associ-

24     ated with any unique national requirement

WASHSTATEC012377

1277

1    identified by the United States with respect to

2    anti-tunnel capabilities.''.

3  (c) EXTENSION.—Subsection (f) of such section is

4 amended by striking ''December 31, 2020'' and inserting

5 ''December 31, 2024''.

## SEC. 1280. REPORT ON COST IMPOSITION STRATEGY.

7  (a) IN GENERAL.—Not later than 180 days after the

8 date of the enactment of this Act, the Secretary of De-

9 fense, in consultation with the heads of other Federal de-

10 partments and agencies, as appropriate, shall submit to

11 the congressional defense committees a report describing

12 the cost imposition strategies of the Department of De-

13 fense with respect to the People's Republic of China and

14 the Russian Federation.

15  (b) ELEMENTS.—The report under subsection (a)

16 shall include the following:

17    (1) A description of the manner in which the

18    future-years defense program and current oper-

19    ational concepts of the Department are designed to

20    impose costs on the People's Republic of China and

21    the Russian Federation, including—

22      (A) political, economic, budgetary, human

23      capital, and technology costs; and

24      (B) costs associated with military effi-

25      ciency and effectiveness.

WASHSTATEC012378

1278

1     (2) A description of the policies and processes
2 of the Department relating to the development and
3 execution of cost imposition strategies.

4     (c) FORM.—The report under subsection (a) shall be
5 submitted in classified form, and shall include an unclassi-
6 fied summary.

7 **SEC. 1281. MODIFICATION OF INITIATIVE TO SUPPORT PRO-**
8                **TECTION OF NATIONAL SECURITY ACADEMIC**
9                **RESEARCHERS FROM UNDUE INFLUENCE**
10                **AND OTHER SECURITY THREATS.**

11     (a) IN GENERAL.—Subsection (a) of section 1286 of
12 the John S. McCain National Defense Authorization Act
13 for Fiscal Year 2019 (Public Law 115–232) is amended,
14 in the matter preceding paragraph (1), by striking "aca-
15 demic institutions" and inserting "institutions of higher
16 education".

17     (b) ADDITIONAL REQUIREMENTS.—Subsection (c) of
18 such section is amended—

19     (1) by amending paragraph (2) to read as fol-
20 lows:

21     "(2) Training developed and delivered in con-
22 sultation with institutions of higher education and
23 appropriate Government agencies, and other support
24 to institutions of higher education, to promote secu-
25 rity and limit undue influence on institutions of

WASHSTATEC012379

G:\CMTE\AS\20\C\ASCR20.XML

1279

1   higher education and personnel, including Depart-

2   ment of Defense financial support to carry out such

3   activities, that—

4        ''(A) emphasizes best practices for protec-

5        tion of sensitive national security information;

6        and

7        ''(B) includes the dissemination of unclas-

8        sified materials and resources for identifying

9        and protecting against emerging threats to in-

10       stitutions of higher education, including specific

11       counterintelligence information and advice de-

12       veloped specifically for faculty and academic re-

13       searchers based on actual identified threats.'';

14   (2) in paragraph (3), by striking ''and academic

15   institutions'';

16   (3) in paragraph (7), by striking ''academic in-

17   stitution'' and inserting ''institution of higher edu-

18   cation''; and

19   (4) by adding at the end the following new

20   paragraph:

21       ''(8) A list, developed and continuously updated

22   in consultation with the Bureau of Industry and Se-

23   curity of the Department of Commerce, the Director

24   of National Intelligence, United States institutions

25   of higher education that conduct significant Depart-

WASHSTATEC012380

1280

1  ment of Defense research or engineering activities,

2  and other appropriate individuals and organizations,

3  of academic institutions of the People's Republic of

4  China, the Russian Federation, and other countries,

5  that—

6        "(A) have a history of improper technology

7     transfer, intellectual property theft, or cyber or

8     human espionage;

9        "(B) operate under the direction of the

10    military forces or intelligence agency of the ap-

11    plicable country;

12       "(C) are known—

13          "(i) to recruit foreign individuals for

14       the purpose of transferring knowledge to

15       advance military or intelligence efforts; or

16          "(ii) to provide misleading informa-

17       tion or otherwise attempt to conceal the

18       connections of an individual or institution

19       to a defense or an intelligence agency of

20       the applicable country; or

21       "(D) pose a serious risk of improper tech-

22    nology transfer of data, technology, or research

23    that is not published or publicly available.".

WASHSTATEC012381

1281

1    (c) Procedures for Enhanced Information

2    Sharing.—Subsection (d) of such section is amended to

3    read as follows:

4        "(d) Procedures for Enhanced Information

5    Sharing.—

6            "(1) In general.—Not later than October 1,

7        2020, for the purpose of maintaining appropriate se-

8        curity controls over research activities, technical in-

9        formation, and intellectual property, the Secretary,

10       in conjunction with appropriate public and private

11       entities, shall establish streamlined procedures to

12       collect appropriate information relating to individ-

13       uals, including United States citizens and foreign

14       nationals, who participate in defense research and

15       development activities (other than basic research).

16           "(2) Protection from release.—The proce-

17       dures required by paragraph (1) shall include proce-

18       dures to protect such information from release, con-

19       sistent with applicable regulations.

20           "(3) Reporting to government informa-

21       tion systems and repositories.—The procedures

22       required by paragraph (1) may include procedures

23       developed, in coordination with appropriate public

24       and private entities, to report such information to

WASHSTATEC012382

1282

1  existing Government information systems and re-
2  positories.''.

3  (d) ANNUAL REPORT.—Subsection (e) of such sec-
4  tion is amended—

5      (1) in the subsection heading, by inserting ''AN-
6  NUAL'' before ''REPORT'';

7      (2) in paragraph (1), by striking ''one year
8  after the date of the enactment'' and all that follows
9  through ''the Secretary'' and inserting ''April 30,
10 2020, and annually thereafter, the Secretary, acting
11 through appropriate Government officials (including
12 the Under Secretary for Research and Engineer-
13 ing),''; and

14     (3) in paragraph (2), by adding at the end the
15 following new subparagraph:

16          ''(F) Identification of any incident relating
17     to undue influence to security threats to aca-
18     demic research activities funded by the Depart-
19     ment of Defense, including theft of property or
20     intellectual property relating to a project fund-
21     ed by the Department at an institution of high-
22     er education.''.

WASHSTATEC012383

1283

## SEC. 1282. MODIFICATION OF RESPONSIBILITY FOR POLICY ON CIVILIAN CASUALTY MATTERS.

Section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 134 note) is amended—

(1) in subsection (b)—

(A) in paragraph (3), by inserting "appropriate to the specific regional circumstances" after "publicly available means";

(B) in paragraph (5)—

(i) in subparagraph (A), by inserting ", including for acknowledging the status of any individuals killed or injured who were believed to be enemy combatants, but subsequently determined to be non-combatants" after "operations"; and

(ii) in subparagraph (B)—

(I) by inserting "or other assistance" after "payments"; and

(II) by striking "necessary" and inserting "reasonable and culturally appropriate"; and

(C) in paragraph (7), by striking "and" at the end;

(D) by redesignating paragraph (8) as paragraph (9); and

WASHSTATEC012384

1284

1   (E) by inserting after paragraph (7) the

2   following:

3   "(8) cultivating, developing, retaining, and dis-

4   seminating—

5   "(A) lessons learned for integrating civilian

6   protection into operational planning and identi-

7   fying the proximate cause or causes of civilian

8   casualties; and

9   "(B) practices developed to prevent, miti-

10   gate, or respond to such casualties;";

11   (2) by redesignating subsection (c) as sub-

12   section (d);

13   (3) by inserting after subsection (b) the fol-

14   lowing:

15   "(c) COORDINATION.—The senior civilian official des-

16   ignated under subsection (a) shall develop and implement

17   steps to increase coordination with the relevant Chiefs of

18   Mission and other appropriate positions in the Depart-

19   ment of State with respect to the policies required pursu-

20   ant to subsection (a) and other matters or assistance re-

21   lated to civilian harm, resulting from military oper-

22   ations."; and

23   (4) by inserting after subsection (d), as so re-

24   designated, the following:

WASHSTATEC012385

1285

1 "(e) BRIEFING.—Not later than 180 days after the

2 date of the enactment of this subsection, the senior civilian

3 official designated under subsection (a) shall provide to

4 the congressional defense committees a briefing on—

5     "(1) the updates made to the policy developed

6     by the senior civilian official pursuant to this sec-

7     tion; and

8     "(2) the efforts of the Department to imple-

9     ment such updates.".

10 **SEC. 1283. REPORT ON EXPORT OF CERTAIN SATELLITES**

11     **TO ENTITIES WITH CERTAIN BENEFICIAL**

12     **OWNERSHIP STRUCTURES.**

13     (a) IN GENERAL.—Not later than 180 days after the

14 date of the enactment of this Act, the Secretary of Com-

15 merce, in consultation with the heads of appropriate agen-

16 cies, shall submit to the appropriate congressional commit-

17 tees a report on addressing the threat or potential threat

18 posed by the export, reexport, or in-country transfer of

19 satellites described in section 1261(c)(1) of the National

20 Defense Authorization Act for Fiscal Year 2013 (Public

21 Law 112–239; 22 U.S.C. 2778 note) to entities described

22 in subsection (b).

23     (b) ENTITIES DESCRIBED.—

WASHSTATEC012386

1286

1   (1) IN GENERAL.—An entity described in this

2   subsection is an entity the beneficial owner of which

3   is—

4       (A) an individual who is a citizen or na-

5   tional of a country described in section

6   1261(c)(2) of the National Defense Authoriza-

7   tion Act for Fiscal Year 2013;

8       (B) an entity organized under the laws of

9   or otherwise subject to the jurisdiction of such

10  a country;

11      (C) the government of such a country; or

12      (D) any other individual or entity the Sec-

13  retary determines would detrimentally affect the

14  national security of the United States.

15  (2) DETERMINATION OF BENEFICIAL OWNER-

16  SHIP.—For purposes of paragraph (1), the Secretary

17  shall identify a person as the beneficial owner of an

18  entity—

19      (A) in a manner that is not less stringent

20  than the manner set forth in section 240.13d–

21  3 of title 17, Code of Federal Regulations (as

22  in effect on the date of the enactment of this

23  Act); and

24      (B) based on a threshold, to be determined

25  by the Secretary, based on an assessment of

WASHSTATEC012387

1287

1    whether the person's position would give the

2    person an opportunity to control the use of a

3    satellite described in section 1261(c)(1) of the

4    National Defense Authorization Act for Fiscal

5    Year 2013 and exported, reexported, or trans-

6    ferred in country to the entity.

7    (c) ELEMENTS.—The report required by subsection

8    (a) shall include the following:

9        (1) An evaluation of whether satellites described

10   in section 1261(c)(1) of the National Defense Au-

11   thorization Act for Fiscal Year 2013 have been ex-

12   ported, reexported, or transferred in-country, di-

13   rectly or indirectly, to entities described in sub-

14   section (b).

15       (2) An examination of the effect on national se-

16   curity of the potential export, reexport, or in-country

17   transfer of satellites in compliance with section

18   1261(c) of the National Defense Authorization Act

19   for Fiscal Year 2013 in circumstances in which the

20   services, bandwidth, or functions of the satellites

21   could subsequently be leased or sold to, or otherwise

22   used by, an entity described in subsection (b).

23       (3) An examination of the effect on national se-

24   curity of not limiting the export, reexport, or in-

WASHSTATEC012388

1288

1 country transfer of such satellites to entities de-
2 scribed in subsection (b).

3     (4) Recommendations for, and an assessment of
4 the effectiveness of, a licensing condition that would
5 prohibit or limit the export, reexport, or in-country
6 transfer of such satellites to, or the use of such sat-
7 ellites by, entities described in subsection (b).

8     (5) An assessment, based on realistic and jus-
9 tifiable assumptions and forecasts, of the economic
10 implications of and potential harm caused by a li-
11 censing condition described in paragraph (4) on the
12 United States industries that develop or produce sat-
13 ellites and commercial telecommunications equip-
14 ment that do not have direct national security ties.

15     (6) An evaluation of the resources necessary to
16 ensure the ability of the Bureau of Industry and Se-
17 curity of the Department of Commerce—

18     (A) to adequately identify and analyze the
19 beneficial owners of entities in decisions relating
20 to—

21     (i) issuing licenses for the export, re-
22 export, or in-country transfer of such sat-
23 ellites to such entities; or

24     (ii) the ultimate end uses and end-
25 users of such satellites; and

WASHSTATEC012389

1289

1 (B) when evaluating such a decision—

2 (i) to have full knowledge of the po-

3 tential end-user of the satellite and the

4 current beneficial owner of the entity; and

5 (ii) to be able to determine whether

6 issuing the license would be inconsistent

7 with the goal of preventing entities de-

8 scribed in subsection (b) from accessing or

9 using such satellites.

10 (d) FORM.—The report required by subsection (a)

11 shall be submitted in unclassified form, but may include

12 a classified annex.

13 (e) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

14 FINED.—In this section, the term ''appropriate congres-

15 sional committees'' means—

16 (1) the Committee on Armed Services, the

17 Committee on Banking, Housing, and Urban Af-

18 fairs, the Committee on Commerce, Science, and

19 Transportation, the Committee on Foreign Rela-

20 tions, and the Select Committee on Intelligence of

21 the Senate; and

22 (2) the Committee on Armed Services, the

23 Committee on Financial Services, the Committee on

24 Energy and Commerce, the Committee on Foreign

WASHSTATEC012390

1290

1  Affairs, and the Permanent Select Committee on In-
2  telligence of the House of Representatives.

**SEC. 1284. RULE OF CONSTRUCTION RELATING TO THE USE**
4  **OF MILITARY FORCE.**

5  Nothing in this Act, or any amendment made by this
6  Act, may be construed to authorize the use of military
7  force, including the use of military force against Iran or
8  any other country.

**SEC. 1285. REPORTS AND BRIEFINGS ON USE OF MILITARY**
10  **FORCE AND SUPPORT OF PARTNER FORCES.**

11  (a) IN GENERAL.—Not later than 180 days after the
12  date of the enactment of this Act, and every 180 days
13  thereafter, the President shall submit to the congressional
14  defense committees, the Committee on Foreign Relations
15  of the Senate, and the Committee on Foreign Affairs of
16  the House of Representatives a report on actions taken
17  pursuant to the Authorization for Use of Military Force
18  (Public Law 107–40) against those countries or organiza-
19  tions described in such law, as well as any actions taken
20  to command, coordinate, participate in the movement of,
21  or accompany the regular or irregular military forces of
22  any foreign country or government when such forces are
23  engaged in hostilities or in situations where imminent in-
24  volvement in hostilities is clearly indicated by the cir-
25  cumstances, during the preceding 180-day period.

WASHSTATEC012391

1291

1  (b) MATTERS TO BE INCLUDED.—The report re-
2  quired by subsection (a) shall include, with respect to the
3  time period for which the report was submitted, the fol-
4  lowing:

5      (1) A list of each country or organization with
6  respect to which force has been used pursuant to the
7  Authorization for Use of Military Force, including
8  the legal and factual basis for the determination
9  that authority under such law applies with respect to
10  each such country or organization.

11      (2) An intelligence assessment of the risk to the
12  United States posed by each such country or organi-
13  zation.

14      (3) A list of each country in which operations
15  were conducted pursuant to such law and a descrip-
16  tion of the circumstances necessitating the use of
17  force pursuant to such law, including whether the
18  country is designated as an area of active hostilities.

19      (4) A general description of the status of oper-
20  ations conducted pursuant to such law as well as a
21  description of the expected scope and duration of
22  such operations.

23      (5) A list of each partner force and country
24  with respect to which United States Armed Forces
25  have commanded, coordinated, participated in the

WASHSTATEC012392

1292

1 movement of, or accompanied the regular or irreg-
2 ular forces of any foreign country or government
3 that have engaged in hostilities or there existed an
4 imminent threat that such forces would become en-
5 gaged in hostilities, including—

6     (A) a delineation of any such instances in
7     which such United States Armed Forces were
8     or were not operating under the Authorization
9     for Use of Military Force; and

10     (B) a determination of whether the foreign
11     forces, irregular forces, groups, or individuals
12     against which such hostilities occurred are cov-
13     ered by such law.

14 (6) A description of the actual and proposed
15 contributions, including financing, equipment, train-
16 ing, troops, and logistical support, provided by each
17 foreign country that participates in any international
18 coalition with the United States to combat a country
19 or organization described in the Authorization for
20 Use of Military Force.

21 (c) FORM.—The information required under para-
22 graphs (1) and (2) of subsection (b) shall be submitted
23 in unclassified form.

24 (d) OTHER REPORTS.—If United States Armed
25 Forces are introduced into hostilities, or into situations

WASHSTATEC012393

1293

1 where imminent involvement in hostilities is clearly indi-
2 cated by the circumstances, against any country, organiza-
3 tion, or person pursuant to statutory or constitutional au-
4 thorities other than Authorization for Use of Military
5 Force, the President shall comply with the reporting re-
6 quirements under—

7       (1) this section to the same extent and in the
8    same manner as if such actions had been taken
9    under Authorization for Use of Military Force;

10      (2) the War Powers Resolution (50 U.S.C.
11   1541 et seq.); and

12      (3) any other applicable provision of law.

13   (e) BRIEFINGS.—At least once during each 180-day
14 period described in subsection (a), the President shall pro-
15 vide to the congressional defense committees, the Com-
16 mittee on Foreign Relations of the Senate, and the Com-
17 mittee on Foreign Affairs of the House of Representatives
18 a briefing on the matters covered by the report required
19 under this section for such period.

# TITLE XIII—COOPERATIVE THREAT REDUCTION

Sec. 1301. Funding allocations; specification of cooperative threat reduction funds.

WASHSTATEC012394

1294

1    **SECTION 1301. FUNDING ALLOCATIONS; SPECIFICATION OF**

2    **COOPERATIVE THREAT REDUCTION FUNDS.**

3        (a) FUNDING ALLOCATIONS.—Of the $338,700,000

4    authorized to be appropriated to the Department of De-

5    fense for fiscal year 2010 in section 301 and made avail-

6    able by the funding table in division D for the Department

7    of Defense Cooperative Threat Reduction Program estab-

8    lished under section 1321 of the Department of Defense

9    Cooperative Threat Reduction Act (50 U.S.C. 3711), the

10   following amounts may be obligated for the purposes spec-

11   ified:

12          (1) For strategic offensive arms elimination,

13       $492,000.

14          (2) For chemical weapons destruction,

15       $12,856,000.

16          (3) For global nuclear security, $33,919,000.

17          (4) For cooperative biological engagement,

18       $183,642,000.

19          (5) For proliferation prevention, $79,869,000.

20          (6) For activities designated as Other Assess-

21       ments/Administrative Costs, $27,922,000.

22       (b) SPECIFICATION OF COOPERATIVE THREAT RE-

23   DUCTION FUNDS.—Funds appropriated pursuant to the

24   authorization of appropriations in section 301 and made

25   available by the funding table in division D for the Depart-

26   ment of Defense Cooperative Threat Reduction Program

WASHSTATEC012395

1295

1 shall be available for obligation for fiscal years 2020,

2 2021, and 2022.

# TITLE XIV—OTHER AUTHORIZATIONS

Subtitle A—Military Programs

Sec. 1401. Working capital funds.
Sec. 1402. Chemical agents and munitions destruction, defense.
Sec. 1403. Drug interdiction and counter-drug activities, defense-wide.
Sec. 1404. Defense inspector general.
Sec. 1405. Defense health program.

Subtitle B—Other Matters

Sec. 1411. Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois.
Sec. 1412. Authorization of appropriations for Armed Forces Retirement Home.

# Subtitle A—Military Programs

**SEC. 1401. WORKING CAPITAL FUNDS.**

7 Funds are hereby authorized to be appropriated for

8 fiscal year 2020 for the use of the Armed Forces and other

9 activities and agencies of the Department of Defense for

10 providing capital for working capital and revolving funds,

11 as specified in the funding table in section 4501.

**SEC. 1402. CHEMICAL AGENTS AND MUNITIONS DESTRUC-
TION, DEFENSE.**

14 (a) AUTHORIZATION OF APPROPRIATIONS.—Funds

15 are hereby authorized to be appropriated for the Depart-

16 ment of Defense for fiscal year 2020 for expenses, not oth-

17 erwise provided for, for Chemical Agents and Munitions

WASHSTATEC012396

1296

1 Destruction, Defense, as specified in the funding table in

2 section 4501.

3    (b) USE.—Amounts authorized to be appropriated

4 under subsection (a) are authorized for—

5        (1) the destruction of lethal chemical agents

6        and munitions in accordance with section 1412 of

7        the Department of Defense Authorization Act, 1986

8        (50 U.S.C. 1521); and

9        (2) the destruction of chemical warfare materiel

10       of the United States that is not covered by section

11       1412 of such Act.

**SEC. 1403. DRUG INTERDICTION AND COUNTER-DRUG AC-**
**TIVITIES, DEFENSE-WIDE.**

14    Funds are hereby authorized to be appropriated for

15 the Department of Defense for fiscal year 2020 for ex-

16 penses, not otherwise provided for, for Drug Interdiction

17 and Counter-Drug Activities, Defense-wide, as specified in

18 the funding table in section 4501.

**SEC. 1404. DEFENSE INSPECTOR GENERAL.**

20    Funds are hereby authorized to be appropriated for

21 the Department of Defense for fiscal year 2020 for ex-

22 penses, not otherwise provided for, for the Office of the

23 Inspector General of the Department of Defense, as speci-

24 fied in the funding table in section 4501.

WASHSTATEC012397

1297

1 **SEC. 1405. DEFENSE HEALTH PROGRAM.**

2      Funds are hereby authorized to be appropriated for
3 fiscal year 2020 for the Defense Health Program for use
4 of the Armed Forces and other activities and agencies of
5 the Department of Defense for providing for the health
6 of eligible beneficiaries, as specified in the funding table
7 in section 4501.

## 8 Subtitle B—Other Matters

9 **SEC. 1411. AUTHORITY FOR TRANSFER OF FUNDS TO JOINT**
10 **DEPARTMENT OF DEFENSE-DEPARTMENT OF**
11 **VETERANS AFFAIRS MEDICAL FACILITY DEM-**
12 **ONSTRATION FUND FOR CAPTAIN JAMES A.**
13 **LOVELL HEALTH CARE CENTER, ILLINOIS.**

14      (a) AUTHORITY FOR TRANSFER OF FUNDS.—Of the
15 funds authorized to be appropriated by section 1405 and
16 available for the Defense Health Program for operation
17 and maintenance, $127,000,000 may be transferred by the
18 Secretary of Defense to the Joint Department of Defense–
19 Department of Veterans Affairs Medical Facility Dem-
20 onstration Fund established by subsection (a)(1) of sec-
21 tion 1704 of the National Defense Authorization Act for
22 Fiscal Year 2010 (Public Law 111–84; 123 Stat. 2571).
23 For purposes of subsection (a)(2) of such section 1704,
24 any funds so transferred shall be treated as amounts au-
25 thorized and appropriated specifically for the purpose of
26 such a transfer.

WASHSTATEC012398

1298

1    (b) USE OF TRANSFERRED FUNDS.—For the pur-
2  poses of subsection (b) of such section 1704, facility oper-
3  ations for which funds transferred under subsection (a)
4  may be used are operations of the Captain James A.
5  Lovell Federal Health Care Center, consisting of the
6  North Chicago Veterans Affairs Medical Center, the Navy
7  Ambulatory Care Center, and supporting facilities des-
8  ignated as a combined Federal medical facility under an
9  operational agreement covered by section 706 of the Dun-
10  can Hunter National Defense Authorization Act for Fiscal
11  Year 2009 (Public Law 110–417; 122 Stat. 4500).

12  **SEC. 1412. AUTHORIZATION OF APPROPRIATIONS FOR**
13                **ARMED FORCES RETIREMENT HOME.**

14    There is hereby authorized to be appropriated for fis-
15  cal year 2020 from the Armed Forces Retirement Home
16  Trust Fund the sum of $64,300,000 for the operation of
17  the Armed Forces Retirement Home.

# 18 TITLE XV—AUTHORIZATION OF
# 19 ADDITIONAL APPROPRIA-
# 20 TIONS FOR OVERSEAS CON-
# 21 TINGENCY OPERATIONS

Sec. 1501. Purpose.
Sec. 1502. Treatment as additional authorizations.

Subtitle A—Authorization of Appropriations for Overseas Contingency
Operations

Sec. 1511. Overseas contingency operations.
Sec. 1512. Procurement.
Sec. 1513.  Research, development, test, and evaluation.
Sec. 1514. Operation and maintenance.

WASHSTATEC012399

Sec. 1515. Military personnel.
Sec. 1516. Working capital funds.
Sec. 1517. Drug interdiction and counter-drug activities, defense-wide.
Sec. 1518. Defense inspector general.
Sec. 1519. Defense health program.
Sec. 1520. Afghanistan security forces fund.
Sec. 1520A. Special transfer authority.

Subtitle B—Authorization of Appropriations for Emergency Funds for
Recovery and Restoration

Sec. 1521. Procurement.
Sec. 1522. Research, development, test, and evaluation.
Sec. 1523. Operation and maintenance.
Sec. 1524. Restriction on transfer of funds authorized by this subtitle.

## SEC. 1501. PURPOSE.

The purposes of this title are to authorize appropriations for the Department of Defense for fiscal year 2020—

(1) to provide additional funds for overseas contingency operations being carried out by the Armed Forces; and

(2) to provide additional emergency funds for the recovery and restoration of military missions and activities at military installations in California, Florida, North Carolina, and Nebraska that were impacted by natural disasters.

## SEC. 1502. TREATMENT AS ADDITIONAL AUTHORIZATIONS.

The amounts authorized to be appropriated by this title are in addition to amounts otherwise authorized to be appropriated by this Act.

WASHSTATEC012400

1300

# Subtitle A—Authorization of Appropriations for Overseas Contingency Operations

**SEC. 1511. OVERSEAS CONTINGENCY OPERATIONS.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the Department of Defense for overseas contingency operations in such amounts as may be designated as provided in section 251(b)(2)(A)(ii) of the Balanced Budget and Emergency Deficit Control Act of 1985 (2 U.S.C. 901(b)(2)(A)(ii)).

**SEC. 1512. PROCUREMENT.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement accounts for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4102.

**SEC. 1513. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4202.

**SEC. 1514. OPERATION AND MAINTENANCE.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other

WASHSTATEC012401

1301

1 activities and agencies of the Department of Defense for
2 expenses, not otherwise provided for, for operation and
3 maintenance, as specified in the funding table in section
4 4302.

**SEC. 1515. MILITARY PERSONNEL.**

6 Funds are hereby authorized to be appropriated for
7 fiscal year 2020 for the use of the Armed Forces and other
8 activities and agencies of the Department of Defense for
9 expenses, not otherwise provided for, military personnel
10 accounts, as specified in the funding table in section 4402.

**SEC. 1516. WORKING CAPITAL FUNDS.**

12 Funds are hereby authorized to be appropriated for
13 fiscal year 2020 for the use of the Armed Forces and other
14 activities and agencies of the Department of Defense for
15 providing capital for working capital and revolving funds,
16 as specified in the funding table in section 4502.

**SEC. 1517. DRUG INTERDICTION AND COUNTER-DRUG AC-**
**TIVITIES, DEFENSE-WIDE.**

19 Funds are hereby authorized to be appropriated for
20 the Department of Defense for fiscal year 2020 for ex-
21 penses, not otherwise provided for, for Drug Interdiction
22 and Counter-Drug Activities, Defense-wide, as specified in
23 the funding table in section 4502.

WASHSTATEC012402

1302

1 **SEC. 1518. DEFENSE INSPECTOR GENERAL.**

2      Funds are hereby authorized to be appropriated for
3 the Department of Defense for fiscal year 2020 for ex-
4 penses, not otherwise provided for, for the Office of the
5 Inspector General of the Department of Defense, as speci-
6 fied in the funding table in section 4502.

7 **SEC. 1519. DEFENSE HEALTH PROGRAM.**

8      Funds are hereby authorized to be appropriated for
9 the Department of Defense for fiscal year 2020 for ex-
10 penses, not otherwise provided for, for the Defense Health
11 Program, as specified in the funding table in section 4502.

12 **SEC. 1520. AFGHANISTAN SECURITY FORCES FUND.**

13      (a) CONTINUATION OF PRIOR AUTHORITIES AND NO-
14 TICE AND REPORTING REQUIREMENTS.—Funds available
15 to the Department of Defense for the Afghanistan Secu-
16 rity Forces Fund for fiscal year 2020 shall be subject to
17 the conditions contained in—

18           (1) subsections (b) through (f) of section 1513
19      of the National Defense Authorization Act for Fiscal
20      Year 2008 (Public Law 110–181; 122 Stat. 428);
21      and

22           (2) section 1521(d)(1) of the National Defense
23      Authorization Act for Fiscal Year 2017 (Public Law
24      114–328; 130 Stat. 2577).

25      (b) EQUIPMENT DISPOSITION.—

WASHSTATEC012403

1303

1 　　(1) ACCEPTANCE OF CERTAIN EQUIPMENT.—
2 Subject to paragraph (2), the Secretary of Defense
3 may accept equipment that is procured using
4 amounts authorized to be appropriated for the Af-
5 ghanistan Security Forces Fund by this Act and is
6 intended for transfer to the security forces of the
7 Ministry of Defense and the Ministry of the Interior
8 of the Government of Afghanistan, but is not accept-
9 ed by such security forces.

10 　　(2) CONDITIONS ON ACCEPTANCE OF EQUIP-
11 MENT.—Before accepting any equipment under the
12 authority provided by paragraph (1), the Com-
13 mander of United States forces in Afghanistan shall
14 make a determination that such equipment was pro-
15 cured for the purpose of meeting requirements of the
16 security forces of the Ministry of Defense and the
17 Ministry of the Interior of the Government of Af-
18 ghanistan, as agreed to by both the Government of
19 Afghanistan and the Government of the United
20 States, but is no longer required by such security
21 forces or was damaged before transfer to such secu-
22 rity forces.

23 　　(3) ELEMENTS OF DETERMINATION.—In mak-
24 ing a determination under paragraph (2) regarding
25 equipment, the Commander of United States forces

WASHSTATEC012404

1304

1  in Afghanistan shall consider alternatives to the ac-

2  ceptance of such equipment by the Secretary. An ex-

3  planation of each determination, including the basis

4  for the determination and the alternatives consid-

5  ered, shall be included in the relevant quarterly re-

6  port required under paragraph (5).

7  (4) TREATMENT AS DEPARTMENT OF DEFENSE

8  STOCKS.—Equipment accepted under the authority

9  provided by paragraph (1) may be treated as stocks

10  of the Department of Defense upon notification to

11  the congressional defense committees of such treat-

12  ment.

13  (5) QUARTERLY REPORTS ON EQUIPMENT DIS-

14  POSITION.—

15  (A) IN GENERAL.—Not later than 90 days

16  after the date of the enactment of this Act and

17  every 90-day period thereafter during which the

18  authority provided by paragraph (1) is exer-

19  cised, the Secretary shall submit to the congres-

20  sional defense committees a report describing

21  the equipment accepted during the period cov-

22  ered by such report under the following:

23  (i) This subsection.

24  (ii) Section 1521(b) of the National

25  Defense Authorization Act for Fiscal Year

WASHSTATEC012405

1305

1    2017 (Public Law 114–328; 130 Stat.

2    2575).

3        (iii) Section 1531(b) of the National

4    Defense Authorization Act for Fiscal Year

5    2016 (Public Law 114–92; 129 Stat.

6    1088).

7        (iv) Section 1532(b) of the Carl Levin

8    and Howard P. "Buck" McKeon National

9    Defense Authorization Act for Fiscal Year

10    2015 (Public Law 113–291; 128 Stat.

11    3613).

12        (v) Section 1531(d) of the National

13    Defense Authorization Act for Fiscal Year

14    2014 (Public Law 113–66; 127 Stat. 938;

15    10 U.S.C. 2302 note).

16    (B) ELEMENTS.—Each report under sub-

17    paragraph (A) shall include a list of all equip-

18    ment that was accepted during the period cov-

19    ered by such report and treated as stocks of the

20    Department of Defense and copies of the deter-

21    minations made under paragraph (2), as re-

22    quired by paragraph (3).

23  (c) SECURITY OF AFGHAN WOMEN.—

24    (1) IN GENERAL.—Of the funds available to the

25  Department of Defense for the Afghan Security

WASHSTATEC012406

1306

1   Forces Fund for fiscal year 2020, it is the goal that

2   $45,500,000, but in no event less than $10,000,000,

3   shall be used for—

4        (A) the recruitment, integration, retention,

5        training, and treatment of women in the Af-

6        ghan National Defense and Security Forces;

7        and

8        (B) the recruitment, training, and con-

9        tracting of female security personnel for future

10       elections.

11   (2) TYPES OF PROGRAMS AND ACTIVITIES.—

12   Such programs and activities may include—

13       (A) efforts to recruit and retain women

14       into the Afghan National Defense and Security

15       Forces, including the special operations forces;

16       (B) programs and activities of the Direc-

17       torate of Human Rights and Gender Integra-

18       tion of the Ministry of Defense of Afghanistan

19       and the Office of Human Rights, Gender and

20       Child Rights of the Ministry of Interior of Af-

21       ghanistan;

22       (C) development and dissemination of gen-

23       der and human rights educational and training

24       materials and programs within the Ministry of

WASHSTATEC012407

1307

1    Defense and the Ministry of Interior of Afghan-
2    istan;

3         (D) efforts to address harassment and vio-
4    lence against women within the Afghan Na-
5    tional Defense and Security Forces;

6         (E) improvements to infrastructure that
7    address the requirements of women serving in
8    the Afghan National Defense and Security
9    Forces, including appropriate equipment for fe-
10   male security and police forces, and transpor-
11   tation for policewomen to their station;

12        (F) support for Afghanistan National Po-
13   lice Family Response Units;

14        (G) security provisions for high-profile fe-
15   male police and military officers;

16        (H) programs to promote conflict preven-
17   tion, management, and resolution through the
18   meaningful participation of Afghan women in
19   the Afghan National Defense and Security
20   Forces, by exposing Afghan women and girls to
21   the activities of and careers available with such
22   forces, encouraging their interest in such ca-
23   reers, or developing their interest and skills nec-
24   essary for service in such forces; and

WASHSTATEC012408

1308

1      (I) enhancements to Afghan National De-

2      fense and Security Forces recruitment pro-

3      grams for targeted advertising with the goal of

4      increasing the number of female recruits.

5      (d) ASSESSMENT OF AFGHANISTAN PROGRESS ON

6  OBJECTIVES.—

7      (1) ASSESSMENT REQUIRED.—Not later than

8  June 1, 2020, the Secretary of Defense shall, in con-

9  sultation with the Secretary of State, submit to the

10  Committee on Armed Services and the Committee on

11  Foreign Affairs of the House of Representatives and

12  the Committee on Armed Services and the Com-

13  mittee on Foreign Relations of the Senate an assess-

14  ment describing—

15      (A) the progress of the Government of the

16      Islamic Republic of Afghanistan toward meeting

17      shared security objectives; and

18      (B) the efforts of the Government of the

19      Islamic Republic of Afghanistan to manage, em-

20      ploy, and sustain the equipment and inventory

21      provided under subsection (a).

22      (2) MATTERS TO BE INCLUDED.—In conducting

23  the assessment required by paragraph (1), the Sec-

24  retary of Defense shall include each of the following:

WASHSTATEC012409

1309

1   (A) The extent to which the Government of
2   Afghanistan has a strategy for, and has taken
3   steps toward, increased accountability and the
4   reduction of corruption within the Ministry of
5   Defense and the Ministry of Interior of Afghan-
6   istan.

7   (B) The extent to which the capability and
8   capacity of the Afghan National Defense and
9   Security Forces have improved as a result of
10   Afghanistan Security Forces Fund investment,
11   including through training, and an articulation
12   of the metrics used to assess such improve-
13   ments.

14   (C) The extent to which the Afghan Na-
15   tional Defense and Security Forces have been
16   able to increase pressure on the Taliban, al-
17   Qaeda, the Haqqani network, the Islamic State
18   of Iraq and Syria-Khorasan, and other terrorist
19   organizations, including by re-taking territory,
20   defending territory, and disrupting attacks.

21   (D) The distribution practices of the Af-
22   ghan National Defense and Security Forces and
23   whether the Government of Afghanistan is en-
24   suring that supplies, equipment, and weaponry
25   supplied by the United States are appropriately

WASHSTATEC012410

1310

1 distributed to, and employed by, security forces
2 charged with fighting the Taliban and other
3 terrorist organizations.

4 (E) A description of—

5 (i) the policy governing the use of Ac-
6 quisition and Cross Servicing Agreements
7 (ACSA) in Afghanistan;

8 (ii) each ACSA transaction by type,
9 amount, and recipient for the period begin-
10 ning on October 1, 2018, and ending De-
11 cember 31, 2019; and

12 (iii) for any transactions from the
13 United States to Afghan military forces,
14 an explanation for why such transaction
15 was not carried out under the authorities
16 of the Afghanistan Security Forces Fund.

17 (F) The extent to which the Government
18 of Afghanistan has designated the appropriate
19 staff, prioritized the development of relevant
20 processes, and provided or requested the alloca-
21 tion of resources necessary to support a peace
22 and reconciliation process in Afghanistan.

23 (G) A description of the ability of the Min-
24 istry of Defense and the Ministry of Interior of
25 Afghanistan to manage and account for pre-

WASHSTATEC012411

1311

1 viously divested equipment, including a descrip-
2 tion of any vulnerabilities or weaknesses of the
3 internal controls of such Ministry of Defense
4 and Ministry of Interior and any plan in place
5 to address shortfalls.

6 (H) A description of any significant irreg-
7 ularities in the divestment of equipment to the
8 Afghan National Defense and Security Forces
9 during the period beginning on May 1, 2019,
10 and ending on May 1, 2020, including any
11 major losses of such equipment or any inability
12 on the part of the Afghan National Defense and
13 Security Forces to account for equipment so
14 procured.

15 (I) A description of the sustainment and
16 maintenance costs required during the 5-year
17 period beginning on the date of the enactment
18 of this Act, for major weapons platforms pre-
19 viously divested, and a description of the plan
20 for the Afghan National Defense and Security
21 Forces to maintain such platforms in the fu-
22 ture.

23 (J) The extent to which the Government of
24 Afghanistan is adhering to conditions for receiv-
25 ing assistance established in annual financial

WASHSTATEC012412

1312

1     commitment letters or any other bilateral agree-

2     ments with the United States.

3         (K) The extent to which the Government

4     of Afghanistan has made progress in achieving

5     security sector benchmarks as outlined by the

6     United States-Afghan Compact (commonly

7     known as the "Kabul Compact") and a descrip-

8     tion of any other documents, plans, or agree-

9     ments used by the United States to measure se-

10     curity sector progress.

11         (L) Such other factors as the Secretaries

12     consider appropriate.

13     (3) FORM.—The assessment required by para-

14     graph (1) shall be submitted in unclassified form,

15     but may include a classified annex.

16     (4) WITHHOLDING OF ASSISTANCE FOR INSUF-

17     FICIENT PROGRESS.—

18         (A) IN GENERAL.—If the Secretary of De-

19     fense determines, in coordination with the Sec-

20     retary of State and pursuant to the assessment

21     under paragraph (1), that the Government of

22     Afghanistan has made insufficient progress in

23     the areas described in paragraph (2), the Sec-

24     retary of Defense shall—

WASHSTATEC012413

1313

1      (i) withhold $480,000,000, to be de-
2      rived from amounts made available for as-
3      sistance for the Afghan National Defense
4      and Security Forces, from expenditure or
5      obligation until the date on which the Sec-
6      retary certifies to the congressional defense
7      committees that the Government of Af-
8      ghanistan has made sufficient progress;
9      and

10      (ii) notify the congressional defense
11      committees not later than 30 days before
12      withholding such funds.

13      (B) WAIVER.—If the Secretary of Defense
14    determines that withholding such assistance
15    would impede the national security objectives of
16    the United States by prohibiting, restricting,
17    delaying, or otherwise limiting the provision of
18    assistance, the Secretary may waive the with-
19    holding requirement under subparagraph (A) if
20    the Secretary, in coordination with the Sec-
21    retary of State, certifies such determination to
22    the congressional defense committees not later
23    than 30 days before the effective date of the
24    waiver.

WASHSTATEC012414

1314

1    (e) ADDITIONAL REPORTING REQUIREMENTS.—The

2 Secretary of Defense shall include in the materials sub-

3 mitted in support of the budget for fiscal year 2021 that

4 is submitted by the President under section 1105(a) of

5 title 31, United States Code, each of the following:

6    (1) The amount of funding provided in fiscal

7    year 2019 through the Afghanistan Security Forces

8    Fund to the Government of Afghanistan in the form

9    of direct government-to-government assistance or on-

10    budget assistance for the purposes of supporting any

11    entity of such government, including the Afghan Na-

12    tional Defense and Security Forces, the Afghan Min-

13    istry of Interior, or the Afghan Ministry of Defense.

14    (2) The amount of funding provided and antici-

15    pated to be provided, as of the date of the submis-

16    sion of the materials, in fiscal year 2020 through

17    such Fund in such form.

18    (3) To the extent the amount described in para-

19    graph (2) exceeds the amount described in para-

20    graph (1), an explanation as to the reason why the

21    such amount is greater and the specific entities and

22    purposes that were supported by such increase.

23 **SEC. 1520A. SPECIAL TRANSFER AUTHORITY.**

24    (a) AUTHORITY TO TRANSFER AUTHORIZATIONS.—

WASHSTATEC012415

1315

1     (1) AUTHORITY.—Upon determination by the
2 Secretary of Defense that such action is necessary in
3 the national interest, the Secretary may transfer
4 amounts of authorizations made available to the De-
5 partment of Defense in this subtitle for fiscal year
6 2020 between any such authorizations for that fiscal
7 year (or any subdivisions thereof). Amounts of au-
8 thorizations so transferred shall be merged with and
9 be available for the same purposes as the authoriza-
10 tion to which transferred.

11     (2) LIMITATION.—The total amount of author-
12 izations that the Secretary may transfer under the
13 authority of this subsection may not exceed
14 $2,000,000,000.

15     (b) TERMS AND CONDITIONS.—Transfers under this
16 section shall be subject to the same terms and conditions
17 as transfers under section 1001.

18     (c) ADDITIONAL AUTHORITY.—The transfer author-
19 ity provided by this section is in addition to the transfer
20 authority provided under section 1001.

WASHSTATEC012416

1316

# Subtitle B—Authorization of Appropriations for Emergency Funds for Recovery and Restoration

**SEC. 1521. PROCUREMENT.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement accounts for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4103.

**SEC. 1522. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4203.

**SEC. 1523. OPERATION AND MAINTENANCE.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4303.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012417

1317

1 **SEC. 1524. RESTRICTION ON TRANSFER OF FUNDS AUTHOR-**

2 **IZED BY THIS SUBTITLE.**

3    (a) AUTHORITY.—Upon determination by the Sec-

4 retary of Defense that such action is necessary in the na-

5 tional interest, the Secretary may transfer amounts of au-

6 thorizations made available to the Department of Defense

7 in this subtitle for fiscal year 2020 between any such au-

8 thorizations for that fiscal year (or any subdivisions there-

9 of). Amounts of authorizations so transferred shall be

10 merged with the authorization to which transferred and

11 shall be available for the recovery and restoration of mili-

12 tary missions and activities at military installations in

13 California, Florida, North Carolina, and Nebraska im-

14 pacted by natural disasters.

15    (b) ADDITIONAL AUTHORITY.—The transfer author-

16 ity provided by this section is in addition to the transfer

17 authority provided under sections 1001 and 1520A.

18    (c) TERMS AND CONDITIONS.—Transfers under this

19 section shall be subject to the same terms and conditions

20 as transfers under section 1001.

# TITLE XVI—STRATEGIC PRO-
# GRAMS, CYBER, AND INTEL-
# LIGENCE MATTERS

Subtitle A—Space Activities

Sec. 1601. Repeal of requirement to establish United States Space Command
          as a subordinate unified command of the United States Stra-
          tegic Command.

WASHSTATEC012418

1318

Sec. 1602. Coordination of modernization efforts relating to military-code capable GPS receiver cards.
Sec. 1603. Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System.
Sec. 1604. Annual determination on plan on full integration and exploitation of overhead persistent infrared capability.
Sec. 1605. Space-based environmental monitoring mission requirements.
Sec. 1606. Resilient enterprise ground architecture.
Sec. 1607. Prototype program for multi-global navigation satellite system receiver development.
Sec. 1608. Commercial space situational awareness capabilities.
Sec. 1609. Program to enhance and improve launch support and infrastructure.
Sec. 1610. Preparation to implement plan for use of allied launch vehicles.
Sec. 1611. Independent study on plan for deterrence in space.
Sec. 1612. Study on leveraging diverse commercial satellite remote sensing capabilities.
Sec. 1613. Annual report on Space Command and Control program.
Sec. 1614. Report on space debris.

Subtitle B—Defense Intelligence and Intelligence-Related Activities

Sec. 1621. Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security.
Sec. 1622. Modifications to ISR Integration Council and annual briefing requirements.
Sec. 1623. Modification of annual authorization of appropriations for National Flagship Language Initiative.
Sec. 1624. Improving the onboarding methodology for intelligence personnel.
Sec. 1625. Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data.
Sec. 1626. Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements.
Sec. 1627. Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency.
Sec. 1628. Report on the expanded purview of the Defense Counterintelligence and Security Agency.
Sec. 1629. Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities.

Subtitle C—Cyberspace-Related Matters

Sec. 1631. Matters relating to military operations in the information environment.
Sec. 1632. Notification requirements for sensitive military cyber operations.
Sec. 1633. Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense.
Sec. 1634. Quarterly assessments of the readiness of Cyber Mission Forces.
Sec. 1635. Cyber posture review.
Sec. 1636. Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command.
Sec. 1637. Modification of cyber scholarship program.
Sec. 1638. Tier 1 exercise of support to civil authorities for a cyber incident.
Sec. 1639. Extension of the Cyberspace Solarium Commission.

WASHSTATEC012419

1319

Sec. 1640. Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects.

Sec. 1641. Role of Chief Information Officer in improving enterprise-wide cybersecurity.

Sec. 1642. Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace.

Sec. 1643. Limitation of funding for Consolidated Afloat Networks and Enterprise Services.

Sec. 1644. Annual military cyberspace operations report.

Sec. 1645. Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities.

Sec. 1646. Control and analysis of Department of Defense data stolen through cyberspace.

Sec. 1647. Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products.

Sec. 1648. Framework to enhance cybersecurity of the United States defense industrial base.

Sec. 1649. Report on cybersecurity training programs.

Sec. 1650. National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.

Sec. 1651. Reorientation of Big Data Platform program.

Sec. 1652. Zero-based review of Department of Defense cyber and information technology personnel.

Sec. 1653. Study on improving cyber career paths in the Navy.

Sec. 1654. Accreditation standards and processes for cybersecurity and information technology products and services.

Sec. 1655. Study on future cyber warfighting capabilities of Department of Defense.

Sec. 1656. Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquarters–Cyber Organizations, Joint Mission Operations Centers, and Cyber Operations–Integrated Planning Elements.

Sec. 1657. Cyber governance structures and Principal Cyber Advisors on military cyber force matters.

Sec. 1658. Designation of test networks for testing and accreditation of cybersecurity products and services.

Sec. 1659. Consortia of universities to advise Secretary of Defense on cybersecurity matters.

Sec. 1660. Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements.

Subtitle D—Nuclear Forces

Sec. 1661. Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System.

Sec. 1662. Modification of authorities relating to nuclear command, control, and communications system.

Sec. 1663. Briefings on meetings held by Nuclear Weapons Council.

Sec. 1664. Consideration of budget matters at meetings of Nuclear Weapons Council.

Sec. 1665. Improvement to annual report on the modernization of the nuclear weapons enterprise.

Sec. 1666. Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system.

WASHSTATEC012420

1320

Sec. 1667. Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe.
Sec. 1668. Elimination of conventional requirement for long-range standoff weapon.
Sec. 1669. Briefing on long-range standoff weapon and sea-launched cruise missile.
Sec. 1670. Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile.
Sec. 1671. Reports on development of ground-based strategic deterrent weapon.
Sec. 1672. Prohibition on reduction of the intercontinental ballistic missiles of the United States.
Sec. 1673. Independent study on policy of no-first-use of nuclear weapons.
Sec. 1674. Independent study on risks of nuclear terrorism and nuclear war.
Sec. 1675. Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war.
Sec. 1676. Report on nuclear forces of the United States and near-peer countries.
Sec. 1677. Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons.
Sec. 1678. Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons.
Sec. 1679. Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems.
Sec. 1680. Sense of Congress on nuclear deterrence commitments of the United States.

Subtitle E—Missile Defense Programs

Sec. 1681. National missile defense policy.
Sec. 1682. Development of space-based ballistic missile intercept layer.
Sec. 1683. Development of hypersonic and ballistic missile tracking space sensor payload.
Sec. 1684. Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system.
Sec. 1685. Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production.
Sec. 1686. Limitation on availability of funds for lower tier air and missile defense sensor.
Sec. 1687. Plan for the redesigned kill vehicle replacement.
Sec. 1688. Organization, authorities, and billets of the Missile Defense Agency.
Sec. 1689. Annual assessment of ballistic missile defense system.
Sec. 1690. Command and control, battle management, and communications program.
Sec. 1691. Missile defense interceptor site in contiguous United States.
Sec. 1692. Independent study on impacts of missile defense development and deployment.
Sec. 1693. Report and briefing on multi-volume kill capability.

Subtitle F—Other Matters

Sec. 1694. Extension of authorization for protection of certain facilities and assets from unmanned aircraft.

WASHSTATEC012421

1321

Sec. 1695. Repeal of requirement for commission on electromagnetic pulse attacks and similar events.

Sec. 1696. Repeal of review requirement for ammonium perchlorate report.

Sec. 1697. Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms.

Sec. 1698. Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems.

Sec. 1699. Hard and deeply buried targets.

# Subtitle A—Space Activities

## SEC. 1601. REPEAL OF REQUIREMENT TO ESTABLISH UNITED STATES SPACE COMMAND AS A SUBORDINATE UNIFIED COMMAND OF THE UNITED STATES STRATEGIC COMMAND.

(a) IN GENERAL.—Section 169 of title 10, United States Code, is repealed.

(b) TECHNICAL AND CONFORMING AMENDMENTS.—

(1) The table of sections for chapter 6 of title 10, United States Code, is amended by striking the item relating to section 169.

(2) Section 2273a(d)(3) of title 10, United States Code, is amended by striking "The Commander of the United States Strategic Command, acting through the United States Space Command," and inserting "The Commander of the United States Space Command, or, if no such command exists, the Commander of the United States Strategic Command,".

WASHSTATEC012422

1322

1 **SEC. 1602. COORDINATION OF MODERNIZATION EFFORTS**

2 **RELATING TO MILITARY-CODE CAPABLE GPS**

3 **RECEIVER CARDS.**

4 Section 1610 of the John S. McCain National De-

5 fense Authorization Act for Fiscal Year 2019 (Public Law

6 115–232; 132 Stat. 2111; 10 U.S.C. 2281 note) is amend-

7 ed—

8 (1) in subsection (b)(2), by striking the period

9 at the end and inserting ", including with respect to

10 each program of the Department that requires M-

11 code capable receiver cards."; and

12 (2) in subsection (c), by striking the period at

13 the end and inserting ", and shall clarify the roles

14 of the Chief Information Officer and the Council on

15 Oversight of the Department of Defense Positioning,

16 Navigation, and Timing Enterprise with respect to

17 M-code modernization efforts.".

18 **SEC. 1603. DEMONSTRATION OF BACKUP AND COMPLEMEN-**

19 **TARY POSITIONING, NAVIGATION, AND TIM-**

20 **ING CAPABILITIES OF GLOBAL POSITIONING**

21 **SYSTEM.**

22 Effective on June 1, 2019, section 1606 of the Na-

23 tional Defense Authorization Act for Fiscal Year 2018

24 (Public Law 115–91; 131 Stat. 1725) is amended—

25 (1) in subsection (c)(2), by striking "the date

26 that is 18 months after the date of the enactment

WASHSTATEC012423

1323

1 of this Act'' and inserting ''December 31, 2020'';

2 and

3 (2) in subsection (d), by striking ''18 months

4 after the date of the enactment of this Act'' and in-

5 serting ''December 31, 2020''.

**SEC. 1604. ANNUAL DETERMINATION ON PLAN ON FULL IN-**

**TEGRATION AND EXPLOITATION OF OVER-**

**HEAD PERSISTENT INFRARED CAPABILITY.**

9 Section 1618(c) of the National Defense Authoriza-

10 tion Act for Fiscal Year 2016 (Public Law 114–92; 10

11 U.S.C. 2431 note) is amended by striking ''for a fiscal

12 year'' and inserting ''for each of fiscal years 2021 through

13 2028''.

**SEC. 1605. SPACE-BASED ENVIRONMENTAL MONITORING**

**MISSION REQUIREMENTS.**

16 (a) PROCUREMENT OF MODERNIZED PATHFINDER

17 PROGRAM SATELLITE.—

18 (1) IN GENERAL.—The Secretary of the Air

19 Force shall procure a modernized pathfinder pro-

20 gram satellite that—

21 (A) addresses space-based environmental

22 monitoring mission requirements;

23 (B) reduces the risk that the Department

24 of Defense experiences a gap in meeting such

25 requirements during the period beginning Janu-

WASHSTATEC012424

1324

1    ary 1, 2023, and ending December 31, 2025;

2    and

3          (C) is launched not later than January 1,

4    2023.

5    (2) TYPE OF SATELLITE.—The satellite de-

6    scribed in paragraph (1) may be a free-flyer or a

7    hosted payload satellite.

8    (3) PLAN.—Not later than 60 days after the

9    date of the enactment of this Act, the Secretary of

10   the Air Force shall submit to the appropriate con-

11   gressional committees a plan to procure and launch

12   the satellite described in paragraph (1), including

13   with respect to—

14         (A) the requirements for such satellite, in-

15   cluding operational requirements;

16         (B) timelines for such procurement and

17   launch;

18         (C) costs for such procurement and launch;

19   and

20         (D) the launch plan.

21   (4) PROCEDURES.—The Secretary of the Air

22   Force shall ensure that the satellite described in

23   paragraph (1) is procured using full and open com-

24   petition through the use of competitive procedures.

WASHSTATEC012425

1325

1    (5) WITHHOLDING OF FUNDS.—The amount

2    equal to 10 percent of the total amount authorized

3    to be appropriated to the Office of the Secretary of

4    Air Force for the travel of persons under the Oper-

5    ations and Maintenance, Defense-Wide account shall

6    be withheld from obligation or expenditure until the

7    date on which a contract is awarded for the procure-

8    ment of the satellite described in paragraph (1).

9    (b) WEATHER SYSTEM SATELLITE.—The Secretary

10   of the Air Force shall ensure that the electro-optical/infra-

11   red weather system satellite—

12   (1) meets space-based environmental moni-

13   toring mission requirements;

14   (2) is procured using full and open competition

15   through the use of competitive procedures; and

16   (3) is launched not later than September 30,

17   2025.

18   (c) DEFINITIONS.—In this section:

19   (1) The term "appropriate congressional com-

20   mittees" means—

21   (A) the congressional defense committees;

22   and

23   (B) the Permanent Select Committee on

24   Intelligence of the House of Representatives

WASHSTATEC012426

1326

1  and the Select Committee on Intelligence of the

2  Senate.

3  (2) The term "space-based environmental moni-

4  toring mission requirements" means the national se-

5  curity requirements for cloud characterization and

6  theater weather imagery.

**SEC. 1606. RESILIENT ENTERPRISE GROUND ARCHITEC-**

**TURE.**

9  (a) SENSE OF CONGRESS.—It is the sense of Con-

10 gress that the Secretary of the Air Force, to advance the

11 security of the space assets of the Department of Defense,

12 should—

13 (1) expand on complementary efforts within the

14 Air Force that promote the adoption of a resilient

15 enterprise ground architecture that is responsive to

16 new and changing threats and can rapidly integrate

17 new capabilities to make the warfighting force of the

18 United States more resilient in a contested

19 battlespace; and

20 (2) prioritize the swift transition of space

21 ground architecture to a common platform and le-

22 verage commercial capabilities in concurrence with

23 the 2015 intent memorandum of the Commander of

24 the Air Force Space Command.

WASHSTATEC012427

1327

1  (b) FUTURE ARCHITECTURE.—The Secretary of De-
2  fense shall, to the extent practicable—

3      (1) develop future satellite ground architectures
4  of the Department of Defense to be compatible with
5  complementary commercial systems that can support
6  uplink and downlink capabilities with dual-band
7  spacecraft; and

8      (2) emphasize that future ground architecture
9  transition away from stove-piped systems to a serv-
10  ice-based platform that provides members of the
11  Armed Forces with flexible and adaptable capabili-
12  ties that—

13          (A) use, as applicable, commercially avail-
14      able capabilities and technologies for increased
15      resiliency and cost savings; and

16          (B) build commercial opportunity and inte-
17      gration across the range of resilient space sys-
18      tems.

19  (c) REPORT.—Not later than 180 days after the date
20  of the enactment of this Act, the Secretary of Defense
21  shall submit to the congressional defense committees a re-
22  port on the future architecture described in subsection (b).

WASHSTATEC012428

1328

1  **SEC. 1607. PROTOTYPE PROGRAM FOR MULTI-GLOBAL**
2            **NAVIGATION SATELLITE SYSTEM RECEIVER**
3            **DEVELOPMENT.**

4      (a) PROTOTYPE MULTI-GNSS PROGRAM.—The Sec-
5  retary of the Air Force shall carry out a program to proto-
6  type an M-code based, multi-global navigation satellite
7  system receiver that is capable of receiving covered signals
8  to increase the resilience and capability of military posi-
9  tion, navigation, and timing equipment against threats to
10  the Global Positioning System and to deter the likelihood
11  of attack on the worldwide Global Positioning System by
12  reducing the benefits of such an attack.

13      (b) ELEMENTS.—In carrying out the program under
14  subsection (a), the Secretary shall—

15          (1) with respect to each covered signal that
16          could be received by the prototype receiver under
17          such program, conduct an assessment of the relative
18          benefits and risks of using that signal, including
19          with respect to any existing or needed monitoring in-
20          frastructure that would alert users of the Depart-
21          ment of Defense of potentially corrupted signal in-
22          formation, and the cyber risks and challenges of in-
23          corporating such signals into a properly designed re-
24          ceiver;

g:\VHLC\120919\120919.161.xml      (751097l12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012429

1329

1　　　(2) ensure that monitoring systems are able to

2　　include any monitoring network of the United States

3　　or allies of the United States;

4　　　(3) conduct an assessment of the benefits and

5　　risks, including with respect to the compatibility of

6　　non-United States global navigation satellite system

7　　signals with existing position, navigation, and timing

8　　equipment of the United States, and the extent to

9　　which the capability to receive such signals would

10　　impact current receiver or antenna design; and

11　　　(4) conduct an assessment of the desirability of

12　　establishing a program for the development and de-

13　　ployment of the receiver system described in sub-

14　　section (a) in a manner that—

15　　　　(A) is a cooperative effort, coordinated

16　　　with the Secretary of State, between the United

17　　　States and the allies of the United States that

18　　　may also have interest in funding a multi-global

19　　　navigation satellite system and M-code pro-

20　　　gram; and

21　　　　(B) the Secretary of Defense, in coordina-

22　　　tion with the Secretary of State, ensures that

23　　　the United States has access to sufficient in-

24　　　sight into trusted signals of allied systems to

WASHSTATEC012430

1330

1       assure potential reliance by the United States

2       on such signals.

3   (c) BRIEFING.—Not later than 120 days after the

4   date of the enactment of this Act, the Secretary, in coordi-

5   nation with the Air Force GPS User Equipment Program

6   office, shall provide to the congressional defense commit-

7   tees a briefing on a plan to carry out the program under

8   subsection (a) that includes—

9       (1) the estimated cost, including total cost and

10      out-year funding requirements for a program to de-

11      velop and deploy the receiver system described in

12      subsection (a);

13      (2) the schedule for such program;

14      (3) a plan for how the results of the program

15      could be incorporated into future blocks of the Glob-

16      al Positioning System military user equipment pro-

17      gram; and

18      (4) the recommendations and analysis contained

19      in the study sponsored by the Department of De-

20      fense conducted by the MITRE Corporation on the

21      risks, benefits, and approaches to adding multi-glob-

22      al navigation satellite system capabilities to military

23      user equipment.

24  (d) REPORT.—Not later than 150 days after the date

25  of the enactment of this Act, the Secretary of Defense

WASHSTATEC012431

1331

1  shall submit to the congressional defense committees a re-

2  port containing—

3      (1) an explanation of how the Secretary intends

4      to comply with section 1609 of the John S. McCain

5      National Defense Authorization Act for Fiscal Year

6      2019 (Public Law 115–232; 10 U.S.C. 2281 note);

7      (2) an outline of any potential cooperative ef-

8      forts acting in accordance with the North Atlantic

9      Treaty Organization, the European Union, or Japan

10     that would support such compliance;

11     (3) an assessment of the potential to host, or

12     incorporate through software-defined payloads, Glob-

13     al Positioning System M-code functionality onto al-

14     lied global navigation satellite system systems; and

15     (4) an assessment of new or enhanced moni-

16     toring capabilities that would be needed to incor-

17     porate global navigation satellite system

18     functionality into weapon systems of the Depart-

19     ment.

20 (e) LIMITATION.—Of the funds authorized to be ap-

21 propriated by this Act or otherwise made available for fis-

22 cal year 2020 for increment 2 of the acquisition of military

23 Global Positioning System user equipment terminals, not

24 more than 90 percent may be obligated or expended until

25 the date on which the briefing has been provided under

WASHSTATEC012432

1332

1  subsection (c) and the report has been submitted under

2  subsection (d).

3      (f) WAIVER AUTHORITY FOR TRUSTED SIGNALS CA-

4  PABILITIES.—Section 1609(a)(2)(B) of the John S.

5  McCain National Defense Authorization Act for Fiscal

6  Year 2019 (Public Law 115–232; 10 U.S.C. 2281 note)

7  is amended by striking "such capability" and inserting

8  "the capability to add multi-Global Navigation Satellite

9  System signals to provide substantive military utility".

10     (g) DEFINITIONS.—In this section:

11         (1) The term "allied systems" means—

12             (A) the Galileo system of the European

13         Union;

14             (B) the QZSS system of Japan; and

15             (C) upon designation by the Secretary of

16         Defense, in consultation with the Director of

17         National Intelligence—

18                 (i) the NAVIC system of India; and

19                 (ii) any similarly associated wide area

20             augmentation systems.

21         (2) The term "covered signals"—

22             (A) means global navigation satellite sys-

23         tem signals from—

24                 (i) allied systems; and

25                 (ii) non-allied systems; and

WASHSTATEC012433

1333

1   (B) includes both encrypted signals and

2   open signals.

3   (3) The term "encrypted signals" means global

4   navigation satellite system signals that incorporate

5   encryption or other internal methods to authenticate

6   signal information.

7   (4) The term "M-code" means, with respect to

8   global navigation satellite system signals, military

9   code that provides enhanced positioning, navigation,

10  and timing capabilities and improved resistance to

11  existing and emerging threats, such as jamming.

12  (5) The term "non-allied systems" means—

13  (A) the Russian GLONASS system; and

14  (B) the Chinese Beidou system.

15  (6) The term "open signals" means global navi-

16  gation satellite system that do not include encryption

17  or other internal methods to authenticate signal in-

18  formation.

**SEC. 1608. COMMERCIAL SPACE SITUATIONAL AWARENESS**
19

20      **CAPABILITIES.**

21  (a) CERTIFICATION.—Not later than 90 days after

22  the date of the enactment of this Act, the Secretary of

23  the Air Force, without delegation, shall certify to the con-

24  gressional defense committees that the Air Force is using

25  commercial space situational awareness services.

WASHSTATEC012434

1334

1    (b) LIMITATION.—Of the funds authorized to be ap-
2  propriated by this Act or otherwise made available for fis-
3  cal year 2020 for the enterprise space battle management
4  command and control, not more than 85 percent may be
5  obligated or expended until the date on which the Sec-
6  retary of the Air Force makes the certification under sub-
7  section (a).

8    (c) REPORT.—Not later than March 1, 2020, the
9  Secretary of the Air Force shall submit to the congres-
10  sional defense committees a report on using commercial
11  space situational awareness services to fill the space situa-
12  tional awareness requirements that were not filled in the
13  Joint Space Operations Center Mission Center. The report
14  shall include the following:

15    (1) A description of current domestic commer-
16      cial capabilities to detect and track space objects in
17      low-Earth orbit below the 10 centimeter threshold of
18      legacy systems.

19    (2) A description of current domestic best-in-
20      breed commercial capabilities that can meet such re-
21      quirements.

22    (3) Estimates of the timelines, milestones, and
23      funding requirements to procure a near-term solu-
24      tion to meet such requirements until the develop-

WASHSTATEC012435

1335

1 ment programs of the Air Force are projected to be

2 operationally fielded.

3 (d) COMMERCIAL SPACE SITUATIONAL AWARENESS

4 SERVICES DEFINED.—In this section, the term "commer-

5 cial space situational awareness services" means commer-

6 cial space situational awareness processing software and

7 data from commercial sensors to address warfighter re-

8 quirements and fill gaps in current space situational capa-

9 bilities of the Air Force.

**10 SEC. 1609. PROGRAM TO ENHANCE AND IMPROVE LAUNCH**

**11           SUPPORT AND INFRASTRUCTURE.**

12 (a) IN GENERAL.—In support of the policy described

13 in section 2273(a) of title 10, United States Code, the Sec-

14 retary of Defense, in coordination with the Administrator

15 of the Federal Aviation Administration, may carry out a

16 program to enhance infrastructure and improve support

17 activities for the processing and launch of Department of

18 Defense small-class and medium-class payloads.

19 (b) PROGRAM.—The program under subsection (a)

20 shall include improvements to operations at launch ranges

21 and Federal Aviation Administration-licensed spaceports

22 that are consistent with, and necessary to permit, the use

23 of such launch ranges and spaceports by the Department.

24 (c) CONSULTATION.—In carrying out the program

25 under subsection (a), the Secretary may consult with cur-

WASHSTATEC012436

1336

1  rent and anticipated users of launch ranges and Federal

2  Aviation Administration-licensed spaceports, including the

3  Space Rapid Capabilities Office.

4      (d) COOPERATION.—In carrying out the program

5  under subsection (a), the Secretary may enter into a con-

6  tract or agreement under section 2276 of title 10, United

7  States Code.

8      (e) REPORT.—Not later than 270 days after the date

9  of the enactment of this Act, the Secretary shall submit

10  to the appropriate committees of Congress a report de-

11  scribing a plan for the program under subsection (a).

12      (f) APPROPRIATE COMMITTEES OF CONGRESS DE-

13  FINED.—In this section, the term "appropriate commit-

14  tees of Congress" means—

15          (1) the congressional defense committees;

16          (2) the Committee on Commerce, Science, and

17      Transportation and the Select Committee on Intel-

18      ligence of the Senate; and

19          (3) the Committee on Transportation and In-

20      frastructure, the Committee on Science, Space, and

21      Technology, and the Permanent Select Committee

22      on Intelligence of the House of Representatives.

WASHSTATEC012437

1337

## SEC. 1610. PREPARATION TO IMPLEMENT PLAN FOR USE OF ALLIED LAUNCH VEHICLES.

1   (a) PREPARATION.—The Secretary of Defense, in co-
2   ordination with the Director of National Intelligence, shall
3   take actions necessary to prepare to implement the plan
4   developed pursuant to section 1603 of the National De-
5   fense Authorization Act for Fiscal Year 2017 (Public Law
6   114–328; 130 Stat. 2584) regarding using allied launch
7   vehicles to meet the requirements for achieving the policy
8   relating to assured access to space set forth in section
9   2273 of title 10, United States Code.

10   (b) ACTIONS REQUIRED.—In carrying out subsection
11   (a), the Secretary shall—

12       (1) identify the satellites of the United States
13       that would be appropriate to be launched on an al-
14       lied launch vehicle;

15       (2) assess the relevant provisions of Federal
16       law, regulations, and policies governing the launch of
17       national security satellites and determine whether
18       any legislative, regulatory, or policy actions (includ-
19       ing with respect to waivers) would be necessary to
20       allow for the launch of a national security satellite
21       on an allied launch vehicle; and

22       (3) address any certification requirements nec-
23       essary for such use of allied launch vehicles and the

WASHSTATEC012438

1338

1    estimated cost, schedule, and actions necessary to

2    certify allied launch vehicles for such use.

3    (c) SUBMISSION TO CONGRESS.—Not later than 90

4    days after the date of the enactment of this Act, the Sec-

5    retary of Defense shall submit to the appropriate congres-

6    sional committees a report on preparing to implement the

7    plan described in subsection (a), including information re-

8    garding each action required by paragraphs (1), (2), and

9    (3) of subsection (b).

10   (d) APPROPRIATE CONGRESSIONAL COMMITTEES

11   DEFINED.—In this section, the term "appropriate con-

12   gressional committees" means—

13       (1) the congressional defense committees; and

14       (2) the Permanent Select Committee on Intel-

15   ligence of the House of Representatives and the Se-

16   lect Committee on Intelligence of the Senate.

17   **SEC. 1611. INDEPENDENT STUDY ON PLAN FOR DETER-**

18   **RENCE IN SPACE.**

19   (a) INDEPENDENT STUDY.—

20       (1) IN GENERAL.—Not later than 30 days after

21   the date of the enactment of this Act, the Secretary

22   of Defense shall seek to enter into a contract with

23   a federally funded research and development center

24   or other independent entity to conduct a study on

25   deterrence in space.

WASHSTATEC012439

1339

(2) MATTERS INCLUDED.—The study under
paragraph (1) shall include, at a minimum, the fol-
lowing:

(A) An assessment of the existing range of
major studies and writings on space deterrence
and a comprehensive comparative analysis of
the conclusions of such studies and writings.

(B) An examination, using appropriate an-
alytical tools, of the approaches proposed by
such studies and writings with respect to cre-
ating conditions of deterrence suitable for use
in the space domain, including, at a minimum,
an assessment of all aspects of deterrence in
space, including varying classification, strate-
gies to deny benefit or impose cost, and space
mission assurance (including resilience, active
defense, and reconstitution).

(C) A determination, made either by ex-
tending such studies and writings or through
new analysis, of a holistic and comprehensive
theory of deterrence in space appropriate for
use in defense planning.

(D) An evaluation of existing policies, pro-
grams, and plans of the Department of Defense
to provide an assessment of the likely effective-

WASHSTATEC012440

1340

1        ness of those policies, programs, and plans to

2        achieve effective space deterrence.

3    (b) ASSESSMENT BY DEFENSE POLICY BOARD.—Not

4  later than 180 days after the date of the enactment of

5  this Act, the Defense Policy Board shall submit to the Sec-

6  retary of Defense an assessment of the study under sub-

7  section (a)(1), including, at a minimum—

8        (1) a determination of the soundness of the

9        study;

10        (2) a description of any disagreements the

11        Board has with the conclusions of such study, in-

12        cluding recommended changes or clarifications to

13        such conclusions the Board determines appropriate;

14        and

15        (3) changes to the policies, programs, and plans

16        of the Department of Defense that the Board rec-

17        ommends based on such study and the changes and

18        clarifications described in paragraph (2).

19    (c) REPORT.—Not later than 270 days after the date

20  of the enactment of this Act, the Secretary shall submit

21  to the congressional defense committees, the Committee

22  on Foreign Affairs of the House of Representatives, and

23  the Committee on Foreign Relations of the Senate a re-

24  port that contains the following:

WASHSTATEC012441

1341

1   (1) The study under subsection (a)(1), without
2   change.

3   (2) The assessment under subsection (b), with-
4   out change.

5   (3) Based on such study and assessment, a de-
6   scription of any changes to the policies, programs,
7   and plans of the Department of Defense that the
8   Secretary recommends to enhance deterrence in
9   space, including with respect to—

10          (A) considerations and decision on reduc-
11      ing the opportunities and incentives for adver-
12      saries to attack space systems of the United
13      States or allies of the United States;

14          (B)   new   architectures,   including   pro-
15      liferated systems, hosted payloads, nontradi-
16      tional orbits, and reconstitution among others;

17          (C) appropriate uses of partnering with
18      both commercial entities and allies to improve
19      deterrence in space;

20          (D) necessary capabilities to enhance the
21      protection of space systems to achieve improved
22      deterrence;

23          (E) bilateral, multilateral, and unilateral
24      measures, including confidence-building meas-
25      ures, that could be taken to reduce the risk of

WASHSTATEC012442

1342

1  miscalculation that would lead to an attack in

2  space;

3      (F) policies and capability requirements

4  with regard to attribution of an attack in space;

5      (G) policies with regard to retaliatory

6  measures either in space or on the ground;

7      (H) authorities with regard to decisions

8  and actions to defend assets of the United

9  States in space; and

10      (I) changes to current war plans, routine

11  operations (including information sharing), and

12  demonstration and test procedures that could

13  enhance the capability of the United States to

14  signal the intentions and capabilities of the

15  United States in an effective manner.

16  (d) BRIEFING.—Not later than 270 days after the

17  date of the enactment of this Act, the Secretary shall pro-

18  vide to the congressional defense committees, the Com-

19  mittee on Foreign Affairs of the House of Representatives,

20  and the Committee on Foreign Relations of the Senate

21  a briefing on the study under subsection (a)(1) and the

22  assessment under subsection (b).

WASHSTATEC012443

1343

1  **SEC. 1612. STUDY ON LEVERAGING DIVERSE COMMERCIAL**

2  **SATELLITE REMOTE SENSING CAPABILITIES.**

3  (a) STUDY.—The Secretary of Defense, in consulta-

4  tion with the Director of National Intelligence, shall con-

5  duct a study on the status of the transition from the Na-

6  tional Geospatial-Intelligence Agency to the National Re-

7  connaissance Office of the leadership role in acquiring

8  commercial satellite remote sensing data on behalf of the

9  Department of Defense and the intelligence community

10 (as defined in section 3 of the National Security Act of

11 1947 (50 U.S.C. 3003)).

12 (b) ELEMENTS.—In conducting the study under sub-

13 section (a), the Secretary shall study—

14 (1) commercial geospatial intelligence require-

15 ments for the National Geospatial-Intelligence Agen-

16 cy and the combatant commands;

17 (2) plans of the National Reconnaissance Office

18 to meet the requirements specified in paragraph (1)

19 through the acquisition of all levels of resolution

20 data from multiple commercial providers; and

21 (3) plans of the National Reconnaissance Office

22 to further develop such programs with commercial

23 companies to continue to support, while also expand-

24 ing, adoption by the geospatial intelligence user com-

25 munity of the Department of Defense.

WASHSTATEC012444

1344

1 (c) SUBMISSION.—Not later than 90 days after the

2 date of the enactment of this Act, the Secretary shall sub-

3 mit to the congressional defense committees, the Perma-

4 nent Select Committee on Intelligence of the House of

5 Representatives, and the Select Committee on Intelligence

6 of the Senate a report on the study conducted under sub-

7 section (a).

**SEC. 1613. ANNUAL REPORT ON SPACE COMMAND AND**

**CONTROL PROGRAM.**

10 (a) REPORTS REQUIRED.—

11 (1) INITIAL REPORT.—Not later than May 1,

12 2020, the Secretary of the Air Force shall submit to

13 the Under Secretary of Defense for Acquisition and

14 Sustainment, the congressional defense committees,

15 and the Comptroller General of the United States,

16 a report on the Space Command and Control pro-

17 gram for fiscal year 2021.

18 (2) SUBSEQUENT REPORTS.—For each of fiscal

19 years 2022 through 2025, concurrent with the sub-

20 mittal to Congress of the budget of the Department

21 of Defense with the budget of the President for the

22 subsequent fiscal year under section 1105(a) of title

23 31, United States Code, the Secretary of the Air

24 Force shall submit to the Under Secretary of De-

25 fense for Acquisition and Sustainment, the congres-

WASHSTATEC012445

1345

1 sional defense committees, and the Comptroller Gen-

2 eral of the United States, an annual report on the

3 Space Command and Control program.

4 (b) MATTERS TO BE INCLUDED.—Each report re-

5 quired by subsection (a) shall include the following:

6    (1) A description of any modification to the

7    metrics established by the Secretary in the acquisi-

8    tion strategy for the program.

9    (2) The short-term objectives for the subse-

10    quent fiscal year.

11    (3) For the preceding fiscal year—

12       (A) a description of—

13          (i) the ongoing, achieved, and deferred

14          objectives;

15          (ii) the challenges encountered and

16          the lessons learned;

17          (iii) the modifications made or

18          planned so as to incorporate such lessons

19          learned into subsequent efforts to address

20          challenges; and

21          (iv) the cost, schedule, and perform-

22          ance effects of such modifications; and

23       (B) a full survey of combatant command

24       requirements, including Commanders' Inte-

WASHSTATEC012446

1   grated Priorities Lists, and impacts with re-
2   spect to the program.

3   (4) A description of potential future combatant
4   command requirements being considered with re-
5   spect to the program.

6   (c) REVIEW OF REPORTS AND BRIEFING BY COMP-
7   TROLLER GENERAL.—With respect to each report sub-
8   mitted under this section, the Comptroller General shall
9   review and provide to the congressional defense commit-
10  tees a briefing on a date mutually agreed on by the Comp-
11  troller General and the congressional defense committees.

**12  SEC. 1614. REPORT ON SPACE DEBRIS.**

13  (a) IN GENERAL.—Not later than 240 days after the
14  date of the enactment of this Act, the Secretary of Defense
15  shall submit to the appropriate congressional committees
16  a report on the risks posed by man-made space debris in
17  low-Earth orbit, including—

18  (1) recommendations with respect to the reme-
19  diation of such risks; and

20  (2) outlines of plans to reduce the incidence of
21  such space debris.

22  (b) APPROPRIATE CONGRESSIONAL COMMITTEES
23  DEFINED.—In this section, the term "appropriate con-
24  gressional committees" means—

WASHSTATEC012447

1347

1   (1) the Committee on Armed Services and the
2   Committee on Science, Space, and Technology of the
3   House of Representatives; and

4   (2) the Committee on Armed Services and the
5   Committee on Commerce, Science, and Transpor-
6   tation of the Senate.

# Subtitle B—Defense Intelligence and Intelligence-Related Activities

### SEC. 1621. REDESIGNATION OF UNDER SECRETARY OF DEFENSE FOR INTELLIGENCE AS UNDER SECRETARY OF DEFENSE FOR INTELLIGENCE AND SECURITY.

13   (a) REDESIGNATION OF UNDER SECRETARY.—

14   (1) IN GENERAL.—The Under Secretary of De-
15   fense for Intelligence is hereby redesignated as the
16   Under Secretary of Defense for Intelligence and Se-
17   curity.

18   (2) SERVICE OF INCUMBENT IN POSITION.—
19   The individual serving as Under Secretary of De-
20   fense for Intelligence as of the date of the enactment
21   of this Act may serve as Under Secretary of Defense
22   for Intelligence and Security commencing as of that
23   date without further appointment under section 137
24   of title 10, United States Code (as amended by sub-
25   section (c)(1)(A)(ii)).

WASHSTATEC012448

1348

(3) REFERENCE.—Any reference in any law, regulation, map, document, paper, or other record of the United States to the Under Secretary of Defense for Intelligence shall be deemed to be a reference to the Under Secretary of Defense for Intelligence and Security.

(b) REDESIGNATION OF RELATED DEPUTY UNDER SECRETARY.—

(1) IN GENERAL.—The Deputy Under Secretary of Defense for Intelligence is hereby redesignated as the Deputy Under Secretary of Defense for Intelligence and Security.

(2) SERVICE OF INCUMBENT IN POSITION.—The individual serving as Deputy Under Secretary of Defense for Intelligence as of the date of the enactment of this Act may serve as Deputy Under Secretary of Defense for Intelligence and Security commencing as of that date without further appointment under section 137a of title 10, United States Code (as amended by subsection (c)(1)(B)).

(3) REFERENCE.—Any reference in any law, regulation, map, document, paper, or other record of the United States to the Deputy Under Secretary of Defense for Intelligence shall be deemed to be a ref-

WASHSTATEC012449

1349

1  erence to the Deputy Under Secretary of Defense

2  for Intelligence and Security.

3  (c) RULE OF CONSTRUCTION REGARDING EFFECTS

4  OF REDESIGNATION.—Nothing in this section shall be

5  construed to modify or expand the authorities, resources,

6  responsibilities, roles, or missions of the Under Secretary

7  of Defense for Intelligence and Security, as redesignated

8  by this section.

9  (d) PROTECTION OF PRIVACY AND CIVIL LIB-

10 ERTIES.—Section 137 of title 10, United States Code, is

11 amended—

12   (1) by redesignating subsection (c) as sub-

13   section (d); and

14   (2) by inserting after subsection (b) the fol-

15   lowing new subsection (c):

16  ''(c) The protection of privacy and civil liberties in

17 accordance with Federal law and the regulations and di-

18 rectives of the Department of Defense shall be a top pri-

19 ority for the Under Secretary of Defense for Intelligence

20 and Security.''.

21  (e) CONFORMING AMENDMENTS.—

22   (1) TITLE 10.—Title 10, United States Code, is

23   amended as follows:

24    (A) In each provision as follows, by strik-

25    ing ''Under Secretary of Defense for Intel-

WASHSTATEC012450

1350

1  ligence'' and inserting ''Under Secretary of De-

2  fense for Intelligence and Security'':

3           (i) Section 131(b)(3)(F).

4           (ii) Section 137, each place it appears.

5           (iii) Section 139a(d)(6).

6           (iv) Section 139b(c)(2)(E).

7           (v) Section 181(d)(1)(B).

8           (vi) Section 393(b)(2)(C).

9           (vii) Section 426, each place it ap-

10          pears.

11          (viii) Section 430(a).

12      (B)   In   section   137a(c)(6),   by   striking

13  ''Deputy Under Secretary of Defense for Intel-

14  ligence''   and   inserting   ''Deputy   Under   Sec-

15  retary   of   Defense   for   Intelligence   and   Secu-

16  rity''.

17      (C) The heading of section 137 is amended

18  to read as follows:

19  **''§ 137. Under Secretary of Defense for Intelligence**

20          **and Security''.**

21      (D) The table of sections at the beginning

22  of chapter 4 is amended by striking the item re-

23  lating to section 137 and inserting the following

24  new item:

''137. Under Secretary of Defense for Intelligence and Security.''.

WASHSTATEC012451

1351

1    (2) TITLE 5.—Title 5, United States Code, is

2    amended as follows:

3        (A) In section 5314, by striking "Under

4        Secretary of Defense for Intelligence" and in-

5        serting "Under Secretary of Defense for Intel-

6        ligence and Security".

7        (B) In section 5315, by striking "Deputy

8        Under Secretary of Defense for Intelligence"

9        and inserting "Deputy Under Secretary of De-

10       fense for Intelligence and Security".

11   **SEC. 1622. MODIFICATIONS TO ISR INTEGRATION COUNCIL**

12   **AND ANNUAL BRIEFING REQUIREMENTS.**

13   (a) ISR INTEGRATION COUNCIL.—Subsection (a) of

14   section 426 of title 10, United States Code, is amended

15   to read as follows:

16   "(a) ISR INTEGRATION COUNCIL.—(1) The Under

17   Secretary of Defense for Intelligence and Security shall

18   establish an Intelligence, Surveillance, and Reconnais-

19   sance Integration Council—

20       "(A) to assist the Secretary of Defense in car-

21       rying out the responsibilities of the Secretary under

22       section 105(a) of the National Security Act of 1947

23       (50 U.S.C. 3038(a));

24       "(B) to assist the Under Secretary with respect

25       to matters relating to—

WASHSTATEC012452

1352

1 ''(i) integration of intelligence and counter-
2 intelligence capabilities and activities under sec-
3 tion 137(b) of this title of the military depart-
4 ments, intelligence agencies of the Department
5 of Defense, and relevant combatant commands;
6 and

7 ''(ii) coordination of related developmental
8 activities of such departments, agencies, and
9 combatant commands; and

10 ''(C) to otherwise provide a means to facilitate
11 such integration and coordination.

12 ''(2) The Council shall be composed of—

13 ''(A) the Under Secretary, who shall chair the
14 Council;

15 ''(B) the directors of the intelligence agencies of
16 the Department of Defense;

17 ''(C) the senior intelligence officers of the
18 armed forces and the regional and functional com-
19 batant commands;

20 ''(D) the Director for Intelligence of the Joint
21 Chiefs of Staff; and

22 ''(E) the Director for Operations of the Joint
23 Chiefs of Staff.

24 ''(3) The Under Secretary shall invite the participa-
25 tion of the Director of National Intelligence (or a rep-

WASHSTATEC012453

1353

1 resentative of the Director) in the proceedings of the

2 Council.

3    ''(4) The Under Secretary may designate additional

4 participants to attend the proceedings of the Council, as

5 the Under Secretary determines appropriate.''.

6    (b) ANNUAL BRIEFINGS.—Such section is further

7 amended by striking subsections (b) and (c) and inserting

8 the following new subsection (b):

9    ''(b) ANNUAL BRIEFINGS ON THE INTELLIGENCE

10 AND COUNTERINTELLIGENCE REQUIREMENTS OF THE

11 COMBATANT COMMANDS.—(1) The Chairman of the Joint

12 Chiefs of Staff shall provide to the congressional defense

13 committees and the congressional intelligence committees

14 a briefing on the following:

15        ''(A) The intelligence and counterintelligence

16    requirements, by specific intelligence capability type,

17    of each of the relevant combatant commands.

18        ''(B) For the year preceding the year in which

19    the briefing is provided, the fulfillment rate for each

20    of the relevant combatant commands of the validated

21    intelligence and counterintelligence requirements, by

22    specific intelligence capability type, of such combat-

23    ant command.

24        ''(C) A risk analysis identifying the critical gaps

25    and shortfalls in efforts to address operational and

WASHSTATEC012454

1354

1 strategic requirements of the Department of Defense
2 that would result from the failure to fulfill the vali-
3 dated intelligence and counterintelligence require-
4 ments of the relevant combatant commands.

5 "(D) A mitigation plan to balance and offset
6 the gaps and shortfalls identified under subpara-
7 graph (C), including with respect to spaceborne, air-
8 borne, ground, maritime, and cyber intelligence, sur-
9 veillance, and reconnaissance capabilities.

10 "(E) For the year preceding the year in which
11 the briefing is provided—

12 "(i) the number of intelligence and coun-
13 terintelligence requests of each commander of a
14 relevant combatant command determined by the
15 Joint Chiefs of Staff to be a validated require-
16 ment, and the total of capacity of such requests
17 provided to each such commander;

18 "(ii) with respect to such validated require-
19 ments—

20 "(I) the quantity of intelligence and
21 counterintelligence capabilities or activities,
22 by specific intelligence capability type, that
23 the Joint Chiefs of Staff requested each
24 military department to provide; and

WASHSTATEC012455

1355

1      "(II) the total of capacity of such re-

2     quests so provided by each such military

3     department; and

4      "(iii) a qualitative assessment of the align-

5     ment of intelligence and counterintelligence ca-

6     pabilities and activities with the program of

7     analysis for each combat support agency and

8     intelligence center of a military service that is

9     part of—

10       "(I) the Defense Intelligence Enter-

11      prise; and

12       "(II) the intelligence community.

13  "(2) The Under Secretary of Defense for Intelligence

14 and Security shall provide to the congressional defense

15 committees and the congressional intelligence committees

16 a briefing on short-, mid-, and long-term strategies to ad-

17 dress the validated intelligence and counterintelligence re-

18 quirements of the relevant combatant commands, includ-

19 ing with respect to spaceborne, airborne, ground, mari-

20 time, and cyber intelligence, surveillance, and reconnais-

21 sance capabilities.

22  "(3) The briefings required by paragraphs (1) and

23 (2) shall be provided at the same time that the President's

24 budget is submitted pursuant to section 1105(a) of title

25 31 for each of fiscal years 2021 through 2025.

WASHSTATEC012456

1356

1    ''(4) In this subsection:

2        ''(A) The term 'congressional intelligence com-

3    mittees' has the meaning given that term in section

4    3 of the National Security Act of 1947 (50 U.S.C.

5    3003).

6        ''(B) The term 'Defense Intelligence Enterprise'

7    means the organizations, infrastructure, and meas-

8    ures, including policies, processes, procedures, and

9    products, of the intelligence, counterintelligence, and

10   security components of each of the following:

11            ''(i) The Department of Defense.

12            ''(ii) The Joint Staff.

13            ''(iii) The combatant commands.

14            ''(iv) The military departments.

15            ''(v) Other elements of the Department of

16       Defense that perform national intelligence, de-

17       fense intelligence, intelligence-related, counter-

18       intelligence, or security functions.

19       ''(C) The term 'fulfillment rate' means the per-

20   centage of combatant command intelligence and

21   counterintelligence requirements satisfied by avail-

22   able, acquired, or realigned intelligence and counter-

23   intelligence capabilities or activities.

WASHSTATEC012457

1357

1   ''(D) The term 'intelligence community' has the

2   meaning given that term in section 3 of the National

3   Security Act of 1947 (50 U.S.C. 3003).''.

**4  SEC. 1623. MODIFICATION OF ANNUAL AUTHORIZATION OF**

**5        APPROPRIATIONS FOR NATIONAL FLAGSHIP**

**6        LANGUAGE INITIATIVE.**

7   Section 811(a) of the David L. Boren National Secu-

8   rity Education Act of 1991 (50 U.S.C. 1911(a)) is amend-

9   ed—

10      (1) by striking ''fiscal year 2003'' and inserting

11      ''fiscal year 2020''; and

12      (2) by striking ''$10,000,000'' and inserting

13      ''$16,000,000''.

**14  SEC. 1624. IMPROVING THE ONBOARDING METHODOLOGY**

**15        FOR INTELLIGENCE PERSONNEL.**

16      (a) IN GENERAL.—The Secretary of Defense and the

17  Director of National Intelligence shall, consistent with De-

18  partment of Defense Instruction 1400.25, as in effect on

19  the day before the date of the enactment of this Act—

20      (1) not later than 180 days after the date of

21      the enactment of this Act, submit to the appropriate

22      committees of Congress a report that outlines a

23      common methodology for measuring onboarding in

24      elements of the intelligence community, including

25      human resources and security processes;

WASHSTATEC012458

1358

1       (2) not later than one year after the date of the

2   enactment of this Act, issue metrics for assessing

3   key phases in the onboarding described in paragraph

4   (1) for which results will be reported by the date

5   that is 90 days after the date of such issuance;

6       (3) not later than 180 days after the date of

7   the enactment of this Act, submit to the appropriate

8   committees of Congress a report on collaboration

9   among elements of the intelligence community on

10  their onboarding processes;

11      (4) not later than 180 days after the date of

12  the enactment of this Act, submit to the appropriate

13  committees of Congress a report on employment of

14  automated mechanisms in elements of the intel-

15  ligence community, including for tracking personnel

16  as they pass through each phase of the onboarding

17  process; and

18      (5) not later than December 31, 2020, dis-

19  tribute surveys to human resources offices and appli-

20  cants about their experiences with the onboarding

21  process in elements of the intelligence community.

22  (b) DEFINITIONS.—In this section:

23      (1) The term "appropriate committees of Con-

24  gress" means—

WASHSTATEC012459

1359

1     (A) the Select Committee on Intelligence
2     and the Committee on Armed Services of the
3     Senate; and

4     (B) the Permanent Select Committee on
5     Intelligence and the Committee on Armed Serv-
6     ices of the House of Representatives.

7     (2) The term "intelligence community" has the
8     meaning given such term in section 3 of the Na-
9     tional Security Act of 1947 (50 U.S.C. 3003).

10    **SEC. 1625. DEFENSE COUNTERINTELLIGENCE AND SECU-**
11    **RITY AGENCY ACTIVITIES ON FACILITATING**
12    **ACCESS TO LOCAL CRIMINAL RECORDS HIS-**
13    **TORICAL DATA.**

14    (a) ACTIVITY AUTHORIZED.—Subject to subsection
15    (c), the Director of the Defense Counterintelligence and
16    Security Agency may carry out a set of activities to reduce
17    the time and cost of accessing State, local, and tribal law
18    enforcement records for the background investigations re-
19    quired for current and prospective Federal Government
20    employees and contractors.

21    (b) ACTIVITIES CHARACTERIZED.—The activities
22    carried out under subsection (a) shall include only that
23    training, education, and direct assistance to State, local,
24    and tribal communities needed for the purpose of stream-
25    lining access to historical criminal record data.

WASHSTATEC012460

1360

1  (c) LIMITATIONS.—

2      (1) COMMENCEMENT OF ACTIVITIES.—The Di-
3  rector may not commence carrying out any activities
4  under subsection (a) until the date that is 90 days
5  after the date on which the Director submits the re-
6  port required by subsection (d)(1).

7      (2) LEGAL AND REPORTING OBLIGATIONS.—
8  The Director shall ensure that no activity carried
9  out under subsection (a) obligates a State, local, or
10  tribal entity to any additional legal or reporting obli-
11  gation to the Defense Counterintelligence and Secu-
12  rity Agency.

13      (3) SCOPE.—No activity may be carried out
14  under subsection (a) that applies to any matter out-
15  side the limited purpose of conducting background
16  investigations for current and prospective Federal
17  Government employees and contractors.

18      (4) CONSISTENCY WITH ACCESS PROVIDED.—
19  The Director shall ensure that the activities carried
20  out under subsection (a) are carried out in a manner
21  that is consistent with the access provided by Fed-
22  eral law enforcement entities to the Defense Coun-
23  terintelligence and Security Agency.

24  (d) REPORTS.—

WASHSTATEC012461

1361

1     (1) INITIAL REPORT.—Not later than 90 days

2 after the date of the enactment of this Act, the Di-

3 rector shall submit to the congressional defense com-

4 mittees, the Select Committee on Intelligence of the

5 Senate, and the Permanent Select Committee on In-

6 telligence of the House of Representatives a report

7 that details a concept of operation for the set of ac-

8 tivities authorized by subsection (a).

9     (2) ANNUAL REPORTS.—Not later than one

10 year after the date on which the Director submits a

11 report pursuant to paragraph (1) and not less fre-

12 quently than once each year thereafter, the Director

13 shall submit to the congressional defense commit-

14 tees, the Select Committee on Intelligence of the

15 Senate, and the Permanent Select Committee on In-

16 telligence of the House of Representatives a detailed

17 report on the activities carried out by the Director

18 under subsection (a).

19 **SEC. 1626. SURVEY AND REPORT ON ALIGNMENT OF INTEL-**

20            **LIGENCE COLLECTIONS CAPABILITIES AND**

21            **ACTIVITIES WITH DEPARTMENT OF DEFENSE**

22            **REQUIREMENTS.**

23 (a) SURVEY AND REVIEW.—

24     (1) IN GENERAL.—Not later than 120 days

25 after the date of the enactment of this Act, the

WASHSTATEC012462

1362

1 Under Secretary of Defense for Intelligence and Se-
2 curity, in coordination with the Chairman of the
3 Joint Chiefs of Staff and the Director of National
4 Intelligence, shall—

5 (A) review the organization, posture, cur-
6 rent and planned investments, and processes of
7 the intelligence collections capabilities and ac-
8 tivities, for the purpose of assessing the suffi-
9 ciency, integration, and interoperability of such
10 capabilities and activities to support the current
11 and future requirements of the Department of
12 Defense; and

13 (B) conduct a survey of each geographic
14 and functional combatant command, with re-
15 spect to intelligence collections capabilities and
16 activities, to assess—

17 (i) the current state of the support of
18 such capabilities and activities to military
19 operations;

20 (ii) whether the posture of such capa-
21 bilities and activities is sufficient to ad-
22 dress the requirements of the Department
23 of Defense;

24 (iii) the extent to which such capabili-
25 ties and activities address gaps and defi-

WASHSTATEC012463

1363

ciencies with respect to the operational re-
quirements of the Global Campaign Plans,
as identified in the most recent readiness
reviews conducted by the Joint Staff; and

(iv) whether current and planned in-
vestments in such capabilities and activi-
ties are sufficient to address near-, mid-,
and long-term spaceborne, airborne, terres-
trial, and human collection capability re-
quirements.

(2) ELEMENTS.—The survey and review under
paragraph (1) shall include the following:

(A) A comprehensive assessment of intel-
ligence collections capabilities and activities,
and whether such capabilities and activities—

(i) are appropriately postured and suf-
ficiently resourced to meet current and fu-
ture requirements of the Department of
Defense;

(ii) are appropriately balanced to ad-
dress operational and strategic defense in-
telligence requirements; and

(iii) are sufficiently integrated and
interoperable between activities of the Mili-
tary Intelligence Program and the National

WASHSTATEC012464

G:\CMTE\AS\20\C\ASCR20.XML

1364

1 Intelligence Program to respond to emerg-
2 ing requirements of the Department of De-
3 fense.

4 (B) With respect to each geographic and
5 functional combatant command—

6       (i) information on the gaps and defi-
7    ciencies, by specific intelligence capability
8    type, described in paragraph (1)(B)(iii);

9       (ii) a review of the alignment of such
10   gaps and deficiencies with the intelligence,
11   surveillance, and reconnaissance submis-
12   sions to the integrated priorities list for
13   the period beginning with the completion
14   of the most recent readiness reviews con-
15   ducted by the Joint Staff and ending on
16   the date of the commencement of the sur-
17   vey and review under subsection (a); and

18       (iii) detailed information on the allo-
19   cation and realignment of intelligence col-
20   lections capabilities and activities to ad-
21   dress—

22          (I) such gaps and deficiencies;
23       and

WASHSTATEC012465

1365

1       (II) such intelligence, surveil-
2       lance, and reconnaissance submis-
3       sions.

4  (b) REPORT.—

5       (1) SUBMISSION.—Not later than 270 days
6  after the date of the enactment of this Act, the
7  Under Secretary of Defense for Intelligence and Se-
8  curity shall submit to the appropriate congressional
9  committees a report on the findings of the Under
10  Secretary with respect to the survey and review
11  under subsection (a)(1).

12      (2) CONTENT.—The report under paragraph
13  (1) shall include—

14          (A) an evaluation of—

15              (i) the organization, posture, current
16          and planned investments, and processes of
17          the intelligence collections capabilities and
18          activities, including the extent to which
19          such capabilities and activities enable the
20          geographic and functional combatant com-
21          mands to meet the operational and stra-
22          tegic requirements of the Department of
23          Defense;

24              (ii) the use or planned use by each ge-
25          ographic and functional combatant com-

WASHSTATEC012466

1366

1     mand of intelligence collections capabilities

2     and activities available to such command

3     to address operational and strategic re-

4     quirements of the Department of Defense;

5         (iii) the gaps and deficiencies de-

6     scribed in subsection (a)(1)(B)(iii), if any,

7     that prohibit each geographic and func-

8     tional combatant command from the most

9     effective use of the intelligence collections

10     capabilities and activities to address pri-

11     ority requirements of the Department of

12     Defense;

13         (iv) the accepted risk by the Secretary

14     of Defense from the prioritization of cer-

15     tain Department of Defense requirements

16     with respect to the allocation of intelligence

17     collections capabilities and activities; and

18         (v) the alignment and responsiveness

19     of intelligence collections capabilities and

20     activities with respect to the planning re-

21     quirements for the Program of Analysis of

22     each combat support agency that is part

23     of—

24         (I) the Defense Intelligence En-

25     terprise; and

WASHSTATEC012467

1367

1  (II) the intelligence community;

2  and

3  (B) recommendations, if any, to improve

4  the sufficiency, responsiveness, and interoper-

5  ability of intelligence collections capabilities and

6  activities to fulfill the operational and strategic

7  requirements of the Department of Defense.

8  (3) FORM.—The report under paragraph (1)

9  shall be submitted in unclassified form without any

10  designation relating to dissemination control, but

11  may contain a classified annex.

12  (c) DEFINITIONS.—In this section:

13  (1) The term "appropriate congressional com-

14  mittees" means—

15  (A) the congressional defense committees;

16  and

17  (B) the congressional intelligence commit-

18  tees.

19  (2) The term "combat support agency" has the

20  meaning given that term in section 193(f) of title

21  10, United States Code.

22  (3) The term "Defense Intelligence Enterprise"

23  has the meaning given that term in section

24  1633(c)(2) of the National Defense Authorization

WASHSTATEC012468

1368

1  Act for Fiscal Year 2017 (Public Law 114–328; 130

2  Stat. 2600).

3  (4) The term "intelligence collections capabili-

4  ties and activities" means the totality of intelligence

5  collections systems and processes which enable the

6  tasking, processing, exploitation, and dissemination

7  capabilities, capacity, and activities of the Defense

8  Intelligence Enterprise.

9  (5) The term "intelligence community" has the

10  meaning given that term in section 3 of the National

11  Security Act of 1947 (50 U.S.C. 3003).

12  (6) The term "congressional intelligence com-

13  mittees" has the meaning given that term in section

14  3 of the National Security Act of 1947 (50 U.S.C.

15  3003).

16  **SEC. 1627. REPORTS ON CONSOLIDATED ADJUDICATION**

17  **FACILITY OF THE DEFENSE COUNTERINTEL-**

18  **LIGENCE AND SECURITY AGENCY.**

19  (a) REPORTS.—On a semiannual basis during the pe-

20  riod beginning on the date of the enactment of this Act

21  and ending on the date specified in subsection (b), and

22  annually thereafter, the Director of the Defense Counter-

23  intelligence and Security Agency shall submit to the con-

24  gressional defense committees a report on the processes

25  in place for adjudicating security clearances and the

WASHSTATEC012469

1369

1 progress made to address the backlog of security clearance

2 applications, including—

3     (1) metrics used by the Director to evaluate the

4     inventory and timeliness of adjudicating security

5     clearance cases; and

6     (2) details on the resources used by the Direc-

7     tor in carrying out the security clearance mission of

8     the Consolidated Adjudication Facility.

9 (b) DETERMINATION AND BRIEFING.—Upon the date

10 on which the Director of the Defense Counterintelligence

11 and Security Agency determines both that the backlog of

12 security clearance adjudications has been substantially

13 eliminated and that the timeline to conduct background

14 investigations reflects the type of investigation being con-

15 ducted and the level of clearance required, the Director

16 shall—

17     (1) notify the congressional defense committees

18     of such determination; and

19     (2) provide to such committees a briefing on

20     the progress made by the Director with respect to

21     security clearance adjudications.

WASHSTATEC012470

1370

1  **SEC. 1628. REPORT ON THE EXPANDED PURVIEW OF THE**

2     **DEFENSE COUNTERINTELLIGENCE AND SE-**

3     **CURITY AGENCY.**

4     (a) REPORT REQUIRED.—Not later than 90 days

5  after the date of the enactment of this Act, the Secretary

6  of Defense shall submit to Congress a report on the De-

7  fense Counterintelligence and Security Agency.

8     (b) CONTENTS.—The report submitted under sub-

9  section (a) shall include the following:

10     (1) Identification of the resources and authori-

11     ties appropriate for the inspector general for the ex-

12     panded purview of the Defense Counterintelligence

13     and Security Agency.

14     (2) Identification of the resources and authori-

15     ties needed to perform the civil liberties and privacy

16     officer function of the Defense Counterintelligence

17     and Security Agency.

18     (3) An assessment of the security protocols in

19     effect for personally identifiable information held by

20     the Defense Counterintelligence and Security Agen-

21     cy.

22     (4) An assessment of the governance structure

23     of the Defense Counterintelligence and Security

24     Agency as it relates to the Department of Defense,

25     including with respect to status, authorities, and

26     leadership.

WASHSTATEC012471

1371

1   (5) An assessment of the governance structure
2   of the Defense Counterintelligence and Security
3   Agency as it relates to interagency partners, includ-
4   ing the Office of Management and Budget, the Of-
5   fice of the Director of National Intelligence, and the
6   Office of Personnel Management.

7   (6) The methodology the Defense Counterintel-
8   ligence and Security Agency will prioritize requests
9   for background investigation requests from govern-
10   ment agencies and industry.

11  **SEC. 1629. TERMINATION OF REQUIREMENT FOR DEPART-**
12  **MENT OF DEFENSE FACILITY ACCESS CLEAR-**
13  **ANCES FOR JOINT VENTURES COMPOSED OF**
14  **PREVIOUSLY-CLEARED ENTITIES.**

15   A clearance for access to a Department of Defense
16  installation or facility may not be required for a joint ven-
17  ture if that joint venture is composed entirely of entities
18  that are currently cleared for access to such installation
19  or facility.

20  # Subtitle C—Cyberspace-Related
21  # Matters

22  **SEC. 1631. MATTERS RELATING TO MILITARY OPERATIONS**
23  **IN THE INFORMATION ENVIRONMENT.**

24   (a) PRINCIPAL INFORMATION OPERATIONS ADVI-
25  SOR.—

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012472

1372

1    (1) IN GENERAL.—Chapter 19 of title 10,
2  United States Code, is amended by adding at the
3  end the following new section:

#### "§ 397. Principal Information Operations Advisor

4

5    "(a) DESIGNATION.—Not later than 30 days after
6  the enactment of this Act, the Secretary of Defense shall
7  designate, from among officials appointed to a position in
8  the Department of Defense by and with the advice and
9  consent of the Senate, a Principal Information Operations
10  Advisor to act as the principal advisor to the Secretary
11  on all aspects of information operations conducted by the
12  Department.

13    "(b) RESPONSIBILITIES.—The Principal Information
14  Operations Advisor shall have the following responsibil-
15  ities:

16      "(1) Oversight of policy, strategy, planning, re-
17    source management, operational considerations, per-
18    sonnel, and technology development across all the
19    elements of information operations of the Depart-
20    ment.

21      "(2) Overall integration and supervision of the
22    deterrence of, conduct of, and defense against infor-
23    mation operations.

24      "(3) Promulgation of policies to ensure ade-
25    quate coordination and deconfliction with the De-

WASHSTATEC012473

1373

1  partment of State, the intelligence community (as

2  such term is defined in section 3 of the National Se-

3  curity Act of 1947 (50 U.S.C. 3003)), and other rel-

4  evant agencies and departments of the Federal Gov-

5  ernment.

6      ''(4) Coordination with the head of the Global

7  Engagement Center to support the purpose of the

8  Center (as set forth by section 1287(a)(2) of the

9  National Defense Authorization Act for Fiscal Year

10  2017 (Public Law 114–328; 22 U.S.C. 2656 note))

11  and liaison with the Center and other relevant Fed-

12  eral Government entities to support such purpose.

13      ''(5) Establishing and supervising a rigorous

14  risk management process to mitigate the risk of po-

15  tential exposure of United States Persons to infor-

16  mation intended exclusively for foreign audiences.

17      ''(6) Promulgation of standards for the attribu-

18  tion or public acknowledgment, if any, of operations

19  in the information environment.

20      ''(7) Development of guidance for, and pro-

21  motion of, the capability of the Department to liai-

22  son with the private sector and academia on matters

23  relating to the influence activities of malign actors.

WASHSTATEC012474

1374

1 "(8) Such other matters relating to information

2 operations as the Secretary shall specify for pur-

3 poses of this subsection.".

4 (2) CLERICAL AMENDMENTS.—

5 (A) CHAPTER 19.—

6 (i) CHAPTER HEADING.—The heading

7 of chapter 19 of such title is amended to

8 read as follows:

## "CHAPTER 19—CYBER AND INFORMATION
## OPERATIONS MATTERS".

11 (ii) TABLE OF SECTIONS.—The table

12 of sections at the beginning of chapter 19

13 of such title is amended by inserting at the

14 end the following new item:

"397. Principal Information Operations Advisor.".

15 (B) TABLE OF CHAPTERS.—The table of

16 chapters for part I of subtitle A of such title is

17 amended by striking the item relating to chap-

18 ter 19 and inserting the following new item:

"19. Cyber and Information Operations Matters ................. 391".

19 (b) AFFIRMING THE AUTHORITY OF THE SECRETARY

20 OF DEFENSE TO CONDUCT MILITARY OPERATIONS IN

21 THE INFORMATION ENVIRONMENT.—(1) Congress affirms

22 that the Secretary of Defense is authorized to conduct

23 military operations, including clandestine operations, in

24 the information environment to defend the United States,

WASHSTATEC012475

1375

1 allies of the United States, and interests of the United

2 States, including in response to malicious influence activi-

3 ties carried out against the United States or a United

4 States person by a foreign power.

5 (2) The military operations referred to in paragraph

6 (1), when appropriately authorized include the conduct of

7 military operations short of hostilities and in areas outside

8 of areas of active hostilities for the purpose of preparation

9 of the environment, influence, force protection, and deter-

10 rence of hostilities.

11 (c) TREATMENT OF CLANDESTINE MILITARY OPER-

12 ATIONS IN THE INFORMATION ENVIRONMENT AS TRADI-

13 TIONAL MILITARY ACTIVITIES.—A clandestine military

14 operation in the information environment shall be consid-

15 ered a traditional military activity for the purposes of sec-

16 tion 503(e)(2) of the National Security Act of 1947 (50

17 U.S.C. 3093(e)(2)).

18 (d) QUARTERLY INFORMATION OPERATIONS BRIEF-

19 INGS.—(1) Not less frequently than once each quarter, the

20 Secretary of Defense shall provide the congressional de-

21 fense committees a briefing on significant military oper-

22 ations, including all clandestine operations in the informa-

23 tion environment, carried out by the Department of De-

24 fense during the immediately preceding quarter.

WASHSTATEC012476

1376

1 　(2) Each briefing under paragraph (1) shall include,
2 with respect to the military operations in the information
3 environment described in such paragraph, the following:

4 　　　(A) An update, disaggregated by geographic
5 　　　and functional command, that describes the oper-
6 　　　ations carried out by the commands.

7 　　　(B) An overview of authorities and legal issues
8 　　　applicable to the operations, including any relevant
9 　　　legal limitations.

10 　　　(C) An outline of any interagency activities and
11 　　　initiatives relating to the operations.

12 　　　(D) Such other matters as the Secretary con-
13 　　　siders appropriate.

14 　(e) RULE OF CONSTRUCTION.—Nothing in this sec-
15 tion may be construed to limit, expand, or otherwise alter
16 the authority of the Secretary to conduct military oper-
17 ations, including clandestine operations, in the informa-
18 tion environment, to authorize specific military operations,
19 or to limit, expand, or otherwise alter or otherwise affect
20 the War Powers Resolution (50 U.S.C. 1541 et seq.) or
21 an authorization for use of military force that was in effect
22 on the day before the date of the enactment of this Act.

23 　(f) CROSS-FUNCTIONAL TEAM.—

24 　　　(1) ESTABLISHMENT.—The Principal Informa-
25 　　　tion Operations Advisor shall integrate the expertise

WASHSTATEC012477

1377

1   in all elements of information operations and per-

2   spectives of appropriate organizations within the Of-

3   fice of the Secretary of Defense, Joint Staff, military

4   departments, Defense Agencies, and combatant com-

5   mands by establishing and maintaining a full-time

6   cross-functional team composed of subject-matter ex-

7   perts selected from those organizations.

8       (2) SELECTION AND ORGANIZATION.—The

9   cross-functional team established under paragraph

10  (1) shall be selected, organized, and managed in a

11  manner consistent with section 911 of the National

12  Defense Authorization Act for Fiscal Year 2017

13  (Public Law 114–328; 10 U.S.C. 111 note).

14  (g) STRATEGY AND POSTURE REVIEW.—

15      (1) STRATEGY AND POSTURE REVIEW RE-

16  QUIRED.—Not later than 270 days after the date of

17  the enactment of this Act, the Secretary of Defense,

18  acting through the Principal Information Operations

19  Advisor under section 397 of title 10, United States

20  Code (as added by subsection (a)) and the cross-

21  functional team established under subsection (f)(1),

22  shall—

23          (A) develop or update, as appropriate, a

24      strategy for operations in the information envi-

25      ronment, including how such operations will be

WASHSTATEC012478

1378

1   synchronized across the Department of Defense
2   and the global, regional, and functional inter-
3   ests of the combatant commands;

4   (B) conduct an information operations pos-
5   ture review, including an analysis of capability
6   gaps that inhibit the Department's ability to
7   successfully execute the strategy developed or
8   updated pursuant to subparagraph (A);

9   (C) designate Information Operations
10   Force Providers and Information Operations
11   Joint Force Trainers for the Department of
12   Defense;

13   (D) develop and persistently manage a
14   joint lexicon for terms related to information
15   operations, including ''information operations'',
16   ''information environment'', ''operations in the
17   information environment'', and ''information re-
18   lated capabilities''; and

19   (E) determine the collective set of combat
20   capabilities that will be treated as part of oper-
21   ations in the information environment, includ-
22   ing cyber warfare, space warfare, military infor-
23   mation support operations, electronic warfare,
24   public affairs, and civil affairs.

WASHSTATEC012479

1379

1    (2) COORDINATION ON CERTAIN CYBER MAT-

2 TERS.—For any matters in the strategy and posture

3 review under paragraph (1) that involve or relate to

4 Department of Defense cyber capabilities, the Prin-

5 cipal Information Operations Advisor shall fully col-

6 laborate with the Principal Cyber Advisor to the

7 Secretary of Defense.

8    (3) ELEMENTS.—At a minimum, the strategy

9 developed or updated pursuant to paragraph (1)(A)

10 shall include the following:

11    (A) The establishment of lines of effort,

12    objectives, and tasks that are necessary to im-

13    plement such strategy and eliminate the capa-

14    bility gaps identified under paragraph (1)(B).

15    (B) In partnership with the Principal

16    Cyber Advisor to the Secretary of Defense and

17    in coordination with any other component or

18    Department of Defense entity as selected by the

19    Secretary of Defense, an evaluation of any or-

20    ganizational changes that may be required with-

21    in the Office of the Secretary of Defense, in-

22    cluding potential changes to Under Secretary or

23    Assistant Secretary-level positions to com-

24    prehensively conduct oversight of policy develop-

25    ment, capabilities, and other aspects of oper-

WASHSTATEC012480

1380

1   ations in the information environment as deter-

2   mined pursuant to the information operations

3   posture review under paragraph (1)(B).

4    (C) An assessment of various models for

5   operationalizing information operations, includ-

6   ing the feasibility and advisability of estab-

7   lishing an Army Information Warfare Com-

8   mand.

9    (D) A review of the role of information op-

10  erations in combatant commander operational

11  planning, the ability of combatant commanders

12  to respond to hostile acts by adversaries, and

13  the ability of combatant commanders to engage

14  and build capacity with allies.

15   (E) A review of the law, policies, and au-

16  thorities relating to, and necessary for, the

17  United States to conduct military operations,

18  including clandestine military operations, in the

19  information environment.

20   (4) SUBMISSION TO CONGRESS.—Upon comple-

21  tion, the Secretary of Defense shall present the

22  strategy for operations in the information environ-

23  ment and the information operations posture review

24  under subparagraphs (A) and (B), respectively, of

WASHSTATEC012481

1381

1     paragraph (1) to the Committees on Armed Services

2     of the House of Representatives and the Senate.

3     (h) REPORT.—

4         (1) IN GENERAL.—Not later than 90 days after

5     the date of the enactment of this Act, the Secretary

6     of Defense shall provide the Committee on Armed

7     Services of the Senate and the Committee on Armed

8     Services of the House of Representatives a report

9     for the structuring and manning of information op-

10     erations capabilities and forces across the Depart-

11     ment of Defense. The Secretary shall provide such

12     Committees with quarterly updates on such plan.

13         (2) ELEMENTS.—The plan required under

14     paragraph (1) shall address the following:

15         (A) How the Department of Defense will

16         organize to develop a combined information op-

17         erations strategy and posture review under sub-

18         section (g).

19         (B) How the Department will fulfill the

20         roles and responsibilities of the Principal Infor-

21         mation Operations Advisor under section 397 of

22         title 10, United States Code (as added by sub-

23         section (a)).

WASHSTATEC012482

1382

1   (C) How the Department will establish the

2   information operations cross-functional team

3   under subsection (f)(1).

4   (D) How the Department will utilize

5   boards and working groups involving senior-

6   level Department representatives on information

7   operations.

8   (E) Such other matters as the Secretary of

9   Defense considers appropriate.

10   (i) DEFINITIONS.—In this section:

11   (1) The terms "foreign person" and "United

12   States person" have the meanings given such terms

13   in section 101 of the Foreign Intelligence Surveil-

14   lance Act of 1978 (50 U.S.C. 1801).

15   (2) The term "hostilities" has the same mean-

16   ing as such term is used in the War Powers Resolu-

17   tion (50 U.S.C. 1541 et seq.).

18   (3) The term "clandestine military operation in

19   the information environment" means an operation or

20   activity, or associated preparatory actions, author-

21   ized by the President or the Secretary of Defense,

22   that—

23   (A) is marked by, held in, or conducted

24   with secrecy, where the intent is that the oper-

WASHSTATEC012483

1383

1 ation or activity will not be apparent or ac-

2 knowledged publicly; and

3     (B) is to be carried out—

4         (i) as part of a military operation plan

5         approved by the President or the Secretary

6         of Defense;

7         (ii) to deter, safeguard, or defend

8         against attacks or malicious influence ac-

9         tivities against the United States, allies of

10         the United States, and interests of the

11         United States;

12         (iii) in support of hostilities or mili-

13         tary operations involving the United States

14         armed forces; or

15         (iv) in support of military operations

16         short of hostilities and in areas where hos-

17         tilities are not occurring for the purpose of

18         preparation of the environment, influence,

19         force protection, and deterrence.

**20 SEC. 1632. NOTIFICATION REQUIREMENTS FOR SENSITIVE**

**21         MILITARY CYBER OPERATIONS.**

22     Section 395 of title 10, United States Code, is

23 amended—

WASHSTATEC012484

1384

1    (1) in subsection (b)(3), by inserting ", signed

2 by the Secretary, or the Secretary's designee," after

3 "written notification"; and

4    (2) in subsection (c)—

5     (A) in paragraph (1)—

6      (i) in subparagraph (A), by striking

7   "and" after the semicolon at the end;

8      (ii) by redesignating subparagraph

9   (B) as subparagraph (C); and

10      (iii) by inserting after subparagraph

11   (A) the following new subparagraph:

12   "(B) is determined to—

13    "(i) have a medium or high collateral

14   effects estimate;

15    "(ii) have a medium or high intel-

16   ligence gain or loss;

17    "(iii) have a medium or high prob-

18   ability of political retaliation, as deter-

19   mined by the political military assessment

20   contained within the associated concept of

21   operations;

22    "(iv) have a medium or high prob-

23   ability of detection when detection is not

24   intended; or

WASHSTATEC012485

1385

1    "(v) result in medium or high collat-
2    eral effects; and"; and

3    (B) in paragraph (2)(B), by striking "out-
4    side the Department of Defense Information
5    Networks to defeat an ongoing or imminent
6    threat".

## SEC. 1633. EVALUATION OF CYBER VULNERABILITIES OF MAJOR WEAPON SYSTEMS OF THE DEPARTMENT OF DEFENSE.

10    Section 1647 of the National Defense Authorization
11    Act for Fiscal Year 2016 (Public Law 114–92) is amended
12    by adding at the end the following new subsections:

13    "(f) WRITTEN NOTIFICATION.—If the Secretary de-
14    termines that the Department will not complete an evalua-
15    tion of the cyber vulnerabilities of each major weapon sys-
16    tem of the Department by the date specified in subsection
17    (a)(1), the Secretary shall provide to the congressional de-
18    fense committees written notification relating to each such
19    incomplete evaluation. Such a written notification shall in-
20    clude the following:

21    "(1) An identification of each major weapon
22    system for which an evaluation will not be complete
23    by the date specified in subsection (a)(1), the antici-
24    pated date of completion of the evaluation of each
25    such weapon system, and a description of the re-

WASHSTATEC012486

1386

1  maining work to be done for the evaluation of each

2  such weapon system.

3    ''(2) A justification for the inability to complete

4  such an evaluation by the date specified in sub-

5  section (a)(1).

6  ''(g) REPORT.—The Secretary, acting through the

7  Under Secretary of Defense for Acquisition and

8  Sustainment, shall provide a report to the congressional

9  defense committees upon completion of the requirement

10  for an evaluation of the cyber vulnerabilities of each major

11  weapon system of the Department under this section.

12  Such report shall include the following:

13    ''(1) An identification of cyber vulnerabilities of

14  each major weapon system requiring mitigation.

15    ''(2) An identification of current and planned

16  efforts to address the cyber vulnerabilities of each

17  major weapon system requiring mitigation, including

18  efforts across the doctrine, organization, training,

19  materiel, leadership and education, personnel, and

20  facilities of the Department.

21    ''(3) A description of joint and common cyber

22  vulnerability mitigation solutions and efforts, includ-

23  ing solutions and efforts across the doctrine, organi-

24  zation, training, materiel, leadership and education,

25  personnel, and facilities of the Department.

WASHSTATEC012487

1387

1     ''(4) A description of lessons learned and best

2 practices regarding evaluations of the cyber

3 vulnerabilities and cyber vulnerability mitigation ef-

4 forts relating to major weapon systems, including an

5 identification of useful tools and technologies for dis-

6 covering and mitigating vulnerabilities, such as those

7 specified in section 1657 of the John S. McCain Na-

8 tional Defense Authorization Act for Fiscal Year

9 2019 (Public Law 115–232), and steps taken to in-

10 stitutionalize the use of these tools and technologies.

11     ''(5) A description of efforts to share lessons

12 learned and best practices regarding evaluations of

13 the cyber vulnerabilities and cyber vulnerability miti-

14 gation efforts of major weapon systems across the

15 Department.

16     ''(6) An identification of measures taken to in-

17 stitutionalize evaluations of cyber vulnerabilities of

18 major weapon systems, including an identification of

19 which major weapon systems evaluated under this

20 section will be reevaluated in the future, when these

21 evaluations will occur, and how evaluations will

22 occur for future major weapon systems.

23     ''(7) Information relating to guidance, proc-

24 esses, procedures, or other activities established to

25 mitigate or address the likelihood of cyber

WASHSTATEC012488

1388

1     vulnerabilities of major weapon systems by incorpo-

2     ration of lessons learned in the research, develop-

3     ment, test, evaluation, and acquisition cycle, includ-

4     ing promotion of cyber education of the acquisition

5     workforce.

6        ''(8) An identification of systems to be incor-

7     porated into or that have been incorporated into the

8     National Security Agency's Strategic Cybersecurity

9     Program and the status of these systems in the Pro-

10     gram.

11        ''(9) Any other matters the Secretary deter-

12     mines relevant.''.

13 **SEC. 1634. QUARTERLY ASSESSMENTS OF THE READINESS**

14              **OF CYBER MISSION FORCES.**

15     (a) IN GENERAL.—Section 484(b) of title 10, United

16 States Code, is amended—

17        (1) by redesignating paragraph (4) as para-

18     graph (5); and

19        (2) by inserting after paragraph (3) the fol-

20     lowing new paragraph (4):

21        ''(4) An overview of the readiness of the Cyber

22     Mission Forces to perform assigned missions that—

23            ''(A) address all of the abilities of such

24        Forces to conduct cyberspace operations based

WASHSTATEC012489

1389

1    on capability and capacity of personnel, equip-

2    ment, training, and equipment condition—

3             "(i) using both quantitative and quali-

4             tative metrics; and

5             "(ii) in a way that is common to all

6             military departments; and

7         "(B) is consistent with readiness reporting

8         pursuant to section 482 of this title.".

9 (b) METRICS.—

10    (1) ESTABLISHMENT REQUIRED.—The Sec-

11 retary of Defense shall establish metrics for the as-

12 sessment of the readiness of the Cyber Mission

13 Forces of the Department of Defense.

14    (2) BRIEFINGS REQUIRED.—Not later than 90

15 days after the date of the enactment of this Act and

16 quarterly thereafter until completion of the estab-

17 lishment of the metrics under paragraph (1), the

18 Secretary shall provide a briefing to the congres-

19 sional defense committees on such metrics, including

20 progress as required pursuant to subsection (c).

21 (c) MODIFICATION OF READINESS REPORTING SYS-

22 TEM.—Not later than 180 days after the date of the enact-

23 ment of this Act, the Secretary shall take such actions

24 as the Secretary considers appropriate to ensure that the

25 comprehensive readiness reporting system established pur-

WASHSTATEC012490

1390

1 suant to section 117(a) of title 10, United States Code,

2 covers matters relating to the readiness of the Cyber Mis-

3 sion Forces—

4     (1) using the metrics established pursuant to

5     subsection (b)(1); and

6     (2) in a manner that is consistent with sections

7     117 and 482 of such title.

8     (d) FIRST QUARTERLY BRIEFING ASSESSING CYBER

9 READINESS.—The amendments made by subsection (a)

10 shall take effect on the date that is 180 days after the

11 date of the enactment of this Act.

12 **SEC. 1635. CYBER POSTURE REVIEW.**

13     Section 1644 of the National Defense Authorization

14 Act for Fiscal Year 2018 (Public Law 115–91) is amend-

15 ed—

16     (1) in subsection (a), by inserting ", not later

17     than December 31, 2022, and quadrennially there-

18     after," before "conduct";

19     (2) in subsection (b), by striking "the review"

20     and inserting "each review";

21     (3) in subsection (c)—

22         (A) in the matter preceding paragraph (1),

23         by striking "The review" and inserting "Each

24         review";

WASHSTATEC012491

1391

1       (B) by redesignating paragraph (9) as

2   paragraph (11); and

3       (C) by inserting after paragraph (8) the

4   following new paragraphs:

5       ''(9) An assessment of the potential costs, bene-

6   fits, and value, if any, of establishing a cyber force

7   as a separate uniformed service.

8       ''(10) Any recurrent problems or capability

9   gaps that remain unaddressed since the previous

10   posture review.'';

11       (4) in subsection (d)—

12       (A) in paragraph (1), by striking ''the

13   cyber'' and inserting ''each cyber'';

14       (B) in paragraph (2), by striking ''The re-

15   port'' and inserting ''Each report''; and

16       (C) by striking paragraph (3); and

17       (5) in subsection (e), by striking ''period begin-

18   ning on the date that is five years after the date of

19   the enactment of this Act and ending on the date

20   that is 10 years after such date of enactment'' and

21   inserting ''eight-year period that begins on the date

22   of each review conducted under subsection (a)''.

WASHSTATEC012492

1392

1 **SEC. 1636. MODIFICATION OF ELEMENTS OF ASSESSMENT**

2         **REQUIRED FOR TERMINATION OF DUAL-HAT**

3         **ARRANGEMENT FOR COMMANDER OF THE**

4         **UNITED STATES CYBER COMMAND.**

5     Section 1642 of the National Defense Authorization

6 Act for Fiscal Year 2017 (130 Stat. 2601; Public Law

7 114–328) is amended—

8     (1) in subsection (b)(2)(C)—

9         (A) in clause (ii), by inserting "and na-

10         tional intelligence operations" after "oper-

11         ations";

12         (B) by amending clause (iii) to read as fol-

13         lows:

14             "(iii) The tools, weapons, and accesses

15             used in and available for military cyber op-

16             erations are sufficient for achieving re-

17             quired effects and United States Cyber

18             Command is capable of acquiring or devel-

19             oping such tools, weapons, and accesses.";

20         and

21         (C) by amending clause (vi) to read as fol-

22         lows:

23             "(vi) The Cyber Mission Force has

24             achieved full operational capability and has

25             demonstrated the capacity to execute the

WASHSTATEC012493

1393

cyber missions of the Department, includ-

ing the following:

"(I) Execution of national-level

missions through cyberspace, includ-

ing deterrence and disruption of ad-

versary cyber activity.

"(II) Defense of the Department

of Defense Information Network.

"(III) Support for other combat-

ant commands, including targeting of

adversary military assets.";

(2) by redesignating subsection (c) as sub-

section (d); and

(3) by inserting after subsection (b) the fol-

lowing new subsection:

"(c) BIANNUAL BRIEFING.—

"(1) IN GENERAL.—Not later than 90 days

after the date of the enactment of this subsection

and biannually thereafter, the Secretary of Defense

and the Director of National Intelligence shall pro-

vide to the appropriate committees of Congress

briefings on the nature of the National Security

Agency and United States Cyber Command's cur-

rent and future partnership. Briefings under this

WASHSTATEC012494

1394

1  subsection shall not terminate until the certification

2  specified in subsection (a) is issued.

3    "(2) ELEMENTS.—Each briefing under this

4  subsection shall include status updates on the cur-

5  rent and future National Security Agency-United

6  States Cyber Command partnership efforts, includ-

7  ing relating to the following:

8      "(A) Common infrastructure and capa-

9    bility acquisition.

10      "(B) Operational priorities and partner-

11    ship.

12      "(C) Research and development partner-

13    ship.

14      "(D) Executed documents, written memo-

15    randa of agreements or understandings, and

16    policies issued governing such current and fu-

17    ture partnership.

18      "(E) Projected long-term efforts.".

19  **SEC. 1637. MODIFICATION OF CYBER SCHOLARSHIP PRO-**

20        **GRAM.**

21    Section 2200a(a)(1) of title 10, United States Code,

22  is amended by striking "or advanced degree, or a certifi-

23  cation," and inserting "advanced degree, or certificate".

WASHSTATEC012495

1395

1   **SEC. 1638. TIER 1 EXERCISE OF SUPPORT TO CIVIL AU-**
2   **THORITIES FOR A CYBER INCIDENT.**

3       Section 1648 of the John S. McCain National De-
4   fense Authorization Act for Fiscal Year 2019 (Public Law
5   115–232) is amended—

6           (1) in subsection (a), by striking ''The'' and in-
7       serting ''Not later than May 1, 2020, the''; and

8           (2) by adding at the end the following new sub-
9       section:

10      ''(c) LIMITATION.—Of the funds authorized to be ap-
11  propriated by this Act or otherwise made available for fis-
12  cal year 2020 for the Department of Defense for the
13  White House Communications Agency, not more than 90
14  percent of such funds may be obligated or expended until
15  the initiation of the tier 1 exercise required under sub-
16  section (a).''.

17  **SEC. 1639. EXTENSION OF THE CYBERSPACE SOLARIUM**
18  **COMMISSION.**

19      Paragraph (1) of section 1652(k) of the John S.
20  McCain National Defense Authorization Act for Fiscal
21  Year 2019 (Public Law 115–232) is amended by striking
22  ''September 1, 2019'' and inserting ''April 30, 2020''.

WASHSTATEC012496

1 **SEC. 1640. AUTHORITY TO USE OPERATION AND MAINTE-**

2     **NANCE FUNDS FOR CYBER OPERATIONS-PE-**

3     **CULIAR    CAPABILITY    DEVELOPMENT**

4     **PROJECTS.**

5     (a) IN GENERAL.—The Secretary of Defense and

6 each Secretary of the military departments concerned may

7 obligate and expend not more than $3,000,000 of amounts

8 authorized to be appropriated for operation and mainte-

9 nance per service in each of fiscal years 2020 through

10 2022 to carry out cyber operations-peculiar capability de-

11 velopment projects.

12     (b) NOTIFICATION.—Not later than 15 days after ex-

13 ercising the authority provided for in subsection (a), the

14 Secretary of Defense, or his designee, and each Secretary

15 of the military departments concerned, or their designees,

16 shall notify the congressional defense committees of such

17 exercise for projects exceeding $500,000.

18     (c) REPORT.—Not later than December 31 of each

19 year through 2022, the Secretary of Defense shall submit

20 to the congressional defense committees a report on obli-

21 gations and expenditures made pursuant to the authority

22 provided for in subsection (a). Each such report shall in-

23 clude a full description and evaluation of each of the cyber

24 operations-peculiar capability development projects that is

25 the subject of each such obligation or expenditure, defini-

26 tions and standards for cyber operations-peculiar require-

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012497

1397

1 ments, transition plans, and any other matters the Sec-

2 retary determines relevant.

**SEC. 1641. ROLE OF CHIEF INFORMATION OFFICER IN IM-**
**PROVING ENTERPRISE-WIDE CYBERSECU-**
**RITY.**

6 (a) IN GENERAL.—In carrying out the responsibil-

7 ities established in section 142 of title 10, United States

8 Code, the Chief Information Officer of the Department of

9 Defense shall, to the maximum extent practicable, ensure

10 that the cybersecurity programs and capabilities of the

11 Department—

12 (1) fit into an enterprise-wide cybersecurity ar-

13 chitecture;

14 (2) are maximally interoperable with each

15 other, including those programs and capabilities de-

16 ployed by the components of the Department;

17 (3) enhance enterprise-level visibility and re-

18 sponsiveness to threats; and

19 (4) are developed, procured, instituted, and

20 managed in a cost-efficient manner, exploiting

21 economies of scale and enterprise-wide services and

22 discouraging unnecessary customization and piece-

23 meal acquisition.

24 (b) REQUIREMENTS.—In carrying out subsection (a),

25 the Chief Information Officer shall—

WASHSTATEC012498

1398

1    (1) manage and modernize the cybersecurity ar-
2 chitecture of the Department, including—

3        (A) ensuring the cybersecurity architecture
4    of the Department maximizes cybersecurity ca-
5    pability, network, and endpoint activity data
6    sharing across Department components;

7        (B) ensuring the cybersecurity architecture
8    of the Department supports improved automa-
9    ticity of cybersecurity detection and response;
10   and

11       (C) modernizing and configuring the De-
12   partment's standardized deployed perimeter,
13   network-level, and endpoint capabilities to im-
14   prove interoperability, meet pressing capability
15   needs, and negate common adversary tactics,
16   techniques, and procedures;

17   (2) establish mechanisms to enable and man-
18 date, as necessary, cybersecurity capability and net-
19 work and endpoint activity data-sharing across De-
20 partment components;

21   (3) make mission data, through data tagging,
22 automatic transmission, and other means, accessible
23 and discoverable by Department components other
24 than owners of such mission data;

WASHSTATEC012499

1399

1    (4) incorporate into the cybersecurity architec-
2    ture of the Department emerging cybersecurity tech-
3    nologies from the Defense Advanced Research
4    Projects Agency, the Strategic Capabilities Office,
5    the Defense Innovation Unit, the laboratories of the
6    military departments, and the commercial sector;

7    (5) ensure that the Department possesses the
8    necessary computing infrastructure, through tech-
9    nology refresh, installation or acquisition of band-
10   width, and the use of cloud computing power, to
11   host and enable necessary cybersecurity capabilities;
12   and

13   (6) utilize the Department's cybersecurity ex-
14   pertise to improve cybersecurity performance, oper-
15   ations, and acquisition, including—

16       (A) the cybersecurity testing, architecting,
17       and engineering expertise of the National Secu-
18       rity Agency; and

19       (B) the technology policy, workforce, and
20       engineering expertise of the Defense Digital
21       Service.

WASHSTATEC012500

1400

**SEC. 1642. NOTIFICATION OF DELEGATION OF AUTHORI-**

    **TIES TO THE SECRETARY OF DEFENSE FOR**

    **MILITARY OPERATIONS IN CYBERSPACE.**

(a) IN GENERAL.—The Secretary of Defense shall provide written notification to the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate of the following:

  (1) Authorities delegated to the Secretary by the President for military operations in cyberspace that are otherwise held by the National Command Authority, not later than 15 days after any such delegation. A notification under this paragraph shall include a description of the authorities delegated to the Secretary.

  (2) Concepts of operations approved by the Secretary pursuant to delegated authorities described in paragraph (1), not later than 15 days after any such approval. A notification under this paragraph shall include the following:

    (A) A description of authorized activities to be conducted or planned to be conducted pursuant to such authorities.

    (B) The defined military objectives relating to such authorities.

    (C) A list of countries in which such authorities may be exercised.

WASHSTATEC012501

1    (D) A description of relevant orders issued

2    by the Secretary in accordance with such au-

3    thorities.

4  (b) PROCEDURES.—

5    (1) IN GENERAL.—The Secretary of Defense

6  shall establish and submit to the Committee on

7  Armed Services of the House of Representatives and

8  the Committee on Armed Services of the Senate pro-

9  cedures for complying with the requirements of sub-

10  section (a), consistent with the national security of

11  the United States and the protection of operational

12  integrity. The Secretary shall promptly notify such

13  committees in writing of any changes to such proce-

14  dures at least 14 days prior to the adoption of any

15  such changes.

16    (2) SUFFICIENCY.—The Committee on Armed

17  Services of the House of Representatives and the

18  Committee on Armed Services of the Senate shall

19  ensure that committee procedures designed to pro-

20  tect from unauthorized disclosure classified informa-

21  tion relating to national security of the United

22  States are sufficient to protect the information that

23  is submitted to such committees pursuant to this

24  section.

WASHSTATEC012502

1402

1    (3) NOTIFICATION IN EVENT OF UNAUTHOR-
2    IZED DISCLOSURE.—In the event of an unauthorized
3    disclosure of authorities covered by this section, the
4    Secretary of Defense shall ensure, to the maximum
5    extent practicable, that the Committee on Armed
6    Services of the House of Representatives and the
7    Committee on Armed Services of the Senate are no-
8    tified immediately. Notification under this paragraph
9    may be verbal or written, but in the event of a
10   verbal notification, a written notification signed by
11   the Secretary shall be provided by not later than 48
12   hours after the provision of such verbal notification.

13   **SEC. 1643. LIMITATION OF FUNDING FOR CONSOLIDATED**
14            **AFLOAT NETWORKS AND ENTERPRISE SERV-**
15            **ICES.**

16   Of the funds authorized to be appropriated by this
17   Act for fiscal year 2020 for the Consolidated Afloat Net-
18   works and Enterprise Services, not more than 85 percent
19   of such funds may be obligated or expended until the Sec-
20   retary of the Navy and the Chief Information Officer of
21   the Department of Defense independently certify to the
22   congressional defense committees, the Permanent Select
23   Committee on Intelligence of the House of Representa-
24   tives, and the Select Committee on Intelligence of the Sen-
25   ate that recommendations in the Audit of Consolidated

WASHSTATEC012503

1403

1 Afloat Networks and Enterprise Services Security Safe-

2 guards (DODIG-2019-072) have been implemented.

**3 SEC. 1644. ANNUAL MILITARY CYBERSPACE OPERATIONS**

**4        REPORT.**

5    (a) IN GENERAL.—Not later than March 1 of each

6 year, the Secretary of Defense shall provide to the con-

7 gressional defense committees a written report summa-

8 rizing all named military cyberspace operations conducted

9 in the previous calendar year, including cyber effects, op-

10 erations, cyber effects enabling operations, and cyber oper-

11 ations conducted as defensive operations. Each such sum-

12 mary should be organized by adversarial country and

13 should include the following for each named operation:

14        (1) An identification of the objective and pur-

15    pose.

16        (2) Descriptions of the impacted countries, or-

17    ganizations, or forces, and nature of the impact.

18        (3) A description of methodologies used for the

19    cyber effects operation or cyber effects enabling op-

20    eration.

21        (4) An identification of the Cyber Mission

22    Force teams, or other Department of Defense entity

23    or units, that conducted such operation, and sup-

24    porting teams, entities, or units.

WASHSTATEC012504

1404

1   (5) An identification of the infrastructures on

2   which such operations occurred.

3   (6) A description of relevant legal, operational,

4   and funding authorities.

5   (7) Additional costs beyond baseline operations

6   and maintenance and personnel costs directly associ-

7   ated with the conduct of the cyber effects operation

8   or cyber effects enabling operation.

9   (8) Any other matters the Secretary determines

10   relevant.

11   (b) CLASSIFICATION.—The Secretary of Defense

12   shall provide each report required under subsection (a) at

13   a classification level the Secretary determines appropriate.

14   (c) LIMITATION.—This section does not apply to

15   cyber-enabled military information support operations or

16   military deception operations.

17   **SEC. 1645. ANNUAL REPORT ON CYBER ATTACKS AND IN-**

18   **TRUSIONS AGAINST THE DEPARTMENT OF**

19   **DEFENSE BY CERTAIN FOREIGN ENTITIES.**

20   (a) IN GENERAL.—Not later than 180 days after the

21   date of the enactment of this Act, and each fiscal year

22   thereafter through fiscal year 2023, the Principal Cyber

23   Advisor to the Secretary of Defense and Chief Information

24   Officer of the Department of Defense shall submit to the

25   congressional defense committees a report on cyber at-

WASHSTATEC012505

1405

1 tacks and intrusions in the previous 12 months by agents

2 or associates of the Governments of the Russian Federa-

3 tion, the People's Republic of China, the Islamic Republic

4 of Iran, and the Democratic People's Republic of Korea

5 against or into the information systems (as such term is

6 defined in section 3502 of title 44, United States Code)

7 of—

8    (1) the Department of Defense; and

9    (2) any contractor of the Department of De-

10    fense that works on sensitive United States military

11    technology.

12 (b) FORM.—The report required by subsection (a)

13 shall be submitted in classified form. The data in such

14 report shall be aggregated from U.S. Cyber Command, the

15 Defense Information Systems Agency, the military serv-

16 ices and Department of Defense agencies, the Joint Staff,

17 and the Office of the Secretary of Defense.

18 **SEC. 1646. CONTROL AND ANALYSIS OF DEPARTMENT OF**

19 **DEFENSE DATA STOLEN THROUGH CYBER-**

20 **SPACE.**

21 (a) REQUIREMENTS.—If the Secretary of Defense de-

22 termines that significant Department of Defense data may

23 have been stolen through cyberspace and evidence of theft

24 of the data in question—

WASHSTATEC012506

1406

1  (1) is in the possession of a component of the

2  Department, the Secretary shall—

3  (A) either transfer or replicate and trans-

4  fer such Department data in a prompt and se-

5  cure manner to a secure repository with access

6  by Department personnel appropriately limited

7  on a need-to-know basis or otherwise ensure

8  such consistent access to the relevant data by

9  other means;

10  (B) ensure the Department applies such

11  automated analytic tools and capabilities to the

12  repository of potentially compromised data as

13  are necessary to rapidly understand the scope

14  and effect of the potential compromise;

15  (C) for high priority and mission critical

16  Department systems, develop analytic products

17  that characterize the scope of data com-

18  promised;

19  (D) ensure that relevant mission-affected

20  entities in the Department are made aware of

21  the theft or possible theft and, as damage as-

22  sessment and mitigation proceeds, are kept ap-

23  prised of the extent of the data stolen; and

24  (E) ensure that Department counterintel-

25  ligence organizations are—

WASHSTATEC012507

1     (i) fully integrated with any damage

2     assessment team assigned to the breach;

3     (ii) fully informed of the data that

4     have or potentially have been stolen and

5     the effect of such theft; and

6     (iii) provided resources and tasked, in

7     conjunction with subject matter experts

8     and responsible authorities, to immediately

9     and appropriately respond, including

10    through the development and execution of

11    relevant countermeasures, to any breach

12    involving espionage and data theft; or

13    (2) is in the possession of or under controls or

14    restrictions imposed by the Federal Bureau of Inves-

15    tigation, or a national counterintelligence or intel-

16    ligence organization, the Secretary shall determine,

17    jointly with the Director of the Federal Bureau of

18    Investigation or the Director of National Intel-

19    ligence, as appropriate, the most expeditious process,

20    means, and conditions for carrying out the activities

21    otherwise required by paragraph (1).

22    (b) RECOMMENDATIONS.—Not later than 90 days

23    after the date of the enactment of this Act, the Secretary

24    shall submit to the congressional defense committees such

25    recommendations as the Secretary may have for legislative

WASHSTATEC012508

1408

1 or administrative action to address such barriers that may

2 be inhibiting the implementation of this section.

**SEC. 1647. USE OF NATIONAL SECURITY AGENCY CYBERSE-**

**CURITY EXPERTISE TO SUPPORT EVALUA-**

**TION OF COMMERCIAL CYBERSECURITY**

**PRODUCTS.**

7 (a) ADVISORY MISSION.—The National Security

8 Agency shall, as a mission in its role in securing the infor-

9 mation systems of the Department of Defense, advise and

10 assist the Department of Defense in its evaluation and

11 adoption of cybersecurity products and services from in-

12 dustry, especially the commercial cybersecurity sector.

13 (b) PROGRAM TO IMPROVE ACQUISITION OF CYBER-

14 SECURITY PRODUCTS AND SERVICES.—

15 (1) ESTABLISHMENT.—Consistent with sub-

16 section (a), the Director of the National Security

17 Agency shall establish a permanent program con-

18 sisting of market research, testing, and expertise

19 transmission, or augments to existing programs, to

20 improve the evaluation by the Department of De-

21 fense of cybersecurity products and services.

22 (2) REQUIREMENTS.—Under the program es-

23 tablished pursuant to paragraph (1), the Director

24 shall, independently and at the request of the com-

25 ponents of the Department of Defense—

WASHSTATEC012509

1409

1         (A) test and evaluate commercially avail-
2 able cybersecurity products and services
3 using—

4         (i) generally known cyber operations
5 techniques; and

6         (ii) tools and cyber operations tech-
7 niques and advanced tools and techniques
8 available to the National Security Agency;

9         (B) develop and establish standard proce-
10 dures, techniques, and threat-informed metrics
11 to perform the testing and evaluation required
12 by subparagraph (A); and

13         (C) advise the Chief Information Officer
14 and the components of the Department of De-
15 fense on the merits and disadvantages of evalu-
16 ated cybersecurity products, including with re-
17 spect to—

18         (i) any synergies between products;

19         (ii) value;

20         (iii) matters relating to operation and
21 maintenance; and

22         (iv) matters relating to customization
23 requirements.

24 (3) LIMITATIONS.—The program established
25 under paragraph (1) may not—

WASHSTATEC012510

1410

1      (A) by used to accredit cybersecurity prod-
2   ucts and services for use by the Department;

3          (B) create approved products lists; or

4      (C) be used for the procurement and field-
5   ing of cybersecurity products on behalf of the
6   Department.

7  **SEC. 1648. FRAMEWORK TO ENHANCE CYBERSECURITY OF**
8          **THE UNITED STATES DEFENSE INDUSTRIAL**
9          **BASE.**

10      (a) FRAMEWORK REQUIRED.—Not later than Feb-
11  ruary 1, 2020, the Secretary of Defense shall develop a
12  consistent, comprehensive framework to enhance cyberse-
13  curity for the United States defense industrial base.

14      (b) ELEMENTS.—The framework developed pursuant
15  to subsection (a) shall include the following:

16      (1) Identification of unified cybersecurity stand-
17  ards, regulations, metrics, ratings, third-party cer-
18  tifications, or requirements to be imposed on the de-
19  fense industrial base for the purpose of assessing the
20  cybersecurity of individual contractors.

21      (2) Roles and responsibilities of the Under Sec-
22  retary of Defense for Acquisition and Sustainment,
23  the Under Secretary of Defense for Intelligence and
24  Security, the Chief Information Officer, the Director
25  of the Protecting Critical Technologies Task Force,

WASHSTATEC012511

1411

1 and the Secretaries of the military departments re-
2 lating to the following:

3     (A) Establishing and ensuring compliance
4     with cybersecurity standards, regulations, and
5     policies.

6     (B) Deconflicting existing cybersecurity
7     standards, regulations, and policies.

8     (C) Coordinating with and providing as-
9     sistance to the defense industrial base for cy-
10     bersecurity matters, particularly as relates to
11     the programs and processes described in para-
12     graphs (8) and (9).

13     (D) Management and oversight of the ac-
14     quisition process, including responsibility deter-
15     mination, solicitation, award, and contractor
16     management, relating to cybersecurity stand-
17     ards, regulations, metrics, ratings, third-party
18     certifications, or requirements.

19     (3) The responsibilities of the prime contrac-
20 tors, and all subcontractors in the supply chain, for
21 implementing the required cybersecurity standards,
22 regulations, metrics, ratings, third-party certifi-
23 cations, and requirements identified under para-
24 graph (1).

WASHSTATEC012512

1412

1    (4) Definitions for "Controlled Unclassified In-
2    formation" (CUI) and "For Official Use Only"
3    (FOUO), as well as policies regarding protecting in-
4    formation designated as either of such.

5    (5) Methods and programs for managing con-
6    trolled unclassified information, and for limiting the
7    presence of unnecessary sensitive information on
8    contractor networks.

9    (6) A plan to provide implementation guidance,
10   education, manuals, and, as necessary, direct tech-
11   nical support or assistance, to contractors on mat-
12   ters relating to cybersecurity.

13   (7) Quantitative metrics for assessing the effec-
14   tiveness of the overall framework over time, with re-
15   spect to the exfiltration of controlled unclassified in-
16   formation from the defense industrial base.

17   (8) A comprehensive list of current and planned
18   Department of Defense programs to assist the de-
19   fense industrial base with cybersecurity compliance
20   requirements of the Department, including those
21   programs that provide training, expertise, and fund-
22   ing, and maintain approved security products lists
23   and approved providers lists.

WASHSTATEC012513

1413

1     (9) Processes for enhanced threat information
2 sharing between the Department of Defense and the
3 defense industrial base.

4     (c) MATTERS FOR CONSIDERATION.—In developing
5 the framework pursuant to subsection (a), the Secretary
6 shall consider the following:

7     (1) Designating an official to be responsible for
8 the cybersecurity of the defense industrial base.

9     (2) Risk-based methodologies, standards,
10 metrics, and tiered cybersecurity requirements for
11 the defense industrial base, including third-party
12 certifications such as the Cybersecurity Maturity
13 Model Certification pilot program, as the basis for a
14 mandatory Department standard.

15     (3) Tailoring cybersecurity requirements for
16 small- and medium-sized contractors based on a
17 risk-based approach.

18     (4) Ensuring a consistent approach across the
19 Department to cybersecurity standards, regulations,
20 metrics, ratings, third-party certifications, or re-
21 quirements of the defense industrial base.

22     (5) Ensuring the Department's traceability and
23 visibility of cybersecurity compliance of suppliers to
24 all levels of the supply chain.

g:\VHLC\120919\120919.161.xml    (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012514

1414

1    (6) Evaluating incentives and penalties for cy-
2    bersecurity performance of suppliers.

3    (7) Integrating cybersecurity and traditional
4    counterintelligence measures, requirements, and pro-
5    grams.

6    (8) Establishing a secure software development
7    environment (DevSecOps) in a cloud environment in-
8    side the perimeter of the Department for contractors
9    to perform their development work.

10    (9) Establishing a secure cloud environment
11    through which contractors may access the data of
12    the Department needed for their contract work.

13    (10) An evaluation of the resources and utiliza-
14    tion of Department programs to assist the defense
15    industrial base in complying with cybersecurity com-
16    pliance requirements referred to in subsection (b)(1).

17    (11) Technological means, operational concepts,
18    reference architectures, offensive counterintelligence
19    operation concepts, and plans for operationalization
20    to    complicate    adversary    espionage,    including
21    honeypotting and data obfuscation.

22    (12) Implementing enhanced security vulner-
23    ability assessments for contractors working on crit-
24    ical acquisition programs, technologies, manufac-
25    turing capabilities, and research areas.

WASHSTATEC012515

1415

1       (13) Identifying ways to better leverage tech-
2 nology and employ machine learning or artificial in-
3 telligence capabilities, such as Internet Protocol
4 monitoring and data integrity capabilities, to be ap-
5 plied to contractor information systems that host,
6 receive, or transmit controlled unclassified informa-
7 tion.

8       (14) Developing tools to easily segregate pro-
9 gram data to only allow subcontractors access to
10 their specific information.

11       (15) Appropriate communications of threat as-
12 sessments of the defense industrial base to the ac-
13 quisition workforce at all classification levels.

14       (16) A single Sector Coordinating Council for
15 the defense industrial base.

16       (17) Appropriate communications with the de-
17 fense industrial base on the impact of cybersecurity
18 requirements in contracting and procurement deci-
19 sions.

20 (d) CONSULTATION.—In developing the framework
21 required pursuant to subsection (a), the Secretary shall
22 consult with the following:

23       (1) Industry groups representing the defense in-
24 dustrial base.

25       (2) Contractors in the defense industrial base.

WASHSTATEC012516

1416

1   (3) The Director of the National Institute of

2   Standards and Technology.

3       (4) The Secretary of Energy.

4       (5) The Director of National Intelligence.

5       (6) Relevant Federal regulatory agencies.

6   (e) BRIEFING.—

7       (1) IN GENERAL.—Not later than March 11,

8   2020, the Secretary of Defense shall provide the

9   congressional defense committees with a briefing on

10  the framework developed pursuant to subsection (a).

11      (2) CONTENTS.—The briefing required by para-

12  graph (1) shall include the following:

13          (A) An overview of the framework devel-

14      oped pursuant to subsection (a).

15          (B) Identification of such pilot programs

16      as the Secretary considers may be required to

17      improve the cybersecurity of the defense indus-

18      trial base.

19          (C) Implementation timelines and identi-

20      fication of costs.

21          (D) Such recommendations as the Sec-

22      retary may have for legislative action to im-

23      prove the cybersecurity of the defense industrial

24      base.

25  (f) QUARTERLY BRIEFINGS.—

WASHSTATEC012517

1417

1     (1) IN GENERAL.—Not less frequently than
2 once each quarter after the briefing provided pursu-
3 ant to subsection (e) until February 1, 2022, the
4 Secretary of Defense shall brief the congressional
5 defense committees on the status of development
6 and implementation of the framework developed pur-
7 suant to subsection (a).

8     (2) COORDINATION WITH OTHER BRIEFINGS.—
9 Each briefing under paragraph (1) shall be con-
10 ducted in conjunction with a quarterly briefing
11 under section 484(a) of title 10, United States Code.

12     (3) ELEMENTS.—Each briefing under para-
13 graph (1) shall include the following:

14     (A) The current status of the development
15 and implementation of the framework developed
16 pursuant to subsection (a).

17     (B) A description of the efforts undertaken
18 by the Secretary to evaluate the matters for
19 consideration set forth in subsection (c).

20     (C) The current status of any pilot pro-
21 grams the Secretary is carrying out to develop
22 the framework.

WASHSTATEC012518

1418

1 **SEC. 1649. REPORT ON CYBERSECURITY TRAINING PRO-**
2 **GRAMS.**

3     Not later than 240 days after the date of the enact-
4 ment of this Act, the Secretary of Defense shall submit
5 to the Committee on Armed Services of the House of Rep-
6 resentatives and the Committee on Armed Services of the
7 Senate a report that accounts for all of the efforts, pro-
8 grams, initiatives, and investments of the Department of
9 Defense to train elementary, secondary, and postsec-
10 ondary students in fields related to cybersecurity, cyber
11 defense, and cyber operations. The report shall—

12     (1) include information on the metrics used to
13     evaluate such efforts, programs, initiatives, and in-
14     vestments, and identify overlaps or redundancies
15     across the such efforts, programs, initiatives, and in-
16     vestments; and

17     (2) address how the Department leverages such
18     efforts, programs, initiatives, and investments in the
19     recruitment and retention of both the civilian and
20     military cyber workforces.

21 **SEC. 1650. NATIONAL SECURITY PRESIDENTIAL MEMORAN-**
22 **DUMS RELATING TO DEPARTMENT OF DE-**
23 **FENSE OPERATIONS IN CYBERSPACE.**

24     Not later than 30 days after the date of the enact-
25 ment of this Act, upon request of the congressional de-
26 fense committees, the President shall allow for such com-

WASHSTATEC012519

1419

1 mittees to read a copy of all National Security Presidential

2 Memorandums relating to Department of Defense oper-

3 ations in cyberspace at an appropriately cleared facility

4 of the requesting committee's choosing. At the conclusion

5 of such reading, such documents shall be collected and re-

6 turned to the President.

**SEC. 1651. REORIENTATION OF BIG DATA PLATFORM PRO-**

7

8 **GRAM.**

9 (a) REORIENTATION OF PROGRAM.—

10 (1) IN GENERAL.—Not later than January 1,

11 2021, the Secretary of Defense shall—

12 (A) reorient the Big Data Platform pro-

13 gram as specified in this section; and

14 (B) align the reorientation effort under an

15 existing line of effort of the Cyber Strategy of

16 the Department of Defense.

17 (2) OVERSIGHT OF IMPLEMENTATION.—The

18 Secretary shall act through the Principal Cyber Ad-

19 visor and the supporting Cross Functional Team in

20 the oversight of the implementation of paragraph

21 (1).

22 (b) COMMON BASELINE AND SECURITY CLASSIFICA-

23 TION SCHEME.—

24 (1) IN GENERAL.—Not later than January 1,

25 2021, the Secretary shall establish a common base-

WASHSTATEC012520

1420

1 line and security classification scheme for the collec-

2 tion, storage, processing, querying, analysis, and ac-

3 cessibility of a common and comprehensive set of

4 metadata from sensors, applications, appliances,

5 products, and systems deployed across the Depart-

6 ment of Defense Information Network (DODIN) to

7 enable the discovery, tracking, and remediation of

8 cybersecurity threats.

9     (2) REQUIREMENTS.—In carrying out para-

10 graph (1), the Secretary shall—

11         (A) take such actions as the Secretary con-

12     siders necessary to standardize deployed infra-

13     structure, including the Department of De-

14     fense's perimeter capabilities at the Internet

15     Access Points, the Joint Regional Security

16     Stacks, or other approved solutions, and the

17     routing of data laterally and vertically from De-

18     partment of Defense Information Network seg-

19     ments and tiers, to enable standard and com-

20     prehensive metadata collection;

21         (B) take such actions as the Secretary con-

22     siders necessary to standardize deployed cyber-

23     security applications, products, and sensors and

24     the routing of data laterally and vertically from

25     Department of Defense Information Network

WASHSTATEC012521

1421

1   segments and tiers, to enable standard and

2   comprehensive metadata collection;

3   (C) develop an enterprise-wide architecture

4   and strategy for—

5   (i) where to place sensors or extract

6   data from network information technology,

7   operational technology, and cybersecurity

8   appliances, applications, products, and sys-

9   tems for cybersecurity purposes;

10   (ii) which metadata data records

11   should be universally sent to Big Data

12   Platform instances and which metadata

13   data records, if any, should be locally re-

14   tained; and

15   (iii) expeditiously and efficiently

16   transmitting metadata records to the Big

17   Data Platform instances, including the ac-

18   quisition and installation of further data

19   bandwidth;

20   (D) determine the appropriate number, or-

21   ganization, and functions of separate Big Data

22   Platform instances, and whether the Big Data

23   Platform instances that are currently managed

24   by Department of Defense components, includ-

WASHSTATEC012522

1422

1         ing the military services, should instead be

2         jointly and regionally organized, or terminated;

3         (E) determine the appropriate roles of the

4         Defense Information Systems Agency's Acrop-

5         olis, United States Cyber Command's Scarif,

6         and any similar Big Data Platforms as enter-

7         prise-wide real-time cybersecurity situational

8         awareness capabilities or as complements or re-

9         placements for component level Big Data Plat-

10         form instances;

11         (F) ensure that all Big Data Platform in-

12         stances are engineered and approved to enable

13         standard access and expeditious query capabili-

14         ties by the Unified Platform, the network de-

15         fense service providers, and the Cyber Mission

16         Forces, with centrally managed authentication

17         and authorization services;

18         (G) prohibit and remove barriers to infor-

19         mation sharing, distributed query, data anal-

20         ysis, and collaboration across Big Data Plat-

21         form instances, such as incompatible interfaces,

22         interconnection service agreements, and the im-

23         position of accreditation boundaries;

24         (H) transition all Big Data Platform in-

25         stances to a cloud computing environment in

WASHSTATEC012523

1423

1               alignment with the cloud strategy of the Chief

2               Information Officer of the Department of De-

3               fense;

4                     (I) consider whether packet capture data-

5               bases should continue to be maintained sepa-

6               rately from the Big Data Platform instances,

7               managed at the secret level of classification,

8               and treated as malware-infected when the pack-

9               et data are copies of packets extant in the De-

10             partment of Defense Information Network;

11                  (J) in the case that the Secretary decides

12             to sustain the status quo on packet capture

13             databases, ensure that analysts operating on or

14             from the Unified Platform, the Big Data Plat-

15             form instances, the network defense services

16             providers, and the Cyber Mission Forces can di-

17             rectly access packets and query the database;

18             and

19                  (K) consider whether the Joint Artificial

20             Intelligence Center's cybersecurity artificial in-

21             telligence national mission initiative, and any

22             other similar initiatives, should include an ap-

23             plication for the metadata residing in the Big

24             Data Platform instances.

WASHSTATEC012524

1     (c) LIMIT ON DATA AND DATA INDEXING SCHEMA.—

2 The Secretary shall ensure that the Unified Platform and

3 the Big Data Platform programs achieve data and data

4 indexing schema standardization and integration to ensure

5 interoperability, access, and sharing by and between Big

6 Data Platform and other data sources and stores.

7     (d) ANALYTICS AND APPLICATION SOURCING AND

8 COLLABORATION.—The Secretary shall ensure that the

9 services, U.S. Cyber Command, and Defense Information

10 Systems Agency—

11     (1) seek advanced analytics and applications

12     from Government and commercial sources that can

13     be executed on the deployed Big Data Platform ar-

14     chitecture; and

15     (2) collaborate with vendors offering commer-

16     cial analytics and applications, including support to

17     refactoring commercial capabilities to the Govern-

18     ment platform where industry can still own the intel-

19     lectual property embedded in the analytics and ap-

20     plications.

21     (e) BRIEFING REQUIRED.—Not later than 180 days

22 after the date of the enactment of this Act and not less

23 frequently than once every 180 days thereafter until the

24 activities required by subsection (a)(1) are completed, the

25 Secretary shall brief the congressional defense committees

WASHSTATEC012525

1425

1 on the activities of the Secretary in carrying out sub-

2 section (b).

3 **SEC. 1652. ZERO-BASED REVIEW OF DEPARTMENT OF DE-**

4 **FENSE CYBER AND INFORMATION TECH-**

5 **NOLOGY PERSONNEL.**

6     (a) REVIEW REQUIRED.—Not later than January 1,

7 2021, each head of a covered department, component, or

8 agency shall—

9         (1) complete a zero-based review of the cyber

10     and information technology personnel of the head's

11     covered department, component, or agency; and

12         (2) provide the Principal Cyber Advisor, the

13     Chief Information Officer of the Department of De-

14     fense, and the Under Secretary of Defense for Per-

15     sonnel and Readiness the findings of the head with

16     respect to the head's covered department, compo-

17     nent, or agency.

18     (b) COVERED DEPARTMENTS, COMPONENTS, AND

19 AGENCIES.—For purposes of this section, a covered de-

20 partment, component, or agency is—

21         (1) an independent Department of Defense

22     component or agency;

23         (2) the Office of the Secretary of Defense;

24         (3) a component of the Joint Staff;

25         (4) a military department or an armed force; or

WASHSTATEC012526

G:\CMTE\AS\20\C\ASCR20.XML

1426

1    (5) a reserve component of the Armed Forces.

2    (c) SCOPE OF REVIEW.—As part of a review con-

3    ducted pursuant to subsection (a)(1), the head of a cov-

4    ered department, component, or agency shall, with respect

5    to the covered department, component, or agency of the

6    head—

7        (1) assess military, civilian, and contractor posi-

8        tions and personnel performing cyber and informa-

9        tion technology missions;

10       (2) determine the roles and functions assigned

11       by reviewing existing position descriptions and con-

12       ducting interviews to quantify the current workload

13       performed by military, civilian, and contractor work-

14       force;

15       (3) compare the Department's manning with

16       the manning of comparable industry organizations;

17       (4) include evaluation of the utility of cyber-

18       and information technology-focused missions, posi-

19       tions, and personnel within such components—

20           (A) to assess the effectiveness and effi-

21           ciency of current activities;

22           (B) to assess the necessity of increasing,

23           reducing, or eliminating resources; and

24           (C) to guide prioritization of investment

25           and funding;

WASHSTATEC012527

1427

(5) develop recommendations and objectives for organizational, manning, and equipping change, taking into account anticipated developments in information technologies, workload projections, automation and process enhancements, and Department requirements;

(6) develop a gap analysis, contrasting the current organization and the objectives developed pursuant to paragraph (5); and

(7) develop roadmaps of prioritized activities and a timeline for implementing the activities to close the gaps identified pursuant to paragraph (6).

(d) ELEMENTS.—In carrying out a review pursuant to subsection (a)(1), the head of a covered department, component, or agency shall consider the following:

(1) Whether position descriptions and coding designators for given cybersecurity and information technology roles are accurate indicators of the work being performed.

(2) Whether the function of any cybersecurity or information technology position or personnel can be replaced by acquisition of cybersecurity or information technology products or automation.

(3) Whether a given component or subcomponent is over- or under-resourced in terms of per-

WASHSTATEC012528

1428

1 sonnel, using industry standards as a benchmark
2 where applicable.

3     (4) Whether cybersecurity service provider posi-
4 tions and personnel fit coherently into the enter-
5 prise-wide cybersecurity architecture and with the
6 Department's cyber protection teams.

7     (5) Whether the function of any cybersecurity
8 or information technology position or personnel
9 could be conducted more efficiently or effectively by
10 enterprise-level cyber or information technology per-
11 sonnel.

12 (e) FURNISHING DATA AND ANALYSIS.—

13     (1) DATA AND ANALYSIS.—In carrying out sub-
14 section (a)(2), each head of a covered department,
15 component, or agency, shall furnish to the Principal
16 Cyber Advisor, the Chief Information Officer, and
17 the Under Secretary a description of the analysis
18 that led to the findings submitted under such sub-
19 section and the data used in such analysis.

20     (2) CERTIFICATION.—The Principal Cyber Ad-
21 visor, the Chief Information Officer, and the Under
22 Secretary of Defense shall jointly review each sub-
23 mittal under subsection (a)(2) and certify whether
24 the findings and analysis are in compliance with the
25 requirements of this section.

WASHSTATEC012529

1     (f) RECOMMENDATIONS.—After receiving findings

2 submitted by a head of a covered department, component,

3 or agency pursuant to paragraph (2) of subsection (a)

4 with respect to a review conducted by the head pursuant

5 to paragraph (1) of such subsection, the Principal Cyber

6 Advisor, the Chief Information Officer, and the Under

7 Secretary shall jointly provide to such head such rec-

8 ommendations as the Principal Cyber Advisor, the Chief

9 Information Officer, and the Under Secretary may have

10 for changes in manning or acquisition that proceed from

11 such review.

12     (g) IMPLEMENTATION.—The Principal Cyber Advi-

13 sor, the Chief Information Officer, and the Under Sec-

14 retary shall jointly oversee and assist in the implementa-

15 tion of the roadmaps developed pursuant to subsection

16 (c)(7) and the recommendations developed pursuant to

17 subsection (f).

18     (h) IN-PROGRESS REVIEWS.—Not later than six

19 months after the date of the enactment of this Act and

20 not less frequently than once every six months thereafter

21 until the Principal Cyber Advisor, the Chief Information

22 Officer, and the Under Secretary give the briefing re-

23 quired by subsection (i), the Principal Cyber Advisor, the

24 Chief Information Officer, and the Under Secretary shall

25 jointly—

WASHSTATEC012530

1430

1    (1) conduct in-progress reviews of the status of

2        the reviews required by subsection (a)(1); and

3    (2) provide the congressional defense commit-

4        tees with a briefing on such in-progress reviews.

5    (i) FINAL BRIEFING.—After all of the reviews have

6    been completed under paragraph (1) of subsection (a),

7    after receiving all of the findings pursuant to paragraph

8    (2) of such subsection, and not later than June 1, 2021,

9    the Principal Cyber Advisor, the Chief Information Offi-

10   cer, and the Under Secretary shall jointly provide to the

11   congressional defense committees a briefing on the find-

12   ings of the Principal Cyber Advisor, the Chief Information

13   Officer, and the Under Secretary with respect to such re-

14   views, including such recommendations as the Principal

15   Cyber Advisor, the Chief Information Officer, and the

16   Under Secretary may have for changes to the budget of

17   the Department as a result of such reviews.

18   (j) DEFINITION OF ZERO-BASED REVIEW.—In this

19   section, the term ''zero-based review'' means a review in

20   which an assessment is conducted with each item, position,

21   or person costed anew, rather than in relation to its size

22   or status in any previous budget.

WASHSTATEC012531

1431

**SEC. 1653. STUDY ON IMPROVING CYBER CAREER PATHS IN THE NAVY.**

(a) STUDY REQUIRED.—Not later than October 1, 2020, the Secretary of the Navy and the Chief of Naval Operations shall jointly—

(1) complete a study on methods to improve military and civilian cyber career paths within the Navy; and

(2) submit to the congressional defense committees a report on the findings of the Secretary and Chief with respect to the study completed pursuant to paragraph (1), including all of the data used in such study.

(b) ELEMENTS.—The report submitted pursuant to subsection (a)(2) shall include the following:

(1) A plan for implementing career paths for civilian and military personnel tailored to develop expertise in cyber skill sets, including skill sets appropriate for offensive and defensive military cyber operations. Such plan should also evaluate the current Cyber Warfare Engineer career field for officers, including options for expanding the career field beyond current plans.

(2) Suggested changes to the processes that govern the identification of talent and career progression of the civilian and military workforce.

WASHSTATEC012532

1432

1   (3) A methodology for a cyber workforce assign-
2   ment policy that deliberately builds depth and
3   breadth of knowledge regarding the conduct of cyber
4   operations throughout an entire career.

5   (4) Possible enhancements to identifying, re-
6   cruiting, training, and retaining the civilian and
7   military cyber workforce, especially for Interactive
8   On-Net operators and tool developers.

9   (5) Recommendations for legislative and admin-
10   istrative actions to address the findings and rec-
11   ommendations of the Secretary and the Chief with
12   respect to the study completed pursuant to sub-
13   section (a)(1).

14   (c) CONSULTATION.—In conducting the study re-
15   quired by subsection (a)(1), the Secretary and the Chief
16   shall consult with the following:

17   (1) The Principal Cyber Advisor of the Depart-
18   ment of Defense.

19   (2) The Secretary of the Air Force.

20   (3) The Commander of the United States Cyber
21   Command.

22   (4) The Air Force Chief of Staff.

23   (5) The Secretary of the Army.

24   (6) The Army Chief of Staff.

25   (7) The Commandant of the Marine Corps.

WASHSTATEC012533

1433

1    (8) The Under Secretary of Defense for Per-
2    sonnel and Readiness.

3    (9) The Chief Information Officer of the De-
4    partment of Defense.

5    **SEC. 1654. ACCREDITATION STANDARDS AND PROCESSES**
6    **FOR CYBERSECURITY AND INFORMATION**
7    **TECHNOLOGY PRODUCTS AND SERVICES.**

8    (a) ASSESSMENT.—Consistent with the responsibil-
9    ities and duties outlined in section 142 of title 10, United
10   States Code, the Chief Information Officer of the Depart-
11   ment of Defense shall conduct an enterprise assessment
12   of accreditation standards and processes for cybersecurity
13   and information technology products and services.

14   (b) REPORT.—

15   (1) IN GENERAL.—Not later than April 1,
16   2020, the Chief Information Officer shall submit to
17   the congressional defense committees a report on the
18   assessment conducted under subsection (a).

19   (2) CONTENTS.—The report submitted under
20   paragraph (1) shall include the following:

21   (A) The findings of the Chief Information
22   Officer with respect to the assessment con-
23   ducted under subsection (a).

24   (B) A description of the modifications pro-
25   posed or implemented to accreditation stand-

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012534

1434

1      ards and processes arising out of the assess-

2      ment.

3          (C) A description of how the Department

4      will increasingly automate accreditation proc-

5      esses, pursue agile development, incorporate

6      machine learning, and foster reciprocity across

7      authorizing officials.

8 **SEC. 1655. STUDY ON FUTURE CYBER WARFIGHTING CAPA-**

9                **BILITIES OF DEPARTMENT OF DEFENSE.**

10     (a) STUDY REQUIRED.—Not later than 30 days after

11 the date of the enactment of this Act, the Secretary of

12 Defense shall direct the Defense Science Board to carry

13 out a study on the future cyber warfighting capabilities

14 of the Department of Defense.

15     (b) PARTICIPATION.—Participants in the study shall

16 include the following:

17          (1) Such members of the Board, including

18      members of the Task Force on Cyber Deterrence of

19      the Board, as the Chairman of the Board considers

20      appropriate for the study.

21          (2) Such additional temporary members or con-

22      tracted support as the Secretary—

23             (A) selects from those recommended by the

24         Chairman for purposes of the study; and

WASHSTATEC012535

1435

1                (B) considers to have significant technical,

2                policy, or military expertise.

3     (c) ELEMENTS.—The study conducted pursuant to

4 subsection (a) shall include the following:

5         (1) A technical evaluation of the Joint Cyber

6         Warfighting Architecture of the Department, espe-

7         cially the Unified Platform, Joint Cyber Command

8         and Control, and Persistent Cyber Training Envi-

9         ronment, including with respect to the following:

10                (A) The suitability of the requirements

11                and, as relevant, the delivered capability of such

12                architecture to modern cyber warfighting.

13                (B) Such requirements or capabilities as

14                may be absent or underemphasized in such ar-

15                chitecture.

16                (C) The speed of development and acquisi-

17                tion as compared to mission need.

18                (D) Identification of potential duplication

19                of efforts among the programs and concepts

20                evaluated.

21                (E) The coherence of such architecture

22                with the National Mission Teams and Combat

23                Mission Teams of the Cyber Mission Force, as

24                constituted and organized on the day before the

25                date of the enactment of this Act.

WASHSTATEC012536

1436

1     (F) The coherence of such architecture
2 with the Cyber Protection Teams of the Cyber
3 Mission Force and the cybersecurity service
4 providers of the Department, as constituted and
5 organized on the day before the date of the en-
6 actment of this Act.

7     (G) The coherence of such architecture
8 with the concepts of persistent engagement and
9 defending forward as incorporated in the 2018
10 Department of Defense Cyber Strategy, includ-
11 ing with respect to operational concepts such as
12 consistent spy-on-spy engagement, securing ad-
13 versary operating pictures, and preemptively
14 feeding indicators and warning to defensive op-
15 erators.

16     (2) A technical evaluation of the tool develop-
17 ment and acquisition programs of the Department,
18 including with respect to the following:

19     (A) The suitability of planned tool suite
20 and cyber armory constructs of the United
21 States Cyber Command to modern cyber
22 warfighting.

23     (B) The speed of development and acquisi-
24 tion as compared to mission need.

WASHSTATEC012537

1437

1       (C) The resourcing and effectiveness of the

2 internal tool development of the United States

3 Cyber Command as compared to the tool devel-

4 opment of the National Security Agency.

5       (D) The resourcing and effectiveness of the

6 internal tool development of the United States

7 Cyber Command as compared to its acquisition.

8       (E) The coherence of such programs with

9 the concepts of persistent engagement and de-

10 fending forward as incorporated in the 2018

11 Department of Defense Cyber Strategy, includ-

12 ing with respect to operational concepts such as

13 consistent spy-on-spy engagement, securing ad-

14 versary operating pictures, and preemptively

15 feeding indicators and warning to defensive op-

16 erators.

17     (3) An evaluation of the operational planning

18 and targeting of the United States Cyber Command,

19 including support for regional combatant commands,

20 and suitability for modern cyber warfighting.

21     (4) Development of such recommendations as

22 the Board may have for legislative or administrative

23 action relating to the future cyber warfighting capa-

24 bilities of the Department.

WASHSTATEC012538

1438

1   (d) ACCESS TO INFORMATION.—The Secretary shall

2   provide the Board with timely access to appropriate infor-

3   mation, data, resources, and analysis so that the Board

4   may conduct a thorough and independent analysis as re-

5   quired under this section.

6   (e) REPORT.—

7      (1) TRANSMITTAL TO SECRETARY.—Not later

8      than November 1, 2021, the Board shall transmit to

9      the Secretary a final report on the study conducted

10      pursuant to subsection (a).

11      (2) TRANSMITTAL TO CONGRESS.—Not later

12      than 30 days after the date on which the Secretary

13      receives the final report under paragraph (1), the

14      Secretary shall submit to the congressional defense

15      committees such report and such comments as the

16      Secretary considers appropriate.

17   **SEC. 1656. STUDY TO DETERMINE THE OPTIMAL STRATEGY**

18           **FOR STRUCTURING AND MANNING ELE-**

19           **MENTS OF THE JOINT FORCE HEAD-**

20           **QUARTERS–CYBER ORGANIZATIONS, JOINT**

21           **MISSION OPERATIONS CENTERS, AND CYBER**

22           **OPERATIONS–INTEGRATED PLANNING ELE-**

23           **MENTS.**

24   (a) STUDY.—

WASHSTATEC012539

1439

1     (1) IN GENERAL.—The Principal Cyber Advisor

2     of the Department of Defense shall conduct a study

3     to determine the optimal strategy for structuring

4     and manning elements of the following:

5          (A) Joint Force Headquarters–Cyber orga-

6          nizations.

7          (B) Joint Mission Operations Centers.

8          (C) Cyber Operations–Integrated Planning

9          Elements.

10          (D) Joint Cyber Centers.

11     (2) ELEMENTS.—The study conducted under

12     subsection (a) shall include assessment of the fol-

13     lowing:

14          (A) Operational effects on the military

15          services if the entities listed in subparagraphs

16          (A) through (C) of paragraph (1) are restruc-

17          tured from organizations that are service com-

18          ponent organizations to joint organizations.

19          (B) Organizational effects on the military

20          services if the billets associated with the entities

21          listed in subparagraphs (A) through (C) of

22          paragraph (1) are transferred to United States

23          Cyber Command and designated as joint billets

24          for joint qualification purposes.

WASHSTATEC012540

1440

(C) Operational and organizational effects on the military services, United States Cyber Command, other combatant commands, and the Joint Staff if the entities listed in subparagraphs (A) through (D) of paragraph (1) are realigned, restructured, or consolidated.

(b) REPORT.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Principal Cyber Advisor shall submit to the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives a report on the study conducted under subsection (a).

(2) CONTENTS.—The report submitted under paragraph (1) shall contain the following:

(A) The findings of the Principal Cyber Advisor with respect to the study conducted under subsection (a).

(B) Details of the operational and organizational effects assessed under subsection (a)(2).

(C) A plan to carry out the transfer described in subsection (a)(2)(B) and the associated costs, as appropriate.

WASHSTATEC012541

1441

1    (D) A plan to realign, restructure, or con-
2    solidate the entities listed in subparagraphs (A)
3    through (D) of subsection (a)(1).
4    (E) Such other matters as the Principal
5    Cyber Advisor considers appropriate.

6 **SEC. 1657. CYBER GOVERNANCE STRUCTURES AND PRIN-**
7    **CIPAL CYBER ADVISORS ON MILITARY CYBER**
8    **FORCE MATTERS.**

9    (a) DESIGNATION.—

10    (1) IN GENERAL.—Not later than 270 days
11    after the date of the enactment of this Act, each of
12    the secretaries of the military departments, in con-
13    sultation with the service chiefs, shall appoint an
14    independent Principal Cyber Advisor for each service
15    to act as the principal advisor to the relevant sec-
16    retary on all cyber matters affecting that military
17    service.

18    (2) NATURE OF POSITION.—Each Principal
19    Cyber Advisor position under paragraph (1) shall—
20       (A) be a senior civilian leadership position,
21       filled by a senior member of the Senior Execu-
22       tive Service, not lower than the equivalent of a
23       3-star general officer, or by exception a com-
24       parable military officer with extensive cyber ex-
25       perience;

WASHSTATEC012542

1442

1         (B) exclusively occupy the Principal Cyber

2         Advisor position and not assume any other posi-

3         tion or responsibility in the relevant military de-

4         partment;

5         (C) be independent of the relevant service's

6         chief information officer; and

7         (D) report directly to and advise the sec-

8         retary of the relevant military department and

9         advise the relevant service's senior uniformed

10         officer.

11     (3) NOTIFICATION.—Each of the secretaries of

12 the military departments shall notify the Committees

13 on Armed Services of the Senate and House of Rep-

14 resentatives of his or her Principal Cyber Advisor

15 appointment. In the case that the appointee is a

16 military officer, the notification shall include a jus-

17 tification for the selection and an explanation of the

18 appointee's ability to execute the responsibilities of

19 the Principal Cyber Advisor.

20   (b) RESPONSIBILITIES OF PRINCIPAL CYBER ADVI-

21 SORS.—Each Principal Cyber Advisor under subsection

22 (a) shall be responsible for advising both the secretary of

23 the relevant military department and the senior uniformed

24 military officer of the relevant military service and imple-

25 menting the Department of Defense Cyber Strategy within

WASHSTATEC012543

1443

1    the service by coordinating and overseeing the execution

2    of the service's policies and programs relevant to the fol-

3    lowing:

4          (1) The recruitment, resourcing, and training of

5        military cyberspace operations forces, assessment of

6        these forces against standardized readiness metrics,

7        and maintenance of these forces at standardized

8        readiness levels.

9          (2) Acquisition of offensive, defensive, and De-

10       partment of Defense Information Networks cyber ca-

11       pabilities for military cyberspace operations.

12         (3) Cybersecurity management and operations.

13         (4) Acquisition of cybersecurity tools and capa-

14       bilities, including those used by cybersecurity service

15       providers.

16         (5) Evaluating, improving, and enforcing a cul-

17       ture of cybersecurity warfighting and accountability

18       for cybersecurity and cyberspace operations.

19         (6) Cybersecurity and related supply chain risk

20       management of the industrial base.

21         (7) Cybersecurity of Department of Defense in-

22       formation systems, information technology services,

23       and weapon systems, including the incorporation of

24       cybersecurity threat information as part of secure

WASHSTATEC012544

1444

1  development processes, cybersecurity testing, and the

2  mitigation of cybersecurity risks.

3  (c) COORDINATION.—To ensure service compliance

4  with the Department of Defense Cyber Strategy, each

5  Principal Cyber Advisor under subsection (a) shall work

6  in close coordination with the following:

7  (1) Service chief information officers.

8  (2) Service cyber component commanders.

9  (3) Principal Cyber Advisor to the Secretary of

10  Defense.

11  (4) Department of Defense Chief Information

12  Officer.

13  (5) Defense Digital Service.

14  (d) BUDGET CERTIFICATION AUTHORITY.—

15  (1) IN GENERAL.—Each of the secretaries of

16  the military departments shall require service com-

17  ponents with responsibilities associated with cyber-

18  space operations forces, offensive or defensive cyber-

19  space operations and capabilities, and cyberspace

20  issues relevant to the duties specified in subsection

21  (b) to transmit the proposed budget for such respon-

22  sibilities for a fiscal year and for the period covered

23  by the future-years defense program submitted to

24  Congress under section 221 of title 10, United

25  States Code, for that fiscal year to the relevant serv-

WASHSTATEC012545

G:\CMTE\AS\20\C\ASCR20.XML

1445

1 ice's Principal Cyber Advisor for review under sub-
2 paragraph (B) before submitting the proposed budg-
3 et to the department's comptroller.

4      (2) REVIEW.—Each Principal Cyber Advisor
5 under subsection (a)(1) shall review each proposed
6 budget transmitted under paragraph (1) and submit
7 to the secretary of the relevant military department
8 a report containing the comments of the Principal
9 Cyber Advisor with respect to all such proposed
10 budgets, together with the certification of the Prin-
11 cipal Cyber Advisor regarding whether each pro-
12 posed budget is adequate.

13      (3) REPORT.—Not later than March 31 of each
14 year, each of the secretaries of the military depart-
15 ments shall submit to the congressional defense com-
16 mittees a report specifying each proposed budget for
17 the subsequent fiscal year contained in the most-re-
18 cent report submitted under paragraph (2) that the
19 Principal Cyber Advisor did not certify to be ade-
20 quate. The report of the secretary shall include a
21 discussion of the actions that the secretary took or
22 proposes to take, together with any additional com-
23 ments that the Secretary considers appropriate re-
24 garding the adequacy or inadequacy of the proposed
25 budgets.

WASHSTATEC012546

1446

1    (e) PRINCIPAL CYBER ADVISORS' BRIEFING TO CON-

2  GRESS.—Not later than February 1, 2021, and biannually

3  thereafter, each Principal Cyber Advisor under subsection

4  (a) shall brief the Committees on Armed Services of the

5  Senate and House of Representatives on that Advisor's ac-

6  tivities and ability to perform the functions specified in

7  subsection (b).

8    (f) REVIEW OF CURRENT RESPONSIBILITIES.—

9       (1) IN GENERAL.—Not later than January 1,

10      2021, each of the secretaries of the military depart-

11      ments shall review the relevant military depart-

12      ment's current governance model for cybersecurity

13      with respect to current authorities and responsibil-

14      ities.

15      (2) ELEMENTS.—Each review under paragraph

16      (1) shall include the following:

17          (A) An assessment of whether additional

18          changes beyond the appointment of a Principal

19          Cyber Advisor pursuant to subsection (a) are

20          required.

21          (B) Consideration of whether the current

22          governance structure and assignment of au-

23          thorities—

24              (i) enable effective governance;

WASHSTATEC012547

1447

1             (ii) enable effective Chief Information

2          Officer and Chief Information Security Of-

3          ficer action;

4             (iii) are adequately consolidated so

5          that the authority and responsibility for

6          cybersecurity risk management are clear

7          and at an appropriate level of seniority;

8             (iv) provide authority to a single indi-

9          vidual to certify compliance of Department

10         of Defense information systems and infor-

11         mation technology services with all current

12         cybersecurity standards; and

13           (v) support efficient coordination

14         across the military services, the Office of

15         the Secretary of Defense, the Defense In-

16         formation Systems Agency, and United

17         States Cyber Command.

18      (3) BRIEFING.—Not later than October 1,

19   2020, each of the secretaries of the military depart-

20   ments shall brief the Committees on Armed Services

21   of the Senate and House of Representatives on the

22   findings of the Secretary with respect to the review

23   conducted by the Secretary pursuant to paragraph

24   (1).

WASHSTATEC012548

1448

1  **SEC. 1658. DESIGNATION OF TEST NETWORKS FOR TESTING**

2        **AND ACCREDITATION OF CYBERSECURITY**

3        **PRODUCTS AND SERVICES.**

4  (a) DESIGNATION.—Not later than April 1, 2020, the

5  Secretary of Defense shall designate, for use by the De-

6  fense Information Systems Agency and such other compo-

7  nents of the Department of Defense as the Secretary con-

8  siders appropriate, three test networks for the testing and

9  accreditation of cybersecurity products and services.

10  (b) REQUIREMENTS.—The networks designated

11  under subsection (a) shall—

12        (1) be of sufficient scale to realistically test cy-

13        bersecurity products and services;

14        (2) feature substantially different architectures

15        and configurations;

16        (3) be live, operational networks; and

17        (4) feature cybersecurity processes, tools, and

18        technologies that are appropriate for test purposes

19        and representative of the processes, tools, and tech-

20        nologies that are widely used throughout the Depart-

21        ment.

22  (c) ACCESS.—Upon request, information generated in

23  the testing and accreditation of cybersecurity products and

24  services shall be made available to the Office of the Direc-

25  tor, Operational Test and Evaluation.

WASHSTATEC012549

1449

1  **SEC. 1659. CONSORTIA OF UNIVERSITIES TO ADVISE SEC-**
2          **RETARY OF DEFENSE ON CYBERSECURITY**
3          **MATTERS.**

4      (a) ESTABLISHMENT AND FUNCTION.—The Sec-
5  retary of Defense shall establish one or more consortia of
6  universities to assist the Secretary on cybersecurity mat-
7  ters relating to the following:

8          (1) To provide the Secretary a formal mecha-
9      nism to communicate with consortium or consortia
10     members regarding the Department of Defense's cy-
11     bersecurity strategic plans, cybersecurity require-
12     ments, and priorities for basic and applied cyberse-
13     curity research.

14         (2) To advise the Secretary on the needs of aca-
15     demic institutions related to cybersecurity and re-
16     search conducted on behalf of the Department and
17     provide feedback to the Secretary from members of
18     the consortium or consortia.

19         (3) To serve as a focal point or focal points for
20     the Secretary and the Department for the academic
21     community on matters related to cybersecurity, cy-
22     bersecurity research, conceptual and academic devel-
23     opments in cybersecurity, and opportunities for clos-
24     er collaboration between academia and the Depart-
25     ment.

WASHSTATEC012550

1450

1  (4) To provide to the Secretary access to the

2  expertise of the institutions of the consortium or

3  consortia on matters relating to cybersecurity.

4  (5) To align the efforts of such members in

5  support of the Department.

6  (b) MEMBERSHIP.—The consortium or consortia es-

7  tablished under subsection (a) shall be open to all univer-

8  sities that have been designated as centers of academic

9  excellence by the Director of the National Security Agency

10  or the Secretary of Homeland Security.

11  (c) ORGANIZATION.—

12  (1) DESIGNATION OF ADMINISTRATIVE CHAIR

13  AND TERMS.—For each consortium established

14  under subsection (a), the Secretary of Defense,

15  based on recommendations from the members of the

16  consortium, shall designate one member of the con-

17  sortium to function as an administrative chair of the

18  consortium for a term with a specific duration speci-

19  fied by the Secretary.

20  (2) SUBSEQUENT TERMS.—No member of a

21  consortium designated under paragraph (1) may

22  serve as the administrative chair of that consortium

23  for two consecutive terms.

WASHSTATEC012551

1451

1     (3) DUTIES OF ADMINISTRATIVE CHAIR.—Each
2 administrative chair designated under paragraph (1)
3 for a consortium shall—

4     (A) act as the leader of the consortium for
5 the term specified by the Secretary under para-
6 graph (1);

7     (B) be the liaison between the consortium
8 and the Secretary;

9     (C) distribute requests from the Secretary
10 for advice and assistance to appropriate mem-
11 bers of the consortium and coordinate responses
12 back to the Secretary; and

13     (D) act as a clearinghouse for Department
14 of Defense requests relating to assistance on
15 matters relating to cybersecurity and to provide
16 feedback to the Secretary from members of the
17 consortium.

18     (4) EXECUTIVE COMMITTEE.—For each consor-
19 tium, the Secretary, in consultation with the admin-
20 istrative chair, may form an executive committee
21 comprised of university representatives to assist the
22 chair with the management and functions of the
23 consortia. Executive committee institutions may not
24 serve consecutive terms before all other consortium

WASHSTATEC012552

1452

1    institutions have been afforded the opportunity to

2    hold the position.

3    (d) CONSULTATION.—The Secretary, or a senior level

4    designee, shall meet with each consortium not less fre-

5    quently than twice per year, or at a periodicity agreed to

6    between the Department and each such consortium.

7    (e) PROCEDURES.—The Secretary shall establish pro-

8    cedures for organizations within the Department to access

9    the work product produced by and the research, capabili-

10   ties, and expertise of a consortium established under sub-

11   section (a) and the universities that constitute such con-

12   sortium.

13   **SEC. 1660. JOINT ASSESSMENT OF DEPARTMENT OF DE-**

14   **FENSE CYBER RED TEAM CAPABILITIES, CA-**

15   **PACITY, DEMAND, AND REQUIREMENTS.**

16   (a) JOINT ASSESSMENT REQUIRED.—Not later than

17   180 days after the date of the enactment of this Act, the

18   Secretary of Defense shall, in coordination with the Chief

19   Information Officer of the Department of Defense, Prin-

20   cipal Cyber Advisor, and the Director of Operational Test

21   and Evaluation—

22       (1) conduct a joint assessment of Department

23       cyber red team capabilities, capacity, demand, and

24       future requirements that affect the Department's

WASHSTATEC012553

1453

1 ability to develop, test, and maintain secure systems

2 in a cyber environment; and

3 (2) brief the congressional defense committees

4 on the results of the joint assessment.

5 (b) ELEMENTS.—The joint assessment required by

6 subsection (a)(1) shall—

7 (1) specify demand for cyber red team support

8 for acquisition and operations;

9 (2) specify shortfalls in meeting demand and

10 future requirements, disaggregated by the Depart-

11 ment of Defense component or agency and by mili-

12 tary department;

13 (3) examine funding and retention initiatives to

14 increase cyber red team capacity to meet demand

15 and future requirements identified to support the

16 testing, training, and development communities;

17 (4) examine the feasibility and benefit of devel-

18 oping and procuring a common Red Team Inte-

19 grated Capabilities Stack that better utilizes in-

20 creased capacity of cyber ranges and better models

21 the capabilities and tactics, techniques, and proce-

22 dures of adversaries;

23 (5) examine the establishment of oversight and

24 assessment metrics for Department cyber red teams;

WASHSTATEC012554

1454

1  (6) assess the implementation of common devel-

2 opment efforts for tools, techniques, and training;

3  (7) assess potential industry and academic part-

4 nerships and services;

5  (8) assess the mechanisms and procedures in

6 place to deconflict red-team activities and defensive

7 cyber operations on active networks;

8  (9) assess the use of Department cyber per-

9 sonnel in training as red team support;

10  (10) assess the use of industry and academic

11 partners and contractors as red team support and

12 the cost- and resource-effectiveness of such support;

13 and

14  (11) assess the need for permanent, high-end

15 dedicated red-teaming activities to model sophisti-

16 cated adversaries' attacking critical Department sys-

17 tems and infrastructure.

# Subtitle D—Nuclear Forces

19 **SEC. 1661. CONFORMING AMENDMENT TO COUNCIL ON**

20    **OVERSIGHT OF THE NATIONAL LEADERSHIP**

21    **COMMAND, CONTROL, AND COMMUNICA-**

22    **TIONS SYSTEM.**

23 Section 171a of title 10, United States Code, is

24 amended by striking ", Technology, and Logistics" each

25 place it appears and inserting "and Sustainment".

WASHSTATEC012555

1455

1  **SEC. 1662. MODIFICATION OF AUTHORITIES RELATING TO**

2  **NUCLEAR COMMAND, CONTROL, AND COM-**

3  **MUNICATIONS SYSTEM.**

4  (a) DUTIES AND POWERS OF UNDER SECRETARY OF

5  DEFENSE FOR ACQUISITION AND SUSTAINMENT.—Sec-

6  tion 133b(b) of title 10, United States Code, is amended—

7  (1) by redesignating paragraphs (4), (5), (6),

8  and (7) as paragraphs (5), (6), (7), and (8), respec-

9  tively;

10  (2) by inserting after paragraph (3) the fol-

11  lowing new paragraph (4):

12  "(4) establishing policies for, and providing

13  oversight, guidance, and coordination with respect

14  to, the nuclear command, control, and communica-

15  tions system;"; and

16  (3) in paragraph (6), as redesignated by para-

17  graph (1), by inserting after "overseeing the mod-

18  ernization of nuclear forces" the following: ", includ-

19  ing the nuclear command, control, and communica-

20  tions system,".

21  (b) DUTIES AND RESPONSIBILITIES OF CHIEF IN-

22  FORMATION OFFICER.—Section 142(b)(1) of such title is

23  amended—

24  (1) by striking subparagraph (G); and

25  (2) by redesignating subparagraphs (H) and (I)

26  as subparagraphs (G) and (H), respectively.

WASHSTATEC012556

1456

1  **SEC. 1663. BRIEFINGS ON MEETINGS HELD BY NUCLEAR**
2        **WEAPONS COUNCIL.**

3      Section 179 of title 10, United States Code, is
4  amended by adding at the end the following new sub-
5  section:

6      ''(g) SEMIANNUAL BRIEFINGS.—(1) Not later than
7  February 1 and August 1 of each year, the Council shall
8  provide to the congressional defense committees a briefing
9  on, with respect to the six-month period preceding the
10  briefing—

11        ''(A) the dates on which the Council met; and
12        ''(B) except as provided by paragraph (2), a
13      summary of any decisions made by the Council pur-
14      suant to subsection (d) at each such meeting and
15      the rationale for and options that informed such de-
16      cisions.

17      ''(2) The Council shall not be required to include in
18  a briefing under paragraph (1) the matters described in
19  subparagraph (B) of that paragraph with respect to deci-
20  sions of the Council relating to the budget of the President
21  for a fiscal year if the budget for that fiscal year has not
22  been submitted to Congress under section 1105 of title
23  31 as of the date of the briefing.''.

24  **SEC. 1664. CONSIDERATION OF BUDGET MATTERS AT**
25        **MEETINGS OF NUCLEAR WEAPONS COUNCIL.**

26      (a) ATTENDANCE.—

WASHSTATEC012557

1457

1   (1) REQUIREMENT.—Except as provided by
2   subsection (b), each official described in paragraph
3   (2) shall attend the meetings of the Nuclear Weap-
4   ons Council established by section 179 of title 10,
5   United States Code, and the meetings of the Stand-
6   ing and Safety Committee of the Council, or such a
7   successor committee. Each such official shall attend
8   such meetings as advisors on matters within the au-
9   thority and expertise of the official.

10   (2) OFFICIALS DESCRIBED.—The officials de-
11   scribed in this paragraph are each of the following
12   officials (or the designees of the officials):

13       (A) The Director of Cost Assessment and
14       Program Evaluation of the Department of De-
15       fense.

16       (B) The Director of the Office of Manage-
17       ment and Budget of the National Nuclear Secu-
18       rity Administration.

19       (C) The Director for Cost Estimating and
20       Program Evaluation of the National Nuclear
21       Security Administration.

22       (D) The Director of the Office of Manage-
23       ment and Budget.

24   (b) EXCEPTION.—On a case-by-case basis, the Chair-
25   man of the Nuclear Weapons Council, without delegation,

WASHSTATEC012558

1458

1　may exclude the attendance of an official at a meeting pur-

2　suant to subsection (a) because of specific requirements

3　relating to classified information or other exigent cir-

4　cumstances as determined by the Chairman.

5　**SEC. 1665. IMPROVEMENT TO ANNUAL REPORT ON THE**

6　　　　　**MODERNIZATION OF THE NUCLEAR WEAP-**

7　　　　　**ONS ENTERPRISE.**

8　　(a) EXTENSION.—Subsection (a) of section 1043 of

9　the National Defense Authorization Act for Fiscal Year

10　2012 (Public Law 112–81; 125 Stat. 1576), as most re-

11　cently amended by section 1670 of the John S. McCain

12　National Defense Authorization Act for Fiscal Year 2019

13　(Public Law 115–232; 132 Stat. 2157), is further amend-

14　ed in paragraph (1) by striking "2023" and inserting

15　"2024".

16　　(b) ACQUISITION COSTS.—Subsection (b)(1) of such

17　section is amended—

18　　　　(1) in subparagraph (B), by striking "; and"

19　　　and inserting the following: ", including an estimate

20　　　of the acquisition costs during such period for pro-

21　　　grams relating to such life extension, modernization,

22　　　or replacement;";

23　　　　(2) in subparagraph (C), by striking the end

24　　　period and inserting "; and"; and

25　　　　(3) by adding at the end the following:

WASHSTATEC012559

1459

1       ''(D) an estimate of the relative percentage

2   of total acquisition costs of the military depart-

3   ments and of the Department of Defense dur-

4   ing such period represented by the acquisition

5   costs estimated under subparagraph (B).''.

6   (c) TRANSFER OF PROVISION.—

7       (1) CODIFICATION.—Such section 1043, as

8   amended by subsections (a) and (b), is—

9           (A) transferred to chapter 24 of title 10,

10  United States Code;

11          (B) inserted after section 492;

12          (C) redesignated as section 492a; and

13          (D) amended—

14              (i) in the enumerator, by striking

15  ''**SEC.**'' and inserting ''**§**''; and

16              (ii) in the section heading—

17                  (I) by striking the period at the

18  end; and

19                  (II) by conforming the typeface

20  and typestyle, including capitalization,

21  to the typeface and typestyle as used

22  in the section heading of section 491

23  of such title.

24      (2) CLERICAL AMENDMENT.—The table of sec-

25  tions at the beginning of chapter 24 of title 10,

WASHSTATEC012560

1460

1    United States Code, is amended by inserting after

2    the item relating to section 492 the following new

3    item:

"492a. Annual report on the plan for the nuclear weapons stockpile, nuclear
    weapons complex, nuclear weapons delivery systems, and nu-
    clear weapons command and control system.".

4    **SEC. 1666. EXPANSION OF OFFICIALS REQUIRED TO CON-**

5                   **DUCT BIENNIAL ASSESSMENTS OF DELIVERY**

6                   **PLATFORMS FOR NUCLEAR WEAPONS AND**

7                   **NUCLEAR COMMAND AND CONTROL SYSTEM.**

8    Section 492(d) of title 10, United States Code, is

9    amended—

10       (1) in paragraph (2), by striking "; and" and

11   inserting a semicolon;

12       (2) in paragraph (3), by striking the period at

13   the end and inserting "; and"; and

14       (3) by adding at the end the following new

15   paragraph:

16       "(4) the Commander of the United States Air

17   Forces in Europe.".

18   **SEC. 1667. EXTENSION OF ANNUAL BRIEFING ON COSTS OF**

19                   **FORWARD-DEPLOYING NUCLEAR WEAPONS**

20                   **IN EUROPE.**

21   Section 1656(a) of the National Defense Authoriza-

22   tion Act for Fiscal Year 2016 (Public Law 114–92; 129

23   Stat. 1124) is amended by striking "2021" and inserting

24   "2024".

WASHSTATEC012561

1461

**SEC. 1668. ELIMINATION OF CONVENTIONAL REQUIRE-**
**MENT FOR LONG-RANGE STANDOFF WEAPON.**

Subsection (a) of section 217 of the National Defense
Authorization Act for Fiscal Year 2014 (Public Law 113–
66; 127 Stat. 706), as amended by section 1662 of the
John S. McCain National Defense Authorization Act for
Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2152),
is amended to read as follows:

"(a) LONG-RANGE STANDOFF WEAPON.—The Sec-
retary of the Air Force shall develop a follow-on air-
launched cruise missile to the AGM–86 that—

"(1) achieves initial operating capability for nu-
clear missions prior to the retirement of the nuclear-
armed AGM–86; and

"(2) is capable of internal carriage and employ-
ment for nuclear missions on the next-generation
long-range strike bomber.".

**SEC. 1669. BRIEFING ON LONG-RANGE STANDOFF WEAPON**
**AND SEA-LAUNCHED CRUISE MISSILE.**

Not later than 90 days after the date of the enact-
ment of this Act, the Under Secretary of Defense for Ac-
quisition and Sustainment, in consultation with the Ad-
ministrator for Nuclear Security, shall provide to the Com-
mittees on Armed Services of the Senate and the House
of Representatives a briefing on potential opportunities—

WASHSTATEC012562

1462

1   (1) to increase commonality between the long-
2   range standoff weapon and the sea-launched cruise
3   missile; and

4   (2) to leverage, in the development of the sea-
5   launched cruise missile, technologies developed, or
6   under development as of the date of the briefing, as
7   part of the long-range standoff weapon program.

8  **SEC. 1670. EXTENSION OF PROHIBITION ON AVAILABILITY**
9            **OF    FUNDS    FOR    MOBILE    VARIANT    OF**
10           **GROUND-BASED    STRATEGIC    DETERRENT**
11           **MISSILE.**

12   Section 1664 of the National Defense Authorization
13  Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat.
14  2615), as most recently amended by section 1666 of the
15  John S. McCain National Defense Authorization Act for
16  Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2155),
17  is further amended by striking ''for any of fiscal years
18  2017 through 2020'' and inserting ''for any of fiscal years
19  2017 through 2024''.

20  **SEC. 1671. REPORTS ON DEVELOPMENT OF GROUND-BASED**
21           **STRATEGIC DETERRENT WEAPON.**

22   (a) ANNUAL REPORT REQUIRED.—Not later than
23  February 15, 2020, and annually thereafter until the date
24  on which the ground-based strategic deterrent weapon re-
25  ceives Milestone C approval (as defined in section 2366

WASHSTATEC012563

1463

1 of title 10, United States Code), the Secretary of the Air
2 Force, in coordination with the Administrator for Nuclear
3 Security and the Chairman of the Nuclear Weapons Coun-
4 cil established by section 179 of title 10, United States
5 Code, shall submit to the congressional defense commit-
6 tees a report describing the joint development of the
7 ground-based strategic deterrent weapon, including the
8 missile developed by the Air Force and the W87–1 war-
9 head modification program conducted by the National Nu-
10 clear Security Administration.

11 (b) ELEMENTS.—The report required by subsection
12 (a) shall include the following:

13 (1) An estimate of the date on which the
14 ground-based strategic deterrent weapon will reach
15 initial operating capability.

16 (2) A description of any development milestones
17 for the missile developed by the Air Force or the
18 warhead developed by the National Nuclear Security
19 Administration that depend on corresponding
20 progress at the other agency.

21 (3) A description of coordination efforts be-
22 tween the Air Force and the National Nuclear Secu-
23 rity Administration during the year preceding sub-
24 mission of the report.

WASHSTATEC012564

1464

1    (4) A description of any schedule delays pro-

2    jected by the Air Force or the National Nuclear Se-

3    curity Administration, including delays related to in-

4    frastructure capacity and subcomponent production,

5    associated costs, and the anticipated effect such

6    delays would have on the schedule of work of the

7    other agency.

8    (5) Plans to mitigate the effects of any delays

9    described in paragraph (4).

10   (c) ADDITIONAL REPORT.—If the Air Force receives

11   only one bid for the engineering and manufacturing devel-

12   opment phase of the ground-based strategic deterrent pro-

13   gram, the Secretary shall, not later than 60 days after

14   awarding a contract for that phase, submit to the congres-

15   sional defense committees a report assessing the risks and

16   costs resulting from receiving only one bid for that phase

17   and plans to mitigate such risks and costs.

18   (d) FORM.—Each report required by subsection (a)

19   or (c) shall be submitted in unclassified form, but may

20   include a classified annex.

21   **SEC. 1672. PROHIBITION ON REDUCTION OF THE INTER-**

22   **CONTINENTAL BALLISTIC MISSILES OF THE**

23   **UNITED STATES.**

24   (a) PROHIBITION.—Except as provided in subsection

25   (b), none of the funds authorized to be appropriated by

WASHSTATEC012565

1465

1 this Act for fiscal year 2020 for the Department of De-
2 fense may be obligated or expended for the following, and
3 the Department may not otherwise take any action to do
4 the following:

5     (1) Reduce, or prepare to reduce, the respon-
6     siveness or alert level of the intercontinental ballistic
7     missiles of the United States.

8     (2) Reduce, or prepare to reduce, the quantity
9     of deployed intercontinental ballistic missiles of the
10     United States to a number less than 400.

11   (b) EXCEPTION.—The prohibition in subsection (a)
12 shall not apply to any of the following activities:

13     (1) The maintenance or sustainment of inter-
14     continental ballistic missiles.

15     (2) Ensuring the safety, security, or reliability
16     of intercontinental ballistic missiles.

**17 SEC. 1673. INDEPENDENT STUDY ON POLICY OF NO-FIRST-**
**18         USE OF NUCLEAR WEAPONS.**

19   (a) STUDY.—Not later than 30 days after the date
20 of the enactment of this Act, the Secretary of Defense
21 shall seek to enter into a contract with a federally funded
22 research and development center to conduct a study on
23 the United States adopting a policy to not use nuclear
24 weapons first.

WASHSTATEC012566

1466

1   (b) MATTERS INCLUDED.—The study under sub-
2   section (a) shall include the following:

3       (1) An assessment of the benefits and risks of
4   adopting a policy to not use nuclear weapons first to
5   reduce the risk of miscalculation in a crisis.

6       (2) An assessment of the views of the allies of
7   the United States with respect to the United States
8   adopting such a policy, including whether, and if so
9   how, any concerns regarding such a policy could be
10  mitigated, including the value of engaging such allies
11  to offer credible extended deterrence assurances.

12      (3) An assessment of which foreign countries
13  have stated or adopted such a policy, including the
14  credibility of any such policies and how they affect
15  planning and operations.

16      (4) An assessment of how adversaries of the
17  United States might view a declaration of such a
18  policy.

19      (5) An assessment of the benefits and risks of
20  such a policy with respect to nuclear nonprolifera-
21  tion.

22      (6) An assessment of changes in force posture
23  and force requirements, if any, and costs or savings,
24  that such a policy would require or allow.

WASHSTATEC012567

1    (7) Any other matters the Secretary determines

2    appropriate.

3    (c) SUBMISSION TO DOD.—Not later than 240 days

4  after the date of the enactment of this Act, the federally

5  funded research and development center shall submit to

6  the Secretary the study under subsection (a).

7    (d) SUBMISSION TO CONGRESS.—

8    (1) INTERIM BRIEFING.—Not later than 120

9    days after the date of the enactment of this Act, the

10   Secretary shall provide to the appropriate congres-

11   sional committees an interim briefing on the study

12   under subsection (a).

13   (2) STUDY.—Not later than 270 days after the

14   date of the enactment of this Act, the Secretary

15   shall submit to the appropriate congressional com-

16   mittees the study under subsection (a), without

17   change.

18   (e) FORM.—The study under subsection (a) shall be

19  submitted under subsections (c) and (d)(2) in unclassified

20  form, but may include a classified annex.

21   (f) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

22  FINED.—In this section, the term "appropriate congres-

23  sional committees" means—

24   (1) the congressional defense committees; and

WASHSTATEC012568

1468

1   (2) the Committee on Foreign Affairs of the
2   House of Representatives and the Committee on
3   Foreign Relations of the Senate.

**SEC. 1674. INDEPENDENT STUDY ON RISKS OF NUCLEAR**
**TERRORISM AND NUCLEAR WAR.**

6   (a) IN GENERAL.—Not later than 30 days after the
7   date of the enactment of this Act, the Secretary of Defense
8   shall enter into an agreement with the National Academy
9   of Sciences to conduct a study on—

10   (1) whether a risk assessment framework is ap-
11   plicable to determining the potential risks of nuclear
12   terrorism and nuclear war; and

13   (2) the implications for national security of as-
14   sumptions in nuclear policy and doctrine.

15   (b) MATTERS INCLUDED.—The study under sub-
16   section (a) shall—

17   (1) identify risks described in paragraph (1) of
18   that subsection;

19   (2) assess prior literature on such risks;

20   (3) assess the role that quantitative and non-
21   quantitative analytical methods can play in assessing
22   such risks, including the limitations of such analysis;

23   (4) identify and examine the assumptions about
24   nuclear risks that underlie the national security
25   strategy of the United States; and

WASHSTATEC012569

1469

1        (5) describe the consequences of the methods

2        and assumptions that have been, are, or could be

3        used in developing the nuclear security strategy of

4        the United States.

5      (c) RECOMMENDATIONS.—Based on findings under

6 subsection (b), the study may provide recommendations

7 with respect to improving the use of a risk assessment

8 framework described in subsection (a)(1).

9      (d) SUBMISSION.—Not later than one year after the

10 date of the enactment of this Act, the Secretary shall sub-

11 mit to the congressional defense committees the study

12 under subsection (a), without change.

13      (e) FORM.—The study shall be submitted in unclassi-

14 fied form, but may include a classified annex.

**15 SEC. 1675. REPORT ON MILITARY-TO-MILITARY DIALOGUE**

**16             TO REDUCE RISKS OF MISCALCULATION**

**17             LEADING TO NUCLEAR WAR.**

18      Not later than 120 days after the date of the enact-

19 ment of this Act, the Secretary of Defense, in coordination

20 with the Secretary of State, shall submit to the congres-

21 sional defense committees, the Committee on Foreign Af-

22 fairs of the House of Representatives, and the Committee

23 on Foreign Relations of the Senate a report containing

24 the following:

25        (1) A description of—

WASHSTATEC012570

1470

1     (A) current discussions between the United

2     States Armed Forces and military counterparts

3     from governments of foreign countries to reduce

4     the risks of miscalculation, unintended con-

5     sequences, or accidents that could precipitate

6     the use of one or more nuclear weapons; and

7     (B) bilateral and multilateral agreements

8     to which the United States is a party that pro-

9     vide for or facilitate military-to-military dia-

10    logue to address such risks.

11    (2) An assessment of the extent to which, if

12    any, that military-to-military dialogue to reduce such

13    risks is consistent with or supportive of other efforts

14    conducted between the United States Government

15    and foreign governments, or between nongovern-

16    mental organizations and foreign counterparts, to

17    reduce such risks.

18    (3) An assessment conducted jointly by the Sec-

19    retary of Defense and the Chairman of the Joint

20    Chiefs of Staff, and in consultation with the Direc-

21    tor of National Intelligence—

22    (A) on the risks and benefits of estab-

23    lishing, in addition to the discussions described

24    in paragraph (1)(A), military-to-military discus-

25    sions with the Russian Federation, Iran, the

WASHSTATEC012571

1471

1   People's Republic of China, and North Korea to
2   address the risks described in that paragraph,
3   including with respect to policy, cost, and oper-
4   ational matters; and

5   (B) of the willingness of the governments
6   of those countries to engage in such discus-
7   sions.

**SEC. 1676. REPORT ON NUCLEAR FORCES OF THE UNITED**
8
**STATES AND NEAR-PEER COUNTRIES.**
9

10  (a) REPORT.—Not later than February 15, 2020, the
11  Secretary of Defense, in coordination with the Director of
12  National Intelligence, shall submit to the appropriate com-
13  mittees of Congress a report on the nuclear forces of the
14  United States and near-peer countries.

15  (b) ELEMENTS.—The report under subsection (a)
16  shall include the following:

17  (1) An assessment of the current and planned
18  nuclear systems of the United States, including with
19  respect to research and development timelines, de-
20  ployment timelines, and force size.

21  (2) An assessment of the current and planned
22  nuclear systems of the People's Republic of China,
23  including with respect to research and development
24  timelines, deployment timelines, and force size.

WASHSTATEC012572

1472

(3) An assessment of the current and planned nuclear systems of the Russian Federation, including with respect to research and development timelines, deployment timelines, and force size, including—

(A) deployed nuclear weapons not covered by the New START Treaty;

(B) nuclear weapons in development that would not be covered by the New START Treaty; and

(C) strategic nuclear weapons that are not deployed.

(c) FORM.—The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(d) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES OF CONGRESS.—The term "appropriate committees of Congress" means—

(A) the Committee on Armed Services and the Select Committee on Intelligence of the Senate; and

(B) the Committee on Armed Services and the Permanent Select Committee on Intelligence of the House of Representatives.

WASHSTATEC012573

1473

1    (2) NEW START TREATY.—The term "New

2    START Treaty" means the Treaty between the

3    United States of America and the Russian Federa-

4    tion on Measures for the Further Reduction and

5    Limitation of Strategic Offensive Arms, signed at

6    Prague April 8, 2010, and entered into force Feb-

7    ruary 5, 2011.

8    **SEC. 1677. REPORT ON OPERATION OF CONVENTIONAL**

9    **FORCES OF MILITARY DEPARTMENTS UNDER**

10   **EMPLOYMENT OR THREAT OF EMPLOYMENT**

11   **OF NUCLEAR WEAPONS.**

12   (a) IN GENERAL.—Not later than one year after the

13   date of the enactment of this Act, the Secretary of De-

14   fense, in coordination with the Secretary of the Air Force,

15   the Secretary of the Army, and the Secretary of the Navy,

16   shall submit to the congressional defense committees a re-

17   port detailing the views of each such Secretary on the abil-

18   ity of conventional forces under the authority of that Sec-

19   retary to operate effectively under employment or threat

20   of employment of nuclear weapons by the United States,

21   an ally of the United States, or an adversary of the United

22   States, including with respect to—

23       (1) measures taken to maximize the likelihood

24       that such forces could continue to operate;

WASHSTATEC012574

1474

1   (2) risks or gaps in the capabilities of such

2  forces that would result from the employment or

3  threat of employment of nuclear weapons; and

4   (3) how the capabilities and limitations of such

5  forces would impact decisions to continue or termi-

6  nate operations.

7  (b) FORM OF REPORT.—The report required by sub-

8 section (a) shall be submitted in classified form but shall

9 be accompanied by an unclassified summary appropriate

10 for release to the public.

11 **SEC. 1678. REPORT ON OPERATION OF CONVENTIONAL**

12     **FORCES OF CERTAIN COMBATANT COM-**

13     **MANDS UNDER EMPLOYMENT OR THREAT OF**

14     **EMPLOYMENT OF NUCLEAR WEAPONS.**

15  (a) IN GENERAL.—Not later than one year after the

16 date of the enactment of this Act, the Chairman of the

17 Joint Chiefs of Staff, in coordination with the Commander

18 of the United States European Command, the Commander

19 of the United States Indo-Pacific Command, and the Com-

20 mander of the United States Strategic Command, shall

21 submit to the congressional defense committees a report

22 detailing the views of the Chairman and each such Com-

23 mander on the ability of conventional forces under the au-

24 thority of that Commander to execute contingency plans

25 under employment or threat of employment of nuclear

WASHSTATEC012575

1475

1 weapons by the United States, an ally of the United

2 States, or an adversary of the United States, including

3 with respect to—

4     (1) measures taken to maximize the likelihood

5     that such forces could continue to operate;

6     (2) risks or gaps in the capabilities of such

7     forces that would result from the employment or

8     threat of employment of nuclear weapons; and

9     (3) how the capabilities and limitations of such

10     forces would impact decisions to continue or termi-

11     nate operations.

12     (b) FORM OF REPORT.—The report required by sub-

13 section (a) shall be submitted in classified form but shall

14 be accompanied by an unclassified summary appropriate

15 for release to the public.

16 **SEC. 1679. BRIEFINGS ON PLAN FOR FUTURE-SYSTEMS-**

17         **LEVEL ARCHITECTURE OF NUCLEAR COM-**

18         **MAND, CONTROL, AND COMMUNICATIONS**

19         **SYSTEMS.**

20     (a) IN GENERAL.—Not later than February 15,

21 2020, and every 180 days thereafter through fiscal year

22 2025, the Commander of the United States Strategic

23 Command, in coordination with the Under Secretary of

24 Defense for Acquisition and Sustainment, shall provide to

25 the congressional defense committees a briefing on the

WASHSTATEC012576

1476

1  plan of the Department of Defense for the future-systems-
2  level architecture of the nuclear command, control, and
3  communications systems.

4  (b) ELEMENTS.—Each briefing required by sub-
5  section (a) shall address the following:

6  (1) Near- and long-term plans and options con-
7  sidered as of the date of the briefing in determining
8  the future-systems-level architecture of the nuclear
9  command, control, and communications systems, in-
10  cluding options to maximize resilience of such sys-
11  tems.

12  (2) Requirements, including with respect to cy-
13  bersecurity, survivability, and reliability, including
14  levels of redundancy.

15  (3) The risks and benefits of replicating the leg-
16  acy architecture for such systems.

17  (4) The risks and benefits of using different ar-
18  chitectures for such systems, including using hosted
19  payloads in space payloads.

20  (5) Security considerations for such systems,
21  including classification and requirements and plans
22  to ensure supply chain security.

23  (6) Classification options and decisions with re-
24  spect to such architecture and systems to deter at-
25  tacks on such systems.

WASHSTATEC012577

1477

1 (7) Timelines and general cost estimates for
2 long-term investments in such systems, to the extent
3 possible at the time of the briefing.

4 (8) Risks and benefits of pursuing agreements
5 with adversaries of the United States, including po-
6 tential agreements not to target nuclear command,
7 control, and communications systems through ki-
8 netic, nonkinetic, or cyber attacks.

9 (9) Required levels of civilian and military
10 staffing within the United States Strategic Com-
11 mand, the Office of the Secretary of Defense, and
12 any other relevant component of the Department of
13 Defense to evaluate or execute such architecture,
14 and an estimate of when such levels of staffing will
15 be achieved.

16 (10) Any other matters the Secretary considers
17 appropriate.

18 **SEC. 1680. SENSE OF CONGRESS ON NUCLEAR DETER-**
19 **RENCE COMMITMENTS OF THE UNITED**
20 **STATES.**

21 It is the sense of Congress that—

22 (1) credible extended deterrence commitments
23 make key contributions to the security of the United
24 States, international stability, and the nonprolifera-
25 tion objectives of the United States;

WASHSTATEC012578

1478

1   (2) the nuclear forces of the United States, as

2   well as the independent nuclear forces of other mem-

3   bers of the North Atlantic Treaty Organization (in

4   this section referred to as "NATO"), continue to

5   play a critical role in the security of the NATO alli-

6   ance;

7   (3) United States forward-deployed nuclear

8   weapons and dual-capable aircraft in Europe con-

9   tribute to the assurance of allies of the United

10   States of the commitment of the United States to

11   their security and to the deterrence and defense pos-

12   ture of NATO; and

13   (4) nuclear-certified F–35A aircraft will provide

14   the most advanced nuclear fighter capability in the

15   current and future anti-access area denial environ-

16   ments.

# Subtitle E—Missile Defense Programs

19   **SEC. 1681. NATIONAL MISSILE DEFENSE POLICY.**

20   (a) POLICY.—Subsection (a) of section 1681 of the

21   National Defense Authorization Act for Fiscal Year 2017

22   (Public Law 114–328; 10 U.S.C. 2431 note) is amended

23   to read as follows:

24   "(a) POLICY.—It is the policy of the United States

25   to—

footer

WASHSTATEC012579

1479

1 ''(1) maintain and improve, with funding sub-
2 ject to the annual authorization of appropriations
3 and the annual appropriation of funds for National
4 Missile Defense—

5 ''(A) an effective, layered missile defense
6 system capable of defending the territory of the
7 United States against the developing and in-
8 creasingly complex missile threat posed by
9 rogue states; and

10 ''(B) an effective regional missile defense
11 system capable of defending the allies, partners,
12 and deployed forces of the United States
13 against increasingly complex missile threats;
14 and

15 ''(2) rely on nuclear deterrence to address more
16 sophisticated and larger quantity near-peer inter-
17 continental missile threats to the homeland of the
18 United States.''.

19 (b) REDESIGNATION REQUIREMENT.—Not later than
20 the date on which the President submits to Congress the
21 annual budget request of the President for fiscal year
22 2021 pursuant to section 1105 of title 31, United States
23 Code, the Secretary of Defense shall, as the Secretary con-
24 siders appropriate, redesignate all strategies, policies, pro-
25 grams, and systems under the jurisdiction of the Secretary

WASHSTATEC012580

1480

1 to reflect that missile defense programs of the United

2 States defend against ballistic, cruise, and hypersonic mis-

3 siles in all phases of flight.

**SEC. 1682. DEVELOPMENT OF SPACE-BASED BALLISTIC MISSILE INTERCEPT LAYER.**

6    Section 1688 of the National Defense Authorization

7 Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C.

8 2431 note) is amended—

9        (1) by striking subsection (c); and

10        (2) by redesignating subsection (d) as sub-

11    section (c).

**SEC. 1683. DEVELOPMENT OF HYPERSONIC AND BALLISTIC MISSILE TRACKING SPACE SENSOR PAYLOAD.**

14    (a) DEVELOPMENT.—Section 1683 of the National

15 Defense Authorization Act for Fiscal Year 2018 (Public

16 Law 115–91; 10 U.S.C. 2431 note) is amended—

17        (1) by redesignating subsections (d), (e), (f),

18    (g), and (h), as subsections (e), (f), (g), (h), and (j),

19    respectively; and

20        (2) by inserting after subsection (c) the fol-

21    lowing new subsection (d):

22    "(d) HYPERSONIC AND BALLISTIC MISSILE TRACK-

23 ING SPACE SENSOR PAYLOAD.—

24        "(1) DEVELOPMENT.—The Director of the Mis-

25    sile Defense Agency, in coordination with the Direc-

WASHSTATEC012581

1481

1 tor of the Space Development Agency and the Sec-
2 retary of the Air Force, as appropriate, shall—

3     ''(A) develop a hypersonic and ballistic
4 missile tracking space sensor payload; and

5     ''(B) include such payload as a component
6 of the sensor architecture developed under sub-
7 section (a).

8   ''(2) ASSIGNMENT OF PRIMARY RESPONSI-
9 BILITY.—Not later than 30 days after the date of
10 the enactment of the National Defense Authoriza-
11 tion Act for Fiscal Year 2020, the Secretary of De-
12 fense shall—

13     ''(A) assign the Director of the Missile De-
14 fense Agency with the principal responsibility
15 for the development and deployment of a
16 hypersonic and ballistic tracking space sensor
17 payload; and

18     ''(B) submit to the congressional defense
19 committees a certification of such assignment.''.

20   (b) UPDATED PLAN.—Such section is further amend-
21 ed by inserting after subsection (h), as redesignated by
22 subsection (a), the following new subsection:

23   ''(i) UPDATED PLAN.—Not later than 90 days after
24 the date of the enactment of the National Defense Author-
25 ization Act for Fiscal Year 2020, the Secretary of Defense

WASHSTATEC012582

1482

1 shall submit to the appropriate congressional committees

2 an update to the plan under subsection (h), including with

3 respect to the following:

4        ''(1) How the Director of the Missile Defense

5    Agency, the Director of the Defense Advanced Re-

6    search Projects Agency, the Secretary of the Air

7    Force, and the Director of the Space Development

8    Agency, will each participate in the development of

9    the sensor architecture under subsection (a) and the

10   inclusion of the hypersonic and ballistic missile

11   tracking space sensor payload as a component of

12   such architecture pursuant to subsection (d), with

13   respect to both prototype and operational capabili-

14   ties, including how each such official will work to-

15   gether to avoid duplication of efforts.

16       ''(2) How such payload will address the require-

17   ment of the United States Strategic Command for a

18   hypersonic and ballistic missile tracking space sens-

19   ing capability.

20       ''(3) The estimated costs (in accordance with

21   subsection (e)) to develop, acquire, and deploy, and

22   the lifecycle costs to operate and sustain, the pay-

23   load under subsection (d) and include such payload

24   in the sensor architecture developed under sub-

25   section (a).''.

WASHSTATEC012583

1483

1 (c) CONFORMING AMENDMENT.—Subsection (h)(1)

2 of such section, as redesignated by subsection (a), is

3 amended by striking ''with subsection (d)'' and inserting

4 ''with subsection (e)''.

**SEC. 1684. MODIFICATIONS TO REQUIRED TESTING BY MIS-SILE DEFENSE AGENCY OF GROUND-BASED MIDCOURSE DEFENSE ELEMENT OF BAL-LISTIC MISSILE DEFENSE SYSTEM.**

9 Section 1689(b) of the National Defense Authoriza-

10 tion Act for Fiscal Year 2017 (Public Law 114–328; 130

11 Stat. 2631; 10 U.S.C. 2431 note) is amended—

12 (1) in the matter preceding paragraph (1), by

13 striking '', when possible,''; and

14 (2) in paragraph (3), by inserting '', including

15 the use of threat-representative countermeasures''

16 before the period.

**SEC. 1685. IRON DOME SHORT-RANGE ROCKET DEFENSE SYSTEM AND ISRAELI COOPERATIVE MISSILE DEFENSE PROGRAM CO-DEVELOPMENT AND CO-PRODUCTION.**

21 (a) IRON DOME SHORT-RANGE ROCKET DEFENSE

22 SYSTEM.—

23 (1) AVAILABILITY OF FUNDS.—Of the funds

24 authorized to be appropriated by this Act for fiscal

25 year 2020 for procurement, Defense-wide, and avail-

WASHSTATEC012584

1484

1  able for the Missile Defense Agency, not more than
2  $95,000,000 may be provided to the Government of
3  Israel to procure components for the Iron Dome
4  short-range rocket defense system through co-pro-
5  duction of such components in the United States by
6  industry of the United States.

7  (2) CONDITIONS.—

8    (A) AGREEMENT.—Funds described in
9    paragraph (1) for the Iron Dome short-range
10    rocket defense program shall be available sub-
11    ject to the terms and conditions in the Agree-
12    ment Between the Department of Defense of
13    the United States of America and the Ministry
14    of Defense of the State of Israel Concerning
15    Iron Dome Defense System Procurement,
16    signed on March 5, 2014, as amended to in-
17    clude co-production for Tamir interceptors.

18    (B) CERTIFICATION.—Not later than 30
19    days prior to the initial obligation of funds de-
20    scribed in paragraph (1), the Director of the
21    Missile Defense Agency and the Under Sec-
22    retary of Defense for Acquisition and
23    Sustainment shall jointly submit to the appro-
24    priate congressional committees—

WASHSTATEC012585

1485

1        (i) a certification that the amended bi-
2     lateral international agreement specified in
3     subparagraph (A) is being implemented as
4     provided in such agreement; and

5        (ii) an assessment detailing any risks
6     relating to the implementation of such
7     agreement.

8    (b) ISRAELI COOPERATIVE MISSILE DEFENSE PRO-
9  GRAM, DAVID'S SLING WEAPON SYSTEM CO-PRODUC-
10 TION.—

11        (1) IN GENERAL.—Subject to paragraph (3), of
12    the funds authorized to be appropriated for fiscal
13    year 2020 for procurement, Defense-wide, and avail-
14    able for the Missile Defense Agency not more than
15    $50,000,000 may be provided to the Government of
16    Israel to procure the David's Sling Weapon System,
17    including for co-production of parts and components
18    in the United States by United States industry.

19        (2) AGREEMENT.—Provision of funds specified
20    in paragraph (1) shall be subject to the terms and
21    conditions in the bilateral co-production agreement,
22    including—

23        (A) a one-for-one cash match is made by
24    Israel or in another matching amount that oth-

WASHSTATEC012586

1486

1　　erwise meets best efforts (as mutually agreed to

2　　by the United States and Israel); and

3　　　　　(B) co-production of parts, components,

4　　and all-up rounds (if appropriate) in the United

5　　States by United States industry for the Da-

6　　vid's Sling Weapon System is not less than 50

7　　percent.

8　　　(3) CERTIFICATION AND ASSESSMENT.—The

9　　Under Secretary of Defense for Acquisition and

10　Sustainment shall submit to the appropriate con-

11　gressional committees—

12　　　　　(A) a certification that the Government of

13　Israel has demonstrated the successful comple-

14　tion of the knowledge points, technical mile-

15　stones, and production readiness reviews re-

16　quired by the research, development, and tech-

17　nology agreement and the bilateral co-produc-

18　tion agreement for the David's Sling Weapon

19　System; and

20　　　　　(B) an assessment detailing any risks re-

21　lating to the implementation of such agreement.

22　(c) ISRAELI COOPERATIVE MISSILE DEFENSE PRO-

23　GRAM, ARROW 3 UPPER TIER INTERCEPTOR PROGRAM

24　CO-PRODUCTION.—

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012587

1487

1     (1) IN GENERAL.—Subject to paragraph (2), of
2 the funds authorized to be appropriated for fiscal
3 year 2020 for procurement, Defense-wide, and avail-
4 able for the Missile Defense Agency not more than
5 $55,000,000 may be provided to the Government of
6 Israel for the Arrow 3 Upper Tier Interceptor Pro-
7 gram, including for co-production of parts and com-
8 ponents in the United States by United States in-
9 dustry.

10     (2) CERTIFICATION.—The Under Secretary of
11 Defense for Acquisition and Sustainment shall sub-
12 mit to the appropriate congressional committees a
13 certification that—

14     (A) the Government of Israel has dem-
15 onstrated the successful completion of the
16 knowledge points, technical milestones, and pro-
17 duction readiness reviews required by the re-
18 search, development, and technology agreement
19 for the Arrow 3 Upper Tier Interceptor Pro-
20 gram;

21     (B) funds specified in paragraph (1) will
22 be provided on the basis of a one-for-one cash
23 match made by Israel or in another matching
24 amount that otherwise meets best efforts (as

WASHSTATEC012588

1488

1 mutually agreed to by the United States and

2 Israel);

3 (C) the United States has entered into a

4 bilateral international agreement with Israel

5 that establishes, with respect to the use of such

6 funds—

7 (i) in accordance with subparagraph

8 (D), the terms of co-production of parts

9 and components on the basis of the great-

10 est practicable co-production of parts, com-

11 ponents, and all-up rounds (if appropriate)

12 by United States industry and minimizes

13 nonrecurring engineering and facilitization

14 expenses to the costs needed for co-produc-

15 tion;

16 (ii) complete transparency on the re-

17 quirement of Israel for the number of

18 interceptors and batteries that will be pro-

19 cured, including with respect to the pro-

20 curement plans, acquisition strategy, and

21 funding profiles of Israel;

22 (iii) technical milestones for co-pro-

23 duction of parts and components and pro-

24 curement;

WASHSTATEC012589

1489

1     (iv) a joint affordability working

2     group to consider cost reduction initiatives;

3     and

4      (v) joint approval processes for third-

5     party sales; and

6    (D) the level of co-production described in

7    subparagraph (C)(i) for the Arrow 3 Upper

8    Tier Interceptor Program is not less than 50

9    percent.

10   (d) NUMBER.—In carrying out paragraph (2) of sub-

11  section (b) and paragraph (2) of subsection (c), the Under

12  Secretary may submit—

13    (1) one certification covering both the David's

14    Sling Weapon System and the Arrow 3 Upper Tier

15    Interceptor Program; or

16    (2) separate certifications for each respective

17    system.

18   (e) TIMING.—The Under Secretary shall submit to

19  the congressional defense committees the certification and

20  assessment under subsection (b)(3) and the certification

21  under subsection (c)(2) by not later than 30 days before

22  the funds specified in paragraph (1) of subsections (b) and

23  (c) for the respective system covered by the certification

24  are provided to the Government of Israel.

WASHSTATEC012590

1490

1  (f) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

2  FINED.—In this section, the term "appropriate congres-

3  sional committees" means the following:

4      (1) The congressional defense committees.

5      (2) The Committee on Foreign Relations of the

6      Senate and the Committee on Foreign Affairs of the

7      House of Representatives.

8  **SEC. 1686. LIMITATION ON AVAILABILITY OF FUNDS FOR**

9      **LOWER TIER AIR AND MISSILE DEFENSE SEN-**

10      **SOR.**

11  (a) LIMITATION.—Of the funds authorized to be ap-

12  propriated by this Act or otherwise made available for fis-

13  cal year 2020 for the Army for the lower tier air and mis-

14  sile defense sensor, not more than 75 percent may be obli-

15  gated or expended until the Secretary of the Army submits

16  the report under subsection (b).

17  (b) REPORT.—The Secretary of the Army shall sub-

18  mit to the congressional defense committees a report on

19  the test and demonstration of lower tier air and missile

20  defense sensors that occurred during the third quarter of

21  fiscal year 2019. Such report shall include the following:

22      (1) An explanation of how the test and dem-

23      onstration was conducted and what the test and

24      demonstration set out to achieve, including—

WASHSTATEC012591

1491

1     (A) an explanation of the performance
2 specifications used; and

3     (B) a description of the emulated threats
4 used in the test and demonstration and how
5 such threats compare to emerging regional air
6 and missile threats.

7     (2) An explanation of the capability of the sen-
8 sor system that the Secretary determined to be the
9 winner of the test and demonstration, including with
10 respect to—

11     (A) the capability of such sensor system
12 against key threats and requirements, including
13 whether such sensor system will be delivered
14 with full 360-degree coverage and the ability of
15 such sensor system to detect, track, and surveil
16 targets;

17     (B) the estimated procurement and life-
18 cycle costs of operating such sensor system; and

19     (C) the cost, timeline, and approach that
20 will be used to integrate the lower tier air and
21 missile defense sensor with other sensors using
22 the Integrated Air and Missile Defense Battle
23 Command System.

24     (3) An explanation of whether future perform-
25 ance improvements to the lower tier air and missile

WASHSTATEC012592

1492

1  defense sensor are conditional on intellectual prop-

2  erty and how such improvements will be made if the

3  United States does not own such intellectual prop-

4  erty.

**SEC. 1687. PLAN FOR THE REDESIGNED KILL VEHICLE RE-**

**PLACEMENT.**

7  (a) SENSE OF CONGRESS.—It is the sense of Con-

8  gress that—

9      (1) the decision by the Department of Defense

10   to terminate the redesigned kill vehicle contract on

11   August 22, 2019, due to technological problems en-

12   countered during development will result in a delay

13   to the fielding of an additional 20 ground-based

14   interceptors at Fort Greely, Alaska, which had been

15   planned to be emplaced by the end of calendar year

16   2023;

17     (2) to ensure that the future next-generation

18   improved homeland defense interceptor program will

19   deliver the required capability, have rigorous tech-

20   nical and acquisition oversight, and maintain sched-

21   ule milestones, thereby mitigating the risk of similar

22   issues as experienced with the redesigned kill vehicle,

23   the acquisition strategy for such program should be

24   reviewed and jointly approved by both the Under

25   Secretary of Defense for Research and Engineering

WASHSTATEC012593

1493

1 and the Under Secretary of Defense for Acquisition
2 and Sustainment, with input by stakeholders across
3 the Department of Defense prior to proceeding with
4 development efforts and awarding a contract; and

5 (3) the Department, including the Missile De-
6 fense Agency, should uphold "fly before you buy"
7 principles in such new acquisition strategy to ensure
8 the overall system and components have been rigor-
9 ously flight-tested prior to making procurement deci-
10 sions.

11 (b) LIMITATION.—Of the funds authorized to be ap-
12 propriated by this Act or otherwise made available for fis-
13 cal year 2020 for the Missile Defense Agency for the next-
14 generation improved homeland defense interceptor, not
15 more than 50 percent may be obligated or expended until
16 the date on which the Secretary of Defense submits the
17 report under subsection (c).

18 (c) REPORT.—The Secretary of Defense shall submit
19 to the congressional defense committees a report on the
20 next-generation improved homeland defense interceptor
21 program to replace the redesigned kill vehicle. The report
22 shall include the following:

23 (1) Updated threat assessments by the intel-
24 ligence community informing system threshold and
25 objective requirements.

WASHSTATEC012594

1494

1    (2) Updated requirements to address current

2    and emerging threats.

3        (3) Technical, programmatic, and cost analyses

4    conducted on courses of action and alternatives to

5    meet capability requirements, including—

6            (A) an independent cost estimate for each

7        course of action considered; and

8            (B) an evaluation of the technical readi-

9        ness level of the overall system and the compo-

10       nents for each course of action considered.

11       (4) Options considered to address reliability ef-

12   forts of the current fleet, understanding known defi-

13   ciencies, and the impact of not addressing such ef-

14   forts and deficiencies until the delivery of the next-

15   generation improved homeland defense interceptors.

16       (5) An obsolescence, refurbishment, and

17   sustainment plan for all ground-based interceptor

18   silos, including any impacts to the construction, de-

19   livery, and sustainment of missile field 4 located at

20   Fort Greely, Alaska, taking into account the delay to

21   emplacing additional interceptors.

22       (6) Possible opportunities as a result of the im-

23   pacts described in paragraph (4) for improvements

24   to missile fields located at Fort Greely other than

25   missile field 4, including additional infrastructure or

WASHSTATEC012595

1495

1 components required, and estimated schedules and
2 costs for such opportunities.

3 (7) A determination of the appropriate fleet mix
4 of ground-based interceptor kill vehicles and boosters
5 to maximize overall system effectiveness and in-
6 crease capacity and capability, including the costs
7 and benefits of continued inclusion of capability en-
8 hancement II block 1 interceptors after the fielding
9 of the next-generation improved homeland defense
10 interceptor.

**SEC. 1688. ORGANIZATION, AUTHORITIES, AND BILLETS OF THE MISSILE DEFENSE AGENCY.**

13 (a) INDEPENDENT STUDY.—

14 (1) ASSESSMENT.—In accordance with para-
15 graph (2), the Secretary of Defense shall seek to
16 enter into a contract with a federally funded re-
17 search and development center to conduct a study
18 assessing—

19 (A) the organization of the Missile Defense
20 Agency under the Under Secretary of Defense
21 for Research and Engineering pursuant to sec-
22 tion 205(b) of title 10, United States Code;

23 (B) alternative ways to organize the Agen-
24 cy under other officials of the Department of
25 Defense, including the Under Secretary for Ac-

WASHSTATEC012596

1496

1     quisition and Sustainment and any other offi-

2     cial of the Department the federally funded re-

3     search and development center determines ap-

4     propriate; and

5         (C) transitioning the Agency to the stand-

6     ard acquisition process pursuant to Department

7     of Defense Instruction 5000, including both the

8     risks and benefits of making such a transition.

9     (2) SCOPE OF STUDY.—Before entering into the

10 contract with a federally funded research and devel-

11 opment center to conduct the study under paragraph

12 (1), the Secretary shall provide to the congressional

13 defense committees an update on the scope of such

14 study.

15     (3) SUBMISSION TO DOD.—Not later than 180

16 days after the date of the enactment of this Act, the

17 federally funded research and development center

18 shall submit to the Secretary the study conducted

19 under paragraph (1).

20     (4) SUBMISSION TO CONGRESS.—Not later than

21 30 days after the date on which the federally funded

22 research and development center submits to the Sec-

23 retary the study under paragraph (1), the Secretary

24 shall submit to the congressional defense committees

25 the study, without change.

WASHSTATEC012597

1497

1   (b) NOTIFICATION ON CHANGES TO NON-STANDARD

2   ACQUISITION PROCESSES AND RESPONSIBILITIES.—

3       (1) REQUIREMENTS.—The Secretary may not

4   make any changes to the missile defense non-stand-

5   ard acquisition processes and responsibilities de-

6   scribed in paragraph (2) until the Secretary, without

7   delegation—

8           (A) has consulted with the Under Sec-

9       retary of Defense for Research and Engineer-

10      ing, the Under Secretary of Defense for Acqui-

11      sition and Sustainment, the Under Secretary of

12      Defense for Policy, the secretaries of the mili-

13      tary departments, the Chairman of the Joint

14      Chiefs of Staff, the Commander of United

15      States Strategic Command, the Commander of

16      United States Northern Command, and the Di-

17      rector of the Missile Defense Agency;

18          (B) certifies to the congressional defense

19      committees that the Secretary has coordinated

20      the changes with and received the views of the

21      individuals referred to in subparagraph (A);

22          (C) submits to the congressional defense

23      committees a report describing the changes, the

24      rationale for the changes, and the views of the

WASHSTATEC012598

1498

1 individuals referred to in subparagraph (A)
2 with respect to such changes; and

3 (D) a period of 120 days has elapsed fol-
4 lowing the date on which the Secretary submits
5 such report.

6 (2) NON-STANDARD ACQUISITION PROCESSES
7 AND RESPONSIBILITIES DESCRIBED.—The non-
8 standard acquisition processes and responsibilities
9 described in this paragraph are such processes and
10 responsibilities described in—

11 (A) the memorandum of the Secretary of
12 Defense titled "Missile Defense Program Direc-
13 tion" signed on January 2, 2002;

14 (B) Department of Defense Directive
15 5134.09, as in effect on the date of the enact-
16 ment of this Act; and

17 (C) United States Strategic Command In-
18 struction 583–3.

19 (c) LIMITATION ON CERTAIN TRANSFERS OF BIL-
20 LETS.—During fiscal year 2020, the Secretary of Defense
21 may not transfer civilian or military billets from the Mis-
22 sile Defense Agency to any element of the Department
23 under the Under Secretary of Defense for Research and
24 Engineering until, for each such transfer—

WASHSTATEC012599

1499

1     (1) the Secretary notifies the congressional de-
2     fense committees of such proposed transfer; and

3     (2) a period of 90 days has elapsed following
4     the date of such notification.

**SEC. 1689. ANNUAL ASSESSMENT OF BALLISTIC MISSILE**
**DEFENSE SYSTEM.**

7     (a) ANNUAL ASSESSMENT.—As part of the annual
8 report of the Director of Operational Test and Evaluation
9 submitted to Congress under section 139 of title 10,
10 United States Code, the Director shall include an assess-
11 ment of the ballistic missile defense system and all of the
12 elements of the system that have been fielded or are
13 planned, as of the date of the assessment, including—

14     (1) the operational effectiveness, suitability, and
15     survivability of the ballistic missile defense system
16     and the elements of the system that have been field-
17     ed or tested; and

18     (2) the adequacy and sufficiency of the test pro-
19     gram of such system as of the date of the assess-
20     ment, including with respect to the operational real-
21     ism of the tests.

22     (b) FORM.—Each assessment under subsection (a)
23 may be submitted in unclassified form, and may include
24 a classified annex.

WASHSTATEC012600

1500

1 **SEC. 1690. COMMAND AND CONTROL, BATTLE MANAGE-**
2 **MENT, AND COMMUNICATIONS PROGRAM.**

3     (a) LIMITATION ON SALE.—The Director of the Mis-
4 sile Defense Agency may not release the command and
5 control, battle management, and communications program
6 for export until the date on which the Director submits
7 the report under subsection (b).

8     (b) REPORT.—Not later than 90 days after the date
9 of the enactment of this Act, the Director shall submit
10 to the congressional defense committees, the Committee
11 on Foreign Affairs of the House of Representatives, and
12 the Committee on Foreign Relations of the Senate a re-
13 port containing the following:

14         (1) An explanation of the rationale of the Di-
15     rector for considering to export the command and
16     control, battle management, and communications
17     program (or any variants thereof) in light of the
18     critical role of the program in the strategic national
19     defense of the United States and the allies of the
20     United States against ballistic missile attack.

21         (2) The findings of the market research and
22     analysis conducted by the Director regarding export-
23     able command and control solutions for ballistic mis-
24     sile defense, including such solutions that are inter-
25     nationally available.

WASHSTATEC012601

1501

1  **SEC. 1691. MISSILE DEFENSE INTERCEPTOR SITE IN CON-**
2      **TIGUOUS UNITED STATES.**

3      (a) REPORT.—Not later than January 31, 2020, the
4  Secretary of Defense shall submit to the congressional de-
5  fense committees a report on the designation made on
6  June 26, 2019, of a preferred potential future missile field
7  site in the contiguous United States from the sites evalu-
8  ated pursuant to section 227 of the National Defense Au-
9  thorization Act for Fiscal Year 2013 (Public Law 112–
10  239; 126 Stat. 1678). The report shall address the fol-
11  lowing:

12      (1) The environmental impact statement pre-
13      pared pursuant to such section 227.

14      (2) The strategic and operational effectiveness
15      of the site, including with respect to the location
16      that is the most advantageous site in providing cov-
17      erage to the entire contiguous United States, includ-
18      ing having the capability to provide shoot-assess-
19      shoot coverage to the entire contiguous United
20      States.

21      (3) Construction remediation efforts and im-
22      pacts to the existing environment at the site.

23      (4) The existing infrastructure at the site.

24      (5) The costs to construct, equip, and operate
25      the site.

WASHSTATEC012602

1502

1    (b) FORM.—The report under subsection (a) shall be
2  submitted in unclassified form, but may include a classi-
3  fied annex.

4    (c) RULE OF CONSTRUCTION.—Nothing in this sec-
5  tion may be construed—

6        (1) as requiring the Secretary of Defense to
7      begin a military construction project relating to the
8      missile defense site in the contiguous United States;
9      or

10       (2) as a statement that there is any current
11     military requirement for such a site.

12    (d) CONFORMING REPEAL.—Section 1681 of the Na-
13  tional Defense Authorization Act for Fiscal Year 2018
14  (Public Law 115–91; 131 Stat. 1776) is repealed.

15  **SEC. 1692. INDEPENDENT STUDY ON IMPACTS OF MISSILE**
16  **DEFENSE DEVELOPMENT AND DEPLOYMENT.**

17    (a) STUDY.—Not later than 30 days after the date
18  of the enactment of this Act, the Secretary of Defense
19  shall seek to enter into an agreement with a federally
20  funded research and development center to conduct a
21  study on the impacts of the development and deployment
22  of homeland missile defenses of the United States on the
23  security of the United States as a whole.

24    (b) MATTERS INCLUDED.—The study under sub-
25  section (a) shall—

WASHSTATEC012603

1503

1      (1) consider whether security benefits obtained

2     by the deployment of homeland missile defenses of

3     the United States are undermined or counterbal-

4     anced by adverse reactions of potential adversaries,

5     including both rogue states and near-peer adver-

6     saries; and

7      (2) consider the effectiveness of the homeland

8     missile defense efforts of the United States to deter

9     the development of ballistic missiles, in particular by

10     both rogue states and near-peer adversaries.

11     (c) SUBMISSION.—Not later than one year after the

12 date of the enactment of this Act, the Secretary shall sub-

13 mit to the congressional defense committees the study

14 under subsection (a), without change.

15     (d) FORM.—The study shall be submitted under sub-

16 section (c) in unclassified form, but may include a classi-

17 fied annex.

18 **SEC. 1693. REPORT AND BRIEFING ON MULTI-VOLUME KILL**

19         **CAPABILITY.**

20     Not later than 120 days after the date of the enact-

21 ment of this Act, the Under Secretary of Defense for Re-

22 search and Engineering, in coordination with the Director

23 of the Missile Defense Agency, the Under Secretary of De-

24 fense for Acquisition and Sustainment, and the Director

25 of Cost Assessment and Program Evaluation, shall submit

WASHSTATEC012604

1 to the congressional defense committees a report, and
2 shall provide to such committees a briefing, on an assess-
3 ment of potential roles for a multi-volume kill capability
4 in a future architecture of the ballistic missile defense sys-
5 tem. Such report and briefing shall include the following:

6  (1) An assessment of the current technology
7 readiness level of necessary components and the
8 technology readiness levels needed for an operational
9 system.

10  (2) An assessment of the costs and a com-
11 prehensive development and testing schedule to de-
12 ploy a multi-volume kill capability.

13  (3) A concept of operations with respect to how
14 a multi-volume kill capability could be employed and
15 how such a capability compares to single-kill ground-
16 based midcourse defense system interceptors.

## Subtitle F—Other Matters

17 **SEC. 1694. EXTENSION OF AUTHORIZATION FOR PROTEC-**
18 **TION OF CERTAIN FACILITIES AND ASSETS**
19 **FROM UNMANNED AIRCRAFT.**

21 (a) In General.—Subsection (i) of section 130i of
22 title 10, United States Code, is amended by striking
23 "2020" both places it appears and inserting "2023".

24 (b) Technical Corrections.—Such section is
25 amended—

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012605

1505

1 (1) in subsection (i)(1), as amended by sub-

2 section (a), by striking "of subsection (j)(3)" and in-

3 serting "of subsection (j)(3)(C)"; and

4 (2) in subsection (j)(6), by striking "in" and all

5 that follows through the period at the end and in-

6 serting "in section 44801 of title 49".

7 **SEC. 1695. REPEAL OF REQUIREMENT FOR COMMISSION ON**

8  **ELECTROMAGNETIC PULSE ATTACKS AND**

9  **SIMILAR EVENTS.**

10 Section 1691 of the National Defense Authorization

11 Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat.

12 1786) is repealed.

13 **SEC. 1696. REPEAL OF REVIEW REQUIREMENT FOR AMMO-**

14  **NIUM PERCHLORATE REPORT.**

15 Section 1694 of the National Defense Authorization

16 Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat.

17 1792) is amended by striking subsection (d).

18 **SEC. 1697. TRANSFERABILITY OF CONVENTIONAL PROMPT**

19  **GLOBAL STRIKE WEAPON SYSTEM TECH-**

20  **NOLOGIES TO SURFACE-LAUNCHED PLAT-**

21  **FORMS.**

22 (a) SURFACE-LAUNCHED TECHNOLOGIES.—The Sec-

23 retary of the Navy shall ensure that the technologies devel-

24 oped for the conventional prompt global strike weapon sys-

25 tem are transferrable to a surface-launched platform.

WASHSTATEC012606

1506

1    (b) REPORT.—Not later than 120 days after the date

2    of the enactment of this Act, the Secretary of the Navy

3    shall submit to the congressional defense committees a re-

4    port on the programmatic changes required to integrate

5    the conventional prompt global strike weapon system into

6    current or future surface combatant ships.

7    **SEC. 1698. PROHIBITION ON AVAILABILITY OF FUNDS FOR**

8    **CERTAIN OFFENSIVE GROUND-LAUNCHED**

9    **BALLISTIC OR CRUISE MISSILE SYSTEMS.**

10    (a) PROHIBITION.—None of the funds authorized to

11    be appropriated by this Act or otherwise made available

12    for fiscal year 2020 for the Department of Defense may

13    be obligated or expended for the procurement or deploy-

14    ment of an offensive ground-launched ballistic or cruise

15    missile system with a range between 500 and 5,500 kilo-

16    meters.

17    (b) REPORT.—Not later than January 31, 2020, the

18    Secretary of Defense shall submit to the congressional de-

19    fense committees a report, and provide a briefing, that in-

20    cludes the following:

21        (1) An evaluation of the capabilities required to

22        execute contingency plans in the areas of responsi-

23        bility of the United States European Command and

24        the United States Indo-Pacific Command using of-

WASHSTATEC012607

1507

1   fensive ground-launched missile systems of ranges in

2   excess of 500 kilometers.

3   (2) An evaluation of what types of systems (in-

4   cluding the range and flight profile of such systems),

5   if any, could be used to meet the required capabili-

6   ties identified under paragraph (1).

7   (3) The results of an analysis of alternatives

8   conducted by the Chairman of the Joint Chiefs of

9   Staff and the Director of Cost Assessment and Pro-

10   gram Evaluation that considers—

11   (A) conventional missile systems, including

12   ground-, sea-, and air-launched missiles, that

13   could be deployed to meet the required capabili-

14   ties identified under paragraph (1);

15   (B) the cost, schedule, and feasibility of

16   tailored acquisition strategies for each such sys-

17   tem considered;

18   (C) simulations and games that were per-

19   formed to inform the analysis of alternatives;

20   (D) benefits and risks of such different

21   types of systems, including operational consid-

22   erations in contested environments; and

23   (E) any other operational or programmatic

24   considerations determined relevant by the

25   Chairman or the Director.

WASHSTATEC012608

1508

1  (4) Options for basing any such missile system

2  in, or deploying any such missile system to, Europe

3  or the Indo-Pacific region, including any agreements

4  required for such options and potential timelines to

5  implement such options.

6  (5) A list of any governments of a foreign coun-

7  try consulted about such possible deployments, and

8  a summary of the reaction of each such government.

9  (6) A discussion of whether deploying such mis-

10  sile systems on the territory of a NATO ally would

11  require a consensus decision by NATO.

12  (c) FORM.—The report under subsection (b) shall be

13  submitted in unclassified form, but may contain a classi-

14  fied annex.

15  **SEC. 1699. HARD AND DEEPLY BURIED TARGETS.**

16  (a) BRIEFING REQUIRED.—

17  (1) IN GENERAL.—Not later than December 1,

18  2019, the Chairman of the Joint Chiefs of Staff

19  shall, in consultation with the Commander of the

20  United States Strategic Command, provide to the

21  congressional defense committees a classified brief-

22  ing on hard and deeply buried targets.

23  (2) ELEMENTS.—The briefing required by

24  paragraph (1) shall include the following:

WASHSTATEC012609

1509

1          (A) An estimate of the total number of
2     high-value hard and deeply buried targets asso-
3     ciated with United States military operations
4     plans.

5          (B) A description of the contents, func-
6     tions, and hardening characteristics of the tar-
7     gets described in subparagraph (A), as well as
8     their level of protection by anti-access and area
9     denial capabilities.

10         (C) An assessment of the current ability
11     of, and requirement, cost, and implications for
12     deterrence and strategic stability for, the
13     United States to hold such targets at risk using
14     existing conventional and nuclear capabilities.

15         (D) An assessment of the potential ability
16     of, and requirement, cost, and implications for
17     deterrence and strategic stability for, the
18     United States to hold such targets at risk using
19     projected conventional and nuclear capabilities
20     as of 2030.

21     (b) PLAN REQUIRED.—Not later than February 15,
22 2020, the Secretary of Defense shall develop a plan detail-
23 ing the requirement, cost, and implications for deterrence
24 and strategic stability for the United States to possess by

WASHSTATEC012610

1510

1 2025 the capabilities to pose a credible threat against tar-

2 gets described in the briefing required by subsection (a).

# 3 TITLE XVII—REPORTS AND
# 4 OTHER MATTERS

Subtitle A—Studies and Reports

Sec. 1701. Modification of annual reporting requirements on defense man-
power.
Sec. 1702. Termination of requirement for submittal to Congress of certain re-
curring reports.
Sec. 1703. Modification of annual report on civilian casualties in connection
with United States military operations.
Sec. 1704. Extension of requirement for briefings on the national biodefense
strategy.
Sec. 1705. Authorization of appropriations for title III of the Defense Produc-
tion Act of 1950.
Sec. 1706. Report on the Department of Defense plan for mass-casualty dis-
aster response operations in the Arctic.
Sec. 1707. Transmittal to Congress of requests for assistance from other de-
partments of the Federal Government that are approved by the
Department of Defense.
Sec. 1708. Report and briefing on implementation of national defense strategy.
Sec. 1709. Actions to increase analytic support.
Sec. 1710. Inclusion of certain individuals investigated by Inspectors General in
the semiannual report.
Sec. 1711. Annual report on Joint Military Information Support Operations
Web Operations Center.
Sec. 1712. Mobility capability requirements study.
Sec. 1713. Assessment of special operations force structure.
Sec. 1714. Army aviation strategic plan and modernization roadmap.
Sec. 1715. Report on ground-based long-range artillery to counter land and
maritime threats.
Sec. 1716. Independent review of transportation working-capital fund.
Sec. 1717. Geographic command risk assessment of proposed use of certain air-
craft capabilities.
Sec. 1718. Report on backlog of personnel security clearance adjudications.
Sec. 1719. Report regarding outstanding Government Accountability Office rec-
ommendations.
Sec. 1720. Report on National Guard and United States Northern Command
capacity to meet homeland defense and security incidents.
Sec. 1721. Assessment of standards, processes, procedures, and policy relating
to civilian casualties.
Sec. 1722. Report on transfers of equipment to prohibited entities.
Sec. 1723. Annual report on strikes undertaken by the United States against
terrorist targets outside areas of active hostilities.
Sec. 1724. Review and assessment of mitigation of military helicopter noise.

Subtitle B—Other Matters

Sec. 1731. Technical, conforming, and clerical amendments.

WASHSTATEC012611

Sec. 1732. Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification.
Sec. 1733. Clarification of authority of Inspectors General for overseas contingency operations.
Sec. 1734. Employment status of annuitants for Inspectors General for overseas contingency operations.
Sec. 1735. Extension of National Security Commission on Artificial Intelligence.
Sec. 1736. Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense.
Sec. 1737. Extension of postage stamp for breast cancer research.
Sec. 1738. National Commission on Military Aviation Safety.
Sec. 1739. Guarantee of residency for spouses of members of the uniformed services.
Sec. 1740. Electromagnetic pulses and geomagnetic disturbances.
Sec. 1741. Improvements to Manufacturing USA Program.
Sec. 1742. Regional innovation program.
Sec. 1743. Aviation workforce development.
Sec. 1744. Oversight of Department of Defense execute orders.
Sec. 1745. Processes and procedures for notifications regarding special operations forces.
Sec. 1746. Securing American science and technology.
Sec. 1747. Standardized policy guidance for calculating aircraft operation and sustainment costs.
Sec. 1748. Special Federal Aviation Regulation Working Group.
Sec. 1749. Prohibition on names related to the Confederacy.
Sec. 1750. Support for National Maritime Heritage Grants program.
Sec. 1751. Support for world language advancement and readiness.
Sec. 1752. Designation of Department of Defense strategic Arctic ports.
Sec. 1753. Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure .
Sec. 1754. Comprehensive Department of Defense policy on collective self-defense.
Sec. 1755. Policy regarding the transition of data and applications to the cloud.
Sec. 1756. Integrated public alert and warning system.
Sec. 1757. Improving quality of information in background investigation request packages.
Sec. 1758. Parole in place for members of the Armed Forces and certain military dependents.
Sec. 1759. Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense.
Sec. 1760. Military type certification for light attack experimentation aircraft.

WASHSTATEC012612

1512

# Subtitle A—Studies and Reports

**SEC. 1701. MODIFICATION OF ANNUAL REPORTING RE-
QUIREMENTS ON DEFENSE MANPOWER.**

(a) CONVERSION OF ANNUAL REQUIREMENTS RE-
PORT INTO ANNUAL PROFILE REPORT.—Section 115a of
title 10, United States Code, is amended—

    (1) in subsection (a)—

        (A) in the matter preceding paragraph (1),
by striking the first two sentences and inserting
the following new sentence: "Not later than
April 1 each year, the Secretary of Defense
shall submit to Congress a defense manpower
profile report.";

        (B) in paragraph (1), by adding "and" at
the end;

        (C) in paragraph (2), by striking "; and"
and inserting a period; and

        (D) by striking paragraph (3);

    (2) in subsection (b)—

        (A) by striking "(1)"; and

        (B) by striking paragraphs (2) and (3);
and

    (3) in subsection (c), by striking "the fol-
lowing:" and all that follows and inserting "the
manpower required for support and overhead func-

WASHSTATEC012613

1513

1 tions within the armed forces and the Department of

2 Defense.''.

3 (b) CONVERSION OF CERTAIN CURRENT REPORT

4 ELEMENTS INTO SEPARATE, MODIFIED REPORTS.—Such

5 section is further amended—

6     (1) in subsection (d), by striking ''The Sec-

7     retary shall also include in each such report'' and in-

8     serting ''Not later than April 1 each year, the Sec-

9     retary shall submit to Congress a report that sets

10     forth''; and

11     (2) in subsection (e)(1), by striking ''In each

12     such report, the Secretary shall also include'' and in-

13     serting ''Not later than April 1 each year, the Sec-

14     retary shall submit to Congress a report that sets

15     forth'';

16     (3) in subsection (f)—

17         (A) in the matter preceding paragraph (1),

18         by striking ''The Secretary shall also include in

19         each such report'' and inserting ''Not later than

20         June 1 each year, the Secretary shall submit to

21         Congress a report that sets forth''; and

22         (B) in paragraph (1), by striking ''and es-

23         timates of such numbers for the current fiscal

24         year and subsequent fiscal years'';

25     (4) in subsection (g)—

WASHSTATEC012614

1514

1        (A) in the matter preceding paragraph (1),

2        by striking "In each report submitted under

3        subsection (a), the Secretary shall also include

4        a detailed discussion" and inserting "Not later

5        than September 1 each year, the Secretary shall

6        submit to Congress a report that sets forth a

7        detailed discussion, current as of the preceding

8        fiscal year,"; and

9        (B) by striking "the year" each place it

10        appears and inserting "the fiscal year"; and

11        (5) in subsection (h), by striking "In each such

12    report, the Secretary shall include a separate report"

13    and inserting "Not later than April 1 each year, the

14    Secretary shall submit to Congress a report".

15    (c) CONFORMING AND CLERICAL AMENDMENTS.—

16        (1) HEADING AMENDMENT.—The heading of

17    such section is amended to read as follows:

18  **"§ 115a. Annual defense manpower profile report and**

19        **related reports".**

20        (2) CLERICAL AMENDMENT.—The table of sec-

21    tions at the beginning of chapter 3 of such title is

22    amended by striking the item relating to section

23    115a and inserting the following new item:

"115a. Annual defense manpower profile report and related reports.".

WASHSTATEC012615

G:\CMTE\AS\20\C\ASCR20.XML

1515

SEC. 1702. TERMINATION OF REQUIREMENT FOR SUB-
MITTAL TO CONGRESS OF CERTAIN RECUR-
RING REPORTS.

(a) TERMINATION.—Effective on December 30, 2021, each report described in subsection (b) that is still required to be submitted to Congress as of such effective date shall no longer be required to be submitted to Congress.

(b) COVERED REPORTS.—A report described in this subsection is any of the following:

(1) The report required by section 1696(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232).

(2) The report required by section 1071(b)(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91).

(3) The report required by section 1788a(d) of title 10, United States Code, as added by section 555 of such Act.

(4) The report required under section 709(g) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 1071 note).

(5) The report required by section 1292(a)(2) of such Act (22 U.S.C. 2751 note).

WASHSTATEC012616

1516

1     (6) The quarterly report required by section

2 1236(c) of such Act.

3     (7) The annual certification required by section

4 1666 of such Act (10 U.S.C. 2431 note).

5     (8) The updates required under paragraph (3)

6 of subsection (a) of section 1694 of such Act to the

7 report required under paragraph (1) of such sub-

8 section.

9     (9) The notifications required by section 1695

10 of such Act.

11     (10) The report required under section 522(g)

12 of the National Defense Authorization Act for Fiscal

13 Year 2016 (Public Law 114–92).

14 (c) CONFORMING REPEAL.—

15     (1) IN GENERAL.—Section 1788a of title 10,

16 United States Code, is amended by striking sub-

17 section (d).

18     (2) EFFECTIVE DATE.—The amendment made

19 by paragraph (1) shall take effect on December 30,

20 2021.

21 (d) REQUIREMENT FOR PREPARATION OF CERTAIN

22 REPORTS TO CONGRESS BY CIVILIAN EMPLOYEES OF THE

23 FEDERAL GOVERNMENT AND MEMBERS OF THE ARMED

24 FORCES.—

WASHSTATEC012617

1517

1     (1) REQUIREMENT.—Except as expressly other-
2 wise provided in the provision of law requiring such
3 report, any report submitted to Congress pursuant
4 to a provision of a national defense authorization
5 Act that is enacted on or after the date that is three
6 years after the date of the enactment of this Act
7 shall be written by civilian employees of the Federal
8 Government, members of the Armed Forces, or both,
9 and not by contractor employees of the Federal Gov-
10 ernment.

11     (2) BRIEFING.—Not later than one year after
12 the date of the enactment of this Act, the Secretary
13 of Defense shall brief the Committees on Armed
14 Services of the Senate and the House of Representa-
15 tives on the actions to be taken to ensure compliance
16 with the requirement in paragraph (1), including on
17 any impediments to compliance with the require-
18 ment.

19 **SEC. 1703. MODIFICATION OF ANNUAL REPORT ON CIVIL-**
20            **IAN CASUALTIES IN CONNECTION WITH**
21            **UNITED STATES MILITARY OPERATIONS.**

22     (a) IN GENERAL.—Section 1057 of the National De-
23 fense Authorization Act for Fiscal Year 2018 (Public Law
24 115–91), as amended by section 1062 of the John S.

g:\VHLC\120919\120919.161.xml    (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012618

1518

1 McCain National Defense Authorization Act for Fiscal

2 Year 2019 (Public Law 115–232), is amended—

3     (1) in subsection (b)—

4         (A) by redesignating paragraphs (5) and

5 (6) as paragraphs (8) and (9), respectively; and

6         (B) by striking paragraphs (3) and (4) and

7 inserting the following new paragraphs:

8     ''(3) A description of the process by which the

9 Department of Defense investigates allegations of ci-

10 vilian casualties resulting from United States mili-

11 tary operations, including how the Department in-

12 corporates information from interviews with wit-

13 nesses, civilian survivors of United States oper-

14 ations, and public reports or other nongovernmental

15 sources.

16     ''(4) A description of—

17         ''(A) steps taken by the Department to

18 mitigate harm to civilians in conducting such

19 operations; and

20         ''(B) in the case of harm caused by such

21 an operation to a civilian, any ex gratia pay-

22 ment or other assistance provided to the civilian

23 or the family of the civilian.

24     ''(5) A description of any allegations of civilian

25 casualties made by public or non-governmental

WASHSTATEC012619

1519

1    sources formally investigated by the Department of

2    Defense.

3        ''(6) A description of the general reasons for

4    any discrepancies between the assessments of the

5    United States and reporting from nongovernmental

6    organizations regarding non-combatant deaths re-

7    sulting from strikes and operations undertaken by

8    the United States.

9        ''(7) The definitions of 'combatant' and 'non-

10   combatant' used in the preparation of the report,

11   which shall be consistent with the laws of armed

12   conflict.''; and

13       (2) in subsection (e), by striking ''five years''

14   and inserting ''seven years''.

15   (b) CLASSIFICATION.—The Law Revision Counsel is

16   directed to place such section 1057 in a note following sec-

17   tion 113 of title 10, United States Code.

18   **SEC. 1704. EXTENSION OF REQUIREMENT FOR BRIEFINGS**

19   **ON THE NATIONAL BIODEFENSE STRATEGY.**

20   Section 1086(d) of the National Defense Authoriza-

21   tion Act for Fiscal year 2017 (Public Law 114–328; 130

22   Stat. 2423; 6 U.S.C. 104(d)) is amended by striking

23   ''March 1, 2019'' and inserting ''March 1, 2025''.

WASHSTATEC012620

1520

SEC. 1705. AUTHORIZATION OF APPROPRIATIONS FOR TITLE III OF THE DEFENSE PRODUCTION ACT OF 1950.

(a) IN GENERAL.—Section 711 of the Defense Production Act of 1950 (50 U.S.C. 4561) is amended by adding at the end the following: "In addition to the appropriations authorized by the previous sentence, there is authorized to be appropriated $117,000,000 for each of fiscal years 2020 through 2024 to carry out title III.".

(b) ANNUAL BRIEFING REQUIRED.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter for five years, the Secretary of Defense, or the designee of the Secretary, shall brief the Committee on Financial Services of the House of Representatives and the Committee on Banking, Housing, and Urban Affairs of the Senate on activities undertaken in the preceding year with respect to title III of the Defense Production Act of 1950 (50 U.S.C. 4531 et seq.).

SEC. 1706. REPORT ON THE DEPARTMENT OF DEFENSE PLAN FOR MASS-CASUALTY DISASTER RESPONSE OPERATIONS IN THE ARCTIC.

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) the Department of Defense may be called upon to support the Coast Guard and other agencies of the Department of Homeland Security in re-

WASHSTATEC012621

1521

1  sponding to any mass-casualty disaster response op-
2  erations in the Arctic;

3      (2) coordination between the Department of
4  Defense and the Coast Guard might be necessary for
5  responding to a mass-casualty event in the Arctic;
6  and

7      (3) prior planning for Arctic mass-casualty dis-
8  aster response operations will bolster the response of
9  the Federal Government to a mass-casualty disaster
10  in the Arctic environment.

11  (b) REPORT.—Not later than 180 days after the date
12  of the enactment of this Act, the Secretary of Defense
13  shall, in coordination with the Secretary of Homeland Se-
14  curity, submit to the appropriate committees of Congress
15  a report on the plan of the Department of Defense for
16  assisting mass-casualty disaster response operations in the
17  Arctic.

18  (c) ELEMENTS.—The report required by subsection
19  (b) shall include the following:

20      (1) A description of the assets that could be
21  made available to support other agencies and depart-
22  ments of the Federal Government for mass-casualty
23  disaster response operations in the Arctic.

24      (2) A description and assessment of the com-
25  mand, control, and coordination relationships that

WASHSTATEC012622

1522

1 would be useful to integrate rescue forces for such
2 operations from multiple agencies and departments
3 of the Federal Government.

4 (3) A description and assessment of the com-
5 munications assets that could be made available in
6 support of other agencies and departments of the
7 Federal Government for communication and coordi-
8 nation in such operations.

9 (4) A description of any cooperative arrange-
10 ments with Canada and other regional partners in
11 providing rescue assets and infrastructure in connec-
12 tion with such operations.

13 (5) A description of available medical infra-
14 structure and assets that could be made available in
15 support of other agencies and departments of the
16 Federal Government for aeromedical evacuation in
17 connection with such operations.

18 (6) A description of available shelter locations
19 that could be made available in support of other
20 agencies and departments of the Federal Govern-
21 ment for use in connection with such operations, in-
22 cluding the number of people that can be sheltered
23 per location.

24 (7) An assessment of logistical challenges that
25 evacuations from the Arctic in connection with such

WASHSTATEC012623

1523

1  operations entail, including potential rotary and

2  fixed-wing aircraft trans-load locations and onward

3  movement requirements.

4  (d) APPROPRIATE COMMITTEES OF CONGRESS DE-

5  FINED.—In this section, the term "appropriate commit-

6  tees of Congress" means—

7      (1) the Committee on Armed Services, the

8  Committee on Homeland Security and Governmental

9  Affairs, and the Committee on Appropriations of the

10  Senate; and

11      (2) the Committee on Armed Services, the

12  Committee on Homeland Security, and the Com-

13  mittee on Appropriations of the House of Represent-

14  atives.

15  **SEC. 1707. TRANSMITTAL TO CONGRESS OF REQUESTS FOR**

16                   **ASSISTANCE FROM OTHER DEPARTMENTS OF**

17                   **THE FEDERAL GOVERNMENT THAT ARE AP-**

18                   **PROVED BY THE DEPARTMENT OF DEFENSE.**

19  (a) REQUESTS FOLLOWING APPROVAL.—Not later

20  than seven calendar days after the Department of Defense

21  approves a Request for Assistance from the Department

22  of Homeland Security or the Department of Health and

23  Human Services, the Secretary of Defense shall electroni-

24  cally transmit to the Committees on Armed Services of

WASHSTATEC012624

1524

1 the Senate and the House of Representatives a copy of

2 such Request for Assistance.

3     (b) OFFICIAL RESPONSES TO APPROVED RE-

4 QUESTS.—At the same time the Secretary of Defense sub-

5 mits to the Secretary of Homeland Security or the Sec-

6 retary of Health and Human Services an official response

7 of the Department of Defense approving a Request for As-

8 sistance from the Department of Homeland Security or

9 the Department of Health and Human Services, as appli-

10 cable, the Secretary of Defense shall electronically trans-

11 mit to the Committees on Armed Services of the Senate

12 and the House of Representatives a copy of such official

13 response.

**14 SEC. 1708. REPORT AND BRIEFING ON IMPLEMENTATION**

**15          OF NATIONAL DEFENSE STRATEGY.**

16     (a) REPORT AND BRIEFING.—In addition to the as-

17 sessment required under section 113(g)(1)(F) of title 10,

18 United States Code, by not later than April 30, 2020, the

19 Secretary of Defense shall submit to the congressional de-

20 fense committees a report, and provide an accompanying

21 briefing, on the implementation of the national defense

22 strategy required under section 113(g) of title 10, United

23 States Code. Such report and briefing shall include each

24 of the following:

WASHSTATEC012625

1525

1   (1) An explanation of the joint operational con-
2   cepts to deter and, if necessary, to defeat strategic
3   competitors, including—

4        (A) an evaluation of the risks associated
5        with the employment of such joint operational
6        concepts;

7        (B) the ways of adapting innovative joint
8        operational concepts to strategically significant
9        scenarios;

10        (C) the ways that such joint operational
11        concepts address operational challenges to
12        achieve advantages against strategic competi-
13        tors in the nuclear, space, and cyber domains;
14        and

15        (D) the employment of the force in peace-
16        time to dissuade strategic competitors from
17        conducting malign activities below the threshold
18        of open warfare, including an evaluation of the
19        use of Dynamic Force Employment and the
20        Global Operating Model.

21   (2) The force posture changes and the United
22   States defense investments required to implement
23   the national defense strategy.

24   (3) Adjustments to research and development
25   projects and programs of record, including any addi-

WASHSTATEC012626

1526

1 tions, deletions, or modifications intended to align

2 force management, including Joint Force develop-

3 ment and design, required to implement the national

4 defense strategy.

5 (4) An assessment of the personnel and organi-

6 zational changes required to implement the national

7 defense strategy.

8 (5) The resources and defense investments nec-

9 essary to support the operational concepts and their

10 implementation.

11 (b) INDEPENDENT STUDIES.—

12 (1) STUDIES REQUIRED.—

13 (A) IN GENERAL.—The Secretary of De-

14 fense shall provide for the performance of two

15 independent studies on the development of joint

16 operational concepts within the Department of

17 Defense in accordance with this subsection.

18 (B) SUBMITTAL TO CONGRESS.—Not later

19 than October 1, 2020, the Secretary shall sub-

20 mit to the congressional defense committees the

21 results of each study required under subpara-

22 graph (A).

23 (C) FORM.—Each study required under

24 subparagraph (A) shall be submitted in unclas-

25 sified form, but may include a classified annex.

WASHSTATEC012627

1527

1     (2) ENTITIES TO PERFORM STUDIES.—The Sec-
2 retary shall provide for the studies under paragraph
3 (1) to be performed as follows:

4     (A) One study shall be performed by a fed-
5 erally funded research and development center.

6     (B) One study shall be performed by an
7 independent, non-governmental institute, which
8 is described in section 501(c)(3) of the Internal
9 Revenue Code of 1986 and which is exempt
10 from taxation under section 501(a) of such
11 Code, and which has recognized credentials and
12 expertise in national security and military af-
13 fairs.

14     (3) PERFORMANCE OF STUDIES.—

15     (A) INDEPENDENT PERFORMANCE.—The
16 Secretary shall require the studies required
17 under this subsection to be conducted independ-
18 ently of one another.

19     (B) MATTERS TO BE CONSIDERED.—In
20 performing a study under this subsection, the
21 organization performing the study shall con-
22 sider the following matters:

23     (i) An assessment of the Department
24 of Defense Capstone Concept of Joint Op-

WASHSTATEC012628

1528

1    erations process to define, develop, and im-
2    prove joint operational concepts.

3        (ii) An evaluation of how the Depart-
4        ment is validating new joint operational
5        concepts through experimentation and mili-
6        tary exercises.

7        (iii) The effectiveness of joint oper-
8        ational concepts to accomplish the objective
9        of deterring and defeating strategic com-
10       petitors, including an evaluation of the
11       risks associated with each joint operational
12       concept.

13       (iv) The ability of joint operational
14       concepts to promote or to effectuate stra-
15       tegic objectives, defense policies, and budg-
16       etary priorities.

17       (v) Recommendations to alter or im-
18       prove joint operational concepts.

19       (vi) Such other matters as the Sec-
20       retary of Defense determines to be appro-
21       priate.

22   **SEC. 1709. ACTIONS TO INCREASE ANALYTIC SUPPORT.**

23       (a) IN GENERAL.—The Secretary of Defense shall di-
24   rect the Under Secretary of Defense for Policy, the Direc-
25   tor of the Joint Staff, and the Director of Cost Assess-

WASHSTATEC012629

1529

1 ment and Program Evaluation, in consultation with the
2 Secretary of each of the military services, to jointly de-
3 velop and implement a plan to strengthen the analytic ca-
4 pabilities, expertise, and processes necessary to implement
5 the national defense strategy, as required under section
6 113(g) of title 10, United States Code.

7    (b) ELEMENTS.—The plan under subsection (a) shall
8 include—

9        (1) an assessment of the decision support capa-
10       bility of the Department of Defense to support deci-
11       sion-making, specifically the analytic expertise avail-
12       able to inform senior leader decisions that link na-
13       tional defense strategy objectives with approaches to
14       competing effectively across the full spectrum of en-
15       gagement against strategic competitors;

16       (2) an analytic approach to force structure de-
17       velopment, including an assessment of the major ele-
18       ments, products, and milestones of the force plan-
19       ning process of the Department;

20       (3) the conclusions and recommendations of the
21       Defense Planning and Analysis Community initia-
22       tive;

23       (4) the progress of the Department in imple-
24       menting the recommendations of the Comptroller

WASHSTATEC012630

1530

1  General of the United States set forth in Govern-
2  ment Accountability Office Report (GAO-19-40C);

3      (5) the progress of the Under Secretary, the
4  Chairman of the Joint Chiefs of Staff, and the Di-
5  rector of Cost Assessment and Program Evaluation
6  in implementing paragraph (5) of section 134(b) of
7  title 10, United States Code, as added by section
8  902(b) of the John S. McCain National Defense Au-
9  thorization Act for Fiscal Year 2019 (Public Law
10 115-232); and

11     (6) such other matters as the Secretary of De-
12 fense determines to be appropriate.

13 (c) BRIEFING REQUIRED.—Not later than March 1,
14 2020, the Secretary of Defense shall provide to the con-
15 gressional defense committees a briefing on the plan under
16 subsection (a).

17 **SEC. 1710. INCLUSION OF CERTAIN INDIVIDUALS INVES-**
18         **TIGATED BY INSPECTORS GENERAL IN THE**
19         **SEMIANNUAL REPORT.**

20 Section 5(a)(19) of the Inspector General Act of
21 1978 (Public Law 95–452; 5 U.S.C. App.) is amended by
22 inserting "the name of the senior government official (as
23 defined by the department or agency) if already made pub-
24 lic by the Office, and" after "including".

WASHSTATEC012631

1531

**SEC. 1711. ANNUAL REPORT ON JOINT MILITARY INFORMA-**

    **TION SUPPORT OPERATIONS WEB OPER-**

    **ATIONS CENTER.**

  (a) IN GENERAL.—Not later than March 1 of 2020, and each subsequent year until the termination date specified in subsection (c), the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict and the Commander of United States Special Operations Command shall jointly submit to the congressional defense committees a report on the activities of the Joint Military Information Support Operations Web Operations Center (hereinafter referred to as the "JMWC") during the most recently concluded fiscal year.

  (b) ELEMENTS.—The report required by subsection (a) shall include each of the following, for the fiscal year covered by the report:

    (1) Definitions of initial operating capability and full operational capability as such terms relate to the JMWC.

    (2) A detailed description of all activities conducted or planned to be conducted toward achieving initial operating capability and full operational capability of the JMWC.

    (3) A list of all associated funding requested for each program element for achieving initial operating capability and full operational capability.

WASHSTATEC012632

1532

1     (4) A detailed description of validated doctrine,
2 organization, training, materiel, leadership and edu-
3 cation, personnel, facilities, and policy requirements
4 relating to establishment and operation of the
5 JMWC.

6     (5) A description of current JMWC capabilities,
7 including information technology infrastructure and
8 contractual arrangements.

9     (6) A list of all physical locations hosting
10 JMWC capabilities.

11     (7) The number of military, contractor, and ci-
12 vilian personnel associated with the JMWC and any
13 affiliated agency, service, or other Department of
14 Defense entity.

15     (8) A description of the JMWC personnel orga-
16 nizational structure.

17     (9) An identification of inherently governmental
18 functions relating to administration of the JMWC
19 and execution of Military Information Support Oper-
20 ations (hereinafter referred to as ''MISO)'' pro-
21 grams enabled by the JMWC.

22     (10) A detailed description of frameworks,
23 metrics, and capabilities to measure the effectiveness
24 of MISO programs enabled by the JMWC.

WASHSTATEC012633

1533

1    (11) A list of all associated funding requested
2    by program element from each of the geographic
3    combatant commanders for MISO programs enabled
4    by the JMWC and a description of such MISO ac-
5    tivities.

6    (12) An assessment of the effectiveness of
7    MISO programs enabled by the JMWC.

8    (13) A description of efforts and activities con-
9    ducted to share best practices and leverage lessons
10   learned across the Department of Defense relating
11   to MISO programs enabled by the JMWC, as well
12   as a description of such best practices and lessons
13   learned.

14   (14) An identification of liaisons and detailees
15   to the JMWC from agencies and elements of the De-
16   partment of Defense and other elements of the Fed-
17   eral Government.

18   (15) Activities and efforts conducted to syn-
19   chronize and deconflict MISO programs within the
20   Department of Defense and with interagency and
21   international partners related to strategic commu-
22   nications, as appropriate.

23   (16) Such other information as the Assistant
24   Secretary and the Commander determine appro-
25   priate.

WASHSTATEC012634

1534

1     (c) TERMINATION.—The requirement to submit a re-

2 port under this section shall terminate on January 1,

3 2025.

**4 SEC. 1712. MOBILITY CAPABILITY REQUIREMENTS STUDY.**

5     (a) IN GENERAL.—The Commander of the United

6 States Transportation Command, in coordination with the

7 Chairman of the Joint Chiefs of Staff, the Secretaries of

8 the military departments, and the commanders of the com-

9 batant commands, shall conduct a study of the end-to-end,

10 full-spectrum mobility requirements to fulfill the national

11 defense strategy required by section 113(g) of title 10,

12 United States Code, for 2018. Such study shall be com-

13 pleted not later than January 1, 2021.

14     (b) ELEMENTS OF STUDY.—The study required

15 under subsection (a) shall include each of the following:

16         (1) An assessment of the ability of the pro-

17         grammed airlift aircraft, tanker aircraft, sealift

18         ships, and key mobility enablers to meet the inte-

19         grated mobility requirements in expected strategic

20         environments, as defined by the guidance in such

21         national defense strategy.

22         (2) An identification, quantification, and de-

23         scription of the associated risk-to-mission (as de-

24         fined by Chairman of the Joint Chiefs of Staff Man-

WASHSTATEC012635

1535

1 ual 3105.01, Joint Risk Analysis) required to fulfill

2 such strategy, including—

3     (A) as assessment of risk-to-mission associ-

4     ated with achieving strategic and operational

5     objectives using the programmed airlift aircraft,

6     tanker aircraft, sealift ships, and key mobility

7     enablers; and

8     (B) a description of the combinations of

9     airlift aircraft, tanker aircraft, sealift ships, and

10     key mobility enabler requirements and capabili-

11     ties that provide low, moderate, significant, and

12     high levels of risk-to-mission to fulfill such

13     strategy.

14 (3) An identification of any mobility capability

15 gaps, shortfalls, overlaps, or excesses, including—

16     (A) an assessment of associated risks with

17     respect to the ability to conduct operations; and

18     (B) recommended mitigation strategies

19     where possible.

20 (4) The articulation of all key assumptions and

21 decisions made and excursions examined in con-

22 ducting the study with respect to—

23     (A) risk;

24     (B) programmed forces and infrastructure;

WASHSTATEC012636

1536

1    (C) the availability of commercial airlift

2  and commercial United States sealift capabili-

3  ties and resources, when applicable;

4    (D) aircraft usage rates, aircraft mission

5  availability rates, aircraft mission capability

6  rates, aircrew ratios, aircrew production, and

7  aircrew readiness rates;

8    (E) readiness, crewing, and activation

9  rates for sealift ships;

10    (F) prepositioning, forward stationing,

11  seabasing, engineering, and infrastructure;

12    (G) demand signals used to represent mis-

13  sions described in the national defense strategy

14  for 2018, in competition and wartime;

15    (H) concurrency and global integration of

16  demand signals;

17    (I) integrated global presence and basing

18  strategy;

19    (J) host nation or third-country support;

20    (K) adversary actions to degrade and dis-

21  rupt United States mobility operations;

22    (L) adversary actions that threaten free-

23  dom of navigation on international waterways,

24  including attacks on foreign ships and crews;

WASHSTATEC012637

1537

1    (M) aircraft being used for training or un-

2  dergoing depot maintenance or modernization

3  or ships undergoing depot maintenance;

4    (N) mobility enabling forces availability,

5  readiness, and use;

6    (O) logistics concept of operations, includ-

7  ing any support concepts, methods, combat sup-

8  port forces, and combat service support forces,

9  that are required to enable the projection and

10  enduring support to forces both deployed and in

11  combat for each analytic scenario;

12    (P) anticipated attrition rates for the as-

13  sessed force structure; and

14    (Q) such other matters as the Commander

15  determines appropriate.

16  (5) Such other elements as the Commander de-

17 termines appropriate.

18 (c) REPORTS AND BRIEFINGS.—

19  (1) INTERIM REPORT AND BRIEFING.—Not

20 later than June 1, 2020, the Commander of the

21 United States Transportation Command, in coordi-

22 nation with the Chairman of the Joint Chiefs of

23 Staff, the Secretaries of the military departments,

24 and the commanders of the combatant commands,

25 shall—

WASHSTATEC012638

1538

1    (A) submit to the congressional defense

2    committees an interim report on the study; and

3    (B) provide to such committees a briefing

4    on the report.

5    (2) FINAL REPORT AND BRIEFING.—Not later

6    than January 1, 2021, the Commander of the

7    United States Transportation Command, in coordi-

8    nation with the Chairman of the Joint Chiefs of

9    Staff, the Secretaries of the military departments,

10    and the commanders of the combatant commands,

11    shall—

12    (A) submit to the congressional defense

13    committees a final report on the study; and

14    (B) provide to such committees a briefing

15    on the report.

16    (3) FORM OF REPORTS.—The reports required

17    by paragraphs (1) and (2) shall be submitted in un-

18    classified form, but may include a classified annex.

19    (d) DEFINITION OF SEALIFT SHIP.—In this section,

20    the term "sealift ship" includes surge sealift vessels, tank-

21    er vessels, and non-governmental vessels incorporated as

22    part of the maritime logistics enterprise.

WASHSTATEC012639

1539

1  **SEC. 1713. ASSESSMENT OF SPECIAL OPERATIONS FORCE**
2  **STRUCTURE.**

3      (a) ASSESSMENT.—Not later than 30 days after the
4  date of the enactment of this Act, the Secretary of Defense
5  shall seek to enter into an agreement with a federally
6  funded research and development center for the conduct
7  of an independent assessment of the force structure and
8  roles and responsibilities of special operations forces.

9      (b) MATTERS TO BE CONSIDERED.—In performing
10  the assessment under this section, the federally funded re-
11  search and development center shall consider the following
12  matters:

13      (1) The most recent national defense strategy
14  under section 113(g) of title 10, United States Code.

15      (2) Special operations activities, as described in
16  section 167(k) of title 10, United States Code.

17      (3) Potential future national security threats to
18  the United States.

19      (4) Ongoing counterterrorism and contingency
20  operations of the United States.

21      (5) The demand for special operations forces by
22  geographic combatant commanders for security co-
23  operation, exercises, and other missions that could
24  be executed by conventional forces.

25      (6) Other government and non-government
26  analyses that would contribute to the assessment

WASHSTATEC012640

1540

1  through variations in study assumptions or potential

2  scenarios.

3  (7) The role of emerging technology on special

4  operations forces.

5  (8) Opportunities for reduced operation and

6  sustainment costs of special operations.

7  (9) Current and projected capabilities of other

8  United States Armed Forces that could affect force

9  structure capability and capacity requirements of

10  special operations forces.

11  (10) The process by which United States Spe-

12  cial Operations Command determines force size and

13  structure.

14  (11) The size, composition, and organizational

15  structure of United States Special Operations Com-

16  mand headquarters and subordinate headquarters

17  elements.

18  (12) The readiness of special operations forces

19  for assigned missions and future conflicts.

20  (13) The adequacy of special operations force

21  structure for meeting the goals of the National Mili-

22  tary Strategy under section 153(b) of title 10,

23  United States Code.

24  (14) Any other matters deemed relevant.

WASHSTATEC012641

1541

1    (c) ASSESSMENT RESULTS.—The results of the as-
2 sessment under this section shall include each of the fol-
3 lowing:

4       (1) Considerations and recommendations for
5       improving the readiness of special operations forces.

6       (2) Alternative headquarters and force struc-
7       ture options to reduce administrative costs and en-
8       hance operational effectiveness.

9       (3) Legislative recommendations with respect to
10       section 167 of title 10, United States Code, and
11       other relevant provisions of law.

12    (d) SUBMISSION TO CONGRESS.—Not later than July
13 1, 2020, the Secretary shall submit to the congressional
14 defense committees an unaltered copy of the assessment
15 required under subsection (a) together with the views of
16 the Assistant Secretary of Defense for Special Operations
17 and Low-Intensity Conflict and the Commander of United
18 States Special Operations Command on the assessment
19 and the recommendations included in the assessment.

**20 SEC. 1714. ARMY AVIATION STRATEGIC PLAN AND MOD-**
**21          ERNIZATION ROADMAP.**

22    (a) STRATEGIC PLAN AND MODERNIZATION ROAD-
23 MAP.—

WASHSTATEC012642

1542

1  (1) IN GENERAL.—The Secretary of the Army

2  shall develop a comprehensive strategic plan for

3  Army aviation, which shall—

4      (A) ensure the alignment between require-

5      ments, both current and future, and Army

6      budget submissions to meet such requirements;

7      and

8      (B) inform the preparation of future de-

9      fense program and budget requests by the Sec-

10     retary, and the consideration of such requests

11     by Congress.

12  (2) ELEMENTS.—The plan required by para-

13  graph (1) shall include the following:

14     (A) An assessment of all missions for

15     Army aviation, both current missions and those

16     missions necessary to support the national de-

17     fense strategy and the U.S. Army in Multi-Do-

18     main Operations 2028 concept.

19     (B) An analysis of platforms, capabilities,

20     and capacities necessary to fulfill such current

21     and future Army aviation missions.

22     (C) The anticipated life cycle budget asso-

23     ciated with each platform, capability, and ca-

24     pacity requirement for both current and future

25     requirements.

WASHSTATEC012643

1543

1        (D) An analysis showing operational, budg-
2  et, and schedule trade-offs between sustainment
3  of currently fielded capabilities, modernization
4  of currently fielded capabilities, and develop-
5  ment and production of new capabilities.

6    (b) REPORT TO CONGRESS.—Not later than March
7  30, 2020, the Secretary of the Army shall submit to the
8  congressional defense committees a report containing—

9        (1) the comprehensive strategic plan required
10  by subsection (a); and

11        (2) a sustainment and modernization plan for
12  carrying out such strategic plan through fiscal year
13  2028.

14  **SEC. 1715. REPORT ON GROUND-BASED LONG-RANGE AR-**
15        **TILLERY TO COUNTER LAND AND MARITIME**
16        **THREATS.**

17    (a) IN GENERAL.—Not later than March 1, 2020, the
18  Secretary of Defense shall submit to the Committees on
19  Armed Services of the Senate and House of Representa-
20  tives a report on the efforts by the Army and Marine
21  Corps to develop and deploy ground-based long-range
22  rocket and cannon artillery to counter land and maritime
23  threats.

24    (b) ELEMENTS.—The report required by subsection
25  (a) shall include each of the following:

WASHSTATEC012644

1544

1   (1) An assessment of ongoing and future Army

2   and Marine Corps efforts to develop and deploy

3   ground-based long-range rocket and cannon artillery

4   to counter land and maritime fires in the areas of

5   operations of United States Indo-Pacific Command

6   and United States European Command.

7   (2) An assessment of and recommendations for

8   how the Department of Defense can improve the de-

9   velopment and deployment of such artillery.

10   (3) An analysis, assessment, and determination

11   of how such artillery employed in support of the

12   United States and allied forces will be stationed, de-

13   ployed, operationally positioned, and controlled to

14   operate effectively against potential adversaries

15   throughout the depth of their tactical, operational,

16   and strategic formations, including any rec-

17   ommendations of the Secretary regarding how such

18   capabilities and support could be enhanced.

19   (c) FORM OF REPORT.—The report required by sub-

20   section (a) shall be submitted in unclassified form, but

21   may contain a classified annex.

22   **SEC. 1716. INDEPENDENT REVIEW OF TRANSPORTATION**

23   **WORKING-CAPITAL FUND.**

24   (a) IN GENERAL.—Not later than 30 days after the

25   date of the enactment of this Act, the Secretary of De-

WASHSTATEC012645

1545

1 fense, in coordination with the Secretary of each of the
2 military departments, shall enter into a contract with a
3 federally funded research and development center for the
4 conduct of an independent review of the transportation
5 working-capital fund (hereinafter referred to as the
6 ''TWCF'') of the United States Transportation Command.

7 (b) MATTERS FOR INCLUSION.—The review con-
8 ducted under subsection (a) shall include each of the fol-
9 lowing:

10 (1) The viability of the TWCF as it is struc-
11 tured as of the date of the enactment of this Act.

12 (2) An assessment of any instances in which ex-
13 cess TWCF funds were used for procurement or
14 modernization efforts that would not otherwise have
15 been funded using amounts made available for oper-
16 ation and maintenance.

17 (3) Recommendations for how the TWCF could
18 be restructured in order to make the fund more ef-
19 fective and efficient.

20 (4) Potential alternative funding mechanisms
21 for certain components of the TWCF, including the
22 channel system.

23 (5) Any other matters the Secretaries jointly
24 determine appropriate.

WASHSTATEC012646

1     (c) REPORT.—Not later than March 1, 2021, the
2 Secretary of Defense and the Secretary of each of the mili-
3 tary departments shall jointly submit the to the congres-
4 sional defense committees a copy of the review conducted
5 under subsection (a).

**6 SEC. 1717. GEOGRAPHIC COMMAND RISK ASSESSMENT OF**
**7           PROPOSED USE OF CERTAIN AIRCRAFT CA-**
**8           PABILITIES.**

9     (a) IN GENERAL.—Not later than March 31, 2020,
10 each commander of a geographic combatant command
11 shall submit to the congressional defense committees a re-
12 port containing an assessment of the level of operational
13 risk to that command posed by the plans of the Depart-
14 ment of the Navy and Department of the Air Force to
15 provide a mix of fifth generation and advanced fourth gen-
16 eration tactical aircraft capabilities to meet near-, mid-,
17 and far-term contingency and steady-state operational re-
18 quirements against adversaries in support of the objectives
19 of the 2018 national defense strategy.

20     (b) ASSESSMENT OF RISK.—In assessing levels of
21 operational risk under subsection (a), a commander shall
22 use the military risk matrix of the Chairman of the Joint
23 Chiefs of Staff, as described in CJCS Instruction
24 3401.01E.

WASHSTATEC012647

1547

1  (c) GEOGRAPHIC COMBATANT COMMAND.—In this

2  section, the term "geographic combatant command"

3  means each of the following:

4        (1) United States European Command.

5        (2) United States Indo-Pacific Command.

6        (3) United States Africa Command.

7        (4) United States Southern Command.

8        (5) United States Northern Command.

9        (6) United States Central Command.

10  **SEC. 1718. REPORT ON BACKLOG OF PERSONNEL SECURITY**

11              **CLEARANCE ADJUDICATIONS.**

12  (a) IN GENERAL.—Not later than 120 days after the

13  date of the enactment of this Act, and quarterly thereafter

14  for three years, the Security Executive Agent, in coordina-

15  tion with members of the Performance Accountability

16  Council established pursuant to Executive Order 13467,

17  shall submit to Congress a report on the backlog of per-

18  sonnel security clearance adjudications conducted by all

19  Government agencies that adjudicate decisions for security

20  clearances. Such report shall include—

21        (1) the size of the backlog of personnel security

22        clearance adjudications, by agency, for the fiscal

23        quarter preceding the quarter during which the re-

24        port is submitted;

WASHSTATEC012648

1548

1   (2) the average length of time, for each security

2   clearance sensitivity level, to carry out an initial ad-

3   judication and an adjudication following a periodic

4   reinvestigation, by agency;

5   (3) the number of cases referred to the Consoli-

6   dated Adjudication Facility of the Department of

7   Defense;

8   (4) the number of initial investigations adju-

9   dicated by the Consolidated Adjudication Facility;

10   (5) the number of periodic reinvestigations ad-

11   judicated by the Consolidated Adjudication Facility;

12   (6) the number of cases adjudicated by the

13   Consolidated Adjudication Facility stemming from

14   participation in a continuous evaluation program;

15   (7) the number of personnel enrolled in a con-

16   tinuous evaluation program as opposed to subject to

17   a periodic reinvestigation;

18   (8) the number of adjudicators by agency; and

19   (9) a backlog mitigation plan, which shall in-

20   clude—

21   (A) the identification of the cause of, and

22   recommendations to remedy, the adjudication

23   backlog at Federal agencies; and

24   (B) the steps the Security Executive

25   Agent, established pursuant to Executive Order

WASHSTATEC012649

1549

1 13467, shall take to reduce the adjudication

2 backlog.

3 (b) PUBLIC AVAILABILITY.—Each report required

4 under subsection (a) shall be made publicly available.

**5 SEC. 1719. REPORT REGARDING OUTSTANDING GOVERN-**

**6 MENT ACCOUNTABILITY OFFICE REC-**

**7 OMMENDATIONS.**

8 Not later than September 30, 2020, the Secretary of

9 Defense shall submit to the congressional defense commit-

10 tees a report that includes—

11 (1) a list of the priority recommendations iden-

12 tified by the Comptroller General of the United

13 States regarding matters of the Department of De-

14 fense that the Secretary has not implemented due to

15 funding limitations.

16 (2) the estimated cost associated with imple-

17 menting such recommendations.

**18 SEC. 1720. REPORT ON NATIONAL GUARD AND UNITED**

**19 STATES NORTHERN COMMAND CAPACITY TO**

**20 MEET HOMELAND DEFENSE AND SECURITY**

**21 INCIDENTS.**

22 Not later than September 30, 2020, the Chief of the

23 National Guard Bureau shall, in consultation with the

24 Commander of United States Northern Command, submit

WASHSTATEC012650

1550

1  to the congressional defense committees a report setting

2  forth the following:

3      (1) A clarification of the roles and missions,

4  structure, capabilities, and training of the National

5  Guard and the United States Northern Command,

6  and an identification of emerging gaps and shortfalls

7  in light of current homeland security threats to our

8  country.

9      (2) A list of the resources that each State and

10  Territory National Guard has at its disposal that

11  are available to respond to a homeland defense or

12  security incident, with particular focus on a multi-

13  State electromagnetic pulse event.

14      (3) The readiness and resourcing status of

15  forces listed pursuant to paragraph (2).

16      (4) The current strengths and areas of improve-

17  ment in working with State and Federal interagency

18  partners.

19      (5) The current assessments that address Na-

20  tional Guard readiness and resourcing of regular

21  United States Northern Command forces postured

22  to respond to homeland defense and security inci-

23  dents.

WASHSTATEC012651

1551

1    (6) A roadmap to 2040 that addresses readi-
2    ness across the spectrum of long-range emerging
3    threats facing the United States.

**SEC. 1721. ASSESSMENT OF STANDARDS, PROCESSES, PRO-**
**CEDURES, AND POLICY RELATING TO CIVIL-**
**IAN CASUALTIES.**

7    (a) ASSESSMENT.—The Secretary of Defense shall
8    seek to enter into an agreement with a federally funded
9    research and development center for the conduct of an
10   independent assessment of Department of Defense stand-
11   ards, processes, procedures, and policy relating to civilian
12   casualties resulting from United States military oper-
13   ations.

14   (b) MATTERS TO BE CONSIDERED.—In conducting
15   the assessment under this section, the federally funded re-
16   search and development center shall consider the following
17   matters:

18       (1) Department of Defense policy relating to ci-
19       vilian casualties resulting from United States mili-
20       tary operations.

21       (2) Standards, processes, and procedures for in-
22       ternal assessments and investigations of civilian cas-
23       ualties resulting from United States military oper-
24       ations.

WASHSTATEC012652

1552

1   (3) Standards, processes, and procedures for

2   identifying, assessing, investigating, and responding

3   to reports of civilian casualties resulting from United

4   States military operations from the public and non-

5   governmental entities and sources.

6   (4) Combatant command resourcing and orga-

7   nizational constructs for assessing and investigating

8   civilian casualties resulting from United States mili-

9   tary operations.

10   (5) Mechanisms for public and non-govern-

11   mental entities to report civilian casualties that may

12   have resulted from United States military operations

13   to the Department of Defense.

14   (6) Standards and processes for accurately re-

15   cording kinetic strikes, including raids, strikes, and

16   other missions, and civilian casualties resulting from

17   United States military operations.

18   (7) An analysis of general reasons for any dis-

19   parity between third party public estimates and offi-

20   cial United States Government estimates of civilian

21   casualties resulting from United States or joint mili-

22   tary operations.

23   (8) The standardization of dissemination and

24   institutionalization across the Department of De-

25   fense and the combatant commands of lessons

WASHSTATEC012653

1553

1 learned from United States military operations as a
2 means of reducing the likelihood of civilian casual-
3 ties from United States military operations.

4 (9) Any other matters the Secretary of Defense
5 determines appropriate.

6 (c) RECOMMENDATIONS FOR IMPROVEMENTS.—The
7 results of the assessment under this section shall include
8 recommendations for improvements to standards, proc-
9 esses, procedures, policy, and organizational constructs re-
10 lating to civilian casualties resulting from United States
11 military operations.

12 (d) SUBMISSION OF REPORT.—

13 (1) IN GENERAL.—Not later than July 1, 2020,
14 the Secretary of Defense shall submit to the con-
15 gressional defense committees a report setting forth
16 an unaltered copy of the assessment under this sec-
17 tion, together with the views of the Secretary on the
18 assessment and on the recommendations included
19 pursuant to subsection (c).

20 (2) FORM OF REPORT.—The report under para-
21 graph (1) shall be submitted in unclassified form,
22 but may contain a classified annex.

23 (3) PUBLIC AVAILABILITY.—The Secretary
24 shall make the unclassified form of the report under
25 paragraph (1) available to the public.

WASHSTATEC012654

1554

**SEC. 1722. REPORT ON TRANSFERS OF EQUIPMENT TO PRO-**
      **HIBITED ENTITIES.**

3    (a) ANNUAL REPORT.—Not later than March 1,
4  2021, and each subsequent year through 2025, the Sec-
5  retary of Defense, in coordination with the Secretary of
6  State, shall submit to the appropriate committees of Con-
7  gress a report on the transfer of defense articles during
8  the year preceding the year during which the report is sub-
9  mitted to any of the following:

10       (1) Any security force unit that has committed
11    a gross violation of human rights in violation of sec-
12    tion 362 of title 10, United States Code, or section
13    620M of the Foreign Assistance Act of 1961 (22
14    U.S.C. 2378d).

15       (2) Any group or organization prohibited by law
16    from receiving assistance from the United States.

17    (b) MATTERS TO BE INCLUDED.—The report re-
18  quired by subsection (a) shall include the following:

19       (1) A description of any confirmed instance in
20    which the government of a foreign state that has re-
21    ceived defense articles pursuant to a Department of
22    Defense assistance authority subsequently trans-
23    ferred any such articles to a unit of that foreign
24    state that is prohibited from receiving assistance
25    from the United States by reason of a determination
26    by the Secretary of Defense or the Secretary of

WASHSTATEC012655

1555

1 State that there is credible evidence that such unit
2 has committed a gross violation of human rights.

3      (2) A description of any instance, confirmed or
4 under investigation, in which the government of a
5 foreign state that has received defense articles pur-
6 suant to a Department of Defense assistance author-
7 ity subsequently transferred any such articles to a
8 group or organization that is prohibited by law from
9 receiving assistance from the United States.

10 (c) APPROPRIATE COMMITTEES OF CONGRESS DE-
11 FINED.—In this section, the term "appropriate commit-
12 tees of Congress" means—

13      (1) the Committee on Armed Services and the
14 Committee on Foreign Relations of the Senate; and

15      (2) the Committee on Armed Services and the
16 Committee on Foreign Affairs of the House of Rep-
17 resentatives.

18 **SEC. 1723. ANNUAL REPORT ON STRIKES UNDERTAKEN BY**
19 **THE UNITED STATES AGAINST TERRORIST**
20 **TARGETS OUTSIDE AREAS OF ACTIVE HOS-**
21 **TILITIES.**

22 (a) ANNUAL REPORT.—Not later than May 1 2020,
23 and annually thereafter until 2022, the Director of Na-
24 tional Intelligence and the Secretary of Defense shall
25 jointly submit to Congress a report on the number of

WASHSTATEC012656

1556

1 strikes undertaken by the United States against terrorist

2 targets outside areas of active hostilities during the pre-

3 ceding calendar year, as well as assessments of combatant

4 and non-combatant deaths resulting from those strikes.

5    (b) CONTENTS OF REPORT.—The report required by

6 subsection (a) shall include—

7       (1) information obtained from relevant agencies

8       regarding the general sources of information and

9       methodology used to conduct the assessments of

10       combatant and non-combatant deaths;

11       (2) to the extent feasible and appropriate, the

12       general reasons for discrepancies between post-strike

13       assessments from the United States and credible re-

14       porting from nongovernmental organizations regard-

15       ing non-combatant deaths resulting from strikes un-

16       dertaken by the United States against terrorist tar-

17       gets outside areas of active hostilities.

18    (c) REVIEW OF POST-STRIKE REPORTING.—In pre-

19 paring a report under this section, the Director and the

20 Secretary shall, to the maximum extent practicable, review

21 relevant and credible post-strike all-source reporting, in-

22 cluding such information from nongovernmental sources,

23 for the purpose of ensuring that this reporting is available

24 to and considered by relevant agencies in their assessment

25 of deaths.

WASHSTATEC012657

1     (d) FORM OF REPORT.—The report required under

2 subsection (a) shall be submitted in unclassified form, but

3 may include a classified annex.

**SEC. 1724. REVIEW AND ASSESSMENT OF MITIGATION OF**

**MILITARY HELICOPTER NOISE.**

6     (a) IN GENERAL.—The Secretary of Defense, in co-

7 ordination with the Chairman of the Joint Chiefs of Staff,

8 shall conduct a review and assessment of military heli-

9 copter noise in the National Capital Region. Such review

10 and assessment shall include—

11     (1) a study on the causes and effects of military

12     helicopter noise on communities and individuals in

13     the National Capital Region;

14     (2) recommendations to mitigate the effects of

15     military helicopter noise on individuals, structures,

16     and property values in the National Capital Region;

17     and

18     (3) the extent to which the Department has

19     processes in place for collecting, analyzing, and man-

20     aging military helicopter noise complaints from the

21     general public across the National Capital Region.

22     (b) FOCUS.—In conducting the review under sub-

23 section (a), the Secretary and the Chairman of the Joint

24 Chiefs of Staff shall focus on all military helicopter flights

WASHSTATEC012658

1558

1 in the National Capital Region, including helicopters from

2 the Army, Air Force, and Marine Corps.

3   (c) REPORT.—Not later than six months after the

4 date of the enactment of this Act, the Secretary shall sub-

5 mit to Congress a report on the results of the review con-

6 ducted under subsection (a). Such report shall include a

7 description of the policies and procedures currently being

8 used by the Army, Air Force, and Marine Corps in the

9 National Capital Region to mitigate the impact of heli-

10 copter noise as well as the means to track compliance with

11 these internal practices to ensure compliance.

12   (d) DEFINITION OF NATIONAL CAPITAL REGION.—

13 In this section, the term "National Capital Region" has

14 the meaning given the term in section 2574 of title 10,

15 United States Code.

## Subtitle B—Other Matters

17 **SEC. 1731. TECHNICAL, CONFORMING, AND CLERICAL**

18                 **AMENDMENTS.**

19   (a) TITLE 10, UNITED STATES CODE.—Title 10,

20 United States Code, is amended as follows:

21        (1) The table of chapters at the beginning of

22     subtitle A, and at the beginning of part I of such

23     subtitle, are each amended by striking the item re-

24     lating to chapter 9A and inserting the following:

**"9A. Audit** ............................................................................... **240a".**

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012659

1559

1  (2) The table of chapters at the beginning of

2  subtitle A, and at the beginning of part I of such

3  subtitle, are each amended by striking the item re-

4  lating to chapter 112 and inserting the following:

**"112. Cyber Scholarship Program** ............................................. **2200".**

5  (3) Section 113(j)(1) is amended by inserting

6  "the" before "congressional defense committees".

7  (4) Section 119a is amended in each of the sub-

8  section headings for subsections (a) and (b) by strik-

9  ing "AACMS" and inserting "ACCMS".

10  (5) Section 127(c)(1) is amended by inserting

11  "the" before "congressional defense committees".

12  (6) Section 130i is amended—

13  (A) in subsection (i)(1), by inserting "(C)"

14  after "(j)(3)"; and

15  (B) in subsection (j)(6), by striking

16  "40101" and inserting "44802".

17  (7) Section 131(b)(8) is amended by redesig-

18  nating subparagraph (I) as subparagraph (F).

19  (8) Section 132 is amended by redesignating

20  subsection (e) as subsection (d).

21  (9) The item relating to section 169 in the table

22  of sections at the beginning of chapter 6 is amended

23  by inserting a period after "Command".

WASHSTATEC012660

1560

1     (10) The item relating to section 183a in the

2 table of sections at the beginning of chapter 7 is

3 amended to read as follows:

"183a. Military Aviation and Installation Assurance Clearinghouse for review of mission obstructions.".

4     (11) Section 187(a)(2)(C) is amended by strik-

5 ing "Assistant Secretary of the Army for Acquisi-

6 tion, Technology, and Logistics" and inserting "As-

7 sistant Secretary of the Army for Acquisition, Logis-

8 tics, and Technology".

9     (12) Section 222a(d)(3)(A) is amended by in-

10 serting "had" before "been".

11     (13) Section 222b(a) is amended by striking

12 "United States Code,".

13     (14) Section 284 is amended—

14         (A) by striking "section 376" both places

15 it appears and inserting "section 276";

16         (B) in subsection (f), by inserting ")" after

17 "Stat. 1564)";

18         (C) in subsection (g)(2), by striking "sec-

19 tion 375" and inserting "section 275"; and

20         (D) in subsection (h)(1)(A)(vi)(VI) by

21 striking "section 1004 of the National Defense

22 Authorization Act for Fiscal Year 1991 (10

23 U.S.C. 374 note) and".

WASHSTATEC012661

1561

1　　　(15) The table of sections at the beginning of

2　subchapter V of chapter 16 is amended by striking

3　"Sec." after the item relating to section 350.

4　　　(16) Section 341(e)(2)(A) is amended by add-

5　ing a period at the end.

6　　　(17) Section 526(k) is amended by inserting

7　"the" before "number of general officers".

8　　　(18) Section 649j is amended by striking "(a)

9　In General.–The" and inserting "The".

10　　　(19) Section 651(a) is amended by inserting

11　"shall serve" after "(50 U.S.C. 3806(d)(1))".

12　　　(20) The heading of section 928b (article 128b

13　of the Uniform Code of Military Justice) is amended

14　to read as follows:

15　**"§ 928b. Art. 128b. Domestic violence".**

16　　　(21) Section 1034(b)(1)(B)(ii) is amended by

17　striking "subsection (i)" and inserting "subsection

18　(j)";

19　　　(22) Section 1073c(a) is amended by redesig-

20　nating the second paragraph (4) as paragraph (6).

21　　　(23) Section 1075(d)(1) is amended in the table

22　by striking "25% of out of network" and inserting

23　"25% out of network".

WASHSTATEC012662

1562

1    (24) Section 1076d(d)(1) is amended by strik-

2    ing "section 1075 of this section" and inserting

3    "section 1075 of this title".

4    (25) Section 1076e(d)(1) is amended by strik-

5    ing "section 1075 of this section" and inserting

6    "section 1075 of this title".

7    (26) Section 1142(c)(3) is amended by striking

8    "paragraph (2)(B)" and inserting "paragraph

9    (2)(C)".

10    (27) Section 1762(c) is amended by striking "in

11    at any one time" and inserting "at any one time in".

12    (28) Section 1788a is amended in subsection

13    (d)(1) by striking "Not later than March 1, 2019,

14    and each March 1 thereafter" and inserting "Not

15    later than March 1 each year".

16    (29) Section 2208(u) is amended by inserting

17    "of this title" after "2805" each place it appears.

18    (30) Section 2216(b)(1) is amended by striking

19    "subsection (c)(1)(B)(iii)" and inserting "subsection

20    (c)(1)(B)(ii)".

21    (31) Section 2222(i)(11) is amended by striking

22    "subsection (a)(6)(A)" and inserting "subsection

23    (e)(6)(A)".

24    (32) Section 2228(a)(2) is amended by striking

25    the second period at the end.

WASHSTATEC012663

1563

1 (33) The item relating to section 2229b in the
2 table of sections at the beginning of chapter 131 is
3 amended to read as follows:

"2229b. Comptroller General assessment of acquisition programs and initiatives.".

4 (34) Section 2273(b)(1) is amended by insert-
5 ing a semicolon at the end.

6 (35) The heading for section 2279d is amended
7 by striking the period at the end.

8 (36) The heading of section 2284, as added by
9 section 311(a) of the John S. McCain National De-
10 fense Authorization Act for Fiscal Year 2019 (Pub-
11 lic Law 115–232; 132 Stat. 1708), is amended to
12 read as follows:

13 **"§ 2284. Explosive Ordnance Disposal Defense Pro-**
14 **gram".**

15 (37) Section 2304(f)(1)(B) is amended—
16 (A) in clause (ii), by striking "paragraph
17 (6)(A)" and inserting "paragraph (5)(A)"; and
18 (B) in clause (iii), by striking "paragraph
19 (6)(B)" and inserting "paragraph (5)(B)".

20 (38) Section 2305a(d)(1) is amended by strik-
21 ing "a indefinite" and inserting "an indefinite".

22 (39)(A) Section 2304e is amended by striking
23 the last four words of the section heading.

24 (B) Section 2323a is amended—

WASHSTATEC012664

1564

1    (i) in the section heading, by striking the

2    last six words; and

3    (ii) in subsection (e)—

4    (I) in paragraph (1), by striking "102

5    Stat. 2468;";

6    (II) in paragraph (2), by striking

7    "(25 U.S.C. 450b(d))" and inserting "(25

8    U.S.C. 5304(d))"; and

9    (III) in paragraph (3), by striking

10    "(25 U.S.C. 450b(e))" and inserting "(25

11    U.S.C. 5304(e))".

12    (C) The table of sections at the beginning of

13    chapter 137 is amended by striking the last four

14    words of the item relating to section 2304e and the

15    last six words of the item relating to section 2323a.

16    (40) Section 2307(a)(1) is amended by striking

17    "may" and inserting "may—".

18    (41) Section 2313b(d) is amended by striking

19    "an task order" both places it appears and inserting

20    "a task order".

21    (42) Section 2329(g)(1) is amended by striking

22    " 'bridge contact' " and inserting " 'bridge con-

23    tract' ".

WASHSTATEC012665

1565

1    (43) Section 2339a(e)(5) is amended by strik-
2    ing "section 3542(b)" and inserting "section
3    3552(b)(6)".

4    (44) Section 2366a(c)(1)(F) is amended by
5    striking "section 2366a(b)(6) of this title" and in-
6    serting "subsection (b)(6)".

7    (45) Section 2368(f)(1) is amended by striking
8    "transition" and inserting "transaction".

9    (46) Section 2371b(d)(1)(C) is amended by
10   striking "other than" after "sources".

11   (47) Section 2380B is amended—

12        (A) by inserting "section" before "2376(1)
13        of this title"; and

14        (B) by striking "purposed of" and insert-
15        ing "purposes of".

16   (48) Section 2401(e)(2) is amended by striking
17   "subsection (f)" and inserting "subsection (g)".

18   (49) The item relating to section 2439 in the
19   table of sections at the beginning of chapter 144 is
20   amended to read as follows:

"2439. Negotiation of price for technical data before development, production,
   or sustainment of major weapon systems.".

21   (50) The item relating to subchapter II in the
22   table of subchapters for chapter 144B is amended to
23   read as follows:

WASHSTATEC012666

1566

**"II. Development, Prototyping, and Deployment of Weapon System Components or Technology** .................................................. **2447a".**

1   (51) Section 2447a(a) is amended by striking

2   "after fiscal year 2017".

3   (52) Section 2547(b)(2) is amended—

4   (A) by striking "material" and inserting

5   "materiel"; and

6   (B) by striking "Material" both places it

7   appears and inserting "Materiel".

8   (53) Section 2802(e)(1) is amended by striking

9   "shall comply with" and inserting "shall—

10   "(A) comply with".

11   (54) Section 2804(b) is amended, in the second

12   sentence—

13   (A) by striking "(1)" and "(2)"; and

14   (B) by striking "project and" and insert-

15   ing "project,".

16   (55) Section 2805(d)(1)(B) is amended by in-

17   serting "under" after "made available".

18   (56) Section 2835a(c) is amended by striking

19   "(1) The Secretary" and inserting "The Secretary".

20   (57) Section 2879(a)(2)(A) is amended by

21   striking the comma after "2017".

22   (58) Section 2913(c) is amended by striking

23   "government a gas or electric utility" and inserting

24   "government gas or electric utility".

WASHSTATEC012667

1567

1     (59) The item relating to section 2914 in the

2 table of sections at the beginning of chapter 173 is

3 amended to read as follows:

"2914. Energy resilience and conservation construction projects.".

4     (60)(A) The heading of section 8749, as

5 amended by section 1114(b)(2) and redesignated by

6 section 807(d)(6) of the John S. McCain National

7 Defense Authorization Act for Fiscal Year 2019

8 (Public Law 115–232), is amended by capitalizing

9 the initial letter of the fifth, sixth, and seventh

10 words and the initial letter of the last two words.

11     (B) The heading of section 8749a, as added by

12 section 1114(a) and redesignated by section 8(d)(6)

13 of the John S. McCain National Defense Authoriza-

14 tion Act for Fiscal Year 2019 (Public Law 115–

15 232), is amended by capitalizing the initial letter of

16 the fifth, sixth, and seventh words.

17     (61) Section 9069(a) is amended by striking

18 "are" and inserting "is".

19     (62) Section 10217(e)(4) is amended by strik-

20 ing "shall an individual" and inserting "shall be an

21 individual".

22     (63) The item relating to section 2568a in the

23 table of sections at the beginning of chapter 152 is

24 amended to read as follows:

WASHSTATEC012668

1568

1     (64) Section 7016(b)(5)(A) is amended by

2    striking "Assistant Secretary of the Army for Acqui-

3    sition, Technology, and Logistics" and inserting

4    "Assistant Secretary of the Army for Acquisition,

5    Logistics, and Technology".

6    (b) NDAA FOR FISCAL YEAR 2019.—Effective as of

7 August 13, 2018, and as if included therein as enacted,

8 the John S. McCain National Defense Authorization Act

9 for Fiscal Year 2019 (Public Law 115–232) is amended

10 as follows:

11    (1) Section 331(g)(2) (132 Stat. 1724) is

12    amended by inserting "of such title" after "chapter

13    2".

14    (2) Section 844(b) (132 Stat. 1881) is amended

15    by striking "This section and the amendments made

16    by this section" and inserting "The amendment

17    made by subsection (a)".

18    (3) Section 1246(1)(B) (132 Stat. 2049) is

19    amended by adding at the end before the semicolon

20    the following: "and transferring it to appear after

21    paragraph (15)".

22    (4) Section 2805(c) (132 Stat. 2262; 10 U.S.C.

23    2864 note) is amended by striking "United Facilities

24    Criteria" and inserting "Unified Facilities Criteria".

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012669

1569

1    (c) NDAA FOR FISCAL YEAR 2018.—Effective as of
2  December 12, 2017, and as if included therein as enacted,
3  section 1609(b)(3) of the National Defense Authorization
4  Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat.
5  1728; 10 U.S.C. 2273 note) is amended by striking '',
6  and,'' and inserting '', and''.

7    (d) NDAA FOR FISCAL YEAR 2017.—Effective as of
8  December 23, 2016, and as if included therein as enacted,
9  section 233(c)(2)(C)(ii) of the National Defense Author-
10  ization Act for Fiscal Year 2018 (Public Law 114–328;
11  130 Stat. 2061; 10 U.S.C. 2358 note) is amended by
12  striking ''Assistant Secretary of the Army for Acquisition,
13  Technology, and Logistics'' and inserting ''Assistant Sec-
14  retary of the Army for Acquisition, Logistics, and Tech-
15  nology''.

16    (e) NDAA FOR FISCAL YEAR 2012.—Effective as of
17  December 31, 2011, and as if included therein as enacted,
18  section 315 of the National Defense Authorization Act for
19  Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1358;
20  10 U.S.C. 2911 note) is amended by redesignating sub-
21  sections (d), (e), and (f) as subsections (c), (d), and (e),
22  respectively.

23    (f) COORDINATION WITH OTHER AMENDMENTS
24  MADE BY THIS ACT.—For purposes of applying amend-
25  ments made by provisions of this Act other than this sec-

WASHSTATEC012670

1570

1 tion, the amendments made by this section shall be treated

2 as having been enacted immediately before any such

3 amendments by other provisions of this Act.

**SEC. 1732. ESTABLISHMENT OF LEAD INSPECTOR GENERAL**

        **FOR AN OVERSEAS CONTINGENCY OPER-**

        **ATION BASED ON SECRETARY OF DEFENSE**

        **NOTIFICATION.**

8 (a) NOTIFICATION ON COMMENCEMENT OF OCO.—

9 Section 113 of title 10, United States Code, is amended

10 by adding at the end the following new subsection:

11 "(n) NOTIFICATION OF CERTAIN OVERSEAS CONTIN-

12 GENCY OPERATIONS FOR PURPOSES OF INSPECTOR GEN-

13 ERAL ACT OF 1978.—The Secretary of Defense shall pro-

14 vide the Chair of the Council of Inspectors General on In-

15 tegrity and Efficiency written notification of the com-

16 mencement or designation of a military operation as an

17 overseas contingency operation upon the earlier of—

18 "(1) a determination by the Secretary that the

19 overseas contingency operation is expected to exceed

20 60 days; or

21 "(2) the date on which the overseas contingency

22 operation exceeds 60 days.".

23 (b) ESTABLISHMENT OF LEAD INSPECTOR GENERAL

24 BASED ON NOTIFICATION.—Section 8L of the Inspector

25 General Act of 1978 (5 U.S.C. App.) is amended—

WASHSTATEC012671

1571

1   (1) in subsection (a)—

2   (A) by striking "Upon the commencement"

3   and all that follows through "the Chair" and

4   inserting "The Chair"; and

5   (B) by inserting before the period at the

6   end the following: "upon the earlier of—

7   "(1) the commencement or designation of a

8   military operation as an overseas contingency oper-

9   ation that exceeds 60 days; or

10   "(2) receipt of a notification under section

11   113(n) of title 10, United States Code, with respect

12   to an overseas contingency operation"; and

13   (2) in subsection (d)(1), by striking "the com-

14   mencement or designation of the military operation

15   concerned as an overseas contingency operation that

16   exceeds 60 days" and inserting "the earlier of—

17   "(A) the commencement or designation of

18   the military operation concerned as an overseas

19   contingency operation that exceeds 60 days; or

20   "(B) receipt of a notification under section

21   113(n) of title 10, United States Code, with re-

22   spect to an overseas contingency operation".

WASHSTATEC012672

1572

1 **SEC. 1733. CLARIFICATION OF AUTHORITY OF INSPECTORS**

2 **GENERAL FOR OVERSEAS CONTINGENCY OP-**

3 **ERATIONS.**

4     Section 8L(d)(2) of the Inspector General Act of

5 1978 (5 U.S.C. App.) is amended—

6         (1) in subparagraph (D)—

7             (A) in clause (i), by striking "to exercise"

8         and all that follows through "such matter" and

9         inserting "to identify and coordinate with the

10        Inspector General who has principal jurisdiction

11        over the matter to ensure effective oversight";

12        and

13            (B) by adding at the end the following:

14        "(iii)(I) Upon written request by the In-

15    spector General with principal jurisdiction over

16    a matter with respect to the contingency oper-

17    ation, and with the approval of the lead Inspec-

18    tor General, an Inspector General specified in

19    subsection (c) may provide investigative support

20    or conduct an independent investigation of an

21    allegation of criminal activity by any United

22    States personnel, contractor, subcontractor,

23    grantee, or vendor in the applicable theater of

24    operations.

25        "(II) In the case of a determination by the

26    lead Inspector General that no Inspector Gen-

WASHSTATEC012673

1573

1    eral has principal jurisdiction over a matter

2    with respect to the contingency operation, the

3    lead Inspector General may—

4           "(aa) conduct an independent inves-

5         tigation of an allegation described in sub-

6         clause (I); or

7           "(bb) request that an Inspector Gen-

8         eral specified in subsection (c) conduct

9         such investigation."; and

10    (2) by adding at the end the following:

11       "(I) To enhance cooperation among In-

12    spectors General and encourage comprehensive

13    oversight of the contingency operation, any In-

14    spector General responsible for conducting over-

15    sight of any program or operation performed in

16    support of the contingency operation may, to

17    the maximum extent practicable and consistent

18    with the duties, responsibilities, policies, and

19    procedures of such Inspector General—

20           "(i) coordinate such oversight activi-

21         ties with the lead Inspector General; and

22           "(ii) provide information requested by

23         the lead Inspector General relating to the

24         responsibilities of the lead Inspector Gen-

WASHSTATEC012674

1574

1    eral described in subparagraphs (B), (C),

2        and (G).''.

## SEC. 1734. EMPLOYMENT STATUS OF ANNUITANTS FOR IN-
### SPECTORS GENERAL FOR OVERSEAS CONTIN-
### GENCY OPERATIONS.

6    Section 8L(d) of the Inspector General Act of 1978

7  (5 U.S.C. App.) is amended—

8        (1) in paragraph (2)(E), by inserting ''(without

9    regard to subsection (b)(2) of such section)'' after

10   ''United States Code,'';

11       (2) in paragraph (3), by amending subpara-

12   graph (C) to read as follows:

13       ''(C)(i) An annuitant receiving an annuity

14   under the Foreign Service Retirement and Disability

15   System or the Foreign Service Pension System

16   under chapter 8 of title I of the Foreign Service Act

17   of 1980 (22 U.S.C. 4041 et seq.) who is reemployed

18   under this subsection—

19           ''(I) shall continue to receive the annuity;

20       and

21           ''(II) shall not be considered a participant

22       for purposes of chapter 8 of title I of the For-

23       eign Service Act of 1980 (22 U.S.C. 4041 et

24       seq.) or an employee for purposes of subchapter

WASHSTATEC012675

1575

1　　　　III of chapter 83 or chapter 84 of title 5,

2　　　United States Code.

3　　　　"(ii) An annuitant described in clause (i) may

4　　　elect in writing for the reemployment of the annu-

5　　　itant under this subsection to be subject to section

6　　　824 of the Foreign Service Act of 1980 (22 U.S.C.

7　　　4064). A reemployed annuitant shall make an elec-

8　　　tion under this clause not later than 90 days after

9　　　the date of the reemployment of the annuitant.";

10　　　and

11　　　　(3) by adding at the end the following:

12　　　"(5)(A) A person employed by a lead Inspector Gen-

13　eral for an overseas contingency operation under this sec-

14　tion shall acquire competitive status for appointment to

15　any position in the competitive service for which the em-

16　ployee possesses the required qualifications upon the com-

17　pletion of 2 years of continuous service as an employee

18　under this section.

19　　　"(B) No person who is first employed as described

20　in subparagraph (A) more than 2 years after the date of

21　the enactment of the National Defense Authorization Act

22　for Fiscal Year 2020 may acquire competitive status

23　under subparagraph (A).".

WASHSTATEC012676

1576

1 **SEC. 1735. EXTENSION OF NATIONAL SECURITY COMMIS-**

2 **SION ON ARTIFICIAL INTELLIGENCE.**

3 (a) EXTENSION.—Subsection (e) of section 1051 of

4 the John S. McCain National Defense Authorization Act

5 for Fiscal Year 2019 (Public Law 115–232; 132 Stat.

6 1962) is amended by striking "October 1, 2020" and in-

7 serting "October 1, 2021".

8 (b) AUTHORITY TO ACCEPT GIFTS.—Subsection (a)

9 of such section is amended by adding at the end the fol-

10 lowing new paragraph:

11 "(8) AUTHORITY TO ACCEPT GIFTS.—The Com-

12 mission may accept, use, and dispose of gifts or do-

13 nations of services, goods, and property from non-

14 Federal entities for the purposes of aiding and facili-

15 tating the work of the Commission. The authority in

16 this paragraph does not extend to gifts of money.".

17 (c) REPORTS.—Subsection (c) of such section is

18 amended—

19 (1) by redesignating paragraph (3) as para-

20 graph (4); and

21 (2) by inserting after paragraph (1) the fol-

22 lowing new paragraphs:

23 "(2) INTERIM REPORTS.—Not later than each

24 of December 1, 2019, and December 1, 2020, the

25 Commission shall submit as described in that para-

WASHSTATEC012677

1577

1 graph an interim report on the review required

2 under subsection (b).

3 ''(3) FINAL REPORT.—Not later than March 1,

4 2021, the Commission shall submit as described in

5 paragraph (1) a comprehensive final report on the

6 review required under subsection (b).''.

**SEC. 1736. EXEMPTION FROM CALCULATION OF MONTHLY**
**INCOME, FOR PURPOSES OF BANKRUPTCY**
**LAWS, OF CERTAIN PAYMENTS FROM THE DE-**
**PARTMENT OF VETERANS AFFAIRS AND THE**
**DEPARTMENT OF DEFENSE.**

12 Section 101(10A) of title 11, United States Code, is

13 amended by striking subparagraph (B) and inserting the

14 following:

15 ''(B)(i) includes any amount paid by any

16 entity other than the debtor (or in a joint case

17 the debtor and the debtor's spouse), on a reg-

18 ular basis for the household expenses of the

19 debtor or the debtor's dependents (and, in a

20 joint case, the debtor's spouse if not otherwise

21 a dependent); and

22 ''(ii) excludes—

23 ''(I) benefits received under the Social

24 Security Act (42 U.S.C. 301 et seq.);

WASHSTATEC012678

1578

1     "(II) payments to victims of war
2     crimes or crimes against humanity on ac-
3     count of their status as victims of such
4     crimes;

5     "(III) payments to victims of inter-
6     national terrorism or domestic terrorism,
7     as those terms are defined in section 2331
8     of title 18, on account of their status as
9     victims of such terrorism; and

10     "(IV) any monthly compensation, pen-
11     sion, pay, annuity, or allowance paid under
12     title 10, 37, or 38 in connection with a dis-
13     ability, combat-related injury or disability,
14     or death of a member of the uniformed
15     services, except that any retired pay ex-
16     cluded under this subclause shall include
17     retired pay paid under chapter 61 of title
18     10 only to the extent that such retired pay
19     exceeds the amount of retired pay to which
20     the debtor would otherwise be entitled if
21     retired under any provision of title 10
22     other than chapter 61 of that title.".

WASHSTATEC012679

1579

1 **SEC. 1737. EXTENSION OF POSTAGE STAMP FOR BREAST**

2 **CANCER RESEARCH.**

3 Section 414(h) of title 39, United States Code, is

4 amended by striking "2019" and inserting "2027".

5 **SEC. 1738. NATIONAL COMMISSION ON MILITARY AVIATION**

6 **SAFETY.**

7 (a) EXTENSION OF DEADLINE FOR REPORT.—Sub-

8 section (h)(2) of section 1087 of the John S. McCain Na-

9 tional Defense Authorization Act for Fiscal Year 2019

10 (Public Law 115–232) is amended by striking "March 1,

11 2020" and inserting "December 1, 2020".

12 (b) SECRETARY OF DEFENSE REPORT.—Such sec-

13 tion is further amended by adding at the end the following

14 new subsection:

15 "(m) REPORT TO CONGRESS.—Not later than 120

16 days after the date of the submittal of the report under

17 subsection (h)(2), the Secretary of Defense, in coordina-

18 tion with the Secretary of each of the military depart-

19 ments, shall submit to the Committees on Armed Services

20 of the Senate and House of Representatives a report that

21 includes each of the following:

22 "(1) An assessment of the findings and conclu-

23 sions of the Commission.

24 "(2) The plan of the Secretaries for imple-

25 menting the recommendations of the Commission.

WASHSTATEC012680

1580

1    "(3) Any other actions taken or planned by the

2    Secretary of Defense or the Secretary of any of the

3    military departments to improve military aviation

4    safety.".

5    (c) AUTHORIZATION OF APPROPRIATIONS.—In addi-

6    tion to any other amounts authorized to be appropriated

7    for the National Commission on Military Aviation Safety

8    established under section 1087 of the John S. McCain Na-

9    tional Defense Authorization Act for Fiscal Year 2019

10   (Public Law 115–232), of the amounts authorized to be

11   appropriated for Operation and Maintenance, Defense-

12   wide for fiscal year 2020, as specified in the funding table

13   in section 4301, $3,000,000 shall be available for the Na-

14   tional Commission on Aviation Safety.

15   **SEC. 1739. GUARANTEE OF RESIDENCY FOR SPOUSES OF**

16              **MEMBERS OF THE UNIFORMED SERVICES.**

17   (a) IN GENERAL.—Title VI of the Servicemembers

18   Civil Relief Act (50 U.S.C. 4021 et seq.) is amended by

19   adding at the end the following new section:

20   **"SEC. 707. GUARANTEE OF RESIDENCY FOR SPOUSES OF**

21              **SERVICEMEMBERS.**

22   "For the purposes of establishing the residency of a

23   spouse of a servicemember for any purpose (including the

24   registration of a business), the spouse of a servicemember

25   may elect to use the same residence as the servicemember

WASHSTATEC012681

1581

1 regardless of the date on which the marriage of the spouse

2 and the servicemember occurred.''.

3     (b) CLERICAL AMENDMENT.—The table of contents

4 in section 1(b) of such Act is amended by inserting after

5 the item relating to section 706 the following new item:

    "Sec. 707. Guarantee of residency for spouses of servicemembers.".

6 **SEC. 1740. ELECTROMAGNETIC PULSES AND GEOMAGNETIC**

7        **DISTURBANCES.**

8     (a) EMP AND GMD MITIGATION RESEARCH AND

9 DEVELOPMENT.—

10        (1) THREAT ASSESSMENT, RESPONSE, AND RE-

11     COVERY.—Section 320 of the Homeland Security

12     Act of 2002 (6 U.S.C. 195f) is amended—

13        (A) in the section heading, by inserting

14        **"AND THREAT ASSESSMENT, RESPONSE,**

15        **AND RECOVERY"** after **"DEVELOPMENT"**;

16        and

17        (B) by adding at the end the following:

18     "(d) THREAT ASSESSMENT, RESPONSE, AND RECOV-

19 ERY.—

20        "(1) ROLES AND RESPONSIBILITIES.—

21        "(A) DISTRIBUTION OF INFORMATION.—

22        "(i) IN GENERAL.—Beginning not

23        later than June 19, 2020, the Secretary

24        shall provide timely distribution of infor-

25        mation on EMPs and GMDs to Federal,

WASHSTATEC012682

1582

1   State, and local governments, owners and

2   operators of critical infrastructure, and

3   other persons determined appropriate by

4   the Secretary.

5   ''(ii) BRIEFING.—The Secretary shall

6   brief the appropriate congressional com-

7   mittees on the effectiveness of the distribu-

8   tion of information under clause (i).

9   ''(B) RESPONSE AND RECOVERY.—

10   ''(i) IN GENERAL.—The Administrator

11   of the Federal Emergency Management

12   Agency shall—

13   ''(I) coordinate the response to

14   and recovery from the effects of

15   EMPs and GMDs on critical infra-

16   structure, in coordination with the

17   heads of appropriate Sector-Specific

18   Agencies, and on matters related to

19   the bulk power system, in consultation

20   with the Secretary of Energy and the

21   Federal Energy Regulatory Commis-

22   sion; and

23   ''(II) to the extent practicable,

24   incorporate events that include EMPs

WASHSTATEC012683

1583

1 and extreme GMDs as a factor in pre-

2 paredness scenarios and exercises.

3 "(ii) IMPLEMENTATION.—The Admin-

4 istrator of the Federal Emergency Man-

5 agement Agency, in coordination with the

6 Director of the Cybersecurity and Infra-

7 structure Security Agency, and on matters

8 related to the bulk power system, the Sec-

9 retary of Energy and the Federal Energy

10 Regulatory Commission, shall—

11 "(I) not later than June 19,

12 2020, develop plans and procedures to

13 coordinate the response to and recov-

14 ery from EMP and GMD events; and

15 "(II) not later than December

16 21, 2020, conduct a national exercise

17 to test the preparedness and response

18 of the Nation to the effect of an EMP

19 or extreme GMD event.

20 "(C) RESEARCH AND DEVELOPMENT.—

21 "(i) IN GENERAL.—The Secretary, in

22 coordination with the heads of relevant

23 Sector-Specific Agencies, shall—

24 "(I) without duplication of exist-

25 ing or ongoing efforts, conduct re-

WASHSTATEC012684

1584

1    search and development to better un-
2    derstand and more effectively model
3    the effects of EMPs and GMDs on
4    critical infrastructure (which shall not
5    include any system or infrastructure
6    of the Department of Defense or any
7    system or infrastructure of the De-
8    partment of Energy associated with
9    nuclear weapons activities); and

10       ''(II) develop technologies to en-
11    hance the resilience of and better pro-
12    tect critical infrastructure.

13       ''(ii) PLAN.—Not later than March
14    26, 2020, and in coordination with the
15    heads of relevant Sector-Specific Agencies,
16    the Secretary shall submit to the appro-
17    priate congressional committees a research
18    and development action plan to rapidly ad-
19    dress modeling shortfall and technology de-
20    velopment.

21       ''(D) EMERGENCY INFORMATION SYS-
22    TEM.—

23       ''(i) IN GENERAL.—The Administrator
24    of the Federal Emergency Management
25    Agency, in coordination with relevant

WASHSTATEC012685

1585

1 stakeholders, shall maintain a network of
2 systems, such as the alerting capabilities of
3 the integrated public alert and warning
4 system authorized under section 526, that
5 are capable of providing appropriate emer-
6 gency information to the public before (if
7 possible), during, and in the aftermath of
8 an EMP or GMD.

9     "(ii) BRIEFING.—Not later than De-
10 cember 21, 2020, the Administrator of the
11 Federal Emergency Management Agency,
12 shall brief the appropriate congressional
13 committees regarding the maintenance of
14 systems, including the alerting capabilities
15 of the integrated public alert and warning
16 system authorized under section 526.

17 "(E) QUADRENNIAL RISK ASSESSMENTS.—

18     "(i) IN GENERAL.—The Secretary, in
19 coordination with the Secretary of Defense,
20 the Secretary of Energy, and the Secretary
21 of Commerce, and informed by intelligence-
22 based threat assessments, shall conduct a
23 quadrennial EMP and GMD risk assess-
24 ment.

WASHSTATEC012686

1586

1     "(ii) BRIEFINGS.—Not later than
2     March 26, 2020, and every four years
3     thereafter until 2032, the Secretary, the
4     Secretary of Defense, the Secretary of En-
5     ergy, and the Secretary of Commerce shall
6     provide a briefing to the appropriate con-
7     gressional committees regarding the quad-
8     rennial EMP and GMD risk assessment.

9     "(iii) ENHANCING RESILIENCE.—The
10     Secretary, in coordination with the Sec-
11     retary of Defense, the Secretary of Energy,
12     the Secretary of Commerce, and the heads
13     of other relevant Sector-Specific Agencies,
14     shall use the results of the quadrennial
15     EMP and GMD risk assessments to better
16     understand and to improve resilience to the
17     effects of EMPs and GMDs across all crit-
18     ical infrastructure sectors, including co-
19     ordinating the prioritization of critical in-
20     frastructure at greatest risk to the effects
21     of EMPs and GMDs.

22     "(2) COORDINATION.—

23     "(A) REPORT ON TECHNOLOGICAL OP-
24     TIONS.—Not later than December 21, 2020,
25     and every four years thereafter until 2032, the

WASHSTATEC012687

1587

Secretary, in coordination with the Secretary of
Defense, the Secretary of Energy, the heads of
other appropriate agencies, and, as appropriate,
private-sector partners, shall submit to the ap-
propriate congressional committees, a report
that—

    "(i) assesses the technological options
available to improve the resilience of crit-
ical infrastructure to the effects of EMPs
and GMDs; and

    "(ii) identifies gaps in available tech-
nologies and opportunities for technological
developments to inform research and devel-
opment activities.

"(B) TEST DATA.—

    "(i) IN GENERAL.—Not later than
December 20, 2020, the Secretary, in co-
ordination with the heads of Sector-Spe-
cific Agencies, the Secretary of Defense,
and the Secretary of Energy, shall—

        "(I) review test data regarding
the effects of EMPs and GMDs on
critical infrastructure systems, net-
works, and assets representative of
those throughout the Nation; and

WASHSTATEC012688

1588

1           "(II) identify any gaps in the test

2           data.

3         "(ii) PLAN.—Not later than 180 days

4         after identifying gaps in test data under

5         clause (i), the Secretary, in coordination

6         with the heads of Sector-Specific Agencies

7         and in consultation with the Secretary of

8         Defense and the Secretary of Energy, shall

9         use the sector partnership structure identi-

10        fied in the National Infrastructure Protec-

11        tion Plan to develop an integrated cross-

12        sector plan to address the identified gaps.

13         "(iii) IMPLEMENTATION.—The heads

14        of each agency identified in the plan devel-

15        oped under clause (ii) shall implement the

16        plan in collaboration with the voluntary ef-

17        forts of the private sector, as appropriate.

18      "(3) DEFINITIONS.—In this subsection:

19         "(A) The term 'appropriate congressional

20        committees' means—

21         "(i) the Committee on Homeland Se-

22        curity and Governmental Affairs, the Com-

23        mittee on Armed Services, the Committee

24        on Energy and Natural Resources, and the

WASHSTATEC012689

1589

1  Committee on Commerce, Science, and

2  Transportation of the Senate; and

3      ''(ii) the Committee on Transportation

4  and Infrastructure, the Committee on

5  Homeland Security, the Committee on

6  Armed Services, the Committee on Energy

7  and Commerce, and the Committee on

8  Science, Space and Technology of the

9  House of Representatives.

10      ''(B) The terms 'prepare' and 'prepared-

11  ness' mean the actions taken to plan, organize,

12  equip, train, and exercise to build and sustain

13  the capabilities necessary to prevent, protect

14  against, mitigate the effects of, respond to, and

15  recover from those threats that pose the great-

16  est risk to the security of the homeland, includ-

17  ing the prediction and notification of impending

18  EMPs and GMDs.

19      ''(C) The term 'Sector-Specific Agency'

20  has the meaning given that term in section

21  2201.

22  ''(e) RULE OF CONSTRUCTION.—Nothing in this sec-

23  tion may be construe—

24      ''(1) to affect in any manner the authority of

25  the executive branch to implement Executive Order

WASHSTATEC012690

1590

1    13865, dated March 26, 2019, and entitled 'Coordi-

2    nating   National   Resilience   to   Electromagnetic

3    Pulses', or any other authority existing on the day

4    before the date of enactment of this subsection of

5    any other component of the Department or any

6    other Federal department or agency, including the

7    authority provided to the Sector-Specific Agency

8    specified in section 61003(c) of division F of the

9    Fixing America's Surface Transportation Act (6

10   U.S.C. 121 note), including the authority under sec-

11   tion 215 of the Federal Power Act (16 U.S.C.

12   824o), and including the authority of independent

13   agencies to be independent; or

14       "(2) as diminishing or transferring any authori-

15   ties vested in the Administrator of the Federal

16   Emergency Management Agency or in the Agency

17   prior to the date of the enactment of this sub-

18   section.".

19       (2) TECHNICAL AND CONFORMING AMEND-

20   MENT.—The table of sections in section 1(b) of the

21   Homeland Security Act of 2002 is amended by strik-

22   ing the item relating to section 320 and inserting

23   the following:

"Sec. 320. EMP and GMD mitigation research and development and threat as-
sessment, response, and recovery.".

WASHSTATEC012691

1591

1  (b) CONSULTATION WITH SECRETARY OF ENERGY

2  IN PREPARATION OF QUADRENNIAL HOMELAND SECU-

3  RITY REVIEW.—Section 707 of the Homeland Security

4  Act of 2002 (6 U.S.C. 347) is amended—

5      (1) in subsection (a)(3)(A), by inserting "the

6  Secretary of Energy," after "the Secretary of Agri-

7  culture"; and

8      (2) in subsection (c)(2)(B), by inserting after

9  review the following "or for purposes of the quadren-

10  nial EMP and GMD risk assessment under section

11  320(d)(1)(E)".

12  (c) NATIONAL ESSENTIAL FUNCTIONS.—

13      (1) UPDATED OPERATIONAL PLANS.—Not later

14  than March 20, 2020, each agency that supports a

15  national essential function shall prepare updated

16  operational plans documenting the procedures and

17  responsibilities of the agency relating to preparing

18  for, protecting against, and mitigating the effects of

19  EMPs and GMDs.

20      (2) DEFINITION OF NATIONAL ESSENTIAL

21  FUNCTION.—In this subsection, the term "national

22  essential functions" means the overarching respon-

23  sibilities of the Federal Government to lead and sus-

24  tain the Nation before, during, and in the aftermath

25  of a catastrophic emergency, such as an EMP or

WASHSTATEC012692

1592

1 GMD that adversely affects the performance of the
2 Federal Government.

3 (d) BENCHMARKS.—Not later than March 26, 2020,
4 and as appropriate thereafter, the Secretary of Energy,
5 in consultation with the Secretary of Defense, the Sec-
6 retary of Homeland Security, and, as appropriate, the pri-
7 vate sector, may develop or update, as necessary, quan-
8 titative and voluntary benchmarks that sufficiently de-
9 scribe the physical characteristics of EMPs, including
10 waveform and intensity, in a form that is useful to and
11 can be shared with owners and operators of critical infra-
12 structure. Nothing in this subsection shall affect the au-
13 thority of the Electric Reliability Organization to develop
14 and enforce, or the authority of the Federal Energy Regu-
15 latory Commission to approve, reliability standards.

16 (e) PILOT TEST BY DHS TO EVALUATE ENGINEER-
17 ING APPROACHES.—

18 (1) IN GENERAL.—Not later than September
19 22, 2020, the Secretary of Homeland Security, act-
20 ing through the Under Secretary for Science and
21 Technology of the Department of Homeland Secu-
22 rity, in coordination with the Director of the Cyber-
23 security and Infrastructure Security Agency and the
24 Administrator of the Federal Emergency Manage-
25 ment Agency, the Secretary of Defense, and the Sec-

WASHSTATEC012693

1593

1 retary of Energy, and in consultation with the pri-
2 vate sector, as appropriate, shall develop and imple-
3 ment a pilot test to evaluate available engineering
4 approaches for mitigating the effects of EMPs and
5 GMDs on the most vulnerable critical infrastructure
6 systems, networks, and assets.

7 (2) BRIEFING.—Not later than 90 days after
8 the date on which the pilot test described in para-
9 graph (1) is completed, the Secretary of Homeland
10 Security, acting through the Under Secretary for
11 Science and Technology of the Department of
12 Homeland Security, in coordination with the Direc-
13 tor of the Cybersecurity and Infrastructure Security
14 Agency and the Administrator of the Federal Emer-
15 gency Management Agency, the Secretary of De-
16 fense, and the Secretary of Energy, shall jointly
17 brief the appropriate congressional committees on
18 the cost and effectiveness of the evaluated ap-
19 proaches.

20 (f) PILOT TEST BY DOD TO EVALUATE ENGINEER-
21 ING APPROACHES.—

22 (1) IN GENERAL.—Not later than September
23 22, 2020, the Secretary of Defense, in consultation
24 with the Secretary of Homeland Security and the
25 Secretary of Energy, shall conduct a pilot test to

WASHSTATEC012694

1594

1     evaluate engineering approaches for hardening a

2     strategic military installation, including infrastruc-

3     ture that is critical to supporting that installation,

4     against the effects of EMPs and GMDs.

5     (2) REPORT.—Not later than 180 days after

6     completing the pilot test described in paragraph (1),

7     the Secretary of Defense shall submit to the appro-

8     priate congressional committees a report regarding

9     the cost and effectiveness of the evaluated ap-

10     proaches.

11     (g) COMMUNICATIONS OPERATIONAL PLANS.—Not

12 later than December 21, 2020, the Secretary of Homeland

13 Security, after holding a series of joint meetings with the

14 Administrator of the Federal Emergency Management

15 Agency, the Director of the Cybersecurity and Infrastruc-

16 ture Security Agency, the Secretary of Defense, the Under

17 Secretary of Commerce for Standards and Technology, the

18 Assistant Secretary of Commerce for Communications and

19 Information, the Federal Communications Commission,

20 and the Secretary of Transportation, shall submit to the

21 appropriate congressional committees a report—

22     (1) assessing the effects of EMPs and GMDs

23     on critical communications infrastructure; and

WASHSTATEC012695

1595

1   (2) recommending any necessary changes to

2   operational plans to enhance national response and

3   recovery efforts after an EMP or GMD.

4   (h) DEFINITIONS.—In this section:

5   (1) The term "appropriate congressional com-

6   mittees" has the meaning given that term in sub-

7   section (d) of section 320 of the Homeland Security

8   Act of 2002, as added by subsection (a) of this sec-

9   tion; and

10   (2) The terms "critical infrastructure",

11   "EMP", and "GMD" have the meanings given such

12   terms in section 2 of the Homeland Security Act of

13   2002 (6 U.S.C. 101).

**SEC. 1741. IMPROVEMENTS TO MANUFACTURING USA PRO-**

**GRAM.**

16   (a) IN GENERAL.—Section 34 of the National Insti-

17   tute of Standards and Technology Act (15 U.S.C. 278s)

18   is amended to read as follows:

**"SEC. 34. MANUFACTURING USA.**

20   "(a) DEFINITIONS.—In this section:

21   "(1) AGENCY HEAD.—The term 'agency head'

22   means the head of any Executive agency (as defined

23   in section 105 of title 5, United States Code), other

24   than the Department of Defense.

WASHSTATEC012696

1596

1           ''(2) REGIONAL INNOVATION INITIATIVE.—The

2 term 'regional innovation initiative' has the meaning

3 given such term in section 27(f)(1) of the Stevenson-

4 Wydler Technology Innovation Act of 1980 (15

5 U.S.C. 3722(f)(1)).

6    ''(b) ESTABLISHMENT OF MANUFACTURING USA

7 PROGRAM.—

8           ''(1) IN GENERAL.—The Secretary shall estab-

9 lish within the Institute a program to be known as

10 the 'Manufacturing United States of America Pro-

11 gram' or the 'Manufacturing USA Program' (re-

12 ferred to in this section as the 'Program').

13           ''(2) PURPOSES OF PROGRAM.—The purposes of

14 the Program are—

15           ''(A) to improve the competitiveness of

16 United States manufacturing and to increase

17 the production of goods manufactured predomi-

18 nantly within the United States;

19           ''(B) to stimulate United States leadership

20 in advanced manufacturing research, innova-

21 tion, and technology;

22           ''(C) to facilitate the transition of innova-

23 tive technologies into scalable, cost-effective,

24 and high-performing manufacturing capabili-

25 ties;

WASHSTATEC012697

1597

1        ''(D) to facilitate access by manufacturing

2     enterprises to capital-intensive infrastructure,

3     including high-performance electronics and

4     computing, and the supply chains that enable

5     these technologies;

6        ''(E) to accelerate the development of an

7     advanced manufacturing workforce;

8        ''(F) to facilitate peer exchange of and the

9     documentation of best practices in addressing

10     advanced manufacturing challenges;

11        ''(G) to leverage non-Federal sources of

12     support to promote a stable and sustainable

13     business model without the need for long-term

14     Federal funding;

15        ''(H) to create and preserve jobs; and

16        ''(I) to contribute to the development of re-

17     gional innovation initiatives across the United

18     States.

19     ''(3) SUPPORT.—The Secretary, acting through

20 the Director, shall carry out the purposes set forth

21 in paragraph (2) by supporting—

22        ''(A) the Manufacturing USA Network es-

23     tablished under subsection (b); and

24        ''(B) the establishment of Manufacturing

25     USA institutes.

WASHSTATEC012698

1598

1      ''(4) DIRECTOR.—The Secretary shall carry out

2  the Program through the Director.

3      ''(c) ESTABLISHMENT OF MANUFACTURING USA

4  NETWORK.—

5      ''(1) IN GENERAL.—As part of the Program,

6  the Secretary shall establish a network of Manufac-

7  turing USA institutes.

8      ''(2) DESIGNATION.—The network established

9  under paragraph (1) shall be known as the 'Manu-

10  facturing United States of America Network' or the

11  'Manufacturing USA Network' (referred to in this

12  section as the 'Network').

13      ''(d) MANUFACTURING USA INSTITUTES.—

14      ''(1) IN GENERAL.—For purposes of this sec-

15  tion, a Manufacturing USA institute is an institute

16  that—

17      ''(A) has been established by a person or

18  group of persons to address challenges in ad-

19  vanced manufacturing and to assist manufac-

20  turers in retaining or expanding industrial pro-

21  duction and jobs in the United States;

22      ''(B) has a predominant focus on a manu-

23  facturing process, novel material, enabling tech-

24  nology, supply chain integration methodology,

25  or another relevant aspect of advanced manu-

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012699

1599

1  facturing, such as nanotechnology applications,

2  advanced ceramics, photonics and optics, com-

3  posites, biobased and advanced materials, flexi-

4  ble hybrid technologies, tool development for

5  microelectronics, food manufacturing, super-

6  conductors, advanced battery technologies, ro-

7  botics, advanced sensors, quantum information

8  science, supply chain water optimization, aero-

9  nautics and advanced materials, and graphene

10  and graphene commercialization;

11      ''(C) has the potential—

12          ''(i) to improve the competitiveness of

13      United States manufacturing, including

14      key advanced manufacturing technologies

15      such as nanotechnology, advanced ceram-

16      ics, photonics and optics, composites,

17      biobased and advanced materials, flexible

18      hybrid technologies, tool development for

19      microelectronics, food manufacturing,

20      superconductors, advanced battery tech-

21      nologies, robotics, advanced sensors, quan-

22      tum information science, supply chain

23      water optimization, aeronautics and ad-

24      vanced materials, and graphene and

25      graphene commercialization;

WASHSTATEC012700

1600

1    "(ii) to accelerate non-Federal invest-
2    ment in advanced manufacturing produc-
3    tion capacity in the United States; or

4    "(iii) to enable the commercial appli-
5    cation of new technologies or industry-wide
6    manufacturing processes; and

7    "(D) includes active participation among
8    representatives from multiple industrial entities,
9    research universities, community colleges, and
10   other entities as appropriate, which may include
11   industry-led consortia, career and technical edu-
12   cation schools, Federal laboratories, State,
13   local, and Tribal governments, businesses, edu-
14   cational institutions, and nonprofit organiza-
15   tions.

16   "(2) ACTIVITIES.—

17   "(A) REQUIRED ACTIVITIES.—For pur-
18   poses of this section, a Manufacturing USA in-
19   stitute is also an institute that carries out the
20   following:

21   "(i) Research, development, and dem-
22   onstration projects, including proof-of-con-
23   cept development and prototyping, to re-
24   duce the cost, time, or risk of commer-
25   cializing new technologies and improve-

WASHSTATEC012701

1601

1 ments in existing technologies, processes,
2 products, and research and development of
3 materials to solve precompetitive industrial
4 problems with economic or national secu-
5 rity implications.

6     "(ii) Development and implementation
7 of education, training, and workforce re-
8 cruitment courses, materials, and pro-
9 grams addressing workforce needs through
10 training and education programs at all ap-
11 propriate education levels, including pro-
12 grams on applied engineering.

13     "(iii) Development of innovative meth-
14 odologies and practices for supply chain in-
15 tegration and introduction of new tech-
16 nologies into supply chains, as appropriate.

17     "(iv) Outreach and engagement with
18 small and medium-sized manufacturing en-
19 terprises, including women, minority, and
20 veteran owned manufacturing enterprises,
21 in addition to large manufacturing enter-
22 prises.

23     "(v) Development of roadmaps or
24 leveraging of existing roadmaps with re-
25 spect to technology areas being pursued by

WASHSTATEC012702

1602

1     that Manufacturing USA institute that
2     take into account the research and develop-
3     ment undertaken at other Manufacturing
4     USA institutes and Federal agencies with
5     respect to such areas.
6     ''(B) PERMISSIBLE ACTIVITIES.—In addi-
7     tion to the activities set forth under subpara-
8     graph (A), a Manufacturing USA institute may
9     carry out such other activities as may be con-
10     sistent with the purposes set forth under sub-
11     section (b)(2).
12     ''(3) ADDITIONAL MANUFACTURING USA INSTI-
13  TUTES.—
14     ''(A) IN GENERAL.—Except as provided in
15     subparagraph (C), the National Additive Manu-
16     facturing Innovation Institute and other manu-
17     facturing institutes formally recognized as Man-
18     ufacturing USA institutes pursuant to Federal
19     law or executive actions, or under pending
20     interagency review for such recognition as of
21     December 16, 2014, shall be considered Manu-
22     facturing USA institutes for purposes of this
23     section.
24     ''(B) NETWORK PARTICIPATION.—Except
25     as provided in subparagraph (C), an institute

g:\VHLC\120919\120919.161.xml     (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012703

1 that is substantially similar to an institute de-
2 scribed by paragraphs (1) and (2) but does not
3 meet every element of such description and does
4 not receive financial assistance under subsection
5 (e) may, upon request of the institute, be recog-
6 nized as a Manufacturing USA institute by the
7 Secretary for purposes of participation in the
8 Network.

9 ''(C) APPLICABILITY.—Effective beginning
10 on the date of the enactment of the National
11 Defense Authorization Act for Fiscal Year
12 2020, an institute shall be treated as a Manu-
13 facturing USA institute under this section and
14 subject to subsections (b)(2), (d), and (e) in the
15 same manner and to the same extent as such
16 provisions apply to a Manufacturing USA insti-
17 tute described by paragraphs (1) and (2) if
18 such institute—

19 ''(i)(I) is, as of such date of enact-
20 ment, considered a Manufacturing USA in-
21 stitute under subparagraph (A) or recog-
22 nized as a Manufacturing USA institute
23 under subparagraph (B); and

24 ''(II) as of such date of enactment, re-
25 ceives Federal financial assistance under

WASHSTATEC012704

1604

1. subsection (e) or otherwise consistent with
2. the purposes of this section;
3. "(ii) is under pending agency review
4. for such recognition as of such date of en-
5. actment; or
6. "(iii) is currently funded by the De-
7. partment of Energy.
8. "(e) FINANCIAL ASSISTANCE TO ESTABLISH AND
9. SUPPORT MANUFACTURING USA INSTITUTES.—
10. "(1) FINANCIAL ASSISTANCE AUTHORIZED.—
11. Under the Program, the Secretary and the Secretary
12. of Energy shall, and every other agency head may,
13. award financial assistance to a person or group of
14. persons to assist the person or group of persons in
15. planning, establishing, or supporting a Manufac-
16. turing USA institute.
17. "(2) PERIOD AND RENEWAL OF AWARDS.—
18. "(A) INITIAL PERIODS.—An award of fi-
19. nancial assistance under paragraph (1) shall be
20. awarded for an initial period of not less than 5
21. years and not more than 7 years.
22. "(B) RENEWAL OF AWARDS.—
23. "(i) RENEWAL AUTHORIZED.—An
24. award of financial assistance under para-
25. graph (1) may be renewed for additional

WASHSTATEC012705

1 periods, with each period not to exceed the
2 duration of the initial period of the award,
3 subject to a rigorous merit review.

4     ''(ii) CONSIDERATION OF PERFORM-
5 ANCE STANDARDS.—In carrying out a rig-
6 orous merit review under clause (i) for re-
7 newal of an award under such clause for a
8 Manufacturing USA institute, an agency
9 head shall consider the extent to which the
10 institute has made progress in meeting the
11 standards of performance established pur-
12 suant to paragraph (5)(C).

13     ''(iii) INITIAL FAILURE TO MEET PER-
14 FORMANCE STANDARDS.—If, pursuant to a
15 rigorous merit review under clause (i) for
16 renewal of an award under such clause for
17 a Manufacturing USA institute, an agency
18 head finds that the institute does not meet
19 the standards for performance established
20 pursuant to paragraph (5)(C), the agency
21 head shall—

22     ''(I) notify the institute of any
23 deficiencies in the performance of the
24 institute; and

WASHSTATEC012706

1606

1  "(II) provide the institute one
2  year to remedy such deficiencies.

3  "(iv) FURTHER FAILURE TO MEET
4  PERFORMANCE STANDARDS.—If a Manu-
5  facturing USA institute fails to remedy a
6  deficiency identified or to show significant
7  improvement in performance during the 1-
8  year period set forth under clause
9  (iii)(II)—

10  "(I) the institute shall not be eli-
11  gible for renewed award under clause
12  (i); and

13  "(II) the agency head that con-
14  ducted the review for renewal shall
15  notify the institute of such ineligi-
16  bility.

17  "(v) CONTINUATION OF EXISTING
18  MANUFACTURING USA INSTITUTES.—Not
19  withstanding clauses (i) through (iv), a
20  Manufacturing USA institute already in
21  existence or undergoing a renewal process
22  prior to December 1, 2019—

23  "(I) may continue to receive sup-
24  port for the duration of the original

WASHSTATEC012707

1607

1 funding award beginning on the date
2 of establishment of that institute; and
3 "(II) shall be eligible for renewal
4 of that funding pursuant to clause (i).
5 "(3) APPLICATION FOR FINANCIAL ASSIST-
6 ANCE.—
7 "(A) IN GENERAL.—A person or group of
8 persons seeking financial assistance under para-
9 graph (1) shall submit to an agency head an
10 application therefor at such time, in such man-
11 ner, and containing such information as the
12 agency head may require.
13 "(B) REQUIREMENTS.—An application
14 submitted under subparagraph (A) for an insti-
15 tute shall, at a minimum include the following:
16 "(i) A description of the specific
17 sources and amounts of non-Federal finan-
18 cial support for the institute on the date fi-
19 nancial assistance is sought.
20 "(ii) A description of the anticipated
21 sources and amounts of non-Federal finan-
22 cial support during the period for which
23 the institute could be eligible for continued
24 Federal financial assistance under this sec-
25 tion.

WASHSTATEC012708

1608

1 "(4) SELECTION.—

2     "(A) COMPETITIVE, MERIT REVIEW.—In

3 awarding financial assistance under paragraph

4 (1), an agency head shall—

5         "(i) use a competitive, merit review

6         process that includes review by a diverse

7         group of individuals with relevant expertise

8         from both the private and public sectors;

9         and

10        "(ii) ensure that the technology focus

11        of a Manufacturing USA institute does not

12        substantially duplicate the technology focus

13        of any other Manufacturing USA institute.

14    "(B) PARTICIPATION IN PROCESS.—

15        "(i) PROHIBITION ON PARTICIPATION

16        BY POLITICAL APPOINTEES.—The review

17        required by subparagraph (A)(i) may not

18        include a review by a group of individuals

19        that includes a political appointee.

20        "(ii) CONFLICT OF INTEREST POLI-

21        CIES.—Each agency head shall implement

22        a conflict of interest policy that—

23            "(I) ensures public transparency

24            and accountability in the process used

25            under subparagraph (A)(i); and

WASHSTATEC012709

1609

1    "(II) requires full disclosure of
2    any real or potential conflicts of inter-
3    est on the parts of individuals that
4    participate in the process used under
5    subparagraph (A)(i).

6    "(iii) DEFINITION OF POLITICAL AP-
7    POINTEE.—For purposes of this subpara-
8    graph, the term 'political appointee' has
9    the meaning given such term in section
10   714(h) of title 38, United States Code.

11   "(C) CONSIDERATIONS.—In selecting a
12   person or group of persons who submitted an
13   application to an agency head under paragraph
14   (3) for an award of financial assistance under
15   paragraph (1) for a Manufacturing USA insti-
16   tute, the agency head shall consider, at a min-
17   imum, the following:

18   "(i) The potential of the Manufac-
19   turing USA institute to advance domestic
20   manufacturing and the likelihood of eco-
21   nomic impact, including the creation or
22   preservation of jobs, in the predominant
23   focus areas of the institute.

24   "(ii) The commitment of continued fi-
25   nancial support, advice, participation, and

WASHSTATEC012710

1610

1     other contributions from non-Federal

2     sources, to provide leverage and resources

3     to promote a stable and sustainable busi-

4     ness model.

5         "(iii) Whether the financial support

6     provided to the Manufacturing USA insti-

7     tute from non-Federal sources exceeds the

8     requested Federal financial assistance.

9         "(iv) How the Manufacturing USA in-

10     stitute will increase the non-Federal invest-

11     ment in advanced manufacturing research

12     in the United States.

13         "(v) How the Manufacturing USA in-

14     stitute will engage with small and medium-

15     sized manufacturing enterprises to improve

16     the capacity of such enterprises to com-

17     mercialize new processes and technologies

18     and to improve the domestic supply chain.

19         "(vi) How the Manufacturing USA in-

20     stitute will carry out educational and work-

21     force activities that meet industrial needs

22     related to the predominant focus areas of

23     the institute.

24         "(vii) How the Manufacturing USA

25     institute will advance economic competi-

WASHSTATEC012711

1611

tiveness and generate substantial benefits
to the Nation that extend beyond the di-
rect return to participants in the Program.

"(viii) Whether the predominant focus
of the Manufacturing USA institute is a
manufacturing process, novel material, en-
abling technology, supply chain integration
methodology, or other relevant aspect of
advanced manufacturing that has not al-
ready been commercialized, marketed, dis-
tributed, or sold by another entity.

"(ix) How the Manufacturing USA in-
stitute will strengthen and leverage the in-
dustrial, research, entrepreneurship, and
other assets of a region.

"(x) How the Manufacturing USA in-
stitute will encourage the education and
training of veterans and individuals with
disabilities.

"(5) PERFORMANCE MEASUREMENT, TRANS-
PARENCY, AND ACCOUNTABILITY.—For each award
of financial assistance under paragraph (1) by an
agency head, the agency head shall—

"(A) develop metrics to assess the effec-
tiveness of the activities funded in making

WASHSTATEC012712

1612

1  progress toward the purposes of the Program

2  set forth under subsection (b)(2), including the

3  effectiveness of Manufacturing USA institutes

4  in advancing technology readiness levels or

5  manufacturing readiness levels;

6  ''(B) establish standards for the perform-

7  ance of Manufacturing USA institutes that are

8  based on the metrics developed under subpara-

9  graph (A); and

10  ''(C) for each Manufacturing USA insti-

11  tute supported by the award, 5 years after the

12  initial award and every 5 years thereafter until

13  Federal financial assistance under this sub-

14  section is discontinued, conduct an assessment

15  of the institute to confirm whether the perform-

16  ance of the institute is meeting the standards

17  for performance established under subpara-

18  graph (B).

19  ''(6) COLLABORATION.—In awarding financial

20  assistance under paragraph (1), an agency head, in

21  coordination with the National Program Office, as

22  the agency head considers appropriate, may collabo-

23  rate with Federal departments and agencies whose

24  missions contribute to or are affected by advanced

25  manufacturing, including, as the agency head con-

WASHSTATEC012713

1613

1 siders appropriate, the Department of Agriculture,
2 the Department of Defense, the Department of Edu-
3 cation, the Department of Energy, the Department
4 of Labor, the Food and Drug Administration, the
5 National Aeronautics and Space Administration, the
6 National Institutes of Health, and the National
7 Science Foundation.

8     ''(7) MATCHING FUNDS AND PREFERENCES.—

9         ''(A) IN GENERAL.—Except as provided in
10 subparagraph (B), an agency head may not,
11 with respect to a Manufacturing USA institute,
12 award financial assistance under paragraph (1)
13 or renew an award of financial assistance under
14 paragraph (2) unless the agency head deter-
15 mines that non-Federal funding comprises 50
16 percent or more of the total amount of funding
17 made available for the operation and support of
18 the institute.

19         ''(B) WAIVERS.—An agency head awarding
20 financial assistance under paragraph (1) with
21 respect to a Manufacturing USA institute may
22 waive the requirements of subparagraph (A) in
23 the case of satellite centers, large capital facili-
24 ties, equipment purchases, workforce develop-
25 ment, or general operations.

WASHSTATEC012714

1614

1    "(f) GRANT PROGRAM FOR PUBLIC SERVICE ACTIVI-
2    TIES FOR MANUFACTURING USA INSTITUTES WITHOUT
3    FEDERAL FUNDING.—The Secretary may award a grant
4    on a competitive basis to a Manufacturing USA institute
5    that is not receiving financial assistance under subsection
6    (e) to carry out workforce development, outreach to small-
7    and medium-sized manufacturers, and other activities
8    that—

9        "(1) are determined by the Secretary to be in
10        the national interest; and

11        "(2) are unlikely to receive private sector finan-
12        cial support.

13    "(g) AUTHORIZATION OF APPROPRIATIONS.—

14        "(1) NIST INDUSTRIAL TECHNICAL SERVICES
15        ACCOUNT.—To the extent provided for in advance by
16        appropriations Acts, the Secretary may use amounts
17        appropriated to the Industrial Technical Services ac-
18        count to carry out this section as follows:

19            "(A) For each of the fiscal years 2015
20            through 2019, an amount not to exceed
21            $5,000,000.

22            "(B) For each of fiscal years 2020 through
23            2030, such amounts as may be necessary to
24            carry out this section.

WASHSTATEC012715

1615

1     ''(2) DEPARTMENT OF ENERGY.—There are au-
2 thorized to be appropriated to the Secretary of En-
3 ergy for the provision of financial assistance under
4 subsection (e) by the Department of Energy
5 amounts as follows:
6     ''(A) $70,000,000 for each of fiscal years
7 2020, 2021, and 2022.
8     ''(B) $84,000,000 for each of fiscal years
9 2023 and 2024.
10 ''(h) NATIONAL PROGRAM OFFICE.—
11     ''(1) ESTABLISHMENT.—The Secretary shall es-
12 tablish, within the Institute, the National Office of
13 the Manufacturing USA Network (referred to in this
14 section as the 'National Program Office'), which
15 shall oversee and carry out the Program.
16     ''(2) FUNCTIONS.—The functions of the Na-
17 tional Program Office are—
18     ''(A) to oversee the planning, management,
19 and coordination of the Program;
20     ''(B) to coordinate with and, as appro-
21 priate, enter into memorandums of under-
22 standing with Federal departments and agen-
23 cies whose missions contribute to or are af-
24 fected by advanced manufacturing, including
25 the Department of Agriculture, the Department

WASHSTATEC012716

1616

1     of Defense, the Department of Education, the

2     Department of Energy, the Department of

3     Labor, the Food and Drug Administration, the

4     National Aeronautics and Space Administra-

5     tion, the National Institutes of Health, and the

6     National Science Foundation, to carry out the

7     purposes set forth under subsection (b)(2);

8        ''(C) to develop, not later than December

9     16, 2015, and update not less frequently than

10     once every 3 years thereafter, a strategic plan

11     to guide the Program;

12        ''(D) to establish such procedures, proc-

13     esses, and criteria as may be necessary and ap-

14     propriate to maximize cooperation and coordi-

15     nate the activities of the Program with pro-

16     grams and activities of other Federal depart-

17     ments and agencies whose missions contribute

18     to or are affected by advanced manufacturing;

19        ''(E) to establish a clearinghouse of public

20     information related to the activities of the Pro-

21     gram;

22        ''(F) to act as a convener of the Network;

23        ''(G) to work with Federal agencies that

24     are not sponsoring or supporting a Manufac-

25     turing USA institute to explore and develop op-

WASHSTATEC012717

1617

1  tions for sponsoring or supporting a Manufac-

2  turing USA institute;

3      ''(H) to work with Federal agencies that

4  are sponsoring or supporting a Manufacturing

5  USA institute to develop and implement net-

6  work-wide performance goals with measurable

7  targets and timelines;

8      ''(I) to help develop pilot programs that

9  may be implemented by the Manufacturing

10  USA institutes to address specific purposes of

11  the Program, including to accelerate technology

12  transfer to the private sector and to develop en-

13  trepreneurship programs;

14      ''(J) to provide support services to promote

15  workforce development activities;

16      ''(K) to identify and disseminate best prac-

17  tices  for  workforce  education  and  training

18  across the Network and further enhance col-

19  laboration  among  Manufacturing  USA  insti-

20  tutes  in  developing  and  implementing  such

21  practices;

22      ''(L) to collaborate with the Department of

23  Labor, the Department of Education, industry,

24  career  and  technical  education  schools,  local

25  community colleges, universities, and labor or-

WASHSTATEC012718

1618

1    ganizations to provide input, as appropriate, for

2    the development of national certifications for

3    advanced manufacturing workforce skills in the

4    technology areas of the Manufacturing USA in-

5    stitutes; and

6        ''(M) to coordinate with Manufacturing

7    USA institutes to develop best practices for the

8    membership agreements and coordination of

9    similar project solicitations.

10    ''(3) RECOMMENDATIONS.—In developing and

11    updating the strategic plan under paragraph (2)(C),

12    the Secretary shall solicit recommendations and ad-

13    vice from a wide range of stakeholders, including in-

14    dustry, small and medium-sized manufacturing en-

15    terprises, research universities, community colleges,

16    State, Tribal, and local governments, and other rel-

17    evant organizations and institutions on an ongoing

18    basis.

19    ''(4) REPORT TO CONGRESS.—Upon completion,

20    the Secretary shall transmit the strategic plan re-

21    quired under paragraph (2)(C) to the Committee on

22    Commerce, Science, and Transportation of the Sen-

23    ate and the Committee on Science, Space, and Tech-

24    nology of the House of Representatives.

WASHSTATEC012719

1619

1    "(5) HOLLINGS MANUFACTURING EXTENSION

2    PARTNERSHIP.—

3        "(A) IN GENERAL.—The Secretary shall

4    ensure that the National Program Office

5    leverages the capabilities of the Hollings Manu-

6    facturing Extension Partnership into Program

7    planning to ensure—

8            "(i) significant outreach to, participa-

9        tion of, and engagement of small- and me-

10       dium-sized manufacturers in Manufac-

11       turing USA institutes across the entirety

12       of the manufacturing supply chain; and

13           "(ii) that the results of the Program,

14       including technologies developed by the

15       Program, reach small- and medium-sized

16       manufacturers and that such entities have

17       access to technical assistance, as appro-

18       priate, in deploying those technologies.

19       "(B) LIAISONS.—The Secretary may pro-

20   vide financial assistance to a manufacturing ex-

21   tension center established as part of the Hol-

22   lings Manufacturing Extension Partnership to

23   support the purposes of the Program by pro-

24   viding services in one or more of the following

25   areas:

WASHSTATEC012720

1620

1        "(i) Support services for small- and

2        medium-sized manufacturers, that many

3        include the designation of a liaison.

4        "(ii) Assistance with workforce devel-

5        opment.

6        "(iii) Technology transfer for small

7        and medium-sized manufacturers.

8        "(iv) Such other areas as the Sec-

9        retary determines appropriate to support

10        the purposes of the Program.

11     "(6) DETAILEES.—Any Federal Government

12 employee may be detailed to the National Program

13 Office without reimbursement. Such detail shall be

14 without interruption or loss of civil service status or

15 privilege.

16     "(i) REPORTING AND AUDITING.—

17       "(1) ANNUAL REPORTS TO THE SECRETARY.—

18        "(A) IN GENERAL.—Not less frequently

19        than once each year, each agency head that is

20        providing financial assistance under subsection

21        (e) shall—

22        "(i) require each recipient of such fi-

23        nancial assistance submit to the agency

24        head a report that describes the finances

25        and performance of the Manufacturing

WASHSTATEC012721

1621

1      USA institute with respect to which the fi-

2      nancial assistance is awarded; and

3           "(ii) submit to the Secretary each re-

4      port received by the agency head under

5      clause (i).

6           "(B) ELEMENTS.—Each report submitted

7 under subparagraph (A) shall include:

8           "(i) an accounting of expenditures of

9      amounts awarded to the recipient under

10      subsection (e); and

11           "(ii) consistent with the standards for

12      performance established under subsection

13      (e)(5)(B), a description of the performance

14      of the Manufacturing USA institute with

15      respect to—

16           "(I) its goals, plans, financial

17      support, and accomplishments; and

18           "(II) how the Manufacturing

19      USA institute has furthered the pur-

20      poses set forth under subsection

21      (b)(2).

22      "(2) ANNUAL REPORTS TO CONGRESS.—

23      "(A) IN GENERAL.—Not less frequently

24 than once each year until December 31, 2030,

25 the Secretary shall submit a report to Congress

WASHSTATEC012722

1622

1 that describes the performance of the Program

2 during the most recent 1-year period.

3     "(B) ELEMENTS.—Each report submitted

4 under subparagraph (A) shall include, for the

5 period covered by the report—

6       "(i) a summary and assessment of the

7 reports received by the Secretary under

8 paragraph (1);

9       "(ii) an accounting of the funds ex-

10 pended by the Secretary under the Pro-

11 gram, including any waivers made under

12 subsection (e)(7)(B);

13       "(iii) an assessment of the participa-

14 tion in, and contributions to, the Network

15 by any Manufacturing USA institutes not

16 receiving financial assistance under sub-

17 section (e); and

18       "(iv) an assessment of the Program

19 with respect to meeting the purposes set

20 forth under subsection (b)(2).

21     "(3) ASSESSMENTS BY COMPTROLLER GENERAL

22 OF THE UNITED STATES.—

23       "(A) ASSESSMENTS.—Not less frequently

24 than once every 3 years, the Comptroller Gen-

25 eral of the United States shall submit to Con-

WASHSTATEC012723

1623

1   gress an assessment of the operation of the

2   Program during the most recent 3-year period,

3   including an assessment of the progress made

4   towards achieving the goals specified in the na-

5   tional strategic plan for advanced manufac-

6   turing required under section 102(b)(7) of the

7   America COMPETES Reauthorization Act of

8   2010 (42 U.S.C. 6622(b)(7)).

9       ''(B) ELEMENTS.—Each assessment sub-

10  mitted under subparagraph (A) shall include,

11  for the period covered by the report—

12          ''(i) a review of the management, co-

13      ordination, and industry utility of the Pro-

14      gram;

15          ''(ii) an assessment of the extent to

16      which the Program has furthered the pur-

17      poses set forth under subsection (b)(2);

18          ''(iii) such recommendations for legis-

19      lative and administrative action as the

20      Comptroller General considers appropriate

21      to improve the Program; and

22          ''(iv) an assessment as to whether any

23      prior recommendations for improvement

24      made by the Comptroller General have

25      been implemented or adopted.

WASHSTATEC012724

1624

1       "(C) FINAL ASSESSMENT.—No later than

2       December 31, 2030, the Comptroller General

3       shall submit to Congress a final report regard-

4       ing the overall success of the Program.

5   "(j) ADDITIONAL AUTHORITIES.—

6       "(1) APPOINTMENT OF PERSONNEL AND CON-

7   TRACTS.—The Secretary may appoint such per-

8   sonnel and enter into such contracts, financial as-

9   sistance agreements, and other agreements as the

10  Secretary considers necessary or appropriate to

11  carry out the Program, including support for re-

12  search and development activities involving a Manu-

13  facturing USA institute.

14      "(2) TRANSFER OF FUNDS.—Of amounts avail-

15  able under the authority provided by subsection (g),

16  the Secretary may transfer to other Federal agencies

17  such sums as the Secretary considers necessary or

18  appropriate to carry out the Program. No funds so

19  transferred may be used to reimburse or otherwise

20  pay for the costs of financial assistance incurred or

21  commitments of financial assistance made prior to

22  December 16, 2014.

23      "(3) AUTHORITY OF OTHER AGENCIES.—In the

24  event that the Secretary exercises the authority to

25  transfer funds to another agency under paragraph

WASHSTATEC012725

1625

1  (2), such agency may accept such funds to award

2  and administer, under the same conditions and con-

3  straints applicable to the Secretary, all aspects of fi-

4  nancial assistance awards under this section.

5      "(4) USE OF RESOURCES.—In furtherance of

6  the purposes of the Program, the Secretary may use,

7  with the consent of a covered entity and with or

8  without reimbursement, the land, services, equip-

9  ment, personnel, and facilities of such covered entity.

10      "(5) ACCEPTANCE OF RESOURCES.—In addition

11  to amounts appropriated to carry out the Program,

12  the Secretary may accept funds, services, equipment,

13  personnel, and facilities from any covered entity to

14  carry out the Program, subject to the same condi-

15  tions and constraints otherwise applicable to the

16  Secretary under this section and such funds may

17  only be obligated to the extent provided for in ad-

18  vance by appropriations Acts.

19      "(6) COVERED ENTITIES.—For purposes of this

20  subsection, a covered entity is any Federal depart-

21  ment, Federal agency, instrumentality of the United

22  States, State, local government, Tribal government,

23  territory, or possession of the United States, or of

24  any political subdivision thereof, or international or-

WASHSTATEC012726

1626

1  ganization, or any public or private entity or indi-
2  vidual.

3  "(7) COLLABORATIONS WITH OTHER AGEN-
4  CIES.—The Secretary shall collaborate with Federal
5  agencies whose missions contribute to, or are af-
6  fected by, advanced manufacturing to identify and
7  leverage existing resources at such Federal agencies
8  to assist Manufacturing USA institutes in carrying
9  out the purposes of the Program set forth under
10  subsection (b)(2). Such existing resources may in-
11  clude programs—

12  "(A) at the Department of Labor relating
13  to labor and apprenticeships;

14  "(B) at the Economic Development Ad-
15  ministration relating to regional innovation,
16  such as the Regional Innovation Strategies pro-
17  gram;

18  "(C) at the Department of Education re-
19  lating to workforce development, education,
20  training, and retraining;

21  "(D) at the Department of Defense relat-
22  ing to procurement and other authorities of the
23  Department of Defense;

24  "(E) at the Food and Drug Administration
25  relating to biopharmaceutical manufacturing;

WASHSTATEC012727

1627

1         "(F) at the National Science Foundation,
2 including the Advanced Technological Edu-
3 cation program;

4         "(G) at the National Aeronautics and
5 Space Administration relating to procurement,
6 workforce development, education, training, and
7 retraining;

8         "(H) at the Department of Energy relating
9 to development of clean energy technologies and
10 other authorities of the Department of Energy;

11         "(I) at the Department of Agriculture re-
12 lating to outreach to rural communities;

13         "(J) additional programs that the Sec-
14 retary determines are appropriate to support
15 the activities of existing Manufacturing USA
16 institutes; and

17         "(K) additional programs that the Sec-
18 retary determines are appropriate to support
19 the activities of existing Manufacturing USA
20 institutes.

21   "(k) PATENTS.—Chapter 18 of title 35, United
22 States Code, shall apply to any funding agreement (as de-
23 fined in section 201 of that title) awarded to new or exist-
24 ing Manufacturing USA institutes with respect to which
25 financial assistance is awarded under subsection (e).

WASHSTATEC012728

1628

1 "(l) REFERENCES TO PRIOR NAMES AND TERMI-
2 NOLOGY.—Any reference in law, regulation, map, docu-
3 ment, paper, or other record of the United States to the
4 'Network for Manufacturing Innovation Program', the
5 'Network for Manufacturing Innovation', 'National Office
6 of the Network for Manufacturing Innovation Program',
7 or a 'center for manufacturing innovation' shall be consid-
8 ered to be a reference to the Manufacturing USA Pro-
9 gram, the Manufacturing USA Network, the National Of-
10 fice of the Manufacturing USA Network, or a Manufac-
11 turing USA institute, respectively.''.

12 (b) EXPANSION OF MANUFACTURING USA NET-
13 WORK.—Subject to the availability of appropriations, the
14 Secretary of Commerce shall take such actions as may be
15 necessary to increase the number of Manufacturing USA
16 institutes that participate in the Manufacturing USA Net-
17 work.

**18 SEC. 1742. REGIONAL INNOVATION PROGRAM.**

19 Section 27 of the Stevenson-Wydler Technology Inno-
20 vation Act of 1980 (15 U.S.C. 3722) is amended to read
21 as follows:

**22 "SEC. 27. REGIONAL INNOVATION PROGRAM.**

23 "(a) DEFINITIONS.—In this section:

24 "(1) ELIGIBLE RECIPIENT.—The term 'eligible
25 recipient' means—

WASHSTATEC012729

1629

1    ''(A) a State;

2    ''(B) an Indian tribe;

3    ''(C) a city or other political subdivision of

4    a State;

5    ''(D) an entity that—

6    ''(i) is a nonprofit organization, an in-

7    stitution of higher education, a public-pri-

8    vate partnership, a science or research

9    park, a Federal laboratory, a venture de-

10   velopment organization, or an economic de-

11   velopment organization or similar entity

12   that is focused primarily on improving

13   science, technology, innovation, or entre-

14   preneurship; and

15   ''(ii) has an application submitted

16   under subsection (c)(4) that is supported

17   by a State or a political subdivision of a

18   State; or

19   ''(E) a consortium of any of the entities

20   described in subparagraphs (A) through (D).

21   ''(2) REGIONAL INNOVATION INITIATIVE.—The

22   term 'regional innovation initiative' means a geo-

23   graphically-bounded public or nonprofit activity or

24   program to address issues in the local innovation

25   systems in order to—

WASHSTATEC012730

1630

1   "(A) increase the success of innovation-
2   driven industry;

3   "(B) strengthen the competitiveness of in-
4   dustry through new product innovation and new
5   technology adoption;

6   "(C) improve the pace of market readiness
7   and overall commercialization of innovative re-
8   search;

9   "(D) enhance the overall innovation capac-
10   ity and long-term resilience of the region;

11   "(E) leverage the region's unique competi-
12   tive strengths to stimulate innovation; and

13   "(F) increase the number of full-time
14   equivalent employment opportunities within in-
15   novation-based business ventures in the geo-
16   graphic region.

17   "(3) STATE.—The term 'State' means one of
18   the several States of the United States, the District
19   of Columbia, the Commonwealth of Puerto Rico, the
20   United States Virgin Islands, Guam, American
21   Samoa, the Commonwealth of the Northern Mariana
22   Islands, or any other territory or possession of the
23   United States.

24   "(4) VENTURE DEVELOPMENT ORGANIZA-
25   TION.—The term 'venture development organization'

WASHSTATEC012731

1631

1 means a State or nonprofit organization that con-
2 tributes to regional or sector-based economic pros-
3 perity by providing services for the purposes of ac-
4 celerating the commercialization of research.

5 "(b) ESTABLISHMENT.—The Secretary shall estab-
6 lish a regional innovation program to encourage and sup-
7 port the development of regional innovation strategies de-
8 signed to increase innovation-driven economic opportunity
9 within their respective regions.

10 "(c) REGIONAL INNOVATION GRANTS.—

11     "(1) AUTHORIZATION OF GRANTS.—As part of
12 the program established pursuant to subsection (b),
13 the Secretary may award grants, on a competitive
14 basis, to eligible recipients for activities designed to
15 develop and support a regional innovation initiative.

16     "(2)   PERMISSIBLE   ACTIVITIES.—A   grant
17 awarded under this subsection shall be used for mul-
18 tiple activities determined appropriate by the Sec-
19 retary, including—

20         "(A) planning, technical assistance, and
21     communication among participants of a re-
22     gional innovation initiative to improve the con-
23     nectedness and strategic orientation of the re-
24     gional innovation initiative;

WASHSTATEC012732

1632

1          "(B) attracting additional participants to a
2      regional innovation initiative;

3          "(C) increasing the availability and invest-
4      ment of private and philanthropic financing
5      that supports innovation-based business ven-
6      tures; and

7          "(D) facilitating commercialization of
8      products, processes, and services, including
9      through demonstration, deployment, technology
10     transfer, and entrepreneurial activities.

11     "(3) RESTRICTED ACTIVITIES.—Grants award-
12  ed under this subsection may not be used to pay
13  for—

14         "(A) costs related to the recruitment, in-
15     ducement, or associated financial or tangible in-
16     centives that might be offered to relocate an ex-
17     isting business from a geographic area to an-
18     other geographic area; or

19         "(B) costs associated with offsetting reve-
20     nues forgone by 1 or more taxing authorities
21     through tax incentives, tax increment financing,
22     special improvement districts, tax abatements
23     for private development within designated zones
24     or geographic areas, or other reduction in reve-

WASHSTATEC012733

1633

1 nues resulting from tax credits affecting the ge-

2 ographic region of the eligible recipients.

3 "(4) APPLICATIONS.—

4     "(A) IN GENERAL.—An eligible recipient

5 shall submit an application to the Secretary at

6 such time, in such manner, and containing such

7 information and assurances as the Secretary

8 may require.

9     "(B) COMPONENTS.—Each application

10 submitted under subparagraph (A) shall—

11         "(i) describe the regional innovation

12 initiative;

13         "(ii) indicate whether the regional in-

14 novation initiative is supported by the pri-

15 vate sector, State and local governments,

16 and other relevant stakeholders;

17         "(iii) identify what activities the re-

18 gional innovation initiative will undertake;

19         "(iv) describe the expected outcomes

20 of the regional innovation initiative and the

21 metrics the eligible recipient will use to as-

22 sess progress toward those outcomes;

23         "(v) indicate whether the participants

24 in the regional innovation initiative have

25 access to, or contribute to, a well-trained

WASHSTATEC012734

1634

1      workforce and other innovation assets that

2      are critical to the successful outcomes

3      specified in the application;

4           ''(vi) indicate whether the participants

5      in the regional innovation initiative are ca-

6      pable of attracting additional funds from

7      non-Federal sources; and

8           ''(vii) if appropriate for the activities

9      proposed in the application, analyze the

10     likelihood that the participants in the re-

11     gional innovation initiative will be able to

12     sustain activities after grant funds received

13     under this subsection have been expended.

14     ''(C) FEEDBACK.—The Secretary shall

15 provide feedback to program applicants that are

16 not awarded grants to help them improve future

17 applications.

18     ''(D) SPECIAL CONSIDERATIONS.—The

19 Secretary shall give special consideration to—

20      ''(i) applications proposing to include

21     workforce or training related activities in

22     their regional innovation initiative from eli-

23     gible recipients who agree to collaborate

24     with local workforce investment area

25     boards; and

WASHSTATEC012735

1635

1             "(ii) applications from regions that

2             contain communities negatively impacted

3             by trade.

4         "(5) COST SHARE.—The Secretary may not

5 provide more than 50 percent of the total cost of

6 any activity funded under this subsection.

7         "(6) OUTREACH TO RURAL COMMUNITIES.—

8 The Secretary shall conduct outreach to public and

9 private sector entities in rural communities to en-

10 courage those entities to participate in regional inno-

11 vation initiatives under this subsection.

12         "(7) GEOGRAPHIC DISTRIBUTION.—In con-

13 ducting a competitive process, the Secretary shall

14 avoid undue geographic concentration among any

15 one category of States based on their predominant

16 rural or urban character as indicated by population

17 density.

18         "(8) FUNDING.—The Secretary may accept

19 funds from other Federal agencies to support grants

20 and activities under this subsection.

21     "(d) REGIONAL INNOVATION RESEARCH AND INFOR-

22 MATION PROGRAM.—

23         "(1) IN GENERAL.—As part of the program es-

24 tablished pursuant to subsection (b), the Secretary

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012736

1636

1  shall establish a regional innovation research and in-
2  formation program—

3      ''(A) to gather, analyze, and disseminate
4  information on best practices for regional inno-
5  vation initiatives, including information relating
6  to how innovation, productivity, and economic
7  development can be maximized through such
8  strategies;

9      ''(B) to provide technical assistance, in-
10  cluding through the development of technical
11  assistance guides, for the development and im-
12  plementation of regional innovation initiatives;

13      ''(C) to support the development of rel-
14  evant metrics and measurement standards to
15  evaluate regional innovation initiatives, includ-
16  ing the extent to which such strategies stimu-
17  late innovation, productivity, and economic de-
18  velopment; and

19      ''(D) to collect and make available data on
20  regional innovation initiatives in the United
21  States, including data on—

22          ''(i) the size, specialization, and com-
23  petitiveness of regional innovation initia-
24  tives;

WASHSTATEC012737

1637

1    "(ii) the regional domestic product
2    contribution, total jobs and earnings by
3    key occupations, establishment size, nature
4    of specialization, patents, Federal research
5    and development spending, and other rel-
6    evant information for regional innovation
7    initiatives; and

8    "(iii) supply chain product and service
9    flows within and between regional innova-
10   tion initiatives.

11   "(2) RESEARCH GRANTS.—The Secretary may
12   award research grants on a competitive basis to sup-
13   port and further the goals of the program estab-
14   lished under this section.

15   "(3) DISSEMINATION OF INFORMATION.—Data
16   and analysis compiled by the Secretary under the
17   program established in this subsection shall be made
18   available to other Federal agencies, State and local
19   governments, and nonprofit and for-profit entities.

20   "(4) REGIONAL INNOVATION GRANT PRO-
21   GRAM.—The Secretary shall incorporate data and
22   analysis relating to any grant awarded under sub-
23   section (c) into the program established under this
24   subsection.

25   "(e) INTERAGENCY COORDINATION.—

WASHSTATEC012738

1638

1 "(1) IN GENERAL.—To the maximum extent

2 practicable, the Secretary shall ensure that the ac-

3 tivities carried out under this section are coordinated

4 with, and do not duplicate the efforts of, other pro-

5 grams at the Department of Commerce or at other

6 Federal agencies.

7 "(2) COLLABORATION.—

8 "(A) IN GENERAL.—The Secretary shall

9 explore and pursue collaboration with other

10 Federal agencies, including through multi-agen-

11 cy funding opportunities, on regional innovation

12 strategies.

13 "(B) SMALL BUSINESSES.—The Secretary

14 shall ensure that such collaboration with Fed-

15 eral agencies prioritizes the needs and chal-

16 lenges of small businesses.

17 "(f) EVALUATION.—

18 "(1) IN GENERAL.—Not later than 5 years

19 after Congress first appropriates funds to carry out

20 this section, the Secretary shall competitively award

21 a contract with an independent entity to conduct an

22 evaluation of programs established under this sec-

23 tion.

24 "(2) REQUIREMENTS.—The evaluation con-

25 ducted under paragraph (1) shall include—

WASHSTATEC012739

1639

1   "(A) an assessment of whether the pro-
2   gram is achieving its goals;

3   "(B) the program's efficacy in providing
4   awards to geographically diverse entities;

5   "(C) any recommendations for how the
6   program may be improved; and

7   "(D) a recommendation as to whether the
8   program should be continued or terminated.

9   "(g) REPORTING REQUIREMENT.—Not later than 5
10  years after the first grant is awarded under subsection (c),
11  and every 5 years thereafter until 5 years after the last
12  grant recipient completes the regional innovation initiative
13  for which such grant was awarded, the Secretary shall
14  submit a summary report to Congress that describes the
15  outcome of each regional innovation initiative that was
16  completed during the previous 5 years.

17  "(h) FUNDING.—From amounts appropriated by
18  Congress to the Secretary, the Secretary may use up to
19  $50,000,000 in each of the fiscal years 2020 through 2024
20  to carry out this section.".

21  **SEC. 1743. AVIATION WORKFORCE DEVELOPMENT.**

22  (a) IN GENERAL.—Section 625(c)(1) of the FAA Re-
23  authorization Act of 2018 (Public Law 115–254) is
24  amended—

WASHSTATEC012740

1640

1       (1) in subparagraph (C), by striking "or" after

2    the semicolon;

3       (2) in subparagraph (D), by striking the period

4    and inserting "; or"; and

5       (3) by adding at the end the following:

6          "(E) an organization representing aircraft

7       users, aircraft owners, or aircraft pilots.".

8    (b) EFFECTIVE DATE.—The amendments made by

9  subsection (a) shall take effect as if included in the enact-

10  ment of the FAA Reauthorization Act of 2018 (Public

11  Law 115–254).

**12  SEC. 1744. OVERSIGHT OF DEPARTMENT OF DEFENSE EXE-**

**13            CUTE ORDERS.**

14    (a) REVIEW OF EXECUTE ORDERS.—Not later than

15  30 days after receiving a written request by the Chairman

16  or Ranking Member of a congressional defense committee,

17  the Secretary of Defense shall provide the committee, in-

18  cluding appropriately designated staff of the committee,

19  with—

20       (1) an execute order approved by the Secretary

21    or the commander of a combatant command for re-

22    view; and

23       (2) a detailed briefing on such execute order.

24    (b) EXCEPTION.—

WASHSTATEC012741

1641

1     (1) IN GENERAL.—In extraordinary cir-
2 cumstances necessary to protect operations security
3 or the sensitivity of the execute order, the Secretary
4 may limit review of an execute order. A determina-
5 tion that extraordinary circumstances exist for pur-
6 poses of this paragraph may only be made by the
7 Secretary and the decision to limit the review of an
8 execute order may not be delegated.

9     (2) SUMMARY AND OTHER INFORMATION.—In
10 extraordinary circumstances described in paragraph
11 (1) with respect to an execute order, within 30 days
12 of receiving a written request under subsection (a),
13 the Secretary shall provide to the committee con-
14 cerned, including appropriately designated staff of
15 the committee—

16     (A) a written explanation of the extraor-
17     dinary circumstances that led to the determina-
18     tion by the Secretary to limit review of the exe-
19     cute order; and

20     (B) a detailed summary of the execute
21     order and other information necessary for the
22     conduct of the oversight duties of the com-
23     mittee.

24 (c) QUARTERLY REPORT.—Not later than 30 days
25 after the date on which the budget of the President is sub-

WASHSTATEC012742

1642

1 mitted to Congress under section 1105(a) of title 31,
2 United States Code, for fiscal year 2021 and every 90
3 days thereafter, the Secretary of Defense shall submit to
4 the congressional defense committees a comprehensive re-
5 port identifying and summarizing all execute orders ap-
6 proved by the Secretary or the commander of a combatant
7 command in effect for the Department of Defense as of
8 the date of the report.

9 **SEC. 1745. PROCESSES AND PROCEDURES FOR NOTIFICA-**
10 **TIONS REGARDING SPECIAL OPERATIONS**
11 **FORCES.**

12     (a) IN GENERAL.—Not later than 180 days after the
13 date of the enactment of this Act, the Secretary of Defense
14 shall establish and submit to the congressional defense
15 committees processes and procedures for providing notifi-
16 cations to the committees regarding members of special
17 operations forces, as identified in section 167(j) of title
18 10, United States Code.

19     (b) PROCESSES AND PROCEDURES.—The processes
20 and procedures established under subsection (a) shall—

21         (1) clarify the roles and responsibilities of the
22     Secretaries of the military departments, the Assist-
23     ant Secretary of Defense for Special Operations and
24     Low Intensity Conflict, and the Commander of
25     United States Special Operations Command;

WASHSTATEC012743

1643

1     (2) provide guidance relating to the types of

2 matters that would warrant congressional notifica-

3 tion, including awards, reprimands, incidents, and

4 any other matters the Secretary determines nec-

5 essary;

6     (3) be consistent with the national security of

7 the United States;

8     (4) be designed to protect sensitive information

9 during an ongoing investigation;

10     (5) account for the privacy of members of the

11 Armed Forces; and

12     (6) take in to account existing processes and

13 procedures for notifications to the congressional de-

14 fense committees regarding members of the conven-

15 tional Armed Forces.

## SEC. 1746. SECURING AMERICAN SCIENCE AND TECH-
## NOLOGY.

18 (a) INTERAGENCY WORKING GROUP.—

19     (1) IN GENERAL.—The Director of the Office of

20 Science and Technology Policy, acting through the

21 National Science and Technology Council, in con-

22 sultation with the National Security Advisor, shall

23 establish or designate an interagency working group

24 to coordinate activities to protect federally funded

25 research and development from foreign interference,

WASHSTATEC012744

1644

1  cyber attacks, theft, or espionage and to develop

2  common definitions and best practices for Federal

3  science agencies and grantees, while accounting for

4  the importance of the open exchange of ideas and

5  international talent required for scientific progress

6  and American leadership in science and technology.

7     (2) MEMBERSHIP.—

8       (A) IN GENERAL.—The working group

9    shall include at least one representative of—

10      (i) the National Science Foundation;

11      (ii) the Department of Energy;

12      (iii) the National Aeronautics and

13   Space Administration;

14      (iv) the Department of Commerce;

15      (v) the Department of Health and

16   Human Services;

17      (vi) the Department of Defense;

18      (vii) the Department of Agriculture;

19      (viii) the Department of Education;

20      (ix) the Department of State;

21      (x) the Department of the Treasury;

22      (xi) the Department of Justice;

23      (xii) the Department of Homeland Se-

24   curity;

25      (xiii) the Central Intelligence Agency;

WASHSTATEC012745

1645

   (xiv) the Office of the Director of National Intelligence;

   (xv) the Office of Management and Budget;

   (xvi) the National Economic Council; and

   (xvii) such other Federal department or agency as the President considers appropriate.

  (B) CHAIR.—The working group shall be chaired by the Director of the Office of Science and Technology Policy (or the Director's designee).

  (3) RESPONSIBILITIES OF THE WORKING GROUP.—The working group established under paragraph (1) shall—

   (A) identify known and potential cyber, physical, and human intelligence threats and vulnerabilities within the United States scientific and technological enterprise;

   (B) coordinate efforts among agencies to share and update important information, including specific examples of foreign interference, cyber attacks, theft, or espionage directed at federally funded research and develop-

WASHSTATEC012746

1646

1   ment or the integrity of the United States sci-

2   entific enterprise;

3       (C) identify and assess existing mecha-

4   nisms for protection of federally funded re-

5   search and development;

6       (D) develop an inventory of—

7           (i) terms and definitions used across

8       Federal science agencies to delineate areas

9       that may require additional protection; and

10          (ii) policies and procedures at Federal

11      science agencies regarding protection of

12      federally funded research; and

13      (E) develop and periodically update unclas-

14  sified recommendations for policy guidance to

15  assist Federal science agencies and grantees in

16  defending against threats to federally funded

17  research and development and the integrity of

18  the United States scientific enterprise that—

19          (i) includes—

20              (I) descriptions of known and po-

21          tential threats to federally funded re-

22          search and development and the integ-

23          rity of the United States scientific en-

24          terprise;

WASHSTATEC012747

1     (II) common definitions and ter-

2 minology for categorization of re-

3 search and technologies that are pro-

4 tected;

5     (III) identified areas of research

6 or technology that might require addi-

7 tional protection;

8     (IV) recommendations for how

9 control mechanisms can be utilized to

10 protect federally funded research and

11 development from foreign interference,

12 cyber attacks, theft or espionage, in-

13 cluding any recommendations for up-

14 dates to existing control mechanisms;

15     (V) recommendations for best

16 practices for Federal science agencies,

17 universities, and grantees to defend

18 against threats to federally funded re-

19 search and development, including co-

20 ordination and harmonization of any

21 relevant reporting requirements that

22 Federal science agencies implement

23 for grantees, and by providing such

24 best practices with grantees and uni-

25 versities at the time of awarding such

WASHSTATEC012748

1648

1 grants or entering into research con-
2 tracts;

3 (VI) a remediation plan for
4 grantees and universities to mitigate
5 the risks regarding such threats be-
6 fore research grants or contracts are
7 cancelled because of such threats;

8 (VII) recommendations for pro-
9 viding opportunities and facilities for
10 academic researchers to perform con-
11 trolled and classified research in sup-
12 port of Federal missions;

13 (VIII) assessments of potential
14 consequences that any proposed prac-
15 tices would have on international col-
16 laboration and United States leader-
17 ship in science and technology; and

18 (IX) a classified addendum as
19 necessary to further inform Federal
20 science agency decisionmaking; and

21 (ii) accounts for the range of needs
22 across different sectors of the United
23 States science and technology enterprise.

24 (4) POLICY GUIDANCE.—Not later than 270
25 days after the date of the enactment of this Act, the

WASHSTATEC012749

1649

1    Director of the Office of Science and Technology

2    Policy, in consultation with the working group estab-

3    lished under paragraph (1), shall—

4         (A) develop and issue policy guidance to

5        Federal science agencies with more than

6        $100,000,000 in extramural research in fiscal

7        year 2018 to protect against threats to federally

8        funded research and the United States science

9        enterprise, including foreign interference, cyber

10       attacks, theft, or espionage; and

11        (B) encourage consistency in the policies

12       developed by Federal science agencies with

13       more than $100,000,000 in extramural research

14       in fiscal year 2018, as appropriate, and fac-

15       toring in the potential range of applications

16       across different areas of science and technology.

17    (5) COORDINATION WITH NATIONAL ACADEMIES

18    ROUNDTABLE.—The Director of the Office of

19    Science and Technology Policy shall coordinate with

20    the Academies to ensure that at least one member

21    of the interagency working group is also a member

22    of the roundtable under subsection (b).

23    (6) INTERIM REPORT.—Not later than six

24    months after the date of enactment of this Act, the

25    Director of the Office of Science and Technology

WASHSTATEC012750

1650

1      Policy shall provide a report to the relevant commit-
2      tees that includes the inventory required under para-
3      graph (3)(D), and an update on progress toward de-
4      veloping the policy guidance required under para-
5      graphs (3)(E) and (4), as well as any additional ac-
6      tivities undertaken by the working group in that
7      time.

8          (7) BIENNIAL REPORTING.—Two years after
9      the date of enactment of this Act, and at least every
10     two years thereafter, the Director of the Office of
11     Science and Technology Policy shall provide a sum-
12     mary report to the relevant committees on the activi-
13     ties of the working group and the most current
14     version of the policy guidance required under para-
15     graph (4).

16         (8) TERMINATION.—The working group estab-
17     lished or designated under paragraph (1) shall ter-
18     minate on the date that is ten years after the date
19     on which such working group is established or des-
20     ignated.

21     (b) NATIONAL ACADEMIES SCIENCE, TECHNOLOGY
22 AND SECURITY ROUNDTABLE.—

23         (1) IN GENERAL.—The National Science Foun-
24     dation, the Department of Energy, and the Depart-
25     ment of Defense, and any other agencies as deter-

WASHSTATEC012751

1651

1   mined by the Director of the Office of Science and
2   Technology Policy, shall enter into a joint agreement
3   with the Academies to create a new "National
4   Science, Technology, and Security Roundtable"
5   (hereinafter in this subsection referred to as the
6   "roundtable").

7       (2) PARTICIPANTS.—The roundtable shall in-
8   clude senior representatives and practitioners from
9   Federal science, intelligence, and national security
10  agencies, law enforcement, as well as key stake-
11  holders in the United States scientific enterprise in-
12  cluding institutions of higher education, Federal re-
13  search laboratories, industry, and non-profit re-
14  search organizations.

15      (3) PURPOSE.—The purpose of the roundtable
16  is to facilitate among participants—

17          (A) exploration of critical issues related to
18      protecting United States national and economic
19      security while ensuring the open exchange of
20      ideas and international talent required for sci-
21      entific progress and American leadership in
22      science and technology;

23          (B) identification and consideration of se-
24      curity threats and risks involving federally
25      funded research and development, including for-

WASHSTATEC012752

1652

1   eign interference, cyber attacks, theft, or espio-

2   nage;

3       (C) identification of effective approaches

4   for communicating the threats and risks identi-

5   fied in subparagraph (b) to the academic and

6   scientific community, including through the

7   sharing of unclassified data and relevant case

8   studies;

9       (D) sharing of best practices for address-

10   ing and mitigating the threats and risks identi-

11   fied in subparagraph (B); and

12       (E) examination of potential near- and

13   long-term responses by the Government and the

14   academic and scientific community to mitigate

15   and address the risks associated with foreign

16   threats.

17   (4) REPORT AND BRIEFING.—The joint agree-

18   ment under paragraph (1) shall specify that—

19       (A) the roundtable shall periodically orga-

20   nize workshops and issue publicly available re-

21   ports on the topics described in paragraph (3)

22   and the activities of the roundtable;

23       (B) not later than March 1, 2020, the

24   Academies shall provide a briefing to the rel-

WASHSTATEC012753

1653

1   evant committees on the progress and activities

2   of the roundtable; and

3      (C) the Academies shall issue a final report

4   on its activities to the relevant committees be-

5   fore the end of fiscal year 2024.

6   (5) TERMINATION.—The roundtable shall ter-

7   minate on September 30, 2024.

8   (c) DEFINITIONS.—In this section:

9   (1) The term "Academies" means the National

10   Academies of Science, Engineering and Medicine.

11   (2) The term "Federal science agency" means

12   any Federal agency with at least $100,000,000 in

13   basic and applied research obligations in fiscal year

14   2018.

15   (3) The term "grantee" means an entity that

16   is—

17      (A) a recipient or subrecipient of a Federal

18   grant or cooperative agreement; and

19      (B) an institution of higher education or a

20   non-profit organization.

21   (4) The term "relevant committees" means—

22      (A) the Committee on Science, Space, and

23   Technology of the House of Representatives;

24      (B) the Committee on Commerce, Science,

25   and Transportation of the Senate;

WASHSTATEC012754

1654

1         (C) the Committee on Armed Services of

2         the House of Representatives;

3         (D) the Committee on Armed Services of

4         the Senate; and

5         (E) the Committee on Homeland Security

6         and Governmental Affairs of the Senate.

**SEC. 1747. STANDARDIZED POLICY GUIDANCE FOR CALCU-**

**LATING AIRCRAFT OPERATION AND**

**SUSTAINMENT COSTS.**

10     Not later than 270 days after the date of the enact-

11 ment of this Act, the Under Secretary of Defense for Ac-

12 quisition and Sustainment, in coordination with the Direc-

13 tor of Cost Analysis and Program Evaluation and in con-

14 sultation with the Secretary of each of the military serv-

15 ices, shall develop and implement standardized policy

16 guidance for calculating aircraft operation and

17 sustainment costs for the Department of Defense. Such

18 guidance shall provide for a standardized calculation of—

19         (1) aircraft cost per flying hour;

20         (2) aircraft cost per aircraft tail per year;

21         (3) total cost of ownership per flying hour for

22     aircraft systems;

23         (4) average annual operation and sustainment

24     cost per aircraft; and

WASHSTATEC012755

1655

1    (5) any other cost metrics the Under Secretary

2    of Defense determines appropriate.

**SEC. 1748. SPECIAL FEDERAL AVIATION REGULATION**
      **WORKING GROUP.**

5    (a) IN GENERAL.—Not later than 90 days after the

6    date of the enactment of this Act, the Secretary of De-

7    fense, the Secretary of Transportation, and the Secretary

8    of State, shall jointly establish a Special Federal Aviation

9    Regulation (in this section referred to as the "SFAR")

10   interagency working group to review the current options

11   for the Department of Defense to use contracted United

12   States civil aviation to provide support for Department of

13   Defense missions in areas where a Federal Aviation Ad-

14   ministration SFAR is in effect.

15   (b) DUTIES.—The working group shall—

16       (1) analyze all options currently available for

17   the Department of Defense to use contracted United

18   States civil aviation to provide support for Depart-

19   ment of Defense missions in areas where a Federal

20   Aviation Administration SFAR is in effect;

21       (2) review existing processes of the Department

22   of Defense, the Federal Aviation Administration,

23   and the Department of State, with respect to the

24   Department of Defense's use of contracted United

WASHSTATEC012756

1656

1 States civil aviation in areas where a Federal Avia-
2 tion Administration SFAR is in effect;

3 (3) identify any issues, inefficiencies, or con-
4 cerns with the existing options and processes, includ-
5 ing safety of flight, legal considerations, mission de-
6 livery, and security considerations; and

7 (4) develop recommendations, if any, to improve
8 existing processes or expand the options available for
9 the Department of Defense to use contracted United
10 States civil aviation to provide support to Depart-
11 ment of Defense missions in areas where a Federal
12 Aviation Administration SFAR is in effect.

13 (c) MEMBERS.—

14 (1) APPOINTMENT.—The Secretary of Defense,
15 the Secretary of Transportation, and the Secretary
16 of State shall each appoint not more than 5 mem-
17 bers to the working group with expertise in civil
18 aviation safety, state aircraft operations, the provi-
19 sion of contracted aviation support to the Depart-
20 ment of Defense, and the coordination of such ef-
21 forts between the Department of Defense, the De-
22 partment of State, and the Federal Aviation Admin-
23 istration. The 5 members appointed by the Secretary
24 of Transportation shall include at least 3 members
25 from the Federal Aviation Administration.

WASHSTATEC012757

1657

1     (2) QUALIFICATIONS.—All working group mem-
2 bers shall be full-time employees of the Federal Gov-
3 ernment with appropriate security clearances to
4 allow discussion of all classified information and ma-
5 terials necessary to fulfill the working group's duties
6 pursuant to subsection (b).

7     (d) REPORT.—Not later than 1 year after the date
8 it is established, the working group shall submit a report
9 on its findings and any recommendations developed pursu-
10 ant to subsection (b) to the congressional defense commit-
11 tees, the Committee on Commerce, Science, and Transpor-
12 tation of the Senate, and the Committee on Transpor-
13 tation and Infrastructure of the House of Representatives.

14     (e) TERMINATION.—The working group shall termi-
15 nate 90 days after the date the report is submitted under
16 subsection (d).

17     (f) DEFINITIONS.—In this section the following defi-
18 nitions apply:

19     (1) The term ''United States civil aviation''
20 means—

21         (A) United States air carriers and United
22 States commercial operators;

23         (B) persons exercising the privileges of an
24 airman certificate issued by the FAA, except

WASHSTATEC012758

1658

1       such persons operating United States-registered

2       aircraft for a foreign air carrier; and

3           (C) operators of civil aircraft registered in

4       the United States, except where the operator of

5       such aircraft is a foreign air carrier.

6       (2) The term ''Federal Aviation Administration

7 SFAR'' means the Special Federal Aviation Regula-

8 tion included under subpart M of part 91 of title 14,

9 Code of Federal Regulations.

**10 SEC. 1749. PROHIBITION ON NAMES RELATED TO THE CON-**

**11             FEDERACY.**

12       (a) PROHIBITION ON NAMES RELATED TO THE CON-

13 FEDERACY.—In naming a new asset or renaming an exist-

14 ing asset, the Secretary of Defense or the Secretary of

15 a military department may not give a name to an asset

16 that refers to, or includes a term referring to, the Confed-

17 erate States of America (commonly referred to as the

18 ''Confederacy''), including any name referring to—

19       (1) a person who served or held leadership with-

20       in the Confederacy; or

21       (2) a Confederate battlefield victory.

22       (b) ASSET DEFINED.—In this section, the term

23 ''asset'' includes any base, installation, facility, aircraft,

24 ship, equipment, or any other property owned or controlled

25 by the Department of Defense or a military department.

WASHSTATEC012759

1659

1   (c) SAVINGS CLAUSE.—Nothing in this section may
2   be construed as requiring a Secretary concerned to initiate
3   a review of previously named assets.

**SEC. 1750. SUPPORT FOR NATIONAL MARITIME HERITAGE GRANTS PROGRAM.**

6   Of the funds authorized to be appropriated by this
7   Act for fiscal year 2020 for the Department of Defense,
8   the Secretary of Defense may contribute up to $5,000,000
9   to support the National Maritime Heritage Grants Pro-
10  gram established under section 308703 of title 54, United
11  States Code.

**SEC. 1751. SUPPORT FOR WORLD LANGUAGE ADVANCE-MENT AND READINESS.**

14  (a) PROGRAM AUTHORITY.—

15      (1) IN GENERAL.—The Secretary of Defense, in
16  consultation with the Director of National Intel-
17  ligence and the Secretary of Education, may carry
18  out a program under which the Secretary may pro-
19  vide support to eligible entities for the establish-
20  ment, improvement, or expansion of world language
21  study for elementary school and secondary school
22  students.

23      (2) SPECIAL REQUIREMENTS FOR LOCAL EDU-
24  CATIONAL AGENCIES.—In providing support under
25  paragraph (1) to an eligible entity that is a local

WASHSTATEC012760

1660

1    educational agency, the Secretary of Defense shall

2    support programs that—

3        (A) show the promise of being continued

4    after such support is no longer available;

5        (B) demonstrate approaches that can be

6    disseminated to and duplicated in other local

7    educational agencies; and

8        (C) may include a professional develop-

9    ment component.

10   (3) APPLICATIONS.—

11       (A) IN GENERAL.—To be considered for

12   support under paragraph (1), an eligible entity

13   shall submit an application to the Secretary of

14   Defense at such time, in such manner, and con-

15   taining such information and assurances as the

16   Secretary may require.

17       (B) SPECIAL CONSIDERATION.—The Sec-

18   retary of Defense shall give special consider-

19   ation to applications describing programs

20   that—

21           (i) include intensive summer world

22       language programs for professional devel-

23       opment of world language teachers;

WASHSTATEC012761

1661

1         (ii) link nonnative English speakers in
2         the community with the schools in order to
3         promote two-way language learning;

4         (iii) promote the sequential study of a
5         world language for students, beginning in
6         elementary schools;

7         (iv) make effective use of technology,
8         such as computer-assisted instruction, lan-
9         guage laboratories, or distance learning, to
10         promote world language study;

11         (v) promote innovative activities, such
12         as dual language immersion, partial world
13         language immersion, or content-based in-
14         struction; and

15         (vi) are carried out through a consor-
16         tium comprised of the eligible entity receiv-
17         ing the grant, an elementary school or sec-
18         ondary school, and an institution of higher
19         education (as that term is defined in sec-
20         tion 101 of the Higher Education Act of
21         1965 (20 U.S.C. 1001)).

22 (b) DEFINITIONS.—In this section:

23     (1) ELIGIBLE ENTITY.—The term "eligible enti-
24     ty" means the following:

WASHSTATEC012762

1662

1     (A) A local educational agency that hosts

2 a unit of the Junior Reserve Officers' Training

3 Corps.

4     (B) A school operated by the Department

5 of Defense Education Activity.

6     (2) ESEA TERMS.—The terms "elementary

7 school", "local educational agency" and "secondary

8 school" have the meanings given the terms in section

9 8101 of the Elementary and Secondary Education

10 Act of 1965 (20 U.S.C. 7801).

11     (3) WORLD LANGUAGE.—The term "world lan-

12 guage" means—

13     (A) any natural language other than

14 English, including—

15     (i) languages determined by the Sec-

16 retary of Defense to be critical to the na-

17 tional security interests of the United

18 States;

19     (ii) classical languages;

20     (iii) American sign language; and

21     (iv) Native American languages; and

22     (B) any language described in subpara-

23 graph (A) that is taught in combination with

24 English as part of a dual language or immer-

25 sion learning program.

WASHSTATEC012763

1663

1 **SEC. 1752. DESIGNATION OF DEPARTMENT OF DEFENSE**
2 **STRATEGIC ARCTIC PORTS.**

3    (a) SENSE OF CONGRESS.—It is the sense of Con-
4 gress that—

5        (1) the Arctic is a region of strategic impor-
6    tance to the national security interests of the United
7    States and the Department of Defense must better
8    align its presence, force posture, and capabilities to
9    meet the growing array of challenges in the region;
10    and

11        (2) although much progress has been made to
12    increase awareness of Arctic issues and to promote
13    increased presence in the region, additional meas-
14    ures, including the designation of one or more stra-
15    tegic Arctic ports, are needed to show the commit-
16    ment of the United States to this emerging strategic
17    choke point of future great power competition.

18    (b) REPORT REQUIRED.—

19        (1) IN GENERAL.—Not later than 180 days
20    after the date of the enactment of this Act, the Sec-
21    retary of Defense, in consultation with the Chairman
22    of the Joint Chiefs of Staff, the Commanding Gen-
23    eral of the United States Army Corps of Engineers,
24    the Commandant of the Coast Guard, and the Ad-
25    ministrator of the Maritime Administration, shall
26    submit to the congressional defense committees a re-

WASHSTATEC012764

1664

1  port evaluating potential sites for one or more stra-

2  tegic ports in the Arctic.

3      (2) ELEMENTS.—Consistent with the updated

4  military strategy for the protection of United States

5  national security interests in the Arctic region set

6  forth in the report required under section 1071 of

7  the National Defense Authorization Act for Fiscal

8  Year 2019 (Public Law 114–92; 129 Stat. 992), the

9  report required under paragraph (1) shall include—

10          (A) an evaluation of the amount of suffi-

11      cient and suitable space needed to create capac-

12      ity for port and other necessary infrastructure

13      for at least one of each of type of Navy or

14      Coast Guard vessel, including an Arleigh Burke

15      class destroyer of the Navy, a national security

16      cutter, and a heavy polar ice breaker of the

17      Coast Guard;

18          (B) an evaluation of the amount of suffi-

19      cient and suitable space needed to create capac-

20      ity for equipment and fuel storage, techno-

21      logical infrastructure, and civil infrastructure to

22      support military and civilian operations, includ-

23      ing—

24              (i) aerospace warning;

WASHSTATEC012765

1665

1    (ii) maritime surface and subsurface

2    warning;

3        (iii) maritime control and defense;

4        (iv) maritime domain awareness;

5        (v) homeland defense;

6        (vi) defense support to civil authori-

7    ties;

8        (vii) humanitarian relief;

9        (viii) search and rescue;

10        (ix) disaster relief;

11        (x) oil spill response;

12        (xi) medical stabilization and evacu-

13    ation; and

14        (xii) meteorological measurements and

15    forecasting;

16    (C) an identification of proximity and road

17    access required to an airport designated as a

18    commercial service airport by the Federal Avia-

19    tion Administration that is capable of sup-

20    porting military and civilian aircraft for oper-

21    ations designated in subparagraph (B);

22    (D) a description of the requirements, to

23    include infrastructure and installations, commu-

24    nications, and logistics necessary to improve re-

25    sponse effectiveness to support military and ci-

WASHSTATEC012766

1666

1  vilian operations described in subparagraph

2  (B);

3      (E) an identification of the sites that the

4  Secretary recommends as potential sites for

5  designation as Department of Defense Strategic

6  Arctic Ports;

7      (F) the estimated cost of sufficient con-

8  struction necessary to initiate and sustain ex-

9  pected operations at such sites; and

10      (G) such other information as the Sec-

11  retary deems relevant.

12  (c) DESIGNATION OF STRATEGIC ARCTIC PORTS.—

13  Not later than 90 days after the date on which the report

14  required under subsection (b) is submitted, the Secretary

15  of Defense, in consultation with the Chairman of the Joint

16  Chiefs of Staff, the Commanding General of the United

17  States Army Corps of Engineers, the Commandant of the

18  Coast Guard, and the Administrator of the Maritime Ad-

19  ministration, may designate one or more ports as Depart-

20  ment of Defense Strategic Arctic Ports from the sites

21  identified under subsection (b)(2)(E).

22  (d) RULE OF CONSTRUCTION.—Nothing in this sec-

23  tion may be construed to authorize any additional appro-

24  priations for the Department of Defense for the establish-

25  ment of any port designated pursuant to this section.

WASHSTATEC012767

1   (e) ARCTIC DEFINED.—In this section, the term
2   ''Arctic'' has the meaning given that term in section 112
3   of the Arctic Research and Policy Act of 1984 (15 U.S.C.
4   4111).

**SEC. 1753. INDEPENDENT STUDIES REGARDING POTENTIAL**
**COST SAVINGS WITH RESPECT TO THE NU-**
**CLEAR SECURITY ENTERPRISE AND FORCE**
**STRUCTURE .**

9   (a) REVIEW OF NUCLEAR DETERRENCE POS-
10  TURES.—

11      (1) IN GENERAL.—The Secretary of Defense
12  shall seek to enter into agreements with two feder-
13  ally funded research and development centers for the
14  conduct of independent reviews of alternative de-
15  fense postures that achieve United States national
16  security objectives and could produce cost savings.
17  Each such review shall include—

18          (A) alternative nuclear deterrence postures
19      to achieve national security objectives, including
20      two alternatives with reduced and increased
21      force posture levels;

22          (B) the options for and cost impacts re-
23      sulting from changes to force structure, active
24      and reserve component balance, domestic and
25      overseas basing, and other impacts resulting

WASHSTATEC012768

1668

1  from potential challenges to foundational plan-

2  ning assumptions to achieve national security

3  objectives;

4      (C) the potential cost savings from alter-

5  ations to the current balance between the mili-

6  tary and civilian workforces; and

7      (D) options for reducing service contracts

8  in the Department of Defense.

9  (2) COST DATA.—A federally funded research

10  and development center that conducts a review pur-

11  suant to paragraph (1) shall standardize cost data

12  through the use of Department of Defense cost esti-

13  mation methodologies and may make reference to

14  appropriate national security policy documents.

15  (3) ACCESS TO CLASSIFIED INFORMATION.—

16  The Secretary of Defense shall provide to such a

17  center classified information on threat capability de-

18  velopments, plans, and intentions of China, Russia,

19  North Korea, Iran, and violent extremist organiza-

20  tions.

21  (b) REPORT AND BRIEFINGS.—

22  (1) BRIEFING ON COST SAVINGS.—Not later

23  than February 1, 2020, the Comptroller General of

24  the United States shall provide to the congressional

25  defense committees a briefing on the recommenda-

WASHSTATEC012769

1669

1 tions of the Comptroller General with respect to cost

2 savings in the Department of Defense.

3     (2) BRIEFING ON EFFICIENCY INITIATIVES.—

4 Not later than February 1, 2020, the Comptroller

5 General of the United States shall provide to the

6 congressional defense committees a briefing on the

7 recommendations of the Comptroller General with

8 respect to the efficiency initiatives undertaken by the

9 Office of the Chief Management Officer of the De-

10 partment of Defense.

11     (3) REPORT.—Subsequent to providing the

12 briefing under paragraph (2), the Comptroller Gen-

13 eral shall submit to the congressional defense com-

14 mittees a report on the matters covered by the brief-

15 ing.

## SEC. 1754. COMPREHENSIVE DEPARTMENT OF DEFENSE POLICY ON COLLECTIVE SELF-DEFENSE.

18     (a) COMPREHENSIVE POLICY REQUIRED.—The Sec-

19 retary of Defense shall prescribe a comprehensive written

20 policy for the Department of Defense on the issuance of

21 authorization for, and the provision by members and units

22 of the United States Armed Forces of, collective self-de-

23 fense to designated foreign nationals, their facilities, and

24 their property.

WASHSTATEC012770

1670

1   (b) ELEMENTS.—The policy required by subsection

2   (a) shall address the following:

3       (1) Each basis under domestic and inter-

4   national law pursuant to which a member or unit of

5   the United States Armed Forces has been or may be

6   authorized to provide collective self-defense to des-

7   ignated foreign nationals, their facilities, or their

8   property under each circumstance as follows:

9           (A) Inside an area of active hostilities, or

10      in a country or territory in which United States

11      forces are authorized to conduct or support di-

12      rect action operations.

13          (B) Outside an area of active hostilities, or

14      in a country or territory in which United States

15      forces are not authorized to conduct direct ac-

16      tion military operations.

17          (C) When United States personnel, facili-

18      ties, or equipment are not threatened, including

19      both as described in subparagraph (A) and as

20      described in subparagraph (B).

21          (D) When members of the United States

22      Armed Forces are not participating in a mili-

23      tary operation as part of an international coali-

24      tion.

WASHSTATEC012771

1671

(E) Any other circumstance not encompassed by subparagraphs (A) through (D) in which a member or unit of the United States Armed Forces has been or may be authorized to provide such collective self-defense.

(2) A list and explanation of any limitations imposed by law or policy on the provision of collective self-defense to designated foreign nationals, their facilities, and their property under any of the bases in domestic or international law in the circumstances enumerated in paragraph (1), and the conditions under which any such limitation applies.

(3) The procedure by which a proposal that any member or unit of the United States Armed Forces provide collective self-defense in support of designated foreign nationals, their facilities, and their property is to be submitted, processed, and endorsed through offices, officers, and officials of the Department to the applicable approval authority for final decision, and a list of any information, advice, or opinion to be included with such proposal in order to inform appropriate action on such proposal by such approval authority.

(4) The title and duty position of any officers and officials of the Department empowered to render

WASHSTATEC012772

1672

1 a final decision on a proposal described in paragraph

2 (3), and the conditions applicable to, and limitations

3 on, the exercise of such decisionmaking authority by

4 each such officer or official.

5     (5) A description of the Rules of Engagement

6 applicable to the provision of collective self-defense

7 to designated foreign nationals, their facilities, and

8 their property under any of the bases in domestic or

9 international law in the circumstances enumerated

10 in paragraph (1), and the conditions under which

11 any such Rules of Engagement would be modified.

12     (6) A description of the process through which

13 policy guidance pertaining to the authorization for,

14 and the provision by members of the United States

15 Armed Forces of, collective self-defense to des-

16 ignated foreign nationals, their facilities, and their

17 property is to be disseminated to the level of tactical

18 execution.

19     (7) Such other matters as the Secretary con-

20 siders appropriate.

21 (c) REPORT ON POLICY.—

22     (1) IN GENERAL.—Not later than 60 days after

23 the date of the enactment of this Act, the Secretary

24 shall submit to the congressional defense committees

WASHSTATEC012773

1673

1 a report setting forth the policy required by sub-
2 section (a).

3     (2) DoD GENERAL COUNSEL STATEMENT.—
4 The Secretary shall include in the report under
5 paragraph (1) a statement by the General Counsel
6 of the Department of Defense as to whether the pol-
7 icy prescribed pursuant to subsection (a) is con-
8 sistent with domestic and international law.

9     (3) FORM.—The report required by paragraph
10 (1) may be submitted in classified form.

11     (d) BRIEFING ON POLICY.—Not later than 30 days
12 after the date of the submittal of the report required by
13 subsection (c), the Secretary shall provide the congres-
14 sional defense committees a classified briefing on the pol-
15 icy prescribed pursuant to subsection (a). The briefing
16 shall make use of vignettes designated to illustrate real
17 world application of the policy in each the circumstances
18 enumerated in subsection (b)(1).

19 **SEC. 1755. POLICY REGARDING THE TRANSITION OF DATA**
20 **AND APPLICATIONS TO THE CLOUD.**

21     (a) POLICY REQUIRED.—Not later than 180 days
22 after the date of the enactment of this Act, the Chief In-
23 formation Officer of the Department of Defense and the
24 Chief Data Officer of the Department shall, in consulta-
25 tion with the J6 of the Joint Staff and the Chief Manage-

WASHSTATEC012774

1674

1 ment Officer, develop and issue enterprise-wide policy and

2 implementing instructions regarding the transition of data

3 and applications to the cloud under the Department cloud

4 strategy in accordance with subsection (b).

5     (b) DESIGN.—The policy required by subsection (a)

6 shall be designed to dramatically improve support to oper-

7 ational missions and management processes, including by

8 the use of artificial intelligence and machine learning tech-

9 nologies, by—

10         (1) making the data of the Department avail-

11     able to support new types of analyses;

12         (2) preventing, to the maximum extent prac-

13     ticable, the replication in the cloud of data stores

14     that cannot readily be accessed by applications for

15     which the data stores were not originally engineered;

16         (3) ensuring that data sets can be readily dis-

17     covered and combined with others to enable new in-

18     sights and capabilities; and

19         (4) ensuring that data and applications are

20     readily portable and not tightly coupled to a specific

21     cloud infrastructure or platform.

22 **SEC. 1756. INTEGRATED PUBLIC ALERT AND WARNING SYS-**

23         **TEM.**

24     (a) DEFINITIONS.—In this section—

WASHSTATEC012775

1675

1    (1) the term "Administrator" means the Ad-
2 ministrator of the Agency;

3    (2) the term "Agency" means the Federal
4 Emergency Management Agency;

5    (3) the term "appropriate congressional com-
6 mittees" means—

7        (A) the Committee on Homeland Security
8    and Governmental Affairs of the Senate;

9        (B) the Committee on Transportation and
10   Infrastructure of the House of Representatives;
11   and

12       (C) the Committee on Homeland Security
13   of the House of Representatives;

14   (4) the term "public alert and warning system"
15 means the integrated public alert and warning sys-
16 tem of the United States described in section 526 of
17 the Homeland Security Act of 2002 (6 U.S.C.
18 321o);

19   (5) the term "Secretary" means the Secretary
20 of Homeland Security; and

21   (6) the term "State" means any State of the
22 United States, the District of Columbia, the Com-
23 monwealth of Puerto Rico, the Virgin Islands,
24 Guam, American Samoa, the Commonwealth of the

WASHSTATEC012776

1676

1   Northern Mariana Islands, and any possession of the

2   United States.

3   (b) INTEGRATED PUBLIC ALERT AND WARNING SYS-

4   TEM.—

5       (1) IN GENERAL.—Not later than 1 year after

6   the date of enactment of this Act, the Administrator

7   shall develop minimum requirements for State, Trib-

8   al, and local governments to participate in the public

9   alert and warning system and that are necessary to

10  maintain the integrity of the public alert and warn-

11  ing system, including—

12          (A) guidance on the categories of public

13      emergencies and appropriate circumstances that

14      warrant an alert and warning from State, Trib-

15      al, and local governments using the public alert

16      and warning system;

17          (B) the procedures for State, Tribal, and

18      local government officials to authenticate civil

19      emergencies and initiate, modify, and cancel

20      alerts transmitted through the public alert and

21      warning system, including protocols and tech-

22      nology capabilities for—

23              (i) the initiation, or prohibition on the

24          initiation, of alerts by a single authorized

25          or unauthorized individual;

WASHSTATEC012777

1677

    (ii) testing a State, Tribal, or local government incident management and warning tool without accidentally initiating an alert through the public alert and warning system; and

    (iii) steps a State, Tribal, or local government official should take to mitigate the possibility of the issuance of a false alert through the public alert and warning system;

    (C) the standardization, functionality, and interoperability of incident management and warning tools used by State, Tribal, and local governments to notify the public of an emergency through the public alert and warning system;

    (D) the annual training and recertification of emergency management personnel on requirements for originating and transmitting an alert through the public alert and warning system;

    (E) the procedures, protocols, and guidance concerning the protective action plans that State, Tribal, and local governments shall issue

WASHSTATEC012778

1678

1   to the public following an alert issued under the

2   public alert and warning system;

3       (F) the procedures, protocols, and guid-

4   ance concerning the communications that State,

5   Tribal, and local governments shall issue to the

6   public following a false alert issued under the

7   public alert and warning system;

8       (G) a plan by which State, Tribal, and

9   local government officials may, during an emer-

10  gency, contact each other as well as Federal of-

11  ficials and participants in the Emergency Alert

12  System and the Wireless Emergency Alert Sys-

13  tem, when appropriate and necessary, by tele-

14  phone, text message, or other means of commu-

15  nication regarding an alert that has been dis-

16  tributed to the public; and

17      (H) any other procedure the Administrator

18  considers appropriate for maintaining the integ-

19  rity of and providing for public confidence in

20  the public alert and warning system.

21  (2) COORDINATION WITH NATIONAL ADVISORY

22  COUNCIL REPORT.—The Administrator shall ensure

23  that the minimum requirements developed under

24  paragraph (1) do not conflict with recommendations

25  made for improving the public alert and warning

WASHSTATEC012779

1679

1  system provided in the report submitted by the Na-
2  tional Advisory Council under section 2(b)(7)(B) of
3  the Integrated Public Alert and Warning System
4  Modernization Act of 2015 (Public Law 114–143;
5  130 Stat. 332).

6  (3) PUBLIC CONSULTATION.—In developing the
7  minimum requirements under paragraph (1), the
8  Administrator shall ensure appropriate public con-
9  sultation and, to the extent practicable, coordinate
10  the development of the requirements with stake-
11  holders of the public alert and warning system, in-
12  cluding—

13  (A) appropriate personnel from Federal
14  agencies, including the National Institute of
15  Standards and Technology, the Agency, and the
16  Federal Communications Commission;

17  (B) representatives of State and local gov-
18  ernments and emergency services personnel,
19  who shall be selected from among individuals
20  nominated by national organizations rep-
21  resenting those governments and personnel;

22  (C) representatives of Federally recognized
23  Indian tribes and national Indian organizations;

24  (D) communications service providers;

g:\VHLC\120919\120919.161.xml       (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012780

1680

1    (E) vendors, developers, and manufactur-
2    ers of systems, facilities, equipment, and capa-
3    bilities for the provision of communications
4    services;

5    (F) third-party service bureaus;

6    (G) the national organization representing
7    the licensees and permittees of noncommercial
8    broadcast television stations;

9    (H) technical experts from the broad-
10    casting industry;

11    (I) educators from the Emergency Man-
12    agement Institute; and

13    (J) other individuals with technical exper-
14    tise as the Administrator determines appro-
15    priate.

16    (4) ADVICE TO THE ADMINISTRATOR.—In ac-
17    cordance with the Federal Advisory Committee Act
18    (5 U.S.C. App.), the Administrator may obtain ad-
19    vice from a single individual or non-consensus advice
20    from each of the several members of a group without
21    invoking that Act.

22    (c) INCIDENT MANAGEMENT AND WARNING TOOL
23    VALIDATION.—

24    (1) IN GENERAL.—The Administrator shall es-
25    tablish a process to ensure that an incident manage-

WASHSTATEC012781

G:\CMTE\AS\20\C\ASCR20.XML

1681

ment and warning tool used by a State, Tribal, or
local government to originate and transmit an alert
through the public alert and warning system meets
the requirements developed by the Administrator
under subsection (b)(1).

(2) REQUIREMENTS.—The process required to
be established under paragraph (1) shall include—

(A) the ability to test an incident manage-
ment and warning tool in the public alert and
warning system lab;

(B) the ability to certify that an incident
management and warning tool complies with
the applicable cyber frameworks of the Depart-
ment of Homeland Security and the National
Institute of Standards and Technology;

(C) a process to certify developers of emer-
gency management software; and

(D) requiring developers to provide the Ad-
ministrator with a copy of and rights of use for
ongoing testing of each version of incident man-
agement and warning tool software before the
software is first used by a State, Tribal, or local
government.

(d) REVIEW AND UPDATE OF MEMORANDA OF UN-
DERSTANDING.—The Administrator shall review the

WASHSTATEC012782

1682

1  memoranda of understanding between the Agency and

2  State, Tribal, and local governments with respect to the

3  public alert and warning system to ensure that all agree-

4  ments ensure compliance with the requirements developed

5  by the Administrator under subsection (b)(1).

6      (e) FUTURE MEMORANDA.—On and after the date

7  that is 60 days after the date on which the Administrator

8  issues the requirements developed under subsection (b)(1),

9  any new memorandum of understanding entered into be-

10  tween the Agency and a State, Tribal, or local government

11  with respect to the public alert and warning system shall

12  comply with those requirements.

13      (f) MISSILE ALERT AND WARNING AUTHORITIES.—

14          (1) IN GENERAL.—

15              (A) AUTHORITY.—On and after the date

16          that is 120 days after the date of enactment of

17          this Act, the authority to originate an alert

18          warning the public of a missile launch directed

19          against a State using the public alert and warn-

20          ing system shall reside primarily with the Fed-

21          eral Government.

22              (B) DELEGATION OF AUTHORITY.—The

23          Secretary may delegate the authority described

24          in subparagraph (A) to a State, Tribal, or local

25          entity if, not later than 180 days after the date

WASHSTATEC012783

1683

1 of enactment of this Act, the Secretary submits

2 a report to the appropriate congressional com-

3 mittees that—

4 (i) it is not feasible for the Federal

5 Government to alert the public of a missile

6 threat against a State; or

7 (ii) it is not in the national security

8 interest of the United States for the Fed-

9 eral Government to alert the public of a

10 missile threat against a State.

11 (C) ACTIVATION OF SYSTEM.—Upon

12 verification of a missile threat, the President,

13 utilizing established authorities, protocols and

14 procedures, may activate the public alert and

15 warning system.

16 (D) RULE OF CONSTRUCTION.—Nothing in

17 this paragraph shall be construed to change the

18 command and control relationship between enti-

19 ties of the Federal Government with respect to

20 the identification, dissemination, notification, or

21 alerting of information of missile threats

22 against the United States that was in effect on

23 the day before the date of enactment of this

24 Act.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012784

1684

1    (2) REQUIRED PROCESSES.—The Secretary,

2    acting through the Administrator, shall establish a

3    process to promptly notify a State warning point,

4    and any State entities that the Administrator deter-

5    mines appropriate, following the issuance of an alert

6    described in paragraph (1)(A) so the State may take

7    appropriate action to protect the health, safety, and

8    welfare of the residents of the State.

9    (3) GUIDANCE.—The Secretary, acting through

10    the Administrator, shall work with the Governor of

11    a State warning point to develop and implement ap-

12    propriate protective action plans to respond to an

13    alert described in paragraph (1)(A) for that State.

14    (4) STUDY AND REPORT.—Not later than 1

15    year after the date of enactment of this Act, the

16    Secretary shall—

17        (A) examine the feasibility of establishing

18        an alert designation under the public alert and

19        warning system that would be used to alert and

20        warn the public of a missile threat while con-

21        currently alerting a State warning point so that

22        a State may activate related protective action

23        plans; and

24        (B) submit a report of the findings under

25        subparagraph (A), including of the costs and

WASHSTATEC012785

1685

1   timeline for taking action to implement an alert

2   designation described in subparagraph (A), to—

3         (i) the Subcommittee on Homeland

4         Security of the Committee on Appropria-

5         tions of the Senate;

6         (ii) the Committee on Homeland Se-

7         curity and Governmental Affairs of the

8         Senate;

9         (iii) the Subcommittee on Homeland

10        Security of the Committee on Appropria-

11        tions of the House of Representatives;

12        (iv) the Committee on Transportation

13        and Infrastructure of the House of Rep-

14        resentatives; and

15        (v) the Committee on Homeland Secu-

16        rity of the House of Representatives.

17   (g) USE OF INTEGRATED PUBLIC ALERT AND WARN-

18   ING SYSTEM LAB.—Not later than 1 year after the date

19   of enactment of this Act, the Administrator shall—

20        (1) develop a program to increase the utiliza-

21        tion of the public alert and warning system lab of

22        the Agency by State, Tribal, and local governments

23        to test incident management and warning tools and

24        train emergency management professionals on alert

25        origination protocols and procedures; and

WASHSTATEC012786

1686

1     (2) submit to the appropriate congressional
2 committees a report describing—

3         (A) the impact on utilization of the public
4 alert and warning system lab by State, Tribal,
5 and local governments, with particular attention
6 given to the impact on utilization in rural areas,
7 resulting from the program developed under
8 paragraph (1); and

9         (B) any further recommendations that the
10 Administrator would make for additional statu-
11 tory or appropriations authority necessary to
12 increase the utilization of the public alert and
13 warning system lab by State, Tribal, and local
14 governments.

15 (h) AWARENESS OF ALERTS AND WARNINGS.—Not
16 later than 1 year after the date of enactment of this Act,
17 the Administrator shall—

18     (1) conduct a review of the National Watch
19 Center and each Regional Watch Center of the
20 Agency; and

21     (2) submit to the appropriate congressional
22 committees a report on the review conducted under
23 paragraph (1), which shall include—

24         (A) an assessment of the technical capa-
25 bility of the National and Regional Watch Cen-

WASHSTATEC012787

1687

1 ters described in paragraph (1) to be notified of

2 alerts and warnings issued by a State through

3 the public alert and warning system;

4     (B) a determination of which State alerts

5 and warnings the National and Regional Watch

6 Centers described in paragraph (1) should be

7 aware of; and

8     (C) recommendations for improving the

9 ability of the National and Regional Watch

10 Centers described in paragraph (1) to receive

11 any State alerts and warnings that the Admin-

12 istrator determines are appropriate.

13 (i) REPORTING FALSE ALERTS.—Not later than 15

14 days after the date on which a State, Tribal, or local gov-

15 ernment official transmits a false alert under the public

16 alert and warning system, the Administrator shall report

17 to the appropriate congressional committees on—

18     (1) the circumstances surrounding the false

19 alert;

20     (2) the content, cause, and population impacted

21 by the false alert; and

22     (3) any efforts to mitigate any negative impacts

23 of the false alert.

WASHSTATEC012788

1688

1   (j) REPORTING PARTICIPATION RATES.—The Ad-
2   ministrator shall, on an annual basis, report to the appro-
3   priate congressional committees on—

4        (1) participation rates in the public alert and
5    warning system; and

6        (2) any efforts to expand alert, warning, and
7    interoperable communications to rural and under-
8    served areas.

9   (k) TIMELINE FOR COMPLIANCE.—Each State shall
10  be given a reasonable amount of time to comply with any
11  new rules, regulations, or requirements imposed under this
12  section.

**SEC. 1757. IMPROVING QUALITY OF INFORMATION IN
BACKGROUND INVESTIGATION REQUEST
PACKAGES.**

16  (a) REPORT ON METRICS AND BEST PRACTICES.—
17  Not later than 180 days after the date of the enactment
18  of this Act, the Director of the Defense Counterintel-
19  ligence and Security Agency, which serves as the primary
20  executive branch service provider for background inves-
21  tigations for eligibility for access to classified information,
22  eligibility to hold a sensitive position, and for suitability
23  and fitness for other matters pursuant to Executive Order
24  13467 (50 U.S.C. 3161 note; relating to reforming proc-
25  esses related to suitability for Government employment,

WASHSTATEC012789

1689

1 fitness for contractor employees, and eligibility for access
2 to classified national security information), shall, in con-
3 sultation with the Security, Suitability, and Credentialing
4 Performance Accountability Council established under
5 such executive order, submit to Congress a report on—

6     (1) metrics for assessing the completeness and
7     quality of packages for background investigations
8     submitted by agencies requesting background inves-
9     tigations from the Defense Counterintelligence and
10     Security Agency;

11     (2) rejection rates of background investigation
12     submission packages due to incomplete or erroneous
13     data, by agency; and

14     (3) best practices for ensuring full and complete
15     information in background investigation requests.

16 (b) ANNUAL REPORT ON PERFORMANCE.—Not later
17 than 270 days after the date of the enactment of this Act
18 and not less frequently than once each year thereafter, the
19 Security, Suitability, and Credentialing Performance Ac-
20 countability Council shall submit to Congress a report on
21 performance against the metrics and return rates identi-
22 fied in paragraphs (1) and (2) of subsection (a).

23 (c) IMPROVEMENT PLANS.—

24     (1) IDENTIFICATION.—Not later than one year
25     after the date of the enactment of this Act, executive

WASHSTATEC012790

1690

1    agents under Executive Order 13467 (50 U.S.C.
2    3161 note) shall identify agencies in need of im-
3    provement with respect to the quality of the infor-
4    mation in the background investigation submissions
5    of the agencies as reported in subsection (b).

6        (2) PLANS.—Not later than 90 days after an
7    agency is identified under paragraph (1), the head
8    of the agency shall provide the executive agents re-
9    ferred to in such paragraph with a plan to improve
10   the performance of the agency with respect to the
11   quality of the information in the agency's back-
12   ground investigation submissions.

**SEC. 1758. PAROLE IN PLACE FOR MEMBERS OF THE**
**ARMED FORCES AND CERTAIN MILITARY DE-**
**PENDENTS.**

16       (a) IN GENERAL.—In evaluating a request from a
17   covered individual for parole in place under section
18   212(d)(5) of the Immigration and Nationality Act (8
19   U.S.C. 1182(d)(5)), the Secretary of Homeland Security
20   shall consider, on a case-by-case basis, whether granting
21   the request would enable military family unity that would
22   constitute a significant public benefit.

23       (b) SENSE OF CONGRESS.—It is the sense of Con-
24   gress that—

WASHSTATEC012791

1691

1       (1) parole in place reinforces the objective of
2 military family unity;

3       (2) except as required in furtherance of the
4 missions of the Armed Forces, disruption to military
5 family unity should be minimized in order to en-
6 hance military readiness and allow members of the
7 Armed Forces to focus on the faithful execution of
8 their military missions and objectives, with peace of
9 mind regarding the well-being of their family mem-
10 bers; and

11       (3) the importance of the parole in place au-
12 thority of the Secretary of Homeland Security is re-
13 affirmed.

14 (c) COVERED INDIVIDUAL DEFINED.—In this sec-
15 tion, the term "covered individual" means an alien who—

16       (1) is a member of the Armed Forces;

17       (2) is the spouse, son, or daughter of a member
18 of the Armed Forces;

19       (3) is the parent of a member of the Armed
20 Forces who supports the request of such parent for
21 parole in place; or

22       (4) is the widow, widower, parent, son, or
23 daughter of a deceased member of the Armed
24 Forces.

WASHSTATEC012792

1692

SEC. 1759. REPORT ON REDUCING THE BACKLOG IN LE-
GALLY REQUIRED HISTORICAL DECLAS-
SIFICATION OBLIGATIONS OF THE DEPART-
MENT OF DEFENSE.

(a) REPORT.—Not later than 120 days after the date
of the enactment of this Act, the Secretary of Defense
shall submit to the Committees on Armed Services of the
Senate and the House of Representatives a report detail-
ing the progress made by the Secretary toward reducing
the backlog in legally required historical declassification
obligations of the Department of Defense.

(b) ELEMENTS.—The report under subsection (a)
shall include, with respect to the Department of Defense,
the following:

(1) A plan to achieve legally mandated histor-
ical declassification requirements and reduce back-
logs.

(2) A plan to incorporate new technologies,
such as artificial intelligence, that would increase
productivity and reduce cost in implementing the
plan under paragraph (1).

(3) A detailed assessment of the documents re-
leased in each of the proceeding three years before
the date of the report, broken out by program, such
as the 25 and 50 year programs.

WASHSTATEC012793

1693

1   (4) A detailed assessment of the documents
2   awaiting review for release and an estimate of how
3   many documents will be released in each of the next
4   three years.

5   (5) Potential policy, resource, and other options
6   available to the Secretary to reduce backlogs.

7   (6) The progress and objectives of the Secretary
8   with respect to the release of documents for publica-
9   tion in the Foreign Relations of the United States
10   series or to facilitate the public accessibility of such
11   documents at the National Archives, presidential li-
12   braries, or both.

13   (c) FORM AND AVAILABILITY.—The report under
14   subsection (a) shall be submitted in unclassified form,
15   which shall be made publicly available, but may include
16   a classified annex.

17   **SEC. 1760. MILITARY TYPE CERTIFICATION FOR LIGHT AT-**
18   **TACK EXPERIMENTATION AIRCRAFT.**

19   The Secretary of the Air Force shall make available
20   and conduct military type certifications for light attack ex-
21   perimentation aircraft as needed, pursuant to the Depart-
22   ment of Defense Directive on Military Type Certificates,
23   5030.61.

WASHSTATEC012794

1694

# DIVISION B—MILITARY CON- STRUCTION AUTHORIZA- TIONS

Sec. 2001. Short title.
Sec. 2002. Expiration of authorizations and amounts required to be specified by law.
Sec. 2003. Effective date.

**SEC. 2001. SHORT TITLE.**

This division may be cited as the "Military Construction Authorization Act for Fiscal Year 2020".

**SEC. 2002. EXPIRATION OF AUTHORIZATIONS AND AMOUNTS REQUIRED TO BE SPECIFIED BY LAW.**

(a) EXPIRATION OF AUTHORIZATIONS AFTER FIVE YEARS.—Except as provided in subsection (b), all authorizations contained in titles XXI through XXVII and title XXIX for military construction projects, land acquisition, family housing projects and facilities, and contributions to the North Atlantic Treaty Organization Security Investment Program (and authorizations of appropriations therefor) shall expire on the later of—

(1) October 1, 2024; or

(2) the date of the enactment of an Act authorizing funds for military construction for fiscal year 2025.

(b) EXCEPTION.—Subsection (a) shall not apply to authorizations for military construction projects, land ac-

WASHSTATEC012795

1695

1 quisition, family housing projects and facilities, and con-

2 tributions to the North Atlantic Treaty Organization Se-

3 curity Investment Program (and authorizations of appro-

4 priations therefor), for which appropriated funds have

5 been obligated before the later of—

6     (1) October 1, 2024; or

7     (2) the date of the enactment of an Act author-

8     izing funds for fiscal year 2025 for military con-

9     struction projects, land acquisition, family housing

10     projects and facilities, or contributions to the North

11     Atlantic Treaty Organization Security Investment

12     Program.

13 **SEC. 2003. EFFECTIVE DATE.**

14     Titles XXI through XXVII and title XXIX shall take

15 effect on the later of—

16     (1) October 1, 2019; or

17     (2) the date of the enactment of this Act.

# TITLE XXI—ARMY MILITARY CONSTRUCTION

Sec. 2101. Authorized Army construction and land acquisition projects.
Sec. 2102. Family housing.
Sec. 2103. Authorization of appropriations, Army.
Sec. 2104. Modification of authority to carry out certain fiscal year 2019 projects.

20 **SEC. 2101. AUTHORIZED ARMY CONSTRUCTION AND LAND**

21     **ACQUISITION PROJECTS.**

22     (a) INSIDE THE UNITED STATES.—Using amounts

23 appropriated pursuant to the authorization of appropria-

WASHSTATEC012796

1696

1 tions in section 2103(a) and available for military con-
2 struction projects inside the United States as specified in
3 the funding table in section 4601, the Secretary of the
4 Army may acquire real property and carry out military
5 construction projects for the installations or locations in-
6 side the United States, and in the amounts, set forth in
7 the following table:

**Army: Inside the United States**

| State | Installation | Amount |
|-------|-------------|--------|
| Alabama | Redstone Arsenal | $38,000,000 |
| Colorado | Fort Carson | $71,000,000 |
| Georgia | Fort Gordon | $107,000,000 |
| | Hunter Army Airfield | $62,000,000 |
| Kentucky | Fort Campbell | $61,300,000 |
| Massachusetts | U.S. Army Natick Soldier Systems Center | $50,000,000 |
| Michigan | Detroit Arsenal | $24,000,000 |
| New York | Fort Drum | $44,000,000 |
| North Carolina | Fort Bragg | $12,500,000 |
| Oklahoma | Fort Sill | $73,000,000 |
| Pennsylvania | Carlisle Barracks | $98,000,000 |
| South Carolina | Fort Jackson | $88,000,000 |
| Texas | Corpus Christi Army Depot | $86,000,000 |
| | Fort Hood | $50,500,000 |
| Virginia | Fort Belvoir | $60,000,000 |
| | Joint Base Langley-Eustis | $55,000,000 |
| Washington | Joint Base Lewis-McChord | $46,000,000 |

8   (b) OUTSIDE THE UNITED STATES.—Using amounts
9 appropriated pursuant to the authorization of appropria-
10 tions in section 2103(a) and available for military con-
11 struction projects outside the United States as specified
12 in the funding table in section 4601, the Secretary of the
13 Army may acquire real property and carry out the military
14 construction projects for the installations or locations out-
15 side the United States, and in the amounts, set forth in
16 the following table:

WASHSTATEC012797

1697

**Army: Outside the United States**

| Country | Installation | Amount |
|---|---|---|
| Honduras ..................... | Soto Cano Air Base ................................................ | $34,000,000 |
| Kwajalein ..................... | Kwajalein Atoll ...................................................... | $40,000,000 |

1     (c) STUDY OF NEAR-TERM FACILITY ALTERNATIVES
2 TO HOUSE HIGH VALUE DETAINEES.—

3     (1) STUDY REQUIRED.—The Secretary of De-
4 fense shall conduct a study of alternatives to meet
5 the near-term facility requirements to safely and hu-
6 manely house high value detainees current detained
7 at Naval Station Guantanamo Bay, Cuba. As part
8 of the study, the Secretary shall consider the fol-
9 lowing alternatives:

10     (A) The construction of new facilities.

11     (B) The repair of current facilities.

12     (C) The renovation and repurposing of
13 other facilities at Naval Station Guantanamo
14 Bay, Cuba.

15     (D) Such other alternatives as the Sec-
16 retary considers practicable.

17     (2) SUBMISSION OF RESULTS.—Not later than
18 90 days after the date of the enactment of this Act,
19 the Secretary of Defense shall submit to the con-
20 gressional defense committees a report containing
21 the results of the study conducted under paragraph

WASHSTATEC012798

1698

1    (1). The report shall be unclassified, but may in-
2    clude a classified annex.

**SEC. 2102. FAMILY HOUSING.**

4    (a) CONSTRUCTION AND ACQUISITION.—Using
5    amounts appropriated pursuant to the authorization of ap-
6    propriations in section 2103(a) and available for military
7    family housing functions as specified in the funding table
8    in section 4601, the Secretary of the Army may construct
9    or acquire family housing units (including land acquisition
10   and supporting facilities) at the installation, and in the
11   amount, set forth in the following table:

**Army: Family Housing**

| State/Country | Installation | Units | Amount |
|---|---|---|---|
| Pennsylvania ............ | Tobyhanna Army Depot ................... | Family Housing Replacement Construction ............... | $19,000,000 |

12   (b) PLANNING AND DESIGN.—Using amounts appro-
13   priated pursuant to the authorization of appropriations in
14   section 2103(a) and available for military family housing
15   functions as specified in the funding table in section 4601,
16   the Secretary of the Army may carry out architectural and
17   engineering services and construction design activities
18   with respect to the construction or improvement of family
19   housing units in an amount not to exceed $9,222,000.

**SEC. 2103. AUTHORIZATION OF APPROPRIATIONS, ARMY.**

21   (a) AUTHORIZATION OF APPROPRIATIONS.—Funds
22   are hereby authorized to be appropriated for fiscal years

WASHSTATEC012799

1699

1 beginning after September 30, 2019, for military con-

2 struction, land acquisition, and military family housing

3 functions of the Department of the Army as specified in

4 the funding table in section 4601.

5     (b) LIMITATION ON TOTAL COST OF CONSTRUCTION

6 PROJECTS.—Notwithstanding the cost variations author-

7 ized by section 2853 of title 10, United States Code, and

8 any other cost variation authorized by law, the total cost

9 of all projects carried out under section 2101 of this Act

10 may not exceed the total amount authorized to be appro-

11 priated under subsection (a), as specified in the funding

12 table in section 4601.

13 **SEC. 2104. MODIFICATION OF AUTHORITY TO CARRY OUT**

14               **CERTAIN FISCAL YEAR 2019 PROJECTS.**

15     (a) ANNISTON ARMY DEPOT, ALABAMA.—In the case

16 of the authorization contained in the table in section

17 2101(a) of the National Defense Authorization Act for

18 Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2241)

19 for Anniston Army Depot, Alabama, for construction of

20 a weapon maintenance shop, as specified in the funding

21 table in section 4601 of such Act (132 Stat. 2401), the

22 Secretary of the Army may construct a 21,000-square foot

23 weapon maintenance shop.

24     (b) UNITED STATES MILITARY ACADEMY, NEW

25 YORK.—The table in section 2101(a) of the National De-

WASHSTATEC012800

1700

1 fense Authorization Act for Fiscal Year 2019 (Public Law

2 115–232; 132 Stat. 2241) is amended in the item relating

3 to the United States Military Academy, New York, by

4 striking "$160,000,000" and inserting "$197,000,000"

5 for construction of a Consolidated Engineering Center and

6 Parking Structure rather than the separate projects speci-

7 fied in the funding table in section 4601 of such Act (132

8 Stat. 2401).

# TITLE XXII—NAVY MILITARY CONSTRUCTION

Sec. 2201. Authorized Navy construction and land acquisition projects.
Sec. 2202. Family housing.
Sec. 2203. Improvements to military family housing units.
Sec. 2204. Authorization of appropriations, Navy.
Sec. 2205. Modification of authority to carry out certain fiscal year 2017 project.

**SEC. 2201. AUTHORIZED NAVY CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

13 (a) INSIDE THE UNITED STATES.—Using amounts

14 appropriated pursuant to the authorization of appropria-

15 tions in section 2204(a) and available for military con-

16 struction projects inside the United States as specified in

17 the funding table in section 4601, the Secretary of the

18 Navy may acquire real property and carry out military

19 construction projects for the installations or locations in-

20 side the United States, and in the amounts, set forth in

21 the following table:

WASHSTATEC012801

G:\CMTE\AS\20\C\ASCR20.XML

1701

**Navy: Inside the United States**

| State | Installation or Location | Amount |
|-------|--------------------------|--------|
| Arizona | Marine Corps Air Station Yuma | $189,760,000 |
| California | Camp Pendleton | $185,569,000 |
| | Marine Corps Air Station Miramar | $37,400,000 |
| | Naval Air Weapons Station China Lake | $64,500,000 |
| | Navel Base Coronado | $165,830,000 |
| | Naval Base San Diego | $9,900,000 |
| | Naval Weapons Station Seal Beach | $123,310,000 |
| | Travis Air Force Base | $64,000,000 |
| Connecticut | Naval Submarine Base New London | $72,260,000 |
| Florida | Blount Island | $18,700,000 |
| | Naval Air Station Jacksonville | $32,420,000 |
| Guam | Joint Region Marianas | $226,000,000 |
| Hawaii | Marine Corps Air Station Kaneohe Bay | $134,050,000 |
| | Naval Ammunition Depot West Loch | $53,790,000 |
| Maryland | Saint Inigoes | $15,000,000 |
| North Carolina | Camp Lejeune | $229,010,000 |
| | Marine Corps Air Station Cherry Point | $114,570,000 |
| | Marine Corps Air Station New River | $11,320,000 |
| Pennsylvania | Philadelphia | $74,630,000 |
| South Carolina | Parris Island | $37,200,000 |
| Virginia | Marine Corps Base Quantico | $143,350,000 |
| | Naval Station Norfolk | $139,100,000 |
| | Portsmouth Naval Shipyard | $48,930,000 |
| | Yorktown Naval Weapons Station | $59,000,000 |
| Washington | Bremerton | $51,010,000 |
| | Keyport | $25,050,000 |

1    (b) OUTSIDE THE UNITED STATES.—Using amounts

2  appropriated pursuant to the authorization of appropria-

3  tions in section 2204(a) and available for military con-

4  struction projects outside the United States as specified

5  in the funding table in section 4601, the Secretary of the

6  Navy may acquire real property and carry out military

7  construction projects for the installations or locations out-

8  side the United States, and in the amounts, set forth in

9  the following table:

**Navy: Outside the United States**

| Country | Installation or Location | Amount |
|---------|--------------------------|--------|
| Australia | Darwin | $211,500,000 |
| Japan | Fleet Activities Yokosuka | $174,692,000 |
| | Marine Corps Air Station Iwakuni | $15,870,000 |

WASHSTATEC012802

1702

1     (c) REPORT REQUIRED AS CONDITION OF AUTHOR-

2 IZATION.—

3         (1) REPORT.—At the same time that the budg-

4     et of the President is submitted to Congress under

5     section 1105(a) of title 31, United States Code, for

6     fiscal year 2021, the Secretary of the Navy shall

7     submit to the congressional defense committees a re-

8     port describing, for each project authorized in the

9     first item in the table in subsection (b) for Darwin

10     that is required to support the full complement of

11     the Marine Rotational Force–Darwin—

12         (A) the required infrastructure investments

13         for the project;

14         (B) the source of funding, including funds

15         provided by the Government of Australia, for

16         the project; and

17         (C) the proposed year for implementation

18         of the project.

19         (2) CONDITION.—The Secretary of the Navy

20     may not commence a project authorized in the first

21     item in the table in subsection (b) for Darwin until

22     the report under paragraph (1) has been submitted.

23 **SEC. 2202. FAMILY HOUSING.**

24     Using amounts appropriated pursuant to the author-

25 ization of appropriations in section 2204(a) and available

WASHSTATEC012803

1703

1 for military family housing functions as specified in the

2 funding table in section 4601, the Secretary of the Navy

3 may carry out architectural and engineering services and

4 construction design activities with respect to the construc-

5 tion or improvement of family housing units in an amount

6 not to exceed $5,863,000.

**7 SEC. 2203. IMPROVEMENTS TO MILITARY FAMILY HOUSING**

**8      UNITS.**

9      Subject to section 2825 of title 10, United States

10 Code, and using amounts appropriated pursuant to the

11 authorization of appropriations in section 2204(a) and

12 available for military family housing functions as specified

13 in the funding table in section 4601, the Secretary of the

14 Navy may improve existing military family housing units

15 in an amount not to exceed $41,798,000.

**16 SEC. 2204. AUTHORIZATION OF APPROPRIATIONS, NAVY.**

17      (a) AUTHORIZATION OF APPROPRIATIONS.—Funds

18 are hereby authorized to be appropriated for fiscal years

19 beginning after September 30, 2019, for military con-

20 struction, land acquisition, and military family housing

21 functions of the Department of the Navy, as specified in

22 the funding table in section 4601.

23      (b) LIMITATION ON TOTAL COST OF CONSTRUCTION

24 PROJECTS.—Notwithstanding the cost variations author-

25 ized by section 2853 of title 10, United States Code, and

WASHSTATEC012804

1704

1 any other cost variation authorized by law, the total cost

2 of all projects carried out under section 2201 of this Act

3 may not exceed the total amount authorized to be appro-

4 priated under subsection (a), as specified in the funding

5 table in section 4601.

6 **SEC. 2205. MODIFICATION OF AUTHORITY TO CARRY OUT**

7            **CERTAIN FISCAL YEAR 2017 PROJECT.**

8       The table in section 2201(a) of the National Defense

9 Authorization Act for Fiscal Year 2017 (Public Law 114–

10 328; 130 Stat. 2691) is amended in the item relating to

11 Bangor, Washington, by striking "$113,415,000" and in-

12 serting "$161,415,000" for construction of a SEAWOLF

13 Class Service Pier, as specified in the funding table in sec-

14 tion 4601 of such Act (130 Stat. 2876).

15 # TITLE XXIII—AIR FORCE

16 # MILITARY CONSTRUCTION

Sec. 2301. Authorized Air Force construction and land acquisition projects.
Sec. 2302. Family housing.
Sec. 2303. Improvements to military family housing units.
Sec. 2304. Authorization of appropriations, Air Force.
Sec. 2305. Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation.
Sec. 2306. Modification of authority to carry out certain fiscal year 2016 project.
Sec. 2307. Modification of authority to carry out certain fiscal year 2017 project.
Sec. 2308. Modification of authority to carry out certain fiscal year 2018 projects.
Sec. 2309. Modification of authority to carry out certain fiscal year 2019 projects.

WASHSTATEC012805

1705

1 **SEC. 2301. AUTHORIZED AIR FORCE CONSTRUCTION AND**

2 **LAND ACQUISITION PROJECTS.**

3     (a) INSIDE THE UNITED STATES.—Using amounts

4 appropriated pursuant to the authorization of appropria-

5 tions in section 2304(a) and available for military con-

6 struction projects inside the United States as specified in

7 the funding table in section 4601, the Secretary of the

8 Air Force may acquire real property and carry out mili-

9 tary construction projects for the installations or locations

10 inside the United States, and in the amounts, set forth

11 in the following table:

### Air Force: Inside the United States

| State | Installation or Location | Amount |
|---|---|---|
| Alaska | Eielson Air Force Base | $8,600,000 |
| Arkansas | Little Rock Air Force Base | $47,000,000 |
| California | Travis Air Force Base | $43,100,000 |
| Colorado | Peterson Air Force Base | $54,000,000 |
| | Schriever Air Force Base | $148,000,000 |
| | United States Air Force Academy | $49,000,000 |
| Georgia | Moody Air Force Base | $12,500,000 |
| Guam | Joint Region Marianas | $65,000,000 |
| Illinois | Scott Air Force Base | $100,000,000 |
| Mariana Islands | Tinian | $316,000,000 |
| Missouri | Whiteman Air Force Base | $27,000,000 |
| Montana | Malmstrom Air Force Base | $235,000,000 |
| Nevada | Nellis Air Force Base | $65,200,000 |
| New Mexico | Holloman Air Force Base | $20,000,000 |
| | Kirtland Air Force Base | $37,900,000 |
| North Dakota | Minot Air Force Base | $5,500,000 |
| Texas | Joint Base San Antonio | $243,300,000 |
| Utah | Hill Air Force Base | $114,500,000 |
| Washington | Fairchild-White Bluff | $31,000,000 |
| Wyoming | F.E. Warren Air Force Base | $18,100,000 |

12     (b) OUTSIDE THE UNITED STATES.—Using amounts

13 appropriated pursuant to the authorization of appropria-

14 tions in section 2304(a) and available for military con-

15 struction projects outside the United States as specified

WASHSTATEC012806

1706

1 in the funding table in section 4601, the Secretary of the

2 Air Force may acquire real property and carry out mili-

3 tary construction projects for the installations or locations

4 outside the United States, and in the amounts, set forth

5 in the following table:

### Air Force: Outside the United States

| Country | Installation or Location | Amount |
|---------|--------------------------|--------|
| Australia | Tindal | $70,600,000 |
| Cyprus | Royal Air Force Akrotiri | $27,000,000 |
| Japan | Yokota Air Base | $12,400,000 |
| United Kingdom | Royal Air Force Lakenheath | $14,300,000 |

6 **SEC. 2302. FAMILY HOUSING.**

7     Using amounts appropriated pursuant to the author-

8 ization of appropriations in section 2304(a) and available

9 for military family housing functions as specified in the

10 funding table in section 4601, the Secretary of the Air

11 Force may carry out architectural and engineering serv-

12 ices and construction design activities with respect to the

13 construction or improvement of family housing units in an

14 amount not to exceed $3,409,000.

15 **SEC. 2303. IMPROVEMENTS TO MILITARY FAMILY HOUSING**

16           **UNITS.**

17     Subject to section 2825 of title 10, United States

18 Code, and using amounts appropriated pursuant to the

19 authorization of appropriations in section 2304(a) and

20 available for military family housing functions as specified

21 in the funding table in section 4601, the Secretary of the

WASHSTATEC012807

1707

1 Air Force may improve existing military family housing

2 units in an amount not to exceed $53,584,000.

**3 SEC. 2304. AUTHORIZATION OF APPROPRIATIONS, AIR**

**4        FORCE.**

5    (a) AUTHORIZATION OF APPROPRIATIONS.—Funds

6 are hereby authorized to be appropriated for fiscal years

7 beginning after September 30, 2019, for military con-

8 struction, land acquisition, and military family housing

9 functions of the Department of the Air Force, as specified

10 in the funding table in section 4601.

11    (b) LIMITATION ON TOTAL COST OF CONSTRUCTION

12 PROJECTS.—Notwithstanding the cost variations author-

13 ized by section 2853 of title 10, United States Code, and

14 any other cost variation authorized by law, the total cost

15 of all projects carried out under section 2301 may not ex-

16 ceed the total amount authorized to be appropriated under

17 subsection (a), as specified in the funding table in section

18 4601.

**19 SEC. 2305. MODIFICATION OF AUTHORITIES TO CARRY OUT**

**20        PHASED   JOINT   INTELLIGENCE   ANALYSIS**

**21        COMPLEX CONSOLIDATION.**

22    (a) FISCAL YEAR 2015 PROJECT AUTHORITY.—In

23 the case of the authorization contained in the table in sec-

24 tion 2301(b) of the National Defense Authorization Act

25 for Fiscal Year 2015 (Public Law 113–291; 128 Stat.

WASHSTATEC012808

1708

1 3679) for Royal Air Force Croughton, United Kingdom,
2 for Phase 1 of the Joint Intelligence Analysis Complex
3 consolidation, as specified in the funding table in section
4 4601 of such Act (128 Stat. 3973), the Secretary of the
5 Air Force shall carry out the construction at Royal Air
6 Force Molesworth, United Kingdom.

7 (b) FISCAL YEAR 2016 PROJECT AUTHORITY.—In
8 the case of the authorization contained in the table in sec-
9 tion 2301(b) of the National Defense Authorization Act
10 for Fiscal Year 2016 (Public Law 114–92; 129 Stat.
11 1153), for Royal Air Force Croughton, United Kingdom,
12 for Phase 2 of the Joint Intelligence Analysis Complex
13 consolidation, as specified in the funding table in section
14 4601 of such Act (129 Stat. 1294), the Secretary of the
15 Air Force may construct a 5,152-square meter Intelligence
16 Analytic Center, a 5,234-square meter Intelligence Fusion
17 Center, and a 807-square meter Battlefield Information
18 Collection and Exploitation System Center at Royal Air
19 Force Molesworth, United Kingdom.

20 (c) FISCAL YEAR 2017 PROJECT AUTHORITY.—In
21 the case of the authorization contained in the table in sec-
22 tion 2301(b) of the National Defense Authorization Act
23 for Fiscal Year 2017 (Public Law 114–328; 130 Stat.
24 2697), for Royal Air Force Croughton, United Kingdom,
25 for Phase 3 of the Joint Intelligence Analysis Complex

WASHSTATEC012809

1709

1 consolidation, as specified in the funding table in section

2 4601 of such Act (130 Stat. 2878), the Secretary of the

3 Air Force may construct a 1,562-square meter Regional

4 Joint Intelligence Training Facility and a 4,495-square

5 meter Combatant Command Intelligence Facility at Royal

6 Air Force Molesworth, United Kingdom.

7 (d) CONFORMING REPEAL.—Section 2305 of the Na-

8 tional Defense Authorization Act for Fiscal Year 2019

9 (Public Law 115–232; 132 Stat. 2247) is repealed.

**10 SEC. 2306. MODIFICATION OF AUTHORITY TO CARRY OUT**

**11    CERTAIN FISCAL YEAR 2016 PROJECT.**

12 The table in section 2301(a) of the National Defense

13 Authorization Act for Fiscal Year 2016 (Public Law 114–

14 92; 129 Stat. 1152) is amended in the item relating to

15 Nellis Air Force Base, Nevada, by striking ''$68,950,000''

16 and inserting ''$72,050,000'' for construction of F–35A

17 Munitions Maintenance Facilities, as specified in the fund-

18 ing table in section 4601 of such Act (129 Stat. 1293).

**19 SEC. 2307. MODIFICATION OF AUTHORITY TO CARRY OUT**

**20    CERTAIN FISCAL YEAR 2017 PROJECT.**

21 The table in section 2301(a) of the National Defense

22 Authorization Act for Fiscal Year 2017 (Public Law 114–

23 328; 130 Stat. 2696) is amended in the item relating to

24 Fairchild Air Force Base, Washington, by striking

25 ''$27,000,000'' and inserting ''$31,800,000'' for construc-

WASHSTATEC012810

1710

1 tion of a SERE School Pipeline Dormitory, as specified

2 in the funding table in section 4601 of such Act (130 Stat.

3 2878).

**SEC. 2308. MODIFICATION OF AUTHORITY TO CARRY OUT**

**CERTAIN FISCAL YEAR 2018 PROJECTS.**

6 (a) LITTLE ROCK AIR FORCE BASE, ARKANSAS.—

7 The table in section 2301(a) of the National Defense Au-

8 thorization Act for Fiscal Year 2018 (Public Law 115–

9 91; 131 Stat. 1825) is amended in the item relating to

10 Little Rock Air Force Base, Arkansas, by striking

11 "$20,000,000" and inserting "$27,000,000" for construc-

12 tion of a dormitory facility, as specified in the funding

13 table in section 4601 of such Act (131 Stat. 2002).

14 (b) JOINT BASE SAN ANTONIO, TEXAS.—In the case

15 of the authorization contained in the table in section

16 2301(a) of the National Defense Authorization Act for

17 Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1826)

18 for Joint Base San Antonio, Texas, the Secretary of the

19 Air Force may construct—

20 (1) a 750-square meter equipment building for

21 construction of a Classrooms/Dining Facility, as

22 specified in the funding table in section 4601 of such

23 Act (131 Stat. 2003); and

24 (2) a 636-square meter air traffic control tower

25 for construction of an Air Traffic Control Tower, as

WASHSTATEC012811

1711

1    specified in the funding table in section 4601 of such

2    Act (131 Stat. 2003).

3    (c) F.E. WARREN AIR FORCE BASE, WYOMING.—

4 The table in section 2301(a) of the National Defense Au-

5 thorization Act for Fiscal Year 2018 (Public Law 115–

6 91; 131 Stat. 1825) is amended in the item relating to

7 F.E. Warren Air Force Base, Wyoming, by striking

8 "$62,000,000" and inserting "$80,100,000" for construc-

9 tion of a Consolidated Helo/TRF Ops/AMU and Alert Fa-

10 cility, as specified in the funding table in section 4601 of

11 such Act (131 Stat. 2004).

12    (d) RYGGE AIR STATION, NORWAY.—In the case of

13 the authorization contained in the table in section 2903

14 of the National Defense Authorization Act for Fiscal Year

15 2018 (Public Law 115–91; 131 Stat. 1876) for Rygge Air

16 Station, Norway, for replacement/expansion of a Quick

17 Reaction Alert Pad, as specified in the funding table in

18 section 4602 of such Act (131 Stat. 2014), the Secretary

19 of the Air Force may construct 1,327 square meters of

20 aircraft shelter and a 404-square meter fire protection

21 support building.

22    (e) INCIRLIK AIR BASE, TURKEY.—In the case of the

23 authorization contained in the table in section 2903 of the

24 National Defense Authorization Act for Fiscal Year 2018

25 (Public Law 115–91; 131 Stat. 1876) for Incirlik Air

WASHSTATEC012812

1712

1 Base, Turkey, for Relocating Base Main Access Control

2 Point, as specified in the funding table in section 4602

3 of such Act (131 Stat. 2015), the Secretary of the Air

4 Force may construct a 223-square meter pedestrian

5 search building.

6 **SEC. 2309. MODIFICATION OF AUTHORITY TO CARRY OUT**

7 **CERTAIN FISCAL YEAR 2019 PROJECTS.**

8     (a) HANSCOM AIR FORCE BASE, MASSACHUSETTS.—

9 In the case of the authorization contained in the table in

10 section 2301(a) of the National Defense Authorization Act

11 for Fiscal Year 2019 (Public Law 115–232; 132 Stat.

12 2246) for Hanscom Air Force Base, Massachusetts, for

13 the construction of a semi-conductor/microelectronics lab-

14 oratory facility, as specified in the funding table in section

15 4601 of such Act (132 Stat. 2405), the Secretary of the

16 Air Force may construct a 1,000 kilowatt stand-by gener-

17 ator.

18     (b) MINOT AIR FORCE BASE, NORTH DAKOTA.—The

19 table in section 2301(a) of the National Defense Author-

20 ization Act for Fiscal Year 2019 (Public Law 115–232;

21 132 Stat. 2246) is amended in the item relating to Minot

22 Air Force Base, North Dakota, by striking "$66,000,000"

23 and inserting "$71,500,000" for construction of a Con-

24 solidated Helo/TRF Ops/AMU and Alert Facility, as spec-

WASHSTATEC012813

1713

1 ified in the funding table in section 4601 of such Act (132

2 Stat. 2405).

3     (c) ROYAL AIR FORCE LAKENHEATH, UNITED KING-

4 DOM.—In the case of the authorization contained in the

5 table in section 2301(b) of the National Defense Author-

6 ization Act for Fiscal Year 2019 (Public Law 115–232;

7 132 Stat. 2247) for Royal Air Force Lakenheath, United

8 Kingdom, for the construction of an F–35A Dormitory,

9 as specified in the funding table in section 4601 of such

10 Act (132 Stat. 2405), the Secretary of the Air Force may

11 construct a 5,900-square meter dormitory.

# 12 TITLE XXIV—DEFENSE AGEN-
# 13    CIES MILITARY CONSTRUC-
# 14    TION

Sec. 2401. Authorized Defense Agencies construction and land acquisition projects.
Sec. 2402. Authorized Energy Resilience and Conservation Investment Program projects.
Sec. 2403. Authorization of appropriations, Defense Agencies.

15 **SEC. 2401. AUTHORIZED DEFENSE AGENCIES CONSTRUC-**

16     **TION AND LAND ACQUISITION PROJECTS.**

17     (a) INSIDE THE UNITED STATES.—Using amounts

18 appropriated pursuant to the authorization of appropria-

19 tions in section 2403(a) and available for military con-

20 struction projects inside the United States as specified in

21 the funding table in section 4601, the Secretary of De-

22 fense may acquire real property and carry out military

23 construction projects for the installations or locations in-

WASHSTATEC012814

1714

1 side the United States, and in the amounts, set forth in

2 the following table:

**Defense Agencies: Inside the United States**

| State | Installation or Location | Amount |
|-------|-------------------------|--------|
| California | Beale Air Force Base | $33,700,000 |
| | Camp Pendleton | $17,700,000 |
| Florida | Eglin Air Force Base | $16,500,000 |
| | Hurlburt Field | $108,386,000 |
| | Naval Air Station Key West | $16,000,000 |
| Guam | Joint Region Marianas | $19,200,000 |
| Hawaii | Joint Base Pearl Harbor-Hickam | $67,700,000 |
| Maryland | Fort Detrick | $27,846,000 |
| Mississippi | Columbus Air Force Base | $16,800,000 |
| North Carolina | Camp Lejeune | $13,400,000 |
| | Fort Bragg | $84,103,000 |
| Oklahoma | Tulsa International Airport | $18,900,000 |
| Rhode Island | Quonset State Airport | $11,600,000 |
| South Carolina | Joint Base Charleston | $33,300,000 |
| South Dakota | Ellsworth Air Force Base | $24,800,000 |
| Virginia | Defense Distribution Depot Richmond | $98,800,000 |
| | Joint Expeditionary Base Little Creek - Fort Story | $45,604,000 |
| | Pentagon | $28,802,000 |
| | Training Center Dam Neck | $12,770,000 |
| Washington | Joint Base Lewis-McChord | $47,700,000 |
| Wisconsin | General Mitchell International Airport | $25,900,000 |
| CONUS Classified | Classified Location | $82,200,000 |

3     (b) OUTSIDE THE UNITED STATES.—Using amounts

4 appropriated pursuant to the authorization of appropria-

5 tions in section 2403(a) and available for military con-

6 struction projects outside the United States as specified

7 in the funding table in section 4601, the Secretary of De-

8 fense may acquire real property and carry out military

9 construction projects for the installations or locations out-

10 side the United States, and in the amounts, set forth in

11 the following table:

**Defense Agencies: Outside the United States**

| Country | Installation or Location | Amount |
|---------|-------------------------|--------|
| Germany | Geilenkirchen Air Base | $30,479,000 |
| Germany | Ramstein | $66,800,000 |
| Japan | Yokota Air Base | $136,411,000 |
| Worldwide Classified | Classified Location | $52,000,000 |

WASHSTATEC012815

1715

1  **SEC. 2402. AUTHORIZED ENERGY RESILIENCE AND CON-**

2  **SERVATION    INVESTMENT    PROGRAM**

3  **PROJECTS.**

4  (a) INSIDE THE UNITED STATES.—Using amounts

5  appropriated pursuant to the authorization of appropria-

6  tions in section 2403(a) and available for energy conserva-

7  tion projects as specified in the funding table in section

8  4601, the Secretary of Defense may carry out energy con-

9  servation projects under chapter 173 of title 10, United

10  States Code, for the installations or locations inside the

11  United States, and in the amounts, set forth in the fol-

12  lowing table:

### ERCIP Projects: Inside the United States

| State | Installation or Location | Amount |
|-------|--------------------------|--------|
| California ............ | Mountain View ................................................ | $9,700,000 |
|  | Naval Air Weapons Station China Lake ....... | $8,950,000 |
|  | Naval Support Activity Monterey ................. | $10,540,000 |
| Hawaii ............... | Joint Base Pearl Harbor-Hickam ................ | $4,000,000 |
| Maryland ............ | Naval Support Activity Bethesda ................. | $13,840,000 |
|  | South Potomac ................................................ | $18,460,000 |
| New Mexico ........ | White Sands Missile Range ........................... | $5,800,000 |
| Texas .................. | Camp Swift ...................................................... | $4,500,000 |
|  | Fort Hood ........................................................ | $16,500,000 |
| Virginia ............... | National Reconnaissance Office Head-quarters ........................................................ | $66,000 |
| Washington ......... | Naval Base Kitsap ......................................... | $23,670,000 |

13  (b) OUTSIDE THE UNITED STATES.—Using amounts

14  appropriated pursuant to the authorization of appropria-

15  tions in section 2403(a) and available for energy conserva-

16  tion projects as specified in the funding table in section

17  4601, the Secretary of Defense may carry out energy con-

18  servation projects under chapter 173 of title 10, United

19  States Code, for the installations or locations outside the

WASHSTATEC012816

1716

1 United States, and in the amounts, set forth in the fol-

2 lowing table:

**ERCIP Projects: Outside the United States**

| Country | Installation or Location | Amount |
|---------|--------------------------|--------|
| Guam .................. | Naval Base Guam ......................................... | $16,970,000 |
| Unspecified Worldwide ....... | Unspecified Worldwide Locations ................. | $150,000,000 |

**SEC. 2403. AUTHORIZATION OF APPROPRIATIONS, DE-**
**FENSE AGENCIES.**

5   (a) AUTHORIZATION OF APPROPRIATIONS.—Funds

6 are hereby authorized to be appropriated for fiscal years

7 beginning after September 30, 2019, for military con-

8 struction, land acquisition, and military family housing

9 functions of the Department of Defense (other than the

10 military departments), as specified in the funding table

11 in section 4601.

12   (b) LIMITATION ON TOTAL COST OF CONSTRUCTION

13 PROJECTS.—Notwithstanding the cost variations author-

14 ized by section 2853 of title 10, United States Code, and

15 any other cost variation authorized by law, the total cost

16 of all projects carried out under section 2401 of this Act

17 may not exceed the total amount authorized to be appro-

18 priated under subsection (a), as specified in the funding

19 table in section 4601.

WASHSTATEC012817

1717

# TITLE XXV—INTERNATIONAL PROGRAMS

## Subtitle A—North Atlantic Treaty Organization Security Investment Program

Subtitle A—North Atlantic Treaty Organization Security Investment Program

Sec. 2501. Authorized NATO construction and land acquisition projects.
Sec. 2502. Authorization of appropriations, NATO.

Subtitle B—Host Country In-kind Contributions

Sec. 2511. Republic of Korea funded construction projects.

## SEC. 2501. AUTHORIZED NATO CONSTRUCTION AND LAND ACQUISITION PROJECTS.

The Secretary of Defense may make contributions for the North Atlantic Treaty Organization Security Investment Program as provided in section 2806 of title 10, United States Code, in an amount not to exceed the sum of the amount authorized to be appropriated for this purpose in section 2502 and the amount collected from the North Atlantic Treaty Organization as a result of construction previously financed by the United States.

## SEC. 2502. AUTHORIZATION OF APPROPRIATIONS, NATO.

(a) AUTHORIZATION.—Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for contributions by the Secretary of Defense under section 2806 of title 10, United States Code, for the share of the United States of the cost of projects

WASHSTATEC012818

1718

1 for the North Atlantic Treaty Organization Security In-

2 vestment Program authorized by section 2501 as specified

3 in the funding table in section 4601.

4     (b) AUTHORITY TO RECOGNIZE NATO AUTHORIZA-

5 TION AMOUNTS AS BUDGETARY RESOURCES FOR

6 PROJECT EXECUTION.—When the United States is des-

7 ignated as the Host Nation for the purposes of executing

8 a project under the NATO Security Investment Program

9 (NSIP), the Department of Defense construction agent

10 may recognize the NATO project authorization amounts

11 as budgetary resources to incur obligations for the pur-

12 poses of executing the NSIP project.

# Subtitle B—Host Country In-kind Contributions

15 **SEC. 2511. REPUBLIC OF KOREA FUNDED CONSTRUCTION**

16         **PROJECTS.**

17     Pursuant to agreement with the Republic of Korea

18 for required in-kind contributions, the Secretary of De-

19 fense may accept military construction projects for the in-

20 stallations or locations in the Republic of Korea, and in

21 the amounts, set forth in the following table:

### Republic of Korea Funded Construction Projects

| Component | Installation or Location | Project | Amount |
|---|---|---|---|
| Army .......... | Camp Carroll ..... | Army Prepositioned Stock-4 Wheeled Vehicle Maintenance Facility ........................................ | $51,000,000 |
| Army .......... | Camp Humphreys ............. | Unaccompanied Enlisted Personnel Housing, P1 ............................... | $154,000,000 |

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012819

1719

**Republic of Korea Funded Construction Projects**—Continued

| Component | Installation or Location | Project | Amount |
|---|---|---|---|
| Army ........... | Camp Humphreys ............ | Unaccompanied Enlisted Personnel Housing, P2 ............................... | $211,000,000 |
| Army ........... | Camp Humphreys ............ | Satellite Communications Facility | $32,000,000 |
| Air Force ... | Gwangju Air Base ............... | Hydrant Fuel System .................... | $35,000,000 |
| Air Force ... | Kunsan Air Base | Upgrade Electrical Distribution System ...................................... | $14,200,000 |
| Air Force ... | Kunsan Air Base | Dining Facility .............................. | $21,000,000 |
| Air Force ... | Suwon Air Base | Hydrant Fuel System .................... | $24,000,000 |

# TITLE XXVI—GUARD AND RESERVE FORCES FACILITIES

Sec. 2601. Authorized Army National Guard construction and land acquisition projects.
Sec. 2602. Authorized Army Reserve construction and land acquisition projects.
Sec. 2603. Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects.
Sec. 2604. Authorized Air National Guard construction and land acquisition projects.
Sec. 2605. Authorized Air Force Reserve construction and land acquisition projects.
Sec. 2606. Authorization of appropriations, National Guard and Reserve.

## SEC. 2601. AUTHORIZED ARMY NATIONAL GUARD CONSTRUCTION AND LAND ACQUISITION PROJECTS.

Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out military construction projects for the Army National Guard locations inside the United States, and in the amounts, set forth in the following table:

WASHSTATEC012820

1720

**Army National Guard**

| State | Location | Amount |
|-------|----------|--------|
| Alabama .................. | Anniston Army Depot ................................. | $34,000,000 |
|  | Foley ......................... | $12,000,000 |
| California ............... | Camp Roberts ............................................. | $12,000,000 |
| Idaho ....................... | Orchard Training Area ............................... | $29,000,000 |
| Maryland ................. | Havre de Grace .......................................... | $12,000,000 |
| Massachusetts ......... | Camp Edwards ............................................ | $9,700,000 |
| Minnesota ................ | New Ulm ...................................................... | $11,200,000 |
| Mississippi .............. | Camp Shelby ............................................... | $8,100,000 |
| Missouri .................. | Springfield .................................................. | $12,000,000 |
| Nebraska ................. | Bellevue ....................................................... | $29,000,000 |
| New Hampshire ....... | Concord ....................................................... | $5,950,000 |
| New York ................ | Jamaica Armory .......................................... | $91,000,000 |
| Pennsylvania ........... | Moon Township ........................................... | $23,000,000 |
| Vermont ................... | Jericho ......................................................... | $30,000,000 |
| Washington .............. | Richland ...................................................... | $11,400,000 |

1 **SEC. 2602. AUTHORIZED ARMY RESERVE CONSTRUCTION**

2 **AND LAND ACQUISITION PROJECTS.**

3 Using amounts appropriated pursuant to the author-

4 ization of appropriations in section 2606 and available for

5 the National Guard and Reserve as specified in the fund-

6 ing table in section 4601, the Secretary of the Army may

7 acquire real property and carry out military construction

8 projects for the Army Reserve locations inside the United

9 States, and in the amounts, set forth in the following

10 table:

**Army Reserve**

| State | Location | Amount |
|-------|----------|--------|
| Delaware .......................... | Newark Army Reserve Center ............. | $21,000,000 |
| Wisconsin ......................... | Fort McCoy ........................................... | $25,000,000 |

WASHSTATEC012821

1721

1 **SEC. 2603. AUTHORIZED NAVY RESERVE AND MARINE**

2   **CORPS RESERVE CONSTRUCTION AND LAND**

3   **ACQUISITION PROJECTS.**

4    Using amounts appropriated pursuant to the author-

5 ization of appropriations in section 2606 and available for

6 the National Guard and Reserve as specified in the fund-

7 ing table in section 4601, the Secretary of the Navy may

8 acquire real property and carry out the military construc-

9 tion project for the Navy Reserve and Marine Corps Re-

10 serve location inside the United States, and in the amount,

11 set forth in the following table:

**Navy Reserve and Marine Corps Reserve**

| State | Location | Amount |
|-------|----------|--------|
| Louisiana ........................ | New Orleans ........................................................ | $25,260,000 |

12 **SEC. 2604. AUTHORIZED AIR NATIONAL GUARD CONSTRUC-**

13   **TION AND LAND ACQUISITION PROJECTS.**

14    Using amounts appropriated pursuant to the author-

15 ization of appropriations in section 2606 and available for

16 the National Guard and Reserve as specified in the fund-

17 ing table in section 4601, the Secretary of the Air Force

18 may acquire real property and carry out military construc-

19 tion projects for the Air National Guard locations inside

20 the United States, and in the amounts, set forth in the

21 following table:

**Air National Guard**

| State | Location | Amount |
|-------|----------|--------|
| California ........................ | Moffett Air National Guard Base ........................ | $57,000,000 |
| Georgia ........................... | Savannah/Hilton Head International Airport ...... | $24,000,000 |

WASHSTATEC012822

1722

**Air National Guard**—Continued

| State | Location | Amount |
|-------|----------|--------|
| Missouri ........................ | Rosecrans Memorial Airport ................................ | $9,500,000 |
| Puerto Rico ................... | Luis Munoz-Marin International Airport ............. | $50,000,000 |
| Wisconsin ...................... | Truax Field ........................................................ | $34,000,000 |

1  **SEC. 2605. AUTHORIZED AIR FORCE RESERVE CONSTRUC-**

2     **TION AND LAND ACQUISITION PROJECTS.**

3     Using amounts appropriated pursuant to the author-

4  ization of appropriations in section 2606 and available for

5  the National Guard and Reserve as specified in the fund-

6  ing table in section 4601, the Secretary of the Air Force

7  may acquire real property and carry out military construc-

8  tion projects for the Air Force Reserve locations inside

9  the United States, and in the amounts, set forth in the

10  following table:

**Air Force Reserve**

| State | Location | Amount |
|-------|----------|--------|
| Georgia ............................. | Robins Air Force Base ........................ | $43,000,000 |
| Maryland .......................... | Joint Base Andrews ............................ | $15,000,000 |
| Minnesota ......................... | Minneapolis-St. Paul International Airport ............................................... | $9,800,000 |

11  **SEC. 2606. AUTHORIZATION OF APPROPRIATIONS, NA-**

12     **TIONAL GUARD AND RESERVE.**

13     Funds are hereby authorized to be appropriated for

14  fiscal years beginning after September 30, 2019, for the

15  costs of acquisition, architectural and engineering services,

16  and construction of facilities for the Guard and Reserve

17  Forces, and for contributions therefor, under chapter

18  1803 of title 10, United States Code (including the cost

WASHSTATEC012823

1723

1 of acquisition of land for those facilities), as specified in

2 the funding table in section 4601.

# TITLE XXVII—BASE REALIGN-
# MENT AND CLOSURE ACTIVI-
# TIES

Sec. 2701. Authorization of appropriations for base realignment and closure ac-
          tivities funded through Department of Defense base closure ac-
          count.
Sec. 2702. Prohibition on conducting additional base realignment and closure
          (BRAC) round.

**SEC. 2701. AUTHORIZATION OF APPROPRIATIONS FOR**

**BASE REALIGNMENT AND CLOSURE ACTIVI-**

**TIES FUNDED THROUGH DEPARTMENT OF**

**DEFENSE BASE CLOSURE ACCOUNT.**

10 Funds are hereby authorized to be appropriated for

11 fiscal years beginning after September 30, 2019, for base

12 realignment and closure activities, including real property

13 acquisition and military construction projects, as author-

14 ized by the Defense Base Closure and Realignment Act

15 of 1990 (part A of title XXIX of Public Law 101–510;

16 10 U.S.C. 2687 note) and funded through the Department

17 of Defense Base Closure Account established by section

18 2906 of such Act (as amended by section 2711 of the Mili-

19 tary Construction Authorization Act for Fiscal Year 2013

20 (division B of Public Law 112–239; 126 Stat. 2140)), as

21 specified in the funding table in section 4601.

WASHSTATEC012824

1724

1 **SEC. 2702. PROHIBITION ON CONDUCTING ADDITIONAL**

2         **BASE REALIGNMENT AND CLOSURE (BRAC)**

3         **ROUND.**

4     Nothing in this Act shall be construed to authorize

5 an additional Base Realignment and Closure (BRAC)

6 round.

# TITLE XXVIII—MILITARY CONSTRUCTION GENERAL PROVISIONS

Subtitle A—Military Construction Program

Sec. 2801. Military installation resilience plans and projects.
Sec. 2802. Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes.
Sec. 2803. Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities.
Sec. 2804. Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.
Sec. 2805. Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects.
Sec. 2806. Improved flood risk disclosure for military construction.
Sec. 2807. Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects.
Sec. 2808. Technical corrections and improvements to defense access road resilience.
Sec. 2809. Military construction projects for child development centers at military installations.
Sec. 2810. Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack.
Sec. 2811. Prohibition on use of funds to close or return certain bases to the host nation.

Subtitle B—Real Property and Facilities Administration

Sec. 2821. Improved energy security for main operating bases in Europe.
Sec. 2822. Access to Department of Defense installations for credentialed transportation workers.
Sec. 2823. Improved recording and maintaining of Department of Defense real property data.

Subtitle C—Land Conveyances

Sec. 2831. Land conveyance, Hill Air Force Base, Ogden, Utah.

WASHSTATEC012825

1725

Sec. 2832. Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery.
Sec. 2833. Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California.
Sec. 2834. Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia.

Subtitle D—Military Land Withdrawals

Sec. 2841. Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area.

Subtitle E—White Sands National Park and White Sands Missile Range

Sec. 2851. White Sands Missile Range Land Enhancements.

Subtitle F—Other Matters

Sec. 2861. Installation and maintenance of fire extinguishers in Department of Defense facilities.
Sec. 2862. Definition of community infrastructure for purposes of military base reuse studies and community planning assistance.
Sec. 2863. Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea.
Sec. 2864. Black start exercises at military installations.
Sec. 2865. Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense.
Sec. 2866. Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California.
Sec. 2867. Designation of Sumpter Smith Joint National Guard Base.
Sec. 2868. Santa Ynez Band of Chumash Indians land affirmation.
Sec. 2869. Lands to be taken into trust as part of the reservation of the Lytton Rancheria.
Sec. 2870. Little Shell Tribe of Chippewa Indians of Montana.
Sec. 2871. Sense of Congress on restoration of Tyndall Air Force Base.

# Subtitle A—Military Construction Program

## SEC. 2801. MILITARY INSTALLATION RESILIENCE PLANS AND PROJECTS.

(a) INCLUSION OF MILITARY INSTALLATION RESILIENCE INFORMATION IN CERTAIN INSTALLATION MASTER PLANS.—

(1) REQUIREMENT.—Section 2864 of title 10, United States Code, is amended—

WASHSTATEC012826

1726

1   (A) in subsection (a)(1), by inserting "mili-

2   tary installation resilience," after "master plan-

3   ning,";

4   (B) by redesignating subsections (c) and

5   (d) as subsections (e) and (f), respectively; and

6   (C) by inserting after subsection (b) the

7   following new subsection:

8   "(c) MILITARY INSTALLATION RESILIENCE COMPO-

9   NENT.—To address military installation resilience under

10  subsection (a)(1), each installation master plan shall dis-

11  cuss the following:

12   "(1) Risks and threats to military installation

13   resilience that exist at the time of the development

14   of the plan and that are projected for the future, in-

15   cluding from extreme weather events, mean sea level

16   fluctuation, wildfires, flooding, and other changes in

17   environmental conditions.

18   "(2) Assets or infrastructure located on the

19   military installation vulnerable to the risks and

20   threats described in paragraph (1), with a special

21   emphasis on assets or infrastructure critical to the

22   mission of the installation and the mission of mem-

23   bers of the armed forces.

24   "(3) Lessons learned from the impacts of ex-

25   treme weather events, including changes made to the

WASHSTATEC012827

1727

1 military installation to address such impacts, since

2 the prior master plan developed under this section.

3 ''(4) Ongoing or planned infrastructure projects

4 or other measures, as of the time of the development

5 of the plan, to mitigate the impacts of the risks and

6 threats described in paragraph (1).

7 ''(5) Community infrastructure and resources

8 located outside the installation (such as medical fa-

9 cilities, transportation systems, and energy infra-

10 structure) that are—

11 ''(A) necessary to maintain mission capa-

12 bility or that impact the resilience of the mili-

13 tary installation; and

14 ''(B) vulnerable to the risks and threats

15 described in paragraph (1).

16 ''(6) Agreements in effect or planned, as of the

17 time of the development of the plan, with public or

18 private entities for the purpose of maintaining or en-

19 hancing military installation resilience or resilience

20 of the community infrastructure and resources de-

21 scribed in paragraph (5).

22 ''(7) Projections from recognized governmental

23 and scientific entities such as the Census Bureau,

24 the National Academies of Sciences, the United

25 States Geological Survey, and the United States

WASHSTATEC012828

1728

1     Global Change Research Office (or any similar suc-

2     cessor entities) with respect to future risks and

3     threats (including the risks and threats described in

4     paragraph (1)) to the resilience of any project con-

5     sidered in the installation master plan during the

6     50-year lifespan of the installation.''.

7     (2) REPORT ON MASTER PLANS.—Section 2864

8     of title 10, United States Code, is amended by in-

9     serting after subsection (c), as added by subsection

10     (a), the following new subsection:

11     ''(d) REPORT.—Not later than March 1 of each year,

12 the Secretary of Defense shall submit to the congressional

13 defense committees a report listing all master plans com-

14 pleted pursuant to this section in the prior calendar

15 year.''.

16     (b) AUTHORITY TO CARRY OUT MILITARY INSTALLA-

17 TION RESILIENCE PROJECTS.—

18     (1) IN GENERAL.—Subchapter I of chapter 169

19     of title 10, United States Code, is amended by add-

20     ing at the end the following new section:

21 **''§ 2815. Military installation resilience projects**

22     ''(a) PROJECTS REQUIRED.—The Secretary of De-

23 fense shall carry out military construction projects for

24 military installation resilience, in accordance with section

25 2802 of this title.

WASHSTATEC012829

1729

1    "(b) CONGRESSIONAL NOTIFICATION.—(1) When a
2 decision is made to carry out a project under this section,
3 the Secretary of Defense shall notify the congressional de-
4 fense committees of that decision.

5    "(2) The Secretary of Defense shall include in each
6 notification submitted under paragraph (1) the rationale
7 for how the project would—

8        "(A) enhance military installation resilience;

9        "(B) enhance mission assurance;

10        "(C) support mission critical functions; and

11        "(D) address known vulnerabilities.

12    "(c) TIMING OF PROJECTS.—A project may be car-
13 ried out under this section only after the end of the 14-
14 day period beginning on the date that notification with
15 respect to that project under subsection (b) is received by
16 the congressional defense committees in an electronic me-
17 dium pursuant to section 480 of this title.

18    "(d) ANNUAL REPORT.—Not later than 90 days after
19 the end of each fiscal year until December 31, 2025, the
20 Secretary of Defense shall submit to the congressional de-
21 fense committees a report on the status of the planned
22 and active projects carried out under this section (includ-
23 ing completed projects), and shall include in the report
24 with respect to each such project the following informa-
25 tion:

WASHSTATEC012830

1730

1  ''(1) The title, location, a brief description of
2  the scope of work, the original project cost estimate,
3  and the current working cost estimate.

4  ''(2) The information provided under subsection
5  (b)(2).

6  ''(3) Such other information as the Secretary
7  considers appropriate.''.

8  (2) CLERICAL AMENDMENT.—The table of sec-
9  tions at the beginning of chapter 169 of such title
10  is amended by inserting after the item relating to
11  section 2814 the following new item:

''2815. Military installation resilience projects.''.

12  **SEC. 2802. IMPROVED CONSULTATION WITH TRIBAL GOV-**
13  **ERNMENTS WHEN PROPOSED MILITARY CON-**
14  **STRUCTION PROJECTS POTENTIALLY IM-**
15  **PACT INDIAN TRIBES.**

16  Section 2802 of title 10, United States Code, is
17  amended by adding at the end the following new sub-
18  section:

19  ''(f)(1) In addition to any other applicable consulta-
20  tion requirement pursuant to law or Department of De-
21  fense policy, if a proposed military construction project is
22  likely to significantly impact tribal lands, known sacred
23  sites, or tribal treaty rights, the Secretary concerned shall
24  initiate consultation with the tribal government of each
25  impacted Indian tribe—

WASHSTATEC012831

1731

1        ''(A) to determine the nature and extent of

2    such impact;

3        ''(B) to determine whether such impact can be

4    avoided or mitigated in the design and implementa-

5    tion of the project; and

6        ''(C) if such impact cannot be avoided, to de-

7    velop feasible measures consistent with applicable

8    law to mitigate the impact and estimate the cost of

9    the mitigation measures.

10    ''(2) As part of the Department of Defense Form

11    1391 submitted to the appropriate committees of Congress

12    for a military construction project covered by paragraph

13    (1), the Secretary concerned, to the extent possible at the

14    time of such submission, shall include a description of the

15    current status of the consultation conducted under such

16    paragraph and specifically address each of the items speci-

17    fied in subparagraphs (A), (B), and (C) of such para-

18    graph.

19    ''(3) The requirement under paragraph (1) does not

20    affect the obligation of the Secretary concerned to comply

21    with any other applicable consultation requirement pursu-

22    ant to law or Department of Defense policy.

23    ''(4) In this subsection:

24        ''(A) The term 'Indian tribe' has the meaning

25    given that term in section 4 of the Indian Self-De-

WASHSTATEC012832

1732

1 termination and Education Assistance Act (25
2 U.S.C. 5304).

3     ''(B) The term 'tribal government' means the
4 recognized governing body of an Indian tribe.

5     ''(C) The term 'sacred site' has the meaning
6 given that term in Executive Order No. 13007, as
7 in effect on the date of the enactment of the Na-
8 tional Defense Authorization Act for Fiscal Year
9 2020.''.

10 **SEC. 2803. INCREASED AUTHORITY FOR USE OF CERTAIN**
11                 **APPROPRIATIONS AMOUNTS FOR RESTORA-**
12                 **TION OR REPLACEMENT OF DAMAGED OR DE-**
13                 **STROYED FACILITIES.**

14     Section 2854(c)(3) of title 10, United States Code,
15 is amended by striking ''$50,000,000'' and inserting
16 ''$100,000,000''.

17 **SEC. 2804. AMENDMENT OF UNIFIED FACILITIES CRITERIA**
18                 **TO PROMOTE MILITARY INSTALLATION RE-**
19                 **SILIENCE, ENERGY RESILIENCE, ENERGY**
20                 **AND CLIMATE RESILIENCY, AND CYBER RE-**
21                 **SILIENCE.**

22     (a) AMENDMENT REQUIRED.—

23         (1) IN GENERAL.—Not later than September 1,
24 2020, the Secretary of Defense shall amend the Uni-
25 fied Facility Criteria relating to military construc-

WASHSTATEC012833

1733

1 tion planning and design, to ensure that building

2 practices and standards of the Department of De-

3 fense promote military installation resilience, energy

4 resilience, energy and climate resiliency, and cyber

5 resilience.

6 (2) CONSIDERATIONS AND CONSULTATION.—In

7 preparing amendments pursuant to paragraph (1),

8 the Secretary of Defense—

9 (A) shall take into account historical data,

10 current conditions, and sea level rise projec-

11 tions; and

12 (B) may consult with the heads of other

13 Federal departments and agencies with exper-

14 tise regarding military installation resilience,

15 energy resilience, energy and climate resiliency,

16 and cyber resilience.

17 (b) CONDITIONAL AVAILABILITY OF FUNDS.—Not

18 more than 25 percent of the funds authorized to be appro-

19 priated for fiscal year 2020 for Department of Defense

20 planning and design accounts relating to military con-

21 struction projects may be obligated until the date on which

22 the Secretary of Defense submits to the Committees on

23 Armed Services of the House of Representatives and the

24 Senate a certification that the Secretary—

WASHSTATEC012834

1734

1    (1) has initiated the amendment process re-
2    quired by subsection (a)(1); and

3    (2) intends to complete such process by Sep-
4    tember 1, 2020.

5    (c) UPDATE OF UNIFIED FACILITIES CRITERIA TO
6  INCLUDE CHANGING ENVIRONMENTAL CONDITION PRO-
7  JECTIONS.—Section 2805(c) of the Military Construction
8  Authorization Act for Fiscal Year 2019 (division B of
9  Public Law 115–232; 132 Stat. 2262; 10 U.S.C. 2864
10  note) is amended—

11    (1) by striking "Not later than" and inserting
12    the following:

13    "(1) FISCAL YEAR 2019.—Not later than";

14    (2) in paragraph (1), as designated by para-
15    graph (1), by striking "United Facilities Criteria
16    (UFC) 2-100-01 and UFC 2-100-02" and inserting
17    "Unified Facilities Criteria (UFC) 1-200-01 and
18    UFC 1-200-02"; and

19    (3) by adding at the end the following new
20    paragraph:

21    "(2) FISCAL YEAR 2020.—

22    "(A) AMENDMENTS REQUIRED.—Not later
23    than 30 days after the date of the enactment of
24    the National Defense Authorization Act for Fis-

WASHSTATEC012835

1735

1 cal Year 2020, the Secretary of Defense shall

2 amend the Unified Facilities Criteria as follows:

3 "(i) To require that installations of

4 the Department of Defense assess the risks

5 from extreme weather and related effects,

6 and develop plans to address such risks.

7 "(ii) To require in the development of

8 such Criteria the use of—

9 "(I) land use change projections

10 through the use of land use and land

11 cover modeling by the United States

12 Geological Survey; and

13 "(II) weather projections—

14 "(aa) from the United

15 States Global Change Research

16 Program, including in the Na-

17 tional Climate Assessment; or

18 "(bb) from the National

19 Oceanic and Atmospheric Admin-

20 istration, if such projections are

21 more up-to-date than projections

22 under item (aa).

23 "(iii) To require the Secretary of De-

24 fense to provide guidance to project design-

WASHSTATEC012836

1736

1 ers and master planners on how to use
2 weather projections.

3     ''(iv) To require the use throughout
4 the Department of the Naval Facilities En-
5 gineering Command Climate Change In-
6 stallation Adaptation and Resilience plan-
7 ning handbook, as amended (or similar
8 publication of the Army Corps of Engi-
9 neers).

10     ''(B) NOTIFICATION.—If the Secretary of
11 Defense determines that a projection other than
12 a projection described in subparagraph (A)(ii)
13 is more appropriate for use in amending the
14 Unified Facilities Criteria, the Secretary shall
15 notify the congressional defense committees of
16 such determination, which shall include the ra-
17 tionale underlying such determination and a de-
18 scription of such other projection.''.

19 (d) IMPLEMENTATION OF UNIFIED FACILITIES CRI-
20 TERIA AMENDMENTS.—

21     (1) IMPLEMENTATION.—Any Department of
22 Defense Form 1391 submitted to Congress after
23 September 1, 2020 shall comply with the Unified
24 Facility Criteria, as amended pursuant to this sec-
25 tion.

WASHSTATEC012837

1737

1       (2) CERTIFICATION.—Not later than March 1,

2   2021, the Secretary of Defense shall certify to the

3   Committees on Armed Services of the House of Rep-

4   resentatives and the Senate the completion and full

5   incorporation into military construction planning

6   and design—

7       (A) amendments made pursuant to sub-

8   section (a); and

9       (B) amendments made pursuant to section

10   2805(c) of the Military Construction Authoriza-

11   tion Act for Fiscal Year 2019 (division B of

12   Public Law 115–232; 132 Stat. 2262; 10

13   U.S.C. 2864 note), as amended by subsection

14   (c).

15       (e) ANNUAL REVIEW.—Beginning with fiscal year

16   2022, and annually thereafter, the Secretary of Defense

17   shall conduct a review comparing the Unified Facility Cri-

18   teria and industry best practices, for the purpose of ensur-

19   ing that military construction building practices and

20   standards of the Department of Defense relating to mili-

21   tary installation resilience, energy resilience, energy and

22   climate resiliency, and cyber resilience remain up-to-date.

23       (f) DEFINITIONS.—In this section:

24       (1) The terms "energy resilience" and "military

25   installation resilience" have the meanings given

WASHSTATEC012838

1738

1  those terms in section 101(e) of title 10, United

2  States Code.

3  (2) The term ''energy and climate resiliency''

4  has the meaning given that term in section 2864 of

5  title 10, United States Code.

6  **SEC. 2805. MODIFICATION TO DEPARTMENT OF DEFENSE**

7  **FORM 1391 REGARDING CONSIDERATION OF**

8  **POTENTIAL LONG-TERM ADVERSE ENVIRON-**

9  **MENTAL EFFECTS.**

10  (a) MODIFICATION.—

11  (1) CERTIFICATION REQUIREMENT.—The Sec-

12  retary of Defense shall modify Department of De-

13  fense Form 1391 to require, with respect to any pro-

14  posed major or minor military construction project

15  requiring congressional notification or approval, the

16  inclusion of a certification by the Secretary of De-

17  fense or the Secretary of the military department

18  concerned that the proposed military construction

19  project takes into consideration—

20  (A) the potential adverse consequences of

21  long-term changes in environmental conditions,

22  such as increasingly frequent extreme weather

23  events, that could affect the military installation

24  resilience of the installation for which the mili-

25  tary construction project is proposed; and

WASHSTATEC012839

1739

1    (B) building requirements in effect for the
2    locality in which the military construction
3    project is proposed and industry best practices
4    that are developed to withstand extreme weath-
5    er events and other consequences of changes in
6    environmental conditions.

7    (2) ELEMENTS OF CERTIFICATION.—As part of
8    the certification required by paragraph (1) for a pro-
9    posed military construction project, the Secretary
10   concerned shall identify the potential changes in en-
11   vironmental conditions, such as increasingly frequent
12   extreme weather events, considered and addressed
13   under subparagraphs (A) and (B) of paragraph (1).

14   (b) RELATION TO RECENT MODIFICATION REQUIRE-
15   MENT.—The modification of Department of Defense Form
16   1391 required by subsection (a) is in addition to, and ex-
17   pands upon, the modification of Department of Defense
18   Form 1391 with respect to flood risk disclosure for mili-
19   tary construction required by section 2805(a) of the Mili-
20   tary Construction Authorization Act for Fiscal Year 2019
21   (division B of Public Law 115–232; 132 Stat. 2262; 10
22   U.S.C. 2802 note).

23   (c) MILITARY INSTALLATION RESILIENCE DE-
24   FINED.—In this section, the term ''military installation re-

WASHSTATEC012840

1740

1 silence'' has the meaning given that term in section

2 101(e)(8) of title 10, United States Code.

### SEC. 2806. IMPROVED FLOOD RISK DISCLOSURE FOR MILI- TARY CONSTRUCTION.

5 (a) WHEN DISCLOSURE REQUIRED.—Section

6 2805(a)(1) of the Military Construction Authorization Act

7 for Fiscal Year 2019 (division B of Public Law 115–232;

8 132 Stat. 2262; 10 U.S.C. 2802 note) is amended—

9 (1) in subparagraph (A), by inserting after

10 ''hazard data'' the following: '', or will be impacted

11 by projected current and future mean sea level fluc-

12 tuations over the lifetime of the project''; and

13 (2) in subparagraph (B), by inserting after

14 ''floodplain'' the following: ''or will be impacted by

15 projected current and future mean sea level fluctua-

16 tions over the lifetime of the project''.

17 (b) REPORTING REQUIREMENTS.—Section

18 2805(a)(3) of the Military Construction Authorization Act

19 for Fiscal Year 2019 (division B of Public Law 115–232;

20 132 Stat. 2262; 10 U.S.C. 2802 note) is amended—

21 (1) in the matter preceding the subparagraphs,

22 by inserting after ''floodplain'' the following: ''or are

23 to be impacted by projected current and future mean

24 sea level fluctuations over the lifetime of the

25 project''; and

WASHSTATEC012841

1741

1  (2) by adding at the end the following new sub-

2  paragraph:

3      ''(D) A description of how the proposed

4      project has taken into account projected current

5      and future mean sea level fluctuations over the

6      lifetime of the project.''.

7  (c) MITIGATION PLAN ASSUMPTIONS.—Section

8  2805(a)(4) of the Military Construction Authorization Act

9  for Fiscal Year 2019 (division B of Public Law 115–232;

10  132 Stat. 2262; 10 U.S.C. 2802 note) is amended—

11      (1) in the matter preceding the subpara-

12      graphs—

13          (A) by inserting after ''floodplain'' the fol-

14          lowing: ''or that will be impacted by projected

15          current and future mean sea level fluctuations

16          over the lifetime of the project''; and

17          (B) by striking ''an additional'';

18      (2) in subparagraph (A)—

19          (A) by inserting ''an additional'' before ''2

20          feet''; and

21          (B) by striking ''and'' at the end of the

22          subparagraph;

23      (3) in subparagraph (B)—

24          (A) by inserting ''an additional'' before ''3

25          feet''; and

WASHSTATEC012842

1742

1   (B) by striking the period at the end of the

2  subparagraph and inserting "; and"; and

3   (4) by adding at the end the following new sub-

4  paragraph:

5    "(C) any additional flooding that will re-

6   sult from projected current and future mean

7   sea level fluctuations over the lifetime of the

8   project.".

9 **SEC. 2807. PRIORITIZATION OF PROJECTS IN ANNUAL RE-**

10    **PORT ON UNFUNDED REQUIREMENTS FOR**

11    **LABORATORY MILITARY CONSTRUCTION**

12    **PROJECTS.**

13  Section 2806 of the National Defense Authorization

14 Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C.

15 222a note) is amended—

16   (1) by striking "Assistant Secretary of Defense

17  for Energy, Installations, and Environment" and in-

18  serting "Under Secretary of Defense for Acquisition

19  and Sustainment";

20   (2) by striking "reporting" and inserting "re-

21  port"; and

22   (3) by inserting "in prioritized order, with spe-

23  cific accounts and program elements identified,"

24  after "evaluation facilities,".

WASHSTATEC012843

1743

1 **SEC. 2808. TECHNICAL CORRECTIONS AND IMPROVEMENTS**

2 **TO DEFENSE ACCESS ROAD RESILIENCE.**

3     Section 210 of title 23, United States Code, is

4 amended—

5     (1) in subsection (a), by striking ''(a)(1) The

6 Secretary'' and all that follows through the end of

7 paragraph (1) and inserting the following:

8 ''(a) AUTHORIZATION.—

9     ''(1) IN GENERAL.—When defense access roads

10 are certified to the Secretary as important to the na-

11 tional defense by the Secretary of Defense or such

12 other official as the President may designate, the

13 Secretary is authorized, out of the funds appro-

14 priated for defense access roads, to provide for—

15     ''(A) the construction and maintenance of

16 defense access roads (including bridges, tubes,

17 tunnels, and culverts or other hydraulic appur-

18 tenances on those roads) to—

19     ''(i) military reservations;

20     ''(ii) defense industry sites;

21     ''(iii) air or sea ports that are nec-

22 essary for or are planned to be used for

23 the deployment or sustainment of members

24 of the Armed Forces, equipment, or sup-

25 plies; or

26     ''(iv) sources of raw materials;

WASHSTATEC012844

1744

1          ''(B) the reconstruction or enhancement of,
2     or improvements to, those roads to ensure the
3     continued effective use of the roads, regardless
4     of current or projected increases in mean tides,
5     recurrent flooding, or other weather-related
6     conditions or natural disasters; and

7          ''(C) replacing existing highways and high-
8     way connections that are shut off from general
9     public use by necessary closures, closures due to
10    mean sea level fluctuation and flooding, or re-
11    strictions at—

12              ''(i) military reservations;

13              ''(ii) air or sea ports that are nec-
14         essary for or are planned to be used for
15         the deployment or sustainment of members
16         of the Armed Forces, equipment, or sup-
17         plies; or

18              ''(iii) defense industry sites.'';

19    (2) in subsection (b), by striking ''the construc-
20    tion and maintenance of'' and inserting ''construc-
21    tion, reconstruction, resurfacing, restoration, reha-
22    bilitation, and preservation of, or enhancements to,'';

23    (3) in subsection (c)—

24         (A) by striking ''him'' and inserting ''the
25    Secretary'';

WASHSTATEC012845

1745

1   (B) by striking "construction, mainte-
2   nance, and repair work" and inserting "activi-
3   ties for construction, maintenance, reconstruc-
4   tion, enhancement, improvement, and repair";

5   (C) by striking "therein" and inserting "in
6   those areas"; and

7   (D) by striking "condition for such train-
8   ing purposes and for repairing the damage
9   caused to such highways by the operations of
10  men and equipment in such training." and in-
11  serting the following: "condition for—

12  "(1) that training; and

13  "(2) repairing the damage to those highways
14  caused by—

15  "(A) weather-related events, increases in
16  mean high tide levels, recurrent flooding, or
17  natural disasters; or

18  "(B) the operations of men and equipment
19  in such training.";

20  (4) in subsection (g)—

21  (A) by striking "he" and inserting "the
22  Secretary";

23  (B) by striking "construction which has
24  been" and inserting "construction and other ac-
25  tivities"; and

WASHSTATEC012846

1746

1        (C) by striking "upon his demand" and in-

2        serting "upon demand by the Secretary"; and

3    (5) by striking subsection (i) and inserting the

4    following:

5    "(i) REPAIR OF CERTAIN DAMAGES AND INFRA-

6  STRUCTURE.—The funds appropriated to carry out this

7  section may be used to pay the cost of repairing damage

8  caused, or any infrastructure to mitigate a risk posed, to

9  a defense access road by recurrent or projected recurrent

10  flooding, sea level fluctuation, a natural disaster, or any

11  other current or projected change in applicable environ-

12  mental conditions, if the Secretary determines that contin-

13  ued access to a military installation, defense industry site,

14  air or sea port necessary for or planned to be used for

15  the deployment or sustainment of members of the Armed

16  Forces, equipment, or supplies, or to a source of raw mate-

17  rials, has been or is projected to be impacted by those

18  events or conditions.".

19  **SEC. 2809. MILITARY CONSTRUCTION PROJECTS FOR**

20        **CHILD DEVELOPMENT CENTERS AT MILI-**

21        **TARY INSTALLATIONS.**

22    (a) AUTHORIZATION OF ADDITIONAL PROJECTS.—In

23  addition to any other military construction projects au-

24  thorized under this Act, the Secretary of the military de-

25  partment concerned may carry out military construction

WASHSTATEC012847

1747

1 projects for child development centers at military installa-

2 tions, as specified in the funding table in section 4601.

3    (b) REQUIRING REPORT AS CONDITION OF AUTHOR-

4 IZATION.—

5       (1) REPORT.—Not later than 90 days after the

6    date of the enactment of this Act, the Secretary con-

7    cerned shall submit to the congressional defense

8    committees a report that describes the location, title,

9    and cost, together with a Department of Defense

10    Form 1391, for each project the Secretary concerned

11    proposes to carry out under this section.

12       (2) TIMING OF AVAILABILITY OF FUNDS.—No

13    funds may be obligated or expended for a project

14    under this section—

15          (A) unless the project is included in the re-

16       port submitted under paragraph (1); and

17          (B) until the expiration of the 30-day pe-

18       riod beginning on the date on which the Sec-

19       retary concerned submits the report under

20       paragraph (1).

21    (c) EXPIRATION OF AUTHORIZATION.—Section 2002

22 shall apply with respect to the authorization of a military

23 construction project under this section in the same man-

24 ner as such section applies to the authorization of a

25 project contained in titles XXI through XXX.

WASHSTATEC012848

1748

1 **SEC. 2810. PROHIBITION ON USE OF FUNDS TO REDUCE AIR**

2 **BASE RESILIENCY OR DEMOLISH PROTECTED**

3 **AIRCRAFT SHELTERS IN THE EUROPEAN**

4 **THEATER WITHOUT CREATING A SIMILAR**

5 **PROTECTION FROM ATTACK.**

6      No funds authorized to be appropriated by this Act

7 for fiscal year 2020 for the Department of Defense may

8 be obligated or expended to implement any activity that

9 reduces air base resiliency or demolishes protected aircraft

10 shelters in the European theater, and the Department

11 may not otherwise implement any such activity, without

12 creating a similar protection from attack in the European

13 theater until such time as the Secretary of Defense cer-

14 tifies to the congressional defense committees that pro-

15 tected aircraft shelters are not required in the European

16 theater.

17 **SEC. 2811. PROHIBITION ON USE OF FUNDS TO CLOSE OR**

18 **RETURN CERTAIN BASES TO THE HOST NA-**

19 **TION.**

20      No funds authorized to be appropriated by this Act

21 for fiscal year 2020 for the Department of Defense may

22 be obligated or expended to implement any activity that

23 closes or returns to the host nation any existing base

24 under the European Consolidation Initiative, and the De-

25 partment shall not implement any such activity in fiscal

26 year 2020, until the Secretary of Defense certifies that

WASHSTATEC012849

1749

1 there is no longer a need for a rotational military presence

2 in the European theater.

# Subtitle B—Real Property and Facilities Administration

**SEC. 2821. IMPROVED ENERGY SECURITY FOR MAIN OPER-ATING BASES IN EUROPE.**

7 (a) PROHIBITION ON USE OF CERTAIN ENERGY

8 SOURCE.—The Secretary of Defense shall ensure that

9 each contract for the acquisition of furnished energy for

10 a covered military installation in Europe does not use any

11 energy sourced from inside the Russian Federation as a

12 means of generating the furnished energy for the covered

13 military installation.

14 (b) WAIVER FOR NATIONAL SECURITY INTERESTS.—

15 (1) WAIVER AUTHORITY; CERTIFICATION.—The

16 Secretary of Defense may waive application of sub-

17 section (a) to a specific contract for the acquisition

18 of furnished energy for a covered military installa-

19 tion if the Secretary certifies to the congressional

20 defense committees that—

21 (A) the waiver of such subsection is nec-

22 essary to ensure an adequate supply of fur-

23 nished energy for the covered military installa-

24 tion; and

WASHSTATEC012850

1750

1   (B) the Secretary has balanced these na-
2   tional security requirements against the poten-
3   tial risk associated with reliance upon the Rus-
4   sian Federation for furnished energy.

5   (2) SUBMISSION OF WAIVER NOTICE.—Not
6   later than 14 days before the execution of any en-
7   ergy contract for which a waiver is granted under
8   paragraph (1), the Secretary of Defense shall submit
9   to the congressional defense committees notice of the
10  waiver. The waiver notice shall include the following:

11  (A) The rationale for the waiver, including
12  the basis for the certifications required by sub-
13  paragraphs (A) and (B) of paragraph (1).

14  (B) An assessment of how the waiver may
15  impact the European energy resiliency strategy.

16  (C) An explanation of the measures the
17  Department of Defense is taking to mitigate
18  the risk of using Russian Federation furnished
19  energy.

20  (c) DEFINITIONS.—In this section:

21  (1) The term "covered military installation"
22  means a military installation in Europe identified by
23  the Department of Defense as a main operating
24  base.

WASHSTATEC012851

1751

1     (2) The term "furnished energy" means energy

2     furnished to a covered military installation in any

3     form and for any purpose, including heating, cool-

4     ing, and electricity.

5     (d) CONFORMING REPEAL.—Section 2811 of the

6 Military Construction Authorization Act for Fiscal Year

7 2019 (division B of Public Law 115–232; 132 Stat. 2266)

8 is repealed.

**9   SEC. 2822. ACCESS TO DEPARTMENT OF DEFENSE INSTAL-**

**10           LATIONS FOR CREDENTIALED TRANSPOR-**

**11           TATION WORKERS.**

12     Section 1050(a) of the National Defense Authoriza-

13 tion Act for Fiscal Year 2017 (Public Law 114–328; 10

14 U.S.C. 113 note) is amended to read as follows:

15     "(a) ACCESS TO INSTALLATIONS FOR

16 CREDENTIALED TRANSPORTATION WORKERS.—The Sec-

17 retary of Defense, to the extent practicable, shall ensure

18 that the Transportation Worker Identification Credential

19 is accepted as a valid credential for unescorted access to

20 Department of Defense installations by transportation

21 workers.".

WASHSTATEC012852

1752

1 SEC. 2823. IMPROVED RECORDING AND MAINTAINING OF

2           DEPARTMENT OF DEFENSE REAL PROPERTY

3           DATA.

4      (a) INITIAL REPORT.—Not later than 150 days after

5 the date of the enactment of this Act, the Undersecretary

6 of Defense for Acquisition and Sustainment shall submit

7 to the congressional defense committees a report that eval-

8 uates service-level best practices for recording and main-

9 taining real property data.

10      (b) ISSUANCE OF GUIDANCE.—Not later than 300

11 days after the date of the enactment of this Act, the Un-

12 dersecretary of Defense for Acquisition and Sustainment

13 shall issue service-wide guidance on the recording and col-

14 lection of real property data based on the best practices

15 described in the report.

# Subtitle C—Land Conveyances

17 SEC. 2831. LAND CONVEYANCE, HILL AIR FORCE BASE,

18           OGDEN, UTAH.

19      (a) CONVEYANCE REQUIRED.—The Secretary of the

20 Air Force may convey, for no monetary consideration, to

21 the State of Utah or a designee of the State of Utah (in

22 this section referred to as the "State") all right, title, and

23 interest of the United States in and to a parcel of real

24 property, including improvements thereon, consisting of

25 approximately 35 acres located at Hill Air Force Base

26 commonly known as the "Defense Nontactical Generator

WASHSTATEC012853

1753

1 and Rail Center'' and such real property adjacent to the
2 Center as the parties consider to be appropriate, for the
3 purpose of permitting the State to construct a new inter-
4 change for Interstate 15.

5 (b) CONDITION PRECEDENT.—The conveyance au-
6 thorized by subsection (a) shall be contingent upon the
7 relocation of the Defense Nontactical Generator and Rail
8 Center.

9 (c) TERMINATION AND REENTRY.—If the State does
10 not meet the conditions required under subsection (d) by
11 the date that is five years after the date of the conveyance
12 authorized by subsection (a), or such later date as the Sec-
13 retary of the Air Force and the State may agree is reason-
14 ably necessary due to unexpected circumstances, the Sec-
15 retary of the Air Force may terminate such conveyance
16 and reenter the property.

17 (d) CONSIDERATION AND CONDITIONS OF CONVEY-
18 ANCE.—In consideration of and as a condition to the con-
19 veyance authorized by subsection (a), the State shall agree
20 to the following:

21 (1) Not later than two years after the convey-
22 ance, the State shall, at no cost to the United States
23 Government—

WASHSTATEC012854

1754

1     (A) demolish all improvements and associ-

2     ated infrastructure existing on the property;

3     and

4     (B) conduct environmental cleanup and re-

5     mediation of the property, as required by law

6     and approved by the Utah Department of Envi-

7     ronmental Quality, for the planned redevelop-

8     ment and use of the property.

9     (2) Not later than three years after the comple-

10    tion of the cleanup and remediation under para-

11    graph (1)(B), the State, at no cost to the United

12    States Government, shall construct on Hill Air

13    Force Base a new gate for vehicular and pedestrian

14    traffic in and out of Hill Air Force Base in compli-

15    ance with all applicable construction and security re-

16    quirements and such other requirements as the Sec-

17    retary of the Air Force may consider necessary.

18    (3) That the State shall coordinate the demoli-

19    tion, cleanup, remediation, design, redevelopment,

20    and construction activities performed pursuant to

21    the conveyance under subsection (a) with the Sec-

22    retary of the Air Force, the Utah Department of

23    Transportation, and the Utah Department of Envi-

24    ronmental Quality.

WASHSTATEC012855

1755

1  (e) ENVIRONMENTAL OBLIGATIONS.—The State

2  shall not have any obligation with respect to cleanup and

3  remediation of an environmental condition on the property

4  to be conveyed under subsection (a) unless the condition

5  was in existence and known before the date of the convey-

6  ance or the State exacerbates the condition which then re-

7  quires further remediation.

8  (f) PAYMENT OF COSTS OF CONVEYANCE.—

9      (1) PAYMENT REQUIRED.—The Secretary of

10     the Air Force shall require the State to cover costs

11     to be incurred by the Secretary, or to reimburse the

12     Secretary for such costs incurred, to carry out the

13     conveyance under subsection (a), including survey

14     costs, costs for environmental documentation, and

15     other administrative costs related to the conveyance.

16     If amounts are collected from the State in advance

17     of the Secretary incurring actual costs, and the

18     amount collected exceeds the costs actually incurred

19     by the Secretary to carry out the conveyance, the

20     Secretary shall refund the excess amount to the

21     State.

22     (2) TREATMENT OF AMOUNTS RECEIVED.—

23     Amounts received as reimbursement under para-

24     graph (1) shall be credited to the fund or account

25     that was used to cover the costs incurred by the Sec-

WASHSTATEC012856

1756

1  retary in carrying out the conveyance under sub-

2  section (a) or to an appropriate fund or account cur-

3  rently available to the Secretary for the purposes for

4  which the costs were paid. Amounts so credited shall

5  be merged with amounts in such fund or account

6  and shall be available for the same purposes, and

7  subject to the same conditions and limitations, as

8  amounts in such fund or account.

9  (g) DESCRIPTION OF PROPERTY.—The exact acreage

10  and legal description of the property to be conveyed under

11  subsection (a) shall be determined by a survey satisfactory

12  to the Secretary of the Air Force and the State.

13  (h) SAVINGS PROVISION.—Nothing in this section

14  shall be construed to affect or limit the application of, or

15  any obligation to comply with, any environmental law, in-

16  cluding the Comprehensive Environmental Response,

17  Compensation, and Liability Act of 1980 (42 U.S.C. 9601

18  et seq.) and the Solid Waste Disposal Act (42 U.S.C. 6901

19  et seq.).

20  **SEC. 2832. RELEASE OF INTERESTS RETAINED IN CAMP JO-**

21  **SEPH T. ROBINSON, ARKANSAS, FOR USE OF**

22  **SUCH LAND AS A VETERANS CEMETERY.**

23  (a) RELEASE OF RETAINED INTERESTS.—

24  (1) IN GENERAL.—With respect to a parcel of

25  land at Camp Joseph T. Robinson, Arkansas, con-

WASHSTATEC012857

1     sisting of approximately 141.52 acres that lies in a

2     part of section 35, township 3 north, range 12 west,

3     Pulaski County, Arkansas, and comprising a portion

4     of the property conveyed by the United States to the

5     State of Arkansas for training of the National

6     Guard and for other military purposes pursuant to

7     "An Act authorizing the transfer of part of Camp

8     Joseph T. Robinson to the State of Arkansas", ap-

9     proved June 30, 1950 (64 Stat. 311, chapter 429),

10     the Secretary of the Army may release the terms

11     and conditions imposed, and reversionary interests

12     retained, by the United States under section 2 of

13     such Act, and the right to reenter and use the prop-

14     erty retained by the United States under section 3

15     of such Act.

16         (2) IMPACT ON OTHER RIGHTS OR INTER-

17     ESTS.—The release of terms and conditions and re-

18     tained interests under paragraph (1) with respect to

19     the parcel described in such paragraph shall not be

20     construed to alter the rights or interests retained by

21     the United States with respect to the remainder of

22     the real property conveyed to the State of Arkansas

23     under the Act described in such paragraph.

24     (b) INSTRUMENT OF RELEASE AND DESCRIPTION OF

25   PROPERTY.—

WASHSTATEC012858

1758

1       (1) IN GENERAL.—The Secretary of the Army

2   may execute and file in the appropriate office a deed

3   of release, amended deed, or other appropriate in-

4   strument reflecting the release of terms and condi-

5   tions and retained interests under subsection (a).

6       (2) LEGAL DESCRIPTION.—The exact acreage

7   and legal description of the property described in

8   subsection (a) shall be determined by a survey satis-

9   factory to the Secretary of the Army.

10  (c) CONDITIONS ON RELEASE AND REVERSIONARY

11  INTEREST.—

12      (1) EXPANSION OF VETERANS CEMETERY AND

13  REVERSIONARY INTEREST.—

14          (A) EXPANSION OF VETERANS CEME-

15      TERY.—The State of Arkansas may use the

16      parcel of land described in subsection (a)(1)

17      only for the expansion of the Arkansas State

18      Veterans Cemetery.

19          (B) REVERSIONARY INTEREST.—If the

20      Secretary of the Army determines at any time

21      that the parcel of land described in subsection

22      (a)(1) is not being used in accordance with the

23      purpose specified in subparagraph (A), all right,

24      title, and interest in and to the land, including

25      any improvements thereto, shall, at the option

WASHSTATEC012859

1759

1   of the Secretary, revert to and become the prop-

2   erty of the United States, and the United

3   States shall have the right of immediate entry

4   onto such parcel.

5   (2) ADDITIONAL TERMS AND CONDITIONS.—

6   The Secretary of the Army may require in the in-

7   strument of release such additional terms and condi-

8   tions in connection with the release of terms and

9   conditions and retained interests under subsection

10   (a) as the Secretary considers appropriate to protect

11   the interests of the United States.

12   (d) PAYMENT OF ADMINISTRATIVE COSTS.—

13   (1) PAYMENT REQUIRED.—

14   (A) IN GENERAL.—The Secretary of the

15   Army may require the State of Arkansas to

16   cover costs to be incurred by the Secretary, or

17   to reimburse the Secretary for costs incurred by

18   the Secretary, to carry out the release of terms

19   and conditions and retained interests under

20   subsection (a), including survey costs, costs re-

21   lated to environmental documentation, and

22   other administrative costs related to the release.

23   (B) REFUND OF AMOUNTS.—If amounts

24   paid to the Secretary by the State of Arkansas

25   in advance under subparagraph (A) exceed the

WASHSTATEC012860

1760

1 costs actually incurred by the Secretary to carry

2 out the release, the Secretary shall refund the

3 excess amount to the State.

4 (2) TREATMENT OF AMOUNTS RECEIVED.—

5 Amounts received under paragraph (1) as reim-

6 bursement for costs incurred by the Secretary to

7 carry out the release of terms and conditions and re-

8 tained interests under subsection (a) shall be cred-

9 ited to the fund or account that was used to cover

10 the costs incurred by the Secretary in carrying out

11 the release. Amounts so credited shall be merged

12 with amounts in such fund or account and shall be

13 available for the same purposes, and subject to the

14 same conditions and limitations, as amounts in such

15 fund or account.

**SEC. 2833. MODIFICATION OF AUTHORIZED USES OF CER-**

**TAIN PROPERTY CONVEYED BY THE UNITED**

**STATES IN LOS ANGELES, CALIFORNIA.**

19 (a) IN GENERAL.—Section 2 of Public Law 85–236

20 (71 Stat. 517) is amended in the first sentence by insert-

21 ing after "for other military purposes" the following: "and

22 for purposes of meeting the needs of the homeless (as that

23 term is defined in section 103 of the McKinney-Vento

24 Homeless Assistance Act (42 U.S.C. 11302))".

25 (b) MODIFICATION OF USE.—

WASHSTATEC012861

1761

1     (1) APPLICATION.—The State of California

2     shall submit to the Administrator of General Serv-

3     ices an application for use of the property conveyed

4     by section 2 of Public Law 85–236 for purposes of

5     meeting the needs of the homeless in accordance

6     with the amendment made by subsection (a).

7     (2) REVIEW OF APPLICATION.—Not later than

8     60 days after the date of receipt of an application

9     pursuant to paragraph (1), the Administrator and

10    the Secretary of Health and Human Services shall

11    jointly determine whether the use of the property de-

12    scribed in the application is a use for purposes of

13    meeting the needs of the homeless.

14    (3) COMPATIBILITY WITH MILITARY PUR-

15    POSES.—Before executing any instrument of modi-

16    fication of the deed of conveyance, the Administrator

17    and the Secretary shall request a review by the Chief

18    of the National Guard Bureau, in consultation with

19    the Secretary of the Army, to ensure that any modi-

20    fication of the use of the property described in the

21    application is compatible with the current and antici-

22    pated future use of the property for training mem-

23    bers of the National Guard and other military pur-

24    poses.

WASHSTATEC012862

1762

1     (4) MODIFICATION OF INSTRUMENT OF CON-

2     VEYANCE.—If the Chief of the National Guard Bu-

3     reau determines pursuant to the review under para-

4     graph (3) that the modification of the use of the

5     property described in the application is compatible

6     with the use of the property for training members of

7     the National Guard and other military purposes, the

8     Administrator shall execute and record in the appro-

9     priate office an instrument of modification of the

10    deed of conveyance executed pursuant to Public Law

11    85–236 in order to authorize such use of the prop-

12    erty described in the application. The instrument

13    shall be filed within 60 days of such determination

14    and include such additional terms and conditions as

15    the Administrator considers appropriate to protect

16    the interests of the United States.

**17    SEC. 2834. TRANSFER OF ADMINISTRATIVE JURISDICTION**

**18                OVER CERTAIN PARCELS OF FEDERAL LAND**

**19                IN ARLINGTON, VIRGINIA.**

20    (a) TRANSFER TO THE SECRETARY OF THE ARMY.—

21    (1) TRANSFER.—Administrative jurisdiction

22    over the parcel of Federal land described in para-

23    graph (2) is transferred from the Secretary of the

24    Interior to the Secretary of the Army.

WASHSTATEC012863

1763

1    (2) DESCRIPTION OF LAND.—The parcel of
2 Federal land referred to in paragraph (1) is the ap-
3 proximately 16.09-acre parcel of land in Arlington,
4 Virginia, as depicted on the map entitled "Arlington
5 National Cemetery, Memorial Ave–NPS Parcel" and
6 dated February 11, 2019.

7    (b) TRANSFER TO THE SECRETARY OF THE INTE-
8 RIOR.—

9    (1) TRANSFER.—Administrative    jurisdiction
10 over the parcel of Federal land described in para-
11 graph (2) is transferred from the Secretary of the
12 Army to the Secretary of the Interior.

13    (2) DESCRIPTION OF LAND.—The parcel of
14 Federal land referred to in paragraph (1) is the ap-
15 proximately 1.04-acre parcel of land in Arlington,
16 Virginia, as depicted on the map entitled "Arlington
17 National Cemetery–Chaffee NPS Land Swap" and
18 dated October 31, 2018.

19    (c) LAND SURVEYS.—The exact acreage and legal de-
20 scription of a parcel of Federal land described in sub-
21 section (a)(2) or (b)(2) shall be determined by a survey
22 satisfactory to the Secretary of the Army and the Sec-
23 retary of the Interior.

24    (d) AUTHORITY TO CORRECT ERRORS.—The Sec-
25 retary of the Army and the Secretary of the Interior may

WASHSTATEC012864

1764

1 correct any clerical or typographical error in a map de-
2 scribed in subsection (a)(2) or (b)(2).

3     (e) TERMS AND CONDITIONS.—

4         (1) NO REIMBURSEMENT OR CONSIDER-
5     ATION.—A transfer by subsection (a)(1) or (b)(1)
6     shall be without reimbursement or consideration.

7         (2) CONTINUED RECREATIONAL ACCESS.—The
8     use of a bicycle trail or recreational access within a
9     parcel of Federal land described in subsection (a)(2)
10     or (b)(2) in which the use or access is authorized be-
11     fore the date of the enactment of this Act shall be
12     allowed to continue after the transfer of the applica-
13     ble parcel of Federal land by subsection (a)(1) or
14     (b)(1).

15         (3) MANAGEMENT OF PARCEL TRANSFERRED
16     TO SECRETARY OF THE ARMY.—

17         (A) IN GENERAL.—The parcel of Federal
18     land transferred to the Secretary of the Army
19     by subsection (a)(1) shall be administered by
20     the Secretary of the Army—

21         (i) as part of Arlington National Cem-
22     etery; and

23         (ii) in accordance with applicable law,
24     including—

25         (I) regulations; and

WASHSTATEC012865

1765

1 (II) section 2409 of title 38,

2 United States Code.

3 (B) MEMORANDUM OF UNDERSTANDING

4 ON OPERATION OF MAINTENANCE OF MEMO-

5 RIAL.—

6 (i) IN GENERAL.—The Secretary of

7 the Army shall seek to enter into a memo-

8 randum of understanding with the Women

9 in Military Service for America Memorial

10 Foundation, Inc., to define roles and re-

11 sponsibilities for the shared responsibility

12 and resources for operation and mainte-

13 nance of the Women in Military Service for

14 America Memorial and the surrounding

15 grounds.

16 (ii) ALLOCATION OF AMOUNTS.—The

17 Secretary of the Army may, pursuant to

18 the memorandum of understanding de-

19 scribed in clause (i), allocate amounts to

20 the foundation described in that clause to

21 support operation and maintenance of the

22 memorial described in that clause.

23 (4) MANAGEMENT OF PARCEL TRANSFERRED

24 TO SECRETARY OF THE INTERIOR.—The parcel of

WASHSTATEC012866

1766

1  Federal land transferred to the Secretary of the In-
2  terior by subsection (b)(1) shall be—

3     (A) included within the boundary of Ar-
4     lington House, The Robert E. Lee Memorial;
5     and

6     (B) administered by the Secretary of the
7     Interior—

8        (i) as part of the memorial referred to
9        in subparagraph (A); and

10        (ii) in accordance with applicable law
11        (including regulations).

## Subtitle D—Military Land Withdrawals

14  **SEC. 2841. PUBLIC NOTICE REGARDING UPCOMING PERI-
15     ODS OF SECRETARY OF THE NAVY MANAGE-
16     MENT OF SHARED USE AREA OF THE JOHN-
17     SON VALLEY OFF-HIGHWAY VEHICLE RECRE-
18     ATION AREA.**

19  (a) PUBLIC NOTICE REQUIRED.—Section 2942(b)(2)
20  of the Military Land Withdrawals Act of 2013 (title XXIX
21  of Public Law 113–66; 127 Stat. 1036) is amended by
22  adding at the end the following new subparagraph:

23     "(D) PUBLIC NOTICE.—Not later than one
24     year before the date on which a 30-day period
25     of Secretary of the Navy management of the

WASHSTATEC012867

1767

1    Shared Use Area commences, the Secretary of
2    the Navy, acting through the Resource Manage-
3    ment Group established pursuant to section
4    2944, shall notify the public of such date of
5    commencement and the intention of the Armed
6    Forces to use the Shared Use Area for military
7    training purposes. The Secretary of the Navy,
8    upon notice to the Secretary of the Interior,
9    may waive such public notice in the event of an
10   emergent military training requirement.''.

11   (b) APPLICATION OF AMENDMENT.—Subparagraph
12   (D) of section 2942(b)(2) of the Military Land With-
13   drawals Act of 2013 (title XXIX of Public Law 113–66;
14   127 Stat. 1036), as added by subsection (a), shall apply
15   to periods of Secretary of the Navy management of the
16   Shared Use Area of the Johnson Valley Off-Highway Ve-
17   hicle Recreation Area under such section that commence
18   on or after January 1, 2021.

# Subtitle E—White Sands National Park and White Sands Missile Range

## SEC. 2851. WHITE SANDS MISSILE RANGE LAND ENHANCE-MENTS.

24   (a) DEFINITIONS.—In this section:

WASHSTATEC012868

1768

1    (1) MAP.—The term "Map" means the map en-
2    titled "White Sands National Park Proposed Bound-
3    ary Revision & Transfer of Lands Between National
4    Park Service & Department of the Army", numbered
5    142/136,271, and dated February 14, 2017.

6    (2) MILITARY MUNITIONS.—The term "military
7    munitions" has the meaning given the term in sec-
8    tion 101(e) of title 10, United States Code.

9    (3) MISSILE RANGE.—The term "missile
10   range" means the White Sands Missile Range, New
11   Mexico, administered by the Secretary of the Army.

12   (4) MONUMENT.—The term "Monument"
13   means the White Sands National Monument, New
14   Mexico, established by Presidential Proclamation
15   No. 2025 (54 U.S.C. 320301 note), dated January
16   18, 1933, and administered by the Secretary of the
17   Interior.

18   (5) MUNITIONS DEBRIS.—The term "munitions
19   debris" has the meaning given the term in volume
20   8 of the Department of Defense Manual Number
21   6055.09-M entitled "DoD Ammunitions and Explo-
22   sives Safety Standards" and dated February 29,
23   2008 (as in effect on the date of the enactment of
24   this Act).

WASHSTATEC012869

1769

1  (6) PARK.—The term "Park" means the White

2 Sands National Park established by subsection

3 (b)(1).

4  (7) PUBLIC LAND ORDER.—The term "Public

5 Land Order" means Public Land Order 833, dated

6 May 21, 1952 (17 Fed. Reg. 4822).

7  (8) STATE.—The term "State" means the State

8 of New Mexico.

9 (b) WHITE SANDS NATIONAL PARK.—

10  (1) ESTABLISHMENT.—To protect, preserve,

11 and restore its scenic, scientific, educational, nat-

12 ural, geological, historical, cultural, archaeological,

13 paleontological, hydrological, fish, wildlife, and rec-

14 reational values and to enhance visitor experiences,

15 there is established in the State the White Sands

16 National Park as a unit of the National Park Sys-

17 tem.

18  (2) ABOLISHMENT OF WHITE SANDS NATIONAL

19 MONUMENT.—

20   (A) ABOLISHMENT.—Due to the establish-

21  ment of the Park, the Monument is abolished.

22   (B) INCORPORATION.—The land and inter-

23  ests in land that comprise the Monument are

24  incorporated in, and shall be considered to be

25  part of, the Park.

WASHSTATEC012870

1770

1   (3) REFERENCES.—Any reference in a law,
2 map, regulation, document, paper, or other record of
3 the United States to the ''White Sands National
4 Monument'' shall be considered to be a reference to
5 the ''White Sands National Park''.

6   (4) AVAILABILITY OF FUNDS.—Any funds avail-
7 able for the Monument shall be available for the
8 Park.

9   (5) ADMINISTRATION.—The Secretary of the
10 Interior shall administer the Park in accordance
11 with—

12   (A) this subsection; and

13   (B) the laws generally applicable to units
14 of the National Park System, including section
15 100101(a), chapter 1003, sections 100751(a),
16 100752, 100753, and 102101, and chapter
17 3201 of title 54, United States Code.

18 (6) WORLD HERITAGE LIST NOMINATION.—

19   (A) COUNTY CONCURRENCE.—The Sec-
20 retary of the Interior shall not submit a nomi-
21 nation for the Park to be included on the World
22 Heritage List of the United Nations Edu-
23 cational, Scientific and Cultural Organization
24 unless each county in which the Park is located
25 concurs in the nomination.

WASHSTATEC012871

1771

1   (B) ARMY NOTIFICATION.—Before submit-
2   ting a nomination for the Park to be included
3   on the World Heritage List of the United Na-
4   tions Educational, Scientific and Cultural Orga-
5   nization, the Secretary of the Interior shall no-
6   tify the Secretary of the Army of the intent of
7   the Secretary of the Interior to nominate the
8   Park.
9   (7) EFFECT.—Nothing in this subsection af-
10  fects—
11  (A) valid existing rights (including water
12  rights);
13  (B) permits or contracts issued by the
14  Monument;
15  (C) existing agreements, including agree-
16  ments with the Department of Defense;
17  (D) the jurisdiction of the Department of
18  Defense regarding the restricted airspace above
19  the Park; or
20  (E) the airshed classification of the Park
21  under the Clean Air Act (42 U.S.C. 7401 et
22  seq.).
23  (c) MODIFICATION OF BOUNDARIES OF WHITE
24  SANDS NATIONAL PARK AND WHITE SANDS MISSILE
25  RANGE.—

WASHSTATEC012872

1772

1    (1) Transfers of administrative jurisdic-

2 tion.—

3      (A) Transfer of administrative juris-

4 diction to the secretary of the inte-

5 rior.—

6        (i) In general.—Administrative ju-

7 risdiction over the land described in clause

8 (ii) is transferred from the Secretary of the

9 Army to the Secretary of the Interior.

10        (ii) Description of land.—The

11 land referred to in clause (i) is—

12          (I) the approximately 2,826 acres

13 of land identified as "To NPS, lands

14 inside current boundary" on the Map;

15 and

16          (II) the approximately 5,766

17 acres of land identified as "To NPS,

18 new additions" on the Map.

19      (B) Transfer of administrative juris-

20 diction to the secretary of the army.—

21        (i) In general.—Administrative ju-

22 risdiction over the land described in clause

23 (ii) is transferred from the Secretary of the

24 Interior to the Secretary of the Army.

WASHSTATEC012873

1773

1    (ii) DESCRIPTION OF LAND.—The

2    land referred to in clause (i) is the ap-

3    proximately 3,737 acres of land identified

4    as ''To DOA'' on the Map.

5   (2) BOUNDARY MODIFICATIONS.—

6    (A) PARK.—

7     (i) IN GENERAL.—The boundary of

8     the Park is revised to reflect the boundary

9     depicted on the Map.

10     (ii) MAP.—

11      (I) IN GENERAL.—The Secretary

12      of the Interior, in coordination with

13      the Secretary of the Army, shall pre-

14      pare and keep on file for public in-

15      spection in the appropriate office of

16      the Secretary of the Interior a map

17      and a legal description of the revised

18      boundary of the Park.

19      (II) EFFECT.—The map and

20      legal description under subclause (I)

21      shall have the same force and effect

22      as if included in this section, except

23      that the Secretary of the Interior may

24      correct clerical and typographical er-

25      rors in the map and legal description.

WASHSTATEC012874

1774

(iii) BOUNDARY SURVEY.—As soon as practicable after the date of the establishment of the Park and subject to the availability of funds, the Secretary of the Interior shall complete an official boundary survey of the Park.

(B) MISSILE RANGE.—

(i) IN GENERAL.—The boundary of the missile range and the Public Land Order are modified to exclude the land transferred to the Secretary of the Interior under paragraph (1)(A) and to include the land transferred to the Secretary of the Army under paragraph (1)(B).

(ii) MAP.—The Secretary of the Interior shall prepare a map and legal description depicting the revised boundary of the missile range.

(C) CONFORMING AMENDMENT.—Section 2854 of the National Defense Authorization Act for Fiscal Year 1997 (Public Law 104–201; 54 U.S.C. 320301 note) is repealed.

(3) ADMINISTRATION.—

(A) PARK.—The Secretary of the Interior shall administer the land transferred under

WASHSTATEC012875

1775

1   paragraph (1)(A) in accordance with laws (in-

2   cluding regulations) applicable to the Park.

3   (B) MISSILE RANGE.—Subject to subpara-

4   graph (C), the Secretary of the Army shall ad-

5   minister the land transferred to the Secretary

6   of the Army under paragraph (1)(B) as part of

7   the missile range.

8   (C) INFRASTRUCTURE; RESOURCE MAN-

9   AGEMENT.—

10   (i) RANGE ROAD 7.—

11   (I) INFRASTRUCTURE MANAGE-

12   MENT.—To the maximum extent prac-

13   ticable, in planning, constructing, and

14   managing infrastructure on the land

15   described in subclause (III), the Sec-

16   retary of the Army shall apply low-im-

17   pact development techniques and

18   strategies to prevent impacts within

19   the missile range and the Park from

20   stormwater runoff from the land de-

21   scribed in that subclause.

22   (II) RESOURCE MANAGEMENT.—

23   The Secretary of the Army shall—

24   (aa) manage the land de-

25   scribed in subclause (III) in a

WASHSTATEC012876

1776

1   manner consistent with the pro-
2   tection of natural and cultural re-
3   sources within the missile range
4   and the Park and in accordance
5   with section 101(a)(1)(B) of the
6   Sikes   Act   (16   U.S.C.
7   670a(a)(1)(B)),   division   A   of
8   subtitle III of title 54, United
9   States   Code,   and   the   Native
10  American Graves Protection and
11  Repatriation   Act   (25   U.S.C.
12  3001 et seq.); and

13       (bb)   include   the   land   de-
14      scribed in subclause (III) in the
15      integrated   natural   and   cultural
16      resource   management   plan   for
17      the missile range.

18       (III) DESCRIPTION OF LAND.—
19  The land referred to in subclauses (I)
20  and (II) is the land that is transferred
21  to   the   administrative   jurisdiction   of
22  the   Secretary   of   the   Army   under
23  paragraph   (1)(B)   and   located   in   the
24  area east of Range Road 7 in—

WASHSTATEC012877

1777

1    (aa) T. 17 S., R. 5 E., sec.

2    31;

3    (bb) T. 18 S., R. 5 E.; and

4    (cc) T. 19 S., R. 5 E., sec.

5    5.

6    (ii) FENCE.—

7    (I) IN GENERAL.—The Secretary

8    of the Army shall continue to allow

9    the Secretary of the Interior to main-

10   tain the fence shown on the Map until

11   such time as the Secretary of the In-

12   terior determines that the fence is un-

13   necessary for the management of the

14   Park.

15   (II) REMOVAL.—If the Secretary

16   of the Interior determines that the

17   fence is unnecessary for the manage-

18   ment of the Park under subclause (I),

19   the Secretary of the Interior shall

20   promptly remove the fence at the ex-

21   pense of the Department of the Inte-

22   rior.

23   (D) RESEARCH.—The Secretary of the

24   Army and the Secretary of the Interior may

25   enter into an agreement to allow the Secretary

WASHSTATEC012878

1778

of the Interior to conduct certain research in the area identified as "Cooperative Use Research Area" on the Map.

(E) MILITARY MUNITIONS AND MUNITIONS DEBRIS.—

(i) RESPONSE ACTION.—With respect to any Federal liability, the Secretary of the Army shall remain responsible for any response action addressing military munitions or munitions debris on the land transferred under paragraph (1)(A) to the same extent as on the day before the date of the enactment of this Act.

(ii) INVESTIGATION OF MILITARY MUNITIONS AND MUNITIONS DEBRIS.—

(I) IN GENERAL.—The Secretary of the Interior may request that the Secretary of the Army conduct 1 or more investigations of military munitions or munitions debris on any land transferred under paragraph (1)(A).

(II) ACCESS.—The Secretary of the Interior shall give access to the Secretary of the Army to the land covered by a request under subclause (I)

WASHSTATEC012879

1779

1  for the purposes of conducting the 1

2  or more investigations under that sub-

3  clause.

4  (III) LIMITATION.—An investiga-

5  tion conducted under this clause shall

6  be subject to available appropriations.

7  (iii) APPLICABLE LAW.—Any activities

8  undertaken under this subparagraph shall

9  be carried out in accordance with—

10  (I) the Comprehensive Environ-

11  mental Response, Compensation, and

12  Liability Act of 1980 (42 U.S.C. 9601

13  et seq.);

14  (II) the purposes for which the

15  Park was established; and

16  (III) any other applicable law.

## Subtitle F—Other Matters

17

18  SEC. 2861. INSTALLATION AND MAINTENANCE OF FIRE EX-

19  TINGUISHERS IN DEPARTMENT OF DEFENSE

20  FACILITIES.

21  The Secretary of Defense shall ensure that portable

22  fire extinguishers are installed and maintained in all De-

23  partment of Defense facilities, in accordance with require-

24  ments of national model fire codes developed by the Na-

25  tional Fire Protection Association and the International

WASHSTATEC012880

1780

1 Code Council that require redundancy and extinguishers

2 throughout occupancies regardless of the presence of other

3 suppression systems or alarm systems.

4 **SEC. 2862. DEFINITION OF COMMUNITY INFRASTRUCTURE**

5        **FOR PURPOSES OF MILITARY BASE REUSE**

6        **STUDIES AND COMMUNITY PLANNING AS-**

7        **SISTANCE.**

8     Paragraph (4) of section 2391(e) of title 10, United

9 States Code, is amended to read as follows:

10       "(4)(A) The term 'community infrastructure'

11     means a project or facility described in subpara-

12     graph (B) that—

13         "(i) is located off of a military installation;

14     and

15         "(ii) is—

16            "(I) owned by a State or local govern-

17         ment; or

18            "(II) a not-for-profit, member-owned

19         utility service.

20       "(B) A project or facility described in this sub-

21     paragraph is any of the following:

22         "(i) Any transportation project.

23         "(ii) A school, hospital, police, fire, emer-

24     gency response, or other community support fa-

25     cility.

WASHSTATEC012881

1781

1         "(iii) A water, waste-water, telecommuni-

2    cations, electric, gas, or other utility infrastruc-

3    ture project.".

**4  SEC. 2863. TEMPORARY AUTHORITY FOR ACCEPTANCE AND**

**5        USE OF CONTRIBUTIONS FOR CERTAIN DE-**

**6        SIGN AND CONSTRUCTION PROJECTS MUTU-**

**7        ALLY BENEFICIAL TO THE DEPARTMENT OF**

**8        DEFENSE AND THE REPUBLIC OF KOREA.**

9  (a) ACCEPTANCE OF CONTRIBUTIONS.—

10    (1) IN GENERAL.—The Secretary concerned

11  may accept cash contributions from the Republic of

12  Korea to carry out the following:

13    (A) The design and construction of the

14    Black Hat Intelligence Fusion Center, Camp

15    Humphreys, Republic of Korea.

16    (B) The design of the Korean Air and

17    Space Operations and Intelligence Center, Osan

18    Air Base, Republic of Korea.

19    (2) COST-SHARING AGREEMENT.—In the event

20  the contribution under paragraph (1) is insufficient

21  to cover the entire cost of the activity authorized

22  under that paragraph, the Secretary concerned shall

23  enter into a cost-sharing agreement with the Repub-

24  lic of Korea detailing the portion of the authorized

25  activity that is to be funded with the contribution

WASHSTATEC012882

1782

1  and identifying sufficient other funds to undertake

2  the entire authorized activity.

3  (b) ESTABLISHMENT OF ACCOUNT.—Contributions

4  accepted under subsection (a) shall be placed in an ac-

5  count established by the Secretary concerned and shall re-

6  main available until expended as provided in such sub-

7  section.

8  (c) NOTICE.—

9  (1) IN GENERAL.—Not later than 14 days be-

10  fore carrying out a project using contributions ac-

11  cepted under subsection (a) for which the estimated

12  cost of the project will exceed the thresholds pre-

13  scribed by section 2805 of title 10, United States

14  Code, the Secretary concerned shall submit to the

15  congressional defense committees, the Committee on

16  Foreign Relations of the Senate, and the Committee

17  on Foreign Affairs of the House of Representa-

18  tives—

19  (A) a written notice of the decision to

20  carry out the project;

21  (B) a justification for the project; and

22  (C) the estimated cost of the project.

23  (2) NOTICE FOR PROJECTS THAT REQUIRE

24  COST SHARING.—Not later than 14 days before car-

25  rying out a project using contributions accepted

WASHSTATEC012883

1783

1   under subsection (a) for which a cost-sharing agree-

2   ment is entered into under paragraph (2) of such

3   subsection, the Secretary concerned shall submit to

4   the congressional defense committees in an elec-

5   tronic medium pursuant to section 480 of title 10,

6   United States Code—

7       (A) a written notice of the acceptance of

8       the contributions for the project;

9       (B) a copy of the Department of Defense

10       Form 1391 for the project;

11       (C) the estimated cost of the project; and

12       (D) details on the cost-sharing agreement

13       with the Republic of Korea.

14   (d) EXPIRATION OF PROJECT AUTHORITY.—

15       (1) IN GENERAL.—The authority to accept con-

16   tributions and carry out projects under this section

17   expires on September 30, 2030.

18       (2) CONTINUATION OF PROJECTS.—The expira-

19   tion of authority under paragraph (1) does not pre-

20   vent the continuation of any project commenced be-

21   fore the date specified in that paragraph.

22   (e) MUTUALLY BENEFICIAL.—A project described in

23   subsection (a) shall be considered to be mutually beneficial

24   if—

WASHSTATEC012884

1784

1  (1) the project is in support of a bilateral de-

2  fense cooperation agreement between the United

3  States and the Republic of Korea; or

4  (2) the Secretary concerned determines that the

5  United States may derive a benefit from the project,

6  including—

7  (A) access to and use of facilities of the

8  military forces of the Republic of Korea;

9  (B) ability or capacity for future force pos-

10  ture; and

11  (C) increased interoperability between mili-

12  tary forces of the Department of Defense and

13  the Republic of Korea.

14  (f) SECRETARY CONCERNED DEFINED.—In this sec-

15  tion, the term "Secretary concerned" has the meaning

16  given that term in section 101(9) of title 10, United States

17  Code.

18  **SEC. 2864. BLACK START EXERCISES AT MILITARY INSTAL-**

19  **LATIONS.**

20  (a) REQUIREMENT.—Not later than September 30,

21  2020, the Secretary of Defense shall conduct a black start

22  exercise at three military installations, at least one of

23  which shall be a Joint Base. The exercises shall be con-

24  ducted at installations at which such an exercise has not

25  previously been conducted, for the purpose of identifying

WASHSTATEC012885

1785

1 any shortcomings in infrastructure, joint operations, joint
2 coordination, and security that would result from a loss
3 of power at the installation.

4     (b) REPORT.—Not later than June 1, 2020, the Sec-
5 retary of Defense shall submit to the congressional defense
6 committees a report that contains a discussion of lessons
7 learned from black start exercises conducted by the Sec-
8 retary of Defense during the period beginning with the
9 first such exercise and ending on December 31, 2019, in-
10 cluding the three most recurring issues identified as a re-
11 sult of such exercises with respect to infrastructure, joint
12 coordination efforts, and security.

13     (c) BLACK START EXERCISE DEFINED.—In this sec-
14 tion, the term "black start exercise" means, with respect
15 to a military installation, an exercise in which commercial
16 utility power at the installation is dropped before backup
17 generation assets start, for the purpose of—

18         (1) testing the ability of the backup systems to
19     start, transfer the load, and carry the load until
20     commercial power is restored;

21         (2) aligning stakeholders on critical energy re-
22     quirements to meet mission requirements;

23         (3) validating mission operation plans, such as
24     continuity of operations plans;

WASHSTATEC012886

1786

1     (4) identifying infrastructure interdependencies;

2 and

3     (5) verifying backup electric power system per-

4 formance.

5 **SEC. 2865. PILOT PROGRAM TO EXTEND SERVICE LIFE OF**

6           **ROADS AND RUNWAYS UNDER THE JURISDIC-**

7           **TION OF THE SECRETARY OF DEFENSE.**

8     (a) PILOT PROGRAM AUTHORIZED.—The Secretary

9 of Defense, in consultation with the Secretary of Trans-

10 portation, may carry out a pilot program to design, build,

11 and test technologies, techniques, and materials in order

12 to extend the service life of roads and runways under the

13 jurisdiction of the Secretary of Defense.

14     (b) SCOPE.—The pilot program under subsection (a)

15 shall include the following:

16     (1) The design, testing, and assembly of tech-

17 nologies and systems suitable for pavement applica-

18 tions.

19     (2) Research, development, and testing of pave-

20 ment materials for use in different geographic areas

21 in the United States.

22     (3) The design and procurement of platforms

23 and equipment to test the performance, cost, feasi-

24 bility, and effectiveness of the technologies, systems,

25 and materials described in paragraphs (1) and (2).

WASHSTATEC012887

1787

1 (c) AWARD OF CONTRACTS OR GRANTS.—

2 (1) IN GENERAL.—The Secretary of Defense

3 may carry out the pilot program under subsection

4 (a) through the award of contracts or grants for the

5 designing, building, or testing of technologies, tech-

6 niques, and materials under the pilot program.

7 (2) MERIT-BASED SELECTION.—Any award of a

8 contract or grant under the pilot program under

9 subsection (a) shall be made using merit-based selec-

10 tion procedures.

11 (d) REPORT.—

12 (1) IN GENERAL.—Not later than two years

13 after the commencement of the pilot program under

14 subsection (a), the Secretary of Defense shall submit

15 to the congressional defense committees a report on

16 the pilot program.

17 (2) CONTENTS.—The report under paragraph

18 (1) with respect to the pilot program shall include

19 the following:

20 (A) An assessment of the effectiveness of

21 activities under the pilot program in improving

22 the service life of roads and runways under the

23 jurisdiction of the Secretary.

24 (B) An analysis of the potential lifetime

25 cost savings and reduction in energy demands

WASHSTATEC012888

1788

1    associated with the extended service life of such

2    roads and runways.

3    (e) TERMINATION OF AUTHORITY.—The pilot pro-

4    gram under subsection (a) shall terminate on September

5    30, 2024.

6    **SEC. 2866. RESTRICTIONS ON REHABILITATION OF OVER-**

7    **THE-HORIZON BACKSCATTER RADAR SYSTEM**

8    **RECEIVING STATION, MODOC COUNTY, CALI-**

9    **FORNIA.**

10   (a) RESTRICTIONS.—Except as provided in sub-

11   section (b), the Secretary of the Air Force may not use

12   any funds or resources of the Department of the Air Force

13   to carry out the rehabilitation of the obsolete Over-the-

14   Horizon Backscatter Radar System receiving station lo-

15   cated in Modoc National Forest in the State of California.

16   (b) EXCEPTION FOR REMOVAL OF PERIMETER

17   FENCE.—Notwithstanding subsection (a), the Secretary

18   of the Air Force may use funds and resources of the De-

19   partment of the Air Force—

20       (1) to remove the perimeter fence, which was

21       treated with an arsenic-based weatherproof coating,

22       surrounding the Over-the-Horizon Backscatter

23       Radar System receiving station referred to in such

24       subsection; and

WASHSTATEC012889

1789

1  (2) to carry out the mitigation of soil contami-

2  nation associated with such fence.

3  (c) SUNSET.—The restrictions in subsection (a) shall

4  terminate on the date of the enactment of the National

5  Defense Authorization Act for Fiscal Year 2025.

**6  SEC. 2867. DESIGNATION OF SUMPTER SMITH JOINT NA-**

**7  TIONAL GUARD BASE.**

8  (a) DESIGNATION.—The Sumpter Smith Air Na-

9  tional Guard Base in Birmingham, Alabama, shall after

10  the date of the enactment of this Act be known and des-

11  ignated as the "Sumpter Smith Joint National Guard

12  Base".

13  (b) REFERENCE.—Any reference in any law, regula-

14  tion, map, document, paper, or other record of the United

15  States to the installation referred to in subsection (a) shall

16  be considered to be a reference to the Sumpter Smith

17  Joint National Guard Base.

**18  SEC. 2868. SANTA YNEZ BAND OF CHUMASH INDIANS LAND**

**19  AFFIRMATION.**

20  (a) SHORT TITLE.—This section may be cited as the

21  "Santa Ynez Band of Chumash Indians Land Affirmation

22  Act of 2019".

23  (b) FINDINGS.—Congress finds the following:

24  (1) On October 13, 2017, the General Council

25  of the Santa Ynez Band of Chumash Indians voted

WASHSTATEC012890

1790

1 to approve the Memorandum of Agreement between

2 the County of Santa Barbara and the Santa Ynez

3 Band of Chumash Indians regarding the approxi-

4 mately 1,427.28 acres of land, commonly known as

5 Camp 4, and authorized the Tribal Chairman to sign

6 the Memorandum of Agreement.

7 (2) On October 31, 2017, the Board of Super-

8 visors for the County of Santa Barbara approved the

9 Memorandum of Agreement on Camp 4 and author-

10 ized the Chair to sign the Memorandum of Agree-

11 ment.

12 (3) The Secretary of the Interior approved the

13 Memorandum of Agreement pursuant to section

14 2103 of the Revised Statutes (25 U.S.C. 81).

15 (c) LAND TO BE TAKEN INTO TRUST.—

16 (1) IN GENERAL.—The approximately 1,427.28

17 acres of land in Santa Barbara County, CA de-

18 scribed in paragraph (3), is hereby taken into trust

19 for the benefit of the Tribe, subject to valid existing

20 rights, contracts, and management agreements re-

21 lated to easements and rights-of-way.

22 (2) ADMINISTRATION.—

23 (A) ADMINISTRATION.—The land described

24 in paragraph (3) shall be a part of the Santa

25 Ynez Indian Reservation and administered in

WASHSTATEC012891

1791

1 accordance with the laws and regulations gen-
2 erally applicable to the land held in trust by the
3 United States for an Indian tribe.

4 (B) EFFECT.—For purposes of certain
5 California State laws (including the California
6 Land Conservation Act of 1965, Government
7 Code Section 51200, et seq.), placing the land
8 described in paragraph (3) into trust shall re-
9 move any restrictions on the property pursuant
10 to California Government Code Section 51295
11 or any other provision of such Act.

12 (3) LEGAL DESCRIPTION OF LANDS TRANS-
13 FERRED.—The lands to be taken into trust for the
14 benefit of the Tribe pursuant to this Act are de-
15 scribed as follows:

16 Legal Land Description/Site Location: Real
17 property in the unincorporated area of the County of
18 Santa Barbara, State of California, described as fol-
19 lows: PARCEL 1: (APN: 141–121–51 AND POR-
20 TION OF APN 141–140–10) LOTS 9 THROUGH
21 18, INCLUSIVE, OF TRACT 18, IN THE COUN-
22 TY OF SANTA BARBARA, STATE OF CALI-
23 FORNIA, AS SHOWN ON THE MAP SHOWING
24 THE SUBDIVISIONS OF THE CANADA DE
25 LOS PINOS OR COLLEGE RANCHO, FILED IN

WASHSTATEC012892

1792

1  RACK 3, AS MAP 4 IN THE OFFICE OF THE

2  COUNTY RECORDER OF SAID COUNTY. THIS

3  LEGAL IS MADE PURSUANT TO THAT CER-

4  TAIN CERTIFICATE OF COMPLIANCE RE-

5  CORDED DECEMBER 5, 2001 AS INSTRU-

6  MENT NO. 01–105580 OF OFFICIAL

7  RECORDS. PARCEL 2: (PORTION OF APN:

8  141–140–10) LOTS 1 THROUGH 12, INCLU-

9  SIVE, OF TRACT 24, IN THE COUNTY OF

10  SANTA BARBARA, STATE OF CALIFORNIA,

11  AS SHOWN ON THE MAP SHOWING THE

12  SUBDIVISIONS OF THE CANADA DE LOS

13  PINOS OR COLLEGE RANCHO, FILED IN

14  RACK 3, AS MAP 4 IN THE OFFICE OF THE

15  COUNTY RECORDER OF SAID COUNTY. THIS

16  LEGAL IS MADE PURSUANT TO THAT CER-

17  TAIN CERTIFICATE OF COMPLIANCE RE-

18  CORDED DECEMBER 5, 2001 AS INSTRU-

19  MENT NO. 01–105581 OF OFFICIAL

20  RECORDS. PARCEL 3: (PORTIONS OF APNS:

21  141–230–23 AND 141–140–10) LOTS 19 AND 20

22  OF TRACT 18 AND THAT PORTION OF LOTS

23  1, 2, 7, 8, 9, 10, AND 15 THROUGH 20, INCLU-

24  SIVE, OF TRACT 16, IN THE COUNTY OF

25  SANTA BARBARA, STATE OF CALIFORNIA,

WASHSTATEC012893

1793

1 AS SHOWN ON THE MAP SHOWING THE

2 SUBDIVISIONS OF THE CANADA DE LOS

3 PINOS OR COLLEGE RANCHO, FILED IN

4 RACK 3, AS MAP 4 IN THE OFFICE OF THE

5 COUNTY RECORDER OF SAID COUNTY,

6 THAT LIES NORTHEASTERLY OF THE

7 NORTHEASTERLY LINE OF THE LAND

8 GRANTED TO THE STATE OF CALIFORNIA

9 BY AN EXECUTOR'S DEED RECORDED

10 APRIL 2, 1968 IN BOOK 2227, PAGE 136 OF

11 OFFICIAL RECORDS OF SAID COUNTY. THIS

12 LEGAL IS MADE PURSUANT TO THAT CER-

13 TAIN CERTIFICATE OF COMPLIANCE RE-

14 CORDED DECEMBER 5, 2001 AS INSTRU-

15 MENT NO. 01–105582 OF OFFICIAL

16 RECORDS. PARCEL 4: (APN: 141–240–02 AND

17 PORTION OF APN: 141–140–10) LOTS 1

18 THROUGH 12, INCLUSIVE, OF TRACT 25, IN

19 THE COUNTY OF SANTA BARBARA, STATE

20 OF CALIFORNIA, AS SHOWN ON THE MAP

21 SHOWING THE SUBDIVISIONS OF THE CAN-

22 ADA DE LOS PINOS OR COLLEGE RANCHO,

23 FILED IN RACK 3, AS MAP 4 IN THE OFFICE

24 OF THE COUNTY RECORDER OF SAID

25 COUNTY. THIS LEGAL IS MADE PURSUANT

WASHSTATEC012894

1 TO THAT CERTAIN CERTIFICATE OF COM-
2 PLIANCE RECORDED DECEMBER 5, 2001 AS
3 INSTRUMENT NO. 01–105583 OF OFFICIAL
4 RECORDS. PARCEL 5: (PORTION OF APN:
5 141–230–23) THAT PORTION OF LOTS 3 AND
6 6 OF TRACT 16, IN THE COUNTY OF SANTA
7 BARBARA, STATE OF CALIFORNIA, AS
8 SHOWN ON THE MAP SHOWING THE SUB-
9 DIVISIONS OF THE CANADA DE LOS PINOS
10 OR COLLEGE RANCHO, FILED IN RACK 3, AS
11 MAP 4 IN THE OFFICE OF THE COUNTY RE-
12 CORDER OF SAID COUNTY, THAT LIES
13 NORTHEASTERLY OF THE NORTHEAST-
14 ERLY LINE OF THE LAND GRANTED TO
15 THE STATE OF CALIFORNIA BY AN EXECU-
16 TOR'S DEED RECORDED APRIL 2, 1968 IN
17 BOOK 2227, PAGE 136 OF OFFICIAL
18 RECORDS OF SAID COUNTY. THIS LEGAL IS
19 MADE PURSUANT TO THAT CERTAIN CER-
20 TIFICATE OF COMPLIANCE RECORDED DE-
21 CEMBER 5, 2001 AS INSTRUMENT NO. 01–
22 105584 OF OFFICIAL RECORDS.

23 (4) RULES OF CONSTRUCTION.—Nothing in
24 this section shall—

WASHSTATEC012895

1795

1     (A) enlarge, impair, or otherwise affect any
2 right or claim of the Tribe to any land or inter-
3 est in land that is in existence before the date
4 of the enactment of this Act;

5     (B) affect any water right of the Tribe in
6 existence before the date of the enactment of
7 this Act; or

8     (C) terminate or limit any access in any
9 way to any right-of-way or right-of-use issued,
10 granted, or permitted before the date of the en-
11 actment of this Act.

12   (5) RESTRICTED USE OF TRANSFERRED
13 LANDS.—The Tribe may not conduct, on the land
14 described in paragraph (3) taken into trust for the
15 Tribe pursuant to this section, gaming activities—

16     (A) as a matter of claimed inherent au-
17 thority; or

18     (B) under any Federal law, including the
19 Indian Gaming Regulatory Act (25 U.S.C.
20 2701 et seq.) and regulations promulgated by
21 the Secretary or the National Indian Gaming
22 Commission under that Act.

23   (6) DEFINITIONS.—For the purposes of this
24 subsection:

WASHSTATEC012896

1796

1       (A) SECRETARY.—The term "Secretary"

2    means the Secretary of the Interior.

3       (B) TRIBE.—The term "Tribe" means the

4    Santa Ynez Band of Chumash Mission Indians.

**5 SEC. 2869. LANDS TO BE TAKEN INTO TRUST AS PART OF**

**6         THE RESERVATION OF THE LYTTON**

**7         RANCHERIA.**

8   (a) FINDINGS.—Congress finds the following:

9       (1) The Lytton Rancheria of California is a fed-

10   erally recognized Indian tribe that lost its homeland

11   after its relationship to the United States was un-

12   justly and unlawfully terminated in 1958. The Tribe

13   was restored to Federal recognition in 1991, but the

14   conditions of its restoration have prevented it from

15   regaining a homeland on its original lands.

16       (2) Congress needs to take action to reverse

17   historic injustices that befell the Tribe and that have

18   prevented it from regaining a viable homeland for its

19   people.

20       (3) Prior to European contact there were as

21   many as 350,000 Indians living in what is now the

22   State of California. By the turn of the 19th century,

23   that number had been reduced to approximately

24   15,000 individuals, many of them homeless and liv-

25   ing in scattered bands and communities.

WASHSTATEC012897

1797

1    (4) The Lytton Rancheria's original homeland
2    was purchased by the United States in 1926 pursu-
3    ant to congressional authority designed to remedy
4    the unique tragedy that befell the Indians of Cali-
5    fornia and provide them with reservations called
6    Rancherias to be held in trust by the United States.

7    (5) After the Lytton Rancheria lands were pur-
8    chased by the United States, the Tribe settled on
9    the land and sustained itself for several decades by
10   farming and ranching.

11   (6) By the mid-1950s, Federal Indian policy
12   had shifted back towards a policy of terminating the
13   Federal relationship with Indian tribes. In 1958,
14   Congress enacted the Rancheria Act of 1958 (72
15   Stat. 619), which slated 41 Rancherias in California,
16   including the Lytton Rancheria, for termination
17   after certain conditions were met.

18   (7) On August 1, 1961, the Federal Govern-
19   ment terminated its relationship with the Lytton
20   Rancheria. This termination was illegal because the
21   conditions for termination under the Rancheria Act
22   had never been met. After termination was imple-
23   mented, the Tribe lost its lands and was left without
24   any means of supporting itself.

WASHSTATEC012898

1798

1     (8) In 1987, the Tribe joined three other tribes
2 in a lawsuit against the United States challenging
3 the illegal termination of their Rancherias. A Stipu-
4 lated Judgment in the case, *Scotts Valley Band of*
5 *Pomo Indians of the Sugar Bowl Rancheria* v. *United*
6 *States*, No. C–86–3660 (N.D.Cal. March 22, 1991),
7 restored the Lytton Rancheria to its status as a fed-
8 erally recognized Indian tribe.

9     (9) The Stipulated Judgment provides that the
10 Lytton Rancheria would have the "individual and
11 collective status and rights" which it had prior to its
12 termination and expressly contemplated the acquisi-
13 tion of trust lands for the Lytton Rancheria.

14     (10) The Stipulated Judgment contains provi-
15 sions, included at the request of the local county
16 governments and neighboring landowners, that pro-
17 hibit the Lytton Rancheria from exercising its full
18 Federal rights on its original homeland in the Alex-
19 ander Valley.

20     (11) In 2000, approximately 9.5 acres of land
21 in San Pablo, California, was placed in trust status
22 for the Lytton Rancheria for economic development
23 purposes.

24     (12) The Tribe has since acquired, from willing
25 sellers at fair market value, property in Sonoma

WASHSTATEC012899

1799

1  County near the Tribe's historic Rancheria. This

2  property, which the Tribe holds in fee status, is suit-

3  able for a new homeland for the Tribe.

4    (13) On a portion of the land to be taken into

5  trust, which portion totals approximately 124.12

6  acres, the Tribe plans to build housing for its mem-

7  bers and governmental and community facilities.

8    (14) A portion of the land to be taken into

9  trust is being used for viniculture, and the Tribe in-

10  tends to develop more of the lands to be taken into

11  trust for viniculture. The Tribe's investment in the

12  ongoing viniculture operation has reinvigorated the

13  vineyards, which are producing high-quality wines.

14  The Tribe is operating its vineyards on a sustainable

15  basis and is working toward certification of sustain-

16  ability.

17    (15) No gaming shall be conducted on the lands

18  to be taken into trust by this section.

19    (16) No gaming shall be conducted on any

20  lands taken into trust on behalf of the Tribe in

21  Sonoma County after the date of the enactment of

22  this Act.

23    (17) By directing that these lands be taken into

24  trust, the United States will ensure that the Lytton

25  Rancheria will finally have a permanently protected

WASHSTATEC012900

1800

1    homeland on which the Tribe can once again live

2    communally and plan for future generations. This

3    action is necessary to fully restore the Tribe to the

4    status it had before it was wrongfully terminated in

5    1961.

6    (18) The Tribe and County of Sonoma have en-

7    tered into a Memorandum of Agreement as amended

8    in 2018 in which the County agrees to the lands in

9    the County being taken into trust for the benefit of

10    the Tribe in consideration for commitments made by

11    the Tribe.

12    (b) DEFINITIONS.—For the purpose of this section,

13    the following definitions apply:

14    (1) COUNTY.—The term ''County'' means

15    Sonoma County, California.

16    (2) SECRETARY.—The term ''Secretary'' means

17    the Secretary of the Interior.

18    (3) TRIBE.—The term ''Tribe'' means the

19    Lytton Rancheria of California.

20    (c) LANDS TO BE TAKEN INTO TRUST.—

21    (1) IN GENERAL.—The land owned by the

22    Tribe and generally depicted on the map titled

23    ''Lytton Fee Owned Property to be Taken into

24    Trust'' and dated May 1, 2015, is hereby taken into

25    trust for the benefit of the Tribe, subject to valid ex-

WASHSTATEC012901

1801

1    isting rights, contracts, and management agreements

2    related to easements and rights-of-way.

3        (2) LANDS TO BE MADE PART OF THE RES-

4    ERVATION.—Lands taken into trust under para-

5    graph (1) shall be part of the Tribe's reservation

6    and shall be administered in accordance with the

7    laws and regulations generally applicable to property

8    held in trust by the United States for an Indian

9    tribe.

10    (d) GAMING.—

11        (1) LANDS TAKEN INTO TRUST UNDER THIS

12    SECTION.—Lands taken into trust for the benefit of

13    the Tribe under subsection (c) shall not be eligible

14    for gaming under the Indian Gaming Regulatory Act

15    (25 U.S.C. 2701 et seq.).

16        (2) OTHER LANDS TAKEN INTO TRUST.—Lands

17    taken into trust for the benefit of the Tribe in

18    Sonoma County after the date of the enactment of

19    this Act shall not be eligible for gaming under the

20    Indian Gaming Regulatory Act (25 U.S.C. 2701 et

21    seq.).

22    (e) APPLICABILITY OF CERTAIN LAW.—Notwith-

23    standing any other provision of law, the Memorandum of

24    Agreement entered into by the Tribe and the County con-

25    cerning taking land in the County into trust for the benefit

WASHSTATEC012902

1802

1 of the Tribe, which was approved by the County Board

2 of Supervisors on March 10, 2015, and any addenda and

3 supplement or amendment thereto, is not subject to review

4 or approval of the Secretary in order to be effective, in-

5 cluding review or approval under section 2103 of the Re-

6 vised Statutes (25 U.S.C. 81).

7 **SEC. 2870. LITTLE SHELL TRIBE OF CHIPPEWA INDIANS OF**

8       **MONTANA.**

9     (a) FINDINGS.—Congress finds that—

10         (1) the Little Shell Tribe of Chippewa Indians

11       is a political successor to signatories of the Pembina

12       Treaty of 1863, under which a large area of land in

13       the State of North Dakota was ceded to the United

14       States;

15         (2) the Turtle Mountain Band of Chippewa of

16       North Dakota and the Chippewa-Cree Tribe of the

17       Rocky Boy's Reservation of Montana, which also are

18       political successors to the signatories of the Pembina

19       Treaty of 1863, have been recognized by the Federal

20       Government as distinct Indian tribes;

21         (3) the members of the Little Shell Tribe con-

22       tinue to live in the State of Montana, as their ances-

23       tors have for more than 100 years since ceding land

24       in the State of North Dakota as described in para-

25       graph (1);

WASHSTATEC012903

1803

1  (4) in the 1930s and 1940s, the Tribe repeat-
2  edly petitioned the Federal Government for reorga-
3  nization under the Act of June 18, 1934 (25 U.S.C.
4  5101 et seq.) (commonly known as the "Indian Re-
5  organization Act");

6  (5) Federal agents who visited the Tribe and
7  Commissioner of Indian Affairs John Collier at-
8  tested to the responsibility of the Federal Govern-
9  ment for the Tribe and members of the Tribe, con-
10  cluding that members of the Tribe are eligible for,
11  and should be provided with, trust land, making the
12  Tribe eligible for reorganization under the Act of
13  June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly
14  known as the "Indian Reorganization Act");

15  (6) due to a lack of Federal appropriations dur-
16  ing the Depression, the Bureau of Indian Affairs
17  lacked adequate financial resources to purchase land
18  for the Tribe, and the members of the Tribe were
19  denied the opportunity to reorganize;

20  (7) in spite of the failure of the Federal Gov-
21  ernment to appropriate adequate funding to secure
22  land for the Tribe as required for reorganization
23  under the Act of June 18, 1934 (25 U.S.C. 5101 et
24  seq.) (commonly known as the "Indian Reorganiza-
25  tion Act"), the Tribe continued to exist as a sepa-

WASHSTATEC012904

1804

1 rate community, with leaders exhibiting clear polit-

2 ical authority;

3 (8) the Tribe, together with the Turtle Moun-

4 tain Band of Chippewa of North Dakota and the

5 Chippewa-Cree Tribe of the Rocky Boy's Reserva-

6 tion of Montana, filed 2 law suits under the Act of

7 August 13, 1946 (60 Stat. 1049) (commonly known

8 as the "Indian Claims Commission Act"), to petition

9 for additional compensation for land ceded to the

10 United States under the Pembina Treaty of 1863

11 and the McCumber Agreement of 1892;

12 (9) in 1971 and 1982, pursuant to Acts of Con-

13 gress, the tribes received awards for the claims de-

14 scribed in paragraph (8);

15 (10) in 1978, the Tribe submitted to the Bu-

16 reau of Indian Affairs a petition for Federal recogni-

17 tion, which is still pending as of the date of enact-

18 ment of this Act; and

19 (11) the Federal Government, the State of

20 Montana, and the other federally recognized Indian

21 tribes of the State have had continuous dealings

22 with the recognized political leaders of the Tribe

23 since the 1930s.

24 (b) DEFINITIONS.—In this section:

WASHSTATEC012905

1805

1    (1) MEMBER.—The term "member" means an
2 individual who is enrolled in the Tribe pursuant to
3 subsection (f).

4    (2) SECRETARY.—The term "Secretary" means
5 the Secretary of the Interior.

6    (3) TRIBE.—The term "Tribe" means the Lit-
7 tle Shell Tribe of Chippewa Indians of Montana.

8 (c) FEDERAL RECOGNITION.—

9    (1) IN GENERAL.—Federal recognition is ex-
10 tended to the Tribe.

11    (2) EFFECT OF FEDERAL LAWS.—Except as
12 otherwise provided in this section, all Federal laws
13 (including regulations) of general application to In-
14 dians and Indian tribes, including the Act of June
15 18, 1934 (25 U.S.C. 5101 et seq.) (commonly
16 known as the "Indian Reorganization Act"), shall
17 apply to the Tribe and members.

18 (d) FEDERAL SERVICES AND BENEFITS.—

19    (1) IN GENERAL.—Beginning on the date of en-
20 actment of this Act, the Tribe and each member
21 shall be eligible for all services and benefits provided
22 by the United States to Indians and federally recog-
23 nized Indian tribes, without regard to—

24    (A) the existence of a reservation for the
25 Tribe; or

WASHSTATEC012906

1806

1    (B) the location of the residence of any
2    member on or near an Indian reservation.

3    (2) SERVICE AREA.—For purposes of the deliv-
4    ery of services and benefits to members, the service
5    area of the Tribe shall be considered to be the area
6    comprised of Blaine, Cascade, Glacier, and Hill
7    Counties in the State of Montana.

8    (e) REAFFIRMATION OF RIGHTS.—

9    (1) IN GENERAL.—Nothing in this section di-
10    minishes any right or privilege of the Tribe or any
11    member that existed before the date of enactment of
12    this Act.

13    (2) CLAIMS OF TRIBE.—Except as otherwise
14    provided in this section, nothing in this section al-
15    ters or affects any legal or equitable claim of the
16    Tribe to enforce any right or privilege reserved by,
17    or granted to, the Tribe that was wrongfully denied
18    to, or taken from, the Tribe before the date of enact-
19    ment of this Act.

20    (f) MEMBERSHIP ROLL.—

21    (1) IN GENERAL.—As a condition of receiving
22    recognition, services, and benefits pursuant to this
23    section, the Tribe shall submit to the Secretary, by
24    not later than 18 months after the date of enact-
25    ment of this Act, a membership roll consisting of the

WASHSTATEC012907

1807

1    name of each individual enrolled as a member of the

2    Tribe.

3         (2) DETERMINATION OF MEMBERSHIP.—The

4    qualifications for inclusion on the membership roll of

5    the Tribe shall be determined in accordance with

6    sections 1 through 3 of article 5 of the constitution

7    of the Tribe dated September 10, 1977 (including

8    amendments to the constitution).

9         (3) MAINTENANCE OF ROLL.—The Tribe shall

10   maintain the membership roll under this subsection.

11   (g) ACQUISITION OF LAND.—

12        (1) HOMELAND.—The Secretary shall acquire,

13   for the benefit of the Tribe, trust title to 200 acres

14   of land within the service area of the Tribe to be

15   used for a tribal land base.

16        (2) ADDITIONAL LAND.—The Secretary may ac-

17   quire additional land for the benefit of the Tribe

18   pursuant to section 5 of the Act of June 18, 1934

19   (25 U.S.C. 5108) (commonly known as the ''Indian

20   Reorganization Act'').

21   **SEC. 2871. SENSE OF CONGRESS ON RESTORATION OF TYN-**

22              **DALL AIR FORCE BASE.**

23        It is the sense of Congress that the Secretary of the

24   Air Force should—

WASHSTATEC012908

1808

1  (1) restore Tyndall Air Force Base to achieve

2  military installation resilience, as defined in section

3  101(e)(8) of title 10, United States Code; and

4  (2) use innovative construction methods, mate-

5  rials, designs, and technologies in carrying out such

6  restoration in order to achieve efficiencies, cost sav-

7  ings, resiliency, and capability, which may include—

8  (A) open architecture design to evolve with

9  the national defense strategy; and

10  (B) efficient ergonomic enterprise for

11  members of the Air Force in the 21st century.

# TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY CONSTRUCTION

Subtitle A—Overseas Contingency Operations Military Construction

Sec. 2901. Authorized Army construction and land acquisition projects.
Sec. 2902. Authorized Navy construction and land acquisition projects.
Sec. 2903. Authorized Air Force construction and land acquisition projects.
Sec. 2904. Authorized Defense Agencies construction and land acquisition projects.
Sec. 2905. Authorization of appropriations.

Subtitle B—Emergency Military Construction

Sec. 2911. Authorization of emergency Navy construction and land acquisition projects.
Sec. 2912. Authorization of emergency Air Force construction and land acquisition projects.
Sec. 2913. Authorization of emergency Army National Guard construction and land acquisition projects.
Sec. 2914. Authorization of emergency Defense Agencies construction and land acquisition projects.
Sec. 2915. Authorization of emergency supplemental appropriations for military construction projects.

WASHSTATEC012909

1809

# Subtitle A—Overseas Contingency Operations Military Construction

### SEC. 2901. AUTHORIZED ARMY CONSTRUCTION AND LAND ACQUISITION PROJECTS.

(a) AUTHORIZATION.—Subject to subsection (b), the Secretary of the Army may acquire real property and carry out the military construction projects for the installations outside the United States, and in the amounts, set forth in the following table:

**Army: Outside the United States**

| Country | Location | Amount |
|---|---|---|
| Cuba .............................. | Guantanamo Bay Naval Station .......................... | $33,800,000 |
| Worldwide Unspecified .. | European Deterrence Initiative: Various Locations ........................................................ | $78,412,000 |

(b) REPORT REQUIRED AS CONDITION OF AUTHORIZATION.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Army shall submit to the congressional defense committees a report containing a plan to carry out each military construction project authorized in the final item in the table in subsection (a) for an unspecified location for the European Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report has been submitted.

WASHSTATEC012910

1810

1 **SEC. 2902. AUTHORIZED NAVY CONSTRUCTION AND LAND**
2 **ACQUISITION PROJECTS.**

3 (a) AUTHORIZATION.—Subject to subsection (b), the
4 Secretary of the Navy may acquire real property and carry
5 out the military construction projects for the installations
6 outside the United States, and in the amounts, set forth
7 in the following table:

**Navy: Outside the United States**

| Country | Location | Amount |
|---|---|---|
| Bahrain | SW Asia | $53,360,000 |
| Italy | Sigonella | $77,400,000 |
| Spain | Rota | $69,570,000 |
| Worldwide Unspecified | European Deterrence Initiative: Various Locations | $36,211,000 |

8 (b) REPORT REQUIRED AS CONDITION OF AUTHOR-
9 IZATION.—Not later than 90 days after the date of the
10 enactment of this Act, the Secretary of the Navy shall sub-
11 mit to the congressional defense committees a report con-
12 taining a plan to carry out each military construction
13 project authorized in the final item in the table in sub-
14 section (a) for an unspecified location for the European
15 Deterrence Initiative. The plan shall include a Department
16 of Defense Form 1391 for each proposed project. The Sec-
17 retary may not commence a project until the report has
18 been submitted.

19 **SEC. 2903. AUTHORIZED AIR FORCE CONSTRUCTION AND**
20 **LAND ACQUISITION PROJECTS.**

21 (a) AUTHORIZATION.—Subject to subsection (b), the
22 Secretary of the Air Force may acquire real property and

WASHSTATEC012911

1811

1 carry out the military construction projects for the instal-

2 lations outside the United States, and in the amounts, set

3 forth in the following table:

**Air Force: Outside the United States**

| Country | Location | Amount |
|---------|----------|--------|
| Iceland | Keflavik | $57,000,000 |
| Jordan | Azraq | $66,000,000 |
| Spain | Moron | $8,500,000 |
| Worldwide Unspecified | European Deterrence Initiative: Various Locations | $211,211,000 |

4     (b) REPORT REQUIRED AS CONDITION OF AUTHOR-

5 IZATION.—Not later than 90 days after the date of the

6 enactment of this Act, the Secretary of the Air Force shall

7 submit to the congressional defense committees a report

8 containing a plan to carry out each military construction

9 project authorized in the final item in the table in sub-

10 section (a) for an unspecified location for the European

11 Deterrence Initiative. The plan shall include a Department

12 of Defense Form 1391 for each proposed project. The Sec-

13 retary may not commence a project until the report has

14 been submitted.

**15 SEC. 2904. AUTHORIZED DEFENSE AGENCIES CONSTRUC-**

**16           TION AND LAND ACQUISITION PROJECTS.**

17     The Secretary of Defense may acquire real property

18 and carry out the military construction project for the in-

19 stallation outside the United States, and in the amount,

20 set forth in the following table:

1812

### Defense Agencies: Outside the United States

| Country | Location | Amount |
|---|---|---|
| Germany ............................ | Gemersheim .......................................... | $46,000,000 |

**SEC. 2905. AUTHORIZATION OF APPROPRIATIONS.**

Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for the military construction projects outside the United States authorized by this subtitle as specified in the funding table in section 4602.

# Subtitle B—Emergency Military Construction

**SEC. 2911. AUTHORIZATION OF EMERGENCY NAVY CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) NAVY AUTHORIZATION.—Subject to subsection (b), using amounts appropriated pursuant to the authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of the Navy may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:

### Navy Authorization

| State or Location | Installation or Location | Amount |
|---|---|---|
| California ..................... | Naval Air Weapons Station China Lake .............................. | $1,152,680,000 |
| North Carolina ............. | Camp Lejeune ............................. | $627,747,000 |

WASHSTATEC012913

1813

**Navy Authorization**—Continued

| State or Location | Installation or Location | Amount |
|---|---|---|
| | Marine Corps Air Station Cherry Point ........................................ | $66,551,000 |
| | NCAS New River ....................... | $465,822,000 |

1    (b) REPORT REQUIRED AS A CONDITION OF AU-

2  THORIZATION.—Not later than 90 days after the date of

3  the enactment of this Act, the Secretary of the Navy shall

4  submit to the congressional defense committees a report

5  containing a plan to carry out the military construction

6  projects authorized by this section. The plan shall include

7  an explanation of how each military construction project

8  will incorporate mitigation measures that reduce the

9  threat from extreme weather events, mean sea level fluc-

10  tuation, flooding, and any other known environmental

11  threat to resilience, including a list of any areas in which

12  there is a variance from the local building requirements

13  and an explanation of the reason for the variance. The

14  plan shall also include a Department of Defense Form

15  1391 for each proposed project. The Secretary may not

16  commence a project until the report required from the

17  Secretary has been submitted.

18  **SEC. 2912. AUTHORIZATION OF EMERGENCY AIR FORCE**

19       **CONSTRUCTION AND LAND ACQUISITION**

20       **PROJECTS.**

21    (a) AIR FORCE AUTHORIZATION.—Subject to sub-

22  section (b), using amounts appropriated pursuant to the

WASHSTATEC012914

1814

1 authorization of appropriations in section 2915 and avail-

2 able for military construction projects inside the United

3 States as specified in the funding table in section 4603,

4 the Secretary of the Air Force may acquire real property

5 and carry out military construction projects for the instal-

6 lations or locations inside the United States, and in the

7 amounts, set forth in the following table:

**Air Force Authorization**

| State | Installation or Location | Amount |
|-------|--------------------------|--------|
| Florida ......................... | Tyndall Air Force Base ............. | $1,500,200,000 |
| Nebraska ..................... | Offutt Air Force Base ............... | $140,500,000 |
| Virginia ....................... | Joint Base Langley-Eustis ......... | $31,000,000 |

8 (b) REPORT REQUIRED AS CONDITION OF AUTHOR-

9 IZATION.—Not later than 90 days after the date of the

10 enactment of this Act, the Secretary of the Air Force shall

11 submit to the Committees on Armed Services of the House

12 of Representatives and the Senate a report containing a

13 plan to carry out the military construction projects author-

14 ized by this section. The plan shall include an explanation

15 of how each military construction project will incorporate

16 mitigation measures that reduce the threat from extreme

17 weather events, mean sea level fluctuation, flooding, and

18 any other known environmental threat to resilience, in-

19 cluding a list of any areas in which there is a variance

20 from the local building requirements and an explanation

21 of the reason for the variance. The plan shall also include

22 a Department of Defense Form 1391 for each proposed

WASHSTATEC012915

1815

1 project. The Secretary may not commence a project until
2 the report required from the Secretary has been sub-
3 mitted.

**SEC. 2913. AUTHORIZATION OF EMERGENCY ARMY NA-**
**TIONAL GUARD CONSTRUCTION AND LAND**
**ACQUISITION PROJECTS.**

7  (a) ARMY NATIONAL GUARD AUTHORIZATION.—Sub-
8 ject to subsection (b), using amounts appropriated pursu-
9 ant to the authorization of appropriations in section 2915
10 and available for military construction projects inside the
11 United States as specified in the funding table in section
12 4603, the Secretary of the Army may acquire real prop-
13 erty and carry out military construction projects for the
14 installations or locations inside the United States, and in
15 the amounts, set forth in the following table:

**Army National Guard Authorization**

| State | Location | Amount |
|-------|----------|--------|
| Louisiana | Pineville | $16,500,000 |
| Nebraska | Ashland | $43,500,000 |

16  (b) REPORT REQUIRED AS CONDITION OF AUTHOR-
17 IZATION.—Not later than 90 days after the date of the
18 enactment of this Act, the Secretary of the Army shall
19 submit to the congressional defense committees a report
20 containing a plan to carry out the military construction
21 projects authorized by this section. The plan shall include
22 an explanation of how each military construction project
23 will incorporate mitigation measures that reduce the

WASHSTATEC012916

1816

1 threat from extreme weather events, mean sea level fluc-
2 tuation, flooding, and any other known environmental
3 threat to resilience, including a list of any areas in which
4 there is a variance from the local building requirements
5 and an explanation of the reason for the variance. The
6 plan shall also include a Department of Defense Form
7 1391 for each proposed project. The Secretary may not
8 commence a project until the report required from the
9 Secretary has been submitted.

10 **SEC. 2914. AUTHORIZATION OF EMERGENCY DEFENSE**
11 **AGENCIES CONSTRUCTION AND LAND ACQUI-**
12 **SITION PROJECTS.**

13   (a) DEFENSE AGENCIES AUTHORIZATION.—Subject
14 to subsection (b), using amounts appropriated pursuant
15 to the authorization of appropriations in section 2915 and
16 available for military construction projects inside the
17 United States as specified in the funding table in section
18 4603, the Secretary of Defense may acquire real property
19 and carry out the military construction project for the in-
20 stallation inside the United States, and in the amount, set
21 forth in the following table:

**Defense Agencies Authorization**

| State or Location | Installation or Location | Amount |
|---|---|---|
| North Carolina .................. | Camp Lejeune ...................................... | $75,313,000 |

22   (b) REPORT REQUIRED AS A CONDITION OF AU-
23 THORIZATION.—Not later than 90 days after the date of

WASHSTATEC012917

1 the enactment of this Act, the Secretary of Defense shall

2 submit to the congressional defense committees a report

3 containing a plan to carry out the military construction

4 project authorized by this section. The plan shall include

5 an explanation of how the military construction project

6 will incorporate mitigation measures that reduce the

7 threat from extreme weather events, mean sea level fluc-

8 tuation, flooding, and any other known environmental

9 threat to resilience, including a list of any areas in which

10 there is a variance from the local building requirements

11 and an explanation of the reason for the variance. The

12 plan shall also include a Department of Defense Form

13 1391 for the proposed project. The Secretary may not

14 commence the project until the report required from the

15 Secretary has been submitted.

16 **SEC. 2915. AUTHORIZATION OF EMERGENCY SUPPLE-**

17 **MENTAL APPROPRIATIONS FOR MILITARY**

18 **CONSTRUCTION PROJECTS.**

19 Funds are hereby authorized to be appropriated for

20 the Department of Defense for the military construction

21 projects authorized by this subtitle as specified in the

22 funding table in section 4603, in such amounts as may

23 be designated as emergency requirements pursuant to sec-

24 tion 251(b)(2)(A)(i) of the Balanced Budget and Emer-

WASHSTATEC012918

1818

1 gency Deficit Control Act of 1985 (2 U.S.C.
2 901(b)(2)(A)(i)).

# TITLE XXX—MILITARY HOUSING PRIVATIZATION REFORM

Sec. 3001. Definitions.

Subtitle A—Addition of New Reform Subchapter

Sec. 3011. Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing.
Sec. 3012. Designation of Chief Housing Officer for privatized military housing.
Sec. 3013. Additional requirements relating to contracts for privatized military housing.
Sec. 3014. Additional requirements relating to management of privatized military housing.
Sec. 3015. Consideration of contractor history in contracts for privatized military housing.
Sec. 3016. Additional improvements for management of privatized military housing.
Sec. 3017. Maintenance work order system for privatized military housing.
Sec. 3018. Access by tenants of privatized military housing to maintenance work order system.
Sec. 3019. Access by tenants to historical maintenance information for privatized military housing.
Sec. 3020. Prohibition on requirement to disclose personally identifiable information in certain requests for maintenance of privatized military housing.
Sec. 3021. Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard.
Sec. 3022. Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process.
Sec. 3023. Investigation of reports of reprisals relating to privatized military housing and congressional notification.
Sec. 3024. Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing.

Subtitle B—Other Amendatory Provisions

Sec. 3031. Installation of carbon monoxide detectors in military family housing.
Sec. 3032. Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing.
Sec. 3033. Treatment of breach of contract for privatized military housing.
Sec. 3034. Modification to requirements for window fall prevention devices in military family housing units.

WASHSTATEC012919

1819

Sec. 3035. Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel.

Sec. 3036. Modification of authority to make payments to lessors of privatized military housing.

Sec. 3037. Technical correction to definition used to make payments to lessors of privatized military housing.

Subtitle C—One-Time Reporting Requirements

Sec. 3041. Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing.

Sec. 3042. Plans for creation of councils on privatized military housing.

Sec. 3043. Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing.

Sec. 3044. Inspector General review of Department of Defense oversight of privatized military housing.

Sec. 3045. Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing.

Subtitle D—Development of Housing Reform Standards and Processes

Sec. 3051. Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments.

Sec. 3052. Tool for assessment of hazards in Department of Defense housing.

Sec. 3053. Process to identify and address environmental health hazards in Department of Defense housing.

Sec. 3054. Department of Defense policy on lead-based paint testing on military installations.

Sec. 3055. Standard for minimum credentials for health and environmental inspectors of privatized military housing.

Sec. 3056. Requirements relating to move-in, move-out, and maintenance of privatized military housing.

Sec. 3057. Standardized documentation, templates, and forms for privatized military housing.

Sec. 3058. Satisfaction survey for tenants of military housing.

Subtitle E—Other Housing Reform Matters

Sec. 3061. Radon testing of privatized military housing.

Sec. 3062. Mitigation of risks posed by certain items in military family housing units.

Sec. 3063. Suspension of Resident Energy Conservation Program and related programs for privatized military housing.

Sec. 3064. Department of the Army pilot program to build and monitor use of single family homes.

## SEC. 3001. DEFINITIONS.

(a) DEFINITIONS GENERALLY.—In this title:

WASHSTATEC012920

1820

1    (1) The term "landlord" means an eligible enti-
2 ty that enters into, or has entered into, a contract
3 as a partner with the Secretary concerned for the
4 acquisition or construction of a housing unit under
5 subchapter IV of chapter 169 of title 10, United
6 States Code. The term includes any agent of the eli-
7 gible entity or any subsequent lessor who owns,
8 manages, or is otherwise responsible for a housing
9 unit. The term does not include an entity of the
10 Federal Government.

11    (2) The term "privatized military housing"
12 means military housing provided under subchapter
13 IV of chapter 169 of title 10, United States Code.

14    (3) The term "tenant" means a member of the
15 armed forces, including a reserve component thereof
16 in an active status, or a dependent of a member of
17 the armed forces who resides at a housing unit, is
18 a party to a lease for a housing unit, or is author-
19 ized to act on behalf of the member under sub-
20 chapters IV and V of chapter 169 of title 10, United
21 States Code, in the event of the assignment or de-
22 ployment of a member.

23    (b) NEW AND REVISED TITLE 10 DEFINITIONS.—
24 Section 2871 of title 10, United States Code, is amend-
25 ed—

WASHSTATEC012921

1821

1    (1) in paragraph (4), by adding at the end the
2    following new sentence: ''The fact that an agreement
3    between an eligible entity and the Secretary con-
4    cerned is designated as an agreement rather than a
5    contract shall not be construed to exclude the agree-
6    ment from the term 'contract' for purposes of this
7    subchapter and subchapter V.'';

8    (2) by redesignating paragraphs (7) and (8) as
9    paragraphs (11) and (13), respectively;

10    (3) by inserting after paragraph (6) the fol-
11    lowing new paragraphs:

12    ''(7) The term 'housing document' means a doc-
13    ument developed by the Secretary of Defense under
14    section 2890 of this title and known as the Military
15    Housing Privatization Initiative Tenant Bill of
16    Rights or the Military Housing Privatization Initia-
17    tive Tenant Responsibilities.

18    ''(8) The term 'housing unit' means a unit of
19    family housing or military unaccompanied housing
20    acquired or constructed under this subchapter.

21    ''(9) The term 'incentive fees' means any
22    amounts payable to a landlord for meeting or ex-
23    ceeding performance metrics as specified in a con-
24    tract with the Department of Defense.

WASHSTATEC012922

1822

1   ''(10) The term 'landlord' means an eligible en-
2   tity that enters into, or has entered into, a contract
3   as a partner with the Secretary concerned for the
4   acquisition or construction of a housing unit under
5   this subchapter. The term includes any agent of the
6   eligible entity or any subsequent lessor who owns,
7   manages, or is otherwise responsible for a housing
8   unit. The term does not include an entity of the
9   Federal Government.''; and

10   (4) by inserting after paragraph (11), as redes-
11   ignated by paragraph (2) of this subsection, the fol-
12   lowing new paragraph:

13   ''(12) The term 'tenant' means a member of the
14   armed forces, including a reserve component thereof
15   in an active status, or a dependent of a member of
16   the armed forces who resides at a housing unit, is
17   a party to a lease for a housing unit, or is author-
18   ized to act on behalf of the member under this sub-
19   chapter and subchapter V of this chapter in the
20   event of the assignment or deployment of a mem-
21   ber.''.

22   (c) CONFORMING AMENDMENTS TO EXISTING DEFI-
23   NITIONS.—Section 2871 of title 10, United States Code,
24   is further amended in paragraphs (1), (3), and (5) by
25   striking ''military'' before ''housing units''.

WASHSTATEC012923

1823

# Subtitle A—Addition of New Reform Subchapter

**SEC. 3011. IMPROVED ACCOUNTABILITY AND OVERSIGHT OF PRIVATIZED MILITARY HOUSING AND PROTECTIONS AND RESPONSIBILITIES FOR TENANTS OF PRIVATIZED MILITARY HOUSING.**

(a) APPLICABILITY OF DEFINITIONS.—Section 2871 of title 10, United States Code, as amended by section 3001, is further amended in the matter preceding the paragraphs by inserting "and subchapter V of this chapter" after "this subchapter".

(b) MILITARY HOUSING PRIVATIZATION REFORMS.— Chapter 169 of title 10, United States Code, is amended by adding at the end the following new subchapter:

"SUBCHAPTER V—OVERSIGHT OF LANDLORDS AND PROTECTIONS AND RESPONSIBILITIES FOR TENANTS OF PRIVATIZED MILITARY HOUSING

**"§ 2890. Rights and responsibilities of tenants of housing units**

"(a) DEVELOPMENT OF TENANT BILL OF RIGHTS AND TENANT RESPONSIBILITIES DOCUMENTS.—(1) The Secretary of Defense shall develop two separate documents, to be known as the Military Housing Privatization

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012924

1824

1 Initiative Tenant Bill of Rights and the Military Housing

2 Privatization Initiative Tenant Responsibilities, for ten-

3 ants of housing units.

4     "(2) The Secretary of each military department shall

5 ensure that the housing documents are attached to each

6 lease agreement for a housing unit.

7     "(3) The rights and responsibilities contained in the

8 housing documents are not intended to be exclusive. The

9 omission of a tenant right or responsibility shall not be

10 construed to deny the existence of such a right or responsi-

11 bility for tenants.

12     "(4) Each contract between the Secretary concerned

13 and a landlord shall incorporate the housing documents

14 and guarantee the rights and responsibilities of tenants

15 who reside in housing units covered by the contract.

16     "(5) The Secretary of Defense shall develop the hous-

17 ing documents in coordination with the Secretaries of the

18 military departments.

19     "(b) ELEMENTS OF TENANT BILL OF RIGHTS.—At

20 a minimum, the Military Housing Privatization Initiative

21 Tenant Bill of Rights shall address the following rights

22 of tenants of housing units:

23         "(1) The right to reside in a housing unit and

24         community that meets applicable health and environ-

25         mental standards.

WASHSTATEC012925

1825

1  ''(2) The right to reside in a housing unit that

2  has working fixtures, appliances, and utilities and to

3  reside in a community with well-maintained common

4  areas and amenity spaces.

5  ''(3) The right to be provided with a mainte-

6  nance history of the prospective housing unit before

7  signing a lease, as provided in section 2892a of this

8  title.

9  ''(4) The right to a written lease with clearly

10  defined rental terms to establish tenancy in a hous-

11  ing unit, including any addendums and other regula-

12  tions imposed by the landlord regarding occupancy

13  of the housing unit and use of common areas.

14  ''(5) The right to a plain-language briefing, be-

15  fore signing a lease and 30 days after move-in, by

16  the installation housing office on all rights and re-

17  sponsibilities associated with tenancy of the housing

18  unit, including information regarding the existence

19  of any additional fees authorized by the lease, any

20  utilities payments, the procedures for submitting

21  and tracking work orders, the identity of the mili-

22  tary tenant advocate, and the dispute resolution

23  process.

24  ''(6) The right to have sufficient time and op-

25  portunity to prepare and be present for move-in and

WASHSTATEC012926

1826

1 move-out inspections, including an opportunity to

2 obtain and complete necessary paperwork.

3  "(7) The right to report inadequate housing

4 standards or deficits in habitability of the housing

5 unit to the landlord, the chain of command, and

6 housing management office without fear of reprisal

7 or retaliation, as provided in subsection (e), includ-

8 ing reprisal or retaliation in the following forms:

9   "(A) Unlawful recovery of, or attempt to

10  recover, possession of the housing unit.

11   "(B) Unlawfully increasing the rent, de-

12  creasing services, or increasing the obligations

13  of a tenant.

14   "(C) Interference with a tenant's right to

15  privacy.

16   "(D) Harassment of a tenant.

17   "(E) Refusal to honor the terms of the

18  lease.

19   "(F) Interference with the career of a ten-

20  ant.

21  "(8) The right of access to a military tenant

22 advocate, as provided in section 2894(b)(4) of this

23 title, through the housing management office of the

24 installation of the Department at which the housing

25 unit is located.

WASHSTATEC012927

1827

1    "(9) The right to receive property management
2    services provided by a landlord that meet or exceed
3    industry standards and that are performed by pro-
4    fessionally and appropriately trained, responsive,
5    and courteous customer service and maintenance
6    staff.

7    "(10) The right to have multiple, convenient
8    methods to communicate directly with the landlord
9    maintenance staff, and to receive consistently hon-
10   est, accurate, straightforward, and responsive com-
11   munications.

12   "(11) The right to have access to an electronic
13   work order system through which a tenant may re-
14   quest maintenance or repairs of a housing unit and
15   track the progress of the work.

16   "(12) With respect to maintenance and repairs
17   to a housing unit, the right to the following:

18       "(A) Prompt and professional maintenance
19       and repair.

20       "(B) To be informed of the required time
21       frame for maintenance or repairs when a main-
22       tenance request is submitted.

23       "(C) In the case of maintenance or repairs
24       necessary to ensure habitability of a housing
25       unit, to prompt relocation into suitable lodging

WASHSTATEC012928

1828

1    or other housing at no cost to the tenant until

2    the maintenance or repairs are completed.

3    ''(13) The right to receive advice from military

4    legal assistance on procedures involving mechanisms

5    for resolving disputes with the property management

6    company or property manager to include mediation,

7    arbitration, and filing claims against a landlord.

8    ''(14) The right to enter into a dispute resolu-

9    tion process, as provided in section 2894 of this

10    title, should all other methods be exhausted and, in

11    which case, a decision in favor of the tenant may in-

12    clude a reduction in rent or an amount to be reim-

13    bursed or credited to the tenant.

14    ''(15) The right to have the tenant's basic al-

15    lowance housing payments segregated and held in

16    escrow, with approval of a designated commander,

17    and not used by the property owner, property man-

18    ager, or landlord pending completion of the dispute

19    resolution process.

20    ''(16) The right to have reasonable, advance no-

21    tice of any entrance by a landlord, installation hous-

22    ing staff, or chain of command into the housing

23    unit, except in the case an emergency or abandon-

24    ment of the housing unit.

WASHSTATEC012929

1829

1     ''(17) The right to not pay non-refundable fees

2 or have application of rent credits arbitrarily held.

3     ''(18) The right to expect common documents,

4 forms, and processes for housing units will be the

5 same for all installations of the Department, to the

6 maximum extent applicable without violating local,

7 State, and Federal regulations.

8     ''(c) ELEMENTS OF TENANT RESPONSIBILITIES.—At

9 a minimum, the Military Housing Privatization Initiative

10 Tenant Responsibilities shall address the following respon-

11 sibilities of tenants of housing units:

12     ''(1) The responsibility to report in a timely

13 manner any apparent environmental, safety, or

14 health hazards of the housing unit to the landlord

15 and any defective, broken, damaged, or malfunc-

16 tioning building systems, fixtures, appliances, or

17 other parts of the housing unit, the common areas,

18 or related facilities.

19     ''(2) The responsibility to maintain standard

20 upkeep of the housing unit as instructed by the

21 housing management office.

22     ''(3) The responsibility to conduct oneself as a

23 tenant in a manner that will not disturb neighbors,

24 and to assume responsibility for one's actions and

WASHSTATEC012930

1830

1 those of a family member or guest in the housing

2 unit or common areas.

3      ''(4) The responsibility not to engage in any in-

4 appropriate, unauthorized, or criminal activity in the

5 housing unit or common areas.

6      ''(5) The responsibility to allow the landlord

7 reasonable access to the rental home in accordance

8 with the terms of the tenant lease agreement to

9 allow the landlord to make necessary repairs in a

10 timely manner.

11      ''(6) The responsibility to read all lease-related

12 materials provided by the landlord and to comply

13 with the terms of the lease agreement, lease ad-

14 denda, and any associated rules and guidelines.

15 ''(d) SUBMISSION TO CONGRESS AND PUBLIC AVAIL-

16 ABILITY.—(1) As part of the budget submission for fiscal

17 year 2021, and biennially thereafter, the Secretary of De-

18 fense shall submit the then-current housing documents to

19 the congressional defense committees.

20      ''(2) Any change made to a housing document must

21 be submitted to Congress at least 30 days before the

22 change takes effect.

23      ''(3) Upon submission of a housing document under

24 paragraph (1) or (2), the Secretary of Defense shall pub-

WASHSTATEC012931

1831

1 lish the housing document on a publicly available Internet

2 website of the Department of Defense.''.

3    (c) CLERICAL AMENDMENTS.—

4        (1) TABLE OF SECTIONS.—Subchapter V of

5    chapter 169 of title 10, United States Code, as

6    added by subsection (b), is amended by inserting

7    after the subchapter heading the following table of

8    sections:

Sec.
2890. Rights and responsibilities of tenants of housing units.
2890a. Chief Housing Officer.
2891. Requirements relating to contracts for provision of housing units.
2891a. Requirements relating to management of housing units.
2891b. Considerations of eligible entity housing history in contracts for privatized military housing.
2891c. Financial transparency.
2892. Maintenance work order system for housing units.
2892a. Access by tenants to historical maintenance information.
2892b. Prohibition on requirement to disclose personally identifiable information in electronic requests for maintenance.
2893. Treatment of incentive fees for landlords of housing units for failure to remedy health or environmental hazards.
2894. Landlord-tenant dispute resolution process and treatment of certain payments during process.
2894a. Complaint database.

9        (2) TABLE OF SUBCHAPTERS.—The table of

10    subchapters at the beginning of chapter 169 of title

11    10, United States Code, is amended by inserting

12    after the item relating to subchapter IV the fol-

13    lowing new item:

**"V. Oversight of Landlords and Protections and Responsibilities for Tenants of Privatized Military Housing** .................................................................. **2890.".**

WASHSTATEC012932

1832

1  SEC. 3012. DESIGNATION OF CHIEF HOUSING OFFICER FOR

2      PRIVATIZED MILITARY HOUSING.

3      (a) DESIGNATION REQUIRED.—Subchapter V of

4  chapter 169 of title 10, United States Code, as added by

5  section 3011, is amended by inserting after section 2890

6  of such title, as added by section 3011 and amended by

7  sections 3023 and 3024, the following new section:

8  "§ 2890a. Chief Housing Officer

9      "(a) DESIGNATION.—(1) The Secretary of Defense

10  shall designate, from among officials of the Department

11  of Defense who are appointed by the President with the

12  advice and consent of the Senate, a Chief Housing Officer

13  who shall oversee housing units.

14      "(2) The official of the Department of Defense des-

15  ignated as Chief Housing Officer may be assigned duties

16  in addition to the duties as Chief Housing Officer under

17  subsection (b).

18      "(b) PRINCIPAL DUTIES.—(1) The Chief Housing

19  Officer shall oversee all aspects of the provision of housing

20  under subchapter IV and this subchapter, including the

21  following:

22          "(A) Creation and standardization of policies

23      and processes regarding housing units.

24          "(B) Oversight of the administration of any De-

25      partment of Defense-wide policies regarding housing

26      units, to include, in coordination with the Secre-

WASHSTATEC012933

1833

1 taries of the military departments, the housing docu-
2 ments developed pursuant to section 2890 of this
3 title entitled Military Housing Privatization Initia-
4 tive Tenant Bill of Rights and Military Housing Pri-
5 vatization Initiative Tenant Responsibilities.

6 "(2) The duties specified in paragraph (1) may not
7 be further delegated.".

8 (b) NOTIFICATION OF DESIGNATION.—Not later
9 than 60 days after the date of the enactment of this Act,
10 the Secretary of Defense shall notify the congressional de-
11 fense committees of the official of the Department of De-
12 fense designated as Chief Housing Officer under section
13 2890a of title 10, United States Code, as added by sub-
14 section (a). Any time the designation of Chief Housing
15 Officer changes, the Secretary of Defense shall update the
16 notification of the congressional defense committees within
17 30 days after the new designation.

18 **SEC. 3013. ADDITIONAL REQUIREMENTS RELATING TO**
19 **CONTRACTS FOR PRIVATIZED MILITARY**
20 **HOUSING.**

21 (a) IN GENERAL.—Subchapter V of chapter 169 of
22 title 10, United States Code, as added by section 3011,
23 is amended by inserting after section 2890a of such title,
24 as added by section 3012, the following new section:

WASHSTATEC012934

1834

1 **"§ 2891. Requirements relating to contracts for provi-**
2 **sion of housing units**

3 "(a) IN GENERAL.—The requirements of this section
4 condition contracts entered into using the authorities pro-
5 vided to the Secretary concerned under section 2872 of
6 this title and other authorities provided under subchapter
7 IV of this chapter and this subchapter.

8 "(b) EXCLUSION OF CERTAIN EMPLOYEES.—A land-
9 lord providing a housing unit shall prohibit any employee
10 of the landlord who commits work-order fraud under the
11 contract from doing any work under the contract.

12 "(c) DISPUTE RESOLUTION PROCESS.—Any decision
13 the commander renders in favor of the tenant in the for-
14 mal dispute resolution process established pursuant to sec-
15 tion 2894 of this title will be taken into consideration in
16 determining whether to pay or withhold all or part of any
17 incentive fees for which a landlord may otherwise be eligi-
18 ble under the contract.

19 "(d) RESPONSIBILITY FOR CERTAIN MEDICAL
20 COSTS.—

21 "(1) REIMBURSEMENT REQUIRED UNDER CER-
22 TAIN CIRCUMSTANCES.—If the Secretary concerned
23 finds that a landlord fails to maintain safe and sani-
24 tary conditions for a housing unit under the contract
25 and that, subject to paragraph (2), these conditions
26 result in a tenant of the housing unit receiving med-

WASHSTATEC012935

1835

1   ical evaluations and treatment, the landlord shall be

2   responsible for reimbursing the Department of De-

3   fense for any costs incurred by the Department to

4   provide the medical evaluations and treatment to the

5   tenant, whether such evaluations and treatment are

6   provided in a military medical treatment facility or

7   through the TRICARE provider network.

8       ''(2) REVIEW PROCESS.—Before the Secretary

9   concerned may submit a claim under paragraph (1)

10  to a landlord for reimbursement of Department med-

11  ical evaluation and treatment costs—

12          ''(A) a military medical professional must

13      determine that the tenant's medical conditions

14      were caused by unsafe and unsanitary condi-

15      tions of the housing unit; and

16          ''(B) the documentation of the medical

17      evaluation showing causation must be sent to

18      the Director of the Defense Health Agency for

19      review and approval.

20      ''(3)   UNIFORM   PROCESSES   AND   PROCE-

21  DURES.—Not later than 180 days after the date of

22  the enactment of this section, the Director of the

23  Defense Health Agency shall develop and publish

24  uniform processes and procedures to be used by

25  medical providers in military medical treatment fa-

WASHSTATEC012936

1836

1 cilities to make determinations regarding whether

2 environmental hazards within housing units serve as

3 causative factors for medical conditions being evalu-

4 ated and treated in military medical treatment facili-

5 ties or through the TRICARE provider network.

6 "(e) RESPONSIBILITY FOR RELOCATION COSTS.—

7 "(1) PERMANENT RELOCATION.—A landlord

8 providing a housing unit shall pay reasonable reloca-

9 tion costs associated with the permanent relocation

10 of a tenant from the housing unit to a different

11 housing due to health or environmental hazards—

12 "(A) present in the housing unit being va-

13 cated through no fault of the tenant; and

14 "(B) confirmed by the housing manage-

15 ment office of the installation for which the

16 housing unit is provided as making the unit un-

17 inhabitable or unable to be remediated safely

18 while tenant occupies the housing unit.

19 "(2) TEMPORARY RELOCATION.—The landlord

20 shall pay reasonable relocation costs and actual costs

21 of living, including per diem, associated with the

22 temporary relocation of a tenant to a different hous-

23 ing unit due to health or environmental hazards—

24 "(A) present in the housing unit being va-

25 cated through no fault of the tenant; and

WASHSTATEC012937

1837

1     "(B) confirmed by the housing manage-
2         ment office of the installation as making the
3         unit uninhabitable or unable to be remediated
4         safely while tenant occupies the housing unit.
5     "(f) MAINTENANCE WORK ORDER SYSTEM.—A land-
6 lord providing a housing unit shall ensure that the mainte-
7 nance work order system of the landlord (hardware and
8 software) is up to date, including—
9         "(1) by providing a reliable mechanism through
10        which a tenant may submit work order requests
11        through an Internet portal and mobile application,
12        which shall incorporate the ability to upload photos,
13        communicate with maintenance personnel, and rate
14        individual service calls;
15        "(2) by allowing real-time access to such system
16        by officials of the Department at the installation,
17        major subordinate command, and service-wide levels;
18        and
19        "(3) by allowing the work order or maintenance
20        ticket to be closed only once the tenant and the head
21        of the housing management office of the installation
22        sign off.
23    "(g) IMPLEMENTATION.—The Secretary concerned
24 shall create such legal documents as may be necessary to
25 carry out this section.".

WASHSTATEC012938

1838

1  (b) EFFECTIVE DATE.—The requirements set forth

2  in section 2891 of title 10, United States Code, as added

3  by subsection (a), shall apply to appropriate legal docu-

4  ments entered into or renewed on or after the date of the

5  enactment of this Act between the Secretary of a military

6  department and a landlord regarding privatized military

7  housing.

8  (c) RETROACTIVE LANDLORD AGREEMENTS.—

9      (1) IN GENERAL.—Not later than February 1,

10     2020, the Secretary of Defense shall seek agreement

11     from all landlords to accept the application of the re-

12     quirements set forth in section 2891 of title 10,

13     United States Code, as added by subsection (a), to

14     appropriate legal documents entered into or renewed

15     before the date of the enactment of this Act between

16     the Secretary of a military department and a land-

17     lord regarding privatized military housing

18     (2) SUBMITTAL OF LIST TO CONGRESS.—Not

19     later than March 1, 2020, the Secretary of Defense

20     shall submit to the congressional defense committees

21     a list of any landlords that did not agree under

22     paragraph (1) to accept the requirements set forth

23     in section 2891 of title 10, United States Code, as

24     added by subsection (a).

WASHSTATEC012939

1839

1  (3) CONSIDERATION OF LACK OF AGREEMENT

2 IN FUTURE CONTRACTS.—The Secretary of Defense

3 and the Secretaries of the military departments shall

4 include any lack of agreement under paragraph (1)

5 as past performance considered under section 2891b

6 of title 10, United States Code, as added by section

7 3015,with respect to entering into or renewing any

8 future contracts regarding privatized military hous-

9 ing.

10 **SEC. 3014. ADDITIONAL REQUIREMENTS RELATING TO**

11    **MANAGEMENT OF PRIVATIZED MILITARY**

12    **HOUSING.**

13  (a) IN GENERAL.—Subchapter V of chapter 169 of

14 title 10, United States Code, as added by section 3011,

15 is amended by inserting after section 2891 of such title,

16 as added by section 3013, the following new section:

17 **"§ 2891a. Requirements relating to management of**

18    **housing units**

19  "(a) IN GENERAL.—The Secretary of Defense shall

20 ensure that each contract between the Secretary concerned

21 and a landlord regarding the management of housing

22 units for an installation of the Department of Defense in-

23 cludes the requirements set forth in this section.

WASHSTATEC012940

1840

1    "(b) Requirements for Installation Com-
2    manders.—(1) The installation commander shall be re-
3    sponsible for—

4         "(A) reviewing, on an annual basis, the mold
5         mitigation plan and pest control plan of each land-
6         lord managing housing units for the installation; and

7         "(B) notifying the landlord and the major sub-
8         ordinate command of any deficiencies found in either
9         plan.

10    "(2) In response to a request by the head of the hous-
11    ing management office of an installation, the installation
12    commander shall use the assigned bio-environmental per-
13    sonnel or contractor equivalent at the installation to test
14    housing units for mold, unsafe water conditions, and other
15    health and safety conditions

16    "(c) Requirements for Housing Management
17    Office.—(1) The head of the housing management office
18    of an installation shall be responsible for—

19         "(A) conducting a physical inspection of, and
20         approving the habitability of, a vacant housing unit
21         for the installation before the landlord managing the
22         housing unit is authorized to offer the housing unit
23         available for occupancy;

24         "(B) conducting a physical inspection of the
25         housing unit upon tenant move-out; and

WASHSTATEC012941

1841

1     "(C) maintaining all test results relating to the

2     health, environmental, and safety condition of the

3     housing unit and the results of any inspection con-

4     ducted by the housing management office, landlord,

5     or third-party contractor for the life of the contract

6     relating to that housing unit.

7     "(2) The head of the installation housing manage-

8   ment office shall be provided a list of any move-out

9   charges that a landlord seeks to collect from an outgoing

10   tenant.

11     "(3) The head of the installation housing manage-

12   ment office shall initiate contact with a tenant regarding

13   the satisfaction of the tenant with the housing unit of the

14   tenant not later than—

15     "(A) 15 days after move-in; and

16     "(B) 60 days after move-in.

17     "(d) REQUIREMENTS FOR LANDLORDS.—(1) The

18   landlord providing a housing unit shall disclose to the Sec-

19   retary of Defense any bonus structures offered for commu-

20   nity managers and regional executives and any bonus

21   structures relating to maintenance of housing units, in

22   order to minimize the impact of those incentives on the

23   operating budget of the installation for which the housing

24   units are provided.

WASHSTATEC012942

1842

1 ''(2) With respect to test results relating to the health

2 and safety condition of a housing unit, the landlord pro-

3 viding the housing unit shall—

4   ''(A) not later than three days after receiving

5   the test results, share the results with the tenant of

6   the housing unit and submit the results to the head

7   of the installation housing management office; and

8   ''(B) include with any environmental hazard

9   test results a simple guide explaining those results,

10   preferably citing standards set forth by the Federal

11   Government relating to environmental hazards.

12 ''(3) Before a prospective tenant signs a lease to oc-

13 cupy a housing unit, the landlord providing the housing

14 unit shall conduct a walkthrough inspection of the housing

15 unit—

16   ''(A) for the prospective tenant; or

17   ''(B) if the prospective tenant is not able to be

18   present for the inspection, with an official of the

19   housing management office designated by the pro-

20   spective tenant to conduct the inspection on the ten-

21   ant's behalf.

22 ''(4) In the event that the installation housing man-

23 agement office determines that a housing unit does not

24 meet minimum health, safety, and welfare standards set

25 forth in Federal, State, and local law as a result of a

WASHSTATEC012943

1843

1 walkthrough inspection or an inspection conducted under

2 subsection (c), the landlord providing the housing unit

3 shall remediate any issues and make any appropriate re-

4 pairs to the satisfaction of the housing management office

5 and subject to another inspection by the housing manage-

6 ment office.

7    "(5) A landlord providing a housing unit may not

8 conduct any promotional events to encourage tenants to

9 fill out maintenance comment cards or satisfaction surveys

10 of any kind, without the approval of the chief of the hous-

11 ing management office.

12    "(6) A landlord providing a housing unit may not

13 award an installation of the Department of Defense or an

14 officer or employee of the Department a 'Partner of the

15 Year award' or similar award.

16    "(7) A landlord providing a housing unit may not

17 enter into any form of settlement, nondisclosure, or release

18 of liability agreement with a tenant without—

19        "(A) first notifying the tenant of the tenant's

20        right to assistance from the legal assistance office at

21        the installation; and

22        "(B) not later than five days before entering

23        into such settlement, nondisclosure, or release of li-

24        ability agreement, providing a copy of the agreement

WASHSTATEC012944

1844

1   and terms to the Assistant Secretary of Defense for

2   Sustainment.

3   "(8) A landlord providing a housing unit may not

4   change the position of a prospective tenant on a waiting

5   list for a housing unit or remove a prospective tenant from

6   the waiting list in response to the prospective tenant turn-

7   ing down an offer for a housing unit, if the housing unit

8   is determined unsatisfactory by the prospective tenant and

9   the determination is confirmed by the housing manage-

10   ment office and the installation commander.

11   "(9) A landlord providing a housing unit shall allow

12   employees of the housing management office and other of-

13   ficers and employees of the Department to conduct—

14       "(A) with the permission of the tenant of the

15       housing unit as appropriate, physical inspections of

16       the housing unit; and

17       "(B) physical inspections of any common areas

18       maintained by the landlord.

19   "(10) A landlord providing a housing unit shall agree

20   to participate in the dispute resolution and payment-with-

21   holding processes established pursuant to section 2894 of

22   this title.

23   "(11) A landlord providing a housing unit shall en-

24   sure that the needs of enrollees in the Exceptional Family

25   Member Program, or any successor program, are consid-

WASHSTATEC012945

1845

1  ered in assigning prospective tenants to housing units pro-

2  vided by the landlord.

3      ''(12) A landlord providing a housing unit shall main-

4  tain an electronic work order system that enables access

5  by the tenant to view work order history, status, and other

6  relevant information, as required by section 2892 of this

7  title.

8      ''(13) A landlord providing a housing unit shall agree

9  to have any agreements or forms to be used by the land-

10  lord approved by the Assistant Secretary of Defense for

11  Sustainment, including the following:

12          ''(A) A common lease agreement.

13          ''(B) Any disclosure or nondisclosure forms that

14      could be given to a tenant.

15      ''(e) PROHIBITION AGAINST COLLECTION OF

16  AMOUNTS IN ADDITION TO RENT.—(1) A landlord pro-

17  viding a housing unit may not impose on a tenant of the

18  housing unit a supplemental payment, such as an out-of-

19  pocket fee, in addition to the amount of rent the landlord

20  charges for a unit of similar size and composition to the

21  housing unit, without regard to whether or not the amount

22  of the any basic allowance for housing under section 403

23  of title 37 the tenant may receive as a member of the

24  armed forces is less than the amount of the rent.

25      ''(2) Nothing in paragraph (1) shall be construed—

WASHSTATEC012946

1846

1         ''(A) to prohibit a landlord from imposing an

2 additional payment—

3         ''(i) for optional services provided to mili-

4 tary tenants, such as access to a gym or a

5 parking space;

6         ''(ii) for non-essential utility services, as

7 determined in accordance with regulations pro-

8 mulgated by the Secretary concerned; or

9         ''(iii) to recover damages associated with

10 tenant negligence, consistent with subsection

11 (c)(2); or

12         ''(B) to limit or otherwise affect the authority

13 of the Secretary concerned to enter into rental guar-

14 antee agreements under section 2876 of this title or

15 to make differential lease payments under section

16 2877 of this title, so long as such agreements or

17 payments do not require a tenant to pay an out-of-

18 pocket fee or payment in addition to the amount of

19 the any basic allowance for housing under section

20 403 of title 37 the tenant may receive as a member

21 of the armed forces.''.

22         (b) MILITARY DEPARTMENT IMPLEMENTATION

23 PLANS.—Not later than February 1, 2020, the Secretary

24 of each military department shall submit to the congres-

25 sional defense committees a plan for the implementation

WASHSTATEC012947

1847

1 by that military department of section 2891a of title 10,

2 United States Code, as added by subsection (a).

3     (c) EFFECTIVE DATE.—The requirements set forth

4 in section 2891a of title 10, United States Code, as added

5 by subsection (a), shall apply to appropriate legal docu-

6 ments entered into or renewed on or after the date of the

7 enactment of this Act between the Secretary of a military

8 department and a landlord regarding privatized military

9 housing.

10     (d) REPEAL OF REPLACED PROVISION.—

11     (1) REPEAL.—Section 2886 of title 10, United

12     States Code, is repealed.

13     (2) CLERICAL AMENDMENT.—The table of sec-

14     tions at the beginning of subchapter IV of chapter

15     169 of title 10, United States Code, is amended by

16     striking the item relating to section 2886.

17     (e) RETROACTIVE LANDLORD AGREEMENTS.—

18     (1) IN GENERAL.—Not later than February 1,

19     2020, the Secretary of Defense shall seek agreement

20     from all landlords to accept the application of the re-

21     quirements set forth in section 2891a of title 10,

22     United States Code, as added by subsection (a), to

23     appropriate legal documents entered into or renewed

24     before the date of the enactment of this Act between

WASHSTATEC012948

1848

1 the Secretary of a military department and a land-

2 lord regarding privatized military housing

3     (2) SUBMITTAL OF LIST TO CONGRESS.—Not

4 later than March 1, 2020, the Secretary of Defense

5 shall submit to the congressional defense committees

6 a list of any landlords that did not agree under

7 paragraph (1) to accept the requirements set forth

8 in section 2891a of title 10, United States Code, as

9 added by subsection (a).

10     (3) CONSIDERATION OF LACK OF AGREEMENT

11 IN FUTURE CONTRACTS.—The Secretary of Defense

12 and the Secretaries of the military departments shall

13 include any lack of agreement under paragraph (1)

14 as past performance considered under section 2891b

15 of title 10, United States Code, as added by section

16 3015, with respect to entering into or renewing any

17 future contracts regarding privatized military hous-

18 ing.

19 **SEC. 3015. CONSIDERATION OF CONTRACTOR HISTORY IN**

20            **CONTRACTS FOR PRIVATIZED MILITARY**

21            **HOUSING.**

22 Subchapter V of chapter 169 of title 10, United

23 States Code, as added by section 3011, is amended by in-

24 serting after section 2891a of such title, as added by sec-

25 tion 3014, the following new section:

WASHSTATEC012949

1849

1 **"§ 2891b. Considerations of eligible entity housing**
2 **history in contracts for privatized mili-**
3 **tary housing**

4    "(a) CONSIDERATION REQUIRED.—To assist in mak-
5 ing a determination whether to enter into a new contract,
6 or renew an existing contract, with an eligible entity, the
7 Secretary of Defense shall develop a standard process by
8 which the Secretary concerned may evaluate the past per-
9 formance of the eligible entity for purposes of informing
10 future decisions regarding the award of such a contract.

11    "(b) ELEMENTS OF PROCESS.—The process devel-
12 oped under subsection (a) shall include, at a minimum,
13 consideration of the following:

14      "(1) Any history of the eligible entity of pro-
15    viding substandard housing.

16      "(2) The recommendation of the commander of
17    the installation for which housing units will be pro-
18    vided under the contract.

19      "(3) The recommendation of the commander of
20    any other installation for which the eligible entity
21    has provided housing units.".

22 **SEC. 3016. ADDITIONAL IMPROVEMENTS FOR MANAGE-**
23 **MENT OF PRIVATIZED MILITARY HOUSING.**

24    (a) IMPROVED FINANCIAL TRANSPARENCY.—Sub-
25 chapter V of chapter 169 of title 10, United States Code,
26 as added by section 3011, is amended by inserting after

WASHSTATEC012950

1850

1  section 2891b of such title, as added by section 3015, the

2  following new section:

**"§ 2891c. Financial transparency**

4      "(a) SUBMISSION OF LANDLORD FINANCIAL INFOR-

5  MATION.—(1) Not less frequently than annually, the Sec-

6  retary of Defense shall require that each landlord submit

7  to the Secretary a report providing information regarding

8  all housing units provided by the landlord.

9      "(2) Information provided under paragraph (1) by a

10  landlord shall include the following:

11          "(A) A comprehensive summary of the land-

12      lord's financial performance.

13          "(B) The amount of base management fees re-

14      lating to all housing units provided by the landlord.

15          "(C) The amount of asset management fees re-

16      lating to such housing units.

17          "(D) The amount of preferred return fees relat-

18      ing to such housing units.

19          "(E) The residual cashflow distributions relat-

20      ing to such housing units.

21          "(F) The amount of deferred fees or other fees

22      relating to such housing units.

23      "(3) In this subsection:

24          "(A) The term 'base management fees' means

25      the monthly management fees collected for services

WASHSTATEC012951

1851

1    associated with accepting and processing rent pay-
2    ments, ensuring tenant rent payments, property in-
3    spections, maintenance management, and emergency
4    maintenance calls.

5        ''(B) the term 'asset management fees' means
6    fees paid to manage a housing unit for the purpose
7    of ensuring the housing unit is maintained in good
8    condition and making repairs over the lifecycle of
9    the housing unit.

10       ''(C) the term 'preferred return fees' means
11   fees associated with any claims on profits furnished
12   to preferred investors with an interest in the housing
13   unit.

14       ''(D) the term 'residual cashflow distribution'
15   means the steps a specific housing project takes to
16   restructure after it is determined that the project is
17   in an unacceptable financial condition.

18       ''(E) the term 'deferred fee' means any fee that
19   was not paid to a person in a calendar year in order
20   to meet other financial obligations of the landlord.

21       ''(b) AVAILABILITY OF INFORMATION ON USE OF IN-
22   CENTIVE FEES.—(1) Not less frequently than annually,
23   the Secretary of Defense shall publish, on a publicly acces-
24   sible website, information regarding the use by the Sec-

WASHSTATEC012952

1852

1 retary concerned of incentive fees to support contracts for

2 the provision or management of housing units.

3    ''(2) The information provided under paragraph (1)

4 shall include, with respect to each contract, the following:

5        ''(A) The applicable incentive fees.

6        ''(B) The metrics used to determine the incen-

7    tive fees.

8        ''(C) Whether incentive fees were paid in full,

9    or were withheld in part or in full, during the period

10   covered by the release of information.

11       ''(D) If any incentive fees were withheld, the

12   reasons for such withholding.''.

13   (b) ESTABLISHMENT AND AVAILABILITY OF COM-

14 PLAINT DATABASE.—Subchapter V of chapter 169 of title

15 10, United States Code, as added by section 3011, is

16 amended by inserting after section 2894 of such title, as

17 added by section 3022, the following new section:

18 **''§ 2894a. Complaint database**

19   ''(a) DATABASE REQUIRED.—The Secretary of De-

20 fense shall establish a database of complaints made re-

21 garding housing units.

22   ''(b) PUBLIC AVAILABILITY.—The database shall be

23 available to the public.

24   ''(c) INCLUSION OF TENANT COMPLAINTS.—The

25 Secretary of Defense shall permit a tenant of a housing

WASHSTATEC012953

1853

1 unit to file a complaint regarding the housing unit for in-

2 clusion in the database.

3    "(d) INCLUSION OF CERTAIN INFORMATION.—(1) In-

4 formation accessible in the database regarding a complaint

5 shall include the following:

6       "(A) The name of the installation for which the

7    housing unit is provided.

8       "(B) The name of the landlord responsible for

9    the housing unit.

10       "(C) A description of the nature of the com-

11    plaint.

12    "(2) The Secretary of Defense may not disclose per-

13 sonally identifiable information through the database.

14    "(e) RESPONSE BY LANDLORDS.—(1) The Secretary

15 of Defense shall include in any contract with a landlord

16 responsible for a housing unit a requirement that the land-

17 lord respond in a timely manner to any complaints in-

18 cluded in the database that relate to the housing unit.

19    "(2) The Secretary shall include landlord responses

20 in the database.".

21    (c) AUDITS OF FINANCIAL VIABILITY OF PRIVATIZED

22 MILITARY HOUSING PARTNERSHIPS.—

23       (1) AUDITS REQUIRED.—The Comptroller Gen-

24    eral of the United States, in accordance with best

25    audit practices, shall conduct an audit of the finan-

WASHSTATEC012954

1854

1   cial viability of each partnership for the provision of

2   privatized military housing that the Comptroller

3   General determines were impacted by extreme

4   weather events or other natural disasters occurring

5   during the 36-month period immediately preceding

6   the date of the enactment of this Act.

7   (2) REQUIRED INFORMATION.—The audit

8   under paragraph (1) shall assess the following:

9       (A) The appropriateness of existing insur-

10      ance caps contained in contracts for privatized

11      military housing.

12      (B) The structure of the cashflow water-

13      fall, including the impact of expenses relating to

14      disaster recovery.

15  (3) SUBMISSION TO CONGRESS.—Not later than

16  February 1, 2021, the Comptroller General shall

17  submit to the Secretary of Defense and the Commit-

18  tees on Armed Services of the Senate and the House

19  of Representatives a report containing the results of

20  the audit conducted under paragraph (1).

21  (d) ADDITIONAL INFORMATION IN CONGRESSIONAL

22  REPORTS ON PRIVATIZED MILITARY HOUSING.—Section

23  2884(c) of title 10, United States Code, is amended by

24  adding at the end the following new paragraphs:

WASHSTATEC012955

G:\CMTE\AS\20\C\ASCR20.XML

<center>1855</center>

1     ''(7) An assessment of the condition of housing

2 units based on the average age of those units and

3 the estimated time until recapitalization.

4     ''(8) An assessment of tenant complaints.

5     ''(9) An assessment of maintenance response

6 times and completion of maintenance requests.

7     ''(10) An assessment of the dispute resolution

8 process, which shall include a specific analysis of

9 each denied tenant request to withhold rent pay-

10 ments and each instance in which the dispute resolu-

11 tion process resulted in a favorable outcome for the

12 landlord.

13     ''(11) An assessment of overall customer service

14 for tenants.

15     ''(12) A description of the results of any no-no-

16 tice housing inspections conducted.

17     ''(13) The results of any resident surveys con-

18 ducted.

19     ''(14) With regard to issues of lead-based paint

20 in housing units, a summary of data relating to the

21 presence of lead-based paint in such housing units,

22 including the following by military department:

23         ''(A) The total number of housing units

24 containing lead-based paint.

WASHSTATEC012956

1856

1       ''(B) A description of the reasons for the
2   failure to inspect any housing unit that con-
3   tains lead-based paint.

4       ''(C) A description of all abatement or
5   mitigation efforts completed or underway in
6   housing units containing lead-based paint.

7       ''(D) A certification as to whether military
8   housing under the jurisdiction of the Secretary
9   concerned complies with requirements relating
10  to lead-based paint, lead-based paint activities,
11  and lead-based paint hazards, as described in
12  section 408 of the Toxic Substances Control
13  Act (15 U.S.C. 2688).''.

14  **SEC. 3017. MAINTENANCE WORK ORDER SYSTEM FOR**
15      **PRIVATIZED MILITARY HOUSING.**

16      Subchapter V of chapter 169 of title 10, United
17  States Code, as added by section 3011, is amended by in-
18  serting after section 2891c of such title, as added by sec-
19  tion 3016(a), the following new section:

20  **''§ 2892. Maintenance work order system for housing**
21      **units**

22      ''(a) ELECTRONIC WORK ORDER SYSTEM RE-
23  QUIRED.—The Secretary of Defense shall require that
24  each landlord of a housing unit have an electronic work

WASHSTATEC012957

1857

1 order system to track all maintenance requests relating
2 to the housing unit.

3    "(b) ACCESS BY DEPARTMENT PERSONNEL.—The
4 Secretary of Defense shall require each landlord of a hous-
5 ing unit to provide access to the maintenance work order
6 system of the landlord relating to the housing unit to the
7 following persons:

8        "(1) Personnel of the housing management of-
9    fice at the installation for which the housing unit is
10    provided.

11       "(2) Personnel of the installation and engineer
12    command or center of the military department con-
13    cerned.

14       "(3) Such other personnel of the Department of
15    Defense as the Secretary determines necessary.".

16 **SEC. 3018. ACCESS BY TENANTS OF PRIVATIZED MILITARY**
17 **HOUSING TO MAINTENANCE WORK ORDER**
18 **SYSTEM.**

19    Section 2892 of title 10, United States Code, as
20 added by section 3017, is amended by adding at the end
21 the following new subsection:

22    "(c) ACCESS BY TENANTS.—The Secretary of De-
23 fense shall require each landlord of a housing unit to pro-
24 vide access to the maintenance work order system of the
25 landlord relating to the housing unit to the tenant of the

WASHSTATEC012958

1858

1 housing unit to permit the tenant, at a minimum, to track

2 the status and progress of work orders for maintenance

3 requests relating to the housing unit.''.

**SEC. 3019. ACCESS BY TENANTS TO HISTORICAL MAINTE-**

**NANCE INFORMATION FOR PRIVATIZED MILI-**

**TARY HOUSING.**

7      Subchapter V of chapter 169 of title 10, United

8 States Code, as added by section 3011, is amended by in-

9 serting after section 2892, as added by section 3017 and

10 amended by section 3018, the following new section:

**''§ 2892a. Access by tenants to historical maintenance**

**information**

13      ''The Secretary concerned shall require each eligible

14 entity or subsequent landlord that offers for lease a hous-

15 ing unit to provide to a prospective tenant of the housing

16 unit, before the prospective tenant moves into the housing

17 unit as a tenant, all information regarding maintenance

18 conducted with respect to that housing unit for the pre-

19 vious seven years. In this section, the term 'maintenance'

20 includes any renovations of the housing unit during such

21 period.''.

WASHSTATEC012959

1859

1 SEC. 3020. PROHIBITION ON REQUIREMENT TO DISCLOSE
2           PERSONALLY IDENTIFIABLE INFORMATION
3           IN CERTAIN REQUESTS FOR MAINTENANCE
4           OF PRIVATIZED MILITARY HOUSING.

5     (a) IN GENERAL.—Subchapter V of chapter 169 of
6 title 10, United States Code, as added by section 3011,
7 is amended by inserting after section 2892a of such title,
8 as added by section 3019, the following new section:

9 "§ 2892b. Prohibition on requirement to disclose per-
10          sonally identifiable information in re-
11          quests for certain maintenance

12     "A landlord responsible for a housing unit may not
13 require the disclosure of personally identifiable informa-
14 tion as a part of the submission of a request for mainte-
15 nance regarding a housing unit or common area when the
16 disclosure of personally identifiable information is not
17 needed to identify the location at which such maintenance
18 will be performed.".

19     (b) EFFECTIVE DATE.—The prohibition in section
20 2892b of title 10, United States Code, as added by sub-
21 section (a), shall take effect on the date that is one year
22 after the date of the enactment of this Act.

WASHSTATEC012960

1860

1 **SEC. 3021. TREATMENT OF INCENTIVE FEES FOR LAND-**
2 **LORDS OF PRIVATIZED MILITARY HOUSING**
3 **FOR FAILURE TO REMEDY A HEALTH OR EN-**
4 **VIRONMENTAL HAZARD.**

5    Subchapter V of chapter 169 of title 10, United
6 States Code, as added by section 3011, is amended by in-
7 serting after section 2892b of such title, as added by sec-
8 tion 3020, the following new section:

9 **"§ 2893. Treatment of incentive fees for landlords of**
10 **housing units for failure to remedy**
11 **health or environmental hazards**

12    "The Secretary concerned shall not approve the pay-
13 ment of incentive fees otherwise authorized to be paid to
14 a landlord that the Secretary determines has dem-
15 onstrated a propensity for failing to remedy, or failing to
16 remedy in a timely manner, a health or environmental haz-
17 ard at a housing unit provided by the landlord.".

18 **SEC. 3022. DISPUTE RESOLUTION PROCESS FOR LAND-**
19 **LORD-TENANT DISPUTES REGARDING**
20 **PRIVATIZED MILITARY HOUSING AND RE-**
21 **QUESTS TO WITHHOLD PAYMENTS DURING**
22 **DISPUTE RESOLUTION PROCESS.**

23    (a) IN GENERAL.—Subchapter V of chapter 169 of
24 title 10, United States Code, as added by section 3011,
25 is amended by inserting after section 2893 of such title,
26 as added by section 3021, the following new section:

WASHSTATEC012961

1861

1 **"§ 2894. Landlord-tenant dispute resolution process**
2 **and treatment of certain payments dur-**
3 **ing process**

4 "(a) PROCESS REQUIRED; PURPOSE.—The Secretary
5 concerned shall implement a standardized formal dispute
6 resolution process to ensure the prompt and fair resolution
7 of disputes that arise between landlords providing housing
8 units and tenants residing in housing units concerning
9 maintenance and repairs, damage claims, rental payments,
10 move-out charges, and such other issues relating to hous-
11 ing units as the Secretary determines appropriate.

12 "(b) PROCESS ELEMENTS.—(1) The dispute resolu-
13 tion process shall include the process by which a tenant
14 may request that certain payments otherwise authorized
15 to be paid to a landlord are withheld, as provided in sub-
16 section (e).

17 "(2) The process shall designate the installation or
18 regional commander in charge of oversight of housing
19 units as the deciding authority under the dispute resolu-
20 tion process.

21 "(3) The Secretary concerned shall establish a stand-
22 ardized mechanism and forms by which a tenant of a
23 housing unit may submit, through online or other means,
24 a request for resolution of a landlord-tenant dispute
25 through the dispute resolution process.

WASHSTATEC012962

1862

1 "(4) The Secretary shall ensure that, in preparing a
2 request described in paragraph (3), a tenant has access
3 to advice and assistance from a military housing advocate
4 employed by the military department concerned or a mili-
5 tary legal assistance attorney under section 1044 of this
6 title.

7 "(5) The Secretary concerned shall minimize costs to
8 tenants for participation in the dispute resolution process.

9 "(c) RESOLUTION PROCESS.—(1) Not later than 24
10 hours after receiving a request from a tenant for resolu-
11 tion of a landlord-tenant dispute through the dispute reso-
12 lution process, the Secretary concerned shall—

13     "(A) notify the tenant that the request has
14     been received;

15     "(B) transmit a copy of the request to the in-
16     stallation or regional commander (as the case may
17     be), housing management office responsible for the
18     housing unit, and the landlord of the housing unit;
19     and

20     "(C) if the request includes a request to with-
21     hold payments under subsection (e),initiate the proc-
22     ess under such subsection.

23 "(2) For purposes of conducting an assessment nec-
24 essary to render a decision under the dispute resolution
25 process, both the landlord and representatives of the in-

WASHSTATEC012963

1863

1 stallation housing management office may access the

2 housing unit at a time and for a duration mutually agreed

3 upon amongst the parties.

4    "(3) Not later than seven days after the date on

5 which the request was received by the installation housing

6 management office shall complete an investigation that in-

7 cludes a physical inspection and transmit the results of

8 the investigation to the installation or regional commander

9 (as the case may be).

10    "(4) Before making any decision with respect to a

11 dispute under the dispute resolution process, the com-

12 mander shall certify that the commander has solicited rec-

13 ommendations or information relating to the dispute from

14 the following persons:

15        "(A) The chief of the installation housing man-

16    agement office.

17        "(B) A representative of the landlord for the

18    housing unit.

19        "(C) The tenant submitting the request for dis-

20    pute resolution.

21        "(D) A qualified judge advocate or civilian at-

22    torney who is a Federal employee.

23        "(E) If the dispute involves maintenance or an-

24    other facilities-related matter, a civil engineer.

WASHSTATEC012964

1864

1  ''(5)(A) The commander shall make a decision with
2  respect to a request under the dispute resolution process
3  not later than 30 days after the request was submitted.

4  ''(B) The commander may take longer than such 30-
5  day period in limited circumstances as determined by the
6  Secretary of Defense, but in no case shall such a decision
7  be made more than 60 days after the request was sub-
8  mitted.

9  ''(6) A final decision will be transmitted to the tenant
10  and landlord no later than 30 days from initial receipt
11  by the office of the commander, except as provided in
12  paragraph (5)(B).

13  ''(7) The decision shall include instructions for dis-
14  tribution of any funds that were withheld under subsection
15  (e) and such instructions for the landlord for further re-
16  mediation as the commander considers necessary.

17  ''(8) The decision by the commander under this sub-
18  section shall be final.

19  ''(d) EFFECT OF FAILURE TO COMPLY WITH DECI-
20  SION.—If the landlord responsible for the housing unit
21  does not remediate the issues in a manner consistent with
22  the instructions contained in the decision rendered under
23  subsection (c) and within a reasonable period of time, as
24  provided in the decision, any amounts payable to the land-
25  lord for the housing unit shall be reduced by 10 percent

WASHSTATEC012965

1865

1 for each period of five days during which the issues remain

2 unremediated.

3    "(e) REQUEST TO WITHHOLD PAYMENTS DURING

4 RESOLUTION PROCESS.—(1) As part of the submission of

5 a request for resolution of a landlord-tenant dispute

6 through the dispute resolution process, the tenant may re-

7 quest that all or part of the payments described in para-

8 graph (2) for lease of the housing unit be withheld from

9 the landlord of the housing unit during the period in

10 which—

11         "(A) the landlord has not met maintenance

12     guidelines and procedures established by the Depart-

13     ment of Defense, either through contract or other-

14     wise; or

15         "(B) the housing unit is uninhabitable accord-

16     ing to State and local law for the jurisdiction in

17     which the housing unit is located.

18    "(2) Paragraph (1) applies to the following:

19         "(A) Any basic allowance for housing payable

20     to the tenant (including for any dependents of the

21     tenant in the tenant's household) under section 403

22     of title 37.

23         "(B) All or part of any pay of a tenant subject

24     to allotment as described in section 2882(c) of this

25     title.

WASHSTATEC012966

1866

1     "(3) Upon the submission of a request by a tenant

2   under this subsection and under such procedures as the

3   Secretary of Defense shall establish, the Defense Finance

4   and Accounting Service or such other appropriate office

5   of the Department of Defense as the Secretary shall speci-

6   fy for purposes of such procedures, shall tentatively grant

7   the request and hold any amounts withheld in escrow with

8   notice to the landlord until the conclusion of the dispute

9   resolution process.

10     "(f) DISCLOSURE OF RIGHTS.—(1) Each housing

11   management office of the Department of Defense shall

12   disclose in writing to each new tenant of a housing unit,

13   upon the signing of the lease for the housing unit, the

14   tenant's rights under this section and the procedures

15   under this section for submitting a request for resolution

16   of a landlord-tenant dispute through the dispute resolution

17   process, including the ability to submit a request to with-

18   hold payments during the resolution process.

19     "(2) The Secretary of Defense shall ensure that each

20   lease entered into with a tenant for a housing unit clearly

21   expresses, in a separate addendum, the dispute resolution

22   procedures.

23     "(g) RULE OF CONSTRUCTION ON USE OF OTHER

24   ADJUDICATIVE BODIES.—Nothing in this section or any

25   other provision of law shall be construed to prohibit a ten-

WASHSTATEC012967

1867

1 ant of a housing unit from pursuing a claim against a
2 landlord in any adjudicative body with jurisdiction over
3 the housing unit or the claim.''.

4  (b) MODIFICATION OF DEFINITION OF MILITARY
5 LEGAL ASSISTANCE.—Section 1044(d)(3)(B) of title 10,
6 United States Code, is amended by striking ''and
7 1565b(a)(1)(A)'' and inserting ''1565b(a)(1)(A), and
8 2894(b)(4)''.

9  (c) TIMING OF ESTABLISHMENT.—Not later than
10 180 days after the date of the enactment of this Act, the
11 Secretary of Defense shall establish the dispute resolution
12 process required under section 2894 of title 10, United
13 States Code, as added by subsection (a).

14  (d) LANDLORD AGREEMENTS.—

15  (1) IN GENERAL.—Not later than February 1,
16  2020, the Secretary of Defense shall seek agreement
17  from all landlords to participate in the dispute reso-
18  lution and payment-withholding processes required
19  under section 2894 of title 10, United States Code,
20  as added by subsection (a).

21  (2) SUBMITTAL OF LIST TO CONGRESS.—Not
22  later than March 1, 2020, the Secretary of Defense
23  shall submit to the congressional defense committees
24  a list of any landlords that did not agree under

WASHSTATEC012968

1868

1  paragraph (1) to participate in the dispute resolu-

2  tion and payment-withholding processes.

3      (3) CONSIDERATION OF LACK OF AGREEMENT

4  IN FUTURE CONTRACTS.—The Secretary of Defense

5  and the Secretaries of the military departments shall

6  include any lack of agreement under paragraph (1)

7  as past performance considered under section 2891b

8  of title 10, United States Code, as added by section

9  3015,with respect to entering into or renewing any

10  future contracts regarding privatized military hous-

11  ing.

**12  SEC. 3023. INVESTIGATION OF REPORTS OF REPRISALS RE-**

**13          LATING TO PRIVATIZED MILITARY HOUSING**

**14          AND CONGRESSIONAL NOTIFICATION.**

15      Section 2890 of title 10, United States Code, as

16  added by section 3011, is amended by inserting after sub-

17  section (d) the following new subsection:

18      "(e) INVESTIGATION OF REPORTS OF REPRISALS.—

19  (1) The Assistant Secretary of Defense for Sustainment

20  shall investigate all reports of reprisal against a member

21  of the armed forces for reporting an issue relating to a

22  housing unit.

23      "(2) If the Assistant Secretary of Defense for

24  Sustainment determines under paragraph (1) that land-

25  lord has retaliated against a member of the armed forces

WASHSTATEC012969

1869

1 for reporting an issue relating to a housing unit, the As-
2 sistant Secretary shall—

3     ''(A) provide initial notice to the Committees on
4     Armed Services of the Senate and the House of Rep-
5     resentatives as soon as practicable after making that
6     determination; and

7     ''(B) following that initial notice, provide an up-
8     date to such committees every 30 days thereafter
9     until such time as the Assistant Secretary has taken
10    final action with respect to the retaliation.

11    ''(3) The Assistant Secretary of Defense for
12 Sustainment shall carry out this subsection in coordina-
13 tion with the Secretary of the military department con-
14 cerned.''.

**SEC. 3024. PROHIBITION ON USE OF NONDISCLOSURE**
**AGREEMENTS IN CONNECTION WITH LEASES**
**OF PRIVATIZED MILITARY HOUSING.**

18    (a) NONDISCLOSURE AGREEMENTS PROHIBITED.—
19 Section 2890 of title 10, United States Code, as added
20 by section 3011, is amended by inserting after subsection
21 (e), as added by section 3023, the following new sub-
22 section:

23    ''(f) PROHIBITION ON USE OF NONDISCLOSURE
24 AGREEMENTS.—(1) A tenant or prospective tenant of a
25 housing unit may not be required to sign a nondisclosure

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC012970

1870

1 agreement in connection with entering into, continuing, or

2 terminating a lease for the housing unit. Any such agree-

3 ment against the interests of the tenant is invalid.

4 "(2) Paragraph (1) shall not apply to a nondisclosure

5 agreement executed as part of the settlement of litiga-

6 tion.".

7 (b) IMPLEMENTATION.—The Secretary of Defense

8 and the Secretaries of the military departments shall pro-

9 mulgate such regulations as may be necessary to give full

10 force and effect to subsection (f) of section 2890 of title

11 10, United States Code, as added by subsection (a).

12 (c) RETROACTIVE APPLICATION OF AMENDMENT.—

13 Subsection (f) of section 2890 of title 10, United States

14 Code, as added by subsection (a), shall apply with respect

15 to any nondisclosure agreement covered by the terms of

16 such subsection (f) regardless of the date on which the

17 agreement was executed.

# 18 Subtitle B—Other Amendatory
# 19 Provisions

**20 SEC. 3031. INSTALLATION OF CARBON MONOXIDE DETEC-**

**21 TORS IN MILITARY FAMILY HOUSING.**

22 Section 2821 of title 10, United States Code, is

23 amended by adding at the end the following new sub-

24 section:

WASHSTATEC012971

1871

1    ''(e) The Secretary concerned shall provide for the in-
2    stallation and maintenance of an appropriate number of
3    carbon monoxide detectors in each unit of military family
4    housing under the jurisdiction of the Secretary.''.

5    **SEC. 3032. AUTHORITY TO FURNISH CERTAIN SERVICES IN**
6    **CONNECTION WITH USE OF ALTERNATIVE**
7    **AUTHORITY FOR ACQUISITION AND IM-**
8    **PROVEMENT OF MILITARY HOUSING.**

9    Section 2872a(b) of title 10, United States Code, is
10   amended by adding at the end the following new para-
11   graphs:

12        ''(13) Street sweeping.

13        ''(14) Tree trimming and removal.''.

14   **SEC. 3033. TREATMENT OF BREACH OF CONTRACT FOR**
15   **PRIVATIZED MILITARY HOUSING.**

16   (a) IN GENERAL.—Subchapter IV of chapter 169 of
17   title 10, United States Code, is amended by inserting after
18   section 2872a the following new section:

19   **''§ 2872b. Treatment of breach of contract**

20       ''(a) RESPONSE TO MATERIAL BREACH.—In the case
21   of a material breach of contract under this subchapter by
22   a party to the contract, the Secretary concerned shall use
23   the authorities available to the Secretary, including with-
24   holding amounts to be paid under the contract, to encour-
25   age the party to cure the breach.

WASHSTATEC012972

1872

1    "(b) RESCINDING OF CONTRACT.—If a material

2    breach of the contract is not cured in a timely manner,

3    as determined by the Secretary concerned, the Secretary

4    may—

5        "(1) rescind the contract pursuant to the terms

6        of the contract; and

7        "(2) prohibit the offending party from entering

8        into a new contract or undertaking expansions of

9        other existing contracts, or both, with the Secretary

10       under this subchapter.".

11   (b) CLERICAL AMENDMENT.—The table of sections

12   at the beginning of subchapter IV of chapter 169 of title

13   10, United States Code, is amended by inserting after the

14   item relating to section 2872a the following new item:

"2872b. Treatment of breach of contract.".

15   **SEC. 3034. MODIFICATION TO REQUIREMENTS FOR WIN-**

16   **DOW FALL PREVENTION DEVICES IN MILI-**

17   **TARY FAMILY HOUSING UNITS.**

18   (a) FALL PREVENTION DEVICE REQUIREMENTS.—

19   Section 2879(a) of title 10, United States Code, is amend-

20   ed—

21       (1) in paragraph (1), by striking "that protect

22       against unintentional window falls by young children

23       and that are in compliance with applicable Inter-

24       national Building Code (IBC) standards" and insert-

25       ing "described in paragraph (3)";

WASHSTATEC012973

1873

1    (2) in paragraph (2)—

2    (A) in subparagraph (A), by striking "De-

3    cember 11, 2017" and inserting "October 1,

4    2019"; and

5    (B) in subparagraph (B), by striking "Sep-

6    tember 1, 2018" and inserting "October 1,

7    2019"; and

8    (3) by adding at the end the following new

9    paragraph:

10    "(3) FALL PREVENTION DEVICE DESCRIBED.—

11    A fall prevention device is a window screen or guard

12    that complies with applicable standards in ASTM

13    standard F2090–13 (or any successor standard).".

14    (b) MODIFICATION TO WINDOW DESCRIPTION.—Sec-

15    tion 2879(c) of title 10, United States Code, is amended

16    by striking "24" and inserting "42".

17    (c) CONFORMING AMENDMENT.—Section 2879(b)(1)

18    of title 10, United States Code, is amended by striking

19    "paragraph (1)" and inserting "paragraph (3)".

WASHSTATEC012974

1874

1  **SEC. 3035. EXPANSION OF DIRECT HIRE AUTHORITY FOR**

2      **DEPARTMENT OF DEFENSE FOR CHILDCARE**

3      **SERVICES PROVIDERS FOR DEPARTMENT**

4      **CHILD DEVELOPMENT CENTERS TO INCLUDE**

5      **DIRECT HIRE AUTHORITY FOR INSTALLA-**

6      **TION MILITARY HOUSING OFFICE PER-**

7      **SONNEL.**

8      (a) IN GENERAL.—Section 559 of the National De-

9  fense Authorization Act for Fiscal Year 2018 (Public Law

10  115–91; 131 Stat. 1406; 10 U.S.C. 1792 note) is amend-

11  ed—

12          (1) in subsection (a)—

13              (A) in the matter preceding paragraph (1),

14          by inserting ", and individuals to fill vacancies

15          in installation military housing offices," after

16          "childcare services providers";

17              (B) in paragraph (1), by inserting "or for

18          employees at installation military housing of-

19          fices" before the semicolon; and

20              (C) in paragraph (2), by inserting "or for

21          installation military housing office employees"

22          before the period;

23          (2) by redesignating subsection (f) as sub-

24      section (g); and

25          (3) by inserting after subsection (e) the fol-

26      lowing new subsection (f):

WASHSTATEC012975

1875

1 "(f) INSTALLATION MILITARY HOUSING OFFICE DE-

2 FINED.—The term 'installation military housing office'

3 means any office whose primary function is performing

4 day-to-day supervision of military housing covered by sub-

5 chapter IV of chapter 169 of title 10, United States

6 Code.".

7 (b) HEADING AND TECHNICAL AMENDMENTS.—

8 (1) HEADING AMENDMENT.—The heading of

9 such section is amended to read as follows:

10 **"SEC. 559. DIRECT HIRE AUTHORITY FOR DEPARTMENT OF**

11 **DEFENSE FOR CHILDCARE SERVICES PRO-**

12 **VIDERS FOR DEPARTMENT CHILD DEVELOP-**

13 **MENT CENTERS AND EMPLOYEES AT INSTAL-**

14 **LATION MILITARY HOUSING OFFICES.".**

15 (2) TECHNICAL AMENDMENT.—Subsection (d)

16 of such section is amended by striking "Oversight

17 and Government Reform" and inserting "Oversight

18 and Reform".

19 (c) USE OF EXISTING REGULATIONS.—The Sec-

20 retary of Defense shall use the authority in section 559

21 of the National Defense Authorization Act for Fiscal Year

22 2018 granted by the amendments made by this section

23 in a manner consistent with the regulations prescribed for

24 purposes of such section 559 pursuant to subsection (b)

WASHSTATEC012976

1876

1 of such section 559, without the need to prescribe separate

2 regulations for the use of such authority.

**SEC. 3036. MODIFICATION OF AUTHORITY TO MAKE PAY-**
**MENTS TO LESSORS OF PRIVATIZED MILI-**
**TARY HOUSING.**

6 (a) MODIFICATION OF PAYMENT AUTHORITY.—Sub-

7 section (a) of section 606 of the John S. McCain National

8 Defense Authorization Act for Fiscal Year 2019 (Public

9 Law 115–232; 132 Stat. 1795; 10 U.S.C. 2871 note) is

10 amended to read as follows:

11 "(a) USE OF FUNDS IN CONNECTION WITH

12 MHPI.—

13 "(1) PAYMENTS TO LESSORS GENERALLY.—

14 "(A) PAYMENT AUTHORITY.—Each month

15 beginning with the first month after the date of

16 the enactment of the National Defense Author-

17 ization Act for Fiscal Year 2020, each Sec-

18 retary of a military department shall use funds,

19 in an amount determined under subparagraph

20 (B), to make payments to lessors of covered

21 housing in the manner provided by this sub-

22 section, as in effect on the day before the date

23 of the enactment of the National Defense Au-

24 thorization Act for Fiscal Year 2020.

WASHSTATEC012977

1877

1      "(B) CALCULATION OF MONTHLY PAY-

2   MENTS.—For purposes of making payments

3   under subparagraph (A) for a month, the Sec-

4   retary of the military department concerned

5   shall determine the amount equal to 2.5 percent

6   of the aggregate of the amounts calculated

7   under section 403(b)(3)(A)(i) of title 37,

8   United States Code, for covered housing under

9   the jurisdiction of the Secretary for that month.

10      "(2) ADDITIONAL PAYMENTS TO LESSORS RE-

11   SPONSIBLE FOR UNDERFUNDED PROJECTS.—

12      "(A) PAYMENT AUTHORITY.—Each month

13   beginning with the first month after the date of

14   the enactment of the National Defense Author-

15   ization Act for Fiscal Year 2020, each Sec-

16   retary of a military department shall use funds,

17   in an amount determined under subparagraph

18   (B), to make additional payments to certain les-

19   sors responsible for underfunded MHPI housing

20   projects identified pursuant to subparagraph

21   (C) for the purposes of future sustainment, re-

22   capitalization, and financial sustainability of the

23   projects.

24      "(B) CALCULATION OF MONTHLY PAY-

25   MENTS.—For purposes of making payments

WASHSTATEC012978

1878

1  under subparagraph (A) for a month, the Sec-
2  retary of the military department concerned
3  shall determine the amount equal to 2.5 percent
4  of the aggregate of the amounts calculated
5  under section 403(b)(3)(A)(i) of title 37,
6  United States Code, for covered housing under
7  the jurisdiction of the Secretary for that month.

8      ''(C) IDENTIFICATION OF UNDERFUNDED
9  PROJECTS.—The Chief Housing Officer of the
10  Department of Defense, in conjunction with the
11  Secretaries of the military departments, shall
12  assess MHPI housing projects for the purpose
13  of identifying all MHPI housing projects that
14  are underfunded. Once identified, the Chief
15  Housing Officer shall prioritize for payments
16  under subparagraph (A) those MHPI housing
17  projects most in need of funding to rectify such
18  underfunding.

19      ''(3) ALTERNATIVE AUTHORITY IN EVENT OF
20  LACK OF UNDERFUNDED PROJECTS.—

21      ''(A) IN GENERAL.—Subject to subpara-
22  graph (B), if the Chief Housing Officer deter-
23  mines that no MHPI housing projects for a
24  military department require additional funding
25  under paragraph (2) for a month, the Secretary

WASHSTATEC012979

1879

1  of the military department concerned, in con-
2  sultation with the Chief Housing Officer, may
3  allocate the funds otherwise available to the
4  Secretary under such paragraph for that month
5  to support improvements designed to enhance
6  the quality of life of members of the uniformed
7  services and their families who reside in MHPI
8  housing.

9      ''(B) CONDITIONS.—Before the Secretary
10  of a military department may allocate funds as
11  authorized by subparagraph (A), the Chief
12  Housing Officer shall certify to the Committees
13  on Armed Services of the Senate and the House
14  of Representatives that there are no MHPI
15  housing projects for the military department re-
16  quire additional funding under paragraph (2).
17  The certification shall include sufficient details
18  to show why no projects are determined to need
19  the additional funds.

20      ''(4) BRIEFING REQUIRED.—Not later than
21  March 1, 2020, and each year thereafter, the Sec-
22  retary of Defense shall provide a briefing to the
23  Committee on Armed Services of the Senate and the
24  House of Representatives detailing the expenditure
25  of funds under paragraphs (2) and (3), the MHPI

WASHSTATEC012980

1880

1    housing projects receiving funds under such para-
2    graphs, and any other information the Secretary
3    considers relevant.''.

4    (b) EFFECTIVE DATE.—The amendment made by
5    this section shall take effect on the date of the enactment
6    of this Act and shall apply with respect to months begin-
7    ning after that date.

## SEC. 3037. TECHNICAL CORRECTION TO DEFINITION USED TO MAKE PAYMENTS TO LESSORS OF PRIVATIZED MILITARY HOUSING.

11    Paragraph (3) of section 606(d) of the John S.
12    McCain National Defense Authorization Act for Fiscal
13    Year 2019 (Public Law 115–232; 132 Stat. 1796; 10
14    U.S.C. 2871 note) is amended to read as follows:

15    ''(3) The term 'MHPI housing' means housing
16    procured, acquired, constructed, or for which any
17    phase or portion of a project agreement was first fi-
18    nalized and signed, under the alternative authority
19    of subchapter IV of chapter 169 of title 10, United
20    States Code (known as the Military Housing Privat-
21    ization Initiative), on or before September 30,
22    2014.''.

WASHSTATEC012981

1881

## Subtitle C—One-Time Reporting Requirements

**SEC. 3041. REPORT ON CIVILIAN PERSONNEL SHORTAGES FOR APPROPRIATE OVERSIGHT OF MANAGE-MENT OF MILITARY HOUSING CONSTRUCTED OR ACQUIRED USING ALTERNATIVE AUTHOR-ITY FOR ACQUISITION AND IMPROVEMENT OF MILITARY HOUSING.**

(a) REPORT.—Not later than six months after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall submit to the congressional defense committees a report containing the following:

(1) An evaluation of the extent to which short-ages in the number of civilian personnel performing oversight functions at Department of Defense hous-ing management offices or assigned to housing-re-lated functions at headquarters levels contribute to problems regarding the management of privatized military housing.

(2) Recommendations to address such personnel shortages—

(A) to eliminate problems regarding the management of privatized military housing;

WASHSTATEC012982

1882

1        (B) to ensure oversight of the partner's
2        execution of the housing agreement and the de-
3        livery of all requirements in accordance with
4        implementing guidance provided by the Secre-
5        taries of the military departments;

6        (C) to improve oversight of and expedite
7        the work-order process; and

8        (D) to facilitate a positive experience for
9        members of the Armed Forces and their de-
10       pendents who reside in privatized military hous-
11       ing.

12 (b) PERSONNEL RECOMMENDATIONS.—As part of
13 the recommendations required by subsection (a)(2), the
14 Secretary of Defense shall identify the following:

15       (1) The number of additional personnel who are
16       required, the installation and headquarter locations
17       at which they will be employed, the employment po-
18       sitions they will fill, and the duties they will per-
19       form, including a breakdown of duty requirements
20       by function, such as oversight, home inspectors, and
21       maintenance.

22       (2) The number of such additional personnel al-
23       ready hired as of the date on which the report is
24       submitted and their duty locations and the timeline

WASHSTATEC012983

1883

1    for employing the remaining required personnel
2    identified under paragraph (1).

3        (3) The estimated cost of employing the addi-
4    tional required personnel identified under paragraph
5    (1).

## SEC. 3042. PLANS FOR CREATION OF COUNCILS ON PRIVATIZED MILITARY HOUSING.

8        (a) PLANS REQUIRED.—Not later than February 1,
9    2020, the Assistant Secretary of each military department
10   shall submit to the congressional defense committees a
11   plan for the creation within the military department con-
12   cerned of a council on privatized military housing for the
13   purposes of maintaining adequate oversight of the military
14   housing program and serving as a mechanism to identify
15   and resolve problems regarding privatized military hous-
16   ing.

17       (b) PLAN ELEMENTS.—The plan for a military de-
18   partment shall include—

19           (1) an implementation schedule for the creation
20       the council on privatized military housing;

21           (2) proposed members of the council, which
22       shall include, at a minimum, the Assistant Secretary
23       concerned and a representative from the installation
24       housing offices and the civil engineering community;
25       and

WASHSTATEC012984

1884

1      (3) the planned frequency of council meetings.

2  **SEC. 3043. PLAN FOR ESTABLISHMENT OF DEPARTMENT OF**

3              **DEFENSE   JURISDICTION   OVER   OFF-BASE**

4              **PRIVATIZED MILITARY HOUSING.**

5      (a) PLAN REQUIRED.—Not later than 180 days after

6  the date of the enactment of this Act, the Secretary of

7  Defense shall submit to the congressional defense commit-

8  tees a plan to establish jurisdiction by the Department of

9  Defense for law enforcement and other specified purposes,

10  concurrently with local community law enforcement, at lo-

11  cations with privatized military housing that is not located

12  on an installation of the Department of Defense.

13      (b) CONSULTATION.—The Secretary of Defense shall

14  prepare the plan in consultation with the Secretaries of

15  the military departments.

16  **SEC. 3044. INSPECTOR GENERAL REVIEW OF DEPARTMENT**

17              **OF   DEFENSE   OVERSIGHT   OF   PRIVATIZED**

18              **MILITARY HOUSING.**

19      Not later than one year after the date of the enact-

20  ment of this Act, and annually thereafter until 2022, the

21  Inspector General of the Department of Defense shall—

22      (1) conduct, at not less than three military in-

23      stallations, a review of the oversight by the Sec-

24      retary of Defense of privatized military housing at

25      such installations; and

WASHSTATEC012985

1885

1    (2) make publicly available on a website of the

2    Department a summary of the results of the review.

3  **SEC. 3045. INFORMATION ON LEGAL SERVICES PROVIDED**

4    **TO MEMBERS OF THE ARMED FORCES**

5    **HARMED BY HEALTH OR ENVIRONMENTAL**

6    **HAZARDS AT MILITARY HOUSING.**

7    (a) REPORT.—Not later than 90 days after the date

8  of the enactment of this Act, the Secretary of Defense

9  shall submit to the congressional defense committees a re-

10  port on the legal services that the Secretary may provide

11  to members of the Armed Forces who have been harmed

12  by a health or environmental hazard while living in mili-

13  tary housing.

14    (b) AVAILABILITY OF INFORMATION.—The Secretary

15  of the military department concerned shall make the infor-

16  mation contained in the report submitted under subsection

17  (a) available to members of the Armed Forces at all instal-

18  lations of the Department of Defense in the United States.

WASHSTATEC012986

1886

# Subtitle D—Development of Housing Reform Standards and Processes

## SEC. 3051. UNIFORM CODE OF BASIC STANDARDS FOR PRIVATIZED MILITARY HOUSING AND PLAN TO CONDUCT INSPECTIONS AND ASSESSMENTS.

(a) UNIFORM CODE.—Not later than February 1, 2021, the Secretary of Defense shall establish and implement a uniform code of basic housing standards for safety, comfort, and habitability for privatized military housing, which shall meet or exceed requirements informed by a nationally recognized, consensus-based, model property maintenance code.

(b) INSPECTION AND ASSESSMENT PLAN.—Not later than February 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a Department of Defense plan to contract with qualified home inspectors to conduct a thorough inspection and assessment of the structural integrity and habitability of each unit of privatized military housing. The plan shall include the implementation plan for the uniform code to be established under subsection (a).

(c) IMPLEMENTATION OF INSPECTIONS AND ASSESSMENTS.—

WASHSTATEC012987

1887

1     (1) IMPLEMENTATION.—Not later than Feb-
2     ruary 1, 2021, the Secretary of the military depart-
3     ment concerned shall commence conducting inspec-
4     tions and assessments of units of privatized military
5     housing pursuant to the plan submitted under sub-
6     section (b) to identify issues and ensure compliance
7     with applicable housing codes, including the uniform
8     code established under subsection (a).

9     (2) REPORT.—Not later than March 1, 2021,
10    the Secretary of Defense shall submit to the con-
11    gressional defense committees a report on the find-
12    ings of the inspections and assessments conducted
13    under paragraph (1).

14    (d) QUALIFIED HOME INSPECTORS DESCRIBED.—
15    For purposes of this section, a qualified home inspector
16    must possess the appropriate credentials for the work the
17    inspector will perform, as defined by the respective State
18    in which the work will be performed. A qualified home in-
19    spector may not be an employee or in a fiduciary relation-
20    ship with—

21    (1) the Federal Government; or

22    (2) an individual or entity who owns or man-
23    ages privatized military housing.

WASHSTATEC012988

1888

1  **SEC. 3052. TOOL FOR ASSESSMENT OF HAZARDS IN DE-**
2        **PARTMENT OF DEFENSE HOUSING.**

3  (a) HAZARD ASSESSMENT TOOL.—

4      (1) DEVELOPMENT REQUIRED.—Not later than
5  180 days after the date of the enactment of this Act,
6  the Secretary of Defense shall develop an assessment
7  tool, such as a rating system or similar mechanism,
8  to identify and measure health and safety hazards in
9  housing under the jurisdiction of the Department of
10  Defense (including privatized military housing).

11      (2) COMPONENTS.—The assessment tool shall
12  provide for the identification and measurement of
13  the following hazards:

14          (A) Physiological hazards, including damp-
15          ness and mold growth, lead-based paint, asbes-
16          tos and manmade fibers, radiation, biocides,
17          carbon monoxide, and volatile organic com-
18          pounds.

19          (B) Psychological hazards, including ease
20          of access by unlawful intruders, and lighting
21          issues.

22          (C) Infection hazards.

23          (D) Safety hazards.

24      (3) PUBLIC FORUMS.—In developing the assess-
25  ment tool, the Secretary of Defense shall provide for
26  multiple public forums at which the Secretary may

WASHSTATEC012989

1889

1   receive input with respect to such assessment tool

2   from occupants of housing under the jurisdiction of

3   the Department of Defense (including privatized

4   military housing).

5   (4) REPORT.—Not later than 210 days after

6   the date of the enactment of this Act, the Secretary

7   of Defense shall submit to the Committees on Armed

8   Services of the Senate and the House of Representa-

9   tives a report on the assessment tool.

10  (b) HAZARD ASSESSMENTS.—

11  (1) ASSESSMENTS REQUIRED.—Not later than

12  one year after the date of the enactment of this Act,

13  the Secretary of Defense, using the assessment tool

14  developed under subsection (a)(1), shall complete a

15  hazard assessment for each housing facility under

16  the jurisdiction of the Department of Defense (in-

17  cluding privatized military housing).

18  (2) TENANT INFORMATION.—As soon as prac-

19  ticable after the completion of the hazard assess-

20  ment conducted for a housing facility under para-

21  graph (1), the Secretary of Defense shall provide to

22  each individual who leases or is assigned to a hous-

23  ing unit in the facility a summary of the results of

24  the assessment.

WASHSTATEC012990

1890

1  **SEC. 3053. PROCESS TO IDENTIFY AND ADDRESS ENVIRON-**

2         **MENTAL HEALTH HAZARDS IN DEPARTMENT**

3         **OF DEFENSE HOUSING.**

4      (a) PROCESS REQUIRED.—Not later than 180 days

5  after the date of the enactment of this Act, the Secretary

6  of Defense, in coordination with the Secretaries of the

7  military departments, shall develop a process to identify,

8  record, and resolve environmental health hazards in hous-

9  ing under the jurisdiction of the Department of Defense

10  (including privatized housing) in a timely manner.

11      (b) ELEMENTS OF PROCESS.—The process developed

12  under subsection (a) shall provide for the following with

13  respect to each identified environmental health hazard:

14         (1) Categorization of the hazard.

15         (2) Identification of health risks posed by the

16      hazard.

17         (3) Identification of the number of housing oc-

18      cupants potentially affected by the hazard.

19         (4) Recording and maintenance of information

20      regarding the hazard.

21         (5) Resolution of the hazard, which shall in-

22      clude—

23             (A) the performance by the Secretary of

24         Defense (or in the case of privatized housing,

25         the landlord) of hazard remediation activities at

26         the affected facility; and

WASHSTATEC012991

1891

1        (B) follow-up by the Secretary of Defense
2            to collect information on medical care related to
3            the hazard sought or received by individuals af-
4            fected by the hazard.

5    (c) COORDINATION.—The Secretary of Defense shall
6  ensure coordination between military treatment facilities,
7  appropriate public health officials, and housing managers
8  at military installations with respect to the development
9  and implementation of the process required by subsection
10 (a).

11    (d) REPORT.—Not later than 210 days after the date
12 of the enactment of this Act, the Secretary of Defense
13 shall submit to the Committees on Armed Services of the
14 Senate and the House of Representatives a report on the
15 process required by subsection (a).

16 **SEC. 3054. DEPARTMENT OF DEFENSE POLICY ON LEAD-**
17            **BASED PAINT TESTING ON MILITARY INSTAL-**
18            **LATIONS.**

19    (a) ACCESS AND TESTING POLICY.—Not later than
20 February 1, 2020, the Secretary of Defense shall establish
21 a policy under which the Secretary of the military depart-
22 ment concerned may permit a qualified individual to ac-
23 cess a military installation for the purpose of conducting
24 testing for the presence of lead-based paint on the installa-
25 tion.

WASHSTATEC012992

1892

1   (b) TRANSMISSION OF RESULTS.—

2   (1) INSTALLATIONS INSIDE THE UNITED

3   STATES.—In the case of military installations lo-

4   cated inside the United States, the results of any

5   testing for lead-based paint on a military installation

6   shall be transmitted the following:

7   (A) The civil engineer of the installation.

8   (B) The housing management office of the

9   installation.

10   (C) The public health organization on the

11   installation.

12   (D) The major subordinate command of

13   the Armed Force with jurisdiction over the in-

14   stallation.

15   (E) If required by law, any relevant Fed-

16   eral, State, and local agencies.

17   (2) INSTALLATIONS OUTSIDE THE UNITED

18   STATES.—In the case of military installations lo-

19   cated outside the United States, the results of any

20   testing for lead-based paint on a military installation

21   shall be transmitted to the civil engineer or com-

22   mander of the installation who shall transmit those

23   results to the major subordinate command of the

24   Armed Force with jurisdiction over the installation.

25   (c) DEFINITIONS.—In this section:

WASHSTATEC012993

1893

1      (1) The term "United States" has the meaning

2   given that term in section 101(a)(1) of title 10,

3   United States Code.

4      (2) The term "qualified individual" means an

5   individual who is certified by the Environmental

6   Protection Agency or by a State as—

7         (A) a lead-based paint inspector; or

8         (B) a lead-based paint risk assessor.

**SEC. 3055. STANDARD FOR MINIMUM CREDENTIALS FOR**

**HEALTH AND ENVIRONMENTAL INSPECTORS**

**OF PRIVATIZED MILITARY HOUSING.**

12   (a) DEVELOPMENT AND SUBMISSION OF STAND-

13   ARD.—Not later than February 1, 2020, the Secretary of

14   Defense shall submit to the congressional defense commit-

15   tees a report that contains a standard for minimum cre-

16   dentials to be used throughout the Department of Defense

17   for all inspectors of health and environmental hazards at

18   privatized military housing, including inspectors con-

19   tracted by the Department.

20   (b) INCLUSION OF CATEGORIES FOR SPECIFIC ENVI-

21   RONMENTAL HAZARDS.—The standard submitted under

22   subsection (a) shall include categories for specific environ-

23   mental hazards such as lead, mold, and radon.

WASHSTATEC012994

1894

1 **SEC. 3056. REQUIREMENTS RELATING TO MOVE-IN, MOVE-**
2     **OUT, AND MAINTENANCE OF PRIVATIZED**
3     **MILITARY HOUSING.**

4 (a) MOVE-IN AND MOVE-OUT CHECKLIST.—

5     (1) CHECKLIST REQUIRED.—The Secretary of
6 Defense shall develop a uniform move-in and move-
7 out checklist for use by landlords providing
8 privatized military housing and by tenants of such
9 housing.

10     (2) REQUIRED MOVE-IN ELEMENT.—A tenant
11 who will occupy a unit of privatized military housing
12 is entitled to be present for an inspection of the
13 housing unit before accepting occupancy of the hous-
14 ing unit to ensure that the unit is habitable and that
15 facilities and common areas of the building are in
16 good repair.

17     (3) REQUIRED MOVE-OUT ELEMENT.—A tenant
18 of a unit of privatized military housing is entitled to
19 be present for the move-out inspection of the hous-
20 ing unit and must be given sufficient time to address
21 any concerns related to the tenant's occupancy of
22 the housing unit.

23 (b) MAINTENANCE CHECKLIST.—The Secretary of
24 Defense shall—

25     (1) develop a uniform checklist to be used by
26 housing management offices to validate the comple-

WASHSTATEC012995

1895

1 tion of all maintenance work related to health and

2 safety issues at privatized military housing; and

3 (2) require that all maintenance issues and

4 work orders related to health and safety issues at

5 privatized military housing be reported to the com-

6 mander of the installation for which the housing is

7 provided.

8 (c) CONSULTATION.—The Secretary of Defense shall

9 carry out this section in consultation with the Secretaries

10 of the military departments.

11 (d) DEADLINE.—The uniform checklists required by

12 this section shall be completed not later than 60 days after

13 the date of the enactment of this Act.

14 **SEC. 3057. STANDARDIZED DOCUMENTATION, TEMPLATES,**

15 **AND FORMS FOR PRIVATIZED MILITARY**

16 **HOUSING.**

17 (a) DEVELOPMENT REQUIRED.—

18 (1) IN GENERAL.—The Secretary of Defense

19 shall develop standardized documentation, templates,

20 and forms for use throughout the Department of

21 Defense with respect to privatized military housing.

22 In developing such documentation, templates, and

23 forms, the Secretary shall ensure that, to the max-

24 imum extent practicable, the documentation, tem-

WASHSTATEC012996

1896

1   plates, and forms do not conflict with applicable

2   State and local housing regulations.

3       (2) INITIAL GUIDANCE.—Not later than 30

4   days after the date of the enactment of this Act, the

5   Secretary of Defense shall issue guidance for the de-

6   velopment of the following:

7           (A) Policies and standard operating proce-

8           dures of the Department for privatized military

9           housing.

10          (B) A universal lease agreement for

11          privatized military housing that includes—

12              (i) the documents developed pursuant

13              to section 2890 of title 10, United States

14              Code, as added by section 3011, entitled

15              Military Housing Privatization Initiative

16              Tenant Bill of Rights and Military Hous-

17              ing Privatization Initiative Tenant Respon-

18              sibilities; and

19              (ii) any lease addendum required by

20              the law of the State in which the unit of

21              privatized military housing is located.

22      (3) CONSULTATION.—The Secretary of Defense

23  shall carry out this subsection in consultation with

24  the Secretaries of the military departments.

WASHSTATEC012997

1897

1 　(b) MILITARY DEPARTMENT PLANS.—Not later than

2 February 1, 2020, the Secretary of each military depart-

3 ment shall submit to the congressional defense committees

4 a plan for the implementation of this section by that mili-

5 tary department.

**SEC. 3058. SATISFACTION SURVEY FOR TENANTS OF MILI-**

**TARY HOUSING.**

8 　(a) SURVEY REQUIRED.—Not later than March 1,

9 2020, the Secretary of Defense shall require that each in-

10 stallation of the Department of Defense use the same sat-

11 isfaction survey for tenants of military housing, including

12 privatized military housing.

13 　(b) FORM OF SURVEY.—The satisfaction survey re-

14 quired by subsection (a) shall be an electronic survey with

15 embedded privacy and security mechanisms.

16 　(c) PRIVACY AND SECURITY MECHANISMS.—The pri-

17 vacy and security mechanisms used in the satisfaction sur-

18 vey required by subsection (a)—

19 　　(1) may include a code unique to the tenant to

20 　　be surveyed that is sent to the cell phone number of

21 　　the tenant and required to be entered to access the

22 　　survey; and

23 　　(2) in the case of privatized military housing,

24 　　shall ensure the survey is not shared with the land-

25 　　lord providing the privatized military housing until

WASHSTATEC012998

1898

1   the survey is reviewed and the results are tallied by

2   Department of Defense personnel.

# Subtitle E—Other Housing Reform Matters

**SEC. 3061. RADON TESTING OF PRIVATIZED MILITARY HOUSING.**

7   (a) REPORT.—Not later than March 1, 2020, the

8   Secretary of Defense shall submit to the congressional de-

9   fense committees a report identifying the installations of

10   the Department of Defense that have privatized military

11   housing that should be monitored for levels of radon at

12   or above the action level.

13   (b) TESTING PROCEDURES AND STANDARDS.—The

14   Secretaries of the military departments shall ensure that

15   landlords providing privatized military housing at installa-

16   tions identified under subsection (a) establish testing pro-

17   cedures that are consistent with then current national con-

18   sensus standards and are in compliance with applicable

19   Federal, State, and local radon regulations in order to en-

20   sure radon levels are below recommended levels established

21   by the Environmental Protection Agency, whether

22   through—

23       (1) regular testing of privatized military hous-

24       ing by persons who possess certification pursuant to

25       the proficiency program operated under section

WASHSTATEC012999

1899

1    305(a)(2) of the Toxic Substances Control Act (15

2    U.S.C. 2665(a)(2)); or

3        (2) the installation of monitoring equipment in

4    privatized military housing.

5    (c) NOTIFICATION REGARDING NEED FOR MITIGA-

6    TION.—If, as a result of testing described in subsection

7    (b), a unit of privatized military housing needs radon miti-

8    gation to ensure radon levels are below recommended lev-

9    els, the landlord providing the housing unit shall submit

10   to the Secretary of the military department concerned, not

11   later than seven days after the determination of the need

12   for radon mitigation, the mitigation plan for the housing

13   unit.

14   **SEC. 3062. MITIGATION OF RISKS POSED BY CERTAIN**

15                **ITEMS IN MILITARY FAMILY HOUSING UNITS.**

16   (a) ANCHORING OF ITEMS BY RESIDENTS.—The Sec-

17   retary of Defense shall allow a resident of a military fam-

18   ily housing unit to anchor any furniture, television, or

19   large appliance to the wall of the unit for purposes of pre-

20   venting such item from tipping over without incurring a

21   penalty or obligation to repair the wall upon vacating the

22   unit.

23   (b) ANCHORING OF ITEMS FOR ALL UNITS.—

24        (1) EXISTING UNITS.—Not later than one year

25    after the date of the enactment of this Act, the Sec-

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013000

1900

1   retary of Defense shall ensure that all freestanding

2   chests, door chests, armoires, dressers, entertain-

3   ment centers, bookcases taller than 27 inches, tele-

4   visions, and large appliances provided by the Depart-

5   ment of Defense are securely anchored in each fur-

6   nished military family housing unit under the juris-

7   diction of the Department as of the date of the en-

8   actment of this Act.

9       (2) NEW UNITS.—The Secretary of Defense

10   shall ensure that all freestanding chests, door chests,

11   armoires, dressers, entertainment centers, bookcases

12   taller than 27 inches, televisions, and large appli-

13   ances provided by the Department of Defense are se-

14   curely anchored in each furnished military family

15   housing unit made available after the date of the en-

16   actment of this Act.

17   **SEC. 3063. SUSPENSION OF RESIDENT ENERGY CONSERVA-**

18   **TION PROGRAM AND RELATED PROGRAMS**

19   **FOR PRIVATIZED MILITARY HOUSING.**

20       (a) SUSPENSION REQUIRED.—The Secretary of De-

21   fense shall suspend the initiative of the Department of De-

22   fense known as the Resident Energy Conservation Pro-

23   gram and instruct the Secretary of each military depart-

24   ment to suspend any program carried out by such Sec-

25   retary that measures the energy usage for individual units

WASHSTATEC013001

1901

1 of privatized military housing on installations of the De-
2 partment of Defense.

3 (b) TERM OF SUSPENSION.—Subject to subsection
4 (c), the suspension required by subsection (a) shall remain
5 in effect for an installation of the Department of Defense
6 until the Secretary of Defense certifies to the congres-
7 sional defense committees that 100 percent of the
8 privatized military housing on the installation is individ-
9 ually metered to each respective unit of privatized military
10 housing on the installation military housing unit and the
11 meter accurately measures the energy usage of the unit.

12 (c) TERMINATION.—If the Secretary of Defense is
13 unable to make the certification required by subsection (b)
14 for an installation of the Department of Defense before
15 the end of the two-year period beginning on the date of
16 the enactment of this Act, each program suspended pursu-
17 ant to subsection (a) at that installation shall terminate
18 at the end of such period.

**19 SEC. 3064. DEPARTMENT OF THE ARMY PILOT PROGRAM**
**20          TO BUILD AND MONITOR USE OF SINGLE**
**21          FAMILY HOMES.**

22 (a) IN GENERAL.—The Secretary of the Army shall
23 carry out a pilot program to build and monitor the use
24 of not fewer than five single family homes for members
25 of the Army and their families.

WASHSTATEC013002

1902

1   (b) LOCATION.—The Secretary of the Army shall

2   carry out the pilot program at no less than two installa-

3   tions of the Army located in different climate regions of

4   the United States as determined by the Secretary.

5   (c) DESIGN.—In building homes under the pilot pro-

6   gram, the Secretary of the Army shall use the All-Amer-

7   ican Abode design from the suburban single-family divi-

8   sion design by the United States Military Academy.

# 9  DIVISION C—DEPARTMENT OF
# 10  ENERGY NATIONAL SECURITY
# 11  AUTHORIZATIONS AND
# 12  OTHER AUTHORIZATIONS

### TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

#### Subtitle A—National Security Programs and Authorizations

Sec. 3101. National Nuclear Security Administration.
Sec. 3102. Defense environmental cleanup.
Sec. 3103. Other defense activities.
Sec. 3104. Nuclear energy.

#### Subtitle B—Program Authorizations, Restrictions, and Limitations

Sec. 3111. Personnel matters at National Nuclear Security Administration.
Sec. 3112. Estimation of costs of meeting defense environmental cleanup milestones required by consent orders.
Sec. 3113. Office of Cost Estimating and Program Evaluation.
Sec. 3114. Clarification of certain Stockpile Responsiveness Program objectives.
Sec. 3115. Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities.
Sec. 3116. Modification to certain requirements relating to plutonium pit production capacity.
Sec. 3117. Annual certification of shipments to Waste Isolation Pilot Plant.
Sec. 3118. Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development.
Sec. 3119. Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement.
Sec. 3120. Implementation of common financial reporting system for nuclear security enterprise.
Sec. 3121. Limitation relating to reclassification of high-level waste.

WASHSTATEC013003

Sec. 3122. National Laboratory Jobs ACCESS Program.

Subtitle C—Reports and Other Matters

Sec. 3131. Civil penalties for violations of certain whistleblower protections.
Sec. 3132. Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile.
Sec. 3133. Repeal of requirement for review relating to enhanced procurement authority.
Sec. 3134. Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000.
Sec. 3135. Replacement of W78 warhead.
Sec. 3136. Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material.
Sec. 3137. Assessment of high energy density physics.
Sec. 3138. Determination of effect of treaty obligations with respect to producing tritium.
Sec. 3139. Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act.

# TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

## Subtitle A—National Security Programs and Authorizations

### SEC. 3101. NATIONAL NUCLEAR SECURITY ADMINISTRATION.

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for the activities of the National Nuclear Security Administration in carrying out programs as specified in the funding table in section 4701.

(b) AUTHORIZATION OF NEW PLANT PROJECTS.— From funds referred to in subsection (a) that are available for carrying out plant projects, the Secretary of Energy

WASHSTATEC013004

1904

1  may carry out new plant projects for the National Nuclear

2  Security Administration as follows:

3          Project 20–D–931, KL Fuel Development Lab-

4          oratory, Knolls Atomic Power Laboratory, Schenec-

5          tady, New York, $23,700,000.

6          General Purpose Project, PF–4 Power and

7          Communications Systems Upgrade, Los Alamos Na-

8          tional Laboratory, Los Alamos, New Mexico,

9          $16,000,000.

10 **SEC. 3102. DEFENSE ENVIRONMENTAL CLEANUP.**

11     (a) AUTHORIZATION OF APPROPRIATIONS.—Funds

12  are hereby authorized to be appropriated to the Depart-

13  ment of Energy for fiscal year 2020 for defense environ-

14  mental cleanup activities in carrying out programs as

15  specified in the funding table in section 4701.

16     (b) AUTHORIZATION OF NEW PLANT PROJECTS.—

17  From funds referred to in subsection (a) that are available

18  for carrying out plant projects, the Secretary of Energy

19  may carry out, for defense environmental cleanup activi-

20  ties, the following new plant projects:

21          Project 20–D–401, Saltstone Disposal Units

22          numbers 10, 11, and 12, Savannah River Site,

23          Aiken, South Carolina, $1,000,000.

WASHSTATEC013005

1905

1          Project 20–D–402, Advanced Manufacturing

2     Collaborative, Savannah River Site, Aiken, South

3     Carolina, $50,000,000.

4          Project 20–U–401, On-Site Waste Disposal Fa-

5     cility (Cell Lines 2 and 3), Portsmouth Site, Pike

6     County, Ohio, $10,000,000.

**7 SEC. 3103. OTHER DEFENSE ACTIVITIES.**

8     Funds are hereby authorized to be appropriated to

9 the Department of Energy for fiscal year 2020 for other

10 defense activities in carrying out programs as specified in

11 the funding table in section 4701.

**12 SEC. 3104. NUCLEAR ENERGY.**

13    Funds are hereby authorized to be appropriated to

14 the Department of Energy for fiscal year 2020 for nuclear

15 energy as specified in the funding table in section 4701.

# 16 Subtitle B—Program Authoriza-
# 17 tions, Restrictions, and Limita-
# 18 tions

**19 SEC. 3111. PERSONNEL MATTERS AT NATIONAL NUCLEAR**

**20          SECURITY ADMINISTRATION.**

21    (a) PERSONNEL LEVELS OF THE OFFICE OF THE

22 ADMINISTRATOR FOR NUCLEAR SECURITY.—

23         (1) PERSONNEL LEVELS.—

24              (A) INCREASE.—Subsection (a) of section

25         3241A of the National Nuclear Security Admin-

WASHSTATEC013006

1906

1    istration Act (50 U.S.C. 2441a) is amended by

2    striking "1,690" both places it appears and in-

3    serting "1,890".

4        (B) TECHNICAL AMENDMENTS.—Such

5    subsection is further amended—

6            (i) in paragraph (1), by striking "By

7    October 1, 2015, the" and inserting

8    "The"; and

9            (ii) in paragraph (2), by striking

10   "2016" and inserting "2020".

11   (2) REPORTS ON SERVICE SUPPORT CON-

12   TRACTS.—Subsection (f) of such section is amend-

13   ed—

14       (A) in the matter preceding paragraph (1),

15   by striking "as of the date of the report" and

16   inserting "for the most recent fiscal year for

17   which data are available"; and

18       (B) by striking paragraph (5) and insert-

19   ing the following new paragraphs:

20   "(5) With respect to each contract identified

21   under paragraph (2)—

22       "(A) identification of each appropriations

23   account that supports the contract; and

WASHSTATEC013007

1907

1    ''(B) the amount obligated under the con-

2   tract during the fiscal year, listed by each such

3   account.

4   ''(6) With respect to each appropriations ac-

5  count identified under paragraph (5)(A), the total

6  amount obligated for contracts identified under

7  paragraph (2).''.

8  (b) INCREASE IN CONTRACTING, PROGRAM MANAGE-

9 MENT, SCIENTIFIC, ENGINEERING, AND TECHNICAL POSI-

10 TIONS.—Section 3241 of the National Nuclear Security

11 Administration Act (50 U.S.C. 2441) is amended in the

12 first sentence by striking ''600'' and inserting ''800''.

13 **SEC. 3112. ESTIMATION OF COSTS OF MEETING DEFENSE**

14     **ENVIRONMENTAL CLEANUP MILESTONES RE-**

15     **QUIRED BY CONSENT ORDERS.**

16  (a) IN GENERAL.—Subtitle A of title XLIV of the

17 Atomic Energy Defense Act (50 U.S.C. 2581 et seq.) is

18 amended by adding at the end the following new section:

19 **''SEC. 4409. ESTIMATION OF COSTS OF MEETING DEFENSE**

20     **ENVIRONMENTAL CLEANUP MILESTONES RE-**

21     **QUIRED BY CONSENT ORDERS.**

22  ''The Secretary of Energy shall include in the budget

23 justification materials submitted to Congress in support

24 of the Department of Energy budget for each fiscal year

25 (as submitted with the budget of the President under sec-

WASHSTATEC013008

1908

1 tion 1105(a) of title 31, United States Code) a report on

2 the cost, for that fiscal year and the four fiscal years fol-

3 lowing that fiscal year, of meeting milestones required by

4 a consent order at each defense nuclear facility at which

5 defense environmental cleanup activities are occurring.

6 The report shall include, for each such facility—

7       ''(1) a specification of the cost of meeting such

8     milestones during that fiscal year; and

9       ''(2) an estimate of the cost of meeting such

10    milestones during the four fiscal years following that

11    fiscal year.''.

12   (b) CLERICAL AMENDMENT.—The table of contents

13 for the Atomic Energy Defense Act is amended by insert-

14 ing after the item relating to section 4408 the following

15 new item:

> ''Sec. 4409. Estimation of costs of meeting defense environmental cleanup mile-
> stones required by consent orders.''.

16 **SEC. 3113. OFFICE OF COST ESTIMATING AND PROGRAM**

17 **EVALUATION.**

18   (a) REPORTING.—Section 3221(b)(1) of the National

19 Nuclear   Security   Administration   Act   (50   U.S.C.

20 2411(b)(1)) is amended by adding at the end the following

21 new sentence: ''The Director shall report directly to the

22 Administrator.''.

23   (b) BRIEFING.—Not later than 180 days after the

24 date of the enactment of this Act, the Administrator for

WASHSTATEC013009

1909

1  Nuclear Security shall provide to the congressional defense

2  committees a briefing on the plan of the Administrator

3  to fully staff the Office of Cost Estimating and Program

4  Evaluation of the National Nuclear Security Administra-

5  tion pursuant to section 3221(f) of the National Nuclear

6  Security Administration Act (50 U.S.C. 2411(f)).

**SEC. 3114. CLARIFICATION OF CERTAIN STOCKPILE RE-**
**SPONSIVENESS PROGRAM OBJECTIVES.**

9  Section 4220(c) of the Atomic Energy Defense Act

10  (50 U.S.C. 2538b(c)) is amended—

11      (1) in paragraph (3), by striking "capabilities

12   required, including prototypes" and inserting "capa-

13   bilities as required, such as through the use of pro-

14   totypes"; and

15      (2) in paragraph (6)—

16          (A) by striking "in consultation with the

17      Director of National Intelligence" and inserting

18      "in coordination with the Director of National

19      Intelligence"; and

20          (B) by inserting "if needed to meet intel-

21      ligence requirements" after "foreign countries".

WASHSTATEC013010

1910

1  **SEC. 3115. ELIMINATION OF LIMITATION ON AVAILABILITY**

2      **OF FUNDS RELATING TO SUBMISSION OF AN-**

3      **NUAL REPORTS ON UNFUNDED PRIORITIES.**

4      Section 4716 of the Atomic Energy Defense Act (50

5  U.S.C. 2756) is amended—

6          (1) by striking subsection (a) and inserting the

7      following new subsection:

8      "(a) ANNUAL REPORT OR CERTIFICATION.—Not

9  later than 10 days after the date on which the budget of

10  the President for a fiscal year is submitted to Congress

11  pursuant to section 1105(a) of title 31, United States

12  Code, the Administrator shall submit to the Secretary of

13  Energy and the congressional defense committees either—

14          "(1) a report on the unfunded priorities of the

15      Administration; or

16          "(2) if the Administrator determines that there

17      are no unfunded priorities to include in such a re-

18      port, a certification and explanation by the Adminis-

19      trator, without delegation, of the determination.";

20          (2) in subsection (b), by striking "report re-

21      quired by subsection (a)" both places it appears and

22      inserting "report under subsection (a)(1)";

23          (3) by striking subsection (c); and

24          (4) by redesignating subsection (d) as sub-

25      section (c).

WASHSTATEC013011

1911

1  **SEC. 3116. MODIFICATION TO CERTAIN REQUIREMENTS RE-**

2  **LATING TO PLUTONIUM PIT PRODUCTION CA-**

3  **PACITY.**

4  (a) SENSE OF CONGRESS.—It is the sense of Con-

5  gress that—

6      (1) rebuilding a robust plutonium pit produc-

7    tion infrastructure with a capacity of up to 80 pits

8    per year is critical to maintaining the viability of the

9    nuclear weapons stockpile;

10     (2) that effort will require cooperation from ex-

11    perts across the nuclear security enterprise; and

12     (3) any further delay to achieving a plutonium

13    sustainment capability to support the planned stock-

14    pile life extension programs will result in an unac-

15    ceptable capability gap to our deterrent posture.

16  (b) MODIFICATION TO REQUIREMENTS.—Section

17  4219 of the Atomic Energy Defense Act (50 U.S.C.

18  2538a) is amended—

19     (1) in subsection (a), by striking paragraph (5)

20    and inserting the following:

21     "(5) during 2030, produces not less than 80

22    war reserve plutonium pits.";

23     (2) by striking subsection (b);

24     (3) by redesignating subsections (c) and (d) as

25    subsections (b) and (c), respectively;

WASHSTATEC013012

1912

1　　　　(4) in subsection (b), as redesignated by para-

2　　graph (2), by striking ''2027 (or, if the authority

3　　under subsection (b) is exercised, 2029)'' and insert-

4　　ing ''2030''; and

5　　　　(5) in subsection (c), as redesignated by para-

6　　graph (2), by striking ''subsection (c)'' and inserting

7　　''subsection (b)''.

**SEC. 3117. ANNUAL CERTIFICATION OF SHIPMENTS TO**

**WASTE ISOLATION PILOT PLANT.**

10　　Section 3115(a) of the National Defense Authoriza-

11　tion Act for Fiscal Year 2017 (Public Law 114–328; 130

12　Stat. 2759), as amended by section 3137(b) of the John

13　S. McCain National Defense Authorization Act for Fiscal

14　Year 2019 (Public Law 115–232; 132 Stat. 2303), is fur-

15　ther amended, in the matter preceding paragraph (1), by

16　striking ''three-year period'' and inserting ''10-year pe-

17　riod''.

**SEC. 3118. EXTENSION AND MODIFICATION OF PILOT PRO-**

**GRAM ON UNAVAILABILITY FOR OVERHEAD**

**COSTS OF AMOUNTS SPECIFIED FOR LAB-**

**ORATORY-DIRECTED RESEARCH AND DEVEL-**

**OPMENT.**

23　　Section 3119 of the National Defense Authorization

24　Act for Fiscal Year 2017 (Public Law 114–328; 50 U.S.C.

25　2791 note) is amended—

WASHSTATEC013013

1913

1        (1) in subsection (c)(2), by striking ''three'' and

2  inserting ''four''; and

3        (2) in subsection (d)—

4            (A) by striking ''Before the termination

5        under subsection (c)(2) of the pilot program re-

6        quired by subsection (a)'' and inserting ''Not

7        later than February 15, 2020''; and

8            (B) by inserting before the end period the

9        following: '', including effects on laboratory-di-

10       rected research and development and other pro-

11       grams''.

**SEC. 3119. MODIFICATION TO LIMITATION ON AVAIL-**
**ABILITY OF FUNDS FOR ACCELERATION OF**
**NUCLEAR WEAPONS DISMANTLEMENT.**

15     Subsection (a) of section 3125 of the National De-

16 fense Authorization Act for Fiscal Year 2017 (Public Law

17 114–328; 130 Stat. 2766), as amended by section 3117

18 of the National Defense Authorization Act for Fiscal Year

19 2018 (Public Law 115–91; 131 Stat. 1890), is amended

20 by striking ''$56,000,000'' and inserting ''$87,000,000''.

**SEC. 3120. IMPLEMENTATION OF COMMON FINANCIAL RE-**
**PORTING SYSTEM FOR NUCLEAR SECURITY**
**ENTERPRISE.**

24     Not more than 90 percent of the funds authorized

25 to be appropriated by section 3101 for the National Nu-

WASHSTATEC013014

1914

1 clear Security Administration for fiscal year 2020 for Fed-

2 eral salaries and expenses and available for travel and

3 transportation may be obligated or expended before the

4 date on which the Administrator for Nuclear Security

5 completes implementation of the common financial report-

6 ing system for the nuclear security enterprise as required

7 by section 3113(a) of the National Defense Authorization

8 Act for Fiscal Year 2017 (Public Law 114–328; 50 U.S.C.

9 2512 note).

**SEC. 3121. LIMITATION RELATING TO RECLASSIFICATION OF HIGH-LEVEL WASTE.**

12 None of the funds authorized to be appropriated by

13 this Act or otherwise made available for fiscal year 2020

14 for the Department of Energy may be obligated or ex-

15 pended by the Secretary of Energy to apply the interpreta-

16 tion of high-level radioactive waste described in the notice

17 published by the Secretary titled "Supplemental Notice

18 Concerning U.S. Department of Energy Interpretation of

19 High-Level Radioactive Waste" (84 Fed. Reg. 26835), or

20 successor notice, with respect to such waste located in the

21 State of Washington.

**SEC. 3122. NATIONAL LABORATORY JOBS ACCESS PRO-GRAM.**

24 (a) IN GENERAL.—On or after the date that is 180

25 days after the date of the enactment of this Act, the Sec-

WASHSTATEC013015

1915

1 retary may establish a program, to be known as the "De-
2 partment of Energy National Lab Jobs ACCESS Pro-
3 gram", under which the Secretary may award, on a com-
4 petitive basis, 5-year grants to eligible entities described
5 in subsection (c) for the Federal share of the costs of pre-
6 apprenticeship programs and apprenticeship programs de-
7 scribed in subsection (b).

8     (b) PRE-APPRENTICESHIP AND APPRENTICESHIP
9 PROGRAMS DESCRIBED.—A pre-apprenticeship program
10 or apprenticeship program described in this subsection is
11 a pre-apprenticeship program or apprenticeship program
12 that—

13     (1) leads to recognized postsecondary creden-
14     tials for secondary school and postsecondary stu-
15     dents;

16     (2) is focused on skills and qualifications need-
17     ed, as determined by the Secretary in consultation
18     with the directors of the National Laboratories, to
19     meet the immediate and ongoing needs of traditional
20     and emerging technician positions (including ma-
21     chinists and cybersecurity technicians) at the Na-
22     tional Laboratories and covered facilities of the Na-
23     tional Nuclear Security Administration;

WASHSTATEC013016

1916

1   (3) is established in consultation with a Na-
2   tional Laboratory or covered facility of the National
3   Nuclear Security Administration;

4   (4) is registered with and approved by the Sec-
5   retary of Labor or a State apprenticeship agency;
6   and

7   (5) ensures that participants in the pre-appren-
8   ticeship program or apprenticeship program do not
9   displace paid employees.

10   (c) ELIGIBLE ENTITIES DESCRIBED.—An eligible en-
11   tity described in this subsection is a workforce inter-
12   mediary or an eligible sponsor of a pre-apprenticeship pro-
13   gram or apprenticeship program that—

14   (1) demonstrates experience in implementing
15   and providing career planning and career pathways
16   toward pre-apprenticeship programs or apprentice-
17   ship programs;

18   (2)(A) has a relationship with a National Lab-
19   oratory or covered facility of the National Nuclear
20   Security Administration;

21   (B) has knowledge of the technician workforce
22   needs of the laboratory or facility and the associated
23   security requirements of the laboratory or facility;
24   and

WASHSTATEC013017

1917

1    (C) is eligible to enter into an agreement with

2    the laboratory or facility that would be paid for in

3    part or entirely from grant funds received under this

4    section;

5    (3) demonstrates the ability to recruit and sup-

6    port individuals who plan to work in relevant techni-

7    cian positions upon the successful completion of the

8    pre-apprenticeship program or apprenticeship pro-

9    gram;

10    (4) provides students who complete the pre-ap-

11    prenticeship program or apprenticeship program

12    with, or prepares such students for obtaining, a rec-

13    ognized postsecondary credential;

14    (5) uses related instruction that is specifically

15    aligned with the needs of the laboratory or facility

16    and utilizes workplace learning advisors and on-the-

17    job training to the greatest extent possible; and

18    (6) demonstrates successful outcomes con-

19    necting graduates of the pre-apprenticeship program

20    or apprenticeship program to careers relevant to the

21    program.

22    (d) APPLICATIONS.—If the Secretary establishes the

23    program described in subsection (a), an eligible entity de-

24    scribed in subsection (c) seeking a grant under the pro-

25    gram shall submit to the Secretary an application at such

WASHSTATEC013018

1918

1  time, in such manner, and containing such information as

2  the Secretary may require.

3      (e) PRIORITY.—In selecting eligible entities described

4  in subsection (c) to receive grants under this section, the

5  Secretary may prioritize an eligible entity that—

6          (1) is a member of an industry or sector part-

7      nership;

8          (2) provides related instruction for a pre-ap-

9      prenticeship program or apprenticeship program

10     through—

11             (A) a local educational agency, a secondary

12         school, a provider of adult education, an area

13         career and technical education school, or an in-

14         stitution of higher education (such as a commu-

15         nity college) that includes basic science, tech-

16         nology, and mathematics education in the re-

17         lated instruction; or

18             (B) an apprenticeship program that was

19         registered with the Department of Labor or a

20         State apprenticeship agency before the date on

21         which the eligible entity applies for the grant

22         under subsection (d);

23         (3) works with the Secretary of Defense, the

24     Secretary of Veterans Affairs, or veterans organiza-

25     tions to transition members of the Armed Forces

WASHSTATEC013019

1919

1 and veterans to pre-apprenticeship programs or ap-
2 prenticeship programs in a relevant sector;

3 (4) plans to use the grant to carry out the pre-
4 apprenticeship program or apprenticeship program
5 with an entity that receives State funding or is oper-
6 ated by a State agency; and

7 (5) plans to use the grant to carry out the pre-
8 apprenticeship program or apprenticeship program
9 for—

10 (A) young adults ages 16 to 29, inclusive;
11 or

12 (B) individuals with barriers to employ-
13 ment.

14 (f) ADDITIONAL CONSIDERATION.—In making grants
15 under this section, the Secretary may consider regional di-
16 versity.

17 (g) LIMITATION ON APPLICATIONS.—An eligible enti-
18 ty described in subsection (c) may not submit, either indi-
19 vidually or as part of a joint application, more than one
20 application for a grant under this section during any one
21 fiscal year.

22 (h) LIMITATIONS ON AMOUNT OF GRANT.—The
23 amount of a grant provided under this section may not,
24 for any 24-month period of the 5-year grant period, exceed
25 $500,000.

WASHSTATEC013020

1920

1    (i) NON-FEDERAL SHARE.—The non-Federal share

2 of the cost of a pre-apprenticeship program or apprentice-

3 ship program carried out using a grant under this section

4 shall be not less than 25 percent of the total cost of the

5 program.

6    (j) TECHNICAL ASSISTANCE.—The Secretary may

7 provide technical assistance to eligible entities described

8 in subsection (c) to leverage the existing job training and

9 education programs of the Department of Labor and other

10 relevant programs at appropriate Federal agencies.

11    (k) REPORT.—

12        (1) IN GENERAL.—If the Secretary establishes

13        the program described in subsection (a), not less

14        than once every 2 years thereafter, the Secretary

15        shall submit to Congress, and make publicly avail-

16        able on the website of the Department of Energy, a

17        report on the program, including—

18            (A) a description of—

19                (i) any entity that receives a grant

20                under this section;

21                (ii) any activity carried out using a

22                grant under this section; and

23                (iii) best practices used to leverage the

24                investment of the Federal Government

25                under this section; and

WASHSTATEC013021

1921

1       (B) an assessment of the results achieved

2   by the program, including the rate of employ-

3   ment for participants after completing a pre-ap-

4   prenticeship program or apprenticeship pro-

5   gram carried out using a grant under this sec-

6   tion.

7       (2) PERFORMANCE REPORTS.—Not later than

8   one year after the establishment of a pre-apprentice-

9   ship program or apprenticeship program using a

10  grant awarded under this section, and annually

11  thereafter, the entity carrying out the program shall

12  submit to the Secretary and the Secretary of Labor

13  a report on the effectiveness of the program based

14  on the accountability measures described in clauses

15  (i) and (ii) of section 116(b)(2)(A) of the Workforce

16  Innovation and Opportunity Act (29 U.S.C.

17  3141(b)(2)(A)).

18  (l) DEFINITIONS.—In this section:

19      (1) ESEA TERMS.—The terms "local edu-

20  cational agency" and "secondary school" have the

21  meanings given the terms in section 8101 of the Ele-

22  mentary and Secondary Education Act of 1965 (20

23  U.S.C. 7801).

24      (2) WIOA TERMS.—The terms "career plan-

25  ning", "community-based organization", "cus-

WASHSTATEC013022

1922

1  tomized training'', ''economic development agency'',

2  ''individual with a barrier to employment'', ''indus-

3  try or sector partnership'', ''on-the-job training'',

4  ''recognized postsecondary credential'', and ''work-

5  place learning advisor'' have the meanings given

6  such terms in section 3 of the Workforce Innovation

7  and Opportunity Act (29 U.S.C. 3102).

8      (3) APPRENTICESHIP PROGRAM.—The term

9  ''apprenticeship program'' means a program reg-

10  istered under the Act of August 16, 1937 (commonly

11  known as the ''National Apprenticeship Act''; 50

12  Stat. 664, chapter 663; 29 U.S.C. 50 et seq.).

13      (4) AREA CAREER AND TECHNICAL EDUCATION

14  SCHOOL.—The term ''area career and technical edu-

15  cation school'' has the meaning given the term in

16  section 3 of the Carl D. Perkins Career and Tech-

17  nical Education Act of 2006 (20 U.S.C. 2302).

18      (5) COMMUNITY COLLEGE.—The term ''commu-

19  nity college'' has the meaning given the term ''junior

20  or community college'' in section 312(f) of the High-

21  er Education Act of 1965 (20 U.S.C. 1058(f)).

22      (6) COVERED FACILITY OF THE NATIONAL NU-

23  CLEAR SECURITY ADMINISTRATION.—The term

24  ''covered facility of the National Nuclear Security

25  Administration'' means a national security labora-

WASHSTATEC013023

1923

1 tory or a nuclear weapons production facility as such

2 terms are defined in section 4002 of the Atomic En-

3 ergy Defense Act (50 U.S.C. 2501).

4 (7) ELIGIBLE SPONSOR.—The term "eligible

5 sponsor" means a public organization or nonprofit

6 organization that—

7 (A) with respect to an apprenticeship pro-

8 gram, administers the program through a part-

9 nership that may include—

10 (i) an industry or sector partnership;

11 (ii) an employer or industry associa-

12 tion;

13 (iii) a labor-management organization;

14 (iv) a local workforce development

15 board or State workforce development

16 board;

17 (v) a 2- or 4-year institution of higher

18 education that offers an educational pro-

19 gram leading to an associate's or bach-

20 elor's degree in conjunction with a certifi-

21 cate of completion of apprenticeship;

22 (vi) the Armed Forces (including the

23 National Guard and Reserves);

24 (vii) a community-based organization;

25 or

WASHSTATEC013024

1924

1     (viii) an economic development agen-
2     cy; and

3    (B) with respect to a pre-apprenticeship
4    program, is a local educational agency, a sec-
5    ondary school, an area career and technical
6    education school, a provider of adult education,
7    a State workforce development board, a local
8    workforce development board, or a community-
9    based organization, that administers the pro-
10    gram with any required coordination and nec-
11    essary approvals from the Secretary of Labor or
12    a State department of labor.

13   (8) INSTITUTION OF HIGHER EDUCATION.—The
14 term "institution of higher education" has the
15 meaning given the term in section 101 of the Higher
16 Education Act of 1965 (20 U.S.C. 1001).

17   (9) LOCAL WORKFORCE DEVELOPMENT
18 BOARD.—The term "local workforce development
19 board" has the meaning given the term "local
20 board" in section 3 of the Workforce Innovation and
21 Opportunity Act (29 U.S.C. 3102).

22   (10) NATIONAL LABORATORY.—The term "Na-
23 tional Laboratory" has the meaning given the term
24 in section 2 of the Energy Policy Act of 2005 (42
25 U.S.C. 15801).

WASHSTATEC013025

1925

1    (11) NONPROFIT ORGANIZATION.—The term

2 "nonprofit organization" means an organization that

3 is described in section 501(c) of the Internal Rev-

4 enue Code of 1986 and exempt from tax under sec-

5 tion 501(a) of such Code.

6    (12) PRE-APPRENTICESHIP PROGRAM.—The

7 term "pre-apprenticeship program" means a pro-

8 gram—

9        (A) designed to prepare individuals to

10       enter and succeed in an apprenticeship pro-

11       gram; and

12       (B) that has a documented partnership

13       with at least one, if not more, apprenticeship

14       programs.

15    (13) PROVIDER OF ADULT EDUCATION.—The

16 term "provider of adult education" has the meaning

17 given the term "eligible provider" in section 203 of

18 the Adult Education and Family Literacy Act (29

19 U.S.C. 3272).

20    (14) RELATED INSTRUCTION.—The term "re-

21 lated instruction" means an organized and system-

22 atic form of instruction designed to provide an indi-

23 vidual in a pre-apprenticeship program or appren-

24 ticeship program with the knowledge of the technical

WASHSTATEC013026

1926

1    subjects related to the intended occupation of the in-
2    dividual after completion of the program.

3        (15) SECRETARY.—The term ''Secretary''
4    means the Secretary of Energy, in consultation with
5    the Secretary of Labor, except as otherwise specified
6    in this section.

7        (16) SPONSOR.—The term ''sponsor'' means
8    any person, association, committee, or organization
9    operating a pre-apprenticeship program or appren-
10   ticeship program and in whose name the program is
11   (or is to be) registered or approved.

12       (17) STATE APPRENTICESHIP AGENCY.—The
13   term ''State apprenticeship agency'' has the meaning
14   given that term in section 29.2 of title 29, Code of
15   Federal Regulations (or any corresponding similar
16   regulation or ruling).

17       (18) STATE WORKFORCE DEVELOPMENT
18   BOARD.—The term ''State workforce development
19   board'' has the meaning given the term ''State
20   board'' in section 3 of the Workforce Innovation and
21   Opportunity Act (29 U.S.C. 3102).

22       (19) WORKFORCE INTERMEDIARY.—The term
23   ''workforce intermediary''—

24           (A) means a nonprofit organization that—

WASHSTATEC013027

1927

1　　　　　　　(i) proactively addresses workforce
2　　　　　needs using a dual customer approach,
3　　　　　which considers the needs of both employ-
4　　　　　ees and employers; and

5　　　　　　　(ii) has partnered with a sponsor of a
6　　　　　pre-apprenticeship program or apprentice-
7　　　　　ship program or is a sponsor of a pre-ap-
8　　　　　prenticeship program or apprenticeship
9　　　　　program; and

10　　　　　　(B) may include a community organiza-
11　　　　tion, an employer organization, a community
12　　　　college, a temporary staffing agency, a State
13　　　　workforce development board, a local workforce
14　　　　development board, or a labor or labor-manage-
15　　　　ment organization.

# Subtitle C—Reports and Other Matters

16
17

**SEC. 3131. CIVIL PENALTIES FOR VIOLATIONS OF CERTAIN**

18

**WHISTLEBLOWER PROTECTIONS.**

19

20　　Section 234A of the Atomic Energy Act of 1954 (42
21　U.S.C. 2282a) is amended—

22　　　　　(1) in the heading, by inserting "**AND WHIS-**
23　　　　**TLEBLOWER**" after "**SAFETY**";

24　　　　　(2) in subsection a.—

WASHSTATEC013028

1928

1        (A) by inserting ", or who violates any applicable law, rule, regulation, or order related to nuclear safety whistleblower protections," before "shall be subject to a civil penalty"; and

5        (B) by adding at the end the following new sentence: "The Secretary of Energy may carry out this section with respect to the National Nuclear Security Administration by acting through the Administrator for Nuclear Security."; and

11      (3) by adding at the end the following new subsection:

13   "e. In this section, the term 'nuclear safety whistleblower protections' means the protections for employees of contractors or subcontractors from reprisals pursuant to section 4712 of title 41, United States Code, section 211 of the Energy Reorganization Act of 1974 (42 U.S.C. 5851), or other provisions of Federal law (including rules, regulations, or orders) affording such protections, with respect to disclosures or other activities covered by such protections that relate to nuclear safety.".

WASHSTATEC013029

1929

1   SEC. 3132. REPEAL OF ASSESSMENTS OF ADEQUACY OF

2           BUDGET REQUESTS RELATING TO NUCLEAR

3           WEAPONS STOCKPILE.

4   (a) IN GENERAL.—Section 3255 of the National Nu-

5   clear Security Administration Act (50 U.S.C. 2455) is re-

6   pealed.

7   (b) CLERICAL AMENDMENT.—The table of contents

8   for the National Nuclear Security Administration Act is

9   amended by striking the item relating to section 3255.

10  SEC. 3133. REPEAL OF REQUIREMENT FOR REVIEW RELAT-

11          ING TO ENHANCED PROCUREMENT AUTHOR-

12          ITY.

13  Section 4806 of the Atomic Energy Defense Act (50

14  U.S.C. 2786) is amended—

15          (1) by striking subsection (e); and

16          (2) by redesignating subsections (f) and (g) as

17  subsections (e) and (f), respectively.

18  SEC. 3134. IMPROVEMENTS TO ENERGY EMPLOYEES OCCU-

19          PATIONAL ILLNESS COMPENSATION PRO-

20          GRAM ACT OF 2000.

21  (a) OFFICE OF OMBUDSMAN.—Section 3686 of the

22  Energy Employees Occupational Illness Compensation

23  Program Act of 2000 (42 U.S.C. 7385s–15) is amended—

24          (1) in subsection (c)—

25                  (A) by redesignating paragraphs (2) and

26  (3) as paragraphs (3) and (4), respectively; and

WASHSTATEC013030

1930

1     (B) by inserting after paragraph (1) the

2    following new paragraph:

3     ''(2) To provide guidance and assistance to

4    claimants.''; and

5     (2) in subsection (h), by striking ''2019'' and

6    inserting ''2020''.

7    (b) ADVISORY BOARD ON TOXIC SUBSTANCES AND

8  WORKER HEALTH.—Section 3687 of the Energy Employ-

9  ees Occupational Illness Compensation Program Act of

10  2000 (42 U.S.C. 7385s–16) is amended—

11     (1) in subsection (b)(1)—

12      (A) in subparagraph (C), by striking '';

13    and'' and inserting a semicolon;

14      (B) in subparagraph (D), by striking '';

15    and'' and inserting a semicolon; and

16      (C) by adding after subparagraph (D) the

17    following:

18      ''(E) the claims adjudication process gen-

19    erally, including review of procedure manual

20    changes prior to incorporation into the manual

21    and claims for medical benefits; and

22      ''(F) such other matters as the Secretary

23    considers appropriate; and'';

24     (2) in subsection (g)—

WASHSTATEC013031

1931

1          (A) by striking "The Secretary of Energy

2      shall" and inserting "The Secretary of Energy

3      and the Secretary of Labor shall each"; and

4          (B) by adding at the end the following new

5      sentence: "The Secretary of Labor shall make

6      available to the Board the program's medical

7      director, toxicologist, industrial hygienist and

8      program's support contractors as requested by

9      the Board.";

10      (3) by redesignating subsections (h) and (i) as

11  subsections (i) and (j), respectively; and

12      (4) by inserting after subsection (g) the fol-

13  lowing:

14      "(h) RESPONSE TO RECOMMENDATIONS.—Not later

15  than 60 days after submission to the Secretary of Labor

16  of the Board's recommendations, the Secretary shall re-

17  spond to the Board in writing, and post on the public

18  internet website of the Department of Labor, a response

19  to the recommendations that—

20          "(1) includes a statement of whether the Sec-

21      retary accepts or rejects the Board's recommenda-

22      tions;

23          "(2) if the Secretary accepts the Board's rec-

24      ommendations, describes the timeline for when those

25      recommendations will be implemented; and

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013032

1932

1    "(3) if the Secretary does not accept the rec-

2    ommendations, describes the reasons the Secretary

3    does not agree and provides all scientific research to

4    the Board supporting that decision.".

**SEC. 3135. REPLACEMENT OF W78 WARHEAD.**

6    (a) REPORT.—

7        (1) IN GENERAL.—Not later than 210 days

8    after the date of the enactment of this Act, the Ad-

9    ministrator for Nuclear Security shall submit to the

10   congressional defense committees a report on replac-

11   ing the W78 warhead.

12       (2) MATTERS INCLUDED.—The report under

13   paragraph (1) shall include the following:

14           (A) A discussion of the alternatives consid-

15       ered with respect to replacing the W78 war-

16       head, including—

17               (i) a description of the technical risks,

18           schedule, and costs for each alternative to

19           replacing the W78 warhead; and

20               (ii) a description of any changes since

21           January 15, 2014, to the requirements for

22           such alternatives.

23           (B) A review of the matters under sub-

24       paragraph (A) by the Director for Cost Esti-

WASHSTATEC013033

1933

1   mating and Program Evaluation of the Na-
2   tional Nuclear Security Administration.

3   (b) INDEPENDENT STUDY.—

4       (1) IN GENERAL.—The Administrator shall
5   seek to enter into an arrangement with the private
6   scientific advisory group known as JASON to con-
7   duct a study of the plan of the Administrator to re-
8   place the W78 warhead. Such study shall include—

9           (A) an assessment of the risks to certifi-
10      cation; and

11          (B) the need for planned upgrades to such
12      warhead.

13      (2) SUBMISSION.—Not later than 150 days
14  after the date of the enactment of this Act, the Ad-
15  ministrator shall submit to the congressional defense
16  committees the study under paragraph (1), without
17  change.

18  **SEC. 3136. INDEPENDENT REVIEW OF CAPABILITIES FOR**
19          **DETECTION, VERIFICATION, AND MONI-**
20          **TORING OF NUCLEAR WEAPONS AND FISSILE**
21          **MATERIAL.**

22  (a) PLAN.—Not later than 30 days after the date of
23  the enactment of this Act, the Secretary of Energy, in con-
24  sultation with the Secretary of Defense, shall seek to enter
25  into a contract with the National Academy of Sciences to

WASHSTATEC013034

1934

1  conduct an independent review and assessment of United

2  States capabilities for detection, verification, and moni-

3  toring of nuclear weapons and fissile material.

4    (b) ELEMENTS.—The review and assessment re-

5  quired by subsection (a) shall include the following:

6      (1) An evaluation of the current national re-

7    search enterprise for detection, verification, and

8    monitoring of nuclear weapons and fissile material.

9      (2) Integration of roles, responsibilities, and

10   planning for such detection, verification, and moni-

11   toring within the Federal Government.

12     (3) Opportunities to leverage the national re-

13   search enterprise to further prevent the proliferation

14   of nuclear weapons and fissile material, including

15   with respect to policy, research and development,

16   and testing and evaluation.

17     (4) Opportunities for international engagement

18   for building cooperation and transparency, including

19   bilateral and multilateral efforts, to improve inspec-

20   tions, detection, and monitoring of nuclear weapons

21   and fissile material, and to create incentives for such

22   cooperation and transparency.

23     (5) Opportunities for new or expanded research

24   and development efforts to improve detection and

25   monitoring of, and in-field inspection and analysis

WASHSTATEC013035

1935

1 capabilities with respect to, nuclear weapons and

2 fissile materials.

3 (6) Opportunities for improved coordination be-

4 tween departments and agencies of the Federal Gov-

5 ernment and the military departments, national lab-

6 oratories, commercial industry, and academia.

7 (7) Opportunities for leveraging commercial ca-

8 pabilities.

9 (c) SUBMISSION TO CONGRESS.—

10 (1) IN GENERAL.—Not later than one year

11 after the date of the enactment of this Act, the Sec-

12 retary of Energy shall submit to the congressional

13 defense committees, without change, the findings of

14 the National Academy resulting from the review and

15 assessment conducted under subsection (a).

16 (2) FORM.—The findings described in para-

17 graph (1) shall be submitted in unclassified form,

18 but may include a classified annex.

19 **SEC. 3137. ASSESSMENT OF HIGH ENERGY DENSITY PHYS-**

20 **ICS.**

21 (a) IN GENERAL.—Not later than 90 days after the

22 date of the enactment of this Act, the Administrator for

23 Nuclear Security shall enter into an arrangement with the

24 National Academies of Sciences, Engineering, and Medi-

25 cine to conduct an assessment of recent advances and the

WASHSTATEC013036

1936

1   current status of research in the field of high energy den-

2   sity physics.

3      (b) ELEMENTS.—The assessment conducted under

4   subsection (a) shall include the following:

5          (1) Theoretical and computational modeling of

6       high energy density material phases, radiation-mat-

7       ter interactions, plasmas atypical of astrophysical

8       conditions, and conditions unique to the National

9       Nuclear Security Administration.

10         (2) The simulation of such phases, interactions,

11      plasmas, and conditions.

12         (3) Instrumentation and target fabrication.

13         (4) Workforce training.

14         (5) An assessment of advancements made by

15      other countries in high energy density physics.

16         (6) Such others items as are agreed upon by

17      the Administrator and the National Academies.

18     (c) APPLICABILITY OF INTERNAL CONTROLS.—The

19   assessment under subsection (a) shall be conducted in ac-

20   cordance with the internal controls of the National Acad-

21   emies.

22     (d) REPORT TO CONGRESS.—Not later than 18

23   months after entering into the arrangement under sub-

24   section (a), the National Academies of Sciences, Engineer-

25   ing, and Medicine shall submit to the congressional de-

WASHSTATEC013037

1937

1 fense committees a report on the assessment conducted

2 under that subsection.

3    (e) HIGH ENERGY DENSITY PHYSICS DEFINED.—In

4 this section, the term "high energy density physics" means

5 the physics of matter and radiation at—

6        (1) energy densities exceeding 100,000,000,000

7        joules per cubic meter; and

8        (2) other temperature and pressure ranges

9        within the warm dense matter regime.

10 **SEC. 3138. DETERMINATION OF EFFECT OF TREATY OBLI-**

11             **GATIONS WITH RESPECT TO PRODUCING**

12             **TRITIUM.**

13    Not later than February 15, 2020, the Secretary of

14 Energy shall—

15        (1) determine whether the Agreement for Co-

16        operation on the Uses of Atomic Energy for Mutual

17        Defense Purposes, signed at Washington, July 3,

18        1958 (9 UST 1028), between the United States and

19        the United Kingdom, permits the United States to

20        obtain low-enriched uranium for the purposes of pro-

21        ducing tritium in the United States; and

22        (2) submit to the congressional defense commit-

23        tees a report on that determination.

WASHSTATEC013038

1938

1 **SEC. 3139. TECHNICAL CORRECTIONS TO NATIONAL NU-**

2 **CLEAR SECURITY ADMINISTRATION ACT AND**

3 **ATOMIC ENERGY DEFENSE ACT.**

4 (a) DEFINITIONS IN NATIONAL NUCLEAR SECURITY

5 ADMINISTRATION ACT.—Section 3281(2)(A) of the Na-

6 tional Nuclear Security Administration Act (50 U.S.C.

7 2471(2)(A)) is amended by striking "Plant" and inserting

8 "National Security Campus".

9 (b) AMENDMENTS TO ATOMIC ENERGY DEFENSE

10 ACT.—

11 (1) DEFINITIONS.—Section 4002(9)(A) of the

12 Atomic Energy Defense Act (50 U.S.C. 2501(9)(A))

13 is amended striking "Plant" and inserting "National

14 Security Campus".

15 (2) STOCKPILE STEWARDSHIP, MANAGEMENT,

16 AND RESPONSIVENESS PLAN.—Section 4203 of the

17 Atomic Energy Defense Act (50 U.S.C. 2523) is

18 amended—

19 (A) in subsection (d)(4)(A)(ii), by striking

20 "quadrennial defense review if such strategy

21 has not been submitted" and inserting "na-

22 tional defense strategy";

23 (B) in subsection (e)(1)(A)(i), by striking

24 "or the most recent quadrennial defense review,

25 as applicable under subsection (d)(4)(A), and

26 the" and inserting "referred to in subsection

WASHSTATEC013039

1939

1     (d)(4)(A)(i), the most recent the national de-

2     fense strategy, and the most recent''; and

3         (C) in subsection (f)—

4             (i) by striking paragraph (4);

5             (ii) by redesignating paragraph (3) as

6         paragraph (4); and

7             (iii) by inserting after paragraph (2)

8         the following new paragraph (3):

9     ''(3) The term 'national defense strategy'

10 means the review of the defense programs and poli-

11 cies of the United States that is carried out every

12 four years under section 113(g) of title 10, United

13 States Code.''.

14     (3) MANUFACTURING INFRASTRUCTURE FOR

15 NUCLEAR WEAPONS STOCKPILE.—Section 4212 of

16 the Atomic Energy Defense Act (50 U.S.C. 2532) is

17 amended—

18         (A) in subsection (a)(1), in the matter pre-

19         ceding subparagraph (A), by inserting ''most

20         recent'' before ''Nuclear Posture Review''; and

21         (B) in subsection (b)—

22             (i) in paragraph (2), by striking

23             ''Plant'' and inserting ''National Security

24             Complex''; and

WASHSTATEC013040

1940

1     (ii) in paragraph (4), by striking

2     "Plant" and inserting "National Security

3     Campus, Kansas City, Missouri".

4     (4) REPORTS ON LIFE EXTENSION PRO-

5     GRAMS.—

6     (A) IN GENERAL.—Section 4216 of the

7     Atomic Energy Defense Act (50 U.S.C. 2536)

8     is amended—

9     (i) in the section heading, by striking

10     "**LIFETIME**" and inserting "**LIFE**"; and

11     (ii) by striking "lifetime" each place it

12     appears and inserting "life".

13     (B) CLERICAL AMENDMENT.—The table of

14     contents for the Atomic Energy Defense Act is

15     amended by striking the item relating to section

16     4216 and inserting the following new item:

"Sec. 4216. Reports on life extension programs.".

17     (5) ADVICE ON SAFETY, SECURITY, AND RELI-

18     ABILITY OF NUCLEAR WEAPONS STOCKPILE.—Sec-

19     tion 4218 of the Atomic Energy Defense Act (50

20     U.S.C. 2538) is amended—

21     (A) in subsection (d), by striking "or the

22     Commander of the United States Strategic

23     Command"; and

24     (B) in subsection (e)(1)—

WASHSTATEC013041

1941

1   (i) by striking '', a member of'' and

2   all that follows through ''Strategic Com-

3   mand'' and inserting ''or a member of the

4   Nuclear Weapons Council''; and

5   (ii) by striking '', member, or Com-

6   mander'' and inserting ''or member''.

7   (6) LIFE-CYCLE COST ESTIMATES.—Section

8   4714(a) of the Atomic Energy Defense Act (50

9   U.S.C. 2754(a)) is amended—

10   (A) by striking ''413.3'' and inserting

11   ''413.3B''; and

12   (B) by inserting '', or a successor order,''

13   after ''assets)''.

14   (7) UNFUNDED PRIORITIES.—

15   (A) IN GENERAL.—Section 4716 of the

16   Atomic Energy Defense Act (50 U.S.C. 2756)

17   is amended in the section heading by striking

18   ''**NATIONAL NUCLEAR SECURITY ADMINIS-**

19   **TRATION**'' and inserting ''**ADMINISTRA-**

20   **TION**''.

21   (B) CLERICAL AMENDMENT.—The table of

22   contents for the Atomic Energy Defense Act is

23   amended by striking the item relating to section

24   4716 and inserting the following new item:

''Sec. 4716. Unfunded priorities of the Administration.''.

WASHSTATEC013042

1942

1    (8) REVIEWS OF CAPITAL ASSETS ACQUISITION

2    PROJECTS.—Section 4733(d)(3)(B) of the Atomic

3    Energy Defense Act (50 U.S.C. 2773(d)(3)(B)) is

4    amended  by  striking  "413.3"  and  inserting

5    "413.3B".

# TITLE XXXII—DEFENSE NU-CLEAR FACILITIES SAFETY BOARD

Sec. 3201. Authorization.
Sec. 3202. Improvements to Defense Nuclear Facilities Safety Board.
Sec. 3203. Membership of Defense Nuclear Facilities Safety Board.

9   **SECTION 3201. AUTHORIZATION.**

10   There are authorized to be appropriated for fiscal

11   year 2020, $29,450,000 for the operation of the Defense

12   Nuclear Facilities Safety Board under chapter 21 of the

13   Atomic Energy Act of 1954 (42 U.S.C. 2286 et seq.).

14   **SEC. 3202. IMPROVEMENTS TO DEFENSE NUCLEAR FACILI-**

15   **TIES SAFETY BOARD.**

16   (a) STAFF.—

17    (1) EXECUTIVE DIRECTOR OF OPERATIONS.—

18     (A) ESTABLISHMENT OF POSITION.—Sub-

19     section (b) of section 313 of the Atomic Energy

20     Act of 1954 (42 U.S.C. 2286b) is amended by

21     adding at the end the following new paragraph:

22    "(3)(A) The Board shall have an Executive Director

23   of Operations who shall be appointed under section

24   311(e)(6).

WASHSTATEC013043

1943

1    ''(B) The Executive Director of Operations shall re-
2    port to the Chairman.

3    ''(C) The Executive Director of Operations shall be
4    the senior employee of the Board responsible for—

5        ''(i) general administration and technical mat-
6        ters;

7        ''(ii) ensuring that the members of the Board
8        are fully and currently informed with respect to mat-
9        ters for which the members are responsible; and

10        ''(iii) the functions delegated by the Chairman
11        pursuant to section 311(c)(3)(B).''.

12            (B) DELEGATION OF FUNCTIONS.—Para-
13            graph (3) of section 311(c) of such Act (42
14            U.S.C. 2286(c)) is amended—

15                (i) by striking ''The Chairman'' and
16                inserting ''(A) The Chairman''; and

17                (ii) by adding at the end the following
18                new subparagraph:

19    ''(B) In carrying out subparagraph (A), the Chair-
20    man shall delegate to the Executive Director of Operations
21    established under section 313(b)(3) the following func-
22    tions:

23        ''(i) Administrative functions of the Board.

24        ''(ii) Appointment and supervision of employees
25        of the Board not specified under paragraph (6).

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013044

1944

1       "(iii) Distribution of business among the em-

2   ployees and administrative units and offices of the

3   Board.

4       "(iv) Preparation of—

5           "(I) proposals for the reorganization of the

6       administrative units or offices of the Board;

7           "(II) the budget estimate for the Board;

8       and

9           "(III) the proposed distribution of funds

10      according to purposes approved by the Board.".

11      (2) PROVISION OF INFORMATION TO BOARD.—

12  Such section 311(c), as amended by paragraph

13  (1)(B), is further amended—

14          (A) in paragraph (2), by striking "para-

15      graphs (5), (6), and (7)" and inserting "para-

16      graphs (5) and (6)";

17          (B) by striking paragraph (6); and

18          (C) by redesignating paragraph (7) as

19      paragraph (6).

20      (3) APPOINTMENT AND REMOVAL POWERS.—

21  Paragraph (6) of such section 311(c), as redesig-

22  nated by paragraph (2)(C), is amended to read as

23  follows:

24      "(6)(A) The Chairman, subject to the approval of the

25  Board, shall appoint the senior employees described in

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013045

1945

1 subparagraph (C). Any member of the Board may propose

2 to the Chairman an individual to be so appointed.

3 "(B) The Chairman, subject to the approval of the

4 Board, may remove a senior employee described in sub-

5 paragraph (C). Any member of the Board may propose

6 to the Chairman an individual to be so removed.

7 "(C) The senior employees described in this subpara-

8 graph are the following senior employees of the Board:

9 "(i) The Executive Director of Operations es-

10 tablished under section 313(b)(3).

11 "(ii) The general counsel.".

12 (4) ORGANIZATION OF STAFF OF BOARD.—Sec-

13 tion 313(b) of such Act, as amended by paragraph

14 (1)(A), is further amended—

15 (A) in paragraph (1)(A), by striking "sec-

16 tion 311(c)(7)" and inserting "section

17 311(c)(6)"; and

18 (B) by adding at the end the following new

19 paragraph:

20 "(4) Subject to the approval of the Board, the Chair-

21 man may organize the staff of the Board as the Chairman

22 considers appropriate to best accomplish the mission of

23 the Board described in section 312(a).".

24 (5) TEMPORARY PERSONNEL LEVELS.—During

25 fiscal year 2020, the Defense Nuclear Facilities

WASHSTATEC013046

1946

1    Safety Board shall employ not fewer than the equiv-

2    alent of 100 full-time employees.

3    (b) PUBLIC HEALTH AND SAFETY.—Section 312(a)

4    of such Act (42 U.S.C. 2286a(a)) is amended by inserting

5    before the period at the end the following: ", including

6    with respect to the health and safety of employees and

7    contractors at such facilities".

8    (c) ACCESS TO FACILITIES, PERSONNEL, AND INFOR-

9    MATION.—Section 314 of such Act (42 U.S.C. 2286c) is

10   amended—

11        (1) in subsection (a)—

12            (A) by striking "The Secretary of Energy"

13            and inserting "Except as specifically provided

14            by this section, the Secretary of Energy";

15            (B) by striking "ready access" both places

16            it appears and inserting "prompt and unfet-

17            tered access"; and

18            (C) by adding at the end the following new

19            sentence: "The access provided to defense nu-

20            clear facilities, personnel, and information

21            under this subsection shall be provided without

22            regard to the hazard or risk category assigned

23            to a facility by the Secretary."; and

24        (2) by striking subsection (b) and inserting the

25   following new subsections:

WASHSTATEC013047

1947

1    "(b) AUTHORITY OF SECRETARY TO DENY INFORMA-

2    TION.—(1) The Secretary may deny access to information

3    under subsection (a) only to any person who—

4         "(A) has not been granted an appropriate secu-

5    rity clearance or access authorization by the Sec-

6    retary; or

7         "(B) does not need such access in connection

8    with the duties of such person.

9    "(2) If the Board requests access to information

10   under subsection (a) in written form, and the Secretary

11   denies access to such information pursuant to paragraph

12   (1)—

13        "(A) the Secretary shall provide the Board no-

14   tice of such denial in written form; and

15        "(B) not later than January 1 and July 1 of

16   each year beginning in 2020—

17             "(i) the Board shall submit to the congres-

18        sional defense committees a report identifying

19        each request for access to information under

20        subsection (a) submitted to the Secretary in

21        written form during the preceding six-month

22        period and denied by the Secretary; and

23             "(ii) the Secretary shall submit to the con-

24        gressional defense committees a report identi-

25        fying—

WASHSTATEC013048

1948

1                 "(I) each such request denied by the

2                 Secretary during that period; and

3                 "(II) the reason for the denial.

4     "(3) In this subsection, the term 'congressional de-

5 fense committees' has the meaning given that term in sec-

6 tion 101(a) of title 10, United States Code.

7     "(c) APPLICATION OF NONDISCLOSURE PROTEC-

8 TIONS BY BOARD.—The Board may not publicly disclose

9 information provided under this section if such informa-

10 tion is otherwise protected from disclosure by law, includ-

11 ing deliberative process information.".

**12 SEC. 3203. MEMBERSHIP OF DEFENSE NUCLEAR FACILI-**

**13                 TIES SAFETY BOARD.**

14     (a) LIST OF CANDIDATES FOR NOMINATION.—Sub-

15 section (b) of section 311 of the Atomic Energy Act of

16 1954 (42 U.S.C. 2286) is amended by adding at the end

17 the following new paragraph:

18     "(4) The President shall enter into an arrangement

19 with the National Academy of Sciences under which the

20 National Academy shall maintain a list of individuals who

21 meet the qualifications described in paragraph (1) to as-

22 sist the President in selecting individuals to nominate for

23 positions as members of the Board.".

24     (b) TERMS OF MEMBERS.—

WASHSTATEC013049

1949

1　　　　(1) IN GENERAL.—Subsection (d) of such sec-
2　　tion is amended—

3　　　　　　(A) in paragraph (1), by striking the sec-
4　　　　ond sentence and inserting the following new
5　　　　sentences: "A member may be reappointed for
6　　　　a second term only if the member was con-
7　　　　firmed by the Senate more than two years into
8　　　　the member's first term. A member may not be
9　　　　reappointed for a third term."; and

10　　　　　　(B) in paragraph (3)—

11　　　　　　　　(i) by striking "Any member" and in-
12　　　　　　serting "(A) Any member";

13　　　　　　　　(ii) by striking the second sentence;
14　　　　　　and

15　　　　　　　　(iii) by adding at the end the fol-
16　　　　　　lowing new subparagraph:

17　　"(B) A member may not serve after the expiration
18　of the member's term, unless the departure of the member
19　would result in the loss of a quorum for the Board. If
20　more than one member is serving after the expiration of
21　the member's term and a new member is appointed to the
22　Board so that one of the members serving after the expira-
23　tion of the member's term is no longer necessary to main-
24　tain a quorum, the member whose term expired first may
25　no longer serve on the Board.".

WASHSTATEC013050

1950

1    (2) EFFECTIVE DATE.—The amendments made

2    by paragraph (1) shall take effect on the date that

3    is one year after the date of the enactment of this

4    Act.

5    (c) FILLING VACANCIES.—Such subsection is further

6    amended by adding at the end the following new para-

7    graph:

8    "(4)(A) Not later than 180 days after the expiration

9    of the term of a member of the Board, the President

10   shall—

11       "(i) submit to the Senate the nomination of an

12       individual to fill the vacancy; or

13       "(ii) submit to the Committee on Armed Serv-

14       ices of the Senate a report that includes—

15          "(I) a description of the reasons the Presi-

16          dent did not submit such a nomination; and

17          "(II) a plan for submitting such a nomina-

18          tion during the 90-day period following the sub-

19          mission of the report.

20   "(B) If the President does not submit to the Senate

21   the nomination of an individual to fill a vacancy during

22   the 90-day period described in subclause (II) of subpara-

23   graph (A)(ii), the President shall submit to the Committee

24   on Armed Services a report described in that subpara-

WASHSTATEC013051

1951

1 graph not less frequently than every 90 days until the

2 President submits such a nomination.''.

# TITLE XXXIV—NAVAL PETROLEUM RESERVES

Sec. 3401. Authorization of appropriations.

## SEC. 3401. AUTHORIZATION OF APPROPRIATIONS.

6 (a) AMOUNT.—There are hereby authorized to be ap-

7 propriated to the Secretary of Energy $14,000,000 for fis-

8 cal year 2020 for the purpose of carrying out activities

9 under chapter 869 of title 10, United States Code, relating

10 to the naval petroleum reserves.

11 (b) PERIOD OF AVAILABILITY.—Funds appropriated

12 pursuant to the authorization of appropriations in sub-

13 section (a) shall remain available until expended.

# TITLE XXXV—MARITIME MATTERS

Subtitle A—Maritime Administration

Sec. 3501. Authorization of the Maritime Administration.
Sec. 3502. Reauthorization of Maritime Security Program.
Sec. 3503. Maritime technical assistance program.
Sec. 3504. Appointment of candidates attending sponsored preparatory school.
Sec. 3505. General support program.
Sec. 3506. Improvements to the maritime guaranteed loan program.
Sec. 3507. Requirement for small shipyard grantees.
Sec. 3508. Salvage recoveries of cargoes.
Sec. 3509. Salvage recoveries for subrogated ownership of vessels and cargoes.
Sec. 3510. Maritime Occupational Safety and Health Advisory Committee.
Sec. 3511. Military to mariner.
Sec. 3512. Department of Transportation Inspector General Report.
Sec. 3513. Independent study on the United States Merchant Marine Academy.
Sec. 3514. Port operations, research, and technology.
Sec. 3515. Assessment and report on strategic seaports.
Sec. 3516. Technical corrections.
Sec. 3517. United States Merchant Marine Academy sexual assault prevention
          and response program.

WASHSTATEC013052

## 1952

Sec. 3518. Report on vessels for emerging offshore energy infrastructure.
Sec. 3519. Report on United States flagged fuel tanker vessel capacity.

### Subtitle B—Cable Security Fleet

Sec. 3521. Establishment of Cable Security Fleet.

### Subtitle C—Maritime SAFE Act

Sec. 3531. Short titles.
Sec. 3532. Definitions.
Sec. 3533. Purposes.
Sec. 3534. Statement of policy.

### Part I—Programs to Combat IUU Fishing and Increase Maritime Security

Sec. 3541. Coordination with international organizations.
Sec. 3542. Engagement of diplomatic missions of the United States.
Sec. 3543. Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states.
Sec. 3544. Expansion of existing mechanisms to combat IUU fishing.
Sec. 3545. Improvement of transparency and traceability programs.
Sec. 3546. Technology programs.
Sec. 3547. Savings clause.

### Part II—Establishment of Interagency Working Group on IUU Fishing

Sec. 3551. Interagency Working Group on IUU Fishing.
Sec. 3552. Strategic plan.
Sec. 3553. Reports.
Sec. 3554. Gulf of Mexico IUU Fishing Subworking Group.

### Part III—Combating Human Trafficking in Connection With the Catching and Processing of Seafood Products

Sec. 3561. Finding.
Sec. 3562. Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking.
Sec. 3563. Human trafficking in the seafood supply chain report.

### Part IV—Authorization of Appropriations

Sec. 3571. Authorization of appropriations.
Sec. 3572. Accounting of funds.

WASHSTATEC013053

1953

# Subtitle A—Maritime Administration

**SEC. 3501. AUTHORIZATION OF THE MARITIME ADMINIS-TRATION.**

(a) IN GENERAL.—There are authorized to be appropriated to the Department of Transportation for fiscal year 2020, to be available without fiscal year limitation if so provided in appropriations Acts, for programs associated with maintaining the United States Merchant Marine, the following amounts:

(1) For expenses necessary for operations of the United States Merchant Marine Academy, $95,944,000, of which—

(A) $77,944,000 shall remain available until September 30, 2021 for Academy operations; and

(B) $18,000,000 shall remain available until expended for capital asset management at the Academy.

(2) For expenses necessary to support the State maritime academies, $50,280,000, of which—

(A) $2,400,000 shall remain available until September 30, 2021, for the Student Incentive Program;

WASHSTATEC013054

1954

1    (B) $6,000,000 shall remain available until

2    expended for direct payments to such acad-

3    emies;

4    (C) $30,080,000 shall remain available

5    until expended for maintenance and repair of

6    State maritime academy training vessels;

7    (D) $3,800,000 shall remain available until

8    expended for training ship fuel assistance; and

9    (E) $8,000,000 shall remain available until

10    expended for offsetting the costs of training

11    ship sharing.

12    (3) For expenses necessary to support the Na-

13    tional Security Multi-Mission Vessel Program,

14    $600,000,000, which shall remain available until ex-

15    pended.

16    (4) For expenses necessary to support Maritime

17    Administration operations and programs,

18    $60,442,000, of which $5,000,000 shall remain

19    available until expended for activities authorized

20    under section 50307 of title 46, United States Code.

21    (5) For expenses necessary to dispose of vessels

22    in the National Defense Reserve Fleet, $5,000,000,

23    which shall remain available until expended.

24    (6) For expenses necessary to maintain and

25    preserve a United States flag Merchant Marine to

WASHSTATEC013055

1955

1    serve the national security needs of the United

2    States under chapter 531 of title 46, United States

3    Code, $300,000,000, which shall remain available

4    until expended.

5        (7) For expenses necessary for the loan guar-

6    antee program authorized under chapter 537 of title

7    46, United States Code, $33,000,000, of which—

8            (A) $30,000,000 may be used for the cost

9        (as defined in section 502(5) of the Federal

10       Credit Reform Act of 1990 (2 U.S.C. 661a(5))

11       of loan guarantees under the program, which

12       shall remain available until expended; and

13           (B) $3,000,000 may be used for adminis-

14       trative expenses relating to loan guarantee com-

15       mitments under the program.

16       (8) For expenses necessary to provide assist-

17   ance to small shipyards and for maritime training

18   programs under section 54101 of title 46, United

19   States Code, $40,000,000, which shall remain avail-

20   able until expended.

21       (9) For expenses necessary to implement the

22   Port and Intermodal Improvement Program,

23   $500,000,000, except that no funds shall be used for

24   a grant award to purchase fully automated cargo

25   handling equipment that is remotely operated or re-

WASHSTATEC013056

1956

1  motely monitored with or without the exercise of

2  human intervention or control, if the Secretary de-

3  termines such equipment would result in a net loss

4  of jobs within a port or port terminal.

**SEC. 3502. REAUTHORIZATION OF MARITIME SECURITY**

**PROGRAM.**

7  (a) AWARD OF OPERATING AGREEMENTS.—Section

8  53103 of title 46, United States Code, is amended by

9  striking "2025" each place it appears and inserting

10  "2035".

11  (b) EFFECTIVENESS OF OPERATING AGREE-

12  MENTS.—Section 53104(a) of title 46, United States

13  Code, is amended by striking "2025" and inserting

14  "2035".

15  (c) PAYMENTS.—Section 53106(a)(1) of title 46,

16  United States Code, is amended—

17  (1) in subparagraph (B), by striking "and";

18  (2) in subparagraph (C), by striking

19  "$3,700,000 for each of fiscal years 2022, 2023,

20  2024, and 2025." and inserting "$5,300,000 for

21  each of fiscal years 2022, 2023, 2024, and 2025;";

22  and

23  (3) by adding at the end the following new sub-

24  paragraphs:

WASHSTATEC013057

1957

1          "(D) $5,800,000 for each of fiscal years

2      2026, 2027, and 2028;

3          "(E) $6,300,000 for each of fiscal years

4      2029, 2030, and 2031; and

5          "(F) $6,800,000 for each of fiscal years

6      2032, 2033, 2034, and 2035.".

7      (d) AUTHORIZATION OF APPROPRIATIONS.—Section

8  53111 of title 46, United States Code, is amended—

9          (1) in paragraph (2), by striking "and";

10         (2)   in   paragraph   (3),   by   striking

11     "$222,000,000   for   each   fiscal   year   thereafter

12     through   fiscal   year   2025."   and   inserting

13     "$318,000,000 for each of fiscal years 2022, 2023,

14     2024, and 2025;"; and

15         (3) by adding at the end the following new

16     paragraphs:

17         "(4) $348,000,000 for each of fiscal years

18     2026, 2027, and 2028;

19         "(5) $378,000,000 for each of fiscal years

20     2029, 2030, and 2031; and

21         "(6) $408,000,000 for each of fiscal years

22     2032, 2033, 2034, and 2035.".

23  **SEC. 3503. MARITIME TECHNICAL ASSISTANCE PROGRAM.**

24     Section 50307 of title 46, United States Code, is

25  amended—

WASHSTATEC013058

1958

1     (1) in subsection (a), by striking ''The Sec-
2 retary of Transportation may engage in the environ-
3 mental study'' and inserting ''The Secretary of
4 Transportation, acting through the Maritime Admin-
5 istrator, shall engage in the study'';

6     (2) in subsection (b)—

7         (A) by striking ''may—'' and all that fol-
8 lows through ''improvements by—'' and insert-
9 ing ''shall identify, study, evaluate, test, dem-
10 onstrate, or improve emerging marine tech-
11 nologies and practices to improve—'';

12         (B) by inserting before subparagraph (A)
13 the following:

14    ''(1) environmental performance to meet United
15 States Federal and international standards and
16 guidelines, including—'';

17         (C) in subparagraph (C), by striking ''spe-
18 cies; and'' and all that follows through the end
19 of the subsection and inserting ''species; or

20         ''(D) reducing propeller cavitation; and

21    ''(2) the efficiency and safety of domestic mari-
22 time industries.''.

23     (3) in subsection (c)(2), by striking ''benefits''
24 and inserting ''or other benefits to domestic mari-
25 time industries''; and

WASHSTATEC013059

1959

1    (4) by adding at the end the following:

2    "(e) LIMITATIONS ON THE USE OF FUNDS.—Not

3    more than three percent of the funds appropriated to carry

4    out this section may be used for administrative pur-

5    poses.".

6    **SEC. 3504. APPOINTMENT OF CANDIDATES ATTENDING**

7    **SPONSORED PREPARATORY SCHOOL.**

8    Section 51303 of title 46, United States Code, is

9    amended—

10    (1) by striking "The Secretary" and inserting

11    the following:

12    "(a) IN GENERAL.—The Secretary"; and

13    (2) by adding at the end the following:

14    "(b) APPOINTMENT OF CANDIDATES SELECTED FOR

15    PREPARATORY SCHOOL SPONSORSHIP.—The Secretary of

16    Transportation may appoint each year as cadets at the

17    United States Merchant Marine Academy not more than

18    40 qualified individuals sponsored by the Academy to at-

19    tend preparatory school during the academic year prior

20    to entrance in the Academy, and who have successfully

21    met the terms and conditions of sponsorship set by the

22    Academy.".

23    **SEC. 3505. GENERAL SUPPORT PROGRAM.**

24    Section 51501 of title 46, United States Code, is

25    amended by adding at the end the following:

WASHSTATEC013060

1960

1    ''(c) AMERICAN MARITIME CENTERS OF EXCEL-

2  LENCE.—The Secretary shall designate each State mari-

3  time academy as an American Maritime Center of Excel-

4  lence.''.

5  **SEC. 3506. IMPROVEMENTS TO THE MARITIME GUARAN-**

6           **TEED LOAN PROGRAM.**

7    (a) DEFINITIONS.—Section 53701 of title 46, United

8  States Code, is amended—

9        (1) by striking paragraph (5);

10       (2) by redesignating paragraphs (6) through

11    (15) as paragraphs (5) through (14), respectively;

12    and

13       (3) by adding at the end the following:

14       ''(15) VESSEL OF NATIONAL INTEREST.—The

15    term 'Vessel of National Interest' means a vessel

16    deemed to be of national interest that meets charac-

17    teristics determined by the Administrator, in con-

18    sultation with the Secretary of Defense, the Sec-

19    retary of the Department in which the Coast Guard

20    is operating when it is not operating as a service in

21    the Department of the Navy, or the heads of other

22    Federal agencies, as described in section 53703(d).''.

23    (b) PREFERRED LENDER.—Subsection (a) of section

24  53702 of title 46, United States Code, is amended to read

25  as follows:

WASHSTATEC013061

1961

1     "(a) IN GENERAL.—

2       "(1) GUARANTEE OF PAYMENTS.—The Sec-

3 retary or Administrator, on terms the Secretary or

4 Administrator may prescribe, may guarantee or

5 make a commitment to guarantee the payment of

6 the principal of and interest on an obligation eligible

7 to be guaranteed under this chapter. A guarantee or

8 commitment to guarantee shall cover 100 percent of

9 the principal and interest.

10       "(2) PREFERRED ELIGIBLE LENDER.—The

11 Federal Financing Bank shall be the preferred eligi-

12 ble lender of the principal and interest of the guar-

13 anteed obligations issued under this chapter.".

14     (c) APPLICATION AND ADMINISTRATION.—Section

15 53703 of title 46, United States Code, is amended—

16       (1) in the section heading, by striking "**proce-**

17 **dures**" and inserting "**and administration**";

18 and

19       (2) by adding at the end the following:

20     "(c) INDEPENDENT ANALYSIS.—

21       "(1) IN GENERAL.—To assess and mitigate the

22 risks due to factors associated with markets, tech-

23 nology, financial, or legal structures related to an

24 application or guarantee under this chapter, the Sec-

WASHSTATEC013062

1962

1 retary or Administrator may utilize third party ex-

2 perts, including legal counsel, to—

3     ''(A) process and review applications under

4 this chapter, including conducting independent

5 analysis and review of aspects of an application;

6     ''(B) represent the Secretary or Adminis-

7 trator in structuring and documenting the obli-

8 gation guarantee;

9     ''(C) analyze and review aspects of, struc-

10 ture, and document the obligation guarantee

11 during the term of the guarantee;

12     ''(D) recommend financial covenants or fi-

13 nancial ratios to be met by the applicant during

14 the time a guarantee under this chapter is out-

15 standing that are—

16         ''(i) based on the financial covenants

17 or financial ratios, if any, that are then ap-

18 plicable to the obligor under private sector

19 credit agreements; and

20         ''(ii) in lieu of other financial cov-

21 enants applicable to the obligor under this

22 chapter with respect to requirements re-

23 garding long-term debt-to-equity, minimum

24 working capital, or minimum amount of

25 equity; and

WASHSTATEC013063

1963

1  ''(E) represent the Secretary or Adminis-
2  trator to protect the security interests of the
3  Government relating to an obligation guarantee.

4  ''(2) PRIVATE SECTOR EXPERT.—Independent
5  analysis, review, and representation conducted under
6  this subsection shall be performed by a private sec-
7  tor expert in the applicable field who is selected by
8  the Secretary or Administrator.

9  ''(d) VESSELS OF NATIONAL INTEREST.—

10  ''(1) NOTICE OF FUNDING.—The Secretary or
11  Administrator may post a notice in the Federal Reg-
12  ister regarding the availability of funding for obliga-
13  tion guarantees under this chapter for the construc-
14  tion, reconstruction, or reconditioning of a Vessel of
15  National Interest and include a timeline for the sub-
16  mission of applications for such vessels.

17  ''(2) VESSEL CHARACTERISTICS.—

18  ''(A) IN GENERAL.—The Secretary or Ad-
19  ministrator, in consultation with the Secretary
20  of Defense, the Secretary of the Department in
21  which the Coast Guard is operating when it is
22  not operating as service in the Department of
23  the Navy, or the heads of other Federal agen-
24  cies, shall develop and publish a list of vessel

WASHSTATEC013064

1964

1  types that would be considered Vessels of Na-

2  tional Interest.

3     "(B) REVIEW.—Such list shall be reviewed

4  and revised every four years or as necessary, as

5  determined by the Administrator.".

6  (d) FUNDING LIMITS.—Section 53704 of title 46,

7  United States Code, is amended—

8     (1) in subsection (a)—

9        (A) by striking "that amount" and all the

10   follows through "$850,000,000" and inserting

11   "that amount, $850,000,000"; and

12       (B) by striking "facilities" and all that fol-

13   lows through the end of the subsection and in-

14   serting "facilities."; and

15    (2) in subsection (c)(4)—

16       (A) by striking subparagraph (A); and

17       (B) by redesignating subparagraphs (B)

18   through (K), as subparagraphs (A) through (J),

19   respectively.

20  (e) ELIGIBLE PURPOSES OF OBLIGATIONS.—Section

21  53706 of title 46, United States Code, is amended—

22    (1) in subsection (a)(1)(A)—

23       (A) in the matter preceding clause (i), by

24   striking "(including an eligible export vessel)";

WASHSTATEC013065

1965

1    (B) in clause (iv) by inserting "or" after

2    the semicolon;

3    (C) in clause (v), by striking "; or" and in-

4    serting a period; and

5    (D) by striking clause (vi); and

6    (2) in subsection (c)(1)—

7    (A) in subparagraph (A), by striking

8    "and" after the semicolon;

9    (B) in subparagraph (B)(ii), by striking

10    the period at the end and inserting "; and";

11    and

12    (C) by adding at the end the following:

13    "(C) after applying subparagraphs (A) and

14    (B), Vessels of National Interest.".

15    (f) AMOUNT OF OBLIGATIONS.—Section 53709(b) of

16    title 46, United States Code, is amended—

17    (1) by striking paragraphs (3) and (6); and

18    (2) by redesignating paragraphs (4) and (5) as

19    paragraphs (3) and (4), respectively.

20    (g) CONTENTS OF OBLIGATIONS.—Section 53710 of

21    title 46, United States Code, is amended—

22    (1) in subsection (a)(4)—

23    (A) in subparagraph (A)—

24    (i) by striking "or, in the case of" and

25    all that follows through "party"; and

WASHSTATEC013066

1966

1    (ii) by striking "and" after the semi-
2    colon; and

3    (B) in subparagraph (B), by striking the
4    period at the end and inserting "; and"; and

5    (C) by adding at the end the following:

6    "(C) documented under the laws of the
7    United States for the term of the guarantee of
8    the obligation or until the obligation is paid in
9    full, whichever is sooner."; and

10    (2) in subsection (c)—

11    (A) in the subsection heading, by inserting
12    "AND PROVIDE FOR THE FINANCIAL STABILITY
13    OF THE OBLIGOR" after "INTERESTS";

14    (B) by striking "provisions for the protec-
15    tion of" and inserting "provisions, which shall
16    include—

17    "(1) provisions for the protection of";

18    (C) by striking ", and other matters that
19    the Secretary or Administrator may prescribe."
20    and inserting, "; and"; and

21    (D) by adding at the end the following:

22    "(2) any other provisions that the Secretary or
23    Administrator may prescribe.".

24    (h) ADMINISTRATIVE FEES.—Section 53713 of title
25    46, United States Code, is amended—

WASHSTATEC013067

1967

1  (1) in subsection (a)—

2  (A) in the matter preceding paragraph (1),

3  by striking "reasonable for—" and inserting "

4  reasonable for processing the application and

5  monitoring the loan guarantee, including for—

6  ";

7  (B) in paragraph (4), by striking "; and"

8  and inserting "or a deposit fund under section

9  53716 of this title;";

10  (C) in paragraph (5), by striking the pe-

11  riod at the end and inserting "; and"; and

12  (D) by adding at the end the following:

13  "(6) monitoring and providing services related

14  to the obligor's compliance with any terms related to

15  the obligations, the guarantee, or maintenance of the

16  Secretary or Administrator's security interests under

17  this chapter."; and

18  (2) in subsection (e)—

19  (A) in paragraph (1), by striking "under

20  section 53708(d) of this title" and inserting

21  "under section 53703(e) of this title";

22  (B) by redesignating paragraphs (1)

23  through (3) as subparagraphs (A) through (C),

24  respectively, and adjusting the margins accord-

25  ingly;

WASHSTATEC013068

1968

1      (C) by striking ''The Secretary'' and in-

2    serting the following:

3     ''(1) IN GENERAL.—The Secretary''; and

4      (D) by adding at the end the following:

5     ''(2) FEE LIMITATION INAPPLICABLE.—Fees

6    collected under this subsection are not subject to the

7    limitation of subsection (b).''.

8    (i) BEST PRACTICES; ELIGIBLE EXPORT VESSELS.—

9  Chapter 537 of title 46, United States Code, is further

10  amended—

11     (1) in subchapter I, by adding at the end the

12    following new section:

13  **''§ 53719. Best practices**

14    ''The Secretary or Administrator shall ensure that all

15  standard documents and agreements that relate to loan

16  guarantees made pursuant to this chapter are reviewed

17  and updated every four years to ensure that such docu-

18  ments and agreements meet the current commercial best

19  practices to the extent permitted by law.''; and

20     (2) in subchapter III, by striking section

21    53732.

22    (j) EXPEDITED CONSIDERATION OF LOW-RISK AP-

23  PLICATIONS.—

24     (1) IN GENERAL.—In accordance with the re-

25    quirements of this subsection, the Administrator

WASHSTATEC013069

1969

1  shall establish an administrative process and issue

2  guidance for the expedited consideration of low-risk

3  applications submitted under chapter 537 of title 46,

4  United States Code.

5  (2) STAKEHOLDER COMMENT.—Not later than

6  180 days after the date of enactment of this section,

7  the Administrator of the Maritime Administration

8  shall publish in the Federal Register a notice of a

9  45-day public comment period to request stakeholder

10  input and recommendations to establish the adminis-

11  trative process required under this subsection, in-

12  cluding proposals to assist applicants—

13  (A) in the development and submission of

14  initial applications;

15  (B) in meeting requests for supplemental

16  information made by the Administrator; and

17  (C) to comply with other requirements

18  made by the Administrator to ensure the expe-

19  dited consideration of applications.

20  (3) INDUSTRY BEST PRACTICES.—The adminis-

21  trative process established under this subsection

22  shall utilize, to the extent practicable, relevant Fed-

23  eral and industry best practices found in the mari-

24  time and shipbuilding industries.

WASHSTATEC013070

1970

1     (4) FINAL GUIDANCE.—Not later than 90 days

2  after the conclusion of the public comment period re-

3  quired under paragraph (2), the Administrator shall

4  publish in the Federal Register final guidance to as-

5  sist applicants in the preparation and filing of appli-

6  cations under this subsection.

7  (k) CONGRESSIONAL NOTIFICATION.—

8     (1) NOTIFICATION.—Not less than 60 days be-

9  fore reorganizing or consolidating the activities or

10  personnel covered under chapter 537 of title 46,

11  United States Code, the Secretary of Transportation

12  shall notify, in writing, the Committee on Com-

13  merce, Science, and Transportation of the Senate

14  and the Committee on Transportation and Infra-

15  structure of the House of Representatives of the

16  proposed reorganization or consolidation.

17     (2) CONTENTS.—Each notification under para-

18  graph (1) shall include an evaluation of, and jus-

19  tification for, the reorganization or consolidation.

20  (l) CLERICAL AMENDMENTS.—The table of sections

21  at the beginning of chapter 537 of title 46, United States

22  Code, is amended—

23     (1) by inserting after the item relating to sec-

24  tion 53718 the following new item:

"53719. Best practices."; and

WASHSTATEC013071

1971

1    (2) by striking the item relating to section

2    53732.

### SEC. 3507. REQUIREMENT FOR SMALL SHIPYARD GRANT-

    EES.

5    (a) IN GENERAL.—Section 54101(d) of title 46,

6    United States Code, is amended—

7        (1) by striking "Grants awarded" and inserting

8    the following:

9        "(1) IN GENERAL.—Grants awarded"; and

10        (2) by adding at the end the following:

11        "(2) BUY AMERICA.—

12            "(A) IN GENERAL.—Subject to subpara-

13        graph (B), no funds may be obligated by the

14        Administrator of the Maritime Administration

15        under this section, unless each product and ma-

16        terial purchased with those funds (including

17        products and materials purchased by a grant-

18        ee), and including any commercially available

19        off-the-shelf item, is—

20            "(i) an unmanufactured article, mate-

21        rial, or supply that has been mined or pro-

22        duced in the United States; or

23            "(ii) a manufactured article, material,

24        or supply that has been manufactured in

25        the United States substantially all from ar-

WASHSTATEC013072

1972

1    ticles, materials, or supplies mined, pro-
2    duced, or manufactured in the United
3    States.

4    "(B) EXCEPTIONS.—

5        "(i) IN GENERAL.—Notwithstanding
6    subparagraph (A), the requirements of
7    that subparagraph shall not apply with re-
8    spect to a particular product or material if
9    the Administrator determines—

10           "(I) that the application of those
11       requirements would be inconsistent
12       with the public interest;

13           "(II) that such product or mate-
14       rial is not available in the United
15       States in sufficient and reasonably
16       available quantities, of a satisfactory
17       quality, or on a timely basis; or

18           "(III) that inclusion of a domes-
19       tic product or material will increase
20       the cost of that product or material by
21       more than 25 percent, with respect to
22       a certain contract between a grantee
23       and that grantee's supplier.

24       "(ii) FEDERAL REGISTER.—A deter-
25    mination made by the Administrator under

WASHSTATEC013073

1973

1 this subparagraph shall be published in the

2 Federal Register.

3 ''(C) DEFINITIONS.—In this paragraph:

4 ''(i) The term 'commercially available

5 off-the-shelf item' means—

6 ''(I) any item of supply (includ-

7 ing construction material) that is—

8 ''(aa) a commercial item, as

9 defined by section 2.101 of title

10 48, Code of Federal Regulations

11 (as in effect on the date of the

12 enactment of the National De-

13 fense Authorization Act for Fis-

14 cal Year 2020); and

15 ''(bb) sold in substantial

16 quantities in the commercial

17 marketplace; and

18 ''(II) does not include bulk cargo,

19 as defined in section 40102(4) of this

20 title, such as agricultural products

21 and petroleum products.

22 ''(ii) The term 'product or material'

23 means an article, material, or supply

24 brought to the site by the recipient for in-

25 corporation into the building, work, or

WASHSTATEC013074

1974

1     project. The term also includes an item
2     brought to the site preassembled from arti-
3     cles, materials, or supplies. However, emer-
4     gency life safety systems, such as emer-
5     gency lighting, fire alarm, and audio evac-
6     uation systems, that are discrete systems
7     incorporated into a public building or work
8     and that are produced as complete sys-
9     tems, are evaluated as a single and distinct
10     construction material regardless of when or
11     how the individual parts or components of
12     those systems are delivered to the con-
13     struction site.

14        ''(iii) The term 'United States' in-
15     cludes the District of Columbia, the Com-
16     monwealth of Puerto Rico, the Northern
17     Mariana Islands, Guam, American Samoa,
18     and the Virgin Islands.''.

19   (b) AUTHORIZATION OF APPROPRIATIONS.—Section
20 54101(i) of title 46, United States Code, is amended—
21        (1) by striking ''2018, 2019, and 2020'' and in-
22   serting ''2020 and 2021''; and
23        (2) by striking ''$35,000,000'' and inserting
24   ''$40,000,000''.

WASHSTATEC013075

1975

1 (c) NOTIFICATION OF COMMITTEES OF CERTAIN
2 PROPOSED OBLIGATIONS.—The first section of Public
3 Law 85-804 (50 U.S.C. 1431) is amended, in the third
4 sentence, by inserting "and in addition, the Committee on
5 Transportation and Infrastructure of the House of Rep-
6 resentatives and the Committee on Commerce, Science,
7 and Transportation of the Senate with respect to con-
8 tracts, or modifications or amendments to contracts, or
9 advance payments proposed to be made under this section
10 by the Secretary of the Department in which the Coast
11 Guard is operating with respect to the acquisition of Coast
12 Guard cutters or aircraft," after "House of Representa-
13 tives".

**SEC. 3508. SALVAGE RECOVERIES OF CARGOES.**

15 Section 57107 of title 46, United States Code, is
16 amended by adding at the end the following:

17 "(c) SALVAGING CARGOES.—

18 "(1) REIMBURSABLE AGREEMENTS.—The Sec-
19 retary of Transportation, acting through the Admin-
20 istrator of the Maritime Administration, may enter
21 into reimbursable agreements with other Federal en-
22 tities to provide legal services to such entities relat-
23 ing to the salvaging of cargoes for which such enti-
24 ties have custody, or control, or for which for such
25 entities have trustee responsibilities from vessels in

WASHSTATEC013076

1976

1    the custody or control of the Maritime Administra-

2    tion or its predecessor agencies. The Secretary may

3    receive and retain reimbursement from such entities

4    for all costs incurred related to the provision of such

5    services.

6        "(2) AMOUNTS RECEIVED.—Amounts received

7    as reimbursements under this subsection shall be

8    credited to the fund or account that was used to

9    cover the costs incurred by the Secretary or, if the

10    period of availability of obligations for that appro-

11    priation has expired, to the appropriation of funds

12    that is currently available to the Secretary for sub-

13    stantially the same purpose. Amounts so credited

14    shall be merged with amounts in such fund or ac-

15    count and shall be available for the same purposes,

16    and subject to the same conditions and limitations,

17    as amounts in such fund or account.

18        "(3) ADVANCE PAYMENTS.—Payments made in

19    advance shall be for any part of the estimated cost

20    as determined by the Secretary of Transportation.

21    Adjustments to the amounts paid in advance shall be

22    made as agreed to by the Secretary of Transpor-

23    tation and the head of the ordering agency or unit

24    based on the actual cost of goods or services pro-

25    vided.".

WASHSTATEC013077

1977

1 **SEC. 3509. SALVAGE RECOVERIES FOR SUBROGATED OWN-**

2 **ERSHIP OF VESSELS AND CARGOES.**

3   (a) IN GENERAL.—Chapter 571 of title 46, United

4 States Code, as amended by this title, is further amended

5 by adding at the end the following new section:

6 **"SEC. 57111. SALVAGE RECOVERIES FOR SUBROGATED**

7 **OWNERSHIP OF VESSELS AND CARGOES.**

8   "(a) SALVAGE AGREEMENTS.—The Secretary of

9 Transportation is authorized to enter into marine salvage

10 agreements for the recoveries, sale, and disposal of sunken

11 or damaged vessels, cargoes, or properties owned or in-

12 sured by or on behalf of the Maritime Administration, the

13 United States Shipping Board, the U.S. Shipping Bureau,

14 the United States Maritime Commission, or the War Ship-

15 ping Administration.

16   "(b) MILITARY CRAFT.—The Secretary of Transpor-

17 tation shall consult with the Secretary of the military de-

18 partment concerned prior to engaging in or authorizing

19 any activity under subsection (a) that will disturb sunken

20 military craft, as such term is defined in section 1408(3)

21 of the Ronald W. Reagan National Defense Authorization

22 Act for Fiscal Year 2005 (Public Law 108–375; 10 U.S.C.

23 113 note).

24   "(c) RECOVERIES.—Notwithstanding any other pro-

25 vision of law, the net proceeds from salvage agreements

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013078

1978

1 entered into as authorized in subsection (a) shall remain
2 available until expended and be distributed as follows:

3     ''(1) Fifty percent shall be available to the Ad-
4     ministrator of the Maritime Administration for the
5     payment or reimbursement of expenses incurred by
6     or on behalf of State maritime academies or the
7     United States Merchant Marine Academy for facility
8     and training ship maintenance, repair, and mod-
9     ernization, and for the purchase of simulators and
10     fuel.

11     ''(2) The remainder shall be distributed for
12     maritime heritage preservation to the Department of
13     the Interior for grants as authorized by section
14     308703 of title 54.''.

15     (b) CLERICAL AMENDMENT.—The table of sections
16 at the beginning of such chapter, as amended by this title,
17 is further amended by adding at the end the following new
18 item:

    ''57111. Salvage recoveries for subrogated ownership of vessels and cargoes.''.

**SEC. 3510. MARITIME OCCUPATIONAL SAFETY AND HEALTH**
**ADVISORY COMMITTEE.**

21     Section 7 of the Occupational Safety and Health Act
22 of 1970 (29 U.S.C. 656) is amended by adding at the end
23 the following:

24     ''(d) There is established a Maritime Occupational
25 Safety and Health Advisory Committee, which shall be a

WASHSTATEC013079

1979

1 continuing body and shall provide advice to the Secretary
2 in formulating maritime industry standards and regarding
3 matters pertaining to the administration of this Act re-
4 lated to the maritime industry. The composition of such
5 advisory committee shall be consistent with the advisory
6 committees established under subsection (b). A member
7 of the advisory committee who is otherwise qualified may
8 continue to serve until a successor is appointed. The Sec-
9 retary may promulgate or amend regulations as necessary
10 to implement this subsection.''.

## SEC. 3511. MILITARY TO MARINER.

12 (a) CREDENTIALING SUPPORT.—Not later than one
13 year after the date of enactment of this title, the Secretary
14 of Defense, the Secretary of the Department in which the
15 Coast Guard is operating when it is not operating as a
16 service in the Department of the Navy, the Secretary of
17 Commerce, and the Secretary of Health and Human Serv-
18 ices, with respect to the applicable services in their respec-
19 tive departments, and in coordination with one another
20 and with the United States Committee on the Marine
21 Transportation System, and in consultation with the Mer-
22 chant Marine Personnel Advisory Committee, shall, con-
23 sistent with applicable law, identify all training and experi-
24 ence within the applicable service that may qualify for
25 merchant mariner credentialing and submit a list of all

WASHSTATEC013080

1980

1 identified training and experience to the United States
2 Coast Guard National Maritime Center for a determina-
3 tion of whether such training and experience counts for
4 credentialing purposes.

5 (b) REVIEW OF APPLICABLE SERVICE.—The United
6 States Coast Guard Commandant shall make a determina-
7 tion of whether training and experience counts for
8 credentialing purposes, as described in subsection (a), not
9 later than 6 months after the date on which the United
10 States Coast Guard National Maritime Center receives a
11 submission under subsection (a) identifying a training or
12 experience and requesting such a determination.

13 (c) FEES AND SERVICES.—The Secretary of Defense,
14 the Secretary of the Department in which the Coast Guard
15 is operating when it is not operating as a service in the
16 Department of the Navy, and the Secretary of Commerce,
17 with respect to the applicable services in their respective
18 departments, shall—

19 (1) take all necessary and appropriate actions
20 to provide for the waiver of fees through the Na-
21 tional Maritime Center license evaluation, issuance,
22 and examination for members of the uniformed serv-
23 ices on active duty, if a waiver is authorized and ap-
24 propriate, and, if a waiver is not granted, take all
25 necessary and appropriate actions to provide for the

WASHSTATEC013081

1981

1    payment of fees for members of the uniformed serv-

2    ices on active duty by the applicable service to the

3    fullest extent permitted by law;

4        (2) direct the applicable services to take all nec-

5    essary and appropriate actions to provide for Trans-

6    portation Worker Identification Credential cards for

7    members of the uniformed services on active duty

8    pursuing or possessing a mariner credential, such as

9    implementation of an equal exchange process for

10   members of the uniformed services on active duty at

11   no or minimal cost;

12       (3) ensure that members of the applicable serv-

13   ices who are to be discharged or released from active

14   duty and who request certification or verification of

15   sea   service   be   provided   such   certification   or

16   verification no later than one month after discharge

17   or release;

18       (4) ensure the applicable services have devel-

19   oped, or continue to operate, as appropriate, the on-

20   line resource known as Credentialing Opportunities

21   On-Line to support separating members of the uni-

22   formed services who are seeking information and as-

23   sistance on merchant mariner credentialing; and

24       (5) not later than 1 year after the date of en-

25   actment of this section, take all necessary and ap-

WASHSTATEC013082

1982

1  propriate actions to review and implement service-re-

2  lated medical certifications to merchant mariner cre-

3  dential requirements.

4  (d) ADVANCING MILITARY TO MARINER WITHIN THE

5  EMPLOYER AGENCIES.—

6   (1) IN GENERAL.—The Secretary of Defense,

7   the Secretary of the Department in which the Coast

8   Guard is operating when it is not operating as a

9   service in the Department of the Navy, and the Sec-

10   retary of Commerce shall have direct hiring author-

11   ity to employ separated members of the uniformed

12   services with valid merchant mariner licenses or sea

13   service experience in support of United States na-

14   tional maritime needs, including the Army Corps of

15   Engineers, U.S. Customs and Border Protection,

16   and the National Oceanic and Atmospheric Adminis-

17   tration.

18   (2) APPOINTMENTS OF RETIRED MEMBERS OF

19   THE ARMED FORCES.—Except in the case of posi-

20   tions in the Senior Executive Service, the require-

21   ments of section 3326(b) of title 5, United States

22   Code, shall not apply with respect to the hiring of

23   a separated member of the uniformed services under

24   paragraph (1).

WASHSTATEC013083

1983

1   (e) SEPARATED MEMBER OF THE UNIFORMED SERV-

2   ICES.—In this section, the term ''separated member of the

3   uniformed services'' means an individual who—

4       (1) is retiring or is retired as a member of the

5       uniformed services;

6       (2) is voluntarily separating or voluntarily sepa-

7       rated from the uniformed services at the end of en-

8       listment or service obligation; or

9       (3) is administratively separating or has admin-

10      istratively separated from the uniformed services

11      with an honorable or general discharge characteriza-

12      tion.

**SEC. 3512. DEPARTMENT OF TRANSPORTATION INSPECTOR**

**GENERAL REPORT.**

15  The Inspector General of the Department of Trans-

16  portation shall—

17      (1) not later than 180 days after the date of

18      enactment of this title, initiate an audit of the Mari-

19      time Administration's actions to address only those

20      recommendations from Chapter 3 and recommenda-

21      tions 5–1, 5–2, 5–3, 5–4, 5–5, and 5–6 identified by

22      a National Academy of Public Administration panel

23      in the November 2017 report entitled ''Maritime Ad-

24      ministration: Defining its Mission, Aligning its Pro-

25      grams, and Meeting its Objectives''; and

WASHSTATEC013084

1984

1 (2) submit to the Committee on Commerce,

2 Science, and Transportation of the Senate and the

3 Committee on Transportation and Infrastructure of

4 the House of Representatives a report containing the

5 results of that audit once the audit is completed.

6 **SEC. 3513. INDEPENDENT STUDY ON THE UNITED STATES**

7 **MERCHANT MARINE ACADEMY.**

8 (a) IN GENERAL.—Not later than 180 days after the

9 date of enactment of this title, the Secretary of Transpor-

10 tation shall seek to enter into an agreement with the Na-

11 tional Academy of Public Administration (referred to in

12 this section as the "Academy") to carry out the activities

13 described in this section.

14 (b) STUDY ELEMENTS.—In accordance with the

15 agreement described in subsection (a), the Academy shall

16 conduct a study of the United States Merchant Marine

17 Academy that consists of the following:

18 (1) A comprehensive assessment of the United

19 States Merchant Marine Academy's systems, train-

20 ing, facilities, infrastructure, information technology,

21 and stakeholder engagement.

22 (2) Identification of needs and opportunities for

23 modernization to help the United States Merchant

24 Marine Academy keep pace with more modern cam-

25 puses.

WASHSTATEC013085

1985

1    (3) Development of an action plan for the

2  United States Merchant Marine Academy with spe-

3  cific recommendations for—

4         (A) improvements or updates relating to

5       the opportunities described in paragraph (2);

6       and

7         (B) systemic changes needed to help the

8       United States Merchant Marine Academy

9       achieve its mission of inspiring and educating

10      the next generation of the mariner workforce on

11      a long-term basis.

12   (c) DEADLINE AND REPORT.—Not later than 1 year

13  after the date of the agreement described in subsection

14  (a), the Academy shall prepare and submit to the Adminis-

15  trator of the Maritime Administration a report containing

16  the action plan described in subsection (b)(3), including

17  specific findings and recommendations.

18  **SEC. 3514. PORT OPERATIONS, RESEARCH, AND TECH-**

19          **NOLOGY.**

20   (a) SHORT TITLE.—This section may be cited as the

21  ''Ports Improvement Act''.

22   (b) PORT AND INTERMODAL IMPROVEMENT PRO-

23  GRAM.—Section 50302 of title 46, United States Code, is

24  amended by striking subsection (c) and inserting the fol-

25  lowing:

WASHSTATEC013086

1986

1 ''(c) PORT AND INTERMODAL IMPROVEMENT PRO-

2 GRAM.—

3     ''(1) GENERAL AUTHORITY.—Subject to the

4   availability of appropriations, the Secretary of

5   Transportation shall make grants, on a competitive

6   basis, to eligible applicants to assist in funding eligi-

7   ble projects for the purpose of improving the safety,

8   efficiency, or reliability of the movement of goods

9   through ports and intermodal connections to ports.

10     ''(2) ELIGIBLE APPLICANT.—The Secretary

11   may make a grant under this subsection to the fol-

12   lowing:

13         ''(A) A State.

14         ''(B) A political subdivision of a State, or

15       a local government.

16         ''(C) A public agency or publicly chartered

17       authority established by 1 or more States.

18         ''(D) A special purpose district with a

19       transportation function.

20         ''(E) An Indian Tribe (as defined in sec-

21       tion 4 of the Indian Self-Determination and

22       Education Assistance Act (25 U.S.C. 5304),

23       without regard to capitalization), or a consor-

24       tium of Indian Tribes.

WASHSTATEC013087

1987

1          "(F) A multistate or multijurisdictional

2      group of entities described in this paragraph.

3          "(G) A lead entity described in subpara-

4      graph (A), (B), (C), (D), (E), or (F) jointly

5      with a private entity or group of private enti-

6      ties.

7          "(3) ELIGIBLE PROJECTS.—The Secretary may

8      make a grant under this subsection—

9          "(A) for a project, or package of projects,

10     that—

11             "(i) is either—

12                 "(I) within the boundary of a

13             port; or

14                 "(II) outside the boundary of a

15             port, but is directly related to port op-

16             erations or to an intermodal connec-

17             tion to a port; and

18             "(ii) will be used to improve the safe-

19         ty, efficiency, or reliability of—

20                 "(I) the loading and unloading of

21             goods at the port, such as for marine

22             terminal equipment;

23                 "(II) the movement of goods

24             into, out of, around, or within a port,

25             such as for highway or rail infrastruc-

WASHSTATEC013088

1988

1  ture, intermodal facilities, freight in-
2  telligent transportation systems, and
3  digital infrastructure systems; or

4  "(III) environmental mitigation
5  measures and operational improve-
6  ments directly related to enhancing
7  the efficiency of ports and intermodal
8  connections to ports; or

9  "(B) notwithstanding paragraph (6)(A)(v),
10  to provide financial assistance to 1 or more
11  projects under subparagraph (A) for develop-
12  ment phase activities, including planning, feasi-
13  bility analysis, revenue forecasting, environ-
14  mental review, permitting, and preliminary en-
15  gineering and design work.

16  "(4) PROHIBITED USES.—A grant award under
17  this subsection may not be used—

18  "(A) to finance or refinance the construc-
19  tion, reconstruction, reconditioning, or purchase
20  of a vessel that is eligible for such assistance
21  under chapter 537, unless the Secretary deter-
22  mines such vessel—

23  "(i) is necessary for a project de-
24  scribed in paragraph (3)(A)(ii)(III) of this
25  subsection; and

WASHSTATEC013089

1989

1  "(ii) is not receiving assistance under

2  chapter 537; or

3  "(B) for any project within a small ship-

4  yard (as defined in section 54101).

5  "(5) APPLICATIONS AND PROCESS.—

6  "(A) APPLICATIONS.—To be eligible for a

7  grant under this subsection, an eligible appli-

8  cant shall submit to the Secretary an applica-

9  tion in such form, at such time, and containing

10  such information as the Secretary considers ap-

11  propriate.

12  "(B) SOLICITATION PROCESS.—Not later

13  than 60 days after the date that amounts are

14  made available for grants under this subsection

15  for a fiscal year, the Secretary shall solicit

16  grant applications for eligible projects in ac-

17  cordance with this subsection.

18  "(6) PROJECT SELECTION CRITERIA.—

19  "(A) IN GENERAL.—The Secretary may se-

20  lect a project described in paragraph (3) for

21  funding under this subsection if the Secretary

22  determines that—

23  "(i) the project improves the safety,

24  efficiency, or reliability of the movement of

WASHSTATEC013090

1990

1  goods through a port or intermodal con-
2  nection to a port;

3  　　　"(ii) the project is cost effective;

4  　　　"(iii) the eligible applicant has author-
5  ity to carry out the project;

6  　　　"(iv) the eligible applicant has suffi-
7  cient funding available to meet the match-
8  ing requirements under paragraph (8);

9  　　　"(v) the project will be completed
10 without unreasonable delay; and

11 　　　"(vi) the project cannot be easily and
12 efficiently completed without Federal fund-
13 ing or financial assistance available to the
14 project sponsor.

15 　　"(B) ADDITIONAL CONSIDERATIONS.—In
16 selecting projects described in paragraph (3) for
17 funding under this subsection, the Secretary
18 shall give substantial weight to—

19 　　　"(i) the utilization of non-Federal
20 contributions; and

21 　　　"(ii) the net benefits of the funds
22 awarded under this subsection, considering
23 the cost-benefit analysis of the project, as
24 applicable.

WASHSTATEC013091

1991

1    "(C) SMALL PROJECTS.—The Secretary

2    may waive the cost-benefit analysis under sub-

3    paragraph (A)(ii), and establish a simplified, al-

4    ternative basis for determining whether a

5    project is cost effective, for a small project de-

6    scribed in paragraph (7)(B).

7    "(7) ALLOCATION OF FUNDS.—

8    "(A) GEOGRAPHIC DISTRIBUTION.—Not

9    more than 25 percent of the amounts made

10   available for grants under this subsection for a

11   fiscal year may be used to make grants for

12   projects in any 1 State.

13   "(B) SMALL PROJECTS.—The Secretary

14   shall reserve 25 percent of the amounts made

15   available for grants under this subsection each

16   fiscal year to make grants for eligible projects

17   described in paragraph (3)(A) that request the

18   lesser of—

19        "(i) 10 percent of the amounts made

20        available for grants under this subsection

21        for a fiscal year; or

22        "(ii) $10,000,000.

23   "(C) DEVELOPMENT PHASE ACTIVITIES.—

24   Not more than 10 percent of the amounts made

25   available for grants under this subsection for a

WASHSTATEC013092

1992

1     fiscal year may be used to make grants for de-

2     velopment phase activities under paragraph

3     (3)(B).

4     "(8) FEDERAL SHARE OF TOTAL PROJECT

5 COSTS.—

6         "(A) TOTAL PROJECT COSTS.—To be eligi-

7         ble for a grant under this subsection, an eligible

8         applicant shall submit to the Secretary an esti-

9         mate of the total costs of a project under this

10        subsection based on the best available informa-

11        tion, including any available engineering stud-

12        ies, studies of economic feasibility, environ-

13        mental analyses, and information on the ex-

14        pected use of equipment or facilities.

15        "(B) FEDERAL SHARE.—

16            "(i) IN GENERAL.—Except as pro-

17            vided in clause (ii), the Federal share of

18            the total costs of a project under this sub-

19            section shall not exceed 80 percent.

20            "(ii) RURAL AREAS.—The Secretary

21            may increase the Federal share of costs

22            above 80 percent for a project located in a

23            rural area.

24        "(9) PROCEDURAL SAFEGUARDS.—The Sec-

25 retary shall issue guidelines to establish appropriate

WASHSTATEC013093

1993

1  accounting, reporting, and review procedures to en-
2  sure that—

3      ''(A) grant funds are used for the purposes
4  for which those funds were made available;

5      ''(B) each grantee properly accounts for all
6  expenditures of grant funds; and

7      ''(C) grant funds not used for such pur-
8  poses and amounts not obligated or expended
9  are returned.

10  ''(10) GRANT CONDITIONS.—

11      ''(A) IN GENERAL.—The Secretary shall
12  require as a condition of making a grant under
13  this subsection that a grantee—

14          ''(i) maintain such records as the Sec-
15      retary considers necessary;

16          ''(ii) make the records described in
17      clause (i) available for review and audit by
18      the Secretary; and

19          ''(iii) periodically report to the Sec-
20      retary such information as the Secretary
21      considers necessary to assess progress.

22      ''(B)  ADDITIONAL  REQUIREMENT.—The
23  Secretary shall apply the same requirements of
24  section 117(k) of title 23, United States Code,
25  to a port project assisted in whole or in part

WASHSTATEC013094

1994

1 under this section as the Secretary does a port-
2 related freight project under section 117 of title
3 23, United States Code.

4 "(C) CONSTRUCTION, REPAIR, OR ALTER-
5 ATION OF VESSELS.—With regard to the con-
6 struction, repair, or alteration of vessels, the
7 same requirements of section 117(k) of title 23,
8 United States Code, shall apply regardless of
9 whether the location of contract performance is
10 known when bids for such work are solicited.

11 "(11) ADMINISTRATION.—

12 "(A) ADMINISTRATIVE AND OVERSIGHT
13 COSTS.—The Secretary may retain not more
14 than 2 percent of the amounts appropriated for
15 each fiscal year under this subsection for the
16 administrative and oversight costs incurred by
17 the Secretary to carry out this subsection.

18 "(B) AVAILABILITY.—

19 "(i) IN GENERAL.—Amounts appro-
20 priated for carrying out this subsection
21 shall remain available until expended.

22 "(ii) UNEXPENDED FUNDS.—
23 Amounts awarded as a grant under this
24 subsection that are not expended by the
25 grantee during the 5-year period following

WASHSTATEC013095

1995

1    the date of the award shall remain avail-

2    able to the Secretary for use for grants

3    under this subsection in a subsequent fis-

4    cal year.

5    "(12) DEFINITIONS.—In this subsection:

6    "(A) APPROPRIATE COMMITTEES OF CON-

7    GRESS.—The term 'appropriate committees of

8    Congress' means—

9        "(i) the Committee on Commerce,

10        Science, and Transportation of the Senate;

11        and

12        "(ii) the Committee on Transportation

13        and Infrastructure of the House of Rep-

14        resentatives.

15    "(B) PORT.—The term 'port' includes—

16        "(i) any port on the navigable waters

17        of the United States; and

18        "(ii) any harbor, marine terminal, or

19        other shore side facility used principally for

20        the movement of goods on inland waters.

21    "(C) PROJECT.—The term 'project' in-

22    cludes   construction,   reconstruction,   environ-

23    mental   rehabilitation,   acquisition   of   property,

24    including land related to the project and im-

WASHSTATEC013096

1996

1  provements to the land, equipment acquisition,

2  and operational improvements.

3      ''(D) RURAL AREA.—The term 'rural area'

4  means an area that is outside an urbanized

5  area.

6  ''(d) ADDITIONAL AUTHORITY OF THE SEC-

7  RETARY.—In carrying out this section, the Secretary

8  may—

9      ''(1) coordinate with other Federal agencies to

10  expedite the process established under the National

11  Environmental Policy Act of 1969 (42 U.S.C. 4321

12  et seq.) for the improvement of port facilities to im-

13  prove the efficiency of the transportation system, to

14  increase port security, or to provide greater access

15  to port facilities;

16      ''(2) seek to coordinate all reviews or require-

17  ments with appropriate Federal, State, and local

18  agencies; and

19      ''(3) in addition to any financial assistance pro-

20  vided under subsection (c), provide such technical

21  assistance to port authorities or commissions or

22  their subdivisions and agents.''.

23  (c) SAVINGS CLAUSE.—A repeal made by subsection

24  (b) of this section shall not affect amounts apportioned

25  or allocated before the effective date of the repeal. Such

WASHSTATEC013097

1997

1 apportioned or allocated funds shall continue to be subject

2 to the requirements to which the funds were subject

3 under—

4　　　(1) section 50302(c) of title 46, United States

5　　Code, as in effect on the day before the date of en-

6　　actment of this title;

7　　　(2) section 9008 of the SAFETEA-LU Act

8　　(Public Law 109–59; 119 Stat. 1926);

9　　　(3) section 10205 of the SAFETEA-LU Act

10　　(Public Law 109–59; 119 Stat. 1934); and

11　　　(4) section 3512 of the Duncan Hunter Na-

12　　tional Defense Authorization Act for Fiscal Year

13　　2009 (48 U.S.C. 1421r).

14　(d) REMEDIAL ACTIONS.—Section 533 of the Coast

15 Guard Authorization Act of 2016 (Public Law 114–120;

16 130 Stat. 74) is amended by adding at the end the fol-

17 lowing:

18　''(f) REMEDIAL ACTIONS.—For purposes of the con-

19 veyances under this section, the remedial actions required

20 under section 120(h) of the Comprehensive Environmental

21 Response, Compensation, and Liability Act of 1980 (42

22 U.S.C. 9620(h)) may be completed by the United States

23 Coast Guard after the date of such conveyance and a deed

24 entered into for such conveyance shall include a clause

25 granting the United States Coast Guard access to the

WASHSTATEC013098

1998

1 property in any case in which remedial action or corrective

2 action is found to be necessary after the date of such con-

3 veyance.''.

4     (e) ENVIRONMENTAL COMPLIANCE.—Section 534(a)

5 of the Coast Guard Authorization Act of 2016 (Public

6 Law 114-120; 42 U.S.C. 9620 note) is amended—

7         (1) by striking ''Nothing'' and inserting ''After

8     the date on which the Secretary of the Interior con-

9     veys land under section 533 of this Act, nothing'';

10     and

11         (2) by inserting '', with respect to contaminants

12     on such land prior to the date on which the land is

13     conveyed'' before the period.

**SEC. 3515. ASSESSMENT AND REPORT ON STRATEGIC SEA-**

**PORTS.**

16     (a) IN GENERAL.—Not later than 90 days after the

17 date of the enactment of this title, the Secretary of De-

18 fense shall submit to the Committee on Armed Services

19 and the Committee on Transportation and Infrastructure

20 of the House of Representatives and the Committee on

21 Armed Services and the Committee on Commerce,

22 Science, and Transportation of the Senate a report on port

23 facilities used for military purposes at ports designated by

24 the Department of Defense as strategic seaports.

WASHSTATEC013099

1999

1    (b) ELEMENTS.—The report required by subsection

2  (a) shall include, with respect to port facilities included

3  in the report, the following:

4        (1) An assessment of whether there are struc-

5    tural integrity or other deficiencies in such facilities.

6        (2) If there are such deficiencies—

7            (A) an assessment of infrastructure im-

8        provements to such facilities that would be

9        needed to meet, directly or indirectly, national

10       security and readiness requirements;

11           (B) an assessment of the impact on oper-

12       ational readiness of the Armed Forces if such

13       improvements are not undertaken; and

14           (C) an identification of, to the maximum

15       extent practical, all potential funding sources

16       for such improvements from existing authori-

17       ties.

18       (3) An identification of the support that would

19   be appropriate for the Department of Defense to

20   provide in the execution of the responsibilities of the

21   Secretary of Transportation under section 50302 of

22   title 46, United States Code, with respect to such fa-

23   cilities.

24       (4) If additional statutory or administrative au-

25   thorities would be required for the provision of sup-

WASHSTATEC013100

2000

1    port as described in paragraph (3), recommenda-
2    tions for legislative or administrative action to estab-
3    lish such authorities.

4        (c) CONSULTATION.—The Secretary of Defense shall
5    prepare the report required by subsection (a) in consulta-
6    tion with the Maritime Administrator and the individual
7    responsible for each port facility described in such sub-
8    section.

9    **SEC. 3516. TECHNICAL CORRECTIONS.**

10       (a) OFFICE OF PERSONNEL MANAGEMENT GUID-
11   ANCE.—Not later than 120 days after the date of the en-
12   actment of this title, the Director of the Office of Per-
13   sonnel Management, in consultation with the Adminis-
14   trator of the Maritime Administration, shall identify key
15   skills and competencies necessary to maintain a balance
16   of expertise in merchant marine seagoing service and stra-
17   tegic sealift military service in each of the following posi-
18   tions within the Office of the Commandant of the Mer-
19   chant Marine Academy:

20              (1) Commandant.

21              (2) Deputy Commandant.

22              (3) Tactical company officers.

23              (4) Regimental officers.

24       (b) SEA YEAR COMPLIANCE.—Section 3514(a)(1)(A)
25   of the National Defense Authorization Act for Fiscal Year

WASHSTATEC013101

2001

1 2017 (Public Law 114–328; 46 U.S.C. 51318 note) is

2 amended by inserting "domestic and international" after

3 "criteria that".

**4 SEC. 3517. UNITED STATES MERCHANT MARINE ACADEMY**

**5              SEXUAL ASSAULT PREVENTION AND RE-**

**6              SPONSE PROGRAM.**

7      (a) IMPLEMENTATION OF RECOMMENDATIONS.—The

8 Secretary of Transportation shall ensure that, not later

9 than 180 days after the date of the enactment of this title,

10 the recommendations in report of the Inspector General

11 of the Department of Transportation on the effectiveness

12 sexual assault prevention and response program of the

13 United States Merchant Marine Academy (mandated

14 under section 3512 of the National Defense Authorization

15 Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat.

16 2786)), are fully implemented.

17      (b) REPORT.—Not later than 180 days after the date

18 of the enactment of this title, the Secretary of Transpor-

19 tation shall submit to Congress a report that includes—

20          (1) confirmation that the recommendations de-

21      scribed in subsection (a) have been fully imple-

22      mented, and explaining how those recommendations

23      have been implemented; or

24          (2) if such recommendations have not been fully

25      implemented as of the date of the report, an expla-

WASHSTATEC013102

2002

1 nation of why such recommendations have not been
2 fully implemented and a description of the resources
3 that are needed to fully implement such rec-
4 ommendations.

**SEC. 3518. REPORT ON VESSELS FOR EMERGING OFFSHORE**
**ENERGY INFRASTRUCTURE.**

7 (a) IN GENERAL.—Not later than six months after
8 the date of the enactment of this Act, the Comptroller
9 General of the United States shall submit to the Com-
10 mittee on Commerce, Science, and Transportation of the
11 Senate, the Committee on Energy and Natural Resources
12 of the Senate, and the Committee on Transportation and
13 Infrastructure of the House of Representatives a report
14 on the need for vessels documented under chapter 121 of
15 title 46, United States Code, to install, operate, and main-
16 tain emerging offshore energy infrastructure, including
17 offshore wind energy.

18 (b) CONTENTS.—The report required by subsection
19 (a) shall include—

20 (1) an inventory of vessels documented under
21 chapter 121 of title 46, United States Code, (includ-
22 ing existing vessels and vessels that have the poten-
23 tial to be refurbished) to install, operate, and main-
24 tain such emerging offshore energy infrastructure;

WASHSTATEC013103

2003

1    (2) a projection of existing vessels needed to

2    meet such emerging offshore energy needs over the

3    next 10 years;

4    (3) a summary of actions taken or proposed by

5    offshore energy developers and producers, the

6    United States domestic shipbuilding industry, and

7    United States coastwise qualified operators to en-

8    sure sufficient vessel capacity in compliance with

9    United States coastwise laws; and

10    (4) a description of the potential benefits to the

11    United States maritime and shipbuilding industries

12    and to the United States economy associated with

13    the use of United States coastwise qualified vessels

14    to support offshore energy development and produc-

15    tion.

**SEC. 3519. REPORT ON UNITED STATES FLAGGED FUEL**

**TANKER VESSEL CAPACITY.**

18    (a) REPORT REQUIRED.—Concurrent with the budg-

19    et of the President for fiscal year 2021, as submitted to

20    Congress under section 1105 of title 31, United States

21    Code, the Secretary of Defense shall, in consultation with

22    the Secretary of Transportation, submit to the appropriate

23    committees of Congress a report on the capabilities of the

24    United States to maintain adequate United States-flagged

WASHSTATEC013104

2004

1  fuel tanker vessel capacity to support the full range of an-

2  ticipated military operations over each period as follows:

3          (1) In 2020.

4          (2) Between 2020 and 2025.

5          (3) Between 2020 and 2030.

6      (b) ELEMENTS.—The report required by subsection

7  (a) shall include, for each period specified in that sub-

8  section, the following:

9          (1) A description of current and projected

10     United States-flagged fuel tanker vessel capacity.

11         (2) A description of current and projected

12     United States military needs for United States-

13     flagged fuel tanker vessel capacity, including the

14     most stressing peacetime and wartime requirements.

15         (3) A description and assessment of the number

16     of foreign-flagged tanker vessels required to address

17     United States military needs described pursuant to

18     paragraph (2), including the most stressing peace-

19     time and wartime requirements.

20         (4) An identification and assessment of any

21     gaps in the capacity described pursuant to para-

22     graph (1) to meet the United States military needs

23     described pursuant to paragraph (2), including

24     quantities of tanker vessels, as well as an assessment

25     of the risk to military objectives due to reliance on

WASHSTATEC013105

2005

1    foreign-flagged tanker vessels described pursuant to

2    paragraph (3).

3        (5) A description and assessment of options to

4    address the gaps identified pursuant to paragraph

5    (4), including the establishment of a program for

6    United States-flagged fuel tanker vessels modeled on

7    the Maritime Security Program.

8        (6) Such recommendations as the Secretary of

9    Defense considers appropriate in light of the matters

10   set forth in the report.

11   (c) FORM.—The report required by subsection (a)

12 shall be submitted in unclassified form, but may include

13 a classified annex.

14   (d) DEFINITIONS.—In this section:

15        (1) The term "appropriate committees of Con-

16    gress" means—

17           (A) the Committee on Commerce, Science,

18      and Transportation and the Committee on

19      Armed Services of the Senate; and

20           (B) the Committee on Transportation and

21      Infrastructure and the Committee on Armed

22      Services of the House of Representatives.

23        (2) The term "Maritime Security Program"

24    means the program in connection with the Maritime

WASHSTATEC013106

2006

1   Security Fleet under chapter 531 of title 46, United

2   States Code.

## Subtitle B—Cable Security Fleet

**SEC. 3521. ESTABLISHMENT OF CABLE SECURITY FLEET.**

5   (a) IN GENERAL.—Title 46, United States Code, is

6   amended by inserting before chapter 533 the following

7   new chapter:

## "CHAPTER 532—CABLE SECURITY FLEET

"Sec.
"53201. Definitions.
"53202. Establishment of the Cable Security Fleet.
"53203. Award of operating agreements.
"53204. Effectiveness of operating agreements.
"53205. Obligations and rights under operating agreements.
"53206. Payments.
"53207. National security requirements.
"53208. Regulatory relief.
"53209. Authorization of appropriations.

## "§ 53201. Definitions

10   "In this chapter:

11   "(1) CABLE SERVICES.—The term 'cable serv-

12   ices' means the installation, maintenance, or repair

13   of submarine cables and related equipment, and re-

14   lated cable vessel operations.

15   "(2) CABLE VESSEL.—The term 'cable vessel'

16   means a vessel—

17   "(A) classed as a cable ship or cable vessel

18   by, and designed in accordance with the rules

19   of, the American Bureau of Shipping, or an-

WASHSTATEC013107

2007

1  other classification society accepted by the Sec-

2  retary; and

3  "(B) capable of installing, maintaining,

4  and repairing submarine cables.

5  "(3) CABLE FLEET.—The term 'Cable Fleet'

6  means the Cable Security Fleet established under

7  section 53202(a).

8  "(4) CONTINGENCY AGREEMENT.—The term

9  'Contingency Agreement' means the agreement re-

10  quired by section 53207.

11  "(5) CONTRACTOR.—The term 'Contractor'

12  means an owner or operator of a vessel that enters

13  into an Operating Agreement for a cable vessel with

14  the Secretary under section 53203.

15  "(6) FISCAL YEAR.—The term 'fiscal year'

16  means any annual period beginning on October 1

17  and ending on September 30.

18  "(7) OPERATING AGENCY.—The term 'Oper-

19  ating Agency' means that agency or component of

20  the Department of Defense so designated by the

21  Secretary of Defense under this chapter.

22  "(8) OPERATING AGREEMENT OR AGREE-

23  MENT.—The terms 'Operating Agreement' or

24  'Agreement' mean the agreement required by section

25  53203.

WASHSTATEC013108

2008

1    ''(9) PERSON.—The term 'person' includes cor-
2    porations, partnerships, and associations existing
3    under or authorized by the laws of the United
4    States, or any State, Territory, District, or posses-
5    sion thereof, or of any foreign country.

6    ''(10) SECRETARY.—The term 'Secretary'
7    means the Secretary of Transportation.

8    ''(11) UNITED STATES.—The term 'United
9    States' includes the States, the District of Columbia,
10   the Commonwealth of Puerto Rico, the Northern
11   Mariana Islands, Guam, American Samoa, and the
12   Virgin Islands.

13   ''(12) UNITED STATES CITIZEN TRUST.—

14   ''(A) Subject to paragraph (C), the term
15   'United States citizen trust' means a trust that
16   is qualified under this paragraph.

17   ''(B) A trust is qualified under this para-
18   graph with respect to a vessel only if—

19   ''(i) it was created under the laws of
20   a state of the United States;

21   ''(ii) each of the trustees is a citizen
22   of the United States; and

23   ''(iii) the application for documenta-
24   tion of the vessel under chapter 121 of this
25   title includes the affidavit of each trustee

WASHSTATEC013109

2009

1       stating that the trustee is not aware of any

2       reason involving a beneficiary of the trust

3       that is not a citizen of the United States,

4       or involving any other person that is not a

5       citizen of the United States, as a result of

6       which the beneficiary or other person

7       would hold more than 25 percent of the

8       aggregate power to influence, or limit the

9       exercise of the authority of, the trustee

10      with respect to matters involving any own-

11      ership or operation of the vessel that may

12      adversely affect the interests of the United

13      States.

14      ''(C) If any person that is not a citizen of

15      the United States has authority to direct, or

16      participate in directing, the trustee for a trust

17      in matters involving any ownership or operation

18      of the vessel that may adversely affect the in-

19      terests of the United States or in removing a

20      trustee for a trust without cause, either directly

21      or indirectly through the control of another per-

22      son, the trust is not qualified under this para-

23      graph unless the trust instrument provides that

24      persons who are not citizens of the United

25      States may not hold more than 25 percent of

WASHSTATEC013110

2010

1  the aggregate authority to direct or remove a
2  trustee.

3      ''(D) This paragraph shall not be consid-
4  ered to prohibit a person who is not a citizen
5  of the United States from holding more than 25
6  percent of the beneficial interest in a trust.

7  **''§ 53202. Establishment of the Cable Security Fleet**

8      ''(a) IN GENERAL.—(1) The Secretary, in consulta-
9  tion with the Operating Agency, shall establish a fleet of
10  active, commercially viable, cable vessels to meet national
11  security requirements. The fleet shall consist of privately
12  owned, United States-documented cable vessels for which
13  there are in effect Operating Agreements under this chap-
14  ter, and shall be known as the Cable Security Fleet.

15      ''(2) The Fleet described under this section shall in-
16  clude two vessels.

17      ''(b) VESSEL ELIGIBILITY.—A cable vessel is eligible
18  to be included in the Fleet if—

19          ''(1) the vessel meets the requirements of para-
20      graph (1), (2), (3), or (4) of subsection (c);

21          ''(2) the vessel is operated (or in the case of a
22      vessel to be constructed, will be operated) in com-
23      mercial service providing cable services;

24          ''(3) the vessel is 40 years of age or less on the
25      date the vessel is included in the Fleet;

WASHSTATEC013111

G:\CMTE\AS\20\C\ASCR20.XML

2011

1       ''(4) the vessel is—

2           ''(A) determined by the Operating Agency

3       to be suitable for engaging in cable services by

4       the United States in the interest of national se-

5       curity; and

6           ''(B) determined by the Secretary to be

7       commercially viable, whether independently or

8       taking any payments which are the consequence

9       of participation in the Cable Fleet into account;

10      and

11      ''(5) the vessel—

12          ''(A) is a United States-documented vessel;

13      or

14          ''(B) is not a United States-documented

15      vessel, but—

16              ''(i) the owner of the vessel has dem-

17          onstrated an intent to have the vessel doc-

18          umented under chapter 121 of this title if

19          it is included in the Cable Fleet; and

20              ''(ii) at the time an Operating Agree-

21          ment is entered into under this chapter,

22          the vessel is eligible for documentation

23          under chapter 121 of this title.

24      ''(c) REQUIREMENTS REGARDING CITIZENSHIP OF

25  OWNERS AND OPERATORS.—

WASHSTATEC013112

2012

1        "(1) VESSELS OWNED AND OPERATED BY SEC-
2    TION 50501 CITIZENS.—A vessel meets the require-
3    ments of this paragraph if, during the period of an
4    Operating Agreement under this chapter that applies
5    to the vessel, the vessel will be owned and operated
6    by one or more persons that are citizens of the
7    United states under section 50501 of this title.

8        "(2) VESSELS OWNED BY A SECTION 50501 CIT-
9    IZEN, OR UNITED STATES CITIZEN TRUST, AND
10    CHARTERED TO A DOCUMENTATION CITIZEN.—A
11    vessel meets the requirements of this paragraph if—

12            "(A) during the period of an Operating
13        Agreement under this chapter that applies to
14        the vessel, the vessel will be—

15                "(i) owned by a person that is a cit-
16            izen of the United States under section
17            50501 of this title or that is a United
18            States citizen trust; and

19                "(ii) demise chartered to and operated
20            by a person—

21                    "(I) that is eligible to document
22                the vessel under chapter 121 of this
23                title;

24                    "(II) the chairman of the board
25                of directors, chief executive officer,

WASHSTATEC013113

2013

1     and a majority of the members of the

2     board of directors of which are citi-

3     zens of the United States under sec-

4     tion 50501 of this title, and are ap-

5     pointed and subject to removal only

6     upon approval by the Secretary; and

7        ''(III) that certifies to the Sec-

8     retary that there are no treaties, stat-

9     utes, regulations, or other laws that

10     would prohibit the Contractor for the

11     vessel from performing its obligations

12     under an Operating Agreement under

13     this chapter;

14        ''(B) in the case of a vessel that will be de-

15     mise chartered to a person that is owned or

16     controlled by another person that is not a cit-

17     izen of the United States under section 50501

18     of this title, the other person enters into an

19     agreement with the Secretary not to influence

20     the operation of the vessel in a manner that will

21     adversely affect the interests of the United

22     States; and

23        ''(C) the Secretary and the Operating

24     Agency notify the Committee on Armed Serv-

25     ices and the Committee on Commerce, Science

WASHSTATEC013114

2014

1 and Transportation of the Senate, and the
2 Committee on Armed Services of the House of
3 Representatives that they concur, and have re-
4 viewed the certification required under subpara-
5 graph (A)(ii)(III) and determined that there are
6 no legal, operational, or other impediments that
7 would prohibit the Contractor for the vessel
8 from performing its obligations under an Oper-
9 ating Agreement under this chapter.

10 "(3) VESSEL OWNED AND OPERATED BY A DE-
11 FENSE CONTRACTOR.—A vessel meets the require-
12 ments of this paragraph if—

13 "(A) during the period of an Operating
14 Agreement under this chapter that applies to
15 the vessel, the vessel will be owned and oper-
16 ated by a person that—

17 "(i) is eligible to document a vessel
18 under chapter 121 of this title;

19 "(ii) operates or manages other
20 United States-documented vessels for the
21 Secretary of Defense, or charters other
22 vessels to the Secretary of Defense;

23 "(iii) has entered into a special secu-
24 rity agreement for purposes of this para-
25 graph with the Secretary of Defense;

WASHSTATEC013115

2015

1        "(iv) makes the certification described

2        in paragraph (2)(A)(ii)(III); and

3            "(v) in the case of a vessel described

4            in paragraph (2)(B), enters into an agree-

5            ment referred to in that paragraph; and

6        "(B) the Secretary and the Secretary of

7    Defense notify the Committee on Armed Serv-

8    ices and Committee on Commerce, Science, and

9    Transportation of the Senate and the Com-

10    mittee on Armed Services of the House of Rep-

11    resentatives that they have reviewed the certifi-

12    cation required by subparagraph (A)(iv) and de-

13    termined that there are no other legal, oper-

14    ational, or other impediments that would pro-

15    hibit the Contractor for the vessel from per-

16    forming its obligations under an Operating

17    Agreement under this chapter.

18        "(4) VESSEL OWNED BY A DOCUMENTATION

19    CITIZEN AND CHARTERED TO A SECTION 50501 CIT-

20    IZEN.—A vessel meets the requirements of this para-

21    graph if, during the period of an Operating Agree-

22    ment under this chapter that applies to the vessel,

23    the vessel will be—

WASHSTATEC013116

2016

1          ''(A) owned by a person that is eligible to

2     document a vessel under chapter 121 of this

3     title; and

4          ''(B) demise chartered to a person that is

5     a citizen of the United States under section

6     50501 of this title.

7     ''(d) VESSEL STANDARDS.—

8          ''(1) CERTIFICATE OF INSPECTION.—A cable

9     vessel which the Secretary of the Department in

10    which the Coast Guard is operating determines

11    meets the criteria of subsection (b) of this section

12    but which, on the date of enactment of the Act, is

13    not documented under chapter 121 of this title, shall

14    be eligible for a certificate of inspection if that Sec-

15    retary determines that—

16          ''(A) the vessel is classed by, and designed

17    in accordance with the rules of, the American

18    Bureau of Shipping, or another classification

19    society accepted by that Secretary;

20          ''(B) the vessel complies with applicable

21    international agreements and associated guide-

22    lines, as determined by the country in which the

23    vessel was documented immediately before be-

24    coming documented under chapter 121; and

WASHSTATEC013117

2017

1          ''(C) that country has not been identified
2      by that Secretary as inadequately enforcing
3      international vessel regulations as to that ves-
4      sel.

5      ''(2) CONTINUED ELIGIBILITY FOR CERTIFI-
6  CATE.—Paragraph (1) does not apply to a vessel
7  after any date on which the vessel fails to comply
8  with the applicable international agreements and as-
9  sociated guidelines referred to in paragraph (1)(B).

10      ''(3) RELIANCE ON CLASSIFICATION SOCIETY.—

11          ''(A) IN GENERAL.—The Secretary of the
12      Department in which the Coast Guard is oper-
13      ating may rely on a certification from the
14      American Bureau of Shipping or, subject to
15      subparagraph (B), another classification society
16      accepted by that Secretary to establish that a
17      vessel is in compliance with the requirements of
18      paragraphs (1) and (2).

19          ''(B)  FOREIGN  CLASSIFICATION  SOCI-
20      ETY.—The  Secretary  of  the  Department  in
21      which the Coast Guard is operating may accept
22      certification from a foreign classification society
23      under subparagraph (A) only—

24              ''(i) to the extent that the government
25          of the foreign country in which the society

WASHSTATEC013118

2018

1          is headquartered provides access on a re-

2          ciprocal basis to the American Bureau of

3          Shipping; and

4             ''(ii) if the foreign classification soci-

5             ety has offices and maintains records in

6             the United States.

7      ''(e) WAIVER OF AGE REGISTRATION.—The Sec-

8 retary, in conjunction with the Operating Agency, may

9 waive the application of the age restriction under sub-

10 section (b)(3) if they jointly determine that the waiver—

11          ''(1) is in the national interest;

12          ''(2) the subject cable vessel and any associated

13      operating network is and will continue to be eco-

14      nomically viable; and

15          ''(3) is necessary due to the lack of availability

16      of other vessels and operators that comply with the

17      requirements of this chapter.

## 18   ''§ 53203. Award of operating agreements

19      ''(a) IN GENERAL.—The Secretary shall require, as

20 a condition of including any vessel in the Cable Fleet, that

21 the person that is the owner or operator of the vessel for

22 purposes of section 53202(c) enter into an Operating

23 Agreement with the Secretary under this section.

24      ''(b) PROCEDURE FOR APPLICATIONS.—

WASHSTATEC013119

2019

1        "(1) ACCEPTANCE OF APPLICATIONS.—Begin-
2  ning no later than 60 days after the effective date
3  of this chapter, the Secretary shall accept applica-
4  tions for enrollment of vessels in the Cable Fleet.

5        "(2) ACTION ON APPLICATIONS.—Within 120
6  days after receipt of an application for enrollment of
7  a vessel in the Cable Fleet, the Secretary shall ap-
8  prove the application in conjunction with the Oper-
9  ating Agency, and shall enter into an Operating
10  Agreement with the applicant, or provide in writing
11  the reason for denial of that application.

12      "(c) PRIORITY FOR AWARDING AGREEMENTS.—Sub-
13  ject to the availability of appropriations, the Secretary
14  shall enter into Operating Agreements with those vessels
15  determined by the Operating Agency, in its sole discretion,
16  to best meet the national security requirements of the
17  United States. After consideration of national security re-
18  quirements, priority shall be given to an applicant that
19  is a United States citizen under section 50501 of this title.

20  **"§ 53204. Effectiveness of operating agreements**

21      "(a) EFFECTIVENESS GENERALLY.—The Secretary
22  may enter into an Operating Agreement under this chap-
23  ter for fiscal year 2021. Except as provided in subsection
24  (d), the agreement shall be effective only for one fiscal

g:\VHLC\120919\120919.161.xml    (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013120

2020

1 year, but shall be renewable, subject to available appro-

2 priations, for each subsequent year.

3    "(b) VESSELS UNDER CHARTER TO THE UNITED

4 STATES.—Vessels under charter to the United States are

5 eligible to receive payments pursuant to their Operating

6 Agreements.

7    "(c) TERMINATION.—

8        "(1) TERMINATION BY THE SECRETARY.—If

9    the Contractor with respect to an Operating Agree-

10   ment materially fails to comply with the terms of the

11   Agreement—

12           "(A) the Secretary shall notify the Con-

13       tractor and provide a reasonable opportunity

14       for it to comply with the Operating Agreement;

15           "(B) the Secretary shall terminate the Op-

16       erating Agreement if the Contractor fails to

17       achieve such compliance; and

18           "(C) upon such termination, any funds ob-

19       ligated by the Agreement shall be available to

20       the Secretary to carry out this chapter.

21        "(2) EARLY TERMINATION BY A CON-

22   TRACTOR.—An Operating Agreement under this

23   chapter shall terminate on a date specified by the

24   Contractor if the Contractor notifies the Secretary,

25   not fewer than 60 days prior to the effective date of

WASHSTATEC013121

2021

1     the termination, that the Contractor intends to ter-

2     minate the Agreement.

3     ''(d) NONRENEWAL FOR LACK OF FUNDS.—If, by the

4     first day of a fiscal year, sufficient funds have not been

5     appropriated under the authority provided by this chapter

6     for that fiscal year for all Operating Agreements, then the

7     Secretary shall notify the Committee on Armed Services

8     and the Committee on Commerce, Science, and Transpor-

9     tation of the Senate and the Committee on Armed Services

10     of the House of Representatives that Operating Agree-

11     ments authorized under this chapter for which sufficient

12     funds are not available will not be renewed for that fiscal

13     year if sufficient funds are not appropriated by the 60th

14     day of that fiscal year. If only partial funding is appro-

15     priated by the 60th day of such fiscal year, then the Sec-

16     retary, in consultation with the Operating Agency, shall

17     select the vessels to retain under Operating Agreements,

18     based on their determinations of which vessels are most

19     useful for national security. In the event that no funds

20     are appropriated, then no Operating Agreements shall be

21     renewed and each Contractor shall be released from its

22     obligations under the Operating Agreement. Final pay-

23     ments under an Operating Agreement that is not renewed

24     shall be made in accordance with section 53206. To the

25     extent that sufficient funds are appropriated in a subse-

WASHSTATEC013122

2022

1 quent fiscal year, an Operating Agreement that has not
2 been renewed pursuant to this subsection may be rein-
3 stated if mutually acceptable to the Secretary, in consulta-
4 tion with the Operating Agency, and the Contractor, pro-
5 vided the vessel remains eligible for participation pursuant
6 to section 53202, without regard to subsection 53202
7 (b)(3).

8     ''(e) RELEASE OF VESSELS FROM OBLIGATIONS.—
9 If funds are not appropriated for payments under an Op-
10 erating Agreement under this chapter for any fiscal year
11 by the 60th day of a fiscal year, and the Secretary, in
12 consultation with the Operating Agency determines to not
13 renew a Contractor's Operating Agreement for a vessel,
14 then—

15         ''(1) each vessel covered by the Operating
16     Agreement that is not renewed is thereby released
17     from any further obligation under the Operating
18     Agreement;

19         ''(2) the owner or operator of the vessel whose
20     Operating Agreement was not renewed may transfer
21     and register such vessel under a foreign registry that
22     is acceptable to the Secretary and the Operating
23     Agency, notwithstanding section 56101 of this title;
24     and

WASHSTATEC013123

2023

1        ''(3) if chapter 563 of this title is applicable to
2    such vessel after registration, then the vessel is
3    available to be requisitioned by the Secretary pursu-
4    ant to chapter 563.

**''§ 53205. Obligations and rights under operating**
**                agreements**

7        ''(a) OPERATION OF VESSEL.—An Operating Agree-
8    ment under this chapter shall require that, during the pe-
9    riod the vessel is operating under the Agreement, the ves-
10   sel—

11       ''(1) shall be operated in the trade for Cable
12   Services, or under a charter to the United States;
13   and

14       ''(2) shall be documented under chapter 121 of
15   this title.

16       ''(b) ANNUAL PAYMENTS BY THE SECRETARY.—

17       ''(1) IN GENERAL.—An Operating Agreement
18   under this chapter shall require, subject to the avail-
19   ability of appropriations, that the Secretary make
20   payment to the Contractor in accordance with sec-
21   tion 53206.

22       ''(2) OPERATING AGREEMENT IS AN OBLIGA-
23   TION OF THE UNITED STATES GOVERNMENT.—An
24   Operating Agreement under this chapter constitutes
25   a contractual obligation of the United States Gov-

WASHSTATEC013124

2024

1   ernment to pay the amounts provided for in the Op-
2   erating Agreement to the extent of actual appropria-
3   tions.

4   ''(c) DOCUMENTATION REQUIREMENT.—Each vessel
5   covered by an Operating Agreement (including an Agree-
6   ment terminated under section 53204(c)(2)) shall remain
7   documented under chapter 121 of this title, until the date
8   the Operating Agreement would terminate according to its
9   own terms.

10   ''(d) NATIONAL SECURITY REQUIREMENTS.—

11        ''(1) IN GENERAL.—A Contractor with respect
12   to an Operating Agreement (including an Agreement
13   terminated under section 53204(c)(2)) shall continue
14   to be bound by the provisions of section 53207 until
15   the date the Operating Agreement would terminate
16   according to its terms.

17        ''(2) CONTINGENCY AGREEMENT WITH OPER-
18   ATING AGENCY.—All terms and conditions of a Con-
19   tingency Agreement entered into under section
20   53207 shall remain in effect until a date the Oper-
21   ating Agreement would terminate according to its
22   terms, except that the terms of such Contingency
23   Agreement may be modified by the mutual consent
24   of the Contractor, and the Operating Agency.

WASHSTATEC013125

2025

1    "(e) TRANSFER OF OPERATING AGREEMENTS.—Op-
2  erating Agreements shall not be transferrable by the Con-
3  tractor.

4    "(f) REPLACEMENT VESSEL.—A Contractor may re-
5  place a vessel under an Operating Agreement with another
6  vessel that is eligible to be included in the Fleet under
7  section 53202(b), if the Secretary and the Operating
8  Agency jointly determine that the replacement vessel
9  meets national security requirements and approve the re-
10  placement.

**11  "§ 53206. Payments**

12    "(a) ANNUAL PAYMENT.—

13        "(1) IN GENERAL.—The Secretary, subject to
14      availability of appropriations and other provisions of
15      this section, shall pay to the Contractor for an oper-
16      ating agreement, for each vessel that is covered by
17      the operating agreement, an amount equal to
18      $5,000,000 for each fiscal year 2021 through 2035.

19        "(2) TIMING.—This amount shall be paid in
20      equal monthly installments at the end of each
21      month. The amount shall not be reduced except as
22      provided by this section.

23    "(b) CERTIFICATION REQUIRED FOR PAYMENT.—As
24  a condition of receiving payment under this section for a
25  fiscal year for a vessel, the Contractor for the vessel shall

WASHSTATEC013126

2026

1 certify that the vessel has been and will be operated in
2 accordance with section 53205(a)(1) for 365 days in each
3 fiscal year. Up to thirty (30) days during which the vessel
4 is drydocked, surveyed, inspected, or repaired shall be con-
5 sidered days of operation for purposes of this subsection.

6     "(c) GENERAL LIMITATIONS.—The Secretary shall
7 not make any payment under this chapter for a vessel with
8 respect to any days for which the vessel is—

9         "(1) not operated or maintained in accordance
10     with an Operating Agreement under this chapter; or

11         "(2) more than 40 years of age.

12     "(d) REDUCTIONS IN PAYMENTS.—With respect to
13 payments under this chapter for a vessel covered by an
14 Operating Agreement, the Secretary shall make a pro rata
15 reduction for each day less than 365 in a fiscal year that
16 the vessel is not operated in accordance with section
17 53205(a)(1), with days during which the vessel is
18 drydocked or undergoing survey, inspection or repair to
19 be considered days on which the vessel is operated as pro-
20 vided in subsection (b).

21 **"§ 53207. National security requirements**

22     "(a) CONTINGENCY AGREEMENT REQUIRED.—The
23 Secretary shall include in each Operating Agreement
24 under this chapter a requirement that the Contractor
25 enter into a Contingency Agreement with the Operating

WASHSTATEC013127

2027

1 Agency. The Operating Agency shall negotiate and enter

2 into a Contingency Agreement with each Contractor as

3 promptly as practicable after the Contractor has entered

4 into an Operating Agreement under this chapter.

5     ''(b) TERMS OF CONTINGENCY AGREEMENT.—

6       ''(1) IN GENERAL.—A Contingency Agreement

7     under this section shall require that a Contractor for

8     a vessel covered by an Operating Agreement under

9     this chapter make the vessel, including all necessary

10     resources to engage in Cable Services required by

11     the Operating Agency, available upon request by the

12     Operating Agency.

13       ''(2) TERMS.—

14         ''(A) IN GENERAL.—The basic terms of a

15       Contingency Agreement shall be established

16       (subject to subparagraph (B)) by the Operating

17       Agency.

18         ''(B) ADDITIONAL TERMS.—The Operating

19       Agency and a Contractor may agree to addi-

20       tional or modifying terms appropriate to the

21       Contractor's circumstances.

22     ''(c) DEFENSE MEASURES AGAINST UNAUTHORIZED

23 SEIZURES.—(1) The Contingency Agreement shall require

24 that any vessel operating under the direction of the Oper-

25 ating Agency operating in area that is designated by the

WASHSTATEC013128

2028

1 Coast Guard as an area of high risk of piracy shall be

2 equipped with, at a minimum, appropriate non-lethal de-

3 fense measures to protect the vessel and crew from unau-

4 thorized seizure at sea.

5 "(2) The Secretary of Defense and the Secretary of

6 the department in which the Coast Guard is operating

7 shall jointly prescribe the non-lethal defense measures that

8 are required under this paragraph.

9 "(d) PARTICIPATION AFTER EXPIRATION OF OPER-

10 ATING AGREEMENT.—Except as provided by section

11 53205(d), the Operating Agency may not require, through

12 a Contingency Agreement or an Operating Agreement,

13 that a Contractor continue to participate in a Contingency

14 Agreement after the Operating Agreement with the Con-

15 tractor has expired according to its terms or is otherwise

16 no longer in effect.

17 "(e) RESOURCES MADE AVAILABLE.—The resources

18 to be made available in addition to the vessel under a Con-

19 tingency Agreement shall include all equipment, personnel,

20 supplies, management services, and other related services

21 as the Operating Agency may determine to be necessary

22 to provide the Cable Services required by the Operating

23 Agency.

24 "(f) COMPENSATION.—

WASHSTATEC013129

2029

1        ''(1) IN GENERAL.—The Operating Agency

2     shall include in each Contingency Agreement provi-

3     sions under which the Operating Agency shall pay

4     fair and reasonable compensation for use of the ves-

5     sel and all Cable Services provided pursuant to this

6     section and the Contingency Agreement.

7        ''(2) SPECIFIC REQUIREMENTS.—Compensation

8     under this subsection—

9          ''(A) shall be at the rate specified in the

10        Contingency Agreement;

11          ''(B) shall be provided from the time that

12        a vessel is required by the Operating Agency

13        under the Contingency Agreement until the

14        time it is made available by the Operating

15        Agency available to reenter commercial service;

16        and

17          ''(C) shall be in addition to and shall not

18        in any way reflect amounts payable under sec-

19        tion 53206.

20     ''(g) LIABILITY OF THE UNITED STATES FOR DAM-

21 AGES.—

22        ''(1) LIMITATION ON THE LIABILITY OF THE

23     U.S.—Except as otherwise provided by law, the Gov-

24     ernment shall not be liable for disruption of a Con-

25     tractor's commercial business or other consequential

WASHSTATEC013130

2030

1 damages to a Contractor arising from the activation

2 of the Contingency Agreement.

3     ''(2) AFFIRMATIVE DEFENSE.—In any action in

4 any Federal or State court for breach of third-party

5 contract, there shall be available as an affirmative

6 defense that the alleged breach of contract was

7 caused predominantly by action taken to carry out

8 a Contingent Agreement. Such defense shall not re-

9 lease the party asserting it from any obligation

10 under applicable law to mitigate damages to the

11 greatest extent possible.

## 12 "§ 53208. Regulatory relief

13     ''The telecommunications and other electronic equip-

14 ment on an existing vessel that is redocumented under the

15 laws of the United States for operation under an Oper-

16 ating Agreement under this chapter shall be deemed to

17 satisfy all Federal Communication Commission equipment

18 certification requirements, if—

19     ''(1) such equipment complies with all applica-

20 ble international agreements and associated guide-

21 lines as determined by the country in which the ves-

22 sel was documented immediately before becoming

23 documented under the laws of the United States;

24     ''(2) that country has not been identified by the

25 Secretary of the Department in which the Coast

WASHSTATEC013131

2031

1  Guard is operating as inadequately enforcing inter-
2  national regulations as to that vessel; and

3      ''(3) at the end of its useful life, such equip-
4  ment shall be replaced with equipment that meets
5  Federal Communication Commission equipment cer-
6  tification standards.

7  **''§ 53209. Authorization of appropriations**

8      ''There are authorized to be appropriated for pay-
9  ments under section 53206, $10,000,000 for each of the
10  fiscal years 2021 through 2035.''.

11      (b) CONFORMING AMENDMENT.—The table of chap-
12  ters at the beginning of subtitle V of title 46, United
13  States Code, is amended by inserting before the item relat-
14  ing to chapter 533 the following new item:

**''532.  Cable Security Fleet** ............................................................**53201''.**

15  # Subtitle C—Maritime SAFE Act

16  **SEC. 3531. SHORT TITLES.**

17      This subtitle may be cited as the ''Maritime Security
18  and Fisheries Enforcement Act'' or the ''Maritime SAFE
19  Act''.

20  **SEC. 3532. DEFINITIONS.**

21      In this subtitle:

22      (1) AIS.—The term ''AIS'' means Automatic
23  Identification System (as defined in section 164.46
24  of title 33, Code of Federal Regulations, or a similar
25  successor regulation).

WASHSTATEC013132

2032

1     (2) COMBINED MARITIME FORCES.—The term

2   ''Combined Maritime Forces'' means the 33-nation

3   naval partnership, originally established in February

4   2002, which promotes security, stability, and pros-

5   perity across approximately 3,200,000 square miles

6   of international waters.

7     (3) EXCLUSIVE ECONOMIC ZONE.—

8       (A) IN GENERAL.—Unless otherwise speci-

9     fied by the President as being in the public in-

10     terest in a writing published in the Federal

11     Register, the term ''exclusive economic zone''

12     means—

13       (i) the area within a zone established

14       by a maritime boundary that has been es-

15       tablished by a treaty in force or a treaty

16       that is being provisionally applied by the

17       United States; or

18       (ii) in the absence of a treaty de-

19       scribed in clause (i)—

20         (I) a zone, the outer boundary of

21         which is 200 nautical miles from the

22         baseline from which the breadth of

23         the territorial sea is measured; or

24         (II) if the distance between the

25         United States and another country is

WASHSTATEC013133

2033

1        less than 400 nautical miles, a zone,

2        the outer boundary of which is rep-

3        resented by a line equidistant between

4        the United States and the other coun-

5        try.

6    (B) INNER BOUNDARY.—Without affecting

7 any Presidential Proclamation with regard to

8 the establishment of the United States terri-

9 torial sea or exclusive economic zone, the inner

10 boundary of the exclusive economic zone is—

11        (i) in the case of coastal States, a line

12        coterminous with the seaward boundary of

13        each such State (as described in section 4

14        of the Submerged Lands Act (43 U.S.C.

15        1312));

16        (ii) in the case of the Commonwealth

17        of Puerto Rico, a line that is 3 marine

18        leagues from the coastline of the Common-

19        wealth of Puerto Rico;

20        (iii) in the case of American Samoa,

21        the United States Virgin Islands, Guam,

22        and the Northern Mariana Islands, a line

23        that is 3 geographic miles from the coast-

24        lines of American Samoa, the United

WASHSTATEC013134

2034

States Virgin Islands, Guam, or the North-
ern Mariana Islands, respectively; or

(iv) for any possession of the United
States not referred to in clause (ii) or (iii),
the coastline of such possession.

(C) RULE OF CONSTRUCTION.—Nothing in
this paragraph may be construed to diminish
the authority of the Department of Defense, the
Department of the Interior, or any other Fed-
eral department or agency.

(4) FOOD SECURITY.—The term "food secu-
rity" means access to, and availability, utilization,
and stability of, sufficient food to meet caloric and
nutritional needs for an active and healthy life.

(5) GLOBAL RECORD OF FISHING VESSELS, RE-
FRIGERATED TRANSPORT VESSELS, AND SUPPLY
VESSELS.—The term "global record of fishing ves-
sels, refrigerated transport vessels, and supply ves-
sels" means the Food and Agriculture Organization
of the United Nations' initiative to rapidly make
available certified data from state authorities about
vessels and vessel related activities.

(6) IUU FISHING.—The term "IUU fishing"
means illegal fishing, unreported fishing, or unregu-
lated fishing (as such terms are defined in para-

WASHSTATEC013135

1 graph 3 of the International Plan of Action to Pre-

2 vent, Deter, and Eliminate Illegal, Unreported and

3 Unregulated Fishing, adopted at the 24th Session of

4 the Committee on Fisheries in Rome on March 2,

5 2001).

6 (7) PORT STATE MEASURES AGREEMENT.—The

7 term "Port State Measures Agreement" means the

8 Agreement on Port State Measures to Prevent,

9 Deter, and Eliminate Illegal, Unreported, and Un-

10 regulated Fishing set forth by the Food and Agri-

11 culture Organization of the United Nations, done at

12 Rome, Italy November 22, 2009, and entered into

13 force June 5, 2016, which offers standards for re-

14 porting and inspecting fishing activities of foreign-

15 flagged fishing vessels at port.

16 (8) PRIORITY FLAG STATE.—The term "priority

17 flag state" means a country selected in accordance

18 with section 3552 (b)(3)—

19  (A) whereby the flagged vessels of which

20  actively engage in, knowingly profit from, or are

21  complicit in IUU fishing; and

22  (B) that is willing, but lacks the capacity,

23  to monitor or take effective enforcement action

24  against its fleet.

2036

1     (9) PRIORITY REGION.—The term "priority re-

2   gion" means a region selected in accordance with

3   section 3552 (b)(2)—

4        (A) that is at high risk for IUU fishing ac-

5       tivity or the entry of illegally caught seafood

6       into the markets of countries in the region; and

7        (B) in which countries lack the capacity to

8       fully address the illegal activity described in

9       subparagraph (A).

10    (10) REGIONAL FISHERIES MANAGEMENT OR-

11  GANIZATION.—The term "Regional Fisheries Man-

12  agement Organization" means an intergovernmental

13  fisheries organization or arrangement, as appro-

14  priate, that has the competence to establish con-

15  servation and management measures.

16    (11) SEAFOOD.—The term "seafood"—

17        (A) means marine finfish, mollusks, crus-

18       taceans, and all other forms of marine animal

19       and plant life, including those grown, produced,

20       or reared through marine aquaculture oper-

21       ations or techniques; and

22        (B) does not include marine mammals,

23       turtles, or birds.

24    (12) TRANSNATIONAL ORGANIZED ILLEGAL AC-

25  TIVITY.—The term "transnational organized illegal

WASHSTATEC013137

2037

1 activity'' means criminal activity conducted by self-
2 perpetuating associations of individuals who operate
3 transnationally for the purpose of obtaining power,
4 influence, or monetary or commercial gains, wholly
5 or in part by illegal means, while protecting their ac-
6 tivities through a pattern of corruption or violence
7 or through a transnational organizational structure
8 and the exploitation of transnational commerce or
9 communication mechanisms.

10     (13) TRANSSHIPMENT.—The term ''trans-
11 shipment'' means the use of refrigerated vessels
12 that—

13         (A) collect catch from multiple fishing
14     boats;

15         (B) carry the accumulated catches back to
16     port; and

17         (C) deliver supplies to fishing boats, which
18     allows fishing vessels to remain at sea for ex-
19     tended periods without coming into port.

20 **SEC. 3533. PURPOSES.**

21     The purposes of this subtitle are—

22     (1) to support a whole-of-government approach
23 across the Federal Government to counter IUU fish-
24 ing and related threats to maritime security;

WASHSTATEC013138

2038

1    (2) to improve data sharing that enhances sur-

2    veillance, enforcement, and prosecution against IUU

3    fishing and related activities at a global level;

4    (3) to support coordination and collaboration to

5    counter IUU fishing within priority regions;

6    (4) to increase and improve global transparency

7    and traceability across the seafood supply chain as—

8    (A) a deterrent to IUU fishing; and

9    (B) a tool for strengthening fisheries man-

10    agement and food security;

11    (5) to improve global enforcement operations

12    against IUU fishing through a whole-of-government

13    approach by the United States; and

14    (6) to prevent the use of IUU fishing as a fi-

15    nancing source for transnational organized groups

16    that undermine United States and global security in-

17    terests.

18    **SEC. 3534. STATEMENT OF POLICY.**

19    It is the policy of the United States__

20    (1) to take action to curtail the global trade in

21    seafood and seafood products derived from IUU

22    fishing, including its links to forced labor and

23    transnational organized illegal activity;

WASHSTATEC013139

2039

1 (2) to develop holistic diplomatic, military, law

2 enforcement, economic, and capacity-building tools

3 to counter IUU fishing;

4 (3) to provide technical assistance to countries

5 in priority regions and priority flag states to combat

6 IUU fishing, including assistance—

7 (A) to increase local, national, and regional

8 level capacities to counter IUU fishing through

9 the engagement of law enforcement and secu-

10 rity forces;

11 (B) to enhance port capacity and security,

12 including by supporting other countries in

13 working toward the adoption and implementa-

14 tion of the Port State Measures Agreement;

15 (C) to combat corruption and increase

16 transparency and traceability in fisheries man-

17 agement and trade;

18 (D) to enhance information sharing within

19 and across governments and multilateral orga-

20 nizations through the development and use of

21 agreed standards for information sharing; and

22 (E) to support effective, science-based fish-

23 eries management regimes that promote legal

24 and safe fisheries and act as a deterrent to

25 IUU fishing;

WASHSTATEC013140

2040

1       (4) to promote global maritime security through

2   improved capacity and technological assistance to

3   support improved maritime domain awareness;

4       (5) to engage with priority flag states to en-

5   courage the use of high quality vessel tracking tech-

6   nologies where existing enforcement tools are lack-

7   ing;

8       (6) to engage with multilateral organizations

9   working on fisheries issues, including Regional Fish-

10   eries Management Organizations and the Food and

11   Agriculture Organization of the United Nations, to

12   combat and deter IUU fishing;

13       (7) to advance information sharing across gov-

14   ernments and multilateral organizations in areas

15   that cross multiple jurisdictions, through the devel-

16   opment and use of an agreed standard for informa-

17   tion sharing;

18       (8) to continue to use existing and future trade

19   agreements to combat IUU fishing;

20       (9) to employ appropriate assets and resources

21   of the United States Government in a coordinated

22   manner to disrupt the illicit networks involved in

23   IUU fishing;

24       (10) to continue to declassify and make avail-

25   able, as appropriate and practicable, technologies de-

WASHSTATEC013141

2041

1 veloped by the United States Government that can

2 be used to help counter IUU fishing;

3     (11) to recognize the ties of IUU fishing to

4 transnational organized illegal activity, including

5 human trafficking and illegal trade in narcotics and

6 arms, and as applicable, to focus on illicit activity in

7 a coordinated, cross-cutting manner;

8     (12) to recognize and respond to poor working

9 conditions, labor abuses, and other violent crimes in

10 the fishing industry;

11     (13) to increase and improve global trans-

12 parency and traceability along the seafood supply

13 chain as—

14     (A) a deterrent to IUU fishing; and

15     (B) an approach for strengthening fish-

16 eries management and food security; and

17     (14) to promote technological investment and

18 innovation to combat IUU fishing.

19 **PART I—PROGRAMS TO COMBAT IUU FISHING**

20     **AND INCREASE MARITIME SECURITY**

21 **SEC. 3541. COORDINATION WITH INTERNATIONAL ORGANI-**

22     **ZATIONS.**

23     The Secretary of State, in consultation with the Sec-

24 retary of Commerce, shall coordinate with Regional Fish-

25 eries Management Organizations and the Food and Agri-

WASHSTATEC013142

2042

1 culture Organization of the United Nations, and may co-

2 ordinate with other relevant international governmental or

3 nongovernmental organizations, or the private sector, as

4 appropriate, to enhance regional responses to IUU fishing

5 and related transnational organized illegal activities.

**6 SEC. 3542. ENGAGEMENT OF DIPLOMATIC MISSIONS OF**

**7     THE UNITED STATES.**

8     Not later than 1 year after the date of the enactment

9 of this title, each chief of mission (as defined in section

10 102 of the Foreign Service Act of 1980 (22 U.S.C. 3902))

11 to a relevant country in a priority region or to a priority

12 flag state may, if the Secretary of State determines such

13 action is appropriate—

14         (1) convene a working group, led by Depart-

15     ment of State officials, to examine IUU fishing,

16     which may include stakeholders such as—

17             (A) United States officials from relevant

18         agencies participating in the interagency Work-

19         ing Group identified in section 3551, foreign of-

20         ficials, nongovernmental organizations, the pri-

21         vate sector, and representatives of local fisher-

22         men in the region; and

23             (B) experts on IUU fishing, law enforce-

24         ment, criminal justice, transnational organized

25         illegal activity, defense, intelligence, vessel

WASHSTATEC013143

2043

1  movement monitoring, and international devel-
2  opment operating in or with knowledge of the
3  region; and

4  (2) designate a counter-IUU Fishing Coordi-
5  nator from among existing personnel at the mission
6  if the chief of mission determines such action is ap-
7  propriate.

## SEC. 3543. ASSISTANCE BY FEDERAL AGENCIES TO IM-PROVE LAW ENFORCEMENT WITHIN PRI-ORITY REGIONS AND PRIORITY FLAG STATES.

11  (a) IN GENERAL.—The Secretary of State, in con-
12  sultation with the Secretary of Commerce and the Com-
13  mandant of the Coast Guard when the Coast Guard is
14  not operating as a service in the Department of the Navy,
15  as well as any other relevant department or agency, shall
16  provide assistance, as appropriate, in accordance with this
17  section.

18  (b) LAW ENFORCEMENT TRAINING AND COORDINA-
19  TION ACTIVITIES.—The officials referred to in subsection
20  (a) shall evaluate opportunities to provide assistance, as
21  appropriate, to countries in priority regions and priority
22  flag states to improve the effectiveness of IUU fishing en-
23  forcement, with clear and measurable targets and indica-
24  tors of success, including—

WASHSTATEC013144

2044

1       (1) by assessing and using existing resources,
2  enforcement tools, and legal authorities to coordi-
3  nate efforts to combat IUU fishing with efforts to
4  combat other illegal trade, including weapons, drugs,
5  and human trafficking;

6       (2) by expanding existing IUU fishing enforce-
7  ment training;

8       (3) by providing targeted, country- and region-
9  specific training on combating IUU fishing, includ-
10  ing in those countries that have not adopted the
11  Port State Measures Agreement;

12       (4) by supporting increased effectiveness and
13  transparency of the fisheries enforcement sectors of
14  the governments of such countries; and

15       (5) by supporting increased outreach to stake-
16  holders in the affected communities as key partners
17  in combating and prosecuting IUU fishing.

18  (c) IMPLEMENTATION OF PORT STATE MEASURES.—
19  The officials referred to in subsection (a) shall evaluate
20  opportunities to provide assistance, as appropriate, to
21  countries in priority regions and priority flag states to help
22  those states implement programs related to port security
23  and capacity for the purposes of preventing IUU fishing
24  products from entering the global seafood market, includ-
25  ing by supporting other countries in working toward the

WASHSTATEC013145

2045

1 adoption and implementation of the Port State Measures

2 Agreement.

3 (d) CAPACITY BUILDING FOR INVESTIGATIONS AND

4 PROSECUTIONS.—The officials referred to in subsection

5 (a), in collaboration with the governments of countries in

6 priority regions and of priority flag states, shall evaluate

7 opportunities to assist those countries in designing and

8 implementing programs in such countries, as appropriate,

9 to increase the capacity of IUU fishing enforcement and

10 customs and border security officers to improve their abil-

11 ity—

12         (1) to conduct effective investigations, including

13     using law enforcement techniques such as under-

14     cover investigations and the development of informer

15     networks and actionable intelligence;

16         (2) to conduct vessel boardings and inspections

17     at sea and associated enforcement actions;

18         (3) to exercise existing shiprider agreements

19     and to enter into and implement new shiprider

20     agreements, as appropriate, including in those coun-

21     tries that have not adopted the Port State Measures

22     Agreement;

23         (4) to conduct vessel inspections at port and as-

24     sociated enforcement actions;

WASHSTATEC013146

1      (5) to assess technology needs and promote the

2  use of technology to improve monitoring, enforce-

3  ment, and prosecution of IUU fishing;

4      (6) to conduct DNA-based and forensic identi-

5  fication of seafood used in trade;

6      (7) to conduct training on techniques, such as

7  collecting electronic evidence and using computer

8  forensics, for law enforcement personnel involved in

9  complex investigations related to international mat-

10  ters, financial issues, and government corruption

11  that include IUU fishing;

12      (8) to assess financial flows and the use of fi-

13  nancial institutions to launder profits related to IUU

14  fishing;

15      (9) to conduct training on the legal mechanisms

16  that can be used to prosecute those identified in the

17  investigations as alleged perpetrators of IUU fishing

18  and other associated crimes such as trafficking and

19  forced labor; and

20      (10) to conduct training to raise awareness of

21  the use of whistleblower information and ways to

22  incentivize whistleblowers to come forward with

23  original information related to IUU fishing.

24  (e) CAPACITY BUILDING FOR INFORMATION SHAR-

25  ING.—The officials referred to in subsection (a) shall

WASHSTATEC013147

2047

1 evaluate opportunities to provide assistance, as appro-
2 priate, to key countries in priority regions and priority flag
3 states in the form of training, equipment, and systems de-
4 velopment to build capacity for information sharing re-
5 lated to maritime enforcement and port security.

6 (f) COORDINATION WITH OTHER RELEVANT AGEN-
7 CIES.—The Secretary of State shall coordinate, as appro-
8 priate, with the Secretary of Commerce, the Commandant
9 of the Coast Guard when the Coast Guard is not operating
10 as a service in the Department of the Navy, and with other
11 relevant Federal agencies in accordance with this section.

**SEC. 3544. EXPANSION OF EXISTING MECHANISMS TO COM-**
12
**BAT IUU FISHING.**
13

14 (a) MECHANISMS TO COMBAT IUU FISHING.—The
15 Secretary of State, the Administrator of the United States
16 Agency for International Development, the Secretary of
17 the Department in which the Coast Guard is operating
18 when it is not operating as a service in the Department
19 of the Navy, the Secretary of Defense, the Secretary of
20 Commerce, the Attorney General, and the heads of other
21 appropriate Federal agencies shall assess opportunities to
22 combat IUU fishing by expanding, as appropriate, the use
23 of the following mechanisms:

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013148

2048

1  (1) Including counter-IUU fishing in existing

2  shiprider agreements in which the United States is

3  a party.

4  (2) Entering into shiprider agreements that in-

5  clude counter-IUU fishing with priority flag states

6  and countries in priority regions with which the

7  United States does not already have such an agree-

8  ment.

9  (3) Including counter-IUU fishing as part of

10  the mission of the Combined Maritime Forces.

11  (4) Including counter-IUU fishing exercises in

12  the annual at-sea exercises conducted by the Depart-

13  ment of Defense, in coordination with the United

14  States Coast Guard.

15  (5) Creating partnerships similar to the Oce-

16  ania Maritime Security Initiative and the Africa

17  Maritime Law Enforcement Partnership in other

18  priority regions.

19  (b) INFORMATION SHARING.—The Director of Na-

20  tional Intelligence, in conjunction with other agencies, as

21  appropriate, shall develop an enterprise approach to ap-

22  propriately share information and data within the United

23  States Government or with other countries or nongovern-

24  mental organizations, or the private sector, as appropriate,

25  on IUU fishing and other connected transnational orga-

WASHSTATEC013149

1 nized illegal activity occurring in priority regions and else-

2 where, including big data analytics and machine learning.

**SEC. 3545. IMPROVEMENT OF TRANSPARENCY AND TRACEABILITY PROGRAMS.**

5 The Secretary of State, the Administrator of the

6 United States Agency for International Development, the

7 Secretary of the Department in which the Coast Guard

8 is operating when it is not operating as a service in the

9 Department of the Navy, the Secretary of Commerce, and

10 the heads of other Federal agencies, if merited, shall work,

11 as appropriate, with priority flag states and key countries

12 in priority regions—

13 (1) to increase knowledge within such countries

14 about the United States transparency and

15 traceability standards for imports of seafood and

16 seafood products;

17 (2) to improve the capacity of seafood indus-

18 tries within such countries through information

19 sharing and training to meet the requirements of

20 transparency and traceability standards for seafood

21 and seafood product imports, including catch docu-

22 mentation and trade tracking programs adopted by

23 relevant regional fisheries management organiza-

24 tions; and

WASHSTATEC013150

2050

1      (3) to improve the capacities of government, in-

2  dustry, and civil society groups to develop and imple-

3  ment comprehensive traceability systems that—

4      (A) deter IUU fishing;

5      (B) strengthen fisheries management; and

6      (C) enhance maritime domain awareness.

7 **SEC. 3546. TECHNOLOGY PROGRAMS.**

8      The Secretary of State, the Administrator of the

9 United States Agency for International Development, the

10 Secretary of the Department in which the Coast Guard

11 is operating when it is not operating as a service in the

12 Department of the Navy, the Secretary of Defense, the

13 Secretary of Commerce, and the heads of other Federal

14 agencies, if merited, shall pursue programs, as appro-

15 priate, to expand the role of technology for combating IUU

16 fishing, including by—

17      (1) promoting the use of technology to combat

18  IUU fishing;

19      (2) assessing the technology needs, including

20  vessel tracking technologies and data sharing, in pri-

21  ority regions and priority flag states;

22      (3) engaging with priority flag states to encour-

23  age the mandated use of vessel tracking tech-

24  nologies, including vessel monitoring systems, AIS,

25  or other vessel movement monitoring technologies on

WASHSTATEC013151

2051

1 fishing vessels and transshipment vessels at all
2 times, as appropriate, while at sea as a means to
3 identify IUU fishing activities and the shipment of
4 illegally caught fish products; and

5 (4) building partnerships with the private sec-
6 tor, including universities, nonprofit research organi-
7 zations, the seafood industry, and the technology,
8 transportation and logistics sectors, to leverage new
9 and existing technologies and data analytics to ad-
10 dress IUU fishing.

**SEC. 3547. SAVINGS CLAUSE.**

12 No provision of section 3532 or of this part shall im-
13 pose, or be interpreted to impose, any duty, responsibility,
14 requirement, or obligation on the Department of Defense,
15 the Department of the Navy, the United States Coast
16 Guard when operating as a service in the Department of
17 Homeland Security, or any official or component of either.

18 **PART II—ESTABLISHMENT OF INTERAGENCY**
19 **WORKING GROUP ON IUU FISHING**

20 **SEC. 3551. INTERAGENCY WORKING GROUP ON IUU FISH-**
21 **ING.**

22 (a) IN GENERAL.—There is established a collabo-
23 rative interagency working group on maritime security
24 and IUU fishing (referred to in this subtitle as the "Work-
25 ing Group").

WASHSTATEC013152

2052

1    (b) MEMBERS.—The members of the Working Group

2 shall be composed of—

3        (1) 1 chair, who shall rotate between the Sec-

4    retary of the Department in which the Coast Guard

5    is operating, acting through the Commandant of the

6    Coast Guard, the Secretary of State, and the Na-

7    tional Oceanographic and Atmospheric Administra-

8    tion, acting through the Administrator, on a 3-year

9    term;

10       (2) 2 deputy chairs, who shall be appointed by

11   their respective agency heads and shall be from a

12   different Department than that of the chair, from—

13           (A) the Coast Guard;

14           (B) the Department of State; and

15           (C) the National Oceanic and Atmospheric

16       Administration;

17       (3) 12 members, who shall be appointed by

18   their respective agency heads, from—

19           (A) the Department of Defense;

20           (B) the United States Navy;

21           (C) the United States Agency for Inter-

22       national Development;

23           (D) the United States Fish and Wildlife

24       Service;

25           (E) the Department of Justice;

WASHSTATEC013153

2053

1              (F) the Department of the Treasury;

2              (G) U.S. Customs and Border Protection;

3              (H) U.S. Immigration and Customs En-

4          forcement;

5              (I) the Federal Trade Commission;

6              (J) the Department of Agriculture;

7              (K) the Food and Drug Administration;

8          and

9              (L) the Department of Labor;

10          (4) 1 or more members from the intelligence

11      community (as defined in section 3 of the National

12      Security Act of 1947 (50 U.S.C. 3003)), who shall

13      be appointed by the Director of National Intel-

14      ligence; and

15          (5) 5 members, who shall be appointed by the

16      President, from—

17              (A) the National Security Council;

18              (B) the Council on Environmental Quality;

19              (C) the Office of Management and Budget;

20              (D) the Office of Science and Technology

21          Policy; and

22              (E) the Office of the United States Trade

23          Representative.

WASHSTATEC013154

2054

1  (c) RESPONSIBILITIES.—The Working Group shall
2  ensure an integrated, Federal Government-wide response
3  to IUU fishing globally, including by—

4      (1) improving the coordination of Federal agen-
5   cies to identify, interdict, investigate, prosecute, and
6   dismantle IUU fishing operations and organizations
7   perpetrating and knowingly benefitting from IUU
8   fishing;

9      (2) assessing areas for increased interagency in-
10  formation sharing on matters related to IUU fishing
11  and related crimes;

12     (3) establishing standards for information shar-
13  ing related to maritime enforcement;

14     (4) developing a strategy to determine how mili-
15  tary assets and intelligence can contribute to en-
16  forcement strategies to combat IUU fishing;

17     (5) increasing maritime domain awareness re-
18  lating to IUU fishing and related crimes and devel-
19  oping a strategy to leverage awareness for enhanced
20  enforcement and prosecution actions against IUU
21  fishing;

22     (6) supporting the adoption and implementation
23  of the Port State Measures Agreement in relevant
24  countries and assessing the capacity and training
25  needs in such countries;

WASHSTATEC013155

2055

1        (7) outlining a strategy to coordinate, increase,

2   and use shiprider agreements between the Depart-

3   ment of Defense or the Coast Guard and relevant

4   countries;

5        (8) enhancing cooperation with partner govern-

6   ments to combat IUU fishing;

7        (9) identifying opportunities for increased infor-

8   mation sharing between Federal agencies and part-

9   ner governments working to combat IUU fishing;

10        (10) consulting and coordinating with the sea-

11   food industry and nongovernmental stakeholders

12   that work to combat IUU fishing;

13        (11) supporting the work of collaborative inter-

14   national initiatives to make available certified data

15   from state authorities about vessel and vessel-related

16   activities related to IUU fishing;

17        (12) supporting the identification and certifi-

18   cation procedures to address IUU fishing in accord-

19   ance with the High Seas Driftnet Fishing Morato-

20   rium Protection Act (16 U.S.C. 1826d et seq.); and

21        (13) publishing annual reports summarizing

22   nonsensitive information about the Working Group's

23   efforts to investigate, enforce, and prosecute groups

24   and individuals engaging in IUU fishing.

WASHSTATEC013156

2056

1  **SEC. 3552. STRATEGIC PLAN.**

2      (a) STRATEGIC PLAN.—Not later than 2 years after

3  the date of the enactment of this title, the Working Group,

4  after consultation with the relevant stakeholders, shall

5  submit to the Committee on Commerce, Science, and

6  Transportation of the Senate, the Committee on Foreign

7  Relations of the Senate, the Committee on Appropriations

8  of the Senate, the Committee on Transportation and In-

9  frastructure of the House of Representatives, the Com-

10  mittee on Natural Resources of the House of Representa-

11  tives, the Committee on Foreign Affairs of the House of

12  Representatives, and the Committee on Appropriations of

13  the House of Representatives a 5-year integrated strategic

14  plan on combating IUU fishing and enhancing maritime

15  security, including specific strategies with monitoring

16  benchmarks for addressing IUU fishing in priority re-

17  gions.

18      (b) IDENTIFICATION OF PRIORITY REGIONS AND

19  PRIORITY FLAG STATES.—

20          (1) IN GENERAL.—The strategic plan submitted

21      under subsection (a) shall identify priority regions

22      and priority flag states to be the focus of assistance

23      coordinated by the Working Group under section

24      3551.

WASHSTATEC013157

2057

(2) PRIORITY REGION SELECTION CRITERIA.—
In selecting priority regions under paragraph (1),
the Working Group shall select regions that—

(A) are at high risk for IUU fishing activ-
ity or the entry of illegally caught seafood into
their markets; and

(B) lack the capacity to fully address the
issues described in subparagraph (A).

(3) PRIORITY FLAG STATES SELECTION CRI-
TERIA.—In selecting priority flag states under para-
graph (1), the Working Group shall select coun-
tries—

(A) the flagged vessels of which actively
engage in, knowingly profit from, or are
complicit in IUU fishing; and

(B) that lack the capacity to police their
fleet.

**SEC. 3553. REPORTS.**

Not later than 5 years after the submission of the
5-year integrated strategic plan under section 3552, and
5 years after, the Working Group shall submit a report
to the Committee on Commerce, Science, and Transpor-
tation of the Senate, the Committee on Foreign Relations
of the Senate, the Committee on Appropriations of the
Senate, the Committee on the Judiciary of the Senate, the

WASHSTATEC013158

2058

1  Select Committee on Intelligence of the Senate, the Com-

2  mittee on Agriculture, Nutrition, and Forestry of the Sen-

3  ate, the Committee on Transportation and Infrastructure

4  of the House of Representatives, the Committee on Nat-

5  ural Resources of the House of Representatives, the Com-

6  mittee on Foreign Affairs of the House of Representatives,

7  and the Committee on Appropriations of the House of

8  Representatives that contains—

9      (1) a summary of global and regional trends in

10     IUU fishing;

11     (2) an assessment of the extent of the conver-

12     gence between transnational organized illegal activ-

13     ity, including human trafficking and forced labor,

14     and IUU fishing;

15     (3) an assessment of the topics, data sources,

16     and strategies that would benefit from increased in-

17     formation sharing and recommendations regarding

18     harmonization of data collection and sharing;

19     (4) an assessment of assets, including military

20     assets and intelligence, which can be used for either

21     enforcement operations or strategies to combat IUU

22     fishing;

23     (5) summaries of the situational threats with

24     respect to IUU fishing in priority regions and an as-

WASHSTATEC013159

2059

1    sessment of the capacity of countries within such re-

2    gions to respond to those threats;

3        (6) an assessment of the progress of countries

4    in priority regions in responding to those threats as

5    a result of assistance by the United States pursuant

6    to the strategic plan developed under section 3552,

7    including—

8        (A) the identification of—

9           (i) relevant supply routes, ports of

10        call, methods of landing and entering ille-

11        gally caught product into legal supply

12        chains, and financial institutions used in

13        each country by participants engaging in

14        IUU fishing; and

15           (ii) indicators of IUU fishing that are

16        related to money laundering;

17        (B) an assessment of the adherence to, or

18        progress toward adoption of, international trea-

19        ties related to IUU fishing, including the Port

20        State Measures Agreement, by countries in pri-

21        ority regions;

22        (C) an assessment of the implementation

23        by countries in priority regions of seafood

24        traceability or capacity to apply traceability to

WASHSTATEC013160

2060

1     verify the legality of catch and strengthen fish-

2     eries management;

3           (D) an assessment of the capacity of coun-

4     tries in priority regions to implement shiprider

5     agreements;

6           (E) an assessment of the capacity of coun-

7     tries in priority regions to increase maritime

8     domain awareness; and

9           (F) an assessment of the capacity of gov-

10    ernments of relevant countries in priority re-

11    gions to sustain the programs for which the

12    United States has provided assistance under

13    this subtitle;

14        (7) an assessment of the capacity of priority

15   flag states to track the movement of and police their

16   fleet, prevent their flagged vessels from engaging in

17   IUU fishing, and enforce applicable laws and regula-

18   tions; and

19        (8) an assessment of the extent of involvement

20   in IUU fishing of organizations designated as for-

21   eign terrorist organizations under section 219 of the

22   Immigration and Nationality Act (8 U.S.C. 1189).

WASHSTATEC013161

2061

1   **SEC. 3554. GULF OF MEXICO IUU FISHING SUBWORKING**

2   **GROUP.**

3   (a) IN GENERAL.—Not later than 90 days after the

4   date of the enactment of this title, the Administrator of

5   the National Oceanic and Atmospheric Administration, in

6   coordination with the Commandant of the Coast Guard

7   and the Secretary of State, shall establish a subworking

8   group to address IUU fishing in the exclusive economic

9   zone of the United States in the Gulf of Mexico.

10   (b) FUNCTIONS.—The subworking group established

11   under subsection (a) shall identify—

12   (1) Federal actions taken and policies estab-

13   lished during the 5-year period immediately pre-

14   ceding the date of the enactment of this title with

15   respect to IUU fishing in the exclusive economic

16   zone of the United States in the Gulf of Mexico, in-

17   cluding such actions and policies related to—

18   (A) the surveillance, interdiction, and pros-

19   ecution of any foreign nationals engaged in

20   such fishing; and

21   (B) the application of the provisions of the

22   High Seas Driftnet Fishing Moratorium Protec-

23   tion Act (16 U.S.C. 1826d et seq.) to any rel-

24   evant nation, including the status of any past

25   or ongoing consultations and certification proce-

26   dures;

WASHSTATEC013162

2062

1        (2) actions and policies, in addition to the ac-
2  tions and policies described in paragraph (1), each
3  of the Federal agencies described in subsection (a)
4  can take, using existing resources, to combat IUU
5  fishing in the exclusive economic zone of the United
6  States in the Gulf of Mexico; and

7        (3) any additional authorities that could assist
8  each such agency in more effectively addressing such
9  IUU fishing.

10  (c) REPORT.—Not later than 1 year after the IUU
11  Fishing Subworking Group is established under subsection
12  (a), the group shall submit a report to the Committee on
13  Commerce, Science, and Transportation of the Senate, the
14  Committee on Transportation and Infrastructure of the
15  House of Representatives, and the Committee on Natural
16  Resources of the House of Representatives that contains—

17        (1) the findings identified pursuant to sub-
18  section (b); and

19        (2) a timeline for each of the Federal agencies
20  described in subsection (a) to implement each action
21  or policy identified pursuant to subsection (b)(2).

WASHSTATEC013163

2063

1 **PART III—COMBATING HUMAN TRAFFICKING IN**
2     **CONNECTION WITH THE CATCHING AND**
3     **PROCESSING OF SEAFOOD PRODUCTS**

4 **SEC. 3561. FINDING.**

5     Congress finds that human trafficking, including
6 forced labor, is a pervasive problem in the catching and
7 processing of certain seafood products imported into the
8 United States, particularly seafood products obtained
9 through illegal, unreported, and unregulated fishing.

10 **SEC. 3562. ADDING THE SECRETARY OF COMMERCE TO THE**
11                 **INTERAGENCY TASK FORCE TO MONITOR**
12                 **AND COMBAT TRAFFICKING.**

13     Section 105(b) of the Victims of Trafficking and Vio-
14 lence Protection Act of 2000 (22 U.S.C. 7103(b)) is
15 amended by inserting ''the Secretary of Commerce,'' after
16 ''the Secretary of Education,''.

17 **SEC. 3563. HUMAN TRAFFICKING IN THE SEAFOOD SUPPLY**
18                 **CHAIN REPORT.**

19     (a) IN GENERAL.—Not later than 1 year after the
20 date of the enactment of this title, the Secretary of State
21 and the Administrator of the National Oceanic and At-
22 mospheric Administration shall jointly submit a report to
23 the Committee on Commerce, Science, and Transportation
24 of the Senate, the Committee on Foreign Relations of the
25 Senate, the Committee on Appropriations of the Senate,
26 the Committee on Natural Resources of the House of Rep-

WASHSTATEC013164

2064

1   resentatives, the Committee on Foreign Affairs of the

2   House of Representatives, and the Committee on Appro-

3   priations of the House of Representatives that describes

4   the existence of human trafficking, including forced labor,

5   in the supply chains of seafood products imported into the

6   United States.

7       (b) REPORT ELEMENTS.—The report required under

8   subsection (a) shall include—

9           (1) a list of the countries at risk for human

10          trafficking, including forced labor, in their seafood

11          catching and processing industries, and an assess-

12          ment of such risk for each listed country;

13          (2) a description of the quantity and economic

14          value of seafood products imported into the United

15          States from the countries on the list compiled pursu-

16          ant to paragraph (1);

17          (3) a description and assessment of the meth-

18          ods, if any, in the countries on the list compiled pur-

19          suant to paragraph (1) to trace and account for the

20          manner in which seafood is caught;

21          (4) a description of domestic and international

22          enforcement mechanisms to deter illegal practices in

23          the catching of seafood in the countries on the list

24          compiled pursuant to paragraph (1); and

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013165

2065

1     (5) such recommendations as the Secretary of

2   State and the Administrator of the National Oceanic

3   and Atmospheric Administration jointly consider ap-

4   propriate for administrative action to enhance and

5   improve actions against human trafficking, including

6   forced labor, in the catching and processing of sea-

7   food products outside of United States waters.

## PART IV—AUTHORIZATION OF APPROPRIATIONS

### SEC. 3571. AUTHORIZATION OF APPROPRIATIONS.

10   (a) FUNDING.—Amounts made available to carry out

11 this subtitle shall be derived from amounts appropriated

12 to the relevant agencies and departments.

13   (b) NO INCREASE IN CONTRIBUTIONS.—Nothing in

14 this subtitle shall be construed to authorize an increase

15 in required or voluntary contributions paid by the United

16 States to any multilateral or international organization.

### SEC. 3572. ACCOUNTING OF FUNDS.

18   By not later than 180 days after the date of enact-

19 ment of this title, the head of each Federal agency receiv-

20 ing or allocating funds to carry out activities under this

21 subtitle shall, to the greatest extent practicable, prepare

22 and submit to Congress a report that provides an account-

23 ing of all funds made available under this subtitle to the

24 Federal agency.

WASHSTATEC013166

2066

# 1    DIVISION D—FUNDING TABLES

Sec. 4001. Authorization of amounts in funding tables.

### TITLE XLI—PROCUREMENT

Sec. 4101. Procurement.
Sec. 4102. Procurement for overseas contingency operations.
Sec. 4103. Procurement for emergency requirements.

### TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Sec. 4201. Research, development, test, and evaluation.
Sec. 4202. Research, development, test, and evaluation for overseas contingency operations.
Sec. 4203. Research, development, test, and evaluation for emergency requirements.

### TITLE XLIII—OPERATION AND MAINTENANCE

Sec. 4301. Operation and maintenance.
Sec. 4302. Operation and maintenance for overseas contingency operations.
Sec. 4303. Operation and maintenance for emergency requirements.

### TITLE XLIV—MILITARY PERSONNEL

Sec. 4401. Military personnel.
Sec. 4402. Military personnel for overseas contingency operations.

### TITLE XLV—OTHER AUTHORIZATIONS

Sec. 4501. Other authorizations.
Sec. 4502. Other authorizations for overseas contingency operations.

### TITLE XLVI—MILITARY CONSTRUCTION

Sec. 4601. Military construction.
Sec. 4602. Military construction for overseas contingency operations.
Sec. 4603. Military construction for emergency requirements.

### TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

Sec. 4701. Department of energy national security programs.

## 2    SEC. 4001. AUTHORIZATION OF AMOUNTS IN FUNDING TA-

## 3           BLES.

4        (a) IN GENERAL.—Whenever a funding table in this

5    division specifies a dollar amount authorized for a project,

6    program, or activity, the obligation and expenditure of the

7    specified dollar amount for the project, program, or activ-

WASHSTATEC013167

2067

1 ity is hereby authorized, subject to the availability of ap-

2 propriations.

3     (b) MERIT-BASED DECISIONS.—A decision to com-

4 mit, obligate, or expend funds with or to a specific entity

5 on the basis of a dollar amount authorized pursuant to

6 subsection (a) shall—

7         (1) be based on merit-based selection proce-

8         dures in accordance with the requirements of sec-

9         tions 2304(k) and 2374 of title 10, United States

10         Code, or on competitive procedures; and

11         (2) comply with other applicable provisions of

12         law.

13     (c) RELATIONSHIP TO TRANSFER AND PROGRAM-

14 MING AUTHORITY.—An amount specified in the funding

15 tables in this division may be transferred or repro-

16 grammed under a transfer or reprogramming authority

17 provided by another provision of this Act or by other law.

18 The transfer or reprogramming of an amount specified in

19 such funding tables shall not count against a ceiling on

20 such transfers or reprogrammings under section 1001 or

21 section 1522 of this Act or any other provision of law,

22 unless such transfer or reprogramming would move funds

23 between appropriation accounts.

WASHSTATEC013168

G:\CMTE\AS\20\C\ASCR20.XML

2068

1    (d) APPLICABILITY TO CLASSIFIED ANNEX.—This

2 section applies to any classified annex that accompanies

3 this Act.

4    (e) ORAL WRITTEN COMMUNICATIONS.—No oral or

5 written communication concerning any amount specified

6 in the funding tables in this division shall supersede the

7 requirements of this section.

# 8    TITLE XLI—PROCUREMENT

Sec. 4101. Procurement.
Sec. 4102. Procurement for overseas contingency operations.
Sec. 4103. Procurement for emergency requirements.

## 9    SEC. 4101. PROCUREMENT.

| SEC. 4101. PROCUREMENT (In Thousands of Dollars) | | | |
|---|---|---|---|
| Line | Item | FY 2020 Request | Conference Authorized |
| | **AIRCRAFT PROCUREMENT, ARMY** | | |
| | **FIXED WING** | | |
| 002 | UTILITY F/W AIRCRAFT | 16,000 | 0 |
| | Early to need | | [−16,000] |
| 004 | RQ-11 (RAVEN) | 23,510 | 21,420 |
| | Unit cost growth | | [−2,090] |
| | **ROTARY** | | |
| 005 | TACTICAL UNMANNED AIRCRAFT SYSTEM (TUAS) | 12,100 | 6,100 |
| | Program reduction | | [−6,000] |
| 007 | HELICOPTER, LIGHT UTILITY (LUH) | | 11,000 |
| | Program increase for sustainment improvements | | [11,000] |
| 008 | AH-64 APACHE BLOCK IIIA REMAN | 806,849 | 798,785 |
| | Unjustified cost growth | | [−8,064] |
| 009 | AH-64 APACHE BLOCK IIIA REMAN | 190,870 | 190,870 |
| 012 | UH-60 BLACKHAWK M MODEL (MYP) | 1,411,540 | 1,397,740 |
| | Unit cost growth | | [−13,800] |
| 013 | UH-60 BLACKHAWK M MODEL (MYP) | 79,572 | 79,572 |
| 014 | UH-60 BLACK HAWK L AND V MODELS | 169,290 | 169,290 |
| 015 | CH-47 HELICOPTER | 140,290 | 131,290 |
| | Unit cost growth | | [−9,000] |
| 016 | CH-47 HELICOPTER | 18,186 | 46,186 |
| | Advance procurement for CH-47F Block II | | [28,000] |
| | **MODIFICATION OF AIRCRAFT** | | |
| 019 | UNIVERSAL GROUND CONTROL EQUIPMENT (UAS) | 2,090 | 2,090 |
| 020 | GRAY EAGLE MODS2 | 14,699 | 14,699 |
| 021 | MULTI SENSOR ABN RECON (MIP) | 35,189 | 35,189 |
| 022 | AH-64 MODS | 58,172 | 58,172 |
| 023 | CH-47 CARGO HELICOPTER MODS (MYP) | 11,785 | 11,785 |
| 024 | GRCS SEMA MODS (MIP) | 5,677 | 5,677 |
| 025 | ARL SEMA MODS (MIP) | 6,566 | 6,566 |
| 026 | EMARSS SEMA MODS (MIP) | 3,859 | 3,859 |
| 027 | UTILITY/CARGO AIRPLANE MODS | 15,476 | 13,476 |
| | Unit cost discrepancy | | [−2,000] |
| 028 | UTILITY HELICOPTER MODS | 6,744 | 6,744 |
| 029 | NETWORK AND MISSION PLAN | 105,442 | 98,442 |
| | Cost growth | | [−7,000] |
| 030 | COMMS, NAV SURVEILLANCE | 164,315 | 164,315 |
| 032 | GATM ROLLUP | 30,966 | 30,966 |
| 033 | RQ-7 UAV MODS | 8,983 | 8,983 |
| 034 | UAS MODS | 10,205 | 10,205 |
| | **GROUND SUPPORT AVIONICS** | | |
| 035 | AIRCRAFT SURVIVABILITY EQUIPMENT | 52,297 | 52,297 |
| 036 | SURVIVABILITY CM | 8,388 | 8,388 |
| 037 | CMWS | 13,999 | 13,999 |

WASHSTATEC013169

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|------------------------|
| 038 | COMMON INFRARED COUNTERMEASURES (CIRCM) | 168,784 | 168,784 |
| | **OTHER SUPPORT** | | |
| 039 | AVIONICS SUPPORT EQUIPMENT | 1,777 | 1,777 |
| 040 | COMMON GROUND EQUIPMENT | 18,624 | 18,624 |
| 041 | AIRCREW INTEGRATED SYSTEMS | 48,255 | 48,255 |
| 042 | AIR TRAFFIC CONTROL | 32,738 | 32,738 |
| 044 | LAUNCHER, 2.75 ROCKET | 2,201 | 2,201 |
| 045 | LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2 | 991 | 991 |
| | **TOTAL AIRCRAFT PROCUREMENT, ARMY** | **3,696,429** | **3,671,475** |
| | | | |
| | **MISSILE PROCUREMENT, ARMY** | | |
| | **SURFACE-TO-AIR MISSILE SYSTEM** | | |
| 001 | SYSTEM INTEGRATION AND TEST PROCUREMENT | 113,857 | 113,857 |
| 002 | M-SHORAD—PROCUREMENT | 103,800 | 71,800 |
| | Early to need | | [−32,000] |
| 003 | MSE MISSILE | 698,603 | 698,603 |
| 004 | INDIRECT FIRE PROTECTION CAPABILITY INC 2-I | 9,337 | 9,337 |
| | **AIR-TO-SURFACE MISSILE SYSTEM** | | |
| 006 | HELLFIRE SYS SUMMARY | 193,284 | 186,084 |
| | Unit cost growth | | [−7,200] |
| 007 | JOINT AIR-TO-GROUND MSLS (JAGM) | 233,353 | 199,295 |
| | Contract and schedule delays | | [−34,058] |
| | **ANTI-TANK/ASSAULT MISSILE SYS** | | |
| 008 | JAVELIN (AAWS-M) SYSTEM SUMMARY | 138,405 | 138,405 |
| 009 | TOW 2 SYSTEM SUMMARY | 114,340 | 107,958 |
| | Unit cost growth | | [−6,382] |
| 010 | TOW 2 SYSTEM SUMMARY | 10,500 | 10,500 |
| 011 | GUIDED MLRS ROCKET (GMLRS) | 797,213 | 767,213 |
| | Program adjustment | | [−30,000] |
| 012 | MLRS REDUCED RANGE PRACTICE ROCKETS (RRPR) | 27,555 | 27,555 |
| 014 | ARMY TACTICAL MSL SYS (ATACMS)—SYS SUM | 209,842 | 170,013 |
| | Excess to need | | [−39,829] |
| | **MODIFICATIONS** | | |
| 016 | PATRIOT MODS | 279,464 | 279,464 |
| 017 | ATACMS MODS | 85,320 | 80,320 |
| | Unit cost growth | | [−5,000] |
| 018 | GMLRS MOD | 5,094 | 5,094 |
| 019 | STINGER MODS | 81,615 | 81,615 |
| 020 | AVENGER MODS | 14,107 | 14,107 |
| 021 | ITAS/TOW MODS | 3,469 | 3,469 |
| 022 | MLRS MODS | 39,019 | 39,019 |
| 023 | HIMARS MODIFICATIONS | 12,483 | 12,483 |
| | **SPARES AND REPAIR PARTS** | | |
| 024 | SPARES AND REPAIR PARTS | 26,444 | 26,444 |
| | **SUPPORT EQUIPMENT & FACILITIES** | | |
| 025 | AIR DEFENSE TARGETS | 10,593 | 10,593 |
| | **TOTAL MISSILE PROCUREMENT, ARMY** | **3,207,697** | **3,053,228** |
| | | | |
| | **PROCUREMENT OF W&TCV, ARMY** | | |
| | **TRACKED COMBAT VEHICLES** | | |
| 002 | ARMORED MULTI PURPOSE VEHICLE (AMPV) | 264,040 | 230,307 |
| | Program reduction | | [−33,733] |
| | **MODIFICATION OF TRACKED COMBAT VEHICLES** | | |
| 003 | STRYKER (MOD) | 144,387 | 393,587 |
| | Accelerate Stryker medium caliber weapon system—Army unfunded priority | | [249,200] |
| 004 | STRYKER UPGRADE | 550,000 | 522,962 |
| | Unit cost growth | | [−27,038] |
| 005 | BRADLEY PROGRAM (MOD) | 638,781 | 573,781 |
| | Program decrease | | [−65,000] |
| 006 | M109 FOV MODIFICATIONS | 25,756 | 25,756 |
| 007 | PALADIN INTEGRATED MANAGEMENT (PIM) | 553,425 | 553,425 |
| 009 | ASSAULT BRIDGE (MOD) | 2,821 | 2,821 |
| 010 | ASSAULT BREACHER VEHICLE | 31,687 | 31,687 |
| 011 | M88 FOV MODS | 4,500 | 4,500 |
| 012 | JOINT ASSAULT BRIDGE | 205,517 | 205,517 |
| 013 | M1 ABRAMS TANK (MOD) | 348,800 | 401,800 |
| | Test support excess to need | | [−7,000] |
| | Vehicle protection system for one armored brigade | | [60,000] |
| 014 | ABRAMS UPGRADE PROGRAM | 1,752,784 | 1,752,784 |
| | **WEAPONS & OTHER COMBAT VEHICLES** | | |
| 016 | MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS | 19,420 | 19,420 |
| 017 | GUN AUTOMATIC 30MM M230 | 20,000 | 5,042 |
| | Program reduction | | [−14,958] |
| 019 | MORTAR SYSTEMS | 14,907 | 14,907 |
| 020 | XM320 GRENADE LAUNCHER MODULE (GLM) | 191 | 191 |
| 021 | PRECISION SNIPER RIFLE | 7,977 | 7,977 |
| 022 | COMPACT SEMI-AUTOMATIC SNIPER SYSTEM | 9,860 | 9,860 |
| 023 | CARBINE | 30,331 | 30,331 |

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013170

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 024 | SMALL ARMS—FIRE CONTROL .......................................... | 8,060 | 0 |
| | Late contract award .......................................... | | [−8,060] |
| 025 | COMMON REMOTELY OPERATED WEAPONS STATION ............. | 24,007 | 24,007 |
| 026 | HANDGUN ............................................................. | 6,174 | 6,174 |
| | **MOD OF WEAPONS AND OTHER COMBAT VEH** | | |
| 028 | MK–19 GRENADE MACHINE GUN MODS .......................... | 3,737 | 3,737 |
| 029 | M777 MODS ......................................................... | 2,367 | 2,367 |
| 030 | M4 CARBINE MODS ................................................ | 17,595 | 17,595 |
| 033 | M240 MEDIUM MACHINE GUN MODS ........................... | 8,000 | 8,000 |
| 034 | SNIPER RIFLES MODIFICATIONS .................................. | 2,426 | 2,426 |
| 035 | M119 MODIFICATIONS ............................................. | 6,269 | 6,269 |
| 036 | MORTAR MODIFICATION ........................................... | 1,693 | 1,693 |
| 037 | MODIFICATIONS LESS THAN $5.0M (WOCV-WTCV) ............ | 4,327 | 4,327 |
| | **SUPPORT EQUIPMENT & FACILITIES** | | |
| 038 | ITEMS LESS THAN $5.0M (WOCV-WTCV) ......................... | 3,066 | 3,066 |
| 039 | PRODUCTION BASE SUPPORT (WOCV-WTCV) .................... | 2,651 | 2,651 |
| | **TOTAL PROCUREMENT OF W&TCV, ARMY** ............... | **4,715,566** | **4,868,977** |
| | | | |
| | **PROCUREMENT OF AMMUNITION, ARMY** | | |
| | **SMALL/MEDIUM CAL AMMUNITION** | | |
| 001 | CTG, 5.56MM, ALL TYPES .......................................... | 68,949 | 65,520 |
| | Prior-year carryover .......................................... | | [−3,429] |
| 002 | CTG, 7.62MM, ALL TYPES .......................................... | 114,228 | 112,228 |
| | Prior-year carryover .......................................... | | [−2,000] |
| 003 | CTG, HANDGUN, ALL TYPES ...................................... | 17,807 | 17,807 |
| 004 | CTG, .50 CAL, ALL TYPES ........................................ | 63,966 | 63,966 |
| 005 | CTG, 20MM, ALL TYPES ............................................ | 35,920 | 27,920 |
| | Unit cost growth .......................................... | | [−8,000] |
| 006 | CTG, 25MM, ALL TYPES ............................................ | 8,990 | 8,990 |
| 007 | CTG, 30MM, ALL TYPES ............................................ | 68,813 | 65,337 |
| | Prior-year carry over .......................................... | | [−1,134] |
| | Program adjustment .......................................... | | [−2,342] |
| 008 | CTG, 40MM, ALL TYPES ............................................ | 103,952 | 103,952 |
| | **MORTAR AMMUNITION** | | |
| 009 | 60MM MORTAR, ALL TYPES ...................................... | 50,580 | 49,580 |
| | Unit cost discrepancy .......................................... | | [−1,000] |
| 010 | 81MM MORTAR, ALL TYPES ...................................... | 59,373 | 44,673 |
| | Contract delays .......................................... | | [−14,700] |
| 011 | 120MM MORTAR, ALL TYPES ..................................... | 125,452 | 123,452 |
| | Unit cost growth .......................................... | | [−2,000] |
| | **TANK AMMUNITION** | | |
| 012 | CARTRIDGES, TANK, 105MM AND 120MM, ALL TYPES .......... | 171,284 | 120,464 |
| | Unit cost growth .......................................... | | [−50,820] |
| | **ARTILLERY AMMUNITION** | | |
| 013 | ARTILLERY CARTRIDGES, 75MM & 105MM, ALL TYPES ........ | 44,675 | 44,675 |
| 014 | ARTILLERY PROJECTILE, 155MM, ALL TYPES .................. | 266,037 | 266,037 |
| 015 | PROJ 155MM EXTENDED RANGE M982 .......................... | 57,434 | 57,434 |
| 016 | ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL ....... | 271,602 | 268,022 |
| | Cost growth and unjustified product improvements ............. | | [−3,580] |
| | **MINES** | | |
| 017 | MINES & CLEARING CHARGES, ALL TYPES ..................... | 55,433 | 39,239 |
| | Contract delay .......................................... | | [−16,194] |
| | **ROCKETS** | | |
| 018 | SHOULDER LAUNCHED MUNITIONS, ALL TYPES ............... | 74,878 | 74,878 |
| 019 | ROCKET, HYDRA 70, ALL TYPES .................................. | 175,994 | 165,994 |
| | Excess support costs .......................................... | | [−10,000] |
| | **OTHER AMMUNITION** | | |
| 020 | CAD/PAD, ALL TYPES ............................................. | 7,595 | 7,595 |
| 021 | DEMOLITION MUNITIONS, ALL TYPES ........................... | 51,651 | 51,651 |
| 022 | GRENADES, ALL TYPES ........................................... | 40,592 | 40,592 |
| 023 | SIGNALS, ALL TYPES ............................................. | 18,609 | 18,609 |
| 024 | SIMULATORS, ALL TYPES ......................................... | 16,054 | 16,054 |
| | **MISCELLANEOUS** | | |
| 025 | AMMO COMPONENTS, ALL TYPES ............................... | 5,261 | 5,261 |
| 026 | NON-LETHAL AMMUNITION, ALL TYPES ......................... | 715 | 715 |
| 027 | ITEMS LESS THAN $5 MILLION (AMMO) ......................... | 9,213 | 9,213 |
| 028 | AMMUNITION PECULIAR EQUIPMENT ........................... | 10,044 | 10,044 |
| 029 | FIRST DESTINATION TRANSPORTATION (AMMO) ............... | 18,492 | 18,492 |
| 030 | CLOSEOUT LIABILITIES ........................................... | 99 | 99 |
| | **PRODUCTION BASE SUPPORT** | | |
| 031 | INDUSTRIAL FACILITIES .......................................... | 474,511 | 474,511 |
| 032 | CONVENTIONAL MUNITIONS DEMILITARIZATION ............... | 202,512 | 202,512 |
| 033 | ARMS INITIATIVE .................................................. | 3,833 | 3,833 |
| | **TOTAL PROCUREMENT OF AMMUNITION, ARMY** ......... | **2,694,548** | **2,579,349** |
| | | | |
| | **OTHER PROCUREMENT, ARMY** | | |
| | **TACTICAL VEHICLES** | | |
| 001 | TACTICAL TRAILERS/DOLLY SETS ............................... | 12,993 | 12,993 |

WASHSTATEC013171

2071

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 002 | SEMITRAILERS, FLATBED | 102,386 | 102,386 |
| 003 | AMBULANCE, 4 LITTER, 5/4 TON, 4X4 | 127,271 | 127,271 |
| 004 | GROUND MOBILITY VEHICLES (GMV) | 37,038 | 35,038 |
| | Unit cost growth | | [−2,000] |
| 006 | JOINT LIGHT TACTICAL VEHICLE | 996,007 | 976,507 |
| | Army requested transfer to RDTE, A line 169 | | [−4,500] |
| | Simulator delay | | [−15,000] |
| 007 | TRUCK, DUMP, 20T (CCE) | 10,838 | 10,838 |
| 008 | FAMILY OF MEDIUM TACTICAL VEH (FMTV) | 72,057 | 138,057 |
| | Program increase | | [66,000] |
| 009 | FIRETRUCKS & ASSOCIATED FIREFIGHTING EQUIP | 28,048 | 28,048 |
| 010 | FAMILY OF HEAVY TACTICAL VEHICLES (FHTV) | 9,969 | 9,969 |
| 011 | PLS ESP | 6,280 | 6,280 |
| 012 | HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV | 30,841 | 95,185 |
| | Program increase | | [64,344] |
| 013 | HMMWV RECAPITALIZATION PROGRAM | 5,734 | 5,734 |
| 014 | TACTICAL WHEELED VEHICLE PROTECTION KITS | 45,113 | 45,113 |
| 015 | MODIFICATION OF IN SVC EQUIP | 58,946 | 58,946 |
| | **NON-TACTICAL VEHICLES** | | |
| 017 | HEAVY ARMORED VEHICLE | 791 | 791 |
| 018 | PASSENGER CARRYING VEHICLES | 1,416 | 1,416 |
| 019 | NONTACTICAL VEHICLES, OTHER | 29,891 | 29,891 |
| | **COMM—JOINT COMMUNICATIONS** | | |
| 021 | SIGNAL MODERNIZATION PROGRAM | 153,933 | 143,933 |
| | Excess funding for spares | | [−10,000] |
| 022 | TACTICAL NETWORK TECHNOLOGY MOD IN SVC | 387,439 | 411,439 |
| | ITN-M for one armored brigade combat team | | [24,000] |
| 023 | SITUATION INFORMATION TRANSPORT | 46,693 | 46,693 |
| 025 | JCSE EQUIPMENT (USRDECOM) | 5,075 | 5,075 |
| | **COMM—SATELLITE COMMUNICATIONS** | | |
| 028 | DEFENSE ENTERPRISE WIDEBAND SATCOM SYSTEMS | 101,189 | 101,189 |
| 029 | TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS | 77,141 | 77,141 |
| 030 | SHF TERM | 16,054 | 16,054 |
| 031 | ASSURED POSITIONING, NAVIGATION AND TIMING | 41,074 | 33,674 |
| | Program cancellation | | [−7,400] |
| 032 | SMART-T (SPACE) | 10,515 | 10,515 |
| 033 | GLOBAL BRDCST SVC—GBS | 11,800 | 11,800 |
| 034 | ENROUTE MISSION COMMAND (EMC) | 8,609 | 8,609 |
| | **COMM—C3 SYSTEM** | | |
| 038 | COE TACTICAL SERVER INFRASTRUCTURE (TSI) | 77,533 | 57,533 |
| | Program reduction | | [−20,000] |
| | **COMM—COMBAT COMMUNICATIONS** | | |
| 039 | HANDHELD MANPACK SMALL FORM FIT (HMS) | 468,026 | 488,026 |
| | SFAB technology refresh | | [20,000] |
| 040 | RADIO TERMINAL SET, MIDS LVT(2) | 23,778 | 23,778 |
| 044 | SPIDER FAMILY OF NETWORKED MUNITIONS INCR | 10,930 | 10,930 |
| 046 | UNIFIED COMMAND SUITE | 9,291 | 9,291 |
| 047 | COTS COMMUNICATIONS EQUIPMENT | 55,630 | 55,630 |
| 048 | FAMILY OF MED COMM FOR COMBAT CASUALTY CARE | 16,590 | 16,590 |
| 049 | ARMY COMMUNICATIONS & ELECTRONICS | 43,457 | 43,457 |
| | **COMM—INTELLIGENCE COMM** | | |
| 051 | CI AUTOMATION ARCHITECTURE (MIP) | 10,470 | 10,470 |
| 052 | DEFENSE MILITARY DECEPTION INITIATIVE | 3,704 | 3,704 |
| | **INFORMATION SECURITY** | | |
| 053 | FAMILY OF BIOMETRICS | 1,000 | 1,000 |
| 054 | INFORMATION SYSTEM SECURITY PROGRAM-ISSP | 3,600 | 3,600 |
| 055 | COMMUNICATIONS SECURITY (COMSEC) | 160,899 | 147,097 |
| | Unit cost growth | | [−13,802] |
| 056 | DEFENSIVE CYBER OPERATIONS | 61,962 | 61,962 |
| 057 | INSIDER THREAT PROGRAM—UNIT ACTIVITY MONITO | 756 | 756 |
| 058 | PERSISTENT CYBER TRAINING ENVIRONMENT | 3,000 | 3,000 |
| | **COMM—LONG HAUL COMMUNICATIONS** | | |
| 059 | BASE SUPPORT COMMUNICATIONS | 31,770 | 31,770 |
| | **COMM—BASE COMMUNICATIONS** | | |
| 060 | INFORMATION SYSTEMS | 159,009 | 159,009 |
| 061 | EMERGENCY MANAGEMENT MODERNIZATION PROGRAM | 4,854 | 4,854 |
| 062 | HOME STATION MISSION COMMAND CENTERS (HSMCC) | 47,174 | 47,174 |
| 063 | INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM | 297,994 | 265,494 |
| | Insufficient budget justification | | [−32,500] |
| | **ELECT EQUIP—TACT INT REL ACT (TIARA)** | | |
| 066 | JTTC/IBS-M (MIP) | 7,686 | 7,686 |
| 068 | DCGS-A (MIP) | 180,350 | 180,350 |
| 070 | TROJAN (MIP) | 17,368 | 17,368 |
| 071 | MOD OF IN-SVC EQUIP (INTEL SPT) (MIP) | 59,052 | 59,052 |
| | **ELECT EQUIP—ELECTRONIC WARFARE (EW)** | | |
| 077 | LIGHTWEIGHT COUNTER MORTAR RADAR | 5,400 | 5,400 |
| 078 | EW PLANNING & MANAGEMENT TOOLS (EWPMT) | 7,568 | 7,568 |
| 079 | AIR VIGILANCE (AV) (MIP) | 8,953 | 8,953 |

WASHSTATEC013172

2072

### SEC. 4101. PROCUREMENT
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|------------------------|
| 081 | MULTI-FUNCTION ELECTRONIC WARFARE (MFEW) SYST | 6,420 | 3,220 |
|  | Program reduction | | [−3,000] |
| 083 | COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES | 501 | 501 |
| 084 | CI MODERNIZATION (MIP) | 121 | 121 |
|  | **ELECT EQUIP—TACTICAL SURV. (TAC SURV)** | | |
| 085 | SENTINEL MODS | 115,210 | 114,210 |
|  | Excess support costs | | [−1,000] |
| 086 | NIGHT VISION DEVICES | 236,604 | 160,379 |
|  | Insufficient justification (IVAS) | | [−76,225] |
| 088 | SMALL TACTICAL OPTICAL RIFLE MOUNTED MLRF | 22,623 | 22,623 |
| 090 | INDIRECT FIRE PROTECTION FAMILY OF SYSTEMS | 29,127 | 29,127 |
| 091 | FAMILY OF WEAPON SIGHTS (FWS) | 120,883 | 81,541 |
|  | Excess unit cost growth | | [−39,342] |
| 094 | JOINT BATTLE COMMAND—PLATFORM (JBC-P) | 265,667 | 256,567 |
|  | Program adjustment | | [−9,100] |
| 095 | JOINT EFFECTS TARGETING SYSTEM (JETS) | 69,720 | 44,720 |
|  | Program delay | | [−25,000] |
| 096 | MOD OF IN-SVC EQUIP (LLDR) | 6,044 | 6,044 |
| 097 | COMPUTER BALLISTICS: LHMBC XM32 | 3,268 | 3,268 |
| 098 | MORTAR FIRE CONTROL SYSTEM | 13,199 | 13,199 |
| 099 | MORTAR FIRE CONTROL SYSTEMS MODIFICATIONS | 10,000 | 10,000 |
| 100 | COUNTERFIRE RADARS | 16,416 | 16,416 |
|  | **ELECT EQUIP—TACTICAL C2 SYSTEMS** | | |
| 102 | FIRE SUPPORT C2 FAMILY | 13,197 | 13,197 |
| 103 | AIR & MSL DEFENSE PLANNING & CONTROL SYS | 24,730 | 24,730 |
| 104 | IAMD BATTLE COMMAND SYSTEM | 29,629 | 29,629 |
| 105 | LIFE CYCLE SOFTWARE SUPPORT (LCSS) | 6,774 | 6,774 |
| 106 | NETWORK MANAGEMENT INITIALIZATION AND SERVICE | 24,448 | 24,448 |
| 107 | MANEUVER CONTROL SYSTEM (MCS) | 260 | 260 |
| 108 | GLOBAL COMBAT SUPPORT SYSTEM-ARMY (GCSS-A) | 17,962 | 17,962 |
| 109 | INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPP | 18,674 | 8,674 |
|  | Poor business process reengineering | | [−10,000] |
| 110 | RECONNAISSANCE AND SURVEYING INSTRUMENT SET | 11,000 | 11,000 |
| 111 | MOD OF IN-SVC EQUIPMENT (ENFIRE) | 7,317 | 15,317 |
|  | Program increase—land surveying systems | | [8,000] |
|  | **ELECT EQUIP—AUTOMATION** | | |
| 112 | ARMY TRAINING MODERNIZATION | 14,578 | 14,578 |
| 113 | AUTOMATED DATA PROCESSING EQUIP | 139,342 | 129,342 |
|  | Program decrease | | [−5,000] |
|  | Unjustified growth | | [−5,000] |
| 114 | GENERAL FUND ENTERPRISE BUSINESS SYSTEMS FAM | 15,802 | 15,802 |
| 115 | HIGH PERF COMPUTING MOD PGM (HPCMP) | 67,610 | 67,610 |
| 116 | CONTRACT WRITING SYSTEM | 15,000 | 6,000 |
|  | Program duplication | | [−9,000] |
| 117 | CSS COMMUNICATIONS | 24,700 | 24,700 |
| 118 | RESERVE COMPONENT AUTOMATION SYS (RCAS) | 27,879 | 27,879 |
|  | **ELECT EQUIP—AUDIO VISUAL SYS (A/V)** | | |
| 120 | ITEMS LESS THAN $5M (SURVEYING EQUIPMENT) | 5,000 | 5,000 |
|  | **ELECT EQUIP—SUPPORT** | | |
| 122 | BCT EMERGING TECHNOLOGIES | 22,302 | 10,302 |
|  | Program reduction | | [−12,000] |
|  | **CLASSIFIED PROGRAMS** | | |
| 122A | CLASSIFIED PROGRAMS | 11,910 | 11,910 |
|  | **CHEMICAL DEFENSIVE EQUIPMENT** | | |
| 126 | CBRN DEFENSE | 25,828 | 25,828 |
| 127 | SMOKE & OBSCURANT FAMILY: SOF (NON AAO ITEM) | 5,050 | 5,050 |
|  | **BRIDGING EQUIPMENT** | | |
| 128 | TACTICAL BRIDGING | 59,821 | 57,821 |
|  | Contract delays | | [−2,000] |
| 129 | TACTICAL BRIDGE, FLOAT-RIBBON | 57,661 | 57,661 |
| 130 | BRIDGE SUPPLEMENTAL SET | 17,966 | 17,966 |
| 131 | COMMON BRIDGE TRANSPORTER (CBT) RECAP | 43,155 | 43,155 |
|  | **ENGINEER (NON-CONSTRUCTION) EQUIPMENT** | | |
| 132 | HANDHELD STANDOFF MINEFIELD DETECTION SYS-HST | 7,570 | 7,570 |
| 133 | GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS) | 37,025 | 37,025 |
| 135 | HUSKY MOUNTED DETECTION SYSTEM (HMDS) | 83,082 | 47,899 |
|  | Unjustified unit cost growth | | [−35,183] |
| 136 | ROBOTIC COMBAT SUPPORT SYSTEM (RCSS) | 2,000 | 2,000 |
| 137 | EOD ROBOTICS SYSTEMS RECAPITALIZATION | 23,115 | 23,115 |
| 138 | ROBOTICS AND APPLIQUE SYSTEMS | 101,056 | 101,056 |
| 140 | RENDER SAFE SETS KITS OUTFITS | 18,684 | 18,684 |
| 142 | FAMILY OF BOATS AND MOTORS | 8,245 | 6,245 |
|  | Unit cost growth | | [−2,000] |
|  | **COMBAT SERVICE SUPPORT EQUIPMENT** | | |
| 143 | HEATERS AND ECU'S | 7,336 | 7,336 |
| 145 | PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS) | 4,281 | 4,281 |
| 146 | GROUND SOLDIER SYSTEM | 111,955 | 111,955 |
| 147 | MOBILE SOLDIER POWER | 31,364 | 29,943 |

WASHSTATEC013173

2073

### SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Unit cost growth | | [−1,421] |
| 149 | FIELD FEEDING EQUIPMENT | 1,673 | 1,673 |
| 150 | CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM | 43,622 | 43,622 |
| 151 | FAMILY OF ENGR COMBAT AND CONSTRUCTION SETS | 11,451 | 11,451 |
| 152 | ITEMS LESS THAN $5M (ENG SPT) | 5,167 | 5,167 |
| | **PETROLEUM EQUIPMENT** | | |
| 154 | DISTRIBUTION SYSTEMS, PETROLEUM & WATER | 74,867 | 74,867 |
| | **MEDICAL EQUIPMENT** | | |
| 155 | COMBAT SUPPORT MEDICAL | 68,225 | 68,225 |
| | **MAINTENANCE EQUIPMENT** | | |
| 156 | MOBILE MAINTENANCE EQUIPMENT SYSTEMS | 55,053 | 55,053 |
| 157 | ITEMS LESS THAN $5.0M (MAINT EQ) | 5,608 | 5,608 |
| | **CONSTRUCTION EQUIPMENT** | | |
| 161 | HYDRAULIC EXCAVATOR | 500 | 500 |
| 162 | TRACTOR, FULL TRACKED | 4,835 | 4,835 |
| 163 | ALL TERRAIN CRANES | 23,936 | 23,936 |
| 164 | HIGH MOBILITY ENGINEER EXCAVATOR (HMEE) | 27,188 | 27,188 |
| 166 | CONST EQUIP ESP | 34,790 | 34,790 |
| 167 | ITEMS LESS THAN $5.0M (CONST EQUIP) | 4,381 | 4,381 |
| | **RAIL FLOAT CONTAINERIZATION EQUIPMENT** | | |
| 168 | ARMY WATERCRAFT ESP | 35,194 | 35,194 |
| 169 | MANEUVER SUPPORT VESSEL (MSV) | 14,185 | 14,185 |
| 170 | ITEMS LESS THAN $5.0M (FLOAT/RAIL) | 6,920 | 6,920 |
| | **GENERATORS** | | |
| 171 | GENERATORS AND ASSOCIATED EQUIP | 58,566 | 58,566 |
| 172 | TACTICAL ELECTRIC POWER RECAPITALIZATION | 14,814 | 14,814 |
| | **MATERIAL HANDLING EQUIPMENT** | | |
| 173 | FAMILY OF FORKLIFTS | 14,864 | 14,864 |
| | **TRAINING EQUIPMENT** | | |
| 174 | COMBAT TRAINING CENTERS SUPPORT | 123,411 | 123,411 |
| 175 | TRAINING DEVICES, NONSYSTEM | 220,707 | 220,707 |
| 176 | SYNTHETIC TRAINING ENVIRONMENT (STE) | 20,749 | 15,749 |
| | Program adjustment | | [−5,000] |
| 178 | AVIATION COMBINED ARMS TACTICAL TRAINER | 4,840 | 4,840 |
| 179 | GAMING TECHNOLOGY IN SUPPORT OF ARMY TRAINING | 15,463 | 15,463 |
| | **TEST MEASURE AND DIG EQUIPMENT (TMD)** | | |
| 180 | CALIBRATION SETS EQUIPMENT | 3,030 | 3,030 |
| 181 | INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE) | 76,980 | 76,980 |
| 182 | TEST EQUIPMENT MODERNIZATION (TEMOD) | 16,415 | 13,415 |
| | Historical underexecution | | [−3,000] |
| | **OTHER SUPPORT EQUIPMENT** | | |
| 184 | RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT | 9,877 | 9,877 |
| 185 | PHYSICAL SECURITY SYSTEMS (OPA3) | 82,158 | 82,158 |
| 186 | BASE LEVEL COMMON EQUIPMENT | 15,340 | 15,340 |
| 187 | MODIFICATION OF IN-SVC EQUIPMENT (OPA-3) | 50,458 | 50,458 |
| 189 | BUILDING, PRE-FAB, RELOCATABLE | 14,400 | 14,400 |
| 190 | SPECIAL EQUIPMENT FOR USER TESTING | 9,821 | 9,821 |
| | **OPA2** | | |
| 192 | INITIAL SPARES—C&E | 9,757 | 9,757 |
| | **TOTAL OTHER PROCUREMENT, ARMY** | 7,451,301 | 7,284,972 |
| | **AIRCRAFT PROCUREMENT, NAVY** | | |
| | **COMBAT AIRCRAFT** | | |
| 001 | F/A–18E/F (FIGHTER) HORNET | 1,748,934 | 1,730,360 |
| | ECO and ancillary equipment excess growth | | [−18,574] |
| 002 | F/A–18E/F (FIGHTER) HORNET | 55,128 | 51,180 |
| | Excess engine cost growth | | [−3,948] |
| 003 | JOINT STRIKE FIGHTER CV | 2,272,301 | 2,217,821 |
| | Target cost savings | | [−54,480] |
| 004 | JOINT STRIKE FIGHTER CV | 339,053 | 339,053 |
| 005 | JSF STOVL | 1,342,035 | 1,266,301 |
| | Target cost savings | | [−75,734] |
| 006 | JSF STOVL | 291,804 | 291,804 |
| 007 | CH–53K (HEAVY LIFT) | 807,876 | 807,876 |
| 008 | CH–53K (HEAVY LIFT) | 215,014 | 215,014 |
| 009 | V–22 (MEDIUM LIFT) | 966,666 | 1,214,766 |
| | Program increase | | [248,100] |
| 010 | V–22 (MEDIUM LIFT) | 27,104 | 27,104 |
| 011 | H–1 UPGRADES (UH–1Y/AH–1Z) | 62,003 | 53,003 |
| | Production line shutdown excess to need | | [−9,000] |
| 013 | MH–60R (MYP) | 894 | 894 |
| 014 | P–8A POSEIDON | 1,206,701 | 1,680,601 |
| | Line shutdown costs early to need | | [−67,300] |
| | Navy unfunded priority | | [541,200] |
| 016 | E–2D ADV HAWKEYE | 744,484 | 900,284 |
| | Navy unfunded priority | | [173,000] |
| | NRE excess cost growth | | [−17,200] |
| 017 | E–2D ADV HAWKEYE | 190,204 | 190,204 |

WASHSTATEC013174

2074

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|------------------------|
| | **TRAINER AIRCRAFT** | | |
| 019 | ADVANCED HELICOPTER TRAINING SYSTEM | 261,160 | 261,160 |
| | **OTHER AIRCRAFT** | | |
| 020 | KC-130J | 240,840 | 221,904 |
| | Unit cost growth | | [-18,936] |
| 021 | KC-130J | 66,061 | 66,061 |
| 022 | F-5 | 39,676 | 39,676 |
| 023 | MQ-4 TRITON | 473,134 | 448,134 |
| | PGSE excess cost growth | | [-25,000] |
| 024 | MQ-4 TRITON | 20,139 | 20,139 |
| 025 | MQ-8 UAV | 44,957 | 44,957 |
| 026 | STUASL0 UAV | 43,819 | 43,819 |
| 028 | VH-92A EXECUTIVE HELO | 658,067 | 647,351 |
| | Program reduction | | [-10,716] |
| | **MODIFICATION OF AIRCRAFT** | | |
| 029 | AEA SYSTEMS | 44,470 | 39,170 |
| | Program reduction | | [-5,300] |
| 030 | AV-8 SERIES | 39,472 | 39,472 |
| 031 | ADVERSARY | 3,415 | 3,415 |
| 032 | F-18 SERIES | 1,207,089 | 1,128,089 |
| | Early to need | | [-79,000] |
| 033 | H-53 SERIES | 68,385 | 68,385 |
| 034 | MH-60 SERIES | 149,797 | 147,297 |
| | NRE prior year carryover (OSIP 018–12) | | [-2,500] |
| 035 | H-1 SERIES | 114,059 | 114,059 |
| 036 | EP-3 SERIES | 8,655 | 8,655 |
| 038 | E-2 SERIES | 117,059 | 117,059 |
| 039 | TRAINER A/C SERIES | 5,616 | 5,616 |
| 040 | C-2A | 15,747 | 15,747 |
| 041 | C-130 SERIES | 122,671 | 116,786 |
| | B kit cost growth (OSIP 019–14) | | [-3,009] |
| | GFE excess growth (OSIP 019–14) | | [-2,876] |
| 042 | FEWSG | 509 | 509 |
| 043 | CARGO/TRANSPORT A/C SERIES | 8,767 | 8,767 |
| 044 | E-6 SERIES | 169,827 | 167,216 |
| | Program reduction | | [-2,611] |
| 045 | EXECUTIVE HELICOPTERS SERIES | 8,933 | 8,933 |
| 047 | T-45 SERIES | 186,022 | 184,314 |
| | NRE previously funded | | [-1,708] |
| 048 | POWER PLANT CHANGES | 16,136 | 16,136 |
| 049 | JPATS SERIES | 21,824 | 21,824 |
| 050 | AVIATION LIFE SUPPORT MODS | 39,762 | 39,762 |
| 051 | COMMON ECM EQUIPMENT | 162,839 | 152,839 |
| | Program reduction | | [-10,000] |
| 052 | COMMON AVIONICS CHANGES | 102,107 | 75,107 |
| | Computing and displays concurrency and equipment growth early to need | | [-27,000] |
| 053 | COMMON DEFENSIVE WEAPON SYSTEM | 2,100 | 2,100 |
| 054 | ID SYSTEMS | 41,437 | 41,437 |
| 055 | P-3 SERIES | 107,539 | 96,563 |
| | Increment 3 ECP 6 early to need (OSIP 006–18) | | [-10,976] |
| 056 | MAGTF EW FOR AVIATION | 26,536 | 26,536 |
| 057 | MQ-8 SERIES | 34,686 | 34,686 |
| 058 | V-22 (TILT/ROTOR ACFT) OSPREY | 325,367 | 325,367 |
| 059 | NEXT GENERATION JAMMER (NGJ) | 6,223 | 3,111 |
| | Program reduction | | [-3,112] |
| 060 | F-35 STOVL SERIES | 65,585 | 65,585 |
| 061 | F-35 CV SERIES | 15,358 | 15,358 |
| 062 | QRC | 165,016 | 146,558 |
| | Program decrease | | [-18,458] |
| 063 | MQ-4 SERIES | 27,994 | 27,994 |
| 064 | RQ-21 SERIES | 66,282 | 61,032 |
| | EO/IR turret upgrades unit cost growth (OSIP 004–20) | | [-5,250] |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | |
| 067 | SPARES AND REPAIR PARTS | 2,166,788 | 2,146,788 |
| | MQ-4 Triton spares excess growth | | [-20,000] |
| | **AIRCRAFT SUPPORT EQUIP & FACILITIES** | | |
| 068 | COMMON GROUND EQUIPMENT | 491,025 | 470,025 |
| | Other flight training previously funded | | [-21,000] |
| 069 | AIRCRAFT INDUSTRIAL FACILITIES | 71,335 | 71,335 |
| 070 | WAR CONSUMABLES | 41,086 | 32,086 |
| | BRU–61 previously funded | | [-9,000] |
| 072 | SPECIAL SUPPORT EQUIPMENT | 135,740 | 135,740 |
| 073 | FIRST DESTINATION TRANSPORTATION | 892 | 892 |
| | **TOTAL AIRCRAFT PROCUREMENT, NAVY** | **18,522,204** | **18,961,816** |
| | | | |
| | **WEAPONS PROCUREMENT, NAVY** | | |
| | **MODIFICATION OF MISSILES** | | |
| 001 | TRIDENT II MODS | 1,177,251 | 1,177,251 |

WASHSTATEC013175

2075

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|----------------:|----------------------:|
| | **SUPPORT EQUIPMENT & FACILITIES** | | |
| 002 | MISSILE INDUSTRIAL FACILITIES | 7,142 | 7,142 |
| | **STRATEGIC MISSILES** | | |
| 003 | TOMAHAWK | 386,730 | 344,648 |
| | Unjustified tooling and facilitization costs | | [−42,082] |
| | **TACTICAL MISSILES** | | |
| 004 | AMRAAM | 224,502 | 201,502 |
| | Unit cost growth | | [−23,000] |
| 005 | SIDEWINDER | 119,456 | 117,404 |
| | Program reduction | | [−2,052] |
| 007 | STANDARD MISSILE | 404,523 | 404,523 |
| 008 | STANDARD MISSILE | 96,085 | 96,085 |
| 009 | SMALL DIAMETER BOMB II | 118,466 | 115,828 |
| | Program reduction | | [−2,638] |
| 010 | RAM | 106,765 | 106,765 |
| 012 | HELLFIRE | 1,525 | 1,525 |
| 015 | AERIAL TARGETS | 145,880 | 145,880 |
| 016 | DRONES AND DECOYS | 20,000 | 18,521 |
| | Excess to need | | [−1,479] |
| 017 | OTHER MISSILE SUPPORT | 3,388 | 3,388 |
| 018 | LRASM | 143,200 | 143,200 |
| 019 | LCS OTH MISSILE | 38,137 | 38,137 |
| | **MODIFICATION OF MISSILES** | | |
| 020 | ESSM | 128,059 | 110,059 |
| | Production support excess to need | | [−18,000] |
| 021 | HARPOON MODS | 25,447 | 25,447 |
| 022 | HARM MODS | 183,740 | 183,740 |
| 023 | STANDARD MISSILES MODS | 22,500 | 2,500 |
| | Early to need | | [−20,000] |
| | **SUPPORT EQUIPMENT & FACILITIES** | | |
| 024 | WEAPONS INDUSTRIAL FACILITIES | 1,958 | 1,958 |
| 025 | FLEET SATELLITE COMM FOLLOW-ON | 67,380 | 67,380 |
| | **ORDNANCE SUPPORT EQUIPMENT** | | |
| 027 | ORDNANCE SUPPORT EQUIPMENT | 109,427 | 85,717 |
| | Insufficient budget justification | | [−23,710] |
| | **TORPEDOES AND RELATED EQUIP** | | |
| 028 | SSTD | 5,561 | 5,561 |
| 029 | MK-48 TORPEDO | 114,000 | 130,000 |
| | Program increase | | [16,000] |
| 030 | ASW TARGETS | 15,095 | 15,095 |
| | **MOD OF TORPEDOES AND RELATED EQUIP** | | |
| 031 | MK-54 TORPEDO MODS | 119,453 | 112,013 |
| | HAAWC cost growth | | [−7,440] |
| 032 | MK-48 TORPEDO ADCAP MODS | 39,508 | 39,508 |
| 033 | QUICKSTRIKE MINE | 5,183 | 5,183 |
| | **SUPPORT EQUIPMENT** | | |
| 034 | TORPEDO SUPPORT EQUIPMENT | 79,028 | 79,028 |
| 035 | ASW RANGE SUPPORT | 3,890 | 3,890 |
| | **DESTINATION TRANSPORTATION** | | |
| 036 | FIRST DESTINATION TRANSPORTATION | 3,803 | 3,803 |
| | **GUNS AND GUN MOUNTS** | | |
| 037 | SMALL ARMS AND WEAPONS | 14,797 | 13,607 |
| | Program reduction | | [−1,190] |
| | **MODIFICATION OF GUNS AND GUN MOUNTS** | | |
| 038 | CIWS MODS | 44,126 | 44,126 |
| 039 | COAST GUARD WEAPONS | 44,980 | 44,980 |
| 040 | GUN MOUNT MODS | 66,376 | 66,376 |
| 041 | LCS MODULE WEAPONS | 14,585 | 14,585 |
| 043 | AIRBORNE MINE NEUTRALIZATION SYSTEMS | 7,160 | 7,160 |
| | **SPARES AND REPAIR PARTS** | | |
| | **UNDISTRIBUTED** | | |
| 045 | SPARES AND REPAIR PARTS | 126,138 | 124,390 |
| | Program reduction | | [−1,748] |
| | **TOTAL WEAPONS PROCUREMENT, NAVY** | 4,235,244 | 4,107,905 |
| | | | |
| | **PROCUREMENT OF AMMO, NAVY & MC** | | |
| | **NAVY AMMUNITION** | | |
| 001 | GENERAL PURPOSE BOMBS | 36,028 | 34,997 |
| | Fuze contract delay and unit cost growth | | [−1,031] |
| 002 | JDAM | 70,413 | 70,413 |
| 003 | AIRBORNE ROCKETS, ALL TYPES | 31,756 | 27,707 |
| | Unit cost growth | | [−4,049] |
| 004 | MACHINE GUN AMMUNITION | 4,793 | 4,793 |
| 005 | PRACTICE BOMBS | 34,708 | 27,208 |
| | Q1300 LGTR unit cost growth | | [−7,500] |
| 006 | CARTRIDGES & CART ACTUATED DEVICES | 45,738 | 38,738 |
| | Contract and schedule delays | | [−7,000] |
| 007 | AIR EXPENDABLE COUNTERMEASURES | 77,301 | 67,854 |

WASHSTATEC013176

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Unit cost growth | | [−9,447] |
| 008 | JATOS | 7,262 | 7,262 |
| 009 | 5 INCH/54 GUN AMMUNITION | 22,594 | 21,166 |
| | MK187 mod 0 projectile unit cost growth | | [−1,428] |
| 010 | INTERMEDIATE CALIBER GUN AMMUNITION | 37,193 | 37,193 |
| 011 | OTHER SHIP GUN AMMUNITION | 39,491 | 39,291 |
| | CART 20MM contract award delay | | [−200] |
| 012 | SMALL ARMS & LANDING PARTY AMMO | 47,896 | 47,896 |
| 013 | PYROTECHNIC AND DEMOLITION | 10,621 | 10,621 |
| 015 | AMMUNITION LESS THAN $5 MILLION | 2,386 | 2,386 |
| | **MARINE CORPS AMMUNITION** | | |
| 016 | MORTARS | 55,543 | 50,543 |
| | Prior year underexecution | | [−5,000] |
| 017 | DIRECT SUPPORT MUNITIONS | 131,765 | 131,765 |
| 018 | INFANTRY WEAPONS AMMUNITION | 78,056 | 52,088 |
| | Underexecution and schedule delays | | [−25,968] |
| 019 | COMBAT SUPPORT MUNITIONS | 40,048 | 34,048 |
| | Unit cost growth | | [−6,000] |
| 020 | AMMO MODERNIZATION | 14,325 | 14,325 |
| 021 | ARTILLERY MUNITIONS | 188,876 | 167,476 |
| | DA 54 contract delay | | [−21,400] |
| 022 | ITEMS LESS THAN $5 MILLION | 4,521 | 4,521 |
| | **TOTAL PROCUREMENT OF AMMO, NAVY & MC** | **981,314** | **892,291** |
| | | | |
| | **SHIPBUILDING AND CONVERSION, NAVY** | | |
| | **FLEET BALLISTIC MISSILE SHIPS** | | |
| 001 | OHIO REPLACEMENT SUBMARINE | 1,698,907 | 1,821,907 |
| | Submarine supplier development | | [123,000] |
| | **OTHER WARSHIPS** | | |
| 002 | CARRIER REPLACEMENT PROGRAM | 2,347,000 | 1,042,000 |
| | Basic construction/conversion excess cost growth | | [−20,000] |
| | Restoring acquisition accountability: Transfer CVN–81 only to line 2X | | [−1,285,000] |
| 002A | CARRIER REPLACEMENT PROGRAM | | 1,285,000 |
| | For CVN–81 only | | [1,285,000] |
| 003 | VIRGINIA CLASS SUBMARINE | 7,155,946 | 5,445,946 |
| | Block V program increase | | [1,490,000] |
| | SSN–812 program decrease | | [−3,200,000] |
| 004 | VIRGINIA CLASS SUBMARINE ADVANCE PROCUREMENT | 2,769,552 | 2,969,552 |
| | Advance Procurement in support of a 10th multi-year procurement contract ship only. | | [200,000] |
| 005 | CVN REFUELING OVERHAULS | 647,926 | 631,926 |
| | CVN–74 RCOH unjustified cost growth | | [−16,000] |
| 006 | CVN REFUELING OVERHAULS ADVANCE PROCUREMENT | | 16,900 |
| | Restore CVN–75 RCOH | | [16,900] |
| 007 | DDG 1000 | 155,944 | 155,944 |
| 008 | DDG–51 | 5,099,295 | 5,033,295 |
| | Basic Construction excess growth | | [−66,000] |
| 009 | DDG–51 ADVANCE PROCUREMENT | 224,028 | 484,028 |
| | Accelerate LLTM for FY21 Flight III destroyers | | [260,000] |
| 011 | FFG–FRIGATE | 1,281,177 | 1,281,177 |
| | **AMPHIBIOUS SHIPS** | | |
| 012 | LPD FLIGHT II | | 525,000 |
| | LPD–31 program increase | | [277,900] |
| | Transfer from line 13 | | [247,100] |
| 013 | LPD FLIGHT II ADVANCE PROCUREMENT | 247,100 | 0 |
| | Transfer to line 12 | | [−247,100] |
| 015 | LHA REPLACEMENT | | 650,000 |
| | LHA–9 program increase | | [650,000] |
| | **AUXILIARIES, CRAFT AND PRIOR YR PROGRAM COST** | | |
| 018 | TAO FLEET OILER | 981,215 | 981,215 |
| 019 | TAO FLEET OILER ADVANCE PROCUREMENT | 73,000 | 73,000 |
| 020 | TOWING, SALVAGE, AND RESCUE SHIP (ATS) | 150,282 | 150,282 |
| 022 | LCU 1700 | 85,670 | 85,670 |
| 023 | OUTFITTING | 754,679 | 705,721 |
| | Excess cost growth | | [−40,000] |
| | Virginia class outfitting excess growth | | [−8,958] |
| 024 | SHIP TO SHORE CONNECTOR | | 65,000 |
| | Program increase | | [65,000] |
| 025 | SERVICE CRAFT | 56,289 | 81,789 |
| | Accelerate YP–703 Flight II | | [25,500] |
| 028 | COMPLETION OF PY SHIPBUILDING PROGRAMS | 55,700 | 104,700 |
| | UPL EPF–14 conversion | | [49,000] |
| | **TOTAL SHIPBUILDING AND CONVERSION, NAVY** | **23,783,710** | **23,590,052** |
| | | | |
| | **OTHER PROCUREMENT, NAVY** | | |
| | **SHIP PROPULSION EQUIPMENT** | | |
| 001 | SURFACE POWER EQUIPMENT | 14,490 | 14,490 |
| | **GENERATORS** | | |

WASHSTATEC013177

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|----------------:|----------------------:|
| 002 | SURFACE COMBATANT HM&E | 31,583 | 31,561 |
|  | Twisted rudder installation early to need | | [−22] |
|  | **NAVIGATION EQUIPMENT** | | |
| 003 | OTHER NAVIGATION EQUIPMENT | 77,404 | 77,404 |
|  | **OTHER SHIPBOARD EQUIPMENT** | | |
| 004 | SUB PERISCOPE, IMAGING AND SUPT EQUIP PROG | 160,803 | 160,803 |
| 005 | DDG MOD | 566,140 | 553,490 |
|  | Aegis modernization testing excess to need | | [−5,000] |
|  | Combat system ship qualification trials excess to need | | [−7,650] |
| 006 | FIREFIGHTING EQUIPMENT | 18,223 | 18,223 |
| 007 | COMMAND AND CONTROL SWITCHBOARD | 2,086 | 2,086 |
| 008 | LHA/LHD MIDLIFE | 95,651 | 79,563 |
|  | Excess cost growth | | [−16,088] |
| 009 | POLLUTION CONTROL EQUIPMENT | 23,910 | 23,910 |
| 010 | SUBMARINE SUPPORT EQUIPMENT | 44,895 | 44,895 |
| 011 | VIRGINIA CLASS SUPPORT EQUIPMENT | 28,465 | 28,465 |
| 012 | LCS CLASS SUPPORT EQUIPMENT | 19,426 | 19,426 |
| 013 | SUBMARINE BATTERIES | 26,290 | 25,297 |
|  | Virginia class unit cost growth | | [−993] |
| 014 | LPD CLASS SUPPORT EQUIPMENT | 46,945 | 46,945 |
| 015 | DDG 1000 CLASS SUPPORT EQUIPMENT | 9,930 | 9,930 |
| 016 | STRATEGIC PLATFORM SUPPORT EQUIP | 14,331 | 14,331 |
| 017 | DSSP EQUIPMENT | 2,909 | 2,909 |
| 018 | CG MODERNIZATION | 193,990 | 193,990 |
| 019 | LCAC | 3,392 | 3,392 |
| 020 | UNDERWATER EOD PROGRAMS | 71,240 | 71,240 |
| 021 | ITEMS LESS THAN $5 MILLION | 102,543 | 102,543 |
| 022 | CHEMICAL WARFARE DETECTORS | 2,961 | 2,961 |
| 023 | SUBMARINE LIFE SUPPORT SYSTEM | 6,635 | 6,635 |
|  | **REACTOR PLANT EQUIPMENT** | | |
| 024 | REACTOR POWER UNITS | 5,340 | 5,340 |
| 025 | REACTOR COMPONENTS | 465,726 | 462,749 |
|  | Program decrease—unit cost growth | | [−2,977] |
|  | **OCEAN ENGINEERING** | | |
| 026 | DIVING AND SALVAGE EQUIPMENT | 11,854 | 11,854 |
|  | **SMALL BOATS** | | |
| 027 | STANDARD BOATS | 79,102 | 79,102 |
|  | **PRODUCTION FACILITIES EQUIPMENT** | | |
| 028 | OPERATING FORCES IPE | 202,238 | 202,238 |
|  | **OTHER SHIP SUPPORT** | | |
| 029 | LCS COMMON MISSION MODULES EQUIPMENT | 51,553 | 51,553 |
| 030 | LCS MCM MISSION MODULES | 197,129 | 134,157 |
|  | Excess cost growth | | [−62,972] |
| 031 | LCS ASW MISSION MODULES | 27,754 | 27,754 |
| 032 | LCS SUW MISSION MODULES | 26,566 | 26,566 |
| 033 | LCS IN-SERVICE MODERNIZATION | 84,972 | 82,000 |
|  | Habitability mod (Freedom variant) unit cost growth | | [−2,972] |
| 034 | SMALL & MEDIUM UUV | 40,547 | 10,647 |
|  | Knifefish early to need | | [−29,900] |
|  | **LOGISTIC SUPPORT** | | |
| 035 | LSD MIDLIFE & MODERNIZATION | 40,269 | 40,269 |
|  | **SHIP SONARS** | | |
| 036 | SPQ-9B RADAR | 26,195 | 26,195 |
| 037 | AN/SQQ-89 SURF ASW COMBAT SYSTEM | 125,237 | 125,237 |
| 038 | SSN ACOUSTIC EQUIPMENT | 366,968 | 356,953 |
|  | Low cost conformal array contract delay | | [−10,015] |
| 039 | UNDERSEA WARFARE SUPPORT EQUIPMENT | 8,967 | 8,967 |
|  | **ASW ELECTRONIC EQUIPMENT** | | |
| 040 | SUBMARINE ACOUSTIC WARFARE SYSTEM | 23,545 | 23,545 |
| 041 | SSTD | 12,439 | 12,439 |
| 042 | FIXED SURVEILLANCE SYSTEM | 128,441 | 128,441 |
| 043 | SURTASS | 21,923 | 21,923 |
|  | **ELECTRONIC WARFARE EQUIPMENT** | | |
| 044 | AN/SLQ-32 | 420,154 | 350,686 |
|  | Block 3 kit early to need | | [−65,758] |
|  | FMP block 1B3 for SLQ–32(V) 6 previously funded | | [−2,300] |
|  | SEWIP block 1B2 for USCG ship forward fit contract delays | | [−1,410] |
|  | **RECONNAISSANCE EQUIPMENT** | | |
| 045 | SHIPBOARD IW EXPLOIT | 194,758 | 193,440 |
|  | SSEE modifications kits unit cost growth | | [−1,318] |
| 046 | AUTOMATED IDENTIFICATION SYSTEM (AIS) | 5,368 | 5,368 |
|  | **OTHER SHIP ELECTRONIC EQUIPMENT** | | |
| 047 | COOPERATIVE ENGAGEMENT CAPABILITY | 35,128 | 35,128 |
| 048 | NAVAL TACTICAL COMMAND SUPPORT SYSTEM (NTCSS) | 15,154 | 15,154 |
| 049 | ATDLS | 52,753 | 52,753 |
| 050 | NAVY COMMAND AND CONTROL SYSTEM (NCCS) | 3,390 | 3,390 |
| 051 | MINESWEEPING SYSTEM REPLACEMENT | 19,448 | 19,448 |
| 052 | SHALLOW WATER MCM | 8,730 | 8,730 |

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013178

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 053 | NAVSTAR GPS RECEIVERS (SPACE) | 32,674 | 32,674 |
| 054 | AMERICAN FORCES RADIO AND TV SERVICE | 2,617 | 2,617 |
| 055 | STRATEGIC PLATFORM SUPPORT EQUIP | 7,973 | 7,973 |
| | **AVIATION ELECTRONIC EQUIPMENT** | | |
| 056 | ASHORE ATC EQUIPMENT | 72,406 | 72,406 |
| 057 | AFLOAT ATC EQUIPMENT | 67,410 | 65,779 |
| | ACLS mod kits installations cost growth | | [−1,631] |
| 058 | ID SYSTEMS | 26,059 | 26,059 |
| 059 | JOINT PRECISION APPROACH AND LANDING SYSTEM ( | 92,695 | 78,195 |
| | Early to need | | [−14,500] |
| 060 | NAVAL MISSION PLANNING SYSTEMS | 15,296 | 15,296 |
| | **OTHER SHORE ELECTRONIC EQUIPMENT** | | |
| 061 | TACTICAL/MOBILE C4I SYSTEMS | 36,226 | 36,226 |
| 062 | DCGS-N | 21,788 | 21,427 |
| | DCGS-N increment 2 kit unit cost discrepancy | | [−361] |
| 063 | CANES | 426,654 | 395,154 |
| | Program decrease | | [−31,500] |
| 064 | RADIAC | 6,450 | 6,450 |
| 065 | CANES-INTELL | 52,713 | 52,713 |
| 066 | GPETE | 13,028 | 13,028 |
| 067 | MASF | 5,193 | 5,193 |
| 068 | INTEG COMBAT SYSTEM TEST FACILITY | 6,028 | 6,028 |
| 069 | EMI CONTROL INSTRUMENTATION | 4,209 | 4,209 |
| 070 | ITEMS LESS THAN $5 MILLION | 168,436 | 144,636 |
| | NGSSR early to need | | [−23,800] |
| | **SHIPBOARD COMMUNICATIONS** | | |
| 071 | SHIPBOARD TACTICAL COMMUNICATIONS | 55,853 | 50,053 |
| | DMR IW and MUOS system procurement afloat previously funded | | [−5,800] |
| 072 | SHIP COMMUNICATIONS AUTOMATION | 137,861 | 122,380 |
| | STACC cost growth | | [−15,481] |
| 073 | COMMUNICATIONS ITEMS UNDER $5M | 35,093 | 31,493 |
| | Improving funds management: prior year carryover | | [−3,600] |
| | **SUBMARINE COMMUNICATIONS** | | |
| 074 | SUBMARINE BROADCAST SUPPORT | 50,833 | 50,833 |
| 075 | SUBMARINE COMMUNICATION EQUIPMENT | 69,643 | 60,794 |
| | Buoy shape improvement unjustified request | | [−8,849] |
| | **SATELLITE COMMUNICATIONS** | | |
| 076 | SATELLITE COMMUNICATIONS SYSTEMS | 45,841 | 45,841 |
| 077 | NAVY MULTIBAND TERMINAL (NMT) | 88,021 | 82,148 |
| | Afloat ship kit cost growth | | [−4,055] |
| | Assured C2 modems installation cost excess growth | | [−1,818] |
| | **SHORE COMMUNICATIONS** | | |
| 078 | JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE) | 4,293 | 4,293 |
| | **CRYPTOGRAPHIC EQUIPMENT** | | |
| 079 | INFO SYSTEMS SECURITY PROGRAM (ISSP) | 166,540 | 166,540 |
| 080 | MIO INTEL EXPLOITATION TEAM | 968 | 968 |
| | **CRYPTOLOGIC EQUIPMENT** | | |
| 081 | CRYPTOLOGIC COMMUNICATIONS EQUIP | 13,090 | 13,090 |
| | **OTHER ELECTRONIC SUPPORT** | | |
| 083 | COAST GUARD EQUIPMENT | 61,370 | 61,370 |
| | **SONOBUOYS** | | |
| 085 | SONOBUOYS—ALL TYPES | 260,644 | 310,644 |
| | UPL sonobuoy increase | | [50,000] |
| | **AIRCRAFT SUPPORT EQUIPMENT** | | |
| 086 | MINOTAUR | 5,000 | 5,000 |
| 087 | WEAPONS RANGE SUPPORT EQUIPMENT | 101,843 | 101,843 |
| 088 | AIRCRAFT SUPPORT EQUIPMENT | 145,601 | 135,211 |
| | Excess cost growth | | [−10,390] |
| 089 | ADVANCED ARRESTING GEAR (AAG) | 4,725 | 4,725 |
| 090 | METEOROLOGICAL EQUIPMENT | 14,687 | 12,407 |
| | ASOS upgrades unit cost growth | | [−2,280] |
| 092 | LEGACY AIRBORNE MCM | 19,250 | 18,918 |
| | Modifications unjustified growth | | [−332] |
| 093 | LAMPS EQUIPMENT | 792 | 792 |
| 094 | AVIATION SUPPORT EQUIPMENT | 55,415 | 52,415 |
| | Contract delay | | [−3,000] |
| 095 | UMCS-UNMAN CARRIER AVIATION(UCA)MISSION CNTRL | 32,668 | 32,668 |
| | **SHIP GUN SYSTEM EQUIPMENT** | | |
| 096 | SHIP GUN SYSTEMS EQUIPMENT | 5,451 | 5,451 |
| | **SHIP MISSILE SYSTEMS EQUIPMENT** | | |
| 097 | HARPOON SUPPORT EQUIPMENT | 1,100 | 1,100 |
| 098 | SHIP MISSILE SUPPORT EQUIPMENT | 228,104 | 268,304 |
| | Program increase | | [40,200] |
| 099 | TOMAHAWK SUPPORT EQUIPMENT | 78,593 | 78,593 |
| | **FBM SUPPORT EQUIPMENT** | | |
| 100 | STRATEGIC MISSILE SYSTEMS EQUIP | 280,510 | 280,510 |
| | **ASW SUPPORT EQUIPMENT** | | |
| 101 | SSN COMBAT CONTROL SYSTEMS | 148,547 | 143,678 |

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013179

2079

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Excess cost growth | | [−4,869] |
| 102 | ASW SUPPORT EQUIPMENT | 21,130 | 21,130 |
| | **OTHER ORDNANCE SUPPORT EQUIPMENT** | | |
| 103 | EXPLOSIVE ORDNANCE DISPOSAL EQUIP | 15,244 | 15,244 |
| 104 | ITEMS LESS THAN $5 MILLION | 5,071 | 5,071 |
| | **OTHER EXPENDABLE ORDNANCE** | | |
| 105 | ANTI-SHIP MISSILE DECOY SYSTEM | 41,962 | 41,962 |
| 106 | SUBMARINE TRAINING DEVICE MODS | 75,057 | 75,057 |
| 107 | SURFACE TRAINING EQUIPMENT | 233,175 | 222,647 |
| | BFFT ship sets excess to need | | [−1,515] |
| | LCS trainer equipment early to need | | [−9,013] |
| | **CIVIL ENGINEERING SUPPORT EQUIPMENT** | | |
| 108 | PASSENGER CARRYING VEHICLES | 4,562 | 4,562 |
| 109 | GENERAL PURPOSE TRUCKS | 10,974 | 10,974 |
| 110 | CONSTRUCTION & MAINTENANCE EQUIP | 43,191 | 43,191 |
| 111 | FIRE FIGHTING EQUIPMENT | 21,142 | 11,642 |
| | Contract delays | | [−9,500] |
| 112 | TACTICAL VEHICLES | 33,432 | 33,432 |
| 114 | POLLUTION CONTROL EQUIPMENT | 2,633 | 2,633 |
| 115 | ITEMS UNDER $5 MILLION | 53,467 | 53,467 |
| 116 | PHYSICAL SECURITY VEHICLES | 1,173 | 1,173 |
| | **SUPPLY SUPPORT EQUIPMENT** | | |
| 117 | SUPPLY EQUIPMENT | 16,730 | 16,730 |
| 118 | FIRST DESTINATION TRANSPORTATION | 5,389 | 5,389 |
| 119 | SPECIAL PURPOSE SUPPLY SYSTEMS | 654,674 | 617,522 |
| | Insufficient budget justification | | [−37,152] |
| | **TRAINING DEVICES** | | |
| 120 | TRAINING SUPPORT EQUIPMENT | 3,633 | 3,633 |
| 121 | TRAINING AND EDUCATION EQUIPMENT | 97,636 | 94,536 |
| | Excess growth | | [−3,100] |
| | **COMMAND SUPPORT EQUIPMENT** | | |
| 122 | COMMAND SUPPORT EQUIPMENT | 66,102 | 50,434 |
| | Prior year underexecution | | [−15,668] |
| 123 | MEDICAL SUPPORT EQUIPMENT | 3,633 | 3,633 |
| 125 | NAVAL MIP SUPPORT EQUIPMENT | 6,097 | 6,097 |
| 126 | OPERATING FORCES SUPPORT EQUIPMENT | 16,905 | 16,905 |
| 127 | C4ISR EQUIPMENT | 30,146 | 30,146 |
| 128 | ENVIRONMENTAL SUPPORT EQUIPMENT | 21,986 | 21,986 |
| 129 | PHYSICAL SECURITY EQUIPMENT | 160,046 | 160,046 |
| 130 | ENTERPRISE INFORMATION TECHNOLOGY | 56,899 | 56,899 |
| | **OTHER** | | |
| 133 | NEXT GENERATION ENTERPRISE SERVICE | 122,832 | 122,832 |
| | **CLASSIFIED PROGRAMS** | | |
| 133A | CLASSIFIED PROGRAMS | 16,346 | 16,346 |
| | **SPARES AND REPAIR PARTS** | | |
| 134 | SPARES AND REPAIR PARTS | 375,608 | 352,140 |
| | JPALS spares early to need | | [−8,137] |
| | LCS spares early to need | | [−15,331] |
| | **TOTAL OTHER PROCUREMENT, NAVY** | **9,652,956** | **9,302,099** |
| | | | |
| | **PROCUREMENT, MARINE CORPS** | | |
| | **TRACKED COMBAT VEHICLES** | | |
| 001 | AAV7A1 PIP | 39,495 | 39,495 |
| 002 | AMPHIBIOUS COMBAT VEHICLE 1.1 | 317,935 | 313,131 |
| | Excess engineering change orders | | [−4,804] |
| 003 | LAV PIP | 60,734 | 60,734 |
| | **ARTILLERY AND OTHER WEAPONS** | | |
| 004 | 155MM LIGHTWEIGHT TOWED HOWITZER | 25,065 | 25,065 |
| 005 | ARTILLERY WEAPONS SYSTEM | 100,002 | 90,002 |
| | Equipment previously funded and cost growth | | [−10,000] |
| 006 | WEAPONS AND COMBAT VEHICLES UNDER $5 MILLION | 31,945 | 31,945 |
| | **OTHER SUPPORT** | | |
| 007 | MODIFICATION KITS | 22,760 | 22,760 |
| | **GUIDED MISSILES** | | |
| 008 | GROUND BASED AIR DEFENSE | 175,998 | 175,998 |
| 009 | ANTI-ARMOR MISSILE-JAVELIN | 20,207 | 20,207 |
| 010 | FAMILY ANTI-ARMOR WEAPON SYSTEMS (FOAAWS) | 21,913 | 21,913 |
| 011 | ANTI-ARMOR MISSILE-TOW | 60,501 | 60,501 |
| 012 | GUIDED MLRS ROCKET (GMLRS) | 29,062 | 28,062 |
| | Unit cost discrepancy | | [−1,000] |
| | **COMMAND AND CONTROL SYSTEMS** | | |
| 013 | COMMON AVIATION COMMAND AND CONTROL SYSTEM (C | 37,203 | 32,203 |
| | AN/MRQ-13 communications subsystems upgrades unjustified growth | | [−5,000] |
| | **REPAIR AND TEST EQUIPMENT** | | |
| 014 | REPAIR AND TEST EQUIPMENT | 55,156 | 55,156 |
| | **OTHER SUPPORT (TEL)** | | |
| 015 | MODIFICATION KITS | 4,945 | 4,945 |
| | **COMMAND AND CONTROL SYSTEM (NON-TEL)** | | |

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013180

2080

### SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 016 | ITEMS UNDER $5 MILLION (COMM & ELEC) | 112,124 | 82,424 |
|  | Unit cost growth |  | [−29,700] |
| 017 | AIR OPERATIONS C2 SYSTEMS | 17,408 | 17,408 |
|  | **RADAR + EQUIPMENT (NON-TEL)** |  |  |
| 018 | RADAR SYSTEMS | 329 | 329 |
| 019 | GROUND/AIR TASK ORIENTED RADAR (G/ATOR) | 273,022 | 273,022 |
|  | **INTEL/COMM EQUIPMENT (NON-TEL)** |  |  |
| 021 | GCSS-MC | 4,484 | 4,484 |
| 022 | FIRE SUPPORT SYSTEM | 35,488 | 35,488 |
| 023 | INTELLIGENCE SUPPORT EQUIPMENT | 56,896 | 54,396 |
|  | Unjustified growth |  | [−2,500] |
| 025 | UNMANNED AIR SYSTEMS (INTEL) | 34,711 | 34,711 |
| 026 | DCGS-MC | 32,562 | 32,562 |
|  | **OTHER SUPPORT (NON-TEL)** |  |  |
| 030 | NEXT GENERATION ENTERPRISE NETWORK (NGEN) | 114,901 | 114,901 |
| 031 | COMMON COMPUTER RESOURCES | 51,094 | 51,094 |
| 032 | COMMAND POST SYSTEMS | 108,897 | 108,897 |
| 033 | RADIO SYSTEMS | 227,320 | 212,320 |
|  | Cost growth and early to need |  | [−15,000] |
| 034 | COMM SWITCHING & CONTROL SYSTEMS | 31,685 | 23,781 |
|  | ECP small form factor previously funded |  | [−7,904] |
| 035 | COMM & ELEC INFRASTRUCTURE SUPPORT | 21,140 | 21,140 |
| 036 | CYBERSPACE ACTIVITIES | 27,632 | 27,632 |
|  | **CLASSIFIED PROGRAMS** |  |  |
| 036A | CLASSIFIED PROGRAMS | 5,535 | 5,535 |
|  | **ADMINISTRATIVE VEHICLES** |  |  |
| 037 | COMMERCIAL CARGO VEHICLES | 28,913 | 28,913 |
|  | **TACTICAL VEHICLES** |  |  |
| 038 | MOTOR TRANSPORT MODIFICATIONS | 19,234 | 19,234 |
| 039 | JOINT LIGHT TACTICAL VEHICLE | 558,107 | 556,107 |
|  | ECP previously funded |  | [−2,000] |
| 040 | FAMILY OF TACTICAL TRAILERS | 2,693 | 2,693 |
|  | **ENGINEER AND OTHER EQUIPMENT** |  |  |
| 041 | ENVIRONMENTAL CONTROL EQUIP ASSORT | 495 | 495 |
| 042 | TACTICAL FUEL SYSTEMS | 52 | 52 |
| 043 | POWER EQUIPMENT ASSORTED | 22,441 | 22,441 |
| 044 | AMPHIBIOUS SUPPORT EQUIPMENT | 7,101 | 7,101 |
| 045 | EOD SYSTEMS | 44,700 | 44,700 |
|  | **MATERIALS HANDLING EQUIPMENT** |  |  |
| 046 | PHYSICAL SECURITY EQUIPMENT | 15,404 | 15,404 |
|  | **GENERAL PROPERTY** |  |  |
| 047 | FIELD MEDICAL EQUIPMENT | 2,898 | 2,898 |
| 048 | TRAINING DEVICES | 149,567 | 126,567 |
|  | ODS unjustified request |  | [−23,000] |
| 049 | FAMILY OF CONSTRUCTION EQUIPMENT | 35,622 | 35,622 |
| 050 | ULTRA-LIGHT TACTICAL VEHICLE (ULTV) | 647 | 647 |
|  | **OTHER SUPPORT** |  |  |
| 051 | ITEMS LESS THAN $5 MILLION | 10,956 | 10,956 |
|  | **SPARES AND REPAIR PARTS** |  |  |
| 052 | SPARES AND REPAIR PARTS | 33,470 | 33,470 |
|  | **TOTAL PROCUREMENT, MARINE CORPS** | **3,090,449** | **2,989,541** |
|  |  |  |  |
|  | **AIRCRAFT PROCUREMENT, AIR FORCE** |  |  |
|  | **TACTICAL FORCES** |  |  |
| 001 | F-35 | 4,274,359 | 5,566,409 |
|  | Program increase |  | [1,042,800] |
|  | Program increase: Turkish F-35A Reallocation Initiative |  | [440,000] |
|  | Target cost savings |  | [−190,750] |
| 002 | F-35 | 655,500 | 811,500 |
|  | UPL Increase |  | [156,000] |
| 003 | F-15E | 1,050,000 | 985,500 |
|  | Unjustified non-recurring engineering |  | [−64,500] |
|  | **TACTICAL AIRLIFT** |  |  |
| 005 | KC-46A MDAP | 2,234,529 | 2,198,529 |
|  | Excess to need |  | [−36,000] |
|  | **OTHER AIRLIFT** |  |  |
| 006 | C-130J | 12,156 | 404,156 |
|  | Program increase |  | [392,000] |
| 008 | MC-130J | 871,207 | 857,607 |
|  | Excess to need |  | [−13,600] |
| 009 | MC-130J | 40,000 | 40,000 |
|  | **HELICOPTERS** |  |  |
| 010 | COMBAT RESCUE HELICOPTER | 884,235 | 876,035 |
|  | Excess to need |  | [−8,200] |
|  | **MISSION SUPPORT AIRCRAFT** |  |  |
| 011 | C-37A | 161,000 | 147,500 |
|  | Unit cost growth |  | [−13,500] |
| 012 | CIVIL AIR PATROL A/C | 2,767 | 2,767 |

WASHSTATEC013181

G:\CMTE\AS\20\C\ASCR20.XML

2081

### SEC. 4101. PROCUREMENT
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OTHER AIRCRAFT** | | |
| 014 | TARGET DRONES | 130,837 | 130,837 |
| 015 | COMPASS CALL | 114,095 | 114,095 |
| 017 | MQ–9 | 189,205 | 175,205 |
| | Unit cost growth | | [–14,000] |
| | **STRATEGIC AIRCRAFT** | | |
| 019 | B–2A | 9,582 | 9,582 |
| 020 | B–1B | 22,111 | 13,111 |
| | ADS–B ahead of need | | [–9,000] |
| 021 | B–52 | 69,648 | 69,648 |
| 022 | LARGE AIRCRAFT INFRARED COUNTERMEASURES | 43,758 | 43,758 |
| | **TACTICAL AIRCRAFT** | | |
| 023 | A–10 | 132,069 | 132,069 |
| 024 | E–11 BACN/HAG | 70,027 | 70,027 |
| 025 | F–15 | 481,073 | 467,767 |
| | ADCP unnecessary due to F–15X | | [–13,306] |
| 026 | F–16 | 234,782 | 309,782 |
| | Additional radars | | [75,000] |
| 028 | F–22A | 323,597 | 323,597 |
| 030 | F–35 MODIFICATIONS | 343,590 | 343,590 |
| 031 | F–15 EPAW | 149,047 | 125,417 |
| | Not required because of F–15X | | [–23,630] |
| 032 | INCREMENT 3.2B | 20,213 | 20,213 |
| 033 | KC–46A MDAP | 10,213 | 5,213 |
| | Funding ahead of need | | [–5,000] |
| | **AIRLIFT AIRCRAFT** | | |
| 034 | C–5 | 73,550 | 73,550 |
| 036 | C–17A | 60,244 | 60,244 |
| 037 | C–21 | 216 | 216 |
| 038 | C–32A | 11,511 | 11,511 |
| 039 | C–37A | 435 | 435 |
| | **TRAINER AIRCRAFT** | | |
| 040 | GLIDER MODS | 138 | 138 |
| 041 | T–6 | 11,826 | 11,826 |
| 042 | T–1 | 26,787 | 26,787 |
| 043 | T–38 | 37,341 | 37,341 |
| | **OTHER AIRCRAFT** | | |
| 044 | U–2 MODS | 86,896 | 106,896 |
| | Increase for U–2 enhancements | | [20,000] |
| 045 | KC–10A (ATCA) | 2,108 | 2,108 |
| 046 | C–12 | 3,021 | 3,021 |
| 047 | VC–25A MOD | 48,624 | 48,624 |
| 048 | C–40 | 256 | 256 |
| 049 | C–130 | 52,066 | 186,066 |
| | 3.5 Engine Enhancement Package | | [79,000] |
| | NP–2000 prop blade upgrades | | [55,000] |
| 050 | C–130J MODS | 141,686 | 141,686 |
| 051 | C–135 | 124,491 | 122,616 |
| | Low cost mods slow execution | | [–1,000] |
| | RPI installs | | [–875] |
| 053 | COMPASS CALL | 110,754 | 110,754 |
| 054 | COMBAT FLIGHT INSPECTION—CFIN | 508 | 508 |
| 055 | RC–135 | 227,673 | 227,673 |
| 056 | E–3 | 216,299 | 128,992 |
| | NATO AWACS—Air Force requested transfer to line 88 | | [–87,307] |
| 057 | E–4 | 58,477 | 58,477 |
| 058 | E–8 | 28,778 | 48,778 |
| | Increase for re-engining | | [20,000] |
| 059 | AIRBORNE WARNING AND CNTRL SYS (AWACS) 40/45 | 36,000 | 36,000 |
| 060 | FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS | 7,910 | 7,910 |
| 061 | H–1 | 3,817 | 3,817 |
| 062 | H–60 | 20,879 | 20,879 |
| 063 | RQ–4 MODS | 1,704 | 1,704 |
| 064 | HC/MC–130 MODIFICATIONS | 51,482 | 51,482 |
| 065 | OTHER AIRCRAFT | 50,098 | 50,098 |
| 066 | MQ–9 MODS | 383,594 | 251,594 |
| | Production rate adjustment of DAS–4 sensor | | [–132,000] |
| 068 | CV–22 MODS | 65,348 | 65,348 |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | |
| 069 | INITIAL SPARES/REPAIR PARTS | 708,230 | 799,230 |
| | F–35 spares | | [96,000] |
| | Program decrease | | [–30,000] |
| | RQ–4 | | [25,000] |
| | **COMMON SUPPORT EQUIPMENT** | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | 84,938 | 84,938 |
| | **POST PRODUCTION SUPPORT** | | |
| 073 | B–2A | 1,403 | 1,403 |
| 074 | B–2B | 42,234 | 42,234 |

WASHSTATEC013182

2082

### SEC. 4101. PROCUREMENT
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 075 | B–52 | 4,641 | 4,641 |
| 076 | C–17A | 124,805 | 124,805 |
| 079 | F–15 | 2,589 | 2,589 |
| 081 | F–16 | 15,348 | 15,348 |
| 084 | RQ–4 POST PRODUCTION CHARGES | 47,246 | 47,246 |
| | **INDUSTRIAL PREPAREDNESS** | | |
| 086 | INDUSTRIAL RESPONSIVENESS | 17,705 | 17,705 |
| | **WAR CONSUMABLES** | | |
| 087 | WAR CONSUMABLES | 32,102 | 32,102 |
| | **OTHER PRODUCTION CHARGES** | | |
| 088 | OTHER PRODUCTION CHARGES | 1,194,728 | 1,222,035 |
| | F–22 NGEN lab excess | | [–60,000] |
| | NATO AWACS—Air Force requested transfer from line 56 | | [87,307] |
| | **CLASSIFIED PROGRAMS** | | |
| 090A | CLASSIFIED PROGRAMS | 34,193 | 34,193 |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | **16,784,279** | **18,569,718** |
| | | | |
| | **MISSILE PROCUREMENT, AIR FORCE** | | |
| | **MISSILE REPLACEMENT EQUIPMENT—BALLISTIC** | | |
| 001 | MISSILE REPLACEMENT EQ-BALLISTIC | 55,888 | 55,888 |
| | **TACTICAL** | | |
| 002 | REPLAC EQUIP & WAR CONSUMABLES | 9,100 | 9,100 |
| 003 | JOINT AIR-TO-GROUND MUNITION | 15,000 | 7,500 |
| | Unjustified requirement (JAGM-F) | | [–7,500] |
| 004 | JOINT AIR-SURFACE STANDOFF MISSILE | 482,525 | 482,525 |
| 006 | SIDEWINDER (AIM–9X) | 160,408 | 160,408 |
| 007 | AMRAAM | 332,250 | 332,250 |
| 008 | PREDATOR HELLFIRE MISSILE | 118,860 | 118,860 |
| 009 | SMALL DIAMETER BOMB | 275,438 | 275,438 |
| 010 | SMALL DIAMETER BOMB II | 212,434 | 200,684 |
| | Unit cost growth | | [–11,750] |
| | **INDUSTRIAL FACILITIES** | | |
| 011 | INDUSTR'L PREPAREDNS/POL PREVENTION | 801 | 801 |
| | **CLASS IV** | | |
| 012 | ICBM FUZE MOD | 5,000 | 5,000 |
| 013 | ICBM FUZE MOD | 14,497 | 14,497 |
| 014 | MM III MODIFICATIONS | 50,831 | 59,705 |
| | Air Force requested transfer | | [8,874] |
| 015 | AGM–65D MAVERICK | 294 | 294 |
| 016 | AIR LAUNCH CRUISE MISSILE (ALCM) | 77,387 | 68,513 |
| | Air Force requested transfer | | [–8,874] |
| | **MISSILE SPARES AND REPAIR PARTS** | | |
| 018 | MSL SPRS/REPAIR PARTS (INITIAL) | 1,910 | 1,910 |
| 019 | REPLEN SPARES/REPAIR PARTS | 82,490 | 82,490 |
| | **SPECIAL PROGRAMS** | | |
| 023 | SPECIAL UPDATE PROGRAMS | 144,553 | 144,553 |
| | **CLASSIFIED PROGRAMS** | | |
| 023A | CLASSIFIED PROGRAMS | 849,521 | 849,521 |
| | **TOTAL MISSILE PROCUREMENT, AIR FORCE** | **2,889,187** | **2,869,937** |
| | | | |
| | **SPACE PROCUREMENT, AIR FORCE** | | |
| | **SPACE PROGRAMS** | | |
| 001 | ADVANCED EHF | 31,894 | 31,894 |
| 002 | AF SATELLITE COMM SYSTEM | 56,298 | 56,298 |
| 004 | COUNTERSPACE SYSTEMS | 5,700 | 5,700 |
| 005 | FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS | 34,020 | 29,020 |
| | Unjustified growth | | [–5,000] |
| 007 | GENERAL INFORMATION TECH—SPACE | 3,244 | 3,244 |
| 008 | GPSIII FOLLOW ON | 414,625 | 414,625 |
| 009 | GPS III SPACE SEGMENT | 31,466 | 31,466 |
| 012 | SPACEBORNE EQUIP (COMSEC) | 32,031 | 32,031 |
| 013 | MILSATCOM | 11,096 | 11,096 |
| 015 | EVOLVED EXPENDABLE LAUNCH VEH(SPACE) | 1,237,635 | 1,237,635 |
| 016 | SBIR HIGH (SPACE) | 233,952 | 233,952 |
| 017 | NUDET DETECTION SYSTEM | 7,432 | 7,432 |
| 018 | ROCKET SYSTEMS LAUNCH PROGRAM | 11,473 | 11,473 |
| 019 | SPACE FENCE | 71,784 | 71,784 |
| 020 | SPACE MODS | 106,330 | 106,330 |
| 021 | SPACELIFT RANGE SYSTEM SPACE | 118,140 | 118,140 |
| | **SPACE PROCUREMENT, AIR FORCE** | | |
| | **SPARES** | | |
| 022 | SPARES AND REPAIR PARTS | 7,263 | 7,263 |
| | **TOTAL SPACE PROCUREMENT, AIR FORCE** | **2,414,383** | **2,409,383** |
| | | | |
| | **PROCUREMENT OF AMMUNITION, AIR FORCE** | | |
| | **ROCKETS** | | |
| 001 | ROCKETS | 133,268 | 115,068 |
| | APKWS Mk 66 rocket motor price adjustment | | [–18,200] |

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013183

2083

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **CARTRIDGES** | | |
| 002 | CARTRIDGES | 140,449 | 140,449 |
| | **BOMBS** | | |
| 003 | PRACTICE BOMBS | 29,313 | 29,313 |
| 004 | GENERAL PURPOSE BOMBS | 85,885 | 85,885 |
| 006 | JOINT DIRECT ATTACK MUNITION | 1,066,224 | 1,034,224 |
| | Tailkit unit cost adjustment | | [−32,000] |
| 007 | B61 | 80,773 | 80,773 |
| | **OTHER ITEMS** | | |
| 009 | CAD/PAD | 47,069 | 47,069 |
| 010 | EXPLOSIVE ORDNANCE DISPOSAL (EOD) | 6,133 | 6,133 |
| 011 | SPARES AND REPAIR PARTS | 533 | 533 |
| 012 | MODIFICATIONS | 1,291 | 1,291 |
| 013 | ITEMS LESS THAN $5,000,000 | 1,677 | 1,677 |
| | **FLARES** | | |
| 015 | FLARES | 36,116 | 36,116 |
| | **FUZES** | | |
| 016 | FUZES | 1,734 | 1,734 |
| | **SMALL ARMS** | | |
| 017 | SMALL ARMS | 37,496 | 37,496 |
| | **TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE** | **1,667,961** | **1,617,761** |
| | | | |
| | **OTHER PROCUREMENT, AIR FORCE** | | |
| | **PASSENGER CARRYING VEHICLES** | | |
| 001 | PASSENGER CARRYING VEHICLES | 15,238 | 15,238 |
| | **CARGO AND UTILITY VEHICLES** | | |
| 002 | MEDIUM TACTICAL VEHICLE | 34,616 | 34,616 |
| 003 | CAP VEHICLES | 1,040 | 3,567 |
| | Program increase—communications | | [1,867] |
| | Program increase—vehicles | | [660] |
| 004 | CARGO AND UTILITY VEHICLES | 23,133 | 23,133 |
| | **SPECIAL PURPOSE VEHICLES** | | |
| 005 | JOINT LIGHT TACTICAL VEHICLE | 32,027 | 32,027 |
| 006 | SECURITY AND TACTICAL VEHICLES | 1,315 | 1,315 |
| 007 | SPECIAL PURPOSE VEHICLES | 14,593 | 14,593 |
| | **FIRE FIGHTING EQUIPMENT** | | |
| 008 | FIRE FIGHTING/CRASH RESCUE VEHICLES | 28,604 | 28,604 |
| | **MATERIALS HANDLING EQUIPMENT** | | |
| 009 | MATERIALS HANDLING VEHICLES | 21,848 | 21,848 |
| | **BASE MAINTENANCE SUPPORT** | | |
| 010 | RUNWAY SNOW REMOV AND CLEANING EQU | 2,925 | 2,925 |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | 55,776 | 55,776 |
| | **COMM SECURITY EQUIPMENT(COMSEC)** | | |
| 013 | COMSEC EQUIPMENT | 91,461 | 91,461 |
| | **INTELLIGENCE PROGRAMS** | | |
| 014 | INTERNATIONAL INTEL TECH & ARCHITECTURES | 11,386 | 11,386 |
| 015 | INTELLIGENCE TRAINING EQUIPMENT | 7,619 | 7,619 |
| 016 | INTELLIGENCE COMM EQUIPMENT | 35,558 | 32,058 |
| | IMAD unjustified procurement | | [−3,500] |
| | **ELECTRONICS PROGRAMS** | | |
| 017 | AIR TRAFFIC CONTROL & LANDING SYS | 17,939 | 17,939 |
| 019 | BATTLE CONTROL SYSTEM—FIXED | 3,063 | 3,063 |
| 021 | WEATHER OBSERVATION FORECAST | 31,447 | 31,447 |
| 022 | STRATEGIC COMMAND AND CONTROL | 5,090 | 5,090 |
| 023 | CHEYENNE MOUNTAIN COMPLEX | 10,145 | 10,145 |
| 024 | MISSION PLANNING SYSTEMS | 14,508 | 14,508 |
| 026 | INTEGRATED STRAT PLAN & ANALY NETWORK (ISPAN) | 9,901 | 9,901 |
| | **SPCL COMM-ELECTRONICS PROJECTS** | | |
| 027 | GENERAL INFORMATION TECHNOLOGY | 26,933 | 26,933 |
| 028 | AF GLOBAL COMMAND & CONTROL SYS | 2,756 | 2,756 |
| 029 | BATTLEFIELD AIRBORNE CONTROL NODE (BACN) | 48,478 | 48,478 |
| 030 | MOBILITY COMMAND AND CONTROL | 21,186 | 21,186 |
| 031 | AIR FORCE PHYSICAL SECURITY SYSTEM | 178,361 | 178,361 |
| 032 | COMBAT TRAINING RANGES | 233,993 | 261,993 |
| | Joint threat emitters | | [28,000] |
| 033 | MINIMUM ESSENTIAL EMERGENCY COMM N | 132,648 | 132,648 |
| 034 | WIDE AREA SURVEILLANCE (WAS) | 80,818 | 42,118 |
| | Program decrease | | [−38,700] |
| 035 | C3 COUNTERMEASURES | 25,036 | 25,036 |
| 036 | INTEGRATED PERSONNEL AND PAY SYSTEM | 20,900 | 0 |
| | Poor agile implementation | | [−20,900] |
| 037 | GCSS-AF FOS | 11,226 | 11,226 |
| 038 | DEFENSE ENTERPRISE ACCOUNTING & MGT SYS | 1,905 | 1,905 |
| 039 | MAINTENANCE REPAIR & OVERHAUL INITIATIVE | 1,912 | 1,912 |
| 040 | THEATER BATTLE MGT C2 SYSTEM | 6,337 | 6,337 |
| 041 | AIR & SPACE OPERATIONS CENTER (AOC) | 33,243 | 33,243 |
| | **AIR FORCE COMMUNICATIONS** | | |
| 043 | BASE INFORMATION TRANSPT INFRAST (BITI) WIRED | 69,530 | 62,280 |

WASHSTATEC013184

2084

### SEC. 4101. PROCUREMENT
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Restoring acquisition accountability ........................................... | | [−7,250] |
| 044 | AFNET ..................................................... | 147,063 | 147,063 |
| 045 | JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE) ............ | 6,505 | 6,505 |
| 046 | USCENTCOM ..................................................... | 20,190 | 20,190 |
| 047 | USSTRATCOM ..................................................... | 11,244 | 11,244 |
| | **ORGANIZATION AND BASE** | | |
| 048 | TACTICAL C-E EQUIPMENT ..................................................... | 143,757 | 143,757 |
| 050 | RADIO EQUIPMENT ..................................................... | 15,402 | 15,402 |
| 051 | CCTV/AUDIOVISUAL EQUIPMENT ..................................................... | 3,211 | 3,211 |
| 052 | BASE COMM INFRASTRUCTURE ..................................................... | 43,123 | 43,123 |
| | **MODIFICATIONS** | | |
| 053 | COMM ELECT MODS ..................................................... | 14,500 | 14,500 |
| | **PERSONAL SAFETY & RESCUE EQUIP** | | |
| 054 | PERSONAL SAFETY AND RESCUE EQUIPMENT ..................... | 50,634 | 50,634 |
| | **DEPOT PLANT+MTRLS HANDLING EQ** | | |
| 055 | POWER CONDITIONING EQUIPMENT ..................................................... | 11,000 | 11,000 |
| 056 | MECHANIZED MATERIAL HANDLING EQUIP ..................... | 11,901 | 11,901 |
| | **BASE SUPPORT EQUIPMENT** | | |
| 057 | BASE PROCURED EQUIPMENT ..................................................... | 23,963 | 23,963 |
| 058 | ENGINEERING AND EOD EQUIPMENT ..................................................... | 34,124 | 34,124 |
| 059 | MOBILITY EQUIPMENT ..................................................... | 26,439 | 26,439 |
| 060 | FUELS SUPPORT EQUIPMENT (FSE) ..................................................... | 24,255 | 24,255 |
| 061 | BASE MAINTENANCE AND SUPPORT EQUIPMENT ............. | 38,986 | 38,986 |
| | **SPECIAL SUPPORT PROJECTS** | | |
| 063 | DARP RC135 ..................................................... | 26,716 | 26,716 |
| 064 | DCGS-AF ..................................................... | 116,955 | 116,955 |
| 066 | SPECIAL UPDATE PROGRAM ..................................................... | 835,148 | 835,148 |
| | **CLASSIFIED PROGRAMS** | | |
| 066A | CLASSIFIED PROGRAMS ..................................................... | 18,292,807 | 18,292,807 |
| | **SPARES AND REPAIR PARTS** | | |
| 067 | SPARES AND REPAIR PARTS ..................................................... | 81,340 | 81,340 |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** ............... | 21,342,857 | 21,303,034 |
| | | | |
| | **PROCUREMENT, DEFENSE-WIDE** | | |
| | **MAJOR EQUIPMENT, OSD** | | |
| 022 | MAJOR EQUIPMENT, DPAA ..................................................... | 1,504 | 1,504 |
| 045 | MAJOR EQUIPMENT, OSD ..................................................... | 43,705 | 43,705 |
| | **MAJOR EQUIPMENT, NSA** | | |
| 044 | INFORMATION SYSTEMS SECURITY PROGRAM (ISSP) ......... | 1,533 | 133 |
| | Realignment to DISA for Sharkseer ........................................... | | [−1,400] |
| | **MAJOR EQUIPMENT, WHS** | | |
| 049 | MAJOR EQUIPMENT, WHS ..................................................... | 507 | 507 |
| | **MAJOR EQUIPMENT, DISA** | | |
| 008 | INFORMATION SYSTEMS SECURITY ..................................................... | 3,318 | 4,718 |
| | Realignment for Sharkseer ........................................... | | [1,400] |
| 009 | TELEPORT PROGRAM ..................................................... | 25,103 | 25,103 |
| 010 | ITEMS LESS THAN $5 MILLION ..................................................... | 26,416 | 26,416 |
| 012 | DEFENSE INFORMATION SYSTEM NETWORK ..................... | 17,574 | 17,574 |
| 014 | WHITE HOUSE COMMUNICATION AGENCY ..................... | 45,079 | 45,079 |
| 015 | SENIOR LEADERSHIP ENTERPRISE ..................................................... | 78,669 | 78,669 |
| 016 | JOINT REGIONAL SECURITY STACKS (JRSS) ..................... | 88,000 | 88,000 |
| 017 | JOINT SERVICE PROVIDER ..................................................... | 107,907 | 107,907 |
| | **MAJOR EQUIPMENT, DLA** | | |
| 019 | MAJOR EQUIPMENT ..................................................... | 8,122 | 8,122 |
| | **MAJOR EQUIPMENT, DSS** | | |
| 023 | MAJOR EQUIPMENT ..................................................... | 496 | 496 |
| | **MAJOR EQUIPMENT, TJS** | | |
| 046 | MAJOR EQUIPMENT, TJS ..................................................... | 6,905 | 6,905 |
| 047 | MAJOR EQUIPMENT—TJS CYBER ..................................................... | 1,458 | 1,458 |
| | **MAJOR EQUIPMENT, MISSILE DEFENSE AGENCY** | | |
| 028 | THAAD ..................................................... | 425,863 | 388,543 |
| | Unit cost savings ........................................... | | [−37,320] |
| 029 | GROUND BASED MIDCOURSE ..................................................... | 9,471 | 9,471 |
| 031 | AEGIS BMD ..................................................... | 600,773 | 565,374 |
| | SM–3 Block IB multiyear unit cost savings ..................... | | [−35,399] |
| 032 | AEGIS BMD ..................................................... | 96,995 | 96,995 |
| 033 | BMDS AN/TPY–2 RADARS ..................................................... | 10,046 | 10,046 |
| 034 | ARROW 3 UPPER TIER SYSTEMS ..................................................... | 55,000 | 55,000 |
| 035 | SHORT RANGE BALLISTIC MISSILE DEFENSE (SRBMD) ......... | 50,000 | 50,000 |
| 036 | AEGIS ASHORE PHASE III ..................................................... | 25,659 | 25,659 |
| 037 | IRON DOME ..................................................... | 95,000 | 95,000 |
| 038 | AEGIS BMD HARDWARE AND SOFTWARE ..................... | 124,986 | 124,986 |
| | **MAJOR EQUIPMENT, DHRA** | | |
| 003 | PERSONNEL ADMINISTRATION ..................................................... | 5,030 | 5,030 |
| | **MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY** | | |
| 025 | VEHICLES ..................................................... | 211 | 211 |
| 026 | OTHER MAJOR EQUIPMENT ..................................................... | 11,521 | 11,521 |
| | **MAJOR EQUIPMENT, DODEA** | | |

WASHSTATEC013185

2085

### SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 021 | AUTOMATION/EDUCATIONAL SUPPORT & LOGISTICS | 1,320 | 1,320 |
| | **MAJOR EQUIPMENT, DCMA** | | |
| 002 | MAJOR EQUIPMENT | 2,432 | 2,432 |
| | **MAJOR EQUIPMENT, DMACT** | | |
| 020 | MAJOR EQUIPMENT | 10,961 | 10,961 |
| | **CLASSIFIED PROGRAMS** | | |
| 049A | CLASSIFIED PROGRAMS | 589,366 | 589,366 |
| | **AVIATION PROGRAMS** | | |
| 053 | ROTARY WING UPGRADES AND SUSTAINMENT | 172,020 | 172,020 |
| 054 | UNMANNED ISR | 15,208 | 15,208 |
| 055 | NON-STANDARD AVIATION | 32,310 | 32,310 |
| 056 | U–28 | 10,898 | 10,898 |
| 057 | MH–47 CHINOOK | 173,812 | 173,812 |
| 058 | CV–22 MODIFICATION | 17,256 | 17,256 |
| 059 | MQ–9 UNMANNED AERIAL VEHICLE | 5,338 | 5,338 |
| 060 | PRECISION STRIKE PACKAGE | 232,930 | 232,930 |
| 061 | AC/MC–130J | 173,419 | 165,019 |
| | RFCM realignment to RDAF FVL | | [–8,400] |
| 062 | C–130 MODIFICATIONS | 15,582 | 15,582 |
| | **SHIPBUILDING** | | |
| 063 | UNDERWATER SYSTEMS | 58,991 | 58,991 |
| | **AMMUNITION PROGRAMS** | | |
| 064 | ORDNANCE ITEMS <$5M | 279,992 | 279,992 |
| | **OTHER PROCUREMENT PROGRAMS** | | |
| 065 | INTELLIGENCE SYSTEMS | 100,641 | 100,641 |
| 066 | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 12,522 | 12,522 |
| 067 | OTHER ITEMS <$5M | 103,910 | 103,910 |
| 068 | COMBATANT CRAFT SYSTEMS | 33,088 | 33,088 |
| 069 | SPECIAL PROGRAMS | 63,467 | 63,467 |
| 070 | TACTICAL VEHICLES | 77,832 | 77,832 |
| 071 | WARRIOR SYSTEMS <$5M | 298,480 | 298,480 |
| 072 | COMBAT MISSION REQUIREMENTS | 19,702 | 19,702 |
| 073 | GLOBAL VIDEO SURVEILLANCE ACTIVITIES | 4,787 | 4,787 |
| 074 | OPERATIONAL ENHANCEMENTS INTELLIGENCE | 8,175 | 8,175 |
| 075 | OPERATIONAL ENHANCEMENTS | 282,532 | 282,532 |
| | **CBDP** | | |
| 076 | CHEMICAL BIOLOGICAL SITUATIONAL AWARENESS | 162,406 | 162,406 |
| 077 | CB PROTECTION & HAZARD MITIGATION | 188,188 | 183,618 |
| | Unjustified growth | | [–4,570] |
| | **TOTAL PROCUREMENT, DEFENSE-WIDE** | **5,114,416** | **5,028,727** |
| | | | |
| | **JOINT URGENT OPERATIONAL NEEDS FUND** | | |
| | **JOINT URGENT OPERATIONAL NEEDS FUND** | | |
| 001 | JOINT URGENT OPERATIONAL NEEDS FUND | 99,200 | 0 |
| | Program decrease | | [–99,200] |
| | **TOTAL JOINT URGENT OPERATIONAL NEEDS FUND** | **99,200** | **0** |
| | | | |
| | **TOTAL PROCUREMENT** | **132,343,701** | **133,100,265** |

1  ## SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY

2  ## OPERATIONS.

### SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **AIRCRAFT PROCUREMENT, ARMY** | | |
| | **FIXED WING** | | |
| 003 | MQ–1 UAV | 54,000 | 54,000 |
| | **ROTARY** | | |
| 015 | CH–47 HELICOPTER | 25,000 | 25,000 |
| | **MODIFICATION OF AIRCRAFT** | | |
| 021 | MULTI SENSOR ABN RECON (MIP) | 80,260 | 80,260 |
| 024 | GRCS SEMA MODS (MIP) | 750 | 750 |
| 026 | EMARSS SEMA MODS (MIP) | 22,180 | 22,180 |
| 027 | UTILITY/CARGO AIRPLANE MODS | 8,362 | 8,362 |
| 029 | NETWORK AND MISSION PLAN | 10 | 10 |
| 031 | DEGRADED VISUAL ENVIRONMENT | 49,450 | 49,450 |
| | **GROUND SUPPORT AVIONICS** | | |
| 037 | CMWS | 130,219 | 130,219 |
| 038 | COMMON INFRARED COUNTERMEASURES (CIRCM) | 9,310 | 9,310 |
| | **OTHER SUPPORT** | | |
| 045 | LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2 | 2,000 | 2,000 |

WASHSTATEC013186

2086

### SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|----------------|----------------------|
| | **TOTAL AIRCRAFT PROCUREMENT, ARMY** | 381,541 | 381,541 |
| | **MISSILE PROCUREMENT, ARMY** | | |
| | **SURFACE-TO-AIR MISSILE SYSTEM** | | |
| 002 | M-SHORAD—PROCUREMENT | 158,300 | 158,300 |
| 003 | MSE MISSILE | 37,938 | 37,938 |
| | **AIR-TO-SURFACE MISSILE SYSTEM** | | |
| 006 | HELLFIRE SYS SUMMARY | 236,265 | 236,265 |
| | **ANTI-TANK/ASSAULT MISSILE SYS** | | |
| 008 | JAVELIN (AAWS-M) SYSTEM SUMMARY | 4,389 | 4,389 |
| 011 | GUIDED MLRS ROCKET (GMLRS) | 431,596 | 431,596 |
| 014 | ARMY TACTICAL MSL SYS (ATACMS)—SYS SUM | 130,770 | 130,770 |
| 015 | LETHAL MINIATURE AERIAL MISSILE SYSTEM (LMAMS | 83,300 | 83,300 |
| | **MODIFICATIONS** | | |
| 019 | STINGER MODS | 7,500 | 7,500 |
| 022 | MLRS MODS | 348,000 | 336,500 |
| | Excess to need | | [–11,500] |
| | **TOTAL MISSILE PROCUREMENT, ARMY** | 1,438,058 | 1,426,558 |
| | **PROCUREMENT OF W&TCV, ARMY** | | |
| | **TRACKED COMBAT VEHICLES** | | |
| 002 | ARMORED MULTI PURPOSE VEHICLE (AMPV) | 221,638 | 221,638 |
| | **MODIFICATION OF TRACKED COMBAT VEHICLES** | | |
| 003 | STRYKER (MOD) | 4,100 | 4,100 |
| 008 | IMPROVED RECOVERY VEHICLE (M88A2 HERCULES) | 80,146 | 80,146 |
| 013 | M1 ABRAMS TANK (MOD) | 13,100 | 13,100 |
| | **WEAPONS & OTHER COMBAT VEHICLES** | | |
| 015 | M240 MEDIUM MACHINE GUN (7.62MM) | 900 | 900 |
| 016 | MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS | 2,400 | 2,400 |
| 019 | MORTAR SYSTEMS | 18,941 | 18,941 |
| 020 | XM320 GRENADE LAUNCHER MODULE (GLM) | 526 | 526 |
| 023 | CARBINE | 1,183 | 1,183 |
| 025 | COMMON REMOTELY OPERATED WEAPONS STATION | 4,182 | 4,182 |
| 026 | HANDGUN | 248 | 248 |
| | **MOD OF WEAPONS AND OTHER COMBAT VEH** | | |
| 031 | M2 50 CAL MACHINE GUN MODS | 6,090 | 6,090 |
| | **TOTAL PROCUREMENT OF W&TCV, ARMY** | 353,454 | 353,454 |
| | **PROCUREMENT OF AMMUNITION, ARMY** | | |
| | **SMALL/MEDIUM CAL AMMUNITION** | | |
| 001 | CTG, 5.56MM, ALL TYPES | 567 | 567 |
| 002 | CTG, 7.62MM, ALL TYPES | 40 | 40 |
| 003 | CTG, HANDGUN, ALL TYPES | 17 | 17 |
| 004 | CTG, .50 CAL, ALL TYPES | 189 | 189 |
| 007 | CTG, 30MM, ALL TYPES | 24,900 | 24,900 |
| | **ARTILLERY AMMUNITION** | | |
| 015 | PROJ 155MM EXTENDED RANGE M982 | 36,052 | 36,052 |
| 016 | ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL | 7,271 | 7,271 |
| | **ROCKETS** | | |
| 018 | SHOULDER LAUNCHED MUNITIONS, ALL TYPES | 176 | 176 |
| 019 | ROCKET, HYDRA 70, ALL TYPES | 79,459 | 79,459 |
| | **MISCELLANEOUS** | | |
| 027 | ITEMS LESS THAN $5 MILLION (AMMO) | 11 | 11 |
| | **TOTAL PROCUREMENT OF AMMUNITION, ARMY** | 148,682 | 148,682 |
| | **OTHER PROCUREMENT, ARMY** | | |
| | **TACTICAL VEHICLES** | | |
| 010 | FAMILY OF HEAVY TACTICAL VEHICLES (FHTV) | 26,917 | 26,917 |
| 011 | PLS ESP | 16,941 | 16,941 |
| 012 | HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV | 62,734 | 62,734 |
| 014 | TACTICAL WHEELED VEHICLE PROTECTION KITS | 50,000 | 50,000 |
| 015 | MODIFICATION OF IN SVC EQUIP | 28,000 | 28,000 |
| | **COMM—JOINT COMMUNICATIONS** | | |
| 022 | TACTICAL NETWORK TECHNOLOGY MOD IN SVC | 40,000 | 40,000 |
| | **COMM—SATELLITE COMMUNICATIONS** | | |
| 029 | TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS | 6,930 | 6,930 |
| 031 | ASSURED POSITIONING, NAVIGATION AND TIMING | 11,778 | 11,778 |
| 032 | SMART-T (SPACE) | 825 | 825 |
| | **COMM—COMBAT COMMUNICATIONS** | | |
| 040 | RADIO TERMINAL SET, MIDS LVT(2) | 350 | 350 |
| 047 | COTS COMMUNICATIONS EQUIPMENT | 20,400 | 20,400 |
| 048 | FAMILY OF MED COMM FOR COMBAT CASUALTY CARE | 1,231 | 1,231 |
| | **COMM—INTELLIGENCE COMM** | | |
| 051 | CI AUTOMATION ARCHITECTURE (MIP) | 6,200 | 6,200 |
| | **COMM—LONG HAUL COMMUNICATIONS** | | |
| 059 | BASE SUPPORT COMMUNICATIONS | 20,482 | 20,482 |
| | **COMM—BASE COMMUNICATIONS** | | |
| 060 | INFORMATION SYSTEMS | 55,800 | 55,800 |

WASHSTATEC013187

**SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|----------------------|
| 063 | INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM | 75,820 | 75,820 |
| | **ELECT EQUIP—TACT INT REL ACT (TIARA)** | | |
| 068 | DCGS-A (MIP) | 38,613 | 38,613 |
| 070 | TROJAN (MIP) | 1,337 | 1,337 |
| 071 | MOD OF IN-SVC EQUIP (INTEL SPT) (MIP) | 2,051 | 2,051 |
| 075 | BIOMETRIC TACTICAL COLLECTION DEVICES (MIP) | 1,800 | 1,800 |
| | **ELECT EQUIP—ELECTRONIC WARFARE (EW)** | | |
| 082 | FMILY OF PERSISTENT SURVEILLANCE CAP. (MIP) | 71,493 | 31,493 |
| | Unjustified growth | | [–40,000] |
| 083 | COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES | 6,917 | 6,917 |
| | **ELECT EQUIP—TACTICAL SURV. (TAC SURV)** | | |
| 085 | SENTINEL MODS | 20,000 | 20,000 |
| 086 | NIGHT VISION DEVICES | 3,676 | 3,676 |
| 094 | JOINT BATTLE COMMAND—PLATFORM (JBC-P) | 25,568 | 25,568 |
| 097 | COMPUTER BALLISTICS: LHMBC XM32 | 570 | 570 |
| 098 | MORTAR FIRE CONTROL SYSTEM | 15,975 | 15,975 |
| | **ELECT EQUIP—TACTICAL C2 SYSTEMS** | | |
| 103 | AIR & MSL DEFENSE PLANNING & CONTROL SYS | 14,331 | 14,331 |
| | **ELECT EQUIP—AUTOMATION** | | |
| 112 | ARMY TRAINING MODERNIZATION | 6,014 | 6,014 |
| 113 | AUTOMATED DATA PROCESSING EQUIP | 32,700 | 32,700 |
| | **CHEMICAL DEFENSIVE EQUIPMENT** | | |
| 124 | FAMILY OF NON-LETHAL EQUIPMENT (FNLE) | 25,480 | 25,480 |
| 125 | BASE DEFENSE SYSTEMS (BDS) | 47,110 | 39,984 |
| | Unjustified growth | | [–7,126] |
| 126 | CBRN DEFENSE | 18,711 | 17,461 |
| | Unit cost discrepancies | | [–1,250] |
| | **BRIDGING EQUIPMENT** | | |
| 128 | TACTICAL BRIDGING | 4,884 | 4,884 |
| | **ENGINEER (NON-CONSTRUCTION) EQUIPMENT** | | |
| 133 | GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS) | 4,500 | 3,655 |
| | Program reduction | | [–845] |
| 135 | HUSKY MOUNTED DETECTION SYSTEM (HMDS) | 34,253 | 28,071 |
| | Program reduction | | [–6,182] |
| 136 | ROBOTIC COMBAT SUPPORT SYSTEM (RCSS) | 3,300 | 3,300 |
| 140 | RENDER SAFE SETS KITS OUTFITS | 84,000 | 84,000 |
| | **COMBAT SERVICE SUPPORT EQUIPMENT** | | |
| 143 | HEATERS AND ECU'S | 8 | 8 |
| 145 | PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS) | 5,101 | 5,101 |
| 146 | GROUND SOLDIER SYSTEM | 1,760 | 1,760 |
| 148 | FORCE PROVIDER | 56,400 | 56,400 |
| 150 | CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM | 2,040 | 2,040 |
| | **PETROLEUM EQUIPMENT** | | |
| 154 | DISTRIBUTION SYSTEMS, PETROLEUM & WATER | 13,986 | 13,986 |
| | **MEDICAL EQUIPMENT** | | |
| 155 | COMBAT SUPPORT MEDICAL | 2,735 | 2,735 |
| | **CONSTRUCTION EQUIPMENT** | | |
| 159 | SCRAPERS, EARTHMOVING | 4,669 | 4,669 |
| 160 | LOADERS | 380 | 380 |
| 162 | TRACTOR, FULL TRACKED | 8,225 | 8,225 |
| 164 | HIGH MOBILITY ENGINEER EXCAVATOR (HMEE) | 3,000 | 3,000 |
| 166 | CONST EQUIP ESP | 3,870 | 3,870 |
| 167 | ITEMS LESS THAN $5.0M (CONST EQUIP) | 350 | 350 |
| | **GENERATORS** | | |
| 171 | GENERATORS AND ASSOCIATED EQUIP | 2,436 | 2,436 |
| | **MATERIAL HANDLING EQUIPMENT** | | |
| 173 | FAMILY OF FORKLIFTS | 5,152 | 5,152 |
| | **TRAINING EQUIPMENT** | | |
| 175 | TRAINING DEVICES, NONSYSTEM | 2,106 | 2,106 |
| | **TEST MEASURE AND DIG EQUIPMENT (TMD)** | | |
| 181 | INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE) | 1,395 | 1,395 |
| | **OTHER SUPPORT EQUIPMENT** | | |
| 184 | RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT | 24,122 | 24,122 |
| 185 | PHYSICAL SECURITY SYSTEMS (OPA3) | 10,016 | 10,016 |
| 187 | MODIFICATION OF IN-SVC EQUIPMENT (OPA–3) | 33,354 | 33,354 |
| 189 | BUILDING, PRE-FAB, RELOCATABLE | 62,654 | 62,654 |
| | **TOTAL OTHER PROCUREMENT, ARMY** | **1,131,450** | **1,076,047** |
| | **AIRCRAFT PROCUREMENT, NAVY** | | |
| | **OTHER AIRCRAFT** | | |
| 026 | STUASLO UAV | 7,921 | 7,921 |
| 027 | MQ-9A REAPER | 77,000 | 77,000 |
| | **MODIFICATION OF AIRCRAFT** | | |
| 036 | EP-3 SERIES | 5,488 | 5,488 |
| 046 | SPECIAL PROJECT AIRCRAFT | 3,498 | 3,498 |
| 051 | COMMON ECM EQUIPMENT | 3,406 | 3,406 |
| 053 | COMMON DEFENSIVE WEAPON SYSTEM | 3,274 | 3,274 |
| 062 | QRC | 18,458 | 18,458 |

WASHSTATEC013188

2088

### SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|----------------:|----------------------:|
| | **TOTAL AIRCRAFT PROCUREMENT, NAVY** | **119,045** | **119,045** |
| | **WEAPONS PROCUREMENT, NAVY** | | |
| | **TACTICAL MISSILES** | | |
| 011 | JOINT AIR GROUND MISSILE (JAGM) | 90,966 | 90,966 |
| 015 | AERIAL TARGETS | 6,500 | 6,500 |
| | **TOTAL WEAPONS PROCUREMENT, NAVY** | **97,466** | **97,466** |
| | **PROCUREMENT OF AMMO, NAVY & MC** | | |
| | **NAVY AMMUNITION** | | |
| 001 | GENERAL PURPOSE BOMBS | 26,978 | 26,978 |
| 002 | JDAM | 12,263 | 12,263 |
| 003 | AIRBORNE ROCKETS, ALL TYPES | 45,020 | 45,020 |
| 004 | MACHINE GUN AMMUNITION | 33,577 | 33,577 |
| 005 | PRACTICE BOMBS | 11,903 | 11,903 |
| 006 | CARTRIDGES & CART ACTUATED DEVICES | 15,081 | 15,081 |
| 007 | AIR EXPENDABLE COUNTERMEASURES | 16,911 | 16,911 |
| 011 | OTHER SHIP GUN AMMUNITION | 3,262 | 3,262 |
| 012 | SMALL ARMS & LANDING PARTY AMMO | 1,010 | 1,010 |
| 013 | PYROTECHNIC AND DEMOLITION | 537 | 537 |
| | **MARINE CORPS AMMUNITION** | | |
| 016 | MORTARS | 1,930 | 1,930 |
| 017 | DIRECT SUPPORT MUNITIONS | 1,172 | 1,172 |
| 018 | INFANTRY WEAPONS AMMUNITION | 2,158 | 2,158 |
| 019 | COMBAT SUPPORT MUNITIONS | 965 | 965 |
| 021 | ARTILLERY MUNITIONS | 32,047 | 32,047 |
| | **TOTAL PROCUREMENT OF AMMO, NAVY & MC** | **204,814** | **204,814** |
| | **OTHER PROCUREMENT, NAVY** | | |
| | **OTHER SHIPBOARD EQUIPMENT** | | |
| 020 | UNDERWATER EOD PROGRAMS | 5,800 | 5,800 |
| | **ASW ELECTRONIC EQUIPMENT** | | |
| 042 | FIXED SURVEILLANCE SYSTEM | 310,503 | 310,503 |
| | **SONOBUOYS** | | |
| 085 | SONOBUOYS—ALL TYPES | 2,910 | 2,910 |
| | **AIRCRAFT SUPPORT EQUIPMENT** | | |
| 088 | AIRCRAFT SUPPORT EQUIPMENT | 13,420 | 13,420 |
| 094 | AVIATION SUPPORT EQUIPMENT | 500 | 500 |
| | **OTHER ORDNANCE SUPPORT EQUIPMENT** | | |
| 103 | EXPLOSIVE ORDNANCE DISPOSAL EQUIP | 15,307 | 15,307 |
| | **CIVIL ENGINEERING SUPPORT EQUIPMENT** | | |
| 108 | PASSENGER CARRYING VEHICLES | 173 | 173 |
| 109 | GENERAL PURPOSE TRUCKS | 408 | 408 |
| 111 | FIRE FIGHTING EQUIPMENT | 785 | 785 |
| | **SUPPLY SUPPORT EQUIPMENT** | | |
| 117 | SUPPLY EQUIPMENT | 100 | 100 |
| 118 | FIRST DESTINATION TRANSPORTATION | 510 | 510 |
| | **COMMAND SUPPORT EQUIPMENT** | | |
| 122 | COMMAND SUPPORT EQUIPMENT | 2,800 | 2,800 |
| 123 | MEDICAL SUPPORT EQUIPMENT | 1,794 | 1,794 |
| 126 | OPERATING FORCES SUPPORT EQUIPMENT | 1,090 | 1,090 |
| 128 | ENVIRONMENTAL SUPPORT EQUIPMENT | 200 | 200 |
| 129 | PHYSICAL SECURITY EQUIPMENT | 1,300 | 1,300 |
| | **TOTAL OTHER PROCUREMENT, NAVY** | **357,600** | **357,600** |
| | **PROCUREMENT, MARINE CORPS** | | |
| | **GUIDED MISSILES** | | |
| 012 | GUIDED MLRS ROCKET (GMLRS) | 16,919 | 16,919 |
| | **ENGINEER AND OTHER EQUIPMENT** | | |
| 045 | EOD SYSTEMS | 3,670 | 3,670 |
| | **TOTAL PROCUREMENT, MARINE CORPS** | **20,589** | **20,589** |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | |
| | **OTHER AIRCRAFT** | | |
| 017 | MQ-9 | 172,240 | 172,240 |
| 018 | RQ-20B PUMA | 12,150 | 12,150 |
| | **STRATEGIC AIRCRAFT** | | |
| 022 | LARGE AIRCRAFT INFRARED COUNTERMEASURES | 53,335 | 53,335 |
| | **OTHER AIRCRAFT** | | |
| 067 | MQ-9 UAS PAYLOADS | 19,800 | 19,800 |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | |
| 069 | INITIAL SPARES/REPAIR PARTS | 44,560 | 44,560 |
| | **COMMON SUPPORT EQUIPMENT** | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | 7,025 | 7,025 |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | **309,110** | **309,110** |
| | **MISSILE PROCUREMENT, AIR FORCE** | | |
| | **TACTICAL** | | |

WASHSTATEC013189

2089

### SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|----------------:|----------------------:|
| 004 | JOINT AIR-SURFACE STANDOFF MISSILE | 20,900 | 20,900 |
| 008 | PREDATOR HELLFIRE MISSILE | 180,771 | 180,771 |
| | **TOTAL MISSILE PROCUREMENT, AIR FORCE** | **201,671** | **201,671** |
| | | | |
| | **PROCUREMENT OF AMMUNITION, AIR FORCE** | | |
| | **ROCKETS** | | |
| 001 | ROCKETS | 84,960 | 84,960 |
| | **CARTRIDGES** | | |
| 002 | CARTRIDGES | 52,642 | 52,642 |
| | **BOMBS** | | |
| 004 | GENERAL PURPOSE BOMBS | 545,309 | 545,309 |
| | **FLARES** | | |
| 015 | FLARES | 93,272 | 93,272 |
| | **FUZES** | | |
| 016 | FUZES | 157,155 | 157,155 |
| | **SMALL ARMS** | | |
| 017 | SMALL ARMS | 6,095 | 6,095 |
| | **TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE** | **939,433** | **939,433** |
| | | | |
| | **OTHER PROCUREMENT, AIR FORCE** | | |
| | **PASSENGER CARRYING VEHICLES** | | |
| 001 | PASSENGER CARRYING VEHICLES | 1,276 | 1,276 |
| | **CARGO AND UTILITY VEHICLES** | | |
| 004 | CARGO AND UTILITY VEHICLES | 9,702 | 9,702 |
| | **SPECIAL PURPOSE VEHICLES** | | |
| 005 | JOINT LIGHT TACTICAL VEHICLE | 40,999 | 40,999 |
| 007 | SPECIAL PURPOSE VEHICLES | 52,502 | 52,502 |
| | **FIRE FIGHTING EQUIPMENT** | | |
| 008 | FIRE FIGHTING/CRASH RESCUE VEHICLES | 16,652 | 16,652 |
| | **MATERIALS HANDLING EQUIPMENT** | | |
| 009 | MATERIALS HANDLING VEHICLES | 2,944 | 2,944 |
| | **BASE MAINTENANCE SUPPORT** | | |
| 010 | RUNWAY SNOW REMOV AND CLEANING EQU | 3,753 | 3,753 |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | 11,837 | 11,837 |
| | **SPCL COMM-ELECTRONICS PROJECTS** | | |
| 027 | GENERAL INFORMATION TECHNOLOGY | 5,000 | 5,000 |
| 031 | AIR FORCE PHYSICAL SECURITY SYSTEM | 106,919 | 106,919 |
| | **ORGANIZATION AND BASE** | | |
| 048 | TACTICAL C-E EQUIPMENT | 306 | 306 |
| 052 | BASE COMM INFRASTRUCTURE | 4,300 | 4,300 |
| | **PERSONAL SAFETY & RESCUE EQUIP** | | |
| 054 | PERSONAL SAFETY AND RESCUE EQUIPMENT | 22,200 | 22,200 |
| | **BASE SUPPORT EQUIPMENT** | | |
| 059 | MOBILITY EQUIPMENT | 26,535 | 26,535 |
| 060 | FUELS SUPPORT EQUIPMENT (FSE) | 4,040 | 4,040 |
| 061 | BASE MAINTENANCE AND SUPPORT EQUIPMENT | 20,067 | 20,067 |
| | **CLASSIFIED PROGRAMS** | | |
| 066A | CLASSIFIED PROGRAMS | 3,209,066 | 3,209,066 |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | **3,538,098** | **3,538,098** |
| | | | |
| | **PROCUREMENT, DEFENSE-WIDE** | | |
| | **MAJOR EQUIPMENT, DISA** | | |
| 009 | TELEPORT PROGRAM | 3,800 | 3,800 |
| 012 | DEFENSE INFORMATION SYSTEM NETWORK | 12,000 | 12,000 |
| | **MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY** | | |
| 027 | COUNTER IED & IMPROVISED THREAT TECHNOLOGIES | 4,590 | 4,590 |
| | **CLASSIFIED PROGRAMS** | | |
| 049A | CLASSIFIED PROGRAMS | 51,380 | 46,380 |
| | Program decrease | | [−5,000] |
| | **AVIATION PROGRAMS** | | |
| 050 | MANNED ISR | 5,000 | 5,000 |
| 051 | MC–12 | 5,000 | 5,000 |
| 052 | MH–60 BLACKHAWK | 28,100 | 28,100 |
| 054 | UNMANNED ISR | 8,207 | 8,207 |
| 056 | U–28 | 31,500 | 31,500 |
| 057 | MH–47 CHINOOK | 37,500 | 37,500 |
| 059 | MQ–9 UNMANNED AERIAL VEHICLE | 1,900 | 1,900 |
| | **AMMUNITION PROGRAMS** | | |
| 064 | ORDNANCE ITEMS <$5M | 138,252 | 138,252 |
| | **OTHER PROCUREMENT PROGRAMS** | | |
| 065 | INTELLIGENCE SYSTEMS | 16,500 | 16,500 |
| 067 | OTHER ITEMS <$5M | 28 | 28 |
| 070 | TACTICAL VEHICLES | 2,990 | 2,990 |
| 071 | WARRIOR SYSTEMS <$5M | 37,512 | 37,512 |
| 072 | COMBAT MISSION REQUIREMENTS | 10,000 | 10,000 |
| 074 | OPERATIONAL ENHANCEMENTS INTELLIGENCE | 7,594 | 7,594 |
| 075 | OPERATIONAL ENHANCEMENTS | 45,194 | 45,194 |
| | **TOTAL PROCUREMENT, DEFENSE-WIDE** | **447,047** | **442,047** |

WASHSTATEC013190

G:\CMTE\AS\20\C\ASCR20.XML

2090

### SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **NATIONAL GUARD AND RESERVE EQUIPMENT** | | |
| | **UNDISTRIBUTED** | | |
| 007 | UNDISTRIBUTED | | 265,000 |
| | Program increase | | [265,000] |
| | **TOTAL NATIONAL GUARD AND RESERVE EQUIPMENT** | | **265,000** |
| | **TOTAL PROCUREMENT** | 9,688,058 | 9,881,155 |

1 **SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIRE-**

2 **MENTS.**

### SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OTHER PROCUREMENT, NAVY** | | |
| | **COMMAND SUPPORT EQUIPMENT** | | |
| 122 | COMMAND SUPPORT EQUIPMENT | 0 | 233,000 |
| | Earthquake damage recovery | | [233,000] |
| | **TOTAL PROCUREMENT, NAVY** | | **233,000** |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | |
| | **TACTICAL FORCES** | | |
| | **OTHER AIRCRAFT** | | |
| 055 | RC–135 | 0 | 204,448 |
| | Equipment replacement | | [204,448] |
| | **COMMON SUPPORT EQUIPMENT** | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | | 46,000 |
| | Equipment replacement | | [46,000] |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | 0 | **250,448** |
| | **OTHER PROCUREMENT, AIR FORCE** | | |
| | **PASSENGER CARRYING VEHICLES** | | |
| 001 | PASSENGER CARRYING VEHICLES | 0 | 994 |
| | Equipment replacement | | [994] |
| | **CARGO AND UTILITY VEHICLES** | | |
| 004 | CARGO AND UTILITY VEHICLES | 0 | 126 |
| | Equipment replacement | | [126] |
| | **SPECIAL PURPOSE VEHICLES** | | |
| 007 | SPECIAL PURPOSE VEHICLES | 0 | 306 |
| | Equipment replacement | | [306] |
| | **FIRE FIGHTING EQUIPMENT** | | |
| 009 | MATERIALS HANDLING VEHICLES | 0 | 276 |
| | Equipment replacement | | [994] |
| | **BASE MAINTENANCE SUPPORT** | | |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | 0 | 2,400 |
| | Equipment replacement | | [994] |
| | **BASE SUPPORT EQUIPMENT** | | |
| 057 | BASE PROCURED EQUIPMENT | 0 | 49,434 |
| | Equipment replacement | | [49,434] |
| | **SPECIAL SUPPORT PROJECTS** | | |
| 063 | DARP RC135 | 0 | 29,438 |
| | Equipment replacement | | [29,438] |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | 0 | **82,974** |
| | **TOTAL PROCUREMENT** | 0 | **566,422** |

3 # TITLE XLII—RESEARCH, DEVEL-

4 # OPMENT, TEST, AND EVALUA-

5 # TION

See. 4201. Research, development, test, and evaluation.

WASHSTATEC013191

2091

Sec. 4202. Research, development, test, and evaluation for overseas contingency operations.
Sec. 4203. Research, development, test, and evaluation for emergency requirements.

1 SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUA-

2 TION.

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|-----------------------|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | | |
| | | **BASIC RESEARCH** | | |
| 002 | 0601102A | DEFENSE RESEARCH SCIENCES .................................. | 297,976 | 307,976 |
| | | Counter UAS University Research .................................. | | [5,000] |
| | | Cyber basic research .................................. | | [5,000] |
| 003 | 0601103A | UNIVERSITY RESEARCH INITIATIVES .................................. | 65,858 | 75,858 |
| | | Program increase .................................. | | [10,000] |
| 004 | 0601104A | UNIVERSITY AND INDUSTRY RESEARCH CENTERS ............ | 86,164 | 95,164 |
| | | Program increase—artificial intelligence .................................. | | [5,000] |
| | | University and industry biotechnology research .................................. | | [4,000] |
| 005 | 0601121A | CYBER COLLABORATIVE RESEARCH ALLIANCE .................. | 4,982 | 4,982 |
| | | **SUBTOTAL BASIC RESEARCH** .................................. | **454,980** | **483,980** |
| | | | | |
| | | **APPLIED RESEARCH** | | |
| 010 | 0602141A | LETHALITY TECHNOLOGY .................................. | 26,961 | 31,961 |
| | | Program increase—next generation air-breathing propulsion technology. | | [5,000] |
| 011 | 0602142A | ARMY APPLIED RESEARCH .................................. | 25,319 | 25,319 |
| 012 | 0602143A | SOLDIER LETHALITY TECHNOLOGY .................................. | 115,274 | 128,274 |
| | | Expeditionary mobile base camp technology .................................. | | [5,000] |
| | | HEROES program .................................. | | [5,000] |
| | | UPL MDTF for INDOPACOM .................................. | | [3,000] |
| 013 | 0602144A | GROUND TECHNOLOGY .................................. | 35,199 | 54,199 |
| | | Advanced materials manufacturing process .................................. | | [2,000] |
| | | Biopolymer structural materials .................................. | | [2,000] |
| | | Cellulose structural materials .................................. | | [5,000] |
| | | High performance polymers research .................................. | | [5,000] |
| | | Manufacturing research technology .................................. | | [5,000] |
| 014 | 0602145A | NEXT GENERATION COMBAT VEHICLE TECHNOLOGY ........ | 219,047 | 225,047 |
| | | Structural thermoplastics .................................. | | [6,000] |
| 015 | 0602146A | NETWORK C3I TECHNOLOGY .................................. | 114,516 | 117,016 |
| | | Next generation SAR small sat .................................. | | [2,500] |
| 016 | 0602147A | LONG RANGE PRECISION FIRES TECHNOLOGY .................. | 74,327 | 86,327 |
| | | Composite tube and propulsion technology .................................. | | [10,000] |
| | | Novel printed armament components .................................. | | [2,000] |
| 017 | 0602148A | FUTURE VERTICLE LIFT TECHNOLOGY .................................. | 93,601 | 96,601 |
| | | Program increase .................................. | | [3,000] |
| 018 | 0602150A | AIR AND MISSILE DEFENSE TECHNOLOGY .................................. | 50,771 | 50,771 |
| 020 | 0602213A | C3I APPLIED CYBER .................................. | 18,947 | 18,947 |
| 038 | 0602785A | MANPOWER/PERSONNEL/TRAINING TECHNOLOGY ............ | 20,873 | 20,873 |
| 040 | 0602787A | MEDICAL TECHNOLOGY .................................. | 99,155 | 108,955 |
| | | Female warfighter performance research .................................. | | [2,000] |
| | | Musculoskeletal injury risk mitigation .................................. | | [4,800] |
| | | Program increase .................................. | | [3,000] |
| | | **SUBTOTAL APPLIED RESEARCH** .................................. | **893,990** | **964,290** |
| | | | | |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 042 | 0603002A | MEDICAL ADVANCED TECHNOLOGY .................................. | 42,030 | 42,030 |
| 047 | 0603007A | MANPOWER, PERSONNEL AND TRAINING ADVANCED TECHNOLOGY. | 11,038 | 11,038 |
| 050 | 0603117A | ARMY ADVANCED TECHNOLOGY DEVELOPMENT .................. | 63,338 | 63,338 |
| 051 | 0603118A | SOLDIER LETHALITY ADVANCED TECHNOLOGY .................. | 118,468 | 128,468 |
| | | Improvement of combat helmet suspension systems .................. | | [5,000] |
| | | Thermal mitigation technologies .................................. | | [5,000] |
| 052 | 0603119A | GROUND ADVANCED TECHNOLOGY .................................. | 12,593 | 35,593 |
| | | 100 hour battery .................................. | | [10,000] |
| | | Ground advanced technology for cold regions .................. | | [5,000] |
| | | Lightweight protective and hardening materials .................. | | [3,000] |
| | | Robotic construction research .................................. | | [5,000] |
| 059 | 0603457A | C3I CYBER ADVANCED DEVELOPMENT .................................. | 13,769 | 13,769 |
| 060 | 0603461A | HIGH PERFORMANCE COMPUTING MODERNIZATION PROGRAM. | 184,755 | 224,755 |
| | | Program increase .................................. | | [40,000] |
| 061 | 0603462A | NEXT GENERATION COMBAT VEHICLE ADVANCED TECHNOLOGY. | 160,035 | 174,035 |

WASHSTATEC013192

2092

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|-----------------------|
| | | Ground vehicle sustainment research .................................. | | [4,000] |
| | | Program increase—hydrogen fuel cells .............................. | | [10,000] |
| 062 | 0603463A | NETWORK C3I ADVANCED TECHNOLOGY ................ | 106,899 | 103,899 |
| | | Underexecution ...................................................................... | | [–3,000] |
| 063 | 0603464A | LONG RANGE PRECISION FIRES ADVANCED TECHNOLOGY | 174,386 | 183,386 |
| | | Hypersonics research .......................................................... | | [4,000] |
| | | Program increase missile demonstrations .......................... | | [5,000] |
| 064 | 0603465A | FUTURE VERTICAL LIFT ADVANCED TECHNOLOGY ...... | 151,640 | 151,640 |
| 065 | 0603466A | AIR AND MISSILE DEFENSE ADVANCED TECHNOLOGY ..... | 60,613 | 60,613 |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT.** | **1,099,564** | **1,192,564** |
| | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 073 | 0603305A | ARMY MISSILE DEFENSE SYSTEMS INTEGRATION ................ | 10,987 | 18,987 |
| | | Conventional mission capabilities ...................................... | | [8,000] |
| 074 | 0603327A | AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING ....... | 15,148 | 15,148 |
| 075 | 0603619A | LANDMINE WARFARE AND BARRIER—ADV DEV ............ | 92,915 | 92,915 |
| 077 | 0603639A | TANK AND MEDIUM CALIBER AMMUNITION .................. | 82,146 | 82,146 |
| 078 | 0603645A | ARMORED SYSTEM MODERNIZATION—ADV DEV .......... | 157,656 | 157,656 |
| 079 | 0603747A | SOLDIER SUPPORT AND SURVIVABILITY .................. | 6,514 | 6,514 |
| 080 | 0603766A | TACTICAL ELECTRONIC SURVEILLANCE SYSTEM—ADV DEV. | 34,890 | 34,890 |
| 081 | 0603774A | NIGHT VISION SYSTEMS ADVANCED DEVELOPMENT ......... | 251,011 | 222,791 |
| | | IVAS insufficient justification ............................................ | | [–28,220] |
| 082 | 0603779A | ENVIRONMENTAL QUALITY TECHNOLOGY—DEM/VAL ..... | 15,132 | 15,132 |
| 083 | 0603790A | NATO RESEARCH AND DEVELOPMENT .......................... | 5,406 | 5,406 |
| 084 | 0603801A | AVIATION—ADV DEV ................................................ | 459,290 | 534,890 |
| | | Program increase: Future long-range assault aircraft ................ | | [75,600] |
| 085 | 0603804A | LOGISTICS AND ENGINEER EQUIPMENT—ADV DEV ....... | 6,254 | 6,254 |
| 086 | 0603807A | MEDICAL SYSTEMS—ADV DEV ................................ | 31,175 | 31,175 |
| 087 | 0603827A | SOLDIER SYSTEMS—ADVANCED DEVELOPMENT ......... | 22,113 | 22,113 |
| 088 | 0604017A | ROBOTICS DEVELOPMENT ...................................... | 115,222 | 88,222 |
| | | Early to need .......................................................................... | | [–27,000] |
| 090 | 0604021A | ELECTRONIC WARFARE TECHNOLOGY MATURATION (MIP) | 18,043 | 18,043 |
| 091 | 0604100A | ANALYSIS OF ALTERNATIVES .................................. | 10,023 | 10,023 |
| 092 | 0604113A | FUTURE TACTICAL UNMANNED AIRCRAFT SYSTEM (FTUAS). | 40,745 | 35,745 |
| | | Program adjustment .............................................................. | | [–5,000] |
| 093 | 0604114A | LOWER TIER AIR MISSILE DEFENSE (LTAMD) SENSOR ...... | 427,772 | 379,772 |
| | | Rapid prototyping excess funding ........................................ | | [–48,000] |
| 094 | 0604115A | TECHNOLOGY MATURATION INITIATIVES ..................... | 196,676 | 161,676 |
| | | Insufficient schedule detail ................................................. | | [–35,000] |
| 095 | 0604117A | MANEUVER—SHORT RANGE AIR DEFENSE (M-SHORAD) .... | 33,100 | 29,400 |
| | | Excess testing cost ................................................................ | | [–3,700] |
| 097 | 0604119A | ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING. | 115,116 | 103,331 |
| | | Early to need .......................................................................... | | [–11,785] |
| 099 | 0604121A | SYNTHETIC TRAINING ENVIRONMENT REFINEMENT & PROTOTYPING. | 136,761 | 111,761 |
| | | Early to need (IVAS) ............................................................. | | [–25,000] |
| 100 | 0604182A | HYPERSONICS .......................................................... | 228,000 | 389,610 |
| | | Transfer from RDTE Defense-Wide, line 124 ...................... | | [31,000] |
| | | UPL accelerate Hypersonic Weapons System ...................... | | [130,610] |
| 102 | 0604403A | FUTURE INTERCEPTOR ............................................ | 8,000 | 0 |
| | | Early to need .......................................................................... | | [–8,000] |
| 103 | 0604541A | UNIFIED NETWORK TRANSPORT ................................ | 39,600 | 29,700 |
| | | Early to need .......................................................................... | | [–9,900] |
| 104 | 0604644A | MOBILE MEDIUM RANGE MISSILE ............................ | 20,000 | 10,000 |
| | | Program decrease .................................................................. | | [–10,000] |
| 106 | 0305251A | CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT | 52,102 | 52,102 |
| 107 | 1206120A | ASSURED POSITIONING, NAVIGATION AND TIMING (PNT) .. | 192,562 | 150,062 |
| | | Project cancellation .............................................................. | | [–42,500] |
| 108 | 1206308A | ARMY SPACE SYSTEMS INTEGRATION .......................... | 104,996 | 104,996 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **2,929,355** | **2,920,460** |
| | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | |
| 109 | 0604201A | AIRCRAFT AVIONICS ................................................ | 29,164 | 29,164 |
| 110 | 0604270A | ELECTRONIC WARFARE DEVELOPMENT ......................... | 70,539 | 70,539 |
| 113 | 0604601A | INFANTRY SUPPORT WEAPONS .................................. | 106,121 | 106,121 |
| 114 | 0604604A | MEDIUM TACTICAL VEHICLES ................................ | 2,152 | 2,152 |
| 115 | 0604611A | JAVELIN .................................................................... | 17,897 | 16,055 |
| | | Qualification testing early to need ...................................... | | [–1,842] |
| 116 | 0604622A | FAMILY OF HEAVY TACTICAL VEHICLES ................. | 16,745 | 16,745 |
| 117 | 0604633A | AIR TRAFFIC CONTROL .......................................... | 6,989 | 6,989 |
| 118 | 0604642A | LIGHT TACTICAL WHEELED VEHICLES ..................... | 10,465 | 2,965 |
| | | Program reduction ................................................................ | | [–7,500] |

WASHSTATEC013193

2093

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 119 | 0604645A | ARMORED SYSTEMS MODERNIZATION (ASM)—ENG DEV | 310,152 | 293,964 |
| | | Program delay | | [−16,188] |
| 120 | 0604710A | NIGHT VISION SYSTEMS—ENG DEV | 181,732 | 166,732 |
| | | Insufficient justification (IVAS) | | [−15,000] |
| 121 | 0604713A | COMBAT FEEDING, CLOTHING, AND EQUIPMENT | 2,393 | 2,393 |
| 122 | 0604715A | NON-SYSTEM TRAINING DEVICES—ENG DEV | 27,412 | 27,412 |
| 123 | 0604741A | AIR DEFENSE COMMAND, CONTROL AND INTELLIGENCE—ENG DEV. | 43,502 | 43,502 |
| 124 | 0604742A | CONSTRUCTIVE SIMULATION SYSTEMS DEVELOPMENT | 11,636 | 11,636 |
| 125 | 0604746A | AUTOMATIC TEST EQUIPMENT DEVELOPMENT | 10,915 | 10,915 |
| 126 | 0604760A | DISTRIBUTIVE INTERACTIVE SIMULATIONS (DIS)—ENG DEV. | 7,801 | 7,801 |
| 127 | 0604768A | BRILLIANT ANTI-ARMOR SUBMUNITION (BAT) | 25,000 | 20,000 |
| | | PFAL excess | | [−5,000] |
| 128 | 0604780A | COMBINED ARMS TACTICAL TRAINER (CATT) CORE | 9,241 | 9,241 |
| 129 | 0604798A | BRIGADE ANALYSIS, INTEGRATION AND EVALUATION | 42,634 | 38,303 |
| | | RCO support excess | | [−4,331] |
| 130 | 0604802A | WEAPONS AND MUNITIONS—ENG DEV | 181,023 | 181,023 |
| 131 | 0604804A | LOGISTICS AND ENGINEER EQUIPMENT—ENG DEV | 103,226 | 103,226 |
| 132 | 0604805A | COMMAND, CONTROL, COMMUNICATIONS SYSTEMS—ENG DEV. | 12,595 | 12,595 |
| 133 | 0604807A | MEDICAL MATERIEL/MEDICAL BIOLOGICAL DEFENSE EQUIPMENT—ENG DEV. | 48,264 | 48,264 |
| 134 | 0604808A | LANDMINE WARFARE/BARRIER—ENG DEV | 39,208 | 39,208 |
| 135 | 0604818A | ARMY TACTICAL COMMAND & CONTROL HARDWARE & SOFTWARE. | 140,637 | 138,137 |
| | | CPI2 testing previously funded | | [−2,500] |
| 136 | 0604820A | RADAR DEVELOPMENT | 105,243 | 105,243 |
| 137 | 0604822A | GENERAL FUND ENTERPRISE BUSINESS SYSTEM (GFEBS) | 46,683 | 46,683 |
| 138 | 0604823A | FIREFINDER | 17,294 | 17,294 |
| 139 | 0604827A | SOLDIER SYSTEMS—WARRIOR DEM/VAL | 5,803 | 5,803 |
| 140 | 0604852A | SUITE OF SURVIVABILITY ENHANCEMENT SYSTEMS—EMD. | 98,698 | 118,698 |
| | | Program increase for vehicle active protection system evaluation | | [30,000] |
| | | Program reduction | | [−10,000] |
| 141 | 0604854A | ARTILLERY SYSTEMS—EMD | 15,832 | 15,832 |
| 142 | 0605013A | INFORMATION TECHNOLOGY DEVELOPMENT | 126,537 | 71,537 |
| | | Historical underexecution | | [−10,000] |
| | | Program decrease | | [−45,000] |
| 143 | 0605018A | INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPPS-A). | 142,773 | 92,073 |
| | | Poor business process reengineering | | [−50,700] |
| 144 | 0605028A | ARMORED MULTI-PURPOSE VEHICLE (AMPV) | 96,730 | 92,130 |
| | | Program reduction | | [−4,600] |
| 145 | 0605029A | INTEGRATED GROUND SECURITY SURVEILLANCE RESPONSE CAPABILITY (IGSSR-C). | 6,699 | 6,699 |
| 146 | 0605030A | JOINT TACTICAL NETWORK CENTER (JTNC) | 15,882 | 15,882 |
| 147 | 0605031A | JOINT TACTICAL NETWORK (JTN) | 40,808 | 40,808 |
| 149 | 0605033A | GROUND-BASED OPERATIONAL SURVEILLANCE SYSTEM—EXPEDITIONARY (GBOSS-E). | 3,847 | 3,847 |
| 150 | 0605034A | TACTICAL SECURITY SYSTEM (TSS) | 6,928 | 6,928 |
| 151 | 0605035A | COMMON INFRARED COUNTERMEASURES (CIRCM) | 34,488 | 34,488 |
| 152 | 0605036A | COMBATING WEAPONS OF MASS DESTRUCTION (CWMD) | 10,000 | 10,000 |
| 154 | 0605038A | NUCLEAR BIOLOGICAL CHEMICAL RECONNAISSANCE VEHICLE (NBCRV) SENSOR SUITE. | 6,054 | 6,054 |
| 155 | 0605041A | DEFENSIVE CYBER TOOL DEVELOPMENT | 62,262 | 45,662 |
| | | Contract delays | | [−10,000] |
| | | Excess growth | | [−6,600] |
| 156 | 0605042A | TACTICAL NETWORK RADIO SYSTEMS (LOW-TIER) | 35,654 | 29,254 |
| | | Excess growth | | [−6,400] |
| 157 | 0605047A | CONTRACT WRITING SYSTEM | 19,682 | 19,682 |
| 158 | 0605049A | MISSILE WARNING SYSTEM MODERNIZATION (MWSM) | 1,539 | 1,539 |
| 159 | 0605051A | AIRCRAFT SURVIVABILITY DEVELOPMENT | 64,557 | 64,557 |
| 160 | 0605052A | INDIRECT FIRE PROTECTION CAPABILITY INC 2—BLOCK 1. | 243,228 | 236,428 |
| | | EMAM development ahead of need | | [−6,800] |
| 161 | 0605053A | GROUND ROBOTICS | 41,308 | 28,508 |
| | | Excess to requirement | | [−12,800] |
| 162 | 0605054A | EMERGING TECHNOLOGY INITIATIVES | 45,896 | 31,616 |
| | | Testing and evaluation excess growth | | [−4,280] |
| | | Unjustified request | | [−10,000] |
| 163 | 0605203A | ARMY SYSTEM DEVELOPMENT & DEMONSTRATION | 164,883 | 164,883 |
| 165 | 0605450A | JOINT AIR-TO-GROUND MISSILE (JAGM) | 9,500 | 9,500 |
| 166 | 0605457A | ARMY INTEGRATED AIR AND MISSILE DEFENSE (AIAMD) | 208,938 | 193,938 |
| | | Testing and evaluation excess growth | | [−15,000] |
| 167 | 0605625A | MANNED GROUND VEHICLE | 378,400 | 228,400 |
| | | Program decrease | | [−150,000] |
| 168 | 0605766A | NATIONAL CAPABILITIES INTEGRATION (MIP) | 7,835 | 7,835 |

WASHSTATEC013194

2094

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|----------------------|
| 169 | 0605812A | JOINT LIGHT TACTICAL VEHICLE (JLTV) ENGINEERING AND MANUFACTURING DEVELOPMENT PH. | 2,732 | 7,232 |
| | | Army requested realignment from OPA 7 | | [4,500] |
| 170 | 0605830A | AVIATION GROUND SUPPORT EQUIPMENT | 1,664 | 1,664 |
| 172 | 0303032A | TROJAN—RH12 | 3,936 | 3,936 |
| 174 | 0304270A | ELECTRONIC WARFARE DEVELOPMENT | 19,675 | 19,675 |
| | | SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION. | 3,549,431 | 3,189,390 |
| | | **RDT&E MANAGEMENT SUPPORT** | | |
| 176 | 0604256A | THREAT SIMULATOR DEVELOPMENT | 14,117 | 16,117 |
| | | Cybersecurity threat simulation | | [2,000] |
| 177 | 0604258A | TARGET SYSTEMS DEVELOPMENT | 8,327 | 8,327 |
| 178 | 0604759A | MAJOR T&E INVESTMENT | 136,565 | 136,565 |
| 179 | 0605103A | RAND ARROYO CENTER | 13,113 | 13,113 |
| 180 | 0605301A | ARMY KWAJALEIN ATOLL | 238,691 | 238,691 |
| 181 | 0605326A | CONCEPTS EXPERIMENTATION PROGRAM | 42,922 | 36,922 |
| | | Program reduction | | [–6,000] |
| 183 | 0605601A | ARMY TEST RANGES AND FACILITIES | 334,468 | 334,468 |
| 184 | 0605602A | ARMY TECHNICAL TEST INSTRUMENTATION AND TARGETS. | 46,974 | 51,974 |
| | | Program increase—space and missile cybersecurity | | [5,000] |
| 185 | 0605604A | SURVIVABILITY/LETHALITY ANALYSIS | 35,075 | 35,075 |
| 186 | 0605606A | AIRCRAFT CERTIFICATION | 3,461 | 3,461 |
| 187 | 0605702A | METEOROLOGICAL SUPPORT TO RDT&E ACTIVITIES | 6,233 | 6,233 |
| 188 | 0605706A | MATERIEL SYSTEMS ANALYSIS | 21,342 | 21,342 |
| 189 | 0605709A | EXPLOITATION OF FOREIGN ITEMS | 11,168 | 11,168 |
| 190 | 0605712A | SUPPORT OF OPERATIONAL TESTING | 52,723 | 52,723 |
| 191 | 0605716A | ARMY EVALUATION CENTER | 60,815 | 60,815 |
| 192 | 0605718A | ARMY MODELING & SIM X-CMD COLLABORATION & INTEG | 2,527 | 2,527 |
| 193 | 0605801A | PROGRAMWIDE ACTIVITIES | 58,175 | 58,175 |
| 194 | 0605803A | TECHNICAL INFORMATION ACTIVITIES | 25,060 | 25,060 |
| 195 | 0605805A | MUNITIONS STANDARDIZATION, EFFECTIVENESS AND SAFETY. | 44,458 | 44,458 |
| 196 | 0605857A | ENVIRONMENTAL QUALITY TECHNOLOGY MGMT SUPPORT. | 4,681 | 4,681 |
| 197 | 0605898A | ARMY DIRECT REPORT HEADQUARTERS—R&D - MHA | 53,820 | 53,820 |
| 198 | 0606001A | MILITARY GROUND-BASED CREW TECHNOLOGY | 4,291 | 4,291 |
| 199 | 0606002A | RONALD REAGAN BALLISTIC MISSILE DEFENSE TEST SITE. | 62,069 | 62,069 |
| 200 | 0606003A | COUNTERINTEL AND HUMAN INTEL MODERNIZATION | 1,050 | 1,050 |
| 201 | 0606942A | ASSESSMENTS AND EVALUATIONS CYBER VULNERABILITIES. | 4,500 | 4,500 |
| | | SUBTOTAL RDT&E MANAGEMENT SUPPORT | 1,286,625 | 1,287,625 |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 204 | 0603778A | MLRS PRODUCT IMPROVEMENT PROGRAM | 22,877 | 19,877 |
| | | HIMARS excess growth | | [–3,000] |
| 206 | 0605024A | ANTI-TAMPER TECHNOLOGY SUPPORT | 8,491 | 8,491 |
| 207 | 0607131A | WEAPONS AND MUNITIONS PRODUCT IMPROVEMENT PROGRAMS. | 15,645 | 15,645 |
| 209 | 0607134A | LONG RANGE PRECISION FIRES (LRPF) | 164,182 | 164,182 |
| 211 | 0607136A | BLACKHAWK PRODUCT IMPROVEMENT PROGRAM | 13,039 | 13,039 |
| 212 | 0607137A | CHINOOK PRODUCT IMPROVEMENT PROGRAM | 174,371 | 168,371 |
| | | Program reduction | | [–6,000] |
| 213 | 0607138A | FIXED WING PRODUCT IMPROVEMENT PROGRAM | 4,545 | 0 |
| | | Program reduction | | [–4,545] |
| 214 | 0607139A | IMPROVED TURBINE ENGINE PROGRAM | 206,434 | 206,434 |
| 216 | 0607142A | AVIATION ROCKET SYSTEM PRODUCT IMPROVEMENT AND DEVELOPMENT. | 24,221 | 21,130 |
| | | Integrated munitions launcher early to need | | [–3,091] |
| 217 | 0607143A | UNMANNED AIRCRAFT SYSTEM UNIVERSAL PRODUCTS | 32,016 | 25,516 |
| | | Program reduction | | [–6,500] |
| 218 | 0607145A | APACHE FUTURE DEVELOPMENT | 5,448 | 448 |
| | | Unjustified request | | [–5,000] |
| 219 | 0607312A | ARMY OPERATIONAL SYSTEMS DEVELOPMENT | 49,526 | 49,526 |
| 220 | 0607665A | FAMILY OF BIOMETRICS | 1,702 | 1,702 |
| 221 | 0607865A | PATRIOT PRODUCT IMPROVEMENT | 96,430 | 63,630 |
| | | Excess growth | | [–32,800] |
| 222 | 0203728A | JOINT AUTOMATED DEEP OPERATION COORDINATION SYSTEM (JADOCS). | 47,398 | 47,398 |
| 223 | 0203735A | COMBAT VEHICLE IMPROVEMENT PROGRAMS | 334,463 | 290,545 |
| | | Early to need | | [–41,918] |
| | | Program support excess growth | | [–2,000] |
| 225 | 0203743A | 155MM SELF-PROPELLED HOWITZER IMPROVEMENTS | 214,246 | 192,746 |
| | | Program reduction | | [–21,500] |
| 226 | 0203744A | AIRCRAFT MODIFICATIONS/PRODUCT IMPROVEMENT PROGRAMS. | 16,486 | 13,778 |

WASHSTATEC013195

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | Excess to need ............................................................ | | [−2,708] |
| 227 | 0203752A | AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM. | 144 | 144 |
| 228 | 0203758A | DIGITIZATION ............................................................. | 5,270 | 5,270 |
| 229 | 0203801A | MISSILE/AIR DEFENSE PRODUCT IMPROVEMENT PROGRAM. | 1,287 | 1,287 |
| 234 | 0205412A | ENVIRONMENTAL QUALITY TECHNOLOGY—OPERATIONAL SYSTEM DEV. | 732 | 732 |
| 235 | 0205456A | LOWER TIER AIR AND MISSILE DEFENSE (AMD) SYSTEM .. | 107,746 | 99,746 |
| | | Testing excess to need ............................................... | | [−8,000] |
| 236 | 0205778A | GUIDED MULTIPLE-LAUNCH ROCKET SYSTEM (GMLRS) .... | 138,594 | 128,594 |
| | | Testing excess to need ............................................... | | [−10,000] |
| 238 | 0303028A | SECURITY AND INTELLIGENCE ACTIVITIES ................... | 13,845 | 13,845 |
| 239 | 0303140A | INFORMATION SYSTEMS SECURITY PROGRAM ................ | 29,185 | 29,185 |
| 240 | 0303141A | GLOBAL COMBAT SUPPORT SYSTEM ............................... | 68,976 | 48,376 |
| | | Program decrease .......................................................... | | [−20,600] |
| 241 | 0303150A | WWMCCS/GLOBAL COMMAND AND CONTROL SYSTEM ....... | 2,073 | 2,073 |
| 245 | 0305179A | INTEGRATED BROADCAST SERVICE (IBS) ...................... | 459 | 459 |
| 246 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES ...................... | 5,097 | 5,097 |
| 247 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS ......................... | 11,177 | 11,177 |
| 248 | 0305208A | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS ........ | 38,121 | 38,121 |
| 250 | 0305232A | RQ-11 UAV .................................................................. | 3,218 | 3,218 |
| 251 | 0305233A | RQ-7 UAV .................................................................... | 7,817 | 7,817 |
| 252 | 0307665A | BIOMETRICS ENABLED INTELLIGENCE ............................ | 2,000 | 2,000 |
| 253 | 0708045A | END ITEM INDUSTRIAL PREPAREDNESS ACTIVITIES ........ | 59,848 | 67,848 |
| | | Nanoscale materials manufacturing | | [3,000] |
| | | Program increase—additive manufacturing technology insertion | | [5,000] |
| 254 | 1203142A | SATCOM GROUND ENVIRONMENT (SPACE) ......................... | 34,169 | 34,169 |
| 255 | 1208053A | JOINT TACTICAL GROUND SYSTEM ................................. | 10,275 | 10,275 |
| 255A | 9999999999 | CLASSIFIED PROGRAMS .................................................. | 7,273 | 7,273 |
| | | SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT. | 1,978,826 | 1,819,164 |
| | | SUBTOTAL UNDISTRIBUTED ................................. | | −159,662 |
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY. | 12,192,771 | 11,857,473 |
| | | RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY | | |
| | | BASIC RESEARCH | | |
| 001 | 0601103N | UNIVERSITY RESEARCH INITIATIVES ............................. | 116,850 | 146,850 |
| | | Advanced radar research ............................................. | | [5,000] |
| | | Cyber basic research .................................................. | | [10,000] |
| | | Defense University research initiatives ........................ | | [5,000] |
| | | Program increase ......................................................... | | [10,000] |
| 002 | 0601152N | IN-HOUSE LABORATORY INDEPENDENT RESEARCH .......... | 19,121 | 19,121 |
| 003 | 0601153N | DEFENSE RESEARCH SCIENCES ..................................... | 470,007 | 470,007 |
| | | SUBTOTAL BASIC RESEARCH ................................. | 605,978 | 635,978 |
| | | APPLIED RESEARCH | | |
| 004 | 0602114N | POWER PROJECTION APPLIED RESEARCH ........................ | 18,546 | 25,546 |
| | | Hypersonic testing facilities ....................................... | | [7,000] |
| 005 | 0602123N | FORCE PROTECTION APPLIED RESEARCH .......................... | 119,517 | 166,017 |
| | | Carbon capture ........................................................... | | [8,000] |
| | | Electric propulsion research ........................................ | | [2,500] |
| | | Energy resilience ........................................................ | | [5,000] |
| | | Energy resilience research .......................................... | | [3,000] |
| | | Hybrid composite struct. res. enhanced mobility ............ | | [5,000] |
| | | Navy power and energy systems technology ................... | | [5,000] |
| | | Program increase ......................................................... | | [10,000] |
| | | Test bed for autonomous ship systems ......................... | | [8,000] |
| 006 | 0602131M | MARINE CORPS LANDING FORCE TECHNOLOGY ................ | 56,604 | 61,604 |
| | | Interdisciplinary expeditionary cybersecurity research .... | | [5,000] |
| 007 | 0602235N | COMMON PICTURE APPLIED RESEARCH ........................... | 49,297 | 44,297 |
| | | Coordinate space activities ......................................... | | [−5,000] |
| 008 | 0602236N | WARFIGHTER SUSTAINMENT APPLIED RESEARCH ............. | 63,825 | 63,825 |
| 009 | 0602271N | ELECTROMAGNETIC SYSTEMS APPLIED RESEARCH ........... | 83,497 | 83,497 |
| 010 | 0602435N | OCEAN WARFIGHTING ENVIRONMENT APPLIED RESEARCH. | 63,894 | 63,894 |
| 011 | 0602651N | JOINT NON-LETHAL WEAPONS APPLIED RESEARCH .......... | 6,346 | 6,346 |
| 012 | 0602747N | UNDERSEA WARFARE APPLIED RESEARCH ........................ | 57,075 | 74,075 |
| | | Academic partnerships for undersea vehicle research ....... | | [10,000] |
| | | Resident autonomous undersea robotics ......................... | | [7,000] |
| 013 | 0602750N | FUTURE NAVAL CAPABILITIES APPLIED RESEARCH ........... | 154,755 | 154,755 |
| 014 | 0602782N | MINE AND EXPEDITIONARY WARFARE APPLIED RESEARCH. | 36,074 | 36,074 |
| 015 | 0602792N | INNOVATIVE NAVAL PROTOTYPES (INP) APPLIED RESEARCH. | 153,062 | 153,062 |
| 016 | 0602861N | SCIENCE AND TECHNOLOGY MANAGEMENT—ONR FIELD ACITIVITIES. | 73,961 | 73,961 |

WASHSTATEC013196

2096

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **SUBTOTAL APPLIED RESEARCH** ................................ | **936,453** | **1,006,953** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 017 | 0603123N | FORCE PROTECTION ADVANCED TECHNOLOGY ................... | 35,286 | 35,286 |
| 018 | 0603271N | ELECTROMAGNETIC SYSTEMS ADVANCED TECHNOLOGY .. | 9,499 | 9,499 |
| 019 | 0603640M | USMC ADVANCED TECHNOLOGY DEMONSTRATION (ATD) .. | 172,847 | 177,847 |
| | | Program increase—modular advanced armed robotic system ...... | | [5,000] |
| 020 | 0603651M | JOINT NON-LETHAL WEAPONS TECHNOLOGY DEVELOP-MENT. | 13,307 | 13,307 |
| 021 | 0603673N | FUTURE NAVAL CAPABILITIES ADVANCED TECHNOLOGY DEVELOPMENT. | 231,907 | 231,907 |
| 022 | 0603680N | MANUFACTURING TECHNOLOGY PROGRAM ................... | 60,138 | 65,138 |
| | | Program increase ................................................................ | | [5,000] |
| 023 | 0603729N | WARFIGHTER PROTECTION ADVANCED TECHNOLOGY ......... | 4,849 | 4,849 |
| 025 | 0603758N | NAVY WARFIGHTING EXPERIMENTS AND DEMONSTRA-TIONS. | 67,739 | 67,739 |
| 026 | 0603782N | MINE AND EXPEDITIONARY WARFARE ADVANCED TECH-NOLOGY. | 13,335 | 13,335 |
| 027 | 0603801N | INNOVATIVE NAVAL PROTOTYPES (INP) ADVANCED TECH-NOLOGY DEVELOPMENT. | 133,303 | 150,330 |
| | | Electromagnetic railgun ................................................. | | [10,000] |
| | | Funds excess to requirements ........................................ | | [−7,973] |
| | | Program increase ........................................................... | | [15,000] |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOP-MENT.** | **742,210** | **769,237** |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTO-TYPES** | | |
| 028 | 0603207N | AIR/OCEAN TACTICAL APPLICATIONS ........................ | 32,643 | 38,643 |
| | | Program increase for 1 REMUS 600 vehicle ........................ | | [6,000] |
| 029 | 0603216N | AVIATION SURVIVABILITY ......................................... | 11,919 | 11,919 |
| 030 | 0603251N | AIRCRAFT SYSTEMS ................................................... | 1,473 | 1,473 |
| 031 | 0603254N | ASW SYSTEMS DEVELOPMENT .................................. | 7,172 | 7,172 |
| 032 | 0603261N | TACTICAL AIRBORNE RECONNAISSANCE ..................... | 3,419 | 3,419 |
| 033 | 0603382N | ADVANCED COMBAT SYSTEMS TECHNOLOGY ................ | 64,694 | 64,694 |
| 034 | 0603502N | SURFACE AND SHALLOW WATER MINE COUNTER-MEASURES. | 507,000 | 310,500 |
| | | Reduce one LUSV ......................................................... | | [−86,500] |
| | | VLS concept design and LLTM early to need ........................ | | [−110,000] |
| 035 | 0603506N | SURFACE SHIP TORPEDO DEFENSE ............................ | 15,800 | 7,242 |
| | | Excess sundown costs ...................................................... | | [−8,558] |
| 036 | 0603512N | CARRIER SYSTEMS DEVELOPMENT ............................ | 4,997 | 4,997 |
| 037 | 0603525N | PILOT FISH ................................................................ | 291,148 | 186,328 |
| | | Program adjustment ......................................................... | | [−104,820] |
| 038 | 0603527N | RETRACT LARCH ....................................................... | 11,980 | 11,980 |
| 039 | 0603536N | RETRACT JUNIPER .................................................... | 129,163 | 129,163 |
| 040 | 0603542N | RADIOLOGICAL CONTROL .......................................... | 689 | 689 |
| 041 | 0603553N | SURFACE ASW ........................................................... | 1,137 | 1,137 |
| 042 | 0603561N | ADVANCED SUBMARINE SYSTEM DEVELOPMENT ............ | 148,756 | 120,046 |
| | | Program decrease ............................................................ | | [−19,000] |
| | | Project 9710: Unjustified new start ................................... | | [−9,710] |
| 043 | 0603562N | SUBMARINE TACTICAL WARFARE SYSTEMS .................. | 11,192 | 11,192 |
| 044 | 0603563N | SHIP CONCEPT ADVANCED DESIGN ............................ | 81,846 | 57,846 |
| | | Future surface combatant concept development ..................... | | [−24,000] |
| 045 | 0603564N | SHIP PRELIMINARY DESIGN & FEASIBILITY STUDIES ....... | 69,084 | 22,584 |
| | | Early to need ................................................................. | | [−46,500] |
| 046 | 0603570N | ADVANCED NUCLEAR POWER SYSTEMS ...................... | 181,652 | 181,652 |
| 047 | 0603573N | ADVANCED SURFACE MACHINERY SYSTEMS ................. | 25,408 | 155,408 |
| | | Program increase ............................................................ | | [5,000] |
| | | Surface combatant component-level prototyping ..................... | | [125,000] |
| 048 | 0603576N | CHALK EAGLE ........................................................... | 64,877 | 64,877 |
| 049 | 0603581N | LITTORAL COMBAT SHIP (LCS) .................................. | 9,934 | 9,934 |
| 050 | 0603582N | COMBAT SYSTEM INTEGRATION .................................. | 17,251 | 17,251 |
| 051 | 0603595N | OHIO REPLACEMENT .................................................. | 419,051 | 434,051 |
| | | Accelerate advanced propulsor development ........................ | | [15,000] |
| 052 | 0603596N | LCS MISSION MODULES ............................................. | 108,505 | 105,595 |
| | | Available prior year funds due to SUW MP testing delay .......... | | [−2,910] |
| 053 | 0603597N | AUTOMATED TEST AND ANALYSIS .............................. | 7,653 | 7,653 |
| 054 | 0603599N | FRIGATE DEVELOPMENT ............................................ | 59,007 | 59,007 |
| 055 | 0603609N | CONVENTIONAL MUNITIONS ....................................... | 9,988 | 9,988 |
| 056 | 0603635M | MARINE CORPS GROUND COMBAT/SUPPORT SYSTEM ..... | 86,464 | 16,477 |
| | | Insufficient justification and contract delay ........................ | | [−69,987] |
| 057 | 0603654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT ... | 33,478 | 33,478 |
| 058 | 0603713N | OCEAN ENGINEERING TECHNOLOGY DEVELOPMENT ........ | 5,619 | 5,619 |
| 059 | 0603721N | ENVIRONMENTAL PROTECTION .................................. | 20,564 | 20,564 |
| 060 | 0603724N | NAVY ENERGY PROGRAM ........................................... | 26,514 | 49,514 |
| | | Battery development and safety enterprise ........................... | | [13,000] |
| | | Marine energy systems for sensors and microgrids ................ | | [10,000] |

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013197

2097

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 061 | 0603725N | FACILITIES IMPROVEMENT | 3,440 | 3,440 |
| 062 | 0603734N | CHALK CORAL | 346,800 | 310,400 |
| | | Insufficient budget justification | | [−36,400] |
| 063 | 0603739N | NAVY LOGISTIC PRODUCTIVITY | 3,857 | 3,857 |
| 064 | 0603746N | RETRACT MAPLE | 258,519 | 258,519 |
| 065 | 0603748N | LINK PLUMERIA | 403,909 | 396,509 |
| | | Insufficient budget justification | | [−7,400] |
| 066 | 0603751N | RETRACT ELM | 63,434 | 63,434 |
| 067 | 0603764N | LINK EVERGREEN | 184,110 | 184,110 |
| 068 | 0603790N | NATO RESEARCH AND DEVELOPMENT | 7,697 | 7,697 |
| 069 | 0603795N | LAND ATTACK TECHNOLOGY | 9,086 | 9,086 |
| 070 | 0603851M | JOINT NON-LETHAL WEAPONS TESTING | 28,466 | 28,466 |
| 071 | 0603860N | JOINT PRECISION APPROACH AND LANDING SYSTEMS—DEM/VAL. | 51,341 | 51,341 |
| 072 | 0603925N | DIRECTED ENERGY AND ELECTRIC WEAPON SYSTEMS | 118,169 | 118,169 |
| 073 | 0604014N | F/A –18 INFRARED SEARCH AND TRACK (IRST) | 113,456 | 112,456 |
| | | Program delay | | [−1,000] |
| 074 | 0604027N | DIGITAL WARFARE OFFICE | 50,120 | 25,120 |
| | | Artificial intelligence development operations unjustified growth | | [−10,000] |
| | | Program decrease | | [−15,000] |
| 075 | 0604028N | SMALL AND MEDIUM UNMANNED UNDERSEA VEHICLES | 32,527 | 32,527 |
| 076 | 0604029N | UNMANNED UNDERSEA VEHICLE CORE TECHNOLOGIES | 54,376 | 54,376 |
| 077 | 0604030N | RAPID PROTOTYPING, EXPERIMENTATION AND DEMONSTRATION. | 36,197 | 36,197 |
| 078 | 0604031N | LARGE UNMANNED UNDERSEA VEHICLES | 68,310 | 68,310 |
| 079 | 0604112N | GERALD R. FORD CLASS NUCLEAR AIRCRAFT CARRIER (CVN 78—80). | 121,310 | 112,310 |
| | | Integrated digital shipbuilding insufficient budget justification | | [−9,000] |
| 080 | 0604126N | LITTORAL AIRBORNE MCM | 17,248 | 17,248 |
| 081 | 0604127N | SURFACE MINE COUNTERMEASURES | 18,735 | 18,735 |
| 082 | 0604272N | TACTICAL AIR DIRECTIONAL INFRARED COUNTERMEASURES (TADIRCM). | 68,346 | 58,449 |
| | | Excess to need | | [−9,897] |
| 084 | 0604289M | NEXT GENERATION LOGISTICS | 4,420 | 13,420 |
| | | Additive manufacturing logistics software pilot | | [9,000] |
| 085 | 0604320M | RAPID TECHNOLOGY CAPABILITY PROTOTYPE | 4,558 | 4,558 |
| 086 | 0604454N | LX (R) | 12,500 | 12,500 |
| 087 | 0604536N | ADVANCED UNDERSEA PROTOTYPING | 181,967 | 181,967 |
| 088 | 0604636N | COUNTER UNMANNED AIRCRAFT SYSTEMS (C-UAS) | 5,500 | 5,500 |
| 089 | 0604659N | PRECISION STRIKE WEAPONS DEVELOPMENT PROGRAM | 718,148 | 688,148 |
| | | Excess growth | | [−30,000] |
| 090 | 0604707N | SPACE AND ELECTRONIC WARFARE (SEW) ARCHITECTURE/ENGINEERING SUPPORT. | 5,263 | 5,263 |
| 091 | 0604786N | OFFENSIVE ANTI-SURFACE WARFARE WEAPON DEVELOPMENT. | 65,419 | 65,419 |
| 092 | 0303354N | ASW SYSTEMS DEVELOPMENT—MIP | 9,991 | 9,991 |
| 093 | 0304240M | ADVANCED TACTICAL UNMANNED AIRCRAFT SYSTEM | 21,157 | 39,657 |
| | | KMAX Large Unmanned Logistics System USMC unfunded priority. | | [18,500] |
| 095 | 0304270N | ELECTRONIC WARFARE DEVELOPMENT—MIP | 609 | 609 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **5,559,062** | **5,159,880** |

**SYSTEM DEVELOPMENT & DEMONSTRATION**

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 096 | 0603208N | TRAINING SYSTEM AIRCRAFT | 15,514 | 15,514 |
| 097 | 0604212N | OTHER HELO DEVELOPMENT | 28,835 | 28,835 |
| 098 | 0604214M | AV–8B AIRCRAFT—ENG DEV | 27,441 | 27,441 |
| 100 | 0604215N | STANDARDS DEVELOPMENT | 3,642 | 3,642 |
| 101 | 0604216N | MULTI-MISSION HELICOPTER UPGRADE DEVELOPMENT | 19,196 | 19,196 |
| 104 | 0604230N | WARFARE SUPPORT SYSTEM | 8,601 | 8,601 |
| 105 | 0604231N | TACTICAL COMMAND SYSTEM | 77,232 | 77,232 |
| 106 | 0604234N | ADVANCED HAWKEYE | 232,752 | 232,752 |
| 107 | 0604245M | H–1 UPGRADES | 65,359 | 65,359 |
| 109 | 0604261N | ACOUSTIC SEARCH SENSORS | 47,013 | 47,013 |
| 110 | 0604262N | V–22A | 185,105 | 190,105 |
| | | Increase reliability and reduce vibrations of V–22 nacelles | | [5,000] |
| 111 | 0604264N | AIR CREW SYSTEMS DEVELOPMENT | 21,172 | 21,172 |
| 112 | 0604269N | EA–18 | 143,585 | 133,585 |
| | | Unjustified cost growth | | [−10,000] |
| 113 | 0604270N | ELECTRONIC WARFARE DEVELOPMENT | 116,811 | 109,651 |
| | | Unjustified request | | [−7,160] |
| 114 | 0604273M | EXECUTIVE HELO DEVELOPMENT | 187,436 | 187,436 |
| 116 | 0604274N | NEXT GENERATION JAMMER (NGJ) | 524,261 | 448,261 |
| | | Underexecution | | [−76,000] |
| 117 | 0604280N | JOINT TACTICAL RADIO SYSTEM—NAVY (JTRS-NAVY) | 192,345 | 190,845 |
| | | Early to need | | [−1,500] |
| 118 | 0604282N | NEXT GENERATION JAMMER (NGJ) INCREMENT II | 111,068 | 90,922 |
| | | Program reduction | | [−20,146] |

WASHSTATEC013198

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
**(In Thousands of Dollars)**

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|----------------------|
| 119 | 0604307N | SURFACE COMBATANT COMBAT SYSTEM ENGINEERING .... | 415,625 | 413,684 |
| | | Aegis development support studies and analysis early to need ..... | | [−1,941] |
| 120 | 0604311N | LPD–17 CLASS SYSTEMS INTEGRATION ................................. | 640 | 640 |
| 121 | 0604329N | SMALL DIAMETER BOMB (SDB) ............................................. | 50,096 | 50,096 |
| 122 | 0604366N | STANDARD MISSILE IMPROVEMENTS ..................................... | 232,391 | 232,391 |
| 123 | 0604373N | AIRBORNE MCM ....................................................................... | 10,916 | 10,916 |
| 124 | 0604378N | NAVAL INTEGRATED FIRE CONTROL—COUNTER AIR SYSTEMS ENGINEERING. | 33,379 | 33,379 |
| 125 | 0604501N | ADVANCED ABOVE WATER SENSORS ..................................... | 34,554 | 34,554 |
| 126 | 0604503N | SSN–688 AND TRIDENT MODERNIZATION ............................. | 84,663 | 84,663 |
| 127 | 0604504N | AIR CONTROL .......................................................................... | 44,923 | 44,923 |
| 128 | 0604512N | SHIPBOARD AVIATION SYSTEMS .......................................... | 10,632 | 10,632 |
| 129 | 0604518N | COMBAT INFORMATION CENTER CONVERSION ..................... | 16,094 | 16,094 |
| 130 | 0604522N | AIR AND MISSILE DEFENSE RADAR (AMDR) SYSTEM ....... | 55,349 | 52,349 |
| | | Engineering changes testing and evaluation early to need .......... | | [−3,000] |
| 131 | 0604530N | ADVANCED ARRESTING GEAR (AAG) ...................................... | 123,490 | 123,490 |
| 132 | 0604558N | NEW DESIGN SSN ................................................................... | 121,010 | 221,010 |
| | | Accelerate capability development ................................................ | | [100,000] |
| 133 | 0604562N | SUBMARINE TACTICAL WARFARE SYSTEM ........................... | 62,426 | 62,426 |
| 134 | 0604567N | SHIP CONTRACT DESIGN/ LIVE FIRE T&E ......................... | 46,809 | 46,809 |
| 135 | 0604574N | NAVY TACTICAL COMPUTER RESOURCES ............................. | 3,692 | 3,692 |
| 137 | 0604601N | MINE DEVELOPMENT .............................................................. | 28,964 | 28,964 |
| 138 | 0604610N | LIGHTWEIGHT TORPEDO DEVELOPMENT .............................. | 148,349 | 115,541 |
| | | Excess to need ............................................................................ | | [−32,808] |
| 139 | 0604654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT ... | 8,237 | 8,237 |
| 140 | 0604657M | USMC GROUND COMBAT/SUPPORTING ARMS SYSTEMS—ENG DEV. | 22,000 | 22,000 |
| 141 | 0604703N | PERSONNEL, TRAINING, SIMULATION, AND HUMAN FACTORS. | 5,500 | 5,500 |
| 142 | 0604727N | JOINT STANDOFF WEAPON SYSTEMS .................................. | 18,725 | 16,225 |
| | | Excess to need ............................................................................ | | [−2,500] |
| 143 | 0604755N | SHIP SELF DEFENSE (DETECT & CONTROL) ...................... | 192,603 | 180,085 |
| | | Project 2178 prior year carryover ............................................. | | [−12,518] |
| 144 | 0604756N | SHIP SELF DEFENSE (ENGAGE: HARD KILL) ..................... | 137,268 | 121,630 |
| | | Project 2070 excess test assets ............................................... | | [−15,638] |
| 145 | 0604757N | SHIP SELF DEFENSE (ENGAGE: SOFT KILL/EW) ............... | 97,363 | 97,363 |
| 146 | 0604761N | INTELLIGENCE ENGINEERING .............................................. | 26,710 | 26,710 |
| 147 | 0604771N | MEDICAL DEVELOPMENT ....................................................... | 8,181 | 8,181 |
| 148 | 0604777N | NAVIGATION/ID SYSTEM ........................................................ | 40,755 | 40,755 |
| 149 | 0604800M | JOINT STRIKE FIGHTER (JSF)—EMD .................................. | 1,710 | 1,710 |
| 150 | 0604800N | JOINT STRIKE FIGHTER (JSF)—EMD .................................. | 1,490 | 1,490 |
| 153 | 0605013M | INFORMATION TECHNOLOGY DEVELOPMENT ....................... | 1,494 | 1,494 |
| 154 | 0605013N | INFORMATION TECHNOLOGY DEVELOPMENT ....................... | 384,162 | 268,364 |
| | | Program decrease ........................................................................ | | [−36,000] |
| | | Unjustified growth over FY19 projection .................................. | | [−79,798] |
| 155 | 0605024N | ANTI-TAMPER TECHNOLOGY SUPPORT ................................ | 4,882 | 4,882 |
| 156 | 0605212M | CH–53K RDTE ......................................................................... | 516,955 | 516,955 |
| 158 | 0605215N | MISSION PLANNING ................................................................ | 75,886 | 75,886 |
| 159 | 0605217N | COMMON AVIONICS ................................................................. | 43,187 | 43,187 |
| 160 | 0605220N | SHIP TO SHORE CONNECTOR (SSC) ................................... | 4,909 | 19,909 |
| | | Expand development and use of composite materials .................. | | [15,000] |
| 161 | 0605327N | T–AO 205 CLASS ..................................................................... | 1,682 | 1,682 |
| 162 | 0605414N | UNMANNED CARRIER AVIATION (UCA) ................................ | 671,258 | 657,098 |
| | | UMCS excess to need ................................................................. | | [−14,160] |
| 163 | 0605450M | JOINT AIR-TO-GROUND MISSILE (JAGM) ............................ | 18,393 | 18,393 |
| 165 | 0605500N | MULTI-MISSION MARITIME AIRCRAFT (MMA) ..................... | 21,472 | 21,472 |
| 166 | 0605504N | MULTI-MISSION MARITIME (MMA) INCREMENT III ............ | 177,234 | 177,234 |
| 167 | 0605611M | MARINE CORPS ASSAULT VEHICLES SYSTEM DEVELOPMENT & DEMONSTRATION. | 77,322 | 69,121 |
| | | Early to need ............................................................................... | | [−2,201] |
| | | Excess growth .............................................................................. | | [−6,000] |
| 168 | 0605813M | JOINT LIGHT TACTICAL VEHICLE (JLTV) SYSTEM DEVELOPMENT & DEMONSTRATION. | 2,105 | 2,105 |
| 169 | 0204202N | DDG–1000 ................................................................................ | 111,435 | 111,435 |
| 172 | 0304785N | TACTICAL CRYPTOLOGIC SYSTEMS ..................................... | 101,339 | 101,339 |
| 173 | 0306250M | CYBER OPERATIONS TECHNOLOGY DEVELOPMENT ............ | 26,406 | 26,406 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **6,332,033** | **6,130,663** |
| | | **MANAGEMENT SUPPORT** | | |
| 174 | 0604256N | THREAT SIMULATOR DEVELOPMENT .................................... | 66,678 | 66,678 |
| 175 | 0604258N | TARGET SYSTEMS DEVELOPMENT ........................................ | 12,027 | 12,027 |
| 176 | 0604759N | MAJOR T&E INVESTMENT ...................................................... | 85,348 | 85,348 |
| 178 | 0605152N | STUDIES AND ANALYSIS SUPPORT—NAVY .......................... | 3,908 | 3,908 |
| 179 | 0605154N | CENTER FOR NAVAL ANALYSES ........................................... | 47,669 | 47,669 |
| 180 | 0605285N | NEXT GENERATION FIGHTER ................................................ | 20,698 | 20,698 |
| 182 | 0605804N | TECHNICAL INFORMATION SERVICES .................................. | 988 | 988 |
| 183 | 0605853N | MANAGEMENT, TECHNICAL & INTERNATIONAL SUPPORT | 102,401 | 102,401 |

WASHSTATEC013199

2099

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 184 | 0605856N | STRATEGIC TECHNICAL SUPPORT | 3,742 | 3,742 |
| 186 | 0605863N | RDT&E SHIP AND AIRCRAFT SUPPORT | 93,872 | 93,872 |
| 187 | 0605864N | TEST AND EVALUATION SUPPORT | 394,020 | 394,020 |
| 188 | 0605865N | OPERATIONAL TEST AND EVALUATION CAPABILITY | 25,145 | 25,145 |
| 189 | 0605866N | NAVY SPACE AND ELECTRONIC WARFARE (SEW) SUPPORT | 15,773 | 15,773 |
| 190 | 0605867N | SEW SURVEILLANCE/RECONNAISSANCE SUPPORT | 8,402 | 8,402 |
| 191 | 0605873M | MARINE CORPS PROGRAM WIDE SUPPORT | 37,265 | 29,265 |
|  |  | Unjustified growth | | [−8,000] |
| 192 | 0605898N | MANAGEMENT HQ—R&D | 39,673 | 39,673 |
| 193 | 0606355N | WARFARE INNOVATION MANAGEMENT | 28,750 | 28,750 |
| 196 | 0305327N | INSIDER THREAT | 2,645 | 2,645 |
| 197 | 0902498N | MANAGEMENT HEADQUARTERS (DEPARTMENTAL SUPPORT ACTIVITIES). | 1,460 | 1,460 |
|  |  | **SUBTOTAL MANAGEMENT SUPPORT** | **990,464** | **982,464** |
|  |  | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
|  |  | **UNDISTRIBUTED** | | |
| 202 | 0604227N | HARPOON MODIFICATIONS | 2,302 | 2,302 |
| 203 | 0604840M | F–35 C2D2 | 422,881 | 422,881 |
| 204 | 0604840N | F–35 C2D2 | 383,741 | 383,741 |
| 205 | 0607658N | COOPERATIVE ENGAGEMENT CAPABILITY (CEC) | 127,924 | 127,924 |
| 207 | 0101221N | STRATEGIC SUB & WEAPONS SYSTEM SUPPORT | 157,676 | 113,492 |
|  |  | D5LE2 unjustified request | | [−44,184] |
| 208 | 0101224N | SSBN SECURITY TECHNOLOGY PROGRAM | 43,354 | 43,354 |
| 209 | 0101226N | SUBMARINE ACOUSTIC WARFARE DEVELOPMENT | 6,815 | 6,815 |
| 210 | 0101402N | NAVY STRATEGIC COMMUNICATIONS | 31,174 | 31,174 |
| 211 | 0204136N | F/A–18 SQUADRONS | 213,715 | 208,215 |
|  |  | Block III support prior year carryover | | [−7,500] |
|  |  | Jet noise reduction research | | [2,000] |
| 213 | 0204228N | SURFACE SUPPORT | 36,389 | 36,389 |
| 214 | 0204229N | TOMAHAWK AND TOMAHAWK MISSION PLANNING CENTER (TMPC). | 320,134 | 286,799 |
|  |  | JMEWS schedule delays | | [−12,098] |
|  |  | Maritime strike schedule delays | | [−21,237] |
| 215 | 0204311N | INTEGRATED SURVEILLANCE SYSTEM | 88,382 | 103,382 |
|  |  | Additional TRAPS units | | [15,000] |
| 216 | 0204313N | SHIP-TOWED ARRAY SURVEILLANCE SYSTEMS | 14,449 | 14,449 |
| 217 | 0204413N | AMPHIBIOUS TACTICAL SUPPORT UNITS (DISPLACEMENT CRAFT). | 6,931 | 6,931 |
| 218 | 0204460M | GROUND/AIR TASK ORIENTED RADAR (G/ATOR) | 23,891 | 23,891 |
| 219 | 0204571N | CONSOLIDATED TRAINING SYSTEMS DEVELOPMENT | 129,873 | 129,873 |
| 221 | 0204575N | ELECTRONIC WARFARE (EW) READINESS SUPPORT | 82,325 | 62,434 |
|  |  | Prior year carryover | | [−19,891] |
| 222 | 0205601N | HARM IMPROVEMENT | 138,431 | 132,371 |
|  |  | AARGM ER test schedule discrepancy | | [−6,060] |
| 224 | 0205620N | SURFACE ASW COMBAT SYSTEM INTEGRATION | 29,572 | 29,572 |
| 225 | 0205632N | MK–48 ADCAP | 85,973 | 85,973 |
| 226 | 0205633N | AVIATION IMPROVEMENTS | 125,461 | 125,461 |
| 227 | 0205675N | OPERATIONAL NUCLEAR POWER SYSTEMS | 106,192 | 106,192 |
| 228 | 0206313M | MARINE CORPS COMMUNICATIONS SYSTEMS | 143,317 | 134,317 |
|  |  | Program delay | | [−9,000] |
| 229 | 0206335M | COMMON AVIATION COMMAND AND CONTROL SYSTEM (CAC2S). | 4,489 | 4,489 |
| 230 | 0206623M | MARINE CORPS GROUND COMBAT/SUPPORTING ARMS SYSTEMS. | 51,788 | 51,788 |
| 231 | 0206624M | MARINE CORPS COMBAT SERVICES SUPPORT | 37,761 | 42,761 |
|  |  | Airborne Power Generation Tech Development | | [5,000] |
| 232 | 0206625M | USMC INTELLIGENCE/ELECTRONIC WARFARE SYSTEMS (MIP). | 21,458 | 21,458 |
| 233 | 0206629M | AMPHIBIOUS ASSAULT VEHICLE | 5,476 | 5,476 |
| 234 | 0207161N | TACTICAL AIM MISSILES | 19,488 | 19,488 |
| 235 | 0207163N | ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM). | 39,029 | 39,029 |
| 239 | 0303109N | SATELLITE COMMUNICATIONS (SPACE) | 34,344 | 34,344 |
| 240 | 0303138N | CONSOLIDATED AFLOAT NETWORK ENTERPRISE SERVICES (CANES). | 22,873 | 22,873 |
| 241 | 0303140N | INFORMATION SYSTEMS SECURITY PROGRAM | 41,853 | 41,853 |
| 243 | 0305192N | MILITARY INTELLIGENCE PROGRAM (MIP) ACTIVITIES | 8,913 | 8,913 |
| 244 | 0305204N | TACTICAL UNMANNED AERIAL VEHICLES | 9,451 | 9,451 |
| 245 | 0305205N | UAS INTEGRATION AND INTEROPERABILITY | 42,315 | 42,315 |
| 246 | 0305208M | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 22,042 | 22,042 |
| 248 | 0305220N | MQ–4C TRITON | 11,784 | 11,784 |
| 249 | 0305231N | MQ–8 UAV | 29,618 | 29,618 |
| 250 | 0305232M | RQ–11 UAV | 509 | 509 |
| 251 | 0305234N | SMALL (LEVEL 0) TACTICAL UAS (STUASLO) | 11,545 | 11,545 |
| 252 | 0305239M | RQ–21A | 10,914 | 10,914 |
| 253 | 0305241N | MULTI-INTELLIGENCE SENSOR DEVELOPMENT | 70,612 | 70,612 |
| 254 | 0305242M | UNMANNED AERIAL SYSTEMS (UAS) PAYLOADS (MIP) | 3,704 | 3,704 |

WASHSTATEC013200

2100

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|-----------------------|
| 255 | 0305421N | RQ–4 MODERNIZATION ............................... | 202,346 | 185,446 |
| | | IFC 5.0 concurrency ................................. | | [–16,900] |
| 256 | 0305601N | MODELING AND SIMULATION SUPPORT ............... | 7,119 | 7,119 |
| 257 | 0702207N | DEPOT MAINTENANCE (NON–IF) ..................... | 38,182 | 38,182 |
| 258 | 0708730N | MARITIME TECHNOLOGY (MARITECH) ............... | 6,779 | 6,779 |
| 259 | 1203109N | SATELLITE COMMUNICATIONS (SPACE) ............ | 15,868 | 15,868 |
| 259A | 9999999999 | CLASSIFIED PROGRAMS ............................. | 1,613,137 | 1,613,137 |
| | | SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT | 5,104,299 | 4,989,429 |
| | | SUBTOTAL UNDISTRIBUTED ....................... | | –114,870 |
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY. | 20,270,499 | 19,674,604 |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | |
| | | **BASIC RESEARCH** | | |
| 001 | 0601102F | DEFENSE RESEARCH SCIENCES ..................... | 356,107 | 356,107 |
| 002 | 0601103F | UNIVERSITY RESEARCH INITIATIVES ............... | 158,859 | 163,859 |
| | | Program increase ................................... | | [5,000] |
| 003 | 0601108F | HIGH ENERGY LASER RESEARCH INITIATIVES ....... | 14,795 | 14,795 |
| | | SUBTOTAL BASIC RESEARCH .................... | **529,761** | **534,761** |
| | | **APPLIED RESEARCH** | | |
| 004 | 0602102F | MATERIALS ........................................ | 128,851 | 152,851 |
| | | Advanced materials high energy x-ray ............... | | [4,000] |
| | | Advanced materials manufacturing flexible biosensors | | [5,000] |
| | | Advanced thermal protection systems ............... | | [5,000] |
| | | Program increase ................................... | | [10,000] |
| 005 | 0602201F | AEROSPACE VEHICLE TECHNOLOGIES .............. | 147,724 | 147,724 |
| 006 | 0602202F | HUMAN EFFECTIVENESS APPLIED RESEARCH ........ | 131,795 | 131,795 |
| 007 | 0602203F | AEROSPACE PROPULSION ........................... | 198,775 | 208,775 |
| | | Educational partnership agreements for next generation liquid propulsion. | | [5,000] |
| | | Electrical power/thermal management systems ...... | | [5,000] |
| 008 | 0602204F | AEROSPACE SENSORS ............................... | 202,912 | 202,912 |
| 010 | 0602298F | SCIENCE AND TECHNOLOGY MANAGEMENT— MAJOR HEADQUARTERS ACTIVITIES. | 7,968 | 7,968 |
| 012 | 0602602F | CONVENTIONAL MUNITIONS ........................ | 142,772 | 142,772 |
| 013 | 0602605F | DIRECTED ENERGY TECHNOLOGY .................. | 124,379 | 124,379 |
| 014 | 0602788F | DOMINANT INFORMATION SCIENCES AND METHODS | 181,562 | 199,562 |
| | | Detection and countering of adversarial UAS ....... | | [5,000] |
| | | Quantum Information Science Innovation Center ..... | | [8,000] |
| | | Quantum science .................................. | | [5,000] |
| 015 | 0602890F | HIGH ENERGY LASER RESEARCH ................... | 44,221 | 44,221 |
| 016 | 1206601F | SPACE TECHNOLOGY ............................... | 124,667 | 124,667 |
| | | SUBTOTAL APPLIED RESEARCH ................. | **1,435,626** | **1,487,626** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 017 | 0603112F | ADVANCED MATERIALS FOR WEAPON SYSTEMS ..... | 36,586 | 41,586 |
| | | Metals affordability initiative ..................... | | [5,000] |
| 018 | 0603199F | SUSTAINMENT SCIENCE AND TECHNOLOGY (S&T) .. | 16,249 | 16,249 |
| 019 | 0603203F | ADVANCED AEROSPACE SENSORS .................. | 38,292 | 38,292 |
| 020 | 0603211F | AEROSPACE TECHNOLOGY DEV/DEMO .............. | 102,949 | 202,949 |
| | | Low cost attritable aircraft technology ............. | | [100,000] |
| 021 | 0603216F | AEROSPACE PROPULSION AND POWER TECHNOLOGY | 113,973 | 128,973 |
| | | Advanced turbine engine gas generator ............. | | [10,000] |
| | | Electrical power systems ........................... | | [5,000] |
| 022 | 0603270F | ELECTRONIC COMBAT TECHNOLOGY ............... | 48,408 | 48,408 |
| 023 | 0603401F | ADVANCED SPACECRAFT TECHNOLOGY ............ | 70,525 | 73,525 |
| | | Strategic radiation hardened microelectronic processors | | [3,000] |
| 024 | 0603444F | MAUI SPACE SURVEILLANCE SYSTEM (MSSS) ....... | 11,878 | 11,878 |
| 025 | 0603456F | HUMAN EFFECTIVENESS ADVANCED TECHNOLOGY DEVELOPMENT. | 37,542 | 37,542 |
| 026 | 0603601F | CONVENTIONAL WEAPONS TECHNOLOGY ........... | 225,817 | 225,817 |
| 027 | 0603605F | ADVANCED WEAPONS TECHNOLOGY ............... | 37,404 | 37,404 |
| 028 | 0603680F | MANUFACTURING TECHNOLOGY PROGRAM ........ | 43,116 | 66,116 |
| | | Advanced materials and materials manufacturing .... | | [7,000] |
| | | Aerospace composites manufacturing ............... | | [10,000] |
| | | Program increase ................................... | | [6,000] |
| 029 | 0603788F | BATTLESPACE KNOWLEDGE DEVELOPMENT AND DEMONSTRATION. | 56,414 | 56,414 |
| | | SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT. | **839,153** | **985,153** |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 031 | 0603260F | INTELLIGENCE ADVANCED DEVELOPMENT ......... | 5,672 | 5,672 |
| 032 | 0603742F | COMBAT IDENTIFICATION TECHNOLOGY ........... | 27,085 | 27,085 |

WASHSTATEC013201

2101

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|----------------:|----------------------:|
| 033 | 0603790F | NATO RESEARCH AND DEVELOPMENT | 4,955 | 4,955 |
| 034 | 0603851F | INTERCONTINENTAL BALLISTIC MISSILE—DEM/VAL ...... | 44,109 | 44,109 |
| 036 | 0604002F | AIR FORCE WEATHER SERVICES RESEARCH ................. | 772 | 772 |
| 037 | 0604004F | ADVANCED ENGINE DEVELOPMENT ......................... | 878,442 | 878,442 |
| 038 | 0604015F | LONG RANGE STRIKE—BOMBER ............................. | 3,003,899 | 3,003,899 |
| 039 | 0604032F | DIRECTED ENERGY PROTOTYPING .......................... | 10,000 | 20,000 |
|  |  | High-value airborne asset protection |  | [10,000] |
| 040 | 0604033F | HYPERSONICS PROTOTYPING ................................ | 576,000 | 576,000 |
| 041 | 0604201F | PNT RESILIENCY, MODS, AND IMPROVEMENTS ........ | 92,600 | 124,600 |
|  |  | Program increase |  | [32,000] |
| 042 | 0604257F | ADVANCED TECHNOLOGY AND SENSORS ................. | 23,145 | 23,145 |
| 043 | 0604258F | NATIONAL AIRBORNE OPS CENTER (NAOC) RECAP ....... | 16,669 | 16,669 |
| 044 | 0604317F | TECHNOLOGY TRANSFER ..................................... | 23,614 | 23,614 |
| 045 | 0604327F | HARD AND DEEPLY BURIED TARGET DEFEAT SYSTEM (HDBTDS) PROGRAM. | 113,121 | 113,121 |
| 046 | 0604414F | CYBER RESILIENCY OF WEAPON SYSTEMS-ACS ....... | 56,325 | 56,325 |
| 047 | 0604776F | DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D ....... | 28,034 | 28,034 |
| 048 | 0604858F | TECH TRANSITION PROGRAM ............................... | 128,476 | 134,476 |
|  |  | Rapid repair |  | [6,000] |
| 049 | 0605230F | GROUND BASED STRATEGIC DETERRENT .................. | 570,373 | 552,395 |
|  |  | Program reduction |  | [−40,000] |
|  |  | Technical adjustment for NC3 |  | [22,022] |
| 050 | 0207100F | LIGHT ATTACK ARMED RECONNAISSANCE (LAAR) SQUAD-RONS. | 35,000 | 35,000 |
| 051 | 0207110F | NEXT GENERATION AIR DOMINANCE ...................... | 1,000,000 | 955,000 |
|  |  | Cost-risk associated with development profile |  | [−45,000] |
| 052 | 0207455F | THREE DIMENSIONAL LONG-RANGE RADAR (3DELRR) ...... | 37,290 | 37,290 |
| 053 | 0208099F | UNIFIED PLATFORM (UP) ................................... | 10,000 | 10,000 |
| 054 | 0305236F | COMMON DATA LINK EXECUTIVE AGENT (CDL EA) ...... | 36,910 | 36,910 |
| 055 | 0305251F | CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT | 35,000 | 35,000 |
| 056 | 0305601F | MISSION PARTNER ENVIRONMENTS ...................... | 8,550 | 8,550 |
| 057 | 0306250F | CYBER OPERATIONS TECHNOLOGY DEVELOPMENT ...... | 198,864 | 240,064 |
|  |  | Accelerate development of Cyber National Mission Force capabilities. |  | [13,600] |
|  |  | ETERNALDARKNESS |  | [7,100] |
|  |  | Joint Common Access Platform |  | [20,500] |
| 058 | 0306415F | ENABLED CYBER ACTIVITIES ............................... | 16,632 | 16,632 |
| 060 | 0901410F | CONTRACTING INFORMATION TECHNOLOGY SYSTEM ....... | 20,830 | 20,830 |
| 061 | 1203164F | NAVSTAR GLOBAL POSITIONING SYSTEM (USER EQUIP-MENT) (SPACE). | 329,948 | 329,948 |
| 062 | 1203710F | EO/IR WEATHER SYSTEMS ................................... | 101,222 | 101,222 |
| 063 | 1206422F | WEATHER SYSTEM FOLLOW-ON ............................. | 225,660 | 205,660 |
|  |  | Unjustified growth |  | [−20,000] |
| 064 | 1206425F | SPACE SITUATION AWARENESS SYSTEMS ................. | 29,776 | 29,776 |
| 065 | 1206427F | SPACE SYSTEMS PROTOTYPE TRANSITIONS (SSPT) ...... | 142,045 | 142,045 |
| 067 | 1206438F | SPACE CONTROL TECHNOLOGY ............................. | 64,231 | 59,231 |
|  |  | Unjustified growth |  | [−5,000] |
| 068 | 1206730F | SPACE SECURITY AND DEFENSE PROGRAM ............... | 56,385 | 56,385 |
| 069 | 1206760F | PROTECTED TACTICAL ENTERPRISE SERVICE (PTES) ...... | 105,003 | 105,003 |
| 070 | 1206761F | PROTECTED TACTICAL SERVICE (PTS) .................... | 173,694 | 163,694 |
|  |  | Unjustified growth |  | [−10,000] |
| 071 | 1206855F | EVOLVED STRATEGIC SATCOM (ESS) ...................... | 172,206 | 172,206 |
| 072 | 1206857F | SPACE RAPID CAPABILITIES OFFICE ...................... | 33,742 | 23,742 |
|  |  | Program decrease |  | [−10,000] |
|  |  | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **8,436,279** | **8,417,501** |
|  |  | **SYSTEM DEVELOPMENT & DEMONSTRATION** |  |  |
| 073 | 0604200F | FUTURE ADVANCED WEAPON ANALYSIS & PROGRAMS ...... | 246,200 | 0 |
|  |  | Excess to need |  | [−246,200] |
| 074 | 0604201F | PNT RESILIENCY, MODS, AND IMPROVEMENTS ........ | 67,782 | 148,782 |
|  |  | UPL M-Code Acceleration |  | [81,000] |
| 075 | 0604222F | NUCLEAR WEAPONS SUPPORT ............................. | 4,406 | 4,406 |
| 076 | 0604270F | ELECTRONIC WARFARE DEVELOPMENT .................. | 2,066 | 2,066 |
| 077 | 0604281F | TACTICAL DATA NETWORKS ENTERPRISE ............... | 229,631 | 210,331 |
|  |  | Prior-year carryover |  | [−19,300] |
| 078 | 0604287F | PHYSICAL SECURITY EQUIPMENT ........................ | 9,700 | 9,700 |
| 079 | 0604329F | SMALL DIAMETER BOMB (SDB)—EMD ..................... | 31,241 | 41,241 |
|  |  | Program efficiency initiative |  | [10,000] |
| 080 | 0604429F | AIRBORNE ELECTRONIC ATTACK .......................... | 2 | 2 |
| 081 | 0604602F | ARMAMENT/ORDNANCE DEVELOPMENT ................. | 28,043 | 28,043 |
| 082 | 0604604F | SUBMUNITIONS ............................................... | 3,045 | 3,045 |
| 083 | 0604617F | AGILE COMBAT SUPPORT .................................. | 19,944 | 19,944 |
| 084 | 0604706F | LIFE SUPPORT SYSTEMS ................................... | 8,624 | 8,624 |
| 085 | 0604735F | COMBAT TRAINING RANGES ............................... | 37,365 | 37,365 |
| 086 | 0604800F | F–35—EMD .................................................... | 7,628 | 7,628 |
| 087 | 0604932F | LONG RANGE STANDOFF WEAPON ....................... | 712,539 | 712,539 |
| 088 | 0604933F | ICBM FUZE MODERNIZATION ............................. | 161,199 | 161,199 |

WASHSTATEC013202

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
**(In Thousands of Dollars)**

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|-----------------------|
| 089 | 0605030F | JOINT TACTICAL NETWORK CENTER (JTNC) | 2,414 | 2,414 |
| 091 | 0605056F | OPEN ARCHITECTURE MANAGEMENT | 30,000 | 30,000 |
| 093 | 0605221F | KC–46 | 59,561 | 59,561 |
| 094 | 0605223F | ADVANCED PILOT TRAINING | 348,473 | 348,473 |
| 095 | 0605229F | COMBAT RESCUE HELICOPTER | 247,047 | 247,047 |
| 098 | 0605931F | B–2 DEFENSIVE MANAGEMENT SYSTEM | 294,400 | 294,400 |
| 099 | 0101125F | NUCLEAR WEAPONS MODERNIZATION | 27,564 | 27,564 |
| 100 | 0101213F | MINUTEMAN SQUADRONS | 1 | 1 |
| 101 | 0207171F | F–15 EPAWSS | 47,322 | 47,322 |
| 102 | 0207328F | STAND IN ATTACK WEAPON | 162,840 | 162,840 |
| 103 | 0207701F | FULL COMBAT MISSION TRAINING | 9,797 | 9,797 |
| 106 | 0401310F | C–32 EXECUTIVE TRANSPORT RECAPITALIZATION | 9,930 | 9,930 |
| 107 | 0401319F | VC–25B | 757,923 | 757,923 |
| 108 | 0701212F | AUTOMATED TEST SYSTEMS | 2,787 | 2,787 |
| 109 | 1203176F | COMBAT SURVIVOR EVADER LOCATOR | 2,000 | 2,000 |
| 110 | 1203269F | GPS III FOLLOW-ON (GPS IIIF) | 462,875 | 452,875 |
| | | Unjustified growth | | [–10,000] |
| 111 | 1203940F | SPACE SITUATION AWARENESS OPERATIONS | 76,829 | 56,829 |
| | | GBOSS unjustified growth | | [–20,000] |
| 112 | 1206421F | COUNTERSPACE SYSTEMS | 29,037 | 29,037 |
| 113 | 1206422F | WEATHER SYSTEM FOLLOW-ON | 2,237 | 2,237 |
| 114 | 1206425F | SPACE SITUATION AWARENESS SYSTEMS | 412,894 | 412,894 |
| 116 | 1206431F | ADVANCED EHF MILSATCOM (SPACE) | 117,290 | 117,290 |
| 117 | 1206432F | POLAR MILSATCOM (SPACE) | 427,400 | 401,400 |
| | | Prior year carryover | | [–26,000] |
| 118 | 1206433F | WIDEBAND GLOBAL SATCOM (SPACE) | 1,920 | 1,920 |
| 119 | 1206441F | SPACE BASED INFRARED SYSTEM (SBIRS) HIGH EMD | 1 | 1 |
| 120 | 1206442F | NEXT GENERATION OPIR | 1,395,278 | 1,395,278 |
| 121 | 1206445F | COMMERCIAL SATCOM (COMSATCOM) INTEGRATION | | 5,000 |
| | | Accelerate integration of COMSATCOM capabilities | | [5,000] |
| 122 | 1206853F | NATIONAL SECURITY SPACE LAUNCH PROGRAM (SPACE)—EMD. | 432,009 | 432,009 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **6,929,244** | **6,703,744** |
| | | **MANAGEMENT SUPPORT** | | |
| 123 | 0604256F | THREAT SIMULATOR DEVELOPMENT | 59,693 | 59,693 |
| 124 | 0604759F | MAJOR T&E INVESTMENT | 181,663 | 219,663 |
| | | Telemetry extension SATCOM relay | | [2,000] |
| | | UPL M-Code Acceleration | | [36,000] |
| 125 | 0605101F | RAND PROJECT AIR FORCE | 35,258 | 35,258 |
| 127 | 0605712F | INITIAL OPERATIONAL TEST & EVALUATION | 13,793 | 13,793 |
| 128 | 0605807F | TEST AND EVALUATION SUPPORT | 717,895 | 717,895 |
| 129 | 0605826F | ACQ WORKFORCE- GLOBAL POWER | 258,667 | 258,667 |
| 130 | 0605827F | ACQ WORKFORCE- GLOBAL VIG & COMBAT SYS | 251,992 | 251,992 |
| 131 | 0605828F | ACQ WORKFORCE- GLOBAL REACH | 149,191 | 149,191 |
| 132 | 0605829F | ACQ WORKFORCE- CYBER, NETWORK, & BUS SYS | 235,360 | 235,360 |
| 133 | 0605830F | ACQ WORKFORCE- GLOBAL BATTLE MGMT | 160,196 | 160,196 |
| 134 | 0605831F | ACQ WORKFORCE- CAPABILITY INTEGRATION | 220,255 | 220,255 |
| 135 | 0605832F | ACQ WORKFORCE- ADVANCED PRGM TECHNOLOGY | 42,392 | 42,392 |
| 136 | 0605833F | ACQ WORKFORCE- NUCLEAR SYSTEMS | 133,231 | 133,231 |
| 137 | 0605898F | MANAGEMENT HQ—R&D | 5,590 | 5,590 |
| 138 | 0605976F | FACILITIES RESTORATION AND MODERNIZATION—TEST AND EVALUATION SUPPORT. | 88,445 | 88,445 |
| 139 | 0605978F | FACILITIES SUSTAINMENT—TEST AND EVALUATION SUPPORT. | 29,424 | 29,424 |
| 140 | 0606017F | REQUIREMENTS ANALYSIS AND MATURATION | 62,715 | 62,715 |
| 141 | 0606398F | MANAGEMENT HQ—T&E | 5,013 | 5,013 |
| 142 | 0308602F | ENTEPRISE INFORMATION SERVICES (EIS) | 17,128 | 17,128 |
| 143 | 0702806F | ACQUISITION AND MANAGEMENT SUPPORT | 5,913 | 5,913 |
| 144 | 0804731F | GENERAL SKILL TRAINING | 1,475 | 1,475 |
| 146 | 1001004F | INTERNATIONAL ACTIVITIES | 4,971 | 4,971 |
| 147 | 1206116F | SPACE TEST AND TRAINING RANGE DEVELOPMENT | 19,942 | 19,942 |
| 148 | 1206392F | SPACE AND MISSILE CENTER (SMC) CIVILIAN WORKFORCE. | 167,810 | 167,810 |
| 149 | 1206398F | SPACE & MISSILE SYSTEMS CENTER—MHA | 10,170 | 10,170 |
| 150 | 1206860F | ROCKET SYSTEMS LAUNCH PROGRAM (SPACE) | 13,192 | 13,192 |
| 151 | 1206864F | SPACE TEST PROGRAM (STP) | 26,097 | 26,097 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **2,916,571** | **2,954,571** |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 152 | 0604003F | ADVANCED BATTLE MANAGEMENT SYSTEM (ABMS) | 35,611 | 33,611 |
| | | Program increase—sensor fusion and artificial intelligence technology. | | [8,000] |
| | | Unjustified request | | [–10,000] |
| 154 | 0604233F | SPECIALIZED UNDERGRADUATE FLIGHT TRAINING | 2,584 | 2,584 |
| 156 | 0604776F | DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D | 903 | 903 |

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013203

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 157 | 0604840F | F–35 C2D2 | 694,455 | 694,455 |
| 158 | 0605018F | AF INTEGRATED PERSONNEL AND PAY SYSTEM (AF-IPPS) | 40,567 | 40,567 |
| 159 | 0605024F | ANTI-TAMPER TECHNOLOGY EXECUTIVE AGENCY | 47,193 | 47,193 |
| 160 | 0605117F | FOREIGN MATERIEL ACQUISITION AND EXPLOITATION | 70,083 | 70,083 |
| 161 | 0605278F | HC/MC–130 RECAP RDT&E | 17,218 | 17,218 |
| 162 | 0606018F | NC3 INTEGRATION | 25,917 | 25,917 |
| 164 | 0101113F | B–52 SQUADRONS | 325,974 | 325,974 |
| 165 | 0101122F | AIR-LAUNCHED CRUISE MISSILE (ALCM) | 10,217 | 10,217 |
| 166 | 0101126F | B–1B SQUADRONS | 1,000 | 1,000 |
| 167 | 0101127F | B–2 SQUADRONS | 97,276 | 97,276 |
| 168 | 0101213F | MINUTEMAN SQUADRONS | 128,961 | 128,961 |
| 170 | 0101316F | WORLDWIDE JOINT STRATEGIC COMMUNICATIONS | 18,177 | 18,177 |
| 171 | 0101324F | INTEGRATED STRATEGIC PLANNING & ANALYSIS NETWORK. | 24,261 | 24,261 |
| 172 | 0101328F | ICBM REENTRY VEHICLES | 75,571 | 41,271 |
| | | Program delay | | [–34,300] |
| 174 | 0102110F | UH–1N REPLACEMENT PROGRAM | 170,975 | 170,975 |
| 176 | 0205219F | MQ–9 UAV | 154,996 | 127,296 |
| | | Program reduction | | [–27,700] |
| 178 | 0207131F | A–10 SQUADRONS | 36,816 | 36,816 |
| 179 | 0207133F | F–16 SQUADRONS | 193,013 | 193,013 |
| 180 | 0207134F | F–15E SQUADRONS | 336,079 | 319,829 |
| | | Unjustified F–15C requirements | | [–16,250] |
| 181 | 0207136F | MANNED DESTRUCTIVE SUPPRESSION | 15,521 | 15,521 |
| 182 | 0207138F | F–22A SQUADRONS | 496,298 | 496,298 |
| 183 | 0207142F | F–35 SQUADRONS | 99,943 | 99,943 |
| 184 | 0207161F | TACTICAL AIM MISSILES | 10,314 | 10,314 |
| 185 | 0207163F | ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM). | 55,384 | 55,384 |
| 186 | 0207227F | COMBAT RESCUE—PARARESCUE | 281 | 281 |
| 187 | 0207247F | AF TENCAP | 21,365 | 21,365 |
| 188 | 0207249F | PRECISION ATTACK SYSTEMS PROCUREMENT | 10,696 | 10,696 |
| 189 | 0207253F | COMPASS CALL | 15,888 | 15,888 |
| 190 | 0207268F | AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM. | 112,505 | 112,505 |
| 191 | 0207325F | JOINT AIR-TO-SURFACE STANDOFF MISSILE (JASSM) | 78,498 | 78,498 |
| 192 | 0207410F | AIR & SPACE OPERATIONS CENTER (AOC) | 114,864 | 114,864 |
| 193 | 0207412F | CONTROL AND REPORTING CENTER (CRC) | 8,109 | 8,109 |
| 194 | 0207417F | AIRBORNE WARNING AND CONTROL SYSTEM (AWACS) | 67,996 | 67,996 |
| 195 | 0207418F | TACTICAL AIRBORNE CONTROL SYSTEMS | 2,462 | 2,462 |
| 197 | 0207431F | COMBAT AIR INTELLIGENCE SYSTEM ACTIVITIES | 13,668 | 13,668 |
| 198 | 0207444F | TACTICAL AIR CONTROL PARTY-MOD | 6,217 | 6,217 |
| 200 | 0207452F | DCAPES | 19,910 | 19,910 |
| 201 | 0207573F | NATIONAL TECHNICAL NUCLEAR FORENSICS | 1,788 | 1,788 |
| 202 | 0207590F | SEEK EAGLE | 28,237 | 28,237 |
| 203 | 0207601F | USAF MODELING AND SIMULATION | 15,725 | 15,725 |
| 204 | 0207605F | WARGAMING AND SIMULATION CENTERS | 4,316 | 4,316 |
| 205 | 0207610F | BATTLEFIELD ABN COMM NODE (BACN) | 26,946 | 26,946 |
| 206 | 0207697F | DISTRIBUTED TRAINING AND EXERCISES | 4,303 | 4,303 |
| 207 | 0208006F | MISSION PLANNING SYSTEMS | 71,465 | 71,465 |
| 208 | 0208007F | TACTICAL DECEPTION | 7,446 | 7,446 |
| 209 | 0208064F | OPERATIONAL HQ—CYBER | 7,602 | 7,602 |
| 210 | 0208087F | DISTRIBUTED CYBER WARFARE OPERATIONS | 35,178 | 35,178 |
| 211 | 0208088F | AF DEFENSIVE CYBERSPACE OPERATIONS | 16,609 | 16,609 |
| 212 | 0208097F | JOINT CYBER COMMAND AND CONTROL (JCC2) | 11,603 | 11,603 |
| 213 | 0208099F | UNIFIED PLATFORM (UP) | 84,702 | 84,702 |
| 219 | 0301025F | GEOBASE | 2,723 | 2,723 |
| 220 | 0301112F | NUCLEAR PLANNING AND EXECUTION SYSTEM (NPES) | 44,190 | 44,190 |
| 226 | 0301401F | AIR FORCE SPACE AND CYBER NON-TRADITIONAL ISR FOR BATTLESPACE AWARENESS. | 3,575 | 3,575 |
| 227 | 0302015F | E–4B NATIONAL AIRBORNE OPERATIONS CENTER (NAOC) | 70,173 | 42,623 |
| | | Unclear acquisition strategy | | [–27,550] |
| 228 | 0303131F | MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN). | 13,543 | 13,543 |
| 229 | 0303133F | HIGH FREQUENCY RADIO SYSTEMS | 15,881 | 15,881 |
| 230 | 0303140F | INFORMATION SYSTEMS SECURITY PROGRAM | 27,726 | 27,726 |
| 232 | 0303142F | GLOBAL FORCE MANAGEMENT—DATA INITIATIVE | 2,210 | 2,210 |
| 234 | 0304115F | MULTI DOMAIN COMMAND AND CONTROL (MDC2) | 150,880 | 150,880 |
| 235 | 0304260F | AIRBORNE SIGINT ENTERPRISE | 102,667 | 85,167 |
| | | Common development ahead of need | | [–8,500] |
| | | Program reduction | | [–9,000] |
| 236 | 0304310F | COMMERCIAL ECONOMIC ANALYSIS | 3,431 | 3,431 |
| 239 | 0305015F | C2 AIR OPERATIONS SUITE—C2 INFO SERVICES | 9,313 | 9,313 |
| 240 | 0305020F | CCMD INTELLIGENCE INFORMATION TECHNOLOGY | 1,121 | 1,121 |
| 241 | 0305022F | ISR MODERNIZATION & AUTOMATION DVMT (IMAD) | 19,000 | 3,000 |
| | | Unjustified request | | [–16,000] |
| 242 | 0305099F | GLOBAL AIR TRAFFIC MANAGEMENT (GATM) | 4,544 | 4,544 |
| 243 | 0305111F | WEATHER SERVICE | 25,461 | 27,461 |

WASHSTATEC013204

2104

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | Commercial weather data pilot | | [2,000] |
| 244 | 0305114F | AIR TRAFFIC CONTROL, APPROACH, AND LANDING SYSTEM (ATCALS). | 5,651 | 5,651 |
| 245 | 0305116F | AERIAL TARGETS | 7,448 | 7,448 |
| 248 | 0305128F | SECURITY AND INVESTIGATIVE ACTIVITIES | 425 | 425 |
| 249 | 0305145F | ARMS CONTROL IMPLEMENTATION | 54,546 | 54,546 |
| 250 | 0305146F | DEFENSE JOINT COUNTERINTELLIGENCE ACTIVITIES | 6,858 | 6,858 |
| 252 | 0305179F | INTEGRATED BROADCAST SERVICE (IBS) | 8,728 | 8,728 |
| 253 | 0305202F | DRAGON U-2 | 38,939 | 38,939 |
| 255 | 0305206F | AIRBORNE RECONNAISSANCE SYSTEMS | 122,909 | 132,909 |
| | | Program increase for Gorgon Stare sensor enhancements | | [10,000] |
| 256 | 0305207F | MANNED RECONNAISSANCE SYSTEMS | 11,787 | 11,787 |
| 257 | 0305208F | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 25,009 | 25,009 |
| 258 | 0305220F | RQ-4 UAV | 191,733 | 191,733 |
| 259 | 0305221F | NETWORK-CENTRIC COLLABORATIVE TARGETING | 10,757 | 10,757 |
| 260 | 0305238F | NATO AGS | 32,567 | 32,567 |
| 261 | 0305240F | SUPPORT TO DCGS ENTERPRISE | 37,774 | 37,774 |
| 262 | 0305600F | INTERNATIONAL INTELLIGENCE TECHNOLOGY AND ARCHITECTURES. | 13,515 | 13,515 |
| 263 | 0305881F | RAPID CYBER ACQUISITION | 4,383 | 4,383 |
| 264 | 0305984F | PERSONNEL RECOVERY COMMAND & CTRL (PRC2) | 2,133 | 2,133 |
| 265 | 0307577F | INTELLIGENCE MISSION DATA (IMD) | 8,614 | 8,614 |
| 266 | 0401115F | C-130 AIRLIFT SQUADRON | 140,425 | 101,425 |
| | | Contract award savings | | [-39,000] |
| 267 | 0401119F | C-5 AIRLIFT SQUADRONS (IF) | 10,223 | 10,223 |
| 268 | 0401130F | C-17 AIRCRAFT (IF) | 25,101 | 25,101 |
| 269 | 0401132F | C-130J PROGRAM | 8,640 | 8,640 |
| 270 | 0401134F | LARGE AIRCRAFT IR COUNTERMEASURES (LAIRCM) | 5,424 | 5,424 |
| 272 | 0401219F | KC-10S | 20 | 20 |
| 274 | 0401318F | CV-22 | 17,906 | 17,906 |
| 276 | 0408011F | SPECIAL TACTICS / COMBAT CONTROL | 3,629 | 3,629 |
| 277 | 0702207F | DEPOT MAINTENANCE (NON-IF) | 1,890 | 1,890 |
| 278 | 0708055F | MAINTENANCE, REPAIR & OVERHAUL SYSTEM | 10,311 | 10,311 |
| 279 | 0708610F | LOGISTICS INFORMATION TECHNOLOGY (LOGIT) | 16,065 | 16,065 |
| 280 | 0708611F | SUPPORT SYSTEMS DEVELOPMENT | 539 | 539 |
| 281 | 0804743F | OTHER FLIGHT TRAINING | 2,057 | 2,057 |
| 282 | 0808716F | OTHER PERSONNEL ACTIVITIES | 10 | 10 |
| 283 | 0901202F | JOINT PERSONNEL RECOVERY AGENCY | 2,060 | 2,060 |
| 284 | 0901218F | CIVILIAN COMPENSATION PROGRAM | 3,809 | 3,809 |
| 285 | 0901220F | PERSONNEL ADMINISTRATION | 6,476 | 6,476 |
| 286 | 0901226F | AIR FORCE STUDIES AND ANALYSIS AGENCY | 1,443 | 1,443 |
| 287 | 0901538F | FINANCIAL MANAGEMENT INFORMATION SYSTEMS DEVELOPMENT. | 9,323 | 9,323 |
| 288 | 0901554F | DEFENSE ENTERPRISE ACNTNG AND MGT SYS (DEAMS) | 46,789 | 46,789 |
| 289 | 1201017F | GLOBAL SENSOR INTEGRATED ON NETWORK (GSIN) | 3,647 | 3,647 |
| 290 | 1201921F | SERVICE SUPPORT TO STRATCOM—SPACE ACTIVITIES | 988 | 988 |
| 291 | 1202140F | SERVICE SUPPORT TO SPACECOM ACTIVITIES | 11,863 | 11,863 |
| 293 | 1203001F | FAMILY OF ADVANCED BLOS TERMINALS (FAB-T) | 197,388 | 177,388 |
| | | FET schedule slip | | [-15,000] |
| | | Unjustified growth | | [-5,000] |
| 294 | 1203110F | SATELLITE CONTROL NETWORK (SPACE) | 61,891 | 61,891 |
| 297 | 1203173F | SPACE AND MISSILE TEST AND EVALUATION CENTER | 4,566 | 4,566 |
| 298 | 1203174F | SPACE INNOVATION, INTEGRATION AND RAPID TECHNOLOGY DEVELOPMENT. | 43,292 | 43,292 |
| 300 | 1203182F | SPACELIFT RANGE SYSTEM (SPACE) | 10,837 | 10,837 |
| 301 | 1203265F | GPS III SPACE SEGMENT | 42,440 | 42,440 |
| 302 | 1203400F | SPACE SUPERIORITY INTELLIGENCE | 14,428 | 14,428 |
| 303 | 1203614F | JSPOC MISSION SYSTEM | 72,762 | 72,762 |
| 304 | 1203620F | NATIONAL SPACE DEFENSE CENTER | 2,653 | 2,653 |
| 306 | 1203873F | BALLISTIC MISSILE DEFENSE RADARS | 15,881 | 15,881 |
| 308 | 1203913F | NUDET DETECTION SYSTEM (SPACE) | 49,300 | 49,300 |
| 309 | 1203940F | SPACE SITUATION AWARENESS OPERATIONS | 17,834 | 17,834 |
| 310 | 1206423F | GLOBAL POSITIONING SYSTEM III—OPERATIONAL CONTROL SEGMENT. | 445,302 | 445,302 |
| 311 | 1206770F | ENTERPRISE GROUND SERVICES | 138,870 | 99,070 |
| | | Contract award delay | | [-39,800] |
| 311A | 9999999999 | CLASSIFIED PROGRAMS | 18,351,506 | 18,229,506 |
| | | Classified reduction | | [-122,000] |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT.** | **24,851,488** | **24,501,388** |
| | | **SUBTOTAL UNDISTRIBUTED** | | **-350,100** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF.** | **45,938,122** | **45,584,744** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | | |
| | | **BASIC RESEARCH** | | |
| 001 | 0601000BR | DTRA BASIC RESEARCH | 26,000 | 26,000 |

WASHSTATEC013205

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 002 | 0601101E | DEFENSE RESEARCH SCIENCES ......................... | 432,284 | 432,284 |
| 003 | 0601110D8Z | BASIC RESEARCH INITIATIVES ........................... | 48,874 | 68,874 |
|  |  | DEPSCOR ........................................................ |  | [10,000] |
|  |  | Program increase ........................................... |  | [10,000] |
| 004 | 0601117E | BASIC OPERATIONAL MEDICAL RESEARCH SCIENCE ......... | 54,122 | 54,122 |
| 005 | 0601120D8Z | NATIONAL DEFENSE EDUCATION PROGRAM ......... | 92,074 | 102,074 |
|  |  | Civics education grant program ......................... |  | [2,000] |
|  |  | Submarine industrial base workforce training and education ...... |  | [8,000] |
| 006 | 0601228D8Z | HISTORICALLY BLACK COLLEGES AND UNIVERSITIES/MINORITY INSTITUTIONS. | 30,708 | 46,708 |
|  |  | Aerospace research and education ...................... |  | [2,000] |
|  |  | Program increase ........................................... |  | [14,000] |
| 007 | 0601384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM ........... | 45,238 | 45,238 |
|  |  | **SUBTOTAL BASIC RESEARCH** ..................... | **729,300** | **775,300** |
|  |  | **APPLIED RESEARCH** |  |  |
| 008 | 0602000D8Z | JOINT MUNITIONS TECHNOLOGY ...................... | 19,306 | 19,306 |
| 009 | 0602115E | BIOMEDICAL TECHNOLOGY ............................... | 97,771 | 97,771 |
| 011 | 0602234D8Z | LINCOLN LABORATORY RESEARCH PROGRAM ......... | 52,317 | 52,317 |
| 012 | 0602251D8Z | APPLIED RESEARCH FOR THE ADVANCEMENT OF S&T PRIORITIES. | 62,200 | 55,400 |
|  |  | Computer modeling of PFAS ............................. |  | [2,000] |
|  |  | Excess growth ............................................... |  | [–8,800] |
| 013 | 0602303E | INFORMATION & COMMUNICATIONS TECHNOLOGY ......... | 442,556 | 437,556 |
|  |  | Unjustified growth .......................................... |  | [–5,000] |
| 014 | 0602383E | BIOLOGICAL WARFARE DEFENSE ...................... | 34,588 | 34,588 |
| 015 | 0602384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM ........... | 202,587 | 215,087 |
|  |  | Program increase ........................................... |  | [12,500] |
| 016 | 0602668D8Z | CYBER SECURITY RESEARCH ........................... | 15,118 | 25,118 |
|  |  | Academic cyber institutes ................................ |  | [10,000] |
| 017 | 0602702E | TACTICAL TECHNOLOGY ................................... | 337,602 | 337,602 |
| 018 | 0602715E | MATERIALS AND BIOLOGICAL TECHNOLOGY ......... | 223,976 | 223,976 |
| 019 | 0602716E | ELECTRONICS TECHNOLOGY .............................. | 332,192 | 326,192 |
|  |  | Unjustified growth .......................................... |  | [–6,000] |
| 020 | 0602718BR | COUNTER WEAPONS OF MASS DESTRUCTION APPLIED RESEARCH. | 179,096 | 174,096 |
|  |  | Unjustified growth .......................................... |  | [–5,000] |
| 021 | 0602751D8Z | SOFTWARE ENGINEERING INSTITUTE (SEI) APPLIED RESEARCH. | 9,580 | 9,580 |
| 022 | 1160401BB | SOF TECHNOLOGY DEVELOPMENT ...................... | 40,569 | 40,569 |
|  |  | **SUBTOTAL APPLIED RESEARCH** .................. | **2,049,458** | **2,049,158** |
|  |  | **ADVANCED TECHNOLOGY DEVELOPMENT** |  |  |
| 023 | 0603000D8Z | JOINT MUNITIONS ADVANCED TECHNOLOGY ......... | 25,779 | 25,779 |
| 024 | 0603121D8Z | SO/LIC ADVANCED DEVELOPMENT ...................... | 5,000 | 5,000 |
| 025 | 0603122D8Z | COMBATING TERRORISM TECHNOLOGY SUPPORT ......... | 70,517 | 75,517 |
|  |  | Program increase ........................................... |  | [5,000] |
| 026 | 0603133D8Z | FOREIGN COMPARATIVE TESTING ...................... | 24,970 | 24,970 |
| 028 | 0603160BR | COUNTER WEAPONS OF MASS DESTRUCTION ADVANCED TECHNOLOGY DEVELOPMENT. | 340,065 | 338,575 |
|  |  | Excess growth ............................................... |  | [–1,490] |
| 029 | 0603176C | ADVANCED CONCEPTS AND PERFORMANCE ASSESSMENT | 14,208 | 14,208 |
| 030 | 0603178C | WEAPONS TECHNOLOGY ................................... | 10,000 | 0 |
|  |  | MD72 program termination ............................... |  | [–10,000] |
| 031 | 0603180C | ADVANCED RESEARCH ...................................... | 20,674 | 27,674 |
|  |  | Advanced carbon-carbon composites manufacturing ............... |  | [7,000] |
| 032 | 0603225D8Z | JOINT DOD-DOE MUNITIONS TECHNOLOGY DEVELOPMENT. | 18,773 | 18,773 |
| 033 | 0603286E | ADVANCED AEROSPACE SYSTEMS ...................... | 279,741 | 279,741 |
| 034 | 0603287E | SPACE PROGRAMS AND TECHNOLOGY ................. | 202,606 | 172,606 |
|  |  | RSGS program delays ...................................... |  | [–30,000] |
| 035 | 0603288D8Z | ANALYTIC ASSESSMENTS .................................. | 19,429 | 19,429 |
| 036 | 0603289D8Z | ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS ......... | 37,645 | 37,645 |
| 037 | 0603291D8Z | ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS—MHA | 14,668 | 14,668 |
| 038 | 0603294C | COMMON KILL VEHICLE TECHNOLOGY ................. | 13,600 | 13,600 |
| 040 | 0603342D8Z | DEFENSE INNOVATION UNIT (DIU) ...................... | 29,398 | 29,398 |
| 041 | 0603375D8Z | TECHNOLOGY INNOVATION ............................... | 60,000 | 30,000 |
|  |  | Insufficient justification ................................. |  | [–30,000] |
| 042 | 0603384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—ADVANCED DEVELOPMENT. | 172,486 | 172,486 |
| 043 | 0603527D8Z | RETRACT LARCH ............................................. | 159,688 | 159,688 |
| 044 | 0603618D8Z | JOINT ELECTRONIC ADVANCED TECHNOLOGY ......... | 12,063 | 12,063 |
| 045 | 0603648D8Z | JOINT CAPABILITY TECHNOLOGY DEMONSTRATIONS ......... | 107,359 | 89,859 |
|  |  | Program reduction .......................................... |  | [–17,500] |
| 046 | 0603662D8Z | NETWORKED COMMUNICATIONS CAPABILITIES ......... | 2,858 | 2,858 |
| 047 | 0603680D8Z | DEFENSE-WIDE MANUFACTURING SCIENCE AND TECHNOLOGY PROGRAM. | 96,397 | 116,397 |
|  |  | Additive manufacturing ................................... |  | [10,000] |

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013206

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | Integrated silicon based lasers | | [5,000] |
| | | Program increase | | [5,000] |
| 048 | 0603680S | MANUFACTURING TECHNOLOGY PROGRAM | 42,834 | 42,834 |
| 049 | 0603699D8Z | EMERGING CAPABILITIES TECHNOLOGY DEVELOPMENT .. | 80,911 | 80,911 |
| 050 | 0603712S | GENERIC LOGISTICS R&D TECHNOLOGY DEMONSTRATIONS. | 10,817 | 10,817 |
| 051 | 0603716D8Z | STRATEGIC ENVIRONMENTAL RESEARCH PROGRAM | 66,157 | 66,157 |
| 052 | 0603720S | MICROELECTRONICS TECHNOLOGY DEVELOPMENT AND SUPPORT. | 171,771 | 171,771 |
| 053 | 0603722D8Z | JOINT WARFIGHTING PROGRAM | 4,846 | 4,846 |
| 054 | 0603739E | ADVANCED ELECTRONICS TECHNOLOGIES | 128,616 | 128,616 |
| 055 | 0603760E | COMMAND, CONTROL AND COMMUNICATIONS SYSTEMS | 232,134 | 232,134 |
| 056 | 0603766E | NETWORK-CENTRIC WARFARE TECHNOLOGY | 512,424 | 507,424 |
| | | Unjustified increase | | [−5,000] |
| 057 | 0603767E | SENSOR TECHNOLOGY | 163,903 | 163,903 |
| 058 | 0603769D8Z | DISTRIBUTED LEARNING ADVANCED TECHNOLOGY DEVELOPMENT. | 13,723 | 13,723 |
| 059 | 0603781D8Z | SOFTWARE ENGINEERING INSTITUTE | 15,111 | 15,111 |
| 060 | 0603826D8Z | QUICK REACTION SPECIAL PROJECTS | 47,147 | 47,147 |
| 061 | 0603833D8Z | ENGINEERING SCIENCE & TECHNOLOGY | 19,376 | 19,376 |
| 062 | 0603924D8Z | HIGH ENERGY LASER ADVANCED TECHNOLOGY PROGRAM. | 85,223 | 85,223 |
| 063 | 0603941D8Z | TEST & EVALUATION SCIENCE & TECHNOLOGY | 175,574 | 185,574 |
| | | Program increase to support NDS technologies | | [10,000] |
| 064 | 0603950D8Z | NATIONAL SECURITY INNOVATION NETWORK | 25,000 | 25,000 |
| 065 | 0604055D8Z | OPERATIONAL ENERGY CAPABILITY IMPROVEMENT | 70,536 | 53,900 |
| | | Excess growth | | [−16,636] |
| 066 | 0303310D8Z | CWMD SYSTEMS | 28,907 | 28,907 |
| 068 | 1160402BB | SOF ADVANCED TECHNOLOGY DEVELOPMENT | 89,154 | 89,154 |
| 069 | 1206310SDA | SPACE SCIENCE AND TECHNOLOGY RESEARCH AND DEVELOPMENT. | 20,000 | 20,000 |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT.** | **3,742,088** | **3,673,462** |
| | | **ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | | |
| 070 | 0603161D8Z | NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E ADC&P. | 42,695 | 42,695 |
| 071 | 0603600D8Z | WALKOFF | 92,791 | 92,791 |
| 072 | 0603821D8Z | ACQUISITION ENTERPRISE DATA & INFORMATION SERVICES. | 5,659 | 5,659 |
| 073 | 0603851D8Z | ENVIRONMENTAL SECURITY TECHNICAL CERTIFICATION PROGRAM. | 66,572 | 68,572 |
| | | ESTCP | | [2,000] |
| 074 | 0603881C | BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT. | 302,761 | 302,761 |
| 075 | 0603882C | BALLISTIC MISSILE DEFENSE MIDCOURSE DEFENSE SEGMENT. | 1,156,506 | 1,237,606 |
| | | Common booster engineering early to need | | [−15,000] |
| | | Homeland Defense Radar-Hawaii delay | | [−30,000] |
| | | RKV cancellation—on demand communications | | [−13,500] |
| | | RKV Program Termination—Tnasfer from RD,DW 09 for SLEP program. | | [140,000] |
| 076 | 0603884BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—DEM/VAL. | 83,662 | 83,662 |
| 077 | 0603884C | BALLISTIC MISSILE DEFENSE SENSORS | 283,487 | 283,487 |
| 078 | 0603890C | BMD ENABLING PROGRAMS | 571,507 | 571,507 |
| 079 | 0603891C | SPECIAL PROGRAMS—MDA | 377,098 | 512,098 |
| | | Classified unfunded priority | | [135,000] |
| 080 | 0603892C | AEGIS BMD | 727,479 | 699,479 |
| | | Unjustified growth | | [−28,000] |
| 081 | 0603896C | BALLISTIC MISSILE DEFENSE COMMAND AND CONTROL, BATTLE MANAGEMENT AND COMMUNICATI. | 564,206 | 562,706 |
| | | IBCS integration delays | | [−1,500] |
| 082 | 0603898C | BALLISTIC MISSILE DEFENSE JOINT WARFIGHTER SUPPORT. | 51,532 | 51,532 |
| 083 | 0603904C | MISSILE DEFENSE INTEGRATION & OPERATIONS CENTER (MDIOC). | 56,161 | 56,161 |
| 084 | 0603906C | REGARDING TRENCH | 22,424 | 22,424 |
| 085 | 0603907C | SEA BASED X-BAND RADAR (SBX) | 128,156 | 128,156 |
| 086 | 0603913C | ISRAELI COOPERATIVE PROGRAMS | 300,000 | 300,000 |
| 087 | 0603914C | BALLISTIC MISSILE DEFENSE TEST | 395,924 | 395,924 |
| 088 | 0603915C | BALLISTIC MISSILE DEFENSE TARGETS | 554,171 | 554,171 |
| 089 | 0603920D8Z | HUMANITARIAN DEMINING | 10,820 | 14,700 |
| | | Program increase | | [3,880] |
| 090 | 0603923D8Z | COALITION WARFARE | 11,316 | 11,316 |
| 091 | 0604016D8Z | DEPARTMENT OF DEFENSE CORROSION PROGRAM | 3,365 | 3,365 |
| 092 | 0604115C | TECHNOLOGY MATURATION INITIATIVES | 303,458 | 269,458 |

WASHSTATEC013207

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|-----------------------|
| | | Cancel Neutral Particle Beam | | [−34,000] |
| 093 | 0604132D8Z | MISSILE DEFEAT PROJECT | 17,816 | 10,000 |
| | | Unjustified budget request—program transitioned to services | | [−7,816] |
| 095 | 0604181C | HYPERSONIC DEFENSE | 157,425 | 157,425 |
| 096 | 0604250D8Z | ADVANCED INNOVATIVE TECHNOLOGIES | 1,312,735 | 1,312,735 |
| | | Hypervelocity Gun Weapon System | | [80,000] |
| | | Insufficient justification | | [−80,000] |
| 097 | 0604294D8Z | TRUSTED & ASSURED MICROELECTRONICS | 542,421 | 547,421 |
| | | Trusted and assured microelectronics research | | [5,000] |
| 098 | 0604331D8Z | RAPID PROTOTYPING PROGRAM | 100,957 | 50,957 |
| | | Uncoordinated prototyping efforts | | [−50,000] |
| 099 | 0604341D8Z | DEFENSE INNOVATION UNIT (DIU) PROTOTYPING | 92,000 | 92,000 |
| 100 | 0604400D8Z | DEPARTMENT OF DEFENSE (DOD) UNMANNED SYSTEM COMMON DEVELOPMENT. | 3,021 | 3,021 |
| 102 | 0604672C | HOMELAND DEFENSE RADAR—HAWAII (HDR-H) | 274,714 | 173,598 |
| | | Funding acceleration early to need | | [−60,000] |
| | | Radar foundation and thermal control system early to need | | [−41,116] |
| 103 | 0604673C | PACIFIC DISCRIMINATING RADAR | 6,711 | 6,711 |
| 104 | 0604682D8Z | WARGAMING AND SUPPORT FOR STRATEGIC ANALYSIS (SSA). | 3,751 | 3,751 |
| 105 | 0604775BR | DEFENSE RAPID INNOVATION PROGRAM | 14,021 | 14,021 |
| 107 | 0604826J | JOINT C5 CAPABILITY DEVELOPMENT, INTEGRATION AND INTEROPERABILITY ASSESSMENTS. | 20,062 | 20,062 |
| 108 | 0604873C | LONG RANGE DISCRIMINATION RADAR (LRDR) | 136,423 | 136,423 |
| 109 | 0604874C | IMPROVED HOMELAND DEFENSE INTERCEPTORS | 412,363 | 272,363 |
| | | RKV Termination – transfer to RD,DW 075 for SLEP program | | [−140,000] |
| 110 | 0604876C | BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT TEST. | 25,137 | 25,137 |
| 111 | 0604878C | AEGIS BMD TEST | 169,822 | 169,822 |
| 112 | 0604879C | BALLISTIC MISSILE DEFENSE SENSOR TEST | 105,530 | 105,530 |
| 113 | 0604880C | LAND-BASED SM–3 (LBSM3) | 38,352 | 38,352 |
| 115 | 0604887C | BALLISTIC MISSILE DEFENSE MIDCOURSE SEGMENT TEST. | 98,139 | 98,139 |
| 117 | 0300206R | ENTERPRISE INFORMATION TECHNOLOGY SYSTEMS | 1,600 | 1,600 |
| 118 | 0303191D8Z | JOINT ELECTROMAGNETIC TECHNOLOGY (JET) PROGRAM | 3,191 | 3,191 |
| 119 | 0305103C | CYBER SECURITY INITIATIVE | 1,138 | 1,138 |
| 120 | 1206410SDA | SPACE TECHNOLOGY DEVELOPMENT AND PROTOTYPING | 85,000 | 55,000 |
| | | Missile defense studies realignment | | [−30,000] |
| 121 | 1206893C | SPACE TRACKING & SURVEILLANCE SYSTEM | 35,849 | 35,849 |
| 122 | 1206895C | BALLISTIC MISSILE DEFENSE SYSTEM SPACE PROGRAMS | 27,565 | 135,565 |
| | | Hypersonic and Ballistic Tracking Space Sensor | | [108,000] |
| 122A | 0604011D8Z | NEXT GENERATION INFORMATION COMMUNICATIONS TECHNOLOGY (5G). | | 275,000 |
| | | NTTR and additional AF installation 5G network | | [100,000] |
| | | Program increase | | [175,000] |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | **9,797,493** | **10,015,041** |
| | | **SYSTEM DEVELOPMENT AND DEMONSTRATION** | | |
| 123 | 0604161D8Z | NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E SDD. | 11,276 | 11,276 |
| 124 | 0604165D8Z | PROMPT GLOBAL STRIKE CAPABILITY DEVELOPMENT | 107,000 | 76,000 |
| | | Transfer to RDTE, Army Line 100 | | [−31,000] |
| 125 | 0604384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—EMD | 384,047 | 374,047 |
| | | Excess growth | | [−10,000] |
| 126 | 0604771D8Z | JOINT TACTICAL INFORMATION DISTRIBUTION SYSTEM (JTIDS). | 40,102 | 40,102 |
| 127 | 0605000BR | COUNTER WEAPONS OF MASS DESTRUCTION SYSTEMS DEVELOPMENT. | 13,100 | 13,100 |
| 128 | 0605013BL | INFORMATION TECHNOLOGY DEVELOPMENT | 3,070 | 3,070 |
| 129 | 0605021SE | HOMELAND PERSONNEL SECURITY INITIATIVE | 7,295 | 7,295 |
| 130 | 0605022D8Z | DEFENSE EXPORTABILITY PROGRAM | 17,615 | 17,615 |
| 131 | 0605027D8Z | OUSD(C) IT DEVELOPMENT INITIATIVES | 15,653 | 15,653 |
| 132 | 0605070S | DOD ENTERPRISE SYSTEMS DEVELOPMENT AND DEMONSTRATION. | 2,378 | 2,378 |
| 133 | 0605075D8Z | CMO POLICY AND INTEGRATION | 1,618 | 1,618 |
| 134 | 0605080S | DEFENSE AGENCY INITIATIVES (DAI)—FINANCIAL SYSTEM. | 27,944 | 27,944 |
| 135 | 0605090S | DEFENSE RETIRED AND ANNUITANT PAY SYSTEM (DRAS) | 6,609 | 6,609 |
| 136 | 0605210D8Z | DEFENSE-WIDE ELECTRONIC PROCUREMENT CAPABILITIES. | 9,619 | 9,619 |
| 137 | 0605294D8Z | TRUSTED & ASSURED MICROELECTRONICS | 175,032 | 175,032 |
| 138 | 0303140BL | INFORMATION SYSTEMS SECURITY PROGRAM | 425 | 425 |
| 139 | 0303141K | GLOBAL COMBAT SUPPORT SYSTEM | 1,578 | 1,578 |
| 140 | 0305304D8Z | DOD ENTERPRISE ENERGY INFORMATION MANAGEMENT (EEIM). | 4,373 | 4,373 |
| 141 | 0305310D8Z | CWMD SYSTEMS: SYSTEM DEVELOPMENT AND DEMONSTRATION. | 12,854 | 12,854 |

WASHSTATEC013208

2108

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **SUBTOTAL SYSTEM DEVELOPMENT AND DEMONSTRATION.** | 841,588 | 800,588 |
| | | **MANAGEMENT SUPPORT** | | |
| 142 | 0603829J | JOINT CAPABILITY EXPERIMENTATION | 13,000 | 13,000 |
| 143 | 0604774D8Z | DEFENSE READINESS REPORTING SYSTEM (DRRS) | 9,724 | 9,724 |
| 144 | 0604875D8Z | JOINT SYSTEMS ARCHITECTURE DEVELOPMENT | 9,593 | 9,593 |
| 145 | 0604940D9Z | CENTRAL TEST AND EVALUATION INVESTMENT DEVELOPMENT (CTEIP). | 260,267 | 260,267 |
| 146 | 0604942D9Z | ASSESSMENTS AND EVALUATIONS | 30,834 | 30,834 |
| 147 | 0605001E | MISSION SUPPORT | 68,498 | 68,498 |
| 148 | 0605100D9Z | JOINT MISSION ENVIRONMENT TEST CAPABILITY (JMETC). | 83,091 | 89,091 |
| | | Cyber range development | | [6,000] |
| 149 | 0605104D8Z | TECHNICAL STUDIES, SUPPORT AND ANALYSIS | 18,079 | 18,079 |
| 150 | 0605126J | JOINT INTEGRATED AIR AND MISSILE DEFENSE ORGANIZATION (JIAMDO). | 70,638 | 70,638 |
| 152 | 0605142D8Z | SYSTEMS ENGINEERING | 37,140 | 37,140 |
| 153 | 0605151D8Z | STUDIES AND ANALYSIS SUPPORT—OSD | 4,759 | 4,759 |
| 154 | 0605161D8Z | NUCLEAR MATTERS-PHYSICAL SECURITY | 8,307 | 8,307 |
| 155 | 0605170D8Z | SUPPORT TO NETWORKS AND INFORMATION INTEGRATION. | 9,441 | 9,441 |
| 156 | 0605200D8Z | GENERAL SUPPORT TO USD (INTELLIGENCE) | 1,700 | 1,700 |
| 157 | 0605384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM | 110,363 | 110,363 |
| 166 | 0605790D8Z | SMALL BUSINESS INNOVATION RESEARCH (SBIR)/ SMALL BUSINESS TECHNOLOGY TRANSFER. | 3,568 | 3,568 |
| 167 | 0605797D8Z | MAINTAINING TECHNOLOGY ADVANTAGE | 19,936 | 19,936 |
| 168 | 0605798D8Z | DEFENSE TECHNOLOGY ANALYSIS | 16,875 | 19,875 |
| | | National Science, Technology, and Security Roundtable with Academia. | | [3,000] |
| 169 | 0605801KA | DEFENSE TECHNICAL INFORMATION CENTER (DTIC) | 57,716 | 57,716 |
| 170 | 0605803SE | R&D IN SUPPORT OF DOD ENLISTMENT, TESTING AND EVALUATION. | 34,448 | 34,448 |
| 171 | 0605804D8Z | DEVELOPMENT TEST AND EVALUATION | 22,203 | 22,203 |
| 172 | 0605898E | MANAGEMENT HQ—R&D | 13,208 | 13,208 |
| 173 | 0605898KA | MANAGEMENT HQ—DEFENSE TECHNICAL INFORMATION CENTER (DTIC). | 3,027 | 3,027 |
| 174 | 0606100D8Z | BUDGET AND PROGRAM ASSESSMENTS | 8,017 | 8,017 |
| 175 | 0606225D9Z | ODNA TECHNOLOGY AND RESOURCE ANALYSIS | 3,194 | 3,194 |
| 176 | 0606659D8W | DEFENSE DIGITAL SERVICE (DDS) DEVELOPMENT SUPPORT. | 1,000 | 1,000 |
| 179 | 0203345D8Z | DEFENSE OPERATIONS SECURITY INITIATIVE (DOSI) | 3,037 | 3,037 |
| 180 | 0204571J | JOINT STAFF ANALYTICAL SUPPORT | 9,216 | 9,216 |
| 183 | 0303166J | SUPPORT TO INFORMATION OPERATIONS (IO) CAPABILITIES. | 553 | 553 |
| 184 | 0303260D8Z | DEFENSE MILITARY DECEPTION PROGRAM OFFICE (DMDPO). | 1,014 | 1,014 |
| 185 | 0305172K | COMBINED ADVANCED APPLICATIONS | 58,667 | 48,667 |
| | | Unjustified growth | | [−10,000] |
| 187 | 0305245D8Z | INTELLIGENCE CAPABILITIES AND INNOVATION INVESTMENTS. | 21,081 | 21,081 |
| 189 | 0307588D8Z | ALGORITHMIC WARFARE CROSS FUNCTIONAL TEAMS | 221,235 | 221,235 |
| 191 | 0804768J | COCOM EXERCISE ENGAGEMENT AND TRAINING TRANSFORMATION (CE2T2)—NON-MHA. | 40,073 | 40,073 |
| 192 | 0808709SE | DEFENSE EQUAL OPPORTUNITY MANAGEMENT INSTITUTE (DEOMI). | 100 | 100 |
| 193 | 0901598C | MANAGEMENT HQ—MDA | 27,065 | 27,065 |
| 194 | 0903235K | JOINT SERVICE PROVIDER (JSP) | 3,090 | 3,090 |
| 194A | 9999999999 | CLASSIFIED PROGRAMS | 51,471 | 51,471 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | 1,354,628 | 1,353,628 |
| | | **OPERATIONAL SYSTEM DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 195 | 0604130V | ENTERPRISE SECURITY SYSTEM (ESS) | 7,945 | 7,945 |
| 196 | 0604532K | JOINT ARTIFICIAL INTELLIGENCE | 208,834 | 208,834 |
| 197 | 0605127T | REGIONAL INTERNATIONAL OUTREACH (RIO) AND PARTNERSHIP FOR PEACE INFORMATION MANA. | 1,947 | 1,947 |
| 198 | 0605147T | OVERSEAS HUMANITARIAN ASSISTANCE SHARED INFORMATION SYSTEM (OHASIS). | 310 | 310 |
| 199 | 0607210D8Z | INDUSTRIAL BASE ANALYSIS AND SUSTAINMENT SUPPORT. | 10,051 | 18,551 |
| | | Advanced systems manufacturing | | [5,000] |
| | | Rare earth element production | | [3,500] |
| 200 | 0607310D8Z | CWMD SYSTEMS: OPERATIONAL SYSTEMS DEVELOPMENT | 12,734 | 12,734 |
| 201 | 0607327T | GLOBAL THEATER SECURITY COOPERATION MANAGEMENT INFORMATION SYSTEMS (G-TSCMIS). | 14,800 | 10,350 |
| | | Excess growth | | [−4,450] |
| 202 | 0607384BP | CHEMICAL AND BIOLOGICAL DEFENSE (OPERATIONAL SYSTEMS DEVELOPMENT). | 54,023 | 54,023 |

WASHSTATEC013209

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|----------------------|
| 203 | 0208043J | PLANNING AND DECISION AID SYSTEM (PDAS) ............. | 4,537 | 4,537 |
| 204 | 0208045K | C4I INTEROPERABILITY ................................................ | 64,122 | 64,122 |
| 210 | 0302019K | DEFENSE INFO INFRASTRUCTURE ENGINEERING AND INTEGRATION. | 15,798 | 15,798 |
| 211 | 0303126K | LONG-HAUL COMMUNICATIONS—DCS ............................ | 11,166 | 11,166 |
| 212 | 0303131K | MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN). | 17,383 | 17,383 |
| 214 | 0303136G | KEY MANAGEMENT INFRASTRUCTURE (KMI) ............. | 54,516 | 54,516 |
| 215 | 0303140D8Z | INFORMATION SYSTEMS SECURITY PROGRAM ............. | 67,631 | 92,631 |
| | | AI and Cyber Center of Excellence .................................. | | [25,000] |
| 216 | 0303140G | INFORMATION SYSTEMS SECURITY PROGRAM ............. | 289,080 | 287,198 |
| | | Realignment to DISA for Sharkseer .............................. | | [–1,882] |
| 217 | 0303140K | INFORMATION SYSTEMS SECURITY PROGRAM ............. | 42,796 | 44,678 |
| | | Realignment for Sharkseer ............................................. | | [1,882] |
| 218 | 0303150K | GLOBAL COMMAND AND CONTROL SYSTEM ............. | 25,218 | 25,218 |
| 219 | 0303153K | DEFENSE SPECTRUM ORGANIZATION ...................... | 21,698 | 21,698 |
| 220 | 0303228K | JOINT REGIONAL SECURITY STACKS (JRSS) ............. | 18,077 | 18,077 |
| 222 | 0303430K | FEDERAL INVESTIGATIVE SERVICES INFORMATION TECHNOLOGY. | 44,001 | 44,001 |
| 228 | 0305128V | SECURITY AND INVESTIGATIVE ACTIVITIES ............. | 2,400 | 2,400 |
| 232 | 0305186D8Z | POLICY R&D PROGRAMS ............................................. | 6,301 | 6,301 |
| 233 | 0305199D8Z | NET CENTRICITY ......................................................... | 21,384 | 21,384 |
| 235 | 0305208BB | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS ..... | 6,359 | 6,359 |
| 238 | 0305208K | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS ..... | 2,981 | 2,981 |
| 241 | 0305327V | INSIDER THREAT ......................................................... | 1,964 | 1,964 |
| 242 | 0305387D8Z | HOMELAND DEFENSE TECHNOLOGY TRANSFER PROGRAM. | 2,221 | 2,221 |
| 250 | 0708012K | LOGISTICS SUPPORT ACTIVITIES ............................ | 1,361 | 1,361 |
| 251 | 0708012S | PACIFIC DISASTER CENTERS ...................................... | 1,770 | 1,770 |
| 252 | 0708047S | DEFENSE PROPERTY ACCOUNTABILITY SYSTEM ..... | 3,679 | 3,679 |
| 254 | 1105219BB | MQ-9 UAV ..................................................................... | 20,697 | 20,697 |
| 256 | 1160403BB | AVIATION SYSTEMS ..................................................... | 245,795 | 262,995 |
| | | Program increase—Future Vertical Lift .......................... | | [8,800] |
| | | UPL FVL realignment from RFCM .................................. | | [8,400] |
| 257 | 1160405BB | INTELLIGENCE SYSTEMS DEVELOPMENT ................... | 15,484 | 15,484 |
| 258 | 1160408BB | OPERATIONAL ENHANCEMENTS ................................ | 166,922 | 166,922 |
| 259 | 1160431BB | WARRIOR SYSTEMS ..................................................... | 62,332 | 62,332 |
| 260 | 1160432BB | SPECIAL PROGRAMS ................................................... | 21,805 | 21,805 |
| 261 | 1160434BB | UNMANNED ISR ........................................................... | 37,377 | 37,377 |
| 262 | 1160480BB | SOF TACTICAL VEHICLES .......................................... | 11,150 | 11,150 |
| 263 | 1160483BB | MARITIME SYSTEMS ................................................... | 72,626 | 72,626 |
| 264 | 1160489BB | GLOBAL VIDEO SURVEILLANCE ACTIVITIES ............. | 5,363 | 5,363 |
| 265 | 1160490BB | OPERATIONAL ENHANCEMENTS INTELLIGENCE ....... | 12,962 | 12,962 |
| 266 | 1203610K | TELEPORT PROGRAM .................................................. | 6,158 | 6,158 |
| 266A | 9999999999 | CLASSIFIED PROGRAMS ............................................. | 4,542,640 | 4,542,640 |
| | | **SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT.** | **6,258,398** | **6,304,648** |
| | | **SUBTOTAL UNDISTRIBUTED** .................................. | | **46,250** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW.** | **24,772,953** | **24,971,825** |
| | | **OPERATIONAL TEST & EVAL, DEFENSE MANAGEMENT SUPPORT** | | |
| 001 | 0605118OTE | OPERATIONAL TEST AND EVALUATION ................... | 93,291 | 93,291 |
| 002 | 0605131OTE | LIVE FIRE TEST AND EVALUATION .......................... | 69,172 | 69,172 |
| 003 | 0605814OTE | OPERATIONAL TEST ACTIVITIES AND ANALYSES ..... | 58,737 | 58,737 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** ...................... | **221,200** | **221,200** |
| | | **TOTAL OPERATIONAL TEST & EVAL, DEFENSE** | **221,200** | **221,200** |
| | | **TOTAL RDT&E** | **103,395,545** | **102,309,846** |

WASHSTATEC013210

2110

1 SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUA-

2       TION FOR OVERSEAS CONTINGENCY OPER-

3       ATIONS.

SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS

(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|-----------------------|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 074 | 0603327A | AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING | 500 | 500 |
| 079 | 0603747A | SOLDIER SUPPORT AND SURVIVABILITY | 3,000 | 3,000 |
| 085 | 0603804A | LOGISTICS AND ENGINEER EQUIPMENT—ADV DEV | 1,085 | 1,085 |
| 095 | 0604117A | MANEUVER—SHORT RANGE AIR DEFENSE (M-SHORAD) | 6,000 | 0 |
| | | Unjustified request | | [–6,000] |
| 097 | 0604119A | ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING. | 4,529 | 4,529 |
| 105 | 0604785A | INTEGRATED BASE DEFENSE (BUDGET ACTIVITY 4) | 2,000 | 2,000 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **17,114** | **17,114** |
| | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | |
| 151 | 0605035A | COMMON INFRARED COUNTERMEASURES (CIRCM) | 11,770 | 11,770 |
| 159 | 0605051A | AIRCRAFT SURVIVABILITY DEVELOPMENT | 77,420 | 77,420 |
| 163 | 0605203A | ARMY SYSTEM DEVELOPMENT & DEMONSTRATION | 19,527 | 19,527 |
| 174 | 0304270A | ELECTRONIC WARFARE DEVELOPMENT | 3,200 | 3,200 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **111,917** | **111,917** |
| | | | | |
| | | **RDT&E MANAGEMENT SUPPORT** | | |
| 200 | 0606003A | COUNTERINTEL AND HUMAN INTEL MODERNIZATION | 1,875 | 1,875 |
| | | **SUBTOTAL RDT&E MANAGEMENT SUPPORT** | **1,875** | **1,875** |
| | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 238 | 0303028A | SECURITY AND INTELLIGENCE ACTIVITIES | 22,904 | 22,904 |
| 246 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES | 34,100 | 34,100 |
| 247 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS | 14,000 | 14,000 |
| 252 | 0307665A | BIOMETRICS ENABLED INTELLIGENCE | 2,214 | 2,214 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **73,218** | **73,218** |
| | | | | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY.** | **204,124** | **198,124** |
| | | | | |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 028 | 0603207N | AIR/OCEAN TACTICAL APPLICATIONS | 2,400 | 2,400 |
| 038 | 0603527N | RETRACT LARCH | 22,000 | 22,000 |
| 057 | 0603654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 14,178 | 14,178 |
| 069 | 0603795N | LAND ATTACK TECHNOLOGY | 1,428 | 1,428 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **40,006** | **40,006** |
| | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | |
| 143 | 0604755N | SHIP SELF DEFENSE (DETECT & CONTROL) | 1,122 | 1,122 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **1,122** | **1,122** |
| | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 228 | 0206313M | MARINE CORPS COMMUNICATIONS SYSTEMS | 15,000 | 15,000 |
| 259A | 9999999999 | CLASSIFIED PROGRAMS | 108,282 | 108,282 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **123,282** | **123,282** |
| | | | | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY.** | **164,410** | **164,410** |
| | | | | |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 048 | 0604858F | TECH TRANSITION PROGRAM | 26,450 | 26,450 |
| 072 | 1206857F | SPACE RAPID CAPABILITIES OFFICE | 17,885 | 17,885 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **44,335** | **44,335** |

2111

SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|-----------------------|
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | UNDISTRIBUTED | | |
| 177 | 0205671F | JOINT COUNTER RCIED ELECTRONIC WARFARE | 4,000 | 4,000 |
| 217 | 0208285F | INTEL DATA APPLICATIONS | 1,200 | 1,200 |
| 311A | 9999999999 | CLASSIFIED PROGRAMS | 78,713 | 78,713 |
| | | SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT | **83,913** | **83,913** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | **128,248** | **128,248** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | | |
| | | APPLIED RESEARCH | | |
| 010 | 0602134BR | COUNTER IMPROVISED-THREAT ADVANCED STUDIES | 1,677 | 1,677 |
| | | SUBTOTAL APPLIED RESEARCH | **1,677** | **1,677** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 025 | 0603122D8Z | COMBATING TERRORISM TECHNOLOGY SUPPORT | 25,230 | 25,230 |
| 027 | 0603134BR | COUNTER IMPROVISED-THREAT SIMULATION | 49,528 | 49,528 |
| | | SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT | **74,758** | **74,758** |
| | | **ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | | |
| 094 | 0604134BR | COUNTER IMPROVISED-THREAT DEMONSTRATION, PROTOTYPE DEVELOPMENT, AND TESTING. | 113,590 | 113,590 |
| | | SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES. | **113,590** | **113,590** |
| | | **OPERATIONAL SYSTEM DEVELOPMENT** | | |
| | | UNDISTRIBUTED | | |
| 258 | 1160408BB | OPERATIONAL ENHANCEMENTS | 726 | 726 |
| 259 | 1160431BB | WARRIOR SYSTEMS | 6,000 | 6,000 |
| 261 | 1160434BB | UNMANNED ISR | 5,000 | 5,000 |
| 266A | 9999999999 | CLASSIFIED PROGRAMS | 200,199 | 200,199 |
| | | SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT | **211,925** | **211,925** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | **401,950** | **401,950** |
| | | **TOTAL RDT&E** | **898,732** | **892,732** |

1  SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUA-

2      TION FOR EMERGENCY REQUIREMENTS.

SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------|-----------------|-----------------------|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | |
| | | MANAGEMENT SUPPORT | | |
| 187 | 0605864N | TEST AND EVALUATION SUPPORT | 0 | 129,000 |
| | | *Earthquake damage recovery* | | [129,000] |
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY. | **0** | **129,000** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | |
| | | MANAGEMENT SUPPORT | | |
| 128 | 0605807F | TEST AND EVALUATION SUPPORT | 0 | 14,436 |
| | | *Earthquake damage recovery* | | [14,436] |
| 138 | 0605976F | FACILITIES RESTORATION AND MODERNIZATION—TEST AND EVALUATION SUPPORT. | 0 | 1,060 |
| | | *Earthquake damage recovery* | | [1,060] |
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF | **0** | **15,496** |
| | | **TOTAL RDT&E** | **0** | **144,496** |

3  # TITLE XLIII—OPERATION AND

4  # MAINTENANCE

See. 4301. Operation and maintenance.

WASHSTATEC013212

2112

Sec. 4302. Operation and maintenance for overseas contingency operations.
Sec. 4303. Operation and maintenance for emergency requirements.

## 1 SEC. 4301. OPERATION AND MAINTENANCE.

**SEC. 4301. OPERATION AND MAINTENANCE**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|----------------------|
| | **OPERATION & MAINTENANCE, ARMY** | | |
| | **OPERATING FORCES** | | |
| 010 | MANEUVER UNITS | 1,735,922 | 1,398,674 |
| | Realignment to OCO | | [−260,548] |
| | Unjustified growth | | [−76,700] |
| 020 | MODULAR SUPPORT BRIGADES | 127,815 | 124,665 |
| | Unjustified growth | | [−3,150] |
| 030 | ECHELONS ABOVE BRIGADE | 716,356 | 709,356 |
| | Unjustified growth | | [−7,000] |
| 040 | THEATER LEVEL ASSETS | 890,891 | 878,891 |
| | Unjustified growth | | [−12,000] |
| 050 | LAND FORCES OPERATIONS SUPPORT | 1,232,477 | 1,222,977 |
| | Unjustified growth | | [−9,500] |
| 060 | AVIATION ASSETS | 1,355,606 | 1,269,106 |
| | Excess to need | | [−86,500] |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 3,882,315 | 2,664,315 |
| | Female personal protective equipment | | [2,000] |
| | Realignment to OCO | | [−1,100,000] |
| | Unjustified growth | | [−120,000] |
| 080 | LAND FORCES SYSTEMS READINESS | 417,069 | 446,269 |
| | UPL MDTF INDOPACOM | | [29,200] |
| 090 | LAND FORCES DEPOT MAINTENANCE | 1,633,327 | 1,608,327 |
| | Unjustified growth | | [−25,000] |
| 100 | BASE OPERATIONS SUPPORT | 8,047,933 | 8,002,933 |
| | Unjustified growth | | [−45,000] |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZA-TION | 4,326,840 | 4,326,840 |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 405,612 | 405,612 |
| 160 | US AFRICA COMMAND | 251,511 | 243,011 |
| | Unjustified growth | | [−8,500] |
| 170 | US EUROPEAN COMMAND | 146,358 | 146,358 |
| 180 | US SOUTHERN COMMAND | 191,840 | 209,840 |
| | Multi-Mission Support Vessel | | [18,000] |
| 190 | US FORCES KOREA | 57,603 | 57,603 |
| 200 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 423,156 | 423,156 |
| 210 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 551,185 | 551,185 |
| | **SUBTOTAL OPERATING FORCES** | **26,393,816** | **24,689,118** |
| | **MOBILIZATION** | | |
| 220 | STRATEGIC MOBILITY | 380,577 | 380,577 |
| 230 | ARMY PREPOSITIONED STOCKS | 362,942 | 362,942 |
| 240 | INDUSTRIAL PREPAREDNESS | 4,637 | 5,637 |
| | Advanced Manufacturing COE Tech Roadmapping | | [1,000] |
| | **SUBTOTAL MOBILIZATION** | **748,156** | **749,156** |
| | **TRAINING AND RECRUITING** | | |
| 250 | OFFICER ACQUISITION | 157,175 | 157,175 |
| 260 | RECRUIT TRAINING | 55,739 | 55,739 |
| 270 | ONE STATION UNIT TRAINING | 62,300 | 62,300 |
| 280 | SENIOR RESERVE OFFICERS TRAINING CORPS | 538,357 | 538,357 |
| 290 | SPECIALIZED SKILL TRAINING | 969,813 | 969,813 |
| 300 | FLIGHT TRAINING | 1,234,049 | 1,234,049 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 218,338 | 218,338 |
| 320 | TRAINING SUPPORT | 554,659 | 552,659 |
| | Excess travel request | | [−2,000] |
| 330 | RECRUITING AND ADVERTISING | 716,056 | 706,056 |
| | Unjustified growth for recruiting | | [−10,000] |
| 340 | EXAMINING | 185,034 | 185,034 |
| 350 | OFF-DUTY AND VOLUNTARY EDUCATION | 214,275 | 214,275 |
| 360 | CIVILIAN EDUCATION AND TRAINING | 147,647 | 147,647 |
| 370 | JUNIOR RESERVE OFFICER TRAINING CORPS | 173,812 | 173,812 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **5,227,254** | **5,215,254** |

WASHSTATEC013213

## 2113

**SEC. 4301. OPERATION AND MAINTENANCE**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|----------------:|----------------------:|
| | **ADMIN & SRVWIDE ACTIVITIES** | | |
| 390 | SERVICEWIDE TRANSPORTATION | 559,229 | 559,229 |
| 400 | CENTRAL SUPPLY ACTIVITIES | 929,944 | 928,944 |
| | Excess personnel | | [−1,000] |
| 410 | LOGISTIC SUPPORT ACTIVITIES | 629,981 | 629,981 |
| 420 | AMMUNITION MANAGEMENT | 458,771 | 451,771 |
| | Unjustified growth | | [−7,000] |
| 430 | ADMINISTRATION | 428,768 | 418,768 |
| | Unjustified growth | | [−10,000] |
| 440 | SERVICEWIDE COMMUNICATIONS | 1,512,736 | 1,472,736 |
| | Program decrease unaccounted for | | [−40,000] |
| 450 | MANPOWER MANAGEMENT | 272,738 | 272,738 |
| 460 | OTHER PERSONNEL SUPPORT | 391,869 | 361,869 |
| | Unjustified growth | | [−30,000] |
| 470 | OTHER SERVICE SUPPORT | 1,901,165 | 1,881,165 |
| | Unjustified headquarters growth | | [−20,000] |
| 480 | ARMY CLAIMS ACTIVITIES | 198,765 | 191,265 |
| | Historical underexecution | | [−7,500] |
| 490 | REAL ESTATE MANAGEMENT | 226,248 | 226,248 |
| 500 | FINANCIAL MANAGEMENT AND AUDIT READINESS | 315,489 | 292,489 |
| | Program decrease unaccounted for | | [−23,000] |
| 510 | INTERNATIONAL MILITARY HEADQUARTERS | 427,254 | 427,254 |
| 520 | MISC. SUPPORT OF OTHER NATIONS | 43,248 | 43,248 |
| 565 | CLASSIFIED PROGRAMS | 1,347,053 | 1,347,053 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **9,643,258** | **9,504,758** |
| | **TOTAL OPERATION & MAINTENANCE, ARMY** | **42,012,484** | **40,158,286** |
| | **OPERATION & MAINTENANCE, ARMY RES** | | |
| | **OPERATING FORCES** | | |
| 010 | MODULAR SUPPORT BRIGADES | 11,927 | 11,927 |
| 020 | ECHELONS ABOVE BRIGADE | 533,015 | 533,015 |
| 030 | THEATER LEVEL ASSETS | 119,517 | 118,101 |
| | Insufficient justification | | [−1,416] |
| 040 | LAND FORCES OPERATIONS SUPPORT | 550,468 | 543,468 |
| | Insufficient justification | | [−7,000] |
| 050 | AVIATION ASSETS | 86,670 | 85,170 |
| | Unjustified growth | | [−1,500] |
| 060 | FORCE READINESS OPERATIONS SUPPORT | 390,061 | 388,661 |
| | Excess civilian increase | | [−1,400] |
| 070 | LAND FORCES SYSTEMS READINESS | 101,890 | 101,890 |
| 080 | LAND FORCES DEPOT MAINTENANCE | 48,503 | 48,503 |
| 090 | BASE OPERATIONS SUPPORT | 598,907 | 594,707 |
| | Insufficient justification | | [−4,200] |
| 100 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 444,376 | 444,376 |
| 110 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 22,095 | 22,095 |
| 120 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 3,288 | 3,288 |
| 130 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 7,655 | 7,655 |
| | **SUBTOTAL OPERATING FORCES** | **2,918,372** | **2,902,856** |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| | **UNDISTRIBUTED** | | |
| 140 | SERVICEWIDE TRANSPORTATION | 14,533 | 14,533 |
| 150 | ADMINISTRATION | 17,231 | 17,231 |
| 160 | SERVICEWIDE COMMUNICATIONS | 14,304 | 14,304 |
| 170 | MANPOWER MANAGEMENT | 6,129 | 6,129 |
| 180 | RECRUITING AND ADVERTISING | 58,541 | 58,541 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **110,738** | **110,738** |
| 200 | UNDISTRIBUTED | | −25,000 |
| | Overestimation of civilian FTE targets | | [−25,000] |
| | **SUBTOTAL UNDISTRIBUTED** | | **−25,000** |
| | **TOTAL OPERATION & MAINTENANCE, ARMY RES** | **3,029,110** | **2,988,594** |
| | **OPERATION & MAINTENANCE, ARNG** | | |
| | **UNDISTRIBUTED** | | |
| 010 | MANEUVER UNITS | 805,671 | 775,671 |
| | Excess growth | | [−30,000] |

WASHSTATEC013214

2114

## SEC. 4301. OPERATION AND MAINTENANCE
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 020 | MODULAR SUPPORT BRIGADES | 195,334 | 193,334 |
| | Excess growth | | [-2,000] |
| 030 | ECHELONS ABOVE BRIGADE | 771,048 | 770,548 |
| | Excess growth | | [-500] |
| 040 | THEATER LEVEL ASSETS | 94,726 | 94,226 |
| | Excess growth | | [-500] |
| 050 | LAND FORCES OPERATIONS SUPPORT | 33,696 | 35,185 |
| | Program increase—advanced trauma training program | | [1,489] |
| 060 | AVIATION ASSETS | 981,819 | 973,819 |
| | Insufficient justification | | [-8,000] |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 743,206 | 743,206 |
| 080 | LAND FORCES SYSTEMS READINESS | 50,963 | 50,963 |
| 090 | LAND FORCES DEPOT MAINTENANCE | 258,278 | 254,028 |
| | Insufficient justification | | [-4,250] |
| 100 | BASE OPERATIONS SUPPORT | 1,153,076 | 1,133,076 |
| | Insufficient justification | | [-20,000] |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 1,113,475 | 1,113,475 |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 1,001,042 | 987,042 |
| | Insufficient justification | | [-14,000] |
| 130 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 8,448 | 8,448 |
| 140 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 7,768 | 7,768 |
| | **SUBTOTAL OPERATING FORCES** | **7,218,550** | **7,140,789** |
| 210 | UNDISTRIBUTED | | −20,000 |
| | Overestimation of civilian FTE targets | | [-20,000] |
| | **SUBTOTAL UNDISTRIBUTED** | | **−20,000** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 150 | SERVICEWIDE TRANSPORTATION | 9,890 | 9,890 |
| 160 | ADMINISTRATION | 71,070 | 71,070 |
| 170 | SERVICEWIDE COMMUNICATIONS | 68,213 | 62,213 |
| | Program decrease unaccounted for | | [-6,000] |
| 180 | MANPOWER MANAGEMENT | 8,628 | 8,628 |
| 190 | OTHER PERSONNEL SUPPORT | 250,376 | 250,376 |
| 200 | REAL ESTATE MANAGEMENT | 2,676 | 2,676 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **410,853** | **404,853** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARNG** | **7,629,403** | **7,525,642** |
| | | | |
| | **OPERATION & MAINTENANCE, NAVY** | | |
| | **OPERATING FORCES** | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 5,309,109 | 4,659,109 |
| | Projected underexecution | | [-50,000] |
| | Realignment to OCO | | [-600,000] |
| 020 | FLEET AIR TRAINING | 2,284,828 | 2,249,828 |
| | Projected underexecution | | [-35,000] |
| 030 | AVIATION TECHNICAL DATA & ENGINEERING SERVICES | 59,299 | 59,299 |
| 040 | AIR OPERATIONS AND SAFETY SUPPORT | 155,896 | 155,896 |
| 050 | AIR SYSTEMS SUPPORT | 719,107 | 719,107 |
| 060 | AIRCRAFT DEPOT MAINTENANCE | 1,154,181 | 1,154,181 |
| 070 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 60,402 | 59,202 |
| | Excess growth | | [-1,200] |
| 080 | AVIATION LOGISTICS | 1,241,421 | 1,219,421 |
| | Projected underexecution | | [-22,000] |
| 090 | MISSION AND OTHER SHIP OPERATIONS | 4,097,262 | 3,547,262 |
| | Realignment to OCO | | [-450,000] |
| | Unjustified growth | | [-100,000] |
| 100 | SHIP OPERATIONS SUPPORT & TRAINING | 1,031,792 | 1,029,792 |
| | Excess civilian growth | | [-2,000] |
| 110 | SHIP DEPOT MAINTENANCE | 8,061,298 | 8,714,298 |
| | Program increase | | [653,000] |
| 120 | SHIP DEPOT OPERATIONS SUPPORT | 2,073,641 | 2,066,141 |
| | Insufficient justification | | [-7,500] |
| 130 | COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE | 1,378,856 | 1,364,856 |
| | Unjustified growth | | [-14,000] |
| 140 | SPACE SYSTEMS AND SURVEILLANCE | 276,245 | 273,745 |
| | Unjustified growth | | [-2,500] |
| 150 | WARFARE TACTICS | 675,209 | 675,209 |
| 160 | OPERATIONAL METEOROLOGY AND OCEANOGRAPHY | 389,516 | 389,516 |
| 170 | COMBAT SUPPORT FORCES | 1,536,310 | 1,126,310 |

WASHSTATEC013215

2115

## SEC. 4301. OPERATION AND MAINTENANCE
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Realignment to OCO ................................................ | | [−400,000] |
| | Unjustified growth ................................................ | | [−10,000] |
| 180 | EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT ................................................ | 161,579 | 161,579 |
| 190 | COMBATANT COMMANDERS CORE OPERATIONS ....... | 59,521 | 59,521 |
| 200 | COMBATANT COMMANDERS DIRECT MISSION SUPPORT ..... | 93,978 | 98,978 |
| | Posture site assessments INDOPACOM ................... | | [5,000] |
| 210 | MILITARY INFORMATION SUPPORT OPERATIONS ...... | 8,641 | 8,641 |
| 220 | CYBERSPACE ACTIVITIES ........................................ | 496,385 | 496,385 |
| 230 | FLEET BALLISTIC MISSILE ...................................... | 1,423,339 | 1,423,339 |
| 240 | WEAPONS MAINTENANCE ........................................ | 924,069 | 895,032 |
| | Insufficient justification ........................................ | | [−29,037] |
| 250 | OTHER WEAPON SYSTEMS SUPPORT ........................ | 540,210 | 540,210 |
| 260 | ENTERPRISE INFORMATION ..................................... | 1,131,627 | 1,111,627 |
| | Unjustified growth ................................................ | | [−20,000] |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION ........ | 3,029,634 | 3,029,634 |
| 280 | BASE OPERATING SUPPORT ..................................... | 4,414,943 | 4,414,943 |
| | **SUBTOTAL OPERATING FORCES** ................... | **42,788,298** | **41,703,061** |
| | | | |
| | **MOBILIZATION** | | |
| 290 | SHIP PREPOSITIONING AND SURGE ........................ | 942,902 | 942,902 |
| 300 | READY RESERVE FORCE .......................................... | 352,044 | 352,044 |
| 310 | SHIP ACTIVATIONS/INACTIVATIONS ....................... | 427,555 | 427,555 |
| 320 | EXPEDITIONARY HEALTH SERVICES SYSTEMS ......... | 137,597 | 137,597 |
| 330 | COAST GUARD SUPPORT ......................................... | 24,604 | 24,604 |
| | **SUBTOTAL MOBILIZATION** ............................. | **1,884,702** | **1,884,702** |
| | | | |
| | **TRAINING AND RECRUITING** | | |
| 340 | OFFICER ACQUISITION ........................................... | 150,765 | 150,765 |
| 350 | RECRUIT TRAINING ............................................... | 11,584 | 11,584 |
| 360 | RESERVE OFFICERS TRAINING CORPS .................... | 159,133 | 159,133 |
| 370 | SPECIALIZED SKILL TRAINING ............................... | 911,316 | 891,316 |
| | Insufficient justification ........................................ | | [−20,000] |
| 380 | PROFESSIONAL DEVELOPMENT EDUCATION ........... | 185,211 | 186,261 |
| | Program increase: Sea Cadets ................................ | | [1,050] |
| 390 | TRAINING SUPPORT ............................................... | 267,224 | 267,224 |
| 400 | RECRUITING AND ADVERTISING ............................ | 209,252 | 204,252 |
| | Insufficient justification ........................................ | | [−5,000] |
| 410 | OFF-DUTY AND VOLUNTARY EDUCATION ............... | 88,902 | 88,902 |
| 420 | CIVILIAN EDUCATION AND TRAINING .................... | 67,492 | 67,492 |
| 430 | JUNIOR ROTC ....................................................... | 55,164 | 55,164 |
| | **SUBTOTAL TRAINING AND RECRUITING** ............... | **2,106,043** | **2,082,093** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 440 | ADMINISTRATION .................................................. | 1,143,358 | 1,103,358 |
| | Unjustified growth ................................................ | | [−40,000] |
| 450 | CIVILIAN MANPOWER AND PERSONNEL MANAGEMENT ...... | 178,342 | 175,342 |
| | Excess civilian growth ........................................... | | [−3,000] |
| 460 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT .... | 418,413 | 418,413 |
| 490 | SERVICEWIDE TRANSPORTATION ............................ | 157,465 | 157,465 |
| 510 | PLANNING, ENGINEERING, AND PROGRAM SUPPORT .......... | 485,397 | 490,397 |
| | REPO ................................................................... | | [5,000] |
| 520 | ACQUISITION, LOGISTICS, AND OVERSIGHT ........... | 654,137 | 647,137 |
| | Unjustified growth ................................................ | | [−7,000] |
| 530 | INVESTIGATIVE AND SECURITY SERVICES ............. | 718,061 | 718,061 |
| 645 | CLASSIFIED PROGRAMS ......................................... | 591,535 | 591,535 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** ............. | **4,346,708** | **4,301,708** |
| | | | |
| | **UNDISTRIBUTED** | | |
| 650 | UNDISTRIBUTED .................................................... | | −20,000 |
| | Overestimation of civilian FTE targets ................... | | [−20,000] |
| | **SUBTOTAL UNDISTRIBUTED** ........................... | | **−20,000** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** ..... | **51,125,751** | **49,951,564** |
| | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | |
| | **OPERATING FORCES** | | |
| 010 | OPERATIONAL FORCES .......................................... | 968,224 | 727,224 |
| | Excess civilian growth ........................................... | | [−1,000] |
| | Realignment to OCO ............................................. | | [−200,000] |

WASHSTATEC013216

2116

## SEC. 4301. OPERATION AND MAINTENANCE
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Unjustified growth ................................ | | [–40,000] |
| 020 | FIELD LOGISTICS ................................ | 1,278,533 | 1,064,533 |
| | Realignment to OCO ............................ | | [–200,000] |
| | Unjustified growth ................................ | | [–14,000] |
| 030 | DEPOT MAINTENANCE .......................... | 232,991 | 232,991 |
| 040 | MARITIME PREPOSITIONING ................. | 100,396 | 100,396 |
| 050 | CYBERSPACE ACTIVITIES .................... | 203,580 | 203,580 |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION ............. | 1,559,034 | 1,559,034 |
| 070 | BASE OPERATING SUPPORT ................. | 2,253,776 | 2,223,776 |
| | Unjustified growth ................................ | | [–30,000] |
| | **SUBTOTAL OPERATING FORCES** .......... | **6,596,534** | **6,111,534** |
| | | | |
| | **TRAINING AND RECRUITING** | | |
| 080 | RECRUIT TRAINING ............................. | 21,240 | 21,240 |
| 090 | OFFICER ACQUISITION .......................... | 1,168 | 1,168 |
| 100 | SPECIALIZED SKILL TRAINING ............. | 106,601 | 106,601 |
| 110 | PROFESSIONAL DEVELOPMENT EDUCATION ............. | 49,095 | 49,095 |
| 120 | TRAINING SUPPORT ............................. | 407,315 | 407,315 |
| 130 | RECRUITING AND ADVERTISING ........... | 210,475 | 210,475 |
| 140 | OFF-DUTY AND VOLUNTARY EDUCATION ............. | 42,810 | 42,810 |
| 150 | JUNIOR ROTC ..................................... | 25,183 | 25,183 |
| | **SUBTOTAL TRAINING AND RECRUITING** ........... | **863,887** | **863,887** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 160 | SERVICEWIDE TRANSPORTATION ......... | 29,894 | 29,894 |
| 170 | ADMINISTRATION ................................ | 384,352 | 384,352 |
| 225 | CLASSIFIED PROGRAMS ....................... | 52,057 | 52,057 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** .......... | **466,303** | **466,303** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** ............ | **7,926,724** | **7,441,724** |
| | | | |
| | **OPERATION & MAINTENANCE, NAVY RES** | | |
| | **OPERATING FORCES** | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS ............ | 654,220 | 629,220 |
| | Unjustified growth ................................ | | [–25,000] |
| 020 | INTERMEDIATE MAINTENANCE ............. | 8,767 | 8,767 |
| 030 | AIRCRAFT DEPOT MAINTENANCE ......... | 108,236 | 108,236 |
| 040 | AIRCRAFT DEPOT OPERATIONS SUPPORT ............ | 463 | 463 |
| 050 | AVIATION LOGISTICS ........................... | 26,014 | 26,014 |
| 060 | SHIP OPERATIONS SUPPORT & TRAINING ............ | 583 | 583 |
| 070 | COMBAT COMMUNICATIONS ................. | 17,883 | 17,883 |
| 080 | COMBAT SUPPORT FORCES ................. | 128,079 | 128,079 |
| 090 | CYBERSPACE ACTIVITIES .................... | 356 | 356 |
| 100 | ENTERPRISE INFORMATION ................. | 26,133 | 26,133 |
| 110 | SUSTAINMENT, RESTORATION AND MODERNIZATION ......... | 35,397 | 35,397 |
| 120 | BASE OPERATING SUPPORT ................. | 101,376 | 101,376 |
| | **SUBTOTAL OPERATING FORCES** .......... | **1,107,507** | **1,082,507** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 130 | ADMINISTRATION ................................ | 1,888 | 1,888 |
| 140 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT .... | 12,778 | 12,778 |
| 150 | ACQUISITION AND PROGRAM MANAGEMENT ............ | 2,943 | 2,943 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** .......... | **17,609** | **17,609** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY RES** ........... | **1,125,116** | **1,100,116** |
| | | | |
| | **OPERATION & MAINTENANCE, MC RESERVE** | | |
| | **OPERATING FORCES** | | |
| 010 | OPERATING FORCES ............................ | 106,484 | 106,484 |
| 020 | DEPOT MAINTENANCE .......................... | 18,429 | 18,429 |
| 030 | SUSTAINMENT, RESTORATION AND MODERNIZATION ......... | 47,516 | 47,516 |
| 040 | BASE OPERATING SUPPORT ................. | 106,073 | 106,073 |
| | **SUBTOTAL OPERATING FORCES** .......... | **278,502** | **278,502** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 050 | ADMINISTRATION ................................ | 13,574 | 13,574 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** .......... | **13,574** | **13,574** |

WASHSTATEC013217

2117

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **TOTAL OPERATION & MAINTENANCE, MC RESERVE** | **292,076** | **292,076** |
| | **OPERATION & MAINTENANCE, AIR FORCE** | | |
| | **OPERATING FORCES** | | |
| 010 | PRIMARY COMBAT FORCES | 729,127 | 729,127 |
| 020 | COMBAT ENHANCEMENT FORCES | 1,318,770 | 918,770 |
| | Realignment to OCO | | [−400,000] |
| 030 | AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS) | 1,486,790 | 1,446,790 |
| | Unjustified growth | | [−40,000] |
| 040 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 3,334,792 | 3,299,792 |
| | Unjustified growth | | [−35,000] |
| 050 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 4,142,435 | 4,142,435 |
| 060 | CYBERSPACE SUSTAINMENT | 228,811 | 228,811 |
| 070 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 8,329,364 | 8,347,364 |
| | Expansion of Conditions Based Maintenance Plus (CBM+) | | [18,000] |
| 080 | FLYING HOUR PROGRAM | 4,048,773 | 3,418,773 |
| | Realignment to OCO | | [−550,000] |
| | Unjustified growth | | [−80,000] |
| 090 | BASE OPERATIONS SUPPORT | 7,223,982 | 6,933,982 |
| | Insufficient justification | | [−90,000] |
| | Realignment to OCO | | [−200,000] |
| 100 | GLOBAL C3I AND EARLY WARNING | 964,553 | 964,553 |
| 110 | OTHER COMBAT OPS SPT PROGRAMS | 1,032,307 | 1,026,161 |
| | Unjustified growth | | [−6,146] |
| 120 | CYBERSPACE ACTIVITIES | 670,076 | 670,076 |
| 140 | LAUNCH FACILITIES | 179,980 | 179,980 |
| 150 | SPACE CONTROL SYSTEMS | 467,990 | 464,390 |
| | Insufficient justification | | [−3,600] |
| 160 | US NORTHCOM/NORAD | 184,655 | 184,655 |
| 170 | US STRATCOM | 478,357 | 478,357 |
| 180 | US CYBERCOM | 323,121 | 347,921 |
| | Accelerate development of Cyber National Mission Force capabilities | | [1,500] |
| | Cyber National Mission Force mobile & modular hunt forward kit | | [5,300] |
| | ETERNALDARKNESS | | [18,000] |
| 190 | US CENTCOM | 160,989 | 160,989 |
| 200 | US SOCOM | 6,225 | 6,225 |
| 210 | US TRANSCOM | 544 | 544 |
| 220 | CENTCOM CYBERSPACE SUSTAINMENT | 2,073 | 2,073 |
| 230 | USSPACECOM | 70,588 | 70,588 |
| 235 | CLASSIFIED PROGRAMS | 1,322,944 | 1,316,694 |
| | Unjustified increase | | [−6,250] |
| | **SUBTOTAL OPERATING FORCES** | **36,707,246** | **35,339,050** |
| | **MOBILIZATION** | | |
| 240 | AIRLIFT OPERATIONS | 1,158,142 | 1,158,142 |
| 250 | MOBILIZATION PREPAREDNESS | 138,672 | 130,172 |
| | Unjustified growth | | [−8,500] |
| | **SUBTOTAL MOBILIZATION** | **1,296,814** | **1,288,314** |
| | **TRAINING AND RECRUITING** | | |
| 260 | OFFICER ACQUISITION | 130,835 | 130,835 |
| 270 | RECRUIT TRAINING | 26,021 | 26,021 |
| 280 | RESERVE OFFICERS TRAINING CORPS (ROTC) | 121,391 | 121,391 |
| 290 | SPECIALIZED SKILL TRAINING | 454,539 | 414,539 |
| | Unjustified growth | | [−40,000] |
| 300 | FLIGHT TRAINING | 600,565 | 600,565 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 282,788 | 282,788 |
| 320 | TRAINING SUPPORT | 123,988 | 113,988 |
| | Unjustified growth | | [−10,000] |
| 330 | RECRUITING AND ADVERTISING | 167,731 | 162,731 |
| | Unjustified growth | | [−5,000] |
| 340 | EXAMINING | 4,576 | 4,576 |
| 350 | OFF-DUTY AND VOLUNTARY EDUCATION | 211,911 | 211,911 |
| 360 | CIVILIAN EDUCATION AND TRAINING | 219,021 | 219,021 |
| 370 | JUNIOR ROTC | 62,092 | 62,092 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **2,405,458** | **2,350,458** |

WASHSTATEC013218

2118

### SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|----------------------|
| | **ADMIN & SRVWD ACTIVITIES UNDISTRIBUTED** | | |
| 380 | LOGISTICS OPERATIONS ............................................... | 664,926 | 664,926 |
| 390 | TECHNICAL SUPPORT ACTIVITIES ............................. | 101,483 | 101,483 |
| 400 | ADMINISTRATION ........................................................... | 892,480 | 892,480 |
| 410 | SERVICEWIDE COMMUNICATIONS ............................. | 152,532 | 122,532 |
| | Insufficient justification ........................................... | | [−30,000] |
| 420 | OTHER SERVICEWIDE ACTIVITIES ............................. | 1,254,089 | 1,204,089 |
| | Program decrease unaccounted for ............................. | | [−20,000] |
| | Remove one-time fiscal year 2019 increase ................ | | [−30,000] |
| 430 | CIVIL AIR PATROL ........................................................ | 30,070 | 37,200 |
| | Improved emergency crew readiness ......................... | | [7,130] |
| 460 | INTERNATIONAL SUPPORT ......................................... | 136,110 | 136,110 |
| 465 | CLASSIFIED PROGRAMS ............................................... | 1,269,624 | 1,269,624 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** ............... | **4,501,314** | **4,428,444** |
| | **TOTAL OPERATION & MAINTENANCE, AIR FORCE** ........................................................................ | **44,910,832** | **43,406,266** |
| | **OPERATION & MAINTENANCE, SPACE FORCE UNDISTRIBUTED** | | |
| 010 | BASE SUPPORT ............................................................... | 72,436 | 72,436 |
| | **SUBTOTAL OPERATING FORCES** ............................... | **72,436** | **72,436** |
| | **TOTAL OPERATION & MAINTENANCE, SPACE FORCE** ....................................................................... | **72,436** | **72,436** |
| | **OPERATION & MAINTENANCE, AF RESERVE OPERATING FORCES** | | |
| 010 | PRIMARY COMBAT FORCES ......................................... | 1,781,413 | 1,756,413 |
| | Delay in KC–46 aircraft delivery ............................... | | [−25,000] |
| 020 | MISSION SUPPORT OPERATIONS ............................... | 209,650 | 204,150 |
| | Unjustified growth ..................................................... | | [−5,500] |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE ...... | 494,235 | 484,235 |
| | Excess growth ............................................................. | | [−10,000] |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZA-TION ....................................................... | 128,746 | 128,746 |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 256,512 | 256,512 |
| 060 | BASE SUPPORT ............................................................... | 414,626 | 414,626 |
| 070 | CYBERSPACE ACTIVITIES ............................................ | 1,673 | 1,673 |
| | **SUBTOTAL OPERATING FORCES** ............................... | **3,286,855** | **3,246,355** |
| | **ADMINISTRATION AND SERVICEWIDE ACTIVITIES UNDISTRIBUTED** | | |
| 080 | ADMINISTRATION ........................................................... | 69,436 | 69,436 |
| 090 | RECRUITING AND ADVERTISING ............................... | 22,124 | 22,124 |
| 100 | MILITARY MANPOWER AND PERS MGMT (ARPC) ...... | 10,946 | 10,946 |
| 110 | OTHER PERS SUPPORT (DISABILITY COMP) ............ | 7,009 | 7,009 |
| 120 | AUDIOVISUAL ................................................................. | 448 | 448 |
| | **SUBTOTAL ADMINISTRATION AND SERVICEWIDE ACTIVITIES** ......................................... | **109,963** | **109,963** |
| | **TOTAL OPERATION & MAINTENANCE, AF RE-SERVE** ...................................................................... | **3,396,818** | **3,356,318** |
| | **OPERATION & MAINTENANCE, ANG OPERATING FORCES** | | |
| 010 | AIRCRAFT OPERATIONS ............................................... | 2,497,967 | 2,472,967 |
| | Delay in KC–46 aircraft delivery ............................... | | [−25,000] |
| 020 | MISSION SUPPORT OPERATIONS ............................... | 600,377 | 585,377 |
| | Insufficient justification ........................................... | | [−15,000] |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE ...... | 879,467 | 879,467 |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZA-TION ....................................................... | 400,734 | 400,734 |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 1,299,089 | 1,299,089 |
| 060 | BASE SUPPORT ............................................................... | 911,775 | 911,775 |
| 070 | CYBERSPACE SUSTAINMENT ..................................... | 24,742 | 24,742 |
| 080 | CYBERSPACE ACTIVITIES ............................................ | 25,507 | 25,507 |
| | **SUBTOTAL OPERATING FORCES** ............................... | **6,639,658** | **6,599,658** |

WASHSTATEC013219

2119

| SEC. 4301. OPERATION AND MAINTENANCE (In Thousands of Dollars) | | | |
|---|---|---|---|
| Line | Item | FY 2020 Request | Conference Authorized |
| | **ADMINISTRATION AND SERVICE-WIDE ACTIVITIES UNDISTRIBUTED** | | |
| 090 | ADMINISTRATION ............................................................ | 47,215 | 47,215 |
| 100 | RECRUITING AND ADVERTISING ...................................... | 40,356 | 40,356 |
| | **SUBTOTAL ADMINISTRATION AND SERVICE-WIDE ACTIVITIES** ........................................ | **87,571** | **87,571** |
| 110 | UNDISTRIBUTED ............................................................... | | –30,000 |
| | Maintain program affordability: Overestimation of civilian FTE targets ......................................................................... | | [–30,000] |
| | **SUBTOTAL UNDISTRIBUTED** ...................................... | | **–30,000** |
| | **TOTAL OPERATION & MAINTENANCE, ANG** ...... | **6,727,229** | **6,657,229** |
| | **OPERATION AND MAINTENANCE, DEFENSE-WIDE OPERATING FORCES** | | |
| 010 | JOINT CHIEFS OF STAFF ................................................ | 409,542 | 392,542 |
| | Program decrease unaccounted for ................................. | | [–12,000] |
| | Remove one-time fiscal year 2019 costs ......................... | | [–5,000] |
| 020 | JOINT CHIEFS OF STAFF—CE2T2 ................................... | 579,179 | 579,179 |
| 030 | JOINT CHIEFS OF STAFF—CYBER ................................... | 24,598 | 24,598 |
| 040 | SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT ACTIVITIES ............................................................ | 1,075,762 | 1,070,262 |
| | Classified adjustment .................................................... | | [–5,500] |
| 050 | SPECIAL OPERATIONS COMMAND CYBERSPACE ACTIVITIES ............................................................................ | 14,409 | 14,409 |
| 060 | SPECIAL OPERATIONS COMMAND INTELLIGENCE ............... | 501,747 | 486,953 |
| | DCGS—SOF - excess to need ........................................... | | [–5,794] |
| | Program decrease—SOCRATES ......................................... | | [–9,000] |
| 070 | SPECIAL OPERATIONS COMMAND MAINTENANCE ................ | 559,300 | 544,300 |
| | Projected underexecution ............................................... | | [–15,000] |
| 080 | SPECIAL OPERATIONS COMMAND MANAGEMENT/OPERATIONAL HEADQUARTERS ............................................ | 177,928 | 177,928 |
| 090 | SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT | 925,262 | 899,762 |
| | Base support underexecution .......................................... | | [–5,900] |
| | Operational support underexecution ............................... | | [–9,600] |
| | Unjustified growth—C4IAS Saas ..................................... | | [–10,000] |
| 100 | SPECIAL OPERATIONS COMMAND THEATER FORCES .......... | 2,764,738 | 2,250,038 |
| | Program decrease .......................................................... | | [–14,700] |
| | Realignment to OCO ...................................................... | | [–500,000] |
| | **SUBTOTAL OPERATING FORCES** .................................... | **7,032,465** | **6,439,971** |
| | **TRAINING AND RECRUITING** | | |
| 120 | DEFENSE ACQUISITION UNIVERSITY ............................... | 180,250 | 180,250 |
| 130 | JOINT CHIEFS OF STAFF ................................................ | 100,610 | 100,610 |
| 140 | PROFESSIONAL DEVELOPMENT EDUCATION ........................ | 33,967 | 33,967 |
| | **SUBTOTAL TRAINING AND RECRUITING** ............... | **314,827** | **314,827** |
| | **ADMIN & SRVWIDE ACTIVITIES** | | |
| 160 | CIVIL MILITARY PROGRAMS ........................................... | 165,707 | 260,007 |
| | IRT Increase ................................................................. | | [14,300] |
| | National Guard Youth Challenge Program support .............. | | [50,000] |
| | Program increase—STARBASE .......................................... | | [30,000] |
| 180 | DEFENSE CONTRACT AUDIT AGENCY ............................... | 627,467 | 627,467 |
| 190 | DEFENSE CONTRACT AUDIT AGENCY—CYBER ..................... | 3,362 | 3,362 |
| 200 | DEFENSE CONTRACT MANAGEMENT AGENCY ...................... | 1,438,068 | 1,418,068 |
| | Program decrease .......................................................... | | [–20,000] |
| 210 | DEFENSE CONTRACT MANAGEMENT AGENCY—CYBER ....... | 24,391 | 24,391 |
| 220 | DEFENSE HUMAN RESOURCES ACTIVITY ............................ | 892,438 | 882,438 |
| | Defense Manpower Data Center—Excess Growth ................ | | [–5,000] |
| | Enterprise Operations Center—Excess Growth ................... | | [–5,000] |
| 230 | DEFENSE INFORMATION SYSTEMS AGENCY ....................... | 2,012,885 | 1,992,885 |
| | Unjustified growth ........................................................ | | [–20,000] |
| 240 | DEFENSE INFORMATION SYSTEMS AGENCY—CYBER .......... | 601,223 | 636,360 |
| | Sharkseer transfer ......................................................... | | [35,137] |
| 270 | DEFENSE LEGAL SERVICES AGENCY ................................. | 34,632 | 34,632 |
| 280 | DEFENSE LOGISTICS AGENCY .......................................... | 415,699 | 435,199 |
| | Program increase—PTAP ................................................ | | [19,500] |
| 290 | DEFENSE MEDIA ACTIVITY ............................................. | 202,792 | 202,792 |
| 300 | DEFENSE PERSONNEL ACCOUNTING AGENCY ..................... | 144,881 | 144,881 |

WASHSTATEC013220

**SEC. 4301. OPERATION AND MAINTENANCE**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|------------------------|
| 310 | DEFENSE SECURITY COOPERATION AGENCY | 696,884 | 666,884 |
| | Assessment, monitoring, and evaluation | | [11,000] |
| | Security cooperation account | | [–11,000] |
| | Unjustified growth | | [–30,000] |
| 320 | DEFENSE SECURITY SERVICE | 889,664 | 889,664 |
| 340 | DEFENSE SECURITY SERVICE—CYBER | 9,220 | 9,220 |
| 360 | DEFENSE TECHNICAL INFORMATION CENTER | 3,000 | 3,000 |
| 370 | DEFENSE TECHNOLOGY SECURITY ADMINISTRATION | 35,626 | 35,626 |
| 380 | DEFENSE THREAT REDUCTION AGENCY | 568,133 | 568,133 |
| 400 | DEFENSE THREAT REDUCTION AGENCY—CYBER | 13,339 | 13,339 |
| 410 | DEPARTMENT OF DEFENSE EDUCATION ACTIVITY | 2,932,226 | 2,912,226 |
| | Remove one-time fiscal year 2019 increase | | [–50,000] |
| | Overestimation of civilian FTE targets | | [–20,000] |
| | Program increase—impact aid for children with severe disabilites | | [10,000] |
| | Program increase—impact aid to schools with military dependents | | [40,000] |
| 420 | MISSILE DEFENSE AGENCY | 522,529 | 509,859 |
| | THAAD prior year under-execution | | [–12,670] |
| 450 | OFFICE OF ECONOMIC ADJUSTMENT | 59,513 | 134,513 |
| | Defense Community Infrastructure Program (DCIP) | | [75,000] |
| 460 | OFFICE OF THE SECRETARY OF DEFENSE | 1,604,738 | 1,625,738 |
| | Bien Hoa dioxin cleanup | | [15,000] |
| | CDC study | | [10,000] |
| | Emerging contaminants | | [1,000] |
| | Excess growth | | [–37,000] |
| | Interstate compacts for licensure and credentialing | | [4,000] |
| | Military aviation safety commission | | [3,000] |
| | Readiness and Environmental Protection Initiative increase | | [25,000] |
| 470 | OFFICE OF THE SECRETARY OF DEFENSE—CYBER | 48,783 | 48,783 |
| 480 | SPACE DEVELOPMENT AGENCY | 44,750 | 34,750 |
| | Insufficient justification | | [–10,000] |
| 500 | WASHINGTON HEADQUARTERS SERVICES | 324,001 | 296,201 |
| | Insufficient justification | | [–27,800] |
| 505 | CLASSIFIED PROGRAMS | 15,816,598 | 15,757,457 |
| | Classified adjustment | | [–24,004] |
| | Realignment to DISA for Sharkseer | | [–35,137] |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **30,132,549** | **30,167,875** |
| | **TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE** | **37,479,841** | **36,922,673** |
| | **TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE** | | **–557,168** |
| | **US COURT OF APPEALS FOR ARMED FORCES, DEF ADMINISTRATION AND ASSOCIATED ACTIVITIES** | | |
| 010 | US COURT OF APPEALS FOR THE ARMED FORCES, DEFENSE | 14,771 | 14,771 |
| | **SUBTOTAL ADMINISTRATION AND ASSOCIATED ACTIVITIES** | **14,771** | **14,771** |
| | **TOTAL US COURT OF APPEALS FOR ARMED FORCES, DEF** | **14,771** | **14,771** |
| | **DOD ACQUISITION WORKFORCE DEVELOPMENT FUND ACQUISITION WORKFORCE DEVELOPMENT** | | |
| 010 | ACQ WORKFORCE DEV FD | 400,000 | 400,000 |
| | **SUBTOTAL ACQUISITION WORKFORCE DEVELOPMENT** | **400,000** | **400,000** |
| | **TOTAL DOD ACQUISITION WORKFORCE DEVELOPMENT FUND** | **400,000** | **400,000** |
| | **OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID HUMANITARIAN ASSISTANCE** | | |
| 010 | OVERSEAS HUMANITARIAN, DISASTER AND CIVIC AID | 108,600 | 117,663 |
| | Increase for foreign disaster relief | | [6,822] |
| | Increase for humanitarian mine action program | | [2,241] |

WASHSTATEC013221

## 2121

### SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|------------------------|
| | SUBTOTAL HUMANITARIAN ASSISTANCE .............. | 108,600 | 117,663 |
| | TOTAL OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID .................. | 108,600 | 117,663 |
| | COOPERATIVE THREAT REDUCTION ACCOUNT COOPERATIVE THREAT REDUCTION | | |
| 010 | COOPERATIVE THREAT REDUCTION ........................... | 338,700 | 358,700 |
| | Cooperative biological engagement ............................................. | | [20,000] |
| | SUBTOTAL COOPERATIVE THREAT REDUCTION | 338,700 | 358,700 |
| | TOTAL COOPERATIVE THREAT REDUCTION ACCOUNT ............................ | 338,700 | 358,700 |
| | ENVIRONMENTAL RESTORATION, ARMY DEPARTMENT OF THE ARMY | | |
| 050 | ENVIRONMENTAL RESTORATION, ARMY ..................... | 207,518 | 212,518 |
| | Perfluorinated chemicals ............................................... | | [5,000] |
| | SUBTOTAL DEPARTMENT OF THE ARMY .............. | 207,518 | 212,518 |
| | TOTAL ENVIRONMENTAL RESTORATION, ARMY ............................ | 207,518 | 290,582 |
| | ENVIRONMENTAL RESTORATION, NAVY DEPARTMENT OF THE NAVY | | |
| 060 | ENVIRONMENTAL RESTORATION, NAVY ..................... | 335,932 | 350,932 |
| | Perfluorinated chemicals ............................................... | | [5,000] |
| | Unexploded ordnance remediation ............................................. | | [10,000] |
| | SUBTOTAL DEPARTMENT OF THE NAVY .............. | 335,932 | 350,932 |
| | TOTAL ENVIRONMENTAL RESTORATION, NAVY ............................ | 335,932 | 418,996 |
| | ENVIRONMENTAL RESTORATION, AIR FORCE DEPARTMENT OF THE AIR FORCE | | |
| 070 | ENVIRONMENTAL RESTORATION, AIR FORCE ........................ | 302,744 | 365,808 |
| | Perfluorinated chemicals ............................................... | | [63,064] |
| | SUBTOTAL DEPARTMENT OF THE AIR FORCE ..... | 302,744 | 365,808 |
| | TOTAL ENVIRONMENTAL RESTORATION, AIR FORCE .................. | 302,744 | 385,808 |
| | ENVIRONMENTAL RESTORATION, DEFENSE-WIDE | | |
| 080 | ENVIRONMENTAL RESTORATION, DEFENSE-WIDE .............. | 9,105 | 9,105 |
| | SUBTOTAL DEFENSE-WIDE ........................... | 9,105 | 9,105 |
| | TOTAL ENVIRONMENTAL RESTORATION, DEFENSE-WIDE .................. | 9,105 | 92,169 |
| | ENVIRONMENTAL RESTORATION FORMERLY USED SITES DEFENSE-WIDE | | |
| 090 | ENVIRONMENTAL RESTORATION FORMERLY USED SITES | 216,499 | 216,499 |
| | SUBTOTAL DEFENSE-WIDE ........................... | 216,499 | 216,499 |
| | TOTAL ENVIRONMENTAL RESTORATION FORMERLY USED SITES .................. | 216,499 | 216,499 |
| | TOTAL OPERATION & MAINTENANCE .................. | 207,661,689 | 201,610,944 |

1 ## SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS

2 ## CONTINGENCY OPERATIONS.

### SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|------------------------|
| | OPERATION & MAINTENANCE, ARMY | | |

WASHSTATEC013222

**SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OPERATING FORCES** | | |
| 010 | MANEUVER UNITS | 1,410,874 | 1,671,422 |
| | Realignment from base | | [260,548] |
| 030 | ECHELONS ABOVE BRIGADE | 26,502 | 26,502 |
| 040 | THEATER LEVEL ASSETS | 2,274,490 | 2,259,490 |
| | Unjustified growth | | [−15,000] |
| 050 | LAND FORCES OPERATIONS SUPPORT | 136,288 | 136,288 |
| 060 | AVIATION ASSETS | 300,240 | 300,240 |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 3,415,009 | 4,510,009 |
| | Insufficient justification | | [−5,000] |
| | Realignment from base | | [1,100,000] |
| 080 | LAND FORCES SYSTEMS READINESS | 29,985 | 29,985 |
| 090 | LAND FORCES DEPOT MAINTENANCE | 86,931 | 86,931 |
| 100 | BASE OPERATIONS SUPPORT | 115,706 | 115,706 |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 72,657 | 72,657 |
| 130 | ADDITIONAL ACTIVITIES | 6,397,586 | 6,385,586 |
| | Insufficient justification | | [−12,000] |
| 140 | COMMANDER'S EMERGENCY RESPONSE PROGRAM | 5,000 | 5,000 |
| | Insufficient justification | | [−2,500] |
| 150 | RESET | 1,048,896 | 1,048,896 |
| 160 | US AFRICA COMMAND | 203,174 | 203,174 |
| 170 | US EUROPEAN COMMAND | 173,676 | 173,676 |
| 200 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 188,529 | 188,529 |
| 210 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 5,682 | 5,682 |
| | **SUBTOTAL OPERATING FORCES** | **15,891,225** | **17,217,273** |
| | | | |
| | **MOBILIZATION** | | |
| 230 | ARMY PREPOSITIONED STOCKS | 131,954 | 131,954 |
| | **SUBTOTAL MOBILIZATION** | **131,954** | **131,954** |
| | | | |
| | **ADMIN & SRVWIDE ACTIVITIES** | | |
| 390 | SERVICEWIDE TRANSPORTATION | 721,014 | 721,014 |
| 400 | CENTRAL SUPPLY ACTIVITIES | 66,845 | 66,845 |
| 410 | LOGISTIC SUPPORT ACTIVITIES | 9,309 | 9,309 |
| 420 | AMMUNITION MANAGEMENT | 23,653 | 23,653 |
| 460 | OTHER PERSONNEL SUPPORT | 109,019 | 109,019 |
| 490 | REAL ESTATE MANAGEMENT | 251,355 | 251,355 |
| 565 | CLASSIFIED PROGRAMS | 1,568,564 | 1,568,564 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **2,749,759** | **2,749,759** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY** | **18,772,938** | **20,098,986** |
| | | | |
| | **OPERATION & MAINTENANCE, ARMY RES** | | |
| | **OPERATING FORCES** | | |
| 020 | ECHELONS ABOVE BRIGADE | 20,440 | 20,440 |
| 060 | FORCE READINESS OPERATIONS SUPPORT | 689 | 689 |
| 090 | BASE OPERATIONS SUPPORT | 16,463 | 16,463 |
| | **SUBTOTAL OPERATING FORCES** | **37,592** | **37,592** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY RES** | **37,592** | **37,592** |
| | | | |
| | **OPERATION & MAINTENANCE, ARNG** | | |
| | **UNDISTRIBUTED** | | |
| 010 | MANEUVER UNITS | 45,896 | 45,896 |
| 020 | MODULAR SUPPORT BRIGADES | 180 | 180 |
| 030 | ECHELONS ABOVE BRIGADE | 2,982 | 2,982 |
| 040 | THEATER LEVEL ASSETS | 548 | 548 |
| 060 | AVIATION ASSETS | 9,229 | 9,229 |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 1,584 | 1,584 |
| 100 | BASE OPERATIONS SUPPORT | 22,063 | 22,063 |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 606 | 606 |
| | **SUBTOTAL OPERATING FORCES** | **83,088** | **83,088** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 170 | SERVICEWIDE COMMUNICATIONS | 203 | 203 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **203** | **203** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARNG** | **83,291** | **83,291** |

WASHSTATEC013223

2123

**SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|----------------:|----------------------:|
| | **AFGHANISTAN SECURITY FORCES FUND** | | |
| | **AFGHAN NATIONAL ARMY** | | |
| 090 | SUSTAINMENT | 1,313,047 | 1,313,047 |
| 100 | INFRASTRUCTURE | 37,152 | 37,152 |
| 110 | EQUIPMENT AND TRANSPORTATION | 120,868 | 120,868 |
| 120 | TRAINING AND OPERATIONS | 118,591 | 118,591 |
| | SUBTOTAL AFGHAN NATIONAL ARMY | **1,589,658** | **1,589,658** |
| | | | |
| | **AFGHAN NATIONAL POLICE** | | |
| 130 | SUSTAINMENT | 422,806 | 422,806 |
| 140 | INFRASTRUCTURE | 2,358 | 2,358 |
| 150 | EQUIPMENT AND TRANSPORTATION | 127,081 | 127,081 |
| 160 | TRAINING AND OPERATIONS | 108,112 | 108,112 |
| | SUBTOTAL AFGHAN NATIONAL POLICE | **660,357** | **660,357** |
| | | | |
| | **AFGHAN AIR FORCE** | | |
| 170 | SUSTAINMENT | 893,829 | 893,829 |
| 180 | INFRASTRUCTURE | 8,611 | 8,611 |
| 190 | EQUIPMENT AND TRANSPORTATION | 566,967 | 566,967 |
| 200 | TRAINING AND OPERATIONS | 356,108 | 356,108 |
| | SUBTOTAL AFGHAN AIR FORCE | **1,825,515** | **1,825,515** |
| | | | |
| | **AFGHAN SPECIAL SECURITY FORCES** | | |
| 210 | SUSTAINMENT | 437,909 | 437,909 |
| 220 | INFRASTRUCTURE | 21,131 | 21,131 |
| 230 | EQUIPMENT AND TRANSPORTATION | 153,806 | 153,806 |
| 240 | TRAINING AND OPERATIONS | 115,602 | 115,602 |
| | SUBTOTAL AFGHAN SPECIAL SECURITY FORCES | **728,448** | **728,448** |
| | | | |
| | **UNDISTRIBUTED** | | |
| 245 | UNDISTRIBUTED | | −300,000 |
| | Unjustified request | | [−300,000] |
| | SUBTOTAL UNDISTRIBUTED | | **−300,000** |
| | | | |
| | TOTAL AFGHANISTAN SECURITY FORCES FUND | 4,803,978 | 4,503,978 |
| | | | |
| | **COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | | |
| | **COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | | |
| 010 | IRAQ | 745,000 | 545,000 |
| | Program decrease | | [−100,000] |
| | Transfer to DSCA Security Cooperation | | [−100,000] |
| 020 | SYRIA | 300,000 | 300,000 |
| | SUBTOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF) | **1,045,000** | **845,000** |
| | | | |
| | TOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF) | 1,045,000 | 845,000 |
| | | | |
| | **OPERATION & MAINTENANCE, NAVY** | | |
| | **OPERATING FORCES** | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 373,047 | 973,047 |
| | Realignment from base | | [600,000] |
| 030 | AVIATION TECHNICAL DATA & ENGINEERING SERVICES | 816 | 816 |
| 040 | AIR OPERATIONS AND SAFETY SUPPORT | 9,582 | 9,582 |
| 050 | AIR SYSTEMS SUPPORT | 197,262 | 197,262 |
| 060 | AIRCRAFT DEPOT MAINTENANCE | 168,246 | 168,246 |
| 070 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 3,594 | 3,594 |
| 080 | AVIATION LOGISTICS | 10,618 | 10,618 |
| 090 | MISSION AND OTHER SHIP OPERATIONS | 1,485,108 | 1,935,108 |
| | Realignment from base | | [450,000] |
| 100 | SHIP OPERATIONS SUPPORT & TRAINING | 20,334 | 20,334 |
| 110 | SHIP DEPOT MAINTENANCE | 2,365,615 | 2,365,615 |
| 130 | COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE | 58,092 | 58,092 |
| 140 | SPACE SYSTEMS AND SURVEILLANCE | 18,000 | 18,000 |
| 150 | WARFARE TACTICS | 16,984 | 16,984 |
| 160 | OPERATIONAL METEOROLOGY AND OCEANOGRAPHY | 29,382 | 29,382 |
| 170 | COMBAT SUPPORT FORCES | 608,870 | 1,008,870 |
| | Realignment from base | | [400,000] |

WASHSTATEC013224

2124

**SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|----------------------|
| 180 | EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT | 7,799 | 7,799 |
| 200 | COMBATANT COMMANDERS DIRECT MISSION SUPPORT | 24,800 | 24,800 |
| 220 | CYBERSPACE ACTIVITIES | 363 | 363 |
| 240 | WEAPONS MAINTENANCE | 486,188 | 486,188 |
| 250 | OTHER WEAPON SYSTEMS SUPPORT | 12,189 | 12,189 |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 68,667 | 68,667 |
| 280 | BASE OPERATING SUPPORT | 219,099 | 219,099 |
| | **SUBTOTAL OPERATING FORCES** | **6,184,655** | **7,634,655** |
| | | | |
| | **MOBILIZATION** | | |
| 320 | EXPEDITIONARY HEALTH SERVICES SYSTEMS | 17,580 | 17,580 |
| 330 | COAST GUARD SUPPORT | 190,000 | 190,000 |
| | **SUBTOTAL MOBILIZATION** | **207,580** | **207,580** |
| | | | |
| | **TRAINING AND RECRUITING** | | |
| 370 | SPECIALIZED SKILL TRAINING | 52,161 | 52,161 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **52,161** | **52,161** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 440 | ADMINISTRATION | 8,475 | 8,475 |
| 460 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 7,653 | 7,653 |
| 490 | SERVICEWIDE TRANSPORTATION | 70,683 | 70,683 |
| 520 | ACQUISITION, LOGISTICS, AND OVERSIGHT | 11,130 | 11,130 |
| 530 | INVESTIGATIVE AND SECURITY SERVICES | 1,559 | 1,559 |
| 645 | CLASSIFIED PROGRAMS | 17,754 | 17,754 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **117,254** | **117,254** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **6,561,650** | **8,011,650** |
| | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | |
| | **OPERATING FORCES** | | |
| 010 | OPERATIONAL FORCES | 714,653 | 914,653 |
| | Realignment from base | | [200,000] |
| 020 | FIELD LOGISTICS | 232,508 | 432,508 |
| | Realignment from base | | [200,000] |
| 030 | DEPOT MAINTENANCE | 54,101 | 54,101 |
| 050 | CYBERSPACE ACTIVITIES | 2,000 | 2,000 |
| 070 | BASE OPERATING SUPPORT | 24,570 | 24,570 |
| | **SUBTOTAL OPERATING FORCES** | **1,027,832** | **1,427,832** |
| | | | |
| | **TRAINING AND RECRUITING** | | |
| 120 | TRAINING SUPPORT | 30,459 | 30,459 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **30,459** | **30,459** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 160 | SERVICEWIDE TRANSPORTATION | 61,400 | 61,400 |
| 225 | CLASSIFIED PROGRAMS | 5,100 | 5,100 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **66,500** | **66,500** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **1,124,791** | **1,524,791** |
| | | | |
| | **OPERATION & MAINTENANCE, NAVY RES** | | |
| | **OPERATING FORCES** | | |
| 020 | INTERMEDIATE MAINTENANCE | 510 | 510 |
| 030 | AIRCRAFT DEPOT MAINTENANCE | 11,628 | 11,628 |
| 080 | COMBAT SUPPORT FORCES | 10,898 | 10,898 |
| | **SUBTOTAL OPERATING FORCES** | **23,036** | **23,036** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY RES** | **23,036** | **23,036** |
| | | | |
| | **OPERATION & MAINTENANCE, MC RESERVE** | | |
| | **OPERATING FORCES** | | |
| 010 | OPERATING FORCES | 7,627 | 7,627 |
| 040 | BASE OPERATING SUPPORT | 1,080 | 1,080 |
| | **SUBTOTAL OPERATING FORCES** | **8,707** | **8,707** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, MC RESERVE** | **8,707** | **8,707** |

WASHSTATEC013225

### SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OPERATION & MAINTENANCE, AIR FORCE** | | |
| | **OPERATING FORCES** | | |
| 010 | PRIMARY COMBAT FORCES ....................................... | 163,632 | 163,632 |
| 020 | COMBAT ENHANCEMENT FORCES ............................... | 1,049,170 | 1,449,170 |
| | Realignment from base | | [400,000] |
| 030 | AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS) ........... | 111,808 | 111,808 |
| 040 | DEPOT PURCHASE EQUIPMENT MAINTENANCE ............ | 408,699 | 408,699 |
| 050 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION ....... | 147,264 | 147,264 |
| 060 | CYBERSPACE SUSTAINMENT ....................................... | 10,061 | 10,061 |
| 070 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT .. | 953,594 | 953,594 |
| 080 | FLYING HOUR PROGRAM ............................................. | 2,495,266 | 3,045,266 |
| | Realignment from base | | [550,000] |
| 090 | BASE OPERATIONS SUPPORT ....................................... | 1,538,120 | 1,738,120 |
| | Realignment from base | | [200,000] |
| 100 | GLOBAL C3I AND EARLY WARNING ............................... | 13,863 | 13,863 |
| 110 | OTHER COMBAT OPS SPT PROGRAMS ........................... | 272,020 | 272,020 |
| 120 | CYBERSPACE ACTIVITIES ........................................... | 17,657 | 17,657 |
| 130 | TACTICAL INTEL AND OTHER SPECIAL ACTIVITIES ............ | 36,098 | 36,098 |
| 140 | LAUNCH FACILITIES ................................................... | 391 | 391 |
| 150 | SPACE CONTROL SYSTEMS ......................................... | 39,990 | 39,990 |
| 160 | US NORTHCOM/NORAD ............................................... | 725 | 725 |
| 170 | US STRATCOM .......................................................... | 926 | 926 |
| 180 | US CYBERCOM .......................................................... | 35,189 | 35,189 |
| 190 | US CENTCOM ........................................................... | 163,015 | 163,015 |
| 200 | US SOCOM ............................................................... | 19,000 | 19,000 |
| | **SUBTOTAL OPERATING FORCES** ..................... | **7,476,488** | **8,626,488** |
| | **MOBILIZATION** | | |
| 240 | AIRLIFT OPERATIONS ................................................ | 1,271,439 | 1,271,439 |
| 250 | MOBILIZATION PREPAREDNESS .................................. | 109,682 | 109,682 |
| | **SUBTOTAL MOBILIZATION** ............................... | **1,381,121** | **1,381,121** |
| | **TRAINING AND RECRUITING** | | |
| 260 | OFFICER ACQUISITION ............................................... | 200 | 200 |
| 270 | RECRUIT TRAINING ................................................... | 352 | 352 |
| 290 | SPECIALIZED SKILL TRAINING .................................... | 26,802 | 26,802 |
| 300 | FLIGHT TRAINING ..................................................... | 844 | 844 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION ................. | 1,199 | 1,199 |
| 320 | TRAINING SUPPORT .................................................. | 1,320 | 1,320 |
| | **SUBTOTAL TRAINING AND RECRUITING** .......... | **30,717** | **30,717** |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| | **UNDISTRIBUTED** | | |
| 380 | LOGISTICS OPERATIONS ............................................ | 164,701 | 164,701 |
| 390 | TECHNICAL SUPPORT ACTIVITIES .............................. | 11,608 | 11,608 |
| 400 | ADMINISTRATION ..................................................... | 4,814 | 4,814 |
| 410 | SERVICEWIDE COMMUNICATIONS .............................. | 145,204 | 145,204 |
| 420 | OTHER SERVICEWIDE ACTIVITIES .............................. | 98,841 | 98,841 |
| 460 | INTERNATIONAL SUPPORT ........................................ | 29,890 | 29,890 |
| 465 | CLASSIFIED PROGRAMS ............................................ | 52,995 | 52,995 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** ....... | **508,053** | **508,053** |
| | **TOTAL   OPERATION   &   MAINTENANCE,   AIR   FORCE** .......... | **9,396,379** | **10,546,379** |
| | **OPERATION & MAINTENANCE, AF RESERVE** | | |
| | **OPERATING FORCES** | | |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE ............ | 24,188 | 24,188 |
| 060 | BASE SUPPORT .......................................................... | 5,570 | 5,570 |
| | **SUBTOTAL OPERATING FORCES** ..................... | **29,758** | **29,758** |
| | **TOTAL   OPERATION   &   MAINTENANCE,   AF RESERVE** .......... | **29,758** | **29,758** |
| | **OPERATION & MAINTENANCE, ANG** | | |
| | **OPERATING FORCES** | | |
| 020 | MISSION SUPPORT OPERATIONS ................................ | 3,666 | 3,666 |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE ............ | 66,944 | 66,944 |

WASHSTATEC013226

2126

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 050 | CONTRACTOR LOGISTICS AND SYSTEM SUPPORT .. | 93,620 | 93,620 |
| 060 | BASE SUPPORT .................................................... | 12,679 | 12,679 |
| | **SUBTOTAL OPERATING FORCES** ................... | **176,909** | **176,909** |
| | **TOTAL OPERATION & MAINTENANCE, ANG** .......... | **176,909** | **176,909** |
| | **OPERATION AND MAINTENANCE, DEFENSE-WIDE** | | |
| | **OPERATING FORCES** | | |
| 010 | JOINT CHIEFS OF STAFF .................................... | 21,866 | 21,866 |
| 020 | JOINT CHIEFS OF STAFF—CE2T2 .......................... | 6,634 | 6,634 |
| 040 | SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT | | |
| | ACTIVITIES ...................................................... | 1,121,580 | 1,111,580 |
| | Classified adjustment ........................................ | | [−10,000] |
| 060 | SPECIAL OPERATIONS COMMAND INTELLIGENCE .... | 1,328,201 | 1,328,201 |
| 070 | SPECIAL OPERATIONS COMMAND MAINTENANCE .... | 399,845 | 399,845 |
| 090 | SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT .. | 138,458 | 103,458 |
| | Projected underexecution—communications ........... | | [−35,000] |
| 100 | SPECIAL OPERATIONS COMMAND THEATER FORCES ............ | 808,729 | 1,308,729 |
| | Realignment from base ...................................... | | [500,000] |
| | **SUBTOTAL OPERATING FORCES** ................... | **3,825,313** | **4,280,313** |
| | **ADMIN & SRVWIDE ACTIVITIES** | | |
| 180 | DEFENSE CONTRACT AUDIT AGENCY ...................... | 1,810 | 1,810 |
| 200 | DEFENSE CONTRACT MANAGEMENT AGENCY ............ | 21,723 | 21,723 |
| 230 | DEFENSE INFORMATION SYSTEMS AGENCY ............. | 81,133 | 81,133 |
| 240 | DEFENSE INFORMATION SYSTEMS AGENCY—CYBER ............ | 3,455 | 3,455 |
| 270 | DEFENSE LEGAL SERVICES AGENCY ...................... | 196,124 | 196,124 |
| 290 | DEFENSE MEDIA ACTIVITY .................................. | 14,377 | 14,377 |
| 310 | DEFENSE SECURITY COOPERATION AGENCY ........... | 1,927,217 | 1,677,217 |
| | Security cooperation account, unjustified growth ........... | | [−37,030] |
| | Transfer from CTEF Iraq .................................. | | [100,000] |
| | Transfer of funds to Ukraine Security Assistance Initiative .......... | | [−250,000] |
| | Unjustified growth ........................................... | | [−62,970] |
| 380 | DEFENSE THREAT REDUCTION AGENCY .................. | 317,558 | 317,558 |
| 410 | DEPARTMENT OF DEFENSE EDUCATION ACTIVITY ............... | 31,620 | 31,620 |
| 460 | OFFICE OF THE SECRETARY OF DEFENSE .............. | 16,666 | 16,666 |
| 500 | WASHINGTON HEADQUARTERS SERVICES ............... | 6,331 | 6,331 |
| 505 | CLASSIFIED PROGRAMS ...................................... | 1,924,785 | 1,924,785 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** .............. | **4,542,799** | **4,292,799** |
| | **TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE** .......... | **8,368,112** | **8,573,112** |
| | **TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE** .......... | | **205,000** |
| | **UKRAINE SECURITY ASSISTANCE** | | |
| | **UKRAINE SECURITY ASSISTANCE** | | |
| 010 | UKRAINE SECURITY ASSISTANCE INITIATIVE ............... | | 300,000 |
| | Program increase ............................................. | | [50,000] |
| | Transfer of funds from Defense Security Cooperation Agency ....... | | [250,000] |
| | **SUBTOTAL UKRAINE SECURITY ASSISTANCE** ......... | | **300,000** |
| | **TOTAL UKRAINE SECURITY ASSISTANCE** .............. | | **300,000** |
| | **TOTAL OPERATION & MAINTENANCE** ...................... | **50,432,141** | **54,968,189** |

1 **SEC. 4303. OPERATION AND MAINTENANCE FOR EMER-**

2 **GENCY REQUIREMENTS.**

SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OPERATION & MAINTENANCE, NAVY** | | |
| | **OPERATING FORCES** | | |

WASHSTATEC013227

2127

### SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|------|------|-----------------|------------------------|
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 0 | 462,000 |
| | Earthquake damage repair | | [370,000] |
| | Navy Working Capital Fund earthquake recovery losses | | [92,000] |
| 280 | BASE OPERATING SUPPORT | 0 | 9,000 |
| | Earthquake damage recovery | | [9,000] |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **0** | **471,000** |
| | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS OPERATING FORCES** | | |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION | 0 | 6,000 |
| | Earthquake damage repair | | [6,000] |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **0** | **6,000** |
| | | | |
| | **OPERATION & MAINTENANCE, ANG OPERATING FORCES** | | |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 0 | 58,900 |
| | Hurricane recovery | | [58,900] |
| | **TOTAL OPERATION & MAINTENANCE, ANG** | **0** | **58,900** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE** | **0** | **535,900** |

# TITLE XLIV—MILITARY PERSONNEL

Sec. 4401. Military personnel.
Sec. 4402. Military personnel for overseas contingency operations.

## SEC. 4401. MILITARY PERSONNEL.

### SEC. 4401. MILITARY PERSONNEL
(In Thousands of Dollars)

| Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------------------------|
| Military Personnel Appropriations | 143,476,503 | 142,676,503 |
| Historical unobligated balances | | [−800,000] |
| Medicare-Eligible Retiree Health Fund Contributions | 7,816,815 | 7,816,815 |

## SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS.

### SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Item | FY 2020 Request | Conference Authorized |
|------|-----------------|------------------------|
| Military Personnel Appropriations | 4,485,808 | 4,485,808 |
| **Total, Military Personnel Appropriations** | **4,485,808** | **4,485,808** |

# TITLE XLV—OTHER AUTHORIZATIONS

Sec. 4501. Other authorizations.
Sec. 4502. Other authorizations for overseas contingency operations.

WASHSTATEC013228

2128

1  **SEC. 4501. OTHER AUTHORIZATIONS.**

| SEC. 4501. OTHER AUTHORIZATIONS (In Thousands of Dollars) | | |
|---|---|---|
| Program Title | FY 2020 Request | Conference Authorized |
| **WORKING CAPITAL FUND, ARMY** | | |
| INDUSTRIAL OPERATIONS | 57,467 | 57,467 |
| SUPPLY MANAGEMENT—ARMY | 32,130 | 32,130 |
| **TOTAL WORKING CAPITAL FUND, ARMY** | **89,597** | **89,597** |
| **WORKING CAPITAL FUND, AIR FORCE TRANSPORTATION** | | |
| SUPPLIES AND MATERIALS | 92,499 | 92,499 |
| **TOTAL WORKING CAPITAL FUND, AIR FORCE** | **92,499** | **92,499** |
| **WORKING CAPITAL FUND, DEFENSE-WIDE** | | |
| SUPPLY CHAIN MANAGEMENT—DEF | 49,085 | 49,085 |
| **TOTAL WORKING CAPITAL FUND, DEFENSE-WIDE** | **49,085** | **49,085** |
| **WORKING CAPITAL FUND, DECA** | | |
| WORKING CAPITAL FUND, DECA | 995,030 | 995,030 |
| **TOTAL WORKING CAPITAL FUND, DECA** | **995,030** | **995,030** |
| **WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY** | | |
| DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY | 200,000 | 200,000 |
| **TOTAL WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY** | **200,000** | **200,000** |
| **CHEM AGENTS & MUNITIONS DESTRUCTION** | | |
| OPERATION & MAINTENANCE | 107,351 | 107,351 |
| RDT&E | 875,930 | 875,930 |
| PROCUREMENT | 2,218 | 2,218 |
| **TOTAL CHEM AGENTS & MUNITIONS DESTRUCTION** | **985,499** | **985,499** |
| **DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | | |
| COUNTER-NARCOTICS SUPPORT | 581,739 | 532,818 |
| Realignment of National Guard Bureau funding | | [−30,921] |
| Unjustified growth | | [−18,000] |
| DRUG DEMAND REDUCTION PROGRAM | 120,922 | 120,922 |
| NATIONAL GUARD COUNTER-DRUG PROGRAM | 91,370 | 122,291 |
| Realignment of National Guard Bureau funding | | [30,921] |
| NATIONAL GUARD COUNTER-DRUG SCHOOLS | 5,371 | 5,371 |
| **TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | **799,402** | **781,402** |
| **OFFICE OF THE INSPECTOR GENERAL** | | |
| OFFICE OF THE INSPECTOR GENERAL | 359,022 | 359,022 |
| OFFICE OF THE INSPECTOR GENERAL—CYBER | 1,179 | 1,179 |
| OFFICE OF THE INSPECTOR GENERAL | 2,965 | 2,965 |
| OFFICE OF THE INSPECTOR GENERAL | 333 | 333 |
| **TOTAL OFFICE OF THE INSPECTOR GENERAL** | **363,499** | **363,499** |
| **DEFENSE HEALTH PROGRAM** | | |
| IN-HOUSE CARE | 9,570,615 | 9,320,615 |
| Unjustified growth | | [−250,000] |
| PRIVATE SECTOR CARE | 15,041,006 | 15,002,506 |
| Historical underexecution | | [−38,500] |
| CONSOLIDATED HEALTH SUPPORT | 1,975,536 | 1,986,536 |
| Wounded Warrior Service Dog program | | [11,000] |
| INFORMATION MANAGEMENT | 2,004,588 | 1,998,938 |
| Historical underexecution | | [−5,650] |
| MANAGEMENT ACTIVITIES | 333,246 | 333,246 |
| EDUCATION AND TRAINING | 793,810 | 793,310 |
| Other costs excess growth | | [−3,000] |
| Program increase—specialized medical pilot program | | [2,500] |
| BASE OPERATIONS/COMMUNICATIONS | 2,093,289 | 2,093,289 |
| R&D RESEARCH | 12,621 | 12,621 |
| R&D EXPLORATORY DEVELOPMENT | 84,266 | 84,266 |
| R&D ADVANCED DEVELOPMENT | 279,766 | 279,766 |
| R&D DEMONSTRATION/VALIDATION | 128,055 | 128,055 |
| R&D ENGINEERING DEVELOPMENT | 143,527 | 143,527 |
| R&D MANAGEMENT AND SUPPORT | 67,219 | 67,219 |
| R&D CAPABILITIES ENHANCEMENT | 16,819 | 16,819 |

WASHSTATEC013229

2129

### SEC. 4501. OTHER AUTHORIZATIONS
#### (In Thousands of Dollars)

| Program Title | FY 2020 Request | Conference Authorized |
|---|---|---|
| PROC INITIAL OUTFITTING | 26,135 | 26,135 |
| PROC REPLACEMENT & MODERNIZATION | 225,774 | 225,774 |
| PROC JOINT OPERATIONAL MEDICINE INFORMATION SYSTEM | 314 | 314 |
| PROC MILITARY HEALTH SYSTEM—DESKTOP TO DATACENTER | 73,010 | 73,010 |
| PROC DOD HEALTHCARE MANAGEMENT SYSTEM MODERNIZA-TION | 129,091 | 129,091 |
| **TOTAL DEFENSE HEALTH PROGRAM** | **32,998,687** | **32,715,037** |
| **TOTAL OTHER AUTHORIZATIONS** | **36,573,298** | **36,271,648** |

1 ## SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CON-
2 ## TINGENCY OPERATIONS.

### SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY OPERATIONS
#### (In Thousands of Dollars)

| Program Title | FY 2020 Request | Conference Authorized |
|---|---|---|
| **WORKING CAPITAL FUND, ARMY** | | |
| **INDUSTRIAL OPERATIONS** | | |
| SUPPLY MANAGEMENT—ARMY | 20,100 | 20,100 |
| **TOTAL WORKING CAPITAL FUND, ARMY** | **20,100** | **20,100** |
| **DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | | |
| COUNTER-NARCOTICS SUPPORT | 163,596 | 163,596 |
| **TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | **163,596** | **163,596** |
| **OFFICE OF THE INSPECTOR GENERAL** | | |
| OFFICE OF THE INSPECTOR GENERAL | 24,254 | 24,254 |
| **TOTAL OFFICE OF THE INSPECTOR GENERAL** | **24,254** | **24,254** |
| **DEFENSE HEALTH PROGRAM** | | |
| IN-HOUSE CARE | 57,459 | 57,459 |
| PRIVATE SECTOR CARE | 287,487 | 287,487 |
| CONSOLIDATED HEALTH SUPPORT | 2,800 | 2,800 |
| **TOTAL DEFENSE HEALTH PROGRAM** | **347,746** | **347,746** |
| **TOTAL OTHER AUTHORIZATIONS** | **555,696** | **555,696** |

3 # TITLE XLVI—MILITARY
4 # CONSTRUCTION

Sec. 4601. Military construction.
Sec. 4602. Military construction for overseas contingency operations.
Sec. 4603. Military construction for emergency requirements.

5 ## SEC. 4601. MILITARY CONSTRUCTION.

### SEC. 4601. MILITARY CONSTRUCTION
#### (In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | Alabama | | | |
| Army | Redstone Arsenal | Aircraft and Flight Equipment Building | 38,000 | 38,000 |
| | Colorado | | | |
| Army | Fort Carson | Company Operations Facility | 71,000 | 71,000 |
| | Georgia | | | |
| Army | Fort Gordon | Cyber Instructional Fac (Admin/Command) | 107,000 | 67,000 |
| Army | Hunter Army Airfield | Aircraft Maintenance Hangar | 62,000 | 62,000 |
| | Hawaii | | | |

WASHSTATEC013230

## 2130

### SEC. 4601. MILITARY CONSTRUCTION
#### (In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| Army | Fort Shafter | Command and Control Facility, Incr 5 ................. | 60,000 | 60,000 |
| | Honduras | | | |
| Army | Soto Cano Air Base | Aircraft Maintenance Hangar ......................... | 34,000 | 34,000 |
| | Kentucky | | | |
| Army | Fort Campbell | Automated Infantry Platoon Battle Course ........... | 7,100 | 7,100 |
| Army | Fort Campbell | Easements ........................................... | 3,200 | 3,200 |
| Army | Fort Campbell | General Purpose Maintenance Shop .................... | 51,000 | 51,000 |
| | Kwajalein | | | |
| Army | Kwajalein Atoll | Air Traffic Control Tower and Terminal ............. | 0 | 40,000 |
| | Massachusetts | | | |
| Army | U.S. Army Natick Soldier Systems Center | Human Engineering Lab ............................... | 50,000 | 50,000 |
| | Michigan | | | |
| Army | Detroit Arsenal | Substation .......................................... | 24,000 | 24,000 |
| | New York | | | |
| Army | Fort Drum | Railhead ............................................ | 0 | 21,000 |
| Army | Fort Drum | Unmanned Aerial Vehicle Hangar ...................... | 23,000 | 23,000 |
| | North Carolina | | | |
| Army | Fort Bragg | Dining Facility ..................................... | 12,500 | 12,500 |
| | Oklahoma | | | |
| Army | Fort Sill | Adv Individual Training Barracks Cplx, Ph2 .......... | 73,000 | 73,000 |
| | Pennsylvania | | | |
| Army | Carlisle Barracks | General Instruction Building ........................ | 98,000 | 60,000 |
| | South Carolina | | | |
| Army | Fort Jackson | Reception Complex, Ph2 .............................. | 54,000 | 54,000 |
| | Texas | | | |
| Army | Corpus Christi Army Depot | Powertrain Facility (Machine Shop) .................. | 86,000 | 86,000 |
| Army | Fort Hood | Barracks ............................................ | 32,000 | 32,000 |
| Army | Fort Hood | Vehicle Bridge ...................................... | 0 | 18,500 |
| | Virginia | | | |
| Army | Fort Belvoir | Secure Operations and Admin Facility ................ | 60,000 | 60,000 |
| Army | Joint Base Langley-Eustis | Adv Individual Training Barracks Cplx, Ph4 .......... | 55,000 | 55,000 |
| | Washington | | | |
| Army | Joint Base Lewis-McChord | Information Systems Facility ........................ | 46,000 | 46,000 |
| | Worldwide Unspecified | | | |
| Army | Unspecified Worldwide Locations | Child Development Centers ........................... | 0 | 27,000 |
| Army | Unspecified Worldwide Locations | Host Nation Support ................................. | 31,000 | 31,000 |
| Army | Unspecified Worldwide Locations | Planning and Design ................................. | 94,099 | 94,099 |
| Army | Unspecified Worldwide Locations | Unspecified Minor Construction ...................... | 70,600 | 70,600 |
| Army | Unspecified Worldwide Locations | Unspecified Worldwide Construction .................. | 211,000 | 0 |
| | | | | |
| **Military Construction, Army Total** | | ................. | **1,453,499** | **1,270,999** |
| | | | | |
| | Arizona | | | |
| Navy | Marine Corps Air Station Yuma | Bachelor Enlisted Quarters .......................... | 0 | 99,600 |
| Navy | Marine Corps Air Station Yuma | Hangar 95 Renovation & Addition ..................... | 90,160 | 90,160 |
| | Australia | | | |
| Navy | Darwin | Aircraft Parking Apron .............................. | 0 | 50,000 |
| | Bahrain Island | | | |
| Navy | SW Asia | Electrical System Upgrade ........................... | 53,360 | 0 |
| | California | | | |
| Navy | Camp Pendleton | 62 Area Mess Hall and Consolidated Warehouse ........ | 71,700 | 71,700 |
| Navy | Camp Pendleton | I MEF Consolidated Information Center ............... | 113,869 | 38,869 |
| Navy | Marine Corps Air Station Miramar | Child Development Center ............................ | 0 | 37,400 |
| Navy | Naval Air Weapons Station China Lake | Runway & Taxiway Extension .......................... | 64,500 | 64,500 |
| Navy | Naval Air Weapons Station China Lake | Unspecified Military Construction—Earthquake Damage Recovery. | 0 | 0 |
| Navy | Naval Base Coronado | Aircraft Paint Complex .............................. | 0 | 79,000 |
| Navy | Naval Base Coronado | Navy V-22 Hangar .................................... | 86,830 | 86,830 |
| Navy | Naval Base San Diego | Pier 8 Replacement (Inc) ............................ | 59,353 | 59,353 |
| Navy | Naval Base San Diego | PMO Facility Repair ................................. | 0 | 9,900 |
| Navy | Naval Weapons Station Seal Beach | Ammunition Pier ..................................... | 95,310 | 60,310 |
| Navy | Naval Weapons Station Seal Beach | Missile Magazine .................................... | 0 | 28,000 |
| Navy | Travis Air Force Base | Alert Force Complex ................................. | 64,000 | 64,000 |

WASHSTATEC013231

## 2131

### SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---------|-------------------------------|---------------|-----------------|----------------------|
| | Connecticut | | | |
| Navy | Naval Submarine Base New London | SSN Berthing Pier 32 .................. | 72,260 | 72,260 |
| | District of Columbia | | | |
| Navy | Naval Observatory | Master Time Clocks & Operations Fac (Inc) .......... | 75,600 | 20,000 |
| | Florida | | | |
| Navy | Blount Island | Police Station and EOC Facility ................ | 0 | 18,700 |
| Navy | Naval Air Station Jacksonville | Targeting & Surveillance Syst Prod Supp Fac ....... | 32,420 | 32,420 |
| | Guam | | | |
| Navy | Joint Region Marianas | Bachelor Enlisted Quarters H ............ | 164,100 | 34,100 |
| Navy | Joint Region Marianas | EOD Compound Facilities ............... | 61,900 | 61,900 |
| Navy | Joint Region Marianas | Machine Gun Range (Inc) ............... | 91,287 | 91,287 |
| | Hawaii | | | |
| Navy | Marine Corps Air Station Kaneohe Bay | Bachelor Enlisted Quarters .............. | 13,4050 | 65,490 |
| Navy | Naval Ammunition Depot West Loch | Magazine Consolidation, Phase 1 ............. | 53,790 | 53,790 |
| | Italy | | | |
| Navy | Naval Air Station Sigonella | Communications Station ................. | 77,400 | 0 |
| | Japan | | | |
| Navy | Fleet Activities Yokosuka | Pier 5 (Berths 2 and 3) ................ | 17,4692 | 100,000 |
| Navy | Marine Corps Air Station Iwakuni | VTOL Pad—South ..................... | 15,870 | 15,870 |
| | Maryland | | | |
| Navy | Saint Inigoes | Air Traffic Control Tower .............. | 0 | 15,000 |
| | North Carolina | | | |
| Navy | Camp Lejeune | 10th Marines Himars Complex ............ | 35,110 | 35,110 |
| Navy | Camp Lejeune | 2nd MARDIV/2nd MLG Ops Center Replacement .. | 60,130 | 60,130 |
| Navy | Camp Lejeune | 2nd Radio BN Complex, Phase 2 (Inc) ........ | 25,650 | 25,650 |
| Navy | Camp Lejeune | ACV-AAV Maintenance Facility Upgrades ...... | 11,570 | 11,570 |
| Navy | Camp Lejeune | II MEF Operations Center Replacement ....... | 12,2200 | 92,200 |
| Navy | Marine Corps Air Station Cherry Point | Aircraft Maintenance Hangar (Inc) ......... | 73,970 | 73,970 |
| Navy | Marine Corps Air Station Cherry Point | ATC Tower & Airfield Operations ......... | 61,340 | 61,340 |
| Navy | Marine Corps Air Station Cherry Point | F-35 Training and Simulator Facility ........ | 53,230 | 53,230 |
| Navy | Marine Corps Air Station Cherry Point | Flightline Utility Modernization (Inc) ........ | 51,860 | 51,860 |
| Navy | Marine Corps Air Station New River | CH-53K Cargo Loading Trainer ........... | 11,320 | 11,320 |
| | Pennsylvania | | | |
| Navy | Philadelphia | Machinery Control Development Center ........ | 0 | 74,630 |
| | South Carolina | | | |
| Navy | Parris Island | Range Improvements & Modernization Phase 3 ..... | 0 | 37,200 |
| | Utah | | | |
| Navy | Hill Air Force Base | D5 Missile Motor Receipt/Storage Fac (Inc) ....... | 50,520 | 50,520 |
| | Virginia | | | |
| Navy | Marine Corps Base Quantico | Wargaming Center ..................... | 143,350 | 33,350 |
| Navy | Naval Station Norfolk | Mariner Skills Training Center ............ | 79,100 | 79,100 |
| Navy | Naval Station Norfolk | MH-60 & CMV-22B Corrosion Control and Paint Facility. | 0 | 60,000 |
| Navy | Portsmouth Naval Shipyard | Dry Dock Flood Protection Improvements ...... | 48,930 | 48,930 |
| Navy | Yorktown Naval Weapons Station | NMC Ordnance Facilities Recapitalization Phase 1 | 0 | 59,000 |
| | Washington | | | |
| Navy | Bremerton | Dry Dock 4 & Pier 3 Modernization ......... | 51,010 | 51,010 |
| Navy | Keyport | Undersea Vehicle Maintenance Facility ....... | 25,050 | 25,050 |
| Navy | Naval Base Kitsap | Seawolf Service Pier Cost-to-Complete ........ | 0 | 48,000 |
| | Worldwide Unspecified | | | |
| Navy | Unspecified Worldwide Locations | Child Development Centers ............... | 0 | 62,400 |
| Navy | Unspecified Worldwide Locations | Planning and Design ................... | 167,715 | 167,715 |
| Navy | Unspecified Worldwide Locations | Unspecified Minor Construction ........... | 81,237 | 81,237 |
| | **Military Construction, Navy Total** .................. | | **2,805,743** | **2,774,961** |
| | Alaska | | | |
| AF | Eielson Air Force Base | F-35 AME Storage Facility ............... | 8,600 | 8,600 |
| | Arkansas | | | |
| AF | Little Rock Air Force Base | C-130H/J Fuselage Trainer Facility .......... | 47,000 | 47,000 |

WASHSTATEC013232

2132

**SEC. 4601. MILITARY CONSTRUCTION**
**(In Thousands of Dollars)**

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---------|-------------------------------|---------------|-----------------|----------------------|
| AF | Little Rock Air Force Base | Dormitory Cost-to-Complete ...................................... | 0 | 7,000 |
| | Australia | | | |
| AF | Tindal | APR—RAAF Tindal/Earth Covered Magazine ....... | 11,600 | 11,600 |
| AF | Tindal | APR-RAAF Tindal/Bulk Storage Tanks .................. | 59,000 | 59,000 |
| | California | | | |
| AF | Travis Air Force Base | ADAL Aerial Port Squadron Materiel Warehouse ... | 0 | 17,000 |
| AF | Travis Air Force Base | KC-46A Alter B181/B185/B187 Squad Ops/AMU | 6,600 | 6,600 |
| AF | Travis Air Force Base | KC-46A Regional Maintenance Training Facility ... | 19,500 | 19,500 |
| | Colorado | | | |
| AF | Peterson Air Force Base | SOCNORTH Theater Operational Support Facility | 0 | 54,000 |
| AF | Schriever Air Force Base | Consolidated Space Operations Facility .................. | 148,000 | 73,449 |
| AF | United States Air Force Academy | Consolidate Cadet Prep School Dormitory ............. | 0 | 49,000 |
| | Cyprus | | | |
| AF | Royal Air Force Akrotiri | New Dormitory for 1 ERS ....................................... | 27,000 | 27,000 |
| | Georgia | | | |
| AF | Moody Air Force Base | 41 RQS HH-60W Apron ........................................... | 0 | 12,500 |
| | Guam | | | |
| AF | Joint Region Mariana | Munitions Storage Igloos III .................................. | 65,000 | 65,000 |
| | Illinois | | | |
| AF | Scott Air Force Base | Joint Operations & Mission Planning Center .......... | 100,000 | 100,000 |
| | Japan | | | |
| AF | Yokota Air Base | Fuel Receipt & Distribution Upgrade .................... | 12,400 | 12,400 |
| | Jordan | | | |
| AF | Azraq | Air Traffic Control Tower ....................................... | 24,000 | 0 |
| AF | Azraq | Munitions Storage Area .......................................... | 42,000 | 0 |
| | Mariana Islands | | | |
| AF | Tinian | Airfield Development Phase 1 ................................. | 109,000 | 10,000 |
| AF | Tinian | Fuel Tanks W/ Pipeline/Hydrant System .............. | 109,000 | 10,000 |
| AF | Tinian | Parking Apron .......................................................... | 98,000 | 25,000 |
| | Maryland | | | |
| AF | Joint Base Andrews | Presidential Aircraft Recap Complex Inc 3 .......... | 86,000 | 86,000 |
| | Massachusetts | | | |
| AF | Hanscom Air Force Base | MIT-Lincoln Lab (West Lab CSL/MIF) Inc 2 ....... | 135,000 | 80,000 |
| | Missouri | | | |
| AF | Whiteman Air Force Base | Consolidated Vehicle Ops and MX Facility ............. | 0 | 27,000 |
| | Montana | | | |
| AF | Malmstrom Air Force Base | Weapons Storage and Maintenance Facility .......... | 235,000 | 59,000 |
| | Nevada | | | |
| AF | Nellis Air Force Base | 365th ISR Group Facility ....................................... | 57,000 | 57,000 |
| AF | Nellis Air Force Base | F-35 Munitions Maintenance Facilities Cost-to-Complete. | 0 | 3,100 |
| AF | Nellis Air Force Base | F-35A Munitions Assembly Conveyor Facility ....... | 8,200 | 8,200 |
| | New Mexico | | | |
| AF | Holloman Air Force Base | NC3 Support WRM Storage/Shipping Facility ........ | 0 | 20,000 |
| AF | Kirtland Air Force Base | Combat Rescue Helicopter Simulator (CRH) ADAL | 15,500 | 15,500 |
| AF | Kirtland Air Force Base | UH-1 Replacement Facility .................................... | 22,400 | 22,400 |
| | North Dakota | | | |
| AF | Minot Air Force Base | Helo/Trfops/AMU facility ....................................... | 5,500 | 5,500 |
| | Ohio | | | |
| AF | Wright-Patterson Air Force Base | ADAL Intelligence Prod. Complex (NASIC) Inc 2 .. | 120,900 | 120,900 |
| | Texas | | | |
| AF | Joint Base San Antonio | AFPC B-Wing ........................................................... | 0 | 36,000 |
| AF | Joint Base San Antonio | Aquatics Tank ......................................................... | 69,000 | 69,000 |
| AF | Joint Base San Antonio | BMT Recruit Dormitory 8 ....................................... | 110,000 | 110,000 |
| AF | Joint Base San Antonio | T-X ADAL Ground Based Trng Sys (GBTS) Sim .. | 9,300 | 9,300 |
| AF | Joint Base San Antonio | T-X MX Trng Sys Centralized Trng Fac .............. | 19,000 | 19,000 |
| | United Kingdom | | | |
| AF | Royal Air Force Lakenheath | F-35A PGM Facility ................................................ | 14,300 | 14,300 |
| | Utah | | | |
| AF | Hill Air Force Base | GBSD Mission Integration Facility ........................ | 108,000 | 33,000 |

WASHSTATEC013233

2133

**SEC. 4601. MILITARY CONSTRUCTION**
**(In Thousands of Dollars)**

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| AF | Hill Air Force Base | Joint Advanced Tactical Missile Storage Fac ......... | 6,500 | 6,500 |
| | Washington | | | |
| AF | Fairchild Air Force Base | Consolidated TFI Base Operations ......................... | 31,000 | 31,000 |
| AF | Fairchild Air Force Base | SERE Pipeline Dormitory Cost-to-Complete ........ | 0 | 4,800 |
| | Worldwide Unspecified | | | |
| AF | Unspecified Worldwide Locations | Child Development Centers .................................... | 0 | 31,500 |
| AF | Various Worldwide Locations | Planning and Design ............................................ | 142,148 | 142,148 |
| AF | Various Worldwide Locations | Unspecified Minor Construction ............................... | 79,682 | 79,682 |
| | Wyoming | | | |
| AF | F. E. Warren Air Force Base | Consolidated Helo/TRF Ops/AMU and Alert Fac ... | 18,100 | 18,100 |
| | **Military Construction, Air Force Total** .......................................................... | | **2,179,230** | **1,723,579** |
| | California | | | |
| Def-Wide | Beale Air Force Base | Hydrant Fuel System Replacement .......................... | 33,700 | 33,700 |
| Def-Wide | Camp Pendleton | Ambul Care Center/Dental Clinic Replacement ....... | 17,700 | 17,700 |
| Def-Wide | Mountain View—63 RSC | Install Microgrid Controller, 750 Kw PV, and 750 Kwh Battery Storage. | 0 | 9,700 |
| Def-Wide | Naval Air Weapons Station China Lake | Energy Storage System ............................................ | 0 | 8,950 |
| Def-Wide | NSA Monterey | Cogeneration Plant at B236 .................................... | 0 | 10,540 |
| | CONUS Classified | | | |
| Def-Wide | Classified Location | Battalion Complex, Ph 3 ........................................ | 82,200 | 82,200 |
| | Florida | | | |
| Def-Wide | Eglin Air Froce Base | SOF Combined Squadron Ops Facility ..................... | 16,500 | 16,500 |
| Def-Wide | Hurlburt Field | SOF AMU & Weapons Hangar ................................. | 72,923 | 72,923 |
| Def-Wide | Hurlburt Field | SOF Combined Squadron Operations Facility ......... | 16,513 | 16,513 |
| Def-Wide | Hurlburt Field | SOF Maintenance Training Facility ......................... | 18,950 | 18,950 |
| Def-Wide | Naval Air Station Key West | SOF Watercraft Maintenance Facility ..................... | 16,000 | 16,000 |
| | Germany | | | |
| Def-Wide | Geilenkirchen Air Base | Ambulatory Care Center/Dental Clinic ................... | 30,479 | 30,479 |
| Def-Wide | Ramstein | Landstuhl Elementary School ................................. | 0 | 66,800 |
| | Guam | | | |
| Def-Wide | Joint Region Mariana | Xray Wharf Refueling Facility ............................... | 19,200 | 19,200 |
| Def-Wide | Naval Base Guam | NSA Andersen Smart Grid and ICS Infrastructure | 0 | 16,970 |
| | Hawaii | | | |
| Def-Wide | Joint Base Pearl Harbor-Hickam | Install 500kw Covered Parking PV System & Electric Vehicle Charging Stations B479. | 0 | 4,000 |
| Def-Wide | Joint Base Pearl Harbor-Hickam | SOF Undersea Operational Training Facility .......... | 67,700 | 67,700 |
| | Japan | | | |
| Def-Wide | Yokosuka | Kinnick High School Inc 2 ...................................... | 130,386 | 0 |
| Def-Wide | Yokota Air Base | Bulk Storage Tanks PH1 ........................................ | 116,305 | 20,000 |
| Def-Wide | Yokota Air Base | Pacific East District Superintendent's Office ......... | 20,106 | 20,106 |
| | Maryland | | | |
| Def-Wide | Bethesda Naval Hospital | MEDCEN Addition/Altertion Incr 3 ......................... | 96,900 | 33,000 |
| Def-Wide | Fort Detrick | Medical Research Acquisition Building .................. | 27,846 | 27,846 |
| Def-Wide | Fort Meade | NSAW Recapitalize Building #3 Inc 2 ..................... | 426,000 | 426,000 |
| Def-Wide | NSA Bethesda | Chiller 3–9 Replacement ........................................ | 0 | 13,840 |
| Def-Wide | South Potomac | IH Water Project—CBIRF/IHEODTD/Housing .... | 0 | 18,460 |
| | Mississippi | | | |
| Def-Wide | Columbus Air Force Base | Fuel Facilities Replacement .................................. | 16,800 | 16,800 |
| | Missouri | | | |
| Def-Wide | Fort Leonard Wood | Hospital Replacement Incr 2 ................................... | 50,000 | 50,000 |
| Def-Wide | St. Louis | Next NGA West (N2W) Complex Phase 2 Inc 2 ... | 218,800 | 118,800 |
| | New Mexico | | | |
| Def-Wide | White Sands Missile Range | Install Microgrid, 700kw PV, 150 Kw Generator, and Batteries. | 0 | 5,800 |
| | North Carolina | | | |
| Def-Wide | Camp Lejeune | SOF Marine Raider Regiment HQ ........................... | 13,400 | 13,400 |
| Def-Wide | Fort Bragg | SOF Assessment and Selection Training Complex .. | 12,103 | 12,103 |
| Def-Wide | Fort Bragg | SOF Human Platform-Force Generation Facility ... | 43,000 | 43,000 |
| Def-Wide | Fort Bragg | SOF Operations Support Bldg ................................. | 29,000 | 29,000 |
| | Oklahoma | | | |
| Def-Wide | Tulsa IAP | Fuels Storage Complex ........................................... | 18,900 | 18,900 |
| | Rhode Island | | | |
| Def-Wide | Quonset State Airport | Fuels Storage Complex Replacement ..................... | 11,600 | 11,600 |
| | South Carolina | | | |
| Def-Wide | Joint Base Charleston | Medical Consolidated Storage & Distrib Center ....... | 33,300 | 33,300 |

WASHSTATEC013234

2134

**SEC. 4601. MILITARY CONSTRUCTION**
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | South Dakota | | | |
| Def-Wide | Ellsworth Air Force Base | Hydrant Fuel System Replacement | 24,800 | 24,800 |
| | Texas | | | |
| Def-Wide | Camp Swift | Install Microgrid, 650KW OV, & 500 KW Generator. | 0 | 4,500 |
| Def-Wide | Fort Hood | Install a Central Energy Plant | 0 | 16,500 |
| | Virginia | | | |
| Def-Wide | Defense Distribution Depot Richmond | Operations Center Phase 2 | 98,800 | 33,000 |
| Def-Wide | Joint Expeditionary Base Little Creek—Fort Story | SOF NSWG–10 Operations Support Facility | 32,600 | 32,600 |
| Def-Wide | Joint Expeditionary Base Little Creek—Fort Story | SOF NSWG2 JSOTF Ops Training Facility | 13,004 | 13,004 |
| Def-Wide | NRO Headquarters | Intergration System Upgrades | 0 | 66 |
| Def-Wide | Pentagon | Backup Generator | 8,670 | 8,670 |
| Def-Wide | Pentagon | Control Tower & Fire Day Station | 20,132 | 20,132 |
| Def-Wide | Training Center Dam Neck | SOF Demolition Training Compound Expansion | 12,770 | 12,770 |
| | Washington | | | |
| Def-Wide | Joint Base Lewis-McChord | SOF 22 STS Operations Facility | 47,700 | 47,700 |
| Def-Wide | Naval Base Kitsap | Keyport Main Substation Replacement | 0 | 23,670 |
| | Wisconsin | | | |
| Def-Wide | Gen Mitchell IAP | POL Facilities Replacement | 25,900 | 25,900 |
| | Worldwide Classified | | | |
| Def-Wide | Classified Location | Mission Support Compound | 52,000 | 52,000 |
| | Worldwide Unspecified | | | |
| Def-Wide | Unspecified Worldwide Locations | Contingency Construction | 10,000 | 0 |
| Def-Wide | Unspecified Worldwide Locations | Energy Resilience and Conserv. Invest. Prog. | 150,000 | 150,000 |
| Def-Wide | Unspecified Worldwide Locations | ERCIP Design | 10,000 | 10,000 |
| Def-Wide | Unspecified Worldwide Locations | Exercise Related Minor Construction | 11,770 | 11,770 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 15,000 | 15,000 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 29,679 | 29,679 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 35,472 | 35,472 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 4,890 | 4,890 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 14,400 | 14,400 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 3,000 | 3,000 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 31,464 | 31,464 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 3,228 | 3,228 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 10,000 | 10,000 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 8,000 | 8,000 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 4,950 | 4,950 |
| Def-Wide | Various Worldwide Locations | Planning and Design | 52,532 | 52,532 |
| Def-Wide | Various Worldwide Locations | Planning and Design | 63,382 | 63,382 |
| Def-Wide | Various Worldwide Locations | Planning and Design | 27,000 | 27,000 |
| Def-Wide | Various Worldwide Locations | Planning and Design: Military Installation Resiliency. | 0 | 30,000 |
| Def-Wide | Various Worldwide Locations | Unspecified Minor Construction | 10,000 | 10,000 |
| Def-Wide | Various Worldwide Locations | Unspecified Minor Construction | 16,736 | 16,736 |
| | **Military Construction, Defense-Wide Total** | | **2,504,190** | **2,267,595** |
| NATO | Worldwide Unspecified NATO Security Investment Program | NATO Security Investment Program | 144,040 | 144,040 |

WASHSTATEC013235

**SEC. 4601. MILITARY CONSTRUCTION**
**(In Thousands of Dollars)**

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **NATO Security Investment Program Total** .................. | **144,040** | **144,040** |
| | Alabama | | | |
| Army NG | Anniston Army Depot | Enlisted Transient Barracks ........................... | 0 | 34,000 |
| Army NG | Foley | National Guard Readiness Center ................... | 12,000 | 12,000 |
| | California | | | |
| Army NG | Camp Roberts | Automated Multipurpose Machine Gun Range ....... | 12,000 | 12,000 |
| | Idaho | | | |
| Army NG | Orchard Combat Training Center | Railroad Tracks ......................................... | 29,000 | 29,000 |
| | Maryland | | | |
| Army NG | Havre de Grace | Combined Support Maintenance Shop ............... | 12,000 | 12,000 |
| | Massachusetts | | | |
| Army NG | Camp Edwards | Automated Multipurpose Machine Gun Range ....... | 9,700 | 9,700 |
| | Minnesota | | | |
| Army NG | New Ulm | National Guard Vehicle Maintenance Shop ......... | 11,200 | 11,200 |
| | Mississippi | | | |
| Army NG | Camp Shelby | Automated Multipurpose Machine Gun Range ....... | 8,100 | 8,100 |
| | Missouri | | | |
| Army NG | Springfield | National Guard Readiness Center ................... | 12,000 | 12,000 |
| | Nebraska | | | |
| Army NG | Bellevue | National Guard Readiness Center ................... | 29,000 | 29,000 |
| | New Hampshire | | | |
| Army NG | Concord | National Guard Readiness Center ................... | 5,950 | 5,950 |
| | New York | | | |
| Army NG | Jamaica Armory | National Guard Readiness Center ................... | 0 | 91,000 |
| | Pennsylvania | | | |
| Army NG | Moon Township | Combined Support Maintenance Shop ............... | 23,000 | 23,000 |
| | Vermont | | | |
| Army NG | Jericho | General Instruction Building ......................... | 0 | 30,000 |
| | Washington | | | |
| Army NG | Richland | National Guard Readiness Center ................... | 11,400 | 11,400 |
| | Worldwide Unspecified | | | |
| Army NG | Unspecified Worldwide Locations | Planning and Design ................................... | 20,469 | 20,469 |
| Army NG | Unspecified Worldwide Locations | Unspecified Minor Construction ...................... | 15,000 | 15,000 |
| | | **Military Construction, Army National Guard Total** ........ | **210,819** | **365,819** |
| | Delaware | | | |
| Army Res | Newark | Army Reserve Center/BMA ........................... | 21,000 | 21,000 |
| | Wisconsin | | | |
| Army Res | Fort McCoy | Transient Training Barracks ......................... | 25,000 | 25,000 |
| | Worldwide Unspecified | | | |
| Army Res | Unspecified Worldwide Locations | Planning and Design ................................... | 6,000 | 6,000 |
| Army Res | Unspecified Worldwide Locations | Unspecified Minor Construction ...................... | 8,928 | 8,928 |
| | | **Military Construction, Army Reserve Total** .................. | **60,928** | **60,928** |
| | Louisiana | | | |
| N/MC Res | New Orleans | Entry Control Facility Upgrades ..................... | 25,260 | 25,260 |
| | Worldwide Unspecified | | | |
| N/MC Res | Unspecified Worldwide Locations | Planning and Design ................................... | 4,780 | 4,780 |
| N/MC Res | Unspecified Worldwide Locations | Unspecified Minor Construction ...................... | 24,915 | 24,915 |
| | | **Military Construction, Naval Reserve Total** .................. | **54,955** | **54,955** |
| | California | | | |
| Air NG | Moffett Air National Guard Base | Fuels/Corrosion Control Hanger and Shops .......... | 0 | 57,000 |
| | Georgia | | | |
| Air NG | Savannah/Hilton Head IAP | Consolidated Joint Air Dominance Hangar/Shops ... | 24,000 | 24,000 |
| | Missouri | | | |
| Air NG | Rosecrans Memorial Airport | C-130 Flight Simulator Facility ..................... | 9,500 | 9,500 |
| | Puerto Rico | | | |
| Air NG | Luis Munoz-Marin IAP | Communications Facility .............................. | 12,500 | 12,500 |
| Air NG | Luis Munoz-Marin IAP | Maintenance Hangar ................................... | 37,500 | 36,000 |
| | Wisconsin | | | |
| Air NG | Truax Field | F-35 Simulator Facility .............................. | 14,000 | 14,000 |
| Air NG | Truax Field | Fighter Alert Shelters ................................ | 20,000 | 20,000 |

WASHSTATEC013236

2136

**SEC. 4601. MILITARY CONSTRUCTION**
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | Worldwide Unspecified | | | |
| Air NG | Unspecified Worldwide Locations | Unspecified Minor Construction | 31,471 | 31,471 |
| Air NG | Various Worldwide Locations | Planning and Design | 17,000 | 17,000 |
| **Military Construction, Air National Guard Total** | | | **165,971** | **221,471** |
| | Georgia | | | |
| AF Res | Robins Air Force Base | Consolidated Mission Complex Phase 3 | 43,000 | 43,000 |
| | Maryland | | | |
| AF Res | Joint Base Andrews | AES Training Admin Facility | 0 | 15,000 |
| | Minnesota | | | |
| AF Res | Minneapolis-St.paul IAP | Aerial Port Facility | 0 | 9,800 |
| | Worldwide Unspecified | | | |
| AF Res | Unspecified Worldwide Locations | Planning and Design | 4,604 | 4,604 |
| AF Res | Unspecified Worldwide Locations | Unspecified Minor Construction | 12,146 | 12,146 |
| **Military Construction, Air Force Reserve Total** | | | **59,750** | **84,550** |
| | Germany | | | |
| FH Con Army | Baumholder | Family Housing Improvements | 29,983 | 29,983 |
| | Korea | | | |
| FH Con Army | Camp Humphreys | Family Housing New Construction Incr 4 | 83,167 | 83,167 |
| | Pennsylvania | | | |
| FH Con Army | Tobyhanna Army Depot | Family Housing Replacement Construction | 19,000 | 19,000 |
| | Worldwide Unspecified | | | |
| FH Con Army | Unspecified Worldwide Locations | Family Housing P & D | 9,222 | 14,222 |
| **Family Housing Construction, Army Total** | | | **141,372** | **146,372** |
| | Worldwide Unspecified | | | |
| FH Ops Army | Unspecified Worldwide Locations | Furnishings | 24,027 | 24,027 |
| FH Ops Army | Unspecified Worldwide Locations | Housing Privitization Support | 18,627 | 63,627 |
| FH Ops Army | Unspecified Worldwide Locations | Leasing | 128,938 | 128,938 |
| FH Ops Army | Unspecified Worldwide Locations | Maintenance | 81,065 | 135,798 |
| FH Ops Army | Unspecified Worldwide Locations | Management | 38,898 | 38,898 |
| FH Ops Army | Unspecified Worldwide Locations | Miscellaneous | 484 | 484 |
| FH Ops Army | Unspecified Worldwide Locations | Services | 10,156 | 10,156 |
| FH Ops Army | Unspecified Worldwide Locations | Utilities | 55712 | 55712 |
| **Family Housing Operation And Maintenance, Army Total** | | | **357,907** | **457,640** |
| | Worldwide Unspecified | | | |
| FH Con Navy | Unspecified Worldwide Locations | Construction Improvements | 41,798 | 41,798 |
| FH Con Navy | Unspecified Worldwide Locations | Planning & Design | 3,863 | 3,863 |
| FH Con Navy | Unspecified Worldwide Locations | USMC DPRI/Guam Planning and Design | 2,000 | 2,000 |
| **Family Housing Construction, Navy And Marine Corps Total** | | | **47,661** | **47,661** |
| | Worldwide Unspecified | | | |
| FH Ops Navy | Unspecified Worldwide Locations | Furnishings | 19,009 | 19,009 |
| FH Ops Navy | Unspecified Worldwide Locations | Housing Privatization Support | 21,975 | 81,575 |
| FH Ops Navy | Unspecified Worldwide Locations | Leasing | 64,126 | 64,126 |
| FH Ops Navy | Unspecified Worldwide Locations | Maintenance | 82,611 | 137,344 |
| FH Ops Navy | Unspecified Worldwide Locations | Management | 50,122 | 50,122 |
| FH Ops Navy | Unspecified Worldwide Locations | Miscellaneous | 151 | 151 |

WASHSTATEC013237

**SEC. 4601. MILITARY CONSTRUCTION**
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---------|-------------------------------|---------------|-----------------|----------------------|
| FH Ops Navy | Unspecified Worldwide Locations | Services ................................ | 16,647 | 16,647 |
| FH Ops Navy | Unspecified Worldwide Locations | Utilities ................................ | 63,229 | 63,229 |
| | **Family Housing Operation And Maintenance, Navy And Marine Corps Total.** | | **317,870** | **432,203** |
| | *Germany* | | | |
| FH Con AF | Spangdahlem Air Base | Construct Deficit Military Family Housing ............ | 53,584 | 53,584 |
| | *Worldwide Unspecified* | | | |
| FH Con AF | Unspecified Worldwide Locations | Construction Improvements ................................ | 46,638 | 46,638 |
| FH Con AF | Unspecified Worldwide Locations | Planning & Design ................................ | 3,409 | 3,409 |
| | **Family Housing Construction, Air Force Total** ................................ | | **103,631** | **103,631** |
| | *Worldwide Unspecified* | | | |
| FH Ops AF | Unspecified Worldwide Locations | Furnishings ................................ | 30,283 | 30,283 |
| FH Ops AF | Unspecified Worldwide Locations | Housing Privatization ................................ | 22,593 | 53,793 |
| FH Ops AF | Unspecified Worldwide Locations | Leasing ................................ | 15,768 | 15,768 |
| FH Ops AF | Unspecified Worldwide Locations | Maintenance ................................ | 117,704 | 172,437 |
| FH Ops AF | Unspecified Worldwide Locations | Management ................................ | 56,022 | 56,022 |
| FH Ops AF | Unspecified Worldwide Locations | Miscellaneous ................................ | 2,144 | 2,144 |
| FH Ops AF | Unspecified Worldwide Locations | Services ................................ | 7,770 | 7,770 |
| FH Ops AF | Unspecified Worldwide Locations | Utilities ................................ | 42,732 | 42,732 |
| | **Family Housing Operation And Maintenance, Air Force Total** ................................ | | **295,016** | **380,949** |
| | *Worldwide Unspecified* | | | |
| FH Ops DW | Unspecified Worldwide Locations | Furnishings ................................ | 82 | 82 |
| FH Ops DW | Unspecified Worldwide Locations | Furnishings ................................ | 645 | 645 |
| FH Ops DW | Unspecified Worldwide Locations | Leasing ................................ | 12,906 | 12,906 |
| FH Ops DW | Unspecified Worldwide Locations | Leasing ................................ | 39,222 | 39,222 |
| FH Ops DW | Unspecified Worldwide Locations | Maintenance ................................ | 32 | 32 |
| FH Ops DW | Unspecified Worldwide Locations | Utilities ................................ | 13 | 13 |
| FH Ops DW | Unspecified Worldwide Locations | Utilities ................................ | 4,100 | 4,100 |
| | **Family Housing Operation And Maintenance, Defense-Wide Total** ................................ | | **57,000** | **57,000** |
| | *Worldwide Unspecified* | | | |
| FHIF | Unspecified Worldwide Locations | Administrative Expenses—FHIF ................................ | 3,045 | 3,045 |
| | **DOD Family Housing Improvement Fund Total** ................................ | | **3,045** | **3,045** |
| | *Worldwide Unspecified* | | | |
| UHIF | Unspecified Worldwide Locations | Administrative Expenses—UHIF ................................ | 500 | 500 |
| | **Unaccompanied Housing Improvement Fund Total** ................................ | | **500** | **500** |
| | *Worldwide Unspecified* | | | |
| BRAC | Worldwide Unspecified Locations | Base Realignment and Closure ................................ | 66,111 | 94,111 |
| | **Base Realignment and Closure—Army Total** ................................ | | **66,111** | **94,111** |
| | *Worldwide Unspecified* | | | |
| BRAC | Unspecified Worldwide Locations | Base Realignment & Closure ................................ | 158,349 | 216,349 |

WASHSTATEC013238

2138

**SEC. 4601. MILITARY CONSTRUCTION**
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---------|-------------------------------|---------------|-----------------|----------------------|
| | **Base Realignment and Closure—Navy Total** ............................................ | | **158,349** | **216,349** |
| BRAC | Worldwide Unspecified Unspecified Worldwide Locations | Dod BRAC Activities—Air Force ............................ | 54,066 | 82,066 |
| | **Base Realignment and Closure—Air Force Total** ....................................... | | **54,066** | **82,066** |
| PYS | Prior Year Savings Prior Year Savings | Prior Year Savings ............................................... | 0 | −64685 |
| | **Prior Year Savings Total** ..................................................................... | | **0** | **−64,685** |
| | **Total, Military Construction** ................................................................. | | **11,241,653** | **10,925,739** |

1   **SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CON-**

2               **TINGENCY OPERATIONS.**

**SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS**
(In Thousands of Dollars)

| Service | State/Country and Installation | Project | FY 2020 Request | Conference Authorized |
|---------|-------------------------------|---------|-----------------|----------------------|
| | Guantanamo Bay, Cuba | | | |
| Army | Guantanamo Bay Naval Station | OCO: Communications Facility ............................... | 22,000 | 22,000 |
| Army | Guantanamo Bay Naval Station | OCO: Detention Legal Office and Comms Ctr ................. | 11,800 | 11,800 |
| Army | Guantanamo Bay Naval Station | OCO: High Value Detention Facility ......................... | 88,500 | 0 |
| | Worldwide Unspecified | | | |
| Army | Unspecified Worldwide Locations | EDI/OCO Planning and Design ............................... | 19,498 | 19,498 |
| Army | Unspecified Worldwide Locations | EDI: Bulk Fuel Storage ...................................... | 36,000 | 36,000 |
| Army | Unspecified Worldwide Locations | EDI: Information Systems Facility ........................... | 6,200 | 6,200 |
| Army | Unspecified Worldwide Locations | EDI: Minor Construction ..................................... | 5,220 | 5,220 |
| Army | Unspecified Worldwide Locations | Unspecified Worldwide Construction ......................... | 9,200,000 | 0 |
| Army | Various Worldwide Locations | EDI: Various Worldwide Locations Europe ................... | 0 | 36,212 |
| | Military Construction, Army Total ............................................................... | | 9,389,218 | 136,930 |
| | Bahrain | | | |
| Navy | SW Asia | Electrical System Upgrade .................................... | 0 | 53,360 |
| | Italy | | | |
| Navy | Sigonella | Communications Station ...................................... | 0 | 77,400 |
| | Spain | | | |
| Navy | Rota | EDI: In-Transit Munitions Facility ........................... | 9,960 | 9,960 |
| Navy | Rota | EDI: Joint Mobility Center ................................... | 46,840 | 46,840 |
| Navy | Rota | EDI: Small Craft Berthing Facility .......................... | 12,770 | 12,770 |
| | Worldwide Unspecified | | | |
| Navy | Unspecified Worldwide Locations | Planning and Design ......................................... | 25,000 | 25,000 |
| Navy | Various Worldwide Locations | EDI: Various Worldwide Locations Europe ................... | 0 | 36,211 |
| | Military Construction, Navy Total ............................................................... | | 94,570 | 261,541 |
| | Iceland | | | |
| AF | Keflavik | EDI: Airfield Upgrades—Dangerous Cargo Pad ............ | 18,000 | 18,000 |
| AF | Keflavik | EDI: Beddown Site Prep ..................................... | 7,000 | 7,000 |
| AF | Keflavik | EDI: Expand Parking Apron .................................. | 32,000 | 32,000 |
| | Jordan | | | |
| AF | Azraq | Air Traffic Control Tower .................................... | 0 | 24,000 |
| AF | Azraq | Munitions Storage Area ...................................... | 0 | 42,000 |
| | Spain | | | |
| AF | Moron | EDI: Hot Cargo Pad .......................................... | 8,500 | 8,500 |
| | Worldwide Unspecified | | | |
| AF | Unspecified | Planning & Design ........................................... | 0 | 60,000 |

WASHSTATEC013239

2139

### SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS
#### (In Thousands of Dollars)

| Service | State/Country and Installation | Project | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| AF | Unspecified Worldwide Locations | EDI: ECAOS DABS/FEV EMEDS Storage | 107,000 | 107,000 |
| AF | Unspecified Worldwide Locations | EDI: Hot Cargo Pad | 29,000 | 29,000 |
| AF | Unspecified Worldwide Locations | EDI: Munitions Storage Area | 39,000 | 39,000 |
| AF | Various Worldwide Locations | EDI: Various Worldwide Locations Europe | 0 | 36,211 |
| AF | Various Worldwide Locations | EDI: P&D | 61,438 | 61,438 |
| AF | Various Worldwide Locations | EDI: UMMC | 12,800 | 12,800 |
| | Military Construction, Air Force Total | | 314,738 | 476,949 |
| Def-Wide | Germany Gemersheim | EDI: Logistics Distribution Center Annex | 46,000 | 46,000 |
| | Military Construction, Defense-Wide Total | | 46,000 | 46,000 |
| | **Total, Military Construction** | | **9,844,526** | **921,420** |

1  2

# SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS.

### SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS
#### (In Thousands of Dollars)

| Service | State/Country and Installation | Project | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| Navy | California Naval Air Weapons Station China Lake | Planning and Design | 0 | 89,320 |
| Navy | Naval Air Weapons Station China Lake | Hanger 3 Replacement, Apron, Taxiway & Utilities for RDT&E. | 0 | 514,600 |
| Navy | Naval Air Weapons Station China Lake | Aircraft Parking Apron in Support of Hanger 2 Replacement. | 0 | 50,800 |
| Navy | Naval Air Weapons Station China Lake | Michelson Mission Systems Intergration Laboratory | 0 | 202,340 |
| Navy | Naval Air Weapons Station China Lake | Magazines & Inert Storage Facility | 0 | 138,930 |
| Navy | Naval Air Weapons Station China Lake | Air Operations Facility & Air Traffic Control Tower | 0 | 70,900 |
| Navy | Naval Air Weapons Station China Lake | Community Support Facilities | 0 | 85,790 |
| Navy | North Carolina Camp Lejeune | Courthouse Bay Fire Station Replacement | 0 | 21,336 |
| Navy | Camp Lejeune | Hadnot Point Fire Station Replacement | 0 | 21,931 |
| Navy | Camp Lejeune | Hadnot Point Mess Hall Replacement | 0 | 66,623 |
| Navy | Camp Lejeune | II MEF Simulation/Training Center Replacement | 0 | 74,487 |
| Navy | Camp Lejeune | LOGCOM CSP Warehouse Replacement | 0 | 35,874 |
| Navy | Camp Lejeune | LSSS Facility Replacement | 0 | 26,815 |
| Navy | Camp Lejeune | MC Advisor Battalion HQS Replacement | 0 | 30,109 |
| Navy | Camp Lejeune | MCCSSS Log Ops School | 0 | 179,617 |
| Navy | Camp Lejeune | MCES Applied Instruction Facility Replacement | 0 | 95,599 |
| Navy | Camp Lejeune | NCIS Facilities Replacement | 0 | 22,594 |
| Navy | Camp Lejeune | PMO Facility Replacement | 0 | 34,718 |
| Navy | Camp Lejeune | WTBN Headquarters Replacement | 0 | 18,644 |
| Navy | MCAS Cherry Point | Physical Security Compliance | 0 | 52,300 |
| Navy | MCAS Cherry Point | BT–11 Range Operations Center Replacement | 0 | 14,251 |
| Navy | MCAS New River | C–12W Aircraft Maintenance Hangar Replacement | 0 | 36,295 |
| Navy | MCAS New River | Bachelor Enlisted Quarters Replacement | 0 | 62,104 |
| Navy | MCAS New River | CNATT Classroom Building Replacement | 0 | 114,706 |
| Navy | MCAS New River | CH–53K Maintenance Hangar Replacement | 0 | 252,717 |
| | Military Construction, Navy Total | | 0 | 2,312,800 |
| AF | Florida Tyndall Air Force Base | 325th Fighting Wing HQ Facility | 0 | 38,000 |
| AF | Tyndall Air Force Base | Aerospace & Operational Physiology Facility | 0 | 12,000 |
| AF | Tyndall Air Force Base | Aircraft MX Fuel Cell Hangar | 0 | 37,000 |
| AF | Tyndall Air Force Base | Aircraft Wash Rack | 0 | 9,100 |
| AF | Tyndall Air Force Base | Airfield Drainage | 0 | 144,000 |
| AF | Tyndall Air Force Base | Auxiliary Ground Equipment Facility | 0 | 22,000 |

WASHSTATEC013240

**SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS**
(In Thousands of Dollars)

| Service | State/Country and Installation | Project | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| AF | Tyndall Air Force Base | Chapel | 0 | 26,000 |
| AF | Tyndall Air Force Base | Community Commons Facility | 0 | 64,000 |
| AF | Tyndall Air Force Base | Deployment Center/Flight Line Dining/AAFES | 0 | 43,000 |
| AF | Tyndall Air Force Base | Dorm Complex Phase 1 | 0 | 145,000 |
| AF | Tyndall Air Force Base | Dorm Complex Phase 2 | 0 | 131,000 |
| AF | Tyndall Air Force Base | Emergency Management, EOC, Alt CP | 0 | 20,000 |
| AF | Tyndall Air Force Base | Flightline—Muns Storage, 7000 Area | 0 | 36,000 |
| AF | Tyndall Air Force Base | Lodging Facilities Phase 1 | 0 | 90,000 |
| AF | Tyndall Air Force Base | Lodging Facilities Phase 2 | 0 | 89,000 |
| AF | Tyndall Air Force Base | Operations Group/Maintenance Group HQ | 0 | 24,000 |
| AF | Tyndall Air Force Base | Ops/Aircraft Maintenance Unit/Hangar #2 | 0 | 74,000 |
| AF | Tyndall Air Force Base | Ops/Aircraft Maintenance Unit/Hangar #3 | 0 | 75,000 |
| AF | Tyndall Air Force Base | OSS/Radar Approach Control Facility | 0 | 37,000 |
| AF | Tyndall Air Force Base | Planning and Design | 0 | 52,400 |
| AF | Tyndall Air Force Base | Security Forces Mobility Storage Facility | 0 | 6,700 |
| AF | Tyndall Air Force Base | Simulator Facility | 0 | 38,000 |
| AF | Tyndall Air Force Base | Site Development, Utilities & Demo Phase 2 | 0 | 141,000 |
| AF | Tyndall Air Force Base | Small Arms Range | 0 | 26,000 |
| AF | Tyndall Air Force Base | Special Purpose Vehicle Maintenance | 0 | 20,000 |
| AF | Tyndall Air Force Base | Tyndall AFB Gate Complexes | 0 | 75,000 |
| AF | Tyndall Air Force Base | Weapons Load Training Hangar | 0 | 25,000 |
| | Nebraska | | | |
| AF | Offutt Air Force Base | Emergency Power Microgrid | 0 | 43,000 |
| AF | Offutt Air Force Base | Flightline Hangars Campus | 0 | 10,000 |
| AF | Offutt Air Force Base | Lake Campus | 0 | 6,000 |
| AF | Offutt Air Force Base | Logistics Readiness Squadron Campus | 0 | 18,500 |
| AF | Offutt Air Force Base | Security Campus | 0 | 63,000 |
| | Virginia | | | |
| AF | Joint Base Langley-Eustis | Dormitory | 0 | 31,000 |
| | Military Construction, Air Force Total | | 0 | 1,671,700 |
| | North Carolina | | | |
| Def-Wide | Camp Lejeune | Ambulatory Care Center (Camp Geiger) | 0 | 17,821 |
| Def-Wide | Camp Lejeune | Ambulatory Care Center (Camp Johnson) | 0 | 27,492 |
| Def-Wide | Camp Lejeune | MARSOC ITC Team Facility Replacement | 0 | 30,000 |
| | Military Construction, Defense-Wide Total | | 0 | 75,313 |
| | Louisiana | | | |
| Army NG | Pineville | National Guard Readiness Center | 0 | 16,500 |
| | Nebraska | | | |
| Army NG | Ashland | Training Site, Various Facilities | 0 | 35,000 |
| Army NG | Ashland | Flood Control Levee/Floodwall | 0 | 8,500 |
| | Military Construction, Army National Guard Total | | 0 | 60,000 |
| | **Total, Military Construction** | | **0** | **4,119,813** |

# TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

Sec. 4701. Department of Energy national security programs.

## SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS.

**SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS**
(In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|

**Discretionary Summary By Appropriation**
 **Energy And Water Development, And Related Agencies**
  **Appropriation Summary:**

WASHSTATEC013241

2141

### SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
#### (In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| **Energy Programs** | | |
| Nuclear Energy | 137,808 | 137,808 |
| | | |
| **Atomic Energy Defense Activities** | | |
| **National nuclear security administration:** | | |
| Weapons activities | 12,408,603 | 12,444,780 |
| Defense nuclear nonproliferation | 1,993,302 | 2,020,814 |
| Naval reactors | 1,648,396 | 1,633,396 |
| Federal salaries and expenses | 434,699 | 434,699 |
| **Total, National nuclear security administration** | **16,485,000** | **16,533,689** |
| | | |
| **Environmental and other defense activities:** | | |
| Defense environmental cleanup | 5,506,501 | 5,527,732 |
| Other defense activities | 1,035,339 | 885,839 |
| Defense nuclear waste disposal | 26,000 | 0 |
| **Total, Environmental & other defense activities** | **6,567,840** | **6,413,571** |
| **Total, Atomic Energy Defense Activities** | **23,052,840** | **22,947,260** |
| **Total, Discretionary Funding** | **23,190,648** | **23,085,068** |
| | | |
| **Nuclear Energy** | | |
| Idaho sitewide safeguards and security | 137,808 | 137,808 |
| **Total, Nuclear Energy** | **137,808** | **137,808** |
| | | |
| **Weapons Activities** | | |
| **Directed stockpile work** | | |
| **Life extension programs and major alterations** | | |
| B61–12 Life extension program | 792,611 | 792,611 |
| W76–2 Modification program | 10,000 | 10,000 |
| W88 Alt 370 | 304,186 | 304,186 |
| W80–4 Life extension program | 898,551 | 898,551 |
| W87–1 Modification Program (formerly IW1) | 112,011 | 112,011 |
| **Total, Life extension programs and major alterations** | **2,117,359** | **2,117,359** |
| | | |
| **Stockpile systems** | | |
| B61 Stockpile systems | 71,232 | 71,232 |
| W76 Stockpile systems | 89,804 | 89,804 |
| W78 Stockpile systems | 81,299 | 81,299 |
| W80 Stockpile systems | 85,811 | 85,811 |
| B83 Stockpile systems | 51,543 | 51,543 |
| W87 Stockpile systems | 98,262 | 98,262 |
| W88 Stockpile systems | 157,815 | 157,815 |
| **Total, Stockpile systems** | **635,766** | **635,766** |
| | | |
| **Weapons dismantlement and disposition** | | |
| Operations and maintenance | 47,500 | 47,500 |
|     **Program increase** | | |
| | | |
| **Stockpile services** | | |
| Production support | 543,964 | 543,964 |
| Research and development support | 39,339 | 39,339 |
| R&D certification and safety | 236,235 | 236,235 |
| Management, technology, and production | 305,000 | 305,000 |
| **Total, Stockpile services** | **1,124,538** | **1,124,538** |
| | | |
| **Strategic materials** | | |
| Uranium sustainment | 94,146 | 94,146 |
| Plutonium sustainment | 712,440 | 712,440 |
| Tritium sustainment | 269,000 | 269,000 |
| Lithium sustainment | 28,800 | 28,800 |
| Domestic uranium enrichment | 140,000 | 140,000 |
| Strategic materials sustainment | 256,808 | 256,808 |
| **Total, Strategic materials** | **1,501,194** | **1,501,194** |
| **Total, Directed stockpile work** | **5,426,357** | **5,426,357** |
| | | |
| **Research, development, test and evaluation (RDT&E)** | | |
| **Science** | | |
| Advanced certification | 57,710 | 57,710 |
| Primary assessment technologies | 95,169 | 95,169 |
| Dynamic materials properties | 133,800 | 133,800 |
| Advanced radiography | 32,544 | 32,544 |

WASHSTATEC013242

2142

**SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS**
(In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| Secondary assessment technologies | 77,553 | 77,553 |
| Academic alliances and partnerships | 44,625 | 44,625 |
| Enhanced Capabilities for Subcritical Experiments | 145,160 | 145,160 |
| **Total, Science** | **586,561** | **586,561** |
| **Engineering** | | |
| Enhanced surety | 46,500 | 46,500 |
| Delivery Environments (formerly Weapons Systems Engineering Assessment Technology) | 35,945 | 35,945 |
| Nuclear survivability | 53,932 | 53,932 |
| Enhanced surveillance | 57,747 | 57,747 |
| Stockpile Responsiveness | 39,830 | 80,630 |
| Program expansion | | [40,800] |
| **Total, Engineering** | **233,954** | **274,754** |
| **Inertial confinement fusion ignition and high yield** | | |
| Ignition and Other Stockpile Programs | 55,649 | 55,649 |
| Diagnostics, cryogenics and experimental support | 66,128 | 66,128 |
| Pulsed power inertial confinement fusion | 8,571 | 8,571 |
| Joint program in high energy density laboratory plasmas | 12,000 | 12,000 |
| Facility operations and target production | 338,247 | 343,247 |
| Program increase | | [5,000] |
| **Total, Inertial confinement fusion and high yield** | **480,595** | **485,595** |
| **Advanced simulation and computing** | | |
| Advanced simulation and computing | 789,849 | 789,849 |
| **Construction:** | | |
| 18–D–620, Exascale Computing Facility Modernization Project, LLNL | 50,000 | 50,000 |
| **Total, Construction** | **50,000** | **50,000** |
| **Total, Advanced simulation and computing** | **839,849** | **839,849** |
| **Advanced manufacturing** | | |
| Additive manufacturing | 18,500 | 18,500 |
| Component manufacturing development | 48,410 | 52,000 |
| UFR list—technology maturation | | [3,590] |
| Process technology development | 69,998 | 69,998 |
| **Total, Advanced manufacturing** | **136,908** | **140,498** |
| **Total, RDT&E** | **2,277,867** | **2,327,257** |
| **Infrastructure and operations** | | |
| Operations of facilities | 905,000 | 905,000 |
| Safety and environmental operations | 119,000 | 119,000 |
| Maintenance and repair of facilities | 456,000 | 456,000 |
| **Recapitalization:** | | |
| Infrastructure and safety | 447,657 | 447,657 |
| Capability based investments | 135,341 | 135,341 |
| **Total, Recapitalization** | **582,998** | **582,998** |
| **Construction:** | | |
| 19–D–670, 138kV Power Transmission System Replacement, NNSS | 6,000 | 6,000 |
| 18–D–690, Lithium Processing Facility, Y–12 (formerly Lithium Production Capability, Y–12) | 32,000 | 32,000 |
| 18–D–650, Tritium Finishing Facility, SRS | 27,000 | 27,000 |
| 17–D–640, U1a Complex Enhancements Project, NNSS | 35,000 | 35,000 |
| 15–D–612, Emergency Operations Center, LLNL | 5,000 | 5,000 |
| 15–D–611, Emergency Operations Center, SNL | 4,000 | 4,000 |
| 15–D–301, HE Science & Engineering Facility, PX | 123,000 | 123,000 |
| 06–D–141 Uranium processing facility Y–12, Oak Ridge, TN | 745,000 | 745,000 |
| 04–D–125, Chemistry and Metallurgy Research Replacement Project, LANL | 168,444 | 168,444 |
| **Total, Construction** | **1,145,444** | **1,145,444** |
| **Total, Infrastructure and operations** | **3,208,442** | **3,208,442** |
| **Secure transportation asset** | | |
| Operations and equipment | 209,502 | 209,502 |
| Program direction | 107,660 | 107,660 |
| **Total, Secure transportation asset** | **317,162** | **317,162** |
| **Defense nuclear security** | | |

WASHSTATEC013243

2143

## SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
### (In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| Operations and maintenance | 778,213 | 765,000 |
| Excess to need | | [–13,213] |
| **Total, Defense nuclear security** | **778,213** | **765,000** |
| Information technology and cybersecurity | 309,362 | 309,362 |
| Legacy contractor pensions | 91,200 | 91,200 |
| **Total, Weapons Activities** | **12,408,603** | **12,444,780** |
| **Defense Nuclear Nonproliferation** | | |
| **Defense Nuclear Nonproliferation Programs** | | |
| **Global material security** | | |
| International nuclear security | 48,839 | 48,839 |
| Domestic radiological security | 90,513 | 90,513 |
| International radiological security | 60,827 | 78,907 |
| Secure additional radiologic materials | | [18,080] |
| Nuclear smuggling detection and deterrence | 142,171 | 142,171 |
| **Total, Global material security** | **342,350** | **360,430** |
| **Material management and minimization** | | |
| HEU reactor conversion | 114,000 | 99,000 |
| Program decrease | | [–15,000] |
| Nuclear material removal | 32,925 | 32,925 |
| Material disposition | 186,608 | 186,608 |
| **Total, Material management & minimization** | **333,533** | **318,533** |
| Nonproliferation and arms control | 137,267 | 137,267 |
| Defense nuclear nonproliferation R&D | 495,357 | 499,789 |
| Additional verification and detection effort | | [4,432] |
| **Nonproliferation Construction:** | | |
| 18–D–150 Surplus Plutonium Disposition Project | 79,000 | 79,000 |
| 99–D–143 Mixed Oxide (MOX) Fuel Fabrication Facility, SRS | 220,000 | 220,000 |
| Low-enriched uranium research and development | 0 | 20,000 |
| Program increase | | [20,000] |
| **Total, Nonproliferation construction** | **299,000** | **299,000** |
| **Total, Defense Nuclear Nonproliferation Programs** | **1,607,507** | **1,635,019** |
| Legacy contractor pensions | 13,700 | 13,700 |
| Nuclear counterterrorism and incident response program | 372,095 | 372,095 |
| DPRK phased denuclearization long-term monitoring and verification | 0 | |
| **Total, Defense Nuclear Nonproliferation** | **1,993,302** | **2,020,814** |
| **Naval Reactors** | | |
| Naval reactors development | 531,205 | 516,205 |
| Unjustified growth | | [–15,000] |
| Columbia-Class reactor systems development | 75,500 | 75,500 |
| S8G Prototype refueling | 155,000 | 155,000 |
| Naval reactors operations and infrastructure | 553,591 | 553,591 |
| **Construction:** | | |
| 20–D–931, KL Fuel Development Laboratory | 23,700 | 23,700 |
| 19–D–930, KS Overhead Piping | 20,900 | 20,900 |
| 14–D–901 Spent fuel handling recapitalization project, NRF | 238,000 | 238,000 |
| **Total, Construction** | **282,600** | **282,600** |
| Program direction | 50,500 | 50,500 |
| **Total, Naval Reactors** | **1,648,396** | **1,633,396** |
| **Federal Salaries And Expenses** | | |
| Program direction | 434,699 | 434,699 |
| **Total, Office Of The Administrator** | **434,699** | **434,699** |
| **Defense Environmental Cleanup** | | |
| **Closure sites:** | | |
| Closure sites administration | 4,987 | 4,987 |
| **Richland:** | | |
| River corridor and other cleanup operations | 139,750 | 139,750 |

WASHSTATEC013244

2144

### SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| Central plateau remediation .................................................. | 472,949 | 522,949 |
| Program increase ......................................................... | | [50,000] |
| Richland community and regulatory support ............................. | 5,121 | 5,121 |
| **Construction:** | | |
| 18–D–404 WESF Modifications and Capsule Storage .................. | 11,000 | 11,000 |
| **Total, Construction** | **11,000** | **11,000** |
| **Total, Hanford site** | **628,820** | **678,820** |
| | | |
| **Office of River Protection:** | | |
| Waste Treatment Immobilization Plant Commissioning ................ | 15,000 | 15,000 |
| Rad liquid tank waste stabilization and disposition ................. | 677,460 | 705,460 |
| Program increase ......................................................... | | [28,000] |
| **Construction:** | | |
| 18–D–16 Waste treatment and immobilization plant—LBL/Direct feed LAW .................................................................. | 640,000 | 640,000 |
| 01–D–16 D, High-level waste facility ............................... | 30,000 | 25,000 |
| Program decrease ......................................................... | | [–5,000] |
| 01–D–16 E—Pretreatment Facility .................................... | 20,000 | 15,000 |
| Program decrease ......................................................... | | [–5,000] |
| **Total, Construction** | **690,000** | **680,000** |
| | | |
| ORP Low-level waste offsite disposal ................................. | 10,000 | 10,000 |
| | | |
| **Total, Office of River Protection** .................................. | **1,392,460** | **1,410,460** |
| | | |
| **Idaho National Laboratory:** | | |
| Idaho cleanup and waste disposition ................................. | 331,354 | 331,354 |
| Idaho community and regulatory support ............................. | 3,500 | 3,500 |
| **Total, Idaho National Laboratory** | **334,854** | **334,854** |
| | | |
| **NNSA sites and Nevada off-sites** | | |
| Lawrence Livermore National Laboratory ............................. | 1,727 | 1,727 |
| LLNL Excess facilities D&D ............................................. | 128,000 | 55,000 |
| Program decrease ......................................................... | | [–73,000] |
| **Nuclear facility D & D** | | |
| Separations Process Research Unit .................................... | 15,300 | 15,300 |
| Nevada .................................................................... | 60,737 | 60,737 |
| Sandia National Laboratories .......................................... | 2,652 | 2,652 |
| Los Alamos National Laboratory ...................................... | 195,462 | 195,462 |
| **Total, NNSA sites and Nevada off-sites** ......................... | **403,878** | **330,878** |
| | | |
| **Oak Ridge Reservation:** | | |
| OR Nuclear facility D & D .............................................. | 93,693 | 93,693 |
| **Total, OR Nuclear facility D & D** | **93,693** | **93,693** |
| | | |
| U233 Disposition Program ............................................... | 45,000 | 45,000 |
| | | |
| **OR cleanup and waste disposition** | | |
| OR cleanup and disposition ............................................. | 82,000 | 82,000 |
| **Construction:** | | |
| 17–D–401 On-site waste disposal facility ........................... | 15,269 | 10,000 |
| Program decrease ......................................................... | | [–5,269] |
| 14–D–403 Outfall 200 Mercury Treatment Facility ................. | 49,000 | 49,000 |
| **Total, Construction** | **64,269** | **59,000** |
| **Total, OR cleanup and waste disposition** ......................... | **146,269** | **141,000** |
| | | |
| OR community & regulatory support .................................... | 4,819 | 4,819 |
| OR technology development and deployment ......................... | 3,000 | 3,000 |
| **Total, Oak Ridge Reservation** ...................................... | **292,781** | **287,512** |
| | | |
| **Savannah River Sites:** | | |
| **Savannah River risk management operations** | | |
| Savannah River risk management operations ........................ | 490,613 | 515,613 |
| **Construction:** | | |
| 18–D–402, Emergency Operations Center ............................ | 6,792 | 6,792 |
| **Total, risk management operations** | **497,405** | **522,405** |
| | | |
| SR community and regulatory support ................................. | 4,749 | 11,249 |
| Radioactive liquid tank waste stabilization and disposition ....... | 797,706 | 797,706 |
| **Construction:** | | |

WASHSTATEC013245

2145

### SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
#### (In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| 20–D–402 Advanced Manufacturing Collaborative Facility (AMC) | 50,000 | 50,000 |
| 20–D–401 Saltstone Disposal Unit #10, 11, 12 | 500 | 500 |
| 19–D–701 SR Security sytem replacement | 0 | |
| 18–D–402 Saltstone Disposal Unit #8/9 | 51,750 | 51,750 |
| 17–D–402 Saltstone Disposal Unit #7 | 40,034 | 40,034 |
| 05–D–405 Salt waste processing facility, Savannah River Site | 20,988 | 20,988 |
| **Total, Construction** | **163,272** | **163,272** |
| **Total, Savannah River site** | **1,463,132** | **1,494,632** |
| | | |
| **Waste Isolation Pilot Plant** | | |
| Waste Isolation Pilot Plant | 299,088 | 299,088 |
| **Construction:** | | |
| 15–D–411 Safety significant confinement ventilation system, WIPP | 58,054 | 58,054 |
| 15–D–412 Exhaust shaft, WIPP | 34,500 | 34,500 |
| **Total, Construction** | **92,554** | **92,554** |
| **Total, Waste Isolation Pilot Plant** | **391,642** | **391,642** |
| | | |
| Program direction | 278,908 | 278,908 |
| Program support | 12,979 | 12,979 |
| **Safeguards and Security** | | |
| Safeguards and Security | 317,622 | 317,622 |
| **Total, Safeguards and Security** | **317,622** | **317,622** |
| | | |
| Use of prior year balances | –15,562 | –15,562 |
| **Total, Defense Environmental Cleanup** | **5,506,501** | **5,527,732** |
| | | |
| **Other Defense Activities** | | |
| **Environment, health, safety and security** | | |
| Environment, health, safety and security | 139,628 | 139,628 |
| Program direction | 72,881 | 72,881 |
| **Total, Environment, Health, Safety and Security** | **212,509** | **212,509** |
| | | |
| **Independent enterprise assessments** | | |
| Independent enterprise assessments | 24,068 | 24,068 |
| Program direction | 57,211 | 54,711 |
| Non-defense function realignment | | [–2,500] |
| **Total, Independent enterprise assessments** | **81,279** | **78,779** |
| | | |
| Specialized security activities | 254,578 | 254,578 |
| **Office of Legacy Management** | | |
| Legacy management | 283,767 | 142,767 |
| Program decrease | | [–141,000] |
| Program direction | 19,262 | 19,262 |
| **Total, Office of Legacy Management** | **303,029** | **162,029** |
| | | |
| **Defense related administrative support** | | |
| Chief financial officer | 54,538 | 54,538 |
| Chief information officer | 124,554 | 118,554 |
| Program decrease | | [–6,000] |
| **Total, Defense related administrative support** | **179,092** | **173,092** |
| | | |
| Office of Hearings and Appeals | 4,852 | 4,852 |
| **Subtotal, Other Defense Activities** | **1,035,339** | **885,839** |
| **Total, Other Defense Activities** | **1,035,339** | **885,839** |
| | | |
| **Defense Nuclear Waste Disposal** | | |
| Yucca Mountain and interim storage | 26,000 | 0 |
| Program cut | 0 | [–26,000] |
| **Total, Defense Nuclear Waste Disposal** | **26,000** | **0** |

WASHSTATEC013246

2146

# DIVISION E—INTELLIGENCE AU-THORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020

**SECTION 5001. SHORT TITLE.**

This division may be cited as the "Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019, and 2020".

**SEC. 5002. SUBDIVISIONS AND TABLE OF CONTENTS.**

(a) DIVISIONS.—This division is organized into two subdivisions as follows:

(1) Subdivision 1—Intelligence Authorizations for Fiscal Year 2020.

(2) Subdivision 2—Intelligence Authorizations for Fiscal Years 2018 and 2019.

(b) TABLE OF CONTENTS.—The table of contents for this division is as follows:

DIVISION E—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020

Sec. 5001. Short title.
Sec. 5002. Subdivisions and table of contents.
Sec. 5003. Definitions.

SUBDIVISION 1—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEAR 2020

Sec. 5100. Table of contents.

TITLE LI—INTELLIGENCE ACTIVITIES

Sec. 5101. Authorization of appropriations.
Sec. 5102. Classified schedule of authorizations.
Sec. 5103. Intelligence community management account.

TITLE LII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 5201. Authorization of appropriations.

WASHSTATEC013247

2147

### TITLE LIII—INTELLIGENCE COMMUNITY MATTERS

#### Subtitle A—General Intelligence Community Matters

Sec. 5301. Restriction on conduct of intelligence activities.
Sec. 5302. Increase in employee compensation and benefits authorized by law.
Sec. 5303. Expansion of scope of protections for identities of covert agents.
Sec. 5304. Required counterintelligence assessments, briefings, notifications, and reports.
Sec. 5305. Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.
Sec. 5306. Intelligence community public-private talent exchange.
Sec. 5307. Assessment of contracting practices to identify certain security and counterintelligence concerns.

#### Subtitle B—Office of the Director of National Intelligence

Sec. 5321. Establishment of Climate Security Advisory Council.
Sec. 5322. Foreign Malign Influence Response Center.
Sec. 5323. Encouragement of cooperative actions to detect and counter foreign influence operations.
Sec. 5324. Transfer of National Intelligence University to the Office of the Director of National Intelligence.

#### Subtitle C—Inspector General of the Intelligence Community

Sec. 5331. Definitions.
Sec. 5332. Inspector General external review panel.
Sec. 5333. Harmonization of whistleblower processes and procedures.
Sec. 5334. Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.
Sec. 5335. Report on cleared whistleblower attorneys.

#### Subtitle D—Central Intelligence Agency

Sec. 5341. Clarification of certain authority of the Central Intelligence Agency.

### TITLE LIV—SECURITY CLEARANCES

Sec. 5401. Improving visibility into the security clearance process.
Sec. 5402. Making certain policies and execution plans relating to personnel clearances available to industry partners.

### TITLE LV—MATTERS RELATING TO FOREIGN COUNTRIES

#### Subtitle A—Matters Relating to Russia

Sec. 5501. Annual reports on influence operations and campaigns in the United States by the Russian Federation.
Sec. 5502. Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.
Sec. 5503. Assessments of intentions of political leadership of the Russian Federation.

#### Subtitle B—Matters Relating to China

Sec. 5511. Annual reports on influence operations and campaigns in the United States by the Communist Party of China.

WASHSTATEC013248

2148

Sec. 5512. Report on repression of ethnic Muslim minorities in the Xinjiang region of the People's Republic of China.
Sec. 5513. Report on efforts by People's Republic of China to influence election in Taiwan.

Subtitle C—Matters Relating to Other Countries

Sec. 5521. Sense of Congress and report on Iranian efforts in Syria and Lebanon.
Sec. 5522. Assessments regarding the Northern Triangle and Mexico.

TITLE LVI—FEDERAL EFFORTS AGAINST DOMESTIC TERRORISM

Sec. 5601. Definitions.
Sec. 5602. Strategic intelligence assessment of and reports on domestic terrorism.

TITLE LVII—REPORTS AND OTHER MATTERS

Subtitle A—Reports and Briefings

Sec. 5701.  Modification of requirements for submission to Congress of certain reports.
Sec. 5702. Increased transparency regarding counterterrorism budget of the United States.
Sec. 5703. Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.
Sec. 5704. Collection, analysis, and dissemination of workforce data.
Sec. 5705. Plan for strengthening the supply chain intelligence function.
Sec. 5706. Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.
Sec. 5707. Report by Director of National Intelligence on fifth-generation wireless network technology.
Sec. 5708. Report on use by intelligence community of facial recognition technology.
Sec. 5709. Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.
Sec. 5710. Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.
Sec. 5711. Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning.
Sec. 5712. Report on best practices to protect privacy and civil liberties of Chinese Americans.
Sec. 5713. Oversight of foreign influence in academia.
Sec. 5714. Report on death of Jamal Khashoggi.
Sec. 5715. Report on terrorist screening database.
Sec. 5716. Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.
Sec. 5717. Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.
Sec. 5718. Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.

Subtitle B—Other Matters

WASHSTATEC013249

2149

Sec. 5721. Whistleblower disclosures to Congress and committees of Congress.
Sec. 5722. Task force on illicit financing of espionage and foreign influence operations.
Sec. 5723. Establishment of fifth-generation technology prize competition.
Sec. 5724. Establishment of deepfakes prize competition.
Sec. 5725. Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.
Sec. 5726. Securing energy infrastructure.

SUBDIVISION 2—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018 AND 2019

Sec. 6100. Table of contents.

TITLE LXI—INTELLIGENCE ACTIVITIES

Sec. 6101. Authorization of appropriations.
Sec. 6102. Intelligence Community Management Account.

TITLE LXII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 6201. Authorization of appropriations.
Sec. 6202. Computation of annuities for employees of the Central Intelligence Agency.

TITLE LXIII—GENERAL INTELLIGENCE COMMUNITY MATTERS

Sec. 6301. Restriction on conduct of intelligence activities.
Sec. 6302. Increase in employee compensation and benefits authorized by law.
Sec. 6303. Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions.
Sec. 6304. Modification of appointment of Chief Information Officer of the Intelligence Community.
Sec. 6305. Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule.
Sec. 6306. Supply Chain and Counterintelligence Risk Management Task Force.
Sec. 6307. Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and entities.
Sec. 6308. Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack.
Sec. 6309. Elimination of sunset of authority relating to management of supply-chain risk.
Sec. 6310. Limitations on determinations regarding certain security classifications.
Sec. 6311. Joint Intelligence Community Council.
Sec. 6312. Intelligence community information technology environment.
Sec. 6313. Report on development of secure mobile voice solution for intelligence community.
Sec. 6314. Policy on minimum insider threat standards.
Sec. 6315. Submission of intelligence community policies.
Sec. 6316. Expansion of intelligence community recruitment efforts.

WASHSTATEC013250

2150

## TITLE LXIV—MATTERS RELATING TO ELEMENTS OF THE INTELLIGENCE COMMUNITY

### Subtitle A—Office of the Director of National Intelligence

Sec. 6401. Authority for protection of current and former employees of the Office of the Director of National Intelligence.
Sec. 6402. Designation of the program manager-information-sharing environment.
Sec. 6403. Technical modification to the executive schedule.
Sec. 6404. Chief Financial Officer of the Intelligence Community.
Sec. 6405. Chief Information Officer of the Intelligence Community.

### Subtitle B—Central Intelligence Agency

Sec. 6411. Central Intelligence Agency subsistence for personnel assigned to austere locations.
Sec. 6412. Special rules for certain monthly workers' compensation payments and other payments for Central Intelligence Agency personnel.
Sec. 6413. Expansion of security protective service jurisdiction of the Central Intelligence Agency.
Sec. 6414. Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.

### Subtitle C—Office of Intelligence and Counterintelligence of Department of Energy

Sec. 6421. Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.
Sec. 6422. Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.

### Subtitle D—Other Elements

Sec. 6431. Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.
Sec. 6432. Notice not required for private entities.
Sec. 6433. Establishment of advisory board for National Reconnaissance Office.
Sec. 6434. Collocation of certain Department of Homeland Security personnel at field locations.

## TITLE LXV—ELECTION MATTERS

Sec. 6501. Report on cyber attacks by foreign governments against United States election infrastructure.
Sec. 6502. Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.
Sec. 6503. Assessment of foreign intelligence threats to Federal elections.
Sec. 6504. Strategy for countering Russian cyber threats to United States elections.
Sec. 6505. Assessment of significant Russian influence campaigns directed at foreign elections and referenda.
Sec. 6506. Information sharing with State election officials.
Sec. 6507. Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.
Sec. 6508. Designation of counterintelligence officer to lead election security matters.

WASHSTATEC013251

2151

## TITLE LXVI—SECURITY CLEARANCES

Sec. 6601. Definitions.
Sec. 6602. Reports and plans relating to security clearances and background investigations.
Sec. 6603. Improving the process for security clearances.
Sec. 6604. Goals for promptness of determinations regarding security clearances.
Sec. 6605. Security Executive Agent.
Sec. 6606. Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.
Sec. 6607. Report on clearance in person concept.
Sec. 6608. Reports on reciprocity for security clearances inside of departments and agencies.
Sec. 6609. Intelligence community reports on security clearances.
Sec. 6610. Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.
Sec. 6611. Information-sharing program for positions of trust and security clearances.
Sec. 6612. Report on protections for confidentiality of whistleblower-related communications.
Sec. 6613. Reports on costs of security clearance background investigations.

## TITLE LXVII—REPORTS AND OTHER MATTERS

### Subtitle A—Matters Relating to Russia and Other Foreign Powers

Sec. 6701. Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.
Sec. 6702. Assessment of threat finance relating to Russia.
Sec. 6703. Notification of an active measures campaign.
Sec. 6704. Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.
Sec. 6705. Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.
Sec. 6706. Expansion of scope of committee to counter active measures.

### Subtitle B—Reports

Sec. 6711. Technical correction to Inspector General study.
Sec. 6712. Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.
Sec. 6713. Review of intelligence community whistleblower matters.
Sec. 6714. Report on role of Director of National Intelligence with respect to certain foreign investments.
Sec. 6715. Report on surveillance by foreign governments against United States telecommunications networks.
Sec. 6716. Biennial report on foreign investment risks.
Sec. 6717. Modification of certain reporting requirement on travel of foreign diplomats.
Sec. 6718. Semiannual reports on investigations of unauthorized disclosures of classified information.
Sec. 6719. Congressional notification of designation of covered intelligence officer as persona non grata.

WASHSTATEC013252

Sec. 6720. Reports on intelligence community participation in vulnerabilities equities process of Federal Government.

Sec. 6721. Inspectors General reports on classification.

Sec. 6722. Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.

Sec. 6723. Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.

Sec. 6724. Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.

Sec. 6725. Reports on intelligence community loan repayment and related programs.

Sec. 6726. Repeal of certain reporting requirements.

Sec. 6727. Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.

Sec. 6728. Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.

Sec. 6729. Intelligence assessment of North Korea revenue sources.

Sec. 6730. Report on possible exploitation of virtual currencies by terrorist actors.

Subtitle C—Other Matters

Sec. 6741. Public Interest Declassification Board.

Sec. 6742. Technical and clerical amendments to the National Security Act of 1947.

Sec. 6743. Bug bounty programs.

Sec. 6744. Technical amendments related to the Department of Energy.

Sec. 6745. Sense of Congress on notification of certain disclosures of classified information.

Sec. 6746. Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States.

Sec. 6747. Sense of Congress on WikiLeaks.

## SEC. 5003. DEFINITIONS.

In this division:

(1) CONGRESSIONAL INTELLIGENCE COMMITTEES.—The term "congressional intelligence committees" has the meaning given such term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

(2) INTELLIGENCE COMMUNITY.—The term "intelligence community" has the meaning given

WASHSTATEC013253

2153

1    such term in section 3 of the National Security Act

2    of 1947 (50 U.S.C. 3003).

# SUBDIVISION 1—INTELLIGENCE AUTHORIZATIONS FOR FIS-CAL YEAR 2020

## SEC. 5100. TABLE OF CONTENTS.

7    The table of contents for this subdivision is as fol-

8    lows:

Sec. 5100.  Table of contents.

TITLE LI—INTELLIGENCE ACTIVITIES

Sec. 5101.  Authorization of appropriations.
Sec. 5102.  Classified schedule of authorizations.
Sec. 5103.  Intelligence community management account.

TITLE LII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND
DISABILITY SYSTEM

Sec. 5201.  Authorization of appropriations.

TITLE LIII—INTELLIGENCE COMMUNITY MATTERS

Subtitle A—General Intelligence Community Matters

Sec. 5301.  Restriction on conduct of intelligence activities.
Sec. 5302.  Increase in employee compensation and benefits authorized by law.
Sec. 5303.  Expansion of scope of protections for identities of covert agents.
Sec. 5304.  Required counterintelligence assessments, briefings, notifications,
            and reports.
Sec. 5305.  Inclusion of security risks in program management plans required
            for acquisition of major systems in National Intelligence Pro-
            gram.
Sec. 5306.  Intelligence community public-private talent exchange.
Sec. 5307.  Assessment of contracting practices to identify certain security and
            counterintelligence concerns.

Subtitle B—Office of the Director of National Intelligence

Sec. 5321.  Establishment of Climate Security Advisory Council.
Sec. 5322.  Foreign Malign Influence Response Center.
Sec. 5323.  Encouragement of cooperative actions to detect and counter foreign
            influence operations.
Sec. 5324.  Transfer of National Intelligence University to the Office of the Di-
            rector of National Intelligence.

Subtitle C—Inspector General of the Intelligence Community

WASHSTATEC013254

2154

Sec. 5331. Definitions.
Sec. 5332. Inspector General external review panel.
Sec. 5333. Harmonization of whistleblower processes and procedures.
Sec. 5334. Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.
Sec. 5335. Report on cleared whistleblower attorneys.

### Subtitle D—Central Intelligence Agency

Sec. 5341. Clarification of certain authority of the Central Intelligence Agency.

## TITLE LIV—SECURITY CLEARANCES

Sec. 5401. Improving visibility into the security clearance process.
Sec. 5402. Making certain policies and execution plans relating to personnel clearances available to industry partners.

## TITLE LV—MATTERS RELATING TO FOREIGN COUNTRIES

### Subtitle A—Matters Relating to Russia

Sec. 5501. Annual reports on influence operations and campaigns in the United States by the Russian Federation.
Sec. 5502. Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.
Sec. 5503. Assessments of intentions of political leadership of the Russian Federation.

### Subtitle B—Matters Relating to China

Sec. 5511. Annual reports on influence operations and campaigns in the United States by the Communist Party of China.
Sec. 5512. Report on repression of ethnic Muslim minorities in the Xinjiang region of the People's Republic of China.
Sec. 5513. Report on efforts by People's Republic of China to influence election in Taiwan.

### Subtitle C—Matters Relating to Other Countries

Sec. 5521. Sense of Congress and report on Iranian efforts in Syria and Lebanon.
Sec. 5522. Assessments regarding the Northern Triangle and Mexico.

## TITLE LVI—FEDERAL EFFORTS AGAINST DOMESTIC TERRORISM

Sec. 5601. Definitions.
Sec. 5602. Strategic intelligence assessment of and reports on domestic terrorism.

## TITLE LVII—REPORTS AND OTHER MATTERS

### Subtitle A—Reports and Briefings

Sec. 5701.  Modification of requirements for submission to Congress of certain reports.
Sec. 5702. Increased transparency regarding counterterrorism budget of the United States.
Sec. 5703. Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.

WASHSTATEC013255

Sec. 5704. Collection, analysis, and dissemination of workforce data.
Sec. 5705. Plan for strengthening the supply chain intelligence function.
Sec. 5706. Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.
Sec. 5707. Report by Director of National Intelligence on fifth-generation wireless network technology.
Sec. 5708. Report on use by intelligence community of facial recognition technology.
Sec. 5709. Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.
Sec. 5710. Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.
Sec. 5711. Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning.
Sec. 5712. Report on best practices to protect privacy and civil liberties of Chinese Americans.
Sec. 5713. Oversight of foreign influence in academia.
Sec. 5714. Report on death of Jamal Khashoggi.
Sec. 5715. Report on terrorist screening database.
Sec. 5716. Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.
Sec. 5717. Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.
Sec. 5718. Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.

Subtitle B—Other Matters

Sec. 5721. Whistleblower disclosures to Congress and committees of Congress.
Sec. 5722. Task force on illicit financing of espionage and foreign influence operations.
Sec. 5723. Establishment of fifth-generation technology prize competition.
Sec. 5724. Establishment of deepfakes prize competition.
Sec. 5725. Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.
Sec. 5726. Securing energy infrastructure.

# TITLE LI—INTELLIGENCE ACTIVITIES

### SEC. 5101. AUTHORIZATION OF APPROPRIATIONS.

Funds are hereby authorized to be appropriated for fiscal year 2020 for the conduct of the intelligence and intelligence-related activities of the following elements of the United States Government:

WASHSTATEC013256

2156

1        (1) The Office of the Director of National Intel-

2    ligence.

3        (2) The Central Intelligence Agency.

4        (3) The Department of Defense.

5        (4) The Defense Intelligence Agency.

6        (5) The National Security Agency.

7        (6) The Department of the Army, the Depart-

8    ment of the Navy, and the Department of the Air

9    Force.

10        (7) The Coast Guard.

11        (8) The Department of State.

12        (9) The Department of the Treasury.

13        (10) The Department of Energy.

14        (11) The Department of Justice.

15        (12) The Federal Bureau of Investigation.

16        (13) The Drug Enforcement Administration.

17        (14) The National Reconnaissance Office.

18        (15) The National Geospatial-Intelligence Agen-

19    cy.

20        (16) The Department of Homeland Security.

21    **SEC. 5102. CLASSIFIED SCHEDULE OF AUTHORIZATIONS.**

22        (a) SPECIFICATIONS OF AMOUNTS.—The amounts

23    authorized to be appropriated under section 5101 for the

24    conduct of the intelligence activities of the elements listed

25    in paragraphs (1) through (16) of section 5101, are those

WASHSTATEC013257

2157

1  specified in the classified Schedule of Authorizations pre-

2  pared to accompany this division.

3     (b) AVAILABILITY OF CLASSIFIED SCHEDULE OF AU-

4  THORIZATIONS.—

5        (1) AVAILABILITY.—The classified Schedule of

6     Authorizations referred to in subsection (a) shall be

7     made available to the Committee on Appropriations

8     of the Senate, the Committee on Appropriations of

9     the House of Representatives, and to the President.

10       (2) DISTRIBUTION BY THE PRESIDENT.—Sub-

11     ject to paragraph (3), the President shall provide for

12     suitable distribution of the classified Schedule of Au-

13     thorizations referred to in subsection (a), or of ap-

14     propriate portions of such Schedule, within the exec-

15     utive branch.

16       (3) LIMITS ON DISCLOSURE.—The President

17     shall not publicly disclose the classified Schedule of

18     Authorizations or any portion of such Schedule ex-

19     cept—

20          (A) as provided in section 601(a) of the

21        Implementing Recommendations of the 9/11

22        Commission Act of 2007 (50 U.S.C. 3306(a));

23          (B) to the extent necessary to implement

24        the budget; or

25          (C) as otherwise required by law.

WASHSTATEC013258

1 **SEC. 5103. INTELLIGENCE COMMUNITY MANAGEMENT AC-**

2 **COUNT.**

3     (a) AUTHORIZATION OF APPROPRIATIONS.—There is

4 authorized to be appropriated for the Intelligence Commu-

5 nity Management Account of the Director of National In-

6 telligence for fiscal year 2020 the sum of $565,637,000.

7     (b) CLASSIFIED AUTHORIZATION OF APPROPRIA-

8 TIONS.—In addition to amounts authorized to be appro-

9 priated for the Intelligence Community Management Ac-

10 count by subsection (a), there are authorized to be appro-

11 priated for the Intelligence Community Management Ac-

12 count for fiscal year 2020 such additional amounts as are

13 specified in the classified Schedule of Authorizations re-

14 ferred to in section 5102(a).

# 15 TITLE LII—CENTRAL INTEL-
# 16 LIGENCE AGENCY RETIRE-
# 17 MENT AND DISABILITY SYS-
# 18 TEM

19 **SEC. 5201. AUTHORIZATION OF APPROPRIATIONS.**

20     There is authorized to be appropriated for the Cen-

21 tral Intelligence Agency Retirement and Disability Fund

22 $514,000,000 for fiscal year 2020.

WASHSTATEC013259

# TITLE LIII—INTELLIGENCE COMMUNITY MATTERS

## Subtitle A—General Intelligence Community Matters

### SEC. 5301. RESTRICTION ON CONDUCT OF INTELLIGENCE ACTIVITIES.

The authorization of appropriations by this subdivision shall not be deemed to constitute authority for the conduct of any intelligence activity which is not otherwise authorized by the Constitution or the laws of the United States.

### SEC. 5302. INCREASE IN EMPLOYEE COMPENSATION AND BENEFITS AUTHORIZED BY LAW.

Appropriations authorized by this subdivision for salary, pay, retirement, and other benefits for Federal employees may be increased by such additional or supplemental amounts as may be necessary for increases in such compensation or benefits authorized by law.

### SEC. 5303. EXPANSION OF SCOPE OF PROTECTIONS FOR IDENTITIES OF COVERT AGENTS.

Section 605(4) of the National Security Act of 1947 (50 U.S.C. 3126(4)) is amended—

(1) in subparagraph (A)—

(A) by striking clause (ii);

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013260

2160

1          (B) in clause (i), by striking ", and" and

2      inserting "; or"; and

3          (C) by striking "agency—" and all that

4      follows through "whose identity" and inserting

5      "agency whose identity"; and

6      (2) in subparagraph (B)(i), by striking "resides

7  and acts outside the United States" and inserting

8  "acts".

9  SEC. 5304. REQUIRED COUNTERINTELLIGENCE ASSESS-

10          MENTS, BRIEFINGS, NOTIFICATIONS, AND RE-

11          PORTS.

12      (a) FOREIGN COUNTERINTELLIGENCE AND CYBER-

13  SECURITY THREATS TO FEDERAL ELECTION CAM-

14  PAIGNS.—

15      (1) REPORTS REQUIRED.—

16          (A) IN GENERAL.—As provided in sub-

17      paragraph (B), with respect to an election for

18      Federal office, the Director of National Intel-

19      ligence, in coordination with the Under Sec-

20      retary of Homeland Security for Intelligence

21      and Analysis and the Director of the Federal

22      Bureau of Investigation, shall make publicly

23      available on an internet website an advisory re-

24      port on foreign counterintelligence and cyberse-

25      curity threats to campaigns of candidates for

WASHSTATEC013261

2161

Federal office. Each such report, consistent with the protection of sources and methods, shall include the following:

(i) A description of foreign counter-intelligence and cybersecurity threats to campaigns of candidates for Federal office.

(ii) A summary of best practices that campaigns of candidates for Federal office can employ in seeking to counter such threats.

(iii) An identification of publicly available resources, including United States Government resources, for countering such threats.

(B) SCHEDULE FOR SUBMITTAL.—

(i) IN GENERAL.—Except as provided by clause (ii), with respect to an election for Federal office, a report under this subsection shall be first made available not later than the date that is 1 year before the date of such election, and may be subsequently revised as the Director of National Intelligence determines appropriate.

(ii) 2020 ELECTIONS.—With respect to an election for Federal office that occurs

WASHSTATEC013262

2162

1       during 2020, the report under this sub-
2       section shall be first made available not
3       later than the date that is 60 days after
4       the date of the enactment this Act, and
5       may be subsequently revised as the Direc-
6       tor of National Intelligence determines ap-
7       propriate.

8           (C) INFORMATION TO BE INCLUDED.—A
9       report under this subsection shall reflect the
10      most current information available to the Direc-
11      tor of National Intelligence regarding foreign
12      counterintelligence and cybersecurity threats.

13          (2) TREATMENT OF CAMPAIGNS SUBJECT TO
14      HEIGHTENED THREATS.—If the Director of the Fed-
15      eral Bureau of Investigation and the Under Sec-
16      retary of Homeland Security for Intelligence and
17      Analysis jointly determine that a campaign of a can-
18      didate for Federal office is subject to a heightened
19      foreign counterintelligence or cybersecurity threat,
20      the Director and the Under Secretary, consistent
21      with the protection of sources and methods, may
22      make available additional information to the appro-
23      priate representatives of such campaign.

24      (b) BRIEFINGS ON COUNTERINTELLIGENCE ACTIVI-
25      TIES OF THE FEDERAL BUREAU OF INVESTIGATION.—

WASHSTATEC013263

2163

1        (1) IN GENERAL.—Title V of the National Se-
2    curity Act of 1947 (50 U.S.C. 3091 et seq.), is
3    amended by adding at the end the following new sec-
4    tion:

5    **"SEC. 512. BRIEFINGS AND NOTIFICATIONS ON COUNTER-**
6                **INTELLIGENCE ACTIVITIES OF THE FEDERAL**
7                **BUREAU OF INVESTIGATION.**

8        "(a) QUARTERLY BRIEFINGS.—In addition to, and
9    without any derogation of, the requirement under section
10   501 to keep the congressional intelligence committees fully
11   and currently informed of the intelligence and counter-
12   intelligence activities of the United States, not less fre-
13   quently than once each quarter, or more frequently if re-
14   quested by the congressional intelligence committees, the
15   Director of the Federal Bureau of Investigation shall pro-
16   vide to the congressional intelligence committees a briefing
17   on the counterintelligence activities of the Federal Bureau
18   of Investigation. Such briefings shall include, at a min-
19   imum, an overview and update of—

20        "(1) the counterintelligence posture of the Bu-
21    reau;

22        "(2) counterintelligence investigations; and

23        "(3) any other information relating to the coun-
24    terintelligence activities of the Bureau that the Di-
25    rector determines necessary.

WASHSTATEC013264

2164

1    ''(b) NOTIFICATIONS.—In addition to the quarterly

2    briefings under subsection (a), the Director of the Federal

3    Bureau of Investigation shall promptly notify the congres-

4    sional intelligence committees of any counterintelligence

5    investigation carried out by the Bureau with respect to

6    any counterintelligence risk or threat that is related to an

7    election or campaign for Federal office.

8    ''(c) GUIDELINES.—

9        ''(1) DEVELOPMENT AND CONSULTATION.—The

10       Director shall develop guidelines governing the scope

11       of the briefings provided under subsection (a), the

12       notifications provided under subsection (b), and the

13       information required by section 5304(a)(2) of the

14       Damon Paul Nelson and Matthew Young Pollard In-

15       telligence Authorization Act for Fiscal Years 2018,

16       2019, and 2020. The Director shall consult the con-

17       gressional intelligence committees during such devel-

18       opment.

19       ''(2) SUBMISSION.—The Director shall submit

20       to the congressional intelligence committees—

21            ''(A) the guidelines under paragraph (1)

22            upon issuance; and

23            ''(B) any updates to such guidelines by not

24            later than 15 days after making such update.''.

WASHSTATEC013265

2165

1    (2) CLERICAL AMENDMENT.—The table of con-

2    tents at the beginning of such Act is amended by in-

3    serting after the item relating to section 511 the fol-

4    lowing new item:

> "Sec. 512. Briefings and notifications on counterintelligence activities of the
>         Federal Bureau of Investigation.".

5    (c) DIRECTOR OF NATIONAL INTELLIGENCE ASSESS-

6    MENT OF FOREIGN INTERFERENCE IN FEDERAL ELEC-

7    TIONS.—

8        (1) ASSESSMENTS REQUIRED.—Not later than

9    45 days after the end of a Federal election cycle, the

10   Director of National Intelligence, in consultation

11   with the heads of such other executive departments

12   and agencies as the Director considers appropriate,

13   shall—

14       (A) conduct an assessment of any informa-

15       tion indicating that a foreign government, or

16       any person acting as an agent of or on behalf

17       of a foreign government, has acted with the in-

18       tent or purpose of interfering in elections for

19       Federal office occurring during the Federal

20       election cycle; and

21       (B) transmit the findings of the Director

22       with respect to the assessment conducted under

23       subparagraph (A), along with such supporting

WASHSTATEC013266

G:\CMTE\AS\20\C\ASCR20.XML

2166

1     information as the Director considers appro-
2     priate, to the following:
3         (i) The President.
4         (ii) The Secretary of State.
5         (iii) The Secretary of the Treasury.
6         (iv) The Secretary of Defense.
7         (v) The Attorney General.
8         (vi) The Secretary of Homeland Secu-
9     rity.
10         (vii) Congress.
11     (2) ELEMENTS.—An assessment conducted
12     under paragraph (1)(A), with respect to an act de-
13     scribed in such paragraph, shall identify, to the
14     maximum extent ascertainable, the following:
15         (A) The nature of any foreign interference
16     and any methods employed to execute the act.
17         (B) The persons involved.
18         (C) The foreign government or govern-
19     ments that authorized, directed, sponsored, or
20     supported the act.
21     (3) PUBLICATION.—The Director shall, not
22     later than 60 days after the end of a Federal elec-
23     tion cycle, make available to the public, to the great-
24     est extent possible consistent with the protection of

WASHSTATEC013267

2167

1    sources and methods, the findings transmitted under

2    paragraph (1)(B).

3        (4) FEDERAL ELECTION CYCLE DEFINED.—In

4    this section, the term "Federal election cycle" means

5    the period which begins on the day after the date of

6    a regularly scheduled general election for Federal of-

7    fice and which ends on the date of the first regularly

8    scheduled general election for Federal office held

9    after such date.

10       (5) EFFECTIVE DATE.—This subsection shall

11   apply with respect to the Federal election cycle that

12   began during November 2018, and each succeeding

13   Federal election cycle.

14   **SEC. 5305. INCLUSION OF SECURITY RISKS IN PROGRAM**

15   **MANAGEMENT PLANS REQUIRED FOR ACQUI-**

16   **SITION OF MAJOR SYSTEMS IN NATIONAL IN-**

17   **TELLIGENCE PROGRAM.**

18       Section 102A(q)(1)(A) of the National Security Act

19   of 1947 (50 U.S.C. 3024(q)(1)(A)) is amended by insert-

20   ing "security risks," after "schedule,".

21   **SEC. 5306. INTELLIGENCE COMMUNITY PUBLIC-PRIVATE**

22   **TALENT EXCHANGE.**

23       (a) POLICIES, PROCESSES, AND PROCEDURES RE-

24   QUIRED.—Not later than 270 days after the date of the

25   enactment of this Act, the Director of National Intel-

WASHSTATEC013268

2168

1  ligence shall develop policies, processes, and procedures to

2  facilitate the rotation of personnel of the intelligence com-

3  munity to the private sector, and personnel from the pri-

4  vate sector to the intelligence community.

5      (b) DETAIL AUTHORITY.—Under policies developed

6  by the Director pursuant to subsection (a), pursuant to

7  a written agreement with a private-sector organization,

8  and with the consent of the employee, a head of an ele-

9  ment of the intelligence community may arrange for the

10  temporary detail of an employee of such element to such

11  private-sector organization, or from such private-sector or-

12  ganization to such element under this section.

13      (c) AGREEMENTS.—

14          (1) IN GENERAL.—A head of an element of the

15      intelligence community exercising the authority of

16      the head under subsection (a) shall provide for a

17      written agreement among the element of the intel-

18      ligence community, the private-sector organization,

19      and the employee concerned regarding the terms and

20      conditions of the employee's detail under this sec-

21      tion. The agreement—

22              (A) shall require that the employee of the

23          element, upon completion of the detail, serve in

24          the element, or elsewhere in the civil service if

25          approved by the head of the element, for a pe-

WASHSTATEC013269

2169

1 riod that is at least equal to the length of the

2 detail;

3     (B) shall provide that if the employee of

4 the element fails to carry out the agreement,

5 such employee shall be liable to the United

6 States for payment of all nonsalary and benefit

7 expenses of the detail, unless that failure was

8 for good and sufficient reason, as determined

9 by the head of the element;

10     (C) shall contain language informing such

11 employee of the prohibition on sharing, using,

12 or otherwise improperly handling classified or

13 unclassified nonpublic information for the ben-

14 efit or advantage of the private-sector organiza-

15 tion;

16     (D) shall contain language governing the

17 handling of classified information by such em-

18 ployee during the detail; and

19     (E) shall contain language requiring the

20 employee to acknowledge the obligations of the

21 employee under section 1905 of title 18, United

22 States Code.

23     (2) AMOUNT OF LIABILITY.—An amount for

24 which an employee is liable under paragraph (1)

25 shall be treated as a debt due the United States.

WASHSTATEC013270

1      (3) WAIVER.—The head of an element of the

2  intelligence community may waive, in whole or in

3  part, collection of a debt described in paragraph (2)

4  based on a determination that the collection would

5  be against equity and good conscience and not in the

6  best interests of the United States, after taking into

7  account any indication of fraud, misrepresentation,

8  fault, or lack of good faith on the part of the em-

9  ployee.

10  (d) TERMINATION.—A detail under this section may,

11  at any time and for any reason, be terminated by the head

12  of the element of the intelligence community concerned or

13  the private-sector organization concerned.

14  (e) DURATION.—

15      (1) IN GENERAL.—A detail under this section

16  shall be for a period of not less than 3 months and

17  not more than 2 years, renewable up to a total of

18  3 years.

19      (2) LONGER PERIODS.—A detail under this sec-

20  tion may be for a period in excess of 2 years, but

21  not more than 3 years, if the head of the element

22  making the detail determines that such detail is nec-

23  essary to meet critical mission or program require-

24  ments.

WASHSTATEC013271

2171

1      (3) LIMITATION.—No employee of an element

2  of the intelligence community may be detailed under

3  this section for more than a total of 5 years, inclu-

4  sive of all such details.

5  (f) STATUS OF FEDERAL EMPLOYEES DETAILED TO

6  PRIVATE-SECTOR ORGANIZATIONS.—

7      (1) IN GENERAL.—An employee of an element

8  of the intelligence community who is detailed to a

9  private-sector organization under this section shall

10  be considered, during the period of detail, to be on

11  a regular work assignment in the element. The writ-

12  ten agreement established under subsection (c)(1)

13  shall address the specific terms and conditions re-

14  lated to the employee's continued status as a Fed-

15  eral employee.

16      (2) REQUIREMENTS.—In establishing a tem-

17  porary detail of an employee of an element of the in-

18  telligence community to a private-sector organiza-

19  tion, the head of the element shall—

20      (A) certify that the temporary detail of

21  such employee shall not have an adverse or neg-

22  ative impact on mission attainment or organiza-

23  tional capabilities associated with the detail;

24  and

WASHSTATEC013272

2172

1        (B) in the case of an element of the intel-

2     ligence community in the Department of De-

3     fense, ensure that the normal duties and func-

4     tions of such employees are not, as a result of

5     and during the course of such temporary detail,

6     performed or augmented by contractor per-

7     sonnel in violation of the provisions of section

8     2461 of title 10, United States Code.

9   (g) TERMS AND CONDITIONS FOR PRIVATE-SECTOR

10 EMPLOYEES.—An employee of a private-sector organiza-

11 tion who is detailed to an element of the intelligence com-

12 munity under this section—

13     (1) shall continue to receive pay and benefits

14     from the private-sector organization from which such

15     employee is detailed and shall not receive pay or

16     benefits from the element, except as provided in

17     paragraph (2);

18     (2) is deemed to be an employee of the element

19     for the purposes of—

20         (A) chapters 73 and 81 of title 5, United

21     States Code;

22         (B) sections 201, 203, 205, 207, 208, 209,

23     603, 606, 607, 643, 654, 1905, and 1913 of

24     title 18, United States Code;

WASHSTATEC013273

2173

1           (C) sections 1343, 1344, and 1349(b) of

2       title 31, United States Code;

3           (D) chapter 171 of title 28, United States

4       Code (commonly known as the "Federal Tort

5       Claims Act") and any other Federal tort liabil-

6       ity statute;

7           (E) the Ethics in Government Act of 1978

8       (5 U.S.C. App.); and

9           (F) chapter 21 of title 41, United States

10      Code;

11      (3) may perform work that is considered inher-

12   ently governmental in nature only when requested in

13   writing by the head of the element;

14      (4) may not be used to circumvent any limita-

15   tion or restriction on the size of the workforce of the

16   element;

17      (5) shall be subject to the same requirements

18   applicable to an employee performing the same func-

19   tions and duties proposed for performance by the

20   private-sector employee; and

21      (6) in the case of an element of the intelligence

22   community in the Department of Defense, may not

23   be used to circumvent the provisions of section 2461

24   of title 10, United States Code.

WASHSTATEC013274

2174

1    (h) Prohibition Against Charging Certain

2 Costs to the Federal Government.—A private-sec-

3 tor organization may not charge an element of the intel-

4 ligence community or any other agency of the Federal

5 Government, as direct costs under a Federal contract, the

6 costs of pay or benefits paid by the organization to an

7 employee detailed to an element of the intelligence commu-

8 nity under this section for the period of the detail and

9 any subsequent renewal periods.

10    (i) Additional Administrative Matters.—In

11 carrying out this section, the Director, pursuant to proce-

12 dures developed under subsection (a)—

13        (1) shall, to the degree practicable, ensure that

14    small business concerns are represented with respect

15    to details authorized by this section;

16        (2) may, notwithstanding any other provision of

17    law, establish criteria for elements of the intelligence

18    community to use appropriated funds to reimburse

19    small business concerns for the salaries and benefits

20    of its employees during the periods when the small

21    business concern agrees to detail its employees to

22    the intelligence community under this section;

23        (3) shall take into consideration the question of

24    how details under this section might best be used to

WASHSTATEC013275

2175

1  help meet the needs of the intelligence community,
2  including with respect to the training of employees;

3  (4) shall take into consideration areas of pri-
4  vate-sector expertise that are critical to the intel-
5  ligence community; and

6  (5) shall establish oversight mechanisms to de-
7  termine whether the public-private exchange author-
8  ized by this section improves the efficiency and effec-
9  tiveness of the intelligence community.

10  (j) DEFINITIONS.—In this section:

11  (1) DETAIL.—The term ''detail'' means, as ap-
12  propriate in the context in which such term is
13  used—

14      (A) the assignment or loan of an employee
15  of an element of the intelligence community to
16  a private-sector organization without a change
17  of position from the intelligence community ele-
18  ment that employs the individual; or

19      (B) the assignment or loan of an employee
20  of a private-sector organization to an element of
21  the intelligence community without a change of
22  position from the private-sector organization
23  that employs the individual.

24  (2) PRIVATE-SECTOR ORGANIZATION.—The
25  term ''private-sector organization'' means—

WASHSTATEC013276

2176

1    (A) a for-profit organization; or

2    (B) a not-for-profit organization.

3    (3) SMALL BUSINESS CONCERN.—The term

4    "small business concern" has the meaning given

5    such term in section 3703(e)(2) of title 5, United

6    States Code.

7  SEC. 5307. ASSESSMENT OF CONTRACTING PRACTICES TO

8       IDENTIFY CERTAIN SECURITY AND COUNTER-

9       INTELLIGENCE CONCERNS.

10   (a) ASSESSMENT.—

11   (1) CONTRACTING PRACTICES.—The Director of

12   National Intelligence shall conduct an assessment of

13   the authorities, policies, processes, and standards

14   used by the elements of the intelligence community

15   to ensure that the elements appropriately weigh se-

16   curity and counterintelligence risks in awarding a

17   contract to a contractor that—

18       (A) carries out any joint research and de-

19       velopment activities with a covered foreign

20       country; or

21       (B) performs any contract or other agree-

22       ment entered into with a covered foreign coun-

23       try.

24   (2) ELEMENTS.—The assessment under para-

25   graph (1) shall include the following:

WASHSTATEC013277

1  (A) An assessment of whether the authori-
2  ties, policies, processes, and standards specified
3  in paragraph (1) sufficiently identify security
4  and counterintelligence concerns.

5  (B) Identification of any authority gaps in
6  such authorities, policies, processes, and stand-
7  ards that prevent the intelligence community
8  from considering the activities specified in sub-
9  paragraphs (A) and (B) of paragraph (1) when
10  evaluating offers for a contract.

11  (3) CONSULTATION.—In carrying out para-
12  graph (1), the Director shall consult with each head
13  of an element of the intelligence community.

14  (b) REPORT.—

15  (1) REQUIREMENT.—Not later than 180 days
16  after the date of the enactment of this Act, the Di-
17  rector shall submit to the congressional intelligence
18  committees a report on the assessment under sub-
19  section (a)(1).

20  (2) MATTERS INCLUDED.—The report under
21  paragraph (1) shall include the following:

22  (A) The assessment under subsection
23  (a)(1).

24  (B) An identification of any known con-
25  tractors that have—

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013278

2178

1        (i) carried out activities specified in

2        subparagraphs (A) and (B) of subsection

3        (a)(1); and

4        (ii) submitted an offer for a contract

5        with an element of the intelligence commu-

6        nity.

7      (C) A description of the steps that the Di-

8      rector and the heads of the elements of the in-

9      telligence community took to identify contrac-

10     tors under subparagraph (B).

11   (3) FORM.—The report under paragraph (1)

12 shall be submitted in unclassified form, but may in-

13 clude a classified annex.

14  (c) COVERED FOREIGN COUNTRY DEFINED.—In this

15 section, the term "covered foreign country" means the

16 government, or any entity affiliated with the military or

17 intelligence services of, the following foreign countries:

18   (1) The People's Republic of China.

19   (2) The Russian Federation.

20   (3) The Democratic People's Republic of Korea.

21   (4) The Islamic Republic of Iran.

22   (5) Such other countries as the Director con-

23 siders appropriate.

WASHSTATEC013279

2179

# Subtitle B—Office of the Director of National Intelligence

**SEC. 5321. ESTABLISHMENT OF CLIMATE SECURITY ADVISORY COUNCIL.**

(a) ESTABLISHMENT.—Title I of the National Security Act of 1947 (50 U.S.C. 3021 et seq.) is amended by adding at the end the following new section:

**"SEC. 120. CLIMATE SECURITY ADVISORY COUNCIL.**

"(a) ESTABLISHMENT.—The Director of National Intelligence shall establish a Climate Security Advisory Council for the purpose of—

"(1) assisting intelligence analysts of various elements of the intelligence community with respect to analysis of climate security and its impact on the areas of focus of such analysts;

"(2) facilitating coordination between the elements of the intelligence community and elements of the Federal Government that are not elements of the intelligence community in collecting data on, and conducting analysis of, climate change and climate security; and

"(3) ensuring that the intelligence community is adequately prioritizing climate change in carrying out its activities.

"(b) COMPOSITION OF COUNCIL.—

WASHSTATEC013280

2180

1        ''(1) MEMBERS.—The Council shall be com-
2    posed of the following individuals appointed by the
3    Director of National Intelligence:
4            ''(A) An appropriate official from the Na-
5        tional Intelligence Council, who shall chair the
6        Council.
7            ''(B) The lead official with respect to cli-
8        mate and environmental security analysis
9        from—
10              ''(i) the Central Intelligence Agency;
11              ''(ii) the Bureau of Intelligence and
12          Research of the Department of State;
13              ''(iii) the National Geospatial-Intel-
14          ligence Agency;
15              ''(iv) the Office of Intelligence and
16          Counterintelligence of the Department of
17          Energy;
18              ''(v) the Office of the Under Secretary
19          of Defense for Intelligence; and
20              ''(vi) the Defense Intelligence Agency.
21          ''(C) Three appropriate officials from ele-
22      ments of the Federal Government that are not
23      elements of the intelligence community that are
24      responsible for—

WASHSTATEC013281

2181

1          "(i) providing decision makers with a
2      predictive understanding of the climate;

3          "(ii) making observations of our
4      Earth system that can be used by the pub-
5      lic, policymakers, and to support strategic
6      decisions; or

7          "(iii) coordinating Federal research
8      and investments in understanding the
9      forces shaping the global environment,
10     both human and natural, and their impacts
11     on society.

12         "(D) Any other officials as the Director of
13     National Intelligence or the chair of the Council
14     may determine appropriate.

15         "(2) RESPONSIBILITIES OF CHAIR.—The chair
16     of the Council shall have responsibility for—

17         "(A) identifying agencies to supply individ-
18     uals from elements of the Federal Government
19     that are not elements of the intelligence com-
20     munity;

21         "(B) securing the permission of the rel-
22     evant agency heads for the participation of such
23     individuals on the Council; and

24         "(C) any other duties that the Director of
25     National Intelligence may direct.

WASHSTATEC013282

2182

1    "(c) DUTIES AND RESPONSIBILITIES OF COUNCIL.—
2  The Council shall carry out the following duties and re-
3  sponsibilities:

4        "(1) To meet at least quarterly to—

5            "(A) exchange appropriate data between
6        elements of the intelligence community and ele-
7        ments of the Federal Government that are not
8        elements of the intelligence community;

9            "(B) discuss processes for the routine ex-
10       change of such data and implementation of
11       such processes; and

12           "(C) prepare summaries of the business
13       conducted at each meeting.

14       "(2) To assess and determine best practices
15   with respect to the analysis of climate security, in-
16   cluding identifying publicly available information
17   and intelligence acquired through clandestine means
18   that enables such analysis.

19       "(3) To assess and identify best practices with
20   respect to prior efforts of the intelligence community
21   to analyze climate security.

22       "(4) To assess and describe best practices for
23   identifying and disseminating climate security indi-
24   cators and warnings.

WASHSTATEC013283

1      "(5) To recommend methods of incorporating

2 analysis of climate security and the best practices

3 identified under paragraphs (2) through (4) into ex-

4 isting analytic training programs.

5      "(6) To consult, as appropriate, with other ele-

6 ments of the intelligence community that conduct

7 analysis of climate change or climate security and

8 elements of the Federal Government that are not

9 elements of the intelligence community that conduct

10 analysis of climate change or climate security, for

11 the purpose of sharing information about ongoing ef-

12 forts and avoiding duplication of existing efforts.

13      "(7) To work with elements of the intelligence

14 community that conduct analysis of climate change

15 or climate security and elements of the Federal Gov-

16 ernment that are not elements of the intelligence

17 community that conduct analysis of climate change

18 or climate security—

19      "(A) to exchange appropriate data between

20 such elements, establish processes, procedures

21 and practices for the routine exchange of such

22 data, discuss the implementation of such proc-

23 esses; and

24      "(B) to enable and facilitate the sharing of

25 findings and analysis between such elements.

WASHSTATEC013284

2184

1   ''(8) To assess whether the elements of the in-
2 telligence community that conduct analysis of cli-
3 mate change or climate security may inform the re-
4 search direction of academic work and the sponsored
5 work of the United States Government.

6   ''(9) At the discretion of the chair of the Coun-
7 cil, to convene conferences of analysts and nonintel-
8 ligence community personnel working on climate
9 change or climate security on subjects that the chair
10 shall direct.

11  ''(d) SUNSET.—The Council shall terminate on the
12 date that is 4 years after the date of the enactment of
13 this section.

14  ''(e) DEFINITIONS.—In this section:

15   ''(1) CLIMATE SECURITY.—The term 'climate
16 security' means the effects of climate change on the
17 following:

18    ''(A) The national security of the United
19  States, including national security infrastruc-
20  ture.

21    ''(B) Subnational, national, and regional
22  political stability.

23    ''(C) The security of allies and partners of
24  the United States.

WASHSTATEC013285

1                ''(D) Ongoing or potential political vio-

2                lence, including unrest, rioting, guerrilla war-

3                fare, insurgency, terrorism, rebellion, revolution,

4                civil war, and interstate war.

5             ''(2) CLIMATE INTELLIGENCE INDICATIONS AND

6         WARNINGS.—The term 'climate intelligence indica-

7         tions and warnings' means developments relating to

8         climate security with the potential to—

9                ''(A) imminently and substantially alter

10                the political stability or degree of human secu-

11                rity in a country or region; or

12                ''(B) imminently and substantially threat-

13                en—

14                    ''(i) the national security of the

15                    United States;

16                    ''(ii) the military, political, or eco-

17                    nomic interests of allies and partners of

18                    the United States; or

19                    ''(iii) citizens of the United States

20                    abroad.''.

21      (b) CLERICAL AMENDMENT.—The table of contents

22 in the first section of the National Security Act of 1947

23 is amended by inserting after the item relating to section

24 119B the following new item:

''Sec. 120. Climate Security Advisory Council.''.

WASHSTATEC013286

2186

1       (c) INITIAL APPOINTMENTS.—Not later than 90 days
2   after the date of the enactment of this Act, the Director
3   of National Intelligence shall appoint the members of the
4   Council under section 120 of the National Security Act
5   of 1947, as added by subsection (a).

6   **SEC. 5322. FOREIGN MALIGN INFLUENCE RESPONSE CEN-**
7   **            TER.**

8       (a) ESTABLISHMENT.—The National Security Act of
9   1947 (50 U.S.C. 3001 et seq.) is amended by inserting
10  after section 119B the following new section:

11  **"SEC. 119C. FOREIGN MALIGN INFLUENCE RESPONSE CEN-**
12  **            TER.**

13      "(a) ESTABLISHMENT.—There is within the Office of
14  the Director of National Intelligence a Foreign Malign In-
15  fluence Response Center (in this section referred to as the
16  'Center').

17      "(b) FUNCTIONS AND COMPOSITION.—The Center
18  shall—

19          "(1) be comprised of analysts from all elements
20      of the intelligence community, including elements
21      with diplomatic and law enforcement functions;

22          "(2) have access to all intelligence and other re-
23      porting possessed or acquired by the United States
24      Government pertaining to foreign malign influence;

WASHSTATEC013287

1 ''(3) serve as the primary organization in the
2 United States Government for analyzing and inte-
3 grating all intelligence possessed or acquired by the
4 United States Government pertaining to foreign ma-
5 lign influence; and

6 ''(4) provide to employees and officers of the
7 Federal Government in policy-making positions and
8 Congress comprehensive assessments, and indica-
9 tions and warnings, of foreign malign influence.

10 ''(c) DIRECTOR.—

11 ''(1) APPOINTMENT.—There is a Director of
12 the Center, who shall be the head of the Center, and
13 who shall be appointed by the Director of National
14 Intelligence.

15 ''(2) ROLE.—The Director of the Center
16 shall—

17 ''(A) report directly to the Director of Na-
18 tional Intelligence;

19 ''(B) carry out the functions under sub-
20 section (b); and

21 ''(C) at the request of the President or the
22 Director of National Intelligence, develop and
23 provide recommendations for potential re-
24 sponses by the United States to foreign malign
25 influence.

WASHSTATEC013288

2188

1    "(d) ANNUAL REPORTS.—

2        "(1) IN GENERAL.—In addition to the matters

3    submitted pursuant to subsection (b)(4), at the di-

4    rection of the Director of National Intelligence, but

5    not less than once each year, the Director of the

6    Center shall submit to the congressional intelligence

7    committees, the Committee on Foreign Affairs of the

8    House of Representatives, and the Committee on

9    Foreign Relations of the Senate a report on foreign

10   malign influence.

11       "(2) MATTERS INCLUDED.—Each report under

12   paragraph (1) shall include, with respect to the pe-

13   riod covered by the report, a discussion of the fol-

14   lowing:

15           "(A) The most significant activities of the

16       Center.

17           "(B) Any recommendations the Director

18       determines necessary for legislative or other ac-

19       tions to improve the ability of the Center to

20       carry out its functions, including recommenda-

21       tions regarding the protection of privacy and

22       civil liberties.

23   "(e) DEFINITIONS.—In this section:

24       "(1) COVERED FOREIGN COUNTRY.—The term

25   'covered foreign country' means the following:

WASHSTATEC013289

2189

1          ''(A) The Russian Federation.

2          ''(B) The Islamic Republic of Iran.

3          ''(C) The Democratic People's Republic of

4    Korea.

5          ''(D) The People's Republic of China.

6          ''(E) Any other foreign country that the

7    Director of the Center determines appropriate

8    for purposes of this section.

9       ''(2) FOREIGN MALIGN INFLUENCE.—The term

10   'foreign malign influence' means any hostile effort

11   undertaken by, at the direction of, or on behalf of

12   or with the substantial support of, the government

13   of a covered foreign country with the objective of in-

14   fluencing, through overt or covert means—

15         ''(A) the political, military, economic, or

16   other policies or activities of the United States

17   Government or State or local governments, in-

18   cluding any election within the United States;

19   or

20         ''(B) the public opinion within the United

21   States.''.

22   (b) CLERICAL AMENDMENT.—The table of contents

23   at the beginning of such Act is amended by inserting after

24   the item relating to section 119B the following new item:

''Sec. 119C. Foreign Malign Influence Response Center.''.

WASHSTATEC013290

2190

1    (c) CONFORMING AMENDMENT.—Section 507(a) of

2  such Act (50 U.S.C. 3106) is amended by adding at the

3  end the following new paragraph:

4        "(6) An annual report submitted under section

5     119C(d)(1).".

6  SEC. 5323. ENCOURAGEMENT OF COOPERATIVE ACTIONS

7               TO DETECT AND COUNTER FOREIGN INFLU-

8               ENCE OPERATIONS.

9    (a) FINDINGS.—Congress makes the following find-

10  ings:

11      (1) The Russian Federation, through military

12    intelligence units, also known as the "GRU", and

13    Kremlin-linked troll organizations often referred to

14    as the "Internet Research Agency", deploy informa-

15    tion warfare operations against the United States,

16    its allies and partners, with the goal of advancing

17    the strategic interests of the Russian Federation.

18      (2) One line of effort deployed as part of these

19    information warfare operations is the weaponization

20    of social media platforms with the goals of inten-

21    sifying societal tensions, undermining trust in gov-

22    ernmental institutions within the United States, its

23    allies and partners in the West, and generally sow-

24    ing division, fear, and confusion.

WASHSTATEC013291

2191

1    (3) These information warfare operations are a

2    threat to the national security of the United States

3    and that of the allies and partners of the United

4    States. As former Director of National Intelligence

5    Dan Coats stated, "These actions are persistent,

6    they are pervasive and they are meant to undermine

7    America's democracy.".

8    (4) These information warfare operations con-

9    tinue to evolve and increase in sophistication.

10   (5) Other foreign adversaries and hostile non-

11   state actors are increasingly adopting similar tactics

12   of deploying information warfare operations against

13   the West, such as recent state-backed operations

14   from China around the Hong Kong protests identi-

15   fied by social media companies.

16   (6) Technological advances, including artificial

17   intelligence, will only make it more difficult in the

18   future to detect fraudulent accounts, deceptive mate-

19   rial posted on social media, and malign behavior on

20   social media platforms.

21   (7) Because these information warfare oper-

22   ations are deployed within and across private social

23   media platforms, the companies that own these plat-

24   forms have a responsibility to detect and facilitate

WASHSTATEC013292

2192

1    the removal or neutralization of foreign adversary

2    networks operating clandestinely on their platforms.

3       (8) The social media companies are inherently

4    technologically sophisticated and adept at rapidly

5    analyzing large amounts of data and developing soft-

6    ware-based solutions to diverse and ever-changing

7    challenges on their platforms, which makes them

8    well-equipped to address the threat occurring on

9    their platforms.

10      (9) Independent analyses confirmed Kremlin-

11    linked threat networks, based on data provided by

12    several social media companies to the Select Com-

13    mittee on Intelligence of the Senate, thereby dem-

14    onstrating that it is possible to discern both broad

15    patterns of cross-platform information warfare oper-

16    ations and specific fraudulent behavior on social

17    media platforms.

18      (10) General Paul Nakasone, Director of the

19    National Security Agency, emphasized the impor-

20    tance of these independent analyses to the planning

21    and conducting of military cyber operations to frus-

22    trate Kremlin-linked information warfare operations

23    against the 2018 mid-term elections. General

24    Nakasone stated that the reports "were very, very

25    helpful in terms of being able to understand exactly

WASHSTATEC013293

2193

1     what our adversary was trying to do to build dissent

2     within our nation.''.

3          (11) Institutionalizing ongoing robust, inde-

4     pendent, and vigorous analysis of data related to

5     foreign threat networks within and across social

6     media platforms will help counter ongoing informa-

7     tion warfare operations against the United States,

8     its allies, and its partners.

9          (12) Archiving and disclosing to the public the

10    results of these analyses by the social media compa-

11    nies and trusted third-party experts in a transparent

12    manner will serve to demonstrate that the social

13    media companies are detecting and removing foreign

14    malign activities from their platforms while pro-

15    tecting the privacy of the people of the United

16    States and will build public understanding of the

17    scale and scope of these foreign threats to our de-

18    mocracy, since exposure is one of the most effective

19    means to build resilience.

20    (b) SENSE OF CONGRESS.—It is the sense of Con-

21    gress that—

22         (1) the social media companies should cooperate

23    among themselves and with independent organiza-

24    tions and researchers on a sustained and regular

25    basis to share and analyze data and indicators rel-

WASHSTATEC013294

2194

1   evant to foreign information warfare operations

2   within and across their platforms in order to detect

3   and counter foreign information warfare operations

4   that threaten the national security of the United

5   States and its allies and partners;

6       (2) information from law enforcement and the

7   intelligence community is also important in assisting

8   efforts by these social media companies to identify

9   foreign information warfare operations;

10      (3) these analytic efforts should be organized in

11  such a fashion as to meet the highest standards of

12  ethics, confidentiality, and privacy protection of the

13  people of the United States, while still allowing time-

14  ly research access to relevant data;

15      (4) these analytic efforts should be undertaken

16  as soon as possible to facilitate countering ongoing

17  state or state-backed foreign information warfare op-

18  erations and to aid in preparations for the United

19  States Presidential and congressional elections in

20  2020 and beyond;

21      (5) the structure and operations of social media

22  companies make them well positioned to work with

23  independent organizations and researchers to ad-

24  dress foreign adversary threat networks within and

25  across their platforms, and these efforts could be

WASHSTATEC013295

1   conducted without direct Government involvement,

2   direction, or regulation; and

3       (6) if the social media industry fails to take

4   sufficient action to address foreign adversary threat

5   networks operating within or across their platforms,

6   Congress would have to consider additional safe-

7   guards for ensuring that this threat is effectively

8   mitigated.

9   (c) AUTHORITY TO FACILITATE ESTABLISHMENT OF

10  SOCIAL MEDIA DATA AND THREAT ANALYSIS CENTER.—

11      (1) AUTHORITY.—The Director of National In-

12  telligence, in coordination with the Secretary of De-

13  fense, may facilitate, by grant or contract or under

14  an existing authority of the Director, the establish-

15  ment of a Social Media Data and Threat Analysis

16  Center with the functions described in paragraph (2)

17  at an independent, nonprofit organization.

18      (2) FUNCTIONS.—The functions described in

19  this paragraph are the following:

20          (A) Acting as a convening and sponsoring

21      authority for cooperative social media data

22      analysis of foreign threat networks involving so-

23      cial media companies and third-party experts,

24      nongovernmental organizations, data journal-

25      ists, Federally funded research and development

WASHSTATEC013296

2196

1   centers, academic researchers, traditional
2   media, and international counterparts, as ap-
3   propriate.

4   (B) Facilitating analysis of foreign influ-
5   ence operation, within and across the individual
6   social media platforms as well as hacking and
7   leaking campaigns, and other tactics, and re-
8   lated unlawful activities that fund or subsidize
9   such operations.

10   (C) Developing processes to share informa-
11   tion from government entities on foreign influ-
12   ence operations with the individual social media
13   companies to inform threat analysis, and work-
14   ing with the Office of the Director of National
15   Intelligence as appropriate.

16   (D) Determining and making public cri-
17   teria for identifying which companies, organiza-
18   tions, or researchers qualify for inclusion in the
19   activities of the Center, and inviting entities
20   that fit the criteria to join.

21   (E) Determining jointly with the social
22   media companies what data and metadata re-
23   lated to indicators of foreign adversary threat
24   networks from their platforms and business op-

WASHSTATEC013297

2197

1 erations will be made available for access and

2 analysis.

3 (F) Developing and making public the cri-

4 teria and standards that must be met for com-

5 panies, other organizations, and individual re-

6 searchers to access and analyze data relating to

7 foreign adversary threat networks within and

8 across social media platforms and publish or

9 otherwise use the results.

10 (G) Developing and making public the eth-

11 ical standards for investigation of foreign threat

12 networks and use of analytic results and for

13 protection of the privacy of the customers and

14 users of the social media platforms and of the

15 proprietary information of the social media

16 companies.

17 (H) Developing technical, contractual, and

18 procedural controls to prevent misuse of data,

19 including any necessary auditing procedures,

20 compliance checks, and review mechanisms.

21 (I) Developing and making public criteria

22 and conditions under which the Center shall

23 share information with the appropriate Govern-

24 ment agencies regarding threats to national se-

WASHSTATEC013298

2198

1 curity from, or violations of the law involving,

2 foreign activities on social media platforms.

3  (J) Hosting a searchable archive aggre-

4 gating information related to foreign influence

5 and disinformation operations to build a collec-

6 tive understanding of the threats and facilitate

7 future examination consistent with privacy pro-

8 tections.

9  (K) Developing data standards to har-

10 monize the sharing of information pursuant to

11 this paragraph.

12 (d) REPORTING AND NOTIFICATIONS.—If the Direc-

13 tor of National Intelligence chooses to use funds under

14 subsection (c)(1) to facilitate the establishment of the

15 Center, the Director of the Center shall—

16  (1) not later than 180 days after the date of

17 the enactment of this Act, submit to appropriate

18 congressional committees a report on—

19  (A) the estimated funding needs of the

20 Center for fiscal year 2021 and for subsequent

21 years;

22  (B) such statutory protections from liabil-

23 ity as the Director considers necessary for the

24 Center, participating social media companies,

WASHSTATEC013299

2199

1    and participating third-party analytical partici-

2    pants;

3    (C) such statutory penalties as the Direc-

4    tor considers necessary to ensure against mis-

5    use of data by researchers; and

6    (D) such changes to the Center's mission

7    to fully capture broader unlawful activities that

8    intersect with, complement, or support informa-

9    tion warfare tactics; and

10   (2) not less frequently than once each year,

11   submit to the Director of National Intelligence, the

12   Secretary of Defense, and the appropriate congres-

13   sional committees a report—

14   (A) that assesses—

15   (i) degree of cooperation and commit-

16   ment from the social media companies to

17   the mission of the Center; and

18   (ii) effectiveness of the Center in de-

19   tecting and facilitating the removal or neu-

20   tralization of clandestine foreign informa-

21   tion warfare operations from social media

22   platforms; and

23   (B) includes such recommendations for leg-

24   islative or administrative action as the Center

WASHSTATEC013300

2200

1    considers appropriate to carry out the functions

2    of the Center.

3    (e) PERIODIC REPORTING TO THE PUBLIC.—The Di-

4 rector of the Center shall—

5       (1) once each quarter, make available to the

6    public a report on key trends in foreign influence

7    and disinformation operations, including any threats

8    to campaigns and elections, to inform the public of

9    the United States; and

10      (2) as the Director considers necessary, provide

11   more timely assessments relating to ongoing

12   disinformation campaigns.

13   (f) FUNDING.—Of the amounts appropriated or oth-

14 erwise made available to the National Intelligence Pro-

15 gram (as defined in section 3 of the National Security Act

16 of 1947 (50 U.S.C. 3003)) in fiscal year 2020 and 2021,

17 the Director of National Intelligence may use up to

18 $30,000,000 to carry out this section.

19   (g) DEFINITION OF APPROPRIATE CONGRESSIONAL

20 COMMITTEES.—In this section, the term "appropriate

21 congressional committees" means—

22      (1) the Committee on Armed Services of the

23   Senate;

24      (2) the Committee on Homeland Security and

25   Governmental Affairs of the Senate;

WASHSTATEC013301

2201

1  (3) the Committee on Foreign Relations of the

2  Senate;

3  (4) the Committee on the Judiciary of the Sen-

4  ate;

5  (5) the Select Committee on Intelligence of the

6  Senate;

7  (6) the Committee on Armed Services of the

8  House of Representatives;

9  (7) the Committee on Homeland Security of the

10  House of Representatives;

11  (8) the Committee on Foreign Affairs of the

12  House of Representatives;

13  (9) the Committee on the Judiciary of the

14  House of Representatives; and

15  (10) the Permanent Select Committee on Intel-

16  ligence of the House of Representatives.

17  **SEC. 5324. TRANSFER OF NATIONAL INTELLIGENCE UNI-**

18  **VERSITY TO THE OFFICE OF THE DIRECTOR**

19  **OF NATIONAL INTELLIGENCE.**

20  (a) TRANSFER.—Upon the submission of the joint

21  certifications under subsection (b)(1), the Secretary of De-

22  fense and the Director of National Intelligence shall take

23  such actions that the Director determines necessary to

24  transfer the National Intelligence University from the De-

WASHSTATEC013302

2202

1 fense Intelligence Agency to the Director of National In-
2 telligence.

3    (b) JOINT CERTIFICATIONS.—

4       (1) REQUIREMENT.—Except as provided by
5    paragraph (2), as soon as practicable after the date
6    of the enactment of this Act, but not later than 18
7    months after the date of such enactment, the Sec-
8    retary of Defense and the Director of National Intel-
9    ligence shall jointly submit to the appropriate con-
10   gressional committees written certifications of each
11   of the following:

12       (A) The Middle States Commission on
13    Higher Education has provided regional aca-
14    demic accreditation for the National Intel-
15    ligence University before the date of the certifi-
16    cation, or will provide such academic accredita-
17    tion as of the date on which the University is
18    transferred under subsection (a).

19       (B) Members of the Armed Forces attend-
20    ing the University will be eligible to receive
21    credit for Phase I joint professional military
22    education.

23       (C) The Secretary of Education has in-
24    formed the Director of National Intelligence
25    that the Secretary has recommended approval

WASHSTATEC013303

2203

1   of the degrees to be conferred pursuant to sub-

2   section (e)(2) or will provide such recommended

3   approval as of the date on which the University

4   is transferred under subsection (a).

5   (D) The Director of National Intelligence,

6   in collaboration with the Secretary of Defense,

7   has established an appropriate governance

8   model for the University.

9   (E) The Secretary of Defense shall use the

10   University to provide personnel of the Depart-

11   ment of Defense with advanced intelligence edu-

12   cation.

13   (2) FAILURE TO CERTIFY.—

14   (A) ACTIONS REQUIRED.—If the Secretary

15   of Defense and the Director of National Intel-

16   ligence fail to submit the certifications under

17   paragraph (1) by the date specified in such

18   paragraph, the Secretary and the Director

19   shall—

20   (i) jointly submit to the appropriate

21   congressional committees a report on such

22   failure by not later than 21 months after

23   the date of the enactment of this Act; and

24   (ii) jointly submit such certifications

25   as soon as practicable.

WASHSTATEC013304

2204

1          (B) CONTENTS OF REPORT.—The report
2     under subparagraph (A)(i) shall contain the fol-
3     lowing:
4               (i) A description of the progress made
5          toward fulfilling the conditions described in
6          such paragraph as of the date of the re-
7          port.
8               (ii) A description of any obstacles pre-
9          venting the fulfillment of such conditions.
10              (iii) The estimated dates of comple-
11         tion for the fulfillment of such conditions
12         and the submission of the certifications.
13     (c) BRIEFING.—Not later than 90 days after the date
14 of the enactment of this Act, the Director of National In-
15 telligence, the Director of the Defense Intelligence Agency,
16 and the President of the National Intelligence University
17 shall jointly provide to the appropriate congressional com-
18 mittees a briefing on the plan to carry out the transfer
19 under subsection (a), including with respect to—
20         (1) ensuring the provision of services to all ele-
21     ments of the intelligence community;
22         (2) employing a military cadre at the Univer-
23     sity; and

WASHSTATEC013305

2205

1     (3) addressing the current accreditation status

2     of the National Intelligence University with the Mid-

3     dle States Commission on Higher Education.

4     (d) COST ESTIMATES OF TRANSFER.—

5         (1) REQUIREMENT.—Not later than 90 days

6     after the date of the enactment of this Act, the Sec-

7     retary of Defense and the Director of National Intel-

8     ligence shall jointly submit to the appropriate con-

9     gressional committees an estimate of—

10            (A) the annual costs of operating the Na-

11        tional Intelligence University; and

12            (B) the costs to the Federal Government

13        of transferring the National Intelligence Univer-

14        sity to the Director of National Intelligence.

15        (2) INCLUSION OF INDIRECT COSTS.—The esti-

16     mate submitted under paragraph (1) shall include

17     all indirect costs, including with respect to human

18     resources, security, facilities, and information tech-

19     nology.

20     (e) DEGREE-GRANTING AUTHORITY.—

21        (1) REGULATIONS.—Beginning on the date on

22     which the National Intelligence University is trans-

23     ferred under subsection (a), under regulations pre-

24     scribed by the Director of National Intelligence, the

25     President of the National Intelligence University

WASHSTATEC013306

2206

1    may, upon the recommendation of the faculty of the
2    University, confer appropriate degrees upon grad-
3    uates who meet the degree requirements.

4    (2) LIMITATION.—A degree may not be con-
5    ferred under this section unless—

6        (A) the Secretary of Education has rec-
7        ommended approval of the degree in accordance
8        with the Federal Policy Governing Granting of
9        Academic Degrees by Federal Agencies; and

10       (B) the University is accredited by the ap-
11       propriate civilian academic accrediting agency
12       or organization to award the degree, as deter-
13       mined by the Secretary of Education.

14    (f) CONGRESSIONAL NOTIFICATION REQUIRE-
15    MENTS.—

16    (1) ACTIONS ON NONACCREDITATION.—Begin-
17    ning on the date on which the National Intelligence
18    University is transferred under subsection (a), the
19    Director of National Intelligence shall promptly—

20       (A) notify the congressional intelligence
21       committees of any action by the Middle States
22       Commission on Higher Education, or other ap-
23       propriate academic accrediting agency or orga-
24       nization, to not accredit the University to award
25       any new or existing degree; and

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013307

2207

1    (B) submit to such committees a report

2    containing an explanation of any such action.

3    (2) MODIFICATION OR REDESIGNATION OF DE-

4    GREE-GRANTING AUTHORITY.—Beginning on the

5    date on which the National Intelligence University is

6    transferred under subsection (a), upon any modifica-

7    tion or redesignation of existing degree-granting au-

8    thority, the Director shall submit to the congres-

9    sional intelligence committees a report containing

10   the rationale for the proposed modification or redes-

11   ignation and any subsequent recommendation of the

12   Secretary of Education with respect to the proposed

13   modification or redesignation.

14   (g) CONFORMING REPEAL.—

15   (1) IN GENERAL.—Section 2161 of title 10,

16   United States Code, is repealed, and the table of

17   sections at the beginning of chapter 108 of such title

18   is amended by striking the item relating to such sec-

19   tion 2161.

20   (2) EFFECTIVE DATE.—The amendments made

21   by paragraph (1) shall take effect on the date on

22   which the Secretary of Defense and the Director of

23   National Intelligence jointly submit the joint certifi-

24   cations under subsection (b)(1). The Secretary and

25   the Director shall jointly notify the Law Revision

WASHSTATEC013308

2208

1    Counsel of the House of Representatives of the sub-
2    mission of the certifications so that the Law Revi-
3    sion Counsel may execute the amendments made by
4    paragraph (1).

5    (h) DEFINITIONS.—In this section:

6        (1) APPROPRIATE CONGRESSIONAL COMMIT-
7    TEES.—The term "appropriate congressional com-
8    mittees" means—

9            (A) the congressional intelligence commit-
10       tees; and

11           (B) the Committees on Armed Services of
12       the Senate and House of Representatives.

13       (2) PHASE I JOINT PROFESSIONAL MILITARY
14    EDUCATION.—The term "Phase I joint professional
15    military education" has the meaning given that term
16    pursuant to section 2154 of title 10, United States
17    Code.

# Subtitle C—Inspector General of the Intelligence Community

20   **SEC. 5331. DEFINITIONS.**

21   In this subtitle:

22       (1) WHISTLEBLOWER.—The term "whistle-
23   blower" means a person who makes a whistleblower
24   disclosure.

WASHSTATEC013309

2209

1      (2) WHISTLEBLOWER DISCLOSURE.—The term

2  "whistleblower disclosure" means a disclosure that is

3  protected under section 1104 of the National Secu-

4  rity Act of 1947 (50 U.S.C. 3234) or section

5  3001(j)(1) of the Intelligence Reform and Terrorism

6  Prevention Act of 2004 (50 U.S.C. 3341(j)).

7  **SEC. 5332. INSPECTOR GENERAL EXTERNAL REVIEW**

8  **PANEL.**

9      (a) AUTHORITY TO CONVENE EXTERNAL REVIEW

10  PANELS.—

11      (1) IN GENERAL.—Title XI of the National Se-

12  curity Act of 1947 (50 U.S.C. 3231 et seq.), as

13  amended by section 6718, is amended by adding at

14  the end the following new section:

15  **"SEC. 1106. INSPECTOR GENERAL EXTERNAL REVIEW**

16  **PANEL.**

17      "(a) REQUEST FOR REVIEW.—An individual with a

18  claim described in subsection (b) may submit to the In-

19  spector General of the Intelligence Community a request

20  for a review of such claim by an external review panel con-

21  vened under subsection (c).

22      "(b) CLAIMS AND INDIVIDUALS DESCRIBED.—A

23  claim described in this subsection is any—

24      "(1) claim by an individual—

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013310

2210

1          ''(A) that the individual has been subjected

2      to a personnel action that is prohibited under

3      section 1104; and

4          ''(B) who has exhausted the applicable re-

5      view process for the claim pursuant to enforce-

6      ment of such section; or

7      ''(2) claim by an individual—

8          ''(A) that he or she has been subjected to

9      a reprisal prohibited by paragraph (1) of sec-

10      tion 3001(j) of the Intelligence Reform and

11      Terrorism Prevention Act of 2004 (50 U.S.C.

12      3341(j)); and

13          ''(B) who received a decision on an appeal

14      regarding that claim under paragraph (4) of

15      such section.

16      ''(c) EXTERNAL REVIEW PANEL CONVENED.—

17          ''(1) DISCRETION TO CONVENE.—Upon receipt

18      of a request under subsection (a) regarding a claim,

19      the Inspector General of the Intelligence Community

20      may, at the discretion of the Inspector General, con-

21      vene an external review panel under this subsection

22      to review the claim.

23          ''(2) MEMBERSHIP.—

WASHSTATEC013311

2211

1    ''(A) Composition.—An external review
2    panel convened under this subsection shall be
3    composed of three members as follows:

4         ''(i) The Inspector General of the In-
5         telligence Community.

6         ''(ii) Except as provided in subpara-
7         graph (B), two members selected by the
8         Inspector General as the Inspector General
9         considers appropriate on a case-by-case
10        basis from among inspectors general of the
11        following:

12            ''(I) The Department of Defense.

13            ''(II) The Department of Energy.

14            ''(III) The Department of Home-
15            land Security.

16            ''(IV) The Department of Jus-
17            tice.

18            ''(V) The Department of State.

19            ''(VI) The Department of the
20            Treasury.

21            ''(VII) The Central Intelligence
22            Agency.

23            ''(VIII) The Defense Intelligence
24            Agency.

WASHSTATEC013312

2212

1               "(IX) The National Geospatial-

2         Intelligence Agency.

3               "(X) The National Reconnais-

4         sance Office.

5               "(XI) The National Security

6         Agency.

7     "(B) LIMITATION.—An inspector general

8 of an agency may not be selected to sit on the

9 panel under subparagraph (A)(ii) to review any

10 matter relating to a decision made by such

11 agency.

12     "(C) CHAIRPERSON.—

13         "(i) IN GENERAL.—Except as pro-

14 vided in clause (ii), the chairperson of any

15 panel convened under this subsection shall

16 be the Inspector General of the Intelligence

17 Community.

18         "(ii) CONFLICTS OF INTEREST.—If

19 the Inspector General of the Intelligence

20 Community finds cause to recuse himself

21 or herself from a panel convened under

22 this subsection, the Inspector General of

23 the Intelligence Community shall—

24         "(I) select a chairperson from in-

25 spectors general of the elements listed

WASHSTATEC013313

2213

1          under subparagraph (A)(ii) whom the

2          Inspector General of the Intelligence

3          Community considers appropriate;

4          and

5               "(II) notify the congressional in-

6          telligence committees of such selec-

7          tion.

8        "(3) PERIOD OF REVIEW.—Each external re-

9   view panel convened under this subsection to review

10   a claim shall complete review of the claim no later

11   than 270 days after the date on which the Inspector

12   General convenes the external review panel.

13   "(d) REMEDIES.—

14        "(1) PANEL RECOMMENDATIONS.—If an exter-

15   nal review panel convened under subsection (c) de-

16   termines, pursuant to a review of a claim submitted

17   by an individual under subsection (a), that the indi-

18   vidual was the subject of a personnel action prohib-

19   ited under section 1104 or was subjected to a re-

20   prisal prohibited by section 3001(j)(1) of the Intel-

21   ligence Reform and Terrorism Prevention Act of

22   2004 (50 U.S.C. 3341(j)(1)), the panel may rec-

23   ommend that the agency head take corrective ac-

24   tion—

WASHSTATEC013314

2214

1        ''(A) in the case of an employee or former

2  employee—

3           ''(i) to return the employee or former

4  employee, as nearly as practicable and rea-

5  sonable, to the position such employee or

6  former employee would have held had the

7  reprisal not occurred; or

8           ''(ii) reconsider the employee's or

9  former employee's eligibility for access to

10  classified information consistent with na-

11  tional security; or

12        ''(B) in any other case, such other action

13  as the external review panel considers appro-

14  priate.

15  ''(2) AGENCY ACTION.—

16        ''(A) IN GENERAL.—Not later than 90

17  days after the date on which the head of an

18  agency receives a recommendation from an ex-

19  ternal review panel under paragraph (1), the

20  head shall—

21           ''(i) give full consideration to such

22  recommendation; and

23           ''(ii) inform the panel and the Direc-

24  tor of National Intelligence of what action

WASHSTATEC013315

2215

1        the head has taken with respect to the rec-

2        ommendation.

3        ''(B) FAILURE TO INFORM.—The Director

4        shall notify the President of any failures to

5        comply with subparagraph (A)(ii).

6  ''(e) ANNUAL REPORTS.—

7        ''(1) IN GENERAL.—Not less frequently than

8  once each year, the Inspector General of the Intel-

9  ligence Community shall submit to the congressional

10  intelligence committees and the Director of National

11  Intelligence a report on the activities under this sec-

12  tion during the previous year.

13        ''(2) CONTENTS.—Subject to such limitations

14  as the Inspector General of the Intelligence Commu-

15  nity considers necessary to protect the privacy of an

16  individual who has made a claim described in sub-

17  section (b), each report submitted under paragraph

18  (1) shall include, for the period covered by the re-

19  port, the following:

20        ''(A) The determinations and recommenda-

21        tions made by the external review panels con-

22        vened under this section.

23        ''(B) The responses of the heads of agen-

24        cies that received recommendations from the ex-

25        ternal review panels.''.

WASHSTATEC013316

2216

1 (2) TABLE OF CONTENTS AMENDMENT.—The

2 table of contents in the first section of the National

3 Security Act of 1947, as amended by section 6718,

4 is amended by adding at the end the following new

5 item:

"Sec. 1106. Inspector General external review panel.".

6 (b) RECOMMENDATION ON ADDRESSING WHISTLE-

7 BLOWER APPEALS RELATING TO REPRISAL COMPLAINTS

8 AGAINST INSPECTORS GENERAL.—

9 (1) IN GENERAL.—Not later than 180 days

10 after the date of the enactment of this Act, the In-

11 spector General of the Intelligence Community, in

12 consultation with the Intelligence Community In-

13 spectors General Forum, shall submit to the con-

14 gressional intelligence committees a recommendation

15 on how to ensure that—

16 (A) a whistleblower in the intelligence com-

17 munity who has a complaint against an inspec-

18 tor general in the intelligence community and

19 who alleges a reprisal, has available the adju-

20 dication and review provided under section

21 1104 of the National Security Act of 1947 (50

22 U.S.C. 3234); and

23 (B) any such whistleblower who has ex-

24 hausted the applicable review process may re-

25 quest an external review panel and receive one,

WASHSTATEC013317

2217

1   at the discretion of the Inspector General of the

2   Intelligence Community.

3   (2) CONTENTS.—The recommendation sub-

4   mitted pursuant to paragraph (1) shall include the

5   following:

6       (A) A discussion of whether and to what

7       degree section 1106 of the National Security

8       Act of 1947, as added by subsection (a)(1), pro-

9       vides appropriate authorities and mechanisms

10      to provide an external review panel as described

11      in paragraph (1) of this subsection and for the

12      purposes described in such paragraph.

13      (B) Such recommendations for legislative

14      or administrative action as the Inspector Gen-

15      eral may have with respect to providing an ex-

16      ternal review panel as described in paragraph

17      (1) and for the purposes described in such

18      paragraph.

19  **SEC. 5333. HARMONIZATION OF WHISTLEBLOWER PROC-**

20              **ESSES AND PROCEDURES.**

21  (a) IN GENERAL.—Not later than 1 year after the

22  date of the enactment of this Act, the Inspector General

23  of the Intelligence Community, in coordination with the

24  Intelligence Community Inspectors General Forum, shall

25  develop recommendations, applicable to all inspectors gen-

WASHSTATEC013318

2218

1 eral of elements of the intelligence community, regarding

2 the harmonization, where appropriate, of instructions,

3 policies, and directives relating to processes, procedures,

4 and timelines for claims and appeals relating to allegations

5 of personnel actions prohibited under section 1104 of the

6 National Security Act of 1947 or reprisals prohibited by

7 section 3001(j)(1) of the Intelligence Reform and Ter-

8 rorism Prevention Act of 2004 (50 U.S.C. 3341(j)(1)).

9 (b) TRANSPARENCY AND PROTECTION.—In devel-

10 oping recommendations under subsection (a), the Inspec-

11 tor General of the Intelligence Community shall make ef-

12 forts to maximize transparency and protect whistle-

13 blowers.

14 **SEC. 5334. OVERSIGHT BY INSPECTOR GENERAL OF THE IN-**

15 **TELLIGENCE COMMUNITY OVER INTEL-**

16 **LIGENCE COMMUNITY WHISTLEBLOWER**

17 **MATTERS.**

18 (a) SYSTEM FOR NOTIFICATION OF INFORMATION

19 RELATING TO COMPLAINTS BY WHISTLEBLOWERS WITH-

20 IN THE INTELLIGENCE COMMUNITY.—Subject to sub-

21 section (b), not later than 1 year after the date of the

22 enactment of this Act, the Inspector General of the Intel-

23 ligence Community, in consultation with the Intelligence

24 Community Inspectors General Forum, shall establish a

WASHSTATEC013319

2219

1 system whereby the Inspector General of the Intelligence

2 Community is notified in near real time of the following:

3     (1) Submission of complaints by whistleblowers

4 to inspectors general of elements of the intelligence

5 community relating to the programs and activities

6 under the jurisdiction of the Director of National In-

7 telligence, and information related to such com-

8 plaints.

9     (2) Actions taken by an inspector general of an

10 element of the Intelligence Community relating to

11 such complaints.

12 (b) POLICIES FOR IMPLEMENTATION.—

13     (1) IN   GENERAL.—The   system   established

14 under subsection (a) may not be implemented until

15 the Inspector General of the Intelligence Commu-

16 nity, in consultation with the Intelligence Commu-

17 nity Inspectors General Forum, has developed and

18 released to each of the inspectors general of the ele-

19 ments of the intelligence community written policies

20 regarding the implementation of such subsection.

21     (2) REQUIREMENTS.—The policies required by

22 paragraph (1) shall—

23         (A) protect the privacy of whistleblowers,

24     including by preventing dissemination without

25     the consent of the whistleblower, of any infor-

WASHSTATEC013320

2220

1    mation submitted previously by a whistleblower

2    to an inspector general of an element of the in-

3    telligence community; and

4        (B) ensure compliance with the require-

5    ments of subsection (a), while—

6            (i) ensuring that the Inspector Gen-

7        eral of the Intelligence Community can

8        oversee whistleblower policies and practices

9        and identify matters that, in the judgment

10        of the Inspector General of the Intelligence

11        Community, may be the subject of an in-

12        vestigation, inspection, audit, or review by

13        the Inspector General of the Intelligence

14        Community; and

15            (ii) avoiding the imposition of inap-

16        propriate resource burdens on inspectors

17        general of elements of the intelligence com-

18        munity.

**SEC. 5335. REPORT ON CLEARED WHISTLEBLOWER ATTOR-**

**NEYS.**

21    (a) REPORT REQUIRED.—Not later than 1 year after

22    the date of the enactment of this Act, the Director of Na-

23    tional Intelligence shall, in coordination with the Inspector

24    General of the Intelligence Community and the Intel-

25    ligence Community Inspectors General Forum, submit to

WASHSTATEC013321

2221

1  the congressional intelligence committees a report on ac-
2  cess to cleared attorneys by whistleblowers in the intel-
3  ligence community.

4    (b) CONTENTS.—The report submitted pursuant to
5  subsection (a) shall include the following with respect to
6  the 3-year period preceding the date of the report:

7        (1) The number of whistleblowers in the intel-
8      ligence community who requested, through formal
9      submission or verbal request, to retain a cleared at-
10     torney and at what stage they requested an attor-
11     ney.

12       (2) The number of such limited security agree-
13     ments approved, rejected, or pending.

14       (3) The scope and clearance levels of such lim-
15     ited security agreements.

16       (4) The number of such whistleblowers rep-
17     resented by cleared counsel.

18       (5) Recommendations for legislative or adminis-
19     trative action to ensure that whistleblowers in the
20     intelligence community have access to cleared attor-
21     neys, including improvements to the limited security
22     agreement process and such other options as the In-
23     spector General of the Intelligence Community con-
24     siders appropriate.

WASHSTATEC013322

2222

1     (c) SURVEY.—The Inspector General of the Intel-

2 ligence Community shall ensure that the report submitted

3 under subsection (a) is based on—

4          (1) data from a survey of whistleblowers whose

5     identity may be shared, as appropriate, with the In-

6     spector General of the Intelligence Community by

7     means of the system established pursuant to section

8     5334;

9          (2) information obtained from the inspectors

10    general of the intelligence community; or

11          (3) information from such other sources as may

12    be identified by the Inspector General of the Intel-

13    ligence Community.

# Subtitle D—Central Intelligence Agency

### SEC. 5341. CLARIFICATION OF CERTAIN AUTHORITY OF THE CENTRAL INTELLIGENCE AGENCY.

18    Section 8(a)(1) of the Central Intelligence Agency

19 Act of 1949 (50 U.S.C. 3510(a)(1)) is amended by insert-

20 ing before "rental of" the following: "payment of death

21 benefits in cases in which the circumstances of the death

22 of an employee of the Agency, a detailee of the Agency

23 or other employee of another department or agency of the

24 Federal Government assigned to the Agency, or an indi-

25 vidual affiliated with the Agency (as determined by the

WASHSTATEC013323

2223

1 Director), is not covered by section 11, other similar provi-
2 sions of Federal law, or any regulation issued by the Di-
3 rector providing death benefits, but that the Director de-
4 termines such payment appropriate;''.

# TITLE LIV—SECURITY CLEARANCES

### SEC. 5401. IMPROVING VISIBILITY INTO THE SECURITY CLEARANCE PROCESS.

9   (a) DEFINITION OF SECURITY EXECUTIVE AGENT.—
10 In this section, the term ''Security Executive Agent''
11 means the officer serving as the Security Executive Agent
12 pursuant to section 803 of the National Security Act of
13 1947, as added by section 6605.

14   (b) POLICY REQUIRED.—Not later than 90 days after
15 the date of the enactment of this Act, the Security Execu-
16 tive Agent shall issue a policy that requires the head of
17 each Federal agency to create, not later than December
18 31, 2023, an electronic portal that can be used by human
19 resources personnel and applicants for security clearances
20 to view information about the status of an application for
21 a security clearance and the average time required for
22 each phase of the security clearance process.

WASHSTATEC013324

2224

1    **SEC. 5402. MAKING CERTAIN POLICIES AND EXECUTION**
2           **PLANS RELATING TO PERSONNEL CLEAR-**
3           **ANCES AVAILABLE TO INDUSTRY PARTNERS.**

4    (a) DEFINITIONS.—In this section:

5           (1) SECURITY EXECUTIVE AGENT.—The term
6    "Security Executive Agent" means the officer serv-
7    ing as the Security Executive Agent pursuant to sec-
8    tion 803 of the National Security Act of 1947, as
9    added by section 6605.

10          (2) APPROPRIATE INDUSTRY PARTNER.—The
11   term "appropriate industry partner" means a con-
12   tractor, licensee, or grantee (as defined in section
13   101(a) of Executive Order 12829 (50 U.S.C. 3161
14   note; relating to National Industrial Security Pro-
15   gram), as in effect on the day before the date of the
16   enactment of this Act) that is participating in the
17   National Industrial Security Program established by
18   such Executive Order.

19   (b) SHARING OF POLICIES AND PLANS REQUIRED.—
20   Each head of a Federal agency shall share policies and
21   plans relating to security clearances with appropriate in-
22   dustry partners directly affected by such policies and plans
23   in a manner consistent with the protection of national se-
24   curity as well as the goals and objectives of the National
25   Industrial Security Program administered pursuant to Ex-

WASHSTATEC013325

2225

1  ecutive Order 12829 (50 U.S.C. 3161 note; relating to the

2  National Industrial Security Program).

3      (c) DEVELOPMENT OF POLICIES AND PROCEDURES

4  REQUIRED.—Not later than 90 days after the date of the

5  enactment of this Act, the Security Executive Agent and

6  the Director of the National Industrial Security Program

7  shall jointly develop policies and procedures by which ap-

8  propriate industry partners with proper security clear-

9  ances and a need to know can have appropriate access to

10  the policies and plans shared pursuant to subsection (b)

11  that directly affect those industry partners.

## TITLE LV—MATTERS RELATING TO FOREIGN COUNTRIES

## Subtitle A—Matters Relating to Russia

### SEC. 5501. ANNUAL REPORTS ON INFLUENCE OPERATIONS AND CAMPAIGNS IN THE UNITED STATES BY THE RUSSIAN FEDERATION.

19      (a) REPORTS.—Title XI of the National Security Act

20  of 1947 (50 U.S.C. 3231 et seq.), as amended by section

21  5511, is further amended by adding at the end the fol-

22  lowing new section:

WASHSTATEC013326

2226

## "SEC. 1108. ANNUAL REPORTS ON INFLUENCE OPERATIONS AND CAMPAIGNS IN THE UNITED STATES BY THE RUSSIAN FEDERATION.

"(a) REQUIREMENT.—On an annual basis, the Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees a report on the influence operations and campaigns in the United States conducted by the Russian Federation.

"(b) CONTENTS.—Each report under subsection (a) shall include the following:

"(1) A description and listing of the Russian organizations and persons involved in influence operations and campaigns operating in the United States as of the date of the report.

"(2) An assessment of organizations that are associated with or receive funding from organizations and persons identified in paragraph (1), particularly such entities operating in the United States.

"(3) A description of the efforts by the organizations and persons identified in paragraph (1) to target, coerce, and influence populations within the United States.

"(4) An assessment of the activities of the organizations and persons identified in paragraph (1) designed to influence the opinions of elected leaders of

WASHSTATEC013327

2227

1 the United States or candidates for election in the

2 United States.

3 ''(5) With respect to reports submitted after the

4 first report, an assessment of the change in goals,

5 tactics, techniques, and procedures of the influence

6 operations and campaigns conducted by the organi-

7 zations and persons identified in paragraph (1).

8 ''(c) COORDINATION.—In carrying out subsection (a),

9 the Director shall coordinate with the Director of the Fed-

10 eral Bureau of Investigation, the Director of the Central

11 Intelligence Agency, the Director of the National Security

12 Agency, and any other relevant head of an element of the

13 intelligence community.

14 ''(d) FORM.—Each report submitted under sub-

15 section (a) shall be submitted in unclassified form, but

16 may include a classified annex.''.

17 (b) CLERICAL AMENDMENT.—The table of contents

18 in the first section of the National Security Act of 1947,

19 as amended by section 5511, is further amended by insert-

20 ing after the item relating to section 1107 the following

21 new item:

"Sec. 1108. Annual reports on influence operations and campaigns in the
United States by the Russian Federation.".

22 (c) INITIAL REPORT.—The Director of the National

23 Counterintelligence and Security Center shall submit to

24 the congressional intelligence committees the first report

WASHSTATEC013328

2228

1  under section 1108 of the National Security Act of 1947,

2  as added by subsection (a), by not later than 180 days

3  after the date of the enactment of this Act.

**4  SEC. 5502. ASSESSMENT OF LEGITIMATE AND ILLEGIT-**

**5       IMATE FINANCIAL AND OTHER ASSETS OF**

**6       VLADIMIR PUTIN.**

7  (a) Sense of Congress.—It is the sense of Con-

8  gress that the United States should do more to expose the

9  corruption of Vladimir Putin, whose ill-gotten wealth is

10  perhaps the most powerful global symbol of his dishonesty

11  and his persistent efforts to undermine the rule of law and

12  democracy in the Russian Federation.

13  (b) Assessment.—Not later than 180 days after the

14  date of the enactment of this Act, consistent with the pro-

15  tection of intelligence sources and methods, the Director

16  of National Intelligence shall submit to the appropriate

17  congressional committees an assessment, based on all

18  sources of intelligence, on the net worth and financial and

19  other assets, legitimate as well as illegitimate, of Vladimir

20  Putin and his family members, including—

21       (1) the estimated net worth of Vladimir Putin

22       and his family members;

23       (2) a description of their legitimately and ille-

24       gitimately obtained assets, including all real, per-

25       sonal, and intellectual property, bank or investment

WASHSTATEC013329

2229

1    or similar accounts, and any other financial or busi-

2    ness interests or holdings, including those outside of

3    Russia;

4    (3) the details of the legitimately and illegit-

5    imately obtained assets, including real, personal, and

6    intellectual property, bank or investment or similar

7    accounts, and any other financial or business inter-

8    ests or holdings, including those outside of Russia,

9    that are owned or controlled by, accessible to, or

10    otherwise maintained for the benefit of Vladimir

11    Putin, including their nature, location, manner of

12    acquisition, value, and publicly named owner (if

13    other than Vladimir Putin);

14    (4) the methods used by Vladimir Putin or oth-

15    ers acting at his direction, with his knowledge, or for

16    his benefit, to conceal Putin's interest in his ac-

17    counts, holdings, or other assets, including the es-

18    tablishment of "front" or shell companies and the

19    use of intermediaries; and

20    (5) an identification of the most significant sen-

21    ior Russian political figures, oligarchs, and any other

22    persons who have engaged in activity intended to

23    conceal the true financial condition of Vladimir

24    Putin.

WASHSTATEC013330

2230

1    (c) FORM.—The assessment required under sub-
2  section (b) shall be submitted either—

3        (1) in unclassified form to the extent consistent
4    with the protection of intelligence sources and meth-
5    ods, and may include a classified annex; or

6        (2) simultaneously as both an unclassified
7    version and a classified version.

8    (d) APPROPRIATE CONGRESSIONAL COMMITTEES
9  DEFINED.—In this section, the term "appropriate con-
10  gressional committees" means—

11       (1) the Select Committee on Intelligence, the
12    Committee on Foreign Relations, the Committee on
13    Banking, Housing, and Urban Affairs, and the Com-
14    mittee on Finance of the Senate; and

15       (2) the Permanent Select Committee on Intel-
16    ligence, Committee on Foreign Affairs, the Com-
17    mittee on Financial Services, and the Committee on
18    Ways and Means of the House of Representatives.

19  **SEC. 5503. ASSESSMENTS OF INTENTIONS OF POLITICAL**
20  **LEADERSHIP OF THE RUSSIAN FEDERATION.**

21    (a) IN GENERAL.—Not later than 90 days after the
22  date of the enactment of this Act, consistent with the pro-
23  tection of intelligence sources and methods, the Director
24  of National Intelligence, and the head of any element of
25  the intelligence community that the Director determines

WASHSTATEC013331

2231

1 appropriate, shall submit to the appropriate congressional

2 committees each of the assessments described in sub-

3 section (b).

4     (b) ASSESSMENTS DESCRIBED.—The assessments

5 described in this subsection are assessments based on in-

6 telligence obtained from all sources that assess the current

7 intentions of the political leadership of the Russian Fed-

8 eration with respect to the following:

9         (1) Potential military action against members

10     of the North Atlantic Treaty Organization (NATO).

11         (2) Potential responses to an enlarged United

12     States or NATO military presence in eastern Europe

13     or to increased United States military support for

14     allies and partners in the region, such as the provi-

15     sion of additional lethal military equipment to

16     Ukraine or Georgia.

17         (3) Potential actions taken for the purpose of

18     exploiting perceived divisions among the govern-

19     ments of Russia's Western adversaries.

20     (c) FORM.—Each assessment required under sub-

21 section (a) may be submitted in classified form but shall

22 also include an unclassified executive summary, consistent

23 with the protection of intelligence sources and methods.

WASHSTATEC013332

2232

1      (d) Appropriate Congressional Committees.—

2  In this section, the term "appropriate congressional com-

3  mittees" means—

4          (1) the Permanent Select Committee on Intel-

5      ligence, the Committee on Foreign Affairs, and the

6      Committee on Armed Services of the House of Rep-

7      resentatives; and

8          (2) the Select Committee on Intelligence, the

9      Committee on Foreign Relations, and the Committee

10     on Armed Services of the Senate.

## Subtitle B—Matters Relating to China

**SEC. 5511. ANNUAL REPORTS ON INFLUENCE OPERATIONS AND CAMPAIGNS IN THE UNITED STATES BY THE COMMUNIST PARTY OF CHINA.**

16     (a) Reports.—Title XI of the National Security Act

17  of 1947 (50 U.S.C. 3231 et seq.), as amended by section

18  5332, is further amended by adding at the end the fol-

19  lowing new section:

**"SEC. 1107. ANNUAL REPORTS ON INFLUENCE OPERATIONS AND CAMPAIGNS IN THE UNITED STATES BY THE COMMUNIST PARTY OF CHINA.**

23     "(a) Requirement.—On an annual basis, consistent

24  with the protection of intelligence sources and methods,

25  the Director of the National Counterintelligence and Secu-

WASHSTATEC013333

2233

1 rity Center shall submit to the congressional intelligence

2 committees, the Committee on Foreign Affairs of the

3 House of Representatives, and the Committee on Foreign

4 Relations of the Senate a report on the influence oper-

5 ations and campaigns in the United States conducted by

6 the Communist Party of China.

7 "(b) CONTENTS.—Each report under subsection (a)

8 shall include the following:

9     "(1) A description of the organization of the

10    United Front Work Department of the People's Re-

11    public of China, or the successors of the United

12    Front Work Department, and the links between the

13    United Front Work Department and the Central

14    Committee of the Communist Party of China.

15    "(2) An assessment of the degree to which or-

16    ganizations that are associated with or receive fund-

17    ing from the United Front Work Department, par-

18    ticularly such entities operating in the United

19    States, are formally tasked by the Chinese Com-

20    munist Party or the Government of China.

21    "(3) A description of the efforts by the United

22    Front Work Department and subsidiary organiza-

23    tions of the United Front Work Department to tar-

24    get, coerce, and influence foreign populations, par-

25    ticularly those of ethnic Chinese descent.

WASHSTATEC013334

2234

1    ''(4) An assessment of attempts by the Chinese

2    Embassy, consulates, and organizations affiliated

3    with the Chinese Communist Party (including, at a

4    minimum, the United Front Work Department) to

5    influence the United States-based Chinese Student

6    Scholar Associations.

7    ''(5) A description of the evolution of the role

8    of the United Front Work Department under the

9    leadership of the President of China.

10   ''(6) An assessment of the activities of the

11   United Front Work Department designed to influ-

12   ence the opinions of elected leaders of the United

13   States, or candidates for elections in the United

14   States, with respect to issues of importance to the

15   Chinese Communist Party.

16   ''(7) A listing of all known organizations affili-

17   ated with the United Front Work Department that

18   are operating in the United States as of the date of

19   the report.

20   ''(8) With respect to reports submitted after the

21   first report, an assessment of the change in goals,

22   tactics, techniques, and procedures of the influence

23   operations and campaigns conducted by the Chinese

24   Communist Party.

WASHSTATEC013335

2235

1    "(c) COORDINATION.—In carrying out subsection (a),
2  the Director shall coordinate with the Director of the Fed-
3  eral Bureau of Investigation, the Director of the Central
4  Intelligence Agency, the Director of the National Security
5  Agency, and any other relevant head of an element of the
6  intelligence community.

7    "(d) FORM.—Each report submitted under sub-
8  section (a) shall be submitted in unclassified form, but
9  may include a classified annex.".

10    (b) CLERICAL AMENDMENT.—The table of contents
11  in the first section of the National Security Act of 1947,
12  as amended by section 5332, is further amended by insert-
13  ing after the item relating to section 1106 the following
14  new item:

> "Sec. 1107. Annual reports on influence operations and campaigns in the
> United States by the Communist Party of China.".

15    (c) INITIAL REPORT.—The Director of the National
16  Counterintelligence and Security Center shall submit to
17  the congressional intelligence committees, the Committee
18  on Foreign Affairs of the House of Representatives, and
19  the Committee on Foreign Relations of the Senate the
20  first report under section 1107 of the National Security
21  Act of 1947, as added by subsection (a), by not later than
22  180 days after the date of the enactment of this Act.

WASHSTATEC013336

2236

## SEC. 5512. REPORT ON REPRESSION OF ETHNIC MUSLIM MINORITIES IN THE XINJIANG REGION OF THE PEOPLE'S REPUBLIC OF CHINA.

(a) REPORT.—Not later than 150 days after the date of the enactment of this Act, consistent with the protection of intelligence sources and methods, the Director of National Intelligence shall, in consultation with the Secretary of State, submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on activity by the People's Republic of China to repress ethnic Muslim minorities in the Xinjiang region of China.

(b) CONTENTS.—The report under subsection (a) shall include the following:

(1) An assessment of the number of individuals detained in "political reeducation camps", and the conditions in such camps for detainees, in the Xinjiang region of China, including whether detainees endure torture, forced renunciation of faith, or other mistreatment.

(2) A description, as possible, of the geographic location of such camps.

(3) A description, as possible, of the methods used by China to "reeducate" detainees and the elements of China responsible for such "reeducation".

WASHSTATEC013337

2237

1    (4) A description of any forced labor in such
2    camps, and any labor performed in regional factories
3    for low wages under the threat of being sent back
4    to "political reeducation camps".

5    (5) An assessment of the level of access China
6    grants to foreign persons observing the situation in
7    Xinjiang and a description of measures used to im-
8    pede efforts to monitor the conditions in Xinjiang.

9    (6) An assessment of the surveillance, detection,
10   and control methods used by China to target ethnic
11   minorities, including new "high-tech" policing mod-
12   els and a description of any civil liberties or privacy
13   protections provided under such models.

14   (7) An assessment and identification of the
15   technological and financial support provided by
16   United States-based companies, including techno-
17   logical support for the development of facial recogni-
18   tion capabilities or technologies for digital surveil-
19   lance, social control, or censorship, and financial
20   support, including from financial institutions, invest-
21   ment vehicles, and pension funds, to China-based
22   companies or Chinese government entities providing
23   material support to the digital surveillance or repres-
24   sion of Uyghur and other ethnic minorities in
25   Xinjiang by the Xinjiang authorities.

WASHSTATEC013338

2238

1    (c) COORDINATION.—The Director of National Intel-
2 ligence shall carry out subsection (a) in coordination with
3 the Director of the Central Intelligence Agency, the Direc-
4 tor of the National Security Agency, the Director of the
5 National Geospatial-Intelligence Agency, and the head of
6 any other agency of the Federal Government that the Di-
7 rector of National Intelligence determines appropriate.

8    (d) FORM.—The report submitted under subsection
9 (a) shall be submitted in unclassified form, but may in-
10 clude a classified annex.

11 **SEC. 5513. REPORT ON EFFORTS BY PEOPLE'S REPUBLIC**
12 **OF CHINA TO INFLUENCE ELECTION IN TAI-**
13 **WAN.**

14    (a) REPORT.—Consistent with section 3(c) of the
15 Taiwan Relations Act (Public Law 96–8; 22 U.S.C.
16 3302(c)), and consistent with the protection of intelligence
17 sources and methods, not later than 45 days after the date
18 of the election for the President and Vice President of Tai-
19 wan in 2020, the Director of National Intelligence shall
20 submit to the congressional intelligence committees, the
21 Committee on Foreign Affairs of the House of Representa-
22 tives, and the Committee on Foreign Relations of the Sen-
23 ate a report on any—

24      (1) influence operations conducted by China to
25      interfere in or undermine such election; and

WASHSTATEC013339

2239

1      (2) efforts by the United States to disrupt such

2 operations.

3      (b) ELEMENTS.—The report under subsection (a)

4 shall include the following:

5      (1) A description of any significant efforts by

6 the intelligence community to coordinate technical

7 and material support for Taiwan to identify, disrupt,

8 and combat influence operations specified in sub-

9 section (a)(1).

10      (2) A description of any efforts by the United

11 States Government to build the capacity of Taiwan

12 to disrupt external efforts that degrade a free and

13 fair election process.

14      (3) An assessment of whether and to what ex-

15 tent China conducted influence operations specified

16 in subsection (a)(1), and, if such operations oc-

17 curred—

18      (A) a comprehensive list of specific govern-

19 mental and nongovernmental entities of China

20 that were involved in supporting such oper-

21 ations and a description of the role of each such

22 entity; and

23      (B) an identification of any tactics, tech-

24 niques, and procedures used in such operations.

WASHSTATEC013340

1  (c) FORM.—The report under subsection (a) shall be
2  submitted in unclassified form, but may include a classi-
3  fied annex.

## Subtitle C—Matters Relating to Other Countries

### SEC. 5521. SENSE OF CONGRESS AND REPORT ON IRANIAN EFFORTS IN SYRIA AND LEBANON.

8  (a) SENSE OF CONGRESS.—It is the sense of Con-
9  gress that, regardless of the ultimate number of United
10  States military personnel deployed to Syria, it is a vital
11  interest of the United States to prevent the Islamic Re-
12  public of Iran, Hizballah, and other Iranian-backed forces
13  from establishing a strong and enduring presence in Syria
14  that can be used to project power in the region and threat-
15  en the United States and its allies, including Israel.

16  (b) REPORT.—

17      (1) REPORT REQUIRED.—Not later than 180
18      days after the date of the enactment of this Act, the
19      Director of National Intelligence, in coordination
20      with the Secretary of State and the Secretary of De-
21      fense, shall submit to the appropriate congressional
22      committees a report that assesses—

23          (A) efforts by Iran to establish long-term
24          influence in Syria through military, political,
25          economic, social, and cultural means;

WASHSTATEC013341

2241

1          (B) the degree to which Iranian support of
2     proxy forces in Syria and Lebanon contributes
3     to Iranian strategy with respect to the region;
4     and

5          (C) the threat posed by the efforts de-
6     scribed in subparagraph (A) to United States
7     interests and allies.

8     (2) ELEMENTS.—The report under paragraph
9     (1) shall include each of the following:

10          (A) An assessment of—

11               (i) how Iran and Iranian-backed
12          forces, including the Islamic Revolutionary
13          Guard Corps and Hizballah, have provided
14          or are currently providing manpower,
15          training, weapons, equipment, and funding
16          to the Syrian government led by President
17          Bashar al-Assad;

18               (ii) the support provided by Iran and
19          Hizballah to Shia militias operating in
20          Syria composed of domestic fighters from
21          Syria and foreign fighters from countries
22          such as Afghanistan, Iraq, Lebanon, and
23          Pakistan;

WASHSTATEC013342

2242

1    (iii) operational lessons learned by

2   Hizballah based on the recent experiences

3   of Hizballah in Syria;

4    (iv) the threat posed by Iran and Ira-

5   nian-backed forces to—

6    (I) the al-Tanf garrison; and

7    (II) areas of northeast Syria that

8    are currently controlled by local part-

9    ner forces of the United States;

10   (v) the degree to which efforts of the

11  United States to sustain and strengthen

12  Kurdish forces in Syria may undermine the

13  influence of Iran and Iranian-backed forces

14  in Syria;

15   (vi) how Iran and Iranian-backed

16  forces seek to enhance the long-term influ-

17  ence of such entities in Syria through non-

18  military means such as purchasing stra-

19  tegic real estate in Syria, constructing Shia

20  religious centers and schools, securing loy-

21  alty from Sunni tribes in exchange for ma-

22  terial assistance, and inducing the Assad

23  government to open Farsi-language depart-

24  ments at Syrian universities;

WASHSTATEC013343

2243

1          (vii) whether the prominent role of

2     Iran in Syria, including the influence of

3     Iran over government institutions, may in-

4     crease the likelihood of the reconstitution

5     of the Islamic State of Iraq and Syria in

6     Syria; and

7          (viii) the provision of goods, services,

8     or technology transferred by Iran or its af-

9     filiates to Hizballah for the purpose of in-

10    digenously manufacturing or otherwise

11    producing missiles.

12    (B) An analysis of—

13        (i) how Iran is working with the Rus-

14    sian Federation, Turkey, and other coun-

15    tries to increase the influence of Iran in

16    Syria;

17        (ii) the goals of Iran in Syria, includ-

18    ing, but not limited to, protecting the

19    Assad government, increasing the regional

20    influence of Iran, threatening Israel from a

21    more proximate location, building weapon-

22    production facilities and other military in-

23    frastructure, and securing a land bridge to

24    connect Iran through Iraq and Syria to the

WASHSTATEC013344

2244

1   stronghold of Hizballah in southern Leb-
2   anon; and

3        (iii) the foreign and domestic supply
4   chains that significantly facilitate, support,
5   or otherwise aid acquisition or development
6   by Hizballah of missile production facili-
7   ties, including the geographic distribution
8   of such foreign and domestic supply
9   chains.

10   (C) A description of—

11        (i) how the efforts of Iran to transfer
12   advanced weapons to Hizballah and to es-
13   tablish a military presence in Syria has led
14   to direct and repeated confrontations with
15   Israel;

16        (ii) the intelligence and military sup-
17   port that the United States provides to
18   Israel to help Israel identify and appro-
19   priately address specific threats to Israel
20   from Iran and Iranian-backed forces in
21   Syria;

22        (iii) the threat posed to Israel and
23   other allies of the United States in the
24   Middle East resulting from the transfer of

WASHSTATEC013345

2245

1    arms or related material, or other support,
2    by Iran to Hizballah and other proxies;

3         (iv) Iranian and Iranian-controlled
4    personnel operating within Syria, including
5    Hizballah, Shiite militias, and Revolu-
6    tionary Guard Corps forces of Iran, and
7    the number and geographic distribution of
8    such personnel;

9         (v) any rocket-producing facilities in
10   Lebanon for nonstate actors, including
11   whether such facilities were assessed to be
12   built at the direction of Hizballah leader-
13   ship, Iranian leadership, or in consultation
14   between Iranian leadership and Hizballah
15   leadership; and

16        (vi) Iranian expenditures in the pre-
17   vious calendar year on military and ter-
18   rorist activities outside the country, includ-
19   ing the amount of such expenditures with
20   respect to each of Hizballah, Houthi rebels
21   in Yemen, Hamas, proxy forces in Iraq
22   and Syria, ballistic missile research and
23   testing, and any other entity, country, or
24   activity that the Director determines as de-
25   stabilizing to the Middle East region.

WASHSTATEC013346

2246

1       (3) FORM OF REPORT.—The report under para-

2  graph (1) shall be submitted in unclassified form,

3  but may include a classified annex.

4       (4) DEFINITIONS.—In this subsection:

5            (A) APPROPRIATE CONGRESSIONAL COM-

6     MITTEES.—the term "appropriate congressional

7     committees" means—

8            (i) the Committee on Armed Services,

9       the Committee on Foreign Relations, and

10      the Select Committee on Intelligence of the

11      Senate; and

12           (ii) the Committee on Armed Services,

13      the Committee on Foreign Affairs, and the

14      Permanent Select Committee on Intel-

15      ligence of the House of Representatives.

16            (B) ARMS OR RELATED MATERIAL.—The

17     term "arms or related material" means—

18            (i) nuclear, biological, chemical, or ra-

19      diological weapons or materials or compo-

20      nents of such weapons;

21            (ii) ballistic or cruise missile weapons

22      or materials or components of such weap-

23      ons;

24            (iii) destabilizing numbers and types

25      of advanced conventional weapons;

WASHSTATEC013347

2247

1              (iv) defense articles or defense serv-
2          ices, as those terms are defined in para-
3          graphs (3) and (4), respectively, of section
4          47 of the Arms Export Control Act (22
5          U.S.C. 2794);
6              (v) defense information, as that term
7          is defined in section 644 of the Foreign
8          Assistance Act of 1961 (22 U.S.C. 2403);
9          or
10             (vi) items designated by the President
11         for purposes of the United States Muni-
12         tions List under section 38(a)(1) of the
13         Arms  Export  Control  Act  (22  U.S.C.
14         2778(a)(1)).

**SEC. 5522. ASSESSMENTS REGARDING THE NORTHERN TRI-**
**ANGLE AND MEXICO.**

17     (a) ASSESSMENT.—

18         (1) REPORT.—Not later than 90 days after the
19     date of the enactment of this Act, the Director of
20     National Intelligence, in coordination with the Under
21     Secretary of Homeland Security for Intelligence and
22     Analysis, the Assistant Secretary of State for Intel-
23     ligence and Research, the Chief of Intelligence of the
24     Drug Enforcement Administration, and other appro-
25     priate officials in the intelligence community, shall

WASHSTATEC013348

2248

1   submit to the appropriate congressional committees

2   a report containing a comprehensive assessment of

3   drug trafficking, human trafficking, and human

4   smuggling activities in the Northern Triangle and

5   Mexico.

6   (2) MATTERS INCLUDED.—The report under

7   paragraph (1) shall include, at a minimum, the fol-

8   lowing:

9   (A) An assessment of the effect of drug

10   trafficking, human trafficking, and human

11   smuggling on the security and economic situa-

12   tion in the Northern Triangle.

13   (B) An assessment of the effect of the ac-

14   tivities of drug trafficking organizations on the

15   migration of persons from the Northern Tri-

16   angle to the United States-Mexico border.

17   (C) A summary of any relevant activities

18   by elements of the intelligence community in re-

19   lation to drug trafficking, human trafficking,

20   and human smuggling in the Northern Triangle

21   and Mexico.

22   (D) An assessment of methods and routes

23   used by drug trafficking organizations, human

24   traffickers, and human smugglers to move

WASHSTATEC013349

2249

1   drugs, persons, or both from the Northern Tri-
2   angle and Mexico to the United States.

3        (E) An assessment of the intersection be-
4   tween the activities of drug trafficking organi-
5   zations, human traffickers and human smug-
6   glers, and other organized criminal groups in
7   the Northern Triangle and Mexico.

8        (F) An assessment of the illicit funds and
9   financial transactions that support the activities
10  of drug trafficking organizations, human traf-
11  fickers, and human smugglers, and connected
12  criminal enterprises, in the Northern Triangle
13  and Mexico.

14       (G) A comprehensive review of the current
15  collection priorities of the intelligence commu-
16  nity for the Northern Triangle and Mexico, as
17  of the date of the enactment of this Act, in
18  order to identify whether such priorities are ap-
19  propriate and sufficient in light of the threat
20  posed by the activities of drug trafficking orga-
21  nizations and human traffickers and human
22  smugglers to the security of the United States
23  and the Western Hemisphere.

WASHSTATEC013350

2250

1    (3) FORM.—The report required by paragraph
2    (1) may be submitted in classified form, but if so
3    submitted, shall contain an unclassified summary.

4    (4) AVAILABILITY.—The report under para-
5    graph (1), or the unclassified summary of the report
6    described in paragraph (3), shall be made publicly
7    available.

8    (b) BRIEFINGS.—

9    (1) SEMIANNUAL REQUIREMENT.—Not later
10   than 90 days after the date on which the report
11   under subsection (a) is submitted, and every 180
12   days thereafter for a 5-year period, the Director of
13   National Intelligence shall provide to the congres-
14   sional intelligence committees a briefing on the intel-
15   ligence community's collection priorities and activi-
16   ties in the Northern Triangle and Mexico with a
17   focus on the threat posed by the activities of drug
18   trafficking organizations and human traffickers and
19   human smugglers to the security of the United
20   States and the Western Hemisphere.

21   (2) MATTERS INCLUDED.—Each briefing under
22   paragraph (1) shall include a description of the
23   funds expended by the intelligence community on the
24   efforts described in such paragraph during the pre-

WASHSTATEC013351

2251

1   ceding fiscal year, except the first such briefing shall

2   cover fiscal years 2018 and 2019.

3   (c) DEFINITIONS.—In this section:

4       (1) APPROPRIATE CONGRESSIONAL COMMIT-

5   TEES.—The term ''appropriate congressional com-

6   mittees'' means—

7           (A) the Committee on Foreign Affairs, the

8       Committee on Homeland Security, and the Per-

9       manent Select Committee on Intelligence of the

10      House of Representatives; and

11          (B) the Committee on Foreign Relations,

12      the Committee on Homeland Security and Gov-

13      ernmental Affairs, and the Select Committee on

14      Intelligence of the Senate.

15      (2) HUMAN TRAFFICKING.—The term ''human

16  trafficking'' has the meaning given the term ''severe

17  forms of trafficking in persons'' by section 103 of

18  the Victims of Trafficking and Violence Protection

19  Act of 2000 (22 U.S.C. 7102).

20      (3) NORTHERN TRIANGLE.—The term ''North-

21  ern Triangle'' means El Salvador, Guatemala, and

22  Honduras.

WASHSTATEC013352

2252

# TITLE LVI—FEDERAL EFFORTS AGAINST DOMESTIC TERRORISM

### SEC. 5601. DEFINITIONS.

In this title:

(1) APPROPRIATE CONGRESSIONAL COMMIT-TEES.—The term "appropriate congressional committees" means—

(A) the Permanent Select Committee on Intelligence, the Committee on Homeland Security, and the Committee on the Judiciary of the House of Representatives; and

(B) the Select Committee on Intelligence, the Committee on Homeland Security and Governmental Affairs, and the Committee on the Judiciary of the Senate.

(2) DOMESTIC TERRORISM.—The term "domestic terrorism" has the meaning given that term in section 2331 of title 18, United States Code.

(3) HATE CRIME.—The term "hate crime" means a criminal offense under—

(A) sections 241, 245, 247, and 249 of title 18, United States Code; and

(B) section 3631 of title 42, United States Code.

WASHSTATEC013353

2253

1     (4) INTERNATIONAL TERRORISM.—The term

2    "international terrorism" has the meaning given

3    that term in section 2331 of title 18, United States

4    Code.

5     (5) TERMS IN ATTORNEY GENERAL'S GUIDE-

6    LINES FOR DOMESTIC FBI OPERATIONS.—The terms

7    "assessments", "full investigations", "enterprise in-

8    vestigations", "predicated investigations", and "pre-

9    liminary investigations" have the meanings given

10    those terms in the most recent, approved version of

11    the Attorney General's Guidelines for Domestic FBI

12    Operations (or successor).

13     (6) TERMS IN FBI BUDGET MATERIALS.—The

14    terms "Consolidated Strategy Guide", "Field Office

15    Strategic Plan", "Integrated Program Management

16    Process", and "Threat Review and Prioritization"

17    have the meanings given those terms in the mate-

18    rials submitted to Congress by the Attorney General

19    in support of the Federal Bureau of Investigation

20    budget for fiscal year 2020.

21     (7) TERRORISM.—The term "terrorism" in-

22    cludes domestic terrorism and international ter-

23    rorism.

24     (8) TERRORISM INFORMATION.—The term "ter-

25    rorism information" has the meaning given that

WASHSTATEC013354

2254

1 term in section 1016(a) of the Intelligence Reform
2 and Terrorism Prevention Act of 2004 (6 U.S.C.
3 485).

4 (9) TIME UTILIZATION AND RECORDKEEPING
5 DATA.—The term ''time utilization and record-
6 keeping data'' means data collected on resource utili-
7 zation and workload activity of personnel of the Fed-
8 eral Bureau of Investigation in accordance with Fed-
9 eral law.

10 **SEC. 5602. STRATEGIC INTELLIGENCE ASSESSMENT OF AND**
11 **REPORTS ON DOMESTIC TERRORISM.**

12 (a) REPORT ON STANDARDIZATION OF TERMI-
13 NOLOGY AND PROCEDURES RELATING TO DOMESTIC
14 TERRORISM.—Not later than 90 days after the date of
15 the enactment of this Act, the Director of the Federal Bu-
16 reau of Investigation and the Secretary of Homeland Se-
17 curity, in consultation with the Director of National Intel-
18 ligence in a manner consistent with the authorities and
19 responsibilities of such Director, shall jointly—

20 (1) develop, to the fullest extent feasible and for
21 purposes of internal recordkeeping and tracking,
22 uniform and standardized—

23 (A) definitions of the terms ''domestic ter-
24 rorism'', ''act of domestic terrorism'', ''domestic

WASHSTATEC013355

2255

1    terrorism groups'', and any other commonly

2    used terms with respect to domestic terrorism;

3        (B) methodologies for tracking incidents of

4    domestic terrorism; and

5        (C) descriptions of categories and subcat-

6    egories of—

7            (i) domestic terrorism; and

8            (ii) ideologies relating to domestic ter-

9    rorism;

10    (2) submit to the appropriate congressional

11    committees a report containing the information de-

12    veloped under paragraph (1).

13    (b) REPORT CONTAINING STRATEGIC INTELLIGENCE

14 ASSESSMENT AND DATA ON DOMESTIC TERRORISM.—

15    (1) IN GENERAL.—Not later than 180 days

16    after the date of the enactment of this Act, the Di-

17    rector of the Federal Bureau of Investigation and

18    the Secretary of Homeland Security, in consultation

19    with the Director of National Intelligence in a man-

20    ner consistent with the authorities and responsibil-

21    ities of such Director, shall jointly submit to the ap-

22    propriate congressional committees a report on do-

23    mestic terrorism containing the following:

24        (A) The strategic intelligence assessment

25    under paragraph (2).

WASHSTATEC013356

2256

1     (B) The discussion of activities under

2 paragraph (3).

3     (C) Data on domestic terrorism under

4 paragraph (4).

5     (D) Recommendations under paragraph

6 (5).

7 (2) STRATEGIC INTELLIGENCE ASSESSMENT.—

8     (A) ASSESSMENT REQUIRED.—The Direc-

9 tor of the Federal Bureau of Investigation and

10 the Secretary of Homeland Security, in con-

11 sultation with the Director of National Intel-

12 ligence in a manner consistent with the authori-

13 ties and responsibilities of such Director, shall

14 prepare and include in the report under para-

15 graph (1) a strategic intelligence assessment of

16 domestic terrorism in the United States during

17 fiscal years 2017, 2018, and 2019.

18     (B) STANDARDS.—The Director of the

19 Federal Bureau of Investigation and the Sec-

20 retary of Homeland Security, in consultation

21 with the Director of National Intelligence in a

22 manner consistent with the authorities and re-

23 sponsibilities of such Director, shall ensure that

24 the strategic assessment under subparagraph

25 (A) complies with the analytic integrity and

WASHSTATEC013357

2257

1 tradecraft standards of the intelligence commu-

2 nity.

3 (3) DISCUSSION OF ACTIVITIES.—The report

4 under paragraph (1) shall discuss and compare the

5 following with respect to each applicable element of

6 the intelligence community:

7 (A) The criteria for opening, managing,

8 and closing domestic and international ter-

9 rorism investigations.

10 (B) Standards and procedures for the Fed-

11 eral Bureau of Investigation with respect to the

12 review, prioritization, and mitigation of domes-

13 tic and international terrorism threats in the

14 United States.

15 (C) The planning (including plans of anal-

16 ysis of the Federal Bureau of Investigation, De-

17 partment of Homeland Security, and National

18 Counterterrorism Center), development, produc-

19 tion, analysis, and evaluation of intelligence and

20 intelligence products relating to terrorism, not-

21 ing any differences with respect to domestic ter-

22 rorism and international terrorism.

23 (D) The sharing of information relating to

24 domestic and international terrorism by and be-

25 tween—

WASHSTATEC013358

G:\CMTE\AS\20\C\ASCR20.XML

2258

1        (i) the Federal Government;

2        (ii) State, local, Tribal, territorial, and

3    foreign governments;

4        (iii) the appropriate congressional

5    committees;

6        (iv) nongovernmental organizations;

7    and

8        (v) the private sector.

9    (E) The criteria and methodology used by

10    the Federal Bureau of Investigation to identify

11    or assign terrorism classifications to investiga-

12    tions of domestic terrorism.

13    (F) Compliance by the Federal Govern-

14    ment with privacy, civil rights, and civil liberties

15    policies and protections applicable to the pro-

16    duction of the report under paragraph (1), in-

17    cluding protections against the public release of

18    names or other personally identifiable informa-

19    tion of individuals involved in incidents, inves-

20    tigations, indictments, prosecutions, or convic-

21    tions for which data is reported under this sec-

22    tion.

23    (G) Information regarding any training or

24    resources provided by the Federal Bureau of

25    Investigation, the Department of Homeland Se-

WASHSTATEC013359

2259

1 curity, or the National Counterterrorism Cen-

2 ter, to assist Federal, State, local, and Tribal

3 law enforcement agencies in understanding, de-

4 tecting, deterring, and investigating acts of do-

5 mestic terrorism, including the date, type, sub-

6 ject, and recipient agencies of such training or

7 resources.

8 (4) DATA ON DOMESTIC TERRORISM.—

9 (A) DATA REQUIRED.—In accordance with

10 subparagraph (B), the report under paragraph

11 (1) shall include the following data for the pe-

12 riod beginning on January 1, 2009, and ending

13 on the date of the enactment of this Act:

14 (i) For each completed or attempted

15 incident of domestic terrorism that has oc-

16 curred in the United States during such

17 period—

18 (I) a description of such incident;

19 (II) the date and location of such

20 incident;

21 (III) the number and type of

22 completed and attempted Federal

23 nonviolent crimes committed during

24 such incident;

WASHSTATEC013360

2260

1          (IV) the number and type of
2     completed and attempted Federal and
3     State property crimes committed dur-
4     ing such incident, including an esti-
5     mate of economic damages resulting
6     from such crimes; and

7          (V) the number and type of com-
8     pleted and attempted Federal violent
9     crimes committed during such inci-
10    dent, including the number of people
11    injured or killed as a result of such
12    crimes.

13    (ii) For such period—

14         (I) an identification of each as-
15    sessment, preliminary investigation,
16    full investigation, and enterprise in-
17    vestigation with a nexus to domestic
18    terrorism opened, pending, or closed
19    by the Federal Bureau of Investiga-
20    tion;

21         (II) the number of assessments
22    or investigations identified under sub-
23    clause (I) associated with each domes-
24    tic terrorism investigative classifica-
25    tion (including subcategories);

WASHSTATEC013361

2261

(III) the number of assessments
or investigations described in sub-
clause (II) initiated as a result of a
referral or investigation by a Federal,
State, local, Tribal, territorial, or for-
eign government, of a hate crime;

(IV) the number of Federal
criminal charges with a nexus to do-
mestic terrorism, including the num-
ber of indictments and complaints as-
sociated with each domestic terrorism
investigative classification (including
subcategories), a summary of the alle-
gations contained in each such indict-
ment, the disposition of the prosecu-
tion, and, if applicable, the sentence
imposed as a result of a conviction on
such charges;

(V) referrals of incidents of do-
mestic terrorism by or to State, local,
Tribal, territorial, or foreign govern-
ments, to or by departments or agen-
cies of the Federal Government, for
investigation or prosecution, including
the number of such referrals associ-

WASHSTATEC013362

2262

1     ated with each domestic terrorism in-

2     vestigation classification (including

3     any subcategories), and a summary of

4     each such referral that includes the

5     rationale for such referral and the dis-

6     position of the applicable Federal in-

7     vestigation or prosecution;

8     (VI) intelligence products pro-

9     duced by the intelligence community

10     relating to domestic terrorism, includ-

11     ing, with respect to the Federal Bu-

12     reau of Investigation, the number of

13     such products associated with each

14     domestic terrorism investigative classi-

15     fication (including any subcategories);

16     (VII) with respect to the Federal

17     Bureau of Investigation—

18     (aa) the number of staff (ex-

19     pressed in terms of full-time

20     equivalents and positions) work-

21     ing on matters relating to domes-

22     tic terrorism described in sub-

23     clauses (I) through (VI); and

24     (bb) a summary of time uti-

25     lization and recordkeeping data

WASHSTATEC013363

2263

1        for personnel working on such
2        matters, including the number or
3        percentage of such personnel as-
4        sociated with each domestic ter-
5        rorism investigative classification
6        (including any subcategories) in
7        the FBI Headquarters Oper-
8        ational Divisions and Field Divi-
9        sions;
10        (VIII) with respect to the Office
11        of Intelligence and Analysis of the De-
12        partment of Homeland Security, the
13        number of staff (expressed in terms of
14        full-time equivalents and positions)
15        working on matters relating to domes-
16        tic terrorism described in subclauses
17        (I) through (VI); and
18        (IX) with respect to the National
19        Counterterrorism Center, the number
20        of staff (expressed in terms of full-
21        time equivalents and positions) work-
22        ing on matters relating to domestic
23        terrorism described in subclauses (I)
24        through (VI), and the applicable legal

WASHSTATEC013364

2264

1       authorities relating to the activities of

2       such staff.

3       (B) COLLECTION AND COMPILATION.—The

4       requirement to submit data under paragraph

5       (1)—

6               (i) may not be construed to require

7               the creation or maintenance of any record

8               that the Federal Bureau of Investigation,

9               the Department of Homeland Security, or

10              the National Counterterrorism Center, as

11              the case may be, does not maintain in the

12              ordinary course of business or pursuant to

13              another provision of law; and

14              (ii) shall be carried out by collecting,

15              compiling, or otherwise using data and

16              records that such entities otherwise main-

17              tain or create.

18      (C) FORMAT.—The information required

19      under subparagraph (A) may be provided in a

20      format that uses the marking associated with

21      the Central Records System (or any successor

22      system) of the Federal Bureau of Investigation.

23      (5) RECOMMENDATIONS.—

24      (A) IN GENERAL.—The report under para-

25      graph (1) shall include recommendations, in-

WASHSTATEC013365

2265

1  cluding any constitutional analysis conducted

2  relating to such recommendations, with respect

3  to the following:

4     (i) The necessity of changing authori-

5     ties, roles, resources, or responsibilities

6     within the Federal Government to more ef-

7     fectively prevent and counter domestic ter-

8     rorism activities.

9     (ii) Measures necessary to ensure the

10    protection of privacy and civil liberties in

11    the carrying out of activities relating to

12    countering domestic terrorism.

13    (B) CONSULTATION.—In developing rec-

14 ommendations pursuant to subparagraph

15 (A)(ii), the Director of the Federal Bureau of

16 Investigation and the Secretary of Homeland

17 Security, in consultation with the Director of

18 National Intelligence, may seek the advice of

19 the Privacy and Civil Liberties Oversight

20 Board.

21 (c) PROVISION OF OTHER DOCUMENTS AND MATE-

22 RIALS.—

23    (1) IN GENERAL.—Together with the report

24 under subsection (b)(1), the Director of the Federal

25 Bureau of Investigation and the Secretary of Home-

WASHSTATEC013366

2266

1    land Security, in consultation with the Director of

2    National Intelligence in a manner consistent with

3    the authorities and responsibilities of such Director,

4    shall also submit to the appropriate congressional

5    committees the following documents and materials in

6    complete and unredacted form:

7        (A) With respect to the Federal Bureau of

8        Investigation, at a minimum, the most recent,

9        approved versions of—

10            (i) the Attorney General's Guidelines

11            for Domestic FBI Operations (or any suc-

12            cessor);

13            (ii) the FBI Domestic Investigations

14            and Operations Guide (or any successor);

15            (iii) the FBI Counterterrorism Policy

16            Guide (or any successor); and

17            (iv) materials sufficient to show the

18            rankings of domestic terrorism in relation

19            to other threats within the Threat Review

20            and Prioritization process, with respect to

21            the headquarters and each field office of

22            the Federal Bureau of Investigation.

23        (B) With respect to the intelligence com-

24        munity—

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013367

2267

1     (i) a list of all intelligence products

2     described in subsection (b)(4)(A)(ii)(VI);

3     and

4     (ii) a means of accessing each such

5     product.

6  (2) NONDUPLICATION.—If any documents or

7 materials required under paragraph (1) have been

8 previously submitted to the appropriate congres-

9 sional committees under such paragraph and have

10 not been modified since such submission, the Direc-

11 tor of the Federal Bureau of Investigation, the Sec-

12 retary of Homeland Security, and the Director of

13 National Intelligence may provide a list of such doc-

14 uments or materials in lieu of making the submis-

15 sion under paragraph (1) for those documents or

16 materials.

17 (d) ANNUAL UPDATES.—During the 5-year period

18 following the date of the submission of the reports under

19 subsections (b) and (c), the Director of the Federal Bu-

20 reau of Investigation and the Secretary of Homeland Se-

21 curity, in consultation with the Director of National Intel-

22 ligence in a manner consistent with the authorities and

23 responsibilities of such Director, shall jointly submit to the

24 appropriate congressional committees annual updates to

25 the reports submitted under subsections (a), (b), and (c).

WASHSTATEC013368

2268

1    (e) CLASSIFICATION AND PUBLIC RELEASE.—The

2 reports under subsections (a), (b), and (d) shall be—

3        (1) unclassified, but may contain a classified

4    annex;

5        (2) with respect to the unclassified portion of

6    the report, made available on the public internet

7    websites of the Federal Bureau of Investigation, the

8    Department of Homeland Security, and the National

9    Counterterrorism Center—

10        (A) not later than 30 days after submis-

11        sion to the appropriate congressional commit-

12        tees; and

13        (B) in an electronic format that is fully in-

14        dexed and searchable; and

15        (3) with respect to a classified annex, submitted

16    to the appropriate congressional committees in an

17    electronic format that is fully indexed and search-

18    able.

19    (f) INFORMATION QUALITY.—The reports under sub-

20 sections (a), (b), and (d), to the extent applicable, shall

21 comply with the guidelines issued by the Director of the

22 Office of Management and Budget pursuant to section

23 515 of title V of the Consolidated Appropriations Act,

24 2001 (Public Law 106–554; 114 Stat. 2763A–154).

WASHSTATEC013369

2269

# TITLE LVII—REPORTS AND OTHER MATTERS

## Subtitle A—Reports and Briefings

**SEC. 5701. MODIFICATION OF REQUIREMENTS FOR SUBMISSION TO CONGRESS OF CERTAIN REPORTS.**

(a) MODIFICATION OF REPORTS RELATING TO GUANTANAMO BAY.—

(1) MODIFICATION.—Section 506I(b) of the National Security Act of 1947 (50 U.S.C. 3105(b)) is amended by striking "once every 6 months" and inserting "annually".

(2) MODIFICATION.—Section 319(a) of the Supplemental Appropriations Act, 2009 (10 U.S.C. 801 note) is amended by striking "every 90 days" and inserting "annually".

(b) MODIFICATION TO REPORTS ON ANALYTIC INTEGRITY.—Subsection (c) of section 1019 of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3364) is amended—

(1) in the heading, by striking "REPORTS" and inserting "BRIEFINGS"; and

(2) by striking "submit to the congressional intelligence committees, the heads of the relevant elements of the intelligence community, and the heads of analytic training departments a report con-

WASHSTATEC013370

2270

1    taining'' and inserting ''provide to the congressional

2    intelligence committees, the heads of the relevant

3    elements of the intelligence community, and the

4    heads of analytic training departments a briefing

5    with''.

6    (c) REPEAL OF REPORTS RELATING TO INTEL-

7    LIGENCE FUNCTIONS.—Section 506J of the National Se-

8    curity Act of 1947 (50 U.S.C. 3105a) is repealed and the

9    table of contents in the first section of such Act is amend-

10   ed by striking the item relating to section 506J.

11   (d) MODIFICATION OF REQUIRED REPORTS RELAT-

12   ING TO ENTERTAINMENT INDUSTRY.—Section 308 of the

13   Intelligence Authorization Act for Fiscal Year 2017 (50

14   U.S.C. 3332) is amended—

15        (1) in subsection (b)(2)—

16             (A) by striking ''paragraph (1) shall—''

17        and all that follows through ''permit an ele-

18        ment'' and insert ''paragraph (1) shall permit

19        an element'';

20             (B) by striking ''approval; and'' and insert-

21        ing ''approval.''; and

22             (C) by striking subparagraph (B); and

23        (2) by striking subsection (c) and inserting the

24   following new subsection:

WASHSTATEC013371

2271

1    "(c) INFORMATION ON PRIOR YEAR ENGAGE-

2  MENTS.—At the written request of either of the congres-

3  sional intelligence committees, the Director of National In-

4  telligence shall submit to such committees information

5  with respect to engagements occurring during the calendar

6  year prior to the year during which such request is made.

7  Such information may include—

8        "(1) a description of the nature and duration of

9      each such engagement;

10        "(2) the cost incurred by the United States

11      Government for each such engagement;

12        "(3) a description of the benefits to the United

13      States Government for each such engagement;

14        "(4) a determination of whether any informa-

15      tion was declassified, and whether any classified in-

16      formation was improperly disclosed, for each such

17      engagement; and

18        "(5) a description of the work produced

19      through each such engagement.".

20  **SEC. 5702. INCREASED TRANSPARENCY REGARDING**

21          **COUNTERTERRORISM BUDGET OF THE**

22          **UNITED STATES.**

23  (a) FINDINGS.—Congress finds the following:

24        (1) Consistent with section 601(a) of the Imple-

25      menting Recommendations of the 9/11 Commission

WASHSTATEC013372

2272

1  Act of 2007 (50 U.S.C. 3306(a)), the recent practice

2  of the intelligence community has been to release to

3  the public—

4          (A) around the date on which the Presi-

5      dent submits to Congress a budget for a fiscal

6      year pursuant to section 1105 of title 31,

7      United States Code, the "top-line" amount of

8      total funding requested for the National Intel-

9      ligence Program for such fiscal year; and

10         (B) the amount of requested and appro-

11     priated funds for the National Intelligence Pro-

12     gram and Military Intelligence Program for cer-

13     tain prior fiscal years, consistent with the pro-

14     tection of intelligence sources and methods.

15  (2) The Directorate of Strategic Operational

16  Planning of the National Counterterrorism Center is

17  responsible for producing an annual National

18  Counterterrorism Budget report, which examines the

19  alignment of intelligence and other resources in the

20  applicable fiscal year budget with the counterter-

21  rorism goals and areas of focus in the National

22  Strategy for Counterterrorism.

23  (b) SENSE OF CONGRESS.—It is the sense of Con-

24  gress that—

WASHSTATEC013373

2273

1    (1) despite the difficulty of compiling and re-
2    leasing to the public comprehensive information on
3    the resource commitments of the United States to
4    counterterrorism activities and programs, including
5    with respect to such activities and programs of the
6    intelligence community, the United States Govern-
7    ment could take additional steps to enhance the un-
8    derstanding of the public with respect to such re-
9    source commitments, in a manner consistent with
10   the protection of intelligence sources and methods
11   and other national security interests; and

12   (2) the United States Government should re-
13   lease to the public as much information as possible
14   regarding the funding of counterterrorism activities
15   and programs, including activities and programs of
16   the intelligence community, in a manner consistent
17   with the protection of intelligence sources and meth-
18   ods and other national security interests.

19   (c) BRIEFING ON PUBLIC RELEASE OF INFORMA-
20   TION.—

21   (1) REQUIREMENT.—Not later than 90 days
22   after the date of the enactment of this Act, and not
23   later than 90 days after the beginning of each fiscal
24   year thereafter, the President shall ensure that the
25   congressional intelligence committees receive a brief-

WASHSTATEC013374

2274

1  ing from appropriate personnel of the United States

2  Government on the feasibility of releasing to the

3  public additional information relating to counterter-

4  rorism efforts of the intelligence community.

5  (2) ELEMENTS.—Each briefing required by

6  paragraph (1) shall include a discussion of the feasi-

7  bility of—

8  (A) subject to paragraph (3), releasing to

9  the public the National Counterterrorism Budg-

10  et report described in subsection (a)(2) for the

11  prior fiscal year; and

12  (B) declassifying other reports, documents,

13  or activities of the intelligence community relat-

14  ing to counterterrorism and releasing such in-

15  formation to the public in a manner consistent

16  with the protection of intelligence sources and

17  methods and other national security interests.

18  (3) RELEASE OF NATIONAL COUNTERTER-

19  RORISM BUDGET REPORT.—The President may sat-

20  isfy the requirement under paragraph (2)(A) during

21  a fiscal year by, not later than 90 days after the be-

22  ginning of the fiscal year, releasing to the public the

23  National Counterterrorism Budget report (with any

24  redactions the Director determines necessary to pro-

WASHSTATEC013375

2275

1   tect intelligence sources and methods and other na-

2   tional security interests) for the prior fiscal year.

**SEC. 5703. STUDY ON ROLE OF RETIRED AND FORMER PER-**

**SONNEL OF INTELLIGENCE COMMUNITY**

**WITH RESPECT TO CERTAIN FOREIGN INTEL-**

**LIGENCE OPERATIONS.**

7   (a) STUDY.—The Director of National Intelligence

8   shall conduct a study on former intelligence personnel pro-

9   viding covered intelligence assistance.

10   (b) ELEMENTS.—The study under subsection (a)

11   shall include the following:

12   (1) An identification of, and discussion of the

13   effectiveness of, existing laws, policies, procedures,

14   and other measures relevant to the ability of ele-

15   ments of the intelligence community to prevent

16   former intelligence personnel from providing covered

17   intelligence assistance—

18   (A) without proper authorization; or

19   (B) in a manner that would violate legal or

20   policy controls if the personnel performed such

21   assistance while working for the United States

22   Government; and

23   (2) Make recommendations for such legislative,

24   regulatory, policy, or other changes as may be nec-

WASHSTATEC013376

2276

1    essary to ensure that the United States consistently

2    meets the objectives described in paragraph (1).

3    (c) REPORT AND PLAN.—Not later than 90 days

4    after the date of the enactment of this Act, the Director

5    shall submit to the congressional intelligence committees,

6    the Committee on Homeland Security and Governmental

7    Affairs of the Senate, and the Committee on Homeland

8    Security of the House of Representatives—

9        (1) a report on the findings of the Director with

10       respect to each element of the study under sub-

11       section (a); and

12       (2) a plan to implement any recommendations

13       made by the Director that the Director may imple-

14       ment without changes to Federal law.

15   (d) FORM.—The report and plan under subsection (c)

16   may be submitted in classified form.

17   (e) DEFINITIONS.—In this section:

18       (1) COVERED INTELLIGENCE ASSISTANCE.—

19       The term "covered intelligence assistance" means

20       assistance—

21           (A) provided by former intelligence per-

22           sonnel directly to, or for the benefit of, the gov-

23           ernment of a foreign country or indirectly to, or

24           for the benefit of, such a government through

25           a company or other entity; and

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013377

2277

(B) that relates to intelligence, military, or law enforcement activities of a foreign country, including with respect to operations that involve abuses of human rights, violations of the laws of the United States, or infringements on the privacy rights of United States persons.

(2) FORMER INTELLIGENCE PERSONNEL.—The term ''former intelligence personnel'' means retired or former personnel of the intelligence community, including civilian employees of elements of the intelligence community, members of the Armed Forces, and contractors of elements of the intelligence community.

**SEC. 5704. COLLECTION, ANALYSIS, AND DISSEMINATION OF WORKFORCE DATA.**

(a) MODIFICATION OF REQUIREMENT FOR ANNUAL REPORT ON HIRING AND RETENTION OF MINORITY EMPLOYEES.—

(1) EXPANSION OF PERIOD OF REPORT.—Subsection (a) of section 114 of the National Security Act of 1947 (50 U.S.C. 3050) is amended by inserting ''and the preceding 5 fiscal years'' after ''fiscal year''.

(2) CLARIFICATION ON DISAGGREGATION OF DATA.—Subsection (b) of such section is amended,

WASHSTATEC013378

2278

1  in the matter before paragraph (1), by striking

2  "disaggregated data by category of covered person

3  from each element of the intelligence community"

4  and inserting "data, disaggregated by category of

5  covered person and by element of the intelligence

6  community,".

7  (b) INITIAL REPORTING.—

8  (1) IN GENERAL.—Not later than 180 days

9  after the date of the enactment of this Act, and sub-

10  ject to paragraph (3), the Director of National Intel-

11  ligence shall make available to the public, the appro-

12  priate congressional committees, and the workforce

13  of the intelligence community a report which in-

14  cludes aggregate demographic data and other infor-

15  mation regarding the diversity and inclusion efforts

16  of the workforce of the intelligence community.

17  (2) CONTENTS.—A report made available under

18  paragraph (1)—

19  (A) shall include unclassified reports and

20  barrier analyses relating to diversity and inclu-

21  sion efforts;

22  (B) shall include aggregate demographic

23  data—

24  (i) by segment of the workforce of the

25  intelligence community and grade or rank;

WASHSTATEC013379

2279

1     (ii) relating to attrition and promotion
2    rates;
3     (iii) that addresses the compliance of
4    the intelligence community with validated
5    inclusion metrics, such as the New Inclu-
6    sion Quotient index score; and
7     (iv) that provides demographic com-
8    parisons to the relevant nongovernmental
9    labor force and the relevant civilian labor
10   force;
11   (C) shall include an analysis of applicant
12  flow data, including the percentage and level of
13  positions for which data are collected, and a
14  discussion of any resulting policy changes or
15  recommendations;
16   (D) shall include demographic data relat-
17  ing to participants in professional development
18  programs of the intelligence community and the
19  rate of placement into senior positions for par-
20  ticipants in such programs;
21   (E) shall include any voluntarily collected
22  demographic data relating to the membership of
23  any external advisory committee or board to
24  which individuals in senior positions in the in-
25  telligence community appoint members; and

WASHSTATEC013380

2280

1      (F) may include data in proportions or
2      percentages to account for concerns relating to
3      the protection of classified information.

4  (c) UPDATES.—After making available a report
5 under subsection (b), the Director of National Intelligence
6 shall annually provide a report (which may be provided
7 as part of an annual report required under another provi-
8 sion of law) to the workforce of the intelligence community
9 (including senior leadership), the public, and the appro-
10 priate congressional committees that includes—

11      (1) demographic data and information on the
12      status of diversity and inclusion efforts of the intel-
13      ligence community;

14      (2) an analysis of applicant flow data, including
15      the percentage and level of positions for which data
16      are collected, and a discussion of any resulting policy
17      changes or recommendations; and

18      (3) demographic data relating to participants in
19      professional development programs of the intel-
20      ligence community and the rate of placement into
21      senior positions for participants in such programs.

22  (d) EXPAND THE COLLECTION AND ANALYSIS OF
23 VOLUNTARY APPLICANT FLOW DATA.—

24      (1) IN GENERAL.—The Director of National In-
25      telligence shall develop a system to collect and ana-

WASHSTATEC013381

2281

1    lyze applicant flow data for as many positions within
2    the intelligence community as practicable, in order
3    to identify areas for improvement in attracting di-
4    verse talent, with particular attention to senior and
5    management positions.

6        (2) PHASED IMPLEMENTATION.—The collection
7    of applicant flow data may be implemented by the
8    Director of National Intelligence in a phased ap-
9    proach commensurate with the resources available to
10   the intelligence community.

11   (e) IDENTIFY ADDITIONAL CATEGORIES FOR VOL-
12   UNTARY DATA COLLECTION OF CURRENT EMPLOYEES.—

13       (1) IN GENERAL.—The Director of National In-
14   telligence may submit to the Office of Management
15   and Budget and to the appropriate congressional
16   committees a recommendation regarding whether the
17   intelligence community should voluntarily collect
18   more detailed data on demographic categories in ad-
19   dition to the race and ethnicity categories specified
20   in the statistical policy directive issued by the Office
21   of Management and Budget entitled "Standards for
22   Maintaining, Collecting, and Presenting Federal
23   Data on Race and Ethnicity".

WASHSTATEC013382

2282

1    (2) PROCESS.—In making a recommendation

2 under paragraph (1), the Director of National Intel-

3 ligence shall—

4    (A) engage in close consultation with inter-

5 nal stakeholders, such as employee resource or

6 affinity groups;

7    (B) ensure that there is clear communica-

8 tion with the workforce of the intelligence com-

9 munity—

10    (i) to explain the purpose of the po-

11 tential collection of such data; and

12    (ii) regarding legal protections relat-

13 ing to any anticipated use of such data;

14 and

15    (C) ensure adherence to relevant standards

16 and guidance issued by the Federal Govern-

17 ment.

18 (f) DEFINITIONS.—In this section:

19    (1) APPLICANT FLOW DATA.—The term "appli-

20 cant flow data" means data that tracks the rate of

21 applications for job positions among demographic

22 categories.

23    (2) APPROPRIATE CONGRESSIONAL COMMIT-

24 TEES.—The term "appropriate congressional com-

25 mittees" means—

WASHSTATEC013383

2283

1          (A) the Committee on Foreign Relations,
2       the Committee on Armed Services, the Com-
3       mittee on Homeland Security and Govern-
4       mental Affairs, the Select Committee on Intel-
5       ligence, and the Committee on Appropriations
6       of the Senate; and

7          (B) the Committee on Foreign Affairs, the
8       Committee on Armed Services, the Committee
9       on Homeland Security, the Permanent Select
10      Committee on Intelligence, and the Committee
11      on Appropriations of the House of Representa-
12      tives.

13      (3) DIVERSITY.—The term "diversity" means
14   diversity of persons based on gender, race, ethnicity,
15   disability status, veteran status, sexual orientation,
16   gender identity, national origin, and other demo-
17   graphic categories.

**18 SEC. 5705. PLAN FOR STRENGTHENING THE SUPPLY CHAIN**
**19                INTELLIGENCE FUNCTION.**

20      (a) IN GENERAL.—Not later than 180 days after the
21   date of the enactment of this Act, the Director of the Na-
22   tional Counterintelligence and Security Center, in coordi-
23   nation with the Director of the Defense Counterintel-
24   ligence and Security Agency and other interagency part-
25   ners, shall submit to the appropriate congressional com-

WASHSTATEC013384

2284

1 mittees a plan for strengthening the supply chain intel-

2 ligence function.

3    (b) ELEMENTS.—The plan submitted under sub-

4 section (a) shall address the following:

5        (1) The appropriate workforce model, including

6    size, mix, and seniority, from the elements of the in-

7    telligence community and other interagency part-

8    ners.

9        (2) The budgetary resources necessary to imple-

10    ment the plan.

11        (3) The appropriate governance structure with-

12    in the intelligence community and with interagency

13    partners.

14        (4) The authorities necessary to implement the

15    plan.

16    (c) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

17 FINED.—The term ''appropriate congressional commit-

18 tees'' means—

19        (1) the congressional intelligence committees;

20    and

21        (2) the Committees on Armed Services of the

22    House of Representatives and the Senate.

WASHSTATEC013385

2285

1  **SEC. 5706. COMPREHENSIVE ECONOMIC ASSESSMENT OF**
2  **INVESTMENT IN KEY UNITED STATES TECH-**
3  **NOLOGIES BY COMPANIES OR ORGANIZA-**
4  **TIONS LINKED TO CHINA.**

5  (a) ASSESSMENT REQUIRED.—Not later than 90

6  days after the date of the enactment of this Act, the Direc-

7  tor of National Intelligence, in coordination with the Di-

8  rector of the National Counterintelligence and Security

9  Center, the Director of the Federal Bureau of Investiga-

10  tion, the Director of the Central Intelligence Agency, the

11  Secretary of the Treasury, and the heads of such other

12  Federal agencies as the Director of National Intelligence

13  considers appropriate, shall submit to the congressional

14  intelligence committees a comprehensive economic assess-

15  ment of investment in key United States technologies, in-

16  cluding emerging technologies, by companies or organiza-

17  tions linked to China, including the implications of these

18  investments for the national security of the United States.

19  (b) FORM OF ASSESSMENT.—The assessment sub-

20  mitted under subsection (a) shall be submitted in unclassi-

21  fied form, but may include a classified annex.

WASHSTATEC013386

2286

## SEC. 5707. REPORT BY DIRECTOR OF NATIONAL INTEL-
## LIGENCE ON FIFTH-GENERATION WIRELESS
## NETWORK TECHNOLOGY.

(a) DEFINITION OF APPROPRIATE COMMITTEES OF CONGRESS.—In this section, the term "appropriate committees of Congress" means—

(1) the congressional intelligence committees;

(2) the Committee on Foreign Relations of the Senate; and

(3) Committee on Foreign Affairs of the House of Representatives.

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate committees of Congress a report on—

(1) the threat to the national security of the United States posed by the global and regional adoption of fifth-generation wireless network (known as "5G") technology built by foreign companies;

(2) the threat to the national security of the United States posed by telecommunications companies that are subject to the jurisdiction of a foreign adversary; and

(3) possible efforts to mitigate the threat.

(c) CONTENTS.—The report under subsection (b) shall include—

WASHSTATEC013387

2287

1          (1) the timeline and scale of global and regional

2     adoption of foreign fifth-generation wireless network

3     technology;

4          (2) the implications of such global and regional

5     adoption on the cyber and espionage threat to the

6     United States, the interests of the United States,

7     and the cyber and collection capabilities of the

8     United States;

9          (3) the threat to the national security of the

10     United States from acquisition, importation, trans-

11     fer, installation, or use of any communications tech-

12     nology by any person subject to the jurisdiction of

13     the United States that involves communications

14     technology designed, developed, manufactured or

15     supplied by, controlled by, or subject to, the jurisdic-

16     tion of a foreign adversary; and

17          (4) the effect of possible mitigation efforts, in-

18     cluding with respect to—

19               (A) a policy of the United States Govern-

20          ment promoting the use of strong, end-to-end

21          encryption for data transmitted over fifth-gen-

22          eration wireless networks;

23               (B) a policy of the United States Govern-

24          ment promoting or funding free, open-source

WASHSTATEC013388

2288

1    implementation of fifth-generation wireless net-
2    work technology;

3        (C) subsidies or incentives provided by the
4    United States Government that could be used
5    to promote the adoption of secure fifth-genera-
6    tion wireless network technology developed by
7    companies of the United States or companies of
8    allies of the United States; and

9        (D) a strategy by the United States Gov-
10   ernment to reduce foreign influence and polit-
11   ical pressure in international standard-setting
12   bodies.

13   (d) FORM.—The report submitted under subsection
14 (b) shall be submitted in unclassified form, but may in-
15 clude a classified annex.

**16 SEC. 5708. REPORT ON USE BY INTELLIGENCE COMMUNITY**
**17          OF FACIAL RECOGNITION TECHNOLOGY.**

18   (a) SENSE OF CONGRESS.—It is the sense of Con-
19 gress that—

20        (1) the use of facial recognition technology for
21   the purpose of suppressing or burdening criticism or
22   dissent, or for disadvantaging persons based on their
23   ethnicity, race, gender, sexual orientation, or reli-
24   gion, is contrary to the values of the United States;

WASHSTATEC013389

2289

1     (2) the United States Government should not

2     engage in the sale or transfer of facial recognition

3     technology to any country that is using such tech-

4     nology for the suppression of human rights; and

5     (3) it is incumbent upon the intelligence com-

6     munity to develop clear policies and procedures that

7     prevent the abuse of facial recognition technology.

8    (b) REPORT REQUIRED.—Not later than 1 year after

9  the date of the enactment of this Act, the Director of Na-

10  tional Intelligence shall submit to the congressional intel-

11  ligence committees a report on the use of facial recognition

12  technology by the intelligence community. Such report

13  shall include each of the following:

14     (1) An analysis of the current use of facial rec-

15     ognition technology by the intelligence community.

16     (2) An analysis of the accuracy of facial rec-

17     ognition technology, including a discussion of the ap-

18     propriate threshold for use, and data disaggregated

19     by race, gender, ethnicity, and age.

20     (3) Whether the Government has adequate pro-

21     cedures in place to audit or test technology they pur-

22     chase to assess its accuracy, including on the basis

23     of race, gender, ethnicity, and age.

24     (4) The extent to which the intelligence commu-

25     nity has codified policies governing the use of facial

WASHSTATEC013390

2290

1    recognition technology that adequately prevent ad-
2    verse impacts on privacy, civil rights, and civil lib-
3    erties.

4        (5) An analysis of the ability of the intelligence
5    community to use facial recognition technology to
6    identify individuals in a way that respects constitu-
7    tional rights, civil rights, civil liberties, and privacy
8    of such individuals.

9        (6) Identification of risks and safeguards to up-
10   hold the constitutional rights, civil rights, civil lib-
11   erties, and privacy of individuals, including for com-
12   munities of color and religious minorities.

13       (7) Whether such technology is deployed in
14   public areas or on photos of public areas in a man-
15   ner that could raise First Amendment concerns.

16       (8) An identification of existing policies, proce-
17   dures, or practices that permit the sharing of facial
18   recognition data and technology with foreign govern-
19   ments or other non-United States Government enti-
20   ties.

21       (9) An identification of measures in place to
22   protect data security.

23       (10) An identification of any redress procedures
24   to address complaints in cases where the use of fa-
25   cial recognition resulted in harm to an individual.

WASHSTATEC013391

2291

1    (11) An analysis of existing transparency, over-
2    sight, and audits of the use of facial recognition to
3    measure the efficacy of the technology on an ongoing
4    basis, as measured against the cost and impact on
5    individual rights.

6    (c) FORM.—The report under subsection (a) shall be
7 submitted in unclassified form, but may include a classi-
8 fied annex.

9    (d) FACIAL RECOGNITION DATA DEFINED.—In this
10 section, the term "facial recognition data" means any
11 unique attribute or feature of the face of an end user that
12 is used by facial recognition technology to assign a unique,
13 persistent identifier, or for the unique personal identifica-
14 tion of a specific individual.

15 **SEC. 5709. REPORT ON DEEPFAKE TECHNOLOGY, FOREIGN**
16 **WEAPONIZATION OF DEEPFAKES, AND RE-**
17 **LATED NOTIFICATIONS.**

18    (a) REPORT ON FOREIGN WEAPONIZATION OF
19 DEEPFAKES AND DEEPFAKE TECHNOLOGY.—

20    (1) REPORT REQUIRED.—Not later than 180
21    days after the date of the enactment of this Act, the
22    Director of National Intelligence, in consultation
23    with the heads of the elements of the intelligence
24    community determined appropriate by the Director,

WASHSTATEC013392

2292

1      shall submit to the congressional intelligence com-

2      mittees a report on—

3          (A) the potential national security impacts

4          of machine-manipulated media (commonly

5          known as "deepfakes"); and

6          (B) the actual or potential use of machine-

7          manipulated media by foreign governments to

8          spread disinformation or engage in other malign

9          activities.

10     (2) MATTERS TO BE INCLUDED.—The report

11     under subsection (a) shall include the following:

12          (A) An assessment of the technical capa-

13          bilities of foreign governments, including for-

14          eign intelligence services, foreign government-

15          affiliated entities, and foreign individuals, with

16          respect to machine-manipulated media, ma-

17          chine-generated text, generative adversarial net-

18          works, and related machine-learning tech-

19          nologies, including—

20             (i) an assessment of the technical ca-

21             pabilities of the People's Republic of China

22             and the Russian Federation with respect to

23             the production and detection of machine-

24             manipulated media; and

WASHSTATEC013393

2293

1        (ii) an annex describing those govern-

2       mental elements within China and Russia

3       known to have supported or facilitated ma-

4       chine-manipulated media research, develop-

5       ment, or dissemination, as well as any

6       civil-military fusion, private-sector, aca-

7       demic, or nongovernmental entities which

8       have meaningfully participated in such ac-

9       tivities.

10      (B) An updated assessment of how foreign

11    governments, including foreign intelligence serv-

12    ices, foreign government-affiliated entities, and

13    foreign individuals, could use or are using ma-

14    chine-manipulated media and machine-gen-

15    erated text to harm the national security inter-

16    ests of the United States, including an assess-

17    ment of the historic, current, or potential future

18    efforts of China and Russia to use machine-ma-

19    nipulated media, including with respect to—

20        (i) the overseas or domestic dissemi-

21       nation of misinformation;

22        (ii) the attempted discrediting of polit-

23       ical opponents or disfavored populations;

24       and

WASHSTATEC013394

2294

1          (iii) intelligence or influence oper-
2     ations directed against the United States,
3     allies or partners of the United States, or
4     other jurisdictions believed to be subject to
5     Chinese or Russian interference.

6          (C) An updated identification of the
7     countertechnologies that have been or could be
8     developed and deployed by the United States
9     Government, or by the private sector with Gov-
10    ernment support, to deter, detect, and attribute
11    the use of machine-manipulated media and ma-
12    chine-generated text by foreign governments,
13    foreign-government affiliates, or foreign individ-
14    uals, along with an analysis of the benefits, lim-
15    itations and drawbacks of such identified
16    counter-technologies, including any emerging
17    concerns related to privacy.

18         (D) An identification of the offices within
19    the elements of the intelligence community that
20    have, or should have, lead responsibility for
21    monitoring the development of, use of, and re-
22    sponse to machine-manipulated media and ma-
23    chine-generated text, including—

WASHSTATEC013395

2295

1          (i) a description of the coordination of

2     such efforts across the intelligence commu-

3     nity;

4          (ii) a detailed description of the exist-

5     ing capabilities, tools, and relevant exper-

6     tise of such elements to determine whether

7     a piece of media has been machine manip-

8     ulated or machine generated, including the

9     speed at which such determination can be

10    made, the confidence level of the element

11    in the ability to make such a determination

12    accurately, and how increasing volume and

13    improved quality of machine-manipulated

14    media or machine-generated text may neg-

15    atively impact such capabilities; and

16         (iii) a detailed description of planned

17    or ongoing research and development ef-

18    forts intended to improve the ability of the

19    intelligence community to detect machine-

20    manipulated media and machine-generated

21    text.

22    (E) A description of any research and de-

23    velopment activities carried out or under consid-

24    eration to be carried out by the intelligence

25    community, including the Intelligence Advanced

WASHSTATEC013396

2296

1       Research Projects Activity, relevant to machine-
2       manipulated media and machine-generated text
3       detection technologies.

4       (F) Updated recommendations regarding
5       whether the intelligence community requires ad-
6       ditional legal authorities, financial resources, or
7       specialized personnel to address the national se-
8       curity threat posed by machine-manipulated
9       media and machine-generated text.

10      (G) Other additional information the Di-
11      rector determines appropriate.

12      (b) FORM.—The report under subsection (a) shall be
13      submitted in unclassified form, but may include a classi-
14      fied annex.

15      (c) REQUIREMENT FOR NOTIFICATION.—The Direc-
16      tor of National Intelligence, in cooperation with the heads
17      of any other relevant departments or agencies of the Fed-
18      eral Government, shall notify the congressional intel-
19      ligence committees each time the Director of National In-
20      telligence determines—

21      (1) there is credible information or intelligence
22      that a foreign entity has attempted, is attempting,
23      or will attempt to deploy machine-manipulated
24      media or machine-generated text aimed at the elec-

WASHSTATEC013397

2297

1   tions or domestic political processes of the United

2   States; and

3       (2) that such intrusion or campaign can be at-

4   tributed to a foreign government, a foreign govern-

5   ment-affiliated entity, or a foreign individual.

6   (d) ANNUAL UPDATE.—Upon submission of the re-

7   port in subsection (a), on an annual basis, the Director

8   of National Intelligence, in consultation with the heads of

9   the elements of the intelligence community determined ap-

10  propriate by the Director, shall submit to the congres-

11  sional intelligence committees any significant updates with

12  respect to the matters described in subsection (a).

13  (e) DEFINITIONS.—

14      (1) MACHINE-GENERATED TEXT.—The term

15  "machine-generated text" means text generated

16  using machine-learning techniques in order to resem-

17  ble writing in natural language.

18      (2) MACHINE-MANIPULATED MEDIA.—The term

19  "machine-manipulated media" has the meaning

20  given that term in section 5724.

21  **SEC. 5710. ANNUAL REPORT BY COMPTROLLER GENERAL**

22              **OF THE UNITED STATES ON CYBERSECURITY**

23              **AND SURVEILLANCE THREATS TO CONGRESS.**

24  (a) ANNUAL REPORT REQUIRED.—Not later than

25  180 days after the date of the enactment of this Act and

WASHSTATEC013398

2298

1 not less frequently than once each year thereafter, the

2 Comptroller General of the United States shall submit to

3 the congressional intelligence committees a report on cy-

4 bersecurity and surveillance threats to Congress.

5     (b) STATISTICS.—Each report submitted under sub-

6 section (a) shall include statistics on cyber attacks and

7 other incidents of espionage or surveillance targeted

8 against Senators or the immediate families or staff of the

9 Senators, and Representatives, Delegates, and the Resi-

10 dent Commissioner, or the immediate families or staff of

11 the Representatives, Delegates, and the Resident Commis-

12 sioner, in which the nonpublic communications and other

13 private information of such targeted individuals were lost,

14 stolen, or otherwise subject to unauthorized access.

15     (c) CONSULTATION.—In preparing a report to be

16 submitted under subsection (a), the Comptroller General

17 shall consult with the Director of National Intelligence,

18 the Secretary of Homeland Security, the Sergeant at Arms

19 of the House of Representatives, and the Sergeant at

20 Arms and Doorkeeper of the Senate.

21     (d) FORM.—The report under subsection (a), includ-

22 ing the contents of the report in subsection (b), shall be

23 submitted in unclassified form, but may include a classi-

24 fied annex to protect sources and methods and any appro-

25 priate redactions of personally identifiable information.

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013399

2299

1  SEC. 5711. ANALYSIS OF AND PERIODIC BRIEFINGS ON
2          MAJOR INITIATIVES OF INTELLIGENCE COM-
3          MUNITY IN ARTIFICIAL INTELLIGENCE AND
4          MACHINE LEARNING.

5  (a) ANALYSIS.—

6          (1) IN GENERAL.—Not later than 90 days after

7  the date of the enactment of this Act, the Director

8  of National Intelligence shall, in coordination with

9  the heads of such elements of the intelligence com-

10  munity as the Director considers appropriate—

11          (A) complete a comprehensive analysis of

12          the major initiatives of the intelligence commu-

13          nity in artificial intelligence and machine learn-

14          ing; and

15          (B) provide to the congressional intel-

16          ligence committees a briefing on the findings of

17          the Director with respect to the analysis con-

18          ducted pursuant to subparagraph (A).

19          (2) ELEMENTS.—The analysis conducted under

20  paragraph (1)(A) shall include analyses of how the

21  initiatives described in such paragraph—

22          (A) correspond with the strategy of the in-

23          telligence community entitled "Augmenting In-

24          telligence Using Machines";

25          (B) complement each other and avoid un-

26          necessary duplication;

WASHSTATEC013400

2300

1        (C) are coordinated with the efforts of the
2     Defense Department on artificial intelligence,
3     including efforts at the Joint Artificial Intel-
4     ligence Center and Project Maven; and

5        (D) leverage advances in artificial intel-
6     ligence and machine learning in the private sec-
7     tor.

8    (b) PERIODIC BRIEFINGS.—Not later than 30 days
9 after the date of the enactment of this Act, not less fre-
10 quently than twice each year thereafter until the date that
11 is 2 years after the date of the enactment of this Act,
12 and not less frequently than once each year thereafter
13 until the date that is 7 years after the date of the enact-
14 ment of this Act, the Director and the Chief Information
15 Officer of the Department of Defense shall jointly provide
16 to the congressional intelligence committees and congres-
17 sional defense committees (as defined in section 101 of
18 title 10, United States Code) briefings with updates on
19 activities relating to, and the progress of, their respective
20 artificial intelligence and machine learning initiatives, par-
21 ticularly the Augmenting Intelligence Using Machines ini-
22 tiative and the Joint Artificial Intelligence Center.

WASHSTATEC013401

2301

1  **SEC. 5712. REPORT ON BEST PRACTICES TO PROTECT PRI-**

2         **VACY AND CIVIL LIBERTIES OF CHINESE**

3         **AMERICANS.**

4      (a) SENSE OF CONGRESS.—It is the sense of Con-

5  gress that—

6         (1) the People's Republic of China appears to

7      be specifically targeting the Chinese-American com-

8      munity for intelligence purposes;

9         (2) such targeting carries a substantial risk

10      that the loyalty of such Americans may be generally

11      questioned and lead to unacceptable stereotyping,

12      targeting, and racial profiling;

13         (3) the United States Government has a duty

14      to warn and protect all Americans including those of

15      Chinese descent from these intelligence efforts by

16      the People's Republic of China;

17         (4) the broad stereotyping, targeting, and racial

18      profiling of Americans of Chinese descent is contrary

19      to the values of the United States and reinforces the

20      flawed narrative perpetuated by the People's Repub-

21      lic of China that ethnically Chinese individuals

22      worldwide have a duty to support the People's Re-

23      public of China; and

24         (5) the United States efforts to combat the

25      People's Republic of China's intelligence activities

WASHSTATEC013402

2302

1 should actively safeguard and promote the constitu-

2 tional rights of all Chinese Americans.

3 (b) REPORT.—Not later than 180 days after the date

4 of the enactment of this Act, the Director of National In-

5 telligence, acting through the Office of Civil Liberties, Pri-

6 vacy, and Transparency, in coordination with the civil lib-

7 erties and privacy officers of the elements of the intel-

8 ligence community, shall submit a report to the congres-

9 sional intelligence committees containing—

10 (1) a review of how the policies, procedures,

11 and practices of the intelligence community that gov-

12 ern the intelligence activities and operations tar-

13 geting the People's Republic of China affect policies,

14 procedures, and practices relating to the privacy and

15 civil liberties of Americans of Chinese descent who

16 may be targets of espionage and influence operations

17 by China; and

18 (2) recommendations to ensure that the privacy

19 and civil liberties of Americans of Chinese descent

20 are sufficiently protected.

21 (c) FORM.—The report under subsection (b) shall be

22 submitted in unclassified form, but may include a classi-

23 fied annex.

WASHSTATEC013403

2303

1    **SEC. 5713. OVERSIGHT OF FOREIGN INFLUENCE IN ACA-**
2          **DEMIA.**

3    (a) DEFINITIONS.—In this section:

4          (1) COVERED INSTITUTION OF HIGHER EDU-
5    CATION.—The term "covered institution of higher
6    education" means an institution described in section
7    102 of the Higher Education Act of 1965 (20
8    U.S.C. 1002) that receives Federal funds in any
9    amount and for any purpose.

10         (2) SENSITIVE RESEARCH SUBJECT.—The term
11    "sensitive research subject" means a subject of re-
12    search that is carried out at a covered institution of
13    higher education that receives funds that were ap-
14    propriated for—

15              (A) the National Intelligence Program; or
16              (B) any Federal agency the Director of
17         National Intelligence deems appropriate.

18    (b) REPORT REQUIRED.—Not later than 180 days
19    after the date of the enactment of this Act and not less
20    frequently than once each year thereafter, the Director of
21    National Intelligence, in consultation with such elements
22    of the intelligence community as the Director considers
23    appropriate and consistent with the privacy protections af-
24    forded to United States persons, shall submit to congres-
25    sional intelligence committees a report on risks to sensitive
26    research subjects posed by foreign entities in order to pro-

g:\VHLC\120919\120919.161.xml       (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013404

2304

1  vide Congress and covered institutions of higher education

2  with more complete information on these risks and to help

3  ensure academic freedom.

4  (c) CONTENTS.—The report required by subsection

5  (b) shall include the following:

6      (1) A list of sensitive research subjects that

7      could affect national security.

8      (2) A list of foreign entities, including govern-

9      ments, corporations, nonprofit organizations and for-

10     profit organizations, and any subsidiary or affiliate

11     of such an entity, that the Director determines pose

12     a counterintelligence, espionage (including economic

13     espionage), or other national security threat with re-

14     spect to sensitive research subjects.

15     (3) A list of any known or suspected attempts

16     by foreign entities to exert pressure on covered insti-

17     tutions of higher education, including attempts to

18     limit freedom of speech, propagate misinformation

19     or disinformation, or to influence professors, re-

20     searchers, or students.

21     (4) Recommendations for collaboration between

22     covered institutions of higher education and the in-

23     telligence community to mitigate threats to sensitive

24     research subjects associated with foreign influence in

WASHSTATEC013405

2305

1    academia, including any necessary legislative or ad-
2    ministrative action.

3    (d) CONGRESSIONAL NOTIFICATIONS REQUIRED.—
4    Not later than 30 days after the date on which the Direc-
5    tor identifies a change to either list described in paragraph
6    (1) or (2) of subsection (c), the Director shall notify the
7    congressional intelligence committees of the change.

8    **SEC. 5714. REPORT ON DEATH OF JAMAL KHASHOGGI.**

9    (a) IN GENERAL.—Not later than 30 days after the
10   date of the enactment of this Act, the Director of National
11   Intelligence shall submit to Congress a report on the death
12   of Jamal Khashoggi, consistent with protecting sources
13   and methods. Such report shall include identification of
14   those who carried out, participated in, ordered, or were
15   otherwise complicit in or responsible for the death of
16   Jamal Khashoggi.

17   (b) FORM.—The report submitted under subsection
18   (a) shall be submitted in unclassified form.

19   **SEC. 5715. REPORT ON TERRORIST SCREENING DATABASE.**

20   (a) REPORT.—Not later than 180 days after the date
21   of the enactment of this Act, the Director of National In-
22   telligence and the Secretary of State shall jointly submit
23   to the congressional intelligence committees, the Com-
24   mittee on Foreign Affairs of the House of Representatives,
25   and the Committee on Foreign Relations of the Senate

WASHSTATEC013406

2306

1 a report on the terrorist screening database of the Federal

2 Bureau of Investigation.

3 (b) MATTERS INCLUDED.—The report under sub-

4 section (a) shall identify the following:

5 (1) Which foreign countries receive access to

6 the terrorist screening database.

7 (2) Which foreign countries have successfully

8 petitioned to add individuals to the terrorist screen-

9 ing database.

10 (3) What standards exist for determining which

11 countries get access to the terrorist screening data-

12 base.

13 (4) The extent to which the human rights

14 record of the government of a foreign country is con-

15 sidered in the determination to give the country ac-

16 cess to the terrorist screening database.

17 (5) What procedures, if any, exist to remove ac-

18 cess to the terrorist screening database from a for-

19 eign country.

20 (6) What procedures, if any, exist to inform an

21 individual, or the legal counsel of an individual, of

22 the placement of the individual on the terrorist

23 screening database.

WASHSTATEC013407

2307

1    (c) FORM.—The report under subsection (a) shall be
2 submitted in unclassified form, but may include a classi-
3 fied annex.

**4 SEC. 5716. REPORT CONTAINING THREAT ASSESSMENT ON**
**5               TERRORIST USE OF CONVENTIONAL AND AD-**
**6               VANCED CONVENTIONAL WEAPONS.**

7    (a) REPORT REQUIRED.—Not later than 180 days
8 after the date of the enactment of this Act, and annually
9 thereafter for a period of 4 years, the Under Secretary
10 of Homeland Security for Intelligence and Analysis, in co-
11 ordination with the Director of the Federal Bureau of In-
12 vestigation, shall develop and submit to the entities in ac-
13 cordance with subsection (b) a report containing a threat
14 assessment regarding the availability of conventional
15 weapons, including conventional weapons lacking serial
16 numbers, and advanced conventional weapons, for use in
17 furthering acts of terrorism, including the provision of ma-
18 terial support or resources to a foreign terrorist organiza-
19 tion and to individuals or groups supporting or engaging
20 in domestic terrorism.

21    (b) DISSEMINATION OF REPORT.—Consistent with
22 the protection of classified and confidential unclassified in-
23 formation, the Under Secretary shall—

24       (1) submit the initial report required under
25       subsection (a) to Federal, State, local, and Tribal

WASHSTATEC013408

2308

1 law enforcement officials, including officials who op-

2 erate within State, local, and regional fusion centers

3 under the Department of Homeland Security State,

4 Local, and Regional Fusion Center Initiative estab-

5 lished by section 210A of the Homeland Security

6 Act of 2002 (6 U.S.C. 124h); and

7 (2) submit each report required under sub-

8 section (a) to the appropriate congressional commit-

9 tees.

10 (c) DEFINITIONS.—In this section:

11 (1) APPROPRIATE CONGRESSIONAL COMMIT-

12 TEES.—The term ''appropriate congressional com-

13 mittees'' means—

14 (A) the Permanent Select Committee on

15 Intelligence, the Committee on Homeland Secu-

16 rity, and the Committee on the Judiciary of the

17 House of Representatives; and

18 (B) the Select Committee on Intelligence,

19 the Committee on Homeland Security and Gov-

20 ernmental Affairs, and the Committee on the

21 Judiciary of the Senate.

22 (2) DOMESTIC TERRORISM.—The term ''domes-

23 tic terrorism'' has the meaning given that term in

24 section 2331 of title 18, United States Code.

WASHSTATEC013409

2309

1      (3) FOREIGN TERRORIST ORGANIZATION.—The

2  term "foreign terrorist organization" means an or-

3  ganization designated as a foreign terrorist organiza-

4  tion under section 219 of the Immigration and Na-

5  tionality Act (8 U.S.C. 1189).

6 **SEC. 5717. ASSESSMENT OF HOMELAND SECURITY**

7        **VULNERABILITIES ASSOCIATED WITH CER-**

8        **TAIN RETIRED AND FORMER PERSONNEL OF**

9        **THE INTELLIGENCE COMMUNITY.**

10     (a) ASSESSMENT REQUIRED.—Not later than the

11 date that is 120 days after submission of the report re-

12 quired under section 5703, and annually thereafter, the

13 Director of National Intelligence, in coordination with the

14 Under Secretary of Homeland Security for Intelligence

15 and Analysis, the Director of the Federal Bureau of Inves-

16 tigation, the Director of the Central Intelligence Agency,

17 and the Director of the Defense Counterintelligence and

18 Security Agency, shall submit to the appropriate congres-

19 sional committees an assessment of the homeland security

20 vulnerabilities associated with retired and former per-

21 sonnel of the intelligence community providing covered in-

22 telligence assistance.

23     (b) FORM.—The assessment under subsection (a)

24 may be submitted in classified form.

25     (c) DEFINITIONS.—In this section:

WASHSTATEC013410

2310

1      (1) APPROPRIATE CONGRESSIONAL COMMIT-

2  TEES.—The term "appropriate congressional com-

3  mittees" means—

4        (A) the congressional intelligence commit-

5  tees;

6        (B) the Committee on Homeland Security

7  and Governmental Affairs of the Senate; and

8        (C) the Committee on Homeland Security

9  of the House of Representatives.

10      (2) COVERED INTELLIGENCE ASSISTANCE.—

11  The term "covered intelligence assistance" has the

12  meaning given that term in section 5703.

13  **SEC. 5718. STUDY ON FEASIBILITY AND ADVISABILITY OF**

14        **ESTABLISHING GEOSPATIAL-INTELLIGENCE**

15        **MUSEUM AND LEARNING CENTER.**

16  (a) STUDY REQUIRED.—Not later than 180 days

17  after the date of the enactment of this Act, the Director

18  of the National Geospatial-Intelligence Agency shall com-

19  plete a study on the feasibility and advisability of estab-

20  lishing a Geospatial-Intelligence Museum and learning

21  center.

22  (b) ELEMENTS.—The study required by subsection

23  (a) shall include the following:

WASHSTATEC013411

2311

1   (1) Identifying the costs, opportunities, and

2 challenges of establishing the museum and learning

3 center as described in such subsection.

4   (2) Developing recommendations concerning

5 such establishment.

6   (3) Identifying and reviewing lessons learned

7 from the establishment of the Cyber Center for Edu-

8 cation and Innovation-Home of the National

9 Cryptologic Museum under section 7781(a) of title

10 10, United States Code.

11 (c) REPORT.—Not later than 180 days after the date

12 of the enactment of this Act, the Director shall submit

13 to the congressional intelligence committees and the con-

14 gressional defense committees (as defined in section 101

15 of title 10, United States Code) a report on the findings

16 of the Director with respect to the study completed under

17 subsection (a).

## Subtitle B—Other Matters

**SEC. 5721. WHISTLEBLOWER DISCLOSURES TO CONGRESS**

      **AND COMMITTEES OF CONGRESS.**

21 Section 2302 of title 5, United States Code, is

22 amended—

23   (1) in subsection (b)(8)—

24     (A) in subparagraph (A), by striking ";

25   or" and inserting a semicolon;

WASHSTATEC013412

2312

1  (B) in subparagraph (B)(ii), by striking

2  the semicolon at the end and inserting "; or";

3  and

4  (C) by inserting after subparagraph (B)

5  the following new subparagraph:

6  "(C) any disclosure to Congress (including

7  any committee of Congress) by any employee of

8  an agency or applicant for employment at an

9  agency of information described in subpara-

10  graph (B) that is—

11  "(i) not classified; or

12  "(ii) if classified—

13  "(I) has been classified by the

14  head of an agency that is not an ele-

15  ment of the intelligence community

16  (as defined by section 3 of the Na-

17  tional Security Act of 1947 (50

18  U.S.C. 3003)); and

19  "(II) does not reveal intelligence

20  sources and methods."; and

21  (2) in subsection (c)(2)(C)(iii)(III), by inserting

22  after "Congress" the following: "(including any com-

23  mittee of Congress with respect to information that

24  is not classified or, if classified, has been classified

25  by the head of an agency that is not an element of

WASHSTATEC013413

2313

1    the intelligence community and does not reveal intel-

2    ligence sources and methods)''.

**SEC. 5722. TASK FORCE ON ILLICIT FINANCING OF ESPIO-**

**NAGE AND FOREIGN INFLUENCE OPER-**

**ATIONS.**

6    (a) ESTABLISHMENT.—Not later than 30 days after

7    the date of the enactment of this Act, the Director of Na-

8    tional Intelligence shall establish a task force to study and

9    assess the illicit financing of espionage and foreign influ-

10   ence operations directed at the United States.

11   (b) MEMBERSHIP.—The task force shall be composed

12   of the following individuals (or designees of the indi-

13   vidual):

14   (1) The Director of the Central Intelligence

15   Agency.

16   (2) The Director of the Federal Bureau of In-

17   vestigation.

18   (3) The Assistant Secretary of the Treasury for

19   Intelligence and Analysis.

20   (4) The Assistant Secretary of State for Intel-

21   ligence and Research.

22   (5) Such other heads of the elements of the in-

23   telligence community that the Director of National

24   Intelligence determines appropriate.

25   (c) CHAIRPERSON; MEETINGS.—

WASHSTATEC013414

2314

1     (1) CHAIRPERSON.—The Director of National

2 Intelligence shall appoint a senior official within the

3 Office of the Director of National Intelligence to

4 serve as the chairperson of the task force.

5     (2) MEETINGS.—The task force shall meet reg-

6 ularly but not less frequently than on a quarterly

7 basis.

8 (d) REPORTS.—

9     (1) INITIAL REPORT.—Not later than 180 days

10 after the date of the enactment of this Act, the task

11 force shall submit to the appropriate congressional

12 committees a report on the illicit financing of espio-

13 nage and foreign influence operations directed at the

14 United States. The report shall address the fol-

15 lowing:

16     (A) The extent of the collection by the in-

17 telligence community, from all sources (includ-

18 ing the governments of foreign countries), of in-

19 telligence and information relating to illicit fi-

20 nancing of espionage and foreign influence op-

21 erations directed at the United States, and any

22 gaps in such collection.

23     (B) Any specific legal, regulatory, policy,

24 or other prohibitions, or financial, human, tech-

25 nical, or other resource limitations or con-

WASHSTATEC013415

2315

1    straints, that have affected the ability of the

2    Director of National Intelligence or other heads

3    of relevant elements of the intelligence commu-

4    nity in collecting or analyzing intelligence or in-

5    formation relating to illicit financing of espio-

6    nage and foreign influence operations directed

7    at the United States.

8    (C) The methods, as of the date of the re-

9    port, by which hostile governments of foreign

10    countries or foreign organizations, and any

11    groups or persons acting on behalf of or with

12    the support of such governments or organiza-

13    tions, seek to disguise or obscure relationships

14    between such governments, organizations,

15    groups, or persons and United States persons,

16    for the purpose of conducting espionage or for-

17    eign influence operations directed at the United

18    States, including by exploiting financial laws,

19    systems, or instruments, of the United States.

20    (D) The existing practices of the intel-

21    ligence community for ensuring that intelligence

22    and information relating to the illicit financing

23    of espionage and foreign influence operations is

24    analyzed and shared with other elements of the

WASHSTATEC013416

2316

1          intelligence community, and any recommenda-
2          tions for improving such analysis and sharing.

3          (2) ANNUAL UPDATE.—Not later than 1 year
4     after the date of the enactment of this Act, and each
5     year thereafter through the date specified in sub-
6     section (e), the task force shall submit to the appro-
7     priate congressional committees an update on the re-
8     port.

9          (3) FORM.—Each report submitted under this
10    subsection may be submitted in classified form, but
11    if submitted in such form, shall include an unclassi-
12    fied summary.

13    (e) TERMINATION.—The task force shall terminate
14    on January 1, 2025.

15    (f) APPROPRIATE CONGRESSIONAL COMMITTEES DE-
16    FINED.—In this section, the term "appropriate congres-
17    sional committees" means the following:

18          (1) The congressional intelligence committees.

19          (2) The Committee on Foreign Affairs and the
20    Committee on Financial Services of the House of
21    Representatives.

22          (3) The Committee on Foreign Relations and
23    the Committee on Banking, Housing, and Urban Af-
24    fairs of the Senate.

WASHSTATEC013417

2317

1  **SEC. 5723. ESTABLISHMENT OF FIFTH-GENERATION TECH-**
2  **NOLOGY PRIZE COMPETITION.**

3  (a) PRIZE COMPETITION.—Pursuant to section 24 of
4  the Stevenson-Wydler Technology Innovation Act of 1980
5  (15 U.S.C. 3719), the Director of National Intelligence,
6  acting through the Director of the Intelligence Advanced
7  Research Projects Agency, shall carry out a program to
8  award prizes competitively to stimulate research and de-
9  velopment relevant to fifth-generation technology.

10  (b) PRIZE AMOUNT.—In carrying out the program
11  under subsection (a), the Director may award not more
12  than a total of $5,000,000 to one or more winners of the
13  prize competition.

14  (c) CONSULTATION.—In carrying out the program
15  under subsection (a), the Director may consult with the
16  heads of relevant departments and agencies of the Federal
17  Government.

18  (d) FIFTH-GENERATION TECHNOLOGY DEFINED.—
19  In this section, the term ''fifth-generation technology''
20  means hardware, software, or other technologies relating
21  to fifth-generation wireless networks (known as ''5G'').

22  **SEC. 5724. ESTABLISHMENT OF DEEPFAKES PRIZE COM-**
23  **PETITION.**

24  (a) PRIZE COMPETITION.—Pursuant to section 24 of
25  the Stevenson-Wydler Technology Innovation Act of 1980
26  (15 U.S.C. 3719), the Director of National Intelligence,

g:\VHLC\120919\120919.161.xml      (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013418

2318

1   acting through the Director of the Intelligence Advanced
2   Research Projects Agency, shall carry out a program to
3   award prizes competitively to stimulate the research, de-
4   velopment, or commercialization of technologies to auto-
5   matically detect machine-manipulated media.

6       (b) PRIZE AMOUNT.—In carrying out the program
7   under subsection (a), the Director may award not more
8   than a total of $5,000,000 to one or more winners of the
9   prize competition.

10      (c) CONSULTATION.—In carrying out the program
11  under subsection (a), the Director may consult with the
12  heads of relevant departments and agencies of the Federal
13  Government.

14      (d) MACHINE-MANIPULATED MEDIA DEFINED.—In
15  this section, the term "machine-manipulated media"
16  means video, image, or audio recordings generated or sub-
17  stantially modified using machine-learning techniques in
18  order to falsely depict events, to falsely depict the speech
19  or conduct of an individual, or to depict individuals who
20  do not exist.

21  **SEC. 5725. IDENTIFICATION OF AND COUNTERMEASURES**
22              **AGAINST CERTAIN INTERNATIONAL MOBILE**
23              **SUBSCRIBER IDENTITY-CATCHERS.**

24      (a) IN GENERAL.—The Director of National Intel-
25  ligence and the Director of the Federal Bureau of Inves-

WASHSTATEC013419

2319

1  tigation, in collaboration with the Under Secretary of
2  Homeland Security for Intelligence and Analysis, and the
3  heads of such other Federal, State, or local agencies as
4  the Directors determine appropriate, and in accordance
5  with applicable law and policy, may—

6      (1) undertake an effort to identify International
7  Mobile Subscriber Identity-catchers operated within
8  the United States by—

9          (A) hostile foreign governments; and

10          (B) individuals who have violated a crimi-
11      nal law of the United States or of any State,
12      or who have committed acts that would be a
13      criminal violation if committed within the juris-
14      diction of the United States or any State; and

15      (2) when appropriate, develop countermeasures
16  against such International Mobile Subscriber Iden-
17  tity-catchers, with prioritization given to such Inter-
18  national Mobile Subscriber Identity-catchers identi-
19  fied in the National Capital Region.

20  (b) BRIEFING REQUIRED.—Prior to developing coun-
21  termeasures under subsection (a)(2), the Director of Na-
22  tional Intelligence and the Director of the Federal Bureau
23  of Investigation shall provide a briefing to the appropriate
24  congressional committees on—

WASHSTATEC013420

G:\CMTE\AS\20\C\ASCR20.XML

2320

1        (1) the use of International Mobile Subscriber

2    Identity-catchers operated within the United States

3    by the individuals and governments described in sub-

4    section (a)(1);

5        (2) potential countermeasures by the intel-

6    ligence community against such International Mobile

7    Subscriber Identity-catchers; and

8        (3) any legal or policy limitations with respect

9    to the development or carrying out of such counter-

10    measures.

11    (c) DEFINITIONS.—

12        (1) APPROPRIATE CONGRESSIONAL COMMIT-

13    TEES.—The term "appropriate congressional com-

14    mittees" means—

15            (A) the congressional intelligence commit-

16        tees;

17            (B) the Committee on Homeland Security

18        of the House of Representatives and the Com-

19        mittee on Homeland Security and Govern-

20        mental Affairs of the Senate; and

21            (C) the Committees on the Judiciary of the

22        House of Representatives and the Senate.

23        (2) INTERNATIONAL MOBILE SUBSCRIBER

24    IDENTITY-CATCHER.—The term "International Mo-

25    bile Subscriber Identity-catcher" means a device

WASHSTATEC013421

2321

1    used for intercepting mobile phone identifying infor-

2    mation and location data.

**SEC. 5726. SECURING ENERGY INFRASTRUCTURE.**

4    (a) DEFINITIONS.—In this section:

5        (1) APPROPRIATE   CONGRESSIONAL   COMMIT-

6    TEES.—The term "appropriate congressional com-

7    mittees" means—

8            (A) the congressional intelligence commit-

9        tees;

10           (B) the Committee on Homeland Security

11       and Governmental Affairs and the Committee

12       on Energy and Natural Resources of the Sen-

13       ate; and

14           (C) the Committee on Homeland Security

15       and the Committee on Energy and Commerce

16       of the House of Representatives.

17       (2) COVERED ENTITY.—The term "covered en-

18   tity" means an entity identified pursuant to section

19   9(a) of Executive Order No. 13636 of February 12,

20   2013 (78 Fed. Reg. 11742), relating to identifica-

21   tion of critical infrastructure where a cybersecurity

22   incident could reasonably result in catastrophic re-

23   gional or national effects on public health or safety,

24   economic security, or national security.

WASHSTATEC013422

2322

1 (3) EXPLOIT.—The term "exploit" means a

2 software tool designed to take advantage of a secu-

3 rity vulnerability.

4 (4) INDUSTRIAL CONTROL SYSTEM.—The term

5 "industrial control system" means an operational

6 technology used to measure, control, or manage in-

7 dustrial functions, and includes supervisory control

8 and data acquisition systems, distributed control

9 systems, and programmable logic or embedded con-

10 trollers.

11 (5) NATIONAL LABORATORY.—The term "Na-

12 tional Laboratory" has the meaning given the term

13 in section 2 of the Energy Policy Act of 2005 (42

14 U.S.C. 15801).

15 (6) PROGRAM.—The term "Program" means

16 the pilot program established under subsection (b).

17 (7) SECRETARY.—Except as otherwise specifi-

18 cally provided, the term "Secretary" means the Sec-

19 retary of Energy.

20 (8) SECURITY VULNERABILITY.—The term "se-

21 curity vulnerability" means any attribute of hard-

22 ware, software, process, or procedure that could en-

23 able or facilitate the defeat of a security control.

24 (b) PILOT PROGRAM FOR SECURING ENERGY INFRA-

25 STRUCTURE.—Not later than 180 days after the date of

WASHSTATEC013423

2323

1 the enactment of this Act, the Secretary shall establish

2 a 2-year control systems implementation pilot program

3 within the National Laboratories for the purposes of—

4  (1) partnering with covered entities in the en-

5  ergy sector (including critical component manufac-

6  turers in the supply chain) that voluntarily partici-

7  pate in the Program to identify new classes of secu-

8  rity vulnerabilities of the covered entities; and

9  (2) evaluating technology and standards, in

10  partnership with covered entities, to isolate and de-

11  fend industrial control systems of covered entities

12  from security vulnerabilities and exploits in the most

13  critical systems of the covered entities, including—

14   (A) analog and nondigital control systems;

15   (B) purpose-built control systems; and

16   (C) physical controls.

17 (c) WORKING GROUP TO EVALUATE PROGRAM

18 STANDARDS AND DEVELOP STRATEGY.—

19  (1) ESTABLISHMENT.—The Secretary shall es-

20  tablish a working group—

21   (A) to evaluate the technology and stand-

22   ards used in the Program under subsection

23   (b)(2); and

24   (B) to develop a national cyber-informed

25   engineering strategy to isolate and defend cov-

WASHSTATEC013424

2324

1    ered entities from security vulnerabilities and
2    exploits in the most critical systems of the cov-
3    ered entities.

4    (2) MEMBERSHIP.—The working group estab-
5    lished under paragraph (1) shall be composed of not
6    fewer than 10 members, to be appointed by the Sec-
7    retary, at least 1 member of which shall represent
8    each of the following:

9        (A) The Department of Energy.

10       (B) The energy industry, including electric
11   utilities and manufacturers recommended by
12   the Energy Sector coordinating councils.

13       (C)(i) The Department of Homeland Secu-
14   rity; or

15       (ii) the Industrial Control Systems Cyber
16   Emergency Response Team.

17       (D) The North American Electric Reli-
18   ability Corporation.

19       (E) The Nuclear Regulatory Commission.

20       (F)(i) The Office of the Director of Na-
21   tional Intelligence; or

22       (ii) the intelligence community (as defined
23   in section 3 of the National Security Act of
24   1947 (50 U.S.C. 3003)).

25       (G)(i) The Department of Defense; or

WASHSTATEC013425

2325

1        (ii) the Assistant Secretary of Defense for

2     Homeland Security and America's Security Af-

3     fairs.

4        (H) A State or regional energy agency.

5        (I) A national research body or academic

6     institution.

7        (J) The National Laboratories.

8 (d) REPORTS ON THE PROGRAM.—

9     (1) INTERIM REPORT.—Not later than 180

10 days after the date on which funds are first dis-

11 bursed under the Program, the Secretary shall sub-

12 mit to the appropriate congressional committees an

13 interim report that—

14        (A) describes the results of the Program;

15        (B) includes an analysis of the feasibility

16     of each method studied under the Program; and

17        (C) describes the results of the evaluations

18     conducted by the working group established

19     under subsection (c)(1).

20     (2) FINAL REPORT.—Not later than 2 years

21 after the date on which funds are first disbursed

22 under the Program, the Secretary shall submit to

23 the appropriate congressional committees a final re-

24 port that—

25        (A) describes the results of the Program;

WASHSTATEC013426

2326

1     (B) includes an analysis of the feasibility

2     of each method studied under the Program; and

3     (C) describes the results of the evaluations

4     conducted by the working group established

5     under subsection (c)(1).

6   (e) EXEMPTION FROM DISCLOSURE.—Information

7 shared by or with the Federal Government or a State,

8 Tribal, or local government under this section—

9     (1) shall be deemed to be voluntarily shared in-

10     formation;

11     (2) shall be exempt from disclosure under sec-

12     tion 552 of title 5, United States Code, or any provi-

13     sion of any State, Tribal, or local freedom of infor-

14     mation law, open government law, open meetings

15     law, open records law, sunshine law, or similar law

16     requiring the disclosure of information or records;

17     and

18     (3) shall be withheld from the public, without

19     discretion, under section 552(b)(3) of title 5, United

20     States Code, and any provision of any State, Tribal,

21     or local law requiring the disclosure of information

22     or records.

23   (f) PROTECTION FROM LIABILITY.—

WASHSTATEC013427

2327

1     (1) IN GENERAL.—A cause of action against a
2 covered entity for engaging in the voluntary activi-
3 ties authorized under subsection (b)—

4         (A) shall not lie or be maintained in any
5 court; and

6         (B) shall be promptly dismissed by the ap-
7 plicable court.

8     (2) VOLUNTARY ACTIVITIES.—Nothing in this
9 section subjects any covered entity to liability for not
10 engaging in the voluntary activities authorized under
11 subsection (b).

12 (g) NO NEW REGULATORY AUTHORITY FOR FED-
13 ERAL AGENCIES.—Nothing in this section authorizes the
14 Secretary or the head of any other department or agency
15 of the Federal Government to issue new regulations.

16 (h) AUTHORIZATION OF APPROPRIATIONS.—

17     (1) PILOT PROGRAM.—There is authorized to
18 be appropriated $10,000,000 to carry out subsection
19 (b).

20     (2) WORKING GROUP AND REPORT.—There is
21 authorized to be appropriated $1,500,000 to carry
22 out subsections (c) and (d).

23     (3) AVAILABILITY.—Amounts made available
24 under paragraphs (1) and (2) shall remain available
25 until expended.

WASHSTATEC013428

2328

# SUBDIVISION 2—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018 AND 2019

## SEC. 6100. TABLE OF CONTENTS.

The table of contents for this subdivision is as follows:

Sec. 6100. Table of contents.

### TITLE LXI—INTELLIGENCE ACTIVITIES

Sec. 6101. Authorization of appropriations.
Sec. 6102. Intelligence Community Management Account.

### TITLE LXII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 6201. Authorization of appropriations.
Sec. 6202. Computation of annuities for employees of the Central Intelligence Agency.

### TITLE LXIII—GENERAL INTELLIGENCE COMMUNITY MATTERS

Sec. 6301. Restriction on conduct of intelligence activities.
Sec. 6302. Increase in employee compensation and benefits authorized by law.
Sec. 6303. Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions.
Sec. 6304. Modification of appointment of Chief Information Officer of the Intelligence Community.
Sec. 6305. Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule.
Sec. 6306. Supply Chain and Counterintelligence Risk Management Task Force.
Sec. 6307. Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and entities.
Sec. 6308. Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack.
Sec. 6309. Elimination of sunset of authority relating to management of supply-chain risk.
Sec. 6310. Limitations on determinations regarding certain security classifications.
Sec. 6311. Joint Intelligence Community Council.
Sec. 6312. Intelligence community information technology environment.
Sec. 6313. Report on development of secure mobile voice solution for intelligence community.
Sec. 6314. Policy on minimum insider threat standards.
Sec. 6315. Submission of intelligence community policies.
Sec. 6316. Expansion of intelligence community recruitment efforts.

WASHSTATEC013429

2329

## TITLE LXIV—MATTERS RELATING TO ELEMENTS OF THE INTELLIGENCE COMMUNITY

### Subtitle A—Office of the Director of National Intelligence

Sec. 6401. Authority for protection of current and former employees of the Office of the Director of National Intelligence.
Sec. 6402. Designation of the program manager-information-sharing environment.
Sec. 6403. Technical modification to the executive schedule.
Sec. 6404. Chief Financial Officer of the Intelligence Community.
Sec. 6405. Chief Information Officer of the Intelligence Community.

### Subtitle B—Central Intelligence Agency

Sec. 6411. Central Intelligence Agency subsistence for personnel assigned to austere locations.
Sec. 6412. Special rules for certain monthly workers' compensation payments and other payments for Central Intelligence Agency personnel.
Sec. 6413. Expansion of security protective service jurisdiction of the Central Intelligence Agency.
Sec. 6414. Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.

### Subtitle C—Office of Intelligence and Counterintelligence of Department of Energy

Sec. 6421. Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.
Sec. 6422. Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.

### Subtitle D—Other Elements

Sec. 6431. Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.
Sec. 6432. Notice not required for private entities.
Sec. 6433. Establishment of advisory board for National Reconnaissance Office.
Sec. 6434. Collocation of certain Department of Homeland Security personnel at field locations.

## TITLE LXV—ELECTION MATTERS

Sec. 6501. Report on cyber attacks by foreign governments against United States election infrastructure.
Sec. 6502. Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.
Sec. 6503. Assessment of foreign intelligence threats to Federal elections.
Sec. 6504. Strategy for countering Russian cyber threats to United States elections.
Sec. 6505. Assessment of significant Russian influence campaigns directed at foreign elections and referenda.
Sec. 6506. Information sharing with State election officials.
Sec. 6507. Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.
Sec. 6508. Designation of counterintelligence officer to lead election security matters.

WASHSTATEC013430

2330

### TITLE LXVI—SECURITY CLEARANCES

Sec. 6601. Definitions.
Sec. 6602. Reports and plans relating to security clearances and background investigations.
Sec. 6603. Improving the process for security clearances.
Sec. 6604. Goals for promptness of determinations regarding security clearances.
Sec. 6605. Security Executive Agent.
Sec. 6606. Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.
Sec. 6607. Report on clearance in person concept.
Sec. 6608. Reports on reciprocity for security clearances inside of departments and agencies.
Sec. 6609. Intelligence community reports on security clearances.
Sec. 6610. Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.
Sec. 6611. Information-sharing program for positions of trust and security clearances.
Sec. 6612. Report on protections for confidentiality of whistleblower-related communications.
Sec. 6613. Reports on costs of security clearance background investigations.

### TITLE LXVII—REPORTS AND OTHER MATTERS

#### Subtitle A—Matters Relating to Russia and Other Foreign Powers

Sec. 6701. Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.
Sec. 6702. Assessment of threat finance relating to Russia.
Sec. 6703. Notification of an active measures campaign.
Sec. 6704. Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.
Sec. 6705. Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.
Sec. 6706. Expansion of scope of committee to counter active measures.

#### Subtitle B—Reports

Sec. 6711. Technical correction to Inspector General study.
Sec. 6712. Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.
Sec. 6713. Review of intelligence community whistleblower matters.
Sec. 6714. Report on role of Director of National Intelligence with respect to certain foreign investments.
Sec. 6715. Report on surveillance by foreign governments against United States telecommunications networks.
Sec. 6716. Biennial report on foreign investment risks.
Sec. 6717. Modification of certain reporting requirement on travel of foreign diplomats.
Sec. 6718. Semiannual reports on investigations of unauthorized disclosures of classified information.
Sec. 6719. Congressional notification of designation of covered intelligence officer as persona non grata.

WASHSTATEC013431

2331

Sec. 6720. Reports on intelligence community participation in vulnerabilities eq-
uities process of Federal Government.

Sec. 6721. Inspectors General reports on classification.

Sec. 6722. Reports and briefings on national security effects of global water in-
security and emerging infectious disease and pandemies.

Sec. 6723. Annual report on memoranda of understanding between elements of
intelligence community and other entities of the United States
Government regarding significant operational activities or pol-
icy.

Sec. 6724. Study on the feasibility of encrypting unclassified wireline and wire-
less telephone calls.

Sec. 6725. Reports on intelligence community loan repayment and related pro-
grams.

Sec. 6726. Repeal of certain reporting requirements.

Sec. 6727. Inspector General of the Intelligence Community report on senior
executives of the Office of the Director of National Intelligence.

Sec. 6728. Briefing on Federal Bureau of Investigation offering permanent res-
idence to sources and cooperators.

Sec. 6729. Intelligence assessment of North Korea revenue sources.

Sec. 6730. Report on possible exploitation of virtual currencies by terrorist ac-
tors.

Subtitle C—Other Matters

Sec. 6741. Public Interest Declassification Board.

Sec. 6742. Technical and clerical amendments to the National Security Act of
1947.

Sec. 6743. Bug bounty programs.

Sec. 6744. Technical amendments related to the Department of Energy.

Sec. 6745. Sense of Congress on notification of certain disclosures of classified
information.

Sec. 6746. Sense of Congress on consideration of espionage activities when con-
sidering whether or not to provide visas to foreign individuals
to be accredited to a United Nations mission in the United
States.

Sec. 6747. Sense of Congress on WikiLeaks.

# TITLE LXI—INTELLIGENCE ACTIVITIES

### SEC. 6101. AUTHORIZATION OF APPROPRIATIONS.

(a) FISCAL YEAR 2019.—Funds that were appro-
priated for fiscal year 2019 for the conduct of the intel-
ligence and intelligence-related activities of the following
elements of the United States Government are hereby au-
thorized:

WASHSTATEC013432

2332

1   (1) The Office of the Director of National Intel-

2 ligence.

3   (2) The Central Intelligence Agency.

4   (3) The Department of Defense.

5   (4) The Defense Intelligence Agency.

6   (5) The National Security Agency.

7   (6) The Department of the Army, the Depart-

8 ment of the Navy, and the Department of the Air

9 Force.

10   (7) The Coast Guard.

11   (8) The Department of State.

12   (9) The Department of the Treasury.

13   (10) The Department of Energy.

14   (11) The Department of Justice.

15   (12) The Federal Bureau of Investigation.

16   (13) The Drug Enforcement Administration.

17   (14) The National Reconnaissance Office.

18   (15) The National Geospatial-Intelligence Agen-

19 cy.

20   (16) The Department of Homeland Security.

21 (b) FISCAL YEAR 2018.—Funds that were appro-

22 priated for fiscal year 2018 for the conduct of the intel-

23 ligence and intelligence-related activities of the elements

24 of the United States set forth in subsection (a) are hereby

25 authorized.

WASHSTATEC013433

2333

**SEC. 6102. INTELLIGENCE COMMUNITY MANAGEMENT AC-**
1
2    **COUNT.**

3    The amounts that were appropriated for the Intel-
4 ligence Community Management Account of the Director
5 of National Intelligence for fiscal years 2018 and 2019
6 are hereby authorized.

# TITLE LXII—CENTRAL INTEL-
7
8  LIGENCE AGENCY RETIRE-
9  MENT AND DISABILITY SYS-
10 TEM

**SEC. 6201. AUTHORIZATION OF APPROPRIATIONS.**
11

12   The amounts that were appropriated for the Central
13 Intelligence Agency Retirement and Disability Fund for
14 fiscal years 2018 and 2019 are hereby authorized.

**SEC. 6202. COMPUTATION OF ANNUITIES FOR EMPLOYEES**
15
16   **OF THE CENTRAL INTELLIGENCE AGENCY.**

17   (a) COMPUTATION OF ANNUITIES.—

18   (1) IN GENERAL.—Section 221 of the Central
19   Intelligence Agency Retirement Act (50 U.S.C.
20   2031) is amended—

21     (A) in subsection (a)(3)(B), by striking the
22     period at the end and inserting ", as deter-
23     mined by using the annual rate of basic pay
24     that would be payable for full-time service in
25     that position.";

WASHSTATEC013434

2334

1       (B) in subsection (b)(1)(C)(i), by striking

2    "12-month" and inserting "2-year";

3       (C) in subsection (f)(2), by striking "one

4    year" and inserting "two years";

5       (D) in subsection (g)(2), by striking "one

6    year" each place such term appears and insert-

7    ing "two years";

8       (E) by redesignating subsections (h), (i),

9    (j), (k), and (l) as subsections (i), (j), (k), (l),

10   and (m), respectively; and

11      (F) by inserting after subsection (g) the

12   following:

13  "(h) CONDITIONAL ELECTION OF INSURABLE INTER-

14 EST SURVIVOR ANNUITY BY PARTICIPANTS MARRIED AT

15 THE TIME OF RETIREMENT.—

16    "(1) AUTHORITY TO MAKE DESIGNATION.—

17   Subject to the rights of former spouses under sub-

18   section (b) and section 222, at the time of retire-

19   ment a married participant found by the Director to

20   be in good health may elect to receive an annuity re-

21   duced in accordance with subsection (f)(1)(B) and

22   designate in writing an individual having an insur-

23   able interest in the participant to receive an annuity

24   under the system after the participant's death, ex-

25   cept that any such election to provide an insurable

WASHSTATEC013435

2335

1   interest survivor annuity to the participant's spouse

2   shall only be effective if the participant's spouse

3   waives the spousal right to a survivor annuity under

4   this Act. The amount of the annuity shall be equal

5   to 55 percent of the participant's reduced annuity.

6   ''(2) REDUCTION IN PARTICIPANT'S ANNUITY.—

7   The annuity payable to the participant making such

8   election shall be reduced by 10 percent of an annuity

9   computed under subsection (a) and by an additional

10   5 percent for each full 5 years the designated indi-

11   vidual is younger than the participant. The total re-

12   duction under this subparagraph may not exceed 40

13   percent.

14   ''(3) COMMENCEMENT OF SURVIVOR ANNU-

15   ITY.—The annuity payable to the designated indi-

16   vidual shall begin on the day after the retired partic-

17   ipant dies and terminate on the last day of the

18   month before the designated individual dies.

19   ''(4) RECOMPUTATION OF PARTICIPANT'S AN-

20   NUITY ON DEATH OF DESIGNATED INDIVIDUAL.—An

21   annuity that is reduced under this subsection shall,

22   effective the first day of the month following the

23   death of the designated individual, be recomputed

24   and paid as if the annuity had not been so re-

25   duced.''.

WASHSTATEC013436

2336

1     (2) CONFORMING AMENDMENTS.—

2         (A) CENTRAL INTELLIGENCE AGENCY RE-

3         TIREMENT ACT.—The Central Intelligence

4         Agency Retirement Act (50 U.S.C. 2001 et

5         seq.) is amended—

6             (i) in section 232(b)(1) (50 U.S.C.

7             2052(b)(1)), by striking "221(h)," and in-

8             serting "221(i),"; and

9             (ii) in section 252(h)(4) (50 U.S.C.

10             2082(h)(4)), by striking "221(k)" and in-

11             serting "221(l)".

12         (B) CENTRAL INTELLIGENCE AGENCY ACT

13         OF 1949.—Subsection (a) of section 14 of the

14         Central Intelligence Agency Act of 1949 (50

15         U.S.C. 3514(a)) is amended by striking

16         "221(h)(2), 221(i), 221(l)," and inserting

17         "221(i)(2), 221(j), 221(m),".

18    (b) ANNUITIES FOR FORMER SPOUSES.—Subpara-

19 graph (B) of section 222(b)(5) of the Central Intelligence

20 Agency Retirement Act (50 U.S.C. 2032(b)(5)(B)) is

21 amended by striking "one year" and inserting "two

22 years".

23    (c) PRIOR SERVICE CREDIT.—Subparagraph (A) of

24 section 252(b)(3) of the Central Intelligence Agency Re-

25 tirement Act (50 U.S.C. 2082(b)(3)(A)) is amended by

WASHSTATEC013437

2337

1 striking "October 1, 1990" both places that term appears

2 and inserting "March 31, 1991".

3 (d) REEMPLOYMENT COMPENSATION.—Section 273

4 of the Central Intelligence Agency Retirement Act (50

5 U.S.C. 2113) is amended—

6 (1) by redesignating subsections (b) and (c) as

7 subsections (c) and (d), respectively; and

8 (2) by inserting after subsection (a) the fol-

9 lowing:

10 "(b) PART-TIME REEMPLOYED ANNUITANTS.—The

11 Director shall have the authority to reemploy an annuitant

12 on a part-time basis in accordance with section 8344(l)

13 of title 5, United States Code.".

14 (e) EFFECTIVE DATE AND APPLICATION.—The

15 amendments made by subsection (a)(1)(A) and subsection

16 (c) shall take effect as if enacted on October 28, 2009,

17 and shall apply to computations or participants, respec-

18 tively, as of such date.

# TITLE LXIII—GENERAL INTEL-
# LIGENCE COMMUNITY MAT-
# TERS

**SEC. 6301. RESTRICTION ON CONDUCT OF INTELLIGENCE**

**ACTIVITIES.**

24 The authorization of appropriations by this subdivi-

25 sion shall not be deemed to constitute authority for the

WASHSTATEC013438

2338

1 conduct of any intelligence activity which is not otherwise

2 authorized by the Constitution or the laws of the United

3 States.

**SEC. 6302. INCREASE IN EMPLOYEE COMPENSATION AND**

**BENEFITS AUTHORIZED BY LAW.**

6     Appropriations authorized by this subdivision for sal-

7 ary, pay, retirement, and other benefits for Federal em-

8 ployees may be increased by such additional or supple-

9 mental amounts as may be necessary for increases in such

10 compensation or benefits authorized by law.

**SEC. 6303. MODIFICATION OF SPECIAL PAY AUTHORITY**

**FOR SCIENCE, TECHNOLOGY, ENGINEERING,**

**OR MATHEMATICS POSITIONS AND ADDITION**

**OF SPECIAL PAY AUTHORITY FOR CYBER PO-**

**SITIONS.**

16     Section 113B of the National Security Act of 1947

17 (50 U.S.C. 3049a) is amended—

18         (1) by amending subsection (a) to read as fol-

19     lows:

20     "(a) SPECIAL RATES OF PAY FOR POSITIONS RE-

21 QUIRING EXPERTISE IN SCIENCE, TECHNOLOGY, ENGI-

22 NEERING, OR MATHEMATICS.—

23         "(1) IN GENERAL.—Notwithstanding part III

24     of title 5, United States Code, the head of each ele-

25     ment of the intelligence community may, for one or

WASHSTATEC013439

2339

1 more categories of positions in such element that re-
2 quire expertise in science, technology, engineering,
3 or mathematics—

4        ''(A) establish higher minimum rates of
5    pay; and

6        ''(B) make corresponding increases in all
7    rates of pay of the pay range for each grade or
8    level, subject to subsection (b) or (c), as appli-
9    cable.

10   ''(2) TREATMENT.—The special rate supple-
11 ments resulting from the establishment of higher
12 rates under paragraph (1) shall be basic pay for the
13 same or similar purposes as those specified in sec-
14 tion 5305(j) of title 5, United States Code.'';

15   (2) by redesignating subsections (b) through (f)
16 as subsections (c) through (g), respectively;

17   (3) by inserting after subsection (a) the fol-
18 lowing:

19   ''(b) SPECIAL RATES OF PAY FOR CYBER POSI-
20 TIONS.—

21        ''(1) IN GENERAL.—Notwithstanding subsection
22    (c), the Director of the National Security Agency
23    may establish a special rate of pay—

24        ''(A) not to exceed the rate of basic pay
25    payable for level II of the Executive Schedule

WASHSTATEC013440

2340

1    under section 5313 of title 5, United States
2    Code, if the Director certifies to the Under Sec-
3    retary of Defense for Intelligence, in consulta-
4    tion with the Under Secretary of Defense for
5    Personnel and Readiness, that the rate of pay
6    is for positions that perform functions that exe-
7    cute the cyber mission of the Agency; or

8        ''(B) not to exceed the rate of basic pay
9        payable for the Vice President of the United
10       States under section 104 of title 3, United
11       States Code, if the Director certifies to the Sec-
12       retary of Defense, by name, individuals that
13       have advanced skills and competencies and that
14       perform critical functions that execute the cyber
15       mission of the Agency.

16    ''(2) PAY LIMITATION.—Employees receiving a
17    special rate under paragraph (1) shall be subject to
18    an aggregate pay limitation that parallels the limita-
19    tion established in section 5307 of title 5, United
20    States Code, except that—

21       ''(A) any allowance, differential, bonus,
22       award, or other similar cash payment in addi-
23       tion to basic pay that is authorized under title
24       10, United States Code, (or any other applica-
25       ble law in addition to title 5 of such Code, ex-

WASHSTATEC013441

2341

1      cluding the Fair Labor Standards Act of 1938

2      (29 U.S.C. 201 et seq.)) shall also be counted

3      as part of aggregate compensation; and

4            "(B) aggregate compensation may not ex-

5      ceed the rate established for the Vice President

6      of the United States under section 104 of title

7      3, United States Code.

8      "(3) LIMITATION ON NUMBER OF RECIPI-

9      ENTS.—The number of individuals who receive basic

10     pay established under paragraph (1)(B) may not ex-

11     ceed 100 at any time.

12     "(4) LIMITATION ON USE AS COMPARATIVE

13     REFERENCE.—Notwithstanding any other provision

14     of law, special rates of pay and the limitation estab-

15     lished under paragraph (1)(B) may not be used as

16     comparative references for the purpose of fixing the

17     rates of basic pay or maximum pay limitations of

18     qualified positions under section 1599f of title 10,

19     United States Code, or section 226 of the Homeland

20     Security Act of 2002 (6 U.S.C. 147).";

21         (4) in subsection (c), as redesignated by para-

22     graph (2), by striking "A minimum" and inserting

23     "Except as provided in subsection (b), a minimum";

WASHSTATEC013442

2342

1      (5) in subsection (d), as redesignated by para-

2  graph (2), by inserting ''or (b)'' after ''by subsection

3  (a)''; and

4      (6) in subsection (g), as redesignated by para-

5  graph (2)—

6      (A) in paragraph (1), by striking ''Not

7  later than 90 days after the date of the enact-

8  ment of the Intelligence Authorization Act for

9  Fiscal Year 2017'' and inserting ''Not later

10  than 90 days after the date of the enactment of

11  the Damon Paul Nelson and Matthew Young

12  Pollard Intelligence Authorization Act for Fis-

13  cal Years 2018 and 2019''; and

14      (B) in paragraph (2)(A), by inserting ''or

15  (b)'' after ''subsection (a)''.

**16  SEC. 6304. MODIFICATION OF APPOINTMENT OF CHIEF IN-**

**17          FORMATION OFFICER OF THE INTELLIGENCE**

**18          COMMUNITY.**

19     Section 103G(a) of the National Security Act of 1947

20  (50 U.S.C. 3032(a)) is amended by striking ''President''

21  and inserting ''Director''.

WASHSTATEC013443

2343

**SEC. 6305. DIRECTOR OF NATIONAL INTELLIGENCE RE-**
**VIEW OF PLACEMENT OF POSITIONS WITHIN**
**THE INTELLIGENCE COMMUNITY ON THE EX-**
**ECUTIVE SCHEDULE.**

(a) REVIEW.—The Director of National Intelligence, in coordination with the Director of the Office of Personnel Management, shall conduct a review of positions within the intelligence community regarding the placement of such positions on the Executive Schedule under subchapter II of chapter 53 of title 5, United States Code. In carrying out such review, the Director of National Intelligence, in coordination with the Director of the Office of Personnel Management, shall determine—

(1) the standards under which such review will be conducted;

(2) which positions should or should not be on the Executive Schedule; and

(3) for those positions that should be on the Executive Schedule, the level of the Executive Schedule at which such positions should be placed.

(b) REPORT.—Not later than 60 days after the date on which the review under subsection (a) is completed, the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Committee on Oversight and Reform of the

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013444

2344

1   House of Representatives an unredacted report describing

2   the standards by which the review was conducted and the

3   outcome of the review.

## SEC. 6306. SUPPLY CHAIN AND COUNTERINTELLIGENCE RISK MANAGEMENT TASK FORCE.

6   (a) APPROPRIATE CONGRESSIONAL COMMITTEES

7   DEFINED.—In this section, the term "appropriate con-

8   gressional committees" means the following:

9   (1) The congressional intelligence committees.

10   (2) The Committee on Armed Services and the

11   Committee on Homeland Security and Governmental

12   Affairs of the Senate.

13   (3) The Committee on Armed Services, the

14   Committee on Homeland Security, and the Com-

15   mittee on Oversight and Reform of the House of

16   Representatives.

17   (b) REQUIREMENT TO ESTABLISH.—The Director of

18   National Intelligence shall establish a Supply Chain and

19   Counterintelligence Risk Management Task Force to

20   standardize information sharing between the intelligence

21   community and the acquisition community of the United

22   States Government with respect to the supply chain and

23   counterintelligence risks.

WASHSTATEC013445

2345

1    (c) MEMBERS.—The Supply Chain and Counterintel-

2 ligence Risk Management Task Force established under

3 subsection (b) shall be composed of—

4        (1) a representative of the Defense Security

5    Service of the Department of Defense;

6        (2) a representative of the General Services Ad-

7    ministration;

8        (3) a representative of the Office of Federal

9    Procurement Policy of the Office of Management

10    and Budget;

11        (4) a representative of the Department of

12    Homeland Security;

13        (5) a representative of the Federal Bureau of

14    Investigation;

15        (6) the Director of the National Counterintel-

16    ligence and Security Center; and

17        (7) any other members the Director of National

18    Intelligence determines appropriate.

19    (d) SECURITY CLEARANCES.—Each member of the

20 Supply Chain and Counterintelligence Risk Management

21 Task Force established under subsection (b) shall have a

22 security clearance at the top secret level and be able to

23 access sensitive compartmented information.

24    (e) ANNUAL REPORT.—The Supply Chain and Coun-

25 terintelligence Risk Management Task Force established

WASHSTATEC013446

2346

1 under subsection (b) shall submit to the appropriate con-
2 gressional committees an annual report that describes the
3 activities of the Task Force during the previous year, in-
4 cluding identification of the supply chain, cybersecurity,
5 and counterintelligence risks shared with the acquisition
6 community of the United States Government by the intel-
7 ligence community.

**8 SEC. 6307.  CONSIDERATION OF ADVERSARIAL TELE-**
**9             COMMUNICATIONS AND CYBERSECURITY IN-**
**10            FRASTRUCTURE WHEN SHARING INTEL-**
**11            LIGENCE WITH FOREIGN GOVERNMENTS AND**
**12            ENTITIES.**

13      Whenever the head of an element of the intelligence
14 community enters into an intelligence-sharing agreement
15 with a foreign government or any other foreign entity, the
16 head of the element shall consider the pervasiveness of
17 telecommunications   and   cybersecurity   infrastructure,
18 equipment, and services provided by adversaries of the
19 United States, particularly China and Russia, or entities
20 of such adversaries in the country or region of the foreign
21 government or other foreign entity entering into the agree-
22 ment.

WASHSTATEC013447

2347

1 **SEC. 6308. CYBER PROTECTION SUPPORT FOR THE PER-**
2     **SONNEL OF THE INTELLIGENCE COMMUNITY**
3     **IN POSITIONS HIGHLY VULNERABLE TO**
4     **CYBER ATTACK.**

5   (a) DEFINITIONS.—In this section:

6     (1) PERSONAL ACCOUNTS.—The term "personal

7   accounts" means accounts for online and tele-

8   communications services, including telephone, resi-

9   dential internet access, email, text and multimedia

10   messaging, cloud computing, social media, health

11   care, and financial services, used by personnel of the

12   intelligence community outside of the scope of their

13   employment with elements of the intelligence com-

14   munity.

15     (2) PERSONAL TECHNOLOGY DEVICES.—The

16   term "personal technology devices" means tech-

17   nology devices used by personnel of the intelligence

18   community outside of the scope of their employment

19   with elements of the intelligence community, includ-

20   ing networks to which such devices connect.

21   (b) AUTHORITY TO PROVIDE CYBER PROTECTION

22 SUPPORT.—

23     (1) IN GENERAL.—Subject to a determination

24   by the Director of National Intelligence, the Director

25   may provide cyber protection support for the per-

WASHSTATEC013448

2348

1 sonal technology devices and personal accounts of

2 the personnel described in paragraph (2).

3 (2) AT-RISK PERSONNEL.—The personnel de-

4 scribed in this paragraph are personnel of the intel-

5 ligence community—

6 (A) who the Director determines to be

7 highly vulnerable to cyber attacks and hostile

8 information collection activities because of the

9 positions occupied by such personnel in the in-

10 telligence community; and

11 (B) whose personal technology devices or

12 personal accounts are highly vulnerable to cyber

13 attacks and hostile information collection activi-

14 ties.

15 (c) NATURE OF CYBER PROTECTION SUPPORT.—

16 Subject to the availability of resources, the cyber protec-

17 tion support provided to personnel under subsection (b)

18 may include training, advice, assistance, and other services

19 relating to cyber attacks and hostile information collection

20 activities.

21 (d) LIMITATION ON SUPPORT.—Nothing in this sec-

22 tion shall be construed—

23 (1) to encourage personnel of the intelligence

24 community to use personal technology devices for of-

25 ficial business; or

WASHSTATEC013449

1   (2) to authorize cyber protection support for

2  senior intelligence community personnel using per-

3  sonal devices, networks, and personal accounts in an

4  official capacity.

5  (e) REPORT.—Not later than 180 days after the date

6 of the enactment of this Act, the Director shall submit

7 to the congressional intelligence committees a report on

8 the provision of cyber protection support under subsection

9 (b). The report shall include—

10   (1) a description of the methodology used to

11  make the determination under subsection (b)(2); and

12   (2) guidance for the use of cyber protection

13  support and tracking of support requests for per-

14  sonnel receiving cyber protection support under sub-

15  section (b).

16 **SEC. 6309. ELIMINATION OF SUNSET OF AUTHORITY RELAT-**

17     **ING TO MANAGEMENT OF SUPPLY-CHAIN**

18     **RISK.**

19  Section 309 of the Intelligence Authorization Act for

20 Fiscal Year 2012 (Public Law 112–87; 50 U.S.C. 3329

21 note) is amended by striking subsection (g).

22 **SEC. 6310. LIMITATIONS ON DETERMINATIONS REGARDING**

23     **CERTAIN SECURITY CLASSIFICATIONS.**

24  (a) PROHIBITION.—An officer of an element of the

25 intelligence community who has been nominated by the

WASHSTATEC013450

2350

1 President for a position that requires the advice and con-
2 sent of the Senate may not make a classification decision
3 with respect to information related to such officer's nomi-
4 nation.

5     (b) CLASSIFICATION DETERMINATIONS.—

6         (1) IN GENERAL.—Except as provided in para-
7     graph (2), in a case in which an officer described in
8     subsection (a) has been nominated as described in
9     such subsection and classification authority rests
10     with the officer or another officer who reports di-
11     rectly to such officer, a classification decision with
12     respect to information relating to the officer shall be
13     made by the Director of National Intelligence.

14         (2) NOMINATIONS OF DIRECTOR OF NATIONAL
15     INTELLIGENCE.—In a case described in paragraph
16     (1) in which the officer nominated is the Director of
17     National Intelligence, the classification decision shall
18     be made by the Principal Deputy Director of Na-
19     tional Intelligence.

20     (c) REPORTS.—Whenever the Director or the Prin-
21 cipal Deputy Director makes a decision under subsection
22 (b), the Director or the Principal Deputy Director, as the
23 case may be, shall submit to the congressional intelligence
24 committees a report detailing the reasons for the decision.

WASHSTATEC013451

2351

1 **SEC. 6311. JOINT INTELLIGENCE COMMUNITY COUNCIL.**

2 (a) MEETINGS.—Section 101A(d) of the National Se-

3 curity Act of 1947 (50 U.S.C. 3022(d)) is amended—

4 (1) by striking "regular"; and

5 (2) by inserting "as the Director considers ap-

6 propriate" after "Council".

7 (b) REPORT ON FUNCTION AND UTILITY OF THE

8 JOINT INTELLIGENCE COMMUNITY COUNCIL.—

9 (1) IN GENERAL.—No later than 180 days after

10 the date of the enactment of this Act, the Director

11 of National Intelligence, in coordination with the Ex-

12 ecutive Office of the President and members of the

13 Joint Intelligence Community Council, shall submit

14 to the congressional intelligence committees a report

15 on the function and utility of the Joint Intelligence

16 Community Council.

17 (2) CONTENTS.—The report required by para-

18 graph (1) shall include the following:

19 (A) The number of physical or virtual

20 meetings held by the Council per year since the

21 Council's inception.

22 (B) A description of the effect and accom-

23 plishments of the Council.

24 (C) An explanation of the unique role of

25 the Council relative to other entities, including

26 with respect to the National Security Council

WASHSTATEC013452

2352

1    and the Executive Committee of the intelligence

2    community.

3        (D) Recommendations for the future role

4    and operation of the Council.

5        (E) Such other matters relating to the

6    function and utility of the Council as the Direc-

7    tor considers appropriate.

8    (3) FORM.—The report submitted under para-

9    graph (1) shall be submitted in unclassified form,

10   but may include a classified annex.

11   **SEC. 6312. INTELLIGENCE COMMUNITY INFORMATION**

12   **TECHNOLOGY ENVIRONMENT.**

13   (a) DEFINITIONS.—In this section:

14   (1) CORE SERVICE.—The term "core service"

15   means a capability that is available to multiple ele-

16   ments of the intelligence community and required

17   for consistent operation of the intelligence commu-

18   nity information technology environment.

19   (2) INTELLIGENCE COMMUNITY INFORMATION

20   TECHNOLOGY ENVIRONMENT.—The term "intel-

21   ligence community information technology environ-

22   ment" means all of the information technology serv-

23   ices across the intelligence community, including the

24   data sharing and protection environment across mul-

25   tiple classification domains.

WASHSTATEC013453

2353

1    (b) ROLES AND RESPONSIBILITIES.—

2        (1) DIRECTOR OF NATIONAL INTELLIGENCE.—

3    The Director of National Intelligence shall be re-

4    sponsible for coordinating the performance by ele-

5    ments of the intelligence community of the intel-

6    ligence community information technology environ-

7    ment, including each of the following:

8            (A) Ensuring compliance with all applica-

9        ble environment rules and regulations of such

10       environment.

11           (B) Ensuring measurable performance

12       goals exist for such environment.

13           (C) Documenting standards and practices

14       of such environment.

15           (D) Acting as an arbiter among elements

16       of the intelligence community related to any

17       disagreements arising out of the implementa-

18       tion of such environment.

19           (E) Delegating responsibilities to the ele-

20       ments of the intelligence community and car-

21       rying out such other responsibilities as are nec-

22       essary for the effective implementation of such

23       environment.

24       (2) CORE SERVICE PROVIDERS.—Providers of

25   core services shall be responsible for—

WASHSTATEC013454

2354

1      (A) providing core services, in coordination

2   with the Director of National Intelligence; and

3      (B) providing the Director with informa-

4   tion requested and required to fulfill the re-

5   sponsibilities of the Director under paragraph

6   (1).

7   (3) USE OF CORE SERVICES.—

8      (A) IN GENERAL.—Except as provided in

9   subparagraph (B), each element of the intel-

10   ligence community shall use core services when

11   such services are available.

12      (B) EXCEPTION.—The Director of Na-

13   tional Intelligence may provide for a written ex-

14   ception to the requirement under subparagraph

15   (A) if the Director determines there is a com-

16   pelling financial or mission need for such excep-

17   tion.

18   (c) MANAGEMENT ACCOUNTABILITY.—Not later than

19   90 days after the date of the enactment of this Act, the

20   Director of National Intelligence shall designate and main-

21   tain one or more accountable executives of the intelligence

22   community information technology environment to be re-

23   sponsible for—

24      (1) management, financial control, and integra-

25   tion of such environment;

WASHSTATEC013455

2355

1    (2) overseeing the performance of each core

2    service, including establishing measurable service re-

3    quirements and schedules;

4    (3) to the degree feasible, ensuring testing of

5    each core service of such environment, including

6    testing by the intended users, to evaluate perform-

7    ance against measurable service requirements and to

8    ensure the capability meets user requirements; and

9    (4) coordinate transition or restructuring ef-

10   forts of such environment, including phaseout of leg-

11   acy systems.

12   (d) SECURITY PLAN.—Not later than 180 days after

13   the date of the enactment of this Act, the Director of Na-

14   tional Intelligence shall develop and maintain a security

15   plan for the intelligence community information tech-

16   nology environment.

17   (e) LONG-TERM ROADMAP.—Not later than 180 days

18   after the date of the enactment of this Act, and during

19   each of the second and fourth fiscal quarters thereafter,

20   the Director of National Intelligence shall submit to the

21   congressional intelligence committees a long-term road-

22   map that shall include each of the following:

23   (1) A description of the minimum required and

24   desired core service requirements, including—

25   (A) key performance parameters; and

WASHSTATEC013456

2356

1    (B) an assessment of current, measured
2    performance.

3    (2) Implementation milestones for the intel-
4    ligence community information technology environ-
5    ment, including each of the following:

6    (A) A schedule for expected deliveries of
7    core service capabilities during each of the fol-
8    lowing phases:

9    (i) Concept refinement and technology
10    maturity demonstration.

11    (ii) Development, integration, and
12    demonstration.

13    (iii) Production, deployment, and
14    sustainment.

15    (iv) System retirement.

16    (B) Dependencies of such core service ca-
17    pabilities.

18    (C) Plans for the transition or restruc-
19    turing necessary to incorporate core service ca-
20    pabilities.

21    (D) A description of any legacy systems
22    and discontinued capabilities to be phased out.

23    (3) Such other matters as the Director deter-
24    mines appropriate.

WASHSTATEC013457

2357

1    (f) BUSINESS PLAN.—Not later than 180 days after
2  the date of the enactment of this Act, and during each
3  of the second and fourth fiscal quarters thereafter, the Di-
4  rector of National Intelligence shall submit to the congres-
5  sional intelligence committees a business plan that in-
6  cludes each of the following:

7        (1) A systematic approach to identify core serv-
8     ice funding requests for the intelligence community
9     information technology environment within the pro-
10    posed budget, including multiyear plans to imple-
11    ment the long-term roadmap required by subsection
12    (e).

13       (2) A uniform approach by which each element
14    of the intelligence community shall identify the cost
15    of legacy information technology or alternative capa-
16    bilities where services of the intelligence community
17    information technology environment will also be
18    available.

19       (3) A uniform effort by which each element of
20    the intelligence community shall identify transition
21    and restructuring costs for new, existing, and retir-
22    ing services of the intelligence community informa-
23    tion technology environment, as well as services of
24    such environment that have changed designations as
25    a core service.

WASHSTATEC013458

2358

1    (g) QUARTERLY PRESENTATIONS.—Beginning not
2 later than 180 days after the date of the enactment of
3 this Act, the Director of National Intelligence shall provide
4 to the congressional intelligence committees quarterly up-
5 dates regarding ongoing implementation of the intelligence
6 community information technology environment as com-
7 pared to the requirements in the most recently submitted
8 security plan required by subsection (d), long-term road-
9 map required by subsection (e), and business plan re-
10 quired by subsection (f).

11    (h) ADDITIONAL NOTIFICATIONS.—The Director of
12 National Intelligence shall provide timely notification to
13 the congressional intelligence committees regarding any
14 policy changes related to or affecting the intelligence com-
15 munity information technology environment, new initia-
16 tives or strategies related to or impacting such environ-
17 ment, and changes or deficiencies in the execution of the
18 security plan required by subsection (d), long-term road-
19 map required by subsection (e), and business plan re-
20 quired by subsection (f).

21    (i) SUNSET.—The section shall have no effect on or
22 after September 30, 2024.

WASHSTATEC013459

2359

1  **SEC. 6313. REPORT ON DEVELOPMENT OF SECURE MOBILE**

2          **VOICE SOLUTION FOR INTELLIGENCE COM-**

3          **MUNITY.**

4      (a) IN GENERAL.—Not later than 180 days after the

5  date of the enactment of this Act, the Director of National

6  Intelligence, in coordination with the Director of the Cen-

7  tral Intelligence Agency and the Director of the National

8  Security Agency, shall submit to the congressional intel-

9  ligence committees a classified report on the feasibility,

10  desirability, cost, and required schedule associated with

11  the implementation of a secure mobile voice solution for

12  the intelligence community.

13      (b) CONTENTS.—The report required by subsection

14  (a) shall include, at a minimum, the following:

15          (1) The benefits and disadvantages of a secure

16          mobile voice solution.

17          (2) Whether the intelligence community could

18          leverage commercially available technology for classi-

19          fied voice communications that operates on commer-

20          cial mobile networks in a secure manner and identi-

21          fying the accompanying security risks to such net-

22          works.

23          (3) A description of any policies or community

24          guidance that would be necessary to govern the po-

25          tential solution, such as a process for determining

WASHSTATEC013460

2360

1    the appropriate use of a secure mobile telephone and

2    any limitations associated with such use.

**SEC. 6314. POLICY ON MINIMUM INSIDER THREAT STAND-**

**ARDS.**

5    (a) POLICY REQUIRED.—Not later than 60 days after

6    the date of the enactment of this Act, the Director of Na-

7    tional Intelligence shall establish a policy for minimum in-

8    sider threat standards that is consistent with the National

9    Insider Threat Policy and Minimum Standards for Execu-

10   tive Branch Insider Threat Programs.

11   (b) IMPLEMENTATION.—Not later than 180 days

12   after the date of the enactment of this Act, the head of

13   each element of the intelligence community shall imple-

14   ment the policy established under subsection (a).

**SEC. 6315. SUBMISSION OF INTELLIGENCE COMMUNITY**

**POLICIES.**

17   (a) DEFINITIONS.—In this section:

18   (1) ELECTRONIC REPOSITORY.—The term

19   ''electronic repository'' means the electronic distribu-

20   tion mechanism, in use as of the date of the enact-

21   ment of this Act, or any successor electronic dis-

22   tribution mechanism, by which the Director of Na-

23   tional Intelligence submits to the congressional intel-

24   ligence committees information.

WASHSTATEC013461

2361

(2) POLICY.—The term "policy", with respect to the intelligence community, includes unclassified or classified—

(A) directives, policy guidance, and policy memoranda of the intelligence community;

(B) executive correspondence of the Director of National Intelligence; and

(C) any equivalent successor policy instruments.

(b) SUBMISSION OF POLICIES.—

(1) CURRENT POLICY.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees using the electronic repository all nonpublicly available policies issued by the Director of National Intelligence for the intelligence community that are in effect as of the date of the submission.

(2) CONTINUOUS UPDATES.—Not later than 15 days after the date on which the Director of National Intelligence issues, modifies, or rescinds a policy of the intelligence community, the Director shall—

WASHSTATEC013462

2362

1        (A) notify the congressional intelligence
2     committees of such addition, modification, or
3     removal; and
4        (B) update the electronic repository with
5     respect to such addition, modification, or re-
6     moval.

**SEC. 6316. EXPANSION OF INTELLIGENCE COMMUNITY RE-**
7
8        **CRUITMENT EFFORTS.**

9        In order to further increase the diversity of the intel-
10    ligence community workforce, not later than 90 days after
11    the date of the enactment of this Act, the Director of Na-
12    tional Intelligence, in consultation with heads of elements
13    of the Intelligence Community, shall create, implement,
14    and submit to the congressional intelligence committees a
15    written plan to ensure that rural and underrepresented re-
16    gions are more fully and consistently represented in such
17    elements' employment recruitment efforts. Upon receipt of
18    the plan, the congressional committees shall have 60 days
19    to submit comments to the Director of National Intel-
20    ligence before such plan shall be implemented.

WASHSTATEC013463

2363

# TITLE LXIV—MATTERS RELATING TO ELEMENTS OF THE INTELLIGENCE COMMUNITY

## Subtitle A—Office of the Director of National Intelligence

### SEC. 6401. AUTHORITY FOR PROTECTION OF CURRENT AND FORMER EMPLOYEES OF THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE.

Section 5(a)(4) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3506(a)(4)) is amended by striking "such personnel of the Office of the Director of National Intelligence as the Director of National Intelligence may designate;" and inserting "current and former personnel of the Office of the Director of National Intelligence and their immediate families as the Director of National Intelligence may designate;".

### SEC. 6402. DESIGNATION OF THE PROGRAM MANAGER-INFORMATION-SHARING ENVIRONMENT.

(a) INFORMATION-SHARING ENVIRONMENT.—Section 1016(b) of the Intelligence Reform and Terrorism Prevention Act of 2004 (6 U.S.C. 485(b)) is amended—

(1) in paragraph (1), by striking "President" and inserting "Director of National Intelligence"; and

WASHSTATEC013464

2364

1      (2) in paragraph (2), by striking ''President''

2    both places that term appears and inserting ''Direc-

3    tor of National Intelligence''.

4      (b) PROGRAM MANAGER.—Section 1016(f)(1) of the

5 Intelligence Reform and Terrorism Prevention Act of

6 2004 (6 U.S.C. 485(f)(1)) is amended by striking ''The

7 individual designated as the program manager shall serve

8 as program manager until removed from service or re-

9 placed by the President (at the President's sole discre-

10 tion).'' and inserting ''Beginning on the date of the enact-

11 ment of the Damon Paul Nelson and Matthew Young Pol-

12 lard Intelligence Authorization Act for Fiscal Years 2018,

13 2019 and 2020, each individual designated as the program

14 manager shall be appointed by the Director of National

15 Intelligence.''.

16 **SEC. 6403. TECHNICAL MODIFICATION TO THE EXECUTIVE**

17            **SCHEDULE.**

18      Section 5315 of title 5, United States Code, is

19 amended by adding at the end the following:

20      ''Director of the National Counterintelligence and Se-

21 curity Center.''.

22 **SEC. 6404. CHIEF FINANCIAL OFFICER OF THE INTEL-**

23            **LIGENCE COMMUNITY.**

24      Section 103I(a) of the National Security Act of 1947

25 (50 U.S.C. 3034(a)) is amended by adding at the end the

WASHSTATEC013465

2365

1  following new sentence: "The Chief Financial Officer shall

2  report directly to the Director of National Intelligence.".

3  **SEC. 6405. CHIEF INFORMATION OFFICER OF THE INTEL-**

4     **LIGENCE COMMUNITY.**

5     Section 103G(a) of the National Security Act of 1947

6  (50 U.S.C. 3032(a)) is amended by adding at the end the

7  following new sentence: "The Chief Information Officer

8  shall report directly to the Director of National Intel-

9  ligence.".

10  # Subtitle B—Central Intelligence

11  # Agency

12  **SEC. 6411. CENTRAL INTELLIGENCE AGENCY SUBSISTENCE**

13     **FOR PERSONNEL ASSIGNED TO AUSTERE LO-**

14     **CATIONS.**

15     Subsection (a) of section 5 of the Central Intelligence

16  Agency Act of 1949 (50 U.S.C. 3506) is amended—

17     (1) in paragraph (1), by striking "(50 U.S.C.

18     403–4a).," and inserting "(50 U.S.C. 403–4a),";

19     (2) in paragraph (6), by striking "and" at the

20     end;

21     (3) in paragraph (7), by striking the period at

22     the end and inserting "; and"; and

23     (4) by adding at the end the following new

24     paragraph:

WASHSTATEC013466

2366

1    "(8) Upon the approval of the Director, pro-
2    vide, during any fiscal year, with or without reim-
3    bursement, subsistence to any personnel assigned to
4    an overseas location designated by the Agency as an
5    austere location.".

6  **SEC. 6412. SPECIAL RULES FOR CERTAIN MONTHLY WORK-**
7                **ERS' COMPENSATION PAYMENTS AND OTHER**
8                **PAYMENTS FOR CENTRAL INTELLIGENCE**
9                **AGENCY PERSONNEL.**

10    (a) IN GENERAL.—The Central Intelligence Agency
11   Act of 1949 (50 U.S.C. 3501 et seq.) is amended by in-
12   serting after section 19 the following new section:

13  **"SEC. 19A. SPECIAL RULES FOR CERTAIN INDIVIDUALS IN-**
14                **JURED BY REASON OF WAR, INSURGENCY,**
15                **HOSTILE ACT, TERRORIST ACTIVITIES, OR IN-**
16                **CIDENTS DESIGNATED BY THE DIRECTOR.**

17    "(a) DEFINITIONS.—In this section:

18        "(1) COVERED DEPENDENT.—The term 'cov-
19    ered dependent' means a family member (as defined
20    by the Director) of a covered employee who, on or
21    after September 11, 2001—

22            "(A) accompanies the covered employee to
23        an assigned duty station in a foreign country;
24        and

WASHSTATEC013467

2367

1          ''(B) becomes injured by reason of a quali-
2      fying injury.

3          ''(2) COVERED EMPLOYEE.—The term 'covered
4      employee' means an officer or employee of the Cen-
5      tral Intelligence Agency who, on or after September
6      11, 2001, becomes injured by reason of a qualifying
7      injury.

8          ''(3) COVERED INDIVIDUAL.—The term 'cov-
9      ered individual' means an individual who—

10              ''(A)(i) is detailed to the Central Intel-
11          ligence Agency from other agencies of the
12          United States Government or from the Armed
13          Forces; or

14              ''(ii) is affiliated with the Central Intel-
15          ligence Agency, as determined by the Director;
16          and

17              ''(B) who, on or after September 11, 2001,
18          becomes injured by reason of a qualifying in-
19          jury.

20          ''(4) QUALIFYING INJURY.—The term 'quali-
21      fying injury' means the following:

22              ''(A) With respect to a covered dependent,
23          an injury incurred—

24              ''(i) during a period in which the cov-
25              ered dependent is accompanying the cov-

WASHSTATEC013468

2368

1 ered employee to an assigned duty station

2 in a foreign country;

3     ''(ii) in connection with war, insur-

4 gency, hostile act, terrorist activity, or an

5 incident designated for purposes of this

6 section by the Director; and

7     ''(iii) that was not the result of the

8 willful misconduct of the covered depend-

9 ent.

10   ''(B) With respect to a covered employee

11 or a covered individual—

12     ''(i) an injury incurred—

13       ''(I) during a period of assign-

14 ment to a duty station in a foreign

15 country;

16       ''(II) in connection with war, in-

17 surgency, hostile act, or terrorist ac-

18 tivity; and

19       ''(III) that was not the result of

20 the willful misconduct of the covered

21 employee or the covered individual; or

22     ''(ii) an injury incurred—

23       ''(I) in connection with an inci-

24 dent designated for purposes of this

25 section by the Director; and

WASHSTATEC013469

1          "(II) that was not the result of
2              the willful misconduct of the covered
3              employee or the covered individual.

4      "(b) ADJUSTMENT OF COMPENSATION FOR CERTAIN
5 INJURIES.—

6          "(1) INCREASE.—The Director may increase
7      the amount of monthly compensation paid to a cov-
8      ered employee under section 8105 of title 5, United
9      States Code. Subject to paragraph (2), the Director
10     may determine the amount of each such increase by
11     taking into account—

12         "(A) the severity of the qualifying injury;
13         "(B) the circumstances by which the cov-
14             ered employee became injured; and
15         "(C) the seniority of the covered employee.

16         "(2) MAXIMUM.—Notwithstanding chapter 81
17     of title 5, United States Code, the total amount of
18     monthly compensation increased under paragraph
19     (1) may not exceed the monthly pay of the max-
20     imum rate of basic pay for GS–15 of the General
21     Schedule under section 5332 of such title.

22     "(c) COSTS FOR TREATING QUALIFYING INJURIES.—
23 The Director may pay the costs of treating a qualifying
24 injury of a covered employee, a covered individual, or a
25 covered dependent, or may reimburse a covered employee,

WASHSTATEC013470

2370

1 a covered individual, or a covered dependent for such

2 costs, that are not otherwise covered by chapter 81 of title

3 5, United States Code, or other provision of Federal law.''.

4     (b) REGULATIONS.—Not later than 120 days after

5 the date of the enactment of this Act, the Director of the

6 Central Intelligence Agency shall—

7         (1) prescribe regulations ensuring the fair and

8     equitable implementation of section 19A of the Cen-

9     tral Intelligence Agency Act of 1949, as added by

10     subsection (a); and

11         (2) submit to the congressional intelligence

12     committees such regulations.

13     (c) APPLICATION.—Section 19A of the Central Intel-

14 ligence Agency Act of 1949, as added by subsection (a),

15 shall apply with respect to—

16         (1) payments made to covered employees (as

17     defined in such section) under section 8105 of title

18     5, United States Code, beginning on or after the

19     date of the enactment of this Act; and

20         (2) treatment described in subsection (b) of

21     such section 19A occurring on or after the date of

22     the enactment of this Act.

WASHSTATEC013471

2371

1 **SEC. 6413. EXPANSION OF SECURITY PROTECTIVE SERVICE**

2         **JURISDICTION OF THE CENTRAL INTEL-**

3         **LIGENCE AGENCY.**

4     Subsection (a)(1) of section 15 of the Central Intel-

5 ligence Agency Act of 1949 (50 U.S.C. 3515(a)(1)) is

6 amended—

7         (1) in subparagraph (B), by striking "500

8         feet;" and inserting "500 yards;"; and

9         (2) in subparagraph (D), by striking "500

10         feet." and inserting "500 yards.".

11 **SEC. 6414. REPEAL OF FOREIGN LANGUAGE PROFICIENCY**

12         **REQUIREMENT FOR CERTAIN SENIOR LEVEL**

13         **POSITIONS IN THE CENTRAL INTELLIGENCE**

14         **AGENCY.**

15     (a) REPEAL OF FOREIGN LANGUAGE PROFICIENCY

16 REQUIREMENT.—Section 104A of the National Security

17 Act of 1947 (50 U.S.C. 3036) is amended by striking sub-

18 section (g).

19     (b) CONFORMING REPEAL OF REPORT REQUIRE-

20 MENT.—Section 611 of the Intelligence Authorization Act

21 for Fiscal Year 2005 (Public Law 108–487) is amended

22 by striking subsection (c).

WASHSTATEC013472

2372

# Subtitle C—Office of Intelligence and Counterintelligence of Department of Energy

### SEC. 6421. CONSOLIDATION OF DEPARTMENT OF ENERGY OFFICES OF INTELLIGENCE AND COUNTERINTELLIGENCE.

(a) IN GENERAL.—Section 215 of the Department of Energy Organization Act (42 U.S.C. 7144b) is amended to read as follows:

"OFFICE OF INTELLIGENCE AND COUNTERINTELLIGENCE

"SEC. 215. (a) DEFINITIONS.—In this section, the terms 'intelligence community' and 'National Intelligence Program' have the meanings given such terms in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

"(b) IN GENERAL.—There is in the Department an Office of Intelligence and Counterintelligence. Such office shall be under the National Intelligence Program.

"(c) DIRECTOR.—(1) The head of the Office shall be the Director of the Office of Intelligence and Counterintelligence, who shall be an employee in the Senior Executive Service, the Senior Intelligence Service, the Senior National Intelligence Service, or any other Service that the Secretary, in coordination with the Director of National Intelligence, considers appropriate. The Director of the Office shall report directly to the Secretary.

WASHSTATEC013473

2373

1     "(2) The Secretary shall select an individual to serve
2 as the Director from among individuals who have substan-
3 tial expertise in matters relating to the intelligence com-
4 munity, including foreign intelligence and counterintel-
5 ligence.

6     "(d) DUTIES.—(1) Subject to the authority, direc-
7 tion, and control of the Secretary, the Director shall per-
8 form such duties and exercise such powers as the Sec-
9 retary may prescribe.

10     "(2) The Director shall be responsible for estab-
11 lishing policy for intelligence and counterintelligence pro-
12 grams and activities at the Department.".

13     (b) CONFORMING REPEAL.—Section 216 of the De-
14 partment of Energy Organization Act (42 U.S.C. 7144c)
15 is hereby repealed.

16     (c) CLERICAL AMENDMENT.—The table of contents
17 at the beginning of the Department of Energy Organiza-
18 tion Act is amended by striking the items relating to sec-
19 tions 215 and 216 and inserting the following new item:

"Sec. 215. Office of Intelligence and Counterintelligence.".

20 **SEC. 6422. REPEAL OF DEPARTMENT OF ENERGY INTEL-**
21 **LIGENCE EXECUTIVE COMMITTEE AND BUDG-**
22 **ET REPORTING REQUIREMENT.**

23     Section 214 of the Department of Energy Organiza-
24 tion Act (42 U.S.C. 7144a) is amended—

25          (1) by striking "(a)"; and

WASHSTATEC013474

2374

1       (2) by striking subsections (b) and (c).

## Subtitle D—Other Elements

**SEC. 6431. PLAN FOR DESIGNATION OF COUNTERINTEL-
LIGENCE COMPONENT OF DEFENSE SECU-
RITY SERVICE AS AN ELEMENT OF INTEL-
LIGENCE COMMUNITY.**

Not later than 90 days after the date of the enact-
ment of this Act, the Director of National Intelligence and
Under Secretary of Defense for Intelligence, in coordina-
tion with the Director of the National Counterintelligence
and Security Center, shall submit to the congressional in-
telligence committees, the Committee on Armed Services
of the Senate, and the Committee on Armed Services of
the House of Representatives a plan to designate the coun-
terintelligence component of the Defense Security Service
of the Department of Defense as an element of the intel-
ligence community by not later than January 1, 2021.
Such plan shall—

       (1) address the implications of such designation
on the authorities, governance, personnel, resources,
information technology, collection, analytic products,
information sharing, and business processes of the
Defense Security Service and the intelligence com-
munity; and

WASHSTATEC013475

2375

1    (2) not address the personnel security functions

2    of the Defense Security Service.

**SEC. 6432. NOTICE NOT REQUIRED FOR PRIVATE ENTITIES.**

4    Section 3553 of title 44, United States Code, is

5 amended—

6    (1) by redesignating subsection (j) as sub-

7    section (k); and

8    (2) by inserting after subsection (i) the fol-

9    lowing:

10    "(j) RULE OF CONSTRUCTION.—Nothing in this sec-

11 tion shall be construed to require the Secretary to provide

12 notice to any private entity before the Secretary issues a

13 binding operational directive under subsection (b)(2).".

**SEC. 6433. ESTABLISHMENT OF ADVISORY BOARD FOR NA-**

**TIONAL RECONNAISSANCE OFFICE.**

16    (a) ESTABLISHMENT.—Section 106A of the National

17 Security Act of 1947 (50 U.S.C. 3041a) is amended by

18 adding at the end the following new subsection:

19    "(d) ADVISORY BOARD.—

20    "(1) ESTABLISHMENT.—There is established in

21    the National Reconnaissance Office an advisory

22    board (in this section referred to as the 'Board').

23    "(2) DUTIES.—The Board shall—

24    "(A) study matters relating to the mission

25    of the National Reconnaissance Office, includ-

WASHSTATEC013476

2376

1   ing with respect to promoting innovation, com-
2   petition, and resilience in space, overhead re-
3   connaissance, acquisition, and other matters;
4   and

5   ''(B) advise and report directly to the Di-
6   rector with respect to such matters.

7   ''(3) MEMBERS.—

8   ''(A) NUMBER AND APPOINTMENT.—

9   ''(i) IN GENERAL.—The Board shall
10   be composed of five members appointed by
11   the Director from among individuals with
12   demonstrated academic, government, busi-
13   ness, or other expertise relevant to the mis-
14   sion and functions of the National Recon-
15   naissance Office.

16   ''(ii) NOTIFICATION.—Not later than
17   30 days after the date on which the Direc-
18   tor appoints a member to the Board, the
19   Director shall notify the congressional in-
20   telligence committees and the congressional
21   defense committees (as defined in section
22   101(a) of title 10, United States Code) of
23   such appointment.

24   ''(B) TERMS.—Each member shall be ap-
25   pointed for a term of 2 years. Except as pro-

WASHSTATEC013477

2377

1 vided by subparagraph (C), a member may not

2 serve more than three terms.

3  "(C) VACANCY.—Any member appointed to

4 fill a vacancy occurring before the expiration of

5 the term for which the member's predecessor

6 was appointed shall be appointed only for the

7 remainder of that term. A member may serve

8 after the expiration of that member's term until

9 a successor has taken office.

10  "(D) CHAIR.—The Board shall have a

11 Chair, who shall be appointed by the Director

12 from among the members.

13  "(E) TRAVEL EXPENSES.—Each member

14 shall receive travel expenses, including per diem

15 in lieu of subsistence, in accordance with appli-

16 cable provisions under subchapter I of chapter

17 57 of title 5, United States Code.

18  "(F) EXECUTIVE SECRETARY.—The Direc-

19 tor may appoint an executive secretary, who

20 shall be an employee of the National Reconnais-

21 sance Office, to support the Board.

22  "(4) MEETINGS.—The Board shall meet not

23 less than quarterly, but may meet more frequently

24 at the call of the Director.

WASHSTATEC013478

2378

1    "(5) REPORTS.—Not later than March 31 of

2    each year, the Board shall submit to the Director

3    and to the congressional intelligence committees a

4    report on the activities and significant findings of

5    the Board during the preceding year.

6    "(6) NONAPPLICABILITY OF CERTAIN REQUIRE-

7    MENTS.—The Federal Advisory Committee Act (5

8    U.S.C. App.) shall not apply to the Board.

9    "(7) TERMINATION.—The Board shall termi-

10    nate on the date that is 3 years after the date of the

11    first meeting of the Board.".

12    (b) INITIAL APPOINTMENTS.—Not later than 180

13    days after the date of the enactment of this Act, the Direc-

14    tor of the National Reconnaissance Office shall appoint

15    the initial five members to the advisory board under sub-

16    section (d) of section 106A of the National Security Act

17    of 1947 (50 U.S.C. 3041a), as added by subsection (a).

18    **SEC. 6434. COLLOCATION OF CERTAIN DEPARTMENT OF**

19    **HOMELAND SECURITY PERSONNEL AT FIELD**

20    **LOCATIONS.**

21    (a) IDENTIFICATION OF OPPORTUNITIES FOR COL-

22    LOCATION.—Not later than 60 days after the date of the

23    enactment of this Act, the Under Secretary of Homeland

24    Security for Intelligence and Analysis shall identify, in

25    consultation with the Commissioner of U.S. Customs and

WASHSTATEC013479

2379

1 Border Protection, the Administrator of the Transpor-
2 tation Security Administration, the Director of U.S. Immi-
3 gration and Customs Enforcement, and the heads of such
4 other elements of the Department of Homeland Security
5 as the Under Secretary considers appropriate, opportuni-
6 ties for collocation of officers of the Office of Intelligence
7 and Analysis in the field outside of the greater Wash-
8 ington, District of Columbia, area in order to support
9 operational units from U.S. Customs and Border Protec-
10 tion, the Transportation Security Administration, U.S.
11 Immigration and Customs Enforcement, and other ele-
12 ments of the Department of Homeland Security.

13 (b) PLAN FOR COLLOCATION.—Not later than 120
14 days after the date of the enactment of this Act, the Under
15 Secretary shall submit to the congressional intelligence
16 committees a report that includes a plan for collocation
17 as described in subsection (a).

# TITLE LXV—ELECTION MATTERS

**SEC. 6501. REPORT ON CYBER ATTACKS BY FOREIGN GOV-
ERNMENTS AGAINST UNITED STATES ELEC-
TION INFRASTRUCTURE.**

22 (a) DEFINITIONS.—In this section:

23 (1) APPROPRIATE CONGRESSIONAL COMMIT-
24 TEES.—The term "appropriate congressional com-
25 mittees" means—

WASHSTATEC013480

2380

1          (A) the congressional intelligence commit-
2     tees;

3          (B) the Committee on Homeland Security
4     and Governmental Affairs of the Senate;

5          (C) the Committee on Homeland Security
6     of the House of Representatives;

7          (D) the Committee on Foreign Relations of
8     the Senate; and

9          (E) the Committee on Foreign Affairs of
10    the House of Representatives.

11    (2) CONGRESSIONAL LEADERSHIP.—The term
12    "congressional leadership" includes the following:

13          (A) The majority leader of the Senate.

14          (B) The minority leader of the Senate.

15          (C) The Speaker of the House of Rep-
16    resentatives.

17          (D) The minority leader of the House of
18    Representatives.

19    (3) STATE.—The term "State" means any
20    State of the United States, the District of Columbia,
21    the Commonwealth of Puerto Rico, and any territory
22    or possession of the United States.

23    (b) REPORT REQUIRED.—Not later than 60 days
24    after the date of the enactment of this Act, the Under
25    Secretary of Homeland Security for Intelligence and Anal-

WASHSTATEC013481

2381

1 ysis shall submit to congressional leadership and the ap-

2 propriate congressional committees a report on cyber at-

3 tacks and attempted cyber attacks by foreign governments

4 on United States election infrastructure in States and lo-

5 calities in connection with the 2016 Presidential election

6 in the United States and such cyber attacks or attempted

7 cyber attacks as the Under Secretary anticipates against

8 such infrastructure. Such report shall identify the States

9 and localities affected and shall include cyber attacks and

10 attempted cyber attacks against voter registration data-

11 bases, voting machines, voting-related computer networks,

12 and the networks of Secretaries of State and other election

13 officials of the various States.

14    (c) FORM.—The report submitted under subsection

15 (b) shall be submitted in unclassified form, but may in-

16 clude a classified annex.

17 **SEC. 6502. REVIEW OF INTELLIGENCE COMMUNITY'S POS-**

18 **TURE TO COLLECT AGAINST AND ANALYZE**

19 **RUSSIAN EFFORTS TO INFLUENCE THE PRES-**

20 **IDENTIAL ELECTION.**

21    (a) REVIEW REQUIRED.—Not later than 1 year after

22 the date of the enactment of this Act, the Director of Na-

23 tional Intelligence shall—

24        (1) complete an after action review of the pos-

25    ture of the intelligence community to collect against

WASHSTATEC013482

1 and analyze efforts of the Government of Russia to

2 interfere in the 2016 Presidential election in the

3 United States; and

4     (2) submit to the congressional intelligence

5 committees a report on the findings of the Director

6 with respect to such review.

7 (b) ELEMENTS.—The review required by subsection

8 (a) shall include, with respect to the posture and efforts

9 described in paragraph (1) of such subsection, the fol-

10 lowing:

11     (1) An assessment of whether the resources of

12 the intelligence community were properly aligned to

13 detect and respond to the efforts described in sub-

14 section (a)(1).

15     (2) An assessment of the information sharing

16 that occurred within elements of the intelligence

17 community.

18     (3) An assessment of the information sharing

19 that occurred between elements of the intelligence

20 community.

21     (4) An assessment of applicable authorities nec-

22 essary to collect on any such efforts and any defi-

23 ciencies in those authorities.

24     (5) A review of the use of open source material

25 to inform analysis and warning of such efforts.

WASHSTATEC013483

2383

1        (6) A review of the use of alternative and pre-
2    dictive analysis.

3        (c) FORM OF REPORT.—The report required by sub-
4    section (a)(2) shall be submitted to the congressional intel-
5    ligence committees in a classified form.

## 6    SEC. 6503. ASSESSMENT OF FOREIGN INTELLIGENCE
7           THREATS TO FEDERAL ELECTIONS.

8        (a) DEFINITIONS.—In this section:

9        (1) APPROPRIATE CONGRESSIONAL COMMIT-
10    TEES.—The term "appropriate congressional com-
11    mittees" means—

12            (A) the congressional intelligence commit-
13        tees;

14            (B) the Committee on Homeland Security
15        and Governmental Affairs of the Senate; and

16            (C) the Committee on Homeland Security
17        of the House of Representatives.

18        (2) CONGRESSIONAL LEADERSHIP.—The term
19    "congressional leadership" includes the following:

20            (A) The majority leader of the Senate.

21            (B) The minority leader of the Senate.

22            (C) The Speaker of the House of Rep-
23        resentatives.

24            (D) The minority leader of the House of
25        Representatives.

WASHSTATEC013484

2384

1        (3) SECURITY VULNERABILITY.—The term "se-

2   curity vulnerability" has the meaning given such

3   term in section 102 of the Cybersecurity Information

4   Sharing Act of 2015 (6 U.S.C. 1501).

5   (b) IN GENERAL.—The Director of National Intel-

6  ligence, in coordination with the Director of the Central

7  Intelligence Agency, the Director of the National Security

8  Agency, the Director of the Federal Bureau of Investiga-

9  tion, the Secretary of Homeland Security, and the heads

10  of other relevant elements of the intelligence community,

11  shall—

12        (1) commence not later than 1 year before any

13   regularly scheduled Federal election occurring after

14   December 31, 2018, and complete not later than

15   180 days before such election, an assessment of se-

16   curity vulnerabilities of State election systems; and

17        (2) not later than 180 days before any regularly

18   scheduled Federal election occurring after December

19   31, 2018, submit a report on such security

20   vulnerabilities and an assessment of foreign intel-

21   ligence threats to the election to—

22        (A) congressional leadership; and

23        (B) the appropriate congressional commit-

24   tees.

WASHSTATEC013485

2385

1     (c) UPDATE.—Not later than 90 days before any reg-

2  ularly scheduled Federal election occurring after Decem-

3  ber 31, 2018, the Director of National Intelligence shall—

4        (1) update the assessment of foreign intel-

5  ligence threats to that election; and

6        (2) submit the updated assessment to—

7            (A) congressional leadership; and

8            (B) the appropriate congressional commit-

9  tees.

10  **SEC. 6504. STRATEGY FOR COUNTERING RUSSIAN CYBER**

11            **THREATS TO UNITED STATES ELECTIONS.**

12     (a) APPROPRIATE CONGRESSIONAL COMMITTEES

13  DEFINED.—In this section, the term "appropriate con-

14  gressional committees" means the following:

15        (1) The congressional intelligence committees.

16        (2) The Committee on Armed Services and the

17  Committee on Homeland Security and Governmental

18  Affairs of the Senate.

19        (3) The Committee on Armed Services and the

20  Committee on Homeland Security of the House of

21  Representatives.

22        (4) The Committee on Foreign Relations of the

23  Senate.

24        (5) The Committee on Foreign Affairs of the

25  House of Representatives.

WASHSTATEC013486

2386

1    (b) REQUIREMENT FOR A STRATEGY.—Not later

2 than 90 days after the date of the enactment of this Act,

3 the Director of National Intelligence, in coordination with

4 the Secretary of Homeland Security, the Director of the

5 Federal Bureau of Investigation, the Director of the Cen-

6 tral Intelligence Agency, the Secretary of State, the Sec-

7 retary of Defense, and the Secretary of the Treasury, shall

8 develop a whole-of-government strategy for countering the

9 threat of Russian cyber attacks and attempted cyber at-

10 tacks against electoral systems and processes in the

11 United States, including Federal, State, and local election

12 systems, voter registration databases, voting tabulation

13 equipment, and equipment and processes for the secure

14 transmission of election results.

15    (c) ELEMENTS OF THE STRATEGY.—The strategy re-

16 quired by subsection (b) shall include the following ele-

17 ments:

18        (1) A whole-of-government approach to pro-

19    tecting United States electoral systems and proc-

20    esses that includes the agencies and departments in-

21    dicated in subsection (b) as well as any other agen-

22    cies and departments of the United States, as deter-

23    mined appropriate by the Director of National Intel-

24    ligence and the Secretary of Homeland Security.

WASHSTATEC013487

2387

1          (2) Input solicited from Secretaries of State of

2     the various States and the chief election officials of

3     the States.

4          (3) Technical security measures, including

5     auditable paper trails for voting machines, securing

6     wireless and internet connections, and other tech-

7     nical safeguards.

8          (4) Detection of cyber threats, including attacks

9     and attempted attacks by Russian government or

10    nongovernment cyber threat actors.

11         (5) Improvements in the identification and at-

12    tribution of Russian government or nongovernment

13    cyber threat actors.

14         (6) Deterrence, including actions and measures

15    that could or should be undertaken against or com-

16    municated to the Government of Russia or other en-

17    tities to deter attacks against, or interference with,

18    United States election systems and processes.

19         (7) Improvements in Federal Government com-

20    munications with State and local election officials.

21         (8) Public education and communication ef-

22    forts.

23         (9) Benchmarks and milestones to enable the

24    measurement of concrete steps taken and progress

25    made in the implementation of the strategy.

WASHSTATEC013488

2388

1    (d) CONGRESSIONAL BRIEFING.—Not later than 90
2 days after the date of the enactment of this Act, the Direc-
3 tor of National Intelligence and the Secretary of Home-
4 land Security shall jointly brief the appropriate congres-
5 sional committees on the strategy developed under sub-
6 section (b).

**SEC. 6505. ASSESSMENT OF SIGNIFICANT RUSSIAN INFLU-**
**ENCE CAMPAIGNS DIRECTED AT FOREIGN**
**ELECTIONS AND REFERENDA.**

10   (a) RUSSIAN INFLUENCE CAMPAIGN DEFINED.—In
11 this section, the term "Russian influence campaign"
12 means any effort, covert or overt, and by any means, at-
13 tributable to the Russian Federation directed at an elec-
14 tion, referendum, or similar process in a country other
15 than the Russian Federation or the United States.

16   (b) ASSESSMENT REQUIRED.—Not later than 60
17 days after the date of the enactment of this Act, the Direc-
18 tor of National Intelligence shall submit to the congres-
19 sional intelligence committees, the Committee on Foreign
20 Affairs of the House of Representatives, and the Com-
21 mittee on Foreign Relations of the Senate a report con-
22 taining an analytical assessment of the most significant
23 Russian influence campaigns, if any, conducted during the
24 3-year period preceding the date of the enactment of this
25 Act, as well as the most significant current or planned

WASHSTATEC013489

2389

1 such Russian influence campaigns, if any. Such assess-

2 ment shall include—

3     (1) a summary of such significant Russian in-

4     fluence campaigns, including, at a minimum, the

5     specific means by which such campaigns were con-

6     ducted, are being conducted, or likely will be con-

7     ducted, as appropriate, and the specific goal of each

8     such campaign;

9     (2) a summary of any defenses against or re-

10     sponses to such Russian influence campaigns by the

11     foreign state holding the elections or referenda;

12     (3) a summary of any relevant activities by ele-

13     ments of the intelligence community undertaken for

14     the purpose of assisting the government of such for-

15     eign state in defending against or responding to

16     such Russian influence campaigns; and

17     (4) an assessment of the effectiveness of such

18     defenses and responses described in paragraphs (2)

19     and (3).

20 (c) FORM.—The report required by subsection (b)

21 may be submitted in classified form, but if so submitted,

22 shall contain an unclassified summary.

WASHSTATEC013490

2390

1  **SEC. 6506. INFORMATION SHARING WITH STATE ELECTION**
2  **OFFICIALS.**

3    (a) STATE DEFINED.—In this section, the term
4  ''State'' means any State of the United States, the Dis-
5  trict of Columbia, the Commonwealth of Puerto Rico, and
6  any territory or possession of the United States.

7    (b) SECURITY CLEARANCES.—

8        (1) IN GENERAL.—Not later than 30 days after
9      the date of the enactment of this Act, the Director
10     of National Intelligence shall support the Under Sec-
11     retary of Homeland Security for Intelligence and
12     Analysis, and any other official of the Department
13     of Homeland Security designated by the Secretary of
14     Homeland Security, in sponsoring a security clear-
15     ance up to the top secret level for each eligible chief
16     election official of a State or the District of Colum-
17     bia, and additional eligible designees of such election
18     official as appropriate, at the time that such election
19     official assumes such position.

20       (2) INTERIM CLEARANCES.—Consistent with
21     applicable policies and directives, the Director of Na-
22     tional Intelligence may issue interim clearances, for
23     a period to be determined by the Director, to a chief
24     election official as described in paragraph (1) and up
25     to one designee of such official under such para-
26     graph.

WASHSTATEC013491

2391

1  (c) INFORMATION SHARING.—

2  (1) IN GENERAL.—The Director of National In-
3  telligence shall assist the Under Secretary of Home-
4  land Security for Intelligence and Analysis and the
5  Under Secretary responsible for overseeing critical
6  infrastructure protection, cybersecurity, and other
7  related programs of the Department (as specified in
8  section 103(a)(1)(H) of the Homeland Security Act
9  of 2002 (6 U.S.C. 113(a)(1)(H))) with sharing any
10  appropriate classified information related to threats
11  to election systems and to the integrity of the elec-
12  tion process with chief election officials and such
13  designees who have received a security clearance
14  under subsection (b).

15  (2) COORDINATION.—The Under Secretary of
16  Homeland Security for Intelligence and Analysis
17  shall coordinate with the Director of National Intel-
18  ligence and the Under Secretary responsible for
19  overseeing critical infrastructure protection, cyberse-
20  curity, and other related programs of the Depart-
21  ment (as specified in section 103(a)(1)(H) of the
22  Homeland Security Act of 2002 (6 U.S.C.
23  113(a)(1)(H))) to facilitate the sharing of informa-
24  tion to the affected Secretaries of State or States.

WASHSTATEC013492

2392

**SEC. 6507. NOTIFICATION OF SIGNIFICANT FOREIGN CYBER**

        **INTRUSIONS AND ACTIVE MEASURES CAM-**

        **PAIGNS DIRECTED AT ELECTIONS FOR FED-**

        **ERAL OFFICES.**

(a) DEFINITIONS.—In this section:

    (1) ACTIVE MEASURES CAMPAIGN.—The term "active measures campaign" means a foreign semi-covert or covert intelligence operation.

    (2) CANDIDATE, ELECTION, AND POLITICAL PARTY.—The terms "candidate", "election", and "political party" have the meanings given those terms in section 301 of the Federal Election Campaign Act of 1971 (52 U.S.C. 30101).

    (3) CONGRESSIONAL LEADERSHIP.—The term "congressional leadership" includes the following:

        (A) The majority leader of the Senate.

        (B) The minority leader of the Senate.

        (C) The Speaker of the House of Representatives.

        (D) The minority leader of the House of Representatives.

    (4) CYBER INTRUSION.—The term "cyber intrusion" means an electronic occurrence that actually or imminently jeopardizes, without lawful authority, electronic election infrastructure, or the in-

WASHSTATEC013493

2393

1    tegrity, confidentiality, or availability of information

2    within such infrastructure.

3         (5)   ELECTRONIC   ELECTION   INFRASTRUC-

4    TURE.—The term "electronic election infrastruc-

5    ture" means an electronic information system of any

6    of the following that is related to an election for

7    Federal office:

8              (A) The Federal Government.

9              (B) A State or local government.

10             (C) A political party.

11             (D) The election campaign of a candidate.

12        (6) FEDERAL OFFICE.—The term "Federal of-

13   fice" has the meaning given that term in section 301

14   of the Federal Election Campaign Act of 1971 (52

15   U.S.C. 30101).

16        (7) HIGH CONFIDENCE.—The term "high con-

17   fidence", with respect to a determination, means

18   that the determination is based on high-quality in-

19   formation from multiple sources.

20        (8) MODERATE CONFIDENCE.—The term "mod-

21   erate confidence", with respect to a determination,

22   means that a determination is credibly sourced and

23   plausible but not of sufficient quality or corrobo-

24   rated sufficiently to warrant a higher level of con-

25   fidence.

WASHSTATEC013494

2394

1      (9) OTHER APPROPRIATE CONGRESSIONAL COM-

2   MITTEES.—The term "other appropriate congres-

3   sional committees" means—

4      (A) the Committee on Armed Services, the

5      Committee on Foreign Relations, the Com-

6      mittee on Homeland Security and Govern-

7      mental Affairs, and the Committee on Appro-

8      priations of the Senate; and

9      (B) the Committee on Armed Services, the

10      Committee on Foreign Affairs, the Committee

11      on Homeland Security, and the Committee on

12      Appropriations of the House of Representatives.

13   (b) DETERMINATIONS OF SIGNIFICANT FOREIGN

14   CYBER INTRUSIONS AND ACTIVE MEASURES CAM-

15   PAIGNS.—The Director of National Intelligence, the Di-

16   rector of the Federal Bureau of Investigation, and the

17   Secretary of Homeland Security shall jointly carry out

18   subsection (c) if such Directors and the Secretary jointly

19   determine—

20      (1) that on or after the date of the enactment

21      of this Act, a significant foreign cyber intrusion or

22      active measures campaign intended to influence an

23      upcoming election for any Federal office has oc-

24      curred or is occurring; and

WASHSTATEC013495

2395

1  (2) with moderate or high confidence, that such

2  intrusion or campaign can be attributed to a foreign

3  state or to a foreign nonstate person, group, or other

4  entity.

5  (c) BRIEFING.—

6  (1) IN GENERAL.—Not later than 14 days after

7  making a determination under subsection (b), the

8  Director of National Intelligence, the Director of the

9  Federal Bureau of Investigation, and the Secretary

10  of Homeland Security shall jointly provide a briefing

11  to the congressional leadership, the congressional in-

12  telligence committees and, consistent with the pro-

13  tection of sources and methods, the other appro-

14  priate congressional committees. The briefing shall

15  be classified and address, at a minimum, the fol-

16  lowing:

17  (A) A description of the significant foreign

18  cyber intrusion or active measures campaign, as

19  the case may be, covered by the determination.

20  (B) An identification of the foreign state

21  or foreign nonstate person, group, or other enti-

22  ty, to which such intrusion or campaign has

23  been attributed.

g:\VHLC\120919\120919.161.xml      (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013496

2396

1           (C) The desirability and feasibility of the

2       public release of information about the cyber in-

3       trusion or active measures campaign.

4           (D) Any other information such Directors

5       and the Secretary jointly determine appropriate.

6       (2) ELECTRONIC ELECTION INFRASTRUCTURE

7   BRIEFINGS.—With respect to a significant foreign

8   cyber intrusion covered by a determination under

9   subsection (b), the Secretary of Homeland Security,

10   in consultation with the Director of National Intel-

11   ligence and the Director of the Federal Bureau of

12   Investigation, shall offer to the owner or operator of

13   any electronic election infrastructure directly af-

14   fected by such intrusion, a briefing on such intru-

15   sion, including steps that may be taken to mitigate

16   such intrusion. Such briefing may be classified and

17   made available only to individuals with appropriate

18   security clearances.

19       (3) PROTECTION OF SOURCES AND METH-

20   ODS.—This subsection shall be carried out in a man-

21   ner that is consistent with the protection of sources

22   and methods.

WASHSTATEC013497

2397

**SEC. 6508. DESIGNATION OF COUNTERINTELLIGENCE OFFI-**
1
2         **CER TO LEAD ELECTION SECURITY MATTERS.**

3         (a) IN GENERAL.—The Director of National Intel-
4    ligence shall designate a national counterintelligence offi-
5    cer within the National Counterintelligence and Security
6    Center to lead, manage, and coordinate counterintelligence
7    matters relating to election security.

8         (b) ADDITIONAL RESPONSIBILITIES.—The person
9    designated under subsection (a) shall also lead, manage,
10   and coordinate counterintelligence matters relating to
11   risks posed by interference from foreign powers (as de-
12   fined in section 101 of the Foreign Intelligence Surveil-
13   lance Act of 1978 (50 U.S.C. 1801)) to the following:

14        (1) The Federal Government election security
15        supply chain.

16        (2) Election voting systems and software.

17        (3) Voter registration databases.

18        (4) Critical infrastructure related to elections.

19        (5) Such other Government goods and services
20        as the Director of National Intelligence considers ap-
21        propriate.

# TITLE LXVI—SECURITY
# CLEARANCES

**SEC. 6601. DEFINITIONS.**

25        In this title:

WASHSTATEC013498

2398

1    (1) APPROPRIATE CONGRESSIONAL COMMIT-

2 TEES.—The term ''appropriate congressional com-

3 mittees'' means—

4      (A) the congressional intelligence commit-

5 tees;

6      (B) the Committee on Armed Services of

7 the Senate;

8      (C) the Committee on Appropriations of

9 the Senate;

10      (D) the Committee on Homeland Security

11 and Governmental Affairs of the Senate;

12      (E) the Committee on Armed Services of

13 the House of Representatives;

14      (F) the Committee on Appropriations of

15 the House of Representatives;

16      (G) the Committee on Homeland Security

17 of the House of Representatives; and

18      (H) the Committee on Oversight and Re-

19 form of the House of Representatives.

20    (2) APPROPRIATE INDUSTRY PARTNER.—The

21 term ''appropriate industry partner'' means a con-

22 tractor, licensee, or grantee (as defined in section

23 101(a) of Executive Order No. 12829 (50 U.S.C.

24 3161 note; relating to National Industrial Security

25 Program)) that is participating in the National In-

WASHSTATEC013499

2399

1 dustrial Security Program established by such Exec-

2 utive order.

3 (3) CONTINUOUS VETTING.—The term "contin-

4 uous vetting" has the meaning given such term in

5 Executive Order No. 13467 (50 U.S.C. 3161 note;

6 relating to reforming processes for determining suit-

7 ability for government employment, fitness for con-

8 tractor employees, and eligibility for access to classi-

9 fied national security information).

10 (4) COUNCIL.—The term "Council" means the

11 Security, Suitability, and Credentialing Performance

12 Accountability Council established pursuant to such

13 Executive order, or any successor entity.

14 (5) RECIPROCITY.—The term "reciprocity"

15 means reciprocal recognition by Federal departments

16 and agencies of eligibility for access to classified in-

17 formation.

18 (6) SECURITY EXECUTIVE AGENT.—The term

19 "Security Executive Agent" means the officer serv-

20 ing as the Security Executive Agent pursuant to sec-

21 tion 803 of the National Security Act of 1947, as

22 added by section 6605.

23 (7) SUITABILITY AND CREDENTIALING EXECU-

24 TIVE AGENT.—The term "Suitability and

25 Credentialing Executive Agent" means the Director

WASHSTATEC013500

2400

1  of the Office of Personnel Management acting as the

2  Suitability and Credentialing Executive Agent in ac-

3  cordance with Executive Order No. 13467 (50

4  U.S.C. 3161 note; relating to reforming processes

5  related to suitability for Government employment,

6  fitness for contractor employees, and eligibility for

7  access to classified national security information), or

8  any successor entity.

9  **SEC. 6602. REPORTS AND PLANS RELATING TO SECURITY**

10  **CLEARANCES AND BACKGROUND INVESTIGA-**

11  **TIONS.**

12  (a) SENSE OF CONGRESS.—It is the sense of Con-

13  gress that—

14      (1) ensuring the trustworthiness and security of

15  the workforce, facilities, and information of the Fed-

16  eral Government is of the highest priority to na-

17  tional security and public safety;

18      (2) the President and Congress should

19  prioritize the modernization of the personnel security

20  framework to improve its efficiency, effectiveness,

21  and accountability;

22      (3) the current system for background inves-

23  tigations for security clearances, suitability and fit-

24  ness for employment, and credentialing lacks effi-

25  ciencies and capabilities to meet the current threat

WASHSTATEC013501

2401

1 environment, recruit and retain a trusted workforce,

2 and capitalize on modern technologies; and

3 (4) changes to policies or processes to improve

4 this system should be vetted through the Council to

5 ensure standardization, portability, and reciprocity

6 in security clearances across the Federal Govern-

7 ment.

8 (b) ACCOUNTABILITY PLANS AND REPORTS.—

9 (1) PLANS.—Not later than 90 days after the

10 date of the enactment of this Act, the Council shall

11 submit to the appropriate congressional committees

12 and make available to appropriate industry partners

13 the following:

14 (A) A plan, with milestones, to reduce the

15 background investigation inventory to 200,000,

16 or an otherwise sustainable steady-level, by the

17 end of year 2020. Such plan shall include notes

18 of any required changes in investigative and ad-

19 judicative standards or resources.

20 (B) A plan to consolidate the conduct of

21 background investigations associated with the

22 processing for security clearances in the most

23 effective and efficient manner in the Defense

24 Counterintelligence and Security Agency. Such

25 plan shall address required funding, personnel,

WASHSTATEC013502

2402

1       contracts, information technology, field office

2       structure, policy, governance, schedule, transi-

3       tion costs, and effects on stakeholders.

4       (2) REPORT ON THE FUTURE OF PERSONNEL

5   SECURITY.—

6           (A) IN GENERAL.—Not later than 180

7           days after the date of the enactment of this

8           Act, the Chairman of the Council, in coordina-

9           tion with the members of the Council, shall sub-

10           mit to the appropriate congressional committees

11           and make available to appropriate industry

12           partners a report on the future of personnel se-

13           curity to reflect changes in threats, the work-

14           force, and technology.

15           (B) CONTENTS.—The report submitted

16           under subparagraph (A) shall include the fol-

17           lowing:

18                (i) A risk framework for granting and

19           renewing access to classified information.

20                (ii) A discussion of the use of tech-

21           nologies to prevent, detect, and monitor

22           threats.

23                (iii) A discussion of efforts to address

24           reciprocity and portability.

WASHSTATEC013503

2403

               (iv) A discussion of the characteristics
of effective insider threat programs.

               (v) An analysis of how to integrate data from continuous vetting, insider threat programs, and human resources data.

               (vi) Recommendations on interagency governance.

    (3) PLAN FOR IMPLEMENTATION.—Not later than 180 days after the date of the enactment of this Act, the Chairman of the Council, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a plan to implement the report's framework and recommendations submitted under paragraph (2)(A).

    (4) CONGRESSIONAL NOTIFICATIONS.—Not less frequently than quarterly, the Security Executive Agent shall make available to the public a report regarding the status of the disposition of requests received from departments and agencies of the Federal Government for a change to, or approval under, the Federal investigative standards, the national adjudicative guidelines, continuous vetting, or other national policy regarding personnel security.

WASHSTATEC013504

2404

1 **SEC. 6603. IMPROVING THE PROCESS FOR SECURITY**

2 **CLEARANCES.**

3     (a) REVIEWS.—Not later than 180 days after the

4 date of the enactment of this Act, the Security Executive

5 Agent, in coordination with the members of the Council,

6 shall submit to the appropriate congressional committees

7 and make available to appropriate industry partners a re-

8 port that includes the following:

9     (1) A review of whether the information re-

10     quested on the Questionnaire for National Security

11     Positions (Standard Form 86) and by the Federal

12     Investigative Standards prescribed by the Suitability

13     and Credentialing Executive Agent and the Security

14     Executive Agent appropriately supports the adju-

15     dicative guidelines under Security Executive Agent

16     Directive 4 (known as the ''National Security Adju-

17     dicative Guidelines''). Such review shall include iden-

18     tification of whether any such information currently

19     collected is unnecessary to support the adjudicative

20     guidelines.

21     (2) An assessment of whether such Question-

22     naire, Standards, and guidelines should be revised to

23     account for the prospect of a holder of a security

24     clearance becoming an insider threat.

25     (3) Recommendations to improve the back-

26     ground investigation process by—

WASHSTATEC013505

2405

1          (A) simplifying the Questionnaire for Na-
2     tional Security Positions (Standard Form 86)
3     and increasing customer support to applicants
4     completing such Questionnaire;

5          (B) using remote techniques and central-
6     ized locations to support or replace field inves-
7     tigation work;

8          (C) using secure and reliable digitization of
9     information obtained during the clearance proc-
10    ess;

11         (D) building the capacity of the back-
12    ground investigation workforce; and

13         (E) replacing periodic reinvestigations with
14    continuous vetting techniques in all appropriate
15    circumstances.

16   (b) POLICY, STRATEGY, AND IMPLEMENTATION.—
17   Not later than 180 days after the date of the enactment
18   of this Act, the Security Executive Agent shall, in coordi-
19   nation with the members of the Council, establish the fol-
20   lowing:

21         (1) A policy and implementation plan for the
22    issuance of interim security clearances.

23         (2) A policy and implementation plan to ensure
24    contractors are treated consistently in the security
25    clearance process across agencies and departments

WASHSTATEC013506

2406

1     of the United States as compared to employees of

2     such agencies and departments. Such policy shall

3     address—

4         (A) prioritization of processing security

5     clearances based on the mission the contractors

6     will be performing;

7         (B) standardization in the forms that

8     agencies issue to initiate the process for a secu-

9     rity clearance;

10         (C) digitization of background investiga-

11     tion-related forms;

12         (D) use of the polygraph;

13         (E) the application of the adjudicative

14     guidelines under Security Executive Agent Di-

15     rective 4 (known as the "National Security Ad-

16     judicative Guidelines");

17         (F) reciprocal recognition of clearances

18     across agencies and departments of the United

19     States, regardless of status of periodic reinves-

20     tigation;

21         (G) tracking of clearance files as individ-

22     uals move from employment with an agency or

23     department of the United States to employment

24     in the private sector;

WASHSTATEC013507

2407

1      (H) collection of timelines for movement of

2 contractors across agencies and departments;

3      (I) reporting on security incidents and job

4 performance, consistent with section 552a of

5 title 5, United States Code (commonly known

6 as the ''Privacy Act of 1974''), that may affect

7 the ability to hold a security clearance;

8      (J) any recommended changes to the Fed-

9 eral Acquisition Regulations (FAR) necessary

10 to ensure that information affecting contractor

11 clearances or suitability is appropriately and ex-

12 peditiously shared between and among agencies

13 and contractors; and

14      (K) portability of contractor security clear-

15 ances between or among contracts at the same

16 agency and between or among contracts at dif-

17 ferent agencies that require the same level of

18 clearance.

19 (3) A strategy and implementation plan that—

20      (A) provides for periodic reinvestigations

21 as part of a security clearance determination

22 only on an as-needed, risk-based basis;

23      (B) includes actions to assess the extent to

24 which automated records checks and other con-

WASHSTATEC013508

2408

1     tinuous vetting methods may be used to expe-

2     dite or focus reinvestigations; and

3          (C) provides an exception to the require-

4     ment under subparagraph (A) for certain popu-

5     lations if the Security Executive Agent—

6          (i) determines such populations re-

7     quire reinvestigations at regular intervals;

8     and

9          (ii) provides written justification to

10     the appropriate congressional committees

11     for any such determination.

12     (4) A policy and implementation plan for agen-

13     cies and departments of the United States, as a part

14     of the security clearance process, to accept auto-

15     mated records checks generated pursuant to a secu-

16     rity clearance applicant's employment with a prior

17     employer.

18     (5) A policy for the use of certain background

19     information on individuals collected by the private

20     sector for background investigation purposes.

21     (6) Uniform standards for agency continuous

22     vetting programs to ensure quality and reciprocity in

23     accepting enrollment in a continuous vetting pro-

24     gram as a substitute for a periodic investigation for

25     continued access to classified information.

WASHSTATEC013509

2409

1 **SEC. 6604. GOALS FOR PROMPTNESS OF DETERMINATIONS**

2 **REGARDING SECURITY CLEARANCES.**

3    (a) IN GENERAL.—The Council shall reform the se-

4 curity clearance process with the objective that, by Decem-

5 ber 31, 2021, 90 percent of all determinations, other than

6 determinations regarding populations identified under sec-

7 tion 6603(b)(3)(C), regarding—

8        (1) security clearances—

9            (A) at the secret level are issued in 30

10           days or fewer; and

11           (B) at the top secret level are issued in 90

12           days or fewer; and

13       (2) reciprocity of security clearances at the

14       same level are recognized in 2 weeks or fewer.

15    (b) CERTAIN REINVESTIGATIONS.—The Council shall

16 reform the security clearance process with the goal that

17 by December 31, 2021, reinvestigation on a set periodicity

18 is not required for more than 10 percent of the population

19 that holds a security clearance.

20    (c) EQUIVALENT METRICS.—

21        (1) IN GENERAL.—If the Council develops a set

22       of performance metrics that it certifies to the appro-

23       priate congressional committees should achieve sub-

24       stantially equivalent outcomes as those outlined in

25       subsections (b) and (c), the Council may use those

WASHSTATEC013510

2410

1  metrics for purposes of compliance within this provi-
2  sion.

3      (2) NOTICE.—If the Council uses the authority
4  provided by paragraph (1) to use metrics as de-
5  scribed in such paragraph, the Council shall, not
6  later than 30 days after communicating such metrics
7  to departments and agencies, notify the appropriate
8  congressional committees that it is using such au-
9  thority.

10     (d) PLAN.—Not later than 180 days after the date
11 of the enactment of this Act, the Council shall submit to
12 the appropriate congressional committees and make avail-
13 able to appropriate industry partners a plan to carry out
14 this section. Such plan shall include recommended interim
15 milestones for the goals set forth in subsections (b) and
16 (c) for 2019, 2020, and 2021.

17 **SEC. 6605. SECURITY EXECUTIVE AGENT.**

18     (a) IN GENERAL.—Title VIII of the National Secu-
19 rity Act of 1947 (50 U.S.C. 3161 et seq.) is amended—

20     (1) by redesignating sections 803 and 804 as
21 sections 804 and 805, respectively; and

22     (2) by inserting after section 802 the following:

23 **"SEC. 803. SECURITY EXECUTIVE AGENT.**

24     "(a) IN GENERAL.—The Director of National Intel-
25 ligence, or such other officer of the United States as the

WASHSTATEC013511

2411

1 President may designate, shall serve as the Security Exec-

2 utive Agent for all departments and agencies of the United

3 States.

4     "(b) DUTIES.—The duties of the Security Executive

5 Agent are as follows:

6         "(1) To direct the oversight of investigations,

7     reinvestigations, adjudications, and, as applicable,

8     polygraphs for eligibility for access to classified in-

9     formation or eligibility to hold a sensitive position

10     made by any Federal agency.

11         "(2) To review the national security back-

12     ground investigation and adjudication programs of

13     Federal agencies to determine whether such pro-

14     grams are being implemented in accordance with

15     this section.

16         "(3) To develop and issue uniform and con-

17     sistent policies and procedures to ensure the effec-

18     tive, efficient, timely, and secure completion of inves-

19     tigations, polygraphs, and adjudications relating to

20     determinations of eligibility for access to classified

21     information or eligibility to hold a sensitive position.

22         "(4) Unless otherwise designated by law, to

23     serve as the final authority to designate a Federal

24     agency or agencies to conduct investigations of per-

25     sons who are proposed for access to classified infor-

WASHSTATEC013512

2412

1 mation or for eligibility to hold a sensitive position

2 to ascertain whether such persons satisfy the criteria

3 for obtaining and retaining access to classified infor-

4 mation or eligibility to hold a sensitive position, as

5 applicable.

6 "(5) Unless otherwise designated by law, to

7 serve as the final authority to designate a Federal

8 agency or agencies to determine eligibility for access

9 to classified information or eligibility to hold a sen-

10 sitive position in accordance with Executive Order

11 No. 12968 (50 U.S.C. 3161 note; relating to access

12 to classified information).

13 "(6) To review and approve the policies of the

14 Federal agencies that ensure reciprocal recognition

15 of eligibility for access to classified information or

16 eligibility to hold a sensitive position among Federal

17 agencies, and to act as the final authority to arbi-

18 trate and resolve disputes among such agencies in-

19 volving the reciprocity of investigations and adju-

20 dications of eligibility.

21 "(7) To execute all other duties assigned to the

22 Security Executive Agent by law.

23 "(c) AUTHORITIES.—The Security Executive Agent

24 shall—

WASHSTATEC013513

2413

1        ''(1) issue guidelines and instructions to the

2    heads of Federal agencies to ensure appropriate uni-

3    formity, centralization, efficiency, effectiveness, time-

4    liness, and security in processes relating to deter-

5    minations by such agencies of eligibility for access to

6    classified information or eligibility to hold a sensitive

7    position, including such matters as investigations,

8    polygraphs, adjudications, and reciprocity;

9        ''(2) have the authority to grant exceptions to,

10    or waivers of, national security investigative require-

11    ments, including issuing implementing or clarifying

12    guidance, as necessary;

13        ''(3) have the authority to assign, in whole or

14    in part, to the head of any Federal agency (solely or

15    jointly) any of the duties of the Security Executive

16    Agent described in subsection (b) or the authorities

17    described in paragraphs (1) and (2), provided that

18    the exercise of such assigned duties or authorities is

19    subject to the oversight of the Security Executive

20    Agent, including such terms and conditions (includ-

21    ing approval by the Security Executive Agent) as the

22    Security Executive Agent determines appropriate;

23    and

WASHSTATEC013514

2414

1       "(4) define and set standards for continuous
2   vetting for continued access to classified information
3   and for eligibility to hold a sensitive position.".

4       (b) REPORT ON RECOMMENDATIONS FOR REVISING
5   AUTHORITIES.—Not later than 30 days after the date on
6   which the Chairman of the Council submits to the appro-
7   priate congressional committees the report required by
8   section 6602(b)(2)(A), the Chairman shall submit to the
9   appropriate congressional committees such recommenda-
10  tions as the Chairman may have for revising the authori-
11  ties of the Security Executive Agent.

12      (c)      CONFORMING      AMENDMENT.—Section
13  103H(j)(4)(A) of such Act (50 U.S.C. 3033(j)(4)(A)) is
14  amended by striking "in section 804" and inserting "in
15  section 805".

16      (d) CLERICAL AMENDMENT.—The table of contents
17  in the matter preceding section 2 of such Act (50 U.S.C.
18  3002) is amended by striking the items relating to sections
19  803 and 804 and inserting the following:

"Sec. 803. Security Executive Agent.
"Sec. 804. Exceptions.
"Sec. 805. Definitions.".

20  **SEC. 6606. REPORT ON UNIFIED, SIMPLIFIED, GOVERN-**
21  **MENTWIDE STANDARDS FOR POSITIONS OF**
22  **TRUST AND SECURITY CLEARANCES.**

23      Not later than 90 days after the date of the enact-
24  ment of this Act, the Security Executive Agent and the

WASHSTATEC013515

2415

1 Suitability and Credentialing Executive Agent, in coordi-
2 nation with the other members of the Council, shall jointly
3 submit to the appropriate congressional committees and
4 make available to appropriate industry partners a report
5 regarding the advisability and the risks, benefits, and
6 costs to the Government and to industry of consolidating
7 to not more than three tiers for positions of trust and se-
8 curity clearances.

9 **SEC. 6607. REPORT ON CLEARANCE IN PERSON CONCEPT.**

10    (a) SENSE OF CONGRESS.—It is the sense of Con-
11 gress that to reflect the greater mobility of the modern
12 workforce, alternative methodologies merit analysis to
13 allow greater flexibility for individuals moving in and out
14 of positions that require access to classified information,
15 while still preserving security.

16    (b) REPORT REQUIRED.—Not later than 90 days
17 after the date of the enactment of this Act, the Security
18 Executive Agent shall submit to the appropriate congres-
19 sional committees and make available to appropriate in-
20 dustry partners a report that describes the requirements,
21 feasibility, and advisability of implementing a clearance in
22 person concept described in subsection (c).

23    (c) CLEARANCE IN PERSON CONCEPT.—The clear-
24 ance in person concept—

WASHSTATEC013516

2416

1     (1) permits an individual who once held a secu-
2  rity clearance to maintain his or her eligibility for
3  access to classified information, networks, and facili-
4  ties for up to 3 years after the individual's eligibility
5  for access to classified information would otherwise
6  lapse; and

7     (2) recognizes, unless otherwise directed by the
8  Security Executive Agent, an individual's security
9  clearance and background investigation as current,
10  regardless of employment status, contingent on en-
11  rollment in a continuous vetting program.

12  (d) CONTENTS.—The report required under sub-
13  section (b) shall address—

14     (1) requirements for an individual to voluntarily
15  remain in a continuous vetting program validated by
16  the Security Executive Agent even if the individual
17  is not in a position requiring access to classified in-
18  formation;

19     (2) appropriate safeguards for privacy;

20     (3) advantages to government and industry;

21     (4) the costs and savings associated with imple-
22  mentation;

23     (5) the risks of such implementation, including
24  security and counterintelligence risks;

25     (6) an appropriate funding model; and

WASHSTATEC013517

2417

1    (7) fairness to small companies and inde-

2    pendent contractors.

### SEC. 6608. REPORTS ON RECIPROCITY FOR SECURITY CLEARANCES INSIDE OF DEPARTMENTS AND AGENCIES.

6    (a) REPORTS TO SECURITY EXECUTIVE AGENT.—

7    The head of each Federal department or agency shall sub-

8    mit an annual report to the Security Executive Agent that,

9    with respect to the period covered by the report—

10    (1) identifies the number of individuals whose

11    security clearances took more than 2 weeks for reci-

12    procity recognition after such individuals move to

13    another part of such department or agency; and

14    (2) breaks out the information described in

15    paragraph (1) by type of clearance and the reasons

16    for any delays.

17    (b) ANNUAL REPORT.—Not less frequently than once

18    each year, the Security Executive Agent shall submit to

19    the appropriate congressional committees and make avail-

20    able to industry partners a report that summarizes the

21    information received pursuant to subsection (b) during the

22    period covered by such report.

WASHSTATEC013518

2418

1  **SEC. 6609. INTELLIGENCE COMMUNITY REPORTS ON SECU-**

2      **RITY CLEARANCES.**

3      (a) SENSE OF CONGRESS.—It is the sense of Con-

4  gress that—

5          (1) despite sustained efforts by Congress and

6      the executive branch, an unacceptable backlog in

7      processing and adjudicating security clearances per-

8      sists, both within elements of the intelligence com-

9      munity and in other departments of the Federal

10      Government, with some processing times exceeding a

11      year or even more;

12          (2) the protracted clearance timetable threatens

13      the ability of elements of the intelligence community

14      to hire and retain highly qualified individuals, and

15      thus to fulfill the missions of such elements;

16          (3) the prospect of a lengthy clearance process

17      deters some such individuals from seeking employ-

18      ment with the intelligence community in the first

19      place, and, when faced with a long wait time, those

20      with conditional offers of employment may opt to

21      discontinue the security clearance process and pur-

22      sue different opportunities;

23          (4) now more than ever, therefore, the broken

24      security clearance process badly needs fundamental

25      reform; and

WASHSTATEC013519

2419

1        (5) in the meantime, to ensure the ability of
2    elements of the intelligence community to hire and
3    retain highly qualified personnel, elements should
4    consider, to the extent possible and consistent with
5    national security, permitting new employees to enter
6    on duty immediately or nearly so, and to perform,
7    on a temporary basis pending final adjudication of
8    their security clearances, work that either does not
9    require a security clearance or requires only a low-
10   level interim clearance.

11       (b) REPORTS REQUIRED.—Section 506H of the Na-
12   tional Security Act of 1947 (50 U.S.C. 3104) is amend-
13   ed—

14            (1) in subsection (a)(1)—

15                (A) in subparagraph (A)(ii), by adding
16            "and" at the end;

17                (B) in subparagraph (B)(ii), by striking ";
18            and" and inserting a period; and

19                (C) by striking subparagraph (C);

20       (2) by redesignating subsection (b) as sub-
21   section (c);

22       (3) by inserting after subsection (a) the fol-
23   lowing:

24       "(b) INTELLIGENCE COMMUNITY REPORTS.—(1)(A)
25   Not later than March 1 of each year, the Director of Na-

WASHSTATEC013520

2420

1 tional Intelligence shall submit a report to the congres-

2 sional intelligence committees, the Committee on Home-

3 land Security and Governmental Affairs of the Senate, the

4 Committee on Homeland Security of the House of Rep-

5 resentatives, and the Committee on Oversight and Reform

6 of the House of Representatives regarding the security

7 clearances processed by each element of the intelligence

8 community during the preceding fiscal year.

9     ''(B) The Director shall submit to the Committee on

10 Armed Services of the Senate and the Committee on

11 Armed Services of the House of Representatives such por-

12 tions of the report submitted under subparagraph (A) as

13 the Director determines address elements of the intel-

14 ligence community that are within the Department of De-

15 fense.

16     ''(C) Each report submitted under this paragraph

17 shall separately identify security clearances processed for

18 Federal employees and contractor employees sponsored by

19 each such element.

20     ''(2) Each report submitted under paragraph (1)(A)

21 shall include, for each element of the intelligence commu-

22 nity for the fiscal year covered by the report, the following:

23         ''(A) The total number of initial security clear-

24         ance background investigations sponsored for new

25         applicants.

WASHSTATEC013521

2421

1  "(B) The total number of security clearance

2 periodic reinvestigations sponsored for existing em-

3 ployees.

4  "(C) The total number of initial security clear-

5 ance background investigations for new applicants

6 that were adjudicated with notice of a determination

7 provided to the prospective applicant, including—

8   "(i) the total number of such adjudications

9  that were adjudicated favorably and granted ac-

10  cess to classified information; and

11   "(ii) the total number of such adjudica-

12  tions that were adjudicated unfavorably and re-

13  sulted in a denial or revocation of a security

14  clearance.

15  "(D) The total number of security clearance

16 periodic background investigations that were adju-

17 dicated with notice of a determination provided to

18 the existing employee, including—

19   "(i) the total number of such adjudications

20  that were adjudicated favorably; and

21   "(ii) the total number of such adjudica-

22  tions that were adjudicated unfavorably and re-

23  sulted in a denial or revocation of a security

24  clearance.

WASHSTATEC013522

2422

1    "(E) The total number of pending security
2  clearance background investigations, including initial
3  applicant investigations and periodic reinvestiga-
4  tions, that were not adjudicated as of the last day
5  of such year and that remained pending, categorized
6  as follows:

7         "(i) For 180 days or shorter.
8         "(ii) For longer than 180 days, but shorter
9      than 12 months.
10        "(iii) For 12 months or longer, but shorter
11     than 18 months.
12        "(iv) For 18 months or longer, but shorter
13     than 24 months.
14        "(v) For 24 months or longer.

15   "(F) For any security clearance determinations
16  completed or pending during the year preceding the
17  year for which the report is submitted that have
18  taken longer than 12 months to complete—

19        "(i) an explanation of the causes for the
20     delays incurred during the period covered by
21     the report; and
22        "(ii) the number of such delays involving a
23     polygraph requirement.

24   "(G) The percentage of security clearance in-
25  vestigations, including initial and periodic reinves-

WASHSTATEC013523

2423

1    tigations, that resulted in a denial or revocation of

2    a security clearance.

3        ''(H) The percentage of security clearance in-

4    vestigations that resulted in incomplete information.

5        ''(I) The percentage of security clearance inves-

6    tigations that did not result in enough information

7    to make a decision on potentially adverse informa-

8    tion.

9    ''(3) The report required under this subsection shall

10   be submitted in unclassified form, but may include a clas-

11   sified annex.''; and

12       (4) in subsection (c), as redesignated, by strik-

13   ing ''subsection (a)(1)'' and inserting ''subsections

14   (a)(1) and (b)''.

**15   SEC. 6610. PERIODIC REPORT ON POSITIONS IN THE INTEL-**

**16       LIGENCE COMMUNITY THAT CAN BE CON-**

**17       DUCTED WITHOUT ACCESS TO CLASSIFIED**

**18       INFORMATION, NETWORKS, OR FACILITIES.**

19       Not later than 180 days after the date of the enact-

20   ment of this Act and not less frequently than once every

21   5 years thereafter, the Director of National Intelligence

22   shall submit to the congressional intelligence committees

23   a report that reviews the intelligence community for which

24   positions can be conducted without access to classified in-

WASHSTATEC013524

2424

1  formation, networks, or facilities, or may only require a
2  security clearance at the secret level.

3  **SEC. 6611. INFORMATION-SHARING PROGRAM FOR POSI-**
4  **TIONS OF TRUST AND SECURITY CLEAR-**
5  **ANCES.**

6  (a) PROGRAM REQUIRED.—

7  (1) IN GENERAL.—Not later than 90 days after
8  the date of the enactment of this Act, the Security
9  Executive Agent and the Suitability and
10  Credentialing Executive Agent shall establish and
11  implement a program to share between and among
12  agencies of the Federal Government and industry
13  partners of the Federal Government relevant back-
14  ground information regarding individuals applying
15  for and currently occupying national security posi-
16  tions and positions of trust, in order to ensure the
17  Federal Government maintains a trusted workforce.

18  (2) DESIGNATION.—The program established
19  under paragraph (1) shall be known as the "Trusted
20  Information Provider Program" (in this section re-
21  ferred to as the "Program").

22  (b) PRIVACY SAFEGUARDS.—The Security Executive
23  Agent and the Suitability and Credentialing Executive
24  Agent shall ensure that the Program includes such safe-
25  guards for privacy as the Security Executive Agent and

WASHSTATEC013525

2425

1  the Suitability and Credentialing Executive Agent consider

2  appropriate.

3      (c) PROVISION OF INFORMATION TO THE FEDERAL

4  GOVERNMENT.—The Program shall include requirements

5  that enable investigative service providers and agencies of

6  the Federal Government to leverage certain pre-employ-

7  ment information gathered through private-sector means

8  during the employment or military recruiting process, and

9  other relevant security or human resources information

10  obtained during employment with or for the Federal Gov-

11  ernment, that satisfy Federal investigative standards,

12  while safeguarding personnel privacy.

13      (d) INFORMATION AND RECORDS.—The information

14  and records considered under the Program shall include

15  the following:

16          (1) Date and place of birth.

17          (2) Citizenship or immigration and naturaliza-

18      tion information.

19          (3) Education records.

20          (4) Employment records.

21          (5) Employment or social references.

22          (6) Military service records.

23          (7) State and local law enforcement checks.

24          (8) Criminal history checks.

25          (9) Financial records or information.

WASHSTATEC013526

2426

1   (10) Foreign travel, relatives, or associations.

2   (11) Social media checks.

3   (12) Such other information or records as may
4   be relevant to obtaining or maintaining national se-
5   curity, suitability, fitness, or credentialing eligibility.

6   (e) IMPLEMENTATION PLAN.—

7   (1) IN GENERAL.—Not later than 90 days after
8   the date of the enactment of this Act, the Security
9   Executive   Agent   and   the   Suitability   and
10  Credentialing Executive Agent shall jointly submit to
11  the appropriate congressional committees and make
12  available to appropriate industry partners a plan for
13  the implementation of the Program.

14  (2) ELEMENTS.—The plan required by para-
15  graph (1) shall include the following:

16  (A) Mechanisms that address privacy, na-
17  tional   security,   suitability   or   fitness,
18  credentialing, and human resources or military
19  recruitment processes.

20  (B) Such recommendations for legislative
21  or administrative action as the Security Execu-
22  tive Agent and the Suitability and Credentialing
23  Executive Agent consider appropriate to carry
24  out or improve the Program.

WASHSTATEC013527

2427

1    (f) PLAN FOR PILOT PROGRAM ON TWO-WAY INFOR-

2    MATION SHARING.—

3        (1) IN GENERAL.—Not later than 180 days

4    after the date of the enactment of this Act, the Se-

5    curity Executive Agent and the Suitability and

6    Credentialing Executive Agent shall jointly submit to

7    the appropriate congressional committees and make

8    available to appropriate industry partners a plan for

9    the implementation of a pilot program to assess the

10   feasibility and advisability of expanding the Program

11   to include the sharing of information held by the

12   Federal Government related to contract personnel

13   with the security office of the employers of those

14   contractor personnel.

15       (2) ELEMENTS.—The plan required by para-

16   graph (1) shall include the following:

17           (A) Mechanisms that address privacy, na-

18       tional    security,    suitability    or    fitness,

19       credentialing, and human resources or military

20       recruitment processes.

21           (B) Such recommendations for legislative

22       or administrative action as the Security Execu-

23       tive Agent and the Suitability and Credentialing

24       Executive Agent consider appropriate to carry

25       out or improve the pilot program.

WASHSTATEC013528

2428

1     (g) REVIEW.—Not later than 1 year after the date
2 of the enactment of this Act, the Security Executive Agent
3 and the Suitability and Credentialing Executive Agent
4 shall jointly submit to the appropriate congressional com-
5 mittees and make available to appropriate industry part-
6 ners a review of the plans submitted under subsections
7 (e)(1) and (f)(1) and utility and effectiveness of the pro-
8 grams described in such plans.

9 **SEC. 6612. REPORT ON PROTECTIONS FOR CONFIDEN-**
10              **TIALITY OF WHISTLEBLOWER-RELATED COM-**
11              **MUNICATIONS.**

12     Not later than 180 days after the date of the enact-
13 ment of this Act, the Security Executive Agent shall, in
14 coordination with the Inspector General of the Intelligence
15 Community, submit to the appropriate congressional com-
16 mittees a report detailing the controls employed by the in-
17 telligence community to ensure that continuous vetting
18 programs, including those involving user activity moni-
19 toring, protect the confidentiality of whistleblower-related
20 communications.

21 **SEC. 6613. REPORTS ON COSTS OF SECURITY CLEARANCE**
22              **BACKGROUND INVESTIGATIONS.**

23     (a) REPORTS.—Not later than March 1, 2020, and
24 each year thereafter through 2022, the Security Executive
25 Agent, in coordination with the Council, shall submit to

WASHSTATEC013529

2429

1 the appropriate congressional committees a report on the

2 resources expended by each agency of the Federal Govern-

3 ment during the fiscal year prior to the date of the report

4 for processing security clearance background investiga-

5 tions and continuous vetting programs, disaggregated by

6 tier and whether the individual was a Government em-

7 ployee or contractor.

8     (b) CONTENTS.—Each report submitted under sub-

9 section (a) shall include, for the period covered by the re-

10 port—

11         (1) the costs of background investigations;

12         (2) the costs of reinvestigations;

13         (3) the costs associated with background inves-

14     tigations and reinvestigations for Government per-

15     sonnel;

16         (4) the costs associated with background inves-

17     tigations and reinvestigations for contract personnel;

18         (5) costs associated with continuous evaluation

19     initiatives monitoring for personnel for whom a

20     background investigation or reinvestigation was con-

21     ducted, other than costs associated with adjudica-

22     tion;

23         (6) the average cost per person for each type of

24     background investigation; and

WASHSTATEC013530

2430

1       (7) a summary of transfers and

2  reprogrammings that were executed to support the

3  processing of security clearances.

# TITLE LXVII—REPORTS AND OTHER MATTERS

## Subtitle A—Matters Relating to Russia and Other Foreign Powers

**SEC. 6701. LIMITATION RELATING TO ESTABLISHMENT OR SUPPORT OF CYBERSECURITY UNIT WITH THE RUSSIAN FEDERATION.**

11  (a) APPROPRIATE CONGRESSIONAL COMMITTEES

12  DEFINED.—In this section, the term "appropriate con-

13  gressional committees" means—

14       (1) the congressional intelligence committees;

15       (2) the Committee on Armed Services of the

16  Senate and the Committee on Armed Services of the

17  House of Representatives; and

18       (3) the Committee on Foreign Relations of the

19  Senate and the Committee on Foreign Affairs of the

20  House of Representatives.

21  (b) LIMITATION.—

22       (1) IN GENERAL.—No amount may be ex-

23  pended by the Federal Government, other than the

24  Department of Defense, to enter into or implement

25  any bilateral agreement between the United States

WASHSTATEC013531

1    and the Russian Federation regarding cybersecurity,

2    including the establishment or support of any cyber-

3    security unit, unless, at least 30 days prior to the

4    conclusion of any such agreement, the Director of

5    National Intelligence submits to the appropriate con-

6    gressional committees a report on such agreement

7    that includes the elements required by subsection

8    (c).

9    (2) DEPARTMENT OF DEFENSE AGREE-

10    MENTS.—Any agreement between the Department of

11    Defense and the Russian Federation regarding cy-

12    bersecurity shall be conducted in accordance with

13    section 1232 of the National Defense Authorization

14    Act for Fiscal Year 2017 (Public Law 114–328), as

15    amended by section 1231 of the National Defense

16    Authorization Act for Fiscal Year 2018 (Public Law

17    115–91).

18    (c) ELEMENTS.—If the Director submits a report

19    under subsection (b) with respect to an agreement, such

20    report shall include a discussion of each of the following:

21    (1) The purpose of the agreement.

22    (2) The nature of any intelligence to be shared

23    pursuant to the agreement.

24    (3) The expected value to national security re-

25    sulting from the implementation of the agreement.

WASHSTATEC013532

2432

1　　　(4) Such counterintelligence concerns associated

2　　with the agreement as the Director may have and

3　　such measures as the Director expects to be taken

4　　to mitigate such concerns.

5　　(d) RULE OF CONSTRUCTION.—This section shall not

6　be construed to affect any existing authority of the Direc-

7　tor of National Intelligence, the Director of the Central

8　Intelligence Agency, or another head of an element of the

9　intelligence community, to share or receive foreign intel-

10　ligence on a case-by-case basis.

## SEC. 6702. ASSESSMENT OF THREAT FINANCE RELATING

12　　　　TO RUSSIA.

13　　(a) THREAT FINANCE DEFINED.—In this section,

14　the term "threat finance" means—

15　　　(1) the financing of cyber operations, global in-

16　　fluence campaigns, intelligence service activities, pro-

17　　liferation, terrorism, or transnational crime and

18　　drug organizations;

19　　　(2) the methods and entities used to spend,

20　　store, move, raise, conceal, or launder money or

21　　value, on behalf of threat actors;

22　　　(3) sanctions evasion; and

23　　　(4) other forms of threat finance activity do-

24　　mestically or internationally, as defined by the Presi-

25　　dent.

WASHSTATEC013533

2433

1    (b) REPORT REQUIRED.—Not later than 60 days
2 after the date of the enactment of this Act, the Director
3 of National Intelligence, in coordination with the Assistant
4 Secretary of the Treasury for Intelligence and Analysis,
5 shall submit to the congressional intelligence committees,
6 the Committee on Foreign Affairs of the House of Rep-
7 resentatives, and the Committee on Foreign Relations of
8 the Senate a report containing an assessment of Russian
9 threat finance. The assessment shall be based on intel-
10 ligence from all sources, including from the Office of Ter-
11 rorism and Financial Intelligence of the Department of
12 the Treasury.

13    (c) ELEMENTS.—The report required by subsection
14 (b) shall include each of the following:

15       (1) A summary of leading examples from the 3-
16    year period preceding the date of the submittal of
17    the report of threat finance activities conducted by,
18    for the benefit of, or at the behest of—

19          (A) officials of the Government of Russia;
20          (B) persons subject to sanctions under any
21       provision of law imposing sanctions with respect
22       to Russia;
23          (C) Russian nationals subject to sanctions
24       under any other provision of law; or

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013534

2434

1        (D) Russian oligarchs or organized crimi-

2    nals.

3        (2) An assessment with respect to any trends or

4    patterns in threat finance activities relating to Rus-

5    sia, including common methods of conducting such

6    activities and global nodes of money laundering used

7    by Russian threat actors described in paragraph (1)

8    and associated entities.

9        (3) An assessment of any connections between

10   Russian individuals involved in money laundering

11   and the Government of Russia.

12       (4) A summary of engagement and coordination

13   with international partners on threat finance relat-

14   ing to Russia, especially in Europe, including exam-

15   ples of such engagement and coordination.

16       (5) An identification of any resource and collec-

17   tion gaps.

18       (6) An identification of—

19           (A) entry points of money laundering by

20       Russian and associated entities into the United

21       States;

22           (B) any vulnerabilities within the United

23       States legal and financial system, including spe-

24       cific sectors, which have been or could be ex-

WASHSTATEC013535

2435

1  ploited in connection with Russian threat fi-

2  nance activities; and

3    (C) the counterintelligence threat posed by

4  Russian money laundering and other forms of

5  threat finance, as well as the threat to the

6  United States financial system and United

7  States efforts to enforce sanctions and combat

8  organized crime.

9  (7) Any other matters the Director determines

10 appropriate.

11 (d) FORM OF REPORT.—The report required under

12 subsection (b) may be submitted in classified form.

13 **SEC. 6703. NOTIFICATION OF AN ACTIVE MEASURES CAM-**

14   **PAIGN.**

15 (a) DEFINITIONS.—In this section:

16 (1) APPROPRIATE CONGRESSIONAL COMMIT-

17 TEES.—The term "appropriate congressional com-

18 mittees" means—

19    (A) the congressional intelligence commit-

20 tees;

21    (B) the Committee on Armed Services of

22 the Senate and the Committee on Armed Serv-

23 ices of the House of Representatives; and

WASHSTATEC013536

2436

1            (C) the Committee on Foreign Relations of
2        the Senate and the Committee on Foreign Af-
3        fairs of the House of Representatives.

4        (2) CONGRESSIONAL LEADERSHIP.—The term
5    "congressional leadership" includes the following:

6            (A) The majority leader of the Senate.

7            (B) The minority leader of the Senate.

8            (C) The Speaker of the House of Rep-
9        resentatives.

10           (D) The minority leader of the House of
11       Representatives.

12   (b) REQUIREMENT FOR NOTIFICATION.—The Direc-
13 tor of National Intelligence, in cooperation with the Direc-
14 tor of the Federal Bureau of Investigation and the head
15 of any other relevant agency, shall notify the congressional
16 leadership and the chairman and vice chairman or ranking
17 member of each of the appropriate congressional commit-
18 tees, and of other relevant committees of jurisdiction, each
19 time the Director of National Intelligence determines
20 there is credible information that a foreign power has, is,
21 or will attempt to employ a covert influence or active
22 measures campaign with regard to the modernization, em-
23 ployment, doctrine, or force posture of the nuclear deter-
24 rent or missile defense.

WASHSTATEC013537

2437

1  (c) CONTENT OF NOTIFICATION.—Each notification

2  required by subsection (b) shall include information con-

3  cerning actions taken by the United States to expose or

4  halt an attempt referred to in subsection (b).

**5  SEC. 6704. NOTIFICATION OF TRAVEL BY ACCREDITED DIP-**

**6          LOMATIC AND CONSULAR PERSONNEL OF**

**7          THE RUSSIAN FEDERATION IN THE UNITED**

**8          STATES.**

9  In carrying out the advance notification requirements

10  set out in section 502 of the Intelligence Authorization

11  Act for Fiscal Year 2017 (division N of Public Law 115–

12  31; 131 Stat. 825; 22 U.S.C. 254a note), the Secretary

13  of State shall—

14          (1) ensure that the Russian Federation provides

15          notification to the Secretary of State at least 2 busi-

16          ness days in advance of all travel that is subject to

17          such requirements by accredited diplomatic and con-

18          sular personnel of the Russian Federation in the

19          United States, and take necessary action to secure

20          full compliance by Russian personnel and address

21          any noncompliance; and

22          (2) provide notice of travel described in para-

23          graph (1) to the Director of National Intelligence

24          and the Director of the Federal Bureau of Investiga-

25          tion within 1 hour of receiving notice of such travel.

WASHSTATEC013538

2438

1 **SEC. 6705. REPORT AND ANNUAL BRIEFING ON IRANIAN EX-**

2 **PENDITURES SUPPORTING FOREIGN MILI-**

3 **TARY AND TERRORIST ACTIVITIES.**

4 (a) REPORT.—

5 (1) REPORT REQUIRED.—Not later than 90

6 days after the date of the enactment of this Act, the

7 Director of National Intelligence shall submit to the

8 congressional intelligence committees a report, and

9 not less frequently than once each year thereafter

10 provide a briefing to Congress, describing Iranian

11 expenditures in the previous calendar year on mili-

12 tary and terrorist activities outside the country, in-

13 cluding each of the following:

14 (A) The amount spent in such calendar

15 year on activities by the Islamic Revolutionary

16 Guard Corps, including activities providing sup-

17 port for—

18 (i) Hizballah;

19 (ii) Houthi rebels in Yemen;

20 (iii) Hamas;

21 (iv) proxy forces in Iraq and Syria; or

22 (v) any other entity or country the Di-

23 rector determines to be relevant.

24 (B) The amount spent in such calendar

25 year for ballistic missile research and testing or

WASHSTATEC013539

2439

1    other activities that the Director determines are
2    destabilizing to the Middle East region.

3    (2) FORM.—The report required under sub-
4    section (a) shall be submitted in unclassified form,
5    but may include a classified annex.

6    (b) ANNUAL BRIEFING.—Following the submission
7 of the report under subsection (a), the Director shall an-
8 nually provide a briefing to the congressional intelligence
9 committees on the information described in such sub-
10 section.

**SEC. 6706. EXPANSION OF SCOPE OF COMMITTEE TO**
**COUNTER ACTIVE MEASURES.**

13    (a) SCOPE OF COMMITTEE TO COUNTER ACTIVE
14 MEASURES.—Section 501 of the Intelligence Authoriza-
15 tion Act for Fiscal Year 2017 (Public Law 115–31; 50
16 U.S.C. 3001 note) is amended—

17    (1) in subsections (a) through (h)—

18        (A) by inserting ", the People's Republic of
19    China, the Islamic Republic of Iran, the Demo-
20    cratic People's Republic of Korea, or other na-
21    tion state" after "Russian Federation" each
22    place it appears; and

23        (B) by inserting ", China, Iran, North
24    Korea, or other nation state" after "Russia"
25    each place it appears; and

WASHSTATEC013540

2440

1    (2) in the section heading, by inserting ", **THE**

2    **PEOPLE'S REPUBLIC OF CHINA, THE ISLAMIC**

3    **REPUBLIC OF IRAN, THE DEMOCRATIC PEO-**

4    **PLE'S REPUBLIC OF KOREA, OR OTHER NA-**

5    **TION STATE**" after "**RUSSIAN FEDERATION**".

6    (b) CLERICAL AMENDMENT.—The table of contents

7 in section 1(b) of such Act is amended by striking the

8 item relating to section 501 and inserting the following

9 new item:

> "Sec. 501. Committee to counter active measures by the Russian Federation, the People's Republic of China, the Islamic Republic of Iran, the Democratic People's Republic of Korea, and other nation states to exert covert influence over peoples and governments.".

10    # Subtitle B—Reports

11    **SEC. 6711. TECHNICAL CORRECTION TO INSPECTOR GEN-**

12    **ERAL STUDY.**

13    Section 11001(d) of title 5, United States Code, is

14 amended—

15    (1) in the subsection heading, by striking

16 "AUDIT" and inserting "REVIEW";

17    (2) in paragraph (1), by striking "audit" and

18 inserting "review"; and

19    (3) in paragraph (2), by striking "audit" and

20 inserting "review".

WASHSTATEC013541

2441

1   **SEC. 6712. REPORTS ON AUTHORITIES OF THE CHIEF IN-**
2             **TELLIGENCE OFFICER OF THE DEPARTMENT**
3             **OF HOMELAND SECURITY.**

4        (a) DEFINITIONS.—In this section:

5           (1) APPROPRIATE COMMITTEES OF CON-
6        GRESS.—The term "appropriate committees of Con-
7        gress" means—

8              (A) the congressional intelligence commit-
9           tees;

10             (B) the Committee on Homeland Security
11          and Governmental Affairs of the Senate; and

12             (C) the Committee on Homeland Security
13          of the House of Representatives.

14          (2) HOMELAND SECURITY INTELLIGENCE EN-
15       TERPRISE.—The term "Homeland Security Intel-
16       ligence Enterprise" has the meaning given such
17       term in Department of Homeland Security Instruc-
18       tion Number 264–01–001, or successor authority.

19       (b) REPORT REQUIRED.—Not later than 120 days
20    after the date of the enactment of this Act, the Secretary
21    of Homeland Security, in consultation with the Under Sec-
22    retary of Homeland Security for Intelligence and Analysis,
23    shall submit to the appropriate committees of Congress
24    a report on the authorities of the Under Secretary.

25       (c) ELEMENTS.—The report required by subsection
26    (b) shall include each of the following:

WASHSTATEC013542

2442

1   (1) An analysis of whether the Under Secretary

2 has the legal and policy authority necessary to orga-

3 nize and lead the Homeland Security Intelligence

4 Enterprise, with respect to intelligence, and, if not,

5 a description of—

6   (A) the obstacles to exercising the authori-

7  ties of the Chief Intelligence Officer of the De-

8  partment and the Homeland Security Intel-

9  ligence Council, of which the Chief Intelligence

10  Officer is the chair; and

11   (B) the legal and policy changes necessary

12  to effectively coordinate, organize, and lead in-

13  telligence activities of the Department of Home-

14  land Security.

15   (2) A description of the actions that the Sec-

16 retary has taken to address the inability of the

17 Under Secretary to require components of the De-

18 partment, other than the Office of Intelligence and

19 Analysis of the Department to—

20   (A) coordinate intelligence programs; and

21   (B) integrate and standardize intelligence

22  products produced by such other components.

WASHSTATEC013543

2443

## SEC. 6713. REVIEW OF INTELLIGENCE COMMUNITY WHISTLEBLOWER MATTERS.

(a) REVIEW OF WHISTLEBLOWER MATTERS.—The Inspector General of the Intelligence Community, in consultation with the inspectors general for the Central Intelligence Agency, the National Security Agency, the National Geospatial-Intelligence Agency, the Defense Intelligence Agency, and the National Reconnaissance Office, shall conduct a review of the authorities, policies, investigatory standards, and other practices and procedures relating to intelligence community whistleblower matters, with respect to such inspectors general.

(b) OBJECTIVE OF REVIEW.—The objective of the review required under subsection (a) is to identify any discrepancies, inconsistencies, or other issues, which frustrate the timely and effective reporting of intelligence community whistleblower matters to appropriate inspectors general and to the congressional intelligence committees, and the fair and expeditious investigation and resolution of such matters.

(c) CONDUCT OF REVIEW.—The Inspector General of the Intelligence Community shall take such measures as the Inspector General determines necessary in order to ensure that the review required by subsection (a) is conducted in an independent and objective fashion.

WASHSTATEC013544

2444

1    (d) REPORT.—Not later than 270 days after the date
2  of the enactment of this Act, the Inspector General of the
3  Intelligence Community shall submit to the congressional
4  intelligence committees a written report containing the re-
5  sults of the review required under subsection (a), along
6  with recommendations to improve the timely and effective
7  reporting of intelligence community whistleblower matters
8  to inspectors general and to the congressional intelligence
9  committees and the fair and expeditious investigation and
10  resolution of such matters.

11 **SEC. 6714. REPORT ON ROLE OF DIRECTOR OF NATIONAL**
12 **INTELLIGENCE WITH RESPECT TO CERTAIN**
13 **FOREIGN INVESTMENTS.**

14    (a) REPORT.—Not later than 180 days after the date
15  of the enactment of this Act, the Director of National In-
16  telligence, in consultation with the heads of the elements
17  of the intelligence community determined appropriate by
18  the Director, shall submit to the congressional intelligence
19  committees a report on the role of the Director in pre-
20  paring analytic materials in connection with the evaluation
21  by the Federal Government of national security risks asso-
22  ciated with potential foreign investments into the United
23  States.

24    (b) ELEMENTS.—The report under subsection (a)
25  shall include—

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013545

2445

1          (1) a description of the current process for the
2     provision of the analytic materials described in sub-
3     section (a);
4          (2) an identification of the most significant ben-
5     efits and drawbacks of such process with respect to
6     the role of the Director, including the sufficiency of
7     resources and personnel to prepare such materials;
8     and
9          (3) recommendations to improve such process.

10   **SEC. 6715. REPORT ON SURVEILLANCE BY FOREIGN GOV-**
11   **ERNMENTS AGAINST UNITED STATES TELE-**
12   **COMMUNICATIONS NETWORKS.**

13   (a) APPROPRIATE CONGRESSIONAL COMMITTEES
14   DEFINED.—In this section, the term "appropriate con-
15   gressional committees" means the following:

16          (1) The congressional intelligence committees.
17          (2) The Committee on the Judiciary and the
18     Committee on Homeland Security and Governmental
19     Affairs of the Senate.
20          (3) The Committee on the Judiciary and the
21     Committee on Homeland Security of the House of
22     Representatives.

23   (b) REPORT.—Not later than 180 days after the date
24   of the enactment of this Act, the Director of National In-
25   telligence shall, in coordination with the Director of the

WASHSTATEC013546

2446

1 Central Intelligence Agency, the Director of the National
2 Security Agency, the Director of the Federal Bureau of
3 Investigation, and the Secretary of Homeland Security,
4 submit to the appropriate congressional committees a re-
5 port describing—

6       (1) any attempts known to the intelligence com-
7   munity by foreign governments to exploit cybersecu-
8   rity vulnerabilities in United States telecommuni-
9   cations networks (including Signaling System No. 7)
10  to target for surveillance United States persons, in-
11  cluding employees of the Federal Government; and

12      (2) any actions, as of the date of the enactment
13  of this Act, taken by the intelligence community to
14  protect agencies and personnel of the United States
15  Government from surveillance conducted by foreign
16  governments.

**SEC. 6716. BIENNIAL REPORT ON FOREIGN INVESTMENT**
17
18  **RISKS.**

19  (a) INTELLIGENCE COMMUNITY INTERAGENCY
20  WORKING GROUP.—

21      (1) REQUIREMENT TO ESTABLISH.—The Direc-
22  tor of National Intelligence shall establish an intel-
23  ligence community interagency working group to
24  prepare the biennial reports required by subsection
25  (b).

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013547

2447

1    (2) CHAIRPERSON.—The Director of National

2    Intelligence shall serve as the chairperson of such

3    interagency working group.

4    (3) MEMBERSHIP.—Such interagency working

5    group shall be composed of representatives of each

6    element of the intelligence community that the Di-

7    rector of National Intelligence determines appro-

8    priate.

9  (b) BIENNIAL REPORT ON FOREIGN INVESTMENT

10 RISKS.—

11    (1) REPORT REQUIRED.—Not later than 180

12    days after the date of the enactment of this Act and

13    not less frequently than once every 2 years there-

14    after, the Director of National Intelligence shall sub-

15    mit to the appropriate congressional committees a

16    report on foreign investment risks prepared by the

17    interagency working group established under sub-

18    section (a).

19    (2) ELEMENTS.—Each report required by para-

20    graph (1) shall include identification, analysis, and

21    explanation of the following:

22        (A) Any current or projected major threats

23        to the national security of the United States

24        with respect to foreign investment.

WASHSTATEC013548

2448

1    (B) Any strategy used by a foreign country

2        that such interagency working group has identi-

3        fied to be a country of special concern to use

4        foreign investment to target the acquisition of

5        critical technologies, critical materials, or crit-

6        ical infrastructure.

7    (C) Any economic espionage efforts di-

8        rected at the United States by a foreign coun-

9        try, particularly such a country of special con-

10       cern.

11   (c) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

12   FINED.—In this section, the term "appropriate congres-

13   sional committees" means—

14       (1) the congressional intelligence committees;

15       (2) the Committee on Homeland Security and

16   Governmental Affairs and the Committee on Foreign

17   Relations of the Senate; and

18       (3) the Committee on Homeland Security and

19   the Committee on Foreign Affairs of the House of

20   Representatives.

WASHSTATEC013549

2449

1 **SEC. 6717. MODIFICATION OF CERTAIN REPORTING RE-**

2 **QUIREMENT ON TRAVEL OF FOREIGN DIP-**

3 **LOMATS.**

4 Section 502(d)(2) of the Intelligence Authorization

5 Act for Fiscal Year 2017 (Public Law 115–31) is amended

6 by striking "the number" and inserting "a best estimate".

7 **SEC. 6718. SEMIANNUAL REPORTS ON INVESTIGATIONS OF**

8 **UNAUTHORIZED DISCLOSURES OF CLASSI-**

9 **FIED INFORMATION.**

10 (a) IN GENERAL.—Title XI of the National Security

11 Act of 1947 (50 U.S.C. 3231 et seq.) is amended by add-

12 ing at the end the following new section:

13 **"SEC. 1105. SEMIANNUAL REPORTS ON INVESTIGATIONS OF**

14 **UNAUTHORIZED DISCLOSURES OF CLASSI-**

15 **FIED INFORMATION.**

16 "(a) DEFINITIONS.—In this section:

17 "(1) COVERED OFFICIAL.—The term 'covered

18 official' means—

19 "(A) the heads of each element of the in-

20 telligence community; and

21 "(B) the inspectors general with oversight

22 responsibility for an element of the intelligence

23 community.

24 "(2) INVESTIGATION.—The term 'investigation'

25 means any inquiry, whether formal or informal, into

WASHSTATEC013550

2450

1 the existence of an unauthorized public disclosure of
2 classified information.

3     "(3) UNAUTHORIZED DISCLOSURE OF CLASSI-
4 FIED INFORMATION.—The term 'unauthorized dis-
5 closure of classified information' means any unau-
6 thorized disclosure of classified information to any
7 recipient.

8     "(4) UNAUTHORIZED PUBLIC DISCLOSURE OF
9 CLASSIFIED INFORMATION.—The term 'unauthorized
10 public disclosure of classified information' means the
11 unauthorized disclosure of classified information to a
12 journalist or media organization.

13 "(b) INTELLIGENCE COMMUNITY REPORTING.—

14     "(1) IN GENERAL.—Not less frequently than
15 once every 6 months, each covered official shall sub-
16 mit to the congressional intelligence committees a
17 report on investigations of unauthorized public dis-
18 closures of classified information.

19     "(2) ELEMENTS.—Each report submitted under
20 paragraph (1) shall include, with respect to the pre-
21 ceding 6-month period, the following:

22         "(A) The number of investigations opened
23         by the covered official regarding an unauthor-
24         ized public disclosure of classified information.

WASHSTATEC013551

2451

1           ''(B) The number of investigations com-

2     pleted by the covered official regarding an un-

3     authorized public disclosure of classified infor-

4     mation.

5           ''(C) Of the number of such completed in-

6     vestigations identified under subparagraph (B),

7     the number referred to the Attorney General

8     for criminal investigation.

9 ''(c) DEPARTMENT OF JUSTICE REPORTING.—

10           ''(1) IN GENERAL.—Not less frequently than

11 once every 6 months, the Assistant Attorney General

12 for National Security of the Department of Justice,

13 in consultation with the Director of the Federal Bu-

14 reau of Investigation, shall submit to the congres-

15 sional intelligence committees, the Committee on the

16 Judiciary of the Senate, and the Committee on the

17 Judiciary of the House of Representatives a report

18 on the status of each referral made to the Depart-

19 ment of Justice from any element of the intelligence

20 community regarding an unauthorized disclosure of

21 classified information made during the most recent

22 365-day period or any referral that has not yet been

23 closed, regardless of the date the referral was made.

WASHSTATEC013552

2452

1   "(2) CONTENTS.—Each report submitted under

2 paragraph (1) shall include, for each referral covered

3 by the report, at a minimum, the following:

4    "(A) The date the referral was received.

5    "(B) A statement indicating whether the

6 alleged unauthorized disclosure described in the

7 referral was substantiated by the Department

8 of Justice.

9    "(C) A statement indicating the highest

10 level of classification of the information that

11 was revealed in the unauthorized disclosure.

12    "(D) A statement indicating whether an

13 open criminal investigation related to the refer-

14 ral is active.

15    "(E) A statement indicating whether any

16 criminal charges have been filed related to the

17 referral.

18    "(F) A statement indicating whether the

19 Department of Justice has been able to at-

20 tribute the unauthorized disclosure to a par-

21 ticular entity or individual.

22 "(d) FORM OF REPORTS.—Each report submitted

23 under this section shall be submitted in unclassified form,

24 but may have a classified annex.".

WASHSTATEC013553

2453

1    (b) CLERICAL AMENDMENT.—The table of contents

2  in the first section of the National Security Act of 1947

3  is amended by inserting after the item relating to section

4  1104 the following new item:

"Sec. 1105. Semiannual reports on investigations of unauthorized disclosures of classified information.".

## SEC. 6719. CONGRESSIONAL NOTIFICATION OF DESIGNA-
## TION OF COVERED INTELLIGENCE OFFICER
## AS PERSONA NON GRATA.

8    (a) COVERED INTELLIGENCE OFFICER DEFINED.—

9  In this section, the term "covered intelligence officer"

10  means—

11        (1) a United States intelligence officer serving

12     in a post in a foreign country; or

13        (2) a known or suspected foreign intelligence of-

14     ficer serving in a United States post.

15    (b) REQUIREMENT FOR REPORTS.—Not later than

16  72 hours after a covered intelligence officer is designated

17  as a persona non grata, the Director of National Intel-

18  ligence, in consultation with the Secretary of State, shall

19  submit to the congressional intelligence committees, the

20  Committee on Foreign Relations of the Senate, and the

21  Committee on Foreign Affairs of the House of Representa-

22  tives a notification of that designation. Each such notifica-

23  tion shall include—

24        (1) the date of the designation;

WASHSTATEC013554

2454

1       (2) the basis for the designation; and

2       (3) a justification for the expulsion.

**SEC. 6720. REPORTS ON INTELLIGENCE COMMUNITY PAR-**

4            **TICIPATION IN VULNERABILITIES EQUITIES**

5            **PROCESS OF FEDERAL GOVERNMENT.**

6       (a) DEFINITIONS.—In this section:

7       (1) VULNERABILITIES EQUITIES POLICY AND

8   PROCESS DOCUMENT.—The term ''Vulnerabilities

9   Equities Policy and Process document'' means the

10   executive branch document entitled ''Vulnerabilities

11   Equities Policy and Process'' dated November 15,

12   2017.

13       (2) VULNERABILITIES EQUITIES PROCESS.—

14   The term ''Vulnerabilities Equities Process'' means

15   the interagency review of vulnerabilities, pursuant to

16   the Vulnerabilities Equities Policy and Process docu-

17   ment or any successor document.

18       (3) VULNERABILITY.—The term ''vulnerability''

19   means a weakness in an information system or its

20   components (for example, system security proce-

21   dures, hardware design, and internal controls) that

22   could be exploited or could affect confidentiality, in-

23   tegrity, or availability of information.

24       (b) REPORTS ON PROCESS AND CRITERIA UNDER

25   VULNERABILITIES EQUITIES POLICY AND PROCESS.—

WASHSTATEC013555

2455

1    (1) IN GENERAL.—Not later than 90 days after
2    the date of the enactment of this Act, the Director
3    of National Intelligence shall submit to the congres-
4    sional intelligence committees a written report de-
5    scribing—

6        (A) with respect to each element of the in-
7        telligence community—

8            (i) the title of the official or officials
9            responsible for determining whether, pur-
10           suant to criteria contained in the
11           Vulnerabilities Equities Policy and Process
12           document or any successor document, a
13           vulnerability must be submitted for review
14           under the Vulnerabilities Equities Process;
15           and

16           (ii) the process used by such element
17           to make such determination; and

18       (B) the roles or responsibilities of that ele-
19       ment during a review of a vulnerability sub-
20       mitted to the Vulnerabilities Equities Process.

21   (2) CHANGES TO PROCESS OR CRITERIA.—Not
22   later than 30 days after any significant change is
23   made to the process and criteria used by any ele-
24   ment of the intelligence community for determining
25   whether to submit a vulnerability for review under

WASHSTATEC013556

2456

1 the Vulnerabilities Equities Process, such element

2 shall submit to the congressional intelligence com-

3 mittees a report describing such change.

4     (3) FORM OF REPORTS.—Each report sub-

5 mitted under this subsection shall be submitted in

6 unclassified form, but may include a classified

7 annex.

8 (c) ANNUAL REPORTS.—

9     (1) IN GENERAL.—Not less frequently than

10 once each calendar year, the Director of National In-

11 telligence shall submit to the congressional intel-

12 ligence committees a classified report containing,

13 with respect to the previous year—

14         (A) the number of vulnerabilities submitted

15 for review under the Vulnerabilities Equities

16 Process;

17         (B) the number of vulnerabilities described

18 in subparagraph (A) disclosed to each vendor

19 responsible for correcting the vulnerability, or

20 to the public, pursuant to the Vulnerabilities

21 Equities Process; and

22         (C) the aggregate number, by category, of

23 the vulnerabilities excluded from review under

24 the Vulnerabilities Equities Process, as de-

WASHSTATEC013557

2457

1    scribed in paragraph 5.4 of the Vulnerabilities

2    Equities Policy and Process document.

3    (2) UNCLASSIFIED INFORMATION.—Each report

4    submitted under paragraph (1) shall include an un-

5    classified appendix that contains—

6    (A) the aggregate number of vulnerabilities

7    disclosed to vendors or the public pursuant to

8    the Vulnerabilities Equities Process; and

9    (B) the aggregate number of vulnerabilities

10    disclosed to vendors or the public pursuant to

11    the Vulnerabilities Equities Process known to

12    have been patched.

13    (3) NONDUPLICATION.—The Director of Na-

14    tional Intelligence may forgo submission of an an-

15    nual report required under this subsection for a cal-

16    endar year, if the Director notifies the intelligence

17    committees in writing that, with respect to the same

18    calendar year, an annual report required by para-

19    graph 4.3 of the Vulnerabilities Equities Policy and

20    Process document already has been submitted to

21    Congress, and such annual report contains the infor-

22    mation that would otherwise be required to be in-

23    cluded in an annual report under this subsection.

WASHSTATEC013558

2458

1  **SEC. 6721. INSPECTORS GENERAL REPORTS ON CLASSI-**
2  **FICATION.**

3  (a) REPORTS REQUIRED.—Not less than once per
4  year in each of the three fiscal years immediately following
5  the date of the enactment of this Act, each Inspector Gen-
6  eral listed in subsection (b) shall submit to the congres-
7  sional intelligence committees a report that includes, with
8  respect to the department or agency of the Inspector Gen-
9  eral, analyses of the following with respect to the prior
10  fiscal year:

11      (1) The accuracy of the application of classi-
12      fication and handling markers on a representative
13      sample of finished reports, including such reports
14      that are compartmented.

15      (2) Compliance with declassification procedures.

16      (3) The effectiveness of processes for identi-
17      fying topics of public or historical importance that
18      merit prioritization for a declassification review.

19  (b) INSPECTORS GENERAL LISTED.—The Inspectors
20  General listed in this subsection are as follows:

21      (1) The Inspector General of the Intelligence
22      Community.

23      (2) The Inspector General of the Central Intel-
24      ligence Agency.

25      (3) The Inspector General of the National Se-
26      curity Agency.

WASHSTATEC013559

2459

1    (4) The Inspector General of the Defense Intel-
2  ligence Agency.

3    (5) The Inspector General of the National Re-
4  connaissance Office.

5    (6) The Inspector General of the National
6  Geospatial-Intelligence Agency.

7  SEC. 6722. REPORTS AND BRIEFINGS ON NATIONAL SECU-
8          RITY EFFECTS OF GLOBAL WATER INSECU-
9          RITY AND EMERGING INFECTIOUS DISEASE
10          AND PANDEMICS.

11  (a) GLOBAL WATER INSECURITY.—

12    (1) REPORT.—

13      (A) IN GENERAL.—Not later than 180
14    days after the date of the enactment of this
15    Act, the Director of National Intelligence shall
16    submit to the congressional intelligence commit-
17    tees, the Committee on Foreign Affairs of the
18    House of Representatives, and the Committee
19    on Foreign Relations of the Senate a report on
20    the implications of water insecurity on the na-
21    tional security interests of the United States,
22    including consideration of social, economic, ag-
23    ricultural, and environmental factors.

24      (B) ASSESSMENT SCOPE AND FOCUS.—
25    The report submitted under subparagraph (A)

WASHSTATEC013560

2460

1    shall include an assessment of water insecurity
2    described in such subsection with a global
3    scope, but focus on areas of the world—

4        (i) of strategic, economic, or humani-
5        tarian interest to the United States—

6            (I) that are, as of the date of the
7            report, at the greatest risk of insta-
8            bility, conflict, human insecurity, or
9            mass displacement; or

10            (II) where challenges relating to
11            water insecurity are likely to emerge
12            and become significant during the 5-
13            year or the 20-year period beginning
14            on the date of the report; and

15        (ii) where challenges relating to water
16        insecurity are likely to imperil the national
17        security interests of the United States or
18        allies of the United States.

19    (C) CONSULTATION.—In researching the
20    report required by subparagraph (A), the Direc-
21    tor shall consult with—

22        (i) such stakeholders within the intel-
23        ligence community, the Department of De-
24        fense, and the Department of State as the
25        Director considers appropriate; and

WASHSTATEC013561

2461

1          (ii) such additional Federal agencies
2      and persons in the private sector as the
3      Director considers appropriate.

4          (D) FORM.—The report submitted under
5      subparagraph (A) shall be submitted in unclas-
6      sified form, but may include a classified annex.

7      (2) QUINQUENNIAL BRIEFINGS.—Beginning on
8  the date that is 5 years after the date on which the
9  Director submits the report under paragraph (1),
10 and every 5 years thereafter, the Director shall pro-
11 vide to the committees specified in such paragraph
12 a briefing that updates the matters contained in the
13 report.

14     (b) EMERGING  INFECTIOUS  DISEASE  AND
15 PANDEMICS.—

16     (1) REPORT.—

17          (A) IN GENERAL.—Not later than 120
18      days after the date of the enactment of this
19      Act, the Director of National Intelligence shall
20      submit to the appropriate congressional com-
21      mittees a report on the anticipated geopolitical
22      effects of emerging infectious disease (including
23      deliberate, accidental, and naturally occurring
24      infectious disease threats) and pandemics, and

WASHSTATEC013562

2462

1 their implications on the national security of

2 the United States.

3  (B) CONTENTS.—The report under sub-

4 paragraph (A) shall include an assessment of—

5   (i) the economic, social, political, and

6  security risks, costs, and impacts of emerg-

7  ing infectious diseases on the United

8  States and the international political and

9  economic system;

10   (ii) the economic, social, political, and

11  security risks, costs, and impacts of a

12  major transnational pandemic on the

13  United States and the international polit-

14  ical and economic system; and

15   (iii) contributing trends and factors to

16  the matters assessed under clauses (i) and

17  (ii).

18  (C) EXAMINATION OF RESPONSE CAPAC-

19 ITY.—In examining the risks, costs, and im-

20 pacts of emerging infectious disease and a pos-

21 sible transnational pandemic under subpara-

22 graph (B), the Director of National Intelligence

23 shall also examine in the report under subpara-

24 graph (A) the response capacity within affected

25 countries and the international system. In con-

WASHSTATEC013563

1    sidering response capacity, the Director shall
2    include—

3        (i) the ability of affected nations to ef-
4    fectively detect and manage emerging in-
5    fectious   diseases   and   a   possible
6    transnational pandemic;

7        (ii) the role and capacity of inter-
8    national   organizations   and   nongovern-
9    mental organizations to respond to emerg-
10   ing infectious disease and a possible pan-
11   demic, and their ability to coordinate with
12   affected and donor nations; and

13       (iii) the effectiveness of current inter-
14   national   frameworks,   agreements,   and
15   health systems to respond to emerging in-
16   fectious   diseases   and   a   possible
17   transnational pandemic.

18   (2) QUINQUENNIAL BRIEFINGS.—Beginning on
19   the date that is 5 years after the date on which the
20   Director submits the report under paragraph (1),
21   and every 5 years thereafter, the Director shall pro-
22   vide to the congressional intelligence committees a
23   briefing that updates the matters contained in the
24   report.

WASHSTATEC013564

2464

1    (3) FORM.—The report under paragraph (1)
2  and the briefings under paragraph (2) may be classi-
3  fied.

4    (4) APPROPRIATE CONGRESSIONAL COMMIT-
5  TEES DEFINED.—In this subsection, the term "ap-
6  propriate congressional committees" means—

7      (A) the congressional intelligence commit-
8    tees;

9      (B) the Committee on Foreign Affairs, the
10   Committee on Armed Services, the Committee
11   on Energy and Commerce, and the Committee
12   on Appropriations of the House of Representa-
13   tives; and

14     (C) the Committee on Foreign Relations,
15   the Committee on Armed Services, the Com-
16   mittee on Health, Education, Labor, and Pen-
17   sions, and the Committee on Appropriations of
18   the Senate.

WASHSTATEC013565

2465

1 **SEC. 6723. ANNUAL REPORT ON MEMORANDA OF UNDER-**
2         **STANDING BETWEEN ELEMENTS OF INTEL-**
3         **LIGENCE COMMUNITY AND OTHER ENTITIES**
4         **OF THE UNITED STATES GOVERNMENT RE-**
5         **GARDING SIGNIFICANT OPERATIONAL AC-**
6         **TIVITIES OR POLICY.**

7     Section 311 of the Intelligence Authorization Act for

8 Fiscal Year 2017 (50 U.S.C. 3313) is amended—

9         (1) by redesignating subsection (b) as sub-

10     section (c); and

11         (2) by striking subsection (a) and inserting the

12     following:

13     ''(a) IN GENERAL.—Each year, concurrent with the

14 annual budget request submitted by the President to Con-

15 gress under section 1105 of title 31, United States Code,

16 each head of an element of the intelligence community

17 shall submit to the congressional intelligence committees

18 a report that lists each memorandum of understanding or

19 other agreement regarding significant operational activi-

20 ties or policy entered into during the most recently com-

21 pleted fiscal year between or among such element and any

22 other entity of the United States Government.

23     ''(b) PROVISION OF DOCUMENTS.—Each head of an

24 element of an intelligence community who receives a re-

25 quest from the Select Committee on Intelligence of the

26 Senate or the Permanent Select Committee on Intelligence

WASHSTATEC013566

2466

1 of the House of Representatives for a copy of a memo-
2 randum of understanding or other document listed in a
3 report submitted by the head under subsection (a) shall
4 submit to such committee the requested copy as soon as
5 practicable after receiving such request.''.

**SEC. 6724. STUDY ON THE FEASIBILITY OF ENCRYPTING UNCLASSIFIED WIRELINE AND WIRELESS TELEPHONE CALLS.**

9     (a) STUDY REQUIRED.—Not later than 180 days
10 after the date of the enactment of this Act, the Director
11 of National Intelligence shall complete and submit to the
12 congressional intelligence committees a study on the feasi-
13 bility of encrypting unclassified wireline and wireless tele-
14 phone calls between personnel in the intelligence commu-
15 nity.

16     (b) BRIEFING.—Not later than 90 days after the date
17 on which the Director submits the study required by sub-
18 section (a), the Director shall provide to the congressional
19 intelligence committees a briefing on the Director's find-
20 ings with respect to such study.

**SEC. 6725. REPORTS ON INTELLIGENCE COMMUNITY LOAN REPAYMENT AND RELATED PROGRAMS.**

23     (a) SENSE OF CONGRESS.—It is the sense of Con-
24 gress that—

WASHSTATEC013567

2467

1      (1) there should be established, through the
2 issuing of an Intelligence Community Directive or
3 otherwise, an intelligence-community-wide program
4 for student loan repayment, student loan forgive-
5 ness, financial counseling, and related matters, for
6 employees of the intelligence community;

7      (2) creating such a program would enhance the
8 ability of the elements of the intelligence community
9 to recruit, hire, and retain highly qualified per-
10 sonnel, including with respect to mission-critical and
11 hard-to-fill positions;

12      (3) such a program, including with respect to
13 eligibility requirements, should be designed so as to
14 maximize the ability of the elements of the intel-
15 ligence community to recruit, hire, and retain highly
16 qualified personnel, including with respect to mis-
17 sion-critical and hard-to-fill positions; and

18      (4) to the extent possible, such a program
19 should be uniform throughout the intelligence com-
20 munity and publicly promoted by each element of
21 the intelligence community to both current employ-
22 ees of the element as well as to prospective employ-
23 ees of the element.

24 (b) REPORT ON POTENTIAL INTELLIGENCE COMMU-
25 NITY-WIDE PROGRAM.—

WASHSTATEC013568

2468

1     (1) IN GENERAL.—Not later than 180 days
2    after the date of the enactment of this Act, the Di-
3    rector of National Intelligence, in cooperation with
4    the heads of the elements of the intelligence commu-
5    nity and the heads of any other appropriate depart-
6    ment or agency of the Federal Government, shall
7    submit to the congressional intelligence committees a
8    report on potentially establishing and carrying out
9    an intelligence-community-wide program for student
10    loan repayment, student loan forgiveness, financial
11    counseling, and related matters, as described in sub-
12    section (a).

13     (2) MATTERS INCLUDED.—The report under
14    paragraph (1) shall include, at a minimum, the fol-
15    lowing:

16     (A) A description of the financial resources
17      that the elements of the intelligence community
18      would require to establish and initially carry
19      out the program specified in paragraph (1).

20     (B) A description of the practical steps to
21      establish and carry out such a program.

22     (C) The identification of any legislative ac-
23      tion the Director determines necessary to estab-
24      lish and carry out such a program.

WASHSTATEC013569

G:\CMTE\AS\20\C\ASCR20.XML

2469

1 (c) ANNUAL REPORTS ON ESTABLISHED PRO-
2 GRAMS.—

3      (1) COVERED PROGRAMS DEFINED.—In this
4 subsection, the term "covered programs" means any
5 loan repayment program, loan forgiveness program,
6 financial counseling program, or similar program,
7 established pursuant to title X of the National Secu-
8 rity Act of 1947 (50 U.S.C. 3191 et seq.) or any
9 other provision of law that may be administered or
10 used by an element of the intelligence community.

11      (2) ANNUAL REPORTS REQUIRED.—Not less
12 frequently than once each year, the Director of Na-
13 tional Intelligence shall submit to the congressional
14 intelligence committees a report on the covered pro-
15 grams. Each such report shall include, with respect
16 to the period covered by the report, the following:

17          (A) The number of personnel from each
18      element of the intelligence community who used
19      each covered program.

20          (B) The total amount of funds each ele-
21      ment expended for each such program.

22          (C) A description of the efforts made by
23      each element to promote each covered program
24      pursuant to both the personnel of the element

WASHSTATEC013570

2470

1        of the intelligence community and to prospec-

2        tive personnel.

**SEC. 6726. REPEAL OF CERTAIN REPORTING REQUIRE-**

4                **MENTS.**

5        (a) CORRECTING LONG-STANDING MATERIAL WEAK-

6    NESSES.—Section 368 of the Intelligence Authorization

7    Act for Fiscal Year 2010 (Public Law 110–259; 50 U.S.C.

8    3051 note) is hereby repealed.

9        (b) INTERAGENCY THREAT ASSESSMENT AND CO-

10   ORDINATION GROUP.—Section 210D of the Homeland Se-

11   curity Act of 2002 (6 U.S.C. 124k) is amended—

12           (1) by striking subsection (c); and

13           (2) by redesignating subsections (d) through (i)

14       as subsections (c) through (h), respectively; and

15           (3) in subsection (c), as so redesignated—

16               (A) in paragraph (8), by striking "; and"

17           and inserting a period; and

18               (B) by striking paragraph (9).

19       (c) INSPECTOR GENERAL REPORT.—Section 8H of

20   the Inspector General Act of 1978 (5 U.S.C. App.) is

21   amended—

22           (1) by striking subsection (g); and

23           (2) by redesignating subsections (h) and (i) as

24       subsections (g) and (h), respectively.

WASHSTATEC013571

2471

**SEC. 6727. INSPECTOR GENERAL OF THE INTELLIGENCE COMMUNITY REPORT ON SENIOR EXECUTIVES OF THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE.**

(a) SENIOR EXECUTIVE SERVICE POSITION DEFINED.—In this section, the term "Senior Executive Service position" has the meaning given that term in section 3132(a)(2) of title 5, United States Code, and includes any position above the GS–15, step 10, level of the General Schedule under section 5332 of such title.

(b) REPORT.—Not later than 90 days after the date of the enactment of this Act, the Inspector General of the Intelligence Community shall submit to the congressional intelligence committees a report on the number of Senior Executive Service positions in the Office of the Director of National Intelligence.

(c) MATTERS INCLUDED.—The report under subsection (b) shall include the following:

(1) The number of required Senior Executive Service positions for the Office of the Director of National Intelligence.

(2) Whether such requirements are reasonably based on the mission of the Office.

(3) A discussion of how the number of the Senior Executive Service positions in the Office compare

WASHSTATEC013572

2472

1    to the number of senior positions at comparable or-
2    ganizations.

3    (d) COOPERATION.—The Director of National Intel-
4    ligence shall provide to the Inspector General of the Intel-
5    ligence Community any information requested by the In-
6    spector General of the Intelligence Community that is nec-
7    essary to carry out this section by not later than 14 cal-
8    endar days after the date on which the Inspector General
9    of the Intelligence Community makes such request.

**SEC. 6728. BRIEFING ON FEDERAL BUREAU OF INVESTIGA-**
11          **TION OFFERING PERMANENT RESIDENCE TO**
12          **SOURCES AND COOPERATORS.**

13    Not later than 30 days after the date of the enact-
14    ment of this Act, the Director of the Federal Bureau of
15    Investigation shall provide to the congressional intelligence
16    committees a briefing on the ability of the Federal Bureau
17    of Investigation to offer, as an inducement to assisting the
18    Bureau, permanent residence within the United States to
19    foreign individuals who are sources or cooperators in coun-
20    terintelligence or other national-security-related investiga-
21    tions. The briefing shall address the following:

22          (1) The extent to which the Bureau may make
23          such offers, whether independently or in conjunction
24          with other agencies and departments of the United
25          States Government, including a discussion of the au-

WASHSTATEC013573

2473

1   thorities provided by section 101(a)(15)(S) of the
2   Immigration and Nationality Act (8 U.S.C.
3   1101(a)(15)(S)), section 7 of the Central Intel-
4   ligence Agency Act (50 U.S.C. 3508), and any other
5   provision of law under which the Bureau may make
6   such offers.

7       (2) An overview of the policies and operational
8   practices of the Bureau with respect to making such
9   offers.

10      (3) The sufficiency of such policies and prac-
11  tices with respect to inducing individuals to cooper-
12  ate with, serve as sources for such investigations, or
13  both.

14      (4) Whether the Director recommends any leg-
15  islative actions to improve such policies and prac-
16  tices, particularly with respect to the counterintel-
17  ligence efforts of the Bureau.

18  **SEC. 6729. INTELLIGENCE ASSESSMENT OF NORTH KOREA**
19              **REVENUE SOURCES.**

20      (a) ASSESSMENT REQUIRED.—Not later than 180
21  days after the date of the enactment of this Act, the Direc-
22  tor of National Intelligence, in coordination with the As-
23  sistant Secretary of State for Intelligence and Research
24  and the Assistant Secretary of the Treasury for Intel-
25  ligence and Analysis, shall produce an intelligence assess-

WASHSTATEC013574

2474

1  ment of the revenue sources of the North Korean regime.

2  Such assessment shall include revenue from the following

3  sources:

4      (1) Trade in coal, iron, and iron ore.

5      (2) The provision of fishing rights to North Ko-

6      rean territorial waters.

7      (3) Trade in gold, titanium ore, vanadium ore,

8      copper, silver, nickel, zinc, or rare earth minerals,

9      and other stores of value.

10      (4) Trade in textiles.

11      (5) Sales of conventional defense articles and

12      services.

13      (6) Sales of controlled goods, ballistic missiles,

14      and other associated items.

15      (7) Other types of manufacturing for export, as

16      the Director of National Intelligence considers ap-

17      propriate.

18      (8) The exportation of workers from North

19      Korea in a manner intended to generate significant

20      revenue, directly or indirectly, for use by the govern-

21      ment of North Korea.

22      (9) The provision of nonhumanitarian goods

23      (such as food, medicine, and medical devices) and

24      services by other countries.

WASHSTATEC013575

2475

1    (10) The provision of services, including bank-

2    ing and other support, including by entities located

3    in the Russian Federation, China, and Iran.

4    (11) Online commercial activities of the Govern-

5    ment of North Korea, including online gambling.

6    (12) Criminal activities, including cyber-enabled

7    crime and counterfeit goods.

8    (b) ELEMENTS.—The assessment required under

9    subsection (a) shall include an identification of each of the

10   following:

11   (1) The sources of North Korea's funding.

12   (2) Financial and nonfinancial networks, in-

13   cluding supply chain management, transportation,

14   and facilitation, through which North Korea accesses

15   the United States and international financial sys-

16   tems and repatriates and exports capital, goods, and

17   services; and

18   (3) the global financial institutions, money serv-

19   ices business, and payment systems that assist

20   North Korea with financial transactions.

21   (c) SUBMITTAL TO CONGRESS.—Upon completion of

22   the assessment required under subsection (a), the Director

23   of National Intelligence shall submit to the congressional

24   intelligence committees, the Committee on Foreign Affairs

25   of the House of Representatives, and the Committee on

WASHSTATEC013576

2476

1  Foreign Relations of the Senate a copy of such assess-

2  ment.

**SEC. 6730. REPORT ON POSSIBLE EXPLOITATION OF VIR-**

**TUAL CURRENCIES BY TERRORIST ACTORS.**

5  (a) SHORT TITLE.—This section may be cited as the

6  ''Stop Terrorist Use of Virtual Currencies Act''.

7  (b) REPORT.—Not later than 1 year after the date

8  of the enactment of this Act, the Director of National In-

9  telligence, in consultation with the Secretary of the Treas-

10  ury and the Under Secretary of Homeland Security for

11  Intelligence and Analysis, shall submit to Congress a re-

12  port on the possible exploitation of virtual currencies by

13  terrorist actors. Such report shall include the following

14  elements:

15  (1) An assessment of the means and methods

16  by which international terrorist organizations and

17  State sponsors of terrorism use virtual currencies.

18  (2) An assessment of the use by terrorist orga-

19  nizations and state sponsors of terrorism of virtual

20  currencies compared to the use by such organiza-

21  tions and states of other forms of financing to sup-

22  port operations, including an assessment of the col-

23  lection posture of the intelligence community on the

24  use of virtual currencies by such organizations and

25  states.

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013577

2477

1       (3) A description of any existing legal impedi-

2    ments that inhibit or prevent the intelligence com-

3    munity from collecting information on or helping

4    prevent the use of virtual currencies by international

5    terrorist organizations and state sponsors of ter-

6    rorism and an identification of any gaps in existing

7    law that could be exploited for illicit funding by such

8    organizations and States.

9    (c) FORM OF REPORT.—The report required by sub-

10   section (b) shall be submitted in unclassified form, but

11   may include a classified annex.

12   (d) DISSEMINATION TO STATE AND LOCAL PART-

13   NERS.—Consistent with the protection of classified and

14   confidential unclassified information, the Under Secretary

15   shall share the report required by subsection (b) with

16   State, local, and regional officials who operate within

17   State, local, and regional fusion centers through the De-

18   partment of Homeland Security State, Local, and Re-

19   gional Fusion Center Initiative established in section 210A

20   of the Homeland Security Act of 2002 (6 U.S.C. 124h).

# Subtitle C—Other Matters

21

## SEC. 6741. PUBLIC INTEREST DECLASSIFICATION BOARD.

22

23   (a) MEETINGS.—Section 703(e) of the Public Inter-

24   est Declassification Act of 2000 (Public Law 106–567; 50

25   U.S.C. 3161 note) is amended by striking "funds." and

WASHSTATEC013578

2478

1   inserting "funds, but shall meet in person not less fre-

2   quently than on a quarterly basis.".

3      (b) REMOVAL OF SUNSET.—Section 710 of the Pub-

4   lic Interest Declassification Act of 2000 (Public Law 106–

5   567; 50 U.S.C. 3161 note) is amended—

6         (1) by striking subsection (b);

7         (2) in the section heading, by striking "**; SUN-**

8     **SET**"; and

9         (3) by striking "(a) EFFECTIVE DATE.—".

10      (c) STATUS OF BOARD.—Notwithstanding section

11   710(b) of the Public Interest Declassification Act of 2000

12   (Public Law 106–567; 50 U.S.C. 3161 note) as in effect

13   on the day before the date of the enactment of this Act—

14         (1) the Public Interest Declassification Board

15     shall be deemed to not have terminated for purposes

16     of the appointment of members to the Board;

17         (2) section 703(h) of such Act shall not apply

18     with respect to the period beginning on December

19     31, 2018, and ending on the day before the date of

20     the enactment of this Act; and

21         (3) the length of the terms of the members

22     serving on the Board as of December 30, 2018, shall

23     be calculated by not counting the period specified in

24     paragraph (2).

WASHSTATEC013579

2479

1   **SEC. 6742. TECHNICAL AND CLERICAL AMENDMENTS TO**
2       **THE NATIONAL SECURITY ACT OF 1947.**

3       (a) TABLE OF CONTENTS.—The table of contents at
4   the beginning of the National Security Act of 1947 (50
5   U.S.C. 3001 et seq.) is amended—

6           (1) by inserting after the item relating to sec-
7       tion 2 the following new item:

"Sec. 3. Definitions.";

8           (2) by striking the item relating to section 107;

9           (3) by striking the item relating to section
10      113B and inserting the following new item:

"Sec. 113B. Special pay authority for science, technology, engineering, or
            mathematics positions.";

11          (4) by striking the items relating to sections
12      202, 203, 204, 208, 209, 210, 211, 212, 213, and
13      214; and

14          (5) by inserting after the item relating to sec-
15      tion 311 the following new item:

"Sec. 312. Repealing and saving provisions.".

16      (b) OTHER TECHNICAL CORRECTIONS.—Such Act is
17  further amended—

18          (1) in section 102A—

19              (A) in subparagraph (G) of paragraph (1)
20          of subsection (g), by moving the margins of
21          such subparagraph 2 ems to the left; and

WASHSTATEC013580

2480

1          (B) in paragraph (3) of subsection (v), by

2      moving the margins of such paragraph 2 ems to

3      the left;

4      (2) in section 106—

5          (A) by inserting "Sec. 106." before "(a)"

6      and conforming the typeface and typestyle ac-

7      cordingly; and

8          (B) in subparagraph (I) of paragraph (2)

9      of subsection (b), by moving the margins of

10      such subparagraph 2 ems to the left;

11      (3) by striking section 107;

12      (4) in section 108(c), by striking "in both a

13      classified and an unclassified form" and inserting

14      "to Congress in classified form, but may include an

15      unclassified summary";

16      (5) in section 112(e)(1), by striking "section

17      103(c)(7)" and inserting "section 102A(i)";

18      (6) by amending section 201 to read as follows:

19  **"SEC. 201. DEPARTMENT OF DEFENSE.**

20      "Except to the extent inconsistent with the provisions

21  of this Act or other provisions of law, the provisions of

22  title 5, United States Code, shall be applicable to the De-

23  partment of Defense.";

24      (7) in section 205, by redesignating subsections

25  (b) and (c) as subsections (a) and (b), respectively;

WASHSTATEC013581

2481

1       (8) in section 206, by striking "(a)";

2       (9) in section 207, by striking "(c)";

3       (10) in section 308(a), by striking "this Act"

4   and inserting "sections 2, 101, 102, 103, and 303

5   of this Act";

6       (11) by redesignating section 411 as section

7   312;

8       (12) in section 503—

9           (A) in paragraph (5) of subsection (c)—

10              (i) by moving the margins of such

11          paragraph 4 ems to the left; and

12              (ii) by moving the margins of sub-

13          paragraph (B) of such paragraph 2 ems to

14          the left; and

15          (B) in paragraph (2) of subsection (d), by

16      moving the margins of such paragraph 2 ems to

17      the left; and

18      (13) in subparagraph (B) of paragraph (3) of

19   subsection (a) of section 504, by moving the margins

20   of such subparagraph 2 ems to the right.

21  **SEC. 6743. BUG BOUNTY PROGRAMS.**

22  (a) DEFINITIONS.—In this section:

23      (1) APPROPRIATE COMMITTEES OF CON-

24   GRESS.—The term "appropriate committees of Con-

25   gress" means—

WASHSTATEC013582

2482

1    (A) the congressional intelligence commit-
2    tees;

3    (B) the Committee on Armed Services and
4    the Committee on Homeland Security and Gov-
5    ernmental Affairs of the Senate; and

6    (C) the Committee on Armed Services and
7    the Committee on Homeland Security of the
8    House of Representatives.

9    (2) BUG BOUNTY PROGRAM.—The term "bug
10   bounty program" means a program under which an
11   approved computer security specialist or security re-
12   searcher is temporarily authorized to identify and re-
13   port vulnerabilities within the information system of
14   an agency or department of the United States in ex-
15   change for compensation.

16   (3) INFORMATION SYSTEM.—The term "infor-
17   mation system" has the meaning given that term in
18   section 3502 of title 44, United States Code.

19   (b) BUG BOUNTY PROGRAM PLAN.—

20   (1) REQUIREMENT.—Not later than 180 days
21   after the date of the enactment of this Act, the Sec-
22   retary of Homeland Security, in consultation with
23   the Secretary of Defense, shall submit to appro-
24   priate committees of Congress a strategic plan for

WASHSTATEC013583

2483

1    appropriate agencies and departments of the United
2    States to implement bug bounty programs.

3        (2) CONTENTS.—The plan required by para-
4    graph (1) shall include—

5            (A) an assessment of—

6                (i) the ''Hack the Pentagon'' pilot
7            program carried out by the Department of
8            Defense in 2016 and subsequent bug boun-
9            ty programs in identifying and reporting
10           vulnerabilities within the information sys-
11           tems of the Department of Defense; and

12               (ii) private sector bug bounty pro-
13           grams, including such programs imple-
14           mented by leading technology companies in
15           the United States; and

16           (B) recommendations on the feasibility of
17       initiating bug bounty programs at appropriate
18       agencies and departments of the United States.

19   **SEC. 6744. TECHNICAL AMENDMENTS RELATED TO THE DE-**
20       **PARTMENT OF ENERGY.**

21       (a) NATIONAL NUCLEAR SECURITY ADMINISTRATION
22   ACT.—Section 3233(b) of the National Nuclear Security
23   Administration Act (50 U.S.C. 2423(b)) is amended—

24       (1) by striking ''Administration'' and inserting
25   ''Department''; and

WASHSTATEC013584

2484

1    (2) by inserting "Intelligence and" after "the

2  Office of".

3    (b) ATOMIC ENERGY DEFENSE ACT.—Section

4  4524(b)(2) of the Atomic Energy Defense Act (50 U.S.C.

5  2674(b)(2)) is amended by inserting "Intelligence and"

6  after "The Director of".

7    (c) NATIONAL SECURITY ACT OF 1947.—Paragraph

8  (2) of section 106(b) of the National Security Act of 1947

9  (50 U.S.C. 3041(b)(2)) is amended—

10    (1) in subparagraph (E), by inserting "and

11  Counterintelligence" after "Office of Intelligence";

12    (2) by striking subparagraph (F); and

13    (3) by redesignating subparagraphs (G), (H),

14  and (I) as subparagraphs (F), (G), and (H), respec-

15  tively.

**16  SEC. 6745. SENSE OF CONGRESS ON NOTIFICATION OF CER-**

**17        TAIN DISCLOSURES OF CLASSIFIED INFOR-**

**18        MATION.**

19  (a) DEFINITIONS.—In this section:

20    (1) ADVERSARY FOREIGN GOVERNMENT.—The

21  term "adversary foreign government" means the

22  government of any of the following foreign countries:

23    (A) North Korea.

24    (B) Iran.

25    (C) China.

WASHSTATEC013585

2485

1           (D) Russia.

2           (E) Cuba.

3       (2) COVERED CLASSIFIED INFORMATION.—The

4   term "covered classified information" means classi-

5   fied information that was—

6           (A) collected by an element of the intel-

7       ligence community; or

8           (B) provided by the intelligence service or

9       military of a foreign country to an element of

10      the intelligence community.

11      (3) ESTABLISHED INTELLIGENCE CHANNELS.—

12  The term "established intelligence channels" means

13  methods to exchange intelligence to coordinate for-

14  eign intelligence relationships, as established pursu-

15  ant to law by the Director of National Intelligence,

16  the Director of the Central Intelligence Agency, the

17  Director of the National Security Agency, or other

18  head of an element of the intelligence community.

19      (4) INDIVIDUAL IN THE EXECUTIVE BRANCH.—

20  The term "individual in the executive branch"

21  means any officer or employee of the executive

22  branch, including individuals—

23          (A) occupying a position specified in article

24      II of the Constitution;

WASHSTATEC013586

2486

1    (B) appointed to a position by an indi-
2   vidual described in subparagraph (A); or

3    (C) serving in the civil service or the Sen-
4   ior Executive Service (or similar service for sen-
5   ior executives of particular departments or
6   agencies).

7  (b) FINDINGS.—Congress finds that section 502 of
8 the National Security Act of 1947 (50 U.S.C. 3092) re-
9 quires elements of the intelligence community to keep the
10 congressional intelligence committees "fully and currently
11 informed" about all "intelligence activities" of the United
12 States, and to "furnish to the congressional intelligence
13 committees any information or material concerning intel-
14 ligence activities * * * which is requested by either of the
15 congressional intelligence committees in order to carry out
16 its authorized responsibilities.".

17  (c) SENSE OF CONGRESS.—It is the sense of Con-
18 gress that—

19    (1) section 502 of the National Security Act of
20   1947 (50 U.S.C. 3092), together with other intel-
21   ligence community authorities, obligates an element
22   of the intelligence community to submit to the con-
23   gressional intelligence committees written notifica-
24   tion, by not later than 7 days after becoming aware,
25   that an individual in the executive branch has dis-

WASHSTATEC013587

2487

1 closed covered classified information to an official of

2 an adversary foreign government using methods

3 other than established intelligence channels; and

4      (2) each such notification should include—

5           (A) the date and place of the disclosure of

6           classified information covered by the notifica-

7           tion;

8           (B) a description of such classified infor-

9           mation;

10          (C) identification of the individual who

11          made such disclosure and the individual to

12          whom such disclosure was made; and

13          (D) a summary of the circumstances of

14          such disclosure.

**15 SEC. 6746. SENSE OF CONGRESS ON CONSIDERATION OF**

**16                ESPIONAGE ACTIVITIES WHEN CONSIDERING**

**17                WHETHER OR NOT TO PROVIDE VISAS TO**

**18                FOREIGN INDIVIDUALS TO BE ACCREDITED**

**19                TO A UNITED NATIONS MISSION IN THE**

**20                UNITED STATES.**

21      It is the sense of the Congress that the Secretary of

22 State, in considering whether or not to provide a visa to

23 a foreign individual to be accredited to a United Nations

24 mission in the United States, should consider—

WASHSTATEC013588

2488

1      (1) known and suspected intelligence activities,

2   espionage activities, including activities constituting

3   precursors to espionage, carried out by the indi-

4   vidual against the United States, foreign allies of the

5   United States, or foreign partners of the United

6   States; and

7      (2) the status of an individual as a known or

8   suspected intelligence officer for a foreign adversary.

9  **SEC. 6747. SENSE OF CONGRESS ON WIKILEAKS.**

10      It is the sense of Congress that WikiLeaks and the

11  senior leadership of WikiLeaks resemble a nonstate hostile

12  intelligence service often abetted by state actors and

13  should be treated as such a service by the United States.

# DIVISION F—OTHER MATTERS
# TITLE LXXI—SANCTIONS WITH RESPECT TO NORTH KOREA

Sec. 7101. Short title.

Subtitle A—Sanctions With Respect to North Korea

Sec. 7111. Sense of Congress.
Sec. 7112. Definitions.

PART I—EXPANSION OF SANCTIONS AND RELATED MATTERS

Sec. 7121. Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.
Sec. 7122. Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016.
Sec. 7123. Extension of applicability period of proliferation prevention sanctions.
Sec. 7124. Opposition to assistance by the international financial institutions.
Sec. 7125. Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism.
Sec. 7126. Report and briefings on compliance, penalties, and technical assistance.

WASHSTATEC013589

Sec. 7127. Sense of Congress on identification and blocking of property of North Korean officials.
Sec. 7128. Modification of report on implementation of United Nations Security Council resolutions by other governments.
Sec. 7129. Report on use by the Government of North Korea of beneficial ownership rules to access the international financial system.

PART II—CONGRESSIONAL REVIEW AND OVERSIGHT

Sec. 7131. Notification of termination or suspension of sanctions.
Sec. 7132. Reports on certain licensing actions.
Sec. 7133. Report and briefings on financial networks and financial methods of the Government of North Korea.
Sec. 7134. Report on countries of concern with respect to transshipment, reexportation, or diversion of certain items to North Korea.

PART III—GENERAL MATTERS

Sec. 7141. Rulemaking.
Sec. 7142. Authority to consolidate reports.
Sec. 7143. Waivers, exemptions, and termination.
Sec. 7144. Procedures for review of classified and certain other information.
Sec. 7145. Briefing on resourcing of sanctions programs.
Sec. 7146. Briefing on proliferation financing.
Sec. 7147. Exception relating to importation of goods.

Subtitle B—Financial Industry Guidance to Halt Trafficking

Sec. 7151. Short title.
Sec. 7152. Sense of Congress.
Sec. 7153. Coordination of human trafficking issues by the Office of Terrorism and Financial Intelligence.
Sec. 7154. Strengthening the role of anti-money laundering and other financial tools in combating human trafficking.
Sec. 7155. Sense of Congress on resources to combat human trafficking.

## SEC. 7101. SHORT TITLE.

This title may be cited as the "Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019".

# Subtitle A—Sanctions With Respect to North Korea

## SEC. 7111. SENSE OF CONGRESS.

It is the sense of Congress that—

(1) the United States is committed to working with its allies and partners to halt the nuclear and ballistic missile programs of North Korea through a

WASHSTATEC013590

2490

1    policy of maximum pressure and diplomatic engage-

2    ment;

3       (2) the imposition of sanctions, including those

4    under this title, should not be construed to limit the

5    authority of the President to fully engage in diplo-

6    matic negotiations to further the policy objective de-

7    scribed in paragraph (1);

8       (3) the successful use of sanctions to halt the

9    nuclear and ballistic missile programs of North

10    Korea is part of a broader diplomatic and economic

11    strategy that relies on effective coordination among

12    relevant Federal agencies and officials, as well as

13    with international partners of the United States; and

14       (4) the coordination described in paragraph (3)

15    should include proper vetting of external messaging

16    and communications from all parts of the Executive

17    branch to ensure that those communications are an

18    intentional component of and aligned with the strat-

19    egy of the United States with respect to North

20    Korea.

21 **SEC. 7112. DEFINITIONS.**

22    In this subtitle, the terms "applicable Executive

23 order", "applicable United Nations Security Council reso-

24 lution", "appropriate congressional committees", "Gov-

25 ernment of North Korea", "North Korea", "North Ko-

WASHSTATEC013591

2491

1 rean financial institution'', and ''North Korean person''
2 have the meanings given those terms in section 3 of the
3 North Korea Sanctions and Policy Enhancement Act of
4 2016 (22 U.S.C. 9202).

## PART I—EXPANSION OF SANCTIONS AND
## RELATED MATTERS

**SEC. 7121. SANCTIONS WITH RESPECT TO FOREIGN FINAN-**
**CIAL INSTITUTIONS THAT PROVIDE FINAN-**
**CIAL SERVICES TO CERTAIN SANCTIONED**
**PERSONS.**

11     (a) IN GENERAL.—Title II of the North Korea Sanc-
12 tions and Policy Enhancement Act of 2016 (22 U.S.C.
13 9221 et seq.) is amended by inserting after section 201A
14 the following:

**"SEC. 201B. SANCTIONS WITH RESPECT TO FOREIGN FINAN-**
**CIAL INSTITUTIONS THAT PROVIDE FINAN-**
**CIAL SERVICES TO CERTAIN SANCTIONED**
**PERSONS.**

19     ''(a) IN GENERAL.—The Secretary of the Treasury
20 shall impose one or more of the sanctions described in sub-
21 section (b) with respect to a foreign financial institution
22 that the Secretary determines, in consultation with the
23 Secretary of State, knowingly, on or after the date that
24 is 120 days after the date of the enactment of the Otto
25 Warmbier North Korea Nuclear Sanctions and Enforce-

WASHSTATEC013592

2492

1 ment Act of 2019, provides significant financial services

2 to any person designated for the imposition of sanctions

3 with respect to North Korea under—

4        "(1) subsection (a), (b), or (g) of section 104;

5        "(2) an applicable Executive order; or

6        "(3) an applicable United Nations Security

7     Council resolution.

8     "(b) SANCTIONS DESCRIBED.—The sanctions that

9 may be imposed with respect to a foreign financial institu-

10 tion subject to subsection (a) are the following:

11        "(1) ASSET BLOCKING.—The Secretary may

12     block and prohibit, pursuant to the International

13     Emergency Economic Powers Act (50 U.S.C. 1701

14     et seq.), all transactions in all property and interests

15     in property of the foreign financial institution if

16     such property and interests in property are in the

17     United States, come within the United States, or are

18     or come within the possession or control of a United

19     States person.

20        "(2) RESTRICTIONS ON CORRESPONDENT AND

21     PAYABLE-THROUGH ACCOUNTS.—The Secretary may

22     prohibit, or impose strict conditions on, the opening

23     or maintaining in the United States of a cor-

24     respondent account or a payable-through account by

25     the foreign financial institution.

WASHSTATEC013593

2493

1     "(c) IMPLEMENTATION; PENALTIES.—

2        "(1) IMPLEMENTATION.—The President may

3 exercise all authorities provided under sections 203

4 and 205 of the International Emergency Economic

5 Powers Act (50 U.S.C. 1702 and 1704) to carry out

6 this section.

7        "(2) PENALTIES.—A person that violates, at-

8 tempts to violate, conspires to violate, or causes a

9 violation of this section or any regulation, license, or

10 order issued to carry out this section shall be subject

11 to the penalties set forth in subsections (b) and (c)

12 of section 206 of the International Emergency Eco-

13 nomic Powers Act (50 U.S.C. 1705) to the same ex-

14 tent as a person that commits an unlawful act de-

15 scribed in subsection (a) of that section.

16     "(d) REGULATIONS.—Not later than 120 days after

17 the date of the enactment of the Otto Warmbier North

18 Korea Nuclear Sanctions and Enforcement Act of 2019,

19 the President shall, as appropriate, prescribe regulations

20 to carry out this section.

21     "(e) EXCEPTION RELATING TO IMPORTATION OF

22 GOODS.—

23        "(1) IN GENERAL.—Notwithstanding section

24 404(b) or any provision of this section, the authori-

25 ties and requirements to impose sanctions under this

WASHSTATEC013594

2494

1  section shall not include the authority or a require-
2  ment to impose sanctions on the importation of
3  goods.

4  ''(2) GOOD DEFINED.—In this subsection, the
5  term 'good' means any article, natural or manmade
6  substance, material, supply or manufactured prod-
7  uct, including inspection and test equipment, and ex-
8  cluding technical data.

9  ''(f) DEFINITIONS.—In this section:

10  ''(1) ACCOUNT; CORRESPONDENT ACCOUNT;
11  PAYABLE-THROUGH ACCOUNT.—The terms 'ac-
12  count', 'correspondent account', and 'payable-
13  through account' have the meanings given those
14  terms in section 5318A of title 31, United States
15  Code.

16  ''(2) FOREIGN FINANCIAL INSTITUTION.—The
17  term 'foreign financial institution' has the meaning
18  given that term in section 510.309 of title 31, Code
19  of Federal Regulations (or any corresponding similar
20  regulation or ruling).

21  ''(3) KNOWINGLY.—The term 'knowingly', with
22  respect to conduct, a circumstance, or a result,
23  means that a person has actual knowledge, or should
24  have known, of the conduct, the circumstance, or the
25  result.

WASHSTATEC013595

2495

1  **"SEC. 201C. PROHIBITION ON TRANSACTIONS WITH CER-**

2  **TAIN SANCTIONED PERSONS BY PERSONS**

3  **OWNED OR CONTROLLED BY UNITED STATES**

4  **FINANCIAL INSTITUTIONS.**

5  "(a) IN GENERAL.—Not later than 180 days after

6  the date of the enactment of the Otto Warmbier North

7  Korea Nuclear Sanctions and Enforcement Act of 2019,

8  the Secretary of the Treasury, in consultation with the

9  Secretary of State, shall prohibit an entity owned or con-

10  trolled by a United States financial institution and estab-

11  lished or maintained outside the United States from know-

12  ingly engaging in any transaction described in subsection

13  (b) directly or indirectly with the Government of North

14  Korea or any person designated for the imposition of sanc-

15  tions with respect to North Korea under—

16    "(1) subsection (a), (b), or (g) of section 104;

17    "(2) an applicable Executive order; or

18    "(3) an applicable United Nations Security

19  Council resolution.

20  "(b) TRANSACTIONS DESCRIBED.—A transaction de-

21  scribed in this subsection is a transaction that would be

22  prohibited by an order or regulation issued pursuant to

23  the International Emergency Economic Powers Act (50

24  U.S.C. 1701 et seq.) if the transaction were engaged in

25  in the United States or by a United States person.

WASHSTATEC013596

2496

1    "(c) CIVIL PENALTIES.—The civil penalty provided

2    for in section 206(b) of the International Emergency Eco-

3    nomic Powers Act (50 U.S.C. 1705(b)) shall apply to a

4    United States financial institution to the same extent that

5    such penalty applies to a person that commits an unlawful

6    act described in section 206(a) of that Act if an entity

7    owned or controlled by the United States financial institu-

8    tion and established or maintained outside the United

9    States violates, attempts to violate, conspires to violate,

10   or causes a violation of any order or regulation issued to

11   implement subsection (a).

12    "(d) UNITED STATES FINANCIAL INSTITUTION DE-

13   FINED.—In this section, the term 'United States financial

14   institution' has the meaning given the term 'U.S. financial

15   institution' in section 510.328 of title 31, Code of Federal

16   Regulations (or any corresponding similar regulation or

17   ruling).".

18    (b) CLERICAL AMENDMENT.—The table of contents

19   for the North Korea Sanctions and Policy Enhancement

20   Act of 2016 is amended by inserting after the item relat-

21   ing to section 201A the following:

"Sec. 201B. Sanctions with respect to foreign financial institutions that provide
        financial services to certain sanctioned persons.
"Sec. 201C. Prohibition on transactions with certain sanctioned persons by per-
        sons owned or controlled by United States financial institu-
        tions.".

WASHSTATEC013597

2497

1  SEC. 7122. MANDATORY DESIGNATIONS UNDER NORTH
2            KOREA SANCTIONS AND POLICY ENHANCE-
3            MENT ACT OF 2016.

4      (a) IN GENERAL.—Section 104 of the North Korea
5  Sanctions and Policy Enhancement Act of 2016 (22
6  U.S.C. 9214) is amended—

7      (1) by adding at the end the following:

8  "(g) ADDITIONAL MANDATORY DESIGNATIONS.—

9      "(1) IN GENERAL.—Except as provided in sec-
10 tion 208, the President shall designate under this
11 subsection any person that the President deter-
12 mines—

13          "(A) knowingly, directly or indirectly, en-
14      gages in the importation from or exportation to
15      North Korea of significant quantities of—

16              "(i)(I) coal, textiles, seafood, iron, or
17          iron ore; or

18              "(II) refined petroleum products or
19          crude oil above limits set by the United
20          Nations Security Council and with which
21          the United States concurs; or

22              "(ii) services or technology related to
23          goods specified in clause (i);

24          "(B) knowingly facilitates a significant
25      transfer of funds or property of the Govern-
26      ment of North Korea that materially contrib-

WASHSTATEC013598

2498

1    utes to any violation of an applicable United

2    Nations Security Council resolution;

3         "(C) knowingly, directly or indirectly, en-

4    gages in, facilitates, or is responsible for the ex-

5    portation of workers from North Korea, or the

6    employment of such workers, in a manner that

7    generates significant revenue, directly or indi-

8    rectly, for use by the Government of North

9    Korea or by the Workers' Party of Korea;

10         "(D) knowingly, directly or indirectly, sells

11    or transfers a significant number of vessels to

12    North Korea, except as specifically approved by

13    the United Nations Security Council;

14         "(E) knowingly engages in a significant ac-

15    tivity to charter, insure, register, facilitate the

16    registration of, or maintain insurance or a reg-

17    istration for, a vessel owned, controlled, com-

18    manded, or crewed by a North Korean person;

19    or

20         "(F) knowingly contributes to and partici-

21    pates in—

22            "(i) a significant act of bribery of an

23    official of the Government of North Korea

24    or any person acting for or on behalf of

25    that official;

WASHSTATEC013599

2499

1                 "(ii) the misappropriation, theft, or

2             embezzlement of a significant amount of

3             public funds by, or for the benefit of, an

4             official of the Government of North Korea

5             or any person acting for or on behalf of

6             that official; or

7                 "(iii) the use of any proceeds of any

8             activity described in subparagraph (A) or

9             (B).";

10         (2) in subsection (c), by inserting "or (g)" after

11     "subsection (a)";

12         (3) in subsection (d)—

13             (A) by striking "or" the first place it ap-

14         pears and inserting a comma; and

15             (B) by inserting ", or (g)" after "(b)"; and

16         (4) in subsection (e)—

17             (A) by striking "or" the last place it ap-

18         pears and inserting a comma; and

19             (B) by inserting ", or (g)" after "(b)".

20     (b) CONFORMING AMENDMENTS.—The North Korea

21 Sanctions and Policy Enhancement Act of 2016 is amend-

22 ed—

23         (1) in section 3(4) (22 U.S.C. 9202(4))—

24             (A) by striking "or" the first place it ap-

25         pears and inserting a comma; and

WASHSTATEC013600

2500

1         (B) by inserting ", or (g)" after "(b)"; and

2     (2) in section 102 (22 U.S.C. 9212)—

3         (A) in subsection (a), by inserting "or (g)"

4     after "section 104(a)" each place it appears;

5     and

6         (B) in subsection (b)(1)—

7         (i) by striking "and" the first place it

8     appears and inserting a comma; and

9         (ii) by inserting ", and (g)" after

10     "(b)"; and

11     (3) in section 204 (22 U.S.C. 9224), by insert-

12 ing "or (g)" after "section 104(a)" each place it ap-

13 pears; and

14     (4) in section 302(b)(3) (22 U.S.C. 9241(b)(3))

15 is amended by striking "section 104(b)(1)(M)" and

16 inserting "section 104(g)(1)(C)".

**SEC. 7123. EXTENSION OF APPLICABILITY PERIOD OF PRO-LIFERATION PREVENTION SANCTIONS.**

19     Section 203(b)(2) of the North Korea Sanctions and

20 Policy Enhancement Act of 2016 (22 U.S.C. 9223(b)(2))

21 is amended by striking "2 years" and inserting "5 years".

g:\VHLC\120919\120919.161.xml   (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013601

1   **SEC. 7124. OPPOSITION TO ASSISTANCE BY THE INTER-**

2           **NATIONAL FINANCIAL INSTITUTIONS.**

3       (a) IN GENERAL.—The Bretton Woods Agreements

4   Act (22 U.S.C. 286 et seq.) is amended by adding at the

5   end the following:

6   **"SEC. 73. OPPOSITION TO ASSISTANCE FOR ANY GOVERN-**

7           **MENT THAT FAILS TO IMPLEMENT SANC-**

8           **TIONS ON NORTH KOREA.**

9       "(a) IN GENERAL.—The Secretary of the Treasury

10  shall instruct the United States Executive Director at each

11  international financial institution (as defined in section

12  1701(c) of the International Financial Institutions Act

13  (22 U.S.C. 262r(c))) that it is the policy of the United

14  States to oppose the provision by that institution of finan-

15  cial assistance to a foreign government, other than assist-

16  ance to support basic human needs, if the President deter-

17  mines that, in the year preceding consideration of approval

18  of such assistance, the government has knowingly failed

19  to adequately enforce sanctions under an applicable

20  United Nations Security Council resolution (as defined in

21  section 3 of the North Korea Sanctions and Policy En-

22  hancement Act of 2016 (22 U.S.C. 9202)).

23      "(b) WAIVER.—The President may waive subsection

24  (a) for up to 180 days at a time with respect to a foreign

25  government if the President—

26              "(1) determines that—

g:\VHLC\120919\120919.161.xml        (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013602

2502

1        ''(A) the failure of the foreign government

2        described in subsection (a) is due exclusively to

3        a lack of capacity on the part of the foreign

4        government;

5        ''(B) the foreign government is taking ef-

6        fective steps to prevent recurrence of such fail-

7        ure; or

8        ''(C) the waiver is in the national security

9        interests of the United States; and

10        ''(2) submits to Congress a report on the rea-

11    sons for the determination under paragraph (1).''.

12    (b) TERMINATION.—Effective on the date that is 10

13 years after the date of the enactment of this Act, section

14 73 of the Bretton Woods Agreements Act, as added by

15 subsection (a), is repealed.

16 **SEC. 7125. SUPPORT FOR CAPACITY OF THE INTER-**

17 **NATIONAL MONETARY FUND TO PREVENT**

18 **MONEY LAUNDERING AND FINANCING OF**

19 **TERRORISM.**

20    (a) IN GENERAL.—Title XVI of the International Fi-

21 nancial Institutions Act (22 U.S.C. 262p et seq.) is

22 amended by adding at the end the following:

WASHSTATEC013603

2503

1 &ldquo;SEC. 1629. SUPPORT FOR CAPACITY OF THE INTER-
2             NATIONAL MONETARY FUND TO PREVENT
3             MONEY LAUNDERING AND FINANCING OF
4             TERRORISM.

5        &ldquo;The Secretary of the Treasury shall instruct the
6   United States Executive Director at the International
7   Monetary Fund to use the voice and vote of the United
8   States to support the increased use of the administrative
9   budget of the Fund for technical assistance that strength-
10  ens the capacity of members of the Fund to prevent money
11  laundering and the financing of terrorism.&rdquo;.

12       (b) TERMINATION.—Effective on the date that is 5
13  years after the date of the enactment of this Act, section
14  1629 of the International Financial Institutions Act, as
15  added by subsection (a), is repealed.

16       (c) NATIONAL ADVISORY COUNCIL REPORT TO CON-
17  GRESS.—The Chairman of the National Advisory Council
18  on International Monetary and Financial Policies shall in-
19  clude in each report required by section 1701 of the Inter-
20  national Financial Institutions Act (22 U.S.C. 262r) after
21  the date of the enactment of this Act and before December
22  31, 2023, a description of—

23            (1) the activities of the International Monetary
24       Fund in the fiscal year covered by the report to pro-
25       vide technical assistance that strengthens the capac-
26       ity of members of the Fund to prevent money laun-

WASHSTATEC013604

2504

1   dering and the financing of terrorism, and the effec-

2   tiveness of the assistance; and

3        (2) the efficacy of efforts by the United States

4   to support such technical assistance through the use

5   of the Fund's administrative budget, and the level of

6   such support.

**7   SEC. 7126. REPORT AND BRIEFINGS ON COMPLIANCE, PEN-**

**8        ALTIES, AND TECHNICAL ASSISTANCE.**

9   (a) REPORT REQUIRED.—Not later than 180 days

10  after the date of the enactment of this Act, the Secretary

11  of the Treasury shall submit to the committees specified

12  in subsection (d) a report that includes—

13        (1) a list of financial institutions that, during

14   the period beginning on the date that is one year be-

15   fore the date of the enactment of this Act and end-

16   ing on the date of the report, knowingly facilitated

17   a significant transaction or transactions or provided

18   significant financial services for—

19             (A) any North Korean person designated

20        under an applicable Executive order;

21             (B) any North Korean person that know-

22        ingly facilitates the transfer of bulk cash or cov-

23        ered goods (as defined under section 1027.100

24        of title 31, Code of Federal Regulations (or any

25        corresponding similar regulation or ruling));

WASHSTATEC013605

2505

1       (C) any person that knowingly invests in,

2   or participates in a joint venture with, an entity

3   in which the Government of North Korea par-

4   ticipates or an entity that is created or orga-

5   nized under the laws of North Korea;

6       (D) any person that knowingly provides fi-

7   nancial services, including through a subsidiary

8   or joint venture, in North Korea;

9       (E) any person that knowingly provides

10   specialized teaching, training, or information or

11   provides material or technological support to a

12   North Korean person that—

13       (i) may contribute to North Korea's

14   development and proliferation of weapons

15   of mass destruction, including systems de-

16   signed in whole or in part for the delivery

17   of such weapons; or

18       (ii) may contribute to significant ac-

19   tivities undermining cybersecurity; and

20   (2) a description of efforts by the Department

21   of the Treasury during the period described in para-

22   graph (1), through outreach, consultations, technical

23   assistance, or other appropriate activities, to

24   strengthen the capacity of financial institutions and

25   foreign governments to prevent the provision of fi-

WASHSTATEC013606

2506

1    nancial services benefitting any person subject to

2    sanctions under—

3              (A) this Act or an amendment made by

4          this Act;

5              (B) an applicable Executive order; or

6              (C) an applicable United Nations Security

7          Council resolution.

8    (b) ANNUAL BRIEFINGS.—Not later than one year

9    after the submission of the report required by subsection

10   (a), and annually thereafter until the date that is 5 years

11   after the date of the enactment of this Act, the Secretary

12   of the Treasury shall brief the committees specified in sub-

13   section (d) on the matters covered by the report for the

14   one-year period preceding the briefing.

15   (c) TESTIMONY REQUIRED.—Upon request of either

16   of the committees specified in subsection (d), the Under

17   Secretary of the Treasury for Terrorism and Financial

18   Crimes shall testify to explain the effects of this Act and

19   the amendments made by this Act on North Korea's ac-

20   cess to illicit finance channels.

21   (d) COMMITTEES SPECIFIED.—The committees spec-

22   ified in this subsection are—

23              (1) the Committee on Financial Services of the

24          House of Representatives; and

WASHSTATEC013607

1   (2) the Committee on Banking, Housing, and
2   Urban Affairs of the Senate.

3  **SEC. 7127. SENSE OF CONGRESS ON IDENTIFICATION AND**
4  **BLOCKING OF PROPERTY OF NORTH KOREAN**
5  **OFFICIALS.**

6   It is the sense of Congress that the President
7  should—

8   (1) encourage international collaboration to
9   counter the money laundering, terrorist financing,
10   and proliferation financing threats emanating from
11   North Korea; and

12   (2) prioritize multilateral efforts to identify and
13   block—

14   (A) any property owned or controlled by a
15   North Korean official; and

16   (B) any significant proceeds of kleptocracy
17   by the Government of North Korea or a North
18   Korean official.

19  **SEC. 7128. MODIFICATION OF REPORT ON IMPLEMENTA-**
20  **TION OF UNITED NATIONS SECURITY COUN-**
21  **CIL RESOLUTIONS BY OTHER GOVERNMENTS.**

22   Section 317 of the Korean Interdiction and Mod-
23  ernization of Sanctions Act (title III of Public Law 115–
24  44; 131 Stat. 950) is amended—

25   (1) in subsection (a)—

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013608

2508

1          (A) in the matter preceding paragraph (1),

2      by striking "Not later than 180 days after the

3      date of the enactment of this Act, and annually

4      thereafter for 5 years," and inserting "Not

5      later than 180 days after the date of the enact-

6      ment of the Otto Warmbier North Korea Nu-

7      clear Sanctions and Enforcement Act of 2019,

8      and annually thereafter for 5 years,";

9          (B) in paragraph (3), by striking "; or"

10      and inserting a semicolon;

11          (C) by redesignating paragraph (4) as

12      paragraph (8); and

13          (D) by inserting after paragraph (3) the

14      following:

15      "(4) prohibit, in the territories of such coun-

16  tries or by persons subject to the jurisdiction of such

17  governments, the opening of new joint ventures or

18  cooperative entities with North Korean persons or

19  the expansion of existing joint ventures through ad-

20  ditional investments, whether or not for or on behalf

21  of the Government of North Korea, unless such joint

22  ventures or cooperative entities have been approved

23  by the committee of the United Nations Security

24  Council established by United Nations Security

25  Council Resolution 1718 (2006);

WASHSTATEC013609

2509

1        ''(5) prohibit the unauthorized clearing of funds

2   by North Korean financial institutions through fi-

3   nancial institutions subject to the jurisdiction of

4   such governments;

5        ''(6) prohibit the unauthorized conduct of com-

6   mercial trade with North Korea that is prohibited

7   under applicable United Nations Security Council

8   resolutions;

9        ''(7) prevent the provision of significant finan-

10   cial services to North Korean persons or the transfer

11   of such services to North Korean persons to,

12   through, or from the territories of such countries or

13   by persons subject to the jurisdiction of such govern-

14   ments; or''; and

15        (2) by amending subsection (c) to read as fol-

16   lows:

17   ''(c) DEFINITIONS.—In this section:

18        ''(1) APPROPRIATE CONGRESSIONAL COMMIT-

19   TEES AND LEADERSHIP.—The term 'appropriate

20   congressional committees and leadership' means—

21            ''(A) the Committee on Foreign Relations,

22       the Committee on Banking, Housing, and

23       Urban Affairs, and the majority and minority

24       leaders of the Senate; and

WASHSTATEC013610

2510

1        ''(B) the Committee on Foreign Affairs,
2    the Committee on Financial Services, the Com-
3    mittee on Ways and Means, and the Speaker,
4    the majority leader, and the minority leader of
5    the House of Representatives.

6        ''(2) APPLICABLE UNITED NATIONS SECURITY
7    COUNCIL RESOLUTION; NORTH KOREAN FINANCIAL
8    INSTITUTION; NORTH KOREAN PERSON.—The terms
9    'applicable United Nations Security Council resolu-
10   tion', 'North Korean financial institution', and
11   'North Korean person' have the meanings given
12   those terms in section 3 of the North Korea Sanc-
13   tions and Policy Enhancement Act of 2016 (22
14   U.S.C. 9202).''.

15   **SEC. 7129. REPORT ON USE BY THE GOVERNMENT OF**
16   **NORTH KOREA OF BENEFICIAL OWNERSHIP**
17   **RULES TO ACCESS THE INTERNATIONAL FI-**
18   **NANCIAL SYSTEM.**

19       (a) IN GENERAL.—Not later than 180 days after the
20   date of the enactment of this Act, the Secretary of the
21   Treasury, in consultation with the Secretary of State, shall
22   submit to the appropriate congressional committees a re-
23   port setting forth the findings of the Secretary regarding
24   how the Government of North Korea is exploiting the laws
25   of countries other than the United States with respect to

WASHSTATEC013611

2511

1 the beneficial owner of an entity in order to access the

2 international financial system.

3     (b) ELEMENTS.—The Secretary shall include in the

4 report required under subsection (a) proposals for such

5 legislative and administrative action as the Secretary con-

6 siders appropriate to combat the abuse by the Government

7 of North Korea of shell companies and other similar enti-

8 ties subject to the jurisdiction of governments other than

9 the United States Government to avoid or evade sanctions.

10     (c) FORM.—The report required by subsection (a)

11 shall be submitted in unclassified form but may include

12 a classified annex.

### 13 PART II—CONGRESSIONAL REVIEW AND
### 14 OVERSIGHT

**15 SEC. 7131. NOTIFICATION OF TERMINATION OR SUSPEN-**

**16 SION OF SANCTIONS.**

17     Before taking any action to terminate or suspend the

18 application of sanctions under this subtitle or an amend-

19 ment made by this subtitle, the President shall notify the

20 appropriate congressional committees of the President's

21 intent to take the action and the reasons for the action.

**22 SEC. 7132. REPORTS ON CERTAIN LICENSING ACTIONS.**

23     (a) REPORT REQUIRED.—

24         (1) IN GENERAL.—Not later than 180 days

25         after the date of the enactment of this Act, and

WASHSTATEC013612

2512

1    every 180 days thereafter, the President shall sub-

2    mit to the committees specified in paragraph (2) a

3    report on the operation of the system for issuing li-

4    censes for transactions under covered regulatory

5    provisions during the preceding 180-day period that

6    includes—

7        (A) the number and types of such licenses

8        applied for during that period; and

9        (B) the number of such licenses issued

10       during that period and information identifying

11       the person receiving each such license.

12    (2) COMMITTEES SPECIFIED.—The committees

13    specified in this paragraph are the following:

14        (A) The Committee on Financial Services

15       and the Committee on Foreign Affairs of the

16       House of Representatives.

17        (B) The Committee on Banking, Housing,

18       and Urban Affairs and the Committee on For-

19       eign Relations of the Senate.

20    (b) SUBMISSION OF COPIES OF LICENSES ON RE-

21    QUEST.—The Secretary of the Treasury shall expedi-

22    tiously provide a copy of any license identified in a report

23    required by subsection (a)(1) to the Committee on Finan-

24    cial Services of the House of Representatives and the

25    Committee on Banking, Housing, and Urban Affairs of

WASHSTATEC013613

2513

1    the Senate if an appropriate Member of Congress requests

2    a copy of that license not later than 30 days after submis-

3    sion of the report.

4        (c) FORM.—Each report required by subsection (a),

5    and each copy of a license submitted under subsection (b),

6    shall be submitted in unclassified form but may include

7    a classified annex.

8        (d) DEFINITIONS.—In this section:

9            (1) APPROPRIATE MEMBER OF CONGRESS.—

10       The term "appropriate Member of Congress"

11       means—

12               (A) the chairman or ranking member of

13           the Committee on Financial Services of the

14           House of Representatives; or

15               (B) the chairman or ranking member of

16           the Committee on Banking, Housing, and

17           Urban Affairs of the Senate.

18           (2) COVERED REGULATORY PROVISION.—The

19       term "covered regulatory provision" means any of

20       the following provisions, as in effect on the day be-

21       fore the date of the enactment of this Act and as

22       such provisions relate to North Korea:

23               (A) Part 743, 744, or 746 of title 15, Code

24           of Federal Regulations.

WASHSTATEC013614

2514

1        (B) Part 510 of title 31, Code of Federal

2   Regulations.

3        (C) Any other provision of title 31, Code of

4   Federal Regulations.

5 **SEC. 7133. REPORT AND BRIEFINGS ON FINANCIAL NET-**

6           **WORKS AND FINANCIAL METHODS OF THE**

7           **GOVERNMENT OF NORTH KOREA.**

8   (a) REPORT REQUIRED.—

9        (1) IN GENERAL.—Not later than 180 days

10   after the date of the enactment of this Act, the

11   President shall submit to the appropriate congres-

12   sional committees a report on sources of external

13   support for the Government of North Korea that in-

14   cludes—

15        (A) a description of the methods used by

16       the Government of North Korea to deal in,

17       transact in, or conceal the ownership, control,

18       or origin of, goods and services exported by

19       North Korea;

20        (B) an assessment of the relationship be-

21       tween the proliferation of weapons of mass de-

22       struction by the Government of North Korea

23       and the financial industry or financial institu-

24       tions;

WASHSTATEC013615

2515

1          (C) an assessment of the relationship be-
2     tween the acquisition by the Government of
3     North Korea of military expertise, equipment,
4     and technology and the financial industry or fi-
5     nancial institutions;

6          (D) a description of the export by any per-
7     son to the United States of goods, services, or
8     technology that are made with significant
9     amounts of North Korean labor, material, or
10    goods, including minerals, manufacturing, sea-
11    food, overseas labor, or other exports from
12    North Korea;

13         (E) an assessment of the involvement of
14    any person in human trafficking involving citi-
15    zens or nationals of North Korea;

16         (F) a description of how the President
17    plans to address the flow of funds generated by
18    activities    described    in    subparagraphs    (A)
19    through (E), including through the use of sanc-
20    tions or other means;

21         (G) an assessment of the extent to which
22    the Government of North Korea engages in
23    criminal activities, including money laundering,
24    to support that Government;

WASHSTATEC013616

2516

1    (H) information relating to the identifica-

2    tion, blocking, and release of property described

3    in section 201B(b)(1) of the North Korea Sanc-

4    tions and Policy Enhancement Act of 2016, as

5    added by section 7121;

6    (I) a description of the metrics used to

7    measure the effectiveness of law enforcement

8    and diplomatic initiatives of Federal, State, and

9    foreign governments to comply with the provi-

10    sions of applicable United Nations Security

11    Council resolutions; and

12    (J) an assessment of the effectiveness of

13    programs within the financial industry to en-

14    sure compliance with United States sanctions,

15    applicable United Nations Security Council res-

16    olutions, and applicable Executive orders.

17    (2) FORM.—The report required by paragraph

18    (1) shall be submitted in unclassified form but may

19    include a classified annex.

20    (b) BRIEFINGS.—Not later than one year after the

21    submission of the report required by subsection (a), and

22    annually thereafter until the date that is 5 years after the

23    date of the enactment of this Act, the President shall brief

24    the appropriate congressional committees on the matters

WASHSTATEC013617

2517

1 covered by the report for the one-year period preceding

2 the briefing.

3     (c) INTERAGENCY COORDINATION.—The President

4 shall ensure that any information collected pursuant to

5 subsection (a) is shared among the Federal departments

6 and agencies involved in investigations described in section

7 102(b) of the North Korea Sanctions and Policy Enhance-

8 ment Act of 2016 (22 U.S.C. 9212(b)).

9 **SEC. 7134. REPORT ON COUNTRIES OF CONCERN WITH RE-**

10              **SPECT TO TRANSSHIPMENT, REEXPOR-**

11              **TATION, OR DIVERSION OF CERTAIN ITEMS**

12              **TO NORTH KOREA.**

13     (a) IN GENERAL.—Not later than 180 days after the

14 date of the enactment of this Act, and annually thereafter

15 through 2023, the Director of National Intelligence shall

16 submit to the President, the Secretary of Defense, the Sec-

17 retary of Commerce, the Secretary of State, the Secretary

18 of the Treasury, and the appropriate congressional com-

19 mittees a report that identifies all countries that the Di-

20 rector determines are of concern with respect to trans-

21 shipment, reexportation, or diversion of items subject to

22 the provisions of the Export Administration Regulations

23 under subchapter C of chapter VII of title 15, Code of

24 Federal Regulations, to an entity owned or controlled by

25 the Government of North Korea.

WASHSTATEC013618

2518

1    (b) FORM.—Each report required by subsection (a)
2  shall be submitted in unclassified form but may include
3  a classified annex.

## PART III—GENERAL MATTERS

**SEC. 7141. RULEMAKING.**

6    The President shall prescribe such rules and regula-
7  tions as may be necessary to carry out this subtitle and
8  amendments made by this subtitle.

**SEC. 7142. AUTHORITY TO CONSOLIDATE REPORTS.**

10    (a) IN GENERAL.—Any and all reports required to
11  be submitted to the appropriate congressional committees
12  under this subtitle or an amendment made by this subtitle
13  that are subject to a deadline for submission consisting
14  of the same unit of time may be consolidated into a single
15  report that is submitted pursuant to that deadline.

16    (b) CONTENTS.—Any reports consolidated under sub-
17  section (a) shall contain all information required under
18  this subtitle or an amendment made by this subtitle and
19  any other elements that may be required by existing law.

**SEC. 7143. WAIVERS, EXEMPTIONS, AND TERMINATION.**

21    (a) APPLICATION AND MODIFICATION OF EXEMP-
22  TIONS FROM AND WAIVERS OF NORTH KOREA SANC-
23  TIONS AND POLICY ENHANCEMENT ACT OF 2016.—Sec-
24  tion 208 of the North Korea Sanctions and Policy En-
25  hancement Act of 2016 (22 U.S.C. 9228) is amended by

WASHSTATEC013619

2519

1    inserting "201B, 201C," after "201A," each place it ap-

2    pears.

3        (b) SUSPENSION.—

4            (1) IN GENERAL.—Subject to section 7131, the

5        President may suspend the application of any provi-

6        sion of or amendment made by this subtitle (other

7        than section 7147 of this title or section 201B(e) of

8        the North Korea Sanctions and Policy Enhancement

9        Act of 2016, as added by section 7121 of this title)

10       with respect to an entity, individual, or transaction,

11       for renewable periods of not more than 180 days

12       each if, before such a suspension or renewal of such

13       a suspension takes effect, the President submits to

14       the appropriate congressional committees—

15           (A) a certification that—

16               (i) the Government of North Korea

17               has—

18                   (I) committed to the verifiable

19                   suspension of North Korea's prolifera-

20                   tion and testing of weapons of mass

21                   destruction, including systems de-

22                   signed in whole or in part for the de-

23                   livery of such weapons; and

24                   (II) has agreed to multilateral

25                   talks including the Government of the

WASHSTATEC013620

2520

1          United States, with the goal of perma-
2          nently and verifiably limiting North
3          Korea's weapons of mass destruction
4          and ballistic missile programs; or

5          (ii) the suspension is vital to the na-
6          tional security interests of the United
7          States; and

8      (B) if the President submits a certification
9      under subparagraph (A)(ii), an explanation of
10     the reasons the suspension is vital to the na-
11     tional security interests of the United States.

12     (2) CONFORMING AMENDMENT.—Section
13     401(a) of the North Korea Sanctions and Policy En-
14     hancement Act of 2016 (22 U.S.C. 9251(a)) is
15     amended by inserting ''(other than section 104(g),
16     201B, or 201C)'' after ''such titles)''.

17  (c) TERMINATION.—Subject to section 7131, any re-
18 quirement to impose sanctions under this subtitle or the
19 amendments made by this subtitle, and any sanctions im-
20 posed pursuant to this subtitle or any such amendment,
21 shall terminate on the date on which the President makes
22 the certification described in section 402 of the North
23 Korea Sanctions and Policy Enhancement Act of 2016 (22
24 U.S.C. 9252).

WASHSTATEC013621

2521

1  **SEC. 7144. PROCEDURES FOR REVIEW OF CLASSIFIED AND**
2  **CERTAIN OTHER INFORMATION.**

3  (a) IN GENERAL.—If a finding under this subtitle or
4  an amendment made by this subtitle, a prohibition, condi-
5  tion, or penalty imposed as a result of any such finding,
6  or a penalty imposed under this subtitle or an amendment
7  made by this subtitle, is based on classified information
8  (as defined in section 1(a) of the Classified Information
9  Procedures Act (18 U.S.C. App.)), law enforcement infor-
10 mation, or any other information protected from disclo-
11 sure by statute, and a court reviews the finding or the
12 imposition of the prohibition, condition, or penalty, the
13 Secretary of the Treasury may submit such information
14 to the court ex parte and in camera.

15 (b) RULE OF CONSTRUCTION.—Nothing in this sec-
16 tion shall be construed to confer or imply any right to judi-
17 cial review of any finding under this subtitle or an amend-
18 ment made by this subtitle, any prohibition, condition, or
19 penalty imposed as a result of any such finding, or any
20 penalty imposed under this subtitle or an amendment
21 made by this subtitle.

22 **SEC. 7145. BRIEFING ON RESOURCING OF SANCTIONS PRO-**
23 **GRAMS.**

24 Not later than 30 days after the date of the enact-
25 ment of this Act, the Secretary of the Treasury shall pro-

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013622

2522

1 vide to the appropriate congressional committees a brief-

2 ing on—

3     (1) the resources allocated by the Department

4     of the Treasury to support each sanctions program

5     administered by the Department; and

6     (2) recommendations for additional authorities

7     or resources necessary to expand the capacity or ca-

8     pability of the Department related to implementation

9     and enforcement of such programs.

10 **SEC. 7146. BRIEFING ON PROLIFERATION FINANCING.**

11     (a) IN GENERAL.—Not later than 60 days after the

12 date of the enactment of this Act, the Secretary of the

13 Treasury, in consultation with the Secretary of State, shall

14 provide to the appropriate congressional committees a

15 briefing on addressing proliferation finance.

16     (b) ELEMENTS.—The briefing required by subsection

17 (a) shall include the following:

18     (1) The Department of the Treasury's descrip-

19     tion of the principles underlying appropriate meth-

20     ods for combating the financing of the proliferation

21     of weapons of mass destruction.

22     (2) An assessment of—

23         (A) Federal financial regulatory agency

24         oversight, including by the Financial Crimes

25         Enforcement Network, of United States finan-

WASHSTATEC013623

2523

1      cial institutions and the adoption by their for-

2      eign subsidiaries, branches, and correspondent

3      institutions of the principles described under

4      paragraph (1); and

5           (B) whether financial institutions in for-

6      eign jurisdictions known by the United States

7      intelligence and law enforcement communities

8      to be jurisdictions through which North Korea

9      moves substantial sums of licit and illicit fi-

10     nance are applying a risk-based approach to

11     proliferation financing, and if that approach is

12     comparable to the approach required by United

13     States financial institution supervisors.

14     (3) A survey of the technical assistance the Of-

15     fice of Technical Assistance of the Department of

16     the Treasury and other appropriate Executive

17     branch offices currently provide foreign governments

18     on implementing counter-proliferation financing best

19     practices.

20     (4) An assessment of the ability of foreign sub-

21     sidiaries, branches, and correspondent institutions of

22     United States financial institutions to implement a

23     risk-based approach to proliferation financing.

WASHSTATEC013624

2524

1 **SEC. 7147. EXCEPTION RELATING TO IMPORTATION OF**
2    **GOODS.**

3    (a) IN GENERAL.—The authorities and requirements

4 to impose sanctions authorized under this subtitle or any

5 amendment made by this subtitle shall not include the au-

6 thority or requirement to impose sanctions on the importa-

7 tion of goods.

8    (b) GOOD DEFINED.—In this section, the term

9 "good" means any article, natural or manmade substance,

10 material, supply or manufactured product, including in-

11 spection and test equipment, and excluding technical data.

## Subtitle B—Financial Industry Guidance to Halt Trafficking

14 **SEC. 7151. SHORT TITLE.**

15    This subtitle may be cited as the "Financial Industry

16 Guidance to Halt Trafficking Act" or the "FIGHT Act".

17 **SEC. 7152. SENSE OF CONGRESS.**

18    It is the sense of Congress that—

19    (1) the President should aggressively apply, as

20    appropriate, existing sanctions for human trafficking

21    authorized under section 111 of the Trafficking Vic-

22    tims Protection Act of 2000 (22 U.S.C. 7108);

23    (2) the Financial Crimes Enforcement Network

24    of the Department of the Treasury should con-

25    tinue—

WASHSTATEC013625

2525

1     (A) to monitor reporting required under

2 subchapter II of chapter 53 of title 31, United

3 States Code (commonly known as the "Bank

4 Secrecy Act") and to update advisories, as war-

5 ranted;

6     (B) to periodically review its advisories to

7 provide covered financial institutions, as appro-

8 priate, with a list of new "red flags" for identi-

9 fying activities of concern, particularly human

10 trafficking;

11     (C) to encourage entities covered by the

12 advisories described in subparagraph (B) to in-

13 corporate relevant elements provided in the

14 advisories into their current transaction and ac-

15 count monitoring systems or in policies, proce-

16 dures, and training on human trafficking to en-

17 able financial institutions to maintain ongoing

18 efforts to examine transactions and accounts;

19     (D) to use geographic targeting orders, as

20 appropriate, to impose additional reporting and

21 recordkeeping requirements under section

22 5326(a) of title 31, United States Code, to

23 carry out the purposes of, and prevent evasions

24 of, the Bank Secrecy Act; and

WASHSTATEC013626

2526

1          (E) to utilize the Bank Secrecy Act Advi-

2        sory Group and other relevant entities to iden-

3        tify opportunities for nongovernmental organi-

4        zations to share relevant actionable information

5        on human traffickers' use of the financial sector

6        for nefarious purposes;

7        (3) Federal banking regulators, the Department

8    of the Treasury, relevant law enforcement agencies,

9    and the Human Smuggling and Trafficking Center,

10    in partnership with representatives from the United

11    States financial community, should adopt regular

12    forms of sharing information to disrupt human traf-

13    ficking, including developing protocols and proce-

14    dures to share actionable information between and

15    among covered institutions, law enforcement, and

16    the United States intelligence community;

17    (4) training frontline bank and money service

18    business employees, school teachers, law enforcement

19    officers, foreign service officers, counselors, and the

20    general public is an important factor in identifying

21    trafficking victims;

22    (5) the Department of Homeland Security's

23    Blue Campaign, training by the BEST Employers

24    Alliance, and similar efforts by industry, human

25    rights, and nongovernmental organizations focused

WASHSTATEC013627

2527

1    on human trafficking provide good examples of cur-

2    rent efforts to educate employees of critical sectors

3    with respect to how to save victims and disrupt traf-

4    ficking networks;

5    (6) the President should intensify diplomatic ef-

6    forts, bilaterally and in appropriate international

7    fora such as the United Nations, to develop and im-

8    plement a coordinated, consistent, multilateral strat-

9    egy for addressing the international financial net-

10    works supporting human trafficking; and

11    (7) in deliberations between the United States

12    Government and any foreign country, including

13    through participation in the Egmont Group of Fi-

14    nancial Intelligence Units, regarding money laun-

15    dering, corruption, and transnational crimes, the

16    United States Government should—

17    (A) encourage cooperation by foreign gov-

18    ernments and relevant international fora in

19    identifying the extent to which the proceeds

20    from human trafficking are being used to facili-

21    tate terrorist financing, corruption, or other il-

22    licit financial crimes;

23    (B) encourage cooperation by foreign gov-

24    ernments and relevant international fora in

WASHSTATEC013628

2528

1       identifying the nexus between human traf-
2       ficking and money laundering;

3               (C) advance policies that promote the co-
4       operation of foreign governments, through in-
5       formation sharing, training, or other measures,
6       in the enforcement of this subtitle;

7               (D) encourage other countries to assess
8       their human trafficking and money laundering
9       risks in light of updated guidance provided by
10      the Financial Action Task Force in 2018; and

11              (E) encourage the Egmont Group of Fi-
12      nancial Intelligence Units to study the extent to
13      which human trafficking operations are being
14      used for money laundering, terrorist financing,
15      or other illicit financial purposes.

16  **SEC. 7153. COORDINATION OF HUMAN TRAFFICKING**
17          **ISSUES BY THE OFFICE OF TERRORISM AND**
18          **FINANCIAL INTELLIGENCE.**

19      (a) FUNCTIONS.—Section 312(a)(4) of title 31,
20  United States Code, is amended—

21              (1) by redesignating subparagraphs (E), (F),
22      and (G) as subparagraphs (F), (G), and (H), respec-
23      tively; and

24              (2) by inserting after subparagraph (D) the fol-
25      lowing:

WASHSTATEC013629

2529

1                ''(E) combating illicit financing relating to

2            human trafficking;''.

3      (b) INTERAGENCY COORDINATION.—Section 312(a)

4 of such title is amended by adding at the end the fol-

5 lowing:

6                ''(8) INTERAGENCY COORDINATION.—The Sec-

7            retary of the Treasury, after consultation with the

8            Undersecretary for Terrorism and Financial Crimes,

9            shall designate an office within the OTFI that shall

10           coordinate efforts to combat the illicit financing of

11           human trafficking with—

12                ''(A) other offices of the Department of the

13            Treasury;

14                ''(B) other Federal agencies, including—

15                    ''(i) the Office to Monitor and Combat

16                Trafficking in Persons of the Department

17                of State; and

18                    ''(ii) the Interagency Task Force to

19                Monitor and Combat Trafficking;

20                ''(C) State and local law enforcement agen-

21            cies; and

22                ''(D) foreign governments.''.

WASHSTATEC013630

2530

1  **SEC. 7154. STRENGTHENING THE ROLE OF ANTI-MONEY**

2  **LAUNDERING AND OTHER FINANCIAL TOOLS**

3  **IN COMBATING HUMAN TRAFFICKING.**

4  (a) INTERAGENCY TASK FORCE RECOMMENDATIONS

5  TARGETING MONEY LAUNDERING RELATED TO HUMAN

6  TRAFFICKING.—

7  (1) IN GENERAL.—Not later than 270 days

8  after the date of the enactment of this Act, the

9  Interagency Task Force to Monitor and Combat

10  Trafficking, with the concurrence of the Secretary of

11  State and the Secretary of the Treasury, shall sub-

12  mit to the Committee on Banking, Housing, and

13  Urban Affairs, the Committee on Foreign Relations,

14  and the Committee on the Judiciary of the Senate,

15  the Committee on Financial Services, the Committee

16  on Foreign Affairs, and the Committee on the Judi-

17  ciary of the House of Representatives, and each ap-

18  propriate Federal banking agency—

19  (A) an analysis of anti-money laundering

20  efforts of the United States Government,

21  United States financial institutions, and inter-

22  national financial institutions (as defined in sec-

23  tion 1701(c) of the International Financial In-

24  stitutions Act (22 U.S.C. 262r(c))) related to

25  human trafficking; and

WASHSTATEC013631

2531

1        (B) appropriate legislative, administrative,
2    and other recommendations to strengthen ef-
3    forts against money laundering related to
4    human trafficking.

5    (2) REQUIRED RECOMMENDATIONS.—The rec-
6    ommendations under paragraph (1) shall include—

7        (A) best practices based on successful anti-
8    human trafficking programs currently in place
9    at domestic and international financial institu-
10   tions that are suitable for broader adoption;

11       (B) feedback from stakeholders, including
12   victims of severe forms of trafficking in per-
13   sons, advocates of persons at risk of becoming
14   victims of severe forms of trafficking in per-
15   sons, the United States Advisory Council on
16   Human Trafficking, civil society organizations,
17   and financial institutions on policy proposals
18   derived from the analysis conducted by the task
19   force referred to in paragraph (1) that would
20   enhance the efforts and programs of financial
21   institutions to detect and deter money laun-
22   dering related to human trafficking, including
23   any recommended changes to internal policies,
24   procedures, and controls related to human traf-
25   ficking;

WASHSTATEC013632

2532

1          (C) any recommended changes to training

2          programs at financial institutions to better

3          equip employees to deter and detect money

4          laundering related to human trafficking; and

5          (D) any recommended changes to expand

6          human trafficking-related information sharing

7          among financial institutions and between such

8          financial institutions, appropriate law enforce-

9          ment agencies, and appropriate Federal agen-

10          cies.

11    (b) ADDITIONAL REPORTING REQUIREMENT.—Sec-

12  tion 105(d)(7) of the Trafficking Victims Protection Act

13  of 2000 (22 U.S.C. 7103(d)(7)) is amended—

14         (1) in the matter preceding subparagraph (A)—

15          (A) by inserting "the Committee on Finan-

16          cial Services," after "the Committee on Foreign

17          Affairs"; and

18          (B) by inserting "the Committee on Bank-

19          ing, Housing, and Urban Affairs," after "the

20          Committee on Foreign Relations,";

21         (2) in subparagraph (Q)(vii), by striking ";

22  and" and inserting a semicolon;

23         (3) in subparagraph (R), by striking the period

24  at the end and inserting "; and"; and

25         (4) by adding at the end the following:

WASHSTATEC013633

2533

1          ''(S) the efforts of the United States to

2          eliminate money laundering related to human

3          trafficking and the number of investigations,

4          arrests, indictments, and convictions in money

5          laundering cases with a nexus to human traf-

6          ficking.''.

7     (c) REQUIRED REVIEW OF PROCEDURES.—Not later

8 than 180 days after the date of the enactment of this Act,

9 the Federal Financial Institutions Examination Council,

10 in consultation with the Secretary of the Treasury, victims

11 of severe forms of trafficking in persons, advocates of per-

12 sons at risk of becoming victims of severe forms of traf-

13 ficking in persons, the United States Advisory Council on

14 Trafficking, civil society organizations, the private sector,

15 and appropriate law enforcement agencies, shall—

16          (1) review and enhance training and examina-

17     tion procedures to improve the surveillance capabili-

18     ties of anti-money laundering programs and pro-

19     grams countering the financing of terrorism to de-

20     tect human trafficking-related financial transactions;

21          (2) review and enhance procedures for referring

22     potential human trafficking cases to the appropriate

23     law enforcement agency; and

24          (3) determine, as appropriate, whether require-

25     ments for financial institutions and covered financial

WASHSTATEC013634

2534

1 institutions are sufficient to detect and deter money

2 laundering related to human trafficking.

3 (d) LIMITATIONS.—Nothing in this section shall be

4 construed to—

5  (1) grant rulemaking authority to the Inter-

6 agency Task Force to Monitor and Combat Traf-

7 ficking; or

8  (2) authorize financial institutions to deny serv-

9 ices to or violate the privacy of victims of trafficking,

10 victims of severe forms of trafficking, or individuals

11 not responsible for promoting severe forms of traf-

12 ficking in persons.

**13 SEC. 7155. SENSE OF CONGRESS ON RESOURCES TO COM-**

**14   BAT HUMAN TRAFFICKING.**

15 It is the sense of Congress that—

16  (1) adequate funding should be provided for

17 critical Federal efforts to combat human trafficking;

18  (2) the Department of the Treasury should

19 have the appropriate resources to vigorously inves-

20 tigate human trafficking networks under section 111

21 of the Trafficking Victims Protection Act of 2000

22 (22 U.S.C. 7108) and other relevant statutes and

23 Executive orders;

24  (3) the Department of the Treasury and the

25 Department of Justice should each have the capacity

WASHSTATEC013635

2535

1    and appropriate resources to support technical as-

2    sistance to develop foreign partners' ability to com-

3    bat human trafficking through strong national anti-

4    money laundering programs and programs coun-

5    tering the financing of terrorism;

6    (4) each United States Attorney's Office should

7    be provided appropriate funding to increase the

8    number of personnel for community education and

9    outreach and investigative support and forensic anal-

10    ysis related to human trafficking; and

11    (5) the Department of State should be provided

12    additional resources, as necessary, to carry out the

13    Survivors of Human Trafficking Empowerment Act

14    (section 115 of Public Law 114–22; 129 Stat. 243).

## 15 TITLE LXXII—SANCTIONS WITH
## 16 RESPECT TO FOREIGN TRAF-
## 17 FICKERS OF ILLICIT SYN-
## 18 THETIC OPIOIDS

Sec. 7201. Short title.
Sec. 7202. Sense of Congress.
Sec. 7203. Definitions.

Subtitle A—Sanctions With Respect to Foreign Opioid Traffickers

Sec. 7211. Identification of foreign opioid traffickers.
Sec. 7212. Imposition of sanctions.
Sec. 7213. Description of sanctions.
Sec. 7214. Waivers.
Sec. 7215. Procedures for judicial review of classified information.
Sec. 7216. Briefings on implementation.
Sec. 7217. Inclusion of additional material in International Narcotics Control
      Strategy Report.

Subtitle B—Commission on Combating Synthetic Opioid Trafficking

WASHSTATEC013636

2536

Sec. 7221. Commission on combating synthetic opioid trafficking.

Subtitle C—Other Matters

Sec. 7231. Director of National Intelligence program on use of intelligence re-
          sources in efforts to sanction foreign opioid traffickers.
Sec. 7232. Authorization of appropriations.
Sec. 7233. Regulatory authority.
Sec. 7234. Termination.
Sec. 7235. Exception relating to importation of goods.

**SEC. 7201. SHORT TITLE.**

This title may be cited as the "Fentanyl Sanctions Act".

**SEC. 7202. SENSE OF CONGRESS.**

It is the sense of Congress that—

(1) the United States should apply economic and other financial sanctions to foreign traffickers of illicit opioids to protect the national security, foreign policy, and economy of the United States and the health of the people of the United States;

(2) it is imperative that the People's Republic of China follow through on full implementation of the new regulations, adopted May 1, 2019, to treat all fentanyl analogues as controlled substances under the laws of the People's Republic of China, including by devoting sufficient resources for implementation and strict enforcement of the new regulations; and

(3) the effective enforcement of the new regulations should result in diminished trafficking of illicit fentanyl originating from the People's Republic of China into the United States.

WASHSTATEC013637

2537

**SEC. 7203. DEFINITIONS.**

In this title:

(1) ALIEN; NATIONAL; NATIONAL OF THE UNITED STATES.—The terms "alien", "national", and "national of the United States" have the meanings given those terms in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101).

(2) APPROPRIATE CONGRESSIONAL COMMITTEES AND LEADERSHIP.—The term "appropriate congressional committees and leadership" means—

   (A) the Committee on Appropriations, the Committee on Armed Services, the Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, the Committee on the Judiciary, the Select Committee on Intelligence, and the majority leader and the minority leader of the Senate; and

   (B) the Committee on Appropriations, the Committee on Armed Services, the Committee on Financial Services, the Committee on Foreign Affairs, the Committee on Homeland Security, the Committee on the Judiciary, the Committee on Oversight and Reform, the Permanent Select Committee on Intelligence, and the

WASHSTATEC013638

2538

1         Speaker and the minority leader of the House

2         of Representatives.

3         (3) CONTROLLED SUBSTANCE; LISTED CHEM-

4       ICAL.—The terms "controlled substance", "listed

5       chemical", "narcotic drug", and "opioid" have the

6       meanings given those terms in section 102 of the

7       Controlled Substances Act (21 U.S.C. 802).

8         (4) ENTITY.—The term "entity" means a part-

9       nership, joint venture, association, corporation, orga-

10      nization, network, group, or subgroup, or any form

11      of business collaboration.

12        (5) FOREIGN OPIOID TRAFFICKER.—The term

13      "foreign opioid trafficker" means any foreign person

14      that the President determines plays a significant

15      role in opioid trafficking.

16        (6) FOREIGN PERSON.—The term "foreign per-

17      son"—

18           (A) means—

19              (i) any citizen or national of a foreign

20           country; or

21              (ii) any entity not organized under the

22           laws of the United States or a jurisdiction

23           within the United States; and

24           (B) does not include the government of a

25           foreign country.

WASHSTATEC013639

2539

1 (7) KNOWINGLY.—The term "knowingly", with

2 respect to conduct, a circumstance, or a result,

3 means that a person has actual knowledge, or should

4 have known, of the conduct, the circumstance, or the

5 result.

6 (8) OPIOID TRAFFICKING.—The term "opioid

7 trafficking" means any illicit activity—

8  (A) to produce, manufacture, distribute,

9  sell, or knowingly finance or transport—

10   (i) synthetic opioids, including con-

11   trolled substances that are synthetic

12   opioids and listed chemicals that are syn-

13   thetic opioids; or

14   (ii) active pharmaceutical ingredients

15   or chemicals that are used in the produc-

16   tion of controlled substances that are syn-

17   thetic opioids;

18  (B) to attempt to carry out an activity de-

19  scribed in subparagraph (A); or

20  (C) to assist, abet, conspire, or collude

21  with other persons to carry out such an activity.

22 (9) PERSON.—The term "person" means an in-

23 dividual or entity.

24 (10) UNITED STATES PERSON.—The term

25 "United States person" means—

WASHSTATEC013640

2540

1         (A) any citizen or national of the United

2    States;

3         (B) any alien lawfully admitted for perma-

4    nent residence in the United States;

5         (C) any entity organized under the laws of

6    the United States or any jurisdiction within the

7    United States (including a foreign branch of

8    such an entity); or

9         (D) any person located in the United

10    States.

# Subtitle A—Sanctions With Respect to Foreign Opioid Traffickers

### SEC. 7211. IDENTIFICATION OF FOREIGN OPIOID TRAF-FICKERS.

15  (a) PUBLIC REPORT.—

16    (1) IN GENERAL.—The President shall submit

17  to the appropriate congressional committees and

18  leadership, in accordance with subsection (c), a re-

19  port—

20         (A) identifying the foreign persons that the

21    President determines are foreign opioid traf-

22    fickers;

23         (B) detailing progress the President has

24    made in implementing this subtitle; and

WASHSTATEC013641

2541

1          (C) providing an update on cooperative ef-
2     forts with the governments of Mexico, the Peo-
3     ple's Republic of China, and other countries of
4     concern with respect to combating foreign
5     opioid traffickers.

6     (2) IDENTIFICATION OF ADDITIONAL PER-
7     SONS.—If, at any time after submitting a report re-
8     quired by paragraph (1) and before the submission
9     of the next such report, the President determines
10    that a foreign person not identified in the report is
11    a foreign opioid trafficker, the President shall sub-
12    mit to the appropriate congressional committees and
13    leadership an additional report containing the infor-
14    mation required by paragraph (1) with respect to
15    the foreign person.

16    (3) EXCLUSION.—The President shall not be
17    required to include in a report under paragraph (1)
18    or (2) any persons with respect to which the United
19    States has imposed sanctions before the date of the
20    report under this subtitle or any other provision of
21    law with respect to opioid trafficking.

22    (4) FORM OF REPORT.—

23          (A) IN GENERAL.—Each report required
24    by paragraph (1) or (2) shall be submitted in

WASHSTATEC013642

2542

1 unclassified form but may include a classified

2 annex.

3  (B) AVAILABILITY TO PUBLIC.—The un-

4 classified portion of a report required by para-

5 graph (1) or (2) shall be made available to the

6 public.

7 (b) CLASSIFIED REPORT.—

8  (1) IN GENERAL.—The President shall submit

9 to the appropriate congressional committees and

10 leadership, in accordance with subsection (c), a re-

11 port, in classified form—

12  (A) describing in detail the status of sanc-

13 tions imposed under this subtitle, including the

14 personnel and resources directed toward the im-

15 position of such sanctions during the preceding

16 fiscal year;

17  (B) providing background information with

18 respect to persons newly identified as foreign

19 opioid traffickers and their illicit activities;

20  (C) describing actions the President in-

21 tends to undertake or has undertaken to imple-

22 ment this subtitle; and

23  (D) providing a strategy for identifying ad-

24 ditional foreign opioid traffickers.

WASHSTATEC013643

2543

1    (2) EFFECT ON OTHER REPORTING REQUIRE-

2  MENTS.—The report required by paragraph (1) is in

3  addition to, and in no way delimits or restricts, the

4  obligations of the President to keep Congress fully

5  and currently informed pursuant to the provisions of

6  the National Security Act of 1947 (50 U.S.C. 3001

7  et seq.).

8    (c) SUBMISSION OF REPORTS.—Not later than 180

9  days after the date of the enactment of this Act, and annu-

10  ally thereafter until the date that is 5 years after such

11  date of enactment, the President shall submit the reports

12  required by subsections (a) and (b) to the appropriate con-

13  gressional committees and leadership.

14    (d) EXCLUSION OF CERTAIN INFORMATION.—

15    (1)   INTELLIGENCE.—Notwithstanding   any

16  other provision of this section, a report required by

17  subsection (a) or (b) shall not disclose the identity

18  of any person if the Director of National Intelligence

19  determines that such disclosure could compromise an

20  intelligence operation, activity, source, or method of

21  the United States.

22    (2) LAW ENFORCEMENT.—Notwithstanding any

23  other provision of this section, a report required by

24  subsection (a) or (b) shall not disclose the identity

25  of any person if the Attorney General, in coordina-

WASHSTATEC013644

2544

1     tion, as appropriate, with the Director of the Fed-

2     eral Bureau of Investigation, the Administrator of

3     the Drug Enforcement Administration, the Secretary

4     of the Treasury, the Secretary of State, and the

5     head of any other appropriate Federal law enforce-

6     ment agency, determines that such disclosure could

7     reasonably be expected—

8         (A) to compromise the identity of a con-

9        fidential source, including a State, local, or for-

10       eign agency or authority or any private institu-

11       tion that furnished information on a confiden-

12       tial basis;

13         (B) to jeopardize the integrity or success

14       of an ongoing criminal investigation or prosecu-

15       tion;

16         (C) to endanger the life or physical safety

17       of any person; or

18         (D) to cause substantial harm to physical

19       property.

20      (3) NOTIFICATION REQUIRED.—If the Director

21     of National Intelligence makes a determination

22     under paragraph (1) or the Attorney General makes

23     a determination under paragraph (2), the Director

24     or the Attorney General, as the case may be, shall

25     notify the appropriate congressional committees and

WASHSTATEC013645

2545

1 leadership of the determination and the reasons for

2 the determination.

3  (4) RULE OF CONSTRUCTION.—Nothing in this

4 section may be construed to authorize or compel the

5 disclosure of information determined by the Presi-

6 dent to be law enforcement information, classified

7 information, national security information, or other

8 information the disclosure of which is prohibited by

9 any other provision of law.

10  (e) PROVISION OF INFORMATION REQUIRED FOR RE-

11 PORTS.—The Secretary of the Treasury, the Attorney

12 General, the Secretary of Defense, the Secretary of State,

13 the Secretary of Homeland Security, and the Director of

14 National Intelligence shall consult among themselves and

15 provide to the President and the Director of the Office

16 of National Drug Control Policy the appropriate and nec-

17 essary information to enable the President to submit the

18 reports required by subsection (a).

19 **SEC. 7212. IMPOSITION OF SANCTIONS.**

20  The President shall impose five or more of the sanc-

21 tions described in section 7213 with respect to each for-

22 eign person that is an entity, and four or more of such

23 sanctions with respect to each foreign person that is an

24 individual, that—

WASHSTATEC013646

2546

1       (1) is identified as a foreign opioid trafficker in

2    a report submitted under section 7211(a); or

3       (2) the President determines is owned, con-

4    trolled, directed by, knowingly supplying or sourcing

5    precursors for, or knowingly acting for or on behalf

6    of, such a foreign opioid trafficker.

**7 SEC. 7213. DESCRIPTION OF SANCTIONS.**

8    (a) IN GENERAL.—The sanctions that may be im-

9 posed with respect to a foreign person under section 7212

10 are the following:

11       (1) LOANS FROM UNITED STATES FINANCIAL

12    INSTITUTIONS.—The United States Government

13    may prohibit any United States financial institution

14    from making loans or providing credits to the for-

15    eign person.

16       (2) PROHIBITIONS ON FINANCIAL INSTITU-

17    TIONS.—The following prohibitions may be imposed

18    with respect to a foreign person that is a financial

19    institution:

20       (A) PROHIBITION ON DESIGNATION AS

21    PRIMARY DEALER.—Neither the Board of Gov-

22    ernors of the Federal Reserve System nor the

23    Federal Reserve Bank of New York may des-

24    ignate, or permit the continuation of any prior

25    designation of, the financial institution as a pri-

WASHSTATEC013647

2547

1 mary dealer in United States Government debt

2 instruments.

3  (B) PROHIBITION ON SERVICE AS A RE-

4 POSITORY OF GOVERNMENT FUNDS.—The fi-

5 nancial institution may not serve as agent of

6 the United States Government or serve as re-

7 pository for United States Government funds.

8 The imposition of either sanction under subpara-

9 graph (A) or (B) shall be treated as one sanction for

10 purposes of section 7212, and the imposition of both

11 such sanctions shall be treated as 2 sanctions for

12 purposes of that section.

13  (3) PROCUREMENT BAN.—The United States

14 Government may not procure, or enter into any con-

15 tract for the procurement of, any goods or services

16 from the foreign person.

17  (4) FOREIGN EXCHANGE.—The President may,

18 pursuant to such regulations as the President may

19 prescribe, prohibit any transactions in foreign ex-

20 change that are subject to the jurisdiction of the

21 United States and in which the foreign person has

22 any interest.

23  (5) BANKING TRANSACTIONS.—The President

24 may, pursuant to such regulations as the President

25 may prescribe, prohibit any transfers of credit or

WASHSTATEC013648

2548

1    payments between financial institutions or by,

2    through, or to any financial institution, to the extent

3    that such transfers or payments are subject to the

4    jurisdiction of the United States and involve any in-

5    terest of the foreign person.

6    (6) PROPERTY TRANSACTIONS.—The President

7    may, pursuant to such regulations as the President

8    may prescribe, prohibit any person from—

9    (A) acquiring, holding, withholding, using,

10    transferring, withdrawing, or transporting any

11    property that is subject to the jurisdiction of

12    the United States and with respect to which the

13    foreign person has any interest;

14    (B) dealing in or exercising any right,

15    power, or privilege with respect to such prop-

16    erty; or

17    (C) conducting any transaction involving

18    such property.

19    (7) BAN ON INVESTMENT IN EQUITY OR DEBT

20    OF SANCTIONED PERSON.—The President may, pur-

21    suant to such regulations or guidelines as the Presi-

22    dent may prescribe, prohibit any United States per-

23    son from investing in or purchasing significant

24    amounts of equity or debt instruments of the foreign

25    person.

WASHSTATEC013649

2549

1    (8) EXCLUSION OF CORPORATE OFFICERS.—
2    The President may direct the Secretary of State to
3    deny a visa to, and the Secretary of Homeland Secu-
4    rity to exclude from the United States, any alien
5    that the President determines is a corporate officer
6    or principal of, or a shareholder with a controlling
7    interest in, the foreign person.

8    (9) SANCTIONS ON PRINCIPAL EXECUTIVE OF-
9    FICERS.—The President may impose on the prin-
10   cipal executive officer or officers of the foreign per-
11   son, or on individuals performing similar functions
12   and with similar authorities as such officer or offi-
13   cers, any of the sanctions described in paragraphs
14   (1) through (8) that are applicable.

15   (b) PENALTIES.—A person that violates, attempts to
16   violate, conspires to violate, or causes a violation of any
17   regulation, license, or order issued to carry out subsection
18   (a) shall be subject to the penalties set forth in subsections
19   (b) and (c) of section 206 of the International Emergency
20   Economic Powers Act (50 U.S.C. 1705) to the same ex-
21   tent as a person that commits an unlawful act described
22   in subsection (a) of that section.

23   (c) EXCEPTIONS.—

WASHSTATEC013650

2550

1      (1) INTELLIGENCE AND LAW ENFORCEMENT

2  ACTIVITIES.—Sanctions under this section shall not

3  apply with respect to—

4        (A) any activity subject to the reporting

5      requirements under title V of the National Se-

6      curity Act of 1947 (50 U.S.C. 3091 et seq.); or

7        (B) any authorized intelligence or law en-

8      forcement activities of the United States.

9      (2) EXCEPTION TO COMPLY WITH UNITED NA-

10  TIONS HEADQUARTERS AGREEMENT.—Sanctions

11  under subsection (a)(8) shall not apply to an alien

12  if admitting the alien into the United States is nec-

13  essary to permit the United States to comply with

14  the Agreement regarding the Headquarters of the

15  United Nations, signed at Lake Success June 26,

16  1947, and entered into force November 21, 1947,

17  between the United Nations and the United States,

18  the Convention on Consular Relations, done at Vi-

19  enna April 24, 1963, and entered into force March

20  19, 1967, or other applicable international obliga-

21  tions.

22  (d) IMPLEMENTATION.—The President may exercise

23 all authorities provided under sections 203 and 205 of the

24 International Emergency Economic Powers Act (50

25 U.S.C. 1702 and 1704) to carry out this section.

WASHSTATEC013651

2551

1  **SEC. 7214. WAIVERS.**

2  (a) WAIVER FOR STATE-OWNED ENTITIES IN COUN-

3  TRIES THAT COOPERATE IN MULTILATERAL ANTI-TRAF-

4  FICKING EFFORTS.—

5  (1) IN GENERAL.—The President may waive for

6  a period of not more than 12 months the application

7  of sanctions under this subtitle with respect to an

8  entity that is owned or controlled, directly or indi-

9  rectly, by a foreign government or any political sub-

10  division, agency, or instrumentality of a foreign gov-

11  ernment, if, not less than 15 days before the waiver

12  is to take effect, the President certifies to the appro-

13  priate congressional committees and leadership that

14  the foreign government is closely cooperating with

15  the United States in efforts to prevent opioid traf-

16  ficking.

17  (2) CERTIFICATION.—The President may cer-

18  tify under paragraph (1) that a foreign government

19  is closely cooperating with the United States in ef-

20  forts to prevent opioid trafficking if that government

21  is—

22  (A) implementing domestic laws to sched-

23  ule all fentanyl analogues as controlled sub-

24  stances; and

25  (B) doing two or more of the following:

WASHSTATEC013652

2552

1    (i) Implementing substantial improve-
2    ments in regulations involving the chemical
3    and pharmaceutical production and export
4    of illicit opioids.

5    (ii) Implementing substantial improve-
6    ments in judicial regulations to combat
7    transnational criminal organizations that
8    traffic opioids.

9    (iii) Increasing efforts to prosecute
10   foreign opioid traffickers.

11   (iv) Increasing intelligence sharing
12   and law enforcement cooperation with the
13   United States with respect to opioid traf-
14   ficking.

15   (3) SUBSEQUENT RENEWAL OF WAIVER.—The
16   President may renew a waiver under paragraph (1)
17   for subsequent periods of not more than 12 months
18   each if, not less than 15 days before the renewal is
19   to take effect, the Secretary of State certifies to the
20   appropriate congressional committees and leadership
21   that the government of the country to which the
22   waiver applies has effectively implemented and is ef-
23   fectively enforcing the measures that formed the
24   basis for the certification under paragraph (2).

WASHSTATEC013653

2553

1    (b) WAIVERS FOR NATIONAL SECURITY AND ACCESS

2  TO PRESCRIPTION MEDICATIONS.—

3      (1) IN GENERAL.—The President may waive

4  the application of sanctions under this subtitle if the

5  President determines that the application of such

6  sanctions would harm—

7        (A) the national security interests of the

8  United States; or

9        (B) subject to paragraph (2), the access of

10  United States persons to prescription medica-

11  tions.

12      (2) MONITORING.—The President shall estab-

13  lish a monitoring program to verify that a person

14  that receives a waiver under paragraph (1)(B) is not

15  trafficking illicit opioids.

16      (3) NOTIFICATION.—Not later than 15 days

17  after making a determination under paragraph (1),

18  the President shall notify the appropriate congres-

19  sional committees and leadership of the determina-

20  tion and the reasons for the determination.

21    (c) HUMANITARIAN WAIVER.—The President may

22  waive, for renewable periods of 180 days, the application

23  of the sanctions under this subtitle if the President cer-

24  tifies to the appropriate congressional committees and

WASHSTATEC013654

2554

1 leadership that the waiver is necessary for the provision

2 of humanitarian assistance.

**SEC. 7215. PROCEDURES FOR JUDICIAL REVIEW OF CLASSI-**
**FIED INFORMATION.**

5    (a) IN GENERAL.—If a finding under this subtitle,

6 or a prohibition, condition, or penalty imposed as a result

7 of any such finding, is based on classified information (as

8 defined in section 1(a) of the Classified Information Pro-

9 cedures Act (18 U.S.C. App.)) and a court reviews the

10 finding or the imposition of the prohibition, condition, or

11 penalty, the President may submit such information to the

12 court ex parte and in camera.

13    (b) RULE OF CONSTRUCTION.—Nothing in this sec-

14 tion shall be construed—

15       (1) to confer or imply any right to judicial re-

16    view of any finding under this subtitle, or any prohi-

17    bition, condition, or penalty imposed as a result of

18    any such finding; or

19       (2) to limit or restrict any other practice, proce-

20    dure, right, remedy, or safeguard that—

21          (A) relates to the protection of classified

22       information; and

23          (B) is available to the United States in

24       connection with any type of administrative

25       hearing, litigation, or other proceeding.

WASHSTATEC013655

2555

1  **SEC. 7216. BRIEFINGS ON IMPLEMENTATION.**

2      Not later than 90 days after the date of the enact-

3  ment of this Act, and every 180 days thereafter until the

4  date that is 5 years after such date of enactment, the

5  President, acting through the Secretary of State and the

6  Director of National Intelligence, in coordination with the

7  Secretary of the Treasury, shall provide to the appropriate

8  congressional committees and leadership a comprehensive

9  briefing on efforts to implement this subtitle.

10  **SEC. 7217.  INCLUSION  OF  ADDITIONAL  MATERIAL  IN**

11               **INTERNATIONAL   NARCOTICS   CONTROL**

12               **STRATEGY REPORT.**

13      (a) SENSE OF CONGRESS.—It is the sense of Con-

14  gress that, in order to apply economic and other financial

15  sanctions to foreign traffickers of illicit opioids to protect

16  the national security, foreign policy, and economy of the

17  United States—

18          (1) the President should instruct the Secretary

19      of State to intensify diplomatic efforts, both in ap-

20      propriate international fora such as the United Na-

21      tions, the Group of Seven, the Group of Twenty, and

22      trilaterally  and  bilaterally  with  partners  of  the

23      United States, to combat foreign opioid trafficking,

24      including  by  working  to  establish  a  multilateral

25      sanctions regime with respect to foreign opioid traf-

26      ficking; and

WASHSTATEC013656

2556

1    (2) the Secretary of State, in consultation with

2    the Secretary of the Treasury, should intensify ef-

3    forts to maintain and strengthen the coalition of

4    countries formed to combat foreign opioid traf-

5    ficking.

6    (b) AMENDMENT TO FOREIGN ASSISTANCE ACT OF

7    1961.—Section 489(a) of the Foreign Assistance Act of

8    1961 (22 U.S.C. 2291(a)) is amended by adding at the

9    end the following:

10    ''(9)(A) An assessment conducted by the Sec-

11    retary of State, in consultation with the Secretary of

12    the Treasury and the Director of National Intel-

13    ligence, of the extent to which any diplomatic efforts

14    described in section 7217(a) of the Fentanyl Sanc-

15    tions Act have been successful.

16    ''(B) Each assessment required by subpara-

17    graph (A) shall include an identification of—

18        ''(i) the countries the governments of

19        which have agreed to undertake measures to

20        apply economic or other financial sanctions to

21        foreign traffickers of illicit opioids and a de-

22        scription of those measures; and

23        ''(ii) the countries the governments of

24        which have not agreed to measures described in

25        clause (i), and, with respect to those countries,

WASHSTATEC013657

2557

1       other measures the Secretary of State rec-
2       ommends that the United States take to apply
3       economic and other financial sanctions to for-
4       eign traffickers of illicit opioids.''.

## Subtitle B—Commission on Combating Synthetic Opioid Trafficking

**SEC. 7221. COMMISSION ON COMBATING SYNTHETIC OPIOID TRAFFICKING.**

10      (a) ESTABLISHMENT.—

11          (1) IN GENERAL.—There is established a com-
12      mission to develop a consensus on a strategic ap-
13      proach to combating the flow of synthetic opioids
14      into the United States.

15          (2) DESIGNATION.—The commission estab-
16      lished under paragraph (1) shall be known as the
17      ''Commission on Combating Synthetic Opioid Traf-
18      ficking'' (in this section referred to as the ''Commis-
19      sion'').

20      (b) MEMBERSHIP.—

21          (1) COMPOSITION.—

22              (A) IN GENERAL.—Subject to subpara-
23          graph (B), the Commission shall be composed
24          of the following members:

WASHSTATEC013658

2558

1        (i) The Director of the Office of Na-
2    tional Drug Control Policy.

3        (ii) The Administrator of the Drug
4    Enforcement Administration.

5        (iii) The Secretary of Homeland Secu-
6    rity.

7        (iv) The Secretary of Defense.

8        (v) The Secretary of the Treasury.

9        (vi) The Secretary of State.

10        (vii) The Director of National Intel-
11    ligence.

12        (viii) Two members appointed by the
13    majority leader of the Senate, one of whom
14    shall be a Member of the Senate and one
15    of whom shall not be.

16        (ix) Two members appointed by the
17    minority leader of the Senate, one of whom
18    shall be a Member of the Senate and one
19    of whom shall not be.

20        (x) Two members appointed by the
21    Speaker of the House of Representatives,
22    one of whom shall be a Member of the
23    House of Representatives and one of whom
24    shall not be.

WASHSTATEC013659

2559

1 (xi) Two members appointed by the

2 minority leader of the House of Represent-

3 atives, one of whom shall be a Member of

4 the House of Representatives and one of

5 whom shall not be.

6 (B)(i) The members of the Commission

7 who are not Members of Congress and who are

8 appointed under clauses (viii) through (xi) of

9 subparagraph (A) shall be individuals who are

10 nationally recognized for expertise, knowledge,

11 or experience in—

12 (I) transnational criminal organiza-

13 tions conducting synthetic opioid traf-

14 ficking;

15 (II) the production, manufacturing,

16 distribution, sale, or transportation of syn-

17 thetic opioids; or

18 (III) relations between—

19 (aa) the United States; and

20 (bb) the People's Republic of

21 China, Mexico, or any other country

22 of concern with respect to trafficking

23 in synthetic opioids.

24 (ii) An official who appoints members of

25 the Commission may not appoint an individual

WASHSTATEC013660

2560

1 as a member of the Commission if the indi-
2 vidual possesses any personal or financial inter-
3 est in the discharge of any of the duties of the
4 Commission.

5 (iii)(I) All members of the Commission de-
6 scribed in clause (i) shall possess an appro-
7 priate security clearance in accordance with ap-
8 plicable provisions of law concerning the han-
9 dling of classified information.

10 (II) For the purpose of facilitating the ac-
11 tivities of the Commission, the Director of Na-
12 tional Intelligence shall expedite to the fullest
13 degree possible the processing of security clear-
14 ances that are necessary for members of the
15 Commission.

16 (2) CO-CHAIRS.—

17 (A) IN GENERAL.—The Commission shall
18 have 2 co-chairs, selected from among the mem-
19 bers of the Commission, one of whom shall be
20 a member of the majority party and one of
21 whom shall be a member of the minority party.

22 (B) SELECTION.—The individuals who
23 serve as the co-chairs of the Commission shall
24 be jointly agreed upon by the President, the
25 majority leader of the Senate, the minority

WASHSTATEC013661

2561

1          leader of the Senate, the Speaker of the House

2          of Representatives, and the minority leader of

3          the House of Representatives.

4      (c) DUTIES.—The duties of the Commission are as

5  follows:

6          (1) To define the core objectives and priorities

7      of the strategic approach described in subsection

8      (a)(1).

9          (2) To weigh the costs and benefits of various

10     strategic options to combat the flow of synthetic

11     opioids from the People's Republic of China, Mexico,

12     and other countries of concern with respect to traf-

13     ficking in synthetic opioids.

14         (3) To evaluate whether the options described

15     in paragraph (2) are exclusive or complementary,

16     the best means for executing such options, and how

17     the United States should incorporate and implement

18     such options within the strategic approach described

19     in subsection (a)(1).

20         (4) To review and make determinations on the

21     difficult choices present within such options, among

22     them what norms-based regimes the United States

23     should seek to establish to encourage the effective

24     regulation of dangerous synthetic opioids.

WASHSTATEC013662

Case 2:20-cv-00111-RAJ   Document 106-20   Filed 09/23/20   Page 2638 of 5350


G:\CMTE\AS\20\C\ASCR20.XML

2562

1   (5) To report on efforts by actors in the Peo-
2   ple's Republic of China to subvert United States
3   laws and to supply illicit synthetic opioids to persons
4   in the United States, including up-to-date estimates
5   of the scale of illicit synthetic opioids flows from the
6   People's Republic of China.

7   (6) To report on the deficiencies in the regula-
8   tion of pharmaceutical and chemical production of
9   controlled substances and export controls with re-
10  spect to such substances in the People's Republic of
11  China and other countries that allow opioid traf-
12  fickers to subvert such regulations and controls to
13  traffic illicit opioids into the United States.

14  (7) To report on the scale of contaminated or
15  counterfeit drugs originating from Mexico, the Peo-
16  ple's Republic of China, India, and other countries
17  of concern with respect to the exportation of con-
18  taminated or counterfeit drugs.

19  (8) To report on how the United States could
20  work more effectively with subnational and local offi-
21  cials in the People's Republic of China and other
22  countries to combat the illicit production of synthetic
23  opioids.

24  (9) In weighing the options for defending the
25  United States against the dangers of trafficking in

g:\VHLC\120919\120919.161.xml       (751097|12)
December 9, 2019 (1:08 p.m.)


boilerplate>
WASHSTATEC013663

2563

1    synthetic opioids, to consider possible structures and

2    authorities that need to be established, revised, or

3    augmented within the Federal Government.

4    (d) FUNCTIONING OF COMMISSION.—The provisions

5    of subsections (c), (d), (e), (g), (h), (i), and (m) of section

6    1652 of the John S. McCain National Defense Authoriza-

7    tion Act for Fiscal Year 2019 (Public Law 115–232) shall

8    apply to the Commission to the same extent and in the

9    same manner as such provisions apply to the commission

10   established under that section, except that—

11        (1) subsection (c)(1) of that section shall be ap-

12        plied and administered by substituting ''30 days'' for

13        ''45 days'';

14        (2) subsection (g)(4)(A) of that section shall be

15        applied and administered by inserting ''and the At-

16        torney General'' after ''Secretary of Defense''; and

17        (3) subsections (h)(2)(A) and (i)(1)(A) of that

18        section shall be applied and administered by sub-

19        stituting ''level V of the Executive Schedule under

20        section 5316'' for ''level IV of the Executive Sched-

21        ule under section 5315''.

22   (e) TREATMENT OF INFORMATION PROVIDED TO

23   COMMISSION.—

24        (1) INFORMATION RELATING TO NATIONAL SE-

25        CURITY.—

WASHSTATEC013664

2564

1    (A) RESPONSIBILITY OF DIRECTOR OF NA-
2    TIONAL INTELLIGENCE.—The Director of Na-
3    tional Intelligence shall assume responsibility
4    for the handling and disposition of any informa-
5    tion related to the national security of the
6    United States that is received, considered, or
7    used by the Commission under this section.

8    (B) ACCESS AFTER TERMINATION OF COM-
9    MISSION.—Notwithstanding any other provision
10   of law, after the termination of the Commission
11   under subsection (h), only the members and
12   designated staff of the appropriate congres-
13   sional committees and leadership, the Director
14   of National Intelligence (and the designees of
15   the Director), and such other officials of the ex-
16   ecutive branch as the President may designate
17   shall have access to information related to the
18   national security of the United States that is
19   received, considered, or used by the Commis-
20   sion.

21   (2) INFORMATION PROVIDED BY CONGRESS.—
22   The Commission may obtain information from any
23   Member, committee, or office of Congress, including
24   information related to the national security of the
25   United States, only with the consent of the Member,

WASHSTATEC013665

2565

1   committee, or office involved and only in accordance

2   with any applicable rules and procedures of the

3   House of Representatives or Senate (as the case

4   may be) governing the provision of such information

5   by Members, committees, and offices of Congress to

6   entities in the executive branch.

7   (f) REPORTS.—The Commission shall submit to the

8   appropriate congressional committees and leadership—

9       (1) not later than 270 days after the date of

10      the enactment of this Act, an initial report on the

11      activities and recommendations of the Commission

12      under this section; and

13      (2) not later than 270 days after the submis-

14      sion of the initial report under paragraph (1), a final

15      report on the activities and recommendations of the

16      Commission under this section.

17   (g) TERMINATION.—

18      (1) IN GENERAL.—The Commission, and all the

19      authorities of this section, shall terminate at the end

20      of the 120-day period beginning on the date on

21      which the final report required by subsection (f)(2)

22      is submitted to the appropriate congressional com-

23      mittees and leadership.

24      (2) WINDING UP OF AFFAIRS.—The Commis-

25      sion may use the 120-day period described in para-

WASHSTATEC013666

2566

1    graph (1) for the purposes of concluding its activi-
2    ties, including providing testimony to Congress con-
3    cerning the final report required by subsection (f)(2)
4    and disseminating the report.

## Subtitle C—Other Matters

6    **SEC. 7231. DIRECTOR OF NATIONAL INTELLIGENCE PRO-**
7    **GRAM ON USE OF INTELLIGENCE RE-**
8    **SOURCES IN EFFORTS TO SANCTION FOR-**
9    **EIGN OPIOID TRAFFICKERS.**

10    (a) PROGRAM REQUIRED.—

11        (1) IN GENERAL.—The Director of National In-
12    telligence shall, in consultation with the Director of
13    the Office of National Drug Control Policy, carry
14    out a program to allocate and enhance use of re-
15    sources of the intelligence community, including in-
16    telligence collection and analysis, to assist the Sec-
17    retary of the Treasury, the Secretary of State, and
18    the Administrator of the Drug Enforcement Admin-
19    istration in efforts to identify and impose sanctions
20    with respect to foreign opioid traffickers under sub-
21    title A.

22        (2) FOCUS ON ILLICIT FINANCE.—To the ex-
23    tent practicable, efforts described in paragraph (1)
24    shall—

WASHSTATEC013667

2567

1          (A) take into account specific illicit finance

2     risks related to narcotics trafficking; and

3          (B) be developed in consultation with the

4     Undersecretary of the Treasury for Terrorism

5     and Financial Crimes, appropriate officials of

6     the Office of Intelligence and Analysis of the

7     Department of the Treasury, the Director of

8     the Financial Crimes Enforcement Network,

9     and appropriate Federal law enforcement agen-

10     cies.

11     (b) REVIEW OF COUNTERNARCOTICS EFFORTS OF

12 THE INTELLIGENCE COMMUNITY.—The Director of Na-

13 tional Intelligence shall, in coordination with the Director

14 of the Office of National Drug Control Policy, carry out

15 a comprehensive review of the current intelligence collec-

16 tion priorities of the intelligence community for counter-

17 narcotics purposes in order to identify whether such prior-

18 ities are appropriate and sufficient in light of the number

19 of lives lost in the United States each year due to use

20 of illegal drugs.

21     (c) REPORTS.—

22          (1) QUARTERLY REPORTS ON PROGRAM.—Not

23     later than 90 days after the date of the enactment

24     of this Act, and every 90 days thereafter, the Direc-

25     tor of National Intelligence and the Director of the

WASHSTATEC013668

2568

1    Office of National Drug Control Policy shall jointly

2    submit to the appropriate congressional committees

3    and leadership a report on the status and accom-

4    plishments of the program required by subsection

5    (a) during the 90-day period ending on the date of

6    the report. The first report under this paragraph

7    shall also include a description of the amount of

8    funds devoted by the intelligence community to the

9    efforts described in subsection (a) during each of fis-

10    cal years 2017 and 2018.

11    (2) REPORT ON REVIEW.—Not later than 120

12    days after the date of the enactment of this Act, the

13    Director of National Intelligence, in consultation

14    with the Director of the Office of National Drug

15    Control Policy and other relevant agencies, shall

16    submit to the appropriate congressional committees

17    and leadership—

18    (A) a comprehensive description of the re-

19    sults of the review required by subsection (b);

20    and

21    (B) an assessment of whether—

22    (i) the priorities described in that sub-

23    section are appropriate and sufficient in

24    light of the number of lives lost in the

WASHSTATEC013669

2569

1          United States each year due to use of ille-

2          gal drugs; and

3                    (ii) any changes to such priorities are

4                    necessary.

5     (d) INTELLIGENCE COMMUNITY DEFINED.—In this

6 section, the term "intelligence community" has the mean-

7 ing given that term in section 3(4) of the National Secu-

8 rity Act of 1947 (50 U.S.C. 3003(4)).

9 **SEC. 7232. AUTHORIZATION OF APPROPRIATIONS.**

10    (a) DEPARTMENT OF THE TREASURY.—There are

11 authorized to be appropriated to the Secretary of the

12 Treasury such sums as may be necessary for fiscal year

13 2020 to carry out operations and activities of the Depart-

14 ment of the Treasury solely for purposes of carrying out

15 this title.

16    (b) COMMISSION ON COMBATING SYNTHETIC OPIOID

17 TRAFFICKING.—Of the amount authorized to be appro-

18 priated by section 1403 for fiscal year 2020 and available

19 for Drug Interdiction and Counter-Drug Activities, De-

20 fense-wide, as specified in the funding table in section

21 4501, the Secretary of Defense may, notwithstanding sec-

22 tion 2215 of title 10, United States Code, transfer

23 $5,000,000 to the Commission on Combating Synthetic

24 Opioid Trafficking established under section 7221 in order

25 to carry out the duties of the Commission.

WASHSTATEC013670

2570

1    (c) SUPPLEMENT NOT SUPPLANT.—Amounts au-
2 thorized to be appropriated by subsection (a) shall supple-
3 ment and not supplant other amounts available to carry
4 out operations and activities described in such subsections.

5    (d) NOTIFICATION REQUIREMENT.—Amounts au-
6 thorized to be appropriated by subsection (a) may not be
7 obligated until 15 days after the date on which the Presi-
8 dent notifies the appropriate committees of Congress of
9 the President's intention to obligate such funds.

10   (e) APPROPRIATE COMMITTEES OF CONGRESS DE-
11 FINED.—In this section, the term "appropriate commit-
12 tees of Congress" means—

13       (1) the Committee on Armed Services, the
14    Committee on Banking, Housing, and Urban Af-
15    fairs, the Committee on Foreign Relations, the Se-
16    lect Committee on Intelligence, the Committee on
17    the Judiciary, and the Committee on Appropriations
18    of the Senate; and

19       (2) the Committee on Armed Services, the
20    Committee on Financial Services, the Committee on
21    Foreign Affairs, the Permanent Select Committee on
22    Intelligence, the Committee on Oversight and Re-
23    form, and the Committee on Appropriations of the
24    House of Representatives.

WASHSTATEC013671

2571

1 **SEC. 7233. REGULATORY AUTHORITY.**

2      Not later than 90 days after the date of the enact-
3 ment of this Act, the President shall issue such regulations
4 as are necessary to carry out this title, including guidance
5 with respect to what activities are included under the defi-
6 nition of "opioid trafficking" under section 7203(8).

7 **SEC. 7234. TERMINATION.**

8      The provisions of this title, and any sanctions im-
9 posed pursuant to this title, shall terminate on the date
10 that is 7 years after the date of the enactment of this
11 Act.

12 **SEC. 7235. EXCEPTION RELATING TO IMPORTATION OF**
13           **GOODS.**

14      (a) IN GENERAL.—The authorities and requirements
15 to impose sanctions under this title shall not include the
16 authority or a requirement to impose sanctions on the im-
17 portation of goods.

18      (b) GOOD DEFINED.—In this section, the term
19 "good" means any article, natural or manmade substance,
20 material, supply, or manufactured product, including in-
21 spection and test equipment, and excluding technical data.

22      # TITLE LXXIII—PFAS

Sec. 7301. Short title.
Sec. 7302. Definition of Administrator.

Subtitle A—Drinking Water

Sec. 7311. Monitoring and detection.
Sec. 7312. Drinking water state revolving funds.

WASHSTATEC013672

2572

### Subtitle B—PFAS Release Disclosure

Sec. 7321. Additions to toxics release inventory.

### Subtitle C—USGS Performance Standard

Sec. 7331. Definitions.
Sec. 7332. Performance standard for the detection of highly fluorinated com-
pounds.
Sec. 7333. Nationwide sampling.
Sec. 7334. Data usage.
Sec. 7335. Collaboration.

### Subtitle D—Emerging Contaminants

Sec. 7341. Definitions.
Sec. 7342. Research and coordination plan for enhanced response on emerging
contaminants.

### Subtitle E—Toxic Substances Control Act

Sec. 7351. PFAS data call.
Sec. 7352. Significant new use rule for long-chain PFAS.

### Subtitle F—Other Matters

Sec. 7361. PFAS destruction and disposal guidance.
Sec. 7362. PFAS research and development.

1   **SEC. 7301. SHORT TITLE.**

2       This title may be cited as the "PFAS Act of 2019".

3   **SEC. 7302. DEFINITION OF ADMINISTRATOR.**

4       In this title, the term "Administrator" means the Ad-

5   ministrator of the Environmental Protection Agency.

6   # Subtitle A—Drinking Water

7   **SEC. 7311. MONITORING AND DETECTION.**

8       (a) MONITORING PROGRAM FOR UNREGULATED

9   CONTAMINANTS.—

10          (1) IN GENERAL.—The Administrator shall in-

11      clude each substance described in paragraph (2) in

12      the fifth publication of the list of unregulated con-

13      taminants to be monitored under section

WASHSTATEC013673

2573

1  1445(a)(2)(B)(i) of the Safe Drinking Water Act
2  (42 U.S.C. 300j–4(a)(2)(B)(i)).

3    (2) SUBSTANCES DESCRIBED.—The substances
4  referred to in paragraph (1) are perfluoroalkyl and
5  polyfluoroalkyl substances and classes of
6  perfluoroalkyl and polyfluoroalkyl substances—

7        (A) for which a method to measure the
8     level in drinking water has been validated by
9     the Administrator; and

10       (B) that are not subject to a national pri-
11    mary drinking water regulation.

12   (3) EXCEPTION.—The perfluoroalkyl and
13  polyfluoroalkyl substances and classes of
14  perfluoroalkyl and polyfluoroalkyl substances in-
15  cluded in the list of unregulated contaminants to be
16  monitored under section 1445(a)(2)(B)(i) of the
17  Safe Drinking Water Act (42 U.S.C. 300j–
18  4(a)(2)(B)(i)) under paragraph (1) shall not count
19  towards the limit of 30 unregulated contaminants to
20  be monitored by public water systems under that
21  section.

22  (b) APPLICABILITY.—

23    (1) IN GENERAL.—The Administrator shall—

WASHSTATEC013674

2574

1        (A) require public water systems serving
2    more than 10,000 persons to monitor for the
3    substances described in subsection (a)(2);

4        (B) subject to paragraph (2) and the avail-
5    ability of appropriations, require public water
6    systems serving not fewer than 3,300 and not
7    more than 10,000 persons to monitor for the
8    substances described in subsection (a)(2); and

9        (C) subject to paragraph (2) and the avail-
10   ability of appropriations, ensure that only a
11   representative sample of public water systems
12   serving fewer than 3,300 persons are required
13   to monitor for the substances described in sub-
14   section (a)(2).

15   (2) REQUIREMENT.—If the Administrator de-
16   termines that there is not sufficient laboratory ca-
17   pacity to carry out the monitoring required under
18   subparagraphs (B) and (C) of paragraph (1), the
19   Administrator may waive the monitoring require-
20   ments in those subparagraphs.

21   (3) FUNDS.—The Administrator shall pay the
22   reasonable cost of such testing and laboratory anal-
23   ysis as is necessary to carry out the monitoring re-
24   quired under subparagraphs (B) and (C) of para-
25   graph (1) using—

WASHSTATEC013675

2575

1     (A) funds made available pursuant to sub-
2     section (a)(2)(H) or subsection (j)(5) of section
3     1445 of the Safe Drinking Water Act (42
4     U.S.C. 300j–4); or
5     (B) any other funds made available for
6     that purpose.

**SEC. 7312. DRINKING WATER STATE REVOLVING FUNDS.**

8     Section 1452 of the Safe Drinking Water Act (42
9     U.S.C. 300j–12) is amended—

10    (1) in subsection (a)(2), by adding at the end
11    the following:

12    ''(G) EMERGING CONTAMINANTS.—
13    ''(i) IN GENERAL.—Notwithstanding
14    any other provision of law and subject to
15    clause (ii), amounts deposited under sub-
16    section (t) in a State loan fund established
17    under this section may only be used to pro-
18    vide grants for the purpose of addressing
19    emerging contaminants, with a focus on
20    perfluoroalkyl and polyfluoroalkyl sub-
21    stances.
22    ''(ii) REQUIREMENTS.—
23    ''(I) SMALL AND DISADVAN-
24    TAGED COMMUNITIES.—Not less than
25    25 percent of the amounts described

WASHSTATEC013676

2576

1  in clause (i) shall be used to provide

2  grants to—

3  "(aa) disadvantaged commu-

4  nities (as defined in subsection

5  (d)(3)); or

6  "(bb) public water systems

7  serving fewer than 25,000 per-

8  sons.

9  "(II) PRIORITIES.—In selecting

10  the recipient of a grant using amounts

11  described in clause (i), a State shall

12  use the priorities described in sub-

13  section (b)(3)(A).

14  "(iii) NO INCREASED BONDING AU-

15  THORITY.—The amounts deposited in the

16  State loan fund of a State under sub-

17  section (t) may not be used as a source of

18  payment of, or security for (directly or in-

19  directly), in whole or in part, any obliga-

20  tion the interest on which is exempt from

21  the tax imposed under chapter 1 of the In-

22  ternal Revenue Code of 1986.";

23  (2) in subsection (m)(1), in the matter pre-

24  ceding subparagraph (A), by striking "this section"

g:\VHLC\120919\120919.161.xml          (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013677

2577

1    and inserting "this section, except for subsections

2    (a)(2)(G) and (t)"; and

3        (3) by adding at the end the following:

4    "(t) EMERGING CONTAMINANTS.—

5        "(1) IN GENERAL.—Amounts made available

6    under this subsection shall be allotted to a State as

7    if allotted under subsection (a)(1)(D) as a capital-

8    ization grant, for deposit into the State loan fund of

9    the State, for the purposes described in subsection

10    (a)(2)(G).

11        "(2) AUTHORIZATION OF APPROPRIATIONS.—

12    There is authorized to be appropriated to carry out

13    this subsection $100,000,000 for each of fiscal years

14    2020 through 2024, to remain available until ex-

15    pended.".

# Subtitle B—PFAS Release Disclosure

18    **SEC. 7321. ADDITIONS TO TOXICS RELEASE INVENTORY.**

19    (a) DEFINITION OF TOXICS RELEASE INVENTORY.—

20    In this section, the term "toxics release inventory" means

21    the list of toxic chemicals subject to the requirements of

22    section 313(c) of the Emergency Planning and Commu-

23    nity Right-To-Know Act of 1986 (42 U.S.C. 11023(c)).

24    (b) IMMEDIATE INCLUSION.—

WASHSTATEC013678

2578

1       (1) IN GENERAL.—Subject to subsection (e),
2   beginning January 1 of the calendar year following
3   the date of enactment of this Act, the following
4   chemicals shall be deemed to be included in the
5   toxies release inventory:

6       (A) Perfluorooctanoic acid (commonly re-
7       ferred to as "PFOA") (Chemical Abstracts
8       Service No. 335–67–1).

9       (B) The salts associated with the chemical
10      described in subparagraph (A) (Chemical Ab-
11      stracts Service Nos. 3825–26–1, 335–95–5, and
12      68141–02–6).

13      (C) Perfluorooctane sulfonic acid (com-
14      monly referred to as "PFOS") (Chemical Ab-
15      stracts Service No. 1763–23–1).

16      (D) The salts associated with the chemical
17      described in subparagraph (C) (Chemical Ab-
18      stracts Service Nos. 2795–39–3, 29457–72–5,
19      56773–42–3, 29081–56–9, and 70225–14–8).

20      (E) A perfluoroalkyl or polyfluoroalkyl sub-
21      stance   or   class   of   perfluoroalkyl   or
22      polyfluoroalkyl substances that is—

23          (i) listed as an active chemical sub-
24          stance in the February 2019 update to the
25          inventory under section 8(b)(1) of the

WASHSTATEC013679

2579

1      Toxic Substances Control Act (15 U.S.C.

2      2607(b)(1)); and

3           (ii) on the date of enactment of this

4      Act, subject to the provisions of—

5               (I) section 721.9582 of title 40,

6      Code of Federal Regulations; or

7               (II) section 721.10536 of title

8      40, Code of Federal Regulations.

9      (F) Hexafluoropropylene oxide dimer acid

10 (commonly referred to as "GenX") (Chemical

11 Abstracts Service No. 13252–13–6).

12      (G) The compound associated with the

13 chemical described in subparagraph (F) identi-

14 fied by Chemical Abstracts Service No. 62037–

15 80–3.

16      (H) Perfluorononanoic acid (commonly re-

17 ferred to as "PFNA") (Chemical Abstracts

18 Service No. 375–95–1).

19      (I) Perfluorohexanesulfonic acid (com-

20 monly referred to as "PFHxS") (Chemical Ab-

21 stracts Service No. 355–46–4).

22 (2) THRESHOLD FOR REPORTING.—

23      (A) IN GENERAL.—Subject to subpara-

24 graph (B), the threshold for reporting the

25 chemicals described in paragraph (1) under sec-

WASHSTATEC013680

2580

1    tion 313 of the Emergency Planning and Com-
2    munity Right-To-Know Act of 1986 (42 U.S.C.
3    11023) is 100 pounds.

4        (B) REVISIONS.—Not later than 5 years
5    after the date of enactment of this Act, the Ad-
6    ministrator shall—

7            (i) determine whether revision of the
8        threshold under subparagraph (A) is war-
9        ranted for any chemical described in para-
10       graph (1); and

11           (ii) if the Administrator determines a
12       revision to be warranted under clause (i),
13       initiate a revision under section 313(f)(2)
14       of the Emergency Planning and Commu-
15       nity Right-To-Know Act of 1986 (42
16       U.S.C. 11023(f)(2)).

17   (c) INCLUSION FOLLOWING ASSESSMENT.—

18       (1) IN GENERAL.—

19           (A) DATE OF INCLUSION.—Subject to sub-
20       section (e), notwithstanding section 313 of the
21       Emergency Planning and Community Right-To-
22       Know Act of 1986, a perfluoroalkyl or
23       polyfluoroalkyl substance or class of
24       perfluoroalkyl or polyfluoroalkyl substances not
25       described in subsection (b)(1) shall be deemed

WASHSTATEC013681

1　　　to be included in the toxics release inventory be-

2　　　ginning January 1 of the calendar year after

3　　　any of the following dates:

4　　　　　　　(i) FINAL TOXICITY VALUE.—The

5　　　date on which the Administrator finalizes a

6　　　toxicity value for the perfluoroalkyl or

7　　　polyfluoroalkyl substance or class of

8　　　perfluoroalkyl or polyfluoroalkyl sub-

9　　　stances.

10　　　　　　(ii) SIGNIFICANT NEW USE RULE.—

11　　　The date on which the Administrator

12　　　makes a covered determination for the

13　　　perfluoroalkyl or polyfluoroalkyl substance

14　　　or class of perfluoroalkyl or polyfluoroalkyl

15　　　substances.

16　　　　　　(iii) ADDITION TO EXISTING SIGNIFI-

17　　　CANT NEW USE RULE.—The date on which

18　　　the perfluoroalkyl or polyfluoroalkyl sub-

19　　　stance or class of perfluoroalkyl or

20　　　polyfluoroalkyl substances is added to a

21　　　list of substances covered by a covered de-

22　　　termination.

23　　　　　　(iv) ADDITION AS ACTIVE CHEMICAL

24　　　SUBSTANCE.—The date on which the

25　　　perfluoroalkyl or polyfluoroalkyl substance

WASHSTATEC013682

2582

1     or class of perfluoroalkyl or polyfluoroalkyl
2     substances to which a covered determina-
3     tion applies is—

4          (I) added to the list published
5          under paragraph (1) of section 8(b) of
6          the Toxic Substances Control Act and
7          designated as an active chemical sub-
8          stance under paragraph (5)(A) of
9          such section; or

10          (II) designated as an active
11          chemical substance on such list under
12          paragraph (5)(B) of such section.

13     (B) COVERED DETERMINATION.—For pur-
14     poses of this paragraph, a covered determina-
15     tion is a determination made, by rule, under
16     section 5(a)(2) of the Toxic Substances Control
17     Act that a use of a perfluoroalkyl or
18     polyfluoroalkyl substance or class of
19     perfluoroalkyl or polyfluoroalkyl substances is a
20     significant new use (except such a determina-
21     tion made in connection with a determination
22     described in section 5(a)(3)(B) or section
23     5(a)(3)(C) of such Act).

24     (2) THRESHOLD FOR REPORTING.—

WASHSTATEC013683

2583

1      (A) IN GENERAL.—Subject to subpara-
2    graph (B), notwithstanding subsection (f)(1) of
3    section 313 of the Emergency Planning and
4    Community Right-To-Know Act of 1986 (42
5    U.S.C. 11023), the threshold for reporting
6    under such section 313 the substances and
7    classes of substances included in the toxics re-
8    lease inventory under paragraph (1) is 100
9    pounds.

10      (B) REVISIONS.—Not later than 5 years
11    after the date on which a perfluoroalkyl or
12    polyfluoroalkyl substance or class of
13    perfluoroalkyl or polyfluoroalkyl substances is
14    included in the toxics release inventory under
15    paragraph (1), the Administrator shall—

16          (i) determine whether revision of the
17        threshold under subparagraph (A) is war-
18        ranted for the substance or class of sub-
19        stances; and

20          (ii) if the Administrator determines a
21        revision to be warranted under clause (i),
22        initiate a revision under section 313(f)(2)
23        of the Emergency Planning and Commu-
24        nity Right-To-Know Act of 1986 (42
25        U.S.C. 11023(f)(2)).

WASHSTATEC013684

2584

1   (d) INCLUSION FOLLOWING DETERMINATION.—

2   (1) IN GENERAL.—Not later than 2 years after

3   the date of enactment of this Act, the Administrator

4   shall determine whether the substances and classes

5   of substances described in paragraph (2) meet any

6   one of the criteria described in section 313(d)(2) of

7   the Emergency Planning and Community Right-To-

8   Know Act of 1986 (42 U.S.C. 11023(d)(2)) for in-

9   clusion in the toxics release inventory.

10   (2) SUBSTANCES DESCRIBED.—The substances

11   and classes of substances referred to in paragraph

12   (1) are perfluoroalkyl and polyfluoroalkyl substances

13   and classes of perfluoroalkyl and polyfluoroalkyl sub-

14   stances not described in subsection (b)(1), includ-

15   ing—

16   (A)     perfluoro[(2-pentafluoroethoxy-

17   ethoxy)acetic acid] ammonium salt (Chemical

18   Abstracts Service No. 908020–52–0);

19   (B)   2,3,3,3-tetrafluoro   2–(1,1,2,3,3,3-

20   hexafluoro)–2–(trifluoromethoxy) propanoyl flu-

21   oride (Chemical Abstracts Service No. 2479–

22   75–6);

23   (C)   2,3,3,3-tetrafluoro   2–(1,1,2,3,3,3-

24   hexafluoro)–2–(trifluoromethoxy) propionic acid

25   (Chemical Abstracts Service No. 2479–73–4);

WASHSTATEC013685

1    (D)    3H-perfluoro-3-[(3-methoxy-propoxy)

2    propanoic acid] (Chemical Abstracts Service

3    No. 919005–14–4);

4    (E) the salts associated with the chemical

5    described in subparagraph (D) (Chemical Ab-

6    stracts Service Nos. 958445–44–8, 1087271–

7    46–2, and NOCAS 892452);

8    (F)    1-octanesulfonic    acid

9    3,3,4,4,5,5,6,6,7,7,8,8-tridecafluoro-potassium

10   salt (Chemical Abstracts Service No. 59587–

11   38–1);

12   (G) perfluorobutanesulfonic acid (Chemical

13   Abstracts Service No. 375–73–5);

14   (H)    1–Butanesulfonic    acid,

15   1,1,2,2,3,3,4,4-nonafluoro-potassium    salt

16   (Chemical Abstracts Service No. 29420–49–3);

17   (I) the component associated with the

18   chemical described in subparagraph (H) (Chem-

19   ical Abstracts Service No. 45187–15–3);

20   (J) heptafluorobutyric acid (Chemical Ab-

21   stracts Service No. 375–22–4);

22   (K) perfluorohexanoic acid (Chemical Ab-

23   stracts Service No. 307–24–4);

24   (L) the compound associated with the

25   chemical described in subsection (b)(1)(F) iden-

WASHSTATEC013686

2586

1         tified by Chemical Abstracts Service No. 2062–

2         98–8;

3         (M) perfluoroheptanoic acid (commonly re-

4         ferred to as ''PFHpA'') (Chemical Abstracts

5         Service No. 375–85–9);

6         (N) each perfluoroalkyl or polyfluoroalkyl

7         substance or class of perfluoroalkyl or

8         polyfluoroalkyl substances for which a method

9         to measure levels in drinking water has been

10         validated by the Administrator; and

11         (O) a perfluoroalkyl and polyfluoroalkyl

12         substance or class of perfluoroalkyl or

13         polyfluoroalkyl substances other than the

14         chemicals described in subparagraphs (A)

15         through (N) that is used to manufacture

16         fluorinated polymers, as determined by the Ad-

17         ministrator.

18      (3) ADDITION TO TOXICS RELEASE INVEN-

19     TORY.—Subject to subsection (e), if the Adminis-

20     trator determines under paragraph (1) that a sub-

21     stance or a class of substances described in para-

22     graph (2) meets any one of the criteria described in

23     section 313(d)(2) of the Emergency Planning and

24     Community Right-To-Know Act of 1986 (42 U.S.C.

25     11023(d)(2)), the Administrator shall revise the

WASHSTATEC013687

2587

1   toxics release inventory in accordance with such sec-
2   tion 313(d) to include that substance or class of sub-
3   stances not later than 2 years after the date on
4   which the Administrator makes the determination.

5   (e) CONFIDENTIAL BUSINESS INFORMATION.—

6       (1) IN GENERAL.—Prior to including on the
7   toxics release inventory pursuant to subsection
8   (b)(1), (c)(1), or (d)(3) any perfluoroalkyl or
9   polyfluoroalkyl substance or class of perfluoroalkyl
10  or polyfluoroalkyl substances the chemical identity of
11  which is subject to a claim of a person of protection
12  from disclosure under subsection (a) of section 552
13  of title 5, United States Code, pursuant to sub-
14  section (b)(4) of that section, the Administrator
15  shall—

16          (A) review any such claim of protection
17      from disclosure; and

18          (B) require that person to reassert and
19      substantiate or resubstantiate that claim in ac-
20      cordance with section 14(f) of the Toxic Sub-
21      stances Control Act (15 U.S.C. 2613(f)).

22      (2) NONDISCLOSURE OF PROTECTION INFORMA-
23  TION.—If the Administrator determines that the
24  chemical    identity    of    a    perfluoroalkyl    or
25  polyfluoroalkyl substance or class of perfluoroalkyl

WASHSTATEC013688

2588

1    or polyfluoroalkyl substances qualifies for protection

2    from disclosure pursuant to paragraph (1), the Ad-

3    ministrator shall include the substance or class of

4    substances, as applicable, on the toxics release inven-

5    tory in a manner that does not disclose the protected

6    information.

7    (f) EMERGENCY PLANNING AND COMMUNITY RIGHT-

8 TO-KNOW ACT OF 1986.—Section 313(c) of the Emer-

9 gency Planning and Community Right-To-Know Act of

10 1986 (42 U.S.C. 11023(c)) is amended—

11    (1) by striking the period at the end and insert-

12    ing "; and";

13    (2) by striking "are those chemicals" and in-

14    serting the following: "are—

15    "(1) the chemicals"; and

16    (3) by adding at the end the following:

17    "(2) the chemicals included on such list under

18    subsections (b)(1), (c)(1), and (d)(3) of section 7321

19    of the PFAS Act of 2019.".

# Subtitle C—USGS Performance Standard

20
21

22 **SEC. 7331. DEFINITIONS.**

23    In this subtitle:

24    (1) DIRECTOR.—The term "Director" means

25    the Director of the United States Geological Survey.

WASHSTATEC013689

2589

1    (2) HIGHLY FLUORINATED COMPOUND.—

2    (A) IN GENERAL.—The term "highly
3    fluorinated compound" means a perfluoroalkyl
4    substance or a polyfluoroalkyl substance with at
5    least one fully fluorinated carbon atom.

6    (B) DEFINITIONS.—In this paragraph:

7    (i) FULLY FLUORINATED CARBON
8    ATOM.—The term "fully fluorinated carbon
9    atom" means a carbon atom on which all
10   the hydrogen substituents have been re-
11   placed by fluorine.

12   (ii) PERFLUOROALKYL SUBSTANCE.—
13   The term "perfluoroalkyl substance"
14   means a chemical of which all of the car-
15   bon atoms are fully fluorinated carbon
16   atoms.

17   (iii) POLYFLUOROALKYL SUB-
18   STANCE.—The term "polyfluoroalkyl sub-
19   stance" means a chemical containing at
20   least one fully fluorinated carbon atom and
21   at least one carbon atom that is not a fully
22   fluorinated carbon atom.

WASHSTATEC013690

2590

1 SEC. 7332. PERFORMANCE STANDARD FOR THE DETECTION

2 　　　　OF HIGHLY FLUORINATED COMPOUNDS.

3 　　(a) IN GENERAL.—The Director, in consultation with

4 the Administrator, shall establish a performance standard

5 for the detection of highly fluorinated compounds.

6 　　(b) EMPHASIS.—

7 　　　　(1) IN GENERAL.—In developing the perform-

8 　　　ance standard under subsection (a), the Director

9 　　　shall emphasize the ability to detect as many highly

10 　　　fluorinated compounds present in the environment

11 　　　as possible using validated analytical methods that—

12 　　　　　(A) achieve limits of quantitation (as de-

13 　　　　fined in the document of the United States Ge-

14 　　　　ological Survey entitled "Analytical Methods for

15 　　　　Chemical Analysis of Geologic and Other Mate-

16 　　　　rials, U.S. Geological Survey" and dated 2002);

17 　　　　and

18 　　　　　(B) are as sensitive as is feasible and prac-

19 　　　　ticable.

20 　　　　(2) REQUIREMENT.—In developing the per-

21 　　　formance standard under subsection (a), the Direc-

22 　　　tor may—

23 　　　　　(A) develop quality assurance and quality

24 　　　　control measures to ensure accurate sampling

25 　　　　and testing;

g:\VHLC\120919\120919.161.xml　　　(751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013691

2591

1        (B) develop a training program with re-
2     spect to the appropriate method of sample col-
3     lection and analysis of highly fluorinated com-
4     pounds; and

5        (C) coordinate as necessary with the Ad-
6     ministrator, including, if appropriate, to develop
7     methods to detect individual and different high-
8     ly fluorinated compounds simultaneously.

## SEC. 7333. NATIONWIDE SAMPLING.

10    (a) IN GENERAL.—The Director shall carry out a na-
11 tionwide sampling to determine the concentration of highly
12 fluorinated compounds in estuaries, lakes, streams,
13 springs, wells, wetlands, rivers, aquifers, and soil using the
14 performance standard developed under section 7332(a).

15    (b) REQUIREMENTS.—In carrying out the sampling
16 under subsection (a), the Director shall—

17    (1) first carry out the sampling at sources of
18    drinking water near locations with known or sus-
19    pected releases of highly fluorinated compounds;

20    (2) when carrying out sampling of sources of
21    drinking water under paragraph (1), carry out the
22    sampling prior to and, at the request of the Admin-
23    istrator, after any treatment of the water;

24    (3) survey for ecological exposure to highly
25    fluorinated compounds, with a priority in deter-

WASHSTATEC013692

2592

1  mining direct human exposure through drinking

2  water; and

3      (4) consult with—

4          (A) States to determine areas that are a

5      priority for sampling; and

6          (B) the Administrator—

7             (i) to enhance coverage of the sam-

8          pling; and

9             (ii) to avoid unnecessary duplication.

10    (c) REPORT.—Not later than 120 days after the com-

11  pletion of the sampling under subsection (a), the Director

12  shall prepare a report describing the results of the sam-

13  pling and submit the report to—

14      (1) the Committee on Environment and Public

15  Works and the Committee on Energy and Natural

16  Resources of the Senate;

17      (2) the Committee on Energy and Commerce

18  and the Committee on Natural Resources of the

19  House of Representatives;

20      (3) the Senators of each State in which the Di-

21  rector carried out the sampling; and

22      (4) each Member of the House of Representa-

23  tives who represents a district in which the Director

24  carried out the sampling.

WASHSTATEC013693

2593

## SEC. 7334. DATA USAGE.

(a) IN GENERAL.—The Director shall provide the sampling data collected under section 7333 to—

(1) the Administrator; and

(2) other Federal and State regulatory agencies on request.

(b) USAGE.—The sampling data provided under subsection (a) shall be used to inform and enhance assessments of exposure, likely health and environmental impacts, and remediation priorities.

## SEC. 7335. COLLABORATION.

In carrying out this subtitle, the Director shall collaborate with—

(1) appropriate Federal and State regulators;

(2) institutions of higher education;

(3) research institutions; and

(4) other expert stakeholders.

# Subtitle D—Emerging Contaminants

## SEC. 7341. DEFINITIONS.

In this subtitle:

(1) CONTAMINANT.—The term "contaminant" means any physical, chemical, biological, or radiological substance or matter in water.

(2) CONTAMINANT OF EMERGING CONCERN; EMERGING CONTAMINANT.—The terms "contami-

WASHSTATEC013694

2594

1 nant of emerging concern'' and ''emerging contami-
2 nant'' mean a contaminant—

3     (A) for which the Administrator has not
4     promulgated a national primary drinking water
5     regulation; and

6     (B) that may have an adverse effect on the
7     health of individuals.

8     (3) FEDERAL RESEARCH STRATEGY.—The term
9 ''Federal research strategy'' means the coordinated
10 cross-agency plan for addressing critical research
11 gaps related to detecting, assessing exposure to, and
12 identifying the adverse health effects of emerging
13 contaminants in drinking water developed by the Of-
14 fice of Science and Technology Policy in response to
15 the report of the Committee on Appropriations of
16 the Senate accompanying S. 1662 of the 115th Con-
17 gress (S. Rept. 115–139).

18     (4) TECHNICAL ASSISTANCE AND SUPPORT.—
19 The term ''technical assistance and support'' in-
20 cludes—

21     (A) assistance with—

22         (i) identifying appropriate analytical
23         methods for the detection of contaminants;

WASHSTATEC013695

2595

1     (ii) understanding the strengths and

2    limitations of the analytical methods de-

3    scribed in clause (i);

4     (iii) troubleshooting the analytical

5    methods described in clause (i);

6   (B) providing advice on laboratory certifi-

7  cation program elements;

8   (C) interpreting sample analysis results;

9   (D) providing training with respect to

10  proper analytical techniques;

11   (E) identifying appropriate technology for

12  the treatment of contaminants; and

13   (F) analyzing samples, if—

14     (i) the analysis cannot be otherwise

15    obtained in a practicable manner other-

16    wise; and

17     (ii) the capability and capacity to per-

18    form the analysis is available at a Federal

19    facility.

20  (5) WORKING GROUP.—The term ''Working

21 Group'' means the Working Group established under

22 section 7342(b)(1).

WASHSTATEC013696

2596

**SEC. 7342. RESEARCH AND COORDINATION PLAN FOR EN-HANCED RESPONSE ON EMERGING CONTAMI-NANTS.**

(a) IN GENERAL.—The Administrator shall—

(1) review Federal efforts—

(A) to identify, monitor, and assist in the development of treatment methods for emerging contaminants; and

(B) to assist States in responding to the human health risks posed by contaminants of emerging concern; and

(2) in collaboration with owners and operators of public water systems, States, and other interested stakeholders, establish a strategic plan for improving the Federal efforts referred to in paragraph (1).

(b) INTERAGENCY WORKING GROUP ON EMERGING CONTAMINANTS.—

(1) IN GENERAL.—Not later than 180 days after the date of enactment of this Act, the Administrator and the Secretary of Health and Human Services shall jointly establish a Working Group to coordinate the activities of the Federal Government to identify and analyze the public health effects of drinking water contaminants of emerging concern.

(2) MEMBERSHIP.—The Working Group shall include representatives of the following:

WASHSTATEC013697

2597

1     (A) The Environmental Protection Agency,

2 appointed by the Administrator.

3     (B) The following agencies, appointed by

4 the Secretary of Health and Human Services:

5     (i) The National Institutes of Health.

6     (ii) The Centers for Disease Control

7 and Prevention.

8     (iii) The Agency for Toxic Substances

9 and Disease Registry.

10     (C) The United States Geological Survey,

11 appointed by the Secretary of the Interior.

12     (D) Any other Federal agency the assist-

13 ance of which the Administrator determines to

14 be necessary to carry out this subsection, ap-

15 pointed by the head of the respective agency.

16     (3) EXISTING WORKING GROUP.—The Adminis-

17 trator may expand or modify the duties of an exist-

18 ing working group to perform the duties of the

19 Working Group under this subsection.

20 (c) NATIONAL EMERGING CONTAMINANT RESEARCH

21 INITIATIVE.—

22     (1) FEDERAL RESEARCH STRATEGY.—

23     (A) IN GENERAL.—Not later than 180

24 days after the date of enactment of this Act,

25 the Director of the Office of Science and Tech-

WASHSTATEC013698

2598

1    nology Policy (referred to in this subsection as
2    the "Director") shall coordinate with the heads
3    of the agencies described in subparagraph (C)
4    to establish a research initiative, to be known as
5    the "National Emerging Contaminant Research
6    Initiative", that shall—

7        (i) use the Federal research strategy
8        to improve the identification, analysis,
9        monitoring, and treatment methods of con-
10       taminants of emerging concern; and

11       (ii) develop any necessary program,
12       policy, or budget to support the implemen-
13       tation of the Federal research strategy, in-
14       cluding mechanisms for joint agency review
15       of research proposals, for interagency co-
16       funding of research activities, and for in-
17       formation sharing across agencies.

18    (B) RESEARCH ON EMERGING CONTAMI-
19    NANTS.—In carrying out subparagraph (A), the
20    Director shall—

21       (i) take into consideration consensus
22       conclusions from peer-reviewed, pertinent
23       research on emerging contaminants; and

WASHSTATEC013699

2599

1              (ii) in consultation with the Adminis-
2          trator, identify priority emerging contami-
3          nants for research emphasis.
4          (C) FEDERAL PARTICIPATION.—The agen-
5      cies referred to in subparagraph (A) include—
6              (i) the National Science Foundation;
7              (ii) the National Institutes of Health;
8              (iii) the Environmental Protection
9          Agency;
10             (iv) the National Institute of Stand-
11         ards and Technology;
12             (v) the United States Geological Sur-
13         vey; and
14             (vi) any other Federal agency that
15         contributes to research in water quality,
16         environmental exposures, and public
17         health, as determined by the Director.
18         (D) PARTICIPATION FROM ADDITIONAL
19     ENTITIES.—In carrying out subparagraph (A),
20     the Director shall consult with nongovernmental
21     organizations, State and local governments, and
22     science and research institutions determined by
23     the Director to have scientific or material inter-
24     est in the National Emerging Contaminant Re-
25     search Initiative.

WASHSTATEC013700

2600

1　　　　(2) IMPLEMENTATION OF RESEARCH REC-

2　　OMMENDATIONS.—

3　　　　　　(A) IN GENERAL.—Not later than 1 year

4　　　　　　after the date on which the Director and heads

5　　　　　　of the agencies described in paragraph (1)(C)

6　　　　　　establish the National Emerging Contaminant

7　　　　　　Research Initiative under paragraph (1)(A), the

8　　　　　　head of each agency described in paragraph

9　　　　　　(1)(C) shall—

10　　　　　　　　(i) issue a solicitation for research

11　　　　　　　　proposals consistent with the Federal re-

12　　　　　　　　search strategy and that agency's mission;

13　　　　　　　　and

14　　　　　　　　(ii) make grants to applicants that

15　　　　　　　　submit research proposals consistent with

16　　　　　　　　the Federal research strategy and in ac-

17　　　　　　　　cordance with subparagraph (B).

18　　　　　　(B) SELECTION OF RESEARCH PRO-

19　　　　　　POSALS.—The head of each agency described in

20　　　　　　paragraph (1)(C) shall select research proposals

21　　　　　　to receive grants under this paragraph on the

22　　　　　　basis of merit, using criteria identified by the

23　　　　　　head of each such agency, including the likeli-

24　　　　　　hood that the proposed research will result in

WASHSTATEC013701

1   significant progress toward achieving the objec-
2   tives identified in the Federal research strategy.
3       (C) ELIGIBLE ENTITIES.—Any entity or
4   group of 2 or more entities may submit to the
5   head of each agency described in paragraph
6   (1)(C) a research proposal in response to the
7   solicitation for research proposals described in
8   subparagraph (A)(i), including, consistent with
9   that agency's grant policies—
10          (i) State and local agencies;
11          (ii) public institutions, including pub-
12      lic institutions of higher education;
13          (iii) private corporations; and
14          (iv) nonprofit organizations.
15  (d) FEDERAL TECHNICAL ASSISTANCE AND SUP-
16  PORT FOR STATES.—
17      (1) STUDY.—
18          (A) IN GENERAL.—Not later than 1 year
19      after the date of enactment of this Act, the Ad-
20      ministrator shall conduct a study on actions the
21      Administrator can take to increase technical as-
22      sistance and support for States with respect to
23      emerging contaminants in drinking water sam-
24      ples.

WASHSTATEC013702

2602

1       (B) CONTENTS OF STUDY.—In carrying

2 out the study described in subparagraph (A),

3 the Administrator shall identify—

4       (i) methods and effective treatment

5 options to increase technical assistance and

6 support with respect to emerging contami-

7 nants to States, including identifying op-

8 portunities for States to improve commu-

9 nication with various audiences about the

10 risks associated with emerging contami-

11 nants;

12       (ii) means to facilitate access to quali-

13 fied contract testing laboratory facilities

14 that conduct analyses for emerging con-

15 taminants; and

16       (iii) actions to be carried out at exist-

17 ing Federal laboratory facilities, including

18 the research facilities of the Administrator,

19 to provide technical assistance and support

20 for States that require testing facilities for

21 emerging contaminants.

22       (C) AVAILABILITY OF ANALYTICAL RE-

23 SOURCES.—In carrying out the study described

24 in subparagraph (A), the Administrator shall

25 consider—

WASHSTATEC013703

2603

1 (i) the availability of—

2  (I) Federal and non-Federal lab-

3  oratory capacity; and

4  (II) validated methods to detect

5  and analyze contaminants; and

6 (ii) other factors determined to be ap-

7 propriate by the Administrator.

8 (2) REPORT.—Not later than 18 months after

9 the date of enactment of this Act, the Administrator

10 shall submit to Congress a report describing the re-

11 sults of the study described in paragraph (1).

12 (3) PROGRAM TO PROVIDE FEDERAL ASSIST-

13 ANCE TO STATES.—

14 (A) IN GENERAL.—Not later than 3 years

15 after the date of enactment of this Act, based

16 on the findings in the report described in para-

17 graph (2), the Administrator shall develop a

18 program to provide technical assistance and

19 support to eligible States for the testing and

20 analysis of emerging contaminants.

21 (B) APPLICATION.—

22 (i) IN GENERAL.—To be eligible for

23 technical assistance and support under this

24 paragraph, a State shall submit to the Ad-

25 ministrator an application at such time, in

WASHSTATEC013704

2604

1    such manner, and containing such infor-

2    mation as the Administrator may require.

3          (ii) CRITERIA.—The Administrator

4    shall evaluate an application for technical

5    assistance and support under this para-

6    graph on the basis of merit using criteria

7    identified by the Administrator, includ-

8    ing—

9          (I) the laboratory facilities avail-

10        able to the State;

11          (II) the availability and applica-

12        bility of existing analytical methodolo-

13        gies;

14          (III) the potency and severity of

15        the emerging contaminant, if known;

16        and

17          (IV) the prevalence and mag-

18        nitude of the emerging contaminant.

19          (iii) PRIORITIZATION.—In selecting

20    States to receive technical assistance and

21    support under this paragraph, the Admin-

22    istrator—

23          (I) shall give priority to States

24        with affected areas primarily in finan-

25        cially distressed communities;

WASHSTATEC013705

2605

1                (II) may—

2                     (aa) waive the application

3                process in an emergency situa-

4                tion; and

5                     (bb) require an abbreviated

6                application process for the con-

7                tinuation of work specified in a

8                previously approved application

9                that continues to meet the cri-

10               teria described in clause (ii); and

11               (III) shall consider the relative

12          expertise and availability of—

13               (aa) Federal and non-Fed-

14             eral laboratory capacity available

15             to the State;

16               (bb) analytical resources

17             available to the State; and

18               (cc) other types of technical

19             assistance available to the State.

20      (C) DATABASE OF AVAILABLE RE-

21 SOURCES.—The Administrator shall establish

22 and maintain a database of resources available

23 through the program developed under subpara-

24 graph (A) to assist States with testing for

25 emerging contaminants that—

WASHSTATEC013706

G:\CMTE\AS\20\C\ASCR20.XML

2606

1  (i) is—

2      (I) available to States and stake-

3  holder groups determined by the Ad-

4  ministrator to have scientific or mate-

5  rial interest in emerging contami-

6  nants, including—

7          (aa) drinking water and

8      wastewater utilities;

9          (bb) laboratories;

10          (cc) Federal and State emer-

11      gency responders;

12          (dd) State primacy agencies;

13          (ee) public health agencies;

14      and

15          (ff) water associations;

16      (II) searchable; and

17      (III) accessible through the

18  website of the Administrator; and

19  (ii) includes a description of—

20      (I) qualified contract testing lab-

21  oratory facilities that conduct analyses

22  for emerging contaminants; and

23      (II) the resources available in

24  Federal laboratory facilities to test for

25  emerging contaminants.

WASHSTATEC013707

1          (D) WATER CONTAMINANT INFORMATION

2     TOOL.—The Administrator shall integrate the

3     database established under subparagraph (C)

4     into the Water Contaminant Information Tool

5     of the Environmental Protection Agency.

6          (4) FUNDING.—Of the amounts available to the

7     Administrator, the Administrator may use not more

8     than $15,000,000 in a fiscal year to carry out this

9     subsection.

10     (e) REPORT.—Not less frequently than once every 2

11 years until 2029, the Administrator shall submit to Con-

12 gress a report that describes the progress made in car-

13 rying out this subtitle.

14     (f) EFFECT.—Nothing in this section modifies any

15 obligation of a State, local government, or Indian Tribe

16 with respect to treatment methods for, or testing or moni-

17 toring of, drinking water.

## Subtitle E—Toxic Substances Control Act

20 SEC. 7351. PFAS DATA CALL.

21     Section 8(a) of the Toxic Substances Control Act (15

22 U.S.C. 2607(a)) is amended by adding at the end the fol-

23 lowing:

24          "(7) PFAS DATA.—Not later than January 1,

25     2023, the Administrator shall promulgate a rule in

WASHSTATEC013708

2608

1  accordance with this subsection requiring each per-
2  son who has manufactured a chemical substance
3  that is a perfluoroalkyl or polyfluoroalkyl substance
4  in any year since January 1, 2011, to submit to the
5  Administrator a report that includes, for each year
6  since January 1, 2011, the information described in
7  subparagraphs (A) through (G) of paragraph (2).''.

**SEC. 7352. SIGNIFICANT NEW USE RULE FOR LONG-CHAIN**
8
9              **PFAS.**

10  Not later than June 22, 2020, the Administrator
11  shall take final action on the proposed rule entitled ''Long-
12  Chain Perfluoroalkyl Carboxylate and Perfluoroalkyl
13  Sulfonate Chemical Substances; Significant New Use
14  Rule'' (80 Fed. Reg. 2885 (January 21, 2015)).

# Subtitle F—Other Matters

**SEC. 7361. PFAS DESTRUCTION AND DISPOSAL GUIDANCE.**
16

17  (a) IN GENERAL.—Not later than 1 year after the
18  date of enactment of this Act, the Administrator shall
19  publish interim guidance on the destruction and disposal
20  of perfluoroalkyl and polyfluoroalkyl substances and mate-
21  rials containing perfluoroalkyl and polyfluoroalkyl sub-
22  stances, including—

23          (1) aqueous film-forming foam;

24          (2) soil and biosolids;

WASHSTATEC013709

2609

1       (3) textiles, other than consumer goods, treated

2 with perfluoroalkyl and polyfluoroalkyl substances;

3       (4) spent filters, membranes, resins, granular

4 carbon, and other waste from water treatment;

5       (5) landfill leachate containing perfluoroalkyl

6 and polyfluoroalkyl substances; and

7       (6) solid, liquid, or gas waste streams con-

8 taining perfluoroalkyl and polyfluoroalkyl substances

9 from facilities manufacturing or using perfluoroalkyl

10 and polyfluoroalkyl substances.

11 (b) CONSIDERATIONS; INCLUSIONS.—The interim

12 guidance under subsection (a) shall—

13       (1) take into consideration—

14          (A) the potential for releases of

15       perfluoroalkyl and polyfluoroalkyl substances

16       during destruction or disposal, including

17       through volatilization, air dispersion, or leach-

18       ate; and

19          (B) potentially vulnerable populations liv-

20       ing near likely destruction or disposal sites; and

21       (2) provide guidance on testing and monitoring

22 air, effluent, and soil near potential destruction or

23 disposal sites for releases described in paragraph

24       (1)(A).

WASHSTATEC013710

2610

1   (c) REVISIONS.—The Administrator shall publish re-

2 visions to the interim guidance under subsection (a) as

3 the Administrator determines to be appropriate, but not

4 less frequently than once every 3 years.

**5 SEC. 7362. PFAS RESEARCH AND DEVELOPMENT.**

6   (a) IN GENERAL.—The Administrator, acting

7 through the Assistant Administrator for the Office of Re-

8 search and Development, shall—

9      (1)(A) further examine the effects of

10     perfluoroalkyl and polyfluoroalkyl substances on

11     human health and the environment; and

12      (B) make publicly available information relating

13     to the findings under subparagraph (A);

14      (2) develop a process for prioritizing which

15     perfluoroalkyl and polyfluoroalkyl substances, or

16     classes of perfluoroalkyl and polyfluoroalkyl sub-

17     stances, should be subject to additional research ef-

18     forts that is based on—

19      (A) the potential for human exposure to

20      the substances or classes of substances;

21      (B) the potential toxicity of the substances

22      or classes of substances; and

23      (C) information available about the sub-

24      stances or classes of substances;

WASHSTATEC013711

2611

1       (3) develop new tools to characterize and iden-

2 tify perfluoroalkyl and polyfluoroalkyl substances in

3 the environment, including in drinking water, waste-

4 water, surface water, groundwater, solids, and the

5 air;

6       (4) evaluate approaches for the remediation of

7 contamination by perfluoroalkyl and polyfluoroalkyl

8 substances in the environment; and

9       (5) develop and implement new tools and mate-

10 rials to communicate with the public about

11 perfluoroalkyl and polyfluoroalkyl substances.

12   (b) FUNDING.—There is authorized to be appro-

13 priated to the Administrator to carry out this section

14 $15,000,000 for each of fiscal years 2020 through 2024.

# TITLE LXXIV—CAESAR SYRIA CI-VILIAN PROTECTION ACT OF 2019

Sec. 7401. Short title.
Sec. 7402. Statement of policy.

Subtitle A—Additional Actions in Connection With the National Emergency With Respect to Syria

Sec. 7411. Measures with respect to Central Bank of Syria.
Sec. 7412. Sanctions with respect to foreign persons that engage in certain transactions.
Sec. 7413. Strategy relating to areas of Syria in which civilians are subject to forced displacement.

Subtitle B—Assistance for the People of Syria

Sec. 7421. Sense of Congress.
Sec. 7422. Briefing on monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people.
Sec. 7423. Assessment of potential methods to enhance the protection of civilians.

WASHSTATEC013712

2612

Sec. 7424. Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011.

Sec. 7425. Codification of certain services in support of nongovernmental organizations' activities authorized.

Sec. 7426. Briefing on strategy to facilitate humanitarian assistance.

Subtitle C—General Provisions

Sec. 7431. Suspension of sanctions.
Sec. 7432. Waivers and exemptions.
Sec. 7433. Implementation and regulatory authorities.
Sec. 7434. Exception relating to importation of goods.
Sec. 7435. Cost limitation.
Sec. 7436. Rule of construction.
Sec. 7437. Prohibition on construction of provisions of this title as an authorization for use of military force.
Sec. 7438. Sunset.

**SEC. 7401. SHORT TITLE.**

This title may be cited as the "Caesar Syria Civilian Protection Act of 2019".

**SEC. 7402. STATEMENT OF POLICY.**

It is the policy of the United States that diplomatic and coercive economic means should be utilized to compel the government of Bashar al-Assad to halt its murderous attacks on the Syrian people and to support a transition to a government in Syria that respects the rule of law, human rights, and peaceful co-existence with its neighbors.

WASHSTATEC013713

2613

# Subtitle A—Additional Actions in Connection With the National Emergency With Respect to Syria

### SEC. 7411. MEASURES WITH RESPECT TO CENTRAL BANK OF SYRIA.

(a) DETERMINATION REGARDING CENTRAL BANK OF SYRIA.—Not later than 180 days after the date of the enactment of this Act, the Secretary of the Treasury shall determine, under section 5318A of title 31, United States Code, whether reasonable grounds exist for concluding that the Central Bank of Syria is a financial institution of primary money laundering concern.

(b) ENHANCED DUE DILIGENCE AND REPORTING REQUIREMENTS.—If the Secretary of the Treasury determines under subsection (a) that reasonable grounds exist for concluding that the Central Bank of Syria is a financial institution of primary money laundering concern, the Secretary, in consultation with the Federal functional regulators (as defined in section 509 of the Gramm-Leach-Bliley Act (15 U.S.C. 6809)), shall impose one or more of the special measures described in section 5318A(b) of title 31, United States Code, with respect to the Central Bank of Syria.

(c) REPORT REQUIRED.—

WASHSTATEC013714

2614

1     (1) IN GENERAL.—Not later than 90 days after

2   making a determination under subsection (a) with

3   respect to whether the Central Bank of Syria is a

4   financial institution of primary money laundering

5   concern, the Secretary of the Treasury shall submit

6   to the appropriate congressional committees a report

7   that includes the reasons for the determination.

8     (2) FORM.—A report required by paragraph (1)

9   shall be submitted in unclassified form but may in-

10   clude a classified annex.

11     (3) APPROPRIATE CONGRESSIONAL COMMIT-

12   TEES DEFINED.—In this subsection, the term "ap-

13   propriate congressional committees" means—

14       (A) the Committee on Foreign Affairs and

15       the Committee on Financial Services of the

16       House of Representatives; and

17       (B) the Committee on Foreign Relations

18       and the Committee on Banking, Housing, and

19       Urban Affairs of the Senate.

20   **SEC. 7412. SANCTIONS WITH RESPECT TO FOREIGN PER-**

21   **SONS THAT ENGAGE IN CERTAIN TRANS-**

22   **ACTIONS.**

23   (a) IMPOSITION OF SANCTIONS.—

24     (1) IN GENERAL.—On and after the date that

25   is 180 days after the date of the enactment of this

WASHSTATEC013715

2615

1    Act, the President shall impose the sanctions de-

2    scribed in subsection (b) with respect to a foreign

3    person if the President determines that the foreign

4    person, on or after such date of enactment, know-

5    ingly engages in an activity described in paragraph

6    (2).

7    (2) ACTIVITIES DESCRIBED.—A foreign person

8    engages in an activity described in this paragraph if

9    the foreign person—

10    (A) knowingly provides significant finan-

11    cial, material, or technological support to, or

12    knowingly engages in a significant transaction

13    with—

14    (i) the Government of Syria (including

15    any entity owned or controlled by the Gov-

16    ernment of Syria) or a senior political fig-

17    ure of the Government of Syria;

18    (ii) a foreign person that is a military

19    contractor, mercenary, or a paramilitary

20    force knowingly operating in a military ca-

21    pacity inside Syria for or on behalf of the

22    Government of Syria, the Government of

23    the Russian Federation, or the Govern-

24    ment of Iran; or

WASHSTATEC013716

2616

1      (iii) a foreign person subject to sanc-

2   tions pursuant to the International Emer-

3   gency Economic Powers Act (50 U.S.C.

4   1701 et seq.) with respect to Syria or any

5   other provision of law that imposes sanc-

6   tions with respect to Syria;

7      (B) knowingly sells or provides significant

8  goods, services, technology, information, or

9  other support that significantly facilitates the

10  maintenance or expansion of the Government of

11  Syria's domestic production of natural gas, pe-

12  troleum, or petroleum products;

13      (C) knowingly sells or provides aircraft or

14  spare aircraft parts that are used for military

15  purposes in Syria for or on behalf of the Gov-

16  ernment of Syria to any foreign person oper-

17  ating in an area directly or indirectly controlled

18  by the Government of Syria or foreign forces

19  associated with the Government of Syria;

20      (D) knowingly provides significant goods

21  or services associated with the operation of air-

22  craft that are used for military purposes in

23  Syria for or on behalf of the Government of

24  Syria to any foreign person operating in an

25  area described in subparagraph (C); or

WASHSTATEC013717

2617

1         (E) knowingly, directly or indirectly, pro-

2         vides significant construction or engineering

3         services to the Government of Syria.

4     (3) SENSE OF CONGRESS.—It is the sense of

5 Congress that, in implementing this section, the

6 President should consider financial support under

7 paragraph (2)(A) to include the provision of loans,

8 credits, or export credits.

9 (b) SANCTIONS DESCRIBED.—

10     (1) IN GENERAL.—The sanctions to be imposed

11 with respect to a foreign person described in sub-

12 section (a) are the following:

13         (A) BLOCKING OF PROPERTY.—The Presi-

14         dent shall exercise all of the powers granted to

15         the President under the International Emer-

16         gency Economic Powers Act (50 U.S.C. 1701 et

17         seq.) to the extent necessary to block and pro-

18         hibit all transactions in property and interests

19         in property of the foreign person if such prop-

20         erty and interests in property are in the United

21         States, come within the United States, or are or

22         come within the possession or control of a

23         United States person.

24         (B) INELIGIBILITY FOR VISAS, ADMISSION,

25         OR PAROLE.—

WASHSTATEC013718

G:\CMTE\AS\20\C\ASCR20.XML

2618

1          (i) VISAS, ADMISSION, OR PAROLE.—

2     An alien described in subsection (a) is—

3               (I) inadmissible to the United

4          States;

5               (II) ineligible to receive a visa or

6          other documentation to enter the

7          United States; and

8               (III) otherwise ineligible to be

9          admitted or paroled into the United

10         States or to receive any other benefit

11         under the Immigration and Nation-

12         ality Act (8 U.S.C. 1101 et seq.).

13    (ii) CURRENT VISAS REVOKED.—

14              (I) IN GENERAL.—An alien de-

15         scribed in subsection (a) is subject to

16         revocation of any visa or other entry

17         documentation regardless of when the

18         visa or other entry documentation is

19         or was issued.

20              (II) IMMEDIATE EFFECT.—A rev-

21         ocation under subclause (I) shall—

22                   (aa) take effect immediately;

23              and

24                   (bb) automatically cancel

25              any other valid visa or entry doc-

WASHSTATEC013719

2619

1        umentation that is in the alien's
2        possession.

3        (2) PENALTIES.—The penalties provided for in
4    subsections (b) and (c) of section 206 of the Inter-
5    national Emergency Economic Powers Act (50
6    U.S.C. 1705) shall apply to a person that violates,
7    attempts to violate, conspires to violate, or causes a
8    violation of regulations promulgated under section
9    7433(b) to carry out paragraph (1)(A) to the same
10   extent that such penalties apply to a person that
11   commits an unlawful act described in section 206(a)
12   of that Act.

13       (3) EXCEPTIONS.—Sanctions under paragraph
14   (1)(B) shall not apply with respect to an alien if ad-
15   mitting or paroling the alien into the United States
16   is necessary—

17           (A) to permit the United States to comply
18       with the Agreement regarding the Head-
19       quarters of the United Nations, signed at Lake
20       Success June 26, 1947, and entered into force
21       November 21, 1947, between the United Na-
22       tions and the United States, or other applicable
23       international obligations; or

24           (B) to carry out or assist law enforcement
25       activity in the United States.

WASHSTATEC013720

2620

**SEC. 7413. STRATEGY RELATING TO AREAS OF SYRIA IN WHICH CIVILIANS ARE SUBJECT TO FORCED DISPLACEMENT.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the President shall—

(1) identify the areas described in subsection (b); and

(2) submit to the appropriate congressional committees the strategy described in subsection (c).

(b) AREAS DESCRIBED.—The areas described in this subsection are areas in Syria that the President determines—

(1) are under the control of—

(A) the Government of Syria;

(B) the Government of the Russian Federation;

(C) the Government of Iran; or

(D) a foreign person described in section 7412(a)(2)(A)(ii); and

(2) are areas in which civilians have been subject to forced displacement by—

(A) a government specified in subparagraph (A), (B), or (C) of paragraph (1); or

(B) a foreign person described in section 7412(a)(2)(A)(ii).

WASHSTATEC013721

2621

1   (c) STRATEGY DESCRIBED.—The strategy described
2   in this subsection is a strategy to deter foreign persons
3   from entering into contracts related to reconstruction in
4   the areas described in subsection (b) for or on behalf of—

5       (1) a government specified in subparagraph
6   (A), (B), or (C) of subsection (b)(1); or

7       (2) a foreign person described in section
8   7412(a)(2)(A)(ii).

9   (d) FORM.—The strategy required by subsection
10  (a)(2) shall be submitted in unclassified form but may in-
11  clude a classified annex.

12  (e) APPROPRIATE CONGRESSIONAL COMMITTEES DE-
13  FINED.—In this section, the term "appropriate congres-
14  sional committees" means—

15      (1) the Committee on Foreign Affairs of the
16  House of Representatives; and

17      (2) the Committee on Foreign Relations of the
18  Senate.

# Subtitle B—Assistance for the People of Syria

**SEC. 7421. SENSE OF CONGRESS.**

22  It is the sense of Congress that it is in the interests
23  of the United States to continue to provide assistance to
24  the people of Syria in order to promote peace, stability,

WASHSTATEC013722

2622

1 and development, including through multilateral organiza-

2 tions.

3 **SEC. 7422. BRIEFING ON MONITORING AND EVALUATING**

4    **OF ONGOING ASSISTANCE PROGRAMS IN**

5    **SYRIA AND TO THE SYRIAN PEOPLE.**

6    (a) IN GENERAL.—Not later than 180 days after the

7 date of the enactment of this Act, the Secretary of State

8 and the Administrator of the United States Agency for

9 International Development shall brief the Committee on

10 Foreign Affairs of the House of Representatives and the

11 Committee on Foreign Relations of the Senate on the

12 monitoring and evaluation of ongoing assistance programs

13 in Syria and for the Syrian people, including assistance

14 provided through multilateral organizations.

15    (b) MATTERS TO BE INCLUDED.—The briefing re-

16 quired by subsection (a) shall include a description of—

17        (1) the specific project monitoring and evalua-

18    tion efforts, including measurable goals and per-

19    formance metrics for assistance in Syria;

20        (2) the memoranda of understanding entered

21    into by the Department of State, the United States

22    Agency for International Development, and their re-

23    spective Inspectors General, and the multilateral or-

24    ganizations through which United States assistance

25    will be delivered that formalize requirements for the

WASHSTATEC013723

2623

1    sharing of information between such entities for the

2    conduct of audits, investigations, and evaluations;

3    and

4       (3) the major challenges to monitoring and

5    evaluating programs described in subsection (a).

6 **SEC. 7423. ASSESSMENT OF POTENTIAL METHODS TO EN-**

7         **HANCE THE PROTECTION OF CIVILIANS.**

8       (a) IN GENERAL.—Not later than 90 days after the

9 date of the enactment of this Act, the President shall brief

10 the appropriate congressional committees on the potential

11 effectiveness, risks, and operational requirements of mili-

12 tary and non-military means to enhance the protection of

13 civilians inside Syria, especially civilians who are in be-

14 sieged areas, trapped at borders, or internally displaced.

15       (b) CONSULTATION.—The briefing required by sub-

16 section (a) shall be informed by consultations with the De-

17 partment of State, the United States Agency for Inter-

18 national Development, the Department of Defense, and

19 international and local humanitarian aid organizations op-

20 erating in Syria.

21       (c) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

22 FINED.—In this section, the term "appropriate congres-

23 sional committees" means—

WASHSTATEC013724

2624

1      (1) the Committee on Foreign Affairs and the

2   Committee on Armed Services of the House of Rep-

3   resentatives; and

4      (2) the Committee on Foreign Relations and

5   the Committee on Armed Services of the Senate.

**6 SEC. 7424. ASSISTANCE TO SUPPORT ENTITIES TAKING AC-**

**7            TIONS RELATING TO GATHERING EVIDENCE**

**8            FOR INVESTIGATIONS INTO WAR CRIMES OR**

**9            CRIMES AGAINST HUMANITY IN SYRIA SINCE**

**10           MARCH 2011.**

11      (a) IN GENERAL.—Except as provided in subsection

12  (b), the Secretary of State, after consultation with the At-

13  torney General and the heads of other appropriate Federal

14  agencies, is authorized, consistent with the national inter-

15  est, to provide assistance to support entities that are con-

16  ducting criminal investigations, supporting prosecutions,

17  or collecting evidence and preserving the chain of custody

18  for such evidence for eventual prosecution, against those

19  who have committed war crimes or crimes against human-

20  ity in Syria, including the aiding and abetting of such

21  crimes by foreign governments and organizations sup-

22  porting the Government of Syria, since March 2011.

23      (b) LIMITATION.—No assistance may be provided

24  under subsection (a) while President Bashar al-Assad re-

25  mains in power—

WASHSTATEC013725

2625

1       (1) to build the investigative or judicial capac-

2 ities of the Government of Syria; or

3       (2) to support prosecutions in the domestic

4 courts in Syria.

5   (c) BRIEFING.—Not later than one year after the

6 date of the enactment of this Act, the Secretary of State

7 shall brief the Committee on Foreign Affairs of the House

8 of Representatives and the Committee on Foreign Rela-

9 tions of the Senate on assistance provided under sub-

10 section (a).

11 **SEC. 7425. CODIFICATION OF CERTAIN SERVICES IN SUP-**

12              **PORT OF NONGOVERNMENTAL ORGANIZA-**

13              **TIONS' ACTIVITIES AUTHORIZED.**

14   (a) IN GENERAL.—Except as provided in subsection

15 (b), section 542.516 of title 31, Code of Federal Regula-

16 tions (relating to certain services in support of nongovern-

17 mental organizations' activities authorized), as in effect on

18 the day before the date of the enactment of this Act,

19 shall—

20       (1) remain in effect on and after such date of

21 enactment; and

22       (2) in the case of a nongovernmental organiza-

23 tion that is authorized to export or reexport services

24 to Syria under such section on the day before such

25 date of enactment, apply to such organization on

WASHSTATEC013726

2626

1   and after such date of enactment to the same extent
2   and in the same manner as such section applied to
3   such organization on the day before such date of en-
4   actment.

5   (b) EXCEPTION.—

6   (1) IN GENERAL.—Section 542.516 of title 31,
7   Code of Federal Regulations, as codified under sub-
8   section (a), shall not apply with respect to a foreign
9   person that has been designated as a foreign ter-
10  rorist organization under section 219 of the Immi-
11  gration and Nationality Act (8 U.S.C. 1189), or oth-
12  erwise designated as a terrorist organization, by the
13  Secretary of State, in consultation with or upon the
14  request of the Attorney General or the Secretary of
15  Homeland Security.

16  (2) EFFECTIVE DATE.—Paragraph (1) shall
17  apply with respect to a foreign person on and after
18  the date on which the designation of that person as
19  a terrorist organization is published in the Federal
20  Register.

21  **SEC. 7426. BRIEFING ON STRATEGY TO FACILITATE HU-**
22  **MANITARIAN ASSISTANCE.**

23  (a) IN GENERAL.—Not later than 180 days after the
24  date of the enactment of this Act, the President shall brief
25  the appropriate congressional committees on the strategy

WASHSTATEC013727

2627

1 of the President to help facilitate the ability of humani-
2 tarian organizations to access financial services to help fa-
3 cilitate the safe and timely delivery of assistance to com-
4 munities in need in Syria.

5 (b) CONSIDERATION OF DATA FROM OTHER COUN-
6 TRIES AND NONGOVERNMENTAL ORGANIZATIONS.—In
7 preparing the strategy required by subsection (a), the
8 President shall consider credible data already obtained by
9 other countries and nongovernmental organizations, in-
10 cluding organizations operating in Syria.

11 (c) APPROPRIATE CONGRESSIONAL COMMITTEES DE-
12 FINED.—In this section, the term ''appropriate congres-
13 sional committees'' means—

14     (1) the Committee on Foreign Affairs and the
15     Committee on Financial Services of the House of
16     Representatives; and

17     (2) the Committee on Foreign Relations and
18     the Committee on Banking, Housing, and Urban Af-
19     fairs of the Senate.

## Subtitle C—General Provisions

21 SEC. 7431. SUSPENSION OF SANCTIONS.

22 (a) IN GENERAL.—The President may suspend in
23 whole or in part the imposition of sanctions otherwise re-
24 quired under this Act or the imposition of sanctions re-
25 quired by any amendment made by this title for renewable

WASHSTATEC013728

2628

1  periods not to exceed 180 days if the President determines

2  that the following criteria have been met in Syria:

3      (1) The air space over Syria is no longer being

4      utilized by the Government of Syria or the Govern-

5      ment of the Russian Federation to target civilian

6      populations through the use of incendiary devices,

7      including barrel bombs, chemical weapons, and con-

8      ventional arms (including air-delivered missiles and

9      explosives).

10      (2) Areas besieged by the Government of Syria,

11      the Government of the Russian Federation, the Gov-

12      ernment of Iran, or a foreign person described in

13      section 7412(a)(2)(A)(ii) are no longer cut off from

14      international aid and have regular access to humani-

15      tarian assistance, freedom of travel, and medical

16      care.

17      (3) The Government of Syria is releasing all po-

18      litical prisoners forcibly held within the prison sys-

19      tem of the regime of Bashar al-Assad and the Gov-

20      ernment of Syria is allowing full access to prison

21      system facilities for investigations by appropriate

22      international human rights organizations.

23      (4) The forces of the Government of Syria, the

24      Government of the Russian Federation, the Govern-

25      ment of Iran, and any foreign person described in

WASHSTATEC013729

2629

1   section 7412(a)(2)(A)(ii) are no longer engaged in

2   deliberate targeting of medical facilities, schools, res-

3   idential areas, and community gathering places, in-

4   cluding markets, in violation of international norms.

5   (5) The Government of Syria is—

6       (A) taking steps to verifiably fulfill its

7       commitments under the Convention on the Pro-

8       hibition of the Development, Production, Stock-

9       piling and Use of Chemical Weapons and on

10      their Destruction, done at Geneva September 3,

11      1992, and entered into force April 29, 1997

12      (commonly known as the "Chemical Weapons

13      Convention"), and the Treaty on the Non-Pro-

14      liferation of Nuclear Weapons, done at Wash-

15      ington, London, and Moscow July 1, 1968, and

16      entered into force March 5, 1970 (21 UST

17      483); and

18      (B) making tangible progress toward be-

19      coming a signatory to the Convention on the

20      Prohibition of the Development, Production and

21      Stockpiling of Bacteriological (Biological) and

22      Toxin Weapons and on their Destruction, done

23      at Washington, London, and Moscow April 10,

24      1972, and entered into force March 26, 1975

25      (26 UST 583).

WASHSTATEC013730

2630

1      (6) The Government of Syria is permitting the
2   safe, voluntary, and dignified return of Syrians dis-
3   placed by the conflict.

4      (7) The Government of Syria is taking
5   verifiable steps to establish meaningful account-
6   ability for perpetrators of war crimes in Syria and
7   justice for victims of war crimes committed by the
8   Assad regime, including through participation in a
9   credible and independent truth and reconciliation
10   process.

11   (b) BRIEFING REQUIRED.—Not later than 30 days
12   after the President makes a determination described in
13   subsection (a), the President shall provide a briefing to
14   the appropriate congressional committees on the deter-
15   mination and the suspension of sanctions pursuant to the
16   determination.

17   (c) REIMPOSITION OF SANCTIONS.—Any sanctions
18   suspended under subsection (a) shall be reimposed if the
19   President determines that the criteria described in that
20   subsection are no longer being met.

21   (d) RULE OF CONSTRUCTION.—Nothing in this sec-
22   tion shall be construed to limit the authority of the Presi-
23   dent to terminate the application of sanctions under sec-
24   tion 7412 with respect to a person that no longer engages
25   in activities described in subsection (a)(2) of that section.

WASHSTATEC013731

2631

1    (e) APPROPRIATE CONGRESSIONAL COMMITTEES DE-

2 FINED.—In this section, the term "appropriate congres-

3 sional committees" means—

4        (1) the Committee on Foreign Affairs, the

5     Committee on Financial Services, the Committee on

6     Ways and Means, and the Committee on the Judici-

7     ary of the House of Representatives; and

8        (2) the Committee on Foreign Relations, the

9     Committee on Banking, Housing, and Urban Af-

10     fairs, and the Committee on the Judiciary of the

11     Senate.

12 **SEC. 7432. WAIVERS AND EXEMPTIONS.**

13    (a) EXEMPTIONS.—The following activities and

14 transactions shall be exempt from sanctions authorized

15 under this title or any amendment made by this title:

16        (1) Any activity subject to the reporting re-

17     quirements under title V of the National Security

18     Act of 1947 (50 U.S.C. 3091 et seq.), or to any au-

19     thorized intelligence activities of the United States.

20        (2) Any transaction necessary to comply with

21     United States obligations under—

22            (A) the Agreement regarding the Head-

23         quarters of the United Nations, signed at Lake

24         Success June 26, 1947, and entered into force

WASHSTATEC013732

2632

1    November 21, 1947, between the United Na-
2    tions and the United States;

3        (B) the Convention on Consular Relations,
4    done at Vienna April 24, 1963, and entered
5    into force March 19, 1967; or

6        (C) any other international agreement to
7    which the United States is a party.

8  (b) WAIVER.—

9        (1) IN GENERAL.—The President may, for re-
10   newable periods not to exceed 180 days, waive the
11   application of any provision of this title (other than
12   section 7434) with respect to a foreign person if the
13   President certifies to the appropriate congressional
14   committees that such a waiver is in the national se-
15   curity interests of the United States.

16        (2) BRIEFING.—Not later than 90 days after
17   the issuance of a waiver under paragraph (1), and
18   every 180 days thereafter while the waiver remains
19   in effect, the President shall brief the appropriate
20   congressional committees on the reasons for the
21   waiver.

22  (c) HUMANITARIAN WAIVER.—

23        (1) IN GENERAL.—The President may waive,
24   for renewable periods not to exceed 2 years, the ap-
25   plication of any provision of this title (other than

WASHSTATEC013733

2633

1    section 7434) with respect to a nongovernmental or-
2    ganization providing humanitarian assistance not
3    covered by the authorization described in section
4    7425 if the President certifies to the appropriate
5    congressional committees that such a waiver is im-
6    portant to address a humanitarian need and is con-
7    sistent with the national security interests of the
8    United States.

9       (2) BRIEFING.—Not later than 90 days after
10    the issuance of a waiver under paragraph (1), and
11    every 180 days thereafter while the waiver remains
12    in effect, the President shall brief the appropriate
13    congressional committees on the reasons for the
14    waiver.

15    (d) APPROPRIATE CONGRESSIONAL COMMITTEES
16    DEFINED.—In this section, the term "appropriate con-
17    gressional committees" means—

18       (1) the Committee on Foreign Affairs, the
19    Committee on Financial Services, the Committee on
20    Ways and Means, and the Committee on the Judici-
21    ary of the House of Representatives; and

22       (2) the Committee on Foreign Relations, the
23    Committee on Banking, Housing, and Urban Af-
24    fairs, and the Committee on the Judiciary of the
25    Senate.

WASHSTATEC013734

2634

1 **SEC. 7433. IMPLEMENTATION AND REGULATORY AUTHORI-**

2 **TIES.**

3 (a) IMPLEMENTATION AUTHORITY.—The President

4 may exercise all authorities provided to the President

5 under sections 203 and 205 of the International Emer-

6 gency Economic Powers Act (50 U.S.C. 1702 and 1704)

7 for purposes of carrying out this title and the amendments

8 made by this title.

9 (b) REGULATORY AUTHORITY.—The President shall,

10 not later than 180 days after the date of the enactment

11 of this Act, promulgate regulations as necessary for the

12 implementation of this title and the amendments made by

13 this title.

14 **SEC. 7434. EXCEPTION RELATING TO IMPORTATION OF**

15 **GOODS.**

16 (a) IN GENERAL.—The authorities and requirements

17 to impose sanctions authorized under this title or the

18 amendments made by this title shall not include the au-

19 thority or a requirement to impose sanctions on the impor-

20 tation of goods.

21 (b) GOOD DEFINED.—In this section, the term

22 "good" means any article, natural or manmade substance,

23 material, supply or manufactured product, including in-

24 spection and test equipment, and excluding technical data.

WASHSTATEC013735

2635

**SEC. 7435. COST LIMITATION.**

No additional funds are authorized to be appropriated to carry out the requirements of this title and the amendments made by this title. Such requirements shall be carried out using amounts otherwise authorized to be appropriated.

**SEC. 7436. RULE OF CONSTRUCTION.**

Except for section 7434 with respect to the importation of goods, nothing in this title shall be construed to limit the authority of the President pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) or any other provision of law.

**SEC. 7437. PROHIBITION ON CONSTRUCTION OF PROVISIONS OF THIS TITLE AS AN AUTHORIZATION FOR USE OF MILITARY FORCE.**

Nothing in this title may be construed as an authorization for use of military force.

**SEC. 7438. SUNSET.**

This title shall cease to be effective on the date that is 5 years after the date of the enactment of this Act.

# TITLE LXXV—PROTECTING EUROPE'S ENERGY SECURITY

Sec. 7501. Short title.
Sec. 7502. Sense of Congress.
Sec. 7503. Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines.

WASHSTATEC013736

2636

1 **SEC. 7501. SHORT TITLE.**

2     This title may be cited as the "Protecting Europe's

3 Energy Security Act of 2019".

4 **SEC. 7502. SENSE OF CONGRESS.**

5     It is the sense of Congress that—

6         (1) the United States and Europe share a com-

7     mon history, a common identity, and common values

8     built upon the principles of democracy, rule of law,

9     and individual freedoms;

10        (2) the United States has encouraged and ad-

11    mired the European project, which has resulted in a

12    common market and common policies, has achieved

13    unprecedented prosperity and stability on the con-

14    tinent, and serves as a model for other countries to

15    reform their institutions and prioritize

16    anticorruption measures;

17        (3) the relationships between the United States

18    and Europe and the United States and Germany are

19    critical to the national security interests of the

20    United States as well as to global prosperity and

21    peace, and Germany in particular is a crucial part-

22    ner for the United States in multilateral efforts

23    aimed at promoting global prosperity and peace;

24        (4) the United States should stand against any

25    effort designed to weaken those relationships; and

WASHSTATEC013737

2637

1       (5) Germany has demonstrated leadership with-

2  in the European Union and in international fora to

3  ensure that sanctions imposed with respect to the

4  Russian Federation for its malign activities are

5  maintained.

6  **SEC. 7503. IMPOSITION OF SANCTIONS WITH RESPECT TO**

7             **PROVISION OF CERTAIN VESSELS FOR THE**

8             **CONSTRUCTION OF CERTAIN RUSSIAN EN-**

9             **ERGY EXPORT PIPELINES.**

10  (a) REPORT REQUIRED.—

11       (1) IN GENERAL.—Not later than 60 days after

12  the date of the enactment of this Act, and every 90

13  days thereafter, the Secretary of State, in consulta-

14  tion with the Secretary of the Treasury, shall submit

15  to the appropriate congressional committees a report

16  that identifies, for the period specified in paragraph

17  (2)—

18           (A) vessels that engaged in pipe-laying at

19  depths of 100 feet or more below sea level for

20  the construction of the Nord Stream 2 pipeline

21  project, the TurkStream pipeline project, or any

22  project that is a successor to either such

23  project; and

WASHSTATEC013738

2638

1         (B) foreign persons that the Secretary of

2     State, in consultation with the Secretary of the

3     Treasury, determines have knowingly—

4         (i) sold, leased, or provided those ves-

5         sels for the construction of such a project;

6         or

7         (ii) facilitated deceptive or structured

8         transactions to provide those vessels for

9         the construction of such a project.

10     (2) PERIOD SPECIFIED.—The period specified

11 in this paragraph is—

12         (A) in the case of the first report required

13     to be submitted by paragraph (1), the period

14     beginning on the date of the enactment of this

15     Act and ending on the date on which the report

16     is submitted; and

17         (B) in the case of any subsequent such re-

18     port, the 90-day period preceding submission of

19     the report.

20   (b) INELIGIBILITY FOR VISAS, ADMISSION, OR PA-

21 ROLE OF IDENTIFIED PERSONS AND CORPORATE OFFI-

22 CERS.—

23     (1) IN GENERAL.—

24         (A) VISAS, ADMISSION, OR PAROLE.—An

25     alien described in paragraph (2) is—

WASHSTATEC013739

2639

1            (i) inadmissible to the United States;

2            (ii) ineligible to receive a visa or other

3        documentation to enter the United States;

4        and

5            (iii) otherwise ineligible to be admitted

6        or paroled into the United States or to re-

7        ceive any other benefit under the Immigra-

8        tion and Nationality Act (8 U.S.C. 1101 et

9        seq.).

10      (B) CURRENT VISAS REVOKED.—

11          (i) IN GENERAL.—The visa or other

12      entry documentation of an alien described

13      in paragraph (2) shall be revoked, regard-

14      less of when such visa or other entry docu-

15      mentation is or was issued.

16          (ii) IMMEDIATE EFFECT.—A revoca-

17      tion under clause (i) shall—

18              (I) take effect immediately; and

19              (II) automatically cancel any

20          other valid visa or entry documenta-

21          tion that is in the alien's possession.

22      (2) ALIENS DESCRIBED.—An alien is described

23  in this paragraph if the alien is—

24          (A) a foreign person identified under sub-

25      section (a)(1)(B);

WASHSTATEC013740

2640

1              (B) a corporate officer of a person de-
2              scribed in subparagraph (A); or

3              (C) a principal shareholder with a control-
4              ling interest in a person described in subpara-
5              graph (A).

6     (c) BLOCKING OF PROPERTY OF IDENTIFIED PER-
7 SONS.—The President shall exercise all powers granted to
8 the President by the International Emergency Economic
9 Powers Act (50 U.S.C. 1701 et seq.) to the extent nec-
10 essary to block and prohibit all transactions in all property
11 and interests in property of any person identified under
12 subsection (a)(1)(B) if such property and interests in
13 property are in the United States, come within the United
14 States, or are or come within the possession or control
15 of a United States person.

16     (d) WIND-DOWN PERIOD.—The President may not
17 impose sanctions under this section with respect to a per-
18 son identified in the first report submitted under sub-
19 section (a) if the President certifies in that report that
20 the person has, not later than 30 days after the date of
21 the enactment of this Act, engaged in good faith efforts
22 to wind down operations that would otherwise subject the
23 person to the imposition of sanctions under this section.

24     (e) EXCEPTIONS.—

g:\VHLC\120919\120919.161.xml    (751097|12)
December 9, 2019 (1:08 p.m.)

WASHSTATEC013741

2641

1    (1) EXCEPTION FOR INTELLIGENCE, LAW EN-
2    FORCEMENT, AND NATIONAL SECURITY ACTIVI-
3    TIES.—Sanctions under this section shall not apply
4    to any authorized intelligence, law enforcement, or
5    national security activities of the United States.

6    (2) EXCEPTION TO COMPLY WITH UNITED NA-
7    TIONS    HEADQUARTERS    AGREEMENT.—Sanctions
8    under this section shall not apply with respect to the
9    admission of an alien to the United States if the ad-
10   mission of the alien is necessary to permit the
11   United States to comply with the Agreement regard-
12   ing the Headquarters of the United Nations, signed
13   at Lake Success June 26, 1947, and entered into
14   force November 21, 1947, between the United Na-
15   tions and the United States, the Convention on Con-
16   sular Relations, done at Vienna April 24, 1963, and
17   entered into force March 19, 1967, or other applica-
18   ble international obligations.

19   (3) EXCEPTION FOR SAFETY OF VESSELS AND
20   CREW.—Sanctions under this section shall not apply
21   with respect to a person providing provisions to a
22   vessel identified under subsection (a)(1)(A) if such
23   provisions are intended for the safety and care of
24   the crew aboard the vessel, the protection of human
25   life aboard the vessel, or the maintenance of the ves-

WASHSTATEC013742

1    sel to avoid any environmental or other significant

2    damage.

3        (4) EXCEPTION FOR REPAIR OR MAINTENANCE

4    OF PIPELINES.—Sanctions under this section shall

5    not apply with respect to a person for engaging in

6    activities necessary for or related to the repair or

7    maintenance of, or environmental remediation with

8    respect to, a pipeline project described in subsection

9    (a)(1)(A).

10       (5) EXCEPTION RELATING TO IMPORTATION OF

11   GOODS.—

12           (A) IN GENERAL.—Notwithstanding any

13       other provision of this section, the authorities

14       and requirements to impose sanctions author-

15       ized under this section shall not include the au-

16       thority or a requirement to impose sanctions on

17       the importation of goods.

18           (B) GOOD DEFINED.—In this paragraph,

19       the term "good" means any article, natural or

20       man-made substance, material, supply or manu-

21       factured product, including inspection and test

22       equipment, and excluding technical data.

23   (f) WAIVERS.—

24       (1) NATIONAL INTEREST WAIVER FOR VISA

25   BAN.—The President may waive the application of

WASHSTATEC013743

2643

1    sanctions under subsection (b) with respect to an

2    alien if the President—

3         (A) determines that the waiver is in the

4         national interests of the United States; and

5         (B) submits to the appropriate congres-

6         sional committees a report on the waiver and

7         the reasons for the waiver.

8    (2) NATIONAL SECURITY WAIVER FOR ECO-

9    NOMIC AND OTHER SANCTIONS.—The President may

10    waive the application of sanctions under subsection

11    (c) with respect to a person if the President—

12         (A) determines that the waiver is in the

13         national security interests of the United States;

14         and

15         (B) submits to the appropriate congres-

16         sional committees a report on the waiver and

17         the reasons for the waiver.

18   (g) IMPLEMENTATION; PENALTIES.—

19    (1) IMPLEMENTATION.—The President may ex-

20    ercise all authorities provided to the President under

21    sections 203 and 205 of the International Emer-

22    gency Economic Powers Act (50 U.S.C. 1702 and

23    1704) to carry out this section.

24    (2) PENALTIES.—A person that violates, at-

25    tempts to violate, conspires to violate, or causes a

WASHSTATEC013744

2644

1    violation of this section or any regulation, license, or
2    order issued to carry out this section shall be subject
3    to the penalties set forth in subsections (b) and (c)
4    of section 206 of the International Emergency Eco-
5    nomic Powers Act (50 U.S.C. 1705) to the same ex-
6    tent as a person that commits an unlawful act de-
7    scribed in subsection (a) of that section.

8    (h) TERMINATION AND SUNSET.—The authority to
9    impose sanctions under this section with respect to a per-
10   son involved in the construction of a pipeline project de-
11   scribed in subsection (a)(1)(A), and any sanctions imposed
12   under this section with respect to that project, shall termi-
13   nate on the date that is the earlier of—

14       (1) the date on which the President certifies to
15       the appropriate congressional committees that ap-
16       propriate safeguards have been put in place—

17           (A) to minimize the ability of the Govern-
18           ment of the Russian Federation to use that
19           project as a tool of coercion and political lever-
20           age, including by achieving the unbundling of
21           energy production and transmission so that en-
22           tities owned or controlled by that Government
23           do not control the transmission network for the
24           pipeline; and

WASHSTATEC013745

2645

1     (B) to ensure, barring unforeseen cir-
2     cumstances, that the project would not result in
3     a decrease of more than 25 percent in the vol-
4     ume of Russian energy exports transiting
5     through existing pipelines in other countries,
6     particularly Ukraine, relative to the average
7     monthly volume of Russian energy exports
8     transiting through such pipelines in 2018; or

9     (2) the date that is 5 years after the date of the
10    enactment of this Act.

11    (i) DEFINITIONS.—In this section:

12     (1) ADMISSION; ADMITTED; ALIEN.—The terms
13    "admission", "admitted", and "alien" have the
14    meanings given those terms in section 101 of the
15    Immigration and Nationality Act (8 U.S.C. 1101).

16    (2) APPROPRIATE CONGRESSIONAL COMMIT-
17    TEES.—The term "appropriate congressional com-
18    mittees" means—

19     (A) the Committee on Foreign Relations
20     and the Committee on Banking, Housing, and
21     Urban Affairs of the Senate; and

22     (B) the Committee on Foreign Affairs and
23     the Committee on Financial Services of the
24     House of Representatives.

WASHSTATEC013746

G:\CMTE\AS\20\C\ASCR20.XML

2646

1    (3) FOREIGN PERSON.—The term "foreign per-
2    son" means an individual or entity that is not a
3    United States person.

4    (4) KNOWINGLY.—The term "knowingly", with
5    respect to conduct, a circumstance, or a result,
6    means that a person has actual knowledge, or should
7    have known, of the conduct, the circumstance, or the
8    result.

9    (5) UNITED STATES PERSON.—The term
10   "United States person" means—

11        (A) a United States citizen or an alien law-
12        fully admitted for permanent residence to the
13        United States;

14        (B) an entity organized under the laws of
15        the United States or any jurisdiction within the
16        United States, including a foreign branch of
17        such an entity; or

18        (C) any person within the United States.

# 19  TITLE LXXVI—OTHER MATTERS

Subtitle A—Federal Employee Paid Leave Act

Sec. 7601. Short title.
Sec. 7602. Paid parental leave under title 5.
Sec. 7603. Paid parental leave for congressional employees.
Sec. 7604. Conforming amendment to Family and Medical Leave Act for GAO
          and Library of Congress employees.
Sec. 7605. Clarification for members of the National Guard and Reserves.
Sec. 7606. Conforming amendment for certain TSA employees.

Subtitle B—Other Matters

Sec. 7611. Liberian refugee immigration fairness.
Sec. 7612. Pensacola Dam and Reservoir, Grand River, Oklahoma.

WASHSTATEC013747

2647

# Subtitle A—Federal Employee Paid Leave Act

### SEC. 7601. SHORT TITLE.

This subtitle may be cited as the "Federal Employee Paid Leave Act".

### SEC. 7602. PAID PARENTAL LEAVE UNDER TITLE 5.

(a) IN GENERAL.—Subsection (d) of section 6382 of title 5, United States Code, is amended—

(1) by striking "An employee" and inserting "(1) An employee";

(2) by striking "subparagraph (A), (B), (C)," and inserting "subparagraph (C),"; and

(3) by adding at the end the following:

"(2)(A) An employee may elect to substitute for any leave without pay under subparagraph (A) or (B) of subsection (a)(1) any paid leave which is available to such employee for that purpose.

"(B) The paid leave that is available to an employee for purposes of subparagraph (A) is—

"(i) 12 administrative workweeks of paid parental leave under this subparagraph in connection with the birth or placement involved; and

WASHSTATEC013748

2648

1           ''(ii) during the 12-month period referred

2          to in subsection (a)(1), and in addition to the

3          12 administrative workweeks under clause (i),

4          any annual or sick leave accrued or accumu-

5          lated by such employee under subchapter I.

6       ''(C) Nothing in this subsection shall be consid-

7   ered to require that an employee first use all or any

8   portion of the leave described in subparagraph

9   (B)(ii) before being allowed to use the paid parental

10  leave described in subparagraph (B)(i).

11      ''(D) Paid parental leave under subparagraph

12  (B)(i)—

13          ''(i) shall be payable from any appropria-

14          tion or fund available for salaries or expenses

15          for positions within the employing agency;

16          ''(ii) shall not be considered to be annual

17          or vacation leave for purposes of section 5551

18          or 5552 or for any other purpose; and

19          ''(iii) if not used by the employee before

20          the end of the 12-month period (as referred to

21          in subsection (a)(1)) to which it relates, shall

22          not accumulate for any subsequent use.

23      ''(E) Nothing in this paragraph shall be con-

24   strued to modify the requirement to complete at

25   least 12 months of service as an employee (within

WASHSTATEC013749

2649

1 the meaning of section 6381(1)(A)) before the date

2 of the applicable birth or placement involved to be

3 eligible for paid parental leave under subparagraph

4 (B)(i) of this paragraph.

5 "(F)(i) An employee may not take leave under

6 this paragraph unless the employee agrees (in writ-

7 ing), before the commencement of such leave, to

8 work for the applicable employing agency for not

9 less than a period of 12 weeks beginning on the date

10 such leave concludes.

11 "(ii) The head of the agency shall waive the re-

12 quirement in clause (i) in any instance where the

13 employee is unable to return to work because of the

14 continuation, recurrence, or onset of a serious health

15 condition (including mental health), related to the

16 applicable birth or placement of a child, of the em-

17 ployee or the child.

18 "(iii) The head of the employing agency may re-

19 quire that an employee who claims to be unable to

20 return to work because of a health condition de-

21 scribed under clause (ii) provide certification sup-

22 porting such claim by the health care provider of the

23 employee or the child (as the case may be). The em-

24 ployee shall provide such certification to the head in

25 a timely manner.

WASHSTATEC013750

2650

1 "(G)(i) If an employee fails to return from paid

2 leave provided under this paragraph after the date

3 such leave concludes, the employing agency may re-

4 cover, from such employee, an amount equal to the

5 total amount of Government contributions paid by

6 the agency under section 8906 on behalf of the em-

7 ployee for maintaining such employee's health cov-

8 erage under chapter 89 during the period of such

9 leave.

10 "(ii) Clause (i) shall not apply to any employee

11 who fails to return from such leave due to—

12 "(I) the continuation, recurrence, or onset

13 of a serious health condition as described under,

14 and consistent with the requirements of, sub-

15 paragraph (F); or

16 "(II) any other circumstance beyond the

17 control of the employee.".

18 (b) CONFORMING AMENDMENTS.—Section 6382(a) is

19 amended—

20 (1) in paragraph (1), in the matter preceding

21 subparagraph (A) by inserting "and subsection

22 (d)(2) of this section" after "section 6383"; and

23 (2) in paragraph (4), by striking "During" and

24 inserting "Subject to subsection (d)(2), during".

WASHSTATEC013751

2651

1    (c) EFFECTIVE DATE.—The amendments made by
2 this section shall not be effective with respect to any birth
3 or placement occurring before October 1, 2020.

**SEC. 7603. PAID PARENTAL LEAVE FOR CONGRESSIONAL**
**EMPLOYEES.**

6    (a) AMENDMENTS TO CONGRESSIONAL ACCOUNT-
7 ABILITY ACT.—Section 202 of the Congressional Account-
8 ability Act of 1995 (2 U.S.C. 1312) is amended—

9        (1) in subsection (a)(1), by adding at the end
10      the following: "In applying section 102 of such Act
11      with respect to leave for an event described in sub-
12      section (a)(1)(A) or (B) of such section to covered
13      employees, subsection (d) of this section shall apply.
14      Paragraphs (1) and (4) of section 102(a) of such
15      Act shall be subject to subsection (d) of this sec-
16      tion.";

17      (2) by redesignating subsections (d) and (e) as
18      subsections (e) and (f), respectively; and

19      (3) by inserting after subsection (c) the fol-
20      lowing:

21   "(d) SPECIAL RULE FOR PAID PARENTAL LEAVE.—

22      "(1) SUBSTITUTION OF PAID LEAVE.—A cov-
23      ered employee may elect to substitute for any leave
24      without pay under subparagraph (A) or (B) of sec-
25      tion 102(a)(1) of the Family and Medical Leave Act

WASHSTATEC013752

2652

1    of 1993 (29 U.S.C. 2612(a)(1)) any paid leave

2    which is available to such employee for that purpose.

3        "(2) AMOUNT OF PAID LEAVE.—The paid leave

4    that is available to a covered employee for purposes

5    of paragraph (1) is—

6           "(A) the number of weeks of paid parental

7        leave in connection with the birth or placement

8        involved that corresponds to the number of ad-

9        ministrative workweeks of paid parental leave

10       available  to  employees  under  section

11       6382(d)(2)(B)(i) of title 5, United States Code;

12       and

13           "(B) during the 12-month period referred

14        to in section 102(a)(1) of the Family and Med-

15        ical Leave Act of 1993 (29 U.S.C. 2612(a)(1))

16        and in addition to the administrative workweeks

17        described in subparagraph (A), any additional

18        paid vacation, personal, family, medical, or sick

19        leave provided by the employing office to such

20        employee.

21        "(3) LIMITATION.—Nothing in this section or

22    section 102(d)(2)(A) of the Family and Medical

23    Leave Act of 1993 (29 U.S.C. 2612(d)(2)(A)) shall

24    be considered to require or permit an employing of-

25    fice to require that an employee first use all or any

WASHSTATEC013753

2653

1    portion of the leave described in paragraph (2)(B)

2    before being allowed to use the paid parental leave

3    described in paragraph (2)(A).

4        ''(4) ADDITIONAL RULES.—Paid parental leave

5    under paragraph (2)(A)—

6            ''(A) shall be payable from any appropria-

7            tion or fund available for salaries or expenses

8            for positions within the employing office;

9            ''(B) if not used by the covered employee

10           before the end of the 12-month period (as re-

11           ferred to in section 102(a)(1) of the Family and

12           Medical Leave Act of 1993 (29 U.S.C.

13           2612(a)(1))) to which it relates, shall not accu-

14           mulate for any subsequent use; and

15            ''(C) shall apply without regard to the limi-

16           tations in subparagraph (E), (F), or (G) of sec-

17           tion 6382(d)(2) of title 5, United States Code,

18           or section 104(c)(2) of the Family and Medical

19           Leave Act of 1993 (29 U.S.C. 2614(c)(2)).''.

20    (b) CONFORMING AMENDMENT.—Section 202(a)(2)

21  of the Congressional Accountability Act of 1995 (2 U.S.C.

22  1312(a)(2)) is amended by adding at the end the fol-

23  lowing: ''The requirements of subparagraph (B) shall not

24  apply with respect to leave under subparagraph (A) or (B)

WASHSTATEC013754

2654

1 of section 102(a)(1) of the Family and Medical Leave Act

2 of 1993 (29 U.S.C. 2612(a)(1)).''.

3     (c) EFFECTIVE DATE.—The amendments made by

4 this section shall not be effective with respect to any birth

5 or placement occurring before October 1, 2020.

6 **SEC. 7604. CONFORMING AMENDMENT TO FAMILY AND**

7                 **MEDICAL LEAVE ACT FOR GAO AND LIBRARY**

8                 **OF CONGRESS EMPLOYEES.**

9     (a) AMENDMENT TO FAMILY AND MEDICAL LEAVE

10 ACT OF 1993.—Section 102 of the Family and Medical

11 Leave Act of 1993 (29 U.S.C. 2612) is amended—

12         (1) in subsection (a)—

13             (A) in paragraph (1), by inserting ''and

14         subsection (d)(3)'' after ''section 103''; and

15             (B) in paragraph (4), by striking ''Dur-

16         ing'' and inserting ''Subject to subsection

17         (d)(3), during''; and

18         (2) in subsection (d), by adding at the end the

19 following:

20         ''(3) SPECIAL RULE FOR GAO EMPLOYEES.—

21             ''(A) SUBSTITUTION OF PAID LEAVE.—An

22         employee of the Government Accountability Of-

23         fice may elect to substitute for any leave with-

24         out pay under subparagraph (A) or (B) of sub-

WASHSTATEC013755

2655

1     section (a)(1) any paid leave which is available

2     to such employee for that purpose.

3         ''(B) AMOUNT OF PAID LEAVE.—The paid

4     leave that is available to an employee of the

5     Government Accountability Office for purposes

6     of subparagraph (A) is—

7         ''(i) the number of weeks of paid pa-

8         rental leave in connection with the birth or

9         placement involved that corresponds to the

10         number of administrative workweeks of

11         paid parental leave available to employees

12         under section 6382(d)(2)(B)(i) of title 5,

13         United States Code; and

14         ''(ii) during the 12-month period re-

15         ferred to in section 102(a)(1) and in addi-

16         tion to the administrative workweeks de-

17         scribed in clause (i), any additional paid

18         vacation, personal, family, medical, or sick

19         leave provided by such employer.

20         ''(C) LIMITATION.—Nothing in this section

21     shall be considered to require or permit an em-

22     ployer to require that an employee first use all

23     or any portion of the leave described in sub-

24     paragraph (B)(ii) before being allowed to use

WASHSTATEC013756

2656

1    the paid parental leave described in clause (i) of

2    subparagraph (B).

3        ''(D) ADDITIONAL RULES.—Paid parental

4    leave under subparagraph (B)(i)—

5            ''(i) shall be payable from any appro-

6    priation or fund available for salaries or

7    expenses for positions with the Government

8    Accountability Office;

9            ''(ii) if not used by the employee of

10    such employer before the end of the 12-

11    month period (as referred to in subsection

12    (a)(1)) to which it relates, shall not accu-

13    mulate for any subsequent use; and

14            ''(iii) shall apply without regard to the

15    limitations in subparagraph (E), (F), or

16    (G) of section 6382(d)(2) of title 5, United

17    States Code or section 104(c)(2) of this

18    Act.

19    ''(4) SPECIAL RULE FOR LIBRARY OF CON-

20    GRESS EMPLOYEES.—Consistent with section

21    101(a)(3)(J) of the Congressional Accountability Act

22    of 1995 (2 U.S.C. 1301(a)(3)(J)), the rights and

23    protections established by sections 101 through 105,

24    including section 102(d)(3), shall apply to employees

WASHSTATEC013757

1    of the Library of Congress under section 202 of that

2    Act (2 U.S.C. 1312).''.

3    (b) CONFORMING AMENDMENT.—Section 101(2) of

4 the Family and Medical Leave Act of 1993 (29 U.S.C.

5 2611(2)) is amended by adding at the end the following:

6          ''(E) GAO EMPLOYEES.—In the case of an

7          employee of the Government Accountability Of-

8          fice, the requirements of subparagraph (A) shall

9          not apply with respect to leave under section

10         102(a)(1)(A) or (B).''.

11    (c) EFFECTIVE DATE.—The amendments made by

12 this section shall not be effective with respect to any birth

13 or placement occurring before October 1, 2020.

**14 SEC. 7605. CLARIFICATION FOR MEMBERS OF THE NA-**

**15          TIONAL GUARD AND RESERVES.**

16    (a) EXECUTIVE BRANCH EMPLOYEES.—For pur-

17 poses of determining the eligibility of an employee who is

18 a member of the National Guard or Reserves to take leave

19 under section 6382(a) of title 5, United States Code, or

20 to substitute such leave pursuant to subsection (d)(2)(A)

21 of section 6382 of such title (as added by section 1102),

22 any service by such employee on active duty (as defined

23 in section 6381(7) of such title) shall be counted as service

24 as an employee for purposes of section 6381(1)(B) of such

25 title.

WASHSTATEC013758

2658

1    (b) CONGRESSIONAL EMPLOYEES.—For purposes of
2 determining the eligibility of a covered employee (as such
3 term is defined in section 101(3) of the Congressional Ac-
4 countability Act) who is a member of the National Guard
5 or Reserves to take leave under section 102(a) of the Fam-
6 ily and Medical Leave Act of 1993 (pursuant to section
7 202(a)(1) of the Congressional Accountability Act), any
8 service by such employee on active duty (as defined in sec-
9 tion 101(14) of the Family and Medical Leave Act of
10 1993) shall be counted as time during which such em-
11 ployee has been employed in an employing office for pur-
12 poses of section 202(a)(2)(B) of the Congressional Ac-
13 countability Act.

14    (c) GAO AND LIBRARY OF CONGRESS EMPLOYEES.—
15 For purposes of determining the eligibility of an employee
16 of the Government Accountability Office or Library of
17 Congress who is a member of the National Guard or Re-
18 serves to take leave under section 102(a) of the Family
19 and Medical Leave Act of 1993, any service by such em-
20 ployee on active duty (as defined in section 101(14) of
21 such Act) shall be counted as time during which such em-
22 ployee has been employed for purposes of section
23 101(2)(A) of such Act.

WASHSTATEC013759

2659

1 **SEC. 7606. CONFORMING AMENDMENT FOR CERTAIN TSA**
2       **EMPLOYEES.**

3     Section 111(d)(2) of the Aviation and Transportation

4 Security Act (49 U.S.C. 44935 note) is amended to read

5 as follows:

6       "(2) EXCEPTIONS.—

7           "(A) REEMPLOYMENT.—In carrying out

8           the functions authorized under paragraph (1),

9           the Under Secretary shall be subject to the pro-

10           visions set forth in chapter 43 of title 38,

11           United States Code.

12           "(B) LEAVE.—The provisions of sub-

13           chapter V of chapter 63 of title 5, United

14           States Code, shall apply to any individual ap-

15           pointed under paragraph (1) as if such indi-

16           vidual were an employee (within the meaning of

17           subparagraph (A) of section 6381(1) of such

18           title).".

19 # Subtitle B—Other Matters

20 **SEC. 7611. LIBERIAN REFUGEE IMMIGRATION FAIRNESS.**

21     (a) DEFINITIONS.—In this section:

22       (1) IN GENERAL.—Except as otherwise specifi-

23       cally provided, any term used in this Act that is

24       used in the immigration laws shall have the meaning

25       given the term in the immigration laws.

WASHSTATEC013760

2660

1     (2) IMMIGRATION LAWS.—The term "immigra-

2  tion laws" has the meaning given the term in section

3  101(a)(17) of the Immigration and Nationality Act

4  (8 U.S.C. 1101(a)(17)).

5     (3) SECRETARY.—The term "Secretary" means

6  the Secretary of Homeland Security.

7  (b) ADJUSTMENT OF STATUS.—

8     (1) IN GENERAL.—Except as provided in para-

9  graph (3), the Secretary shall adjust the status of

10  an alien described in subsection (c) to that of an

11  alien lawfully admitted for permanent residence if

12  the alien—

13     (A) applies for adjustment not later than

14  1 year after the date of the enactment of this

15  Act;

16     (B) is otherwise eligible to receive an im-

17  migrant visa; and

18     (C) subject to paragraph (2), is admissible

19  to the United States for permanent residence.

20     (2) APPLICABILITY OF GROUNDS OF INADMIS-

21  SIBILITY.—In determining the admissibility of an

22  alien under paragraph (1)(C), the grounds of inad-

23  missibility specified in paragraphs (4), (5), (6)(A),

24  and (7)(A) of section 212(a) of the Immigration and

25  Nationality Act (8 U.S.C. 1182(a)) shall not apply.

WASHSTATEC013761

2661

1     (3) EXCEPTIONS.—An alien shall not be eligible

2 for adjustment of status under this subsection if the

3 Secretary determines that the alien—

4     (A) has been convicted of any aggravated

5     felony;

6     (B) has been convicted of two or more

7     crimes involving moral turpitude (other than a

8     purely political offense); or

9     (C) has ordered, incited, assisted, or other-

10     wise participated in the persecution of any per-

11     son on account of race, religion, nationality,

12     membership in a particular social group, or po-

13     litical opinion.

14     (4) RELATIONSHIP OF APPLICATION TO CER-

15 TAIN ORDERS.—

16     (A) IN GENERAL.—An alien present in the

17     United States who has been subject to an order

18     of exclusion, deportation, removal, or voluntary

19     departure under any provision of the Immigra-

20     tion and Nationality Act (8 U.S.C. 1101 et

21     seq.) may, notwithstanding such order, submit

22     an application for adjustment of status under

23     this subsection if the alien is otherwise eligible

24     for adjustment of status under paragraph (1).

WASHSTATEC013762

2662

1       (B) SEPARATE MOTION NOT REQUIRED.—

2 An alien described in subparagraph (A) shall

3 not be required, as a condition of submitting or

4 granting an application under this subsection,

5 to file a separate motion to reopen, reconsider,

6 or vacate an order described in subparagraph

7 (A).

8       (C) EFFECT OF DECISION BY SEC-

9 RETARY.—

10       (i) GRANT.—If the Secretary adjusts

11 the status of an alien pursuant to an appli-

12 cation under this subsection, the Secretary

13 shall cancel any order described in sub-

14 paragraph (A) to which the alien has been

15 subject.

16       (ii) DENIAL.—If the Secretary makes

17 a final decision to deny such application,

18 any such order shall be effective and en-

19 forceable to the same extent that such

20 order would be effective and enforceable if

21 the application had not been made.

22   (c) ALIENS ELIGIBLE FOR ADJUSTMENT OF STA-

23 TUS.—

24       (1) IN GENERAL.—The benefits provided under

25 subsection (b) shall apply to any alien who—

WASHSTATEC013763

2663

1     (A)(i) is a national of Liberia; and

2     (ii) has been continuously present in the

3     United States during the period beginning on

4     November 20, 2014, and ending on the date on

5     which the alien submits an application under

6     subsection (b); or

7     (B) is the spouse, child, or unmarried son

8     or daughter of an alien described in subpara-

9     graph (A).

10     (2) DETERMINATION OF CONTINUOUS PHYS-

11     ICAL PRESENCE.—For purposes of establishing the

12     period of continuous physical presence referred to in

13     paragraph (1)(A)(ii), an alien shall not be consid-

14     ered to have failed to maintain continuous physical

15     presence based on one or more absences from the

16     United States for one or more periods amounting, in

17     the aggregate, of not more than 180 days.

18     (d) STAY OF REMOVAL.—

19     (1) IN GENERAL.—The Secretary shall promul-

20     gate regulations establishing procedures by which an

21     alien who is subject to a final order of deportation,

22     removal, or exclusion, may seek a stay of such order

23     based on the filing of an application under sub-

24     section (b).

25     (2) DURING CERTAIN PROCEEDINGS.—

WASHSTATEC013764

2664

(A) IN GENERAL.—Except as provided in subparagraph (B), notwithstanding any provision of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.), the Secretary may not order an alien to be removed from the United States if the alien—

(i) is in exclusion, deportation, or removal proceedings under any provision of such Act; and

(ii) has submitted an application for adjustment of status under subsection (b).

(B) EXCEPTION.—The Secretary may order an alien described in subparagraph (A) to be removed from the United States if the Secretary has made a final determination to deny the application for adjustment of status under subsection (b) of the alien.

(3) WORK AUTHORIZATION.—

(A) IN GENERAL.—The Secretary may—

(i) authorize an alien who has applied for adjustment of status under subsection (b) to engage in employment in the United States during the period in which a determination on such application is pending; and

WASHSTATEC013765

2665

1     (ii) provide such alien with an "em-
2    ployment authorized" endorsement or
3    other appropriate document signifying au-
4    thorization of employment.

5   (B) PENDING APPLICATIONS.—If an appli-
6   cation for adjustment of status under sub-
7   section (b) is pending for a period exceeding
8   180 days and has not been denied, the Sec-
9   retary shall authorize employment for the appli-
10   cable alien.

11 (e) RECORD OF PERMANENT RESIDENCE.—On the

12 approval of an application for adjustment of status under

13 subsection (b) of an alien, the Secretary shall establish

14 a record of admission for permanent residence for the

15 alien as of the date of the arrival of the alien in the United

16 States.

17 (f) AVAILABILITY OF ADMINISTRATIVE REVIEW.—

18 The Secretary shall provide applicants for adjustment of

19 status under subsection (b) with the same right to, and

20 procedures for, administrative review as are provided to—

21   (1) applicants for adjustment of status under

22   section 245 of the Immigration and Nationality Act

23   (8 U.S.C. 1255); and

24   (2) aliens subject to removal proceedings under

25   section 240 of such Act (8 U.S.C. 1229a).

WASHSTATEC013766

2666

1 (g) LIMITATION ON JUDICIAL REVIEW.—

2 (1) IN GENERAL.—A determination by the Sec-

3 retary with respect to the adjustment of status of

4 any alien under this section is final and shall not be

5 subject to review by any court.

6 (2) RULE OF CONSTRUCTION.—Nothing in

7 paragraph (1) shall be construed to preclude the re-

8 view of a constitutional claim or a question of law

9 under section 704 of title 5, United States Code,

10 with respect to a denial of adjustment of status

11 under this section.

12 (h) NO OFFSET IN NUMBER OF VISAS AVAILABLE.—

13 The Secretary of State shall not be required to reduce the

14 number of immigrant visas authorized to be issued under

15 any provision of the Immigration and Nationality Act (8

16 U.S.C. 1101 et seq.) to offset the adjustment of status

17 of an alien who has been lawfully admitted for permanent

18 residence pursuant to this section.

19 (i) APPLICATION OF IMMIGRATION AND NATION-

20 ALITY ACT PROVISIONS.—

21 (1) SAVINGS PROVISION.—Nothing in this Act

22 may be construed to repeal, amend, alter, modify, ef-

23 fect, or restrict the powers, duties, function, or au-

24 thority of the Secretary in the administration and

25 enforcement of the Immigration and Nationality Act

WASHSTATEC013767

2667

1  (8 U.S.C. 1101 et seq.) or any other law relating to
2  immigration, nationality, or naturalization.

3  (2) EFFECT OF ELIGIBILITY FOR ADJUSTMENT
4  OF STATUS.—The eligibility of an alien to be law-
5  fully admitted for permanent residence under this
6  section shall not preclude the alien from seeking any
7  status under any other provision of law for which
8  the alien may otherwise be eligible.

9  **SEC. 7612. PENSACOLA DAM AND RESERVOIR, GRAND**
10  **RIVER, OKLAHOMA.**

11  (a) DEFINITIONS.—In this section:

12  (1) COMMISSION.—The term "Commission"
13  means the Federal Energy Regulatory Commission.

14  (2) CONSERVATION POOL.—The term "con-
15  servation pool" means all land and water of Grand
16  Lake O' the Cherokees, Oklahoma, below the flood
17  pool.

18  (3) FLOOD POOL.—The term "flood pool"
19  means all land and water of Grand Lake O' the
20  Cherokees, Oklahoma, allocated for flood control or
21  navigation by the Secretary pursuant to section 7 of
22  the Flood Control Act of 1944 (33 U.S.C. 709).

23  (4) PROJECT.—The term "project" means the
24  Pensacola Hydroelectric Project (FERC No. 1494).

WASHSTATEC013768

2668

1      (5) SECRETARY.—The term "Secretary" means

2 the Secretary of the Army.

3   (b) CONSERVATION POOL MANAGEMENT.—

4      (1) FEDERAL LAND.—Notwithstanding section

5 3(2) of the Federal Power Act (16 U.S.C. 796(2)),

6 any Federal land within the project boundary, in-

7 cluding any right, title, or interest in or to land held

8 by the United States for any purpose, shall not—

9      (A) be subject to the first proviso in sec-

10      tion 4(e) of the Federal Power Act (16 U.S.C.

11      797(e)); or

12      (B) be considered to be—

13           (i) land or other property of the

14           United States for purposes of

15           recompensing the United States for the

16           use, occupancy, or enjoyment of the land

17           under section 10(e)(1) of that Act (16

18           U.S.C. 803(e)(1)); or

19           (ii) land of the United States for pur-

20           poses of section 24 of that Act (16 U.S.C.

21           818).

22      (2) LICENSE CONDITIONS.—

23      (A) IN GENERAL.—Except as may be re-

24      quired by the Secretary to carry out responsibil-

25      ities under section 7 of the Flood Control Act

WASHSTATEC013769

1     of 1944 (33 U.S.C. 709), the Commission or
2     any other Federal or State agency shall not in-
3     clude in any license for the project any condi-
4     tion or other requirement relating to—

5         (i) surface elevations of the conserva-
6         tion pool; or

7         (ii) the flood pool (except to the ex-
8         tent it references flood control require-
9         ments prescribed by the Secretary).

10     (B) EXCEPTION.—Notwithstanding sub-
11     paragraph (A), the project shall remain subject
12     to the Commission's rules and regulations for
13     project safety and protection of human health.
14 (3) PROJECT SCOPE.—

15     (A) LICENSING JURISDICTION.—The li-
16     censing jurisdiction of the Commission for the
17     project shall not extend to any land or water
18     outside the project boundary.

19     (B) OUTSIDE INFRASTRUCTURE.—Any
20     land, water, or physical infrastructure or other
21     improvement outside the project boundary shall
22     not be considered to be part of the project.

23     (C) BOUNDARY JURISDICTION AMEND-
24     MENTS.—The Commission may, consistent with
25     the requirements of the Federal Power Act,

WASHSTATEC013770

2670

1        amend the project boundary, only with the ex-

2        pressed written agreement of the project li-

3        censee. If the licensee does not agree to a

4        project boundary change proposed by the Com-

5        mission, the purposes and requirements of part

6        I of the Federal Power Act (16 U.S.C. 791a et

7        seq.) shall be deemed to be satisfied without the

8        Commission's proposed boundary or jurisdiction

9        change.

10   (c) EXCLUSIVE JURISDICTION OF FLOOD POOL MAN-

11  AGEMENT.—The Secretary shall have exclusive jurisdic-

12  tion and responsibility for management of the flood pool

13  for flood control operations at Grand Lake O' the Chero-

14  kees.

15   (d) STUDY OF UPSTREAM INFRASTRUCTURE.—Not

16  later than 90 days after the date of the enactment of this

17  Act, the Secretary shall initiate a study of infrastructure

18  and lands upstream from the project to evaluate resiliency

19  to flooding. Not later than one year after initiating the

20  study, the Secretary shall issue a report advising local

21  communities and State departments of transportation of

22  any identified deficiencies and potential mitigation op-

23  tions.

24   (e) SAVINGS PROVISION.—Nothing in this section af-

25  fects, with respect to the project—

WASHSTATEC013771

2671

1        (1) any authority or obligation of the Secretary

2    or the Chief of Engineers pursuant to section 2 of

3    the Act of June 28, 1938 (commonly known as the

4    "Flood Control Act of 1938") (33 U.S.C. 701c–1);

5        (2) any authority of the Secretary or the Chief

6    of Engineers pursuant to section 7 of the Act of De-

7    cember 22, 1944 (commonly known as the "Flood

8    Control Act of 1944") (33 U.S.C. 709);

9        (3) any obligation of the United States to ob-

10    tain flowage or other property rights pursuant to the

11    Act of July 31, 1946 (60 Stat. 743, chapter 710);

12        (4) any obligation of the United States to ac-

13    quire flowage or other property rights for additional

14    reservoir storage pursuant to Executive Order 9839

15    (12 Fed. Reg. 2447; relating to the Grand River

16    Dam Project);

17        (5) any authority of the Secretary to acquire

18    real property interest pursuant to section 560 of the

19    Water Resources Development Act of 1996 (Public

20    Law 104–303; 110 Stat. 3783);

21        (6) any obligation of the Secretary to conduct

22    and pay the cost of a feasibility study pursuant to

23    section 449 of the Water Resources Development

24    Act of 2000 (Public Law 106–541; 114 Stat. 2641);

WASHSTATEC013772

2672

1       (7) the National Flood Insurance Program es-

2  tablished under the National Flood Insurance Act of

3  1968 (42 U.S.C. 4001 et seq.), including any policy

4  issued under that Act; or

5       (8) any disaster assistance made available

6  under the Robert T. Stafford Disaster Relief and

7  Emergency Assistance Act (42 U.S.C. 5121 et seq.)

8  or other Federal disaster assistance program.

9  **SEC. 7613. LIMITATION ON CERTAIN ROLLING STOCK PRO-**

10            **CUREMENTS; CYBERSECURITY CERTIFI-**

11            **CATION FOR RAIL ROLLING STOCK AND OP-**

12            **ERATIONS.**

13     Section 5323 of title 49, United States Code, is

14  amended by adding at the end the following:

15     "(u) LIMITATION ON CERTAIN ROLLING STOCK PRO-

16  CUREMENTS.—

17       "(1) IN GENERAL.—Except as provided in para-

18  graph (5), financial assistance made available under

19  this chapter shall not be used in awarding a contract

20  or subcontract to an entity on or after the date of

21  enactment of this subsection for the procurement of

22  rolling stock for use in public transportation if the

23  manufacturer of the rolling stock—

24         "(A) is incorporated in or has manufac-

25  turing facilities in the United States; and

WASHSTATEC013773

2673

1      "(B) is owned or controlled by, is a sub-
2   sidiary of, or is otherwise related legally or fi-
3   nancially to a corporation based in a country
4   that—

5          "(i) is identified as a nonmarket econ-
6      omy country (as defined in section 771(18)
7      of the Tariff Act of 1930 (19 U.S.C.
8      1677(18))) as of the date of enactment of
9      this subsection;

10          "(ii) was identified by the United
11      States Trade Representative in the most
12      recent report required by section 182 of
13      the Trade Act of 1974 (19 U.S.C. 2242)
14      as a foreign country included on the pri-
15      ority watch list defined in subsection (g)(3)
16      of that section; and

17          "(iii) is subject to monitoring by the
18      Trade Representative under section 306 of
19      the Trade Act of 1974 (19 U.S.C. 2416).

20      "(2) EXCEPTION.—For purposes of paragraph
21   (1), the term 'otherwise related legally or financially'
22   does not include a minority relationship or invest-
23   ment.

24      "(3) INTERNATIONAL AGREEMENTS.—This sub-
25   section shall be applied in a manner consistent with

WASHSTATEC013774

2674

1  the obligations of the United States under inter-

2  national agreements.

3  "(4) CERTIFICATION FOR RAIL ROLLING

4  STOCK.—

5       "(A) IN GENERAL.—Except as provided in

6  paragraph (5), as a condition of financial as-

7  sistance made available in a fiscal year under

8  section 5337, a recipient that operates rail fixed

9  guideway service shall certify in that fiscal year

10 that the recipient will not award any contract

11 or subcontract for the procurement of rail roll-

12 ing stock for use in public transportation with

13 a rail rolling stock manufacturer described in

14 paragraph (1).

15      "(B) SEPARATE CERTIFICATION.—The cer-

16 tification required under this paragraph shall be

17 in addition to any certification the Secretary es-

18 tablishes to ensure compliance with the require-

19 ments of paragraph (1).

20      "(5) SPECIAL RULES.—

21      "(A) PARTIES TO EXECUTED CON-

22 TRACTS.—This subsection, including the certifi-

23 cation requirement under paragraph (4), shall

24 not apply to the award of any contract or sub-

25 contract made by a public transportation agen-

WASHSTATEC013775

2675

1 cy with a rail rolling stock manufacturer de-
2 scribed in paragraph (1) if the manufacturer
3 and the public transportation agency have exe-
4 cuted a contract for rail rolling stock before the
5 date of enactment of this subsection.

6  ''(B) ROLLING STOCK.—Except as pro-
7 vided in subparagraph (C) and for a contract or
8 subcontract that is not described in subpara-
9 graph (A), this subsection, including the certifi-
10 cation requirement under paragraph (4), shall
11 not apply to the award of a contract or sub-
12 contract made by a public transportation agen-
13 cy with any rolling stock manufacturer for the
14 2-year period beginning on or after the date of
15 enactment of this subsection.

16  ''(C) EXCEPTION.—Subparagraph (B)
17 shall not apply to the award of a contract or
18 subcontract made by the Washington Metropoli-
19 tan Area Transit Authority.

20 ''(v) CYBERSECURITY CERTIFICATION FOR RAIL
21 ROLLING STOCK AND OPERATIONS.—

22  ''(1) CERTIFICATION.—As a condition of finan-
23 cial assistance made available under this chapter, a
24 recipient that operates a rail fixed guideway public
25 transportation system shall certify that the recipient

WASHSTATEC013776

2676

1  has established a process to develop, maintain, and
2  execute a written plan for identifying and reducing
3  cybersecurity risks.

4  ''(2) COMPLIANCE.—For the process required
5  under paragraph (1), a recipient of assistance under
6  this chapter shall—

7      ''(A) utilize the approach described by the
8      voluntary standards and best practices devel-
9      oped under section 2(c)(15) of the National In-
10     stitute of Standards and Technology Act (15
11     U.S.C. 272(c)(15)), as applicable;

12     ''(B) identify hardware and software that
13     the recipient determines should undergo third-
14     party testing and analysis to mitigate cyberse-
15     curity risks, such as hardware or software for
16     rail rolling stock under proposed procurements;
17     and

18     ''(C) utilize the approach described in any
19     voluntary standards and best practices for rail
20     fixed guideway public transportation systems
21     developed under the authority of the Secretary
22     of Homeland Security, as applicable.

23 ''(3) LIMITATIONS ON STATUTORY CONSTRUC-
24 TION.—Nothing in this subsection shall be construed
25 to interfere with the authority of—

WASHSTATEC013777

2677

1              ''(A) the Secretary of Homeland Security
2         to publish or ensure compliance with require-
3         ments or standards concerning cybersecurity for
4         rail fixed guideway public transportation sys-
5         tems; or
6              ''(B) the Secretary of Transportation
7         under section 5329 to address cybersecurity
8         issues as those issues relate to the safety of rail
9         fixed guideway public transportation systems.''.

And the House agree to the same.

WASHSTATEC013778

# S. 1790

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Armed Services, for consideration of the Senate bill and the House amendment, and modifications committed to conference: | |
| Mr. Smith of Washington | |
| Mrs. Davis of California | |
| Mr. Langevin | |
| Mr. Larsen of Washington | |
| Mr. Cooper (TN-5) | |
| Mr. Courtney CT-02 | |
| Mr. Garamendi | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| Ms. Speier | |
| Mr. Norcross | |
| Mr. Gallego | |
| Mr. Moulton | |
| Mr. Carbajal | |
| Mr. Brown of Maryland | |
| Mr. Khanna | |
| | |

# S. 1790—Continued

| *Managers on the part of the*<br>HOUSE | *Managers on the part of the*<br>SENATE |
|---|---|
| Mr. Vela | |
| Mr. Kim | |
| Ms. Kendra S. Horn of Oklahoma | |
| Mr. Cisneros | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| Mr. Thornberry | |
| Mr. Wilson of South Carolina | |
| Mr. Turner | |
| Mr. Rogers of Alabama | |
| Mr. Conaway | |
| Mr. Lamborn | |
| Mr. Wittman | |

# S. 1790—Continued

| *Managers on the part of the*<br>HOUSE | *Managers on the part of the*<br>SENATE |
|---|---|
| *[signature]*<br>Ms. Stefanik | |
| *[signature]*<br>Mr. Kelly of Mississippi | |
| *[signature]*<br>Mr. Bacon | |
| *[signature]*<br>Mr. Banks | |
| *[signature]*<br>Ms. Cheney | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Permanent Select Committee on Intelligence, for consideration of matters within the jurisdiction of that committee under clause 11 of rule X: | |

Mr. Schiff

Ms. Sewell of Alabama

Mr. Nunes

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on the Budget, for consideration of secs. 4 and 10608 of the Senate bill, and secs. 1006 and 1112 of the House amendment, and modifications committed to conference: | |
| Mr. Yarmuth | |
| Mr. Peters | |
| Mr. Johnson of Ohio | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Education and Labor, for consideration of secs. 571, 572, and 5501 of the Senate bill, and secs. 211, 576, 580, 1099N, 1117, 3120, and 3503 of the House amendment, and modifications committed to conference: | |

Mr. Scott of Virginia

Mrs. Trahan

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Committee on Energy and Commerce, for consideration of secs. 214, 315, 318, 703, 3112, 3113, 3201-03, 5318, 6001, 6006, 6021, 6701, 6711, 6721-24, 6741, 6742, 6751-54, 8101, 8202, 10421, 10422, and 10742 of the Senate bill, and secs. 315, 330F, 330H, 330O, 606, 737, 3111, 3112, 3127, 3128, 3201, and 3202 of the House amendment, and modifications committed to conference: | |
| | |
| ▬▬▬▬▬ | |
| | |
| ▬▬▬▬▬ | |
| Mr. Upton | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Financial Services, for consideration of secs. 6017, 6018, 6804, 6811, 6813-16, 6834, 6835, and title LXIX of the Senate bill, and secs. 550K, 560G, subtitle I of title X, secs. 1240B, 1292, 1704, 1711, 1713-16, 1733, and 2843 of the House amendment, and modifications committed to conference: | |
| Mr. Sherman | |
| Mr. Barr | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Foreign Affairs, for consideration of secs. 834, 1011, 1043, 1202, 1203, 1205, 1206, 1211, 1212, 1215, 1221-24, 1231-36, 1238, 1252, 1281-84, title XIII, secs. 1671, 1681, 2822, 6203-06, 6210, 6213, 6215, 6231, 6236, title LXVIII, secs. 6921, 6922, 6931, 6941, 6943, 6954, part I of subtitle B of title LXXXV, secs. 8562, and 10701 of the Senate bill, and secs. 634, 1036, 1046, 1050, 1099X, 1201, 1202, 1204, 1207, 1210, 1213, 1215, 1218, 1221-25, 1229, 1231-34, 1240A, 1241, 1250D, 1251, 1255, 1258, 1260A, 1260B, 1265, 1266, 1269, 1270, 1270G, 1270H, 1270I, 1270N, 1270R, 1270S, 1270T, 1270W, subtitle I of title XII, subtitle J of title XII, title XIII, secs. 1521, 1669, and title XVII of the House amendment, and modifications committed to conference: | |
| ▬▬▬▬ | |
| ▬▬▬▬

Mr. McCaul | |

G:\CMTE\AS\20\C\S1790SS.HSE

H.L.C.

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Homeland Security, for consideration of secs. 6006, 6012, and 8543 of the Senate bill, and modifications committed to conference: | |
| Mr. Rose of New York | |
| Ms. Underwood | |
| Mr. Walker | |
| | |
| | |
| | |
| | |

WASHSTATEC013790

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on the Judiciary, for consideration of secs. 1025, 1031, 1044, 1682, 6004, 6206, 6804, 6811, 6813-16, 6835, 6921, and 6944 of the Senate bill, and secs. 530F, 530G, 550D, 550F, 550J, 570H, 729, 827, 1011, 1048, 1049, 1050C, 1093, 1099C, 1099K, 1099V, 1099Z-3, 1212, 1296A, 1704, 1711, 1713-16, and 1733 of the House amendment and modifications committed to conference: | |
| Ms. Lofgren | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Natural Resources, for consideration of secs. 314, 2812, 2814, 6001, 6020, subtitle C of title LXVII, sec. 8524, part I of subtitle B of title LXXXV, secs. 8554, and 8571 of the Senate bill, and secs. 330G, 1094, 1099D, 1099F, 1099U, 2851, subtitle F of title XXVIII, secs. 2876, and 2880 of the House amendment, and modifications committed to conference: | |

Ms. Haaland

Mr. Bishop of Utah

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Oversight and Reform, for consideration of secs. 218, 530, 559, 579, 1081, 1082, title XI, secs. 5802, 6012, subtitle B of title LXV, secs. 9304, 9307, 9311, 9313, 9314, 10303, 10432, 10434, 10601, 10603-05, 10612, 10741, and 10742 of the Senate bill, and secs. 212, 239, 5500, 629, 633, 804, 829, 842, 861, 872, 877, 883, 884, 891, 895, 899E, 899H, 899I, 1064, 1085, 1099B, title XI, secs. 1704, 1711, 1713-16, and 3127 of the House amendment, and modifications committed to conference: | |

Mr. Lynch

Mr. Connolly

Mr. Green of Tennessee

WASHSTATEC013793

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Science, Space, and Technology, for consideration of secs. 216, 219, 1612, 6001, 6006, 6008, 6009, 6742, 6754, 8524, and 10742 of the Senate bill, and secs. 214, 217, 882, and 1089 of the House amendment, and modifications committed to conference: | |

Ms. Johnson of Texas

Ms. Sherrill

Mr. Baird

G:\CMTE\AS\20\C\S1790SS.HSE

H.L.C.

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Small Business, for consideration of sec. 841 of the Senate bill, and secs. 872-76, 878, 879, 881, 882, and 886-89 of the House amendment, and modifications committed to conference: | |
| Ms. Velázquez | |
| Mr. Golden | |
| Mr. Chabot | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Transportation and Infrastructure, for consideration of secs. 353, 1612, 1682, 2805, title XXXV, secs. 6001, 6006, 6012, 6015, 6019, 6021, 6754, 8500, 8511, 8517, 8519, 8520, 8522, 8523, 8525, 8532, 8543, 8545, 8546, and 8571 of the Senate bill, and secs. 311, 313, 330A, 330O, 351, 354, 555, 569, 580C, 606, 896, 2808, 3501, and 3504 of the House amendment, and modifications committed to conference: | |

Mr. Katko

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Veterans' Affairs, for consideration of secs. 568, 721, 726, 727, 1083, 1431, 2812, 2813, 5702, and 6007 of the Senate bill, and secs. 530, 530A, 545, 546, 550E, 550G, 550H, 550I, 550J, 569, 570E, 570F, 574, 624, 705, 706, 713, 715, 1093, 1126, and 1411 of the House amendment, and modifications committed to conference: | |

Mr. Takano

Ms. Brownley of California

Mr. Watkins

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| | Mr. Inhofe |
| | Mr. Wicker |
| | Mrs. Fischer |
| | Mr. Cotton |
| | Mr. Rounds |
| | Ms. Ernst |
| | Mr. Tillis |
| | Mr. Sullivan |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| | Mr. Perdue |
| | Mr. Cramer |
| | Ms. McSally |
| | Mr. Scott of Florida |
| | Mrs. Blackburn |
| | Mr. Hawley |
| | Mr. Reed |
| | Mrs. Shaheen |

G:\CMTE\AS\20\C\S1790SS.HSE                                              H.L.C.

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| | |
| | Mr. Blumenthal |
| | Ms. Hirono |
| | Mr. Kaine |
| | Mr. King |
| | Mr. Heinrich |
| | Mr. Peters |

WASHSTATEC013800

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| | |
| | Ms. Duckworth |
| | Mr. Jones |
| | |
| | |
| | |
| | |

WASHSTATEC013801

## JOINT EXPLANATORY STATEMENT OF THE COMMITTEE OF CONFERENCE

The managers on the part of the House and the Senate at the conference on the disagreeing votes of the two Houses on the amendment of the House to the bill (S. 1790), to authorize appropriations for fiscal year 2020 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe military personnel strengths for such fiscal year, and for other purposes, submit the following joint statement to the House and the Senate in explanation of the effect of the action agreed upon by the managers and recommended in the accompanying conference report:

The House amendment struck all of the Senate bill after the enacting clause and inserted a substitute text.

The Senate recedes from its disagreement to the amendment of the House with an amendment that is a substitute for the Senate bill and the House amendment. The differences between the Senate bill, the House amendment, and the substitute agreed to in conference are noted below, except for clerical corrections, conforming changes made necessary by agreements reached by the conferees, and minor drafting and clarifying changes.

*Compliance with rules of the House of Representatives and Senate regarding earmarks and congressionally directed spending items*

Pursuant to clause 9 of rule XXI of the Rules of the House of Representatives and Rule XLIV(3) of the Standing Rules of the Senate, neither this conference report nor the accompanying joint statement of managers contains any congressional earmarks, congressionally directed spending items, limited tax benefits, or limited tariff benefits, as defined in such rules.

*Summary of discretionary authorizations and budget authority implication*

The budget request for national defense discretionary programs within the jurisdiction of the Committees on Armed Services of the Senate and the House of Representatives for fiscal year 2020 was $741.9 billion. Of this amount, $642.5 billion was requested for base Department of Defense programs, $75.9 billion was requested for overseas contingency operations, $23.2 billion was requested for national security programs in the Department of Energy and the Defense Nuclear Facilities Safety Board, and $300.0 million for defense-related activities.

The conference agreement would authorize $729.9 billion in fiscal year 2020, including $635.0 billion for base Department of Defense programs, $71.5 billion for overseas contingency operations, $23.1 billion for national security programs in the Department of Energy and the Defense Nuclear Facilities Safety Board, and $300.0 million for defense-related activities.

The two tables preceding the detailed program adjustments in Division D of the accompanying joint statement of managers summarize the discretionary authorizations in the agreement and the equivalent budget authority levels for fiscal year 2020 defense programs.

*Budgetary effects of this Act (sec. 4)*

The Senate bill contained a provision (sec. 4) that would require that the budgetary effects of this Act be determined in accordance with the procedures established in the Statutory Pay-As-You-Go Act of 2010 (title I of Public Law 111-139).

The House amendment contained a similar provision (sec. 1006).

The House recedes.

# DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS

## TITLE I—PROCUREMENT

### BUDGET ITEMS

*Columbia-class submarine advance procurement*

The budget request included $1.7 billion in line item 1 of Shipbuilding and Conversion, Navy for *Columbia*-class submarine advance procurement.

The House amendment would authorize an increase of $125.0 million above the request.

The Senate bill would authorize an increase of $125.0 million above the request.

The agreement authorizes an increase of $123.0 million above the request.

The conferees' intent in authorizing additional funds for submarine industrial base expansion is to ensure second- and third-tier contractors are able to meet increased production requirements.

The conferees direct the Secretary of the Navy to notify the congressional defense committees within 30 days of obligating funds provided for submarine industrial base expansion of the: obligation date, contractor name or names, location, description of the shortfall to be addressed, actions to be undertaken, desired end state, usable end items to be procured, period of performance, dollar amount, projected associated savings including business case analysis if applicable, contract name, and contract number.

The conferees believe that expanding the capabilities of the second- and third-tier contractors in the submarine industrial base should lead to greater cost savings and improved efficiency as production increases to meet the *Columbia*-class schedule and higher requirement for *Virginia*-class attack submarines in the Navy's latest Force Structure Assessment.

*Virginia-class submarine procurement and advance procurement*

The budget request included $7.2 billion in line number 3 of Shipbuilding and Conversion, Navy (SCN) for *Virginia*-class submarine procurement and $2.8 billion in line number 4 of SCN for *Virginia*-class submarine advance procurement.

The House amendment would authorize a decrease of $550.0 million below the request in line number 3 of SCN and the funding level of the request in line number 4 of SCN.

The Senate bill would authorize a decrease of $2.5 billion below the request in line number 3 of SCN and an increase of $1.5 billion above the request in line number 4 of SCN.

The agreement authorizes a decrease of $1.7 billion below the request in line number 3 of SCN and an increase of $200.0 million above the request in line number 4 of SCN.

The conferees note that the budget request included a plan to procure 11 *Virginia*-class attack submarines across the future years defense program (FYDP). The conferees supported that plan in both the House of Representatives and Senate National Defense Authorization Acts for Fiscal Year 2020. Unfortunately, the conferees have learned from the Navy that the original request was not financially or technically executable. For example, the Navy's request included procuring one boat in each of fiscal years 2020 and 2021 without the *Virginia* Payload Module (VPM). The conferees only recently learned that shifting the configuration to a non-VPM design would have resulted in considerable delay and disruption in building attack submarines, and could have harmed the *Columbia*-class program as well.

The conferees expect budget requests and associated materials to be complete and accurate, with rigorous supporting justification and analysis that demonstrates such requests are fully executable. The conferees further expect that when the Navy finds discrepancies, the Navy will provide timely, full, and open disclosure of such issues. The conferees are concerned that the *Virginia*-class fiscal year 2020 request lacked both accuracy and timely reporting of discrepancies.

The Navy has recently proposed a revised acquisition strategy with 9 *Virginia*-class submarines procured in fiscal years 2019 through 2023, with options to procure additional ships over that period. The conferees priority is to ensure the Navy fully preserves a plan to procure 10 *Virginia*-class attack submarines, nine of which include the VPM, and expects the Navy to budget accordingly in their fiscal year 2021 budget submission. Therefore, the conferees are providing the necessary additional *Virginia*-class advance procurement (AP) and procurement funds, including the AP funds needed to procure two submarines in fiscal year 2021, as submitted in the fiscal year 2020 budget as well as the 30-year shipbuilding plan.

The conferees recognize that due to recent negotiations the required multi-year certification of a ten submarine contract may not be possible, because it is not fully funded across the FYDP. The conferees note that section 2306b of title 10, United States Code, allows the Secretary of Defense to

certify the contract even if all of the requirements are not met. The conferees encourage the Secretary to consider utilizing this authority in order to expeditiously secure a contract for ten submarines.

The conferees regret that they presently lack sufficient budgetary information to support an eleventh *Virginia*-class submarine in the fiscal year 2019 through 2023 timeframe. The conferees would thoroughly consider an opportunity to increase submarine procurement in the future if it were technically and financially executable.

## SUBTITLE A—AUTHORIZATION OF APPROPRIATIONS

*Authorization of appropriations (sec. 101)*

The Senate bill contained a provision (sec. 101) that would authorize appropriations for procurement at the levels identified in section 4101 of division D of this Act.

The House amendment contained an identical provision (sec. 101).

The conference agreement includes this provision.

## SUBTITLE B—ARMY PROGRAMS

*Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1 (sec. 111)*

The Senate bill contained a provision (sec. 112) that would amend Section 113(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-38; 130 Stat. 2028) by striking "Secretary of Defense" and inserting "Secretary of the Army".

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE C—NAVY PROGRAMS

*Ford-class aircraft carrier cost limitation baselines (sec. 121)*

The House amendment contained a provision (sec. 112) that would repeal section 122 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364).

The Senate bill contained a similar provision (sec. 123) that would establish *Ford*-class aircraft carrier cost limitation

WASHSTATEC013806

baselines in title 10, United States Code, and repeal section 122 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364).

The House recedes with an amendment that would provide the Secretary of the Navy with the authority to adjust *Ford*-class aircraft carrier cost limitation baselines if advance notice is given to the congressional defense committees.

*Modification of annual report on cost targets for certain aircraft carriers (sec. 122)*

The House amendment contained a provision (sec. 111) that would amend section 126(c) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328), that requires an annual report on cost reduction efforts for CVN-79 and CVN-80.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require annual reports through fiscal year 2032.

*Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman (sec. 123)*

The Senate bill contained a provision (sec. 128) that would require the Secretary of the Navy to carry out the nuclear refueling and complex overhaul of the USS *John C. Stennis* (CVN–74) and USS *Harry S. Truman* (CVN–75). The provision would also authorize the use of incremental funding for a period not to exceed 6 years after advance procurement funds for each nuclear refueling and complex overhaul effort are first obligated.

The House amendment contained no similar provision.

The House recedes.

*Ford class aircraft carrier support for F–35C aircraft (sec. 124)*

The House amendment contained a provision (sec. 113) that would require the Secretary of the Navy to ensure that the aircraft carrier to be designated CVN–79 is capable of deploying with the F–35 prior to accepting delivery.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require CVN–79 be capable of deploying with the F–35 prior to the completion of the ship's post shakedown availability.

*Prohibition on use of funds for reduction of aircraft carrier force structure (sec. 125)*

The House amendment contained a provision (sec. 114) that would limit the Secretary of Defense from reducing aircraft carrier force structure below the level required by section 5062 of title 10, United States Code.

The Senate bill contained no similar provision.

The Senate recedes.

*Modification of prohibition on availability of funds for Navy waterborne security barriers (sec. 126)*

The Senate bill contained a provision (sec. 121) that would amend section 130 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to extend the prohibition on availability of funds for Navy port waterborne security barriers through fiscal year 2020 and would require the Secretary of the Navy to notify the congressional defense committees if exigent circumstances, under which an exception is granted, are deemed to exist.

The House amendment contained no similar provision.

The House recedes with an amendment that would limit the sustainment, refurbishment, and replacement to not more than 30 percent of portions of existing waterborne security barriers.

*LHA Replacement Amphibious Assault Ship Program (sec. 127)*

The Senate bill contained a provision (sec. 125) that would authorize the Secretary of the Navy to enter into and incrementally fund a contract for design and construction of the LHA replacement ship designated LHA-9. The provision would also repeal section 125 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364).

The House amendment contained no similar provision.

The House recedes.

*Strategic sealift fleet vessel (sec. 128)*

The House amendment contained a provision (sec. 118) that would direct the Secretary of the Navy to enter into a contract for one sealift vessel, subject to certain requirements.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would make entering into a contract or other agreement with a private-sector entity under which the entity would serve as the executive agent permissive.

*Design and construction of amphibious transport dock designated LPD-31 (sec. 129)*

The House amendment contained a provision (sec. 115) that would authorize the Secretary of the Navy to enter into a contract for the amphibious transport dock ship designated LPD-31. Additionally, the Secretary would be authorized to use incremental funding authority to complete the construction.

The Senate bill contained a similar provision (sec. 124).

The Senate recedes.

The conferees' intent is for the Secretary of the Navy to use the $350.0 million appropriated in Shipbuilding and Conversion, Navy (SCN) line number 13 in fiscal year 2019 and additional fiscal year 2020 funds in SCN line number 12 to procure LPD-31 long-lead material and start construction as efficiently as possible. Consistent with the budget request, the conferees expect the Navy to request the balance of costs for LPD-31 in fiscal year 2021.

*Limitation on availability of funds for the Littoral Combat Ship (sec. 130)*

The Senate bill contained provisions (sec. 126 and sec. 5126) that would prohibit funds from being used to exceed the total procurement quantity listed in revision five of the Littoral Combat Ship acquisition strategy unless the Under Secretary of Defense for Acquisition and Sustainment submits to the congressional defense committees a certification.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Limitation on the next new class of Navy large surface combatants (sec. 131)*

The Senate bill contained a provision (sec. 127) that would require design changes identified during the full duration of the combat system ship qualification trials and operational test periods of the first *Arleigh Burke*-class destroyer in the Flight III configuration be incorporated prior to Milestone B approval for the next new class of Navy large surface combatants.

The House amendment contained no similar provision.

The House recedes with an amendment that would require a land-based engineering site for the propulsion system.

The conferees note that over the last 10 years, the Comptroller General of the United States has issued at least 26 reports that identified shipbuilding best practices and made 67 recommendations to help the Navy improve shipbuilding outcomes. In a June 2018 report, the Government Accountability Office

WASHSTATEC013809

found that the Navy, in many cases, has not taken steps based upon these shipbuilding best practices.

In order to better understand the key aspects of ship design necessary to provide confidence in a program's cost, schedule, and reliability targets, the conferees direct the Comptroller General to conduct a review of shipbuilding design practices. This review shall include an examination of the Navy's design practices for shipbuilding major defense acquisition programs to assess measures of the lead ship or lead ship of a major ship modification's design maturity and stability sufficient to inform an understanding of the construction costs and the effort needed to execute the design, and any other related matters. The Comptroller General shall provide a briefing and report to the congressional defense committees not later than April 1, 2020 and January 1, 2021, respectively, that describe the findings of the review.

*Limitation on availability of funds pending quarterly updates on the CH-53K King Stallion helicopter program (sec. 132)*

The House amendment contained a provision (sec. 116) that would require the Secretary of the Navy to provide quarterly briefings to the Committee on Armed Services of the House of Representatives on the progress of the CH-53K King Stallion program.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Limitation on availability of funds for VH-92A helicopter (sec. 133)*

The House amendment contained a provision (sec. 117) that would require the Secretary of the Navy to submit a report to Committee on Armed Services of the House of Representatives on the VH-92A helicopter program.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Report on carrier wing and aviation combat element composition (sec. 134)*

The Senate bill contained a provision (sec. 129) that would direct the Secretary of the Navy to submit a report to the congressional defense committees, no later than May 1, 2020, on the optimal composition of the carrier air wing (CVW) in 2030 and 2040, as well as alternative force design concepts. The provision would also require the Secretary to provide a briefing

WASHSTATEC013810

on the report no later than March 1, 2020, to the congressional defense committees.

The House amendment contained no similar provision.

The House recedes with an amendment that would direct the Secretary of the Navy to submit a report on the optimal composition of the CVW on aircraft carriers and aviation combat element (ACE) embarked on amphibious ships in 2030 and 2040, including alternative force design concepts. Of specific concern that should be highlighted is the logistics impact based on the aircraft carriers ability to support the specified air wing.

# SUBTITLE D—AIR FORCE PROGRAMS

*Modification of requirement to preserve certain C-5 aircraft (sec. 141)*

The House amendment contained a provision (sec. 121) that would amend section 141(d) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112-239) to reinstate the requirement for the Secretary of the Air Force to continue to preserve certain C-5 aircraft in a storage condition that would allow a recall of retired aircraft to future service in the Air Force Reserve, Air National Guard, or Active Force structure.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require storage of C-5 aircraft until a new mobility requirement study is accomplished.

*OC-135B aircraft recapitalization program (sec. 142)*

The House amendment contained a provision (sec. 130A) that would ensure that any Request for Proposals for the procurement of an OC-135B aircraft under the Open Skies Treaty aircraft recapitalization program meets the requirements for full and open competition as set forth in section 2304 of title 10, United States Code, and incorporates a full competitive bidding process, to include both new production aircraft and recently manufactured low-hour, low-cycle aircraft.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a full competitive bidding process, including new and recently manufactured aircraft.

*Requirement to align Air Force aviation force structure with National Defense Strategy (sec. 143)*

The Senate bill contained a provision (sec. 141) that would require the Secretary of the Air Force to align the fighter force structure acquisition strategy with the results of the independent studies required by section 1064 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) and to transmit the new strategy in a report to the congressional defense committees no later than March 1, 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of the Air Force to submit a report to the congressional defense committees, no later than March 1, 2020, on the aviation force structure acquisition strategy that aligns with the stated capability and capacity requirements of the Air Force to meet the National Defense Strategy. Additionally, the amendment would require a waiver from the Secretary of Defense if the Secretary of the Air Force deviates from the strategy

*Prohibition on availability of funds for reduction in KC-10 primary mission aircraft inventory (sec. 144)*

The House amendment contained a provision (sec. 124) that would prohibit the retirement of any primary inventory KC-10 aircraft in fiscal year 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*Limitation on availability of funds for F-15EX aircraft program (sec. 145)*

The House amendment contained a provision (sec. 123) that would require the Secretary of Defense to designate the F-15EX program as a major subprogram and subject it to relevant reporting requirements and criteria pertinent to a major subprogram.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the same information pertinent to a major subprogram in the form of a comprehensive report, which the conferees understand would be less burdensome on the Secretary to generate instead of formal acquisition documents that could delay execution of the program using middle-tier rapid-acquisition authorities for the first two procurement lots of aircraft.  The amendment would also authorize procurement of long-lead aircraft materials to be procured for all aircraft authorized.

The conferees expect the Secretary of the Air Force to maintain information transparency with the congressional defense committees, and to sufficiently and promptly keep the

congressional defense committees apprised of issues particularly associated with the planning, cost, schedule, execution, fielding, or risk related to the F-15EX program.

*Limitation on availability of funds for VC-25B aircraft (sec. 146)*

The House amendment contained a provision (sec. 125) that would prohibit the Secretary of the Air Force from obligating or expending any funds to exercise the over-and-above clause of the VC-25B contract until the Secretary submits a certification to the congressional defense committees.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the notification of congressional committees if the over-and-above clause in the VC-25B contract is used.

*Limitation on availability of funds for RC-26B aircraft (sec. 147)*

The House amendment contained a provision (sec. 129) that would limit funds for the retiring of the RC-26B aircraft until the Secretary of Air Force certifies to the congressional defense committees that other platforms or technologies provide equivalent capabilities to the RC-26B aircraft.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would limit funds until the report regarding the efficacy of the RC-26 mission is delivered; the Secretary of the Air Force certifies whether there are missions that the RC-26B is required to complete; and whether there is a more cost effective way to complete those missions should the RC-26B be divested or retired.

*Limitation on availability of funds for retirement of RC-135 aircraft (sec. 148)*

The House amendment contained a provision (sec. 126) that would prohibit any use of funds authorized to be appropriated in fiscal year 2020 for the Air Force to retire, or prepare to retire, any RC-135 aircraft until 60 days after the date on which the Secretary of Defense certifies to the congressional defense committees that equivalent RC-135 capacity and capability exists to meet combatant commander requirements for indications and warning, intelligence preparation of the

operational environment, and direct support to kinetic and non-kinetic operations.

 The Senate bill contained no similar provision.

 The Senate recedes with a technical amendment.

*Air Force aggressor squadron modernization (sec. 149)*

 The Senate bill contained a provision (sec. 144) that would  require the Secretary of the Air Force to submit a report to the congressional defense committees on Air Force aggressor squadron modernization.

 The House amendment contained a similar provision (sec. 130) that would require the Chief of Staff of the Air Force to submit to the congressional defense committees a plan and report on the strategy for modernizing the organic aggressor fleet.

 The House recedes.

*Air Force plan for Combat Rescue Helicopter fielding (sec. 150)*

 The Senate bill contained a provision (sec. 145) that expressed the Sense of Congress that the Air National Guard should retain additional HH-60G helicopters given the delays of the Operational Loss Replacement program and the fielding schedule of the Combat Rescue Helicopter program. Furthermore, it directed a report on the fielding and training plan for the Air National Guard.

 The House amendment contained no similar provision.

 The House recedes.

*Report on feasibility of multiyear contract for procurement of JASSM-ER missiles (sec. 151)*

 The Senate bill contained a provision (sec. 143) that would require the Air Force to submit a report assessing the feasibility of entering into a multi-year contract for the procurement of the JASSM-ER. The report requires the Air Force to examine multi-year contract scenarios, including one that is an annual quantity of 550 missiles for five years. The conferees note that the Air Force quantity requirement for the JASSM-ER has recently increased and that procurement utilizing multi-year contracts versus annual contracts could provide significant cost savings to the Air Force.

 The House amendment contained no similar provision.

 The House recedes.

*Report on aircraft fleet of the Civil Air Patrol (sec. 152)*

The House amendment contained a provision (sec. 127) that would require the Secretary of the Air Force to submit a report to the congressional defense committees not later than 90 days after the date of the enactment of this Act on the Civil Air Patrol (CAP) that identifies and assesses the suitability of the current CAP aircraft fleet size, types of aircraft, and operating locations to meet mission requirements.

The Senate bill contained no similar provision.

The Senate recedes.

*Sense of Congress on the light attack aircraft initiative of the Air Force (sec. 153)*

The House amendment contained a provision (sec. 135) that would authorize the Commander of the U.S. Special Operations Command (USSOCOM) to procure light attack aircraft for Combat Air Advisor mission support if a validated special operations unique procurement requirement exists for USSOCOM.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that expresses a sense of the Congress on the importance of USSOCOM and the Secretary of the Air Force fully coordinating and collaborating on the experimental activities associated with the Air Force light attack aircraft initiative to inform future activities for USSOCOM and the Department of the Air Force regarding procurement of the light attack aircraft platform.

The conferees understand USSOCOM has an operational need and requirement for light attack aircraft for combat mission advisor support and as such expect the Secretary of the Air Force in coordination with the Commander of USSOCOM to consider options to synchronize and leverage Light Attack Aircraft experiments efforts to accelerate the procurement or development of aircraft for supporting the Combat Air Advisor mission requirements.

## SUBTITLE E—DEFENSE-WIDE, JOINT, AND MULTISERVICE MATTERS

*Economic order quantity contracting and buy-to-budget acquisition for F-35 aircraft program (sec. 161)*

The House amendment contained a provision (sec. 131) that would authorize the Secretary of Defense to procure economic order quantities of material and equipment for the F-35 program. This section would also authorize the Secretary to procure F-35 aircraft exceeding the quantity otherwise authorized by this Act

WASHSTATEC013815

if procurement of additional aircraft would not require
additional funds to be authorized or appropriated.

The Senate bill contained a similar provision (sec. 153)
that would authorize the Secretary of Defense to enter into
multiyear procurement contracts for F-35 aircraft in economic
order quantities for fiscal year 2021 (Lot 15) through fiscal
year 2023 (Lot 17).

The Senate recedes with an amendment that would remove the
requirement for the Secretary to provide the congressional
defense committees a separate business-case analysis performed
by the Office of the Director, Cost Assessment and Program
Evaluation.

The conferees also support procurement, by the Secretary
of Defense, of additional F-35A aircraft beyond the quantity of
F-35A aircraft authorized in this Bill, if such procurement of
additional aircraft would mitigate any negative cost and
schedule impacts for current F-35 program participants resulting
from the actions or decisions of foreign partners or customers
currently involved in the F-35 program.

*Relief from contractors for failure to deliver ready-for-issue*
*spare parts for the F-35 aircraft program (sec. 162)*

The House amendment contained a provision (sec. 134) that
would require the Secretary of Defense to seek compensation from
the contractor for costs related to the failure to deliver
ready-for-issue spare parts for the F-35 aircraft program.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would ensure
adequate relief from the prime contractors that delivered
noncompliant ready-for-issue spare parts.

*Limitation on availability of funds for reallocation of Turkish*
*F-35A aircraft to the United States (sec. 163)*

The conferees support the removal of the Government of
Turkey from the F-35 program due to its purchase of the S-400
Russian air defense system. As such, the conferees would support
procurement by the Department of Defense of all F-35A aircraft
procured by the Government of Turkey. The conferees also
encourage the Secretary of Defense to maximize the procurement
quantity of Turkish F-35A aircraft associated with Lots 12, 13,
or 14 during fiscal year 2020 using the additional funds
authorized in section 4101 of this Act.

Additionally, given the significant impact of the
sustainment and spare parts deficit currently within the F-35
program, the conferees emphasize the importance of fully funding

WASHSTATEC013816

spare parts, ancillary mission equipment, publications, and
technical data required to sustain F-35 aircraft. Therefore, the
conferees recommend a provision that would require the Secretary
of Defense to certify that these necessary support equipment
items will be procured prior to taking possession of the Turkish
F-35A aircraft, and that any Turkish F-35A aircraft will be
delivered to the U.S. Air Force in a configuration that allows
for integration into the existing Air Force F-35A fleet.

Finally, the conferees direct the Secretary of the Air
Force, in consultation with the Undersecretary of Defense for
Acquisition and Sustainment and the F-35 Program Executive
Officer, to submit a report to the congressional defense
committees not later than March 1, 2020, that describes the
strategy and implementation plan associated with the necessary
funding and actions required during each phase to produce,
modernize, deliver, field, operate and sustain the Turkish F-35A
aircraft authorized to be procured by the Department of Defense
elsewhere in this Act.

*Requirement to establish the use of an Agile DevOps software
development solution as an alternative for Joint Strike Fighter
Autonomic Logistics Information System (sec. 164)*

The Senate bill contained a provision (sec. 142) that
would require the Secretary of Defense to establish an agile
software development activity as an alternative for the F-35
Autonomic Logistics Information System (ALIS) and would direct
the Secretary of the Defense, in coordination with the Secretary
of the Air Force, to brief the congressional defense committees
on the findings of the competitive analysis no later than
September 30, 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the
Secretary of Defense to conduct a competitive analysis of the
performance and design architecture enhancement efforts between
the currently fielded ALIS, ALIS-Next, and the Department of the
Air Force agile development operations Madhatter initiative
efforts, including system technology transition opportunities
and timelines.

*F-35 sustainment cost (sec. 165)*

The Senate bill contained a provision (sec. 152) that
would require the F-35 Joint Program Office (JPO) to provide
sustainment cost data, as part of the quarterly briefings to the
congressional defense committees as required by section 155 of

WASHSTATEC013817

the John S. McCain National Defense Authorization Act for Fiscal
Year 2019 (Public Law 115-232).

The House amendment contained no similar provision.

The House recedes with clarifying amendments associated
with the specific timeline that achievable actions will be
implemented by the F-35 program to address sustainment-related
issues and that will reduce sustainment costs at a more
expedient pace.

*Reports on the progress and performance of the F-35 aircraft
program (sec. 166)*

The House amendment contained a provision (sec. 132) that
would require the Secretary of Defense to designate the F-35
Block 4 and Continuous Capability Development and Delivery
(C2D2) program as a major subprogram of the F-35 program in
accordance with Title 10, United States Code, section 2430a.
The amendment would also require the Comptroller General to
submit annually to the congressional defense committees a report
on various aspects of the F-35 Block 4 and C2D2 program.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the
requirement to designate the F-35 Block 4 and C2D2 program as a
major subprogram, but require the Secretary of Defense to submit
annually to the congressional defense committees an integrated
master schedule and past performance assessment for each planned
phase of Block 4 and C2D2 upgrades.

The conferees expect the Secretary of Defense to keep the
congressional defense committees fully and promptly informed on
the planning, cost, schedule, execution, fielding, and
programmatic risk associated with the Block 4 and C2D2 program.

*Other reports on F-35 aircraft program (sec. 167)*

The House amendment contained a provision (sec. 133) that
would require the Secretary of Defense to provide reports to the
congressional defense committees on F-35 reliability and
maintainability metrics, Block 4 capability development and
fielding activities, and modernization and upgrade plans for the
F-35 Autonomic Logistics Information System (ALIS).

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment that would
modify the information provided by the Undersecretary of Defense
for Research and Engineering, and by the Director, Operational
Test and Evaluation for the F-35 Block 4 Upgrade and Continuous
Capability Development and Delivery program.

WASHSTATEC013818

*Limitation on availability of funds for communications systems lacking certain resiliency features (sec. 168)*

The Senate bill contained a provision (sec. 151, as amended by sec. 5151) that would prohibit funding of any current or future Department of Defense (DOD) communications programs of record that do not meet certain resiliency requirements.
The House amendment contained no similar provision.
The House recedes with a clarifying amendment.

*Repeal of tactical unmanned vehicle common data link requirement (sec. 169)*

The Senate bill contained a provision (sec. 154) that would strike section 141 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109-163).
The House amendment contained no similar provision.
The House recedes with a technical amendment.
The conferees understand that Department of Defense policy will continue to prioritize commonality, open architecture, and non-proprietary systems for current and emerging platform, sensor, and weapons requirements. Repeal of this provision should not be construed as tacit permission to procure proprietary, unique data links for intelligence, surveillance, and reconnaissance (ISR) systems. The conferees expect the Under Secretary of Defense for Acquisition and Sustainment to update the DoD CDL policy dated May 3, 2018, as necessary to emphasize that program priorities, such as the congressionally-mandated migration off the common data link-To Be Sunset (TBS) waveforms, will proceed as previously planned. Further, the conferees expect a detailed accounting from USD A&S on plans to address data link requirements for emerging ISR systems and concepts.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Sense of Senate on Army's approach to capability drops 1 and 2 of the Distributed Common Ground System–Army program*

The Senate bill contained a provision (sec. 111) that expressed the Sense of the Senate on the Army's approach to Capability Drops 1 and 2 of the Distributed Common Ground System-Army program.
The House amendment contained no similar provision.
The Senate recedes.
The conferees note the significant progress that the Army has made in deploying the Distributed Common Ground System-Army. The transition to using capability drops and the increased use

of readily available technology integration have improved program outcomes and accelerated deployment timelines.

The conferees encourage program managers in other military services and agencies of the Department of Defense to review the Army's approach to determine whether that approach would improve outcomes for their own Distributed Common Ground System programs in accordance with the requirements of 10 U.S.C. 2377.

*Report on plans to support and maintain aircraft at Marine Corps air stations*

The House amendment contained a provision (sec. 119) that would require the Secretary of the Navy to submit a report on the plans to support and maintain aircraft assigned to Marine Corps air stations that are transitioning from F-18 Hornet aircraft to the F-35 Lightning aircraft.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of the Navy to submit a report to the congressional defense committees, not later than 90 days after enactment of this Act, which details the plans to support and maintain the F-35 aircraft at Marine Corps air stations. The report shall include the number and composition of squadrons assigned to each air station, the required support and maintenance workforce including uniformed military, civilian, and contract personnel needed at each location, and the required construction and support facilities associated with F-35 stationing at each air station.

*Capabilities based assessment for naval vessels that carry fixed-wing aircraft*

The Senate bill contained a provision (sec. 122) that would require a capabilities based assessment for naval vessels that carry fixed-wing aircraft.

The House amendment contained no similar provision.

The Senate recedes.

*Modification of limitation on use of funds for KC-46A aircraft*

The House amendment contained a provision (sec. 122) that would amend section 146 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), to limit the use of funds for KC-46A aircraft pending submittal of certification, to include a military flight release.

The Senate bill contained no similar provision.

The House recedes.

*Increase in funding for RC-135 aircraft mission training systems*

The House amendment contained a provision (sec. 128) that would increase funding for the RC-135 aircraft mission training systems by $200.0 million.

The Senate bill contained no similar provision.

The House recedes.

The outcome is reflected in section 4103 of the Act.

# TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

## SUBTITLE A—AUTHORIZATION OF APPROPRIATIONS

*Authorization of appropriations (sec. 201)*

The Senate bill contained a provision (sec. 201) that would authorize appropriations for research, development, test, and evaluation at the levels identified in section 4201 of division D of this Act.

The House amendment contained an identical provision (sec. 201).

The conference agreement includes this provision.

## SUBTITLE B—PROGRAM REQUIREMENTS, RESTRICTIONS, AND LIMITATIONS

*Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics (sec. 211)*

The House amendment contained a provision (sec. 211) that would make section 233 of the Carl Levin and Howard P. ''Buck'' McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291) permanent.

The Senate bill contained no similar provision.

The Senate recedes.

*Updates to the Department of Defense personnel management authority to attract experts in science and engineering (sec. 212)*

The House amendment contained a provision (sec. 212) that would provide personnel management authorities through December

WASHSTATEC013821

31, 2024, to the Director of the Joint Artificial Intelligence
Center to facilitate the recruitment of eminent experts in
science or engineering.
      The Senate bill contained no similar provision.
      The Senate recedes with a technical/clarifying amendment.

*Establishment of joint reserve detachment of the Defense
Innovation Unit (sec. 213)*

      The House amendment contained a provision (sec. 878F) that
would require the Secretary of Defense, in consultation with the
Secretaries of the military departments, to establish not fewer
than three joint reserve detachments at the Defense Innovation
Unit.
      The Senate bill contained no similar provision.
      The Senate recedes with an amendment that would allow the
Secretary of Defense, in consultation with the Secretaries of
the military departments, to establish joint reserve detachments
at Defense Innovation Unit locations. The provision would also
stipulate that assignment to a joint reserve detachment shall
not qualify as a joint duty assignment.
      The conferees encourage the Secretary of Defense to
establish joint reserve detachments at Defense Innovation Unit
locations and leverage the expertise, analysis, and alternatives
for innovation that members of the reserve can provide, while
simultaneously creating opportunities for greater engagement and
collaboration between the defense innovation ecosystem,
industry, and academia. The conferees also encourage the
Secretaries of the military departments to provide additional
opportunities for members of the reserve to serve in joint
reserve detachments at the Defense Innovation Unit in order to
utilize their relevant private sector experience to advance the
technology requirements of the Department of Defense.

*Research and educational programs and activities for
Historically Black Colleges and Universities and Minority-
Serving Institutions of Higher Education (sec. 214)*

      The House amendment contained a provision (sec. 871) that
would amend chapter 141 of title 10, United States Code, to
require the Department of Defense to ensure that the system used
by the Federal Government to monitor or record contractor past
performance for a grant or contract awarded to an institution of
higher education includes incentives for the award of a sub-
grant or subcontract to minority institutions.
      The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify section 2362 of title 10, United States Code, to allow the Secretary of Defense to establish incentives to encourage higher education institutions to collaborate with minority institutions in support of defense-related research and education.

The conferees note that another provision in this bill directs the Secretary of Defense to commission an independent study of defense research at historically black colleges and universities and other minority institutions, which will include recommendations on the development of incentives to encourage research and educational collaborations.

*Modification of authority for prizes for advanced technology achievements (sec. 215)*

The Senate bill contained a provision (sec. 239) that would authorize the office of the Under Secretary of Defense for Acquisition and Sustainment to award prizes as part of competitions to develop or demonstrate technologies relevant to defense missions.

The House amendment contained no similar provision.

The House recedes.

The conferees note the Defense Advanced Research Projects Agency's and the Services' successful use of these types of prize competitions, which have spurred the advancement of robotics, driverless cars, and cybersecurity technologies.

*Joint hypersonics transition office (sec. 216)*

The House amendment contained a provision (sec. 213) that would amend section 218 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364) by directing the Department of Defense to establish a coordinating office that standardizes the technical priorities across the Department and provides discretionary authorization of funding of new technologies for expeditious transition to the service weapons systems.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Modification of proof of concept commercialization program (sec. 217)*

The Senate bill contained a provision (sec. 216) that would make the commercialization pilot program authorized in section 1603 of the National Defense Authorization Act for

Fiscal Year 2014 (Public Law 113-66; 10 U.S.C. 2359 note) permanent.

The House amendment contained a similar provision (sec. 214).

The Senate recedes.

*Modification of authority and addition of technology areas for expedited access to technical talent (sec. 218)*

The Senate bill contained a provision (sec. 235) that would add rapid prototyping and infrastructure resilience to the technical areas eligible for the rapid contracting processes authorized under section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91).

The House amendment contained no similar provision.

The House recedes with an amendment that would amend the same section of law to require the Secretary of Defense to direct the Secretaries of the military departments to establish not fewer than three multi-institution task order contracts, consortia, cooperative agreements, or other arrangements to facilitate expedited access to university technical expertise, including faculty, staff, and students, within 180 days of the enactment of this Act. The amendment would also add hypersonics to the technical areas eligible for the rapid contracting process.

*Expansion of coordination in support of national security innovation and entrepreneurial education (sec. 219)*

The House amendment contained a provision (sec. 249) that would require the Under Secretary of Defense for Research and Engineering, in consultation with the Director of the Advanced Manufacturing Office of the Department of Energy, to conduct a study on the feasibility and potential benefits of establishing a lab-embedded entrepreneurial fellowship program.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add the Department of Energy's lab-embedded entrepreneurship programs to the list of national security innovation and entrepreneurial education programs that the Secretary of Defense may support.

*Modification of defense quantum information science and technology research and development program (sec. 220)*

The Senate bill contained a provision (sec. 217) that would amend section 234 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) by

WASHSTATEC013824

specifying a list of organizations to be consulted in developing
the research and investment plan required in that section and by
requiring the Department of Defense to develop, in coordination
with appropriate Federal entities, a taxonomy for quantum
science activities and requirements for relevant technology and
standards.

The House amendment contained a similar provision (sec.
230B).

The House recedes with an amendment that would: (1) Add a
list of organizations to be consulted with; (2) Require the
development of a taxonomy of quantum science activities; (3) Add
a section on quantum science research centers; and (4) Add
elements to the reporting requirement.

*Understanding of investments in artificial intelligence and
development of capabilities by adversaries (sec. 221)*

The Senate bill contained a provision (sec. 5203) that
would amend section 238 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232) to
require the official designated to coordinate the Department of
Defense's artificial intelligence activities to examine relevant
open source publications germane to artificial intelligence
research and development. The provision would also require the
Secretary of Defense to provide to the congressional defense
committees an analysis on the comparative capabilities of the
United States and China in artificial intelligence.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove the
analysis from the provision.

The conferees direct the Secretary of Defense to provide
to the congressional defense committees an analysis and briefing
of comparative capabilities of China in artificial intelligence
by March 1, 2020. The analysis and briefing shall consist of a
comprehensive and national-level: (1) Comparison of public and
private investment differentiated by sector and industry; (2)
Review of current trends in ability to set and determine global
standards and norms for artificial intelligence technology in
national security, including efforts in international standard
setting bodies; (3) Assessment of access to artificial
intelligence technology in national security; and (4) Assessment
of areas and activities in which the United States should invest
in order to provide the United States with technical superiority
over China in relevant areas of artificial intelligence. The
analysis and briefing should also include: (1) A comprehensive
assessment of the relative technical quality of activities in
the United States and China; (2) A comprehensive assessment of

the likelihood that developments in artificial intelligence will successfully transition into military systems of China; (3) Predicted effects on United States national security if current trends in China and the United States continue; (4) Predicted effects of current trends in the digital and technology export relationships of both countries with existing and new trading partners; and (5) An assessment of the relationships that are critical and in need of development in the private and public sectors to ensure that investment in artificial intelligence keeps pace with that of global investment.

*Advisory role of JASON scientific advisory group (sec. 222)*

     The House amendment contained a provision (sec. 215) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment, to seek to enter into a contract to support the JASON scientific advisory group.
     The Senate bill contained no similar provision.
     The Senate recedes with an amendment that would modify the requirement for the Department of Defense's arrangement with the JASON scientific advisory group to conduct national security studies and analyses. The conferees expect the arrangement or contract to be structured to allow for the efficient management of multiple national security research studies under one agreement with the Department and to be available for use by other Federal agencies, similar to previous contracts for JASON research studies.

*Direct Air Capture and Blue Carbon Removal Technology Program (sec. 223)*

     The Senate bill contained a provision (sec. 219) that would require the Secretary of Defense, in coordination with the Secretary of Homeland Security, the Secretary of Energy, and the heads of other Federal agencies as deemed appropriate by the Secretary of Defense, to carry out a program on the research, development, testing, evaluation, study, and demonstration of technologies related to blue carbon capture and direct air capture.
     The House amendment contained a similar provision (sec. 217).
     The House recedes with a technical amendment.

*Requiring defense microelectronics products and services meet trusted supply chain and operational security standards (sec. 224)*

The Senate bill contained a provision (sec. 233) that would require the Secretary of Defense to establish, by January 1, 2021, supply chain and operational security standards and requirements for microelectronics and require the Department of Defense to purchase microelectronics and related services to the maximum practicable extent from providers that meet these standards.

The House amendment contained a similar provision (sec. 230C).

The House recedes with an amendment that would: (1) Modify the required purchase implementation date; (2) Clarify the purchase requirement definition and specification; (3) Refine the applicability statement; (4) Clarify that suppliers should maintain the ability to sell commercially; and (5) Clarify that the standards be comprised of best practices.

The conferees intend that by incorporating and standardizing best practices the Department will improve its acquisition of securely manufactured, commercially-available products and ensure that a growing industrial base is more resilient to a variety of risks in the supply chain. Relevant best practices include those relating to: manufacturing location; company ownership; workforce composition and access during manufacturing; suppliers' design, sourcing, manufacturing, packaging, and distribution processes; and reliability of the supply chain. Rather than MIL-SPEC style standards that would inhibit the Department's flexibility, the standardization of best practices is intended to strike a balance between security and the cost-effectiveness of commercial solutions.

*Development and acquisition strategy to procure secure, low probability of detection data link network capability (sec. 225)*

The Senate bill contained a provision (sec. 211, as amended by sec. 5211) that would require the Chief of Staff of the Air Force (CSAF) and Chief of Naval Operations (CNO) to develop a joint development and acquisition strategy to procure a resilient, low latency, and low probability of detection data link network capability that would enable effective operation in the contested environments highlighted in the National Defense Strategy.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment that includes the Chief of Staff of the Army as part of the requirement.

The conferees are concerned about an absence of coordinated effort by the Department and the military services

WASHSTATEC013827

on resilient, anti-jam, low probability of intercept/low probability of detection (LPI/LPD) communications. The conferees note that Congress previously directed a similar strategy on LPI/LPD data links in the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115- 91). The Department's response was incomplete and inadequate, recommending no change to current Department policy that designates the F-35's Multifunction Advanced Data Link (MADL) as the solution for 5th to 4th generation air platform networked communications. Both the Navy and Air Force acknowledge that the aircraft modifications needed to install MADL are unaffordable at scale. A January 2019 memorandum signed by all three service secretaries commits the military services to common data standards to ensure interoperability across the joint force. While this is a positive step, the conferees believe progress on the specific LPI/LPD communications issue requires additional leadership and attention from both the Department and the military services. The conferees expect a more comprehensive and executable response to this legislative provision and subsequent investment in the Fiscal Year 2021 budget submission.

*Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure (sec. 226)*

The Senate bill contained a provision (sec. 212) that would require the Secretary of Defense to establish a secure fifth generation (5G) wireless network at the Nevada Test and Training Range as part of the Department of Defense (DOD) test infrastructure in order to provide an advanced cellular range for the Department.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Administration of manufacturing innovation institutes funded by the Department of Defense (sec. 227)*

The Senate bill contained a provision (sec. 5206) that would direct the Secretary of Defense to make changes to the administration of centers for manufacturing innovation funded by the Department of Defense and coordinate with other activities.
The House amendment contained no similar provision.
The House recedes with technical amendments.

*Research program on foreign malign influence operations (sec. 228)*

The House amendment contained a provision (sec. 218) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering,to carry out a research program on foreign malign influence operations as part of the university and other basic research programs of the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, to carry out a research program on foreign malign influence operations as part of the university research programs of the Department of Defense. Further, the provision would require the Secretary to submit to the congressional defense committees a notification not less than 30 days prior to initiating such a program.

*Diversification of the research and engineering workforce of the Department of Defense (sec. 229)*

The House amendment contained a provision (sec. 222) that would require the Secretary of Defense: (1) To assess critical skillsets required in the Department of Defense's science, technology, research, and engineering workforce to support emerging and future warfighter technologies, including an analysis of the recruitment, retention, and representation of minorities and women in the current workforce and geographic diversity; and (2) To develop and implement a plan to diversify and strengthen the Department's science, technology, research, and engineering workforce using existing programs and authorities.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would: (1) Include support from the Under Secretary of Personnel and Readiness for the assessment; (2) Specify the scope of the assessment as the research and engineering workforce of the Department of Defense; (3) Modify the elements required in the assessment; and (4) Require consultation with the Secretaries of the military departments in the development of the plan.

*Policy on the talent management of digital expertise and software professionals (sec. 230)*

The House amendment contained a provision (sec. 223) that would create a Chief Digital Engineering Recruitment and Management Officer at the Department of Defense responsible for promoting and maintaining digital expertise and software

WASHSTATEC013829

development as core competencies for civilian and military employees at the Department of Defense.

The Senate bill contained a similar provision (sec. 517).

The Senate recedes with an amendment that would authorize the Secretary of Defense to appoint a Chief Digital Engineering Recruitment and Management Officer. The amendment would also require an implementation plan describing how the Department of Defense will execute its policy to promote and maintain digital expertise and software development as core competencies of the civilian and military workforce.

The conferees encourage the Secretary of Defense to include in the implementation plan required by this section the following: (1) An assessment of progress made in recruiting an individual to serve as the Chief Digital Engineering Recruitment and Management Officer; (2) A timeline for implementation of the policy required by this section; and (3) Recommendations for any legislative or administrative action needed to meet the requirements of this section.

*Digital engineering capability to automate testing and evaluation (sec. 231)*

The House amendment contained a provision (sec. 224) that would direct the Under Secretary of Defense for Research and Engineering and the Director of Operational Test and Evaluation to establish a digital engineering capability to serve as the foundation for automated approaches to software testing and evaluation and to establish a pilot to demonstrate whether such testing could satisfy developmental and operational test requirements; that would direct associated changes to policies and guidance for both efforts; and that would require an initial report regarding these activities to be submitted to the congressional defense committees not later than 90 days after enactment.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would further elaborate the governance process and that would further define the scope of the demonstration and selection of programs to participate, as well as clarifying amendments to the roles and responsibilities of officials and organizations and technical amendments to the reporting requirements.

The conferees believe that establishing a digital engineering capability is critical to accelerating the adoption of best practices in the use of software to model and simulate complex system behavior to assess potential effects of proposed hardware or software engineering changes on system performance. Further, the conferees note the significant potential value of

WASHSTATEC013830

digital engineering capability for automating developmental and operational test and evaluation, and especially where a weapon or business system is software-defined and is developed using agile or secure continuous development/continuous delivery methods.

*Process to align policy formulation and emerging technology development (sec. 232)*

The House amendment contained a provision (sec. 225) that would require the Secretary of Defense to establish a process, not later than 180 days after the date of the enactment of this Act, to ensure that the policies of the Department of Defense relating to emerging technology are formulated and updated continuously as such technology is developed by the Department.

The Senate bill contained no similar amendment.

The Senate recedes with an amendment that would: (1) Modify the elements required for the process; (2) Modify the required report to a briefing; and (3) Modify definitions.

*Improvement of the Strategic Capabilities Office of the Department of Defense (sec. 233)*

The House amendment contained a provision (sec. 226) that would limit the ability of the Secretary of Defense to transfer the functions of the Strategic Capabilities Office (SCO) to another organization or element of the Department unless certain conditions are met.

The Senate bill contained a similar provision (sec. 905) that would prohibit any reorganization to the Department of Defense (DOD) that would impact SCO until the Chief Management Officer provides to the congressional defense committees a report assessing the impacts of such an organizational change.

The Senate recedes with a clarifying amendment.

*Pilot program on enhanced civics education (sec. 234)*

The House amendment contained a provision (sec. 238) that would require that the Secretary of Defense carryout a program under which the Secretary makes grants to eligible entities, on a competitive basis, to support the development and evaluation of civics education programs.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to carry out a pilot program to provide enhanced educational support and funding to Department of Defense Education Activity schools and schools with a Junior

Reserve Officers' Training Corps unit for the improvement of civics education programs.

*Technology and national security fellowship (sec. 235)*

The Senate bill contained a provision (sec. 218) that would require the Secretary of Defense to establish a technology and national security fellowship for individuals who possess an undergraduate or graduate degree that focuses on science, technology, engineering, or mathematics coursework.

The House amendment contained a provision (sec. 239) that would authorize the establishment of a similar fellowship.

The House recedes with an amendment that would: (1) Add individuals with an associate's degree; (2) Include an experience requirement for fellows who will be assigned to a congressional office; (3) Modify the entities specified for coordination; and (4) Give the Department of Defense discretion in establishing the fellowship program.

*Documentation relating to the Advanced Battle Management System (sec. 236)*

The House amendment contained a provision (sec. 220) that would require the Secretary of the Air Force to provide program documentation for the Advanced Battle Management System (ABMS) family of systems.

The Senate bill contained a similar provision (sec. 215) that would express the sense of the Senate on the Air Force's approach to the ABMS.

The Senate recedes with an amendment that would require the Secretary of the Air Force to provide a report on the ABMS family of systems that includes a list of activities, programs, and projects related to ABMS, the final analysis of alternatives for ABMS, and an analysis of the requirements and development schedule for the networked architecture necessary for multidomain command and control and battle management as part of the ABMS family of systems.

The conferees understand this concept, the Advanced Battle Management System family of systems, envisions several existing airborne and ground intelligence, surveillance, and reconnaissance (ISR) and command and control systems connected by resilient, protected communications and data links. Given the intended capability of ABMS, the conferees believes the Air Force should consider prototyping and demonstrating the utility of artificial intelligence and automated sensor fusion as part of the ABMS concept.

*Sensor data integration for fifth generation aircraft (sec. 237)*

The House amendment contained a provision (sec. 219) that would require the Secretary of Defense to ensure fifth generation aircraft such as the F-35, F-22, and B-21 can share and disseminate data collected by on-board sensors with other joint service users and platforms.
The Senate bill contained no similar provision.
The Senate recedes.


*Sense of Congress on future vertical lift technologies (sec. 238)*

The House amendment contained a provision (sec. 230A) that expressed the Sense of Congress that the Army should continue to invest in research, development, test, and evaluation programs to mature future vertical lift technologies.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement (sec. 239)*

The Senate bill contained a provision (sec. 240) that would require the Secretary of Defense to expend specific amounts appropriated for fiscal year 2020 for the Strategic Environmental Research Program, Operational Energy Capability Improvement Fund, and Security Technical Certification Program.
The House amendment contained no similar provision.
The House recedes with an amendment that would modify the use of funds for fiscal year 2020 and clarify that the account be executed through the Under Secretary of Defense for Acquisition and Sustainment.

*Limitation and report on Indirect Fire Protection Capability Increment 2 capability (sec. 240)*

The Senate bill contained a provision (sec. 213, as amended by sec. 5213) that would prohibit the obligation or expenditure of any funds for fiscal year 2020 for the Army's Indirect Fire Protection Capability Increment 2 (IFPC Inc 2) enduring capability program until the Secretary of the Army submits a report to the congressional defense committees addressing several issues related to the program. The provision would also require the Secretary of the Army to identify a

WASHSTATEC013833

program of record in the President's budget request for fiscal year 2021 that addresses the Army's responsibility to provide the capability to defend against supersonic cruise missiles.

The House amendment contained no similar provision.

The House recedes with an amendment that would limit the obligation or expenditure of not more than 50 percent of funds for the IFPC Inc 2 program, including both enduring and interim capability, subject to submission of the report, including an assessment of the results of the performance, test, evaluation, integration, and interoperability of the first two batteries procured for the interim capability. The amendment would also require that the Secretary of Defense submit to the congressional defense committees a notification identifying the military services or agencies that will be responsible for the conduct of air and missile defense in support of joint campaigns as it applies to defense against current and emerging missile threats, including against each class of cruise missile.

# SUBTITLE C—PLANS, REPORTS, AND OTHER MATTERS

*Master plan for implementation of authorities relating to science and technology reinvention laboratories (sec. 251)*

The House amendment contained a provision (sec. 231) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, to provide a master plan to the congressional defense committees by October 30, 2020, as to how the Department of Defense will use its current authorities and responsibilities established in previous National Defense Authorization Acts to modernize the workforce and capabilities of its science and technology reinvention laboratories.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would: (1) Require the Secretary of Defense and each of the Secretaries of the military departments to develop the master plan; (2) Modify the elements required in the plan; and (3) Modify the reporting requirements.

*Infrastructure to support research, development, test, and evaluation missions (sec. 252)*

The House amendment contained a provision (sec. 232) that would require the Secretary of Defense, in consultation with the Secretaries of the military departments, to develop and

WASHSTATEC013834

implement a master plan that addresses the research, development, test, and evaluation infrastructure and modernization requirements of the Department of Defense, to include the science and technology reinvention laboratories and the Major Range and Test Facility Bases.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would: (1) Require consultation with the Secretaries of the military departments; (2) Modify the elements of the plan; and (3) Require prioritization of unfunded requirements for laboratory military construction projects.

*Energetics plan (sec. 253)*

The Senate bill contained a provision(sec. 5201) that would require the Under Secretary of Defense for Research and Engineering to develop an energetics research and development plan to ensure a long-term, multi-domain research, development, prototyping, and experimentation effort.

The House amendment contained no similar provision.

The House recedes.

*Strategy and implementation plan for fifth generation information and communications technologies (sec. 254)*

The Senate bill contained a provision (sec. 236) that would express the sense of the Senate on the importance of secure fifth-generation (5G) wireless networks for the Department of Defense and would require the Secretary of Defense to provide quarterly briefings to the congressional defense committees on Department of Defense activities to develop and utilize secure 5G wireless networking technology.

The House amendment contained a provision (sec. 233) that would require the Secretary of Defense to develop and implement a strategy for 5G information and communications technologies not later than 270 days after the date of the enactment of this Act and to provide a briefing to the congressional defense committees not later than 180 days after the date of the enactment of this Act on the progress made in developing the strategy.

The Senate recedes with an amendment that would: (1) Modify elements of the required strategy; and (2) Add periodic briefings on the development and implementation of the strategy.

*Department-wide software science and technology strategy (sec. 255)*

The House amendment contained a provision (sec. 234) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, to designate a senior official or existing entity within the Department of Defense with the principal responsibility for guiding the direction of research and development for next generation software and software intensive systems for the Department. This provision would also require that the designated senior official or entity develop a strategy for research and development of the next generation software and software intensive systems and submit the strategy to the congressional defense committees not later than 1 year after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would expand the scope of the activities assigned under a senior official and associated scope of the strategy, to include foundational research, technical workforce and infrastructure, software acquisition, and software dependent missions; and further an amendment that would expand the strategy to incorporate activities in certain organizations to include universities, federally funded research and development centers and other entities.

*Artificial intelligence education strategy (sec. 256)*

The House amendment contained a provision (sec. 235) that would require the Secretary of Defense to develop a strategy which identifies the key aspects, applications, and challenges associated with artificial intelligence that can be developed into an educational curriculum for military servicemembers who utilize the technology in the execution of their responsibilities. This provision would also require the development of an implementation plan for the educational curriculum and would mandate that the Department of Defense provide the Artificial Intelligence (AI) Education Strategy and the associated implementation plan to the congressional defense committees not later than 270 days after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to develop a strategy and implementation plan for educating servicemembers in relevant occupational fields on matters relating to artificial intelligence.

The conferees note that the implementation plan required by this provision should identify the following, as applicable: (1) The military occupational specialties that are most likely

WASHSTATEC013836

to involve interaction with AI technology; (2) The specific
occupational specialties that will receive training in
accordance with the planned curriculum; (3) The planned duration
of AI training; (4) The context in which the training will be
provided; (5) Metrics for evaluating the effectiveness of the
training and curriculum; and (6) Any other issues the Secretary
of Defense determines to be relevant.

*Cyber science and technology activities roadmap and reports
(sec. 257)*

        The Senate bill contained a provision (sec. 232) that
would require the Under Secretary of Defense for Research and
Engineering to develop a roadmap for the science and technology
activities of the Department of Defense in support of the
Department's cyber needs and missions.
        The House amendment contained no similar provision.
        The House recedes with an amendment that would add the
rest of the Federal government to the list of entities to be
consulted.

*Report on B-52 commercial engine replacement program (sec. 258)*

        The House amendment contained a provision (sec. 221) that
would limit funds for the B-52 commercial engine replacement
program until the Secretary of the Air Force submits a
capability development document and a signed test and evaluation
master plan.
        The Senate bill contained no similar provision.
        The Senate recedes with a clarifying amendment.

*Commercial edge computing technologies and best practices for
Department of Defense warfighting systems (sec. 259)*

        The Senate bill contained a provision (sec. 5207) that
would require the Under Secretary of Defense for Acquisition and
Sustainment to report to the congressional defense committees on
commercial edge computing technologies and best practices for
Department of Defense warfighting systems.
        The House amendment contained no similar provision.
        The House recedes.

*Biannual report on the Joint Artificial Intelligence Center
(sec. 260)*

        The House amendment contained a provision (sec. 236) that
would require the Secretary of Defense to submit biannually a

WASHSTATEC013837

report on the Joint Artificial Intelligence Center and its efforts to harmonize the Department's work on artificial intelligence issues.

The House amendment contained another provision (sec. 1078) that would require the Secretary of Defense, in consultation with head of the Joint Artificial Intelligence Center, to submit to the appropriate congressional committees a report on the artificial intelligence strategy of the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would combine the reports into a single report and modify the required elements therein.

*Quarterly updates on the Optionally Manned Fighting Vehicle program (sec. 261)*

The House amendment contained a provision (sec. 237) that would require the Assistant Secretary of the Army for Acquisition, Logistics, and Technology in consultation with the Commander of the Army Futures Command to provide quarterly reports to the Committee on Armed Services of the House of Representatives on the progress of the Optionally Manned Fighting Vehicle program.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*National Study on Defense Research at Historically Black Colleges and Universities and Other Minority Institutions (sec. 262)*

The House amendment contained a provision (sec. 240) that would establish an independent Federal commission to advance the research capability of Historically Black Colleges and Universities and other Minority Institutions.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the provision to require the Secretary of Defense to commission an independent National Academies of Sciences, Engineering, and Medicine study to review the state of defense research at covered institutions. The provision would also require the Department of Defense to develop an implementation plan in response to the recommendations of the study.

*Study on national security emerging biotechnologies for the Department of Defense (sec. 263)*

The Senate bill contained a provision (sec. 231) that would require the Secretary of Defense to develop a coordinated research program in emerging biotechnologies.

The House amendment contained no similar provision.

The House recedes with an amendment that would change the provision into a requirement for the Secretary of Defense to direct the Defense Science Board to study the national security aspects of emerging biotechnologies. The provision would also require a briefing on emerging biotechnology-based threats.

*Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office (sec. 264)*

The Senate bill contained a provision (sec.237) that would require, not later than March 1, 2020, the transfer of responsibilities for the authority, direction, and control of the Combating Terrorism Technical Support Office (CTTSO) from the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict to the Under Secretary of Defense for Research and Engineering.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to seek to enter into a contract with a federally funded research and development center to conduct a study on the optimal use of resources allocated to the CTTSO.

*Independent assessment of electronic warfare plans and programs (sec. 265)*

The House amendment contained a provision (sec. 216) that would require the Secretary of Defense to seek to engage the members of the private scientific advisory group known as JASON as advisory personnel to provide advice, on an ongoing basis, on matters involving science, technology, and national security.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to engage the scientific advisory group known as JASON in order to carry out an independent assessment of electronic warfare plans and programs.

*Technical correction to Global Research Watch Program (sec. 266)*

The Senate bill contained a provision (sec. 234) that would make a technical correction to section 2365 of title 10, United States Code, related to the Global Research Watch Program.

The House amendment contained no similar provision.

The House recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Electromagnetic spectrum sharing research and development program*

The Senate bill contained a provision (sec. 214) that would require the Secretary of Defense, in consultation with the Administrator of the National Telecommunications and Information Administration and the Federal Communications Commission, to establish an electromagnetic spectrum sharing research and development program for fifth-generation wireless network technologies, Federal systems, and non-Federal incumbent systems that would focus on expanding sharing of electromagnetic spectrum.
The House amendment contained no similar provision.
The Senate recedes.

*Sense of Congress on the importance of continued coordination of studies and analysis research of the Department of Defense*

The House amendment contained a provision (sec. 227) that would express the sense of Congress on the importance of the continued coordination of studies and analysis research of the Department of Defense.
The Senate bill contained no similar provision.
The House recedes.
The conferees note the responsibilities of the Under Secretary of Defense for Research and Engineering in supervising all defense research and engineering, technology development, transition, prototyping, experimentation, and development testing activities, including unifying these efforts across the Department and the Services. The conferees understand the importance of coordinating these activities to prevent duplication of effort while also preserving the service-specific applications of research and engineering activities.

*Musculoskeletal injury prevention research*

The House amendment contained a provision (sec. 229) that would require the Secretary of Defense to conduct a musculoskeletal research program to identify risk factors for musculoskeletal injuries among servicemembers.
The Senate bill contained no similar provision.
The House recedes.

WASHSTATEC013840

*STEM jobs action plan*

The House amendment contained a provision (sec. 230) that would require the Secretary of Defense to develop a plan of action to ensure the Department of Defense has access to personnel with necessary qualifications and experience in science, technology, engineering, and mathematics.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that jobs in science, technology, engineering, and math (STEM) make up a significant portion of the workforce of the Department of Defense. These jobs exist with the organic industrial base, research, development, and engineering centers, life-cycle management commands, and logistics centers of the Department. The conferees urge the Secretary of Defense to take decisive action to replace STEM personnel as they retire to ensure that the military does not suffer a skills and knowledge gap.

*Briefing on cooperative defense technology programs and risks of technology transfer to China or Russia*

The Senate bill contained a provision (sec. 238) that would require a briefing relates to cooperative defense technology programs the risks of technology transfer.

The House amendment contained no similar provision.

The Senate recedes.

Not later than March 1, 2020, the conferees direct the Secretary of Defense, in consultation with the Director of National Intelligence, to provide the congressional defense committees a briefing, and documents as appropriate, on current cooperative defense technology programs of the Department of Defense with any country the Secretary assess to be engage in significant defense or other advanced technology cooperation with the People's Republic of Chinaor the Russian Federation. The briefing shall address: whether any current cooperative defense technology programs of the Department of Defense increase the risk of technology transfer to the People's Republic of China or the Russian Federation; what actions the Department of Defense has taken to mitigate the risk of technology transfer to the People's Republic of China or the Russian Federation with respect to current cooperative defense technology programs; and such recommendations as the Secretary may have for legislative or administrative action to prevent technology transfer to the People's Republic of China or the Russian Federation with respect to current or prospective cooperative defense technology programs, especially as it

WASHSTATEC013841

relates to capabilities the Secretary assesses to be critical to maintain or restore the comparative military advantage of the United States.

*Increase in funding for basic operational medical research science*

The House amendment contained a provision (sec. 241) that would authorize an increase in funding for basic operational medical research in the Department of Defense.
The Senate bill contained no similar provision.
The House recedes.

*Funding for the Sea-Launched Cruise Missile-Nuclear analysis of alternatives*

The Senate bill contained a provision (sec. 241) that would increase the amount authorized for the nuclear sea-launched cruise missile analysis of alternatives by $5.0 million, and would establish a program of record for this system.
The House amendment contained no similar provision.
The Senate recedes.

*Increase in funding for university research initiatives*

The House amendment contained a provision (sec. 242) that would increase the funding table authorization for research, development, test, and evaluation, Army, basic research, university research initiatives, line 003 (PE 0601103A),by $5.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command management/operational headquarters, line 080, by $5.0 million.
The Senate bill contained no similar provision.
The House recedes.

*Review and assessment pertaining to transition of Department of Defense-originated dual-use technology*

The Senate bill contained a provision (sec. 242) that would require the Under Secretary of Defense for Research and Engineering to assess the Department of Defense (DOD) science and technology enterprise's policies and programs regarding intellectual property and commercialization and the potential for alternative contracting policies and strategies to facilitate innovation.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Under Secretary of Defense for Research and Engineering to enter into an arrangement with a university business school or law school with resident economics and intellectual property expertise to conduct an independent assessment of the Defense Advanced Research Projects Agency's and defense laboratories' contracting and intellectual property management policies and their effects on the commercialization of and innovation in dual-use technology. The assessment shall evaluate: (1) Whether current DOD policies and practices concerning intellectual property and government-purpose rights and licenses, in conjunction with current intellectual property law and its practice, limit commercialization and innovation in dual use-technology; and (2) Alternative policy options to accelerate commercialization and innovation in dual-use technology. The policy options to be evaluated should include at a minimum: (1) The DOD's retention, via contractual mechanisms, of intellectual property currently retained by contractors; (2) The DOD's use of prize-based competitions, research-as-a-service contracts, and government-funded grants to fund science and technology activities while retaining the intellectual property developed through those activities; (3) The incorporation of price ceilings for commercial products and licenses and commercial sale mandates in DOD contracts to discourage selective commercial hoarding; (4) Expansions or modifications to government purpose rights; and (5) Programs and policy to make DOD intellectual property, including that originating from research and development conducted in Department laboratories, more discoverable or available to the private sector.

No later than January 1, 2021, the university business school or law school should submit a report on the assessment to the Secretary of Defense with any recommendations for changes to statute, regulations, or policy. No later than February 1, 2021, the Secretary of Defense shall deliver the report to the Committees on Armed Services of the Senate and House of Representatives along with any relevant Department of Defense comments or recommendations.

*Quantum Information Science Innovation Center*

The House amendment contained a provision (sec. 243) that would require the Secretary of Defense to establish a Quantum Information Science Innovation Center to accelerate the Air Force's research and development in quantum information science. The provision would also increase the funding table authorization for research, development, test, and evaluation,

WASHSTATEC013843

Air Force, applied research, dominant information sciences and methods, line 014, by $10.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command Operational Support, line 090, by $10.0 million.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the modification of the existing authorization of a Defense Quantum Information Science and Technology Research and Development Program elsewhere in this bill. The conferees note that the Defense Quantum Information Science and Technology Research and Development Program includes the authority for each of the Secretaries of the military departments to establish or designate a Quantum Science Research Center.

*Increase in funding for Naval University Research Initiatives*

The House amendment contained a provision (sec. 244) that would increase the funding table authorization for research, development, test, and evaluation, Navy, basic research, University Research Initiatives, line 001 (PE 0601103N), by $5.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command Theater Forces, line 100, by $5.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Increase in funding for university and industry research centers*

The House amendment contained a provision (sec. 245) that would increase the funding table authorization for research, development, test, and evaluation, Army, basic research for university and industry research centers, line 004 (PE 0601104A), by $5.0 million and decrease the funding table authorization for operation and maintenance, Air Force, operational systems development, AF integrated personnel and pay system (AF-IPPS), line 158 (PE 0605018F), by $5.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Increase in funding for national security innovation capital*

The House amendment contained a provision (sec. 246) that would increase the funding table authorization for research, development, test, and evaluation, Defense-wide, for Defense

WASHSTATEC013844

Innovation Unit Prototyping by $75.0 million and decrease the funding table authorization for research, development, test, and evaluation, Defense-wide, advanced component development and prototypes, advanced innovative technologies, line 096 (PE 0604250D8Z), by $75.0 million.

The Senate bill contained no similar provision.
The House recedes.

*Increase in funding for Air Force University Research Initiatives*

The House amendment contained a provision (sec. 247) that would increase the funding table authorization for research, development, test, and evaluation, Air Force, basic research, University Research Initiatives, line 002 (PE 0601103F), by $5.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command Theater Forces, line 100,by$5.0 million.

The Senate bill contained no similar provision.
The House recedes.

*Increase in funding for Naval University Research Initiatives*

The House amendment contained a provision (sec. 248) that would increase the funding table authorization for Navy basic research, University Research Initiatives, line 001 (PE 0601103N), by $5.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command Theater Forces, line 100, by $5.0 million.

The Senate bill contained no similar provision.
The House recedes.

*Independent study on threats to United States national security from development of hypersonic weapons by foreign nations*

The House amendment contained a provision (sec. 250) that would require the Secretary of Defense to enter into a contract with a federally funded research and development center in order to conduct a study on the development of hypersonic weapons capabilities by foreign nations.

The Senate bill contained no similar provision.
The House recedes.
The conferees note that the development of hypersonic weapons is a critical national interest as highlighted in the John S. McCain National Defense Authorization Act for Fiscal

WASHSTATEC013845

Year 2019 (sec. 247) and encourages the Department of Defense to accelerate testing and development of hypersonic capabilities and technology.

*Report on innovation investments and management*

The House amendment contained a provision (sec. 251) that would require the Under Secretary of Defense for Research and Engineering to submit, not later than December 31, 2019, to the congressional defense committees a report on the efforts of the Department of Defense to improve innovation investments and management.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Under Secretary of Defense for Research and Engineering, not later than December 31, 2019, to provide to the Committees on Armed Services of the Senate and House of Representatives a report on the efforts of the Department of Defense to improve innovation investments and management.

The report shall include an explanation of the following: (1) How incremental and disruptive innovation investments for each military department are defined; (2) How such investments are assessed; and (3) Whether the Under Secretary has defined a science and technology management framework that emphasizes the greater use of existing flexible approaches to more quickly initiate and discontinue projects to respond to the rapid pace of innovation, incorporates acquisition stakeholders into technology development programs to ensure that they are relevant to customers, and promotes advanced prototyping of disruptive technologies within the defense labs so that the science and technology community can evaluate the effectiveness of these technologies and applications in future acquisition programs.

*Increase in funding for Army University Research Initiatives*

The House amendment contained a provision (sec. 253) that would increase the funding table authorization for Army basic research, University Research Initiatives, Line 003 (PE 0601103A), by $5.0 million and decrease the funding table authorization for research, development, test, and evaluation, Army, system development and demonstration, integrated personnel and pay system-Army (IPPS-A), Line 143 (PE 0605018A), by $5.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Funding for anti-tamper heterogenous integrated microelectronics*

The House amendment contained a provision (sec. 254) that would increase the funding table authorization for research, development, test, and evaluation, Defense-wide, advanced technology development, defense-wide manufacturing science and technology program, line 047 (PE 0603680D8Z), by $5.0 million and decrease the funding table authorization for other procurement, Army, elect equip-automation, general fund enterprise business systems fam, line 114, by $5.0 million.
The Senate bill contained no similar provision.
The House recedes.

*Briefing on use of blockchain technology for defense purposes*

The House amendment contained a provision (sec. 255) that would require the Under Secretary of Defense for Research and Engineering to provide, no later than 180 days after the enactment of this Act, to the congressional defense committees a briefing on the potential use of distributed ledger technology for defense purposes.
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Under Secretary of Defense for Research and Engineering to provide, not later than 180 days after the date of the enactment of this Act, to the congressional defense committees a briefing on the potential use of distributed ledger technology for defense purposes. This briefing shall include an explanation of how distributed ledger technology may be used by the Department of Defense to: (1) Improve cybersecurity, beginning at the hardware level, of vulnerable assets such as energy, water, and transport grids through distributed versus centralized computing; (2) Reduce single points of failure in emergency and catastrophe decision-making by subjecting decisions to consensus validation through distributed ledger technologies; (3) Improve the efficiency of defense logistics and supply chain operations; (4) Enhance the transparency of procurement auditing; and (5) Allow innovations to be adapted by the private sector for ancillary uses. The briefing shall also include any other information that the Under Secretary of Defense for Research and Engineering determines to be appropriate.

*Efforts to counter manipulated media content*

The House amendment contained a provision (sec. 256) that would direct the Secretary of Defense not later than 180 days

WASHSTATEC013847

after the date of the enactment of this Act to provide a briefing to the congressional defense committees on Department of Defense (DoD) initiatives to identify and address manipulated media content, specifically "deepfakes."

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense not later than 180 days after the date of the enactment of this Act to provide a briefing to the congressional defense committees on initiatives of the DoD to identify and address, as appropriate and as authorized in support of DoD operations, manipulated media content, specifically "deepfakes." The briefing shall include, at a minimum:

1) A description of the status of efforts to develop technology to identify manipulated content impacting the national security of the United States;

2) A description of any challenges to detecting, labeling, and preventing foreign actors' manipulation of images and video impacting national security;

3) A description of any plans to make "deepfake"detection technology available to the public and other Federal agencies for use in identifying manipulated media;

4) A description of any efforts by DoD to engage academia and industry stakeholders to combat deliberately manipulated or deceptive information from state and non-state actors on social media platforms impacting operations overseas;

5) An assessment of the ability of adversaries to generate "deepfakes";

6) Recommendations for a long-term transition partner organization for ongoing research programs; and

7) Any other matters the Secretary deems relevant.

*Additional amounts for research, development, test, and evaluation*

The Senate bill contained a provision (sec. 5204) that would increase the funding table authorization for research, development, test, and evaluation, Defense-wide, Information Systems Security Program (PE 0303140D8Z), by $25.0 million. The provision would also increase the funding table authorization for research, development, test, and evaluation,Navy, University Research Initiatives (PE 0601103N), by $5.0 million. Finally, the provision would decrease the funding table authorization for the Defense Health Program's procurement program, the Department of Defense Healthcare Management System Modernization, by $30.0 million.

The House amendment contained no similar provision.

WASHSTATEC013848

The Senate recedes.

*Briefing on explainable artificial intelligence*

The Senate bill contained a provision (sec. 5205) that would require the Secretary of Defense to brief the congressional defense committees on the development and applications of explainable artificial intelligence, defined as artificial intelligence that has the ability to demonstrate the rationale behind its decisions in order for its human user to comprehend and characterize the strengths and weaknesses of its decision-making process as well as to understand how it will behave in the future in the contexts in which it is used.

The House amendment contained no similar provision.

The Senate recedes.

The committees direct the Secretary of Defense to brief, no later than 180 days after the date of the enactment of this Act, the congressional defense committees on the development and applications of explainable artificial intelligence. The briefing shall address or include: (1) The extent to which the Department of Defense currently uses and prioritizes explainable artificial intelligence; (2) The limitations of explainable artificial intelligence and the plans of the Department to address those limitations; (3) The future plans of the Department to require explainable artificial intelligence, particularly in technologies that have warfighting applications; (4) Any potential roadblocks to the effective deployment of explainable artificial intelligence across the Department; (5) Identification and descriptions of programs and activities, including funding and schedule, to develop or procure explainable artificial intelligence to meet defense requirements and technology development goals; and (6) Such other matters that the Secretary considers appropriate. The briefing shall be unclassified but may include a classified supplement.

# TITLE III—OPERATION AND MAINTENANCE

## SUBTITLE A—AUTHORIZATION OF APPROPRIATIONS

*Authorization of appropriations (sec. 301)*

The Senate bill contained a provision (sec. 301) that would authorize appropriations for operation and maintenance activities at the levels identified in section 4301 of division D of this Act.

The House amendment contained an identical provision (sec. 301).

The conference agreement includes this provision.

## SUBTITLE B—ENERGY AND ENVIRONMENT

*Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness (sec. 311)*

The House amendment contained a provision (sec. 311) that would amend section 183a of title 10, United States Code, to allow the Military Aviation and Installation Assurance Clearinghouse 90 days to conduct its preliminary review of applications for an energy project.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the Military Aviation and Installation Clearinghouse 75 days to conduct its preliminary review.

*Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness (sec. 312)*

The House amendment contained a provision (sec. 313) that would amend section 183a of title 10, United States Code, to allow the Secretary of Defense to accept voluntary contribution of funds from an applicant for an energy project.

The Senate bill contained no similar provision.

The Senate recedes.

*Use of proceeds from sale of recyclable materials (sec. 313)*

The House amendment contained a provision (sec. 326) that would amend section 2577(c) of title 10, United States Code, by striking ''$2,000,000'' and inserting ''$10,000,000''.

The Senate bill contained no similar provision.

The Senate recedes.

*Disposal of recyclable materials (sec. 314)*

The House amendment contained a provision (sec. 327) that would amend section 2577(a) of title 10, United States Code, by defining the term 'recyclable materials' to include any quality recyclable material provided to the Department by a State or local government entity.''

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require the Office of the Secretary of Defense to authorize the recyclable material provided to the Department by a State or local government entity.

*Department of Defense improvement of previously conveyed utility systems serving military installations (sec. 315)*

The House amendment contained a provision (sec. 314) that would amend section 2688 of title 10, United States Code, by authorizing the use of military construction funding to support improvements to the reliability, resiliency, efficiency, physical security, or cybersecurity of a conveyed utility system.
The Senate bill contained no similar provision.
The Senate recedes.

*Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard (sec. 316)*

The Senate bill contained a provision (sec. 319) that would establish environmental restoration accounts for the Army National Guard and the Air National Guard.
The House amendment contained a similar provision (sec. 315) that would amend section 2707 of title 10, United States Code, to allow the Chief of the National Guard Bureau to access Defense Environmental Remediation Account funds for the limited purpose of addressing perfluorooctanoic acid and perfluorooctane sulfonate exposure and contamination resulting from National Guard activities in and around National Guard bases. This authority would sunset 5 years after the date of the enactment of this Act.
The Senate recedes with an amendment that would eliminate the 5 year sunset.

*Use of operational energy cost savings of Department of Defense (sec. 317)*

The Senate bill contained a provision (sec. 311) that would amend section 2912 of title 10, United States Code, to require that operational energy cost savings realized by the Department of Defense be used for the implementation of additional operational energy cost saving methods.
The House amendment contained a similar provision (sec. 899).

WASHSTATEC013851

The House recedes.

*Sale of electricity from alternate energy and cogeneration production facilities (sec. 318)*

The Senate bill contained a provision (sec. 312) that would amend section 2916(b) of title 10, United States Code, to provide the Department of Defense more flexibility when using geothermal revenue.

The House amendment contained a similar provision (sec. 316).

The Senate recedes.

*Energy resilience programs and activities (sec. 319)*

The Senate bill contained a provision (sec. 313) that would make technical corrections to the Annual Energy Management and Resilience Report, require a report on funding levels for certain energy program offices, and establish targets for reduction in water use.

The House amendment contained a similar provision (sec. 330K).

The House recedes.

*Technical and grammatical corrections and repeal of obsolete provisions relating to energy (sec. 320)*

The Senate bill contained a provision (sec. 323) that would provide technical corrections to title 10, United States Code.

The House amendment contained no similar provision.

The House recedes.

*Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry (sec. 321)*

The Senate bill contained a provision (sec. 317) that would amend section 316(a)(2)(B)(ii) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), as amended by section 315(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to extend through 2021, the transfer authority for funding of the study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by the Agency for Toxic Substances and Disease Registry.

The House amendment contained an identical provision (sec. 317).

The conference agreement includes this provision.

*Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent (sec. 322)*

The Senate bill contained a provision (sec. 316) that would prohibit the Department of Defense from procuring firefighting foam that contains perfluoroalkyl and polyfluoroalkyl substances after October 1, 2022.

The House amendment contained a similar provision (sec. 318) that would require the Secretary of the Navy to complete a military specification for a fluorine-free fire fighting agent to be used at all Department of Defense installations not later than January 2025. This provision would ban use of fluorinated foams on military installations by September 2029 or before such date, if possible.

The Senate recedes with an amendment that would require the Secretary of the Navy to complete a military specification for a fluorine-free firefighting agent by January 2023 and prohibits Department of Defense procurement of fire-fighting foam containing perfluoroalkyl and polyfluoroalkyl substances after October 2023. Additionally, the amendment would prohibit the use of fluorinated foam by October 2024 with the option for the Secretary of Defense to extend the date for up to one year using a waiver authority.

*Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations (sec. 323)*

The House amendment contained a provision (sec. 319) that would require the Secretary of Defense to prohibit uncontrolled release of fluorinated Aqueous Film Forming Foam (AFFF) at military installations except in cases of emergency response and limited non-emergency use for training or testing of equipment where complete containment, capture, and proper disposal mechanisms are in place to ensure no AFFF is released into the environment.

The Senate bill contained no similar provision.

The Senate recedes.

*Prohibition on use of fluorinated aqueous film forming foam for training exercises (sec. 324)*

The House amendment contained a provision (sec. 320) that would prohibit the use of fluorinated aqueous film forming foam for training exercises at military installations.

The Senate bill contained no similar provision.

The Senate recedes.

*Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate (sec. 325)*

The House amendment contained a provision (sec. 321) that would require the Secretary of the Navy and Secretary of the Air Force to conduct real-time noise monitoring at no fewer than three installations per military department where tactical fighter aircraft operate regularly and noise contours have been developed through noise modeling.

The Senate bill contained a similar provision (sec. 5305) that would require the Secretary of Defense to submit to the Committees on Armed Services of the Senate and the House of Representatives a report on monitoring of noise from flights and training of EA-18G Growlers associated with Naval Air Station Whidbey Island.

The Senate recedes with an amendment that would require noise monitoring at two West Coast Naval Air Stations. The conferees intent is that the use of real-time noise monitoring will assist in validating or modifying current noise modeling profiles and may advance the understanding of noise impacts.

*Development of extreme weather vulnerability and risk assessment tool (sec. 326)*

The House amendment contained a provision (sec. 322) that would direct the Secretary of Defense to develop a climate vulnerability and risk assessment tool to assist in providing standardized risk calculations of climate-related impacts to military facilities and capabilities.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to determine whether an existing climate vulnerability and risk assessment tool is available or can be adapted to be used quantify the risks associated with extreme weather events.

*Removal of barriers that discourage investments to increase military installation resilience (sec. 327)*

The House amendment contained a provision (sec. 324) that would require the Secretary of Defense to remove barriers and

reform policies that discourage investments to increase military installation resilience.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Budgeting of Department of Defense relating to extreme weather (sec. 328)*

The Senate bill contained a provision (sec. 320) that would require the Secretary of Defense to include a dedicated budget line item for adaptation to and mitigation of effects of extreme weather on military networks, systems, installations, facilities, and other assets and capabilities of the Department of Defense in the annual budget submission of the President.

The House amendment contained a similar provision (sec. 328).

The House recedes.

*Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging (sec. 329)*

The House amendment contained a provision (sec. 330B) that would require, not later than October 1, 2020, the Director of the Defense Logistics Agency (DLA) to ensure that any food contact substances used to assemble and package meals ready-to-eat procured by the DLA do not contain any perfluoroalkyl substances or polyfluoroalkyl substances.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would change the date of prohibition from October 1, 2020 to October 1, 2021.

*Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam (sec. 330)*

The House amendment contained a provision (sec. 330D) that would provide the Department with guidance on the disposal of per- and polyfluoroalkyl substances (PFAS) by incineration, and the storage of PFAS containing materials.

The Senate bill contained no similar provision.

The Senate recedes with an amendment to clarify that all incineration is to achieve the maximum degree of reduction in PFAS emissions and that the provision only pertains to certain materials within the Department of Defense.

*Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern (sec. 331)*

The House amendment contained a provision (sec. 330F) that would require the Secretary of Defense to seek to enter into agreements with municipalities or municipal drinking water utilities located adjacent to military installations under which both the Secretary and the municipalities and utilities would share monitoring data relating to perfluoroalkyl substances, polyfluoroalkyl substances, and other emerging contaminants of concern collected at the military installation.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to maintain a publicly available website to provide information on exposure, testing, cleanup and treatment.

*Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances (sec. 332)*

The Senate bill contained provisions (secs. 318 and 5318) that would encourage the Secretary of Defense to work expeditiously to finalize a cooperative agreement upon request from the governor of a State if there is suspected contamination from perfluoroalkyl and polyfluoroalkyl substances. If an agreement is not finalized or amended within 1 year, the Secretary would be required to submit a report to the appropriate committees and Members of Congress.

The House amendment contained an identical provision (sec. 330H).

The conference agreement includes this provision.

*Plan to phase out use of burn pits (sec. 333)*

The House amendment contained a provision (sec. 330L) that would require the Secretary of Defense to submit an implementation plan to phase out the use of the burn pits identified in the "Department of Defense Open Burn Pit Report to Congress" published in April 2019.

The Senate bill contained no similar provision.

The Senate recedes.

*Information relating to locations of burn pit use (sec. 334)*

The House amendment contained a provision (sec. 330M) that would require the Secretary of Defense to submit to the Secretary of Veterans Affairs and Congress a list of all locations at which open-air burn pits have been used by Secretary of Defense.

The Senate bill contained no similar provision.

The Senate recedes.

*Data quality review of radium testing conducted at certain*
*locations of the Department of the Navy (sec. 335)*

The House amendment contained a provision (sec. 330N) that
would require the Secretary of the Navy to provide an
independent third-party data quality review of all radium
testing completed by contractors of the Department of the Navy
at locations where the Secretary is undertaking a project or
activity funded through the following Department of Defense
accounts: (1) Operation and Maintenance, Environmental
Restoration, Navy; and (2) Operation and Maintenance,
Environmental Restoration, Formerly Used Defense Sites.
    The Senate bill contained no similar provision.
    The Senate recedes with an amendment that would limit the
requirement for an independent third-party quality review to
certain locations.

*Reimbursement of Environmental Protection Agency for certain*
*costs in connection with the Twin Cities Army Ammunition Plant,*
*Minnesota (sec. 336)*

The Senate bill contained a provision (sec. 315) that
would allow the Secretary of Defense to reimburse the
Environmental Protection Agency for remedial actions performed
at the Twin Cities Army Ammunition Plant.
    The House amendment contained no similar provision.
    The House recedes.

*Pilot program for availability of working-capital funds for*
*increased combat capability through energy optimization (sec.*
*337)*

The Senate bill contained a provision (sec. 321) that
would allow the Secretary of Defense and the military
departments to use the working capital fund established pursuant
to section 2208 of title 10, United States Code, to conduct a
pilot program for energy optimization initiatives. Further, this
provision would require the Secretary of Defense to submit an
annual report to the congressional defense committees on the use
of the authority during the preceding fiscal year. The annual
report would be required to be submitted not later than 60 days
after the President's budget is submitted to the Congress.
    The House amendment contained no similar provision.
    The House recedes.

WASHSTATEC013857

*Report on efforts to reduce high energy intensity at military installations (sec. 338)*

The Senate bill contained a provision (sec. 322) that would require the Under Secretary of Defense for Acquisition and Sustainment to submit a report on efforts to achieve cost savings at military installations with high energy intensity to the congressional defense committees not later than September 1, 2020.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE C—TREATMENT OF CONTAMINATED WATER NEAR MILITARY INSTALLATIONS

*Treatment of contaminated water near military installations (secs. 341-345)*

The Senate bill contained a series of provisions (secs. 1071-1075) that would allow the Secretaries of the military departments to provide uncontaminated water sources or to treat water contaminated with perfluoroalkyl and polyfluoroalkyl substances if the water is used for agricultural purposes leading to products destined for human consumption. Additionally, these provisions would authorize the Secretary of the Air Force to acquire real property that has shown signs of contamination from perfluorooctanoic and perfluorooctane sulfonate.

The House amendment contained a similar provision (sec. 323).

The House recedes.

## SUBTITLE D—LOGISTICS AND SUSTAINMENT

*Materiel readiness metrics and objectives (sec. 351)*

The Senate bill contained a provision (sec. 5301) that would require the Secretary of Defense to provide the congressional defense committees with a report for the life cycle sustainment of each major weapon system not later than February 1 of each year.

The House amendment contained a similar provision (sec. 331).

The Senate recedes with an amendment that would require the Secretary of Defense to conduct a comprehensive assessment

of the Department of Defense's materiel readiness and weapons
system sustainment and to provide a report to the congressional
defense committees not later than April 1, 2020.

*Clarification of authority regarding use of working capital
funds for unspecified minor military construction projects
related to revitalization and recapitalization of defense
industrial base facilities (sec. 352)*

The House amendment contained a provision (sec. 332) that
would amend section 2208(u)(2) of title 10, United States Code,
to clarify the authority on the use of working capital funds for
unspecified minor military construction projects related to
defense industrial base facilities.
The Senate bill contained no similar provision.
The Senate recedes.

*Modification to limitation on length of overseas forward
deployment of naval vessels (sec. 353)*

The Senate bill contained a provision (sec. 332) that
would amend section 323 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232)
relating to the limitation on length of overseas forward
deployment of naval vessels.
The House amendment contained no similar provision.
The House recedes.

*Extension of temporary installation reutilization authority for
arsenals, depots, and plants (sec. 354)*

The Senate bill contained a provision (sec. 357) that
would amend section 345(d) of the National Defense Authorization
Act for Fiscal Year 2018 (Public Law 115-91; 10 U.S.C. 2667
note) by striking ``September 30, 2020'' and inserting
``September 30, 2025."
The House amendment contained a similar provision (sec.
337).
The House recedes with a technical amendment.

*F-35 Joint Strike Fighter sustainment (sec. 355)*

The House amendment contained a provision (sec. 333) that
would require the Under Secretary of Defense for Acquisition and
Sustainment to submit a report on the steps being taken to
improve the availability and accountability of F-35 parts within
the supply chain. In addition, this provision would limit funds

available to the Under Secretary until such time as the report is delivered.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Report on strategic policy for prepositioned materiel and equipment (sec. 356)*

The House amendment contained a provision (sec. 334) that would require the Assistant Secretary of Defense for Sustainment, in coordination with the Joint Staff, to submit a report to the congressional defense committees, not later than March 1, 2020, on the implementation plan for prepositioned materiel and equipment as required by section 321 of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113-66).

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the funding prohibition.

*Pilot program to train skilled technicians in critical shipbuilding skills (sec. 357)*

The House amendment contained a provision (sec. 338) that would allow the Secretary of Defense to carry out a pilot program to train individuals to become skilled technicians in critical shipbuilding skills in partnership with existing Federal or State projects relating to investment and infrastructure in training and education or workforce development.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Requirement for military department inter-service depot maintenance (sec. 358)*

The Senate bill contained a provision (sec. 331) that would require a joint memorandum of understanding in such cases where one military service would provide depot maintenance for an air platform of another military service.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Strategy to improve infrastructure of certain depots of the Department of Defense (sec. 359)*

WASHSTATEC013860

The Senate bill contained a provision (sec. 351) that would require the Secretary of Defense to deliver a comprehensive strategy to the congressional defense committees, not later than October 1, 2020, for improving the depot infrastructure of the military departments with the objective of ensuring that the depots have the capacity and capability to support the readiness and materiel availability goals of current and future weapon systems of the Department of Defense.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

# SUBTITLE E—REPORTS

*Readiness reporting (sec. 361)*

The House amendment contained a provision (sec. 341) that would amend sections 117 and 482 of title 10, United States Code, to modify the delivery method, timeline, and required elements of the Quarterly Readiness Report to Congress and the Joint Forces Readiness Review.

The Senate bill contained no similar provision.

The Senate recedes.

*Technical correction to deadline for transition to Defense Readiness Reporting System Strategic (sec. 362)*

The Senate bill contained a provision (sec. 359) that would amend section 358(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) by striking ''October 1, 2019'' and replacing it with ''October 1, 2020.''

The House amendment contained an identical provision (sec. 342).

The conference agreement includes this provision.

*Report on Navy ship depot maintenance budget (sec. 363)*

The House amendment contained a provision (sec. 343) that would require the Secretary of the Navy to submit reports for fiscal years 2021, 2022, and 2023 that provide additional information related to ship and submarine depot maintenance funding.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on Runit Dome (sec. 364)*

The House amendment contained a provision (sec. 344) that would require the Secretary of Energy to submit a report on the status of the Runit Dome in the Marshall Islands.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the reporting requirements.

*Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units (sec. 365)*

The Senate bill contained a provision (sec. 356) that would prohibit the commander of a military unit who is responsible for monthly reporting of readiness from making any subjective upgrade of the overall rating of the unit. This provision would include a waiver authority if the first flag or general officer above the reporting unit in the chain of command approves of the upgrade. Additionally, this provision would require that any such waiver, and subsequent upgrades, be included in the Quarterly Readiness Report to Congress.

The House amendment contained no similar provision.

The House recedes.

*Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense (sec. 366)*

The Senate bill contained a provision (sec. 5304) that would require the Secretary of Defense and the Secretaries of the military departments to include measures of foreign language proficiency as a mandatory element of unit readiness reporting in the Global Readiness and Force Management Enterprise not later than 90 days after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE F—OTHER MATTERS

*Prevention of encroachment on military training routes and military operation areas (sec. 371)*

The Senate bill contained a provision (sec. 353) that would require projects to file 1 year before construction if they are proposed within wide area surveillance over-the-horizon radar. Additionally, the provision allows the governor of a State to recommend geographical areas of concern to the Secretary of Defense.

WASHSTATEC013862

The House amendment contained a similar provision (sec. 351) that would amend section 183a(c)(6) of title 10, United States Code, to include over-the-horizon radar in the coverage of early outreach procedures issues by the Military Aviation and Installation Assurance Siting Clearinghouse.

The House recedes.

*Expansion and enhancement of authorities on transfer and adoption of military animals (sec. 372)*

The Senate bill contained a provision (sec. 354) that would amend section 2583 of title 10, United States Code, to require veterinary screening and care for military working dogs prior to retirement or transfer to law enforcement agencies. The provision would also, as requested by the Department of Defense, extend transfer and adoption authorities to Department-owned mules and donkeys, in order to provide consistency for use of the word ''transfer'' throughout this section of law.

The House amendment contained a similar provision (sec. 353).

The House recedes.

*Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities (sec. 373)*

The House amendment contained a provision (sec. 352) that would amend section 2642 of title 10, United States Code, to extend the date that the Secretary of Defense may use the Department of Defense reimbursement rate for military transportation services provided to certain non-Department of Defense entities until October 1, 2024.

The Senate bill contained no similar provision.

The Senate recedes.

*Extension of authority of Secretary of Transportation to issue non-premium aviation insurance (sec. 374)*

The House amendment contained a provision (sec. 354) that would amend section 44310 of title 49, United States Code, to extend the authority of the Secretary of Transportation to issue non-premium aviation insurance until September 30, 2023.

The Senate bill contained no similar provision.

The Senate recedes.

*Defense personal property program (sec. 375)*

The Senate bill contained a provision (sec. 355) that would prohibit the Secretary of Defense from entering into or awarding a contract to a commercial provider for the management of the Defense Personal Property Program (DP3) until 60 days after the Comptroller General of the United States submits to the congressional defense committees a report on the administration of the DP3.

The House amendment contained a similar provision (sec. 355) that, in addition to requiring a similar report from the Comptroller General, would establish a Global Household Relocation Services Advisory Group; require the Commander of the United States Transportation Command (USTRANSCOM) to prepare a business case analysis for the proposed award of a global household goods contract (GHC) for the DP3; and prohibit the Secretary of Defense from entering into a global household goods contract until the Commander of USTRANSCOM briefs the defense committees on its business case analysis and on the proposed structure and meeting schedule for the advisory group.

The Senate recedes with amendments that would prohibit the award of a GHC contract until April 1, 2020, and require the Under Secretary of Defense for Acquisition and Sustainment and the Assistant Secretary of Defense for Personnel and Readiness to submit to the congressional defense committees a report on implementation of the Personal Property Program Improvement Action Plan that was developed by the Personnel Relocation/Household Goods Movement Cross-Functional Team.

In addition, the conferees direct the Secretary of Defense to establish a Military Relocation Advisory Committee consisting of members representing USTRANSCOM; the military services; transportation services providers, including two small business concerns; and consumer representatives who are members of the Armed Forces or spouses of members of the Armed Forces. The Secretary of Defense should ensure that the advisory committee convenes regularly to provide the Secretary feedback on the DP3, military relocation services, and other issues relating to permanent change of station moves. Additionally, the Secretary should ensure that the advisory committee provides quarterly reports of its activities to the congressional defense committees.

*Public events about Red Hill Bulk Fuel Storage Facility (sec. 376)*

The House amendment contained a provision (sec. 356) that would require the Department of the Navy to hold quarterly events open to the public that provide information and updates on the Red Hill Bulk Fuel Storage Facility.

The Senate bill contained no similar provision.
The Senate recedes.

*Sense of Congress regarding Innovative Readiness Training*
*program (sec. 377)*

The House amendment contained a provision (sec. 357) that
would express the sense of Congress on the importance of
Innovative Readiness Training, particularly to non-contiguous
States and territories.
The Senate bill contained no similar provision.
The Senate recedes.

*Detonation chambers for explosive ordnance disposal (sec. 378)*

The House amendment contained a provision (sec. 329) that
would require the Secretary of the Navy to purchase and operate
a closed detonation chamber.
The Senate bill contained no similar provision.
The Senate recedes with a clarifying amendment.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Funding for Army Community Services*

The House amendment contained a provision (sec. 302) that
would increase the funding for Operation and Maintenance, Army
for Base Operations Support for Army Community Services by $30.0
million.
The Senate bill contained no similar provision.
The House recedes.
The conferees note that Army Community Services provides
critical services, such as victim advocacy, financial
counseling, employment readiness, among others. The conferees
encourage the Department to increase the resources allocated to
the account so Army Community Services can continue to provide
imperative resources to servicemembers.

*Increase in funding for civil military programs*

The House amendment contained a provision (sec. 303) that
would increase the funding for Operation and Maintenance,
Defense-Wide for Civil Military Programs by $50.0 million to
support the National Guard Youth Challenge Program.
The Senate bill contained no similar provision.
The House recedes.

*Authority to make final finding on designation of geographic areas of concern for purposes of energy projects with adverse impacts on military operations and readiness*

The House amendment contained a provision (sec. 312) that would amend section 183a of title 10, United States Code, by changing the list of Department of Defense personnel who can make a final finding on the designation of a geographic area of concern.

The Senate bill contained no similar provision.

The House recedes.

*Native American Indian lands environmental mitigation program*

The Senate bill contained a provision (sec. 314) that would amend chapter 160 of title 10, United States Code, to allow the Secretary of Defense to establish a program to mitigate the environmental impacts of Department of Defense activities on Native American Indian lands.

The House amendment contained no similar provision.

The Senate recedes.

*Offshore energy development*

The House amendment contained a provision (sec. 325) that would prohibit the Secretary of Defense from issuing an offshore wind assessment that proposes wind exclusion areas and from objecting to an offshore energy project filed for review by the Military Aviation and Installation Assurance Clearinghouse (Clearinghouse) until 180 days after submitting a report to the congressional defense committees.

The Senate bill contained no similar provision.

The House recedes.

*Comptroller General report on environmental cleanup of Vieques and Culebra, Puerto Rico*

The House amendment contained a provision (sec. 330) that would require the Comptroller General of the United States to complete a study on the status of the Federal cleanup and decontamination process in the island-municipalities of Vieques and Culebra, Puerto Rico, and submit a report on the findings to the congressional defense committees not later than 180 days after the date of enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

The conferees believe that the Secretary of Defense should explore all alternatives to expedite the ongoing cleanup and environmental restoration process at the former military training sites located on Vieques and Culebra. The Department of Defense should also work with the U.S. Environmental Protection Agency, the Fish and Wildlife Service, and the Government of Puerto Rico to ensure the decontamination process is conducted in a manner that causes the least possible intrusion on the lives of island residents and minimizes public health risks. Lastly, the conferees note that the Federal Government should collaborate with local and private stakeholders to effectively address economic challenges and opportunities in Vieques, Culebra, and the adjacent communities of the former United States Naval Station Roosevelt Roads.

As such, the conferees direct the Comptroller General of the United States to complete a study and submit a report to the congressional defense committees on the status of the Federal cleanup and decontamination process in the island-municipalities of Vieques and Culebra, Puerto Rico, not later than 180 days after the date of enactment of this Act. The study should include a comprehensive analysis of the following:

(1) The pace of ongoing cleanup and environmental restoration efforts in the former military training sites in Vieques and Culebra; and

(2) Potential challenges and alternatives to accelerate the completion of such efforts, including their associated costs and any impact they might have on the public health and safety of island residents.

*Comptroller General study on PFAS contamination*

The House amendment contained a provision (sec. 330C) that would require the Comptroller General of the United States to conduct a review on the Department of Defense's efforts to clean up per- and polyfluoroalkyl substances contamination in and around military bases.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Comptroller General of the United States to conduct a review of the efforts of the Department of Defense to clean up Perfluorooctanoic acid (PFOA) and Perfluorooctane sulfonate (PFOS) contamination in and around military bases as well as the Department's efforts to mitigate the public health impact of the contamination. The study shall include an assessment of:

(1) When the Department discovered that drinking water sources used by members of the Armed Forces and residents of

communities surrounding military bases were contaminated with PFOS and/or PFOA;

(2) After learning that the drinking water was contaminated, when the Department notified members of the Armed Forces and residents of communities surrounding military bases that their drinking water is contaminated with per- and polyfluoroalkyl substances (PFAS);

(3) After providing such notification, how much time lapsed before those affected were given alternative sources of drinking water;

(4) The number of installations and surrounding communities currently drinking water that is contaminated with PFOS and/or PFOA above the Environmental Protection Agency's advisory limit;

(5) The amount of money the Department has spent on cleaning up PFOS and PFOA contamination through the date of enactment of this Act;

(6) The number of sites where the Department has taken action to remediate PFAS contamination or other materials as a result of the use of firefighting foam on military bases;

(7) Factors that might limit or prevent the Department from remediating PFAS contamination or other materials as a result of the use of firefighting foam on military bases;

(8) The estimated total cost of clean-up of PFOS and PFOA;

(9) The cost to the Department to discontinue the use of PFAS in firefighting foam and to develop and procure viable replacements that meet military specifications;

(10) The number of members of the Armed Forces who have been exposed to PFOS or PFOA in their drinking water above the EPA's Health Advisory levels during their military service.

(11) An evaluation of what the Department could have done better to mitigate the release of PFOS or PFOA contamination into the environment and expose servicemembers; and

(12) Any other elements the Comptroller General may deem necessary.

The Comptroller General shall provide, to the congressional defense committees, the Committee on Energy and Commerce of the House of Representatives, and the Committee on the Environment and Public Works of the Senate, a briefing on the preliminary findings not later than 1 year after the date of the enactment of this Act. The final results of the study shall be provided by a time mutually agreed upon by the committees and the Comptroller General.

*Prohibition on use of perfluoroalkyl substances and polyfluoroalkyl substances for land-based applications of firefighting foam*

The House amendment contained a provision (sec. 330E) that would prohibit the Secretary of Defense from using firefighting foam containing perfluoroalkyl and polyfluoroalkyl substances for land-based applications not later than October 1, 2023.

The Senate bill contained no similar provision.

The House recedes.

*Study on energy savings performance contracts*

The House amendment contained a provision (sec. 330J) that would require the Secretary of Defense to conduct a study on energy saving performance contracts (ESPCs).

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to conduct a study identifying any legislative or regulatory barriers to entering into more ESPCs. The study should include policy proposals for how the Department of Defense could evaluate the cost savings caused by increasing energy resiliency when evaluating whether to enter into ESPCs. The conferees further direct the Secretary to submit a report on the findings of the study the congressional defense committees not later than 180 days after the date of the enactment of this Act.

*Findings, purpose, and apology*

The House amendment contained a provision (sec. 330I) that would amend section 2(a)(1) of the Radiation Exposure Compensation Act (Public Law 101–426; 42 U.S.C. 2210 note) by inserting '', including individuals in New Mexico, Idaho, Colorado, Arizona, Utah, Texas, Wyoming, Oregon, Washington, South Dakota, North Dakota, Nevada, Guam, and the Northern Mariana Islands,'' after ''tests exposed individuals''.

The Senate bill contained no similar provision.

The House recedes.

The conferees encourage the congressional judicial committees to take up the issue raised in the House provision given it is in their jurisdiction.

*Limitation on use of funds for implementation of elements of master plan for redevelopment of Former Ship Repair Facility in Guam*

The House amendment contained a provision (sec. 335) that would continue the limitations established by section 325 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) on expending Department of the

WASHSTATEC013869

Navy funds to modify the former Ship Repair Facility in Guam except in certain circumstances through fiscal year 2020.

The Senate bill contained no similar provision.

The House recedes.

*Report on effects of increased automation of defense industrial base on manufacturing workforce*

The House amendment contained a provision (sec. 336) that would require the Secretary of Defense to submit a report on the effects of increased automation of the defense industrial base not later than 180 days after enactment.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Department of Defense Industrial Capabilities Annual Report for Fiscal Year 2018 highlights the manufacturing and defense industrial base provides opportunities for employment growth. The report goes on to say although the number of workers engaged in many traditional production occupations is projected to continue to decline over the coming decade, several other occupations that enable and support the modern, automated manufacturing facility are expected to surge. The Under Secretary of Defense for Acquisition and Sustainment is directed to brief the congressional defense committees by March 15, 2020 on the estimated number of jobs in the industrial base workforce expected to be gained due to the automation in the defense sector, an analysis describing the jobs expected to be gained, and a strategy to assist in attracting, training, and developing a workforce for these jobs.

*Report on modernization of Joint Pacific Alaska Range Complex*

The Senate bill contained a provision (sec. 341) that would require the Secretary of the Air Force to submit to the congressional defense committees a report on the long-term modernization of the Joint Pacific Alaska Range Complex.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct, not later than May 1, 2020, the Secretary of the Air Force submit to the congressional defense committees a report on the long-term modernization of the Joint Pacific Alaska Range Complex, the Nevada Test and Training Range, and other major training ranges. The report shall include the following: (1) An assessment of the requirement for providing realistic training against modern adversaries, including 5th generation adversary aircraft and ground threats,

WASHSTATEC013870

and any current limitations compared to those requirements; (2) An assessment of the requirement to provide a realistic anti-access area denial training environment and any current limitations compared to those requirements;(3) An assessment of the requirement to modernize to provide realistic threats in a large-scale, combined-arms near-peer environment and any current limitations in meeting that requirement; and (4) A plan for balancing coalition training against training only for members of the Armed Forces of the United States.

*Comptroller General study of out-of-pocket costs for service dress uniforms*

The House amendment contained a provision (sec. 345) that would require the Comptroller General of the United States to conduct a study of the out-of-pocket costs to members of the Armed Forces for service dress uniforms.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Comptroller General of the United States to conduct a study of the out-of-pocket costs to members of the Armed Forces for service dress uniforms. The study should include the following:

(1) A description and comparison of the out-of-pocket cost to members of the Armed Forces for the purchase of service dress uniforms and service dress uniform items, broken down by—

(A) gender;

(B) Armed Force;

(C) enlisted; and

(D) officer.

(2) Stipends, in-kind provision of items, or other assistance provided by each service to personnel to offset cost of service dress uniforms.

(3) A comparison of the out-of-pocket cost for purchase and maintenance of service and service dress uniforms over 1, 5, 10, and 20-year periods.

(4) A description of service dress uniform changes directed by any of the Armed Forces over the past 10 years that have affected the out-of-pocket costs to members of the Armed Forces and the costs associated with such change, by gender.

(5) Any other information that the Comptroller General determines appropriate.

The conferees further direct the Comptroller General to provide a briefing to the congressional defense committees on the preliminary findings of the study not later than April 15, 2020, with a final report on the findings of the study to be

submitted to the congressional defense committees not later than
September 30, 2020.

*Inspector General audit of certain commercial depot maintenance
contracts*

The House amendment contained a provision (sec. 346) that
would require the Inspector General of the Department of Defense
to audit sole-source commercial depot maintenance contracts to
determine if there has been any excess profit or cost
escalation.
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Inspector General of the
Department of Defense to audit each military department and
Defense Agency, as applicable, to determine if there has been
any excess profit or cost escalation with respect to sole-source
contracts relating to commercial depot maintenance, to include
contracts for parts, supplies, equipment, and maintenance
services.

*Report on plan to decontaminate sites formerly used by the
Department of the Army that have since been transferred to units
of local government and are affected by pollutants that are, in
whole or in part, a result of activity by the Department of
Defense*

The House amendment contained a provision (sec. 347) that
would require the Secretary of the Army to submit to the
appropriate congressional committees a report specifying
properties that were under the jurisdiction of the Department of
the Army and transferred to units of local government that may
remain polluted because of activity by the Department of Defense
as well as the Secretary's plan to decontaminate each covered
property.
The Senate bill contained no similar provision.
The House recedes.
The conferees note that there are numerous properties
formerly under the jurisdiction of the Department of the Army,
such as former Nike missile sites, that have been transferred to
units of local governments and may remain polluted due to
Department of Defense activity. This pollution may prevent these
properties from being used for commercial or residential
purposes.
As such, the conferees direct the Secretary of the Army to
submit a report, not later than 90 days after the enactment of
this Act, specifying the covered properties that may remain

WASHSTATEC013872

polluted because of Department of Defense activities and a plan
for how the Secretary plans to decontaminate each covered
property. The report should be submitted to the Committee on
Armed Services and the Committee on Energy and Natural Resources
of the Senate as well as to the Committees on Armed Services,
the Committee on Energy and Commerce, and the Committee Natural
Resources of the House of Representatives.

The term "covered property" means property that was under
the jurisdiction of the Department of the Army and was
transferred to a unit of local government before the date of the
enactment of section 120(h) of the Comprehensive Environmental
Response, Compensation, and Liability Act of 1980, but that
would have triggered Federal Government notice or action under
that section had the transfer occurred on or after that date.

*Limitation on use of funds regarding the basing of KC-46A
aircraft outside the continental United States*

The Senate bill contained a provision (sec. 352, as
amended by sec. 5352) that would limit Air Force funds until the
Secretary of the Air Force submits to the Congress a report on
the projected plan and timeline for strategic basing of the KC-
46A aircraft outside the continental United States.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of the Air Force to
submit to Congress, not later than 180 days after the date of
the enactment of this Act, a report on the projected plan for
strategic basing of the KC-46A aircraft outside the continental
United States.

*Pilot program on reduction of effects of military aviation noise
on private residences*

The House amendment contained a provision (sec. 358) that
would authorize a five-year pilot program for the purpose of
mitigating the effects of military aviation noise on private
residences in the vicinity of the military installations from
which they operate.

The Senate bill contained no similar provision.

The House recedes.

The conferees remain concerned about the impact of
military aviation noise on the communities surrounding military
installations. The conferees note that community support is an
important enabler of readiness. The conferees encourage the
military services to find innovative ways to address the

WASHSTATEC013873

community concerns about military aviation noise, maximize
transparency, and increase dialog with concerned community
members.

*Clarification of food ingredient requirements for food or
beverages provided by the Department of Defense*

The Senate bill contained a provision (sec. 358) that
would require the Secretary of Defense to publish a notice of
proposed action before making any final rule, statement, or
determination on the limitation or prohibition of a food or
beverage ingredient provided by the Department of Defense.
The House amendment contained no similar provision.
The Senate recedes.
The conferees note that in 2017 the Department issued a
notice that prohibited commonly used ingredients without
considering the implications to manufacturers, farmers, and
suppliers. The conferees direct the Secretary of Defense to
engage with the private industry prior to making a new
determination on food ingredients that may impact food supply
chains, as well as, establish a point of contact within the
department for engagement. Transparency when changing policy
guidance on food ingredients will ensure the food and
agriculture supply chain can meet new requirements.

*Completion of Department of Defense Directive 2310.07E regarding
missing persons*

The House amendment contained a provision (sec. 359) that
would require the Secretary of Defense to prioritize completion
of Department of Defense Directive 2310.07E to improve the
efficiency of locating missing persons.
The Senate bill contained no similar provision.
The House recedes.

*Briefing on plans to increase readiness of B-1 bomber aircraft*

The Senate bill contained a provision (sec. 5101) that
would require the Secretary of the Air Force to provide the
congressional defense committees a briefing on the Air Force's
plans to increase the readiness of the B-1 bomber aircraft.
The House amendment contained no similar provision.
The Senate recedes.
The conferees are concerned with the readiness rates of
the B-1 bomber and, therefore, direct the Secretary of the Air
Force to provide, no later than February 29, 2020, the

WASHSTATEC013874

congressional defense committees a briefing on the Air Force's plans to increase the readiness of the B-1 bomber aircraft.

The briefing should include the following elements: 1) A description of aircraft structural issues; 2) A plan for continued structural deficiency data analysis and training; 3) Projected repair timelines; 4) Future mitigation strategies; 5) An aircrew and maintainer training plan, including a plan to ensure that the training pipeline remains steady, for any degradation period; 6) A recovery timeline to meet future deployment tasking; and 7) A plan for continued upgrades and improvements.

*Sense of Senate on prioritizing survivable logistics for the Department of Defense*

The Senate bill contained a provision (sec. 5302) that would express the sense of the Senate on the importance of prioritizing survivable logistics.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the joint logistics enterprise of the Armed Forces faces high-end threats from strategic competitors – China, Russia, and Iran - all of which have invested in anti-access area denial capabilities and gray zone tactics. As such, the conferees believe that resilient and agile logistics are necessary to implement the 2018 National Defense Strategy because it enables the United States to project power and sustain the fight against its strategic competitors in peacetime and during war.

Additionally, there are significant logistics shortfalls, as outlined in the November 2018 final report of the Defense Science Board Task Force on Survivable Logistics, which, if left unaddressed, would hamper the readiness and ability of the Armed Forces to conduct operations globally. The conferees believe that since the military departments have not shown a strong commitment to funding logistics, the Secretaries of the military departments should review the full list of recommendations in the report and address the chronic underfunding of logistics relative to other priorities.

*Plan on sustainment of Rough Terrain Container Handler fleets*

The Senate bill contained a provision (sec. 5303) that would require the Secretary of the Army and the Secretary of the Navy to develop plans for sustainment of the RT240 fleet, assess available modernization capabilities, and provide a joint

WASHSTATEC013875

briefing to the defense committees on the readiness of both fleets.

   The House amendment contained no similar provision.

   The Senate recedes.

   The conferees direct the Secretary of the Army and Secretary of the Navy to provide a briefing to the congressional defense committees, not later than 90 days after enactment of this Act. The briefing shall include the plans for sustainment of the RT-240 Rough Terrain Cargo Handler fleets to ensure operational capabilities into the 2030s, an assessment of available modernization capabilities to enhance joint deployment of such fleets, and current readiness of such fleets.

# TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS

## SUBTITLE A—ACTIVE FORCES

*End strengths for active forces (sec. 401)*

   The Senate bill contained a provision (sec. 401) that would authorize active-duty end strength as of September 30, 2019 as follows: Army, 480,000; Navy, 355,400; Marine Corps, 186,200; Air Force, 332,800.

   The House amendment contained an identical provision.

   The conference agreement includes this provision.

*Revisions in permanent active duty end strength minimum levels (sec. 402)*

   The House amendment contained a provision (sec. 402) that would establish new minimum Active Duty end strengths for the Army, Navy, Marine Corps, and Air Force as of September 30, 2020. The committee recommends 480,000 as the minimum Active Duty end strength for the Army, 340,500 as the minimum Active Duty end strength for the Navy, 186,200 as the minimum Active Duty end strength for the Marine Corps, and 332,800 as the minimum Active Duty end strength for the Air Force.

   The Senate bill contained no similar provision.

   The Senate recedes.

## SUBTITLE B—RESERVE FORCES

*End strengths for Selected Reserve (sec. 411)*

The Senate bill contained a provision (sec. 411) that would authorize the following end strengths for Selected Reserve personnel of the Armed Forces as of September 30, 2020; the Army National Guard of the United States, 336,000; the Army Reserve, 189,500; the Navy Reserve, 59,000; the Marine Corps Reserve, 38,500; the Air National Guard of the United States, 107,700; the Air Force Reserve, 70,100; and the Coast Guard Reserve, 7,000.

The House amendment contained an identical provision (sec. 411).

The conference agreement contains this provision.

*End strengths for Reserves on active duty in support of the reserves (sec. 412)*

The Senate bill contained a provision (sec. 412) that would authorize the following end strengths for Reserves on Active Duty in support of the reserve components as of September 30, 2020; the Army National Guard of the United States, 30,595; the Army reserve, 16,511; the Navy Reserve, 10,155; the Marine Corps Reserve, 2,386; the Air National Guard of the United States, 22,637; the Air Force Reserve, 4,431.

The House amendment contained an identical provision (sec. 412).

The conference agreement include this provision.

*End strengths for military technicians (dual status) (sec. 413)*

The Senate bill contained a provision (sec. 413) that would authorize the following end strengths for military technicians (dual status) as of September 30, 2020; the Army National Guard of the United States, 22,294; the Army Reserve, 6,492; the Air National Guard of the United States, 13,569; and the Air Force Reserve, 8,938.

The provision would also prohibit under any circumstances the coercion of a military technician (dual status) by a State into accepting an offer of realignment or conversion to any other military status, including as a member of the Active, Guard, and Reserve program of a reserve component. The provision would further specify that if a technician declines to participate in such a realignment or conversion, no further action may be taken against the individual or the individual's position. The provision would require the Chief of the National Guard Bureau to certify by January 1, 2020, to the Committees on Armed Services of the Senate and House of Representatives the number of positions realigned from military technician (dual

status) to a position in the Active, Guard, and Reserve (AGR) program of the Air National Guard during fiscal year 2019.

Finally, the provision would specify that if the number so certified is less than 3,190, that the authorized strength for Air National Guard military technicians be increased by the difference between the number certified and 3,190 (with a maximum increase of 2,292)and that authorized AGR strength for the Air National Guard be decreased by that same amount.

The House amendment contained a similar provision (sec. 413).

The House recedes with an amendment that would authorize the minimum number of military technicians (dual status) on the last day of fiscal year 2020 for the reserve components of the Army and the Air Force.

*Maximum number of reserve personnel authorized to be on active duty for operational support (sec. 414)*

The Senate bill contained a provision (sec. 414) that would authorize the maximum number of reserve component personnel who may be on Active Duty or full-time National Guard duty under section 115(b) of title 10, United States Code, during fiscal year 2020 to provide operational support.

The House amendment contained an identical provision (sec. 414).

The conference agreement includes this provision.

*Authorized strengths for Marine Corps Reserves on active duty (sec. 415)*

The Senate bill contained a provision (sec. 415) that would amend section 12011(a)(1) and section 12012(a) of title 10, United States Code, by adjusting the controlled grade caps for field grade officers and senior enlisted marines to account for increased end strength in the Marine Corps Active Reserve Program. The provision would also expand the field grade officer and senior enlisted strength tables to allow for future end strength increases.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard (sec. 416)*

The Senate bill contained a provision (sec. 5401) that would amend section 12011 of title 10, United States Code, to

increase the number of officers of the Air Force Reserve who are authorized to serve in the grade of major, lieutenant colonel, or colonel.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE C—AUTHORIZATION OF APPROPRIATIONS

*Military personnel (sec. 421)*

The Senate bill contained a provision (sec. 421) that would authorize appropriations for military personnel activities at the levels identified in section 4401 of division D of this Act.

The House amendment contained an identical provision (sec. 421).

The conference agreement includes this provision.

## TITLE V—MILITARY PERSONNEL POLICY

## SUBTITLE A—OFFICER PERSONNEL POLICY

*Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component (sec. 501)*

The Senate bill contained a provision (sec. 502) that would amend section 531 of title 10, United States Code, to require the Secretary of Defense to make regular officer transfer appointments onto the Active-Duty list for reserve officers currently included on the reserve active-status list. The provision would also amend section 12203 of title 10, United States Code, to require the Secretary of Defense to make reserve officer transfer appointments onto the reserve active-status list for regular officers currently included on the Active-Duty list.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representative on the transfer of officer appointments from the regular to the reserve component.

*Furnishing of adverse information on officers to promotion selection boards (sec. 502)*

The Senate bill contained a provision (sec. 503) that would modify section 615 of title 10, United States Code, to expand the grades of officers for which credible information of an adverse nature must be furnished to a promotion selection board.  In addition, the provision would require that credible information of an adverse nature be furnished to a promotion selection board and its members at each stage or phase of the board, concurrent with the screening, rating, assessment, evaluation, discussion, or other consideration of the officer or of the officer's official military personnel file.

The House amendment contained no similar provision.

The House recedes.

*Limitation on number of officers recommendable for promotion by promotion selection boards (sec. 503)*

The Senate bill contained a provision (sec. 504) that would amend section 616 of title 10, United States Code, to limit the number of officers who may be recommended for promotion by a promotion selection board to no more than 95 percent of officers who are in a given promotion zone.

The House amendment contained no similar provision.

The House recedes.

*Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks (sec. 504)*

The Senate bill contained a provision (sec. 505) that would correct a technical oversight in section 506 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) by amending section 637a of title 10, United States Code, to authorize each of the Secretaries of the military departments to continue certain officers serving in the pay grades of O-3 and O-4 in an occupational specialty, rating, or specialty code, as designated by the relevant secretary, who are not yet retirement eligible but would otherwise be subject to statutory separation to complete up to 40 years of active service.

The House amendment contained no similar provision.

The House recedes.

*Management policies for joint qualified officers (sec. 505)*

The House amendment contained a provision (sec. 501) that would amend section 661 of title 10, United States Code, to allow the Chairman of the Joint Chiefs of Staff to delegate the

approval authority for non-Joint Qualified Officers to fill critical joint duty assignments, thus allowing the Chairman's designee to approve or disapprove waivers.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the Chairman of the Joint Chiefs of Staff to delegate the approval authority for non-Joint Qualified Officers to fill critical joint duty assignment to a general or flag officer who is an officer of the armed forces in the grade of O-9 or higher.

*Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters (sec. 506)*

The Senate bill contained a provision (sec. 515) that would amend section 991 of title 10, United States Code, to limit the ability of the Secretary of Defense to delegate deployment threshold exceptions to Senate-confirmed civilian officials within the Department of Defense. The provision would also require the Secretary of Defense to prescribe a separate policy to track dwell time for reserve members of the Armed Forces.

The House amendment contained no similar provision.

The House recedes with an amendment that would strike language repealing the authority of the Secretary of Defense to prescribe alternative definitions of "deployment."

*Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations (sec. 507)*

The Senate bill contained a provision (sec. 5506) that would amend section 991 of title 10, United States Code, to require the Secretary of the military department concerned to create and maintain specific, measurable, deployment thresholds whenever a waiver to otherwise required personnel tempo limitations is in effect.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades (sec. 508)*

The Senate bill contained a provision (sec. 5510) that would amend section 1253 of title 10, United States Code, to permanently authorize the Secretary of the military department concerned to defer the retirement of an officer serving in a

WASHSTATEC013881

general or flag officer grade who is the Chief of Chaplains or
Deputy Chief of Chaplains of that officer's armed force.
        The House amendment contained no similar provision.
        The House recedes.

*Higher grade in retirement for officers following reopening of
determination or certification of retired grade (sec. 509)*

        The Senate bill contained a provision (sec. 506) that
would modify section 1370 of title 10, United States Code, to
require that any increase in the retired grade of an officer
resulting from the reopening of the determination or
certification of that officer's retired grade be made by the
Secretary of Defense, by and with the advice and consent of the
Senate.  Any associated modification of the officer's retired
pay would go into effect on the effective date of the increase
in the officer's retired grade and would not be retroactive to
the date of the officer's retirement.  The provision would apply
to any increase in retired grade that occurs after the date of
the enactment of this Act, regardless of when the officer
retired.
        The House amendment contained no similar provision.
        The House recedes.

*Authority of promotion boards to recommend that officers of
particular merit be placed higher on promotion list (sec. 510)*

        The House amendment contained a provision (sec. 503) that
would amend sections 14108, 14109, and 14308 of title 10, United
States Code, to allow for Reserve Component promotion selection
boards to recommend placing a officer on the reserve active-
status list higher on a promotion list based on particular
merit, if at least a majority of the promotion selection board
members so recommend.
        The Senate bill contained no similar provision.
        The Senate recedes.

*Availability on the internet of certain information about
officers serving in general or flag officer grades (sec. 510A)*

        The Senate bill contained a provision (sec. 507) that
would require each of the Secretaries of the military
departments to make available on a public website certain
biographical, assignment-related information about the
department's general and flag officers, including public notice
when a general or flag officer has been reassigned to a new duty
position.  A secretary may decline to publish such information

WASHSTATEC013882

only for reasons of risk to the individual officer or to
national security, and only after informing the Committees on
Armed Services of the Senate and the House of Representatives in
writing.

The House amendment contained an identical provision (sec.
504).

The conference agreement includes this provision.

*Functional badge or insignia upon commission for chaplains (sec.
510B)*

The House amendment contained a provision (sec. 506) that
would require military chaplains to receive a functional badge
or insignia upon commission.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE B—RESERVE COMPONENT MANAGEMENT

*Modification of grade level threshold for Junior Reserve
Officers' Training Corps (sec. 511)*

The House amendment contained a provision (sec. 520A) that
would amend section 2031 of title 10, United States Code, to
authorize the Secretary to consider the number of physically fit
students above the 7th grade when establishing a Junior Reserve
Officers' Training Corps (JROTC).

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require
eligible JROTC students above the 7th grade to be co-located
with the 9th grade participating unit.

*Inclusion of STEM in courses of instruction for the Junior
Reserve Officers' Training Corps (sec. 512)*

The House amendment contained a provision (sec. 515) that
would amend section 2031 of title 10, United States Code, to add
science, technology, engineering, and mathematics to Junior
Reserve Officers' Training Corps curriculum.

The Senate bill contained no similar provision.

The Senate recedes.

*Inclusion of homeschooled students in Junior Reserve Officers'
Training Corps units (sec. 513)*

The Senate bill contained a provision (sec. 592) that would amend section 2031 of title 10, United States Code, to require public secondary educational institutions that maintain a Junior Reserve Officers' Training Corps unit to permit membership in the unit of home-schooled students residing in the area served by the institution and who would otherwise be qualified for membership in the unit if they were enrolled in the institution.

The House amendment contained a similar provision (sec. 520B).

The House recedes.

*Clarification of eligibility to serve as Commander, Marine Forces Reserve (sec. 514)*

The House amendment contained a provision (sec. 511) that would amend section 7038, 8083, 8084, and 9038 of title 10, United States Code, to require all officers selected to serve as the chief or commander of their respective service's reserve command be reserve officers who hold the rank of lieutenant general, or vice admiral in the case of the Navy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 8084 of title 10, United States Code, to require officers selected to serve as the Commander of the Marine Forces Reserve be a general officer of the Marine Corps Reserve.

*Extension and periodic evaluation of suicide prevention and resilience program for the reserve components (sec. 515)*

The House amendment contained a provision (sec. 520G) that would strike subsection (g) of section 10219 of title 10, United States Code, to extend permanently the suicide prevention and resilience program for the reserve components and their families.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would extend such program for 5 years and require the Secretary of Defense to conduct a program evaluation every third year beginning in 2022, until the program terminates, to determine the effectiveness of the program.

*Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components (sec. 516)*

The House amendment contained a provision (sec. 512) that would amend section 14703 of title 10, United States Code, to

WASHSTATEC013884

authorize the Secretary concerned to retain Reserve Component
medical specialty officers beyond the age of 68.
        The Senate bill contained no similar provision.
        The Senate recedes.

*Modernization of inspection authorities applicable to the*
*National Guard (sec. 517)*

        The Senate bill contained a provision (sec. 1036) that
would amend section 105 of title 32, United States Code, to
authorize the Chief of the National Guard Bureau to conduct
inspections to determine whether units and members of the Army
National Guard and Air Force National Guard comply with Federal
law and policy applicable to the National Guard.
        The House amendment contained no similar provision.
        The House recedes with an amendment that would amend
section 105 of title 32, United States Code, to authorize the
Chief of the National Guard Bureau to have inspections made by
commissioned officers of the National Guard on behalf of the
Secretary of the Army or the Secretary of the Air Force. Any
inspections made under this authority may be made only with the
approval of the Secretary of the Army or the Secretary of the
Air Force.

*Consultation with Chief of the National Guard Bureau in the*
*appointment or designation of National Guard property and fiscal*
*officers (sec. 518)*

        The Senate bill contained a provision (sec. 1038) that
would amend section 708 of title 32, United States Code, to
require the Chief of the National Guard Bureau, subject to the
approval of the secretary of the military department concerned,
to assign, designate, or detail property and fiscal officers for
each State, each territory, and the District of Columbia.
        The House amendment contained no similar provision.
        The House recedes with an amendment that would amend
section 708 of title 32, United States Code, to require the
Governor of each State, the Commonwealth of Puerto Rico, Guam,
and the Virgin Islands, and the commanding general of the
National Guard of the District of Columbia to consult the Chief
of the National Guard Bureau in appointing a qualified
commissioned officer to be the property and fiscal officer of
that jurisdiction.

*Coast Guard Junior Reserve Officers' Training Corps (sec. 519)*

The House amendment contained a provision (sec. 520) that would authorize the Secretary of the department in which the Coast Guard is operating to establish a Junior Reserve Officers' Training Corps unit in co-operation with Lucy Garrett Beckham High School, Charleston County, South Carolina.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend chapter 3 of title 14, United States Code, to authorize the Secretary of the department in which the Coast Guard is operating to establish and maintain a Junior Reserve Officers' Training Corp at public and private secondary educational institutions.

*Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units (sec. 520)*

The Senate bill contained a provision (sec. 511) that would repeal section 1113 of the Army National Guard Combat Readiness Reform Act of 1992, which was included in the National Defense Authorization Act for Fiscal Year 1993 (Public Law 102–484). This section required the review of a recommended unit vacancy promotion of an officer in the Selected Reserve by the commander of the Active-Duty unit associated with the Selected Reserve unit of that officer.

The House amendment contained an identical provision (sec. 513).

The conference agreement includes this provision.

*Report on methods to enhance domestic response to large scale, complex and catastrophic disasters (sec. 520A)*

The House amendment contained a provision (sec. 520E) that, not later than 180 days after the enactment of this Act, would require the Secretary of Defense, in consultation with the Federal Emergency Management Agency, the National Security Council, the Council of Governors, and the National Governors Association, to submit a report on their plan to establish policy and processes to implement the authority provided by the amendments made by section 520.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Report and briefing on the Senior Reserve Officers' Training Corps (sec. 520B)*

The Senate bill contained a provision (sec. 5507) that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives on the feasibility and advisability of expanding the Senior Reserve Officers' Training Corps (ROTC) to include distance learning programs and community colleges. The provision would also require a briefing on the effect of prohibitions on closing certain ROTC detachments.

The House amendment contained no similar provision.

The House recedes.

*Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units (sec. 520C)*

The House amendment contained a provision (sec. 518) that would express the sense of Congress regarding support for 3,700 Junior Reserve Officers' Training Corps units nationwide.

The Senate bill contained a similar provision.

The Senate recedes with an amendment that would remove all findings from the provision.

## SUBTITLE C—GENERAL SERVICE AUTHORITIES AND CORRECTION OF MILITARY RECORDS

*Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims (sec. 521)*

The Senate bill contained a provision (sec. 548) that would include social workers in the category of health care professionals whose diagnosis that a current or former servicemember is experiencing or has experienced post-traumatic stress disorder, traumatic brain injury, or another mental health disorder, must be accorded consideration by a board for the correction of military records or discharge review board in the matter of that member.

Further, the provision would include social workers in the category of health care professionals authorized to render a medical advisory opinion to a board for the correction of military records, or to be a member of a discharge review board considering the application of such a servicemember.

The Senate bill also included a provision (sec. 549) that would expand the types of cases in which boards for the correction of military records and discharge review boards must accord liberal consideration to the evidence presented by a servicemember or former servicemember, to include cases in which

post-traumatic stress disorder or traumatic brain injury related to sexual trauma, intimate partner violence, spousal abuse, or combat serves as all or part of the justification for the member or former member's application to the board for relief.

Further, the Senate bill included a provision (sec. 550) that would require a board for the correction of military records or a discharge review board reviewing a case in which a current or former servicemember's request for relief is based on post-traumatic stress disorder or traumatic brain injury, to seek advice and counsel from a psychiatrist, psychologist, or social worker with training on like mental health issues. The provision would further require that, if an applicant asserts sexual trauma, intimate partner violence, or spousal abuse, the board must seek advice and counsel from an expert in trauma specific to those adverse experiences.

The House amendment included a provision (sec. 530D) that would require a board for the correction of military records or a discharge review board considering a servicemember's request for relief that is grounded in post-traumatic stress disorder or traumatic brain injury, to seek advice and counsel from a psychiatrist, psychologist, or social worker with training on mental health issues associated with those diagnoses. If any such board is reviewing a claim in which sexual trauma, intimate partner violence, or spousal abuse is claimed, the board is mandated to seek advice from an expert in trauma specific to such adverse experiences.

The Senate recedes with a technical amendment.

*Reduction in required number of members of discharge review boards (sec. 522)*

The Senate bill contained a provision (sec. 547) that would amend section 1553 of title 10, United States Code, to reduce the minimum number of members comprising a Discharge Review Board from five to three.

The House amendment contained no similar provision.

The House recedes.

*Establishment of process to review a request for upgrade of discharge or dismissal (sec. 523)*

The House amendment contained a provision (sec. 521) that would require the Secretary of Defense to establish a board of discharge appeals to hear appeals of requests for upgraded discharges and dismissals that had been denied by the service review agencies. The provision also would require the Secretary to submit a report not later than April 1, 2021, on data based

WASHSTATEC013888

on the appeals heard by the board, and to publish the
information online annually beginning on October 1, 2022.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require
the Secretary of Defense to establish a process by which to
conduct a final review of a request for an upgrade in the
characterization of a discharge or dismissal, after the
petitioner had exhausted all remedies available at a military
department board for the correction of military or naval records
or discharge review board.  The amended provision would direct
the Secretary to make use of existing organizations, boards,
processes, and personnel of the Department of Defense, to the
greatest extent practicable, in establishing and implementing
the review process, and would provide that subsequent to final
review, the Secretary of Defense may recommend, as appropriate,
that the secretary of the military department concerned upgrade
the characterization of the petitioner's discharge or dismissal.
Finally, the amended provision would delay until January 1,
2022, the requirement that the Secretary of Defense submit to
the committees on armed services of the Senate and the House of
Representatives, a report detailing the outcomes of the review
process to that date, and echoes the requirement for annual
online reporting of outcomes beginning on October 1, 2022.

*Prohibition on reduction in the number of personnel assigned to
duty with a service review agency (sec. 524)*

The House amendment contained a provision (sec. 522) that
would amend section 1559(a) of title 10, United States Code, to
extend the prohibition on reducing the number of military and
civilian personnel assigned to duty with the service review
agency of a military department until December 31, 2025.  This
provision would also require the Secretary of each military
department to submit a report that details that department's
plan to reduce the backlog of applications before the service
review agency and, not later than October 1, 2021, to maintain
the resources required to meet timeliness standards for
disposition of applications before the Corrections Boards under
section 1557 of title 10, United States Code.  The report would
be required to be submitted to the Committees on Armed Services
of the Senate and House of Representatives not later than 180
days after the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes.

*Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters (sec. 525)*

The Senate bill contained a provision (sec. 551) that would expand the types of cases in which boards for the correction of military records and discharge review boards must accord liberal consideration to the evidence presented by the servicemember or former servicemember in support of an application to the board and/or grant expedited consideration of such an application to include cases in which post-traumatic stress disorder or traumatic brain injury related to sexual trauma, intimate partner violence, spousal abuse, or combat serves as all or part of the justification for the member or former member's request for relief.

The House amendment contained a provision (sec. 530E) that would require that the curriculum of training for members of boards for the correction of military or naval records and discharge review boards include training on sexual trauma, intimate partner violence, spousal abuse, and the various responses of individuals to trauma.

Further, the provision would require the Secretary of Defense and the Secretary of Homeland Security to ensure that, to the extent practicable, the training developed and provided in this regard is uniform across the Armed Forces.

The Senate recedes.

*Time requirements for certification of honorable service (sec. 526)*

The House amendment contained a provision (sec. 524) that would require the secretary of a military department or a designated commissioned officer serving in the pay grade of O-6 or higher to, upon submission of a completed United States Citizenship and Immigration Services Form N-426 in the case of a member of the Armed Forces who has served honorably on Active Duty, provide certification not later than 5 days thereafter, and in the case of a member of the Armed Forces who has served honorably in the reserve component provide certification not later than 3 weeks thereafter.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to publish regulations governing the submission and processing of a completed United States Citizenship and Immigration Services Form N-426. Such regulations shall designate the appropriate grade of an officer authorized to certify the form, and establish timeliness

WASHSTATEC013890

requirements, within which the form must be returned to the
submitting servicemember.

*Correction of certain discharge characterizations (sec. 527)*

The House amendment contained a provision (sec. 530H) that
would require that, on request of a former servicemember who was
discharged from the Armed Forces because of his or her sexual
orientation, the boards for the correction of military or naval
records and discharge review boards of the applicable military
department would change the discharge characterization of that
member to honorable, if the board's review determined such
change to be appropriate.  The provision would require
consistency across the Department of Defense in the manner of
considering such requests, and that the former member be
authorized to use regular processes to appeal a decision by such
a board not to change the characterization of the member's
discharge.  Finally, as to each former member whose discharge
characterization is changed, the provision would require the
Secretary of Defense to reissue a revised DD Form 214 that does
not reflect the sexual orientation of the member or the reason
for the member's initial discharge.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would clarify
that a former member covered by this provision may seek review
pursuant to section 1552 of title 10, United States Code,
section 1553 of such title, or any other process established by
the Secretary of Defense for such purpose, of a decision by the
appropriate board not to change the discharge characterization
of that member.

*Development of guidelines for use of unofficial sources of*
*information to determine eligibility of members and former*
*members of the Armed Forces for decorations when the service*
*records are incomplete because of damage to the official record*
*(sec. 528)*

The House amendment contained a provision (sec. 530A) that
would require the Secretary of Defense, in consultation with the
Secretary of Veterans Affairs, to develop guidelines for the use
of unofficial sources of information to determine the
eligibility of a servicemember for benefits and decorations when
the service records are incomplete because of damage to the
records.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would require
the Secretary of Defense to develop guidelines for the use of

unofficial sources of information to determine the eligibility
of a member or former member of the Armed Forces for decorations
when the service records are incomplete because of damage.

*Strategic plan for diversity and inclusion (sec. 529)*

   The House amendment contained a provision (sec. 526) that
would require the Secretary of Defense to update and implement a
Department of Defense Diversity and Inclusion Strategic Plan.
The plan would cover a 5-year period beginning January 1, 2020.
   The Senate bill contained no similar provision.
   The Senate recedes with an amendment that would require
the Secretary of Defense to design and implement a 5-year
strategic plan for diversity and inclusion in the Department of
Defense that incorporates existing efforts to promote diversity
and inclusion and is consistent with the objectives of the 2018
National Military Strategy.  The amended provision would require
the Secretary to implement the strategic plan for diversity and
inclusion not later than 1 year from the date of the enactment
of this Act.

*Study regarding screening individuals who seek to enlist in the*
*Armed Forces (sec. 530)*

   The House amendment contained a provision (sec. 530C) that
would require the Secretary of Defense to study the feasibility
of using the Federal Bureau of Investigation Tattoo and Graffiti
Identification Program and National Gang Intelligence Center, to
screen for white nationalists and individuals with ties to white
nationalist organizations as part of background investigations
and security screenings of individuals who seek to enlist in the
Armed Forces.
   The Senate bill contained no similar provision.
   The Senate recedes with an amendment that would require
the Secretary of Defense to study the feasibility of using the
Federal Bureau of Investigation Tattoo and Graffiti
Identification Program and National Gang Intelligence Center to
screen for a variety of extremist and gang-related activity.

*Feasibility study regarding notification to Secretary of*
*Homeland Security of honorable discharges of non-citizens (sec.*
*530A)*

   The House amendment contained a provision (sec. 530F) that
would require the Secretary of Defense to provide the Secretary
of Homeland Security with a copy of the Certificate of Release
or Discharge from Active Duty (DD Form 214) issued to each

servicemember who is not a citizen of the United States and who
is honorably discharged from the Armed Forces, not later than 30
days after the date of such discharge.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require
the Secretary of Defense to study the feasibility of providing
the Secretary of Homeland Security with a copy of the DD Form
214 of each non-citizen servicemember who is discharged from a
period of Active Duty in the Armed Forces with an honorable
characterization of service, within 30 days of the date of such
member's discharge.

The conferees note that the purpose of the assessment is
to consider whether the proactive transmission of a former
servicemember's DD Form 214 to the Secretary of Homeland
Security within 30 days of discharge promotes accurate and up-
to-date record keeping regarding the immigration status of that
former member.  The conferees direct the Secretary of Defense to
provide a report on the results of the assessment to the
Committees on Armed Services of the Senate and the House of
Representatives not later than 180 days after the date of the
enactment of this Act.

*Sense of Congress regarding accession physicals (sec. 530B)*

The Senate bill contained a provision (sec. 5509) that
would express a sense of Congress that permitting military
accession physicals in local communities would allow military
recruiters to focus on their core recruiting mission and also
reduce cost and increase efficiency at military entrance
processing stations (MEPS).

The House amendment contained a similar provision (sec.
529).

The Senate recedes with an amendment that would express a
sense of Congress that the Secretary of Defense should explore
alternatives to centralized accession physicals at MEPS,
including by conducting such physicals through local community
health care providers.

## SUBTITLE D—MILITARY JUSTICE

*Expansion of pre-referral matters reviewable by military judges
and military magistrates in the interest of efficiency in
military justice (sec. 531)*

The Senate bill contained a provision (sec. 555) that
would amend Article 30a of the Uniform Code of Military Justice

WASHSTATEC013893

(10 U.S.C. 830a) to require the President to prescribe
regulations governing proceedings related to an expanded set of
matters that would be authorized to be conducted by military
judges and military magistrates prior to the referral of court-
martial charges.  In addition to matters related to
investigative subpoenas, warrants for electronic communications,
and matters referred by an appellate court, this expanded set of
pre-referral matters would include matters related to the pre-
trial confinement of an accused, the mental capacity
responsibility of an accused, and an accused's request for
individual military counsel.

The House amendment contained a similar provision (sec.
540B).

The House recedes with a clarifying amendment.

*Command influence (sec. 532)*

The House amendment contained a provision (sec. 531) that
would amend section 837 of title 10, United States Code (article
37 of the Uniform Code of Military Justice), to prohibit
convening authorities and commanding officers from censuring or
admonishing a military court, or any of its members, the
military judge, or counsel, with respect to the findings or
sentence adjudged by the court; from deterring or attempting to
deter a potential witness from participating in the
investigative process or testifying at a court-martial; or from
attempting to coerce or influence the action of a court-martial
or member thereof, in reaching the findings or sentence in any
case, or the actions of the convening, approving, or reviewing
authority.  The provision would expressly permit convening
authorities and commanding officers to engage in general
communications with subordinates or to seek advice from a
superior officer on the disposition of alleged violations of the
Uniform Code of Military Justice.  The provision would clarify
that no findings of a sentence of a court-martial may be held
incorrect on the grounds of a violation of this provision unless
the violation materially prejudices the substantial rights of
the accused.

The Senate bill contained no similar provision.
The Senate recedes with technical amendments.

*Statute of limitations for certain offenses (sec. 533)*

The House amendment contained a provision (sec. 532) that
would amend Article 43 of the Uniform Code of Military Justice
(10 U.S.C. 843) to include the offenses of maiming or kidnapping
of a child among those that may be tried and punished at any

WASHSTATEC013894

time, without limitation.  This amendment would take effect on the date of enactment of this Act and would apply with respect to the prosecution of such offenses committed before, on, or after the date of the enactment of this Act, provided the applicable limitation period has not yet expired.

The Senate bill contained no similar provision.

The Senate recedes.

*Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system (sec. 534)*

The Senate bill contained a provision (sec. 559) that would amend Article 140a of the Uniform Code of Military Justice (10 U.S.C. 940a) to clarify that the Secretary of Defense must act in coordination with the Secretary of Homeland Security to apply to the United States Coast Guard the uniform standards and criteria governing administration of the military justice system, including those associated with: (1) The collection and analysis of data; (2) Case processing and management; (3) Timely, efficient, and accurate production and distribution of records of trial; and (4) Facilitating public access to docket information, filings, and records of court-martial proceedings. Further, the provision also would clarify that the Privacy Act (5 U.S.C. 552a) would not apply to courts-martial information made publicly available in accordance with Article 140a. Finally, the provision would affirm that the public access requirement would not apply to court-martial docket information, filings, or records that are classified, subject to a judicial protective order, or ordered sealed.

The House amendment contained no similar provision.

The House recedes with an amendment that would maintain applicability of the Privacy Act to records of trial produced or distributed within the military justice system, as well as to docket information, filings, and records made accessible to the public.

*Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (sec. 535)*

The Senate bill contained a provision (sec. 533) that would amend section 546(f)(1) of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) to extend the term of the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (DAC-IPAD) by 5 years.

The House amendment contained a similar provision (sec. 548).

The House recedes.

The conferees request the DAC-IPAD review, as appropriate, whether other justice programs (e.g., restorative justice programs, mediation) could be employed or modified to assist the victim of an alleged sexual assault or the alleged offender, particularly in cases in which the evidence in the victim's case has been determined not to be sufficient to take judicial, non-judicial, or administrative action against the perpetrator of the alleged offense.

Further, the conferees recognize the importance of providing survivors of sexual assault an opportunity to provide a full and complete description of the impact of the assault on the survivor during court-martial sentencing hearings related to the offense. The conferees are concerned by reports that some military judges have interpreted Rule for Courts-Martial (RCM) 1001(c) too narrowly, limiting what survivors are permitted to say during sentencing hearings in ways that do not fully inform the court of the impact of the crime on the survivor.

Therefore, the conferees request that, on a one-time basis, or more frequently, as appropriate, and adjunct to its review of court-martial cases completed in any particular year, the DAC-IPAD assess whether military judges are according appropriate deference to victims of crimes who exercise their right to be heard under RCM 1001(c) at sentencing hearings, and appropriately permitting other witnesses to testify about the impact of the crime under RCM 1001.

*Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings (sec. 536)*

The Senate bill contained a provision (sec. 532) that would amend section 586 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112-81) to require the Secretary of Defense to prescribe procedures under which a victim of sexual assault who files a restricted report may, at any time and on a confidential basis, request the return of the victim's personal property obtained as part of the sexual assault forensic examination. Any such request on the part of the victim would not affect the restricted nature of the victim's report of sexual assault.  The provision also would require a Sexual Assault Response Coordinator or Sexual Assault Prevention and Response Victim Advocate to inform the victim of his or her right to request the return of personal property under these procedures, but that any such return might

WASHSTATEC013896

negatively affect a subsequent adjudication of the case, should
the victim later decide to convert the restricted report to an
unrestricted report.  The provision would not affect the
requirement to retain a sexual assault forensic examination kit
for the period required in law.
    The House amendment contained no similar provision.
    The House recedes.

*Guidelines on sentences for offenses committed under the Uniform
Code of Military Justice (sec. 537)*

    The House amendment contained a provision (sec. 533) that
would require the Secretary of Defense to establish non-binding
sentencing guidelines for offenses under the Uniform Code of
Military Justice, taking into account sentencing data collected
by the Military Justice Review Panel.
    The Senate bill contained no similar provision.
    The Senate recedes with an amendment that would require
the Secretary of Defense to develop non-binding guidelines on
sentences for offenses under chapter 47 of title 10, United
States Code (the Uniform Code of Military Justice), including
suggested ranges of confinement.  The provision would require
the Secretary of Defense to submit the sentencing guidelines
developed, together with an assessment of the feasibility and
advisability of implementing such guidelines in panel sentencing
cases, to the Committees on Armed Services of the Senate and the
House of Representatives, not later than 1 year after the date
on which the first report of the Military Justice Review Panel
is submitted, to ensure that development of the guidelines is
informed by sentencing data collected by the Panel.

*Notification of significant events and documentation of
preference for prosecution jurisdiction for victims of sexual
assault (sec. 538)*

    The Senate bill contained a provision (sec. 524) that
would require a commander of a member of the Armed Forces who is
the victim of an alleged sexual assault committed by another
member of the Armed Forces to provide notification to the victim
of every key or other significant event in the military justice
process in connection with the investigation, prosecution, and
confinement of such other member.  In cases in which the member
of the Armed Forces alleged to have committed the sexual assault
is subject to prosecution by both court-martial and by a
civilian court under Federal or State law, the commander of the
victim would be required to create and maintain appropriate
documentation of the victim's expressed preference, if any, of

WASHSTATEC013897

forum for prosecution of the offense.  The Secretary of Defense
would be required to prescribe regulations applicable to the
notifications, elections, and documentation required by the
provision.

The House amendment contained a similar provision (sec.
534).

The Senate recedes with an amendment that would require
notification to a victim of each significant event in the
military justice process, and documentation of that
notification, as well as documentation of the victim's
preference for prosecution jurisdiction, in an appropriate
system of records of the military department concerned.  The
Secretary of Defense would be required to prescribe regulations
implementing this provision not later than 180 days after the
date of the enactment of this Act, with a view to permitting the
Secretary to determine by whom each such notifications should be
made, the manner of each notification, whether a victim may
elect not to receive such notifications, and how decisions on
the part of the victim should be memorialized, among other
matters.

*Increase in number of digital forensic examiners for certain
military criminal investigative organizations (sec. 539)*

The Senate bill contained a provision (sec. 557) that
would require each of the secretaries of the military
departments to increase the number of digital forensic examiners
in each military criminal investigative organization (MCIO)
under that secretary's jurisdiction by not fewer than 10
examiners above the baseline number of digital forensic
examiners in each MCIO as of September 30, 2019.

The House amendment contained a similar provision (sec.
536).

The House recedes with a clarifying amendment.

*Increase in investigative personnel and Victim Witness
Assistance Program liaisons (sec. 540)*

The House amendment contained a provision (sec. 535) that
would require the secretaries of the military departments to
ensure the number of personnel authorizations for criminal
investigators allow for the completion of investigations of sex-
related offenses in no more than 6 months, to the extent
practicable.  The provision would require each Secretary to
issue guidance requiring criminal investigators to submit a
status report to their direct supervisor in the event an
investigation exceeds 90 days.  The provision also would require

the secretaries of the military departments to increase the number of personnel serving as Victim Witness Assistance Program liaisons to address personnel shortages.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the secretaries of the military departments, within 1 year from the date of enactment of this Act, to increase the number of personnel assigned to the military criminal investigative organization of that department, with the goal of ensuring that, to the extent practicable, the investigation of any sex-related offense is completed not later than 6 months after the date on which the investigation is initiated.  An investigation would be deemed complete when the active phase of the investigation is sufficiently complete to enable the appropriate authority to reach a decision with respect to the disposition of charges for the sex-related offense.  The provision would further require each secretary to increase the number of personnel serving as Victim Witness Assistance liaisons to address personnel shortages in the program, also within a period of one year. Finally, the provision would specify that neither the statement of an aspirational timeline for the completion of investigations of sex-related offenses, nor the directive to increase the number of criminal investigators and Victim Witness Assistance liaisons creates a cause of action enforceable at law or in equity against the United States, the Department of Defense, or any person.

*Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses (sec. 540A)*

The Senate bill contained a provision (sec. 523) that would require comprehensive training for sexual assault initial disposition authorities, as defined by the April 20, 2012, Secretary of Defense memorandum, "Withholding Initial Disposition Authority Under the Uniform Code of Military Justice in Certain Sexual Assault Cases," on the exercise of their authorities in such cases, with a view to enhancing the capabilities of such authorities and promoting trust and confidence in the military justice system.

The House amendment contained a similar provision (sec. 540).

The Senate recedes with a technical amendment.

*Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault (sec. 540B)*

The Senate bill contained a provision (sec. 525) that would require training provided to all military commanders to include comprehensive training on the role of a commander: (1) In all stages of the military justice process in connection with sexual assault committed by a member of the Armed Forces, including investigation and prosecution; (2) In ensuring that a victim of sexual assault is informed of, and has the opportunity to obtain, the assistance available by law; (3) In ensuring that the victim is afforded all rights and protections authorized under law; (4) In preventing retaliation; (5) In establishing and maintaining a healthy command climate; and (6) In any other matters in connection with sexual assault deemed appropriate by the Secretary of Defense.

The provision would further require that the training provided to commanders incorporate best practices in all matters covered. These best practices should be identified and brought current through periodic surveys and reviews.

The House amendment contained a similar provision (sec. 540C).

The House recedes with a technical amendment.

*Timely disposition of nonprosecutable sex-related offenses (sec. 540C)*

The House amendment contained a provision (sec. 539) that would require the Secretary of Defense to develop and implement a policy to ensure the timely disposition of non-prosecutable sex-related offenses.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to develop a policy to ensure the timely disposition of alleged sex-related offenses that a court-martial convening authority has declined to refer for trial by a general or special court-martial, due to a determination that there is insufficient evidence to support prosecution of the offense.  The Secretary would be required to implement the policy within 180 days of the enactment of this Act.

*Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces (sec. 540D)*

The Senate bill contained a provision (sec. 521) that would require the Secretary of Defense to promulgate a comprehensive policy to reinvigorate the prevention of sexual assault among members of the Armed Forces, within 180 days after enactment of this Act.

The provision would require inclusion in the comprehensive policy of programs that: (1) Provide education and training on the prevention of sexual assault; (2) Promote healthy relationships; (3) Are designed to empower and enhance the role of non-commissioned officers in the prevention of sexual assault; (4) Foster social courage to promote interventions to prevent sexual assault; (5) Address behaviors across the continuum of harm; (6) Counter alcohol abuse, including binge drinking; and (7) Encompass such other matters as the Secretary of Defense deems appropriate.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment (sec. 540E)*

The Senate bill contained a provision (sec. 529) that would require the Joint Service Committee on Military Justice to submit to the Committees on Armed Services of the Senate and the House of Representatives, a report setting forth legislative and administrative actions required to establish a punitive article on sexual harassment in the Uniform Code of Military Justice. The report would be required to be submitted within 180 days of the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives, not later than 180 days after the date of enactment of this Act, which report must set forth such recommendations as the Secretary considers appropriate with respect to the establishment of a separate punitive article on sexual harassment in chapter 47 of title 10, United States Code (the Uniform Code of Military Justice).

*Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice (sec. 540F)*

The Senate bill contained a provision (sec. 561) that would require the Secretary of Defense to submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the results of a study on the feasibility and advisability of an alternative military justice system in which determinations to prefer or refer charges for trial by court-martial, for offenses for which the

maximum punishment includes confinement for more than 1 year
under the Uniform Code of Military Justice (Chapter 47 of title
10, United States Code), would be made by a judge advocate
officer in a grade of O-6 or higher, who has significant
experience in criminal litigation and is outside of the chain of
command of the member of the Armed Forces who is the subject of
the charges, rather than by a commanding officer in the
subject's chain of command.  The report would further assess the
feasibility and advisability of conducting a pilot program to
assess any such alternative military justice system, and would
be required to be submitted not later than 300 days after the
date of the enactment of this Act.

> The House amendment contained no similar provision.
> The House recedes.

*Report on standardization among the military departments in*
*collection and presentation of information on matters within the*
*military justice system (sec. 540G)*

> The Senate bill contained a provision (sec. 562) that
would require the Secretary of Defense to submit a report to the
Committees on Armed Services of the Senate and the House of
Representatives, describing plans to standardize across the
military departments, to the extent practicable, the collection
and presentation of matters within their military justice
systems, including information collected and maintained to
facilitate public access to court-martial docket information,
filings, and records, and for other purposes set forth in
article 140 of the Uniform Code of Military Justice (10 U.S.C.
940a). In particular, the provision would require the Secretary
to assess the feasibility and advisability of establishing and
maintaining a single, Department of Defense-wide military
justice data management system. The report would be submitted
not later than 180 days after the date of the enactment of this
Act.

> The House amendment contained no similar provision.
> The House recedes.

*Report on expansion of Air Force safe to report policy across*
*the Armed Forces (sec. 540H)*

> The Senate bill contained a provision (sec. 528) that
would require the Secretary of Defense, in consultation with the
secretaries of the military departments and the Secretary of
Homeland Security, to submit a report to the Committees on Armed
Services of the Senate and House of Representatives, assessing
the feasibility and advisability of applying across the Armed

Forces, the Safe to Report policy currently applicable only in
the Air Force.  The report would be required to be submitted
within 180 days of the date of the enactment of this Act.

The Safe to Report policy currently in effect in the Air
Force provides that a member of the Armed Forces who is a victim
of a sexual assault committed by another member of the Armed
Forces, but who may have committed minor collateral misconduct
at or about the time of the sexual assault or whose minor
collateral misconduct is discovered only as a result of the
investigation of the sexual assault, may report the assault to
authorities without fear or receipt of discipline in connection
with that minor collateral misconduct.

The House amendment contained no similar provision.
The House recedes.

*Assessment of racial, ethnic, and gender disparities in the
military justice system (sec. 540I)*

The Senate bill contained a provision (sec. 535) that
would require the Defense Advisory Committee on Investigation,
Prosecution, and Defense of Sexual Assault in the Armed Forces
to conduct a review and assessment of the race and ethnicity of
servicemembers accused, charged, or convicted of certain sexual
offenses.

The House amendment contained a similar provision (sec.
540A) that would require the Secretary of Defense to require
that, as to each court-martial conducted after the date of the
enactment of this Act, the race, ethnicity, gender, and other
such demographic information about the victim and the accused
are recorded, and that data based on this information is
included in the annual military justice reports of the Armed
Forces. Further, in consultation with the secretaries of the
military departments and the Secretary of Homeland Security, the
Secretary of Defense would conduct an evaluation to identify the
causes of any racial, ethnic, or gender disparities in the
military justice system and take appropriate steps to address
them.

The Senate recedes with an amendment that would require
the Defense Advisory Committee on Investigation, Prosecution,
and Defense of Sexual Assault in the Armed Forces (or DAC-IPAD)
to conduct certain reviews and assessments regarding the race
and ethnicity of members of the Armed Forces accused, charged
with, and convicted of certain sexual assault offenses, for each
fiscal year in which the Committee assesses completed court-
martial cases.  A report on the results of all such reviews and
assessment would be submitted to the Committees on Armed

Services of the Senate and the House of Representatives not
later than one year after the date of the enactment of this Act.

*Pilot programs on defense investigators in the military justice
system (sec. 540J)*

The Senate bill contained a provision (sec. 560) that
would require each of the Secretaries of the military
departments to execute a pilot program to determine whether the
presence and utilization of defense investigators makes the
military justice system more fair and efficient and more
effective in determining the truth. Defense investigators
engaged in each secretary's pilot would participate in the
military justice system in a manner similar to that in which
defense investigators participate in civilian criminal justice
systems, and the personnel and activities of pilot program
defense investigators would be uniform across all military
departments, to the extent practicable.

The provision would specify that a defense investigator
participating in the pilot may question a victim only upon a
request made through a Special Victims' Counsel or other counsel
of the victim or the trial counsel.

Further, the provision would require that, not later than
3 years after the date of the enactment of this Act, the
Secretary of Defense submit to the Committees on Armed Services
of the Senate and the House of Representatives a consolidated
report on the defense investigator pilot program with an
assessment of the feasibility and advisability of establishing
and maintaining defense investigators as a permanent element of
the military justice system.

The House amendment contained a similar provision (sec.
537).

The Senate recedes.

*Report on preservation of recourse to restricted report on
sexual assault for victims of sexual assault following certain
victim or third-party communications (sec. 540K)*

The Senate bill contained a provision (sec. 531) that
would require the Secretary of Defense to submit to the
Committees on Armed Services of the Senate and the House of
Representatives a report on the feasibility and advisability of
a Department of Defense policy that would permit the victim of a
sexual assault, when the victim is a member of the Armed Forces
or an adult dependent of such a member, to have a report of the
assault made by the victim to a member of the Armed Forces in
the victim's or victim's sponsor's chain of command, or to

military law enforcement, treated as a restricted report. A
report of the assault made by any individual other than the
victim would be similarly treated. In preparing the report,
which would be due not later than 180 days after the date of the
enactment of this Act, the Secretary would be required to
consult with the Defense Advisory Committee on Investigation,
Prosecution, and Defense of Sexual Assault in the Armed Forces.
    The House amendment contained a similar provision (sec.
550P).
    The House recedes.

*Report on establishment of guardian ad litem program for certain*
*military dependents who are a victim or witness of an offense*
*under the Uniform Code of Military Justice involving abuse or*
*exploitation (sec. 540L)*

    The Senate bill contained a provision (sec. 563) that
would require the Secretary of Defense to submit to the
Committees on Armed Services of the Senate and the House of
Representatives a report on the feasibility and advisability of
establishing a guardian ad litem program for military
dependents, under 12 years of age or who lack mental or other
capacity, who are victims or witnesses to an offense under the
Uniform Code of Military Justice (Chapter 47 of title 10, United
States Code) that involves an element of abuse or exploitation.
Should the Secretary determine that establishment of such a
program is feasible and advisable, the report must include a
description of: (1) The administrative requirements, including
resources, required for the program; (2) Best practices,
determined in consultation with civilian experts on child
advocacy; and (3) Recommendations for legislative and
administrative action required to implement the program. The
report would be required to be submitted not later than 1 year
after the date of the enactment of this Act.
    The House amendment contained no similar provision.
    The House recedes with a technical amendment.

*Comptroller General of the United States report on*
*implementation by the Armed Forces of recent statutory*
*requirements on sexual assault prevention and response in the*
*military (sec. 540M)*

    The Senate bill contained a provision (sec. 537) that
would require the Comptroller General of the United States to
conduct a study of the Armed Forces' implementation of statutory
requirements on sexual assault prevention and response enacted
by the National Defense Authorization Act for Fiscal Year 2004

(Public Law 108-136) and each succeeding National Defense
Authorization Act through the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232). The
provision also would require the Comptroller General to submit a
report on this study to the Committees on Armed Services of the
Senate and the House of Representatives.  For each statutory
requirement the report would include an assessment of:  (1)
Whether the requirement has been or is being implemented; (2)
The actions taken by the Armed Forces to determine whether the
actions taken pursuant to each requirement have proven effective
in meeting the intended objective; and (3) Any other matters
deemed appropriate. Finally, the provision would require the
Comptroller General to provide to the Committees on Armed
Services of the Senate and the House of Representatives, not
later than May 1, 2020, one or more briefings on the status of
the study, including any findings and recommendations generated
by the study to date.

     The House amendment contained no similar provision.
     The House recedes.

*Sense of Congress on the Port Chicago 50 (sec. 540N)*

     The House amendment contained a provision (sec. 1099) that
would express the sense of Congress that:  (1) The American
people should recognize the role of racial bias in the
prosecution and convictions of the Port Chicago 50 following the
deadliest home front disaster in World War II; (2) The military
records of each of the Port Chicago 50 should reflect such
exoneration of any and all charges brought against them in the
aftermath of the explosion; and (3) The Secretary of the Navy
should upgrade the general and summary discharges of each of the
Port Chicago 50 sailors to honorable discharges.

     The Senate bill contained no similar provision.
     The Senate recedes with an amendment that would convey the
sense of Congress that the American people should recognize the
role of racial bias during the era in which the prosecution and
conviction of the Port Chicago 50 took place, and that the
Secretary of the Navy should, as appropriate, recommend
executive action in favor of the 49 remaining Sailors with a
general court-martial conviction and the 207 remaining Sailors
with a summary court-martial conviction.

## SUBTITLE E - OTHER LEGAL MATTERS

*Improvement of certain Special Victims' Counsel authorities
(sec. 541)*

The Senate bill contained a provision (sec. 542) that would expand the legal assistance authorized to be provided by Special Victims' Counsel to include legal consultation and assistance in connection with an incident of retaliation, whether occurring before, during, or after the conclusion of any criminal proceedings.

The provision would also codify the Special Victims' Counsel's duty to solicit the preference of a victim of an alleged sex-related offense as to whether the offense should be prosecuted by court-martial or in a civilian court with jurisdiction over the offense and to advise appropriate military prosecutors of the victim's preference.

Finally, within 120 days of enactment of this Act, the provision would require the Secretary of Defense to provide a report to the Committees on Armed Services of the Senate and the House of Representatives, detailing the manner—including the additional personnel, resources, and training required—in which the Department of Defense would extend eligibility for Special Victims' Counsel services to certain military and military-affiliated civilian victims of alleged domestic violence offenses and to certain other civilian victims of an alleged sex-related or domestic violence offenses, were expansion of the program to be authorized in law.

The House amendment contained no similar provision.

The House recedes with an amendment that would require that not later than 4 years after the date of the enactment this Act, the secretary of each military department shall ensure that the number of Special Victims' Counsel serving in that department is sufficient to ensure that the average caseload of a Special Victims' Counsel does not exceed, to the extent practicable, 25 cases any given time.  The amendment would further remove from this provision the assignment to Special Victims' Counsel of the responsibility to solicit the preference of the victim of an alleged sex-related offense with regard to the forum of prosecution, and would eliminate from this provision the reporting requirement pertaining to the extension of Special Victims' Counsel services.

*Availability of Special Victims' Counsel at military installations (sec. 542)*

The Senate bill contained a provision (sec. 543) that would require that, in circumstances in which a Special Victims' Counsel is not available at a military installation to provide services to a member of the Armed Forces who requests such a counsel, such a counsel be made available not later than 72 hours after the member's request.

Further, the provision would require each of the secretaries of the military departments to submit to the Committees on Armed Services of the Senate and the House of Representatives a report assessing the feasibility and advisability of establishing for each Special Victims' Counsel, one or more civilian positions to support the counsel and to ensure continuity and the preservation of institutional knowledge related to the provision of Special Victims' Counsel services. The report would be submitted not later than 180 days after enactment of this Act.

The House amendment contained a similar provision (sec. 550A).

The House recedes with an amendment that would require that a Special Victims' Counsel be made available for access by a servicemember who requests such counsel, not later than 72 hours after such a request, and that if the Secretary concerned determines that exigent circumstances related to military activities preclude the availability of a Special Victims' Counsel within the prescribed period, the Secretary shall ensure that such counsel is made available to the requesting servicemember as soon as practicable.

*Notification of issuance of military protective order to civilian law enforcement (sec. 543)*

The House amendment contained a provision (sec. 543) that would amend section 1567a of title 10, United States Code, to require unit commanders to notify civilian authorities of the issuance of a military protective order against a member of the Armed Forces, and in the case of the member's transfer to another unit, to notify the receiving unit of the issuance of a military protective order.

The provision also would require the Secretary of Defense, not later than March 1, 2020, and each year thereafter through 2024, to submit a report to the congressional defense committees identifying the number of military protective orders issued and the number of military protective orders reported to civilian authorities in the prior calendar year.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would delay until March 1, 2021, and extend through 2025, submission by the Secretary of Defense to the congressional defense committees of an annual report on military protective orders, which report would further detail the extent to which the Department is complying with the requirement to report such orders to civilian authorities.

*Copyright protection for civilian faculty of certain accredited institutions (sec. 544)*

The House amendment contained a provision (sec. 550D) that would add a section to title 10, United States Code, providing that for purposes of copyright, a work produced by a civilian member of the faculty of 12 "covered institutions" is only a work of the United States Government if created in direct support of a lecture, instruction, curriculum development, or special duty assigned to that civilian faculty member. The provision would further allow that the Secretary concerned may require a civilian member of a covered institution who becomes the owner of a copyright under these conditions to provide the Federal Government with an irrevocable, royalty-free, world-wide, nonexclusive license to use, modify, reproduce, release, perform, display, or disclose such work for United States Government purposes. The provision would enumerate the 12 "covered institutions": (1) National Defense University; (2) United States Military Academy; (3) Army War College; (4) United States Army Command and General Staff College; (5) United States Naval Academy; (6) Naval War College; (7) Naval Post Graduate School; (8) Marine Corps University; (9) United States Air Force Academy; (10) Air University; (11) Defense Language Institute; and (12) United States Coast Guard Academy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify section 105 of title 17, United States Code, to provide that a civilian faulty member of one of the 12 covered institutions owns the copyright to a literary work produced by the faculty member for publication by a scholarly press or journal. The amendment would further provide that the Secretary of Defense may direct the faculty member to provide the Federal Government with an irrevocable, royalty-free, world-wide nonexclusive license to reproduce, distribute, perform, or display such literary work for United States Government purposes.

The conferees echo the significant concerns expressed in the 2018 National Defense Strategy (NDS) about the degraded state of Department of Defense Professional Military Education (PME). The NDS acknowledged, "PME has stagnated, focused more on the accomplishment of mandatory credit at the expense of lethality and ingenuity." The conferees view the instant provision as a small step toward overarching PME reform. The conferees encourage the Secretary of Defense to publish policy guidance to ensure the consistent implementation of this provision across all covered institutions. Further, with a view to measuring the effects of this provision, the conferees request that not later than January 31, 2022, the Department of

WASHSTATEC013909

Defense provide a report to the Committees on Armed Services of the Senate and House of Representatives detailing: (1) Since enactment of this provision, how many copyrights vested in civilian faculty members at each of the 12 covered institutions; (2) How many civilian faculty members in whom such a copyright vested published a literary work in a scholarly press or journal, by covered institution; and (3) Real world examples of the ways in which this provision has improved the recruitment and retention of civilian faculty members at each covered institution.

*Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service (sec. 545)*

The Senate bill contained a provision (sec. 6007) that would amend section 3955 of title 50, United States Code, allowing a spouse of a servicemember who incurs a catastrophic injury or illness during a period of military service while performing full-time National Guard duty, active Guard and Reserve duty, or inactive-duty training to terminate the lease of a premises or motor vehicle.

The House amendment contained an identical provision (sec. 550G).

The conference agreement includes this provision.

*Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act (sec. 546)*

The House amendment contained a provision (sec. 546) that would amend section 3955 of title 50, United States Code, to clarify that, in the context of terminating residential or motor vehicle leases, military orders for a permanent change of station include separation or retirement orders.

The Senate bill contained no similar provision.

The Senate recedes.

*Preservation of right to bring class action under Servicemembers Civil Relief Act (sec. 547)*

The House amendment contained a provision (sec. 550J) that would amend section 802(a) of the Servicemembers Civil Relief Act (Public Law 109-189) to clarify that individuals covered by the Servicemembers Civil Relief Act are entitled to be a representative party on behalf of members of a class or be a member of a class, in accordance with the Federal Rules of Civil Procedure.

WASHSTATEC013910

The Senate bill contained no similar provision.
The Senate recedes.

*Legal counsel for victims of alleged domestic violence offenses (sec. 548)*

The Senate bill contained a provision (sec. 541) that would authorize the secretaries of the military departments to provide Special Victims' Counsel services to certain military and military-affiliated civilian personnel who are the victims of an alleged domestic violence offense, if a given secretary determines that resources are available for this purpose without impairing capacity to provide such services to the victims of alleged sex-related offenses already authorized by law to receive them.  The provision also would authorize a given secretary to extend the provision of Special Victims' Counsel services, under the same terms and conditions, to certain civilian persons who are the victims of an alleged sex-related offense or alleged domestic violence offense, but who are not currently authorized to receive such services.

The House amendment contained a similar provision (sec. 542) that would expand the Special Victims' Counsel program to cover domestic violence victims and to include designated Special Victims' Counsel paralegals.  This provision would also require expansion of the Special Victim's Counsel program not later than two years after the date of enactment of this Act, and would mandate a report, due to Congress not later than December 1, 2022, assessing military service compliance with Special Victims' Counsel program requirements.

The House recedes with an amendment that would require the Secretary of Defense to carry out a program to provide legal counsel to victims of alleged domestic violence offenses who are otherwise eligible for military legal assistance, not later than December 1, 2020.  The program may be part of another program or established separately.  The Secretary of Defense would be required to ensure that program counsel receive specialized training in the legal issues commonly associated with alleged domestic violence offenses and, to the extent practicable, serve in the program for a period of no less than two years.  Further, the Secretary would ensure that counsel are supported by sufficient trained paralegal support.  In a report due to the Committees on Armed Services of the Senate and the House of Representatives not later than 120 days after the date of enactment of this Act, the Secretary of Defense would provide: (1) A description of the manner in which the Department will implement the required program; (2) Describe any additional personnel, resources, and training needed; and (3) Make

recommendations for any modifications to law that may be
necessary to carry out the program effectively.

*Notice to victims of alleged sexual assault of pendency of
further administrative action following a determination not to
refer to trial by court-martial (sec. 549)*

The Senate bill contained a provision (sec. 526) that
would require the Secretary of Defense to promulgate regulations
to require a commander who determines not to refer a case of
alleged sexual assault for trial by court-martial to provide the
victim with notification, no less frequently than monthly, of
the status of any further action in the case, including non-
judicial punishment, administrative action, or no action, until
a final determination of such further action is made.
The House amendment contained an identical provision (sec.
550B).
The conference agreement includes this provision.

*Treatment of information in Catch a Serial Offender Program for
certain purposes (sec. 550)*

The Senate bill contained a provision (sec. 530) that
would exclude reports filed with the Catch a Serial Offender
Program from application of the Freedom of Information Act (5
U.S.C. 552).  Further, the provision would make plain that
transmittal or receipt of a restricted report of sexual assault
to or by the Catch a Serial Offender Program would not terminate
the report's treatment or status as restricted.
The House amendment contained a similar provision (sec.
550O).
The House recedes with an amendment that would specify
that victim disclosures under the Catch a Serial Offender
Program shall be withheld from public disclosure under paragraph
(b)(3) of the Freedom of Information Act (5 U.S.C. 552).

*Policies and procedures on registration at military
installations of civilian protective orders applicable to
members of the Armed Forces assigned to such installations and
certain other individuals (sec. 550A)*

The Senate bill contained a provision (sec. 556) that
would require the Secretary of Defense to establish policies and
procedures for the registration at military installations of any
civilian protective order issued against: (1) A member of the
Armed Forces assigned to the installation; (2) A civilian
employee employed at the installation; or (3) A spouse or

WASHSTATEC013912

intimate partner of a member of the Armed Forces on Active Duty
assigned to the installation or of a civilian employee employed
at the installation.

The provision would specify that the policies and
procedures established by the Secretary must include a
requirement for notice between and among the commander,
installation military law enforcement elements, and military
criminal investigative elements, whenever such a civilian
protective order is registered. The provision would require that
a failure to register a civilian protective order may not be
offered as justification for a lack of enforcement of the order
by military law enforcement and other personnel who have
knowledge of it.

Further, the provision would require that, as soon as
practicable after establishing the requisite policies and
procedures, the Secretary of Defense submit to the Committees on
Armed Services of the Senate and the House of Representatives a
letter describing the policies and procedures established and
certifying that they have been implemented on each military
installation.

The House amendment contained an identical provision (sec.
544).

The conference agreement includes this provision.

*Defense Advisory Committee for the Prevention of Sexual
Misconduct (sec. 550B)*

The Senate bill contained a provision (sec. 534) that
would require the Secretary of Defense to establish and maintain
within the Department of Defense a Defense Advisory Committee on
the Prevention of Sexual Misconduct.  The Advisory Committee
would be established not later than 180 days after the enactment
of this Act and would be comprised of not fewer than 20 members,
including persons with expertise in the prevention of sexual
assault and behaviors on the sexual assault continuum of harm,
the prevention of suicide, and the change in culture of large
organizations.  The Advisory Committee would coordinate with the
Defense Advisory Committee on Investigation, Prosecution, and
Defense of Sexual Assault in the Armed Forces on matters of
joint interest and, not later than March 30 of each year, would
submit an annual report on its activities to the Committees on
Armed Services of the Senate and the House of Representatives.

The House amendment contained a similar provision (sec.
549).

The Senate recedes with an amendment to extend the period
for establishment of the Advisory Committee to one year after
the date of enactment of this Act, and to require that the

Committee include at least one member with expertise in the
prevention of adverse behaviors, including suicide and substance
abuse.

*Training for Special Victims' Counsel on civilian criminal
justice matters in the States of the military installations to
which assigned (sec. 550C)*

        The Senate bill contained a provision (sec. 544) that
would require that, on the assignment of a Special Victims'
Counsel (including a Victim Legal Counsel of the Navy) to a
military installation in the United States, such counsel will be
provided appropriate training on the law and policies governing
criminal justice matters in the State or States in which the
military installation is located. Such training would include:
(1) Victim rights; (2) Protective orders; (3) Prosecution of
criminal offenses; and (4) Sentencing for conviction of a
criminal offense.
        The House amendment contained a similar provision (sec.
550C) that would clarify that the purpose of the training is to
assist such counsel in providing victims of alleged sex-related
offenses with information necessary to make an informed decision
regarding preference as to the jurisdiction in which such
offenses will be prosecuted.  Further, the House provision would
not apply to a Special Victims' Counsel of the Coast Guard.
        The Senate recedes with an amendment that would add
"protective orders" to the list of State criminal justice
matters about which a Special Victims' Counsel or Victim Legal
Counsel should be provided appropriate training.

*Enhancing the capability of military criminal investigative
organizations to prevent and combat child sexual exploitation
(sec. 550D)*

        The House amendment contained a provision (sec. 550N) that
would require the Secretary of Defense to establish an
initiative, not later than 180 days from the date of enactment
of this Act, to improve the capacity of military criminal
investigative organizations to prevent child sexual
exploitation.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would require
the Secretary of Defense to establish and execute an initiative
to enhance the capability of military criminal investigative
organizations to prevent and combat child sexual exploitation.
In the context of this initiative, the Secretary of Defense may
work with internal and external functional experts to train

WASHSTATEC013914

military criminal investigative agents on technologies, tools,
and techniques--like digital forensics--to enhance
investigations of child sexual exploitation, and on evidence-
based forensic interviewing of child victims.  Further, to the
extent authorized by law, the Secretary may, as part of this
initiative, collaborate with Federal, State, local, and other
civilian law enforcement agencies on issues relating to child
sexual exploitation; assist in educating the military community
on the prevention and response to child sexual exploitation; and
carry out such other activities as the Secretary deems relevant.

*Feasibility study on establishment of database of military
protective orders (sec. 550E)*

       The House amendment contained a provision (sec. 550F) that
would amend section 101(b) of the National Instant Criminal
Background Check System Improvement Amendments Act of 2007 (34
U.S.C. 40911(b)) to require that not later than three business
days after the final disposition of a judicial proceeding
conducted within the Department of Defense, the Secretary of
Defense make available to the Attorney General those records
that are relevant to a determination of whether a member of the
Armed Forces involved in such proceeding is disqualified from
possessing or receiving a firearm under subsection (g) or (n) of
section 922 of title 18, United States Code (the Gun Control Act
of 1968, as amended, 18 U.S.C. 921-938), for use in background
checks performed by the National Instant Criminal Background
Check System.  The provision would further require the Secretary
of Defense to conduct a study and submit a report on the
feasibility of establishing a database of military protective
orders issued by military commanders against individuals
suspected of having committed an offense of domestic violence
under the Uniform Code of Military Justice (Chapter 47 of Title
10, U.S.C.), and the feasibility of establishing a process by
which a military judge or magistrate may issue a protective
order against an individual suspected of having committed such
an offense.  Such report must be submitted to the congressional
defense committees no later than 180 days after the date of
enactment of this Act.
       The Senate bill contained no similar provision.
       The Senate recedes with an amendment that would eliminate
that part of the provision that would amend the National Instant
Criminal Background Check System Improvement Amendments Act of
2007.  Further, the amendment would add to the matters to be
examined by the study and included in the resultant report, a
requirement to assess how any military protective order database
and process for the issuance of a military protective order by a

military judge deemed feasible, would differ from analogous
civilian databases and processes, including with regard to due
process and other procedural protections.

The conferees direct the Department of Defense and its
components to take immediate and deliberate action to ensure
strict compliance with standards established in Department of
Defense Instruction 5501.11, Fingerprint Card and Final
Disposition Report Submission Requirements, last updated on
March 30, 2017, and other issuances and policy guidance
applicable to the Defense Department and the military
departments and services, for submission to the Federal Bureau
of Investigation of criminal history information, fingerprints,
case disposition information, and other data pertaining to
certain members of the Armed Forces.

*GAO review of USERRA and SCRA (sec. 550F)*

The House amendment contained a provision (sec. 545) that
would amend section 4303 of title 38, United States Code, to
render unenforceable any part of a contract or agreement that
would mandate the use of arbitration to resolve a claim under
the Uniformed Services Employment and Reemployment Rights Act
(USERRA), unless all parties consent to arbitration after a
complaint on the specific claim has been filed in court or with
the Merit Systems Protection Board.

The House amendment also contained a provision (sec. 550H)
that would provide that any contract with a servicemember, or a
servicemember and the servicemember's spouse jointly, that
provides for the use of arbitration to resolve a controversy
under the contract and the Servicemembers Civil Relief Act (50
U.S.C. App. 512) (SCRA), arbitration may be used only if all
parties to the matter consent after such controversy arises.

The Senate bill contained no similar provisions.

The Senate recedes with an amendment that would require
the Comptroller General of the United States to conduct a review
and, not later than January 31, 2021, submit a report to the
Committees on Armed Services of the Senate and House of
Representatives regarding the effects of the common commercial
and governmental practices of including a mandatory arbitration
clause in employment and consumer agreements, on the ability of
servicemembers to assert claims under USERRA and SCRA.  The
report will:  (1) Identify each process by which a servicemember
may assert a claim under, and secure redress for violations of
USERRA and SCRA; (2) Assess each process identified under
prescribed criteria; (3) Determine the extent to which each
process identified achieved a final disposition favorable to the
servicemember; (4) Assess general  societal  trends  in  the  use

of mandatory arbitration clauses in employment and consumer agreements; and (5) Assess the effects of mandatory arbitration clauses in employment or consumer agreements on military readiness and deployability, as well as on the willingness of employers to employ, and consumer service businesses to provide services to servicemembers and their families.

## SUBTITLE F—MEMBER EDUCATION

*Authority for detail of certain enlisted members of the Armed Forces as students at law schools (sec. 551)*

The Senate bill contained a provision (sec. 567) that would modify section 2004 of title 10, United States Code, to permit the detail of certain enlisted members, in addition to officers as authorized by current law, as students at law schools for a period of training leading to a juris doctor degree. The provision would limit the number of enlisted persons and officers so detailed to 25 per year and would retain the requirement for the competitive selection of detailees. To qualify for such detail, an enlisted person must: (1) Have served on Active Duty for not less than 4 and nor more than 8 years; (2) Be in the pay grade E-5, E-6, or E-7 as of the time law school training begins; (3) Meet all requirements for acceptance of a commission as a commissioned officer in the Armed Forces; (4) Agree to accept transfer to be a judge advocate, upon completion of law school; and (5) Agree to serve on Active Duty for a period of 2 years for each year or partial year of legal training received.

The House amendment contained a similar provision (sec. 551).

The House recedes.

*Inclusion of Coast Guard in Department of Defense STARBASE Program (sec. 552)*

The House amendment contained a provision (sec. 555) that would amend section 2193b of title 10, United States Code, to include the Coast Guard in the Department of Defense's Starbase program.

The Senate bill contained no similar provision.

The Senate recedes.

*Degree granting authority for United State Army Armament Graduate School; limitation on establishment of certain educational institutions (sec. 553)*

WASHSTATEC013917

The House amendment contained a provision (sec. 556) that would amend chapter 751 of title 10, United States Code, to authorize the United States Army Armament Graduate School to confer appropriate degrees upon graduates who meet the degree requirements.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add a new section to chapter 101 of title 10, United States Code, requiring the Secretary of Defense to notify the congressional defense committees at least one year before establishing a new post-secondary educational institution.

*Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation (sec. 554)*

The House amendment contained a provision (sec. 560C) that would amend section 7453, 8467, and 9453 of title 10, United States Code, to require graduates of military service academies to be appointed as a Regular second lieutenant or ensign in the Navy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 7448, 8459, and 9448 of title 10, United States Code, to prohibit service academy graduates from seeking or accepting approval for off-duty employment as a professional athlete before completing at least two consecutive years of commissioned service.

*Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense (sec. 555)*

The House amendment contained a provision (sec. 558) that would amend sections 7461, 8480, and 9461 of title 10, United States Code, and would direct the secretaries of the military departments to establish regulations, based on guidelines provided by the Secretary of Defense, for the timely consideration of an application for transfer of a military service academy cadet or midshipman who is the victim of an alleged sexual assault or related offense, to another military service academy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would expand the options available to a military service academy cadet or midshipman who is the victim an alleged sexual assault or related offense, to include requesting transfer to enroll in a

WASHSTATEC013918

Senior Reserve Officers' Training Corps program affiliated with another institution of higher education.

*Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute (sec. 556)*

The House amendment contained a provision (sec. 559) that would amend section 9414b of title 10, United States Code, to redesignate the Commandant of the United States Air Force Institute of Technology (AFIT) as the Director and Chancellor of AFIT.
The Senate bill contained no similar provision.
The Senate recedes.

*Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force (sec. 557)*

The House amendment contained a provision (sec. 560) that would amend section 9415 of title 10, United States Code, to authorize the Community College of the Air Force (CCAF)to award associate degrees to enlisted members of services other than the Air Force who are participating in CCAF affiliated joint service training and education courses.
The Senate bill contained no similar provision.
The Senate recedes.

*Speech disorders of cadets and midshipmen (sec. 558)*

The House amendment contained a provision (sec. 560H) that would require a military academy superintendent to provide testing for speech disorders to incoming cadets and midshipmen under the jurisdiction of that superintendent.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require the service secretaries to submit a joint report to the Committees on Armed Services of the Senate and the House of Representatives, within 180 days of the date of the enactment of this Act, that provides: (1) The number of cadets and midshipmen with an identified speech disorder at each academy; (2) A list of health care and administrative resources available to such cadets and midshipmen; and (3) A list of the military positions and specialties pursued by such cadets and midshipmen.

*Requirement to continue provision of tuition assistance for members of the Armed Forces (sec. 559)*

WASHSTATEC013919

The House amendment contained a provision (sec. 560E) that would require service secretaries, in fiscal year 2020, to spend on servicemember tuition assistance at least the amount appropriated for tuition assistance in fiscal year 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program (sec. 560)*

The House amendment contained a provision (sec. 560F) that would require the Secretary of Defense to make available, on a publicly accessible Department of Defense website, a list of higher education intuitions that receive funds under the Department of Defense Tuition Assistance Program and the amount of funds received by each institution. The provision would also require the Secretary of Defense to perform audits of certain higher education institutions that do not meet certain standards under section 1099c of title 20, United States Code.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to make public a list of higher education institutions that receive Department of Defense tuition assistance funding and the amount of funds received.

*Inclusion of information on free credit monitoring in annual financial literacy briefing (sec. 560A)*

The House amendment contained a provision (sec. 560G) that would require the Secretary of each military department to ensure the annual financial literacy education briefing provided to servicemembers includes information on the availability of free credit monitoring services.

The Senate bill contained no similar provision.

The Senate recedes.

*Programs to facilitate the award of private pilot's certificates (sec. 560B)*

The House amendment contained a provision (sec. 517) that would authorize the Department of Defense to create a program to award scholarships to qualified members of Junior Reserve Officers' Training Corps units to pursue a private pilot's certification.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Department of Defense to create a program to award

scholarships for the purpose of pursuing a private pilot's
certification.

# SUBTITLE G—MEMBER TRAINING AND TRANSITION

*Requirement to provide information regarding benefits claims to
members during TAP counseling (sec. 561)*

The House amendment contained a provision (sec. 567) that
would amend section 1142(b) of title 10, United States Code, to
require that servicemembers receive information during
Transition Assistance Program counseling regarding how to file
claims for benefits under laws administered by the Secretaries
of Defense and Veterans Affairs.
The Senate bill contained no similar provision.
The Senate recedes.

*Participation of other Federal agencies in the SkillBridge
apprenticeship and internship program for members of the Armed
Forces (sec. 562)*

The Senate bill contained a provision (sec. 5505) that
would amend section 1143(e) of title 10, United States Code, to
authorize Federal agencies to participate in the SkillBridge
program.
The House amendment contained no similar provision.
The House recedes.

*First modification of elements of report on the improved
Transition Assistance Program (sec. 563)*

The House amendment contained a provision (sec. 570D) that
would amend section 552(b)(4) of the John S. McCain National
Defense Authorization Act for Fiscal Year 2019 (Public Law 115-
232) to include an element on the effectiveness of the
Transition Assistance Program for female servicemembers in the
report required under such section.
The Senate bill contained no similar provision.
The Senate recedes with a clarifying amendment.

*Second modification of element of report on the improved
Transition Assistance Program (sec. 564)*

The House amendment contained a provision (sec. 593) that
would amend section 552(b)(4) of the John S. McCain National
Defense Authorization Act for Fiscal Year 2019 (Public Law 115-

232) to modify the elements of reports of the Transition
Assistance Program required under such section.
    The Senate bill contained no similar provision.
    The Senate recedes.

*Prohibition on gender-segregated training at Marine Corps
Recruit Depots (sec. 565)*

    The House amendment contained a provision (sec. 561) that
would prohibit the Commandant of the Marine Corps from
segregating training at the Marine Corps Recruit Depot, Parris
Island, South Carolina, not later than 5 years after the date of
the enactment of this Act and at Marine Corps Recruit Depot, San
Diego, California, not later than 8 years after the date of the
enactment of this Act.
    The Senate bill contained no similar provision.
    The Senate recedes.

*Assessment of deaths of recruits under the jurisdiction of the
Secretaries of the military departments (sec. 566)*

    The House amendment contained a provision (sec. 563) that
would require the Inspector General of the Department of Defense
to conduct an assessment of the deaths of recruits at facilities
under the jurisdiction of the Secretary of the Navy and to
assess the effectiveness of the current medical protocols on
training bases. The provision would require the Inspector
General to submit a report to the Committees on Armed Services
of the Senate and the House of Representatives not later than
September 30, 2020, containing the results of the assessments.
    The Senate bill contained no similar provision.
    The Senate recedes with an amendment that would require
the Inspector General to conduct an assessment of the deaths of
recruits at facilities under the jurisdiction of the service
secretaries and to assess the effectiveness of the current
medical protocols on training bases.

*Review of Department of Defense training programs regarding
disinformation campaigns (sec. 567)*

    The House amendment contained a provision (sec. 570) that
would require the Secretary of Defense to establish, not later
than September 30, 2020, a program for training members of the
Armed Forces and employees of the Department of Defense
regarding the threat of disinformation campaigns specifically
targeted at such individuals and the families of such
individuals.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would direct the Secretary of Defense not later than 120 days after the date of enactment of this Act to conduct a review of existing programs, tools, and resources of the Department of Defense for training members of the Armed Forces and employees of the Department regarding the threat of disinformation campaigns and to submit the finds of such review not later than 270 days after the enactment of this Act.

*Command matters in connection with transition assistance programs (sec. 568)*

The House amendment contained a provision (sec. 595) that would require each command climate assessment for the commander of a military installation to include an assessment of the extent the commander and other command personnel encourage and support participation in transition assistance programs of servicemembers. The provision would also require an installation commander to undergo training on such programs available to servicemembers.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require the training provided to an installation commander, upon assignment to the installation, to include a module on covered transition assistance programs available for servicemembers assigned to the installation.

*Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214) (sec. 569)*

The House amendment contained a provision (sec. 565) that would require the Secretary of Defense to modify the DD Form 214 to make it machine readable and electronically transferable.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require the Secretary of Defense, in the course of modifying the DD Form 214 to make it machine readable, to also include a specific block where a servicemember may provide one or more email addresses.

*Records of service for Reserves (sec. 570)*

The House amendment contained a provision (sec. 566) that would require the Secretary of Defense to establish and implement a standard record of service for members of the

WASHSTATEC013923

Reserve Component that summarizes the record of service of the
servicemember including dates of Active Duty service.
    The Senate bill contained no similar provision.
    The Senate recedes.

*Limitations and requirements in connection with separations for
members of the Armed Forces who suffer from mental health
conditions in connection with a sex-related, intimate partner
violence-related, or spousal abuse offense (sec. 570A)*

    The Senate bill contained a provision (sec. 552) that
would require that, before a member of the Armed Forces—who was
the victim of a sex-related, intimate partner violence-related,
or spousal abuse-related offense during the period of the
member's military service, and who has a mental health condition
not amounting to a disability—is separated, discharged, or
released from military service based on that condition, the
diagnosis of the condition must be both corroborated by a
competent mental health care professional at or above the level
of the healthcare professional rendering the diagnosis and
endorsed by the Surgeon General of the military department
concerned. This provision would apply to all separations,
discharges, and releases from the Armed Forces that occur on or
after the date that is 180 days after the date of the enactment
of this Act.
    The House amendment contained no similar provision.
    The House recedes.

*Prohibition on involuntary separation of certain members of the
Armed Forces; consideration of military service in removal
determinations (sec. 570B)*

    The House amendment contained a provision (sec. 530G) that
would provide that neither a member of the Armed Forces, nor a
former member who was discharged under honorable conditions, who
has received deferred action under the Deferred Action for
Childhood Arrivals program of the Department of Homeland
Security, or who has "Temporary Protected Status" in accordance
with section 244 of the Immigration and Nationality Act, may be
involuntarily separated from the Armed Forces, placed into
removal proceedings, or removed from the United States, solely
on the basis of such status.
    The Senate bill contained no similar provision.
    The Senate recedes with an amendment that would provide
that no member of the Armed Forces who possesses a current,
valid Employment Authorization Document issued pursuant to the
June 15, 2012, U.S. Department of Homeland Security Memorandum,

"Exercising Prosecutorial Discretion with Respect to Individuals who Came to the United States as Children", or who is currently in a temporary protected status under section 244 of the Immigration and Nationality Act (8 U.S.C. 1254a) may be involuntarily separated from the Armed Forces, solely on the basis of their deferred or protected status.

The amendment would further provide that in evaluating whether to issue a notice to appear in removal proceedings, administrative order of removal, or reinstatement of a final removal order, and in evaluating whether to execute a final order of removal, evidence that an individual served as a member of the Armed Forces and the characterizations associated with of each period of the individual's service shall be considered by the immigration officer.

*Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648) (sec. 570C)*

The House amendment contained a provision (sec. 570G) that would require the Secretary of Defense to modify the preseparation counseling checklist for active component, active Guard Reserve, active Reserve, full time support, and Reserve program administrator servicemembers (DD Form 2648) to include a specific block wherein a member of the Armed Forces may indicate a desire to receive information regarding that member's immigration status and expedited naturalization.

The Senate bill contained no similar provision.

The Senate recedes.

*Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States (sec. 570D)*

The House amendment contained a provision (sec. 570H) that would require the Secretary concerned to furnish counseling with regard to how to apply for naturalization to a member of the Armed Forces under the jurisdiction of that Secretary, which member is not a citizen of the United States.

The Senate bill contained no similar provision.

The Senate recedes.

*Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service (sec. 570E)*

WASHSTATEC013925

The Senate bill contained a provision (sec. 580) that
would require the Secretary of Defense, within 1 year of the
date of the enactment of this Act, to enter into an agreement
with the American Red Cross to conduct a pilot program to
encourage members of the Armed Forces to designate up to 10
persons to whom certain information regarding the military
service of each such member would be shared. The provision would
require the Secretary, within 2 years after the pilot program
begins, to administer a survey to persons who elected to receive
information under the program to receive feedback on the quality
of the information they received. Finally, the provision would
require the Secretary to submit a final report on the pilot
program to the congressional defense committees within 3 years
after the program begins.
    The House amendment contained a similar provision (sec.
570C).
    The House recedes.

*Connections of members retiring or separating from the Armed
Forces with community-based organizations and related entities
(sec. 570F)*

    The Senate bill contained a provision (sec. 568) that
would require the Secretaries of Defense and Veterans Affairs to
enter jointly into a memorandum of understanding or other
agreements with State veterans agencies to transmit information
from Department of Defense form DD-2648 on individuals
undergoing retirement, discharge, or release from the Armed
Forces, if elected by such individuals, to provide or connect
veterans to benefits or services.
    The House amendment contained no similar provision.
    The House recedes.

*Pilot program regarding online application for the Transition
Assistance Program (sec. 570G)*

    The House amendment contained a provision (sec. 570F) that
would authorize the Secretary of Defense, the Secretary of
Veterans Affairs, and the Secretary of Labor jointly to conduct
a pilot program, which would create a one-stop source for online
applications to assist servicemembers and veterans participating
in the Transition Assistance Program.
    The Senate bill contained no similar provision.
    The Senate recedes with a clarifying amendment.

# SUBTITLE H—MILITARY FAMILY READINESS AND DEPENDENTS' EDUCATION

*Authorizing members to take leave for a birth or adoption in more than one increment (sec. 571)*

The Senate bill contained a provision (sec. 516) that would amend section 701 of title 10, United States Code, to remove the requirement that military leave taken in connection with the birth or adoption of a child be taken only in one increment.

The House amendment contained a similar provision (sec. 571).

The House recedes with a clarifying amendment.

*Deferred deployment for members who give birth (sec. 572)*

The House amendment contained a provision (sec. 572) that would amend section 701 of title 10, United States Code, to standardize new mother deployment deferral policy across the military services, to include the Coast Guard.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Secretary of Defense to deploy a servicemember who has given birth within the previous 12 month if such deployment is determined to be in the interest of national security.

*Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains (sec. 573)*

The House amendment contained a provision (sec. 573) that would amend section 1482(a)(8) of title 10, United States Code, to authorize transportation of remains of a covered decedent, and travel and transportation allowances for a single escort to the place selected by the person designated (designee) to direct disposition of the remains, or to a national or other cemetery, which is selected by the Secretary of the Military Department concerned.  Additionally, the provision would authorize the Secretary concerned to transport the remains to no more than two places selected by the designee.  Finally, the provision would authorize the Secretary concerned to provide delivery of remains by air, to the maximum extent practicable, to an airport nearest to the place selected by the designee.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Military funeral honors matters (sec. 574)*

The Senate bill contained a provision (sec. 591) that would amend section 1491(b) of title 10, United States Code, to require the Secretaries of the military departments to provide full military honors for the funeral of a veteran who: (1) Is first interred or inurned in Arlington National Cemetery after the date of the enactment of this Act; (2) Was awarded the medal of honor or the prisoner-of-war medal; and (3) Is not entitled to full military honors by the grade of that veteran. Additionally, the provision would require each commander of a relevant military installation to maintain and carry out a plan for the provision, upon request, of full military funeral honors at funerals for veterans for whom funeral honors details are authorized under section 1491 of title 10, United States Code. The provision would prescribe elements of the required plans, including the provision of a gun salute by either appropriate personnel of the installation, reserve component members, or members of veterans' organizations or other organizations referred to in section 1491(b)(2) of such title.

The House amendment contained a provision (sec. 580E) that would amend section 1491(b) of the same title to require the Secretaries of the military departments to provide full military honors for the funeral of a veteran under the same criteria as section 591 of the Senate bill.

The House recedes with technical amendments.

*Improvement of occupational license portability for relocated spouses of members of the uniformed services (sec. 575)*

The Senate bill contained a provision (sec. 577) that would amend section 1784 of title 10, United States Code, to require the Secretary of Defense to enter into a cooperative agreement with the Council of State Governments to assist with the funding and development of interstate compacts on licensed occupations.

The House amendment contained a similar provision (sec. 624) that would also guarantee residency for spouses of servicemembers for the purposes of registering a business.

The Senate recedes with an amendment that would require the Secretary of Defense to enter into a cooperative agreement with the Council of State Governments to assist with the funding and development of interstate compacts on licensed occupations. The conferees note that the guarantee of residency for spouses of servicemembers is included in another provision in this Act.

*Continued eligibility for education and training opportunities*
*for spouses of promoted members (sec. 576)*

The House amendment contained a provision (sec. 623) that
would amend section 1784a(b) of title 10, United States Code, to
allow a military spouse eligible for a program under this
section to finish his or her course of education or training for
a degree, license, or credential, regardless of whether the
servicemember to whom the spouse is married is promoted to a
higher grade.
The Senate bill contained no similar provision.
The Senate recedes.
The conferees encourage the Department of Defense to
improve the data collection for military spouse education and
employment programs, to establish a better understanding of
utilization and completion of the programs.

*Modification to authority to reimburse for State licensure and*
*certification costs of a spouse of a servicemember arising from*
*relocation (sec. 577)*

The Senate bill contained a provision (sec. 576) that
would amend section 476(p)(4) of title 37, United States Code,
to extend the authority for reimbursement of state licensure and
certification costs of military spouses arising from relocation
to another State to December 31, 2024.
The House amendment contained a provision (sec. 628) that
would amend section 476(p) of title 37, United States Code, to
authorize the Secretary concerned to reimburse a member of the
uniformed services for qualified relicensing costs of the spouse
of the member, not to exceed $1,000, until December 31, 2024.
Additionally, the provision requires an analysis of whether the
maximum reimbursement amount is sufficient to cover the average
costs of relicensing.
The Senate recedes.


*Clarification regarding eligibility to transfer entitlement*
*under Post-9/11 Educational Assistance Program (sec. 578)*

The House amendment contained a provision (sec. 574) that
would amend section 3319 of title 38, United States Code, to
prevent the Secretary of Defense from imposing a limit on
transferability of Post-9/11 GI Bill benefits based on maximum
number of years of service.
The Senate bill contained no similar provision.

WASHSTATEC013929

The Senate recedes. The conferees note the provision authorizing some servicemembers to transfer their education benefit was originally included as part of the Post-9/11 Veterans' Educational Assistance Act of 2008 (Public Law 110-252) to serve as a retention incentive. Section 3319 of title 38, United States Code, is explicit in stating the purpose of the transferability provision is to "promote recruitment and retention in the uniformed services." Therefore, the conferees fully expect the Department of Defense to require that any servicemember who requests, and is authorized, to transfer their education benefits serve the mandated four additional years as a member of the uniformed services. This payback period should be applied in all cases, regardless of when a servicemember actually elects to transfer their benefits.

While this provision prohibits the Department of Defense from imposing a general limit on transferability based on the number of years served, the overall authority on whether to grant an individual servicemember's request to transfer benefits remains entirely at the service secretary's discretion. The conferees encourage service secretaries to develop policies that properly treat transferability as one of many possible recruiting and retention tools to attract and keep high-quality servicemembers.

*Annual State report card (sec. 579)*

The Senate bill contained a provision (sec. 5501) that would amend section 1111(h)(1)(C)(ii) of the Elementary and Secondary Education Act of 1965.

The House amendment contained an identical provision (sec. 576).

The conference agreement includes this provision.

*Improvements to child care for members of the Armed Forces (sec. 580)*

The Senate bill contained a provision (sec. 579) that would clarify section 559(e) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) by including family childcare coordinator services and school age childcare coordinator services in the direct hire authority.

The House amendment contained a provision (sec. 629) that would: (1) Expand the authority to provide financial assistance to civilian providers of child care services or youth program services that provide services to survivors of members of the Armed Forces who die in the line of duty; (2) Expand the direct hire authority for childcare service providers; (3) Require the

WASHSTATEC013930

Secretary of Defense to conduct an assessment of financial assistance provided to civilian childcare providers; (4) Require the Secretary of Defense to conduct an assessment of childcare capacity on military installations and require remedial action to alleviate the waiting lists for childcare if necessary; (5) Require the Secretary of Defense to conduct an assessment of the accessibility of websites of the Department of Defense related to childcare and spousal employment; and (6) Ensure the portability of background investigations and training certifications for childcare providers employed by the Department of Defense when such providers are transferred to another Department facility.

The Senate recedes with an amendment that would clarify the direct hire authority for Department of Defense childcare development centers to include family childcare coordinator services and school age childcare coordinator services. Additionally, the provision would require the Secretary of Defense to take remedial action if necessary to reduce waiting lists for childcare at military installations and to provide a report to the Committees on Armed Services of the Senate and the House of Representatives on any action taken or any additional resources necessary to increase access to childcare. The provision would also require a review of the assessments conducted by the Secretary under this provision by the Comptroller General of the United States.

*Transportation of remains of casualties; travel expenses for next of kin (sec. 580A)*

The House amendment contained a provision (sec. 577) that would amend section 562 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364) to require the Secretary of Defense to extend travel privileges via international travel authorization to family members of servicemembers who die outside of the United States and whose remains are returned to the mortuary facility at Dover Air Force Base, Delaware.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces (sec. 580B)*

The House amendment contained a provision (sec. 578) that would require the Secretary of Defense to direct the service chiefs and the Chief of the National Guard Bureau to meet

WASHSTATEC013931

periodically with survivors of deceased members of the Armed
Forces to receive feedback regarding issues affecting survivors.
     The Senate bill contained no similar provision.
     The Senate recedes with an amendment that would require
the Secretary of Defense to direct the service chiefs and the
Chief of the National Guard Bureau to meet periodically with
representative groups of survivors to receive feedback regarding
issues affecting survivors.

*Information and opportunities for registration for voting and*
*absentee ballot requests for members of the Armed Forces*
*undergoing deployment overseas (sec. 580C)*

     The Senate bill contained a provision (sec. 5502) that
would require that not later than 45 days prior to a general
election for Federal office, a Voting Assistance Officer or
other person designated by the secretary of the military
department concerned, shall provide a member of the Armed Forces
with a Federal write-in absentee ballot and instructions on the
use of that ballot in the State in which the member is
registered to vote.  The provision also would require that in
the case of a member intending to vote in a State that does not
accept the Federal write-in absentee ballot as a simultaneous
application and ballot for Federal elections, the member would
be provided a briefing on, and an opportunity to fill out the
official post-card form for absentee voter registration
application and absentee ballot application prescribed in law.
The provision concludes with a Sense of Congress relating to the
use of the Federal write-in absentee ballot.
     The House amendment contained a provision (sec. 575) that
would amend section 102(h) of the Uniformed and Overseas
Citizens Absentee Voting Act (52 U.S.C. 20302(h))to require a
chief State election official, in coordination with local
election jurisdictions, to establish and operate an absentee
ballot tracking program for absentee uniformed voters and
overseas citizen voters.
     The House recedes with an amendment that would require a
Voting Assistance Officer or other person designated by the
secretary of the military department concerned, to provide a
Federal write-in ballot to a member of the Armed Forces, upon
the request of that member.  Further, in the case of a member
intending to vote in a State that does not accept the Federal
write-in absentee ballot as a simultaneous application and
ballot, the member would be provided instructions on, and an
opportunity to fill out, the official post-card form.
     The conferees urge the Federal government and State
governments to remove all obstacles that would inhibit deployed

WASHSTATEC013932

servicemembers from voting.  Further, the conferees strongly
advocate that States that do not allow servicemembers to use the
Federal write-in absentee ballot as a simultaneous application
and acceptable ballot for Federal elections modify their laws to
permit such use.

*Study on two-way military ballot barcode tracking (sec. 580D)*

        The Senate bill contained a provision (sec. 5503) that
would require the Director of the Federal Voting Assistance
Program of the Department of Defense to conduct a study on the
feasibility of a pilot program providing full ballot tracking of
overseas military absentee ballots through the mail stream in a
manner similar to the 2016 Military Ballot Tracking Pilot
Program.  The provision would further require the Director to
submit a report to Congress, not later than 1 year after the
date of the enactment of this Act, detailing the results of the
feasibility study, together with an estimate of the costs of
conducting a pilot, the organizations that would support the
pilot, and the timeline for the phased implementation of the
pilot program to all military personnel serving overseas.
        The House amendment contained no similar provision.
        The House recedes with an amendment that would require the
Director of the Federal Voting Assistance Program to include in
the feasibility study report, a method to determine under the
pilot program if a ballot was counted, and to provide that
information to the servicemember casting the vote, and a
description of the efforts being undertaken to ensure a reliable
and secure military ballot tracking system.

*Assistance to schools with military dependent students (sec.
580E)*

        The Senate bill contained a provision (sec. 571) that
would authorize $40.0 million in Operation and Maintenance,
Defense-wide, for continuation of the Department of Defense
(DOD) assistance program to local educational agencies impacted
by enrollment of dependent children of military members and DOD
civilian employees.
        The Senate bill contained another provision (sec. 572)
that would authorize $10.0 million in Operation and Maintenance,
Defense-wide, for impact aid payments for children with severe
disabilities (as enacted by Public Law 106-398; 114 Stat. 1654A-
77; 20 U.S.C. 7703a) using the formula set forth in section 363
of the Floyd D. Spence National Defense Authorization Act for
Fiscal Year 2001 (Public Law 106-398), for continuation of DOD
assistance to local educational agencies that benefit eligible

dependents with severe disabilities. Subsection (b) of the provision would allow the Secretary of Defense to use $5.0 million of the total amount authorized for payments to local educational agencies with higher concentrations of military children with severe disabilities at the Secretary's discretion and without regard to the formula set forth in section 363 of the Floyd D. Spence National Defense Authorization Act for Fiscal Year 2001 (Public Law 106-398).

The House amendment contained a provision (sec. 580) that would authorize $40.0 million for the purpose of providing assistance to local educational agencies with military dependent students and $10.0 million for local educational agencies eligible to receive a payment for children with severe disabilities.

The Senate recedes with an amendment that would allow the Secretary of Defense to use $5.0 million of the total amount authorized for payments to local educational agencies with higher concentrations of military children with severe disabilities at the Secretary's discretion.

*First expansion of the My Career Advancement Account program for military spouses (sec. 580F)*

The House amendment contained a provision (Sec. 580B) that would expand the My Career Advancement Account (MyCAA) program to allow military spouses participating in the program to receive financial assistance to pursue a license, certification, or associate's degree in any career field or occupation, including both portable and non-portable career fields.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow military spouses participating in the MyCAA program the ability to receive financial assistance for the pursuit of a license, certification, or associate's degree in any career field or occupation.

*Second expansion of the My Career Advancement Account program for military spouses (sec. 580G)*

The House amendment contained a provision (sec. 580C) that would expand the Department of Defense My Career Advancement Account program (MyCAA) to all spouses of enlisted members of the U.S. Coast Guard.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize eligible spouses of members of the U.S. Coast Guard to

WASHSTATEC013934

participate in the MyCAA program if the U.S. Coast Guard
reimburses the Department of Defense.

*Report on training and support available to military spouses
(sec. 580H)*

The House amendment contained a provision (Sec. 580D) that
would require a report from the Under Secretary of Defense for
Personnel and Readiness on training and support available to
military spouses.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require
the Under Secretary of Defense for Personnel and Readiness to
submit a report to the Committees on Armed Services of the
Senate and the House of Representatives on the Department of
Defense's financial literacy programs designed for military
spouses and their efficacy.

*Ri'katak Guest Student Program at United States Army Garrison –
Kwajelein Atoll (sec. 580I)*

The Senate bill contained a provision (sec. 573) that
would authorize the Secretary of the Army to conduct an
assistance program to educate up to five local national students
per grade, per academic year, on a space-available basis at the
contractor-operated schools on United States Army Garrison-
Kwajalein Atoll. Under this provision, the Secretary would be
authorized to provide: (1) Classroom instruction; (2)
Extracurricular activities; (3) Student meals; and (4)
Transportation.
The House amendment contained no similar provision.
The House recedes.

## SUBTITLE I—DECORATIONS AND AWARDS

*Modification of authorities on eligibility for and replacement
of gold star lapel buttons (sec. 581)*

The Senate bill contained a provision (sec. 632) that
would amend section 1126 of title 10, United States Code, to
authorize the Secretary of Defense to determine the eligible
recipients of the gold star lapel button. Additionally, the
provision would authorize the Secretary to replace a lapel
button upon application and without cost.
The House amendment contained a similar provision (sec.
581).

The House recedes.

*Standardization of honorable service requirement for award of military decorations (sec. 582)*

The Senate bill contained a provision (sec. 586) that would amend Chapter 57 of title 10, United States Code, to standardize the requirement for honorable service for awards of medals, crosses, bars, and associated emblems.
The House amendment contained no similar provision.
The House recedes.

*Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam (sec. 583)*

The Senate bill contained a provision (sec. 585) that would authorize the President, notwithstanding the time limitations specified in section 3744 of title 10, United States Code, or any other time limitation with respect to awarding certain medals to members of the Armed Forces, to award the Medal of Honor under section 3741 of such title to John J. Duffy for acts of valor during the Vietnam War.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Review of World War I Valor Medals (sec. 584)*

The House amendment contained a provision (sec. 583) that would require each Secretary concerned to review certain service records of World War I veterans as recommended for review by the Valor Medals Review Task Force or another veterans service organization, to determine whether such veteran should be awarded the Medal of Honor for valor in World War I.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require each Secretary concerned to review certain service records of World War I veterans to determine whether such veteran should be awarded the Medal of Honor for valor in World War I. The review will last no longer than 5 years.
The conferees note that the Valor Medals Review Task Force, jointly established by the United States Foundation for the Commemoration of the World Wars and the George S. Robb Centre for the Study of the Great War, has identified World War I veteran service records for potential review by the Secretaries concerned. The conferees encourage the Secretaries of the military departments to consult with the Valor Medals

Review Task Force to identify those service records that warrant further review to determine whether such veteran should be recommended for an upgrade to the Medal of Honor for valor.

# SUBTITLE J—MISCELLANEOUS REPORTS AND OTHER MATTERS

*Clarification of the term "assault" for purposes of Workplace and Gender Relations Surveys (sec. 591)*

The House amendment contained a provision (sec. 592) that would amend section 481 of title 10, United States Code, to update the Armed Forces Workplace and Gender Relations surveys and the Department of Defense Civilian Employee Workplace and Gender Relations Survey to require solicitation of information about the types and frequency of unwanted sexual contact that have occurred during the preceding year.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend sections 481 and 481a of title 10, United States Code, to clarify that the term "assault," for purposes of questions posed on Armed Forces Workplace and Gender Relations Surveys and the Department of Defense Civilian Employee Workplace and Gender Relations Survey, respectively, should be defined to include "unwanted sexual contact."

*Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs (sec. 592)*

The Senate bill contained a provision (sec. 5601) that would amend subsection (a)(1) of section 2564a of title 10, United States Code, to authorize inclusion of servicemembers, who are eligible to participate in military adaptive sports programs, and certain veterans on temporary disability or permanent disabled retirement lists in such programs.

The House amendment contained an identical provision (sec. 599B).

The conference agreement includes this provision.

*Questions in surveys regarding extremist activity in the workplace (sec. 593)*

The House amendment contained a provision (sec. 594) that would require the Secretary of Defense to include in the workplace and equal opportunity, command climate, and workplace

WASHSTATEC013937

and gender relations surveys whether respondents had ever experienced supremacist activity, extremist activity, or racism in the workplace.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to include in appropriate surveys questions about whether a respondent had experienced or witnessed extremist activity in the workplace, and whether the respondent had reported such activity to appropriate authorities.

*Study on best practices for providing financial literacy education for separating members of the Armed Forces (sec. 594)*

The House amendment contained a provision (sec. 598) that would require the Secretary of Defense and the Secretary of Veterans Affairs to conduct a study on the best practices to provide financial literacy education for separating members of the Armed Forces and veterans.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense and the Secretary of the Department in which the Coast Guard is operating to conduct a study on the best practices to provide financial literacy education for separating members of the Armed Forces. The results of the study shall be reported to the Committees on Armed Services of the Senate and the House of Representatives.

*Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces (sec. 595)*

The Senate bill contained a provision (sec. 501) that would amend section 523 of title 10, United States Code, to require the Congress to authorize annually the number of officers serving on Active Duty in the grades of major, lieutenant colonel, and colonel in the Army, Air Force, and Marine Corps or lieutenant commander, commander, and captain in the Navy.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives on alternative methods to improve the oversight of authorized strengths of commissioned regular and reserve officers of the Armed Forces.

The conferees note the officer strength table was included as a fundamental feature of the Defense Officer Personnel Management Act (DOPMA) (Public Law 96-513). The table was designed to serve as an effective limitation on the number of mid-grade officers within each service. The House report to accompany the legislation (H. Rept. 96-1462) explained that the table would be adjusted over time to align with emerging officer manpower requirements. However, in practice, the authorized strength table is rarely updated and it is no longer linked to strategy or actual officer requirements.

*Report on certain waivers (sec. 596)*

The House amendment contained a provision (sec. 597) that would require the Department of Defense to submit an initial report (within 120 days of the enactment of this Act) and an annual report for 2 years thereafter, to the Committees on Armed Services of the Senate and the House of Representatives, setting forth detailed information about the number of transgender applicants and serving transgender servicemembers who, in the prior calendar year, sought and received a waiver or exception to current Defense Department policy to permit their enlistment/accession or retention in the military.  The reporting would require the Department to distinguish between waivers requested by "exempt" persons—applicants or servicemembers "grandfathered" under the policies for military service by transgender persons enacted in June 2016, and "non-exempt" persons—who are subject to the policy on transgender service that that took effect on April 12, 2019.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the data elements required to be included in the report and would clarify that any report submitted will not include Personally Identifiable Information or Protected Health Information.

The conferees note that the new Department of Defense policy with regard to military service by transgender persons expressly asserts that "[t]ransgender persons may seek waivers or exceptions [to the standards established by DTM-19-004], or any other standards, requirements, or policies, on the same terms as any other person."  As regards a transgender person's request for a waiver or exception to policy to permit that individual to serve in the military in other than his or her biological sex, the Secretaries of the Military Departments may delegate waiver authority no lower than a Military Service Personnel Chief.  The conferees note that all other waiver authority vests in the regular Service-designated waiver authority, affording transgender persons consideration at the

WASHSTATEC013939

same level of decision-making as persons who are not transgender.

In determining whether an applicant with a disqualifying diagnosis of gender dysphoria or history of gender transition treatment or surgery merits a waiver to permit his or her service in the military, the conferees encourage Service—designated waiver authorities to  consider  such a waiver under the same circumstances as they would for an applicant who is not transgender, but has been diagnosed with analogous conditions or received analogous treatments, presuming the individual meets all other standards for accession.

*Notifications on manning of afloat naval forces (sec. 597)*

The Senate bill contained a provision (sec. 518) that would amend section 525 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) to make technical changes to congressional notifications germane to the manning of afloat naval forces.

The House amendment contained no similar provision.

The House recedes with an amendment that would sunset such notifications in fiscal year 2025.

*Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government (sec. 598)*

The House amendment contained a provision (sec. 514) that would direct the Secretary of Defense, within 90 days of enactment, to issue new guidance that treats the use of unmanned aircraft systems by the National Guard for covered activities in a manner no more restrictive than the use of other aircraft.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would direct the Secretary of Defense, not later than 180 days after enactment of this Act, to provide a report on the requirements for, and policies and procedures governing the use of Department of Defense manned and unmanned aerial systems to support States, territories, and other Federal agencies.

The conferees note that the Department of Defense provides resources, including unmanned and manned aerial systems, at the request of States, territories, and other Federal agencies for emergency operations, search and rescue operations, and Defense support to civil authorities.  However, the conferees note that there is a lack of understanding on the policy, procedures, and overall availability of these resources to provide such requested support.

*Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma (sec. 599)*

The House amendment contained a provision (sec. 745) that would require the Secretary of Defense to use available mechanisms to inform members of the Armed Forces of their eligibility for services provided by the Department of Veterans Affairs.  In particular, the Secretary would be required to ensure that Sexual Assault Response Coordinators and uniformed victim advocates of the Department of Defense advise members of the Armed Forces experiencing psychological trauma resulting from a physical assault of a sexual nature, battery of a sexual nature, or sexual harassment that occurred while serving on Active Duty, Active Duty for training, or inactive duty training, regarding their eligibility for Department of Veterans Affairs counseling, care, and services.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general (sec. 599A)*

The House amendment contained a provision (sec. 599) that would authorize the President to issue an honorary commission promoting, to brigadier general in the Air Force, Colonel Charles E. McGee, United States Air Force (retired), a distinguished Tuskegee Airman.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel (sec. 599B)*

The House amendment contained a provision (sec. 599A) that would authorize the honorary and posthumous promotion of Lieutenant Colonel Richard E. Cole, United States Air Force (retired), to the grade of colonel.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States (sec. 599C)*

The Senate bill contained a provision (sec. 5504) that would express the sense of Congress as to the honorable and distinguished career of service to the United States of General Joseph F. Dunford, United States Marine Corps.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

The conferees find that: (1) General Joseph F. Dunford was commissioned as a second lieutenant in the United States Marine Corps in 1977; (2) Since 1977, General Dunford has served as an infantry officer at all levels and has held numerous leadership roles, including Commander of the 5th Marine Regiment during Operation IRAQI FREEDOM, Commander of the International Security Assistance Force and United States Forces-Afghanistan, and Commander, Marine Forces United States Central Command; (3) General Dunford served as the 32nd Assistant Commandant of the Marine Corps from October 23, 2010, to December 15, 2012; (4) General Dunford subsequently served as the 36th Commandant of the Marine Corps from October 17, 2014, to September 24, 2015; (5) General Dunford became the highest-ranking military officer in the United States when he was appointed as the 19th Chairman of the Joint Chiefs of Staff on October 1, 2015; (6) General Dunford is only the second United States Marine to hold the position of Chairman of the Joint Chiefs of Staff; (7) During his nearly 4 years as Chairman of the Joint Chiefs of Staff, General Dunford effectively and honorably executed the duties of the office to the highest levels of honor and integrity; and (8) General Dunford has an extensive record of impeccable service to the United States.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Grade of Chief of Veterinary Corps of the Army*

The House amendment contained a provision (sec. 502) that would require that the grade of the Chief of the Veterinary Corps of the Army be a brigadier general.

The Senate bill contained no similar provision.

The House recedes.

*Report on rate of maternal mortality among members of the Armed Forces*

The House amendment contained a provision (sec. 505) that would require the Secretary of Defense and the Secretary of the Department in which the Coast Guard is operating, when not operating under the Navy, to submit a report to Congress, within 180 days of the date of the enactment of this Act, on the rate

of maternal mortality among members of the Armed Forces and
their dependents.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Senate Report accompanying S.
1790 (S. Rept. 116-48) of the National Defense Authorization Act
for Fiscal Year 2020 requires the Secretary of Defense to
provide a briefing to the Committees on Armed Services of the
Senate and the House of Representatives by February 1, 2020,
reporting the rate and incidence of pregnancy-associated deaths,
defined as the death of a woman while pregnant or during the 1-
year period following the date of the end of pregnancy, and
severe maternal morbidities, defined as unintended outcomes of
pregnancy, labor, or delivery that result in significant short-
or long-term consequences to a woman's health.

*JROTC Computer Science and Cybersecurity Program*

The House amendment contained a provision (sec. 516) that
would direct the Secretary of Defense to carry out a program to
enhance the preparation of students in Junior Reserve Officers'
Training Corps for careers in computer science and
cybersecurity.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the United States in general, and
the military in particular, currently struggle to find and
produce sufficient numbers of Americans trained to succeed in
computer science and cybersecurity careers. The Junior Reserve
Officers' Training Corp, and programs like it, can serve as
catalysts to overcoming these systemic shortages by providing an
extra-curricular experience to young Americans who demonstrate a
penchant for computer science and related subjects. The
conferees encourage the Secretary of Defense to partner with
other Federal, State, and local organizations in developing new
programs to better prepare the nation's youth for the workforce
of the future.

*Sense of Congress regarding the National Guard Youth Challenge
Program*

The House amendment contained a provision (sec. 519) that
would express the sense of Congress that the National Guard
Youth Challenge Program provides a vital service to at-risk
youth and would encourage the Secretary of Defense to use the
authority provided in section 519 of the John S. McCain National
Defense Authorization Act for Fiscal Year 2019 (Public Law 115-

WASHSTATEC013943

232) to use equipment and facilities of the Department of Defense in this program.

The Senate bill contained no similar provision.

The House recedes.

The conferees reiterate the importance of the National Guard Youth Challenge Program and good work the program accomplishes. Additionally, the conferees continue to encourage the Secretary of Defense to utilize authority provided by the John S. McCain National Defense Authorization Act for Fiscal Year 2019 to use Department of Defense equipment for the purpose of supporting the National Guard Youth Challenge.

*Report on expansion of the Close Airman Support team approach of the Air Force to the other Armed Forces*

The Senate bill contained a provision (sec. 519) that would require a report on the expansion of the Close Airman Support team approach of the Air Force to the other Armed Forces.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretaries of the military departments to submit to the Committees on Armed Services of the Senate and the House of Representatives a joint report on the feasibility and advisability of expanding the Close Airman Support team approach employed by the Air Force for use by the other Military Services.

*National guard support to major disasters*

The House amendment contained a provision (sec. 520D) that would amend section 502 of title 32, United States Code, to authorize the Secretary concerned to order a member of the National Guard to perform duties related to operations or missions authorized by the President or the Secretary of Defense to respond to large scale, complex, and catastrophic disasters. The provision would also establish a permanent authorization of appropriations for sums necessary to carry out National Guard disaster response if a state of emergency has been declared by the respective Governor and the President of the United States.

The Senate bill contained no similar provision.

The House recedes.

*Report regarding National Guard Youth Challenge Program*

The House amendment contained a provision (sec. 520F) that would require the Secretary of Defense to submit a report to the congressional defense committees regarding the resources and authorities the Secretary determines necessary to identify the effects on graduates of the National Guard Youth Challenge Program.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that section 509 of title 32, United States Code, already requires the Secretary of Defense to submit an annual report on the design, conduct, and effectiveness of the National Guard Youth Challenge Program.

*Temporary authority to use Air Force reserve component personnel to provide training and instruction regarding pilot training*

The House amendment contained a provision (sec. 520H) that would authorize the Secretary of the Air Force to utilize certain reserve component full time support personnel to provide pilot training to Active Duty servicemembers and foreign military personnel who are in the United States.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that reserve component full time support personnel are expressly provided by law to organize, administer, recruit, instruct, or train reserve component units and personnel. To provide an exception to this long-standing requirement would be to undermine the necessary distinction between the active and reserve components.

*Enactment and expansion of policy on withholding of initial disposition authority for certain offenses under the Uniform Code of Military Justice*

The Senate bill contained a provision (sec. 522) that would vest only in a commissioned officer in a grade not below O-6, who is authorized to convene special courts-martial, the authority to determine the disposition of specified offenses under the Uniform Code of Military Justice (Chapter 47 of title 10, United States Code).

Generally, if such an officer's disposition determination differs from the recommendation made by the officer's legal advisor, the matter would be referred to a Special Victim Prosecutor, Senior Trial Counsel, or Regional Trial Counsel not in the chain of command of the officer making the initial disposition determination for review and recommendation to a staff judge advocate in the chain of command. That staff judge

advocate would advise the next superior commander, who would decide whether to endorse or supersede the initial disposition determination.

The provision would require the training provided to commissioned officers in the grades of O-6 and above on the exercise of such disposition determination authority to include specific training on sexual harassment, sexual assault, and family abuse and domestic violence.

The House amendment contained no similar provision.

The Senate recedes.

*Advisory Committee on record and service review boards*

The House amendment contained a provision (sec. 523) that would establish a Defense Advisory Committee on Record and Upgrade Review Boards to advise the Secretary of Defense on the best structure, practices, and procedures to ensure consistency of the boards for correction of military records and service review boards in carrying out their responsibilities under chapter 79 of title 10, United States Code, and in granting relief to claimants under that chapter.

The Senate bill contained no similar provision.

The House recedes.

*Prohibition on implementation of military service suitability determinations for foreign nationals who are lawful permanent residents*

The House amendment contained a provision (sec. 525) that would prohibit the Secretary of Defense from taking any action to implement the memorandum entitled ''Military Service Suitability Determinations for Foreign Nationals Who Are Lawful Permanent Residents'' until the Secretary submits a report on the justification for the policy changes made by that memorandum.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to provide a briefing to the Committees on Armed Services of the Senate and House of Representatives, not later than 180 days after the enactment of this Act. The briefing shall include: (1) The number of lawful permanent residents (LPRs) who apply for military service; (2) The average length of the military service suitability determination process for LPRs, as detailed in the policy memorandum, measured in six month increments since the policy memorandum was implemented; (3) The number of LPRs who have not been deemed suitable for enlistment or accession into

the military based on a matter identified during the process
established by the memorandum; (4) A summary of the most common
reasons underlying past determinations that an LPR is not
suitable for military service; and (5) The Department's plans to
improve and expedite the military service suitability
determination process as it relates to LPRs.

*Independent Study on barriers to entry into the Armed Forces for
English learners*

     The House amendment contained a provision (sec. 527) that
would require the Secretary of Defense to seek to enter into a
contract with a federally funded research and development center
to study barriers to entry into the Armed Forces for English
learners.
     The Senate bill contained no similar provision.
     The House recedes.
     The conferees note that the Senate report 114-48 directs
the Secretary of Defense to review the effectiveness of current
enlistment testing practices in identifying high-potential
recruits for military service, specifically among the non-native
English speaking population of the United States, in light of
evolving standards and methods in civilian education of
measuring mental ability and academic potential.
     The conferees look forward to receiving the Department's
report on this topic.

*Reenlistment waivers for persons separated from the Armed Forces
who commit one misdemeanor cannabis offense*

     The House amendment contained a provision (sec. 528) that
would require the Secretary of Defense to prescribe regulations,
within 90 days of the date of the enactment of this Act, that
would permit any Secretary of a military department to grant a
reenlistment waiver to an individual previously separated from
the Armed Forces who has admitted to, or been convicted by a
court of a single misdemeanor violation of a Federal or State
law relating to the use or possession of cannabis, which
violation occurred while that individual was not on Active Duty
in the Armed Forces.
     The Senate bill contained no similar provision.
     The House recedes.

*Recognition and honoring of service of individuals who served in
United States Cadet Nurse Corps during World War II*

WASHSTATEC013947

The House amendment contained a provision (sec. 530) that would require the Secretary of Defense to determine that the service of the organization known as the United States Cadet Nurse Corps during the period beginning on July 1, 1943, and ending on December 31, 1948, constitutes active military service.

The Senate bill contained no similar provision.
The House recedes.

*Nondiscrimination with respect to service in the Armed Forces*

The House amendment contained a provision (sec. 530B) that would add section 651a to title 10, U.S. Code, to require the Department of Defense to consider only the ability of an individual to meet gender-neutral occupational standards for military service generally and the military occupational specialty concerned, in particular, in evaluating a candidate for enlistment/accession. The provision would further require that any personnel policy developed or implemented by the Department ensure equality of treatment and opportunity for all persons in the Armed Forces, without regard to race, color, national origin, religion, and sex (including gender identity and sexual orientation).  Finally, the provision promulgates a definition of "gender identity."

The Senate bill contained no similar provision.
The House recedes.

*Report on mechanisms to enhance the integration and synchronization of activities of Special Victim Investigation and Prosecution personnel with activities of military criminal investigative organizations*

The Senate bill contained a provision (sec. 536) that would require the Secretary of Defense to submit a report on mechanisms to enhance the integration and synchronization of activities of Special Victim Investigation and Prosecution personnel with activities of military criminal investigative organizations.

The House amendment contained no similar provision.
The Senate recedes.

The conferees direct the Secretary of Defense to provide to the Committees on Armed Services of the Senate and the House of Representatives, within 180 days from the date of enactment of this Act, a briefing setting forth proposals to enhance the integration and synchronization of Special Victim Investigation and Prosecution personnel with the activities of military criminal investigative organizations in investigations in which

both may be involved, together with any legislative and administrative actions required to implement those proposals.

*Pilot program on prosecution of special victim offenses committed by attendees of military service academies*

The House amendment contained a provision (sec. 538) that would require the Secretary of Defense to create and carry out a pilot program establishing an independent authority outside of the chain of command to review certain special victim offenses alleged to have been committed by military service academy cadets and midshipmen to determine whether such offenses should be referred to trial by a court-martial convening authority. This provision would also require the Secretary of Defense to establish an Office of the Chief Prosecutor within the Office of the Secretary of Defense, as part of the pilot program.

The Senate bill contained no similar provision.
The House recedes.

*Standard of evidence applicable to investigations and reviews related to protected communications of members of the Armed Forces and prohibited retaliatory actions*

The House amendment contained a provision (sec. 541) that would amend section 1034 of title 10, United States Code, to allow a finding or other determination made under subsections (c), (d), (g), or (h), to be based on the standards of evidence specified in section 1221(e) of title 5, United States Code.

The Senate bill contained no similar provision.
The House recedes.

*Repeal of 15-year statute of limitations on motions or requests for review of discharge or dismissal from the Armed Forces*

The Senate bill contained a provision (sec. 546) that would eliminate the 15-year statute of limitations on requests by or on behalf of a former servicemember for review by a discharge review board of the member's discharge or dismissal from the Armed Forces.

The House amendment contained no similar provision.
The Senate recedes.

*Consultation regarding victim's preference in prosecution jurisdiction*

The House amendment contained a provision (sec. 547) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Personnel and Readiness, to issue guidance to ensure that a sexual assault victim's preference for prosecution jurisdiction is recorded.

The Senate bill contained no similar provision.

The House recedes.

*Safe to Report policy applicable across the Armed Forces*

The Senate bill contained a provision (sec. 527) that would require the Secretary of Defense, in consultation with the secretaries of the military departments and the Secretary of Homeland Security, to prescribe a Safe to Report policy applicable to all members of the Armed Forces, across both active and reserve components, and to cadets and midshipmen at the military service academies. A Safe to Report policy is one in which a victim of sexual assault who may have committed minor collateral misconduct at or about the time of the assault, or whose minor collateral misconduct is discovered only as the result of the investigation of the sexual assault, may report the assault to authorities without fear of discipline, except in cases in which aggravating circumstances increase the gravity of the minor collateral misconduct or its impact on military good order and discipline.

The provision would define minor collateral misconduct as including: (1) Improper use and possession of alcohol; (2) Consensual intimate behavior, including adultery or fraternization; (3) Presence in off-limits areas; and (4) Other misconduct specified in the regulations promulgated.

The provision would further require that the regulations promulgated by the Secretary specify the aggravating circumstances that would increase the gravity of minor collateral misconduct or its impact on good order and discipline.

The House amendment contained a similar provision (sec. 550).

The Senate and House recede.

*Preliminary inquiry on Arlington National Cemetery burial*

The House amendment contained a provision (sec. 550E) that would require the Department of the Army's General Counsel to conduct a preliminary inquiry to investigate the burial of Jack Edward Dunlap at Arlington National Cemetery due to accusations that Mr. Dunlap supplied the Soviet Union with intelligence during the Cold War.

The Senate bill contained no similar provision.
The House recedes.
The conferees encourage the Department of the Army to
consider this case and, if necessary, to take appropriate
action.

*Limitation on waiver of rights and protections under
Servicemembers Civil Relief Act*

The House amendment contained a provision (sec. 550I) that
would amend section 107(a) of the Servicemembers Civil Relief
Act (Public Law 109-189) to restrict the ability of a
servicemember or other covered individual to voluntarily waive
their rights and protections provided by the Servicemembers
Civil Relief Act.
The Senate contained no similar provision.
The House recedes.

*Effective date of rule regarding payday lending protections*

The House amendment contained a provision (sec. 550K) that
would require section 1041.4 through 1041.6, 1041.10, and
1041.12(b)(1) through (3) of the final rule published on
November 17, 2017 by the Bureau of Consumer Financial Protection
related to Mandatory Underwriting Provisions to go into effect
on August 19, 2019, with regards to servicemembers, veterans,
and surviving spouses.
The Senate bill contained no similar provision.
The House recedes.

*Strengthening civilian and military partnerships to respond to
domestic and sexual violence*

The House amendment contained a provision (sec. 550L) that
would require the Comptroller General of the United States to
submit to Congress a report on partnerships between military
installations and civilian domestic and sexual violence response
organizations.
The Senate bill contained no similar provision.
The House recedes.
The conferees note that page 126 of the House Report 116-
120, accompanying H.R. 2500, National Defense Authorization Act
for Fiscal Year 2020, directs the Comptroller General of the
United States to assess and report on the military services'
domestic violence prevention and response programs.  The
conferees request that the Comptroller General expand this
assessment to include a review of partnerships between military

installations and civilian domestic and sexual violence response
organizations, the scope of services and support provided via
such partnerships, and their role in a coordinated community
response to domestic and sexual violence in military families.

*Education of Members of the Armed Forces on Career Readiness and*
*Professional Development*

The House amendment contained a provision (sec. 552) that
would require the Secretary of Defense to carry out a program to
provide education on career readiness and professional
development to members of the Armed Forces.
The Senate bill contained no similar provision.
The House recedes.
The conferees note that the military already provides
numerous opportunities for servicemembers to receive information
on career readiness and professional development. The Department
of Defense should continue to ensure that all servicemembers are
provided opportunities to translate their military experience
into civilian education and certifications wherever possible.

*Defense Language Institute Foreign Language Center*

The House amendment contained a provision (sec. 553) that
would amend section 2168 of title 10, United States Code, to
permit the Defense Language Institute to confer Bachelor
degrees, in addition to Associate degrees, to graduates that
meet the appropriate requirements for that degree.
The Senate bill contained no similar provision.
The House recedes.

*Liberal consideration of evidence in certain claims by boards*
*for the correction of military records and discharge review*
*boards*

The Senate bill contained a provision (sec. 553) that
would require military department boards for the correction of
military records and discharge review boards to review all
claims relating to a claimant's discharge or dismissal, or the
characterization of that discharge or dismissal, with liberal
consideration of all evidence and information presented by or on
behalf of the former servicemember.
The House amendment contained no similar provision.
The Senate recedes.
The conferees encourage the military department boards for
the correction of military or naval records to apply their
powers of equity broadly to redress injustices in the military

WASHSTATEC013952

records of a servicemember or former member, and in appropriate
cases--as authorized by law or established in board precedent--
to accord liberal consideration to the evidence and information
presented by or on behalf of the member or former member.  In
the view of the conferees, such liberal consideration is
particularly warranted in cases in which official military
records pertinent to the member's application for relief have
been destroyed or are otherwise unavailable, through no fault of
the member.

*Expansion of Department of Defense STARBASE Program*

        The House amendment contained a provision (sec. 554) that
would amend section 2193b of title 10, United States Code, to
expand the Starbase program by including art and design as
technical fields for education of elementary and secondary
children under the program.
        The Senate bill contained no similar provision.
        The House recedes.

*Congressional nominations for Senior Reserve Officers' Training
Corps scholarships*

        The House amendment contained a provision (sec. 557) that
would allow the Secretary of the Army to consider any candidate
nominated but not selected for appointment to the United States
Military Academy by Members of Congress or officials from U.S.
Territories to be considered for appointment as a Senior Reserve
Officers' Training Corps cadet under section 2107 of title 10,
United States Code.
        The Senate bill contained no similar provision.
        The House recedes.
        The conferees note that the Services already have the
authority to ensure qualified military service academy
applicants who do not receive an offer of admission are able to
receive a scholarship through the Reserve Officers' Training
Corps (ROTC). The Secretaries of the military departments are
encouraged to develop creative policies to ensure that those
young Americans who have demonstrated their propensity to serve
in the military by applying to a service academy are able to
qualify for and access ROTC scholarships.

*Survey of members of the Armed Forces on their experiences with
military investigations and military justice*

        The Senate bill contained a provision (sec. 558) that
would require the Secretary of Defense to conduct a periodic

survey—at least once every 4 years but not more frequently than
once every 2 years—to be known as the Military Investigation and
Justice Experience Survey, on the experience of members of the
Armed Forces with military investigations and military justice.
Those surveyed would include members of the Armed Forces who are
victims of an alleged sex-related offense and who made an
unrestricted report of that offense. Participants would be
surveyed on their experience with a Special Victims'
Counsel/Victims' Legal Counsel and, if charges in the victim's
case were referred to court-martial, with the prosecutor and the
court-martial in general.
     The House amendment contained no similar provision.
     The Senate recedes.
     The conferees note that the Department already has
implemented a Military Investigation and Justice Experience
Survey, and encourage the Department to continue to enhance this
survey; to monitor trends revealed by survey responses and data
over time; as appropriate, to take action to improve military
investigations, the Special Victims' Counsel/Victims' Legal
Counsel programs, and prosecution processes to address matters
raised by survey responses and data; and to include information
and insights derived from the survey, when salient, in future
briefings and reports to the Congress.

Safe-to-Report policy applicable to military service academies

     The House amendment contained a provision (sec. 560A) that
would require the Secretary of Defense to publish regulations
for the implementation of a Safe-to-Report policy, which would
allow the victims of an alleged sexual assault at the United
States Military Academy, United States Naval Academy, United
States Air Force Academy, and the United States Coast Guard
Academy, who may have committed minor collateral misconduct, an
opportunity to report an occurrence of sexual assault without
fear of discipline for that misconduct.
     The Senate bill contained no similar provision.
     The House recedes.

*Recoupment of funds from cadets and midshipmen separated for
criminal misconduct*

     The House amendment contained a provision (sec. 560B) that
would direct the secretary of each military department to
prescribe regulations to require the Superintendent of a
military service academy to recoup the costs of advanced
education received by a cadet or midshipman who is separated

from the Academy for reasons of criminal misconduct, at any time prior to graduation.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that in accordance with section 2005 of title 10, United States Code, and section 303a(e) of title 37 of the Code, the secretaries of the military departments already are vested with authority to recoup the costs of advanced education at a military service academy from a cadet who is separated from the academy prior to graduation. As appropriate, the conferees encourage the secretaries of the military departments to require cadets and midshipmen separated from a military service academy for criminal misconduct to repay the costs of their advanced education, even if the cadet or midshipman is separated prior to having completed 2 years of schooling.

*Support of military service academy foundations*

The House amendment contained a provision (sec. 560D) that would amend chapter 155 of title 10, United States Code, to authorize service secretaries to provide support to certain non-profit fundraising foundations that operate exclusively to support military service academies.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the primary funding source for military service academies remains appropriated Federal dollars. Each academy currently receives significant additional support from several dedicated non-profit organizations. While academy superintendents may be formally prohibited from engaging in fundraising on behalf of these private organizations, that restriction helps to maintain a healthy separation between the federally funded military institution and private organizations that are not subject to Federal oversight. The conferees are encouraged that the current arrangement between the academies and their non-profit fundraising foundations has resulted recently in each academy opening new, privately funded, facilities for cadet and midshipmen athletics, character development, and cyber education.

*Medical personnel at Marine Corps recruit depots*

The House amendment contained a provision (sec. 562) that would require the Secretary of the Navy, in coordination with the Navy Medical Department, to assign medical personnel to the

Marine Recruit Training Regiment at each Marine Corps Recruit
Depot.
　　　The Senate bill contained no similar provision.
　　　The House recedes.

*Inclusion of Specific Email Address Block on Certificate of*
*Release or Discharge from Active Duty (DD Form 214)*

　　　The House amendment contained a provision (sec. 564) that
would modify the certificate of release or discharge from Active
Duty (DD Form 214) by adding an email address block.
　　　The Senate bill contained no similar provision.
　　　The House recedes.

*Consecutive service of service obligation in connection with*
*payment of tuition for off-duty training or education for*
*commissioned officers of the Armed Forces with any other service*
*obligations*

　　　The Senate bill contained a provision (sec. 566) that
would amend section 2007 of title 10, United States Code, to
require that an Active-Duty service obligation incurred by an
officer for the acceptance of tuition assistance for off-duty
training or education be served sequentially with any other
service obligation already incurred by the officer.
　　　The House amendment contained no similar provision.
　　　The Senate recedes.
　　　The conferees note that section 2007 of title 10, United
States Code, requires officers who accept tuition assistance to
remain on Active Duty for a period of at least two years after
the completion of the education for which tuition assistance was
used. In fiscal year 2018, the Department of Defense provided
tuition assistance to approximately 15,000 Active Duty
commissioned officers at a cost of almost $31 million. According
to the Government Accountability Office, around 10 percent of
Army and Navy officers who last used tuition in 2017 are now
separated from the military. The median number of years served
after these officer's last use of tuition assistance was 1.6
years for Army officers and only 1.2 years for Navy officers.
These statistics suggest that tuition assistance may not be
serving one of its intended purposes, which is to provide a
valuable benefit in exchange for continued military service.
　　　Therefore, the conferees direct the Secretary of Defense
in consultation with the secretaries of the military departments
to conduct an analysis of the officer voluntary tuition
assistance program. The analysis should include: (1) An
evaluation of whether the tuition assistance program is serving

as a retention tool; (2) A discussion of the merits of
lengthening or requiring active duty service obligations
incurred as a result of accepting tuition assistance be served
consecutively with other service commitments; and (3) An
assessment of whether those officers who receive a fully funded
bachelor's degree through their commissioning source should be
eligible to receive voluntary tuition assistance funding prior
to the completion of their initial Active Duty service
obligation.

The results of this analysis shall be submitted to the
Committees on Armed Services of the Senate and House of
Representatives by April 1, 2020.

*Expansion and renaming of the Troops-to-Teachers Program*

The House amendment contained a provision (sec. 568) that
would amend section 1154 of title 10, United States Code, to
expand and rename the Troops-to-Teachers Program.

The Senate bill contained no similar provision.

The House recedes.

*Transition outreach pilot program*

The House amendment contained a provision (sec. 569) that
would require the Secretary of Defense, in coordination with the
Secretaries of Veterans Affairs, Labor, Education, and Homeland
Security, and the Administrator of the Small Business
Administration, to establish a pilot program through the
Transition to Veterans Program office, within 90 days of the
date of the enactment of this Act, to foster contact between
veterans and the Department of Defense. The pilot program would
terminate by September 30, 2020, and the Secretary would then
submit a report to Congress regarding such program within 90
days of the termination of the program.

The Senate bill contained no similar provision.

The House recedes.

*Assessment and study of Transition Assistance Program*

The House amendment contained a provision (sec. 570A) that
would require the Secretary of Veterans Affairs to enter into an
agreement with an appropriate entity with experience in adult
education to conduct a 1-year independent assessment of the
Transition Assistance Program (TAP).  Additionally, the
provision would require the Secretary, in consultation with the
Secretaries of Defense and Labor and the Administrator of the
Small Business Administration, to conduct a 5-year longitudinal

study regarding TAP on three separate cohorts of discharged servicemembers.

The Senate bill contained no similar provision.

The House recedes.

*Information regarding county veterans service officers*

The House amendment contained a provision (sec. 570B) that would require the Secretary of Defense to ensure that a separating or retiring member of the Armed Forces may elect to have Department of Defense form DD-214 sent to the appropriate county veterans service officer based on the mailing address provided by the member. The provision would require the Secretaries of Defense and Veterans Affairs to maintain a database of all county veterans services officers.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that section 570F of this bill would require the Secretaries of Defense and Veterans Affairs to enter jointly into a memorandum of understanding or other agreements with State veterans agencies to transmit information from Department of Defense form DD-2648 on individuals undergoing retirement, discharge, or release from the Armed Forces, if elected by such individuals, to provide or connect veterans to benefits or services.

*Notice to separating servicemembers of rights under the Servicemembers Civil Relief Act*

The House amendment contained a provision (sec. 570E) that would amend section 105 of the Servicemembers Civil Relief Act (Public Law 109-189) to require service secretaries to provide notice to individuals who are no longer eligible for protections provided by the Servicemembers Civil Relief Act not sooner than 150 days and not later than 180 days after the date of termination of a period of military service of that individual.

The Senate bill contained no similar provision.

The House recedes.

The conferees encourage the Department of Defense to ensure that those servicemembers leaving the military are provided notice of lost benefits and protections under the Servicemembers Civil Relief Act.

*Modification of responsibility of the Office of Special Needs for individualized service plans for members of military families with special needs*

The Senate bill contained a provision (sec. 578) that would amend subparagraph (F) of section 1781(c)(d)(4) of title 10, United States Code, to require the Department of Defense (DOD) to develop an individualized service plan for military family members with special needs when requested in connection to the completion of a family needs assessment.

The House amendment contained no similar provision.

The Senate recedes.

The conferees remain concerned that military family members with special needs are not receiving individualized services plans when necessary or requested, and direct the Secretary of Defense to brief the Committees on Armed Services of the Senate and House of Representatives no later than March 1, 2020, on the implementation of the Family Needs Assessment and any other reviews involving individualized service plans, to include: (1) Data on the utilization of the Family Needs Assessment; (2) How the Department is ensuring military families are aware of the services and programs available to them as the Office of Special Needs updates policies and implements the Family Needs Assessment; and (3) How the Department intends to ensure individualized services plans are being completed and followed correctly.

*Direct employment pilot program for members of the National Guard and Reserve, veterans, their spouses and dependents, and members of gold star families*

The House amendment contained a provision (sec. 579) that would enable the Secretary of Defense to create a pilot program that would allow States to establish or expand job placement programs, and related employment services, for unemployed guardsmen, reservists, military spouses, and veterans.

The Senate bill contained no similar provision.

The House recedes.

*Pilot program to fund non-profit organizations that support military families*

The House amendment contained a provision (sec. 580A) that would require the Secretary of Defense to establish a pilot program to provide grants to eligible nonprofit organizations that support military families.

The Senate bill contained no similar provision.

The House recedes.

*Increase in assistance to certain local educational agencies*

The House amendment contained a provision (sec. 580F) that would authorize an additional appropriation of $10.0 million for support to local educational activities that serve military communities and families. The additional funding would be offset by a reduction in funding of $10.0 million for Navy shipbuilding and conversion.

The Senate bill contained no similar provision.

The House recedes.

*Assistance for deployment-related support of members of the Armed Forces undergoing deployment and their families beyond the Yellow Ribbon Reintegration Program*

The House amendment contained a provision (Sec. 580G) that would require the Secretary of Defense to provide funds to states, territories, and government entities to carry out programs that provide deployment information to servicemembers and their families throughout the deployment cycle.

The Senate bill contained no similar provision.

The House recedes.

*Briefing on use of Family Advocacy Programs to address domestic violence*

The Senate bill contained a provision (sec. 581) that would require a briefing on the use of Family Advocacy Programs to address domestic violence.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of Defense to provide the Committees on Armed Services of the Senate and the House of Representatives with a briefing on the various ways in which the Family Advocacy Programs of the military departments could be used and enhanced to end domestic violence among members of the Armed Forces, and to support survivors of such violence and their dependents.  The briefing should be provided not later than 180 days after the date of enactment of this Act.

*Establishment of the Atomic Veterans Service Medal*

The House amendment contained a provision (sec. 582) that would authorize the creation of the Atomic Veterans Service Medal, to be awarded to radiation-exposed veterans.

The Senate bill contained no similar provision.

The House recedes.

*Authorization for award of the Medal of Honor to Alwyn Cashe for acts of valor during Operation Iraqi Freedom*

The House amendment contained a provision (sec. 584) that would waive the time limitations specified in section 7271 of title 10, United States Code, to authorize the President to award the Medal of Honor to Alwyn C. Cashe for the acts of valor during Operation Iraqi Freedom.

The Senate bill contained no similar provision.

The House recedes.

*Eligibility of veterans of Operation End Sweep for Vietnam Service Medal*

The House amendment contained a provision (sec. 585) that would authorize the Secretary of the military department concerned to award the Vietnam Service Medal to a veteran who participated in Operation End Sweep, upon the application of that individual.

The Senate bill contained no similar provision.

The House recedes.

The conferees recognize the outstanding service of veterans who participated in Operation End Sweep, from February 6, 1973, to July 18, 1973, undertaking the harrowing work of clearing sea mines laid in Vietnamese waters. The conferees value the meritorious performance of Operation End Sweep veterans following the cessation of military combat operations in Vietnam.

*Authority to award or present a decoration not previously recommended in a timely fashion following a review requested by Congress*

The Senate bill contained a provision (sec. 587) that would amend section 1130 of title 10, United States Code, authorizing the Secretary of Defense to present an award or decoration following the favorable review of a proposal upon request of a Member of Congress.

The House amendment contained no similar provision.

The Senate recedes.

The Senate bill contained an additional provision (sec. 5587) that would amend section 587 such that section 587 would have no force or effect.

The House amendment contained no similar provision.

The Senate recedes.

*Authority to make posthumous and honorary promotions and
appointments following a review requested by Congress*

The Senate bill contained a provision (sec. 588) that
would amend section 1563 of title 10, United States Code, to
authorize the Secretary of Defense to prescribe regulations to
make a posthumous or honorary promotion following the submission
to the requesting Member of Congress and to the Committees on
Armed Services of the Senate and the House of Representatives of
a determination as to the merits of approving the posthumous or
honorary promotion or appointment. The promotion or appointment
would not affect retired pay or other benefits based upon the
individual's military service.
The House amendment contained no similar provision.
The Senate recedes.

*Repeal of quarterly report on end strengths*

The House amendment contained a provision (sec. 591) that
would repeal paragraph (3) of section 115(e) of title 10, United
States Code, to remove the requirement for the Secretary of
Defense to notify the Committee on Armed Services of the Senate
and the Committee on Armed Services of the House of
Representatives whenever the Secretary establishes an end-of-
quarter strength level pursuant to section 115(e)(2)(A) or
modifies a strength level pursuant to section 115(e)(2)(B).
The Senate bill contained no similar provision.
The House recedes.

*Expressing support for the designation of a "Gold Star Families
Remembrance Day"*

The House amendment contained a provision (sec. 596) that
would express the sense of Congress to support the designation
of a "Gold Star Families Remembrance Day."
The Senate bill contained no similar provision.
The House recedes.
The conferees support the designation of a "Gold Star
Families Remembrance Day" to honor and recognize the sacrifices
made by the families of servicemembers who gave their lives to
defend freedom, and encourage the observation of "Gold Star
Families Remembrance Day" by performing acts of service and good
will in each community and by celebrating the lives of those who
have made the ultimate sacrifice so that others could continue
to enjoy life, liberty, and the pursuit of happiness.

WASHSTATEC013962

*Sense of Congress regarding the High-Altitude Army National Guard Aviation Training Site*

The House amendment contained a provision (sec. 599C) that would express the sense of Congress that military aviation training in Colorado is critical to the national security of the United States and the readiness of the Armed Forces.

The Senate bill contained no similar provision.

The House recedes.

The conferees express their strong support for military aviation training in Colorado and, in particular, the High-Altitude Army National Guard Aviation Training Site (HAATS). The conferees further note that HAATS is the only Department of Defense school where rotary-wing aviators in the Armed Forces, and the militaries of foreign allies, learn how to safely fly rotary-wing aircraft in mountainous, high-altitude environments.

# TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS

## SUBTITLE A—PAY AND ALLOWANCES

*Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action (sec. 601)*

The House amendment contained a provision (sec. 601) that would amend section 372 of title 37, United States Code, to authorize, in the case of a member under the jurisdiction of a Secretary of a military department, the continuation of special pays until the date on which the member is determined fit for duty.

The Senate bill contained no similar provision.

The Senate recedes.

*Continued entitlements while a member of the Armed Forces participates in a career intermission program (sec. 602)*

The House amendment contained a provision (sec. 610) that would amend section 710(h) of title 10, United States Code, to authorize servicemembers participating in a career intermission program to be eligible for death benefits while part of the program.

The Senate bill contained no similar provision.

WASHSTATEC013963

The Senate recedes.

*Exemption from repayment of voluntary separation pay (sec. 603)*

The House amendment contained a provision (sec. 610B) that would amend section 1175a of title 10, United States Code, to exempt servicemembers who are involuntarily recalled to active duty or full-time National Guard duty and who also incur a total service-connected disability from the requirement to repay voluntary separation pay.
The Senate bill contained no similar provision.
The Senate recedes.

*Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service (sec. 604)*

The House amendment contained a provision (sec. 627) that would amend section 12731(f)(2)(B)(i) of title 10, United States Code, to authorize retirement credit for a servicemember who as a member of the Ready Reserve serves on Active Duty or performs Active service under section 12304(b) of title 10, United States Code. The eligibility age will be reduced below 60 years of age by 3 months for each aggregate of 90 days on which such person serves on such Active Duty or performs such Active service in any fiscal year after January 28, 2008, or in any two consecutive fiscal years after September 30, 2014.
The Senate bill contained no similar provision.
The Senate recedes.

*Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates (sec. 605)*

The House amendment contained a provision (sec. 603) that would amend section 403(b) of title 37, United States Code, to authorize the Secretary of Defense to prescribe a temporary adjustment of the basic allowance for housing rates for a housing area where the actual costs of adequate housing differ from the calculated rates of housing for that area as determined by the Secretary.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would authorize the Secretary of Defense to prescribe a temporary upward or downward adjustment to Basic Allowance for Housing (BAH) if the Secretary concerned determines that the actual cost of civilian housing differs from current BAH rates by more than 20 percent.

*Reinvestment of travel refunds by the Department of Defense (sec. 606)*

The Senate bill contained a provision (sec. 622) that would provide the Secretary of Defense with the authority to receive and effectively reinvest miscellaneous receipts obtained through a travel rebate or refund program, a repayment of inaccurate charges, or a collection of an unused travel segment.

The House amendment contained no similar provision.

The House recedes.

*Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers (sec. 607)*

The House amendment contained a provision (sec. 606) that would amend sections 452 and 477 of title 37, United States Code, to allow servicemembers to receive a partial dislocation allowance if they are ordered to vacate dormitories.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 477 of title 37, United States Code, to authorize Partial Dislocation Allowance to servicemembers ordered to vacate housing provided by the United States. The amendment would also amend section 452 of title 37, United States Code, to authorize a Partial Dislocation Allowance to be paid to servicemembers ordered to vacate housing provided by the United States after January 1st, 2022.

*Reductions on account of earnings from work performed while entitled to an annuity supplement (sec. 608)*

The House amendment contained a provision (sec. 633) that would amend section 8421a of title 5, United States Code, to authorize supervisors of air traffic control instructors who are collecting a Federal retirement annuity to be exempt from reductions to their annuity supplement if re-employed under a contract with the Federal Aviation Administration.

The Senate bill contained no similar provision.

The Senate recedes.

*Increase in basic pay (sec. 609)*

The House amendment contained a provision (sec. 606) that would authorize a 3.1 percent increase in basic pay rates for members of the uniformed services.

The Senate bill contained no similar provision.

The Senate recedes.

# SUBTITLE B—BONUSES AND SPECIAL INCENTIVE PAYS

*One-year extension of certain expiring bonus and special pay authorities (sec. 611)*

The Senate bill contained a provision (sec. 611) that would extend, through December 31, 2020, various expiring bonus and special pay authorities for military personnel. The provision would extend special pay and bonus authority for reserve personnel, military healthcare professionals, and nuclear officers and consolidated pay authorities for officer and enlisted personnel. The provision would also extend the authority to provide temporary increases in the rate of Basic Allowance for Housing in certain circumstances.

The House amendment contained an identical provision (sec. 611).

The conference agreement includes this provision.

# SUBTITLE C—FAMILY AND SURVIVOR BENEFITS

*Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members (sec. 621)*

The Senate bill contained a provision (sec. 601) that would amend section 1059(m) of title 10, United States Code, to authorize the Secretaries of the military departments to provide transitional compensation, in exceptional circumstances, to certain dependents before an eligible servicemember is discharged from Active Duty.

The House amendment contained an identical provision (sec. 621).

The conference agreement includes this provision.

*Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation (sec. 622)*

The House amendment contained a provision (sec. 630A) that would amend subchapter II of chapter 73 of title 10, United States Code, to repeal the requirement that Survivor Benefit Plan payments be offset by any payments received through dependency and indemnity compensation.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a 3 year phase out of the requirement that Survivor Benefit Plan payments be offset by any payments received through dependency and indemnity compensation.

*Death gratuity for ROTC graduates (sec. 623)*

The House amendment contained a provision (sec. 622) that would amend section 1475 of title 10, United States Code, to authorize a death gratuity to the family of a graduate of the Reserve Officers' Training Corps who dies before receiving a first duty assignment.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require a graduate of Reserve Officers' Training Corps to also receive a commission before being eligible for a death gratuity.

*Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty (sec. 624)*

The House amendment contained a provision (sec. 625) that would amend section 1798(a) of title 10, United States Code, to authorize the Department of Defense to provide financial assistance to civilian providers of childcare services or youth program services to survivors of members of the Armed Forces who die in the line of duty while on active duty, active duty for training, or inactive duty for training.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would amend section 1798(a) of title 10, United States Code, to authorize the Department of Defense to provide financial assistance to civilian providers of childcare services or youth program services to survivors of members of the Armed Forces who die in combat-related incidents in the line of duty.

*Casualty assistance for survivors of deceased ROTC graduates (sec. 625)*

The House amendment contained a provision (sec. 630) that would provide a casualty assistance officer to the family of Reserve Officers' Training Corps cadets who have taken the oath but have not yet reported to their first duty station, in the event of their death.
The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require Reserve Officers' Training Corps graduates to have received a commission for the graduate's family to be eligible for a casualty assistance officer.

## SUBTITLE D—DEFENSE RESALE MATTERS

*Defense resale system matters (sec. 631)*

The Senate bill contained a provision (sec. 641) that would require the Under Secretary of Defense for Personnel and Readiness, in coordination with the Chief Management Officer of the Department of Defense, to maintain oversight of the business transformation efforts of the defense commissary system and the exchange stores system to ensure: (1) Development of an inter-component business strategy that maximizes efficiencies and results in a viable defense resale system in the future; (2) Preservation of patron savings and satisfaction from and in the defense commissary system and exchange stores system; and (3) Sustainment of financial support of the defense commissary and exchange systems for morale, welfare, and recreation services of the Armed Forces. The provision would require the Executive Resale Board of the Department to advise the Under Secretary on the implementation of sustainable, complementary operations of the defense commissary system and the exchange stores system. Additionally, the provision would require the Defense Commissary Agency and the Military Exchange Service to identify and implement best commercial business practices and shared-services systems while integrating certain services provided by the exchange stores system within commissary system facilities. The provision would also require the modernization of information technology and implementation of cutting-edge marketing in the defense resale system. Finally, the provision would amend section 2483(b) of title 10, United States Code, to authorize inclusion of advertising expenses in the operating expenses of commissary stores.

The House amendment contained no similar provision.
The House recedes with an amendment that would strike paragraph (c) of the Senate provision.

*Procurement by commissary stores of certain locally sourced products (sec. 632)*

The Senate bill contained a provision (sec. 631) that would require the Secretary of Defense to ensure that dairy products, fruits, and vegetables procured for defense commissary stores are, to the extent practicable, locally sourced.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary to maintain mandated patron savings when procuring locally sourced products for commissaries.

*GAO review of defense resale optimization study (sec. 633)*

The House amendment contained a provision (sec. 631) that would require the Comptroller General of the United States to conduct a review of the business case analysis performed as part of the defense resale optimization study conducted by the Reform Management Group, titled "Study to Determine the Feasibility of Consolidation of the Defense Resale Entities" and dated December 4, 2018. The Comptroller General would submit a report by April 1, 2020, to the Committees on Armed Services of the Senate and the House of Representatives. The provision would prohibit the Secretary of Defense from taking any action to consolidate military exchanges and commissaries until such committees notify the Secretary in writing of receipt and acceptance of the findings of the Comptroller General in the reports required under this provision.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the report requirement.

The conferees note that the Senate Report accompanying S. 1790 (S. Rept. 116-48) of the National Defense Authorization Act for Fiscal Year 2020 requires the Comptroller General to provide a similar assessment to the same committees not later than December 1, 2019.

## SUBTITLE E—MORALE, WELFARE, AND RECREATION PRIVILEGES

*Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave (sec. 641)*

The House amendment contained a provision (sec. 634) that would amend section 1065 of title 10, United States Code, as added by section 621 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to extend certain morale, welfare, and recreation privileges to foreign service officers on mandatory home leave.

The Senate bill contained no similar provision.

The Senate recedes.

*Extension of pilot program on a Government lodging program (sec. 642)*

      The Senate bill contained a provision (sec. 621) that would extend by 1 year the Secretary of Defense's authority to execute a Department of Defense lodging program.
      The House amendment contained no similar provision.
      The House recedes.

## SUBTITLE F—REPORTS AND OTHER MATTERS

*Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes (sec. 651)*

      The Senate bill contained a provision (sec. 1057) that would modify section 908 of title 37, United States Code, to require the Secretaries of the military departments to submit annually to appropriate committees and Members of Congress, a joint report enumerating each approval issued during the preceding year for a retired general or flag officer to accept civil employment or compensation for which the consent of Congress is required by the last paragraph of Section 9 of Article I of the Constitution, related to acceptance of emoluments, offices, or titles from a foreign government. The provision would require the first report to cover the 5-year period preceding the year in which the report is submitted.
      The House contained a similar provision (sec. 609), with an added requirement that the report be posted on a publicly available Internet website of the Department of Defense no later than 30 days after it has been submitted to Congress.
      The Senate recedes with an amendment that would require that each report be generated in consultation with the Secretary of State, who takes final action on requests for waiver of the prohibition on the acceptance of emoluments, offices or titles from foreign governments, and removes the requirement for public posting of reports.

*Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories (sec. 652)*

      The House amendment contained a provision (sec. 610A) that would require the Secretary of Defense to submit a report to the congressional defense committees evaluating whether members of the uniformed services located in the territories of the United

WASHSTATEC013970

States should receive the Basic Allowance for Housing instead of the Overseas Housing Allowance.
The Senate bill contained no similar provision.
The Senate recedes.

*Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components (sec. 653)*

The Senate bill contained a provision (sec. 5602) that would require the Secretary of Defense to submit a report to the congressional defense committees on the feasibility and advisability of paying eligible members of the reserve components any special or incentive pay for members of the Armed Forces that is not currently payable to members of the reserve components.
The House amendment contained no similar provision.
The House recedes.

*Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs (sec. 654)*

The House amendment contained a provision (sec. 608) that would require the Secretaries of Defense and Veterans Affairs to conduct a joint study on recoupment of various separation pay.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis (sec. 655)*

The Senate bill contained a provision (sec. 631) that would amend section 1465 of title 10, United States Code, to require the Secretary of Defense to make contributions to the Military Retirement Fund based on an actuarial calculation of each service's planned pension obligations, beginning with fiscal year 2021.
The House amendment contained no similar provision.
The House recedes with an amendment that would require the Secretary of Defense to deliver a report to the congressional defense committees detailing an implementation plan for the

WASHSTATEC013971

Senate-passed provision that would require service-specific contributions to the Military Retirement Fund.

The conferees note that requiring service-specific contributions to the Military Retirement Fund will provide valuable insight into the true costs of each military department's manpower. The current system of Military Retirement Fund contributions produces a disparity between the services. Those services with fewer personnel who reach full retirement eligibility, like the Marine Corps, contribute more to the Military Retirement Fund than needed to pay for retired marines' pensions. Meanwhile, those services that have larger numbers of personnel who reach full retirement eligibility, like the Air Force, effectively receive a discount on their Military Retirement Fund contributions.

As each service updates its overall force profile to support the National Defense Strategy and implements other reforms, like those to the Blended Retirement System, the conferees believe it is critical that senior leaders in the DOD accurately account for the fully-burdened life-cycle cost of each service's manpower plans.

*Report on food insecurity among members of the Armed Forces and their dependents (sec. 656)*

The House amendment contained a provision (sec. 602) that would amend section 402 of title 37, United States Code, to authorize the Secretary of Defense to pay a basic needs allowance to a qualified servicemember.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representative on food insecurity among members of the Armed Forces and their dependents.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Basic allowance for housing for a member without dependents when relocation would financially disadvantage the member*

The House amendment contained a provision (sec. 604) that would allow the Secretaries of the military departments discretionary authority to authorize a housing allowance based on the old homeport or permanent duty station for single members disadvantaged as a result of a unit's change of homeport or permanent duty station, as long as the member had orders returning to the previous homeport or duty station.

The Senate bill contained no similar provision.
The House recedes.
The conferees note, in general, the Navy plans ship homeport changes well in advance of the actual relocation occurring. In the same way, the Navy should also plan personnel movements related to homeport changes well in advance in order to minimize disruption to sailors. The conferees note that current law does not require Basic Allowance for Housing be based on a ship's homeport, and would encourage the Navy to work with the Department of Defense to develop a policy solution that provides the necessary authority.

*Annual adjustment of basic pay*

The House amendment contained a provision (sec. 607) that would require the adjustment in rates of monthly basic pay required by subsection (a) of section 1009 of title 37, United States Code, to take effect, notwithstanding any determination made by the President.
The Senate bill contained no similar provision.
The House recedes.

*Space-available travel on military aircraft for children and surviving spouses of members who die of hostile action or training duty*

The House amendment contained a provision (sec. 626) that would amend section 2641 of title 10, United States Code, to allow children meeting certain requirements and surviving spouses of members of the Armed Forces who die as a result of hostile action or training duty to use space-available travel.
The Senate bill contained no similar provision.
The House recedes.
The conferees note that section 2641b of title 10, United States Code, authorizes the space-available travel program and provides the Secretary of Defense with the ability to extend eligibility for the program to any category of individual the Secretary considers appropriate.  The conferees believe that space-available travel privileges should be extended to spouses and children of servicemembers who die in combat, if there is no impact on readiness or on the priority appropriately afforded to members of the armed forces on active duty and their families, in recognition of the demands of active military service and the need for respite from such demands. Accordingly, the conferees direct the Secretary to  report to the Committees on Armed Services of the Senate and the House of Representatives by no later than March 1, 2020, on the scope of the population

described in section 626 of the House bill, the obstacles in providing this population with space-available privileges, and whether an extension of this benefit to such population would interfere with the use of space-available travel by active duty members and their families, particularly on the most traveled routes.

*Report regarding management of military commissaries and exchanges*

The House amendment contained a provision (sec. 632) that would require the Secretary of Defense to submit a report to the congressional defense committees, not later than 180 days after the date of the enactment of this Act, regarding management practices of military commissaries and exchanges.
The Senate bill contained no similar provision.
The House recedes.

*Treatment of fees on services provided as supplemental funds for commissary operations*

The Senate bill contained a provision (sec. 642) that would amend section 2483(c) of title 10, United States Code, to authorize retention of fees collected on services provided to secondary patron groups, such as Department of Defense contractors living overseas, by the Defense Commissary Agency to offset commissary operating costs.
The Senate bill contained a provision (sec. 5642) that would cause section 642, and the amendment made by that section, to have no cause or effect.
The House amendment contained no similar provisions.
The Senate recedes.

# TITLE VII—HEALTH CARE PROVISIONS

## SUBTITLE A—TRICARE AND OTHER HEALTH CARE BENEFITS

*Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve (sec. 701)*

The House amendment contained a provision (sec. 703) that would amend section 1076d(a)(2) of title 10, United States Code, to modify eligibility for TRICARE Reserve Select for certain members of the Selected Reserve after December 31, 2029.

WASHSTATEC013974

The Senate bill contained no similar provision.
The Senate recedes.

*TRICARE payment options for retirees and their dependents (sec. 702)*

The Senate bill contained a provision (sec. 702) that would amend section 1099 of title 10, United States Code, to require that a premium owed by a member, former member, or dependent, eligible for medical and dental care under section 1074(b) or 1076 of such title, be withheld, to the maximum extent practicable, from the individual's retired, retainer, or equivalent pay. The provision would authorize the Secretary of Defense to determine the method and frequency of payment when circumstances prevent payment through an allotment from retired, retainer, or equivalent pay. The amendments in this provision would apply to health care coverage beginning on or after January 1, 2021.
The House amendment contained no similar provision.
The House recedes.

*Lead level screening and testing for children (sec. 703)*

The Senate bill contained a provision (sec. 703) that would require the Secretary of Defense to establish and disseminate clinical practice guidelines for health care providers in the military health system on screening, testing, and reporting of blood lead levels in children. The provision would require the Secretary to provide blood lead level test results to a child's parent or guardian, the State health department where the child resides, or the Centers for Disease Control and Prevention and the appropriate country if the child resides outside the United States. Finally, the provision would require the Secretary to submit a report to the congressional defense committees, not later than January 1, 2021, describing the number of children screened, tested, and treated for elevated blood lead levels during the period beginning on the date of the enactment of this Act and ending on the date of the report.
The House amendment contained a provision (sec. 704) that would amend section 1077 of title 10, United States Code, to prescribe certain times when a child should be screened and tested for elevated blood lead levels during well-baby care visits in military medical treatment facilities. The provision would require the Secretary to share test results similarly as prescribed in the Senate provision. In addition, the provision would require the Secretary to submit a similar report to the

same committees by the same date and to require the Comptroller General of the United States to submit a report to those committees, not later than January 1, 2022, on the effectiveness of screening, testing, and treating children for lead exposure and lead poisoning. Finally, the provision would require the Secretary to maintain records regarding military housing and lead-based paint.

The House recedes with a clarifying amendment.

*Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations (sec. 704)*

The House amendment contained a provision (sec. 705) that would amend sections 1145(a)(5) and 1074f(b)(2) of title 10, United States Code, to require the Secretary of Defense to ensure that periodic, separation, or deployment health assessments provided to servicemembers include an evaluation whether the member has been: (1) Based or stationed at a location where an open burn pit was used; and (2) Exposed to toxic airborne chemicals or contaminants, including any information recorded in the Airborne Hazards and Open Burn Pit Registry. The provision would require the Secretaries of Defense and Veterans Affairs to enter into a joint memorandum of understanding to share results of such assessments regarding a servicemember's exposure to toxic airborne chemicals or contaminants and to enroll such servicemember in the named registry unless the member elects not to enroll.

The Senate bill contained a similar provision (sec. 5702).
The Senate recedes.

*Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas (sec. 705)*

The Senate bill contained a provision (sec. 717) that would amend section 1074f of title 10, United States Code, to require the Department of Defense to include occupational or environmental health exposures during deployment in its medical tracking system. The provision would also require the Department to provide healthcare providers with questions to ask servicemembers about occupational or environmental health exposures during post-deployment health assessments and to ensure that the medical records of servicemembers include information on the external cause relating to a medical diagnosis of the member. Finally, the provision would require the Secretary of Defense to ensure that the Department's medical

personnel have access to information in the burn pit registry
maintained by the Department of Veterans Affairs.

The House amendment contained a similar provision (sec.
706).

The House recedes.

*Modifications to post-deployment mental health assessments for
members of the Armed Forces deployed in support of a contingency
operation (sec. 706)*

The House amendment contained a provision (sec. 707) that
would amend section 1074m(a)(1) of title 10, United States Code,
to modify the requirement for post-deployment mental health
assessments for servicemembers deployed in support of a
contingency operation. The provision would provide certain
exceptions to the timeline for the administration of mental
health assessments. In addition, the provision would amend
section 1074m(a)(1)(B) to eliminate the sunset for such
assessments during deployment.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Provision of blood testing for firefighters of Department of
Defense to determine exposure to perfluoroalkyl and
polyfluoroalkyl substances (sec. 707)*

The Senate bill contained a provision (sec. 704) that
would require the Secretary of Defense, beginning on October 1,
2020, to provide blood testing to determine and document
potential exposure to perfluoroalkyl and polyfluoroalkyl
substances for firefighters of the Department of Defense during
their annual physical exams.

The House bill contained a similar provision (sec. 708).

The House recedes.

## SUBTITLE B—HEALTH CARE ADMINISTRATION

*Modification of organization of military health system (sec.
711)*

The Senate bill contained a provision (sec. 711) that
would amend section 1073c of title 10, United States Code, to
make clarifying and technical amendments on the administration
of the Defense Health Agency and military medical treatment
facilities.

The House amendment contained no similar provision.

WASHSTATEC013977

The House recedes with a clarifying amendment.

Over the past four years, Congress has enacted several provisions designed to guide the Department of Defense in implementing a major reform of the military health system to make it more effective, efficient, and less costly. These enactments require replacement of the semi-autonomous Service-run components of the system with a single accountable organization, the Defense Health Agency, responsible for managing an integrated health care system that includes all military medical treatment facilities in the direct care system, with a sharper focus on military medical readiness, and the purchased care system, with an emphasis on maximum value and the attainment of better health outcomes for beneficiaries and the Department. Under this construct, the responsibility of the military departments is to recruit, retain, organize, and develop the military medical force and to make it available to combatant commands when needed to support military operations or otherwise to the Defense Health Agency. The conferees are aware of a lack of consensus in the Department on implementing the reforms required by law but see no reason to change direction. The conferees expect the Secretary of Defense to fully implement the law and to accomplish these critically important reforms expeditiously.

*Support by military health system of medical requirements of combatant commands (sec. 712)*

The Senate bill contained a provision (sec. 712) that would amend section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-332) to modify and clarify the military health system's support to the medical requirements of the combatant commands.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Requirements for certain prescription drug labels (sec. 713)*

The House amendment contained a provision (sec. 711) that would amend section 1074g of title 10, United States Code, to require the Secretary of Defense to ensure that drugs made available through facilities of the Armed Forces under the Secretary's jurisdiction shall include printed labels, on or within the drug package, which provide directions for the drug's use. The provision would require implementation within 90 days after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to ensure that such drugs include labels and other labeling in compliance with the requirements of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et seq.)

*Officers authorized to command Army dental units (sec. 714)*

The Senate bill contained a provision (sec. 723) that would amend section 7081(d) of title 10, United States Code, to authorize Army Medical Department officers to command Army dental units.

The House amendment contained a similar provision (sec. 712).

The Senate recedes.

*Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs (sec. 715)*

The House amendment contained a provision (sec. 713) that would amend section 1635(c) of the Wounded Warrior Act (title 16 of Public Law 110-181) to require improvements to the Interagency Program Office (IPO) of the Department of Defense and the Department of Veterans Affairs.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend the same statute to require certain improvements to the IPO. The provision would: (1) Describe the qualifications and authorities for the IPO's director and deputy director and outline the purposes of the IPO; (2) Require the Departments to enter into an agreement with an independent entity to evaluate certain implementation milestones of the Departments' electronic health record systems (EHRs); (3) Require the IPO to maintain a common configuration baseline for the Departments' EHRs; (4) Require the IPO to develop a comprehensive interoperability strategy; and (5) Require the IPO to consult annually with clinical staff and to conduct clinical and patient satisfaction surveys on the EHRs. Finally, the provision would require the IPO director to submit to the Secretaries an annual publicly available report from September 30, 2020, through 2024, on the activities of the office in the preceding year.

*Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program (sec. 716)*

The Senate bill contained a provision (sec. 714) that would amend section 705(c)(1) of the National Defense

WASHSTATEC013979

Authorization Act for Fiscal Year 2017 (Public Law 114-328) to
include overseas medical support contracts in the strategy to
improve the acquisition of managed care support contracts under
the TRICARE program.

The House amendment contained no similar provision.

The House recedes.

*Inclusion of blast exposure history in medical records of
members of the Armed Forces (sec. 717)*

The House amendment contained a provision (sec. 716) that
would require the Secretary of Defense, in coordination with the
service secretaries, to document blast exposure history in the
medical records of servicemembers. The provision would prescribe
the elements of a blast exposure history and would specify how
the Secretary should collect blast exposure information.
Finally, the provision would require the Secretary to submit a
report on the types of information in a blast exposure history
to the Committees on Armed Services of the Senate and the House
of Representatives not later than 1 year after the date of the
enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike
paragraph (c) of section 716 and define the type of blast
exposure incident that should be documented in a servicemember's
medical record.

*Comprehensive policy for provision of mental health care to
members of the Armed Forces (sec. 718)*

The House amendment contained a provision (sec. 717) that
would require the Secretary of Defense, acting through the Under
Secretary of Defense for Personnel and Readiness, to develop and
implement a comprehensive policy, within 180 days after the date
of the enactment of this Act, for the provision of mental health
care for servicemembers.

The Senate bill contained no similar provision.

The Senate recedes.

*Limitation on the realignment or reduction of military medical
manning end strength (sec. 719)*

The House amendment contained a provision (sec. 718) that
would prohibit the Secretary of Defense and the service
secretaries from realignment or reduction of military medical
end strength authorizations until each secretary concerned
conducts a review and analysis of the medical manpower

requirements of each military department under all national
defense strategy scenarios. The provision would require the
Secretary of Defense to submit a report to the Committees on
Armed Services of the Senate and the House of Representatives,
within 180 days of the date of the enactment of this Act, on
such realignments or reductions.  The provision would not apply
to billets, which have remained unfilled since October 1, 2018,
if such billets would not affect the provision of health care
services to servicemembers or covered beneficiaries.

The Senate bill had no similar provision.

The Senate recedes with an amendment that would modify the
exceptions on the limitation of the realignment or reduction of
military medical end strength authorizations.

*Strategy to recruit and retain mental health providers (sec. 720)*

The House amendment contained a provision (sec. 719) that
would require the Secretary of Defense to submit a report,
within 180 days of the date of the enactment of this Act, to the
congressional defense committees on the Department's strategy to
recruit and retain mental health providers.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Development of partnerships to improve combat casualty care for personnel of the Armed Forces (sec. 721)*

The House amendment contained a provision (sec. 720B) that
would require the Secretary of Defense, through the Joint Trauma
Education and Training Directorate, to develop partnerships by
October 1, 2020, with civilian academic centers and large
metropolitan teaching hospitals to improve combat casualty care
for servicemembers. The provision would require the Department
of Defense to establish such partnerships with level 1 civilian
trauma centers to train military physicians, including trauma
surgeons, to treat critically injured burn patients.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize
the Secretary to develop such partnerships.

*Modification to referrals for mental health services (sec. 722)*

The House amendment contained a provision (sec. 720C) that
would authorize the Secretary of Defense to refer a
servicemember for mental health services to a provider under the
TRICARE program if the Secretary cannot provide mental health

services in a military medical treatment facility to the member within 15 days on which the member first requests the services.
        The Senate bill contained no similar provision.
        The Senate recedes.

# SUBTITLE C—REPORTS AND OTHER MATTERS

*Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice (sec. 731)*

        The House amendment contained a provision (sec. 729) that would amend chapter 171 of title 28, United States Code, to authorize a claim against the United States for damages relating to personal injury or death of a servicemember arising out of a negligent or wrongful act or omission in the performance of medical, dental, or related health care functions provided at a military medical treatment facility by a person acting within the scope of the office or employment of that person by or at the direction of the United States government.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would amend chapter 163 of title 10, United States Code, to authorize the Secretary of Defense to allow, settle, and pay a claim against the United States for personal injury or death incident to the service of a member of the uniformed services that was the result of medical malpractice caused by a Department of Defense health care provider.

*Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund (sec. 732)*

        The Senate bill contained a provision (sec. 721) that would amend title XVII of the National Defense Authorization for Fiscal Year 2010 (Public Law 111-84) to make certain technical corrections to such title. Additionally, the provision would permit the James A. Lovell Federal Health Care Center to enter into personal services contracts to carry out healthcare responsibilities at the Center to the same extent and subject to the same conditions and limitations as in medical treatment facilities of the Department of Defense. Finally, the provision would extend the authority for the joint Department of Defense-Department of Veterans Affairs Demonstration Fund from September 30, 2020, to September 30, 2021.
        The House amendment contained no similar provision.
        The House recedes.

*Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine (sec. 733)*

The Senate bill contained a provision (sec. 722) that would amend subparagraph (C) of paragraph (1) of section 178(c) of title 10, United States Code, to authorize the appointment of a member of the council of the Henry M. Jackson Foundation for the Advancement of Military Medicine by currently serving members upon the expiration of the term of a member. The provision would also amend paragraph (2) of such section to repeal an obsolete authority establishing staggered terms of members of the council. The provision would not terminate or otherwise alter the appointment or term of service of council members serving on the date of the enactment of this Act.

The House amendment contained no similar provision.
The House recedes.

*Establishment of Academic Health System in National Capital Region (sec. 734)*

The Senate bill contained a provision (sec. 724) that would amend chapter 104 of title 10, United States Code, by inserting a new section to authorize the Secretary of Defense to establish an Academic Health System in the National Capital Region to integrate the healthcare, health professions education, and health research activities of the military health system in that region. The provision would authorize the Secretary to appoint employees of the Department of Defense to leadership positions in such system in addition to similar leadership positions for members of the Armed Forces. Moreover, the provision would authorize the Secretary to use the authorities under chapter 104 for the administration of the system.

The House amendment contained no similar provision.
The House recedes with a clarifying amendment.

*Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies (sec. 735)*

The Senate bill contained a provision (sec. 725) that would amend chapter 53 of title 10, United States Code, to authorize a licensed veterinary professional of the Department of Defense (DOD) to provide veterinary services in any state, the District of Columbia, and any territory or possession of the United States, if the services provided fall within the scope of authorized duties of the veterinary professional for the DOD.

The House amendment contained no similar provision.

The House recedes.

*Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund (sec. 736)*

The Senate bill contained a provision (sec. 726) that would amend section 8111(d)(3) of title 38, United States Code, to extend the authorization of the Department of Defense-Department of Veterans Affairs Health Care Sharing Incentive Fund to September 30, 2025.

The House amendment contained no similar provision.

The House recedes with an amendment that would authorize extension of the Fund to September 30, 2023.

*Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence (sec. 737)*

The Senate bill contained a provision (sec. 5703) that would preserve the resources of the Army Medical Research and Materiel Command (MRMC) as it realigns under the Defense Health Agency. The provision would require transfer to the Defense Health Program of all funding amounts available for such command upon the realignment. Additionally, the provision would require continuation of the Center of Excellence for Joint Biomedical Research, Development, and Acquisition Management for efforts undertaken under the Defense Health Program.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to maintain the resources of MRMC, including manpower and funding, at not less than the level of resources as of the date of the enactment of this Act until September 30, 2022.  Additionally, the provision would require transfer of funds available to MRMC for research, development, test, and evaluation for the Army to the Defense Health Program on October 1, 2022. Finally, the provision would require continuation of the center of excellence after September 30, 2022.

*Encouragement of participation in Women's Health Transition Training pilot program (sec. 738)*

The House amendment contained a provision (sec. 723) that would require the service secretaries to encourage female servicemembers, separating or retiring from the Armed Forces during fiscal year 2020, to participate in the Women's Health Transition Training Pilot Program administered by the Secretary

of Veterans Affairs. The provision would require the Secretary
of Defense, in consultation with the service secretaries, to
submit a report to the Committees on Armed Services and the
Committees on Veterans Affairs of the Senate and the House of
Representatives on the pilot program not later than September
30, 2020.
    The Senate bill contained no similar provision.
    The Senate recedes.

*National Guard suicide prevention pilot program (sec. 739)*

    The House amendment contained a provision (sec. 724) that
would authorize the Chief of the National Guard Bureau to
conduct a pilot program to expand suicide prevention and
intervention efforts at the community level through a mobile
application, which would enable a National Guard member to
receive prompt access to a behavioral health professional on a
smartphone, tablet computer, or other handheld mobile device.
    The Senate bill contained no similar provision.
    The Senate recedes with a clarifying amendment.

*Pilot program on civilian and military partnerships to enhance
interoperability and medical surge capability and capacity of
National Disaster Medical System (sec. 740)*

    The Senate bill contained a provision (sec. 727) that
would authorize the Secretary of Defense to conduct a pilot
program for no more than 5 years to establish partnerships with
public, private, and non-profit health care organizations,
institutions, and entities in collaboration with the Secretaries
of Veterans Affairs, Health and Human Services, Homeland
Security, and Transportation to enhance interoperability and
medical surge capability and capacity of the National Disaster
Medical System. Under this pilot, the Secretary of Defense would
establish these partnerships at no fewer than five major
aeromedical transport hub regions of the Department of Defense
in the United States. The provision would require the Secretary
of Defense to submit an initial report to the Committees on
Armed Services of the Senate and the House of Representatives,
not later than 180 days after commencement of the pilot program,
and a final report to the same committees within 180 days of the
completion of the program.
    The House amendment contained no similar provision.
    The House recedes with a clarifying amendment.

*Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense (sec. 741)*

The House amendment contained a provision (sec. 725) that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives, within 90 days of the date of the enactment of this Act and annually thereafter through January 31, 2021, on suicide among servicemembers during the preceding year of the report. The provision would prescribe the matters included in such reports.

The Senate bill contained a provision (sec. 5508) that would require the Comptroller General of the United States to submit a report to the same committees, within 240 days of the date of the enactment of this Act, on the programs and activities of the Department of Defense and Armed Forces for the prevention of suicide among servicemembers and their families.

The Senate recedes with a clarifying amendment that would include both provisions.

*Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information (sec. 742)*

The Senate bill contained a provision (sec. 728) that would amend section 734 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) to modify the requirements of the Longitudinal Medical Study on Blast Pressure Exposure on Members of the Armed Forces. The provision would require the Secretary of Defense to submit annual status reports on the study to the Committees on Armed Services of the Senate and the House of Representatives not later than January 1 of each year until completion of the study.

The House amendment contained no similar provision.

The House recedes with an amendment that would ensure data gathered from the study is interoperable and can be uploaded into the Department's electronic health record, MHS Genesis, or a successor system.  Additionally, the amendment would prescribe how the Secretary of Defense should collect blast exposure information on servicemembers.

*Study and plan on the use of military-civilian integrated health delivery systems (sec. 743)*

The House amendment contained a provision (sec. 726) that would require the Secretary of Defense to conduct a study on the

use of local military-civilian integrated health systems
pursuant to section 706 of the National Defense Authorization
Act for Fiscal Year 2017 (Public Law 114-328) and to submit a
report on the results of the study to the Committees on Armed
Services of the Senate and the House of Representatives within
180 days of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require
the Secretary to submit a plan for further development of the
use of local military-civilian integrated health systems by the
Department.

*Study on case management in the military health system (sec. 744)*

The House amendment contained a provision (sec. 727) that
would require the Secretary of Defense to conduct a study on the
effectiveness of case management practices at military medical
treatment facilities and to submit a report on the results of
the study to the Committees on Armed Services of the Senate and
the House of Representatives within 180 days of the date of the
enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require
the Secretary to include in the study an evaluation of the case
management and outreach provided by managed care support
contractors supporting the Defense Health Agency.

*Report on Global Health Security Strategy and the National Biodefense Security (sec. 745)*

The House amendment contained a provision (sec. 731) that
would require the Secretary of Defense to submit a report on the
implementation of the Global Health Security Strategy and the
National Biodefense Strategy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment to clarify the
appropriate congressional committees.

*Study on establishment of wounded warrior service dog program (sec. 746)*

The House amendment contained a provision (sec. 742) that
would require the Secretary of Defense to award grants to
nonprofit organizations to assist such organizations in
implementing programs to provide assistance dogs to covered
members of the military and veterans.

WASHSTATEC013987

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a study on the feasibility of establishing a wounded warrior service dog program.

*GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions (sec. 747)*

The House amendment contained a provision (sec. 744) that would require the Secretary of Defense to submit a report to the congressional defense committees identifying the number of medical providers employed by the Department of Defense who, before being employed by the Department, lost medical malpractice insurance coverage by reason of the insurer dropping the coverage.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Comptroller General of the United States to submit a report to the Committees on Armed Services of the Senate and the House of Representatives, not later than January 1, 2021, which would provide: (1) An assessment of the effectiveness of the quality assurance program of the Department in querying and monitoring the National Practitioner Data Bank; (2) A comparison of outcomes for military health system patients who may bring an action against the Federal government for negligence or medical malpractice and the outcomes for such patients who may not bring such an action; and (3) A comparison of the elements and average amounts of death and disability compensation that apply regardless of the underlying cause of death or disability with those elements and average amounts of settlements that result from medical malpractice litigation against the Federal government.

*Reports on Millennium Cohort Study relating to women members of the Armed Forces (sec. 748)*

The House amendment contained a provision (sec. 750) that would require the Secretary of Defense to submit annual reports to the appropriate congressional committees on the findings of the Millennium Cohort Study relating to the gynecological and perinatal health of female servicemembers participating in the study.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the matters included in the reports and require the Secretary to submit such reports to the Committees on Armed Services of the Senate and the House of Representatives within 180 days of the

date of the enactment of this Act and annually through January 1, 2022.

*Study on effects of sleep deprivation on readiness of members of the Armed Forces (sec. 749)*

The conference agreement includes a provision that would require the Secretary of Defense to conduct a study on the effects of sleep deprivation on the readiness of servicemembers and to submit a report to the Committees on Armed Services of the Senate and the House of Representatives within 270 days of the date of the enactment of this Act.

*Study and report on traumatic brain injury mitigation efforts (sec. 750)*

The conference agreement includes a provision that would require the Secretary of Defense to conduct a meta-analysis of evidence-based traumatic brain injury (TBI) mitigation efforts by the Department of Defense, related Federal agency partners, and efforts discussed in academic literature, which demonstrate best clinical effectiveness in the treatment of TBI. The Secretary would submit a report on the results of the study to the Committees on Armed Services of the Senate and the House of Representatives within 270 days of the date of the enactment of this Act.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Contraception coverage parity under the TRICARE program*

The Senate bill contained a provision (sec. 701) that would amend sections 1074d(b)(3), 1075(c), 1075a(b), and 1074g(a)(6) of title 10, United States Code, to require coverage of contraception services for covered beneficiaries under the TRICARE program. The provision would prohibit cost-sharing for any method of contraception provided by a network provider under TRICARE Select or a provider under TRICARE Prime. Additionally, a beneficiary would pay no cost-share for any prescription contraceptive on the uniform formulary that is provided by a network retail pharmacy provider or the mail-order pharmacy program. The effective date of this provision would be January 1, 2020.

The Senate bill contained a provision (sec. 5701) that would cause the amendments made by section 701 to take effect on January 1, 2030.

The House amendment contained a provision (sec. 701)
similar to Senate section 701.
The House and Senate recede.


*Medical services at military medical treatment facilities for
sexual assault survivors*

The House amendment contained a provision (sec. 702) that
would amend Chapter 55 of title 10, United States Code, to
require the Secretary of Defense to furnish certain information
and assistance on pregnancy prevention to sexual assault
survivors at each military medical treatment facility.
The Senate bill contained no similar provision.
The House recedes.

*Inclusion of infertility treatments for members of the uniformed
services*

The House amendment contained a provision (sec. 709) that
would authorize infertility treatments for uniformed services
members and their spouses under section 1074(a) of title 10,
United States Code.
The Senate bill contained no similar provision.
The House recedes.

*Authorization of appropriations for TRICARE lead screening and
testing for children*

The House amendment contained a provision (sec. 710) that
would authorize appropriations for TRICARE lead screening and
testing for children.
The Senate bill contained no similar provision.
The House recedes.

*Tours of duty of commanders or directors of military treatment
facilities*

The Senate bill contained a provision (sec. 713) that
would require the Secretary of Defense, not later than January
1, 2021, to establish a minimum length of 4 years for tours of
duty, with limited exceptions, for commanders or directors of
military treatment facilities to ensure greater stability in
health system executive management at each facility and
throughout the military health system.
The House amendment contained no similar provision.

The Senate recedes.

*Comprehensive enterprise interoperability strategy for the Armed Forces and the Department of Veterans Affairs*

The House amendment contained a provision (sec. 714) that would require the Secretaries of Defense and Veterans Affairs jointly to develop and implement a comprehensive enterprise interoperability strategy and to submit such strategy to the appropriate congressional committees within 180 days after the date of the enactment of this Act. Subsequently, the Secretaries would provide an update to the strategy to the same committees not later than December 31, 2024.

The Senate bill contained no similar provision.

The House recedes.

The conferees included the intent of this provision in a separate provision that focuses on improvements to the Interagency Program Office of the Departments of Defense and Veterans Affairs.

*Demonstration of interoperability milestones*

The House amendment contained a provision (sec. 715) that would require the Interagency Program Office (IPO) of the Departments of Defense and Veterans Affairs to enter into an agreement with an independent entity to conduct an evaluation of interoperability, functionality, and seamless health care within the Departments' electronic health record systems by determining if the Departments have met certain prescribed milestone timelines. The IPO would then submit a report to the appropriate congressional committees detailing the evaluation, methodology for testing, and findings for each such milestone. The provision would also require the IPO to: (1) Maintain and continually evaluate a common system configuration baseline; (2) Obtain regular consultations from clinicians using the electronic health record systems; and (3) Conduct clinician and patient satisfaction surveys. Finally, the provision would require the IPO to submit annual reports on such matters to the same committees.

The Senate bill contained no similar provision.

The House recedes.

The conferees included the intent of this provision in a separate provision that focuses on improvements to the IPO of the Departments of Defense and Veterans Affairs.

*Establishment of regional medical hubs to support combatant commands*

The Senate bill contained a provision (sec. 715) that would require the Secretary of Defense, not later than October 1, 2022, to establish up to four regional medical hubs, consistent with section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), to support the operational medical requirements of the combatant commands. Under this provision, each regional hub would include a major military medical center to provide complex, specialized medical services in that region. The regional medical center would be geographically located to maximize medical support to combatant commands. The provision would authorize the Secretary to establish or maintain additional medical centers in locations with large beneficiary populations or locations that serve as the primary readiness platforms of the Armed Forces.

The House amendment contained no similar provision.

The Senate recedes.

*Monitoring of adverse event data on dietary supplement use by members of the Armed Forces*

The Senate bill contained a provision (sec. 716) that would require the Secretary of Defense to modify the Department's electronic health record (EHR) system to include data regarding use of dietary supplements by members of the Armed Forces and any adverse events associated with such use. The provision would also require the Secretary to educate healthcare providers in the military health system on the importance of including adverse event data in the EHR and reporting those data to the Food and Drug Administration.

The House amendment contained no similar provision.

The Senate recedes.

*Monitoring medication prescribing practices for the treatment of post-traumatic stress disorder*

The House amendment contained a provision (sec. 720) that would require the Secretary of Defense to submit a report, within 180 days of the date of the enactment of this Act, to the Committees on Armed Services of the Senate and the House of Representatives on the practices for prescribing medication for post-traumatic stress disorder (PTSD), which were inconsistent with Department of Defense (DOD)-Department of Veterans Affairs (VA) guidelines from the period January 1, 2012, through December 31, 2017.

The Senate bill contained no similar provision.

The House recedes.

The conferees recognize the importance of clinical practice guidelines for prescribing medications for PTSD and strongly encourage medical providers of the DOD and VA to adhere to such guidelines.

*Maintenance of certain medical services at military medical treatment facilities at service academies*

The House amendment contained a provision (sec. 720A) that would amend section 1073d of title 10, United States Code, to require the Secretary of Defense to ensure that each military medical treatment facility located at a military service academy provides certain covered medical services unless the Secretary determines that a civilian medical facility located within 5 miles from such academy provides that covered medical service.
The Senate bill contained no similar provision.
The House recedes.

*Establishment of military dental research program*

The House amendment contained a provision (sec. 721) that would amend chapter 104 of title 10, United States Code, to authorize the Secretary of Defense to establish a military dental research program at the Uniformed Services University of the Health Sciences.
The Senate bill contained no similar provision.
The House recedes.

*Pilot program on cryopreservation and storage*

The House amendment contained a provision (sec. 722) that would require the Secretary of Defense to establish a pilot program to provide not more than 1,000 Active-Duty servicemembers with the opportunity to cryopreserve and store their gametes prior to deployment to a combat zone.
The Senate bill contained no similar provision.
The House recedes.

*Study on infertility among members of the Armed Forces*

The House amendment contained a provision (sec. 728) that would require the Secretary of Defense to submit a study on the incidence of infertility among active and reserve component servicemembers to the Committees on Armed Services of the Senate and the House of Representatives not later than 180 days after the date of the enactment of this Act.
The Senate bill contained no similar provision.

The House recedes.

The conferees note a requirement in the Senate Report accompanying S. 1790 (S. Rept. 116-48) of the National Defense Authorization Act for Fiscal Year 2020, that the Secretary of Defense provide a similar report to the Committees on Armed Services of the Senate and the House of Representatives by June 1, 2020.

*Study on extending parent's level of TRICARE health coverage to newborn child*

The House amendment contained a provision (sec. 730) that would require the Secretary of Defense to conduct a study on extending a parent's level of TRICARE coverage to the newborn child of the parent and to submit a report on the study to the congressional defense committees within 120 days of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

*Report on mental health assessments*

The House amendment contained a provision (sec. 732) that would require the Comptroller General of the United States to submit to the Committees on Armed Services and Veterans Affairs of the Senate and the House of Representatives, within 1 year after the date of the enactment of this Act, a publicly available report on the Department of Defense's implementation of section 1074n of title 10, United States Code.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the January 11, 2019, receipt of the Department of Defense's annual report on mental health assessments required by section 701 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291). In that report, the Department described the tools and processes used to provide annual mental health assessments and also provided certain recommendations to improve monitoring and reporting the number of servicemembers: (1) Who receive mental health assessments; (2) Who get referrals for mental health care; and (3) Who receive care from those referrals. The conferees anticipate receipt and review of the annual report in 2020 to understand how the Department has implemented its recommendations provided in the 2019 report.

*Study and report on mental health assessments for members of the Armed Forces deployed in support of a contingency operation*

The House amendment contained a provision (sec. 733) that would require the service secretaries to conduct a study on mental health assessments provided to servicemembers deployed in connection with a contingency operation and to submit a report containing the results of the study to the congressional defense committees within 180 days of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

The conferees stress the importance of providing mental health assessments to servicemembers in accordance with section 1074m of title 10, United States Code, and direct the service secretaries to ensure accomplishment of those assessments for those servicemembers. Additionally, the conferees expect that all servicemembers demonstrating mental health signs or symptoms will receive rapid referral for evaluation and treatment by the appropriate mental health providers.

*Education on family planning for members of the Armed Forces*

The House amendment contained a provision (sec. 734) that would require the Secretary of Defense, in conjunction with the Secretary of the Department in which the Coast Guard is operating, to establish a uniform standard curriculum for servicemembers' family planning education programs within 1 year of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

*Funding for CDC ATSDR PFAS health study increment*

The House amendment contained a provision (sec. 735) that would increase funding for the CDC ATSDR PFAS health study increment.

The Senate bill contained no similar provision.

The House recedes.

*Sense of the House of Representatives on increasing research and development in bioprinting and fabrication in austere military environments*

The House amendment contained a provision (sec. 736) that would express the sense of the House of Representatives that the Defense Health Agency should take appropriate actions to focus on research and development in bioprinting and fabrication in austere environments.

The Senate bill contained no similar provision.

WASHSTATEC013995

The House recedes.

*Increased collaboration with NIH to combat triple negative breast cancer*

The House bill contained a provision (sec. 737) that would require the Department of Defense to work in collaboration with the National Institutes of Health to identify specific biomarkers and to provide information useful in drug discovery and clinical trials design to combat triple negative breast cancer.

The Senate bill contained no similar provision.
The House recedes.

*Funding for post-traumatic stress disorder*

The House amendment contained a provision (sec. 738) that would increase Defense Health Program funding for post-traumatic stress disorder.

The Senate bill contained no similar provision.
The House recedes.

*Study on readiness contracts and the prevention of drug shortages*

The House amendment contained a provision (sec. 739) that would require the Secretary of Defense to conduct a study on the effectiveness of readiness contracts managed by the Customer Pharmacy Operations Center of the Defense Logistics Agency in meeting the Department's drug requirements. The study would include an analysis to determine how the contractual approach to manage military health care drug shortages could serve as a model for responding to drug shortages in the civilian health care market.

The Senate bill contained no similar provision.
The House recedes.

*Update of Department of Defense regulations, instructions, and other guidance to include gambling disorder*

The House amendment contained a provision (sec. 740) that would require the Secretary of Defense, within 180 days of the date of the enactment of this Act, to consult with the service secretaries and update all regulations, instructions, and other guidance of the Department with respect to behavioral health to explicitly include gambling disorder.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the requirement in section 733 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) for the Secretary of Defense to incorporate medical screening questions related to gambling disorder in periodic health assessments and surveys of military personnel. With this requirement, the Secretary must submit a report to the Committees on Armed Services of the Senate and the House of Representatives on the findings of the assessments or surveys in connection with the prevalence of gambling disorder among servicemembers. Until the committees receive this report, the conferees believe it is premature to require updates to the Department's regulations, instructions, or other guidance on gambling disorder.

*Findings on musculoskeletal injuries*

The House amendment contained a provision (sec. 741) that would express certain findings on musculoskeletal injuries of Active-Duty servicemembers.

The Senate bill contained no similar provision.

The House recedes.

*National Capital Consortium Psychiatry Residency Program*

The House amendment contained a provision (sec. 743) that would express a sense of Congress on the National Capital Consortium Psychiatry Residency Program.

The Senate bill contained no similar provision.

The House recedes.

*Pilot program on partnerships with civilian organizations for specialized surgical training*

The House amendment contained a provision (sec. 746) that would require the Secretary of Defense to conduct a pilot program to establish one or more partnerships with public, private, and non-profit organizations and institutions to provide short-term specialized surgical training to advance the medical skills and capabilities of military medical providers.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Senate Report accompanying S. 1790 (S. Rept. 116-48) of the National Defense Authorization Act for Fiscal Year 2020 encourages the Secretary of Defense to conduct a pilot program to assess the feasibility and

advisability of partnerships to advance the skills and capabilities of such providers.

*Report on research and studies regarding health effects of burn pits*

The House amendment contained a provision (sec. 747) that would require the Secretary of Defense to submit a report to the congressional defense committees and the Committees on Veterans Affairs of the Senate and the House of Representatives on the status, methodology, and culmination timeline of all the research and studies being conducted to assess the health effects of burn pits.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the numerous research studies on the health effects of burn pits and encourage the Departments of Defense and Veterans Affairs to continue their efforts to study the long-term health effects of exposure to harmful toxins in burn pits.

*Training on health effects of burn pits and other airborne hazards*

The House amendment contained a provision (sec. 748) that would require the Secretary of Defense to provide mandatory training to all medical providers in the Department on the potential health effects of burn pits and other airborne hazards and the early detection of those effects.

The Senate bill contained no similar provision.

The House recedes.

The conferees remain concerned regarding the negative health effects to servicemembers from exposure to burn pits and other airborne hazards. The conferees encourage the Departments of Defense and Veterans Affairs to develop jointly a clinical practice guideline on exposure to airborne environmental hazards, which would optimize patient care to servicemembers and veterans exposed to such hazards.

*Report on operational medical and dental personnel requirements*

The House amendment contained a provision (sec. 749) that would require the Secretary of Defense to submit a report to the congressional defense committees, not later than January 1, 2021, on the operational medical and dental personnel requirements of the Department.

The Senate bill contained no similar provision.

The House recedes.

*Partnerships with academic health centers*

The House amendment contained a provision (sec. 751) that would require the Assistant Secretary of Defense for Health Affairs to establish a University Affiliated Research Center and to partner with academic health centers to focus on research to address the unique challenges of wounded warriors.
The Senate bill contained no similar provision.
The House recedes.

*Study on use of routine neuroimaging modalities in diagnosis, treatment, and prevention of brain injury due to blast pressure exposure during combat and training*

The House amendment contained a provision (sec. 752) that would require the Secretary of Defense to conduct a study on the feasibility and effectiveness of the use of routine neuroimaging modalities in diagnosis, treatment, and prevention of brain injuries among servicemembers due to blast pressure exposures during combat and training.
The Senate bill contained no similar provision.
The House recedes.

# TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS

## SUBTITLE A—ACQUISITION POLICY AND MANAGEMENT

*Authority for continuous integration and delivery of software applications and upgrades to embedded systems (sec. 800)*

The Senate bill contained a provision (sec. 852) that would require the Secretary of Defense to establish initial guidance, not later than 180 days after the enactment of this Act, authorizing the use of special pathways for the rapid acquisition of software applications and upgrades that are intended to be fielded within 1 year. These new pathways would prioritize continuous integration and delivery of working software in a secure manner and prioritize continuous oversight from automated analytics.
The House amendment contained a similar provision (sec. 801).

The House recedes with amendments that would modify the timeline for developing the guidance; allow for the use of one or more pathways; clarify that first fielding of capability for operational use shall occur within one year of the date funds are first obligated for software development; and direct a report on use of the authority and recommendations for any changes to statute by October 15, 2020.

The conferees commend the Under Secretary of Defense for Acquisition and Sustainment's commitment to adopting the recommendations of the Defense Innovation Board. The conferees emphasize that the ability to deliver meaningful capability for operational use within one year is foundational to the establishment of this authority and associated procedures. The conferees remind the Department that delivery of increments of useful software capability no less frequently than every six months is not only a best practice for software-intensive systems but it has also been a standing government-wide requirement for years. Overcoming the Department's institutional and cultural resistance to delivering in a year or less requires ruthless prioritization of features, which hinges on more effective cooperation among stakeholders. The conferees also believe that cost estimation and assessment and program evaluation methods are critical to well-informed program oversight, and note that, for software initiatives, such approaches remain nascent. The conferees therefore direct the Director, Cost Assessment and Program Evaluation, in coordination with the Defense Digital Service and the directors of developmental test and operational test and evaluation, to incorporate lessons learned from the implementation of sections 873 and 874 of the National Defense Authorization Act for Fiscal Year 2018, and sections 215 and 869 of the National Defense Authorization Act for Fiscal Year 2019 in the development of guidance and oversight procedures for managing, estimating, and assessing software programs. First, the conferees remind the Department of flexibility already written into its directive and instruction that the milestone decision authority and program managers "shall tailor program strategies and oversight, including documentation of program information, acquisition phases, the timing and scope of decision reviews, and decision levels, to fit the particular conditions of that program, consistent with applicable laws and regulations and the time sensitivity of the capability need." Accordingly, the conferees also remind the Department that the use of source lines of code, or "SLOC", to estimate or to measure productivity, is inadequate, inappropriate, and can be detrimental in incentivizing bad code design. As such, the conferees encourage the Department to implement the recommendations on software

metrics in the Defense Innovation Board Software Acquisition and
Practices Study. Finally, the conferees request a briefing no
later than March 30, 2020 from the Joint Staff on how the JCIDS
process can be updated to accommodate more flexibility given the
iterative and ever-changing nature of present-day acquisition of
software.

*Pilot program on intellectual property evaluation for
acquisition programs (sec. 801)*

The Senate bill contained a provision (sec. 801) that
would permit the Secretary of Defense and the Secretaries of the
military departments to jointly carry out a pilot program to
assess mechanisms to evaluate intellectual property in
acquisition programs.
The House amendment contained a similar provision (sec.
861(b)).
The House recedes with an amendment which clarifies the
selection of programs and activities to be carried out under the
pilot.

*Pilot program to use alpha contracting teams for complex
requirements (sec. 802)*

The Senate bill contained a provision (sec. 802) that
would require the Secretary of Defense to establish a pilot
program to use third-party industry, academia, or not-for-profit
technical organizations as part of alpha contracting teams for
complex technical requirements for services.
The House amendment contained no similar provision.
The House recedes.
The conferees note that this construct revives in a modern
context the "alpha contracting" concept that is more than a
decade old. Further, it brings together all government personnel
involved in the functions that support acquisition actions, to
include contracting staff as well as technical staff, operators,
and cost personnel. This is intended to ensure that technical
requirements are appropriately valued and that the most
effective acquisition strategy to achieve these requirements is
identified.

*Failure to provide other than certified cost or pricing data
upon request (sec. 803)*

The House amendment contained a provision (sec. 803) that
would modify section 2306a of title 10, United States Code, to
revise the conditions under which the Department of Defense

WASHSTATEC014001

requires offerors to provide certain data. Specifically, in a
case where the head of contracting activity determines the
Department is the only buyer of certain commercial items, it
introduces a new requirement for those offerors to provide cost
or pricing data. Further, in a case where the Department of
Defense is determining whether a sole-source offeror's price is
reasonable, the provision would direct the Secretary of Defense
to require that offeror to provide other than certified cost or
pricing data. The provision would further direct the Defense
Contract Management Agency to propose which commercial products
require should-cost analysis before award.

   The House amendment contained a another provision (sec.
804) that would modify section 2306a(c) of title 10, United
States Code, and section 3504 of title 41, United States Code,
to give contracting officers, instead of the head of the
procuring activity, the discretion to request certified cost or
pricing data in cases where, although not required, the
contracting officer deems it necessary to determine price
reasonableness. The provision would further add commercial items
to the list of products where contracting officers may request
such data.

   The Senate bill contained no similar provision.

   The Senate recedes with an amendment that would combine
the two provisions, to instead modify section 2306a(d) of title
10, United States Code, to specify that offerors who do not make
a good faith effort to comply with a contracting officer's
reasonable requests for data other than certified cost or
pricing data are ineligible for award. The amendment would also
direct contracting officers, when determining whether an
offeror's price is fair and reasonable, to not base that
assessment solely on the historical prices paid by the
government. The amendment would further add a requirement for
the Under Secretary of Defense for Acquisition and Sustainment
to identify and report those offerors who denied multiple such
requests and nonetheless received awards, as part of assessing
whether to conduct should-cost analysis on such products in the
future.

*Comptroller General report on price reasonableness (sec. 804)*

   The House amendment contained a provision (sec. 805) that
would require the Comptroller General of the United States to
submit a report not later than March 31, 2021, to the
congressional defense committees, the House Committee on
Oversight and Reform, and the Senate Committee on Homeland
Security and Governmental Affairs on the efforts of the

WASHSTATEC014002

Department of Defense to obtain cost and pricing data for sole source contracts for spare parts.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Limitation on transfer of funds related to cost overruns and cost underruns (sec. 805)*

The House amendment contained a provision (sec. 814) that would repeal an annual requirement for the Secretary of each military department to pay penalties for cost overruns on major defense acquisition programs, which were then credited to the Rapid Prototyping Fund.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would make the repeal effective beginning in fiscal year 2020.

*Standardizing data collection and reporting on use of source selection procedures by Federal agencies (sec. 806)*

The House amendment contained a provision (sec. 829) that would amend section 813 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) and section 880 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to repeal the requirements for the Comptroller General of the United States to provide annual reports on the government's use of lowest price technically acceptable (LPTA) source selection procedures. The provision would also require revising the Federal Procurement Data System (FPDS) to capture more data on the use of lowest price technically acceptable procedures.

The Senate bill contained no similar provision.

The Senate recedes.

*Department of Defense use of fixed-price contracts (sec. 807)*

The Senate bill contained a provision (sec. 806) that would require the Under Secretary of Defense for Acquisition and Sustainment to review how the Department of Defense uses fixed-price contracts, including fixed-price incentive contracts, to support acquisition objectives and brief the congressional defense committees not later than February 1, 2020. The provision would further require the Comptroller General of the United States to submit a report on the Department's use of fixed-price contracts over time no later than February 1, 2021. This provision would also delay the implementation of

WASHSTATEC014003

regulations requiring the use of fixed-price contracts for foreign military sales until after 2020.

The House amendment contained no similar provision.

The House recedes.

*Repeal of continuation of data rights during challenges (sec. 808)*

The House amendment contained a provision (sec. 812) that would repeal section 866 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), pertaining to revisions of authority for the government to use non-commercial technical data during a period of challenge, in an agency Board of Contract Appeals, or the U.S. Court of Federal Claims under certain circumstances.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees understand that the Under Secretary of Defense for Acquisition and Sustainment is working with industry to address possible policy modifications related to technical data rights and their disposition during challenges. The conferees encourage the Under Secretary of Defense for Acquisition and Sustainment to continue these engagements and keep the Congress informed of progress with respect to these matters.

*Repeal of authority to waive acquisition laws to acquire vital national security capabilities (sec. 809)*

The House amendment contained a provision (sec. 813) that would repeal section 806 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), which allowed the Secretary of Defense to waive any provision of acquisition law or regulation in certain circumstances.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees note that the Department did not use the waiver.

*Repeal of the Defense Cost Accounting Standards Board (sec. 810)*

The House amendment contained a provision (sec. 834) that would repeal section 190 of title 10, United States Code.

The Senate bill contained no similar provision.

The Senate recedes.

# SUBTITLE B—AMENDMENTS TO GENERAL CONTRACTING AUTHORITIES, PROCEDURES, AND LIMITATIONS

*Modification of Director of Operational Test and Evaluation report (sec. 815)*

The Senate bill contained a provision (sec. 805) that would amend section 139(h) of title 10, United States Code, to require the Director of Operational Test and Evaluation to solicit comments from the Secretaries of the military departments for inclusion in the Director's annual report to Congress, retaining the Director's discretion to issue the report without comments if they are not timely. This provision does not change or alter any Director of Operational Test and Evaluation authorities.

The House amendment contained a similar provision (sec. 252) that would amend section 139(h) of title 10, United States Code, to change the sunset date pertaining to the same annual report.

The House recedes with an amendment that would extend the sunset date through January 31, 2025.

*Modification of written approval requirement for task and delivery order single contract awards (sec. 816)*

The Senate bill contained a provision (sec. 803) that would  amend section 2304a(d)(3) of title 10, United States Code, to eliminate the requirement that single award task or delivery order contracts over $100.0 million receive additional approval when already authorized under one of the exceptions to full and open competition.

The House amendment contained no similar provision.

The House recedes.

*Responsibility for data analysis and requirements validation for services contracts (sec. 817)*

The House amendment contained a provision (sec. 825) that would amend section 2329 of title 10, United States Code, to specify that the Secretary of Defense act through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation to annually collect data on the amount contracted for services procured by the Department of

WASHSTATEC014005

Defense, which would be included in the Future Years Defense Program submitted to Congress.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

The conferees note that Senate Report 116-48 accompanying S. 1790 directs the Secretary of Defense, in consultation with the Chief Management Officer, the Under Secretary of Defense for Acquisition and Sustainment, and the Secretaries of the military departments, to identify updated approaches for overseeing service contracts and address how these will support the oversight, data analytics, and outcome measures specified in section 2329 of title 10, United States Code. The Senate Report further directs the Department to leverage the expertise of the Chief Data Officer, to ensure that the approaches identified align with and support the Department's analytic capabilities. The conferees direct the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation to coordinate with the parties identified as they carry out the efforts specified in Senate Report 116-48.

*Documentation of market research related to commercial item determinations (sec. 818)*

The Senate bill contained two provisions (sec. 809 and sec. 5802) that would amend section 2377(c) of title 10, United States Code, and section 3307(d) of title 41, United States Code, respectively, to require that market research for commercial products and services be documented in a manner appropriate to the size and complexity of the acquisition.

The House amendment contained no similar provision.

The House recedes.

*Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects (sec. 819)*

The House amendment contained a provision (sec. 826) that would amend section 2371b of title 10, United States Code, to add a requirement for the Secretary of Defense to report annually to the congressional defense committees on the use other transaction authority.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would revise section 873 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-323) to extend the requirement to 2023 and require data on the use of other

WASHSTATEC014006

transactions are accessible to any official designated by the
Secretary of Defense.

*Notification of Navy procurement production disruptions (sec.
820)*

The Senate bill contained a provision (sec. 861) that
would require the Secretary of the Navy to require prime
contractors of any Navy procurement program to report, within 15
calendar days of any contractor or subcontractor stop work order
or within 15 days of a contractor or subcontractor manufacturing
disruption that has lasted 15 calendar days, to the respective
program manager and Navy technical authority.
The House amendment contained no similar provision.
The House recedes with an amendment that would limit such
notifications to programs procured with funds from the
Shipbuilding and Conversion, Navy and Other Procurement, Navy
accounts.
The conferees direct the Secretary to submit a report to
the congressional defense committees not later than 60 days
after the date of enactment of this Act that details the plan to
implement this provision as soon as possible.

*Modification to acquisition authority of the Commander of the
United States Cyber Command (sec. 821)*

The Senate bill contained a provision (sec. 862) that
would modify section 807 of the National Defense Authorization
Act for Fiscal Year 2016 (Public Law 114-92), which established
the acquisition authority of the Commander of U.S. Cyber
Command, to change the applicability of the annual limit to new
contract efforts.
The House amendment contained no similar provision.
The House recedes with a technical and clarifying
amendment.

*Extension of Never Contract With the Enemy (sec. 822)*

The Senate bill contained a provision (sec. 834) that
would extend the Never Contract With the Enemy program through
2023 and would provide for various expansions, including the
contracts covered and the authorities of the combatant commands
to mitigate threats posed by vendors supporting operations
outside the United States.
The House amendment contained no similar provision.
The House recedes with an amendment that maintains only
the program extension through 2023.

*Modification of justification and approval requirement for certain Department of Defense contracts (sec. 823)*

The Senate bill contained a provision (sec. 842) that would revise authorities relating to Department of Defense approval of certain sole source awards to 8(a) firms, which include tribes, Alaska Native, and Hawaiian firms. Specifically, the threshold for requiring justification and approval would be increased to $100.0 million and the approving authority would be the head of procuring activity or a designee. The provision would also require the Department to collect data and the Comptroller General of the United States to report to the congressional defense committees on the impact of the provision.

The House amendment contained a similar provision (sec. 830).

The House recedes with an amendment that clarifies details of the Comptroller General review.

*Extension of sunset relating to Federal Data Center Consolidation Initiative (sec. 824)*

The House amendment contained a provision (sec. 895) that would extend the sunset date of the Federal Data Center Consolidation Initiative established in section 834 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) from October 1, 2020, to October 1, 2022.

The Senate bill contained no similar provision.

The Senate recedes.

*Pilot program to accelerate contracting and pricing processes (sec. 825)*

The Senate bill contained a provision (sec. 807) that would amend a pilot established in section 890 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232). That law authorized the Secretary of Defense to reform and accelerate the contracting and pricing processes for 10 programs on a pilot basis. The amendment would remove the 10-program limitation and would delay the program's sunset from January 2, 2021, to January 2, 2022.

The House amendment contained no similar provision.

The House recedes.

*Uniformity in application of micro-purchase threshold to certain task or delivery orders (sec. 826)*

The House amendment contained a provision (sec. 899I) that would amend section 4106(c) of title 41, United States Code, to replace $2,500 with the micro-purchase threshold.

The Senate bill contained no similar provision.

The Senate recedes.

*Requirement for cost estimates on models of commercial e-commerce portal program (sec. 827)*

The House amendment contained a provision (sec. 891) that would direct the Administrator of General Services to establish a five-year program to test each of the three models of commercial e-commerce portals before awarding a final contract to a provider.

The Senate bill contained no similar provision.

The Senate recedes with amendments that replace the requirement for a five-year test program with a requirement for cost estimates, and directs that the estimates be submitted within a year after the first contracts are awarded under the program.

In implementing this section, the conferees do not intend to require the Administrator to provide independent government cost estimates, but rather a range of potential costs or a general order of magnitude for each model.

# SUBTITLE C—PROVISIONS RELATING TO MAJOR DEFENSE ACQUISITION PROGRAMS

*Modification of requirements for reporting to Congress on certain acquisition programs (sec. 830)*

The House amendment contained a provision (sec. 893) that would exclude the selected acquisition reports required by section 2432 of title 10, United States Code, from the reports that will sunset under section 1080 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92). The provision would also require the Secretary of Defense to propose an alternative for reporting the status of major defense acquisition programs and other acquisition activities that would include information on cybersecurity tests, software development metrics, and quality metrics for software.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require selected acquisition reports for any defense program estimated to require a total expenditure of more than $300.0 million for research, development, test and evaluation or a total

expenditure of more than $1,800.0 million for procurement
through fiscal year 2021 and that would clarify the requirement
for the Secretary of Defense to report on alternatives models
and thresholds for congressional reporting on acquisition
programs.

*Pilot program to streamline decision-making processes for weapon
systems (sec. 831)*

     The Senate bill contained a provision (sec. 808) that
would require the service acquisition executive for each
military department to recommend at least one major defense
acquisition program to participate in the pilot program to
streamline decision-making processes not later than February 1,
2020.
     The House amendment contained no similar provision.
     The House recedes with a technical amendment.
     The conferees direct the Under Secretary of Defense for
Acquisition and Sustainment to brief the congressional defense
committees not later than May 1, 2020, on the acquisition
programs selected for the pilot program, the associated action
plans and timelines for each program, and the manner in which
each program conforms to the required elements of the pilot
program.

*Analysis of alternatives pursuant to materiel development
decisions (sec. 832)*

     The Senate bill contained a provision (sec. 5803) that
would require updated guidance for analyses of alternatives
conducted pursuant to a materiel development decision for a
major defense acquisition program, to include requiring that
studies are completed within nine months; establishing
procedures to waive this requirement on a case-by-case basis;
and reporting late studies or the use of the waiver to
congressional defense committees.
     The House amendment contained no similar provision.
     The House recedes with an amendment that would direct the
Under Secretary of Defense for Acquisition and Sustainment to
assess how the Department conducts analyses of alternatives.

*Naval vessel certification required before Milestone B approval
(sec. 833)*

     The Senate bill contained a provision (sec. 821) that
would require a certification of compliance with section 8669b

of title 10, United States Code, for naval vessel programs prior
to Milestone B approval.

 The House amendment contained no similar provision.

 The House recedes.

# SUBTITLE D—PROVISIONS RELATING TO THE ACQUISITION SYSTEM

*Extramural acquisition innovation and research activities (sec. 835)*

 The House amendment contained a provision (sec. 861(l))
that would amend chapter 97 of title 10, United States Code, to
establish an academic center for acquisition innovation at the
Naval Postgraduate School to provide decision-makers with
academic analyses and policy alternatives for innovating the
defense acquisition system.

 The Senate bill contained no similar provision.

 The Senate recedes with an amendment that would direct the
Secretary of Defense to establish extramural acquisition
innovation and research activities to include an acquisition
research organization within a non-Federal civilian university
or college, to provide and maintain essential research and
development capabilities through a long-term, strategic
relationship with the Department of Defense.

*Report on realignment of the defense acquisition system to
implement acquisition reforms (sec. 836)*

 The House amendment contained a provision (sec. 822) that
would direct the Secretary of Defense to provide a briefing to
the committee on lessons learned through the use of the
authority provided under section 804 of the National Defense
Authorization Act for Fiscal Year 2016 (10 U.S.C. 2302 note)
commonly known as "Middle-Tier of Acquisition," to include
certain risks and how the lessons are applicable to procedures
for acquiring major defense acquisition programs.

 The Senate bill contained no similar provision.

 The Senate recedes with amendments that instead require
the Secretary of Defense to report on ongoing efforts to realign
the whole Defense Acquisition System in response to recent
reforms – through changes to the 5000 series of directives,
instructions, guidance and procedures and to address certain
elements in the report.

 The conferees appreciate the careful consideration the
Department is giving to implementing the acquisition reforms

WASHSTATEC014011

legislated through these Acts over the last five years. In doing so, the conferees note that the Department of Defense can no longer afford to use cost, schedule, and performance thresholds as simple proxies for risk when designating the path an acquisition program travels through the Defense Acquisition System, and in organizing how programs are managed and overseen. Exclusive attention to cost, schedule, and performance of major defense acquisition programs and other development programs obscures a myriad of other risks in programs large and small, any one of which could be single points of failure for successful acquisition. Such risks include: technical risks such as engineering, software, manufacturing and testing; integration and interoperability risks – complicated by the implications of systems working across multiple domains while using machine learning and artificial intelligence capabilities to continuously change and optimize system performance; operations and sustainment risks – mediated by access to technical data and intellectual property rights; workforce and training risks - to include consideration of the role of contractors as part of the total workforce; and supply chain risks - to include cybersecurity, foreign control and ownership of key elements of supply chains, and the consequences a fragile and weakening defense industrial base, combined with barriers to industrial cooperation with allies and partners pose for delivering systems and technologies in a trusted and assured manner. Finally, the Secretary's report under this section should look ahead to consider the implications of these changes for the acquisition of non-developmental items and the implications of the shift in acquisition of capabilities through development, to acquisition of capabilities "as-a-service".

Based on the Secretary's report under this section, and given the important role of the Comptroller General's annual weapons assessment in enabling the congressional defense committees' detailed oversight of the Defense Acquisition System, the conferees also direct the Comptroller General of the United States to brief the committees on how the Department's efforts are informing the refresh of that annual report as directed under section 803 of the National Defense Authorization Act for Fiscal Year 2019.

*Report and limitation on the availability of funds relating to the ''middle tier'' of acquisition programs (sec. 837)*

The House amendment contained a provision (sec. 821) that would amend section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) to direct the Secretary of Defense to ensure the Director of Operational Test

and Evaluation, the Director of Cost Assessment and Program
Evaluation, and the Under Secretary of Defense for Research and
Engineering have access to certain data on acquisitions carried
out under the authority, and would limit use of the authority to
programs below the major defense acquisition threshold unless
the Secretary were to issue a waiver. The House amendment also
contained a provision (sec. 861(f)) that would direct the
Secretary to submit a report that would include the guidance
required by section 804 of the National Defense Authorization
Act for Fiscal Year 2016 (Public Law 114-92) and, would limit
the Department's ability to obligate or expend funds on Middle
Tier programs until that report is submitted.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the
provision amending section 804, and, relating to the report and
guidance, would expand the limitation of funds beyond
acquisition programs, to the organizations which are parties to
the disagreements that are preventing the guidance from being
finalized.

The conferees believe the difficulty the Department has
faced in reaching agreement illustrates the tension of balancing
empowered execution by the Services with appropriate oversight
by the Director of Cost Assessment and Program Evaluation, the
Director of Operational Test and Evaluation, and the Under
Secretaries of Defense for Research and Engineering and for
Acquisition and Sustainment, as well as Congressional oversight.
To address the latter, the conferees direct the Defense
Acquisition Executive and the Service Acquisition Executives to
notify the congressional defense committees within 30 days of a
decision to designate a program to use the authority provided
for under section 804 of the National Defense Authorization Act
for Fiscal Year 2016 (Public Law 114-92). The conferees note the
inability of the parties to reach agreement on the use of this
authority threatens the momentum of the very initiatives that
would most benefit from it. The conferees encourage the parties
to focus immediately on the most critical issues, bring them to
resolution, and publish the guidance required by section 804.

*Report on intellectual property policy and the cadre of
intellectual property experts (sec. 838)*

The House amendment contained a provision (sec. 861(d))
that would amend section 802 of the National Defense
Authorization Act for Fiscal Year 2018 (Public Law 115-91; 131
Stat. 1450) by requiring the Secretary of Defense, acting
through the Under Secretary of Defense for Acquisition and
Sustainment, to submit a report on activities to implement

WASHSTATEC014013

section 2322 of title 10, United States Code, to include the
composition and plans for the cadre, and the policy on the
acquisition or licensing of intellectual property required. The
provision would also limit the funds the Department may obligate
or expend until the report is submitted.

The Senate bill contained no similar provision.

The Senate recedes with a an amendment that would require
that the report include a description of the specific activities
performed, and the programs and efforts supported by, the cadre
of intellectual property experts and would change the Department
of Defense offices subject to limitation of funds.

*Guidance and reports relating to covered defense business
systems (sec. 839)*

The House amendment contained a provision (sec. 861(a))
that would amend section 2222(d) of title 10, United States
Code, to require that guidance developed by the Department of
Defense for defense business systems includes policies to ensure
compliance with auditability requirements and approvals. The
provision would also establish due dates to provide guidance
related to covered defense business systems, as well as due
dates to provide the Department's information technology
enterprise architecture and related integration plans and
schedules. The provision would also limit the availability of
funds until such guidance, architecture and plans are provided.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the
limitation on funds and combine the reporting requirements for
the information technology enterprise architecture.

*Implementation guidance for use of a modular open system
approach (sec. 840)*

The House amendment contained a provision (sec. 861(c))
that would require the Secretary of Defense, acting through the
Director of Cost Assessment and Performance Evaluation, to
submit to the congressional defense committees a report that
includes the study guidance required under section 2446b(b) of
title 10, United States Code, and would limit funding available
if the report is not provided by the end of 2019. The provision
would also modify section 2446c of title 10, United States Code,
to require a policy on the support for the acquisition for
modular open system approaches (MOSA).

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would instead
modify section 2446b of title 10, United States Code, to direct

WASHSTATEC014014

the Secretaries of the military departments to develop
implementing guidance for the requirements to address MOSA, and
as well would amend section 2446c of title 10, United States
Code, to direct the Secretaries of the military departments to
develop policies relating to the availability of major system
interfaces and support for MOSA.

The conferees note the importance of policies in
implementing MOSA to the fullest extent. Therefore, the
conferees direct the Secretaries of the military departments to
submit a report to the congressional defense committee by March
15, 2020, that includes the implementation guidance required
under section 2446b of title 10 and section 2446c of title 10.
Furthermore, the conferees note that MOSA should go beyond the
ability to exchange information broadly through the adoption of
standards. Therefore, the conferees direct the Secretaries of
the military departments to include in their policy a
description of the goals and anticipated benefits of MOSA, with
respect to maintaining and enhancing competition across the
life-cycle of systems and programs; enabling systems to be more
easily upgraded over their lifetimes; more easily modifying or
replacing components and modules without the risk of adversely
affecting software or the functioning of other components and
modules; achieving interoperability among a wide range of
systems, and thereby enabling the creation of novel cross-domain
and cross-service kill chains.

*Limitation on availability of funds for the Office of the Chief
Management Officer of the Department of Defense (sec. 841)*

The House amendment contained a provision (sec. 861(e))
that would limit the fiscal year 2020 funds that may be
obligated or expended for the Office of the Chief Management
Officer of the Department of Defense until the date on which the
Chief Management Officer submits either a certification of cost
savings or the notice and justification described in Section
921(b)(5) of the National Defense Authorization Act for Fiscal
Year 2019.

The Senate bill contained no similar provision.
The Senate recedes.

## SUBTITLE E—INDUSTRIAL BASE MATTERS

*Modernization of acquisition processes to ensure integrity of
industrial base (sec. 845)*

The Senate bill contained a provision (sec. 831) that
would require the Secretary of Defense to modernize mitigation

WASHSTATEC014015

of risks to the integrity of the supply chain, to include those cited in recent studies on the defense industrial base.

The House amendment contained similar provisions (secs. 853, 855, and 892).

The House recedes with amendments that would establish the requirement for the framework in statute under section 2506 of title 10, United States Code; add certain systems to a list of those being assessed; and provide further detail on phased implementation and reporting on the framework.

The conferees note that contracting is the mechanism by which the Department of Defense operationalizes its relationship with the defense industrial base/national security innovation base. The conferees further note that the Department's ability to maintain awareness of the sources of procured items or materials, including the degree to which the sources are foreign or domestic, are critical elements for understanding supply chain risks. This is particularly the case for items used in critical programs such as major defense acquisition programs. The conferees believe that certain risks to the defense industrial base are not being appropriately considered. These include but are not limited to risks associated with: insufficient insight into ownership structures, fragile sources of supply, and cybersecurity concerns, as well as contractors' violations of law pertaining to fraud, human trafficking, and worker health and safety. The conferees further note that, even where risks may be a high priority, the existing acquisition processes and procedures are not effective or timely in mitigating such risks. As such, the provision would require the Department to rigorously optimize the policy, processes, and procedures throughout the contracting life cycle, beginning with market research, responsibility determination, technical evaluation/award, mobilization, contract administration, contract management and oversight (to include contractor business systems reviews), and contract audit for closeout. It is critical that this optimization incorporate modern sources of data and methods to conduct appropriate and continuous risk assessment for contractors doing business with DOD. The provision would also require the Comptroller General of the United States to coordinate individual reviews in these risk areas, report on them collectively, and begin annual reviews of the Department's progress in this area.

*Report requirements for the national technology and industrial base (sec. 846)*

The House amendment contained a provision (sec. 861(k)) that would amend section 2501(a) of title 10, United States

Code, to establish a deadline for the Secretary of Defense to submit an already-required strategy to Congress after the submission of the national security strategy report required under section 108 of the National Security Act of 1947. The provision would also modify section 2504(3) of title 10, United States Code, to require that the Department's annual report to Congress on the national technology and industrial base include a prioritized list of gaps and vulnerabilities within the base.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that clarifies requirements for the annual report to Congress, and that adds a requirement to submit unfunded priorities for the national technology and industrial base, ten days after the annual budget is submitted to Congress.

The conferees note that the national security strategy developed by the United States for the national technology and industrial base should leverage an analytical framework that uses digital tools, technologies, and approaches to inform decision-makers.

*Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors (sec. 847)*

The Senate bill contained a provision (sec. 833) that would require the Secretary of Defense to amend policy and regulation to take steps to enhance the process for assessing and mitigating risks related to foreign ownership, control, or influence (FOCI).

The House amendment contained no similar provision.

The House recedes with technical and clarifying amendments.

The conferees are concerned by the growing threat to the integrity of the defense industrial base from strategic competitors, like the Russian Federation, the People's Republic of China, and their proxies, seeking to gain access to sensitive defense information or technology through contractors or subcontractors. The conferees recognize that there are existing efforts underway to understand and mitigate some of these risks as directed by several pilot programs including section 1048 of the National Defense Authorization Act for Fiscal Year 2019 and section 1969 of the National Defense Authorization Act for Fiscal Year 2018. The conferees also recognize that the Defense Counterintelligence and Security Agency (DCSA) has transitioned to a new mission and has taken on additional responsibilities despite resource constraints.  However, the acquisition community must have greater visibility into all cleared and

WASHSTATEC014017

uncleared potential contractors and subcontractors seeking to do
business with the Department. The Department must ensure that
contractors and subcontractors do not pose a risk to the
security of sensitive data, systems, or processes such as
personally identifiable information, cybersecurity, or national
security systems.

*Prohibition on operation or procurement of foreign-made unmanned
aircraft systems (sec. 848)*

    The Senate bill contained a provision (sec. 863) that
would prohibit the operation or procurement of foreign-made
unmanned aircraft systems by the Department of Defense.
The House amendment contained a similar provision (sec. 854, as
amended by sec. 899D) that would prohibit the Secretary of
Defense from operating or entering into a contract for the
procurement of certain unmanned aircraft systems.
    The House recedes.
    Additionally, the conferees encourage the Secretary of
Defense to take such action as necessary to strengthen the
domestic production of small unmanned aircraft systems (as
defined in section 331 of the FAA Modernization and Reform Act
of 2012 (Public Law 112-95; 49 U.S.C. 44802 note)), as described
under Presidential Determination No. 2019-13 of June 10, 2019.

*Modification of prohibition on acquisition of sensitive
materials from non-allied foreign nations (sec. 849)*

    The Senate bill contained a provision (sec. 1411) that
would include tantalum in the definition of covered materials.
Additionally, the provision would expand the National Defense
Stockpile Manager's authority to not sell a material if it is
determined to not be in the national interests of the United
States.
    The House amendment contained a similar provision (sec.
808).
    The House recedes with a technical amendment.

*Acquisition and disposal of certain rare earth materials (sec.
850)*

    The Senate bill contained a provision (sec. 6401) that
would require the Secretary of Defense, acting through the
Defense Logistics Agency, to submit a report assessing issues
relating to the supply chain for rare earth materials.
    The House amendment contained a similar provision (sec.
807) that would require the Department of Defense to promulgate

guidance on streamlined acquisition of items with rare earth materials and allows exceptions to the Joint Capabilities Integration and Development System Manual and Department of Defense Directive 5000.01. The provision would also provide authority for the disposal of tungsten ores and concentrates contained in the National Defense Stockpile and acquisition of other critical materials.

The Senate recedes with an amendment that would remove the requirement to establish guidance on streamlined acquisition of covered rare earth materials and would include an assessment of rare earth supply chain issues.

*Pilot program for development of technology-enhanced capabilities with partnership intermediaries (sec. 851)*

The House amendment contained a provision (sec. 879) that would authorize the Commander of U.S. Special Operations Command to use not more than 5 percent of funds required to be expended by the Department of Defense relating to small businesses for a pilot program to increase participation by small business concerns in the development of technology-enhanced capabilities for special operations forces. The authority would terminate on September 30, 2021.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would revise the authority of the Commander of the United States Special Operations Command to use the greater of $2.0 million or 5 percent of funds required to be expended by the Department of Defense relating to small businesses for the pilot program and limits the scope to contracts and agreements to small business concerns.

*Authorized official to carry out the procurement technical assistance cooperative agreement program (sec. 852)*

The Senate bill contained a provision (sec. 902) that would move the management and oversight of the Procurement Technical Assistance Cooperative (PTAC) Agreement Program from the Defense Logistics Agency to the Office of the Under Secretary of Defense for Acquisition and Sustainment.

The House amendment contained a similar provision (sec. 880).

The Senate recedes with a clarifying amendment.

*Requirement that certain ship components be manufactured in the national technology and industrial base (sec. 853)*

The House amendment contained a provision (sec. 806) that would amend section 2534 of title 10, United States Code, and would require certain auxiliary ship components to be procured from a manufacturer in the national technology and industrial base.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require large medium speed diesel engines for certain auxiliary ships to be procured from a manufacturer in the national technology and industrial base.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees not later than 60 days after the date of enactment of this Act that details the plan to implement section 844 of the John S. McCain National Defense Authorization Act (Public Law 115-232) as soon as possible.

*Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment (sec. 854)*

The House amendment contained a provision (sec. 815) that would amend section 2533a(b) of title 10, United States Code, to add dinnerware and stainless steel flatware as covered items, requiring that the Department of Defense procure them only from domestic sources.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would set the addition to expire at the end of fiscal year 2023, and meanwhile require the Secretary of Defense to assess the rationale and implications of limiting procurement of these items to domestic sources.

*Application of miscellaneous technology base policies and programs to the Columbia-class submarine program (sec. 855)*

The House amendment contained a provision (sec. 809) that would amend the application of miscellaneous technology base policies and programs to the *Columbia*-class submarine program.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Application of limitation on procurement of goods other than United States goods to the FFG-Frigate Program (sec. 856)*

The House amendment contained a provision (sec. 810) that would allow funds authorized for the FFG-Frigate program to be

used to award a contract that does not domestically source
propulsion or certain auxiliary equipment.
		The Senate bill contained no similar provision.
		The Senate recedes.

*Sense of Congress regarding consideration of price in
procurement of the FFG(X) frigate (sec. 857)*

		The House amendment contained a provision (sec. 811) that
would require the Secretary of the Navy to ensure cost is a
critical factor in the procurement of the FFG(X) Frigate.
		The Senate bill contained no similar provision.
		The Senate recedes with an amendment that would express
the sense of Congress that in evaluating proposals for a
contract to procure a FFG(X) frigate in fiscal year 2020, the
Secretary of the Navy should ensure price is a critical factor.

# SUBTITLE F—PROVISIONS RELATING TO ACQUISITION WORKFORCE

*Establishment of Defense Civilian Training Corps (sec. 860)*

		The House amendment contained a provision (sec. 861) that
would amend part III of subtitle A of title 10, United States
Code, to establish a Defense Civilian Acquisition Training
Corps.
		The Senate bill contained no similar provision.
		The Senate recedes with an amendment that would require
the Secretary of Defense to create a Defense Civilian Training
Corps to prepare selected students for civilian service in the
Department of Defense in occupations related to acquisition,
science, engineering, or other occupations determined by the
Secretary of Defense.

*Defense acquisition workforce certification, education, and
career fields (sec. 861)*

		The House amendment contained a provision (sec. 861) that
would amend several sections of chapter 87, of title 10, United
States Code, to modify how the defense acquisition workforce is
managed, trained, and selected. The provision would also require
the Defense Acquisition University to have at least 25 percent
of its civilian instructors be visiting professors from civilian
colleges or universities.
		The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Defense Acquisition University to employ at least five visiting professors by September 1st, 2021.

*Software development and software acquisition training and management programs (sec. 862)*

The House amendment contained a provision (sec. 802) that would direct the Secretary of Defense to implement software development and acquisition training and management programs for all software acquisition professionals, developers, and associated functions to provide software practitioners access to modern engagement and collaboration platforms to connect, share their skills and knowledge, and develop solutions leveraging the full defense enterprise.
The Senate bill contained no similar provision.
The Senate recedes with a clarifying amendment.

*Modification of temporary assignments of Department of Defense employees to a private-sector organization (sec. 863)*

The House amendment contained a provision (sec. 842) that would create a two-way exchange program between the Department of Defense acquisition workforce and private sector companies.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would modify the existing public-private talent exchange program authorized by section 1599g of title 10, United States Code. The amendment would clarify that private-sector organizations shall not be considered to have an organizational conflict of interest with the Department of Defense solely based on participation in the talent exchange. The amendment would also authorize the use of the Defense Acquisition Workforce Development Fund in connection with the talent exchange program.

*Incentives and consideration for qualified training programs (sec. 864)*

The House amendment contained a provision (sec. 843) that would amend chapter 141 of title 10, United States Code, by adding a new section to incentivize contractors to invest in workforce development programs to address the workforce needs of the Department of Defense, as determined by the Secretary. This section would also require the Secretary of Defense to include an evaluation of contractor workforce development programs in the contract past performance system.
The Senate bill contained no similar provision.

The Senate recedes.

*Use of qualified apprentices by military construction
contractors (sec. 865)*

The House amendment contained a provision (sec. 844) that
would require the Secretary of Defense to revise the Defense
Supplement to the Federal Acquisition Regulation to require a
system be used to monitor or record contractor past performance
of the contractor making a good faith effort to meet or exceed
the apprenticeship employment goal of 20 percent. This section
would also require the Secretary of Defense to develop an
apprenticeship workforce incentive program to encourage
contractors to meet the 20 percent goal of employing certified
and skilled workers who have completed State-mandated, federally
funded programs in the relative career fields and certify to
good faith effort to achieve the goal. This section would also
require the Secretary of Defense to include an evaluation of
whether the contractor meets this goal in the contractor past
performance rating system.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would allow the
Secretary of Defense to also consider certain high-quality
industry recognized apprenticeship programs when evaluating
contractor performance.
The conferees note that the Department of Labor has issued
a proposed rule that would establish a process for recognizing
Standards Recognition Entities, which will in turn recognize
Industry-Recognized Apprenticeship Programs. The conferees
encourage the Secretary of Defense to work with the Department
of Labor as the proposed rule takes effect to ensure any
apprenticeship programs recognized by the Department of Defense
are of sufficient quality.

## SUBTITLE G—SMALL BUSINESS MATTERS

*Requirements relating to credit for certain small business
concern subcontractors (sec. 870)*

The House amendment contained a provision (sec. 873) that
would amend section 8(d) of the Small Business Act (15 U.S.C.
637) to clarify that large prime contractors have the ability to
receive subcontracting credit for small businesses at lower
tiers; strengthen the agency's ability to collect and review
data regarding prime contractors' achievement of their
subcontracting plans; require the prime contractor to keep and
maintain records to demonstrate subcontracting credit claimed;

WASHSTATEC014023

and implement a new dispute process allowing small
subcontractors to bring nonpayment issues to the agency small
business advocate.
     The Senate bill contained no similar provision.
     The Senate recedes with amendment that would remove the
new dispute process for nonpayment issues.

*Inclusion of best in class designations in annual report on
small business goals (sec. 871)*

     The House amendment contained a provision (sec. 874) that
would amend section 15(h) of the Small Business Act (15 U.S.C.
644(h)) to require the Small Business Administration (SBA) to
report Federal spending made through designated "best in class"
vehicles, and to report on the dollars awarded through these
vehicles to small businesses. Additionally, this section would
require the SBA to report the dollar amount of contracts awarded
to HUBZone, women-owned, service-disabled veteran-owned, and
socially and economically disadvantaged (also known as 8(a))
small businesses.
     The Senate bill contained no similar provision.
     The Senate recedes.

*Reauthorization and improvement of Department of Defense Mentor-
Protege Program (sec. 872)*

     The Senate bill contained a provision (sec. 841) that
would amend Section 831 of the National Defense Authorization
Act for Fiscal Year 1991 (Public Law 101-510; 10 U.S.C. 2302
note) to make the Department of Defense's pilot Mentor-Protege
Program permanent and to require that the Department's Office of
Small Business Programs establish performance goals and outcome-
based metrics for the program. The provision would also direct
the  Secretary of Defense to direct the Defense Business Board
to study the effectiveness of the program and make
recommendations for program improvements. Further, the provision
would repeal the Department's half-size standard restriction for
protege participants.
     The House amendment contained a similar provision.
     The Senate recedes with amendments that would extend the
pilot program by authorizing new agreements through the end of
fiscal year 2024, but limiting them to two years, and would
permit reimbursements and subcontracting credits associated with
such agreements through fiscal year 2026.

*Accelerated payments applicable to contracts with certain small
business concerns under the Prompt Payment Act (sec. 873)*

WASHSTATEC014024

The House amendment contained a provision (sec. 883) that would amend section 3903(a) of title 31, United States Code, to accelerate, to the fullest extent permitted by law, the payment date for prime contractors that are small business concerns or that subcontract with small business concerns, with a goal of 15 days.

The Senate bill contained no similar provision.

The Senate recedes.

*Postaward explanations for unsuccessful offerors for certain contracts (sec. 874)*

The House amendment contained a provision (sec. 884) that would revise the Federal Acquisition Regulation to require contracting officers provide a brief explanation to unsuccessful offerors, if requested, for task or delivery orders in an amount greater than the simplified acquisition threshold and less than or equal to $5.5 million issued under an indefinite delivery-indefinite quantity contract.

The Senate bill contained no similar provision.

The Senate recedes.

*Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses (sec. 875)*

The House amendment contained two provisions (secs. 888 and 889) that would amend section 15(x) of the Small Business Act (15 U.S.C 644(x)). Section 888 would allow agencies to double the value of subcontracts to Puerto Rico businesses when determining agency compliance with small business contracting goals. Section 889 would allow agencies to double the value of contracts awarded to small business concerns that have their principal office located in the United States Virgin Islands, American Samoa, Guam, or the Northern Mariana Islands, when determining agency compliance with small business contracting goals.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that combines the two provisions.

*Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans (sec. 876)*

The conference agreement includes a provision that would amend section 632 of title 15, United States Code, to clarify

WASHSTATEC014025

the treatment of certain surviving spouses under the definition of small business concerns owned and controlled by service-disabled veterans.

*Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict (sec. 877)*

The conference agreement includes a provision that would amend section 636 of title 15, United States Code, by extending the loan assistance and deferral eligibility to military reservists beyond periods of military conflict. The provision would also require the President of the United States to submit to the Committee on Small Business and Entrepreneurship and the Committee on Appropriations of the Senate and the Committee on Small Business and the Committee on Appropriations of the House of Representatives a semi-annual report on the number of loans made under the Military Reservist Economic Injury Disaster Loan program and the dollar volume of those loans.

*Modification to the Defense Research and Development Rapid Innovation Program (sec. 878)*

The House amendment contained a provision (sec. 878(e)) that would amend section 2359a(b)(3) of title 10, United States Code, to increase the maximum per award threshold for projects participating in the Defense Research and Development Rapid Innovation Program from $3.0 million per award to $6.0 million per award, and would direct the Secretary of Defense to report on activities under the program, to include summarizing the proposals received, and associated Small Business Innovation Research (SBIR) program activities, and overall program effectiveness.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would reemphasize the preference under the program for awarding to small business concerns overall, as well as the prioritization of such small business concerns; and would limit the total amount of awards under the program within a fiscal year to no more than 25 percent of the total available for that fiscal year.

*Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy (sec. 879)*

The House amendment contained a provision (sec. 878(a)) that would direct the Secretary of Defense and the Secretaries of the military departments to align the research topics selected for activities conducted under the Small Business Innovation Research (SBIR) and Small Business Technology Transfer (STTR) Programs with the National Defense Science and Technology Strategy, and would amend title 15, United States Code, to refer to this strategy to guide the prioritization of the Department's activities.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the amendment to title 15, United States Code.

*Assistance for small business concerns participating in the SBIR and STTR programs (sec. 880)*

The House amendment contained a provision (sec. 882) that would amend the Small Business Act (15 U.S.C. 638) to help small business concerns participating in the Small Business Innovation Research (SBIR) and Small Business Technology Transfer (STTR) programs. The provision would, among other things, require procurement center representatives and the appropriate Director of Small and Disadvantaged Business Utilization to assist participating small business concerns with researching solicitations and providing technical assistance to bid for federal contracts. The provision would also direct agency senior procurement executives, where appropriate, to assist small business concerns with commercializing research developed under SBIR or SBTT before awarding federal agency contracts.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require procurement center representatives to consult with appropriate agency personnel to assist small business concerns in the SBIR program and STTR program, particularly in Phase III, and to provide technical assistance to submit a bid for an award of a federal contract.

*Cybersecurity technical assistance under the SBIR and STTR programs (sec. 881)*

The House amendment contained a provision (sec. 878(c)) that would permit the Secretary of Defense to enter into an agreement with one or more vendors to provide cybersecurity technical assistance to small business concerns engaged in Small Business Innovation Research (SBIR) or Small Business Technology Transfer (STTR) projects.

The Senate bill contained no similar provision.

The Senate recedes.

*Funding for defense research activities of small business concerns (sec. 882)*

The House amendment contained a provision (sec. 878(g)) that would amend section 9(f) of the Small Business Act (15 U.S.C 638(f)) to increase the required expenditure amounts for the Department of Defense from 3.2 percent to 4.0 percent, starting in fiscal year 2020.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would instead direct the Secretary of Defense to report on any assistance to small business concerns in fiscal years 2017 through 2019 under the Small Business Innovation Research and Small Business Technology Transfer programs, and any other research, development, test, and evaluation programs.

*Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program (sec. 883)*

The House amendment contained a provision (sec. 887) that would amend section 857 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232; 132 Stat. 1891) to revise budget display requirements for the Department of Defense Small Business Innovation Research (SBIR) Program and Small Business Technology Transfer (STTR) Program.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees' aim is to allow visibility into the SBIR/STTR effort to better support the program, and to support the alignment of each military services' SBIR/STTR program under the Service Secretary's strategic vision for their budget.

*Pilot program for domestic investment under the SBIR program (sec. 884)*

The House amendment contained a provision (sec. 878(b)) that would express a sense of congress encouraging the Administrator of the Small Business Administration to promulgate regulations implementing existing authority under title 15, United States Code, that permits small business concerns that are majority-owned by multiple venture capital operating companies, hedge funds, or private equity firms to participate in the Small Business Innovation Research (SBIR) program. The provision would further direct the Secretary of Defense to

WASHSTATEC014028

establish a pilot program to exercise this authority and make SBIR awards to such business concerns up to 10 percent of the Department's annual SBIR allocation and would exempt the Department from the requirement for written determinations in advance of such awards. The provision would also direct the Secretary of Defense to include information about the activities under the pilot program in the annual report on the SBIR program.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would eliminate the sense of congress; limit the Department of Defense exemption from the written determination to only those small business concerns meeting certain requirements related to foreign ownership; further expand the information provided in the SBIR annual report; and add a requirement for the Secretary of Defense to notify the Administrator of the Small Business Administration 30 days following an award.

## SUBTITLE H—OTHER MATTERS

*Review of guidance to contractors on nondiscrimination on the basis of sex (sec. 885)*

The House amendment contained a provision (sec. 899C) that would direct a revision to the Defense Federal Acquisition Regulation Supplement to allow contracts only with entities that have employee policies penalizing instances of sexual harassment, and would direct the Secretary of Defense to initiate a debarment proceeding for entities seeking contracts with the Department of Defense who do not have such policies.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Under Secretary of Defense for Acquisition and Sustainment to review the implementation of the requirement under Executive Order 11246 relating to the expectations of contractors to ensure nondiscrimination on the basis of sex, to include sexual harassment, and to update any relevant training guidance based on this review.

The conferees note that the appendix to Part 60-20 of Title 41, Code of Federal Regulations outlines best practices and procedures for contractors pertaining to the environment contractors should foster with regard to sexual harassment, which includes communicating that harassing conduct will not be tolerated, providing anti-harassment training, and establishing and implementing procedures for complaints about harassment and intimidation based on sex. The conferees believe the Department

should strongly encourage contractors to incorporate such best practices and procedures.

*Comptroller General report on contractor violations of certain labor laws (sec. 886)*

The House amendment contained a provision (sec. 899F) that would require the Comptroller General of the United States to deliver a report to the Congress on the number of Department of Defense contractors who have been found by the Department of Labor to have committed violation of the Occupational Safety and Health Act of 1970 (Public Law 91-596) or the Fair Labor Standards Act of 1938 (Public Law 75-718).

The Senate bill contained no similar provision.

The Senate recedes.

*Comptroller General report on contingency contracting (sec. 887)*

The House amendment contained a provision (sec. 899G) that would reauthorize the Commission on Wartime Contracting established under Section 841 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110-181; 122 Stat. 230) and amend the Commission's duties to include studying federal agency contracting funded by overseas contingency operations funds.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would direct the Comptroller General of the United States to report on the implementation of the recommendations made by the Commission and the use of contractors to perform work supporting contingency operations since January 1, 2009, and not include the reauthorization of the Commission on Wartime Contracting.

*Policies and procedures for contractors to report gross violations of internationally recognized human rights (sec. 888)*

The House amendment contained a provision (sec. 899K) that would require that contractors performing Department of Defense contracts in a foreign country report possible cases of gross violations of internationally recognized human rights and that the Secretary of Defense submit a report to congressional committees describing the policies and procedures in place to obtain information about such violations and the resources needed to investigate.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Department to update its policies, guidance, and regulations

WASHSTATEC014030

to include specific guidance for both Department of Defense
employees and contractors for monitoring and reporting alleged
violations, and clarify its applicability to contractors
performing outside the United States.

*Comptroller General report on oversight of contractors providing
private security functions (sec. 889)*

        The House amendment contained a provision (sec. 899L) that
would direct the Inspector General of the Department of Defense
to report on certain contracts for private security performed in
contingency operations since 2001, to include data on costs,
locations, civilians killed or wounded while performing the
work, and disciplinary actions taken against the contractors.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would re-direct
the study to the Comptroller General of the United States, and
realign the substance of the review to evaluate Department of
Defense's efforts to improve its oversight of contractors
providing private security functions since 2009, to include how
it has implemented certain new industry-wide law, policy,
regulation, standards, and guidance.
        The conferees note the significant changes that have
occurred in the private security sector since certain reforms
were initiated following the final report and recommendations of
the Commission on Wartime Contracting in 2011.

*Prohibition on contracting with persons that have business
operations with the Maduro regime (sec. 890)*

        The Senate bill contained a provision (sec. 864) that
would prohibit the Department of Defense from entering into a
contract with any person or entity that has business operations
with an authority of the Government of Venezuela that is not
recognized as the legitimate Government of Venezuela by the
United States Government.
        The House amendment contained a similar provision (sec.
897).
        The Senate recedes.

*Report on the Combating Trafficking in Persons initiative (sec.
891)*

        The Senate bill contained a provision (sec. 865) that
would direct the Comptroller General of the United States to
report on the Department of Defense's efforts to combat
trafficking in persons through procurement practices.

The House amendment contained a similar provision (sec. 1080A) that would require the Department of Defense to submit a report to the congressional defense committees containing an analysis of the Department's progress in implementing the Combating Trafficking in Persons Initiative.

The House recedes with an amendment that would direct the Secretary of Defense to analyze the Department's progress in implementing the Combating Trafficking in Persons initiative described in DOD Instruction 2200.01.

Noting that the Department's report will provide further information on the implementation of this program, the conferees direct the Comptroller General of the United States to submit a report to the congressional defense committees on the Department of Defense's overall efforts to combat human trafficking not later than January 31, 2021. The required report shall evaluate (1) the processes and procedures to combat human trafficking in the Department's contracting and supply chain policy, regulation, and practices, to include the implementation of title 27 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112-239) and Executive Order 13627, as well as the nature and extent of training for contracting officers on how to evaluate compliance plans, monitor contractor adherence to the plans, and respond to reports of noncompliance; (2) the progress of the current trafficking in persons office within the Department of Defense in leading the Department to address all forms of human trafficking, the efficacy of such office in identifying, tracking, and managing any and all trafficking in persons cases, and what, if any, improvements should be made to the office; (3) the process used by contracting officers to evaluate compliance plans with regards to preventing human trafficking and a description of the remedies imposed by contracting officers in cases where an allegation of human trafficking has been substantiated; and (4) the process for reporting instances of human trafficking to the Inspector General of the Department of Defense and the disposition of those cases.

*Improved management of information technology and cyberspace investments (sec. 892)*

The Senate bill contained a provision (sec. 851) that would require the Department of Defense Chief Information Officer (CIO) to work with the Chief Data Officer to optimize the Department's process to account for, manage, and report its information technology and cyberspace investments and would require the CIO to brief the congressional defense committees

WASHSTATEC014032

and to recommend any necessary legislative changes to the
committees not later than February 3, 2020.
     The House amendment contained no similar provision.
     The House recedes.
     The conferees note that the Department of Defense's
process to account for, manage, and report its information
technology and cyberspace investments—which account for at least
$50.0 billion annually—is inefficient. Further, the conferees
are concerned that this process results in unnecessary delays in
preparing the annual budget exhibit and in regulatory reporting
required by the Federal Information Technology Acquisition
Reform Act of 2015, incorporated into the Howard P. "Buck"
McKeon National Defense Authorization Act for Fiscal Year 2015
(Public Law 113-291). After years of legislation and regulation,
the definitions pertaining to and the methods for grouping and
accounting for spending on these investments have become
cumbersome and obscure, and they hinder, rather than
facilitating, insight into and oversight of spending plans and
portfolio management. The briefing provided to the committees
should include alternative methods for presenting budget
justification materials to the public and congressional staff to
more accurately communicate when, how, and with what frequency
capabilities are delivered to end-users, in accordance with best
practices for managing and reporting on information technology
investments.

*Modification to requirements for purchase of commercial leasing
services pursuant to multiple award contracts (sec. 893)*

     The House amendment contained a provision (sec. 899B) that
would amend section 877 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232; 41
U.S.C. 3302 note) to extend the termination date for the
exemption for commercial leasing services provision from 2022 to
2025 and change the reporting date of the Comptroller General of
the United States audit to every five years.
     The Senate bill contained no similar provision.
     The Senate recedes with an amendment that would repeal
section 877 of the John S. McCain National Defense Authorization
Act for Fiscal Year 2019 and would amend section 3302 of title
41, United States Code, to add the exemption for commercial
leasing services as a new subsection.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Modification to small purchase threshold exception to sourcing
requirements for certain articles*

The Senate bill contained a provision (sec. 810) that would lower the threshold at which the Department of Defense must comply with the rules of section 2533a of title 10, United States Code, known as the Berry Amendment, to $150,000.

The House amendment contained no similar provision.

The Senate recedes.

*Rates for progress payments or performance-based payments*

The House amendment contained a provision (sec. 823) that would require the Secretary of Defense to provide congressional defense committees with a notice of determination and to notify the public through the Federal Register before initiating changes to contract finance rates for progress payments or performance-based payments.

The Senate bill contained no similar provision.

The House recedes.

*Additional requirements for negotiations for noncommercial computer software*

The House amendment contained a provision (sec. 824) that would amend section 2322a of title 10, United States Code, and codify existing Defense Federal Acquisition Regulations on noncommercial software rights as well as mandate, to the maximum extent practicable, that specially negotiated licenses be used for weapon systems noncommercial software.

The Senate bill contained no similar provision.

The House recedes.

*Competition requirements for purchases from Federal Prison Industries*

The House amendment contained a provision (sec. 827) that would amend section 2410n of title 10, United States Code. This provision would create a requirement for conducting market research before purchasing a product listed in the Federal Prison Industries (FPI) catalog.

The Senate bill contained no similar provision.

The House recedes.

*Enhanced post-award debriefing rights*

The House amendment contained a provision (sec. 828) that would amend section 818 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), which required post-award debriefings of the Department of Defense rating for

WASHSTATEC014034

each evaluation criteria and overall award decision, by reducing the award threshold for comprehensive debriefings from $100.0 million to $50.0 million.
    The Senate bill contained no similar provision.
    The House recedes.

*Preference for offerors employing veterans*

    The House amendment contained a provision (sec. 831) that would amend chapter 137 of title 10, United States Code, by allowing the head of an agency to establish a preference for offerors that employ veterans on a full-time basis when awarding a contract for the procurement of goods or services for the Department of Defense.
    The Senate bill contained no similar provision.
    The House recedes.

*Reporting on expenses incurred for independent research and development costs*

    The House amendment contained a provision (sec. 832) that would amend section 2372 of title 10, United States Code, to require Department of Defense contractors to report expenses incurred for independent research and development (IR&D) costs.
    The Senate bill contained no similar provision.
    The House recedes.
    The conferees note that IR&D is initiated and conducted by Department of Defense contractors and the Department reimburses a portion of industry's costs. The conferees acknowledge that it is beneficial for the Department to understand what technologies its contractors are investing in beyond Department of Defense contracts. However, the conferees note that there is an ongoing Comptroller General review of recent changes to IR&D policies and the extent that recently funded IR&D projects align with the Department's modernization priorities as laid out in the National Defense Strategy. The conferees encourage the Department to use the findings from the Comptroller General's review as a basis for its IR&D strategy going forward, including what information is required to be reported by the contractor. Lastly, the conferees remind the Department that it should share information about contractor costs within the Department in a continuous and strategic manner, including in coordination with the Department's Chief Data Officer.

*Assessment of precision-guided missiles for reliance on foreign-made microelectronic components*

The Senate bill contained a provision (sec. 832) that would require the Air Force to assess its reliance on foreign sources for all microelectronics in precision guided munitions currently in production.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Under Secretary of Defense for Acquisition and Sustainment, not later than August 31, 2020, to brief the congressional defense committees on the reliance of the United States Armed Forces on foreign sources for microelectronics in precision guided munitions currently in production. The briefing should identify whether the microelectronics suppliers are single source or sole-source providers as well as which tier subcontractors supply the microelectronics. The briefing should also include an evaluation of the cybersecurity risk to precision guided munitions posed by foreign-made microelectronics.

*Reporting on expenses incurred for bid and proposal costs*

The House amendment contained a provision (sec. 833) that would amend section 2372a(a) of title 10, United States Code, to require that contractors report expenses incurred for bid and proposal costs annually to the Defense Contract Audit Agency, who shall give access to the information to the Principal Director for Defense Pricing and Contracting.

The Senate bill contained no similar provision.

The House recedes.

*Report on requirements relating to consumption-based solutions*

The House amendment contained a provision (sec. 835) that would require the Undersecretary of Defense for Acquisition and Sustainment to submit a report on requirements relating to consumption-based solutions to the congressional defense committees.

The Senate bill contained no similar provision.

The House recedes.

The conferees recognize the acquisition of supplies and services is still evolving and believe there is a place for consumption-based solutions. The conferees direct the Deputy Secretary of Defense in conjunction with the Chief Management Officer, the Undersecretary of Defense for Acquisition and Sustainment, and the Director, Cost Assessment and Program Evaluation, to report to the congressional defense committees by March 15, 2020, on the feasibility of using consumption-based

solutions as a procurement option to include recommended
definitions, processes, contract types, and funding approaches.

*Supply chain security of certain telecommunications and video
surveillance services or equipment*

The House amendment contained a provision (sec. 851) that
would require the Secretary of Defense to consult with the
Federal Acquisition Security Council to comprehensively assess
policies and contractors' systems relating to telecommunications
and video surveillance services and equipment from foreign
suppliers; to mitigate risks through a specific interagency
debarment and suspension process; to promulgate guidance; and to
issue regulation containing certain elements. The House
amendment contained another provision (sec. 852)that would
require the Secretary of Defense to procure certain
telecommunications services or installations of
telecommunications infrastructure on national security
installations located on territories of the United States in the
Pacific Ocean, only from American-owned or -operated companies,
with a national security waiver.

The Senate bill contained similar provisions, (sec. 831)
that would require the Secretary of Defense to modernize
mitigation of risks to the integrity of the supply chain, to
include those cited in recent studies on the defense industrial
base, and (sec. 833) that would that would require the Secretary
of Defense to amend policy and regulation to enhance the process
for assessing and mitigating risks related to foreign ownership,
control, or influence.

The House recedes with amendments to sec. 831 that would
direct the Secretary to recommend revisions to certain statutory
definitions, would more explicitly emphasize the role of
suspension and debarment in supply-chain security, and would
direct the Secretary to establish a process to re-assess
companies who have addressed certain risks.

The conferees acknowledge that establishing blanket
"prohibitions" in legislation can be well-intended and effective
in some aspects, while also having unintended consequences. The
conferees intend for the Department to be pro-active rather than
reactive, in securing its supply chain. The conferees note there
are multiple efforts in place and underway at the Department to
address supply chain risks, and that similar efforts are being
undertaken government-wide. The conferees encourage the
Department to harmonize these activities where appropriate in
ways that do not inhibit the Department from exercising its
discretion in areas of national security interest. In this
regard, the Department should pay specific attention to the

procurement of telecommunications goods and services for use on installations in the Pacific Ocean.

*Revised authorities to defeat adversary efforts to compromise United States defense capabilities*

The House amendment contained a provision (sec. 853) that would strengthen defense supply chains by including security as a primary purpose for Department of Defense acquisition.

The Senate bill contained no similar provision.

The House recedes.

The conferees note other sections of the conference report that modernize the Department's supply chain risk mitigation efforts by requiring the Secretary of Defense to develop an analytical framework across the acquisition process, assign risk mitigation roles and responsibilities to organizations and individuals, and modernize access to data necessary to assess risk across the acquisition enterprise.

*Supply chain risk mitigation policies to be implemented through requirements generation process*

The House amendment contained a provision (sec. 855) that would amend section 807 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91) to require the Secretary of Defense to develop tools for supply chain risk mitigation policies during the requirements generation process.

The Senate bill contained a similar provision (sec. 831) which addressed this and several other matters pertaining to the defense industrial base.

The House recedes.

The conferees note the House provision was based on the work of the Advisory Panel on Streamlining and Codifying Acquisition Regulations established by section 809 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92). The conferees commend the work of the Panel and note that, since the Panel was established, it has made 98 recommendations across 3 report volumes and continues to identify areas where United States Code can be reorganized for clarity and efficiency. The Congress has enacted a number of the recommendations from the first two volumes in prior National Defense Authorization Acts and continues to carefully consider the recommendations of the Panel.

*Size standard calculations for certain small business concerns*

The House amendment contained a provision (sec. 872) that would clarify that section 3(a)(2)(C) of the Small Business Act applies to the Small Business Administration (SBA). The section would align the size standards based on data to the Small Business Runway Extension Act of 2018 (Public Law 115-324) by changing the calculation from 3 years to 5 years. This section also would require the SBA to develop a transition plan for small businesses and Federal agencies to help them successfully navigate the transition from the previous 3-year calculation to the new 5-year calculation as mandated and would require that the System for Award Management be updated accordingly.

The Senate bill contained no similar provision.

The House recedes.

*Small Business Administration cybersecurity reports*

The House amendment contained a provision (sec. 875) that would require the Small Business Administration to issue reports that assess its cybersecurity infrastructure, including determining the country of origin of its information technology components, and report cyber threats, breaches, and cyber attacks.

The Senate bill contained no similar provision.

The House recedes.

*Cyber counseling certification program for lead small business development centers*

The House amendment contained a provision (sec. 876) that would amend section 21(a) of the Small Business Act by adding cyber strategy training for Small Business Development Centers (SBDCs) and require the Small Business Administrator to establish, or certify, an existing cyber counseling certification program to certify employees at small business development centers (that have directly received a grant from the Administration) to provide assistance to small businesses for planning cybersecurity practices and strategies to respond to cyber attacks. The Small Business Administration would be authorized to reimburse SBDCs for employee certification costs up to $350,000 per fiscal year.

The Senate bill contained no similar provision.

The House recedes.

*Exemption of certain contracts from the periodic inflation adjustments to the acquisition-related dollar threshold*

The House amendment contained a provision (sec. 877) that would amend subparagraph (B) of section 1908(b)(2) of title 41, United States Code, to exempt certain contracts from the periodic inflation adjustments to the acquisition-related dollar threshold.

The Senate bill contained no similar provision.

The House recedes.

*Phase 0 Proof of Concept Partnership program for the Department of Defense*

The House amendment contained a provision (sec. 878(d)) that would amend section 9(jj) of the Small Business Act (15 U.S.C 638) to change references to "The Director of the National Institutes of Health" to "A covered agency head" which is defined as the Director of the National Institutes of Health (NIH) for NIH Small Business Technology Transfer (STTR) programs or the Secretary of Defense for Department of Defense STTR programs.

The Senate bill contained no similar provision.

The House recedes.

*Briefing on the Trusted Capital Marketplace pilot program*

The House amendment contained a provision (sec. 885) that would require the Secretary of Defense to provide a briefing to congressional defense committees on the progress of the Trusted Capital Marketplace pilot program.

The Senate bill contained no similar provision.

The House recedes.

The conferees understand that the Secretary of Defense is intending to establish a Trusted Capital Marketplace pilot program to link technology startup companies with trusted sources of capital in areas relevant to defense missions. The conferees direct the Secretary of Defense to provide a briefing on the progress of the Trusted Capital Marketplace pilot program to the congressional defense committees to include plans for how the program will: align with critical defense requirements; use the acquisition flexibilities authorized under recent National Defense Authorization Acts; be coordinated with other research and engineering technology investment programs, including the Small Business Innovation Research program; and be managed and resourced so as to evolve into a stable, funded activity. The conferees direct the Secretary to provide this briefing no later than 6 months after the date of enactment of this Act.

*Boots to Business Program*

The House amendment contained a provision (sec. 886) that would codify and permanently authorize the Boots to Business program.

The Senate bill contained no similar provision.

The House recedes.

*Report and database on items manufactured in the United States for major defense acquisition programs*

The House amendment contained a provision (sec. 892) that would amend chapter 144 of title 10, United States Code, by inserting a new section requiring the Secretary of Defense to submit a report to the congressional defense committees assessing the domestic source content of procurements carried out in connection with major defense acquisition programs. This section would also require the Secretary of Defense to establish an information repository for the collection of domestic source content information.

The Senate bill contained no similar provision.

The House recedes.

*Contractor science, technology, engineering, and math programs*

The House amendment contained a provision (sec. 894) that would deem the cost of participating in certain science, technology, engineering, and math (STEM) programs an allowable cost under a contract between the contractor and the Department of Defense.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the importance of developing a world class cadre of technical talent who can perform critical STEM job functions in both government and industry, including a number which require security clearances. The conferees believe that a strong partnership between the defense industry and the Department of Defense can stimulate efforts to increase that pool of STEM talent. Therefore, the conferees direct the Secretary of Defense to enter into an arrangement with one or more academic institutions to study and develop policy options and recommendations to promote DOD-defense industry collaboration in STEM education activities. The conferees note that these partnerships should be primarily focused on developing collaborative DOD-industry activities relevant to: creating a clearable technical workforce to meet defense missions, supporting educational opportunities for defense sector personnel in both government and industry, and increasing educational opportunities for veterans and military dependents.

Further, the study should focus on activities which are based on
metrics and education best practices to ensure maximum
effectiveness. The conferees direct that the study, accompanied
by an assessment and plan for the Secretary to implement the
recommended policy options, if appropriate, should be delivered
to the congressional defense committees no later than October 1,
2020. The conferees direct that Secretary to ensure that the
study is developed in consultation with industry, education
experts, and all appropriate defense organizations with
expertise in STEM education.

*Report on cost growth of major defense acquisitions programs*

The House amendment contained a provision (sec. 898) that
would require the Comptroller General of the United States to
provide a report analyzing cost growth of major defense
acquisition programs to the defense committees.
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Comptroller General of the United
States to submit to the Committee on Armed Services of the
Senate and the Committee on Armed Services of the House of
Representatives a report analyzing the cost growth of major
defense acquisition programs (as defined in section 2430 of
title 10 United States Code) during the 15 fiscal years
preceding the date of the enactment of this Act.

*Report and strategy on terminated foreign contracts*

The House amendment contained a provision (sec. 899A) that
would require the Secretary of Defense to submit to Congress a
report on contracts performed in foreign countries for which the
contract was terminated for convenience because of actions taken
by the government of, or an entity located in, the foreign
country that impeded the ability of the contractor to perform
the contract.
The Senate bill contained no similar provision.
The House recedes.

*Prohibition on contracting with persons with willful or repeated
violations of the Fair Labor Standards Act of 1938*

The House amendment contained a provision (sec. 899E) that
would require the head of a Federal department or agency to
initiate debarment proceedings for persons who willfully or
repeatedly violate the Fair Labor Standards Act of 1938 (29
U.S.C. 201 et seq.).

The Senate bill contained no similar provision.
The House recedes.

*Federal contractor disclosure of unpaid Federal tax liability*

The House amendment contained a provision (sec. 899H) that
would amend section 2313(c) of title 41, United States Code, to
include information on any unpaid federal tax liability of
covered persons in the federal awardee performance and integrity
database.
The Senate bill contained no similar provision.
The House recedes.

*Pilot program on payment of costs for denied Government
Accountability Office bid protests*

The House amendment contained a provision (sec. 899J) that
would amend the pilot program established in section 827 of the
National Defense Authorization Act for Fiscal Year 2018 to
require contractors to reimburse the Department of Defense for
direct costs incurred by the Department in support of hearings
to adjudicate bid protests. The provision would also change the
date on which the pilot program begins.
The Senate bill contained no similar provision.
The House recedes.

*GAO report on contracting practices of the Corps of Engineers*

The House amendment contained a provision (sec. 899M) that
would require the Comptroller General of the United States to
conduct a study on the contracting practices of the U.S. Army
Corps of Engineers (USACE).
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Comptroller General of the United
States to conduct a study on the contracting practices of USACE,
with a specific focus on how USACE complies with and enforces
the requirement to pay prevailing wages on federally financed
construction jobs, as required by subchapter IV of chapter 31 of
title 40, United States Code (commonly referred to as the Davis-
Bacon Act). The study should consider the following:
(1) Any programs or protocols USACE has in place for the
purpose of carrying out its Davis-Bacon Act enforcement
obligations as set forth in the Federal Acquisition Regulation.
(2) Any programs or protocols USACE has in place for the
purpose of identifying and addressing independent contractor

misclassification on projects subject to the Davis-Bacon Act.

(3) The frequency with which USACE conducts site visits on each covered project to monitor Davis-Bacon Act compliance.

(4) The frequency with which USACE monitors certified payroll reports submitted by contractors and subcontractors on each covered project.

(5) Whether USACE accepts and investigates complaints of Davis-Bacon Act violations submitted by third parties, such as contractors and workers' rights organizations.

(6) Whether USACE maintains a database listing all contractors and subcontractors who have, in one way or another, violated the Davis-Bacon Act and whether USACE consults this database as part of its contract award process.

(7) The frequency, over the last five years, with which USACE penalized, disqualified, terminated, or moved for debarment of a contractor for Davis-Bacon violations.

(8) How USACE verifies that the contractors it hires for its projects are properly licensed.

The conferees further direct the Comptroller General to submit a report that summarizes the results of the study, with recommendations for legislative or regulatory action that would improve the efforts of enforcing the requirement to pay prevailing wages on federally financed construction jobs, to the following committees not later than 1 year after the date of enactment of this Act to: the Committee on Education and Labor; the Committee on Armed Services; and the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Health, Education, Labor, and Pensions; the Committee on Armed Services; and the Committee on Commerce, Science, and Transportation of the Senate.

*Comptroller General report on defense business processes*

The House amendment contained a provision (sec. 899N) that would require the Comptroller General of the United States to submit to the congressional defense committees a report on the use of defense business processes.

The Senate bill contained no similar provision.

The House recedes.

*Amendments to research project transaction authorities to eliminate cost-sharing requirements and reduce burdens on use*

The Senate bill contained a provision (sec. 5202) that would amend section 2371(e) of title 10, United States Code, to

eliminate certain restrictions on the use of the authority and associated funds.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that current law already permits the Secretary to engage in research project transaction authorities with cost sharing from industry that is less than fifty percent of the total costs, as appropriate, to allow for delivering performance with affordability and speed as outlined in the National Defense Strategy. The conferees believe the Secretary should use research project transaction authorities to drive efficiency, adopt and implement new ideas, and leverage leading practices from industry and academia to positively impact and support acquisition, personnel, research, and operational processes.

*Report on contracts with entities affiliated with the Government of the People's Republic of China or the Chinese Communist Party*

The Senate bill contained a provision (sec. 5801) that would require a report concerning Department of Defense contracts with companies or business entities that are owned or operated by, or affiliated with, the Government of the People's Republic of China or the Chinese Communist Party.

The House amendment contained no similar provision.

The Senate recedes.

Not later than 180 days after the date of the enactment of this Act, the conferees direct the Secretary of Defense to submit to the congressional defense committees a report describing all Department of Defense contracts with companies or business entities that are owned or operated by, or affiliated with, the Government of the People's Republic of China or the Chinese Communist Party.

*Investment in supply chain security under Defense Production Act of 1950*

The Senate bill contained a provision (sec. 6018) that would amend section 303 of the Defense Production Act of 1950 to provide authority through the Defense Production Act for the federal government to rapidly adopt supply chain security measures if a national security need arises.

The House amendment contained no similar provision.

The Senate recedes.

WASHSTATEC014045

# TITLE IX—DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGEMENT

## SUBTITLE A—OFFICE OF THE SECRETARY OF DEFENSE AND RELATED MATTERS

*Headquarters activities of the Department of Defense matters (sec. 901)*

The Senate bill contained a provision (sec. 901) that would repeal certain certifications, require a report on numbers of employees in the National Guard Headquarters, provide modest increases in the statutory caps on other headquarters personnel, and sunset the requirements of section 346 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92).

The House amendment contained no similar provision.

The House recedes with an amendment that would eliminate the repeal of certain certifications and modify the increases in the statutory caps on headquarters personnel with the intent of enhancing the opportunity for civilian perspective and advice to be considered in the balance on strategic decisions regarding matters of the armed forces.

The conferees are concerned about civilian-military relations and note a perceived unhealthy drift in decision-making on strategic defense issues away from civilian leaders. Therefore, the conferees urge the Secretary of Defense to utilize the relief to existing limitations on civilian personnel supporting the Office of the Secretary of Defense in such a manner as to optimize enhancement of civilian control of the military.  For example, the conferees note that section 922 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) assigned additional authority to the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict (ASD SO/LIC).  As such, the conferees expect the additional authority and relief of limitations on civilian personnel will enhance civilian oversight of U.S. Special Operations Command through its 'service secretary-like' role.

The conferees direct the Secretary of Defense, not later than January 1, 2020, to submit to the armed services committees a report setting forth:

1) the total number of members of the Armed Forces and civilian employees of the Department of Defense assigned to support the Office of the Chief of the National Guard Bureau and the National Guard Joint Staff;

WASHSTATEC014046

2) a description of the headquarters staff of each geographic combatant command, as well as each sub-unified command and service component command under the geographic combatant command, as of the following dates: October 1, 2014 and October 1, 2019. The description of the headquarters staffs of the geographic combatant commands shall include the number of military and civilian personnel who are authorized, and the numbers assigned or detailed, to duty in, functions of, or direct support to the headquarters element, including a breakout of personnel by functional area as defined in Department of Defense Instruction 5100.73.

The conferees direct the Secretary of Defense, not later than January 1, 2021, to submit to the congressional defense committees a report setting forth the following:

a) A recommendation for the total number of members and employees required for the Office of the Chief of the National Guard Bureau and the National Guard Joint Staff to execute the missions and functions of the National Guard Bureau and the National Guard Joint Staff.

b) A recommendation for the number of military and civilian personnel who are required in the headquarters element to execute the missions and functions of each geographic combatant command.

*Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering (sec. 902)*

The Senate bill contained a provision (sec. 5902) that would allocate the responsibilities of the Under Secretary of Defense for Acquisition, Technology, and Logistics, a position that was eliminated in the National Defense Authorization Act of Fiscal Year 2017, between the two successor entities.

The House amendment contained a similar provision (sec. 861(j)).

The Senate recedes with amendments that include directing the Secretary of Defense to issue guidance and a framework for independent technical risk assessments (ITRAs), clarifying prototyping responsibilities for the Under Secretary of Defense for Research and Engineering, updating the Executive Schedule level for the Under Secretary of Defense for Research and Engineering, and adding prototyping responsibilities for the Under Secretary of Defense for Acquisition and Sustainment.

The conferees note the benefit of having specific guidance detailing the conditions in which the Department would approve ITRAs conducted by independent organizations within the military

WASHSTATEC014047

departments. The conferees therefore direct the Secretary of Defense to issue the required ITRA guidance and framework no later than March 1, 2020, and to provide a briefing to congressional defense committees at that time.

The conferees also direct the Secretary of Defense to further refine and elaborate the definitions of prototyping to ensure that the Under Secretary of Defense for Research and Engineering and the Under Secretary of Defense for Acquisition and Sustainment have clearly defined roles and responsibilities, paying particular attention to the activities executed under budget activity 4, and software activities, which are likely to be difficult to determine.

*Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters (sec. 903)*

The Senate bill contained a provision (sec. 903) that would return the responsibilities for business systems from the Chief Management Officer back to the Chief Information Officer and would realign the Chief Data Officer to report to the Chief Information Officer instead of the Chief Management Officer.

The House amendment contained no similar provision.

The House recedes.

*Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense (sec. 904)*

The Senate bill contained a provision (sec. 5901) that would direct the Secretary of Defense to determine the manner in which the Chief Management Officer directs the business-related activities of the military departments and determine the responsibilities and authorities, if any, of the Chief Management Officer for the Defense Agencies and Department of Defense Field Activities. The provision would further direct the Secretary of Defense, in light of these determinations, to assign the responsibilities and authorities of the Chief Management Officer and submit a plan to Congress for carrying out these requirements.

The House amendment contained no similar provision.

The House recedes with amendments that would require a Secretary of Defense and an independent assessment of the Chief Management Officer position, and associated reports on those assessments with recommendations regarding the roles and responsibilities of the Chief Management Officer.

The conferees note the Department has faced significant structural challenges in implementing the Chief Management

Officer position since its inception. Accordingly, it is the conferees' intention to change the position from senior executive schedule II to III and, pending the assessment directed by this section, to disestablish the Chief Management Officer position altogether. The conferees therefore direct the Secretary to ensure the assessment provided for in this section is sufficiently comprehensive to allow for the reassignment of roles and responsibilities, as well as the authorities that would be necessary for orderly transition of such activities should the conferees decide to do so.

*Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor (sec. 905)*

The Senate bill contained a provision (sec. 904) that would require the designation of a general or flag officer of the Armed Forces to serve within the Office of the Under Secretary of Defense for Policy as the Senior Military Advisor for Cyber Policy and, concurrently, as the Deputy Principal Cyber Advisor.

The House amendment contained no similar provision.
The House recedes.

*Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program (sec. 906)*

The Senate bill contained a provision (sec. 921) that would amend section 932(f)(3) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to stipulate that an individual appointed to a fellowship under this section shall not count against the limitation on the number of Office of the Secretary of Defense personnel in section 143 of title 10, United States Code, or any similar limitation in law on the number of personnel in headquarters of the Department of Defense.

The House amendment contained no similar provision.
The House recedes with a technical amendment.

# SUBTITLE B—ORGANIZATION AND MANAGEMENT OF OTHER DEPARTMENT OF DEFENSE OFFICES AND ELEMENTS

*Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force (sec. 911)*

The Senate bill contained a provision (sec. 911) that would amend sections 3016(a), 5016(a), and 8016(a) of title 10, United States Code, to require that each military department maintain an assistant secretary for energy, installations, and environment.

The House amendment contained a similar provision (sec. 911).

The Senate recedes with a technical amendment.

## SUBTITLE C—OTHER DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGEMENT MATTERS

*Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense (sec. 921)*

The Senate bill contained a provision (sec. 1034) that would prohibit Department of Defense officials who participated personally and substantially in an acquisition valued in excess of $10.0 million who occupy a position on the Executive Schedule, are a member of the Senior Executive Service, a General or Flag Officer, or who served as a program manager, deputy program manager, procuring contracting officer, administrative contracting officer, source selection authority, member of a source selection evaluation board, or chief of a financial or technical evaluation team for a contract in excess of $10.0 million, from owning or trading a publicly traded stock of a company that, during the preceding calendar year, received more than $1.0 billion in revenue from the Department of Defense, including through contracts with the Department.

Further, the provision would direct that no officer or employee of the Department of Defense may own or trade a publicly traded stock of a company that is a contractor or subcontractor of the Department, if the Standards of Conduct Office of the Office of the General Counsel of the Department of Defense determines that the value of the stock may be directly or indirectly influenced by any official act of that officer or employee.

Any official who knowingly fails to comply with these requirements would be subject to administrative action by the Secretary of Defense.  The definition of publicly traded stock would not include a widely-held investment fund, for purposes of this provision.

WASHSTATEC014050

The House amendment contained no similar provision.

The House recedes with an amendment that would prohibit an individual serving in a key acquisition position in the Department of Defense who is:  (1) A civilian officer or employee in a Senior Executive Service, Senior-Level, or Scientific or Professional position; or (2) A member of the Armed Forces in a grade above O-6, from owning or purchasing publicly traded stock of a company that is one of the ten entities awarded the most amount of contract funds by the Department of Defense in a fiscal year during the five preceding fiscal years.  This same prohibition would apply to any civilian appointed to a position in the Department of Defense by the President, by and with the advice and consent of the Senate.

The prohibition would not apply if the aggregate market value of the stock holdings ascribed to the individual officer, employee, member of the Armed Forces, or appointee does not exceed the de minimis threshold established in the Code of Federal Regulations, or if the stock is purchased and owned as part of an Excepted Investment Fund or mutual fund.

*Limitation on consolidation of Defense Media Activity (sec. 922)*

The House amendment contained a provision (sec. 912) that would prohibit funds authorized or appropriated for the Department of Defense to be used to consolidate the Defense Media Activity until 180 days after the Secretary of Defense submits a report that includes any plans to consolidate the Defense Media Activity.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the funding limitation, direct the Secretary of Defense not to take any actions to consolidate the Defense Media Activity until 60 days after submitting the required report, and change the definition of consolidation.

*Report on resources to implement the civilian casualty policy of the Department of Defense (sec. 923)*

The Senate bill contained a provision (sec. 922) that would require, not later than 30 days after the date of the enactment of this Act, the Secretary of Defense to submit to the congressional defense committee a report on the resources necessary to fulfill the requirements of section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) over the future years defense plan.

The House amendment contained no similar provision.

The House recedes.

# SUBTITLE D—UNITED STATES SPACE FORCE

*United States Space Force Act (secs. 951–961)*

The Senate bill contained a series of provisions (sec. 1601-1608) that would establish the United States Space Force (USSF) within the Department of the Air Force and make changes to the organization of, authorities of, and acquisition associated with space forces assigned to the Department of Defense (DOD).

The House amendment contained a similar series of provisions (sec. 921-925) that would establish a U.S. Space Corps within the Department of the Air Force.

The Senate recedes with an amendment that would enact the United States Space Force Act. The amendment would modify title 10, United States Code, to establish the United States Space Force as an Armed Force within the Department of the Air Force. The amendment would make multiple technical and conforming changes necessary to fully establish the United States Space Force in title 10, United States Code.

The Space Force would include military personnel of the Air Force Space Command and other military personnel of the Air Force as assigned to the Space Force by the Secretary of the Air Force. The amendment would prohibit the authorization of additional military billets. The conferees expect that the Space Force would be supported by civilian personnel within the Department of the Air Force and by Air Force Reserve elements, as determined by the Secretary of the Air Force. The conferees direct the Secretary of the Air Force to provide to the congressional defense committees a total force management plan in support of the Space Force. The report shall be delivered not later than 90 days after the enactment of this Act.

The amendment would designate the commander of the Space Force as the Chief of Space Operations (CSO), appointed by the President and confirmed by the Senate. The CSO's rank would be that of general with a 4-year term of command. The CSO could be the incumbent Commander, Air Force Space Command, without further appointment. The CSO would report directly to the Secretary of the Air Force upon enactment of this Act. After 1 year, the CSO would be a member of the Joint Chiefs of Staff. The amendment would provide the Secretary of Defense with the temporary authority to establish a dual-hatted arrangement wherein the CSO, for the first year after enactment, would also serve as the Commander, U.S. Space Command (SPACECOM).

The conferees expect the Space Force and its supporting elements to be the exclusive source of personnel of the Department of the Air Force to be assigned, by the CSO, to the

WASHSTATEC014052

National Reconnaissance Office (NRO), unless otherwise specified by the Secretary of the Air Force.

The amendment would establish the position of the Assistant Secretary of Defense (ASD) for Space Policy within the Office of the Secretary of Defense. The amendment would require the Secretary of Defense to seek to enter into an agreement with a Federally Funded Research and Development Center (FFRDC) to develop recommendations on the appropriate elements of the Office of the ASD for Space Policy, including, in particular, whether to include space capabilities and programs currently assigned to the Office of the Under Secretary of Defense for Intelligence or in the Military Intelligence Program. The Secretary would submit to the congressional defense committees such recommendations, together with an assessment of those recommendations, not later than 180 after the date of the enactment of this Act.

The amendment would rename the Principal Assistant to the Secretary of the Air Force for Space as the Assistant Secretary for Space Acquisition and Integration (ASAF/SP), who would report directly to the Secretary of the Air Force and serve as the senior architect for space systems and programs across the Department of Defense, providing advice to the service acquisition executive (SAE) of the Air Force (the existing Assistant Secretary of the Air Force for Acquisition). The ASAF/SP would oversee and direct the Space Rapid Capabilities Office, the Space and Missile Systems Center, and the Space Development Agency, providing fiscal and strategic guidance to the organizations. Effective October 1, 2022, the ASAF/SP would also become the SAE for Space Systems and Programs, which would include all space acquisition activities within the Air Force. All space acquisition projects currently managed by the Assistant Secretary of the Air Force for Acquisition would be transitioned to the ASAF/SP in the role of SAE for Space Systems and Programs, therefore providing for two SAEs reporting to the Secretary of the Air Force. The ASAF/SP would require confirmation by the Senate for this additional role.

The conferees note that the Deputy Secretary of Defense did not submit to the congressional defense committees the plan required by section 1601(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232). Therefore, the conferees direct the Secretary of the Air Force to provide to the congressional defense committees a report on whether and, if so, how to implement an alternative acquisition system, due not later than March 31, 2020. The report should include an assessment of the feasibility of a new acquisition system specifically tailored for space systems and programs, including with respect to procuring space vehicles,

WASHSTATEC014053

ground segments relating to such vehicles, and satellite terminals. The plan shall include recommendations with respect to whether the alternative acquisition system described in the plan should use the Joint Capabilities Integration and Development System process or instead use a new requirements process developed in a manner that ensures that requirements for a program are synchronized across the space vehicles and ground segments. It should also consider how such a system can achieve faster acquisition and more rapid fielding of critical systems, including by using new commercial capability. The conferees also direct the Secretary to submit, not later than 120 days after the enactment of this Act, to the congressional defense committees a report with recommendations on the integration of acquisition authority for the NRO into acquisition authority of the Air Force for space systems and programs.

The amendment would also establish a Space Force Acquisition Council (SAC) within the Office of the Secretary of the Air Force that would oversee, direct, and manage Air Force acquisitions for space in order to ensure integration across the national security space enterprise. The SAC would meet not less frequently than monthly. The amendment would establish the ASAF/SP as the chair of Council. The Under Secretary of the Air Force, the Director of the NRO, the CSO, the ASD for Space Policy and the Commander, SPACECOM, would also be members of the Council. The amendment would require the SAC to submit quarterly reports to the congressional defense committees through the first calendar year quarter of 2025 on the activities of the Council.

The conferees direct the Secretary of the Air Force and Secretary of Defense to submit the following reports and briefings to the congressional defense committees on the establishment of the United States Space Force:

(1) A report and accompanying briefing on a comprehensive plan for the organizational structure of the Space Force, to be submitted by the Secretary of the Air Force not later than February 1, 2020. The report should include the following elements:

(a) A detailed description of the structure and organizational elements required for the Space Force to perform its mission;

(b) A detailed description of the organization and staff required to support the CSO;

(c) A detailed explanation of the manner in which the Space Force is expected to affect the composition and function of current space elements of the Armed Forces;

(d) A description of the manner in which the Space Force will be organized, trained, and equipped; and

WASHSTATEC014054

(e) A description of the manner in which the Space Force will coordinate with SPACECOM and other space elements of the Armed Forces;

(2) A report and accompanying briefing on the anticipated funding requirements for the establishment of the Space Force and for its operations and activities from fiscal year 2021 through fiscal year 2025, to be submitted by the Secretary of Defense not later than February 1, 2020. The report should include the budget activity, line number, line item, line item title, and a description of the requirements specific to the Space Force for each account of the following:

(a) Procurement accounts;

(b) Research, development, test, and evaluation accounts;

(c) Operation and maintenance accounts; and

(d) Military personnel accounts.

The report should also include, for each project under military construction accounts, the country, location, project title, and project amount by fiscal year, and, for any expenditures and proposed appropriations not included, an explanation with a level of detail at least equivalent to the level of detail provided in the future year's defense program submitted to Congress. The report may be submitted in unclassified form, but may include a classified annex;

(3) A report setting forth a comprehensive legislative proposal for amendments to the laws under the jurisdiction of the congressional defense committees to fully integrate the Space Force as an Armed Force, and the regular and reserve military and the civilian personnel of the Space Force, into current law, to be submitted by the Secretary of Defense not later than 60 days after the date of the enactment of this Act;

(4) A plan to ensure the quality of the military and civilian personnel of the Space Force, to include:

(a) Mechanisms to define career professional milestones and manage the career progression of members and civilian employees of the Space Force throughout their careers;

(b) Identification and establishment of space-related career fields;

(c) Pay and incentive structures;

(d) The management and oversight of the space cadre;

(e) Training relating to planning and executing warfighting missions and operations in space;

(f) Conducting periodic cadre-wide professional assessments to determine how the cadre is developing as a group;

(g) Establishing a centralized method to control personnel assignments and distribution;

(h) The identification of future space-related career fields that the Secretary determines appropriate, including a space acquisition career field; and
(i) Identification of overlap among the operations and acquisition career fields to identify opportunities for cross-functional careers.
The Secretary should submit to the congressional defense committees a report on such plan not later than 180 days after the date of the enactment of this Act.

The conferees also direct the Secretary of Defense, in coordination with the Director of National Intelligence, to submit to the congressional defense committees a report containing the results of a review on processes designed to achieve more effective integration of capabilities among the NRO, National Security Agency, National Geospatial Intelligence Agency (NGA), and SPACECOM for joint operations. This report should be submitted not later than 180 days after the enactment of this Act.

Finally, this amendment would limit the total amount of funds to be obligated and expended in fiscal year 2020 for the establishment of the Space Force to the amount requested for the Space Force in the President's budget request for fiscal year 2020. The amendment would require the Secretary of the Air Force to implement the establishment of the United States Space Force not later than 18 months after the date of the enactment of this Act. The amendment would also require the Secretary and the CSO to jointly provide to the congressional defense committees briefings on the status of the current missions, operations and activities, manpower requirements, budget and funding requirements, and implementation not later than 60 days after the date of the enactment of this Act and every 60 days thereafter until March 31, 2023.

The conferees note that nothing in this provision is intended to be construed as mandating any changes to the mission or operations of the NRO or NGA.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Repeal of conditional designation of Explosive Ordnance Disposal Corps as a basic branch of the Army*

The Senate bill contained a provision (sec. 912) that would repeal section 582 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), which established the conditional designation of explosive ordnance disposal as a basic branch of the Army.

The House amendment contained no similar provision.

The Senate recedes.

*Modernization of certain forms and surveys*

The House amendment contained a provision (sec. 913) that would require the Secretary of Defense to conduct a study to identify each form and survey that contains a term or classification that the Secretary determines may be considered racially or ethnically insensitive and provide a plan to modernize those forms.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to provide an interim briefing, no later than 180 days after the enactment of this Act, to the Committees on Armed Services of the Senate and House of Representatives, regarding efforts to date to review and identify forms and surveys under the purview of the Department of Defense or its components, that contain a term or classification that may be considered racially or ethnically insensitive.  Additionally, no later than a year after the date of the enactment of this Act, the conferees direct the Secretary to provide the committees a report setting forth the Department's comprehensive plan to modernize the forms identified, and the progress to date in executing such plan.

# TITLE X—GENERAL PROVISIONS

## SUBTITLE A—FINANCIAL MATTERS

*General transfer authority (sec. 1001)*

The Senate bill contained a provision (sec. 1001) that would allow the Secretary of Defense, with certain limitations, to make transfers between amounts authorized for fiscal year 2020 in division A of this Act. The section would limit the total amount transferred under this authority to $4.0 billion. This section would also require prompt notification to Congress of each transfer made.

The House amendment contained a similar provision (sec. 1001) that would allow the Secretary of Defense to transfer up to $1.0 billion of fiscal year 2020 funds authorized in division A of this Act. It would also prohibit transfers to the Drug Interdiction and Counter Drug Activities, Defense-wide account and require the Secretary of Defense to certify the transfer was made to higher priority items based on unforeseen military requirements.

The House recedes.

*Defense Business Audit Remediation Plan (sec. 1002)*

The House amendment contained a provision (sec. 1002) that would amend the annual reporting and semiannual briefing requirements contained in section 240b of title 10, United States Code, to include a current accounting of the defense business systems of the Department of Defense that will be introduced, replaced, updated, modified, or retired in connection with the audit of the full financial statements of the Department, including a comprehensive roadmap displaying in-service, retirement, and other pertinent dates for affected defense business systems as well as current cost-to-complete estimates for each effort.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would modify the reporting requirements.

*Financial improvement and audit remediation plan (sec. 1003)*

The House amendment contained a provision (sec. 1003) that would amend section 240b of title 10, United States Code, by updating the elements of annual reports, semiannual briefs, and audit remediation services of financial improvements and audit remediation plans.
The Senate bill contained no similar provision.
The Senate recedes.

*Reporting requirements relating to Department of Defense audits (sec. 1004)*

The House amendment contained a provision (sec. 1004) that would require an annual report ranking each of the military departments and Defense Agencies in order of how advanced they are in achieving auditable financial statements as required by law. This report would include, for the bottom quartile of departments and agencies ranked in the report, an additional report describing the material weaknesses of the reporting entity, underlying causes of the material weaknesses, and a plan for remediation. The provision would also require a report presenting a plan for achieving an unmodified audit opinion on the Department of Defense-wide consolidated audit within 5 years.
The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the limitation on use of funds and would modify the reporting requirement.

*Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands (sec. 1005)*

The Senate bill contained a provision (sec. 1003) that would amend section 222a of title 10, United States Code, to require the military services and combatant commands to submit separate lists of unfunded priorities for military construction. This provision would require the lists to be in priority order.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munition Requirements and Out-Year Inventory numbers (sec. 1006)*

The Senate bill contained a provision (sec. 1004) that would amend section 222a of U.S.C 10 to prohibit the chief of staff of each of the Services from delegating the reporting requirement outside the service concerned.
The House amendment contained no similar provision.
The House recedes.

*Annual budget justification display for service-common and other support and enabling capabilities for special operations forces (sec. 1007)*

The House amendment contained a provision (sec. 1005) that would amend chapter 9 of title 10, United States Code, to require the Secretary of Defense to include in the budget materials submitted to Congress under section 1105 of title 31, United States Code, for fiscal year 2021 and any subsequent fiscal year, a consolidated budget justification display showing service-common and other support and enabling capabilities for special operations forces requested by a military service or Defense Agency.
The Senate bill contained no similar provision.
The Senate recedes.

*Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs (sec. 1008)*

The Senate bill contained a provision (sec. 1005) that would amend section 240b(b)(1) of title 10, United States Code, to include audit results and activities for classified programs in the Financial Improvement and Audit Remediation Plan. The plan shall remain unclassified and include a classified annex, if required.

The House amendment contained no similar provision.

The House recedes.

*Plan of the Department of Defense for financial management information (sec. 1009)*

The Senate bill contained a provision (sec. 1006) that would require the Under Secretary of Defense (Comptroller) to track the costs of the audit corrective action plans.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the reporting requirements.

The conferees direct the Secretary of Defense not later than 90 days after the date of the enactment of this Act, to submit to the congressional defense committees a report containing the following Department-Wide audit metrics:

(1) Total number of open audit notices of findings and recommendations (NFRs) for the most recent fiscal year and the preceding two fiscal years where applicable;

(2) Number of repeat or reissued NFRs from the most recent fiscal year;

(3) Number of NFRs that were previously forecasted to be closed in the most recently completed fiscal year that remain open;

(4) Number of closed NFRs in the current fiscal year and prior fiscal years;

(5) Number of material weaknesses that were validated by external auditors as fully resolved or downgraded in the current fiscal year over prior fiscal years;

(6) Breakdown by fiscal years in which open NFRs are forecasted to be closed; and

(7) Explanations for unfavorable trends in these categories.

*Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund (sec. 1010)*

The Senate bill contained a provision (sec. 1007) that would amend section 1705 of title 10, United States Code, to rename the Defense Acquisition Workforce Development Fund to the

Defense Acquisition Workforce Development Account in recognition that it is funded by appropriations.

The House amendment contained no similar provision.

The House recedes.

*Transparency of accounting firms used to support Department of Defense audit (sec. 1011)*

The House amendment contained a provision (sec. 1008) that would require audit firms to report fully adjudicated disciplinary proceedings to the Department of Defense, ensure the details of such disciplinary proceedings are kept confidential, and would provide a definition of "associated person".

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would eliminate the insertion of "fully adjudicated" and the definition of associated persons.

The conferees direct the Secretary of Defense to provide a briefing, in conjunction with the Financial Improvement and Audit Remediation Plan, on the implementation of section 1006 of John S. McCain National Defense Authorization Act for Fiscal Year 2019 no later than June 30, 2020.

*Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense (sec. )*

The Senate bill contained a provision (sec.1002) that would amend section 127 of title 10, United States Code, to modify the annual reporting requirement on emergency and extraordinary expenses of the Department of Defense.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

## SUBTITLE B—COUNTERDRUG ACTIVITIES

*Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia (sec. 1021)*

The Senate bill contained a provision (sec.1011) that would amend section 1021 of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108-375), as most recently amended by section 1011 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), to modify authorized assistance to the Government of Colombia to address the emergence of new threats.

WASHSTATEC014061

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the organizations with respect to which assistance may be provided under this authority.

*Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities (sec. 1022)*

The Senate bill contained a provision (sec. 1012) that would extend for two years section 1022 of the National Defense Authorization Act for Fiscal Year 2004 (Public Law 108-136).

The House amendment contained a similar provision (sec. 1031) that would extend for two years section 1022 of the National Defense Authorization Act for Fiscal Year 2004 (Public Law 108-136).

The Senate recedes.

*Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin (sec. 1023)*

The House amendment contained a provision (sec. 1014) that would express the Sense of Congress that counterdrug activities in the transit zone and Caribbean basin are critical to national security.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Assessment of impact of proposed border wall on volume of illegal narcotics (sec. 1024)*

The House amendment contained a provision (sec. 1015) that would require the Secretary of Defense, in consultation with the Secretary of Homeland Security, to conduct an assessment of the impact that any planned or proposed border wall construction would have on the volume of illegal narcotics entering the United States.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## SUBTITLE C—NAVAL VESSELS

*Modification of authority to purchase vessels using funds in National Defense Sealift Fund (sec. 1031)*

The Senate bill contained a provision (sec. 1016) that would amend section 2218(f)(3) of title 10, United States Code, in subparagraph (E) by striking "10 new sealift vessels" and inserting "10 new sealift vessels, auxiliary vessels, or a combination of such vessels".

The House amendment contained no similar provision.

The House recedes.

*Use of National Defense Sealift Fund for procurement of two used vessels (sec. 1032)*

The House amendment contained a provision (sec. 1022) that would require the Secretary of the Navy to seek to enter into a contract for two used vessels for mobilization purposes.

The Senate bill contained no similar provision.

The Senate recedes.

*Transportation by sea of supplies for the Armed Forces and Defense Agencies (sec. 1033)*

The House amendment contained a provision (sec. 1021) that would modify section 2631 of title 10, United States Code, to expand application of cargo transported by the Department of Defense to include Defense Agencies. Additionally, this provision would require additional latitude in the transportation of fuel products to better expand opportunities for U.S. flagged resources.

The Senate bill contained no similar provision.

The Senate recedes.

*Senior Technical Authority for each naval vessel class (sec. 1034)*

The Senate bill contained a provision (sec. 1017) that would require the designation of a Senior Technical Authority (STA) for each class of naval vessels.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove the prohibition on delegation of the authority to designate STAs and adjust STA tenure requirements.

The conferees' intent is that STAs are primarily or entirely employees of the Naval Sea Systems Command engineering directorate (code 05) with the STA designation and associated duties as primary or collateral responsibilities.

*Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment (sec. 1035)*

The Senate bill contained a provision (sec. 1018) that would amend section 8680 of title 10, United States Code, to provide the Secretary of the Navy with additional flexibility to maintain Littoral Combat Ships (LCSs) by allowing government or contractor personnel to conduct maintenance on deployed LCS vessels regardless of ship location.

The House amendment contained no similar provision.

The House recedes with an amendment that would specify allowable maintenance activities.

The conferees note the two classes of LCS have significantly different maintenance requirements and sustainment models as compared to other classes of Navy surface ships.

Accordingly, the conferees direct the Secretary of the Navy to submit to the congressional defense committees, no later than March 1, 2020, comprehensive LCS class maintenance plans for each LCS class. Each such plan shall contain the following elements for such class: (1) An assessment of the implications of extended LCS deployments on material readiness and operational availability; (2) A comprehensive sustainment strategy necessary to support the total number of LCSs, including maintenance requirements, sustainment concepts, and estimated life cycle costs; (3) A description of the permanent and temporary facilities required to support LCSs operating on extended deployments at overseas locations; (4) A description of all contracting strategies for LCS ship repair and maintenance, including short- and long-term; (5) A summary of projected LCS maintenance costs, by fiscal year, for fiscal years 2020 through 2025 and the extent to which actual costs have deviated from prior estimates; and (6) Other related matters the Secretary deems appropriate.

*Formal training for shipboard system programs of record (sec. 1036)*

The House amendment contained a provision (sec. 1023) that would require the Secretary of the Navy to ensure there is a formal schoolhouse for all shipboard systems that are current programs of record in the fleet.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require formal training for such systems, but not require the training occur at a schoolhouse.

*Report on shipbuilder training and the defense industrial base (sec. 1037)*

WASHSTATEC014064

The House amendment contained a provision (sec. 1024) that would require the Secretary of the Defense to submit a report on how the Navy plans to manage the need to grow the shipbuilding workforce as it builds to a 355-ship Navy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to submit the report in coordination with the Secretary of Labor.

*Use of competitive procedures for CVN-80 and CVN-81 dual aircraft carrier contract (sec. 1038)*

The House amendment contained a provision (sec. 1025) that would require to the extent practicable and unless otherwise required by law, the Secretary of the Navy to ensure that competitive procedures are used with respect to any task order or delivery order issued under a dual aircraft carrier contract relating to the CVN-80 and CVN-81.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on expanding naval vessel maintenance (sec. 1039)*

The House amendment contained a provision (sec. 1026) that would require the Secretary of the Navy to submit to the congressional defense committees a report on allowing maintenance to be performed on naval vessels at shipyards other than shipyards in the vessels' homeports.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the report to include a description of the ability of non-homeport firms to maintain surge capacity when homeport shipyards lack the capacity or capability to meet homeport requirements and make other technical changes.

## SUBTITLE D—COUNTERTERRORISM

*Modification of support of special operations to combat terrorism (sec. 1041)*

The House amendment contained a provision (sec. 1037) that would amend section 127e of title 10, United States Code, to modify the notification required pursuant to this authority.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries (sec. 1042)*

The Senate bill contained a provision (sec. 1023) that would extend until December 31, 2020, the prohibition on the use of funds provided to the Department of Defense to transfer or release individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to Libya, Somalia, Syria, and Yemen.

The House amendment contained a similar provision (sec. 1032) that would prohibit the use of funding authorized to be appropriated or otherwise made available for the Department of Defense during the period beginning on the date of the enactment of this Act and ending on December 31, 2020, to transfer, release, or assist in the transfer or release of any individual detained at United States Naval Station, Guantanamo Bay, Cuba, to Libya, Somalia, Syria, Yemen, Cuba, Iran, Russia, North Korea, Mexico, Guatemala, Honduras, El Salvador, or Venezuela.

The House recedes.

*Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States (sec. 1043)*

The Senate bill contained a provision (sec. 1021) that would extend until December 31, 2020, the prohibition on the use of funds provided to the Department of Defense to transfer or release individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.

The House amendment contained no similar provision.

The House recedes.

*Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba (sec. 1044)*

The Senate bill contained a provision (sec. 1022) that would extend until December 31, 2020, the prohibition on the use of funds provided to the Department of Defense to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.

The House amendment contained no similar provision.

The House recedes.

*Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba (sec. 1045)*

The Senate bill contained a provision (sec. 1024) that would extend through fiscal year 2020, the prohibition on the use of funds provided to close or abandon United States Naval Station, Guantanamo Bay, Cuba; to relinquish control of Guantanamo Bay to the Republic of Cuba; or to implement a material modification to the Treaty between the United States of America and Cuba signed at Washington, D.C., on May 29, 1934, which modification would constructively close United States Naval Station, Guantanamo Bay.

The House amendment contained no similar provision.

The House recedes.

*Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba (sec. 1046)*

The Senate bill contained a provision (sec. 1026) that would require the establishment of a Chief Medical Officer (CMO) at the United States Naval Station, Guantanamo Bay, Cuba, to conduct oversight of medical care provided to individuals detained at Guantanamo Bay, and to ensure that such medical care meets the defined standard of care.  The CMO would report directly to the Assistant Secretary of Defense for Health Affairs and hold a grade not below that of colonel, or captain in the Navy.  The CMO would make medical determinations, including: (1) Decisions regarding assessment, diagnosis, and treatment of detainees; and (2) Medical accommodations to detainee living conditions and operating procedures for detention facilities.  In the event the commander of Joint Task Force-Guantanamo declined to follow a determination of the CMO, the provision would require the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict and the Assistant Secretary of Defense for Health Affairs to resolve the matter jointly, within 7 days of receipt of the notification of such declination.  Additionally, the provision would authorize the CMO to secure access to any individual, information, or assistance that the CMO considered necessary to carry out the duties of the position.

The Senate bill also contained a provision (sec. 1025) that would authorize the temporary transfer of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States for emergency or critical medical treatment not available at Guantanamo.

WASHSTATEC014067

The House amendment contained a similar provision (sec. 1034) that would express the sense of Congress that the increasing age of detainees at the United States Naval Station, Guantanamo Bay, Cuba, poses challenges for the provision of medical care, and that the United States has an ongoing obligation to provide medical care that meets appropriate standards of care to the detainees at Guantanamo.  This provision would also express the sense of Congress that the Secretary of Defense should take into account the standards of care provided at other relevant facilities, including those administered by the Federal Bureau of Prisons, when determining the policies regarding medical care for detainees at Guantanamo.

The House recedes to Senate section 1026, with technical and clarifying amendments.

The Senate recedes to Senate section 1025.

The House recedes to House section 1034.

*Independent assessment on gender and countering violent extremism (sec. 1047)*

The House amendment contained a provision (sec. 1035) that would require the Secretary of Defense to enter into contract with a nonprofit entity or federally funded research and development center independent of the Department of Defense to conduct research and analysis on the intersection of gender and violent extremism and terrorism and provide a report to the congressional defense committees on the result of such assessment.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

## SUBTITLE E—MISCELLANEOUS AUTHORITIES AND LIMITATIONS

*Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments (sec. 1051)*

The House amendment contained a provision (sec. 1041) that would require the Secretary of Defense to ensure there is coordination in scheduling executive airlift across the entire Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Explosive ordnance defense disposal program (sec. 1052)*

The House amendment contained a provision (sec. 1042) that would amend section 2284 of title 10, United States Code, to make technical changes regarding the responsibilities of the executive agent for the explosive ordnance disposal training and technology program. The provision would also eliminate the requirement to designate a combat support agency to manage a Defense-wide program element for certain explosive ordnance disposal activities.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense (sec. 1053)*

The House amendment contained a provision (sec. 1012) that would provide a technical correction to and extend until December 31, 2022, a report required by section 1014 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328).

The Senate bill no similar provision.

The Senate recedes.

*Notification on the provision of defense sensitive support (sec. 1054)*

The House amendment contained a provision (sec. 1043) that would modify section 1055 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) to provide additional Defense Sensitive Support reporting requirements.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas (sec. 1055)*

The Senate bill contained a provision (sec. 1081) that would amend section 3401 of title 39, United States Code, to clarify that Active-Duty servicemembers and Department of Defense civilian employees providing support to military operations are authorized to mail personal correspondence at no cost when deployed for a contingency operation in an area designated by the President. The provision also would extend the free mail program to all hospitalized servicemembers wounded in a designated area.  Finally, the provision would allow certain

WASHSTATEC014069

mail between military post offices or from a military post office to a point of entry into the United States to be transported by surface shipment.

     The House amendment contained no similar provision.
     The House recedes.

*Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces (sec. 1056)*

     The Senate bill contained a provision (sec. 1082) that would modify section 406 of title 39, United States Code, to permit the Secretary of Defense to authorize the use of military post offices in locations outside the United States by citizens of the United States who are employed by the North Atlantic Treaty Organization and who perform functions in support of the Armed Forces.

     The House amendment contained no similar provision.
     The House recedes.

*Expenditure of funds for Department of Defense intelligence and counterintelligence activities (sec. 1057)*

     The House amendment contained a provision (sec. 1047) that would authorize the expenditure of no more than 5 percent of Military Intelligence Program funds for Department of Defense recurring or anticipated intelligence and counterintelligence activities for each of the fiscal years 2020 through 2025. Further, this section would require the Secretary of Defense to provide a report of the expenditures covered by this authorization for each of the fiscal years 2020 through 2025. This section would provide additional authorization in response to section 1041 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), which required the Secretary of Defense to clarify use of emergency and extraordinary expenses for intelligence and counterintelligence activities that were determined not to be of an emergent or extraordinary nature.

     The Senate bill contained no similar provision.
     The Senate recedes with a technical amendment.

*Limitation on use of funds for the inactivation of Army watercraft units (sec. 1058)*

     The House amendment contained a provision (sec. 1045) that would prohibit any funds authorized or appropriated by this Act

WASHSTATEC014070

to be used for the inactivation of any Army watercraft unit
until the Secretary of Defense submits to Congress a
certification on the Army Watercraft Requirements Review and a
federally funded research and development center has reviewed
and validated the Army's ability to meet watercraft requirements
of the combatant commanders.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Independent public accountant audit of financial systems of the
Department of Defense*

The House amendment contained a provision (sec. 1007) that
would direct the Secretary of Defense to ensure financial
systems of the Department of Defense are reviewed by an
independent public accountant to validate the financial system
will meet applicable Federal requirements.
The Senate bill contained no similar provision.

The House recedes.

The conferees are encouraged by the Department of
Defense's completion of the first audit in 2018. In order to
improve the Department of Defense's ability to continue audit
compliance, the Secretary of Defense shall ensure that each
major implementation of, or modification to, a financial system
of the Department of Defense meets all applicable Federal
statutes, regulations, and policies with regards to
auditability.

*Modification of authority to provide support to other agencies
for counterdrug activities and activities to counter
transnational organized crime*

The House amendment contained a provision (sec. 1011) that
would modify the types of support authorized by section 284 of
title 10, United States Code as well as include additional
congressional notification requirements.

The Senate bill contained no similar provision.

The House recedes.

*Repeal of Secretary of Defense review of curricula and program
structures of National Guard counterdrug schools*

The House amendment contained a provision (sec. 1013) that
would repeal the Secretary of Defense's review of National Guard
counterdrug school curricula and program structures.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the importance of the National Guard counterdrug schools in the development, training, and maintenance of skills for Federal, State, local, and foreign government officials to combat illicit trafficking.  The conferees direct the Secretary of Defense to provide a briefing to the House and Senate Armed Services Committees no later than 90 days after enactment of this Act on the Department of Defense review of the curricula and program structures of the National Guard counterdrug schools.  The briefing shall include the following:

(1) An overview of the National Guard counterdrug schools.

(2) An overview of the Department's guidance related to the National Guard counterdrug program.

(3) An explanation of the Department's guidance specifically related to the curricula and program structures of the National Guard counterdrug schools.

(4) A description of the Department's goals, objectives, and effect-based measures of performance related to the National Guard counterdrug schools.

(5) An initial evaluation of the establishment of the National Guard Bureau counterdrug schools executive steering committees, the committees' progress toward implementing guidance, and the structure to incorporate feedback regarding such guidance from the States.

(6) An initial evaluation of curricula requirements identified by State counterdrug coordinators.

(7) An initial evaluation of the National Guard counterdrug schools activity plans received from States.

(8) A cost analysis of the metrics used to explain how any savings and efficiencies will be achieved by any changes made, including an analysis of the elimination of contracted positions.

(9) Any other matters the Secretary considers appropriate.

*Clarification of authority of military commissions under chapter 47A of title 10, United States Code, to punish contempt*

The Senate bill contained a provision (sec. 1031) that would amend subchapter IV of chapter 47A of title 10, United States Code, to permit a judge of the United States Court of Military Commission Review or a military judge detailed to a military commission to punish contempt.  The provision also would provide that the punishment for contempt may not exceed confinement for 30 days, a fine of $1,000, or both and would

WASHSTATEC014072

establish the conditions under which punishment for contempt is reviewable.

      The House amendment contained no similar provision.
      The Senate recedes.

*Prohibition on use of funds for transfer to and detention of additional individuals, including United States citizens, at United States Naval Station, Guantanamo Bay, Cuba*

      The House amendment contained a provision (sec. 1033) that would prohibit the use of funding authorized to be appropriated or otherwise made available for the Department of Defense during the period beginning on the date of the enactment of this Act and ending on December 31, 2020, to detain any additional individuals including United States citizens, under the law of war or pursuant to military commission proceedings, at the detention facility at the United States Naval Station, Guantanamo Bay, Cuba. The provision also would require a plan identifying a disposition other than continued law of war detention at United States Naval Station, Guantanamo Bay, Cuba, for each individual currently detained at Guantanamo.

      The Senate bill contained no similar provision.
      The House recedes.

*Enhancement of authorities on forfeiture of Federal benefits by the National Guard*

      The Senate bill contained a provision (sec. 1037) that would amend section 108 of title 32, United States Code, to provide that the availability of Federal funds provided to the National Guard of individual States is contingent upon compliance with Federal law and policy applicable to the National Guard. The provision would also authorize the President to withdraw Federal recognition of National Guard units and members for failure to comply with Federal law and policy and would authorize the President to bar units and individuals from receiving Federal funds if the unit or individuals fail to comply with Federal law and policy.

      The House amendment contained no similar provision.
      The Senate recedes.

*Public availability of military commission proceedings*

      The House amendment contained a provision (sec. 1038) that would amend title 10, United States Code, to provide that, as to any proceeding of a military commission that is made open to the public, the military commission judge may order that the

WASHSTATEC014073

proceedings be made available to be watched remotely by the public through the internet.
        The Senate bill contained no similar provision.
        The House recedes.

*Limitation on placement by the Under Secretary of Defense for Personnel and Readiness of work with federally funded research and development centers*

        The Senate bill contained a provision (sec. 1039) that would amend would prohibit the Under Secretary of Defense for Personnel and Readiness from placing any work with a federally funded research and development center (FFRDC) until a report containing a list of all studies, reports,and other analyses being undertaken for the Under Secretary is submitted to the Committees on Armed Services of the Senate and the House of Representatives.
        The House amendment contained no similar provision.
        The Senate recedes.

*Modification and technical correction of authority for deployment of members of the Armed Forces to the southern land border of the United States*

        The House amendment contained a provision (sec. 1044) that would modify the authority under section 1059 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) by requiring a certification and notification requirement prior to the provision of assistance to the United States Custom and Border Protection at the U.S. southern land border. Additionally, this section would amend and add reporting requirements, require that the support be on a reimbursable basis, and terminate the authority on September 30, 2023.
        The Senate bill contained no similar provision.
        The House recedes.

*Use of funds for defense of the Armed Forces and United States citizens against attack by foreign hostile forces*

        The Senate bill contained a provision (sec. 1045) that would allow funds authorized to be appropriated by this Act to be used to ensure the ability of the Armed Forces to defend themselves, and the United States, against attack.
        The House amendment contained no similar provisions.
        The Senate recedes.

WASHSTATEC014074

*Prohibition on use of funds for construction of a wall, fence, or other physical barrier along the southern border of the United States*

The House amendment contained a provision (sec. 1046) that would prohibit the obligation, expense, or use of funds, that have been authorized to be appropriated for national defense in fiscal years 2015 through 2020, to design or carry out a project to construct, replace, or modify a wall, fence or other physical barrier along the international border between the United States and Mexico.

The Senate bill contained no similar provision.

The House recedes.

*Limitation on use of funds to house children separated from parents*

The Senate bill contained a provision (sec. 1044) that would prohibit the use of funds authorized to be appropriated by this Act to house a child separated from a parent, unless the Department of Homeland Security demonstrated in a hearing that the parent or legal guardian was unfit or presented a danger to the child.

The House amendment contained a similar provision (sec. 1048) that would prohibit amounts made available to the Department of Defense for fiscal year 2020 from being used to house children separated from their parent or legal guardian by Customs and Border Protection near a port of entry or within 100 miles of the border of the United States, unless a state court, an official with the state or county child welfare agency, or a Custom and Border Protection chief patrol agent or the area port director determines that the separation is in the best interest of the child because the child is in danger of abuse or neglect.

The conference agreement does not include either provision.

*Limitation on use of funds for providing housing for unaccompanied alien children*

The House amendment contained a provision (sec. 1049) that would require the Department of Defense to submit a congressional certification that any housing provided to unaccompanied alien children meets the standards of the Department of Health and Human Services, including those provided in the Flores settlement agreement.

The Senate bill contained no similar provision.

The House recedes.

*Transfer of certain items included in categories I, II, and III of the United States Munitions List to the Commerce Control List*

The House amendment contained a provision (sec. 1050) that would prohibit the President from removing from the United States Munitions List any item that was included in category I, II, or III of the United States Munitions List, as in effect on August 31, 2017.

Senate bill contained no similar provision.
The House recedes.

*Limitation on use of funds for reimbursement of expenses at certain properties*

The House amendment contained a provision (sec. 1050A) that would prohibit the obligation or expenditure of funds made available for the Department of Defense at a list of properties or to an entity with an ownership interest in such properties.

The Senate bill contained no similar provision.
The House recedes.

*Limitation on use of funds for exhibition of parade of military forces and hardware for review by the President*

The House amendment contained a provision (sec. 1050B) that would prohibit the use of funds authorized by this Act or otherwise appropriated for Fiscal Year 2020 for the Department of Defense from being obligated or expended for any exhibition or parade of military forces and hardware, with the exception of ceremonial honors and customary ceremonial duties, for review by the President outside authorized military operations.

The Senate bill contained no similar provision.
The House recedes.

*Prohibition on use of DOD equipment, personnel, and facilities for ICE detention*

The House amendment contained a provision (sec. 1050C) that would prohibit the use of facilities, equipment, or personnel of the Department of Defense to house or to construct housing for foreign nationals in the custody of U.S. Immigration and Customs Enforcement.

The Senate bill contained no similar provision.
The House recedes.

*Report on joint force plan for implementation of strategies of the Department of Defense for the Arctic*

The Senate bill contained a provision (sec. 1054) that would require the Secretary of Defense, in coordination with Secretaries of the military departments, to submit a joint force plan for implementing the Department of Defense's December 2016 Report to Congress on the Strategy to Protect United States National Security Interests in the Arctic Region and the updated Arctic strategy to improve and enhance joint operations, which was mandated in the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The House amendment contained no similar provision.

The Senate recedes.

The conferees note the increasing involvement of near-peer competitors in the Arctic region and direct the Secretary of Defense, in coordination with Secretaries of the military departments, to submit a plan for implementing the June 2019 Department of Defense Arctic Strategy.

*Report on use of Northern Tier bases in implementation of Arctic strategy of the United States*

The Senate bill contained a provision (sec. 1055) that would direct the Secretary of Defense to submit a report to the congressional defense committees on the use of bases in the northern latitudes, including Northern Tier bases, for implementing the recommendations in the December 2016 "Report to Congress on Strategy to Protect United States National Security Interests in the Arctic Region" and the updated Arctic strategy required to be submitted to the congressional defense committees under section 1071 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees on the use of bases in the northern latitudes, including Northern Tier bases, for implementing the recommendations in the June 2019 Department of Defense Arctic Strategy no later than 180 days after the enactment of this Act.

*Comptroller General of the United States report on post-government employment of former Department of Defense officials*

The Senate bill contained a provision (sec. 1060) that would require the Comptroller General of the United States to update a prior report on the post-government employment of former Department of Defense officials.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Comptroller General of the United States to initiate a review, not later than 90 days after the date of the enactment of this Act, updating the information and findings set forth in the Government Accountability Office report entitled "Defense Contracting: Post-Government Employment of Former DOD Officials Needs Greater Transparency" (GAO-08-485), and to provide an interim briefing on the status of the review to the Committees on Armed Services of the Senate and the House of Representatives not later than December 31, 2020, with a report to follow by a date agreed upon with the committees.

*Elimination of requirement to submit reports to Congress in paper format*

The House amendment contained a provision (sec. 1062) that would enable the Department of Defense to provide reports required by the Congress in an electronic format rather than a paper format.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to deliver to the Committee on Armed Services of the House of Representatives reports required by Congress in electronic format only. This practice will begin on a date mutually agreed upon by the Secretary and the committee. This change does not apply to the Committee on Armed Services of the Senate. By eliminating the requirement of the delivery of congressional reports in paper format, the conferees believe the Department of Defense will be able to streamline the reporting process both within the Department and in delivery of its reports to the Congress. This process would only apply to unclassified reports.

Additionally, the conferees note that the Department is required by section 122a of title 10, United States Code, to ensure that reports are made available to the public, to the maximum extent practicable, by posting the reports on a publicly accessible website. The Committee on Armed Services of the Senate continues to explore means of reducing the administrative burden to the Department associated with generating and delivering hard copy paper reports to the U.S. Senate, however success in this endeavor is contingent on the Department's compliance with section 122a of title 10, United States Code.

*Sense of Congress regarding modular airborne fire fighting system*

The House amendment contained a provision (sec. 1075) that would require the Secretary of Defense to submit a report to the congressional defense committees regarding plans of the Secretary to fund long-term sustainment and operation and maintenance of MAFFS capabilities, including plans for the National Guard Bureau to submit program objective memoranda for funding for lifetime costs to the Department of Defense to be included in future Department of Defense Budget Requests, including the feasibility of establishing a dedicated program-of-record.

The Senate bill contained no similar provision.

The House recedes.

*Report on policies relating to small farms*

The House amendment contained a provision (sec. 1077) that would require the Defense Logistics Agency (DLA) and the Defense Commissary Agency (DeCA) to submit to the congressional defense committees a report on policies relating to small farms.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the DLA and DeCA to submit a report on the programs, policies, and practices of the DLA and DeCA relating to small farms, farms owned by new and beginning farmers, and farmers who are veterans or minorities not later than 90 days after the date of the enactment of this Act to the congressional defense committees. The report should include a description of opportunities and barriers to expanding the use of such programs, policies, or practices.

*Report on financial costs of overseas United States military posture and operations*

The House amendment contained a provision (sec. 1079) that would require the Secretary of Defense to submit a report to the congressional defense committees on the financial costs of U.S. military posture and operations overseas.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Department of Defense currently provides an annual budget exhibit that describes the country-by-country costs of maintaining overseas posture, which estimated worldwide posture costs of just over $24.0 billion in fiscal year 2019. However, the exhibit excludes considerable costs such as those borne in overseas contingency accounts and does not account for host nation contributions, either cash or

in-kind, or contributions from the North Atlantic Treaty
Organization (NATO).

Therefore, the conferees direct the Secretary of Defense
to submit a comprehensive report with the budget submission, or
not later than February 15, 2020, to the congressional defense
committees on the actual costs of maintaining the overseas
posture and presence of the U.S. Armed Forces in fiscal year
2019. The report should address the financial costs incurred by
the United States, as well as financial and in-kind
contributions made by host-countries and multilateral
organizations like NATO, related to overseas enduring and
contingency infrastructure and the presence of permanent and
rotational U.S. Armed Forces.

Additionally, the conferees direct the Comptroller General
of the United States to review the Department's report to
determine whether it accurately captures the full costs of
overseas posture and host nation contributions and to submit a
report to the congressional defense committees not later than
180 days after the Department's report is submitted to the
committees.

*Public availability of Chief Management Office annual budget
reports*

The House amendment contained a provision (sec. 1080B)
that would amend section 132a(c)(1)(B) of title 10, United
States Code, to require that the Chief Management Officer's
reports on Defense Agency and Department of Defense Field
Activity proposed budgets for enterprise business operations be
made publicly available on an internet website in a searchable
format.

The Senate bill contained no similar provision.

The House recedes.

*Plan to increase and expand cold weather training*

The House amendment contained a provision (sec. 1080D)
that would require the Secretary of the Army to conduct an
assessment of cold weather training requirements in light of
increased operations and vulnerability to great power
competition in the Arctic; and develop a plan to increase and
expand cold weather training opportunities.

The Senate bill contained no similar provision.

The House recedes.

The conferees directed the Secretary of Defense to submit
a report to the congressional defense committees not later than
180 days after the date of enactment of the National Defense

Authorization Act for Fiscal Year 2019. The conferees note that
the Department has not provided this report to the committees
and direct the Secretary to expedite completion and submission
of the report by not later than January 31, 2020.

*Comptroller General review of Department of Defense support for
the Department of Homeland Security operations on the southwest
border of the United States*

The House amendment contained a provision (sec. 1080E)
that would require the Comptroller General of the United States
to conduct a review and provide a report and a briefing on
ongoing and future Department of Defense support for Department
of Homeland Security border security operations.
The Senate bill contained no similar provision.
The House recedes.

*Disposal of IPv4 addresses*

The House amendment contained a provision (sec. 1088) that
would require the Department of Defense to sell several blocks
of internet protocol version 4 addresses over a period of ten
years.
The Senate bill contained no similar provision.
The House recedes.

*Prohibition on denial of Department of Veterans Affairs home
loans for veterans who legally work in the marijuana industry*

The House amendment contained a provision (sec. 1093) that
would prohibit the Secretary of Veterans Affairs from using as a
factor in determining whether to guarantee, issue, or make a
housing loan the fact that an individual's income is derived
from working in the marijuana industry.
The Senate bill contained no similar provision.
The House recedes.

*Inclusion on the Vietnam Veterans Memorial Wall of the names of
the lost crew members of the U.S.S. Frank E. Evans killed on
June 3, 1969*

The House amendment contained a provision (sec. 1094) that
would require the Secretary of Defense, in consultation with the
Secretary of the Interior, the American Battlefield Monuments
Commission, and other applicable authorities, to authorize the
inclusion on the Vietnam Veterans Memorial Wall in the District

of Columbia, of the names of the 74 crew members of the U.S.S. Frank E. Evans, killed on June 3, 1969.

The House amendment also contained a similar provision (sec. 1099O).

The Senate bill contained no similar provision.

The House recedes.

The conferees honor the service of the 74 crew members of the U.S.S. Frank E. Evans, who made the ultimate sacrifice on June 3, 1969, and express their respect and regard for the family members of the crew, and their unflagging dedication to sustaining the memory of their Fallen loved ones.

The conferees note that there is an established process for adding the names of servicemembers to the Vietnam Veterans Memorial Wall.  The conferees believe this process should be followed to preserve the integrity of the Wall.

*Report on executive helicopter flights in the National Capital Region*

The House amendment contained a provision (sec. 1097) that would require the Secretary of Defense to submit a publicly available report on the number of helicopter trips used for executive transport by service branch in the national capital region for a period of 90 days after enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees, not later than 90 days after enactment of this Act, which shall be made publicly available, and shall detail the number of helicopter missions used for executive transport in the National Capital Region. The report shall also include a consolidated listing of all such flights executed from the date of enactment through 90 calendar days thereafter and a list of the number of helicopters utilized by each service branch.

*Review of foreign currency exchange rates and analysis of Foreign Currency Fluctuations Appropriation*

The House amendment contained a provision (sec. 1099A) that would require the Under Secretary of Defense (Comptroller) to review exchange rates to determine whether cost savings opportunities exist in disbursements pursuant to contracts in foreign currencies.

The Senate bill contained no similar provision.

The House recedes.

WASHSTATEC014082

The conferees recognize the difficulty in predicting exchange rate fluctuations and urge the Department to continue investigating methodologies to decrease the magnitude of fluctuations in the Foreign Currency Fluctuations, Defense account.

*Contracts by the President or Vice President*

The House amendment contained a provision (sec. 1099B) that would amend the federal criminal code (18 U.S.C. 431) to prohibit the President, Vice President, and members of the President's Cabinet, or anyone acting on their behalf or for their benefit, from holding or entering into a contract or agreement with the United States or any agency of the United States.  Violations would be subject to a fine.  Any contract in violation of the provision would be void automatically, and any monies advanced by the United States or its agency pursuant to such a contract or agreement would be subject to immediate repayment to the government.  Absent immediate repayment, the law would provide that suit should be brought immediately for the recovery of the advanced monies.

The Senate bill contained no similar provision.
The House recedes.

*Interoperability of communications between military installations and adjacent jurisdictions*

The House amendment contained a provision (sec. 1099E) that would require the Department of Defense Fire and Emergency Services Working Group to submit a report on military installations that provide emergency services to areas outside their installations and the interoperability of military installations and adjacent civilian agencies.

The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Department of Defense Fire and Emergency Services Working Group, not later than 12 months after the date of the enactment of this Act, to submit a report to the congressional defense committees on military installations that provide emergency services to areas outside their installations and the interoperability of military installations and adjacent civilian agencies.

*Chinese language and culture studies within the Defense Language and National Security Education Office*

The House amendment contained a provision (sec. 1099G) that would increase the funds authorized for the Defense Human Resources Activity by $13,404,000 for use by the Defense Language and National Security Education Office to provide support for studies related to Chinese language and culture.

The Senate bill contained no similar provision.

The House recedes.

*Modification of prohibition on availability of funds for Chinese language programs at certain institutions of higher education*

The House amendment contained a provision (sec. 1099H) that would modify section 1091(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to require the Secretary of Defense to develop a transition plan for each institution of higher education subject to the limitation under paragraph (1)of such section.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that they appreciate the Department of Defense's effort to ensure that institutions of higher education, which no longer host a Confucius Institute, may regain eligibility to receive funds from the Department for Chinese language instruction.

*Lessons learned and best practices on progress of gender integration implementation in the Armed Forces*

The House amendment contained a provision (sec. 1099I) that would require the Secretary of Defense to direct each component of the Armed Force to share lessons learned and best practices on the progress of their gender integration implementation plans.

The Senate bill contained no similar provision.

The House recedes.

*Strategies for recruitment and retention of women in the Armed Forces*

The House amendment contained a provision (sec. 1099J) that would direct the Secretary of each military department to examine successful strategies used by foreign military services to recruit and retain women and consider implementing those best practices in the United States Armed Forces.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that many of the United States' closest allies have long been successful in recruiting and retaining women into their militaries. The Secretary of Defense is encouraged to examine the techniques used by these countries and, where possible, implement them in the United States military.

*Honoring last surviving Medal of Honor recipient of Second World War*

The House amendment contained a provision (sec. 1099L) that would allow the last surviving Medal of Honor recipient of World War II to lie in honor in the rotunda of the U.S. Capitol upon death if elected by the individual or next of kin.
The Senate bill contained no similar provision.
The House recedes.

*Credit monitoring*

The House amendment contained a provision (sec. 1099M) that would amend the Fair Credit Reporting Act (Public Law 91-508).
The Senate bill contained no similar provision.
The House recedes.

*Sense of Congress regarding Army Contracting Command-New Jersey*

The House amendment contained a provision (sec. 1099P) that would express the sense of Congress about the vital role played by Army Contracting Command-New Jersey.
The Senate bill contained no similar provision.
The House recedes.

*Review and report on experimentation with ticks and insects*

The House bill contained a provision (sec. 1099Q) that required the Department of Defense to review whether the Department experimented with ticks and other insects regarding use as a biological weapon between the years of 1950 and 1975.
The Senate amendment contained no similar provision.
The House recedes.
The conferees note the Department's prioritization of addressing tick-borne illnesses as a threat to military forces and their dependents. The conferees support the Department's research efforts to prevent the occurrence, diagnoses, and treatment of tick-borne illnesses, including through the Tick-Borne Disease Research Program established in Fiscal Year 2016.

The conferees note the importance of continued compliance with the Biological Weapons Convention which bans the development, production, and stockpiling of biological weapons of mass destruction.

*Pilot program to provide broadband access to military families and medical facilities on remote and isolated bases*

The House amendment contained a provision (sec. 1099R) that would direct the Secretary of Defense, in coordination with the Federal Communication Commission, to conduct a pilot program under which the Secretary would enter into agreements with broadband internet providers to extend residential broadband internet access to families on military installations located in unserved rural areas in the United States.

The Senate bill contained no similar provision.

The House recedes.

*Sense of Congress regarding military working dogs and soldier handlers*

The House amendment contained a provision (sec. 1099S) that would provide the sense of Congress on the importance of tactical explosive detection dogs and their soldier handlers in combat.

The Senate bill contained no similar provision.

The House recedes.

The conferees recognize the service of military working dogs and soldier handlers from the tactical explosive detection program and honor the sacrifices made by them in combat. The conferees also acknowledge that not all tactical explosive detection dogs were adopted by their former soldier handlers and encourage the Army and other government agencies, including law enforcement agencies, with such dogs to prioritize adoption to their former handlers. Lastly, the conferees recognize the efforts of Congressman Walter B. Jones to promote military working dogs as unsung heroes on the battlefield and in helping wounded warriors recover from physical and mental injuries.

*Funding limitation for the Erie Canalway National Heritage Corridor*

The House amendment contained a provision (sec. 1099U) that would amend section 810(a)(1) of the Erie Canalway National Heritage Corridor Act (Public Law 106-554; 114 Stat. 2763A-303) by striking ''$12,000,000'' and inserting ''$14,000,000''.

The Senate bill contained no similar provision.

The House recedes.

*Inspection of facilities used to house, detain, screen, and review migrants and refugees*

The House amendment contained a provision (sec. 1099V) that would require the Secretary of Defense, in coordination with the Comptroller General of the United States and the Secretary of Health and Human Services, to establish a process to conduct surprise inspections at Government-owned or Department of Defense-owned installations where migrants are housed, detained, screened, or reviewed.

The Senate bill contained no similar provision.
The House recedes.

*Sense of Congress regarding the 2001 Authorization for Use of Military Force*

The House amendment contained a provision (sec. 1099W) that would express the sense of Congress that the 2001 Authorization for Use of Military Force (Public Law 107-40; 50 U.S.C. 1541 note) enacted by Congress to authorize the use of force against those responsible for the terrorist attacks of September 11, 2001, has been cited 41 times as the legal basis for the use of force in 19 countries, well beyond the scope that Congress initially intended.  Further, the provision would convey the sense of Congress that any new authorization for the use of force should include:  (1) A sunset clause and timeframe within which Congress should revisit the authority provided; (2) A clear and specific expression of mission objectives, targets, and geographic scope; and (3) Reporting requirements to increase transparency and ensure proper Congressional oversight.

The Senate bill contained no similar provision.
The House recedes.

*Prohibition on export of air to ground munitions, related components and parts of such munitions, and related services to Saudi Arabia and the United Arab Emirates*

The House amendment contained a provision (sec. 1099X) that would prohibit, for the one-year period beginning on the date of the enactment of this Act, the President from issuing any license, and require the President to suspend any license or other approval for the export to the Government of Saudi Arabia or the Government of the United Arab Emirates any air to ground munitions, components, or related services.

The Senate bill contained no similar provision.

The House recedes.

*Reporting regarding cancelled appropriations*

The Senate bill contained a provision (sec. 6002) that would require the Comptroller General of the United States to provide a report to the congressional defense committees on cancelled appropriations across the federal government.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note the importance of understanding why appropriations are cancelled and therefore direct the Comptroller General of the United States to conduct a review of cancelled federal appropriations and to provide a briefing to the congressional defense committees and the Budget Committees of the Senate and the House of Representatives no later than March 1, 2020, with a report to follow by a date agreed at the time of the briefing.

The review shall include(1) an assessment of the amount of appropriations across federal agencies cancelled under section 1552 of title 31, United States Code, during each of the fiscal years 2009 through 2018; (2) identifying information about each cancelled appropriation, including its type and period of availability;(3)the percentage of each fiscal year's total appropriations canceled broken down by agency; (4) an assessment of the extent to which cancelled appropriations differed significantly across agencies or over time, the extent to which cancelled appropriations are correlated with obligation rates, and the extent to which cancelled appropriations are correlated with the length of continuing resolutions in the original year of the appropriation.

*Inclusion of progress of the Department of Defense in achieving auditable financial statements in annual reports on the Financial Improvement and Audit Remediation Plan*

The Senate bill contained a provision (sec. 6003) that would amend section 240b(b)(1)(B) of title 10, United States Code, by requiring that a ranking of each military department and Defense Agency be included in the annual report in order of its current progress in achieving auditable financial statements. The provision further requires that additional information be provided for each military department or Defense Agency ranked in the bottom quartile.

The House amendment contained no similar provision.

The Senate recedes.

*Silver Star Service Banner Day*

The Senate bill contained a provision (sec. 6005) that would amend Chapter 1 of title 36, United States Code, to designate May 1 as Silver Star Service Banner Day.

The House amendment contained no similar provision.

The Senate recedes.

*Comptroller General of the United States report on the effects of continuing resolutions on readiness and planning of the Department of Defense*

The Senate bill contained a provision (sec. 6011) that would require the Comptroller General of the United States to provide a report to the congressional defense committees on the effects of continuing resolutions on the readiness and financial efficiency of the Department of Defense.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the Department of Defense has spent more than 1,000 days under continuing resolutions over the past 10 years. Despite strong anecdotal evidence of negative readiness effects and significant financial waste created by continuing resolutions, a comprehensive tally of their costs, direct and indirect, has not yet been performed. Therefore, the conferees direct the Comptroller General of the United States to deliver a briefing to the congressional defense committees and the Budget Committees of the Senate and the House of Representatives no later than March 1, 2020, with a report to follow by a date agreed at the time of the briefing.

The report shall examine (1) the extent to which continuing resolutions impact Department of Defense purchasing power; (2) the extent to which preparing for and operating under continuing resolutions negatively affect the efficient usage of personnel time, including that of Senior Executive Service personnel and general and flag officers; (3) the extent to which continuing resolutions negatively affect the Department's ability to hire; (4) the extent to which the Department has requested and received anomalies for continuing resolutions since 2010; (5) the extent to which continuing resolutions have delayed acquisition programs; (5) the extent to which the Department has experienced funding misalignments between appropriations accounts due to continuing resolutions.

*Sense of Congress on the naming of a naval vessel in honor of Senior Chief Petty Officer Shannon Kent*

The Senate bill contained a provision (sec. 6016) that would express the sense of the Congress on the naming of a naval vessel in honor of Senior Chief Petty Officer Shannon Kent.

The House amendment contained no similar provision.

The Senate recedes.

# TITLE XI—CIVILIAN PERSONNEL MATTERS

## SUBTITLE A—GENERAL PROVISIONS

*Defense Advanced Research Projects Agency personnel management authority (sec. 1101)*

The Senate bill contained a provision (sec. 1102) that would increase the number of personnel eligible to be hired under the personnel management authority to attract experts in science and engineering under section 1599h of title 10, United States Code, in the Defense Advanced Research Projects Agency (DARPA) by 30, bringing the total for DARPA from 100 to 130, and decreasing the number of such positions available to the laboratories of the military departments by 30, from 40 to 10.

The House amendment contained a similar provision (sec. 1101) that would increase the number of these positions available to DARPA by 40, bringing its total to 140, with no decrease in the number of positions available to the laboratories.

The Senate recedes.

*Report on the probationary period for Department of Defense employees (sec. 1102)*

The House amendment contained a provision (sec. 1102) that would amend section 1599e of title 10, United States Code, to change the probationary period for Department of Defense civilian employees from 2 years to 1 year.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to conduct an independent review of the probationary periods applicable to Department of Defense employees. The amendment would also require the Secretary of Defense to submit a report detailing the results of the review to the Committees on Armed Services of the Senate and House of Representatives, the Committee on Oversight and Reform of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate.

*Civilian personnel management (sec. 1103)*

     The House amendment contained a provision (sec. 1103) that would amend section 129 of title 10, United States Code, to clarify that civilian personnel of the Department of Defense may not be managed on the basis of man-years, end strength, or full-time equivalent positions, or maximum number of employees, and instead will be managed based on the total force management policies and procedures established under section 129a of title 10, United States Code, the workload required to carry out the functions and activities of the Department, and the funds made available to the Department for each fiscal year.

     The Senate bill contained no similar provision.

     The Senate recedes with an amendment that would prohibit the Secretary of Defense from managing Department of Defense civilian personnel primarily on the basis of man-years or end strength.

*One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone (sec. 1104)*

     The Senate bill contained a provision (sec. 1103) that would extend by 1 year the discretionary authority of the head of a Federal agency to provide allowances, benefits, and gratuities comparable to those provided to members of the Foreign Service to the agency's civilian employees on official duty in a combat zone.

     The House bill contained an identical provision (sec.1104).

     The conference agreement contains this provision.

*One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas (sec. 1105)*

     The Senate bill contained a provision (sec. 1104) that would amend section 1101 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110-417), as most recently amended by section 1104 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), to extend through 2020 the authority of heads of executive agencies to waive limitations on the aggregate of basic and premium pay of employees who perform work in an overseas location that is in the area of responsibility of the commander of U.S. Central Command (CENTCOM), or a location that was formerly in CENTCOM but is now in the area of responsibility

of the Commander, U.S. Africa Command, in support of a military operation or an operation in response to a declared emergency.

The House amendment contained a similar provision (sec. 1105).

The House recedes.

*Performance of civilian functions by military personnel (sec. 1106)*

The House amendment contained a provision (sec. 1106) that would amend section 129a of title 10, United States Code, to ensure that before the Secretary of a military department directs military personnel to perform the functions of civilian personnel, the military department concerned is in compliance with section 129 of title 10, United States Code.

The Senate bill contained no similar provision.

The Senate recedes.

*Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base (sec. 1107)*

The House amendment contained a provision (sec. 1107) that would amend section 1125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) to extend the authority of the Secretary of Defense to use direct hire procedures for civilian personnel at domestic defense industrial base facilities and the Major Range and Test Facilities Base until 2025.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees note Section 1111 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) repealed the authority of the Secretaries of the military departments to waive the restriction on the appointment of retired members of the Armed Forces to positions in the civil service in the Department of Defense within 180 days of a servicemember's retirement based on a state of national emergency.

The conferees remain supportive of this change and note the relevant statute provides a straightforward process to the Secretaries of the military departments in the event that they wish to hire retired servicemembers within the 180-day post-retirement timeframe. The conferees urge the Department of Defense to make full use of the existing, and longstanding, process for hiring recently retired servicemembers, consistent with applicable law, policy, and merit principles.

WASHSTATEC014092

*Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees (sec. 1108)*

The House amendment contained a provision (sec. 1108) that would authorize the provision of additional allowances and benefits for certain Defense Intelligence Agency, Defense Clandestine Service employees located in the United States, limited to 125 covered employees per year for locations with living costs determined by the Secretary of Defense to be equal to or higher than the District of Columbia.
The Senate bill contained no similar provision.
The Senate recedes.

*Modification of direct hire authorities for the Department of Defense (sec. 1109)*

The House amendment contained a provision (sec. 1111) that would amend section 9905 of title 5, United States Code, by consolidating direct hiring authorities for the following positions:
(1) scientific, technical, engineering, mathematics positions within the defense acquisition workforce;
(2) scientific, technical, engineering, mathematics positions working outside a scientific and technology reinvention laboratory;
(3) medical or health professional positions;
(4) childcare services positions;
(5) financial management, accounting, auditing, actuarial, cost estimation, operational research, or business or business administration positions; and
(6) Department of Defense business transformation and management innovation positions.
The consolidation of these direct hiring authorities would sunset on September 30, 2025. In addition, this provision would require the Secretary of Defense, in coordination with the Director of the Office of Personnel Management, to contract with a federally funded research and development center and submit a report to Congress by February 1, 2021, on improving competitive hiring at the Department of Defense.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would remove the requirement for the Department of Defense to contract with a Federally Funded Research and Development Center to complete the required report.

*Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act (sec. 1110)*

The House amendment contained a provision (sec. 1113) that would amend sections 8905 and 8702 of title 5, United States Code, to designate certain Federal Employees Health Benefits Program (FEHBP) and Federal Employees Group Life Insurance (FEGLI) Program services provided by Federal employees as excepted services under the Anti-Deficiency Act.
The Senate bill contained no similar provision.
The Senate recedes.

*Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown (sec. 1111)*

The House amendment contained a provision (sec. 1114) that would amend sections 8956, 8986, and 9003 of title 5, United States Code, to authorize continuing coverage of supplemental dental and vision benefits and long-term care insurance during a government shutdown.
The Senate bill contained no similar provision.
The Senate recedes.

*Limitation on transfer of Office of Personnel Management (sec. 1112)*

The House amendment contained a provision (sec. 1116) that would prohibit the President or his designee from transferring, transitioning, merging, or consolidating any functions, responsibilities, information technology systems, staff, resources, or records of the Office of Personnel Management (OPM) with the General Services Administration, the Office of Management and Budget, or the Executive Office of the President.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would direct OPM to contract with the National Academy of Public Administration (NAPA) for the conduct of a comprehensive study and report on the full panoply of OPM missions and functions; the challenges associated with the Office's execution of same; and options and recommended courses of action for addressing those challenges. Not later than 180 days subsequent to its receipt of the NAPA report, OPM would be required to submit to the appropriate Committees of Congress its views on the report, any recommendations for change in the structure, functions, responsibilities, and authorities of OPM, a business case analysis setting forth the operational efficiencies and cost

savings associated with any such change, and a proposal for legislative or administrative actions required to effect the change proposed.  The amendment would preclude the assignment, transfer, transition, merger, or consolidation of any function, responsibility, authority, service, system, or program assigned in law to OPM, to or with the General Services Administration, the Office of Management and Budget, or the Executive Office of the President, until on or after the date that is 180 days after the date on which OPM submits its views on the NAPA report to Congress, and subject to the enactment of any legislation required.

*Assessment of Accelerated Promotion Program suspension (sec. 1113)*

The House amendment contained a provision (sec. 1118) that would require the Secretary of the Navy to enter into an agreement with a federally funded research and development center to conduct an assessment of the impacts resulting from the Navy's suspension in 2016 of the Accelerated Promotion Program.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation (sec. 1114)*

The Senate bill contained a provision (sec. 1105) that would amend section 5724b of title 5, United States Code, to authorize Federal agencies to reimburse individuals associated with the Federal civil service for all taxes incurred as a result of travel, transportation, or relocation expenses reimbursed, or furnished in-kind, by the agency concerned.
The House amendment contained a similar provision (sec. 1119).
The House recedes with an amendment that would authorize the Federal agencies to reimburse individuals for taxes incurred on or after January 1, 2018.

*Clarification of limitation on expedited hiring authority for post-secondary students (sec. 1115)*

The House amendment contained a provision (sec. 1120) that would amend section 3116(d) of title 5, United States Code, to limit the total number of students eligible to be appointed under the expedited hiring authority for post-secondary students

to no more than 15 percent of the number of students that the
agency head appointed during the previous fiscal year at the GS-
11 level or below.
    The Senate bill contained no similar provision.
    The Senate recedes.

*Modification of temporary assignments of Department of Defense
employees to a private-sector organization (sec. 1116)*

    The Senate bill contained a provision (sec. 1101) that
would amend section 1599g (e)(2)(A) of title 10, United State
Code, to allow the Department of Defense to temporarily transfer
or reassign other personnel within the Department to perform the
normal duties and functions of employees who are participating
in a public-private talent exchange.
    The House amendment contained no similar provision.
    The House recedes.

*Extension of authority for part-time reemployment (sec. 1117)*

    The conference agreement includes a provision that would
extend, for 5 years,the authority of federal agencies to
reemploy retired federal civilian employees under limited
conditions, without offset of annuity against salary, for
certain specified purposes.

### SUBTITLE B—FAIR CHANCE ACT

*Short title (sec. 1121-1124)*

    The House amendment contained several provisions(sec. 1131
through sec. 1134) that would prohibit Federal agencies and
contractors from making inquiries regarding a job applicants'
criminal history before extending a conditional offer of
employment.
    The Senate bill contained no similar provision.
    The Senate recedes.

# SUBTITLE C—ATC HIRING REFORM

*ATC Hiring Reform (secs. 1131-1135)*

    The conference agreement includes several provisions
(secs. 1131-1135) that would require the Federal Aviation
Administration (FAA) to give hiring preference to veterans and
graduates of FAA Certified Collegiate Training Initiative (CTI)

WASHSTATEC014096

schools and remove the 10 percent limitation between the hiring pools created by the FAA Extension Safety and Security Act of 2016.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Prohibited personnel practices*

The House amendment contained a provision (sec. 1109) that would amend section 2302 of title 5, United States Code, to prohibit Federal employees from discriminating for or against interns or applicants for internships on the basis of race, color, religion, sex, national origin, age, or handicapping condition.
The Senate bill contained no similar provision.
The House recedes.

*Enhancement of antidiscrimination protections for Federal employees*

The House amendment contained a provision (sec. 1110) that would amend section 2301 of title 5, United States Code, to require Federal agencies to display publicly any findings of discrimination or retaliation within the agency concerned. The provision would modify congressional reporting requirements related to Federal employee antidiscrimination and retaliation by authorizing electronic submittal of reports and requiring a report of disciplinary actions initiated against Federal employees as a result of a violation of applicable antidiscrimination or retaliation policies. The provision would also require each Federal agency to establish a discrimination complaint tracking system. The provision would also require notations in employee personnel records of any adverse action taken as a result of an act of discrimination or retaliation.The provision would also require each Federal agency to establish an impartial Equal Employment Opportunity Program that is independent of the agency's Human Capital or General Counsel and reports directly to the head of the agency.The provision would also require the Equal Employment Opportunity Commission to refer any findings of discrimination or retaliation within a Federal agency to the Office of Special Counsel within 30 days.
The Senate bill contained no similar provision.
The House recedes.

*Permitted disclosures by whistleblowers*

The House amendment contained a provision that would amend section 2302(b)(8)(B) of title 5, United States Code, to permit whistleblowers to report fraud, waste, or abuse to the Inspector General of an agency, a supervisor in the employee's direct chain of command, or to an employee designated to receive such disclosures.

The Senate bill contained no similar provision.

The House recedes.

*Interim stay authority to protect whistleblowers*

The House amendment contained a provision (sec. 1115) that would authorize the General Counsel of the Merit Systems Protection Board to order a 45-day stay of any personnel action, given grounds to believe the action is a prohibited personnel practice (including agency reprisal against a whistleblower). The General Counsel could take such action during the period beginning on the date of the enactment of this Act and ending on the first day thereafter that an individual is confirmed by the Senate as a member of the Board.  Further, under circumstances in which the Board lacks the number of properly appointed members required to comprise a quorum, any remaining member of the Board would be authorized to execute certain Board functions.

The Senate bill contained no similar provision.

The House recedes.

*Review of Standard Occupational Classification System*

The House amendment contained a provision (sec. 1117) that would require the Director of the Office of Management and Budget to categorize public safety telecommunicators as a protective service occupation under the Standard Occupational Classification System.

The Senate bill contained no similar provision.

The House recedes.

# TITLE XII—MATTERS RELATING TO FOREIGN NATIONS

## SUBTITLE A—ASSISTANCE AND TRAINING

*Modification of authority to build capacity of foreign security forces (sec. 1201)*

The House amendment contained a provision (sec. 1201) that would modify section 333 of title 10, United States Code, to clarify the eligibility of support for international coalition operations as well as modify the congressional notification requirements for support provided pursuant to such section.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations (sec. 1202)*

The Senate bill contained a provision (sec. 1202) that would extend the authority for cross-servicing agreements for loan of personnel protection and survivability equipment in coalition operations in Afghanistan through 2024.

The House amendment contained a similar provision (sec. 1202) that would extend section 1207 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) through December 31, 2024. This authority allows the Secretary of Defense, with the concurrence of the Secretary of State, to loan personnel protection and personnel survivability equipment to military forces of other nations for their use in coalition operations with the United States as part of a contingency operation or a peacekeeping operation under the United Nations Charter or another international agreement.

The Senate recedes.

*Modifications of authorities relating to acquisition and cross-servicing agreements (sec. 1203)*

The Senate bill contained a provision (sec. 1282) that would amend section 2342 of title 10, United States Code relating to acquisition and cross-servicing agreements (ACSA). Specifically, the provision would include new requirements for reimbursement for cost of logistic support, supplies, and services pursuant to such section. The provision would also add new requirements for designation of a non-NATO country under such section by the Secretary of Defense as well as add new oversight and monitoring responsibilities to the Under Secretary of Defense for Policy and to the Director of the Defense Security Cooperation Agency. The provision would also require the Secretary to prescribe regulations regarding ACSA and direct the Comptroller General of the United States to conduct a review of the implementation by the Secretary of such regulations.

WASHSTATEC014099

Lastly, the provision would modify the annual reporting requirements required under such section.

The House amendment contained no similar provision.

The House recedes with an amendment that clarifies the requirements in section 2342 of title 10, United States Code for designation of a non-NATO country under such section by the Secretary of Defense. Further, the amendment adds a requirement for the Secretary to designate an existing senior civilian or military official with primary responsibility for oversight and management of ACSA. Lastly, the provision clarifies the annual reporting requirements required under such section.

*Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities (sec. 1204)*

The Senate bill contained a provision (sec. 1204) that would amend section 381(b) of title 10, United States Code, to change the deadline for submission of the quarterly report on the use of security cooperation funds from 30 days after the end of each calendar quarter to 60 days after the end of each calendar quarter.

The House amendment contained a similar provision (sec. 1203) that would modify the quarterly reporting requirement on obligation and expenditure of funds for security cooperation programs and activities from 30 days after the calendar quarter to 60 days.

The Senate recedes.

*Gender perspectives and participation by women in security cooperation activities (sec. 1205)*

The House amendment contained a provision (sec. 1204) that would modify section 333 of title 10, United States Code, to require the inclusion of gender perspectives and meaningful participation by women.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would encourage, consistent with the Women, Peace, and Security Act of 2017 (Public Law 115-68), the Secretary of Defense, in coordination with the Secretary of State, to incorporate gender perspectives and participation by women in security cooperation activities to the maximum extent practicable.

*Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and*

WASHSTATEC014100

*evaluation of security cooperation programs and activities (sec. 1206)*

The House amendment contained a provision (sec. 1206) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State, to jointly develop, implement, and submit to the appropriate congressional committees, a plan to provide consistency in administration of section 362 of title 10, United States Code, and section 620M of the Foreign Assistance Act of 1961 (22 U.S.C. 2378d).

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Extension of authority for support of special operations for irregular warfare (sec. 1207)*

The Senate bill contained a provision (sec. 1201) that would extend for 5 years section 1202 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91).

The House amendment contained a similar provision (sec. 1208) that would extend for 3 years section 1202 of the National Defense Authorization Act for Fiscal Year 2018.

The Senate recedes.

*Extension and modification of Commanders' Emergency Response Program and elimination of certain payments to redress injury and loss (sec. 1208)*

The Senate bill contained a provision (sec. 1213) that would extend the authorization for the Commanders' Emergency Response Program in Afghanistan through December 31, 2020, and would authorize $5.0 million for use during calendar year 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would authorize $2.5 million for the Commanders' Emergency Response Program, and eliminate the authority for certain payments to redress injury and loss in Afghanistan, Iraq, Syria, Somalia, Libya, and Yemen, which is addressed elsewhere in this act.

*Two-year extension of program authority for Global Security Contingency Fund (sec. 1209)*

The Senate bill contained a provision (sec. 1203) that would amend section 1207 of the National Defense Authorization Act for Fiscal Year 2012 (22 U.S.C. 2151) to extend for 2 years the funding for the Global Security Contingency Fund. The Senate

bill contained another provision (sec. 6203) that would add an
exception to the funds, allowing amounts appropriated and
transferred to the Fund before September 30, 2019, to remain
available for obligation and expenditure after that date, but
only for programs under subsection (b).

The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Legal institutional capacity building initiative for foreign
defense institutions (sec. 1210)*

The Senate bill contained a provision (sec. 1205) that
would authorize the Secretary of Defense to carry out,
consistent with section 332 of title 10, United States Code, a
program of legal institutional capacity building with one or
more foreign countries to enhance the capacity to organize and
administer the legal institutions of such country or countries.

The House amendment contained no similar provision.
The House recedes with an amendment that would modify the
elements of the authorized initiative as well the annual
reporting requirements.

*Department of Defense support for stabilization activities in
national security interest of the United States (sec. 1210A)*

The Senate bill contained a provision (sec. 1206) that
would authorize the Secretary of Defense, with the concurrence
of the Secretary of State and in consultation with the
Administrator of the United States Agency for International
Development, to provide certain support for the stabilization
activities of other Federal agencies.

The House amendment contained no similar provision.
The House recedes with an amendment that would modify the
types and amounts of support authorized to be provided as well
as the countries in which such support may be provided.

## SUBTITLE B—MATTERS RELATING TO AFGHANISTAN AND PAKISTAN

*Extension of authority to transfer defense articles and provide
defense services to the military and security forces of
Afghanistan (sec. 1211)*

The Senate bill contained a provision (sec. 1211) that
would extend the authority to transfer defense articles and

provide defense services to the military and security forces of Afghanistan through December 31, 2021.

The House amendment contained a similar provision (sec. 1213) that would extend the authority through December 31, 2022.

The Senate recedes.

*Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan (sec. 1212)*

The Senate bill contained a provision (sec. 804) that would extend the authority under section 801(f) of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111-84) for the acquisition of products and services produced in countries along a major route of supply to Afghanistan through December 31, 2021.

The House amendment contained a similar provision (sec. 1214) that would extend this authority through December 31, 2021 and require the Secretary of Defense to submit a report on the use of the authority.

The Senate recedes.

*Authority for certain payments to redress injury and loss (sec. 1213)*

The House amendment contained a provision (sec. 1215) that would authorize $5.0 million from the Office of the Secretary of Defense under the Operation and Maintenance, Defense-wide account, for ex gratia payments for damage, personal injury, or death that is incident to combat operations of the United States Armed Forces in certain countries, through December 31, 2020.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize $3.0 million for this authority for each calendar year through December 31, 2022 and strike the specific country designations.

*Extension and modification of semiannual report on enhancing security and stability in Afghanistan (sec. 1214)*

The Senate bill contained a provision (sec. 6217) that would amend section 1225(b) of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) to incorporate the August 2017 Strategy of the United States into the reporting requirement and require an assessment of the United States counterterrorism mission, Department of Defense efforts in support of

WASHSTATEC014103

reconciliation, and the expansion of the Afghan Government's reach throughout Afghanistan.

The House amendment contained a similar provision (sec. 1216) that would extend the report through December 15, 2022 and modify certain elements.

The Senate recedes with an amendment that would require the report include the assessment of the United States counterterrorism mission and efforts to support reconciliation and expand the reach of the Government of Afghanistan throughout Afghanistan.

*Special Immigrant Visa Program reporting requirement (sec. 1215)*

The House amendment contained a provision (sec. 1217) that would require the Inspector General of the Department of State to submit a report that evaluates the obstacles to effective protection of Afghan and Iraqi allies through the Special Immigrant Visa Program and suggestions for improvements in future programs.

The Senate bill contained no similar provision.

The Senate recedes.

*Meaningful inclusion of Afghan women in peace negotiations (sec. 1216)*

The Senate bill contained a provision (sec. 6215) that would require the Secretary of State, in coordination with the Secretary of Defense, to carry out activities to ensure the meaningful participation of Afghan women in the ongoing peace process in Afghanistan consistent with the Women, Peace, and Security Act of 2017 (22 U.S.C. 2151 note; Public Law 115-68), and to submit a report to the appropriate congressional committees on such activities.

The House amendment contained a similar provision (sec. 1218) that would require the Secretary of Defense, in coordination with the Secretary of State, to seek to ensure the meaningful participation of Afghan women in the ongoing peace process in Afghanistan, consistent with Public Law 115-68.

The House recedes with an amendment that would require the Secretary of State, in coordination with the Secretary of Defense, to advocate for the inclusion of Afghan women in ongoing and future negotiations to end the conflict in Afghanistan.

*Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations (sec. 1217)*

The Senate bill contained a provision (sec. 1214) that would extend the authority for reimbursement of certain coalition nations for support provided to United States military operations through December 31, 2020. The provision would also eliminate reimbursements for Pakistan under this authority, as reimbursements for Pakistan's efforts to sustain security along its border with Afghanistan are already authorized under section 1213 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The House amendment contained a similar provision (sec. 1211) that would extend the authority through December 31, 2020.

The House recedes with an amendment that would authorize $450.0 million for use under this authority.

*Support for reconciliation activities led by the Government of Afghanistan (sec. 1218)*

The Senate bill contained a provision (sec. 1215) that would authorize the Department of Defense, with the concurrence of the Department of State, to provide support for local level, Government of Afghanistan-led reconciliation activities with the Taliban.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment. The conferees note that this provision does not authorize direct reimbursements to members or elements of the Taliban.

*Modification and Extension of the Afghan Special Immigrant Visa Program (sec. 1219)*

The Senate bill contained a provision (sec. 1216) that would express support for the Special Immigrant Visa Program for Afghan allies.

The House amendment contained a provision (sec. 1212) that would modify and extend the Afghan Allies Protection Act of 2009 (Public Law 111-8) by adjusting the number of visas available and individual eligibility requirements. It would not modify the length of employment or security criteria that an applicant must meet.

The Senate recedes with an amendment that would make an additional 4,000 visas available through the Afghan Special Immigrant Visa Program.

# SUBTITLE C—MATTERS RELATING TO SYRIA, IRAQ, AND IRAN

*Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria (sec. 1221)*

The Senate bill contained a provision (sec. 1222) that would extend the authority to provide assistance to counter the Islamic State of Iraq and Syria under section 1236 of the Carl Levin and Howard P. "Buck" National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) through December 31, 2021, and provide $645 million for use under the authority. Additionally, the section would limit certain funds under this authority until the Secretary of Defense submits a report to the congressional defense committees.

The House amendment contained a provision (sec. 1221) that would provide $663 million for use under the authority, modify existing report requirements, and make clarifying and technical corrections.  Additionally, the provision would limit certain funds under this authority until the Secretary of Defense submits a report on the use of the authority and other matters.

The Senate recedes with an amendment that would extend the authority and modify associated reporting requirements.

The conferees note the importance of an all-of-government approach in securing the lasting defeat of the Islamic State of Iraq and Syria, extinguishing the drivers of future insurgency and instability, and advancing U.S. interests in Iraq. The conferees believe that non-military lines of effort must be appropriately resourced and staffed for the U.S. strategy for Iraq to be successful.

*Extension and modification of authority to provide assistance to the vetted Syrian groups and individuals (sec. 1222)*

The Senate bill contained a provision (sec. 1221) that would modify section 1209 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (FY 2015 NDAA (Public Law 113-291)) by extending the authority to provide assistance to vetted Syrian groups through 2020. The provision would additionally modify the authority to support the temporary detention and repatriation of Islamic State of Iraq and Syria (ISIS) foreign terrorist fighters in accordance with the Laws of Armed Conflict and Geneva Conventions. The provision would also expand certain reporting requirements.

The House amendment contained a provision (sec. 1222) that would extend and modify section 1209 of the FY 2015 NDAA by extending the authority to support vetted Syrian opposition through December 30, 2020.

WASHSTATEC014106

The Senate recedes with an amendment that would modify the purposes of the authority.  Further, the amendment would modify the notification before provision of assistance, the matters to be included in quarterly progress reports, the authority to accept contributions, and the limitation on the cost of construction and repair projects.  Finally, the amendment would place a limitation on the obligation of funds pending submission of the first quarterly report.

*Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq (sec. 1223)*

The Senate bill contained a provision (sec. 1223) that would extend the authorization for the Office of Security Cooperation in Iraq through fiscal year 2020 and would amend the Office's authority to support security cooperation activities in Iraq. The provision would reduce the funds available for this authority from $45.3 million to $30.0 million.

The House amendment contained a similar provision (sec. 1223) that would extend the authority for the Office of Security Cooperation in Iraq through fiscal year 2020. The provision would also limit the amount of authorized funds available to be obligated or expended to not more than 50 percent until the Secretary of Defense certifies that certain reforms are completed.

The Senate recedes with an amendment that would combine the two provisions and make technical edits.

The conferees note the challenges attendant in effective security cooperation and believe the Department should seek to staff security cooperation offices with more foreign area officers, particularly in the U.S. Central Command area of responsibility.

*Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria (sec. 1224)*

The Senate bill contained a provision (sec. 1224) that would require the President, in consultation with the Secretary of Defense, the Secretary of State, the Director of National Intelligence, and the Attorney General, to designate an existing official within the Executive Branch as senior-level coordinator to coordinate all matters for the United States Government relating to the long-term disposition of members of the Islamic State of Iraq and Syria (ISIS) and associated forces.

The House amendment contained a similar provision (sec. 1036).

The Senate recedes with an amendment that would require, not later than 60 days after the date of the enactment of this Act, the President, in consultation with the Secretary of Defense, the Secretary of State, the Director of National Intelligence, the Secretary of the Treasury, and the Attorney General, to submit to appropriate committees of Congress a report identifying whether there exists a senior-level coordinator for all matters for the United States Government relating to ISIS members in the custody of Syrian Democratic Forces.  If the President is unable to identify a senior-level coordinator for such matters, the President, in consultation with the officials enumerated above, shall designate an existing official within the executive branch to serve in that capacity. The amendment further provides that not later than 180 days after the date of the enactment of this Act, and not less frequently than once each year thereafter through January 31, 2021, the senior-level coordinator shall submit to appropriate committees of Congress a detailed report on certain high-value ISIS detainees.

The conferees believe that the coordinator identified pursuant to this provision should be empowered by the President and of sufficient seniority to adequately leverage and coordinate the expertise and capabilities of the State Department, Department of Defense, Department of Justice, Department of Treasury, intelligence community, and other relevant entities engaged in the repatriation, transfer, and prosecution of members of ISIS.

*Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria (sec. 1225)*

The Senate bill contained a provision (sec. 1225) that would require the Secretary of Defense to submit a report to the congressional defense committees on lessons learned from coalition operations to liberate Mosul, Iraq, and Raqqah, Syria, from control of the Islamic State of Iraq and Syria.
The House amendment contained no similar provision.
The House recedes.

*Expansion of availability of financial assets of Iran to victims of terrorism (sec. 1226)*

The Senate bill contained a provision (sec. 6206) that would amend section 502 of the Iran Threat Reduction and Syria Human Rights Act of 2012 (22 U.S.C. 8772) to expand the

WASHSTATEC014108

availability of financial assets of Iran to victims of terrorism.

The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Report on the status of deconfliction channels with Iran (sec. 1227)*

The House amendment contained a provision (sec. 1228) that would require, not later than 30 days after the enactment of this Act, the President to submit a report on the status of deconfliction channels with Iran.

The Senate bill contained no similar provision.
The Senate recedes with a clarifying amendment.

*Prohibition on provision of weapons and other forms of support to certain organizations (sec. 1228)*

The House amendment contained a provision (sec. 1224) that would prohibit the use of funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense for fiscal year 2020 to provide weapons or any form of support to al-Qaeda, the Islamic State of Iraq and Syria, Jabhat Fateh al Sham, any individual or group associated with these organizations, or any entity the Secretary of Defense determined may trade or sell arms to terrorist organizations.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that adds Hamas, Hizballah, Palestine Islamic Jihad, al-Shabaab, and Islamic Revolutionary Guard Corps to the list of organizations to which the provision of weapons or any form of support is proscribed.

## SUBTITLE D—MATTERS RELATING TO THE RUSSIAN FEDERATION

*Extension of limitation on military cooperation between the United States and Russia (sec. 1231)*

The Senate bill contained provisions (sec. 1233 and sec. 6210) that would extend through fiscal year 2020 the prohibition established in section 1232 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) as most recently amended by the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), which prohibits funds authorized to be appropriated for the Department of Defense from being used for bilateral military-to-

military cooperation between the United States and the Russian Federation without certain certifications by the Secretary of Defense, made in coordination with the Secretary of State, or unless certain waiver conditions are met.

The House amendment contained a similar provision (sec. 1232) that would extend through fiscal year 2020 the prohibition established in section 1232 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328).

The Senate recedes.

The conferees note that, as established in Section 1232, nothing in the limitation shall be construed to limit bilateral military-to-military dialogue between the United States and the Russian Federation for the purpose of reducing the risk of conflict.

*Prohibition on availability of funds relating to sovereignty of Russia over Crimea (sec. 1232)*

The Senate bill contained two provisions (sec. 1231 and sec. 6231) that would prohibit funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense to be obligated or expended to implement any activity that recognizes the sovereignty of the Russian Federation over Crimea. The provisions would also prohibit the Department to otherwise implement any such activity.

The House amendment contained a similar provision (sec. 1233) that would prohibit funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense to be obligated or expended to implement any activity that recognizes the sovereignty of Russia over Crimea.

The House recedes with an amendment that would prohibit funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense to be obligated or expended to implement any activity that recognizes the sovereignty of Russia over Crimea. The amendment would allow the Secretary of Defense, with the concurrence of the Secretary of State, to waive the prohibition if the Secretary: determines that a waiver is in the national security interest of the United States; and on the date on which the waiver is invoked, submits a notification of the waiver and a justification of the reason for seeking the waiver to specified congressional committees.

*Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia (sec. 1233)*

The House amendment contained a provision (sec. 1236) that would express the sense of the Congress that the Secretary of Defense and Secretary of State should explore steps for updating and modernizing existing agreements between the United States and Russia to avert the risk of miscalculation and unintended escalation.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would express the sense of the Congress that: (1) conventional arms control and confidence and security building measures have played an important role in helping to increase military transparency and reduce the risk of miscalculation; (2) Russia's violations of the sovereignty and territorial integrity of Georgia and Ukraine, and Russia's ongoing destabilizing and aggressive behavior, have undermined peace, security, and stability in Europe and beyond; (3) Russia's unilateral suspension and violation of the Treaty on Conventional Armed Forces in Europe, done at Vienna November 19, 1990, and entered into force November 9, 1992, and selective implementation of the Vienna Document of the Organization for Security and Cooperation in Europe 2011 have contributed to a greater risk of miscalculation; (4) Russia's unsafe and unprofessional interactions with United States aircraft and vessels are contrary to the spirit of specified existing agreements and erode military transparency, predictability, and trust; (5) the United States remains committed to upholding its current treaty obligations and commitments with respect to conventional arms control and confidence and security building measures; and (6) the Secretary of Defense and the Secretary of State should explore options, as practicable, for updated or new frameworks for increasing military transparency, stability, and reducing the risk of miscalculation, including through enhanced diplomatic engagement and military-to-military dialogue.

*United States participation in Open Skies Treaty (sec. 1234)*

The Senate bill contained a provision (sec. 1242) that would realign the requirement contained in section 1235(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) from fiscal year to calendar year. The provision would also reduce the frequency of the reporting requirement in section 1236 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) from quarterly to annual.

The House amendment contained a provision (sec. 1231) that would make a series of findings and express the sense of Congress relating to the Open Skies Treaty. The provision would

WASHSTATEC014111

also prohibit the obligation or expenditure of any funds
authorized to be appropriated by this Act for the Department of
Defense to take any action to suspend, terminate, or withdraw
the United States from the treaty. This prohibition would not
apply if the Secretary of Defense and Secretary of State jointly
certify that Russia is in material breach of its obligations
under the treaty, and that all other states parties to the
treaty concur with this assessment; or, that withdrawing from
the treaty is in the best interests of U.S. national security
and all other states parties have been consulted with respect to
this decision. The provision would also repeal the limitation on
the use of funds to vote to approve or otherwise adopt an
implementing decision of the Open Skies Consultative Commission
in section 1236 of the National Defense Authorization Act for
Fiscal Year 2017. The provision would also modify the reporting
requirement in section 1236 to include assessments of data
collected on U.S. observation flights under the treaty, and
reduce the reporting frequency from quarterly to biannual.
Finally, the provision would make the same realignment to
section 1235(a) of the National Defense Authorization Act for
Fiscal Year 2018 but would change the report to a briefing.
      The Senate recedes with amendments that would strike the
findings, sense of Congress, and prohibition on obligation or
expenditure of funds for suspension, termination, or withdraw
from the treaty, and replace with a requirement to notify the
appropriate congressional committees no less than 120 days
before such actions. The amendments would also reduce the
frequency of the section 1236 reporting requirement from
quarterly to annual, and retain the section 1235(a) requirement
for a report instead of a briefing.

*Modifications of briefing, notification, and reporting
requirements relating to non-compliance by the Russian
Federation with its obligations under the INF Treaty (sec. 1235)*

      The Senate bill contained a provision (sec. 1237) that
would terminate four recurring reporting requirements relating
to the Intermediate-Range Nuclear Forces Treaty if the treaty is
no longer in force.
      The House amendment contained no similar provision.
      The House recedes with a technical amendment.

*Report on treaties relating to nuclear arms control (sec. 1236)*

      The House amendment contained a provision (sec. 1235) that
would note that the Committees on Armed Services and Foreign
Affairs of the House of Representatives sent a letter to the

WASHSTATEC014112

Secretary of Defense in October 2018 requesting information on
several aspects of U.S. policy related to nuclear arms control,
and that the Secretary of Defense did not respond to that
letter. The provision would also require the Secretary of
Defense, in consultation with the Secretary of State and the
Director of National Intelligence, to submit to the appropriate
congressional committees a report on similar subjects. The
provision would withhold 20 percent of funds authorized to be
appropriated for operations and maintenance, defense-wide, for
the Office of the Secretary of Defense for travel until such
report is submitted.

     The Senate bill contained no similar provision.

     The Senate recedes.

     The conferees believe that reliable communication between
the congressional defense committees and the Department is
essential for the conduct of effective oversight.

*Reports relating to the New START Treaty (sec. 1237)*

     The House amendment contained a provision (sec. 1240A)
that would express the sense of Congress that the United States
should seek to extend New START, and prohibit the use of funds
authorized to be appropriated for the Department of Defense by
this Act for any actions to withdraw from the treaty. The
provision would also require the Director of National
Intelligence, the Secretary of State, and the Secretary of
Defense to each submit several reports to the appropriate
congressional committees on subjects relating to the treaty and
its potential expiration.

     The Senate bill contained no similar provision.

     The Senate recedes with amendments that would strike the
prohibition on the use of funds, express the sense of Congress
that legally binding, verifiable limits on Russian strategic
nuclear forces are in the national security interest of the
United States, and modify the number and required elements of
the reports.

*Report on military activities of the Russian Federation and the
People's Republic of China in the Arctic region (sec. 1238)*

     The Senate bill contained a provision (sec. 6214) that
would require not later than 180 days after the date of the
enactment of this Act, the Secretary of Defense, in consultation
with the Secretary of State and the Director of National
Intelligence, to submit to the appropriate congressional
committees a report on the activities of the Russian Federation
and the People's Republic of China in the Arctic region.

WASHSTATEC014113

The House amendment contained no similar provision.
The House recedes with an amendment containing technical clarifications.

*Updated strategy to counter the threat of malign influence by the Russian Federation and other countries (sec. 1239)*

The Senate bill contained a provision (sec. 6216) that would require the Secretary of Defense and the Secretary of State to jointly update the comprehensive strategy to counter the threat of malign influence developed pursuant to section 1239A of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91; 131 Stat. 1667) and to submit a report detailing the updated strategy to the appropriate congressional committees not later than 180 days after the date of the enactment of this Act.
The House amendment contained no similar provision.
The House recedes.

# SUBTITLE E—MATTERS RELATING TO EUROPE AND NATO

*Sense of Congress on support for the North Atlantic Treaty Organization (sec. 1241)*

The Senate bill contained multiple provisions (sec. 1244 - 1246) that would express the sense of the Senate regarding the North Atlantic Treaty Organization and European security matters.
The House amendment contained multiple similar provisions (sec. 1237, 1238, 1254, 1257, and 1261).
The House recedes with an amendment that would express the sense of the Congress that the North Atlantic Treaty Organization is the most successful military alliance in history, founded on the principles of democracy, individual liberty, and the rule of law, and its contributions to the collective defense are indispensable to the security, prosperity, and freedom of its members. The amendment would also express that the United States must remain ironclad in its commitment to uphold its obligations under the North Atlantic Treaty, including Article 5 of such treaty.

*Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty (sec. 1242)*

The Senate bill contained a provision (sec. 1232) that would prohibit funds authorized to be appropriated by this Act to be obligated, expended, or reprogrammed for the withdrawal of the United States Armed Forces from Europe during the 1-year period beginning on the date that the President should ever provide notice of withdrawal of the United States from the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949, pursuant to Article 13 of the treaty.

The House amendment contained a similar provision (sec. 1260A) that would make a series of findings related to the North Atlantic Treaty Organization (NATO), state the policy of the United States with respect to NATO, and prohibit funds authorized to be appropriated, obligated, or expended to take any action to withdraw the United States from the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949.

The Senate recedes with an amendment that would provide that, notwithstanding any other provision of law, no funds may be obligated, expended, or otherwise made available during the period beginning on the date of enactment of this Act and ending on December 31, 2020, to take any action to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949. The conferees strongly support membership in NATO, the most successful military alliance in history, as a cornerstone of the security and national defense of the United States.

The conferees affirm the ironclad commitment of the United States to uphold its obligations under the North Atlantic Treaty, including under Article 5 of such treaty. Therefore, the conferees oppose in the strongest possible terms any action to effectuate withdrawal of the United States from NATO, including suspension, termination, or denunciation of the North Atlantic Treaty.

*Future years plans and planning transparency for European Deterrence Initiative (sec. 1243)*

The Senate bill contained a provision (sec. 1241) that would require the Secretary of Defense, in consultation with the Commander of the United States European Command, to submit to the congressional defense committees a future years plan on activities and resources of the European Deterrence Initiative (EDI) for fiscal year 2020 and not fewer than the 4 succeeding fiscal years.

The House amendment contained a provision (sec. 1252) that would require an annual "Future Years Plan" for EDI as previously required by section 1237(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), and

require the Department's budget request materials for EDI to include a display that clearly and concisely communicates to Congress, at an appropriate level of detail, which budget lines constitute EDI.

The House amendment also contained a provision (sec. 1253) that would require a congressional report for each obligation of EDI funds above a threshold of $10.0 million and a report at the end of each fiscal year detailing how EDI funds were spent during the fiscal year in comparison to their intended uses.

The Senate recedes with an amendment that would require the Secretary of Defense to submit to the congressional defense committees a future years plan on activities and resources of EDI for fiscal year 2020 and not fewer than the 4 succeeding fiscal years. The amendment would also require, not later than the date on which the Secretary of Defense submits to Congress the budget request for the Department of Defense for fiscal year 2021 and each fiscal year after thereafter, the Secretary to submit to the congressional defense committees a future years plan on activities and resources of EDI for such fiscal year and not fewer than the four succeeding fiscal years. The amendment would also require an annual report on the obligation of EDI funds in a given fiscal year.

*Modification and extension of Ukraine Security Assistance Initiative (sec. 1244)*

The Senate bill contained a provision (sec. 1234) that would extend through December 31, 2022, the authority under section 1250 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), as amended by section 1246 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), for the Secretary of Defense, with the concurrence of the Secretary of State, to provide security assistance, including defensive lethal assistance, and intelligence support to military and other security forces of the Government of Ukraine. The provision would also add coastal defense cruise missiles and anti-ship missiles to the categories of appropriate security assistance and intelligence support. The provision would authorize up to $300.0 million in fiscal year 2020 to provide security assistance to Ukraine, of which $100.0 million would be available only for lethal assistance.

The House amendment contained a similar provision that would authorize $250.0 million for the Ukraine Security Assistance Initiative. The provision would also require concurrence by the Secretary of State in the provision of assistance.

The Senate recedes with an amendment that would authorize $300.0 million for the Ukraine Security Assistance Initiative, of which $50.0 million would be available only for lethal assistance. The amendment would add coastal defense cruise missiles and anti-ship missiles to the categories of appropriate security assistance and intelligence support. The amendment would also require concurrence by the Secretary of State in the provision of assistance and extend the authority to December 31, 2022.

*Limitation on transfer of F-35 aircraft to Turkey (sec. 1245)*

The Senate bill contained provisions (sec. 1236, 6218, and 6236) that would, among other things, place limitations on the transfer of F-35 aircraft to the territory of the Republic of Turkey, provide a waiver to such limitations subject to a certification of certain conditions met by the Government of Turkey, and express the sense of the Senate regarding the Government of Turkey's purchase of the S-400 air defense system.

The House amendment contained similar provisions (sec. 1255 and 1267) that would, among other things, place limitations on the transfer of F-35 aircraft to Turkey, provide a waiver to such limitations subject to a certification of certain conditions met by the Government of Turkey, and express the sense of Congress on Turkey's potential acquisition of the Patriot system from the United States.

The Senate recedes with an amendment that would provide that none of the funds authorized to be appropriated or otherwise made available for the Department of Defense may be used to do the following, and the Department may not otherwise do the following: transfer, facilitate the transfer, or authorize the transfer of, any F-35 aircraft or related support equipment or parts to Turkey; transfer intellectual property, technical data, or material support necessary for, or related to, any maintenance or support of the F-35 aircraft necessary to establish Turkey's indigenous F-35 capability; or construct a storage facility for, or otherwise facilitate the storage in Turkey of, any F-35 aircraft transferred to Turkey. The amendment would allow the Secretary of Defense, jointly with the Secretary of State, to waive such limitation if the Secretaries submit to the appropriate committees of Congress a written certification that contains a determination by the Secretaries, and any relevant documentation on which the determination is based, that the Government of Turkey, having previously accepted delivery of the S-400 air and missile defense system from the Russian Federation: no longer possesses the S-400 air and missile defense system or any other equipment, materials, or

WASHSTATEC014117

personnel association with such system; has provided credible
assurances that the Government of Turkey will not in the future
accept delivery of such system; and has not, since July 31,
2019, purchased or accepted delivery of defense equipment from
the Russian Federation in addition to the S-400 air and missile
defense system that would increase the risk of compromising the
capabilities of the F-35 aircraft and its associated systems.
The amendment would not allow the Secretary of Defense and
Secretary of State to waive the limitation until 90 days after
the date on which the Secretaries submit the required
certification. The amendment would also express the sense of
Congress that, among other things, the acceptance of the S-400
air and missile defense system by Turkey constitutes a
significant transaction within the meaning of section 231(a) of
the Countering Russian Influence in Europe and Eurasia Act of
2017 (Public Law 115-44). The amendment would further express
that the President should implement sanctions under section 235
of that Act with respect to any individual or entity determined
to have engaged in such significant transaction as if such
person were a sanctioned person for purposes of such section.
The amendment would also authorize the Secretary of Defense to
fly up to six Turkish F-35 aircraft to a storage location in the
United States and to induct these aircraft into a long-term
storage condition. The amendment would further authorize the
Secretary of Defense to expend up to $30.0 million of funds
authorized to be appropriated for fiscal year 2020 for the
Department of Defense to conduct activities associated with
storage, preservation, and developing a plan for the final
disposition of such F-35 aircraft and Turkish F-35 aircraft
equipment. The amendment would also require a report and
notification of expenditure of funds under specified conditions.

*Baltic defense assessment; extension and modification of
security assistance for Baltic countries for joint program for
interoperability and deterrence against aggression (sec. 1246)*

The Senate bill contained a provision (sec. 1238) that
would amend section 1279D of the National Defense Authorization
Act for Fiscal Year 2018 (Public Law 115-91) by modifying and
extending the authority of the Secretary of Defense, with the
concurrence of the Secretary of State, to conduct or support a
single joint program of the Baltic nations to improve
interoperability and build their capacity to deter and resist
aggression by the Russian Federation. The provision would modify
the authority by: adding command, control, communications,
computers, intelligence, surveillance, and reconnaissance
equipment to defense articles and services eligible for a joint

program; increasing the total amount of assistance that may be
provided under the authority to $125.0 million; requiring that
the amount of assistance provided may not exceed the aggregate
amount contributed to the joint program by the Baltic nations;
and extending the date of termination of the authority to
December 31, 2022. The House amendment contained a similar
provision (sec. 1260B) that would modify and extend the
authority by: adding intelligence, surveillance, and
reconnaissance equipment to defense articles and services
eligible for a joint program, increasing the amount of
assistance to $125.0 million; extending the date to December 31,
2021; and requiring a report on the use of funding.
    The House amendment also contained provisions (secs. 1271-
1274) that would establish findings with regard to the Baltic
nations; express the sense of the Congress that the United
States is committed to the security of the Baltic nations; and
require the Secretary of Defense and Secretary of State to
jointly conduct an assessment of the military requirements of
the Baltic countries to deter and resist aggression by Russia
and to submit a report related to such assessment.
    The Senate recedes with an amendment that would combine
both the Senate and House sections to extend and modify the
authority to conduct or support a single joint program of the
Baltic nations. The amendment would also require the defense
assessment as provided in the House amendment.

*Extension of authority for and report on training for Eastern
European national security forces in the course of multilateral
exercises (sec. 1247)*

    The Senate bill contained a provision (sec. 1235) that
would extend through December 31, 2022, the authority provided
in section 1251 of the National Defense Authorization Act for
Fiscal Year 2016 (Public Law 114-92), as amended by section 1205
of the National Defense Authorization Act for Fiscal Year 2018
(Public Law 115-91), for the Secretary of Defense, with the
concurrence of the Secretary of State, to provide multilateral
or regional training, and pay the incremental expenses of
participating in such training, for countries in Eastern Europe
that are signatories to the Partnership for Peace Framework
Documents but not members of the North Atlantic Treaty
Organization (NATO) or that became NATO members after January 1,
1999.
    The House amendment contained no similar provision.
    The House recedes with an amendment that would extend the
authority for training Eastern European national security forces
in the course of multilateral exercises through December 31,

2021. Not later than 180 days after the date of the enactment of this Act, the amendment would require the Secretary of Defense, in consultation with the Commander of United States European Command, to submit to the congressional defense committees a report on the authority.

*Extension and modification of NATO Special Operations Headquarters (sec. 1248)*

The Senate bill contained a provision (sec. 1281) that would extend for 5 years the authority established in section 1244 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111-84), as most recently amended by section 1280 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92).

The House amendment contained a similar provision (sec. 1251) that would extend through fiscal year 2023 section 1244 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111-84), as most recently amended by section 1280 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), for the NATO Special Operations Headquarters (NSHQ) and also limit funding for the NSHQ until the Secretary of Defense, acting through the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, provides a report on the decision to realign responsibilities for overseeing and supporting NSHQ from U.S. Special Operations Command to U.S. European Command.

The Senate recedes with a technical amendment.

*North Atlantic Treaty Organization Joint Force Command (sec. 1249)*

The Senate bill contained a provision (sec. 6213) that would authorize the establishment of, and participation of members of the armed forces in, the North Atlantic Treaty Organization Joint Force Command, including the use of Department of Defense facilities and equipment as well as funds authorized to be appropriated to the Department of Defense for fiscal year 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would make available amounts authorized to be appropriated to the Department of Defense to support the North Atlantic Treaty Organization Joint Force Command to be established in the United States.

WASHSTATEC014120

*Report on North Atlantic Treaty Organization Readiness Initiative (sec. 1250)*

The Senate bill contained a provision (sec.1239) that would require the Secretary of Defense to submit a report to the congressional defense committees on the North Atlantic Treaty Organization Readiness Initiative not later than October 1, 2020.

The House amendment contained no similar provision.

The House recedes.

*Repeal of prohibition on transfer of articles on the United States Munitions List to the Republic of Cyprus (sec. 1250A)*

The Senate bill contained a provision (sec. 6204) that would, among other things, make a series of changes to allow for the export, re-export, and the transfer of defense articles and defense services, including those subject to the United States Munitions List, to the Republic of Cyprus if the President determines and certifies to the appropriate congressional committees not less than annually that: the Government of the Republic of Cyprus is continuing to cooperate with the United States Government in efforts to implement reforms on anti-money laundering regulations and financial regulatory oversight; and the Government of the Republic of Cyprus has made and is continuing to take the steps necessary to deny Russian military vessels access to ports for refueling and servicing.

The House amendment contained a similar provision (sec. 1270I).

The House recedes with an amendment that would express the sense of Congress that: allowing for the export, re-export or transfer of arms subject to the United States Munitions List to the Republic of Cyprus would advance United States security interests in Europe by helping to reduce the dependence of the Government of the Republic of Cyprus on other countries, including countries that pose challenges to United States interests around the world, for defense-related materiel; and it is in the interest of the United States to continue to support United Nations-facilitated efforts toward a comprehensive solution to the division of Cyprus.

# SUBTITLE F—MATTERS RELATING TO THE INDO-PACIFIC REGION

*Modification of Indo-Pacific Maritime Security Initiative (sec. 1251)*

The House amendment contained a provision (sec. 1241) that would modify the authority for the Indo-Pacific Maritime Security Initiative to include additional elements of assistance and training, require additional information for congressional notifications, mandate an annual report, and incorporate an assessment, monitoring, and evaluation program. The provision would also require a one-time report on the initiative.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would, among other modifications, make clarifying changes to the required annual report on the initiative and strike the requirement for a one-time report. The conferees note that units to receive assistance under the Indo-Pacific Maritime Security Initiative undergo required "Leahy Law" human rights vetting before such assistance is provided.

*Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds (sec. 1252)*

The Senate bill contained a provision (sec. 1252) that would modify section 1263(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) to include as recipient countries for assistance and training under the Indo-Pacific Maritime Security Initiative the following: the Federated States of Micronesia, the Kingdom of Tonga, Papua New Guinea, the Republic of Fiji, the Republic of the Marshall Islands, the Republic of Palau, the Republic of Vanuatu, and the Solomon Islands.

The House amendment contained a provision (sec. 1250A) that would require a report on the current status of security cooperation and assistance with Pacific Island countries and the feasibility of expanding such cooperation and assistance.

The House recedes with an amendment that would include the following as recipient countries under in the initiative: the Federated States of Micronesia, the Independent State of Samoa, the Kingdom of Tonga, Papua New Guinea, the Republic of Fiji, the Republic of Kiribati, the Republic of the Marshall Islands, the Republic of Nauru, the Republic of Palau, the Republic of Vanuatu, and the Solomon Islands, and Tuvalu. The amendment would also provide that none of the funds authorized to be appropriated for the initiative shall be used to provide training or assistance to the additional recipient countries until the Secretary of Defense, with the concurrence of the Secretary of State, submits to the appropriate congressional committees a report regarding security cooperation and assistance with such countries.

*Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies (sec. 1253)*

The Senate bill contained a provision (sec. 1254) that would require the Commander, United States Indo-Pacific Command, to submit to the congressional defense committees a report containing the independent assessment of the Commander with respect to the activities and resources required for fiscal years 2022 through 2026 to achieve certain objectives.

The House amendment contained no similar provision.

The House recedes with an amendment that would require specific cost estimates, as practicable, to be included in the required assessment. The amendment would clarify the role of elements of the Office of the Secretary of Defense in providing a briefing related to the required assessment. The amendment would also require, not later than 1 year after the date of enactment of this Act, the Secretary of Defense, acting through the Office of Net Assessment, to provide the results of a study on at least three possible long-term competitive strategies with respect to the People's Republic of China with a focus on identifying opportunities to shape strategic competition to the advantage of the United States.

*Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea (sec. 1254)*

The Senate bill contained a provision (sec. 1251) that would prohibit the use of funds authorized to be appropriated by this Act to reduce the total number of members of the Armed Forces in the territory of the Republic of Korea (ROK) below 28,500 until 90 days after the date on which the Secretary of Defense certifies to the congressional defense committees that: such a reduction is in the national security interests of the United States and will not significantly undermine the security of United States allies in the region; such a reduction is commensurate with a reduction in the threat posed to the security of the United States and its allies in the region by the conventional military forces of the Democratic People's Republic of Korea (DPRK); and the Secretary has appropriately consulted with allies of the United States, including the ROK and Japan, regarding such a reduction.

The House amendment contained a similar provision (sec. 1243) that would prohibit the use of funds authorized to be appropriated by this Act to reduce the number of members of the Armed Forces serving on Active Duty in the Republic of Korea

below 28,500 unless the Secretary of Defense first provides certification to the congressional defense committees that such a reduction is in the national security interest of the United States and will not significantly undermine the security of the United States' allies in the region.

The Senate recedes with an amendment that would prohibit funds authorized to be appropriated by this Act to be used to reduce the total number of members of the Armed Forces serving Active Duty who are deployed to South Korea below 28,500 until 90 days after the date on which the Secretary of Defense certified to the congressional defense committees the following: such a reduction is in the national security interest of the United States and will not significantly undermine the security of United States allies in the region; and the Secretary has appropriately consulted with allies of the United States, including South Korea and Japan, regarding such a reduction.

The conferees recognize that United States military forces deployed on the Korean Peninsula remain vital to deterring, and if necessary, defeating aggression by the Democratic People's Republic of Korea, which continues to threaten the national security interests of the United States and the peace and stability of the Indo-Pacific region through both its conventional forces and weapons of mass destruction. While the conferees support diplomatic efforts to achieve the complete and fully verified denuclearization of the Democratic People's Republic of Korea, the conferees believe the removal of United States military forces from the Korean Peninsula is a non-negotiable item in such negotiations.

*Report on direct, indirect, and burden-sharing contributions of Japan and South Korea (sec. 1255)*

The House amendment contained a provision (sec. 1244) that would require the Secretary of Defense to provide a report to the congressional defense committees, Senate Committee on Foreign Relations, and House Committee on Foreign Affairs, not later than March 1, 2020, and March 1, 2021, on the direct, indirect, and burden-sharing contributions of Japan and South Korea to support overseas military installations of the United States and U.S. Armed Forces deployed to or permanently stationed in Japan and South Korea.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that, among other changes clarifying the process of preparing and delivering the aforementioned report, would require the Comptroller General of the United States to provide the report to the congressional committees described.

The conferees note that Japan and the Republic of Korea have made significant contributions to common security, including through direct, indirect, and burden-sharing contributions. Therefore, the conferees believe that upcoming negotiations concerning new Special Measures Agreements with Japan and the Republic of Korea should be conducted in a spirit consistent with prior negotiations on the basis of common interest and mutual respect.

*Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea (sec. 1256)*

The Senate bill contained a provision (sec. 1259) that would express the sense of the Senate with respect to security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation between the United States, Japan, and the Republic of Korea.

The House amendment contained no similar provision.

The House recedes with an amendment that would express the sense of Congress that the United States strongly encourages strengthened bilateral security ties between Japan and the Republic of Korea as well as deeper trilateral defense coordination and cooperation, including through expanded exercises, training, senior-level exchanges, and information sharing. The amendment would also express that the following bilateral and trilateral agreements are critical to regional security, and should be maintained: the bilateral military intelligence-sharing pact between Japan and the Republic of Korea, signed on November 23, 2016; and the trilateral intelligence sharing agreement among the United States, Japan, and the Republic of Korea, signed on December 29, 2015.

*Sense of Congress on North Korea (sec. 1257)*

The House amendment contained a provision (sec. 1250K) that would express the sense of the Congress concerning North Korea and diplomatic efforts to achieve the denuclearization of North Korea.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would express the sense of Congress that, among other things, a sustained credible diplomatic process based on concrete measures to achieve the denuclearization of North Korea and an eventual end to the Korean War should be pursued. The amendment would also express that continued actions by North Korea that run counter

WASHSTATEC014125

to diplomatic negotiations call into question North Korea's intentions and commitment to a diplomatic solution.

*Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines (sec. 1258)*

The Senate bill contained a provision (sec. 6201) that would state the policy of the United States that, among other things, an attack on the armed forces, public vessels, or aircraft of the Republic of the Philippines in the Pacific, including the South China Sea, would trigger the mutual defense obligations of the United States under Article IV of the Mutual Defense Treaty between the Republic of the Philippines and the United States of America, done at Washington August 30, 1951, "to meet common dangers in accordance with its constitutional processes". The provision would also express the sense of the Senate that the Secretary of State and the Secretary of Defense should: affirm the commitment of the United States to the Mutual Defense Treaty between the United States and the Republic of the Philippines; preserve and strengthen the alliance of the United States with the Republic of the Philippines; prioritize efforts to develop a shared understanding of alliance commitments and defense planning; and provide appropriate support to the Republic of the Philippines to strengthen the self-defense capabilities of the Republic of the Philippines, particularly in the maritime domain.

The House amendment contained no similar provision.

The House recedes with an amendment that would include the statement of policy from the Senate provision, express the sense of the Congress with the respect to the objectives of the Secretary of State and Secretary of Defense as described in the Senate provision, and require, not later than 1 year after the date of enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State, to submit to the appropriate committees of Congress a report that sets forth the strategy of the Department of Defense for achieving such objectives.

*Report on security cooperation with the Philippine National Police (sec. 1259)*

The House amendment contained a provision (sec. 1245) that would require the Secretary of Defense, in consultation with the Secretary of State, to provide a report to the congressional defense committees, Senate Committee on Foreign Relations, and House Committee on Foreign Affairs, not later than 120 days

WASHSTATEC014126

after the date of the enactment of this Act on the Department of
Defense's objectives and strategy for achieving such objectives
for the Philippines.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require,
not later than 150 days after the date of the enactment of this
Act, the Secretary of Defense, in concurrence with the Secretary
of State, to submit to the appropriate congressional committees
a report concerning security sector assistance programs with the
Philippine National Police.

*Modification of annual report on military and security
developments involving the People's Republic of China (sec.
1260)*

The House amendment contained two provisions (secs. 1246
and 1247) that would amend section 1202 of the National Defense
Authorization Act for Fiscal Year 2000 (Public Law 106-65) by
requiring the Secretary of Defense to consult with the heads of
other Federal departments and agencies as appropriate in
developing the Annual Report to Congress on Military and
Security Developments Involving the People's Republic of China.
The provisions would also modify the specified congressional
committees that receive the annual report, and add certain
elements to the annual report.

The Senate bill contained a similar provision (sec. 1253)
that would amend paragraph 26 of section 1202(b) of the National
Defense Authorization Act for Fiscal Year 2000 (Public Law 106-
65) by requiring the annual report to address the relationship
between Chinese overseas investment, including the Belt and Road
Initiative and the Digital Silk Road, and Chinese security and
military objectives.

The Senate recedes with an amendment that would add
certain elements to the annual report.

*Report on foreign military activities in Pacific Island
countries (sec. 1260A)*

The House amendment contained a provision (sec. 1250B)
that would require, not later than 120 days after the date of
the enactment of this Act, the Under Secretary of Defense for
Intelligence, in coordination with the Director of the Defense
Intelligence Agency and the Director of National Intelligence,
to submit to the congressional defense committees a report
concerning foreign military activities in Pacific Island
countries.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on cybersecurity activities with Taiwan (sec. 1260B)*

The House amendment contained a provision (sec. 1250G) that would direct, not later than 180 days after the enactment of this Act, the Secretary of Defense to submit to the congressional defense committees a report on cybersecurity activities with Taiwan.
The Senate bill contained no similar provision.
The Senate recedes.

*Review and report related to the Taiwan Relations Act (sec. 1260C)*

The Senate bill contained a provision (sec. 6211) that would express the sense of the Congress concerning the Taiwan Relations Act (Public Law 96-8). The provision would also direct the Secretary of Defense, in coordination with the Secretary of State, to conduct a review of coercive behavior by the Government of the People's Republic of China directed at Taiwan, as well as the role of United States policy toward Taiwan with respect to the implementation of the 2017 National Security Strategy and the 2018 National Defense Strategy. The provision would direct a report to be delivered to the appropriate committees of Congress on the results of the review.
The House amendment contained no similar provision.
The House recedes with an amendment that would make clarifying changes to the content of the required report.

*Sense of Congress on enhancement of the United States-Taiwan defense relationship (sec. 1260D)*

The Senate bill contained a provision (sec. 1257) that would express the sense of the Senate concerning the enhancement of the United States-Taiwan defense relationship.
The House amendment contained a similar provision (sec. 1248).
The House recedes with an amendment that would express the sense of the Congress that Taiwan is a vital partner of the United States, and that the United States should continue to strengthen defense and security cooperation in support of Taiwan maintaining a sufficient self-defense capability.
In light of the fortieth anniversary of the Taiwan Relations Act (Public Law 96-8), the conferees encourage the Department of Defense to focus attention and resources on the future of the United States-Taiwan defense relationship,

particularly in relation to implementation of the National
Defense Strategy and strategic competition with China.

*Chinese foreign direct investment in countries of the Arctic
region (sec. 1260E)*

The House amendment contained a provision (sec. 1250J)
that would make a series of findings and direct an independent
study of Chinese foreign direct investment in countries of the
Arctic region, with a focus on the effects of such foreign
direct investment on United States national security and near-
peer competition in the Arctic region.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would strike the
findings in the provision.

*Sense of Congress on policy toward Hong Kong (sec. 1260F)*

The Senate bill contained a provision (sec. 6209) that
would express the sense of the Congress regarding United States
policy concerning Hong Kong.
The House amendment contained no similar provision.
The House recedes with an amendment that would express the
sense of the Congress that, among other things, Congress stands
unequivocally with the people of Hong Kong as they defend their
rights and freedoms and preserve their autonomy against the
People's Republic of China. The amendment would call for efforts
to resolve the remaining demands raised by protestors, who
represent a broad cross-section of Hong Kong. The amendment
would also express that in the event of use of force by the
Government of the People's Republic of China against protestors
in Hong Kong, Congress will recommend swift action by the United
States, including: a fundamental reevaluation of the special
treatment of Hong Kong under the Hong Kong Policy Act of 1992
(Public Law 102-383) and other United States law; and
coordinated actions with like-minded countries to impose
meaningful costs on the People's Republic of China, including
the imposition of sanctions, travel restrictions, and other
actions against responsible senior officials in the Chinese
Communist Party, the People's Liberation Army, and the People's
Armed Police.

*Sense of Congress on enhancing defense and security cooperation
with the Republic of Singapore (sec. 1260G)*

WASHSTATEC014129

The Senate bill contained a provision (sec. 1261) that would express the sense of the Senate concerning defense and security cooperation with the Republic of Singapore.

The House amendment contained a similar provision (sec. 1249).

The House recedes with an amendment that would express the sense of the Congress that robust defense and security cooperation between the United States and the Republic of Singapore is crucial to promoting peace and stability in the Indo-Pacific region.

*Authority to transfer funds for Bien Hoa dioxin cleanup (sec. 1260H)*

The Senate bill contained a provision (sec. 1043) that would allow the Secretary of Defense to transfer not more than $15.0 million in fiscal year 2020 to the Secretary of State, for use by the United States Agency for International Development, funds to be used for the Bien Hoa dioxin cleanup in Vietnam.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to notify the congressional defense committees prior to such a transfer of funds.

*Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security (1260I)*

The House amendment contained a provision (sec. 1250D) that would prohibit the removal of Huawei Technologies Co. Ltd. from the entity list maintained by the Bureau of Industry and Security until the Secretary of Commerce certifies to Congress that a number of conditions have been met.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the conditions for removal from the entity list and add a reporting requirement for licenses issued for exports to Huawei.

*Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order (sec. 1260J)*

The House amendment contained a provision (sec. 1250C) that would require the President to submit annual reports to Congress on the compliance of Zhongxing Telecommunications Equipment Corporation (ZTE) and ZTE Kangxun Telecommunications Ltd. with the Superseding Settlement Agreement and Superseding Order reached with the Department of Commerce on June 8, 2018.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on the lay-down of United States Marines in the Indo-Pacific region (sec. 1260K)*

The Senate bill contained a provision (sec. 1255) that would require a review of, certification, and report on the current status of the distributed laydown of forces in the Indo-Pacific region in support of the joint statement of the United States-Japan Security Consultative Committee issued April 26, 2012, in the District of Columbia (April 27, 2012, in Tokyo, Japan) and revised on October 3, 2013, in Tokyo. The provision would also require the Comptroller General to submit to the congressional defense committees a report containing an analysis of the current status of the distributed laydown.

The House amendment contained no similar provision.

The House recedes with an amendment that would add certain elements of the report to focus its contents on the implementation of the planned distributed lay-down of U.S. Marines in the Indo-Pacific region and strikes the requirement for a Comptroller General report.

The conferees note that nothing in this provision shall be construed to change the current distributed lay-down of U.S. Marines in the Indo-Pacific region or to express support for any such change. Any potential changes to the distributed lay-down should be considered only after consultation and agreement of impacted countries, especially the Government of Japan.

## SUBTITLE G—OTHER MATTERS

*Modification to report on legal and policy frameworks for the use of military force (sec. 1261)*

The House amendment contained a provision (sec. 1262) that would modify section 1264 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) to require the President to submit an annual report to the appropriate committees of Congress on the legal and policy frameworks for the use of military force and related national security operations.

The Senate bill contained no similar provision.

The Senate recedes.

*Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command (sec. 1262)*

The House amendment contained a provision (sec. 1264) that
would direct the Secretary of Defense to seek to enter into a
contract with an entity independent of the Department of Defense
to conduct an assessment of the sufficiency of resources
available to U.S. Southern Command and U.S. Africa Command.
     The Senate bill contained no similar provision.
     The Senate recedes with technical amendment.

*United States Central Command posture assessment and review
(sec. 1263)*

     The Senate bill contained a provision (sec. 1287) that
would mandate a comprehensive United States Central Command
(CENTCOM) posture review, which would assess the extent to which
the United States possesses the force posture and capabilities
for countering threats emanating from and affecting CENTCOM's
area of responsibilities.
     The House amendment contained no similar provision.
     The House recedes with an amendment that would require the
Secretary of Defense to seek to enter into a contract with a
federally funded research and development center to conduct an
independent assessment and comprehensive review of United States
military force posture and capabilities for countering threats
emanating from and affecting CENTCOM's area of responsibilities.
     The conferees note that the United States' military
presence, posture, and basing in the Middle East region was
constituted iteratively over decades to support a range of
regional partners, operations, tasks, and activities, against an
evolving spectrum of threats and contingencies. The conferees
are concerned that the proportion of Department of Defense
resources deployed to the CENTCOM area of responsibility no
longer reflects departmental priorities, as articulated in the
National Defense Strategy. Furthermore, the conferees believe
CENTCOM must be appropriately postured in order to maintain
resilience and deterrence toward regional adversaries whose
doctrine and capabilities continue to evolve. However, the
conferees believe CENTCOM must pursue a more resource efficient
approach in order to support Department-wide efforts to recover
readiness, lethality, and strategic competitiveness with Russia
and China, in accordance with National Defense Strategy
priorities.

*Limitation on production of nuclear proliferation assessment
statements (sec. 1264)*

     The House amendment contained a provision (sec. 1269) that
would prohibit the Secretary of State from providing to the

WASHSTATEC014132

President a Nuclear Proliferation Assessment Statement, in
accordance with section 123 of the Atomic Energy Act of 1954 (42
U.S.C. 2153), with respect to a proposed cooperation agreement
with any country that has not signed and implemented an
Additional Protocol with the International Atomic Energy Agency.
The provision would make an exception for a country that already
had in effect an agreement under section 123 as of June 19,
2019. The provision would allow for a waiver of such prohibition
if the President submits a report to the appropriate
congressional committees, and the Congress enacts a joint
resolution of approval of the waiver.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the
requirement for a joint resolution of approval of the waiver.
The waiver would instead take effect 90 days after the
submission of the report to the appropriate congressional
committees.

*Western hemisphere resource assessment (sec. 1265)*

The House amendment contained a provision (sec. 1270D)
that would require, not later than 180 days after the date of
the enactment of this Act, the President, acting through the
Secretary of Defense, the Secretary of State, and the
Administrator of the United States Agency for International
Development, to submit a report to the appropriate congressional
committees assessing the sufficiency of resources available to
the United States Southern Command, United States Northern
Command, Department of State, and United States Agency for
International Development, to carry out their respective
missions in the Western hemisphere.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the
elements of the required assessment.

*Human rights in Brazil (sec. 1266)*

The House amendment contained a provision (sec. 1080) that
would require, not later than 180 days after the enactment of
this Act, the Secretary of Defense and the Secretary of State to
jointly submit a report to the appropriate congressional
committees that assesses the human rights climate in Brazil;
whether Brazilian security-force units that are engaged in human
rights abuses may have received or purchased United States
equipment or training; and a strategy to address the human
rights abuses found.

The Senate bill contained no similar provision.

WASHSTATEC014133

The Senate recedes with an amendment that, among other changes, would require the Secretary of Defense to coordinate with the Secretary of State on the report and add additional elements to the report, including U.S.-Brazil security cooperation and related matters.

*Certification relating to assistance for Guatemala (sec. 1267)*

The House amendment contained a provision (sec. 1270S) that would prohibit the use of funds authorized to be appropriated or otherwise made available to transfer or purchase vehicles for any joint task force including the Ministry of Defense or the Ministry of the Interior of Guatemala unless the Secretary of Defense certifies that such ministries have made a credible commitment to use such equipment solely for the purposes intended.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require that prior to the transfer of vehicles by the Department of Defense to a joint task force of the Ministry of Defense or the Ministry of Interior of Guatemala during fiscal year 2020, the Secretary of Defense must certify to the appropriate congressional committees that such ministries have made a credible commitment to use such equipment only for the uses for which they were intended.

*Independent analysis of human rights situation in Honduras (sec. 1268)*

The Senate bill contained a provision (sec. 1286) that would require the Secretary of Defense to enter into an agreement with an independent think tank or a federally funded research and development center to conduct an analysis and assessment of the compliance of the military and security forces of Honduras with international human rights laws and standards.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm (sec. 1269)*

The House amendment contained a provision (sec. 1270E) that would require, not later than 180 days after the date of the enactment of this Act, the President to submit to the appropriate congressional committees a report on plans to assist the Nigerian military in improving its efforts to prevent,

mitigate, and respond to civilian harm arising from its military presence and operations. The provision would also require the President to provide annual updates on progress made with respect to the plan contained in such report.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require not later than 180 days after the date of enactment of this Act the Secretary of Defense and the Secretary of State to jointly provide a briefing to specified congressional committees on the current strategy to improve defense institutions and security sector forces in Nigeria.

The conferees expect the briefing to discuss steps, if any, that the Departments are taking to increase the ability of the Nigerian military to minimize civilian harm when using equipment provided by the United States, to include the A-29 Super Tucano and related munitions.

*Report on implications of Chinese military presence in Djibouti (sec. 1270)*

The House amendment contained a provision (sec. 1270K) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense to submit to the appropriate congressional committees a report containing a comprehensive strategy to address security concerns posed by the Chinese People's Liberation Army Support Base in Djibouti to United States military installations and logistics chains in sub-Saharan Africa and the Middle East.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Rule of construction on the permanent stationing of United States Armed Forces in Somalia (sec. 1271)*

The House amendment contained a provision (sec. 1270T) that would prohibit the use of funds authorized to be appropriated by this Act or otherwise made available to the Department of Defense for fiscal year 2020 to establish any military installation or base for the purpose of providing for the permanent stationing of United States Armed Forces in Somalia.

The Senate bill contained no similar provision.

The Senate recedes with an amendment to include a rule of construction that states that nothing in this Act may be construed to authorize the permanent stationing of members of the United States Armed Forces in Somalia.

*Defense and diplomatic strategy for Libya (sec. 1272)*

The House amendment contained a provision (sec. 1270O) that would require, not later than 120 days after the date of the enactment of this Act, the President submit to the appropriate congressional committees a report that contains a strategy for Libya.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that modifies the elements of the required strategy.

*Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen (sec. 1273)*

The House amendment contained a provision (sec. 1270N) that would prohibit, for the two-year period beginning on the date of the enactment of this Act, in-flight fueling by the Department of Defense to non-United States aircraft engaged in hostilities in the ongoing civil war in Yemen unless and until a declaration of war or a specific statutory authorization has been enacted.
The Senate bill contained no similar provision.
The Senate recedes.

*Report on Saudi led coalition strikes in Yemen (sec. 1274)*

The House amendment contained a provision (sec. 1270M) that would require, not later than 90 days after the enactment of this Act and annually thereafter, the Secretary of Defense, in consultation with the Secretary of State, to submit a report detailing the number of civilian casualties caused by the Saudi-led coalition in Yemen, including an assessment of the coalition members' willingness and ability to prevent civilian casualties.
The Senate bill contained no similar provision.
The Senate recedes with a clarifying amendment.

*Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen (sec. 1275)*

The Senate bill contained a provision (sec. 1288) that would mandate a report detailing the expenses incurred by the United States in providing in-flight refueling services for Saudi or Saudi-led coalition non-United States aircraft conducting missions as part of the civil war in Yemen from March 1, 2015, to November 11, 2018, and the extent to which such

WASHSTATEC014136

expenses have been reimbursed by members of the Saudi-led coalition.
        The House amendment contained no similar provision.
        The House recedes.

*Report on Saudi Arabia's human rights record (sec. 1276)*

        The House amendment contained a provision (sec. 1296B) that would require not later than 30 days after the enactment of this Act, the Secretary of State, in accordance with section 502B(c) of the Foreign Assistance Act of 1961 (22 U.S.C. 2304(c)), to submit to the appropriate congressional committees a report on the protection of human rights within Saudi Arabia.
        The Senate bill contained no similar provision.
        The Senate recedes with a clarifying amendment.

*Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi (sec. 1277)*

        The House amendment contained a provision (sec. 1296) that would require, not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence to submit a report to the appropriate congressional committees detailing intelligence findings regarding the October 2018 killing of Saudi columnist Jamal Khashoggi.
        The Senate bill contained no similar provision.
        The Senate recedes.

*United States-Israel cooperation to counter unmanned aerial systems (sec. 1278)*

        The Senate bill contained a provision (sec. 1284) that would authorize the Secretary of Defense to carry out joint research, development, test, and evaluation to establish capabilities for countering unmanned aerial systems (C-UAS) that threaten the United States or Israel.
        The House amendment contained no similar provision.
        The House recedes.

*Extension and modification of authority for United States-Israel anti-tunnel cooperation activities (sec. 1279)*

        The Senate bill contained a provision (sec. 1283) that would amend section 1279 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) to modify the authority for United States-Israel anti-tunnel cooperation activities. The provision would remove countering unmanned

aerial systems from the section 1279 authority. Elsewhere in this Act, the committee recommends a provision that would establish a separate authority for United States-Israel cooperation regarding countering unmanned aerial systems. The provision would also authorize the Secretary of Defense to use amounts available under the section 1279 authority, which are in excess of the amount contributed by the Government of Israel, for costs associated with unique national requirements identified by the United States with respect to anti-tunnel capabilities.

The House amendment contained no similar provision.

The House recedes with an amendment that would extend the section 1279 authority through December 31, 2024.

*Report on cost imposition strategy (sec. 1280)*

The Senate bill contained a provision (sec. 1271) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense to submit to the congressional defense committees a report describing the cost imposition strategies of the Department of Defense with respect to the People's Republic of China and the Russian Federation.

The House amendment contained no similar provision.

The House recedes with an amendment that, among other clarifying changes, would require the Secretary of Defense to consult with the heads of other Federal departments and agencies as appropriate in the preparation of the report.

*Modification of initiative to support protection of national security academic researchers from undue influence and other security threats (sec. 1281)*

The Senate bill contained a provision (sec. 1285) that would amend section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to require the Secretary of Defense to develop a list of academic institutions of the People's Republic of China and the Russian Federation that are: (1) Associated with a defense program of the People's Republic of China or the Russian Federation, including any university heavily engaged in military research; (2) Known to recruit individuals for the purpose of advancing the talent and capabilities of such a defense program or to provide misleading transcripts or otherwise attempt to conceal the connections of an individual or institution to such a defense program; or (3) Pose a serious risk of intangible transfers of defense or engineering technology and research.

The Senate bill contained another provision (sec. 6219) that would amend section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 to specify that the training and support provided under such program shall emphasize best practices for the protection of sensitive national security information and include the dissemination of unclassified publications and resources.

The House amendment contained no similar provision.

The House recedes with an amendment that would: (1) Combine sections 1285 and 6219 with minor modifications; (2) Amend section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 to require the Secretary of Defense to establish enhanced information sharing procedures to collect appropriate information on any personnel participating in defense research and development activities other than basic research and to maintain appropriate security controls over research activities, technical information, and intellectual property; and (3) Amend the required report in the same section to be an annual report.

The conferees note the important impact that United States academic institutions have had advancing emerging technologies and contributing to the defense research enterprise. Maintaining an open and collaborative environment for unclassified basic and applied research is fundamental to attracting the world's best students and commercializing their innovations. The conferees, however, note the efforts undertaken by foreign adversaries and competitors to exploit the open academic environment through the theft of intellectual property, improper technology transfer, and espionage.

The conferees encourage the Secretary of Defense to establish a memorandum of understanding with the Secretary of Homeland Security in order to coordinate the implementation of the enhanced information sharing required in this provision. The conferees note, that to greatest extent possible, the Secretary of Defense should streamline information sharing procedures and leverage existing government information systems and repositories, including the Student Exchange Visitor Information System, to reduce the burden on universities and the Department of Defense.

*Modification of responsibility for policy on civilian casualty matters (sec. 1282)*

The House amendment contained a provision (sec. 1268) that would modify section 1057 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) and section 936 of the John S. McCain National Defense Authorization Act for Fiscal

Year 2019 (Public Law 115-232) relating to civilian casualty matters.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to modify the responsibilities of the senior civilian official of the Department of Defense designated to develop, coordinate, and oversee compliance relating to civilian casualties. The conferees direct the senior designated official to coordinate with other relevant U.S. departments and agencies with respect to any other matters related to civilian harm resulting from military operations, including assistance provided to civilians impacted or displaced by such operations.

*Report on export of certain satellites to entities with certain beneficial ownership status (sec. 1283)*

The Senate bill contained a provision (sec. 6207) that would require a report on addressing the threat posed by the export, reexport, or in-country transfer of certain satellites to certain entities.

The House amendment contained no similar provision.

The House recedes with a technical/clarifying amendment.

*Rule of construction relating to use of military force (sec. 1284)*

The House amendment contained a provision (sec. 1265) that would establish that nothing in this Act or any amendment made by this Act may be construed to authorize the use of military force.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would establish that nothing in this Act or any amendment made by this Act may be construed to authorize the use of military force, including the use of military force against Iran or any other country.

*Reports and briefings on use of military force and support of partner forces (sec. 1285)*

The House amendment contained a provision (sec. 1270V) that would require the President not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, to submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a

WASHSTATEC014140

report on specific actions taken pursuant to the Authorization for Use of Military Force (Public Law 107-40; 50 U.S.C. 1541 et seq.) and support for partner forces against those nations or organizations described in such law, during the preceding 180-day period.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the President not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, to submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a report on actions taken pursuant to the Authorization for Use of Military Force (Public Law 107-40) against those countries or organizations described in such law, as well as  any actions taken to command, coordinate, participate in the movement of, or accompany the regular or irregular military forces of any foreign country or government when such forces are engaged in hostilities or in situations where imminent involvement in hostilities is clearly indicated by the circumstances, during the preceding 180-day period.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Report on participants in security cooperation training programs and recipients of security assistance training that have been designated for human rights abuses or terrorist activities*

The House amendment contained a provision (sec. 1205) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of State and the Secretary of Defense, in consultation with the heads of other appropriate Federal departments and agencies, to submit to the appropriate congressional committees a report on individuals and units of security forces of foreign countries that have participated in security cooperation programs or received security assistance training and have been subject to United States sanctions relating to the violation or human rights or terrorist activities. The Secretaries would also be required to submit an annual update of the report.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the importance of adherence to human rights by recipients of Department of Defense (DOD) security cooperation training. The conferees note that section 362 of title 10, United States Code, prohibits DOD from providing assistance to foreign security forces if there is credible

information that gross violations of human rights have been
committed. Among the key elements of the security cooperation
reforms contained in the National Defense Authorization Act for
Fiscal Year 2017 (Public Law 114-328) were an increased emphasis
on the integration of human rights training into DOD security
cooperation programs and the strengthening of the defense and
security institutions of foreign partners in order to more
effectively and responsibly train, manage, and employ their
forces. The conferees note that DOD faces significant challenges
relating to its ability to comprehensively track recipients of
DOD security cooperation training in order to identify those who
may subsequently have committed gross violations of human
rights.  The conferees understand that these challenges arise in
part from limitations in the Department's ability to collect and
maintain data on all individuals who receive security
cooperation training under title 10 chapter 16 authorities and
in the ability to cross-reference such information with that of
other departments and agencies of the United States government.
The conferees are aware that the lack of data would result in
incomplete information on recipients of security cooperation
training that have been designated for human rights abuses or
terrorist activities.
       Therefore, the conferees direct the Secretary of Defense
to provide a briefing to the Armed Services Committees of the
House of Representatives and the Senate not later than 30 days
after the date of enactment of this Act on the advisability and
feasibility of providing Congress with a report on recipients of
security cooperation training programs at the unit and
individual level that, after such training, go on to commit
gross violations of human rights. The briefing should identify
any challenges that DOD may encounter in such an effort as well
as recommendations for overcoming such challenges.

*Prohibition on use of funds to transfer defense articles and
services to Azerbaijan*

       The House amendment contained a provision (sec. 1207) that
would prohibit the use of funds authorized by this Act or
otherwise made available to the Department of Defense for fiscal
year 2020 to transfer defense articles or services to Azerbaijan
unless the President certifies to Congress that the transfer of
such defense articles or services does not threaten civil
aviation.
       The Senate bill contained no similar provision.
       The House recedes.
       The conferees are concerned by any threat or use of force
against civilians or actions against a nation's sovereignty,

WASHSTATEC014142

which would be contrary to international law. The importance of a diplomatic resolution of the Nagorno-Karabakh conflict is addressed in another section of this report.

*Multinational regional security education center*

The House amendment contained a provision (sec. 1209) that would require, not later than 120 days after the date of the enactment of this Act, the Secretary of Defense to provide a briefing on the utility and feasibility of establishing a multinational regional security education center.

The Senate bill contained no similar provision.

The House recedes.

Not later than 120 days after the date of the enactment of this Act, the conferees direct the Secretary of Defense to provide to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives and the Committee on Armed Services and the Committee on Foreign Relations of the Senate a briefing on the utility and feasibility of establishing a multinational regional security education center, including as a satellite entity of the Daniel K. Inouye Asia-Pacific Center for Security Studies that is located in a member country of the Association for Southeast Asian Nations, to offer year-round training and educational courses to Southeast Asian and Indo-Pacific civilian and military security personnel to enhance engagement of territorial and maritime security, transnational and asymmetric threats, and defense sector governance in the Indo-Pacific region. Training may also include English-language training, human rights training, rule of law and legal studies, security governance and institution-building courses, and budget and procurement training.

The conferees direct the Secretary of Defense to provide a written summary of the briefing to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives and the Committee on Armed Services and the Committee on Foreign Relations of the Senate, within 30 days following the briefing.

*Training for participants in professional military education programs*

The House amendment contained a provision (sec. 1210) that would require any foreign person participating in professional military education to participate in human rights training.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that every year numerous students from foreign militaries participate in professional military education provided and funded by the United States. These courses should be viewed as a valuable opportunity to foster an appreciation of human rights and the rule of law. The conferees are aware that foreign students in professional military education programs participate in the Department of Defense Field Studies Program, which includes instruction in human rights and law of war, among other topics. The Secretary of Defense is encouraged to continue providing human rights training as a key component of professional military education.

*Report on plan to transfer funds in connection with the provision of support under section 385 of title 10, United States Code*

The House amendment contained a provision (sec. 1210A) that would require the Secretary of Defense to submit to the appropriate congressional committees a report on Department of Defense plans to transfer funds with the provision of support under section 385 of title 10, United States Code, for fiscal year 2020.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense, Secretary of State, and the Administrator of the U.S. Agency for International Development to provide a briefing not later than December 1, 2019 to the Armed Services Committees of the House of Representatives and the Senate on any plans to use the authority provided by section 385 of title 10, U.S. Code, in fiscal year 2020. The briefing should also include a description of any issues that may impede the use of such authority.

*Rule of construction relating to use of military force against Iran*

The House amendment contained a provision (sec. 1225) that would establish that nothing in this Act or any amendment made by this Act may be construed to authorize the use of military force against Iran.

The Senate bill contained no similar provision.

The House recedes.

*Sense of Congress on support for Ministry of Peshmerga Forces of the Kurdistan Region of Iraq*

The House amendment contained a provision (sec. 1226) stating that it was the sense of Congress that the Ministry of Peshmerga forces of the Kurdistan Region of Iraq had made significant contributions and sacrifices in the United States-led campaign to degrade, dismantle, and destroy ISIS, and that the Department of Defense and Department of State should continue to work with and support the non-partisan forces of the Ministry of Peshmerga of the Kurdistan Region of Iraq in order to continue to develop their capabilities, promote security sector reforms, and enhance sustainability and interoperability with the other elements of the Iraqi security forces in order to provide for Iraq's lasting security against terrorist threats.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the United States-led coalition known as the Combined Joint Task Force-Operation Inherent Resolve (CJTF-OIR) in partnership with the Iraqi Security Forces (ISF), including the Kurdish Peshmerga, successfully liberated significant Iraqi territory from the control of the Islamic State of Iraq and Syria (ISIS).  While the conferees applaud this significant achievement, they also express concern that ISIS continues to pose a significant threat to Iraq, the region, and potentially the U.S. homeland.

According to the August 2019 Lead Inspector General report for OIR, CJTF-OIR noted "deep-seated internal Kurdish political divisions and the Kurds' continuing dispute with Iraq's central government over a swath of disputed territory in northern Iraq rich in resources have allowed ISIS insurgents to exploit gaps between ISF and Peshmerga forces, which allows ISIS to regroup and plan attacks in the region."  Furthermore, the Lead Inspector General report for OIR stated "that the ISF and the Peshmerga has made progress this quarter in ongoing planning of 'joint security mechanisms'—coordination to effectively combat ISIS in the disputed territories.  However, on-the-ground cooperation between the ISF and the Peshmerga remained limited and security gaps remained." The conferees believe a lasting defeat of ISIS is critical to maintaining a stable and tolerant Iraq in which all faiths, sects, and ethnicities are afforded equal protection and full integration into the government and society of Iraq and support the provision of U.S. security and other assistance for such purposes.  As part of those efforts, the conferees support continued reform of, and materiel and training assistance to, Kurdish Peshmerga forces with the objective of enabling them to more effectively partner with the ISF, the United States, and other international partners.  In furtherance of those objectives, the conferees believe continued efforts by the Peshmerga and ISF to establish joint security

mechanisms are critical to addressing the threat of ISIS in disputed territories.

The conferees strongly support continuation of the partnership between the U.S. military and ISF, including the Kurdish Peshmerga in furtherance of our shared interests. In the coming years, the conferees encourage the Department to normalize its support to the Peshmerga by focusing assistance on the reform and professionalization at the ministerial and unit level and the development of capabilities and interoperability with other ISF elements that contribute to the long-term stability of Iraq.

*Sense of Congress on supporting the return and repatriation of religious and ethnic minorities in Iraq to their ancestral homelands*

The House amendment contained a provision (sec. 1227) that expressed the sense of Congress that it should remain a policy priority of the United States to support the safe return of displaced indigenous people of the Nineveh Plan and Sinjar to their ancestral homeland and that it should be a priority to ensure reintegration and restoration of fundamental human rights.

The Senate bill contained no similar provision.
The House recedes.

*Prohibition of unauthorized military force in or against Iran*

The House amendment contained a provision (sec. 1229) that would prohibit the use of Federal funds for any use of military force in or against Iran unless Congress has declared war or enacted a specific statutory authorization.

The Senate bill contained no similar provision.
The House recedes.

*Report on Russian military involvement in the AFRICOM AOR*

The House amendment contained a provision (sec. 1240) that would require the Secretary of Defense, in coordination with the Secretary of State, not later than 120 days after the date of enactment of this Act to provide a report to the appropriate congressional committees on military assistance provided by the Russian Federation or any private military corporations headquartered or registered in Russia to countries in the U.S. Africa Command area of responsibility (AOR).

The Senate bill contained no similar provision.
The House recedes.

WASHSTATEC014146

The conferees direct the Secretary of Defense to provide a briefing to the Armed Services Committees of the House of Representatives and the Senate not later than 120 days after the date of enactment of this Act on the presence, activities, and strategic objectives of the Russian Federation in Africa. The briefing shall address, at a minimum, the following:

1) A description of the presence, activities, and strategic objectives of the Russian Federation in Africa.

2) A description of all known bilateral agreements between Russia and African governments negotiated since 2014, including military and technical cooperation, arms sales, and mineral exploration.

3) An analysis of any direct or indirect military support Russia or private military corporations based in Russia are providing to state and non-state armed groups in Africa, including a description of the types of support.

4) A description of arms sales within the previous calendar year by the Russian defense sector to African countries, and an analysis of whether any of such arms sales constitute significant transactions within the meaning of section 231 of the Countering America's Adversaries Through Sanctions Act of 2017 (22 U.S.C. 9525).

5) An analysis of the extent to which such arms sales may be in violation of United Nations Security Council-imposed arms embargoes in Africa, including with regard to South Sudan, the Democratic Republic of Congo, and the Central African Republic.

6) An analysis of Russian disinformation and propaganda operations in African countries, and the extent to which such operations pose a risk to United States interests in Africa.

7) A description of any plans to counteract destabilizing Russian activities in Africa.

8) Any other matters the Secretary deems relevant.

*United States actions relating to Russian interference in elections for Federal office*

The House amendment contained a provision (sec. 1240B) that would impose a prohibition on transactions relating to new Russian sovereign debt, require a determination of Russian interference in elections for Federal office, and create procedures for lifting and reimposing the prohibition.

The Senate bill contained no similar provision.

The House recedes.

*Extension and modification of report on military and security developments involving North Korea*

WASHSTATEC014147

The House amendment contained a provision (sec. 1242) that would amend section 1236 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112-81) to extend and modify the requirement to provide a report on the military and security developments involving the Democratic People's Republic of Korea.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that Congress's ability to evaluate the security threat posed by North Korea and to conduct oversight of United States policy toward North Korea has been impaired by a lack of transparency and associated delays in providing information necessary for such oversight. For example, the report to Congress on the status of North Korea's nuclear program to establish a baseline of progress for negotiations with respect to denuclearization as required by section 1265 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) was recently submitted over 300 days late. The conferees reiterate support for diplomatic efforts to achieve the denuclearization of North Korea. The conferees urge the Administration to review its policies related to North Korea to ensure they are consistent with a priority on open and timely communication with the Congress.

*Report by Defense Intelligence Agency on certain military capabilities of China and Russia*

The House amendment contained a provision (sec. 1250F) that would require the Director of the Defense Intelligence Agency to submit to the Secretary of Defense and the appropriate congressional committees a report on the military capabilities of China and Russia.

The Senate bill contained no similar provision.

The House recedes.

Not later than 180 days after the enactment of this Act, the conferees direct the Director of the Defense Intelligence Agency to provide to the Committees on Armed Services of the House of Representatives and the Senate a briefing concerning the military capabilities of China and Russia, including: (1) an update on the presence, status, and capability of the military with respect to any national training centers similar to the Combat Training Center Program of the United States; (2) an analysis of a readiness deployment cycle of the military, including as compared to such a cycle of the United States and an identification of metrics used in the national training centers of that military; (3) a comprehensive investigation into the capability and readiness of the mechanized logistics of the

army of the military, including an analysis of field
maintenance, sustainment maintenance, movement control,
intermodal operations, and supply, and how such functions
interact with specific echelons of that military; and (4) an
assessment of the future of mechanized army logistics of the
military.

*Modification of report relating to enhancing defense and
security cooperation with India*

The House amendment contained two provisions (sec. 1250
and sec. 1250I) concerning defense and security cooperation with
India.
The Senate bill contained no similar provision.
The House recedes.
In addition to regular briefings and reports on U.S.-India
defense relations, the conferees direct the Department of
Defense to provide a briefing to the congressional defense
committees on U.S.-India defense cooperation in the Western
Indian Ocean no later than March 1, 2020.  Topics to be covered
in the briefing shall include: (1) a description of military
activities of the United States and India, separately, in the
Western Indian Ocean; (2) a description of military cooperation
activities between the United States and India in the Western
Indian Ocean; (3) a description of how the relevant geographic
combatant commands coordinate their activities with the Indian
military in the Western Indian Ocean and the mechanisms in place
to ensure such cooperation is maximized; (4) a description of
how the major defense partnership with India will be utilized to
enhance cooperation in the Western Indian Ocean; and (5) areas
of future opportunity to increase military engagement with India
in the Western Indian Ocean.

*Sense of Congress on the enduring United States commitment to
the Freely Associated States*

The House amendment contained a provision (sec. 1250E)
that would express the sense of the Congress concerning the
enduring commitment of the United States to the Freely
Associated States.
The Senate bill contained no similar provision.
The House recedes.
The conferees recognize that the United States has strong
and enduring interests in the security and prosperity of Oceania
and the Western Pacific region, including close relationships
with the countries of Palau, the Marshall Islands,and the
Federated States of Micronesia, with whom the United States

shares Compacts of Free Association. The United States and the Freely Associated States share values including democracy and human rights, as well as mutual interest in a free, open, and prosperous Indo-Pacific region. Therefore, the conferees believe the United States should expeditiously begin negotiations on the renewal of the Compacts of Free Association and conclude such negotiations prior to the expiration of the current compacts in 2023 and 2024.

*Sense of Congress on United States-India defense relationship*

The House amendment contained a provision (sec. 1250H) that would express the sense of the Congress on the United States-India defense relationship.
The Senate bill contained no similar provision.
The House recedes.

*Report on value of investments in dual use infrastructure projects by NATO member states*

The House amendment contained a provision (sec. 1256) that would require the Secretary of Defense to submit a report, not later than June 1, 2020, on the value of investments in dual use infrastructure projects by the member states of the North Atlantic Treaty Organization.
The Senate bill contained no similar provision.
The House recedes.

*Sense of Senate on the United States-Japan alliance and defense cooperation*

The Senate bill contained a provision (sec. 1256) that would express the sense of the Senate concerning the United States-Japan alliance and opportunities for enhancing defense cooperation.
The House amendment contained no similar provision.
The Senate recedes.
The conferees underscore that the United States-Japan alliance remains the cornerstone of peace and security for a free and open Indo-Pacific region. The conferees also recognize that the Government of Japan has made among the most significant "burden sharing" contributions of any United States ally, including through direct cost sharing, paying for the realignment of United States forces currently stationed in Okinawa, community support, and other alliance-related expenditures.

*European Center of Excellence for Countering Hybrid Threats*

The House amendment contained a provision (sec. 1258) that would require the Secretary of Defense to provide $2.0 million for the European Center of Excellence for Countering Hybrid Threats.

The Senate bill contained no similar provision.

The House recedes.

The conferees strongly support the efforts of the European Center of Excellence for Countering Hybrid Threats (henceforth referred to as "the Center"), and encourage the Department of Defense to cooperate fully and actively with the Center. The conferees note that the Center could play an important role in addressing the strategic challenge described by the National Defense Strategy: revisionist powers and rogue regimes increasing "efforts short of armed conflict by expanding coercion to new fronts, violating principles of sovereignty, exploiting ambiguity, and deliberately blurring the lines between civil and military goals." The conferees also anticipate the Center serving as a unique forum to address the common concerns of transatlantic democracies and as a hallmark of cooperation between the North Atlantic Treaty Organization and the European Union.

To better understand the full scope of capability and impact the Center could have to further the strategic and operational objectives of the Department of Defense, the conferees direct the Department of Defense to provide the Committees on Armed Services of the Senate and House of Representatives a briefing, no later than 60 days after the enactment of this Act, on the Center, including the following components: the strategic vision for the Center, associated resources and manpower, planned or current activities, and intended engagement strategy of the Department with the Center.

*Sense of Senate on United States-India defense relationship*

The Senate bill contained a provision (sec. 1258) that would express the sense of the Senate on the United States-India defense relationship.

The House amendment contained no similar provision.

The Senate recedes.

*Sense of Congress on European investments in national security*

The House amendment contained a provision (sec. 1259) that would express the sense of Congress that the North Atlantic Treaty Organization (NATO) is central to United States-European

defense matters and that military cooperation and coordination
in Europe among NATO member countries should complement NATO
efforts and not detract from NATO military system
interoperability and burden sharing among NATO allies.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the importance of NATO is
addressed elsewhere in this report.

*Briefing on Department of Defense program to protect United
States students against foreign assets*

The House amendment contained a provision (sec. 1260) that
would require the Secretary of Defense to provide a briefing to
the congressional defense committees on the program to protect
United States students against recruitment efforts by foreign
intelligence agents as described in section 1277 of the John S.
McCain National Defense Authorization Act for Fiscal Year 2018
(Public Law 115-91).

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to provide a
briefing to update the Committees on Armed Services of the
Senate and the House no later than March 15, 2019 on the status
of the program required in section 1277 of the John S. McCain
National Defense Authorization Act for Fiscal Year 2018,
including an assessment of whether the program is beneficial to
students interning, working part time, or in a program that will
result in post-graduation employment with the Department of
Defense components or contractors.

*Sense of Senate on enhanced cooperation with Pacific Island
countries to establish open-source intelligence fusion centers
in the Indo-Pacific region*

The Senate bill contained two provisions (sec. 1260 and
sec. 6202) that would express the sense of the Senate that U.S.
Indo-Pacific Command should pursue the establishment of one or
more open-source intelligence fusion centers in the Indo-Pacific
region to enhance cooperation with Pacific Island countries.

The House amendment contained no similar provision.

The Senate recedes.

*Limitation on availability of certain funds until report
submitted on Department of Defense awards and disciplinary
action as a result of the 2017 incident in Niger*

The House amendment contained a provision (sec. 1263) that would prohibit the use of more than 80 percent of any funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for Operations and Maintenance, Defense-Wide, Office of the Secretary of Defense, for Travel of Persons, until the Secretary of Defense submits a report containing a description of each award and disciplinary action issued, by rank, as a result of the AR 15-6 investigation findings relating to the incident in Niger on October 4, 2017.

The Senate bill contained no similar provision.

The House recedes.

The conferees have serious concerns about the executive branch's handling of the ambush in Niger that occurred on October 4, 2017, which led to the death of four U.S. servicemembers. These concerns include the Department of Defense's repeated delays in providing to Congress the report on the investigation into the incident as well as information on the disciplinary actions issued in connection with the incident. The executive branch has a duty to conduct itself with candor and it must act in a way that is transparent and responsive to congressional oversight.

Therefore, the conferees direct the Secretary of Defense to submit to the Armed Services Committees of the House of Representatives and the Senate not later than January 15, 2020 a report containing a description of each disciplinary action issued by rank as a result of the AR 15-6 investigation findings relating to the incident in Niger on October 4, 2017. The report shall be submitted in a format that protects personally identifiable information and is consistent with national security.

*Rule of construction relating to use of military force against Venezuela*

The House amendment contained a provision (sec. 1266) that would establish that nothing in this Act or any amendment made by this Act may be construed to authorize the use of military force against Venezuela.

The Senate bill contained no similar provision.

The House recedes.

*Restriction on emergency authority relating to arms sales under the Arms Export Control Act*

The House amendment contained a provision (sec. 1270) that would amend section 36 of the Arms Export Control Act (22 U.S.C. 2776) by modifying a restriction on emergency authority

requiring the President to consult with appropriate
congressional committees not later than 3 days after the
determination and submit further certifications to Congress. The
modifications would also require the delivery of defense
articles within 90 days of the issuance of the emergency
determination and the submittal of a report to Congress not
later than 30 days after the delivery of defense articles.
Further, the waiver of congressional review would not apply to
begin manufacturing or co-production of articles outside the
United States.

      The Senate bill contained no similar provision.

      The House recedes.

*Report on annual defense spending by ally and partner countries*

      The Senate bill contained a provision (sec. 1240) that
would require the Secretary of Defense to submit to certain
congressional committees a report containing a summary of the
key findings of the annual report of the Secretary General of
the North Atlantic Treaty Organization (NATO) as well as
assessments of various elements of burden-sharing and defense
cooperation with and among NATO allies.

      The House amendment contained a similar provision (sec.
1270A) that would require the Secretary of Defense to submit a
report concerning defense spending by each mutual defense treaty
ally and major non-NATO ally of the United States, as well as
other matters.

      These legislative provisions were not adopted.

      Not later than 60 days after the date on which the next
annual report of the Secretary General of the North Atlantic
Treaty Organization (NATO) for the preceding calendar year is
published, the conferees direct the Secretary of Defense to
submit to the Committee on Armed Services and the Committee on
Foreign Relations of the Senate, and to the Committee on Armed
Services and the Committee on Foreign Affairs of the House of
Representatives, a report that includes the following:(1) an
assessment, incorporating the key findings of the such annual
report of the Secretary General of NATO, of progress toward
meeting the Defense Investment Pledge made at the 2014 NATO
summit in Wales by member countries of the North Atlantic Treaty
Organization; a description of the personnel and financial
contributions of each member country of NATO to NATO missions;
and a description of NATO initiatives to accelerate the speed of
decision, ensure viable military reinforcement, and to support
the deployability of North Atlantic Treaty Organization
forces.The conferees direct that the report be submitted in an
unclassified form, but may include a classified annex.

The conferees note that the contributions of United States allies to collective defense and shared security are critical. The conferees note that reports relating to ally and partner "burden-sharing"contributions are addressed elsewhere in this report.

*Reports on contributions to the North Atlantic Treaty Organization*

The Senate bill contained a provision (sec. 1240) that would require the Secretary of Defense to submit to certain congressional committees a report containing a summary of the key findings of the annual report of the Secretary General of the North Atlantic Treaty Organization (NATO) as well as assessments of various elements of burden-sharing and defense cooperation with and among NATO allies.

The House amendment contained a similar provision (sec. 1270A) that would require the Secretary of Defense to submit a report concerning defense spending by each mutual defense treaty ally and major non-NATO ally of the United States, as well as other matters.

These legislative provisions were not adopted.

Not later than 60 days after the date on which the next annual report of the Secretary General of the North Atlantic Treaty Organization (NATO) for the preceding calendar year is published, the conferees direct the Secretary of Defense to submit to the Committee on Armed Services and the Committee on Foreign Relations of the Senate, and to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives, a report that includes the following: (1) an assessment, incorporating the key findings of the such annual report of the Secretary General of NATO, of progress toward meeting the Defense Investment Pledge made at the 2014 NATO summit in Wales by member countries of the North Atlantic Treaty Organization; a description of the personnel and financial contributions of each member country of NATO to NATO missions; and a description of NATO initiatives to accelerate the speed of decision, ensure viable military reinforcement, and to support the deployability of North Atlantic Treaty Organization forces. The conferees direct that the report be submitted in an unclassified form, but may include a classified annex.

The conferees note that the contributions of United States allies to collective defense and shared security are critical. The conferees note that reports relating to ally and partner "burden-sharing"contributions are addressed elsewhere in this report.

WASHSTATEC014155

*Sense of Congress on the United States-Israel relationship*

The House amendment contained a provision (sec. 1270B) that would express the sense of Congress that Israel has been one of the United States' strongest friends and allies, that the United States should continue to offer full security assistance and related support to Israel, and that such assistance and support is vital as Israel confronts a number of potential challenges, including threats from Iran.

The Senate contained no similar provision.

The House recedes.

The conferees strongly support the enduring strategic partnership between the United States and Israel, which is based on common democratic values and seven decades of strong cooperation. Furthermore, the conferees believe close defense cooperation between the two countries remains a critical component of this partnership given shared security challenges.

*Sense of Congress on stability of the Caucasus region and the continuation of the Nagorno Karabakh cease-fire*

The House amendment contained a provision (sec. 1270C) that would express the sense of Congress regarding methods to advance United States interests in the stability of the Caucasus region and the continuation of the Nagorno Karabakh cease-fire.

The Senate bill contained no similar provision.

The House recedes.

The conferees underscore the importance of preventing further violence and making progress toward a peaceful resolution of the Nagorno-Karabakh conflict.

*Limitation on use of funds from the Special Defense Acquisition Fund*

The House amendment contained a provision (sec. 1270F) that would amend section 114(c) of title 10, United States Code, to prohibit the use of funds made available from the Special Defense Acquisition Fund for any fiscal year to provide any assistance to Saudi Arabia or the United Arab Emirates if such assistance could be used by either country to conduct or continue hostilities in Yemen.

The Senate bill contained no similar provision.

The House recedes.

*Prohibition on the use of emergency authorities for the sale or transfer of defense articles and services to Saudi Arabia and the United Arab Emirates*

The House amendment contained a provision (sec. 1270G) that would prohibit the use of funds authorized to be appropriated or otherwise made available by this or any other Act to process a commercial or foreign military sale, or to transfer, deliver, or facilitate the transfer or delivery, of any defense article or service to Saudi Arabia or the United Arab Emirates pursuant to any certification of emergency circumstances submitted in accordance with section 36(b) of the Armed Export Control Act (22 U.S.C. 2776(b)).
The Senate bill contained no similar provision.
The House recedes.

*Prohibition on support for military participation against the Houthis*

The House amendment contained a provision (sec. 1270H) that would prohibit the use of funds authorized or otherwise made available by this Act to provide intelligence for the purpose of strikes or logistical support for coalition strikes to the Saudi-led coalitions operations against the Houthis in Yemen.
The Senate bill contained no similar provision.
The House recedes.

*Report on efforts to combat Boko Haram in Nigeria and the Lake Chad Basin*

The House amendment contained a provision (sec. 1270L) that expresses the sense of Congress on Boko Haram and would require, not later than 90 days after the date of the enactment of this Act, the Secretary of Defense, the Secretary of State, and the Attorney General to jointly submit to Congress a report on efforts to combat Boko Haram in Nigeria and the Lake Chad Basin.
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Secretary of Defense and the Secretary of State not later than 90 days after the date of enactment of this Act to provide a joint briefing to the Armed Services Committees of the House of Representatives and the Senate on the initiatives undertaken by the Department of Defense (DoD) and the Department of State (DoS) to assist the Government of Nigeria and countries in the Lake Chad Basin to

develop capabilities to combat Boko Haram, the Islamic State in West Africa, and other terrorist organizations that threaten regional security. The briefing shall also include a description of any activities by DoD and DoS to enhance the capacity of Nigeria and countries in the Lake Chad Basin to investigate and prosecute human rights abuses as well as promote respect for the rule of law.

*Sense of Congress relating to Mongolia*

The House amendment contained a provision (sec. 1270P) that would express the sense of the Congress that the United States and Mongolia have a shared interest in supporting and preserving Mongolia's democracy, including Mongolia's ability to pursue an independent foreign policy, defend against threats to its sovereignty, and maintain territorial integrity.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that defense cooperation, a strong military-to-military relationship, and increased interoperability between the United States and Mongolia are in the interest of both countries, and the United States should continue to take steps to strengthen its security partnership with Mongolia.

*Report on relationship between Lebanese armed forces and Hizballah*

The House amendment contained a provision (sec. 1270Q) that would require, not later than 90 days after the enactment of this Act, the President to submit a report identifying personnel with influence over the Lebanese Armed Forces who are influenced by Hizballah and describing military activities conducted by the Lebanese Armed Forces to disarm Hizballah.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees within 180 days after the date of the enactment of this Act that, at a minimum, assesses whether Hizballah exerts influence over the Lebanese Armed Forces, describes the nature of the Lebanese Armed Forces' communication and interaction with Hizballah, details U.S. and other international efforts to build the capacity of the Lebanese Armed Forces to provide for the security and stability of Lebanon, and outlines efforts by the Lebanese Armed Forces to maintain accountability for U.S.-provided equipment.  The report may contain a classified annex if necessary.

WASHSTATEC014158

*Imposition of sanctions relating to Central America*

The House amendment contained a provision (sec. 1270R) that would require, not later than 180 days after the date of the enactment of this Act, the President to impose sanctions on individuals listed in the reports provided to Congress pursuant to section 1287 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 114-232) and section 7019(d) of the Department of State, Foreign Operations, and Relative Programs Appropriations Act, 2019.

The Senate bill contained no similar provision.
The House recedes.

*Report on hostilities involving United States Armed Forces*

The House amendment contained a provision (sec.1270U) that would require the President to report to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives within 48 hours any incident in which United States Armed Forces are involved in an attack or hostilities, including in an offensive or defensive capacity, except in specified circumstances.

The Senate bill contained no similar provision.
The House recedes.

*Repeal of Authorization for the Use of Military Force*

The House amendment contained a provision (sec. 1270W) that would repeal the Authorization for Use of Military Force Against Iraq Resolution of 2002 (Public Law 107-243; 50 U.S.C. 1541 note).

The Senate bill contained no similar provision.
The House recedes.

*Short title*

The House amendment contained a provision (sec. 1281) that would allow Subtitle I to be cited as the "Return Expenses Paid and Yielded Act" or "REPAY Act."

The Senate bill contained no similar provision.
The House recedes.

*Modification of certification and report requirements relating to sales of major defense equipment with respect to which*

*nonrecurring costs of research, development, and production are waived or reduced under the Arms Export Control Act*

The House amendment contained a provision (sec. 1282) that would amend the Arms Export Control Act (22 U.S.C. 2776(b)) to modify certification and report requirements relating to sales of major defense equipment with respect to which nonrecurring costs of research, development, and production are waived or reduced.

The Senate bill contained no similar provision.
The House recedes.

*Review and report on use and management of administrative surcharges under the foreign military sales program*

The House amendment contained a provision (sec. 1283) that would require the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, to review options for expanding the use of administrative surcharges under the foreign military sales program. The provision would also require, not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, submit a report on the findings of the review and any legislative changes needed.

The Senate bill contained no similar provision.
The House recedes.

*Performance measures to monitor foreign military sales program*

The House amendment contained a provision (sec. 1284) that would direct the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency (DSCA) and in consultation with the heads of other relevant components of the Department of Defense (DOD), to enhance the ability of the DOD to monitor the foreign military sales program. The provision would also require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Director of the DSCA, to submit a report on plans to enhance the ability of DOD to monitor foreign military sales program performance. The provision would then direct the Comptroller General to provide a briefing on that report within 180 days of its submission.

The Senate bill contained no similar provision.
The House recedes.

*Report and briefing on administrative budgeting of foreign military sales program*

The House amendment contained a provision (sec. 1285) that would require, not later than one year after the date of the enactment of this Act, the Comptroller General of the United States to brief the congressional defense committees and submit a report on the methodology used by the Department of Defense to determine future-year needs for administrative surcharges under the foreign military sales program.

The Senate bill contained no similar provision.

The House recedes.

*Training program for relevant officials and staff of the Defense Security Cooperation Agency*

The House amendment contained a provision (sec. 1286) that would direct the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, to establish and implement a training program for specified officials and staff related to the foreign military sales program.

The Senate bill contained no similar provision.

The House recedes.

*Definitions*

The House amendment contained a provision (sec. 1287) that would provide definitions.

The Senate bill contained no similar provision.

The House recedes.

*Sense of Senate on security concerns with respect to leasing arrangements for the Port of Haifa in Israel*

The Senate bill contained a provision (sec. 1289) that would express the sense of the Senate that the United States has an interest in the future forward presence of United States naval vessels at the Port of Haifa in Israel but has serious security concerns with respect to current the leasing arrangements of the Port of Haifa. Therefore, the provision would express the view that the United States should urge the Government of Israel to consider the security implications of foreign investment in Israel.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the United States has an interest in the continued presence of United States naval vessels in the Eastern Mediterranean region, including United States naval vessels continuing to make port calls in Israel. The conferees believe the United States should convey to the Government of Israel the serious security concerns with respect to the leasing arrangements of the Port of Haifa, and urge consideration of the security implications of such foreign investment in Israel.

*Matters relating to Burma*

The House amendment contained multiple provisions (secs. 1291-1295) that would, among other things: prohibit security assistance or security cooperation with Burma until the Secretary of State certifies that the military and security forces of Burma have demonstrated significant progress in abiding by international human rights standards and are undertaking meaningful and significant security sector reform, including reforms that enhance transparency and accountability, to prevent future abuses;require mandatory sanctions against human rights abusers in Burma; provide private sector guidance related to Burma's mining sector; and require a report and a determination whether events that took place in the Rakhine State starting in August 2017 constitute ethnic cleansing, crimes against humanity, or genocide.
    The Senate bill contained no similar provisions.
    The House recedes.

*Sanctions with respect to foreign persons that engage in activities described in section 1281(a)(2)*

The House amendment contained a provision (sec. 1296A) that would require that, not later than 120 days after the date of the enactment of this Act, sanctions be imposed with respect to each foreign person listed in the report described in section 1281(a)(2) of the House-passed bill.
    The Senate bill contained no similar provision.
    The House recedes.

*Stop Financing of Al-Shabaab Act*

The House amendment contained two provisions (sec. 1297 and sec. 1297A) that would express a sense of Congress and a statement of policy regarding measures to combat illicit trafficking that finances al-Shabaab. The House amendment also contained a provision (sec. 1297B) that would require a report on illicit trafficking in Somalia.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Horn of Africa region remains integral to United States interests in Africa and the Indian Ocean region.  The conferees direct the Secretary of Defense, in consultation with the Secretary of State, to submit a report no later than 90 days after the date of enactment of this Act to the Armed Services Committees of the House of Representatives and the Senate on efforts to combat illicit trafficking that finances al-Shabaab.  The report shall include an overview of illicit trafficking in the Horn of Africa region; a description of al-Shabaab's sources of income; a description of past, current, and planned efforts by the United States and regional partners to combat illicit trafficking that finances al-Shabaab; and, any other matters the Secretary determines appropriate.

*Report on contracts with entities affiliated with the Government of the People's Republic of China or the Chinese Communist Party*

The Senate bill contained a provision (sec. 5801) that would require a report concerning Department of Defense contracts with companies or business entities that are owned or operated by, or affiliated with, the Government of the People's Republic of China or the Chinese Communist Party.

The House amendment contained no similar provision.

The Senate recedes.

Not later than 180 days after the date of the enactment of this Act, the conferees direct the Secretary of Defense to submit to the congressional defense committees a report describing all Department of Defense contracts with companies or business entities that are owned or operated by, or affiliated with, the Government of the People's Republic of China or the Chinese Communist Party.

*United States-India defense cooperation in the Western Indian Ocean*

The Senate bill contained a provision (sec. 6205) concerning United States-India defense cooperation in the Western Indian Ocean.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note this matter is addressed elsewhere in this report.

*Sense of Congress on Hong Kong port visits*

The Senate bill contained a provision (sec. 6208) that would express the sense of the Congress that the Department of Defense should continue to make regular requests to the Government of the People's Republic of China for the Navy to conduct port calls to Hong Kong, including United States aircraft carrier visits.

The House amendment contained no similar provision.

The Senate recedes.

*Implementation of the Asia Reassurance Initiative Act with regard to Taiwan arms sales*

The Senate bill contained a provision (sec. 6212) that would, among other things,express the sense of the Congress that the United States should fully implement the provisions of the Asia Reassurance Initiative Act of 2018 (Public Law 115-409)with regard to regular defensive arms sales to Taiwan.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the matter of arms sales to Taiwan is addressed elsewhere in this report.

# TITLE XIII—COOPERATIVE THREAT REDUCTION

*Funding allocations; specification of cooperative threat reduction funds (sec. 1301)*

The Senate bill contained a provision (sec. 1301) that would authorize $338.7 million for the Cooperative Threat Reduction (CTR) program, define the funds as authorized to be appropriated in section 301 of this Act, and authorize CTR funds to be available for obligation for fiscal years 2020, 2021, and 2022.

The House amendment contained similar provisions (secs. 1301 and 1302).

The Senate recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Funding for cooperative biological engagement program*

The House amendment contained a provision (sec. 1303) that would increase funding for the cooperative biological engagement by $20.0 million by taking a reduction from Defense-wide Advanced Innovative Technologies funding.

The Senate bill contained no similar provision.

The House recedes.

*Cooperative Threat Reduction Program enhancement*

The House amendment contained a provision (sec. 1304) that would require the Secretary of Defense, in coordination with the Secretary of State, to submit a report on the Cooperative Threat Reduction Program.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense, in coordination with the Secretary of State, to submit a report on the Cooperative Threat Reduction Program to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives not later than 180 days after the date of the enactment of this Act. The report should include recommendations to improve the implementation of the program.

# TITLE XIV—OTHER AUTHORIZATIONS

## SUBTITLE A—MILITARY PROGRAMS

*Working capital funds (sec. 1401)*

The Senate bill contained a provision (sec. 1401) that would authorize appropriations for Defense Working Capital Funds at the levels identified in section 4501 of division D of this Act.

The House amendment contained an identical provision (sec. 1401).

The conference agreement includes this provision.

*Chemical agents and munitions destruction, defense (sec. 1402)*

The Senate bill contained a provision (sec. 1402) that would authorize appropriations for Chemical Agents and Munitions Destruction, Defense at the levels identified in section 4501 of division D of this Act.

The House amendment contained an identical provision (sec. 1402).

The conference agreement includes this provision.

*Drug interdiction and counter-drug activities, defense-wide (sec. 1403)*

The Senate bill contained a provision (sec. 1403) that would authorize appropriations for Drug Interdiction and Counter-Drug Activities, Defense-wide at the levels identified in section 4501 of division D of this Act.

The House amendment contained an identical provision (sec. 1403).

The conference agreement includes this provision.

*Defense inspector general (sec. 1404)*

The Senate bill contained a provision (sec. 1404) that would authorize appropriations for the Office of the Inspector General at the levels identified in section 4501 of division D of this Act.

The House amendment contained an identical provision (sec. 1404).

The conference agreement includes this provision.

*Defense health program (sec. 1405)*

The Senate bill contained a provision (sec. 1405) that would authorize appropriations for the Defense Health Program at the levels identified in section 4501 of division D of this Act.

The House amendment contained a similar provision (sec. 1405).

The Senate recedes.

## SUBTITLE B—OTHER MATTERS

*Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois (sec. 1411)*

The Senate bill contained a provision (sec. 1431) that would authorize the Secretary of Defense to transfer $127.0 million from the Defense Health Program to the Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund, established by section 1704 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111-84), for the operation of the Captain James A. Lovell Federal Health Care Center.

The House amendment contained a similar provision (sec. 1411).

The House recedes.

*Authorization of appropriations for Armed Forces Retirement Home (sec. 1412)*

The Senate bill contained a provision (sec. 1421) that would authorize an appropriation of $64.3 million from the Armed Forces Retirement Home Trust Fund for fiscal year 2020 for the operation of the Armed Forces Retirement Home.

The House amendment contained an identical provision (sec. 1412).

The conference agreement includes this provision.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*National Defense Sealift Fund*

The House amendment contained a provision (sec. 1406) that would authorize appropriations for the National Defense Sealift Fund.

The Senate bill contained no similar provision.

The House recedes.

*Expansion of eligibility for residence at the Armed Forces Retirement Home*

The Senate bill contained a provision (sec. 1422) that would amend section 1512(a) of the Armed Forces Retirement Home Act of 1991 (24 U.S.C. 412(a)) to: (1) Expand eligibility to retired veterans under age 60 and retired members of the National Guard and Reserves (NGR); and (2) Provide parity of fees for veterans eligible for active military service and those newly eligible through NGR service by requiring the income used for fee determination for an NGR-eligible resident to be not less than an Active-Duty resident's military retirement pay at the same grade and length of service. The provision would also amend section 1514(c) of the Armed Forces Retirement Home Act of 1991 (24 U.S.C. 414(c)) to provide parity for monthly withholding from pay of NGR members and Active-Duty members by applying the withholding across the total force, as well as requiring newly eligible NGR residents to pay a fee upon admission for years prior to the date of the enactment of this Act when the withholding was not taken from pay.

The Senate bill contained a provision (sec. 6422) that would cause section 1422 and its amendments to have no force or effect.

The House amendment contained no similar provisions.

The Senate recedes.

WASHSTATEC014167

# TITLE XV—AUTHORIZATION OF ADDITIONAL APPROPRIATIONS FOR OVERSEAS CONTINGENCY OPERATIONS

*Purpose (sec. 1501)*

The Senate bill contained a provision (sec. 1501) that would establish the purpose of this title and make authorization of appropriations available upon enactment of this Act for the Department of Defense, in addition to amounts otherwise authorized in this Act, to provide for additional authorization of funds due to overseas contingency operations and other additional funding requirements.

The House amendment contained an identical provision (sec. 1501).

The conference agreement includes this provision with a clarifying amendment.

*Treatment as additional authorizations (sec. 1502)*

The Senate bill contained a provision (sec. 1521) that would state that amounts authorized to be appropriated by this title are in addition to amounts otherwise authorized to be appropriated by this Act.

The House amendment contained an identical provision (sec. 1511).

The conference agreement includes this provision.

# SUBTITLE A—AUTHORIZATION OF APPROPRIATIONS FOR OVERSEAS CONTIGENCY OPERATIONS

*Overseas contingency operations (sec. 1511)*

The Senate bill contained a provision (sec. 1502) that would designate authorization of appropriations in this section as Overseas Contingency Operations.

The House amendment contained no similar provision.

The House recedes.

*Procurement (sec. 1512)*

The Senate bill contained a provision (sec. 1503) that would authorize additional appropriations for procurement at the levels identified in section 4102 of division D of this Act.

The House amendment contained an identical provision (sec. 1502).

The conference agreement includes this provision.

*Research, development, test, and evaluation (sec. 1513)*

The Senate bill contained a provision (sec. 1504) that would authorize additional appropriations for research, development, test, and evaluation at the levels identified in section 4202 of division D of this Act.

The House amendment contained an identical provision (sec. 1503).

The conference agreement includes this provision

*Operation and maintenance (sec. 1514)*

The Senate bill contained a provision (sec. 1505) that would authorize additional appropriations for operation and maintenance programs at the levels identified in section 4302 of division D of this Act.

The House amendment contained an identical provision (sec. 1504).

The conference agreement includes this provision.

*Military personnel (sec. 1515)*

The Senate bill contained a provision (sec. 1506) that would authorize additional appropriations for military personnel at the levels identified in section 4402 of division D of this Act.

The House amendment contained an identical provision (sec. 1505).

The conference agreement includes this provision.

*Working capital funds (sec. 1516)*

The Senate bill contained a provision (sec. 1507) that would authorize additional appropriations for Defense Working Capital Funds at the levels identified in section 4502 of division D of this Act.

The House amendment contained an identical provision (sec. 1506).

The conference agreement includes this provision.

*Drug interdiction and counter-drug activities, defense-wide (sec. 1517)*

WASHSTATEC014169

The Senate bill contained a provision (sec. 1508) that would authorize additional appropriations for Drug Interdiction and Counter-Drug Activities, Defense-Wide, at the levels identified in section 4502 of division D of this Act.

The House amendment contained an identical provision (sec. 1507).

The conference agreement includes this provision.

*Defense inspector general (sec. 1518)*

The Senate bill contained a provision (sec. 1509) that would authorize additional appropriations for the Office of the Inspector General at the levels identified in section 4502 of division D of this Act.

The House amendment contained an identical provision (sec. 1508).

The conference agreement includes this provision.

*Defense health program (sec. 1519)*

The Senate bill contained a provision (sec. 1510) that would authorize additional appropriations for the Defense Health Program at the levels identified in section 4502 of division D of this Act.

The House amendment contained an identical provision (sec. 1510).

The conference agreement includes this provision.

*Afghanistan Security Forces Fund (sec. 1520)*

The Senate bill contained a provision (sec. 1212) that would extend the authority to continue certain established provisions applicable to the Afghanistan Security Forces Fund (ASFF), including the use of funds, transfer authority, and acceptance of contributions to provide assistance to the security forces of the Ministry of Defense and Ministry of Interior of Afghanistan and to increase the recruitment and integration of women into the Afghan National Defense and Security Forces (ANDSF).

The House amendment contained a similar provision (sec. 1521) that would require the Secretary of Defense, in consultation with the Secretary of State, to submit an assessment of the Government of Afghanistan's ability to meet shared security objectives and manage, employ, and sustain equipment divested under ASFF, and would require the Secretary to withhold $450,000,000 until such time as the Secretary can certify that the Government of Afghanistan has made sufficient

progress in these areas. It would also set a goal of using $45.5 million to support efforts to promote the recruitment, training, integration, and retention of Afghan women into the ANDSF.

The Senate recedes with an amendment to the elements of the required assessment.

The conferees understand that the Department recently modified long standing guidance on the use of ASFF to cover program management expenses by transitioning the responsibility for costs associated with Indirect Assistance to the Services. It is the conferees' understanding that ASFF should cover all costs associated with building the ANDSF, including program and security assistance management support.  The conferees know of no reason for such a change and encourage the Department to revisit this internal policy decision. The conferees direct the Department to brief the congressional defense committees on its policy regarding program management expenses within 60 days after the enactment of this Act.

*Special transfer authority (sec. 1520A)*

The Senate bill contained a provision (sec. 1522) that would authorize the transfer of up to $2.5 billion of additional war-related authorizations in this subtitle among the accounts in this subtitle.

The House amendment contained a similar provision (sec. 1512) that would allow the Secretary of Defense to transfer up to $500 million.

The House recedes with an amendment that would set the transfer level at $2.0 billion.

# SUBTITLE B—AUTHORIZATION OF APPROPRIATIONS FOR EMERGENCY FUNDS FOR RECOVERY AND RESTORATION

*Procurement (sec. 1521)*

The agreement includes a provision that would authorize appropriations for emergency procurement at the levels identified in section 4103 of division D of this Act.

*Research, development, test, and evaluation (sec. 1522)*

The agreement includes a provision that would authorize appropriations for emergency research, development, test, and

WASHSTATEC014171

evaluation at the levels identified in section 4203 of division D of this Act.

*Operation and maintenance (sec. 1523)*

The agreement includes a provision that would authorize appropriations for emergency operation and maintenance at the levels identified in section 4303 of division D of this Act.

*Restriction on transfer of funds authorized by this subtitle (sec. 1524)*

The agreement includes a provision that would authorize and place restrictions upon the transfer of emergency-designated amounts of authorizations for the recovery and restoration of military installations in California, Florida, North Carolina, and Nebraska impacted by natural disasters.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Review of Joint Improvised-Threat Defeat Organization research relating to humanitarian demining efforts*

The Senate bill contained a provision (sec. 6501) that would require the Secretary of Defense to conduct a review of Joint Improvised-Threat Defeat Organization research and submit a report identifying information that may be released to United States humanitarian demining organizations for improving the efficiency and effectiveness of humanitarian demining efforts.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees not later than October 1, 2020, identifying Joint Improvised-Threat Defeat Organization research that may be released to United States humanitarian demining organizations for improving the efficiency and effectiveness of humanitarian demining efforts.

## TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS

## BUDGET ITEMS

*Standard Missile-3 Block IIA flight test against intercontinental ballistic missile target*

The budget request included $53.8 million across several defense-wide research, development, test and evaluation lines to conduct a flight test of the Standard Missile-3 Block IIA (SM-3 IIA) against an intercontinental ballistic missile (ICBM) target ("FTM-44").

The House amendment would authorize a reduction of $41.7 million below the request.

The Senate bill would authorize the funding level in the request.

The conference agreement authorizes the funding level in the request.

The conferees note that a Government Accountability Office assessment ("Missile Defense: Delivery Delays Provide Opportunity for Increased Testing to Better Understand Capability," GAO-19-387) found that the SM-3 IIA has not been adequately tested against threats it was designed to intercept, potentially leading to design issues being discovered well into production of interceptors. Further, the Director for Operational Test and Evaluation (DOT&E) stated that flight test failures of the SM-3 IIA in operational testing should have been discovered in developmental testing that was not conducted. The conferees strongly urge the Director of the Missile Defense Agency and DOT&E to look for opportunities to conduct additional tests of the SM-3 IIA against threats it was designed to intercept, adhering to fly-before-you-buy principles. Additionally, the conferees recommend continued engagement with allies to discuss potential policy implications of the planned SM-3 IIA ICBM flight test.

## SUBTITLE A—SPACE ACTIVITIES

*Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command (sec. 1601)*

The Senate bill contained a provision (sec. 1611) that would repeal the requirement to establish U.S. Space Command as a subordinate unified command of U.S. Strategic Command.

The House amendment contained a similar provision (sec. 931).

The Senate recedes with a technical/clarifying amendment.

*Coordination of modernization efforts relating to military-code capable GPS receiver cards (sec. 1602)*

The House amendment contained a provision (sec. 228) that would require the Secretary of Defense to designate an entity within the Department of Defense to have responsibility for Global Positioning System military code (M-code) receiver card acquisition planning, and take actions to integrate and streamline modernization of the M-code receiver card across the Department.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add the provision to existing statute and add a requirement for the Secretary to clarify the role of the Council on Oversight of the Department of Defense Positioning, Navigation, and Timing Enterprise with respect to M-code modernization efforts.

*Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System (sec. 1603)*

The House amendment contained a provision (sec. 1609) that would extend both the authority to carry out a backup Global Positioning System capability demonstration and the due date of the report on such demonstration to December 31, 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*Annual determination on plan on full integration and exploitation of overhead persistent infrared capability (sec. 1604)*

The House amendment contained a provision (sec. 1603) that would add a sunset clause to the requirement for the annual determination on the plan on full integration and exploitation of overhead persistent infrared capability.

The Senate bill contained no similar amendment.

The Senate recedes with a technical/clarifying amendment.

*Space-based environmental monitoring mission requirements (sec. 1605)*

The House amendment contained a provision (sec. 1604) that would require the Director of the National Reconnaissance Office (NRO) to competitively procure and launch a modernized pathfinder program satellite to mitigate risks related to cloud characterization and theater weather imagery requirements.

The Senate bill contained no similar amendment.

The Senate recedes with an amendment that would move the requirement to procure such pathfinder program satellite from

the Director, NRO, to the Secretary of the Air Force, specify
that such satellite may be a free-flyer or a hosted payload
satellite, and withhold 10 percent of the travel funds of the
Office of the Secretary of the Air Force until a contract for
such satellite procurement is awarded.

*Resilient enterprise ground architecture (sec. 1606)*

The House amendment contained a provision (sec. 1608) that
would require the Secretary of Defense to develop future
satellite ground architectures to be compatible with
complementary commercial systems that can support uplink and
downlink capabilities with dual-band spacecraft. It would also
require the Secretary to emphasize that future ground
architecture should transition away from stove-piped systems to
a service-based platform that provides members of the Armed
Forces with flexible and adaptable capabilities.

The Senate bill contained no similar amendment.

The Senate recedes with an amendment that would add a
requirement for the Secretary to submit a report to the
congressional defense committees on the future satellite ground
architectures developed under this provision.

*Prototype program for multi-global navigation satellite system
receiver development (sec. 1607)*

The Senate bill contained a provision (sec. 1613) that
would direct the Secretary of the Air Force to ensure that
military Global Positioning System (GPS) user equipment
terminals can incorporate signals from the European Union's
Galileo and Japan's QZSS satellites, while enabling the
Secretary to waive this requirement on a case-by-case basis if
certain criteria are met. The provision would also require the
Secretary to ensure that military GPS terminals can receive
allied and non-allied positioning, navigation, and timing (PNT)
signals, provided that analysis indicates that the benefits
outweigh the risks or that the risks can be appropriately
mitigated.

The House amendment contained a provision (sec. 1605) that
would require the Secretary of Defense to establish under the
Space Development Agency (SDA) a program to prototype an M-code
based, multi-global navigation satellite system (GNSS) receiver
that would incorporate both allied and non-allied, trusted and
open GNSS signals to increase the resilience and capability of
military PNT equipment. The provision would require the
Secretary to provide an assessment of the benefits and risks of
each potential signal and require the Director of the SDA to

WASHSTATEC014175

provide a relevant briefing and report to the congressional
defense committees. Finally, the provision would fence 75
percent of funds for the Military GPS User Equipment Program
until the submission of such briefing and report.

The Senate recedes with an amendment that would move
responsibility of the M-code multi-GNSS prototype program from
the Director of the SDA to the Secretary of the Air Force and
clarify the waiver authority for trusted signals capabilities.
The amendment would also change the fence from 75 percent to 90
percent.

*Commercial space situational awareness capabilities (sec. 1608)*

The House amendment contained a provision (sec. 1606) that
would require the Director of the Space Development Agency (SDA)
to procure commercial space situational awareness (SSA) services
by awarding at least two contracts for such services.The
provision would limit the obligation or expenditure of funds to
75 percent for the enterprise space battle management command
and control until the Secretary of Defense certifies to the
congressional defense committees the award of these contracts.
The provision would also require a report on using commercial
SSA requirements.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the
findings and change the requirement for the Director of the SDA
to procure commercial SSA services to a requirement for the
Secretary of the Air Force to certify to the congressional
defense committees that the Air Force is using commercial SSA
services. The amendment would also change the limitation of
funds to be obligated or expended until the Secretary makes such
certification from 75 percent to 85 percent.

*Program to enhance and improve launch support and infrastructure
(sec. 1609)*

The Senate bill contained a provision (sec. 1612) that
would authorize the Secretary of Defense to carry out a program
to enhance infrastructure and improve support activities for the
processing and launch of Department of Defense small-class to
medium-class payloads.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the
Secretary to coordinate with the Administrator of the Federal
Aviation Administration in carrying out such program and submit
the required report to other relevant congressional committees
in addition to the defense committees.

*Preparation to implement plan for use of allied launch vehicles (sec. 1610)*

The House amendment contained a provision (sec. 1602) that would require the Secretary of Defense, in coordination with the Director of National Intelligence, to take actions necessary to prepare to implement the plan developed pursuant to section 1603 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) regarding using allied launch vehicles to meet the requirements for achieving the policy relating to assured access to space set forth in section 2273 of title 10, United States Code.

The Senate bill contained no similar provision.
The Senate recedes.

*Independent study on plan for deterrence in space (sec. 1611)*

The House amendment contained a provision (sec. 1607) that would require the Secretary of Defense to enter into a contract with a federally funded research and development center to conduct a study on deterrence in space, to then be assessed by the Defense Policy Board. The provision would require the Secretary to submit a report and provide a briefing on the plan and assessment.

The Senate bill contained no similar amendment.
The Senate recedes with a technical/clarifying amendment.

*Study on leveraging diverse commercial satellite remote sensing capabilities (sec. 1612)*

The House amendment contained a provision (sec. 1610A) that would require the Secretary of Defense to conduct a study on the status of the transition from the National Geospatial-Intelligence Agency to the National Reconnaissance Office of the leadership role in acquiring commercial remote sensing data.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would change the requirement for the Secretary to study the NRO's plans to acquire medium-and high-resolution data to a full range of data at all resolutions.

*Annual report on Space Command and Control program (sec. 1613)*

The Senate bill contained a provision (sec. 1615) that would require the Secretary of the Air Force to provide annually a report on progress in executing the acquisition strategy and assessment of risk for the Space Command and Control program.

WASHSTATEC014177

The House amendment contained no similar provision.

The House recedes with an amendment that would add an additional requirement to the annual report and extend the due date of the first report to May 1, 2020,but concurrent with the President's Budget each year thereafter.

The conferees have been informed by the Secretary of the Air Force that the acquisition strategy directed by the Senate bill's report,found under "Acquisition Plan for Space Command and Control Program,"may take longer to complete. Accordingly,the conferees direct the Secretary of the Air Force to submit the acquisition strategy not later than February 1, 2020. The time period between February 1, 2020,and May 1,2020,would give the Comptroller General adequate time to review the strategy and assess any deviations the Secretary should address in the report required in this provision.

*Report on Space Debris (sec. 1614)*

The House amendment contained a provision (sec. 1610) that would require the Secretary of Defense to submit a report on the risks posed by man-made space debris in low-earth orbit, including recommendations with respect to the remediation of such risks and outlines of plans to reduce the incident of such space debris.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## SUBTITLE B—DEFENSE INTELLIGENCE AND INTELLIGENCE-RELATED ACTIVITIES

*Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security (sec. 1621)*

The Senate bill contained a provision (sec.1621) that would redesignate the Under Secretary of Defense for Intelligence and the Deputy Under Secretary of Defense for Intelligence as the Under Secretary of Defense for Intelligence and Security and Deputy Under Secretary of Defense for Intelligence and Security, respectively, and make conforming changes to existing laws.

The House amendment contained no similar provision.

The House recedes with an amendment that would redesignate the Under Secretary of Defense for Intelligence and the Deputy Under Secretary of Defense for Intelligence as the Under Secretary of Defense for Intelligence and Security and Deputy

Under Secretary of Defense for Intelligence and Security. The amendment would also make modifications relating to the responsibilities of the Under Secretary regarding the protection of privacy and civil liberties as well as inclusion of a rule of construction stating that nothing in the section shall be construed to modify or expand the authorities, resources, responsibilities, roles, or missions of the Under Secretary.

The conferees direct the Secretary of Defense to notify the Armed Services Committees of the Senate and House of Representatives within 30 days of assigning any significant new responsibilities to the Under Secretary during Fiscal Year 2020.

*Modifications to ISR Integration Council and annual briefing requirements (sec. 1622)*

The Senate bill contained a provision (sec. 1622) that would repeal section 426 of title 10, United States Code, which requires the establishment of the Intelligence, Surveillance, and Reconnaissance (ISR) Integration Council.

The House amendment contained a provision (sec. 1611) that would amend section 426 of title 10, United States Code, to modify the ISR Integration Council membership and related annual briefing requirements.

The Senate recedes.

*Modification of annual authorization of appropriations for National Flagship Language Initiative (sec. 1623)*

The House amendment contained a provision (sec. 1613) that would amend section 1911 of title 50, United States Code, to increase the annual authorized amount for the National Flagship Language Initiative from $10.0 million to $16.0 million beginning in fiscal year 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*Improving the onboarding methodology for intelligence personnel (sec. 1624)*

The Senate bill contained a provision (sec. 1623) that would require the Secretary of Defense and the Director of National Intelligence, consistent with Department of Defense Instruction 1400.25, as in effect on the day before the date of the enactment of this Act, to provide several reports relating to the onboarding methodology for certain intelligence personnel.

The House amendment contained no similar provision.

WASHSTATEC014179

The House recedes with a technical amendment.

*Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data (sec. 1625)*

The Senate bill contained a provision (sec.1624) that would authorize the Director of the Defense Counterintelligence and Security Agency to carry out a set of activities relating to facilitating access by the Agency to local criminal records historical data in support of its personnel security mission.

The House amendment contained no similar provision.

The House recedes with an amendment that would limit the commencement of activities authorized by this section until certain reporting requirements are satisfied as well as impose other limitations on the use of the authority.

*Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements (sec. 1626)*

The House amendment contained a provision (sec. 1612) that would require the Under Secretary of Defense for Intelligence, in coordination with the Chairman of the Joint Chiefs of Staff and the Director of National Intelligence, to review and provide a report to the congressional defense committees and the congressional intelligence committees, not later than 120 days after the date of the enactment of this Act, on the organization, posture, and processes of intelligence collections capabilities and activities, for the purpose of assessing the ability of the intelligence collecting capabilities and activities to support the current and future requirements of the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes.

*Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency (sec. 1627)*

The Senate bill contained a provision (sec. 1059) that would require the Director of the Defense Counterintelligence and Security Agency to submit to the congressional defense committees on a semi-annual basis a report on the inventory and timeliness metrics relating to the Consolidated Adjudication Facility.

The House amendment contained no similar provision.

The House recedes.

*Report on the expanded purview of the Defense*
*Counterintelligence and Security Agency (sec. 1628)*

The Senate bill contained a provision (sec. 6606) that
would require the Secretary of Defense to submit to Congress a
report on the Defense Counterintelligence and Security Agency,
including:  (1) Identification of Inspector General resources
and authorities appropriate to the expanded purview of the
Agency; (2) Identification of the resources and authorities
needed to perform the civil liberties and privacy officer
function of the Agency; (3) An assessment of the Agency's
security protocols for personally identifiable information; (4)
An assessment of the Agency's governance structure vis-a-vis the
Department of Defense; (5) An assessment of the Agency's
governance structure relative to interagency partners; and (6)
The methodology the Agency will use to prioritize background
investigation requests from government agencies and industry.
The report must be submitted not later than 90 days after the
date of enactment of this Act.
        The House amendment contained no similar provision.
        The House recedes.

*Termination of requirement for Department of Defense facility*
*access clearances for joint ventures composed of previously-*
*cleared entities (sec. 1629)*

The Senate bill contained a provision (sec. 1040) that
would prohibit the requirement for joint ventures that are
composed entirely of entities that already have been granted
facility clearances to obtain an additional clearance for the
venture.
        The House amendment contained no similar provision.
        The House recedes.

## SUBTITLE C—CYBERSPACE-RELATED MATTERS

*Matters relating to military operations in the information*
*environment (sec. 1631)*

The Senate bill contained a provision (sec. 1681) that
would affirm the authority of the Secretary of Defense to
conduct military operations in the information environment,
including clandestine operations, to defend the United States,
its allies, and its interests, including in response to
malicious activities carried out against the United States or a
United States person by a foreign power. The provision would

also clarify that military operations in the information environment are traditional military activities for the purposes of section(e)(2) of the National Security Act of 1947 (Public Law 80-253).

The House amendment contained no similar provision.

The House recedes with an amendment that would affirm the authority of the Secretary of Defense to conduct military operations, including clandestine operations, in the information environment as well as clarify that clandestine military operations in the information environment shall be considered a traditional military activity for the purposes of section 503(e)(2) of the National Security Act of 1947 (50 U.S.C. 3093(e)(2). The amendment would also amend Chapter 19 of title 10, United States Code, to require the Secretary of Defense to designate a Principal Information Operations Advisor with specified responsibilities. Further the amendment includes a rule of construction that would state that nothing may be construed to limit, expand, or otherwise alter the authority of the Secretary to conduct specified military operations in the information environment or to limit, expand, or otherwise alter or affect the War Powers Resolution (50 U.S.C. 1541 et seq.) or an authorization for the use of military force in effect on the day before the date of enactment of this Act. Lastly, the amendment would establish various briefing and reporting requirements.

*Notification requirements for sensitive military cyber operations (sec. 1632)*

The House amendment contained a provision (sec. 1621) that would modify section 395 of title 10, United States Code, which requires the Secretary of Defense to provide notification of sensitive military cyber operations to the congressional defense committees, to include additional parameters to further define what offensive and defensive operations constitute a sensitive military cyber operation for the purposes of this requirement.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the Secretary of Defense's designee to provide written notification to the congressional defense committees in the event of an unauthorized disclosure of a sensitive military cyber operation.

*Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense (sec. 1633)*

The House amendment contained a provision (sec. 1625) that would modify section 1647 of the National Defense Authorization

WASHSTATEC014182

Act for Fiscal Year 2016 (Public Law 114-92), which required evaluations of cyber vulnerabilities of each major weapon system of the Department of Defense by December 31, 2019, by requiring notification and justification for not meeting the deadline. The provision would also require a comprehensive report from the Secretary of Defense on the evaluations of cyber vulnerabilities for each major weapon system.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add further requirements to the report, including details on the technologies used for vulnerability assessments and the schedule for future vulnerability assessments.

*Quarterly assessments of the readiness of Cyber Mission Forces (sec. 1634)*

The Senate bill contained a provision (sec. 1636) that would require the Secretary of Defense to develop metrics for the assessment of the readiness of the Cyber Mission Forces and to brief the congressional defense committees on these metrics within 90 days of the enactment of this Act. The provision would also modify section 484 of title 10, United States Code, to require the briefing of readiness of the Cyber Mission Forces, informed by these metrics, as part of the quarterly cyber operations updates, effective 180 days after the enactment of this Act.

The House amendment contained a provision (sec. 1622) that would modify the same section of United States Code to require an overview of the readiness of the Cyber Mission Force to be presented as part of the mandatory cyber operations quarterly briefings.

The House recedes with an amendment that would modify the briefing requirement to include an overview of the readiness of the Cyber Mission Forces and would require quarterly briefings on the required metrics until their finalization.

*Cyber posture review (sec. 1635)*

The House amendment contained a provision (sec. 1623) that would amend section 1644 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) by directing the Secretary of Defense to conduct a review of the cyber posture of the United States on a quadrennial basis to begin not later than December 31, 2022.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add recurrent problems or capability gaps that remain unaddressed since the previous posture review to the elements of the review.

*Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command (sec. 1636)*

The Senate bill contained a provision (sec. 1640) that would amend section 1642 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) by requiring the Secretary of Defense and Chairman of the Joint Chiefs of Staff, prior to the termination of the dual-hatted arrangement in which the Commander of United States Cyber Command serves as the Director of the National Security Agency, to certify that: (1) Processes to deconflict military cyber operations and national intelligence operations have been put in place; (2) Tools, weapons, and accesses used in and available for military cyber operations are sufficient for achieving required effects and United States Cyber Command is capable of acquiring or developing these tools, weapons, and accesses; and (3) The Cyber Mission Force has demonstrated the capacity to execute the cyber missions of the Department, including the execution of national-level missions through cyberspace, defense of the Department of Defense Information Network, and support for other combatant commands, including targeting of adversary military assets.

The House amendment contained a provision (sec. 1632) that would require the Secretary of Defense to provide quarterly briefings to the congressional defense committees and congressional intelligence committees on the current and future nature of the National Security Agency and United States Cyber Command partnership.

The House recedes with an amendment that would also require the Secretary of Defense to provide annual briefings to the congressional defense committees and congressional intelligence committees on the current and future cooperation of the National Security Agency and United States Cyber Command.

*Modification of cyber scholarship program (sec. 1637)*

The House amendment contained a provision (sec. 1633) that would amend section 2200a of title 10, United States Code, to allow scholarships granted by the Department of Defense to go toward validated and accredited cyber training programs.

The Senate bill contained no similar provision.

The Senate recedes.

*Tier 1 exercise of support to civil authorities for a cyber
incident (sec. 1638)*

The House amendment contained a provision (sec. 1624) that
would amend section 1648 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232) by
directing the Commanders of U.S. Northern Command and U.S. Cyber
Command to conduct a Tier 1 exercise by February 1, 2020; the
provision would also place a limitation on 10 percent of fiscal
year 2020 funds authorized to be appropriated for the White
House Communications Agency until the exercise is initiated.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would change the
required by-date for the execution of the Tier 1 exercise.

*Extension of the Cyberspace Solarium Commission (sec. 1639)*

The Senate bill contained a provision (sec. 1639) that
would amend section 1652 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232) by
making a technical correction and changing the final due date
for the Cyberspace Solarium Commission's final report to
February 1, 2020.

The House amendment contained a provision (sec. 1626) that
would extend the Cyberspace Solarium Commission, as established
in the John S. McCain National Defense Authorization Act for
Fiscal Year 2019 (Public Law 115-232) and its final report by 1
year, from September 1, 2019, to September 1, 2020.

The Senate recedes with an amendment that would change the
final due date for the Cyberspace Solarium Commission's final
report to April 30, 2020.

*Authority to use operation and maintenance funds for cyber
operations-peculiar capability development projects (sec. 1640)*

The Senate bill contained a provision (sec. 1643) that
would allow the Secretaries of the military departments to use
money authorized for appropriation for Operation and Maintenance
(O&M) to develop cyber operations-peculiar capabilities up to
$3.0 million annually. The provision would allow the Department
of Defense to use its O&M funds for the rapid creation, testing,
fielding, and operation of cyber capabilities that would be
developed and used within the 1-year appropriation period.

The House amendment contained a similar provision (sec.
1627) that would also require a Commander of U.S. Cyber Command
certification for each use of the provided authority and the

WASHSTATEC014185

Secretary of Defense to notify the congressional defense committees within 15 days of exercising the provided authority.

The Senate recedes with an amendment that would remove the certification requirement, allow the Secretary's designee to notify the congressional defense committees of the exercise of the provided authority, and would limit the notification requirement to exercises of the authority in excess of $500,000.

*Role of Chief Information Officer in improving enterprise-wide cybersecurity (sec. 1641)*

The Senate bill contained a provision (sec. 1635) that would assign additional responsibilities to the Department of Defense Chief Information Officer (CIO), including the modernization of the Department's cybersecurity architecture, the mandating of cybersecurity data sharing, and the acquisition of additional computing infrastructure to meet the Department's cybersecurity needs.

The House amendment contained no similar provision.

The House recedes with an amendment that would require that the CIO utilize the expertise of the National Security Agency and the Defense Digital Service in improving the Department's cybersecurity.

*Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace (sec. 1642)*

The House amendment contained a provision (sec. 1628) that would require the Secretary of Defense to notify the congressional defense committees and describe various operational details within 15 days of any delegation of authorities from the National Command Authority for military cyberspace operations.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the Secretary to notify the congressional defense committees of delegations of authority and to describe operational details separately to account for the potential immaturity of operational plans as of the initial delegation of authorities.

*Limitation of funding for Consolidated Afloat Networks and Enterprise Services (sec. 1643)*

The House amendment contained a provision (sec. 1629) that would place a limitation on 15 percent of all funds authorized to be appropriated by this Act for the Navy's Consolidated Afloat Networks and Enterprise Services until the Secretary of

Defense certifies that the Navy has implemented the
recommendations of the Office of the Inspector General.
    The Senate bill contained no similar provision.
    The Senate recedes with a clarifying amendment.

*Annual military cyberspace operations report (sec. 1644)*

    The House amendment contained a provision (sec. 1630) that
would require the Secretary of Defense to provide to the
congressional defense committees, not later than March 1 of each
calendar year, an annual report on military cyberspace
operations, to include cyber effects-enabling and cyber effects
operations, activities, and missions.
    The Senate bill contained no similar provision.
    The Senate recedes with an amendment that would modify
certain requirements of the report.

*Annual report on cyber attacks and intrusions against the
Department of Defense by certain foreign entities (sec. 1645)*

    The House amendment contained a provision (sec. 1239) that
would require the Secretary of Defense to submit to the
congressional defense committees annual reports on cyberattacks
and intrusions in the previous 12 months by agents or associates
of the Governments of the Russian Federation, the People's
Republic of China, the Islamic Republic of Iran, and the
Democratic People's Republic of Korea.
    The Senate bill contained no similar provision.
    The Senate recedes with an amendment that would modify the
report.

*Control and analysis of Department of Defense data stolen
through cyberspace (sec. 1646)*

    The Senate bill contained a provision(sec. 1637) that
would define requirements for the Department of Defense (DOD) in
the event that DOD data have been stolen or are suspected to
have been stolen via cyber means. The provision provides a
series of requirements for the DOD when it directly controls the
data or access to the data. The provision would further require
that, when the DOD does not have unilateral control of the data
and when law enforcement or intelligence community information
controls have been imposed on the handling of and access to the
data, the Secretary of Defense coordinate with the Director of
the Federal Bureau of Investigation or Director of National
Intelligence,as appropriate, to carry out the same series of
requirements.

The House contained no similar provision.

The House recedes with an amendment that would modify the requirements to: (1) allow the Department to have consistent access to the relevant data by other means; (2) specify mission critical Department systems should have analytic products developed; (3) modify the mission affected entities definition; (4) modify requirements of the counterintelligence organizations; and (5) modify the requirements for data in possession of or under the controls imposed by the Federal Bureau of Investigation or the Director of National Intelligence.

*Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products (sec. 1647)*

The Senate bill contained a provision (sec. 1641) that would establish as a mission of the National Security Agency the advising and assistance of the Department of Defense in its acquisition and adaptation of cybersecurity products and services from industry, especially the commercial cybersecurity sector.

The House amendment contained no similar provision.

The House recedes with an amendment that would specify that this technical mission would be conducted in support of the Department's selection and adaption of commercial products rather than the Department's contracting and business-specific acquisition functions.

*Framework to enhance cybersecurity of the United States defense industrial base (sec. 1648)*

The Senate bill contained a provision (sec. 1634) that would require the Secretary of Defense to develop a consistent, comprehensive framework to enhance the cybersecurity of the U.S. defense industrial base and to provide the congressional defense committees a briefing on the framework not later than March 11, 2020. The framework would include: (1) Identification of cybersecurity standards and requirements imposed on the defense industrial base; (2) Responsibilities of the prime contractor and all subcontractors in the supply chain for implementing those standards and requirements; (3) A plan to provide cybersecurity guidance and assistance to contractors; and (4) Methods and programs for defining and managing controlled unclassified information.

The House amendment contained a provision (sec. 1631) that would require the Secretary of Defense to provide a report to

the congressional defense committees not later than May 1, 2020, on the Department of Defense's efforts related to cybersecurity and the Defense Industrial Base.

The House recedes with an amendment that would modify certain requirements of the framework.

*Report on cybersecurity training programs (sec. 1649)*

The House amendment contained a provision (sec. 1634) that would require the Secretary of Defense to submit a report to the congressional defense committees detailing all Department of Defense efforts and programs to train elementary, secondary, and post-secondary students in fields related to cybersecurity, cyber defense, and cyber operations.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment that would limit the report delivery to the Committees on Armed Services of the Senate and House of Representatives.

*National Security Presidential Memorandums relating to Department of Defense operations in cyberspace (sec. 1650)*

The House amendment contained a provision (sec. 1635) that would require the President to provide the congressional defense committees with copies of all National Security Presidential Memoranda relating to Department of Defense operations in cyberspace.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the committees to read and return all National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.

*Reorientation of Big Data Platform program (sec. 1651)*

The Senate bill contained a provision (sec. 1631) that would require the Secretary of Defense to reorient the Department of Defense's Big Data Platform program by establishing a common baseline and security classification scheme for the collection, querying, analysis, and accessibility of a common and comprehensive set of metadata from sensors, applications, and systems deployed across the Department of Defense Information Network.

The House amendment contained no similar provision.

The House recedes with a technical and clarifying amendment.

*Zero-based review of Department of Defense cyber and information technology personnel (sec. 1652)*

The Senate bill contained a provision (sec. 1632) that would require the heads of Department of Defense departments, agencies, and components to complete zero-based reviews of the cyber and information technology personnel in those departments, agencies, and components.

The House amendment contained no similar provision.

The House recedes.

*Study on improving cyber career paths in the Navy (sec. 1653)*

The Senate bill contained a provision (sec. 1633) that would require the Secretary of the Navy to conduct a study on improving cyber career paths in the Navy. The provision would also require the Secretary to submit a report to the congressional defense committees, no later than October 1, 2020, on the findings of the study.

The House amendment contained no similar provision.

The House recedes with an amendment that would specify that the report should include an evaluation of the Cyber Warfare Engineer career field for officers.

*Accreditation standards and processes for cybersecurity and information technology products and services (sec. 1654)*

The Senate bill contained a provision (sec. 1638) that would require the Department of Defense (DOD) Chief Information Officer (CIO) to assess the accreditation standards and processes of the military departments and other components of the DOD for cybersecurity and information technology products and services.

The House amendment contained no similar provision.

The House recedes with an amendment that would specify that this assessment should be carried out in accordance with the CIO's existing responsibilities for cybersecurity and cyber capability architectures of the Department of Defense and with the budget review authority established in section 142 of title 10, United States Code.

*Study on future cyber warfighting capabilities of Department of Defense (sec. 1655)*

The Senate bill contained a provision (sec. 1642) that would require the Secretary of Defense to direct the Defense Science Board to carry out a study on the future cyber

WASHSTATEC014190

warfighting capabilities of the Department of Defense (DOD). The Board's study would include: (1) A technical evaluation of the Joint Cyber Warfighting Architecture of the DOD; (2) A technical evaluation of the Department's tool development and acquisition programs; (3) An evaluation of the operational planning and targeting of U.S. Cyber Command; and (4) Recommendations for legislative and administrative action relating to the DOD's future cyber warfighting capabilities.

The House amendment contained no similar provision.
The House recedes.

*Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquarters-Cyber organizations, Joint Mission Operations Centers, and Cyber Operations-Integrated Planning Elements (sec. 1656)*

The Senate bill contained a provision (sec. 1646) that would require the Department of Defense Principal Cyber Advisor (PCA) to conduct a study to determine the optimal strategy for structuring and manning elements of the following: (1) Joint Force Headquarters-Cyber organizations; (2) Joint Mission Operations Centers; and (3) Cyber Operations-Integrated Planning Elements.

The House amendment contained no similar provision.
The House recedes with an amendment that would include the Joint Cyber Centers in the study.

*Cyber governance structures and Principal Cyber Advisors on military cyber force matters (sec. 1657)*

The Senate bill contained a provision (sec. 1647) that would require each secretary of the military departments to designate a Principal Cyber Advisor to act as the principal advisor to the secretary on the cyber forces, cyber programs, and cybersecurity matters of the military department, including matters relating to weapons systems, enabling infrastructure, and the defense industrial base.

The House amendment contained no similar provision.
The House recedes with an amendment that would: (1) Require each secretary of the military departments to appoint a Principal Cyber Advisor for each military service; (2) Require each Principal Cyber Advisor to be a senior civilian, a member of the Senior Executive Service equivalent to a 3-star flag officer, or by exception a military officer; (3) Prohibit the dual-hatting of any existing position as the Principal Cyber Advisor and require each Principal Cyber Advisor to be

independent of the service chief information officers; and (4) Clarify the responsibilities of each Principal Cyber Advisor.

*Designation of test networks for testing and accreditation of cybersecurity products and services (sec. 1658)*

The Senate bill contained a provision (sec. 1648) that would require the Secretary of Defense to designate three test networks for the testing and accreditation of cybersecurity products and services.

The House amendment contained no similar provision.

The House recedes with an amendment that would make available the information generated to the Office of the Director, Operational Test and Evaluation.

*Consortia of universities to advise Secretary of Defense on cybersecurity matters (sec. 1659)*

The Senate bill contained a provision (sec. 1649) that would establish one or more consortia of universities to advise and assist the Secretary of Defense on matters relating to cybersecurity. The functions of the consortium or consortia would be: (1) To provide to the Secretary access to the expertise of the members of the consortium on matters relating to cybersecurity; (2) To align the efforts of constituent members to priorities of the Department of Defense; and (3) To act as a facilitator in responding to Department requests relating to advice and assistance on matters relating to cybersecurity and to provide feedback to the Secretary from constituent members.

The House amendment contained no similar provision.

The House recedes with an amendment that would: (1) Clarify the purpose and functions of the consortium or consortia; (2) Require that the consortium or consortia be open to all universities designated as centers of academic excellence by the Department of Homeland Security and National Security Agency; and (3) Require that the Secretary of Defense or a senior level designee meet with the consortium or consortia at least twice per year.

*Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements (sec. 1660)*

The Senate bill contained a provision (sec. 6605) that would require the Secretary of Defense to conduct a joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and future requirements that affect the

WASHSTATEC014192

Department's ability to develop, test, and maintain secure systems in a cyber environment.

The House amendment contained no similar provision.

The House recedes.

# SUBTITLE D—NUCLEAR FORCES

*Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System (sec. 1661)*

The Senate bill contained a provision (sec. 1663) that would make several conforming changes to the governing statute of the Council on Oversight of the National Leadership Command, Control, and Communications System, section 171a of Title 10, United States Code.

The House amendment contained no similar provision.

The House recedes.

*Modification of authorities relating to nuclear command, control, and communications system (sec. 1662)*

The Senate bill contained a provision (sec. 1661) that would reassign principal responsibility within the Office of the Secretary of Defense for nuclear command, control, and communications from the Chief Information Officer to the Under Secretary of Defense for Acquisition and Sustainment.

The House amendment contained a similar provision (sec. 901).

The House recedes.

*Briefings on meetings held by Nuclear Weapons Council (sec. 1663)*

The House amendment contained a provision (sec. 1642) that would require the Nuclear Weapons Council (NWC) to provide semi-annual briefings to the congressional defense committees covering all NWC meetings in the previous 6 months, including a summary of decisions made at each meeting but excluding decisions relating to the budget submission if the budget request for such fiscal year has not been submitted to Congress as of the date of the briefing. The provision would also require the NWC to submit any decision memoranda used to support decisions made at such meetings, including a summary of the considerations that informed each decision.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the requirement to submit decision memoranda.

*Consideration of budget matters at meetings of Nuclear Weapons Council (sec. 1664)*

The House amendment contained a provision (sec. 1651) that would modify the enabling statute of the Nuclear Weapons Council (NWC) as contained in section 179 of title 10, United States Code, to require that certain budget officials attend meetings of the NWC, and that the same officials be members of the Standing and Safety Committee (SSC).

The Senate bill contained no similar provision.

The Senate recedes with amendments that would remove the provision from code, require that the same officials attend meetings of the NWC and SSC, and allow the Chairman of the NWC to exclude an official in exigent circumstances.

*Improvement to annual report on the modernization of the nuclear weapons enterprise (sec. 1665)*

The House amendment contained a provision (sec. 1641) that would extend the reporting requirement in section 1043(a) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112-81) by 1 year to 2024. The provision would also add to the report a requirement to estimate the cost of modernizing and recapitalizing the nuclear enterprise as a relative percentage of acquisition costs of the Department of Defense over the 10 years following the date of the report. It would also add a requirement to provide a 25-year plan, including timelines and acquisition and life cycle costs, for nuclear delivery systems and platforms, nuclear command and control systems, and facilities, infrastructure, and critical skills relating to nuclear weapons that are being modernized or sustained. Finally, the provision would also transfer the complete reporting requirement to title 10, United States Code, redesignating it section 492a.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the requirement for the 25-year plan and change the entity required to report on modernization as a percentage of acquisition costs from the Secretary of Defense to the Director of the Congressional Budget Office, as part of the report previously required as part of section 1043.

*Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system (sec. 1666)*

The Senate bill contained a provision (sec. 1662) that would add the Commander of the United States Air Forces in Europe to a list of officials required to report biennially on the safety, security, reliability, sustainability, performance, and military effectiveness of the delivery platforms for nuclear weapons and nuclear command and control systems for which each official has responsibility.

The House amendment contained no similar provision.
The House recedes.

*Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe (sec. 1667)*

The House amendment contained a provision (sec. 1644) that would extend by 3 years the requirement contained in section 1656 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) for the Secretary of Defense to provide an annual briefing to the congressional defense committees on the cost of forward-deploying U.S. nuclear weapons in Europe, and add additional committees to those receiving the briefing.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would retain the list of committees from section 1656.

*Elimination of conventional requirement for long-range standoff weapon (sec. 1668)*

The House amendment contained a provision (sec. 1643) that would repeal the requirement in section 217(a) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113-66) for the Air Force to develop a conventional variant of the long-range standoff weapon.

The Senate bill contained no similar provision.
The Senate recedes.

*Briefing on long-range standoff weapon and sea-launched cruise missile (sec. 1669)*

The Senate bill contained a provision (sec. 1665) that would require the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the Administrator for Nuclear Security, to provide a briefing to the Committees on Armed Services of the Senate and the House of Representatives on

opportunities to increase commonality between the long-range
standoff weapon (LRSO) and the nuclear sea-launched cruise
missile (SLCM-N), and to leverage technology developed for LRSO
in the development of the SLCM-N.
      The House amendment contained no similar provision.
      The House recedes with a clarifying amendment.

*Extension of prohibition on availability of funds for mobile
variant of ground-based strategic deterrent missile (sec. 1670)*

      The House amendment contained a provision (sec. 1645) that
would extend until 2030 the prohibition contained in the
National Defense Authorization Act for Fiscal Year 2017 (Public
Law 114-328) on availability of funds for development of a
mobile variant of the ground-based strategic deterrent program.
      The Senate bill contained no similar provision.
      The Senate recedes with an amendment that would extend the
prohibition through 2024.

*Reports on development of ground-based strategic deterrent
weapon (sec. 1671)*

      The Senate bill contained a provision (sec. 6601) that
would require the Secretary of the Air Force, in coordination
with the Administrator for Nuclear Security and the Chairman of
the Nuclear Weapons Council, to submit an annual report to the
congressional defense committees on the joint development of the
ground-based strategic deterrent (GBSD) and the W87-1 warhead
modification program.
      The House amendment contained no similar provision.
      The House recedes with an amendment that would add an
additional required report if the Air Force receives only one
bid for the engineering and manufacturing development phase of
the GBSD program, assessing plans to mitigate any risks or costs
resulting from the submission of a single bid. Such report would
be due 60 days after award of the contract for that phase.

*Prohibition on reduction of the intercontinental ballistic
missiles of the United States (sec. 1672)*

      The Senate bill contained a provision (sec. 1664, as
modified by sec. 6664) that would prohibit the Department of
Defense from reducing, or preparing to reduce, the
responsiveness, alert level, or quantity deployed of U.S.
intercontinental ballistic missiles. The provision would provide
an exception for activities required for maintenance or

sustainment, or to ensure the safety, security, or reliability of such missiles.

The House amendment contained no similar provision.

The House recedes.

*Independent study on policy of no-first-use of nuclear weapons (sec. 1673)*

The House amendment contained a provision (sec. 1649) that would require the Secretary of Defense to enter into a contract with a federally funded research and development center to conduct a study on the United States' adopting a policy to not use nuclear weapons first.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would modify some elements of the required study, move the deadlines for submission 30 days later, and add a requirement for an interim briefing not later than 120 days after the date of enactment of this Act.

*Independent study on risks of nuclear terrorism and nuclear war (sec. 1674)*

The House amendment contained a provision (sec. 1650) that would require the Secretary of Defense to enter into a contract with the National Academy of Sciences to conduct a study on the potential risks of nuclear terrorism and nuclear war.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would modify a number of elements of the required study.

*Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war (sec. 1675)*

The House amendment contained a provision (sec. 1646) that would require the Secretary of Defense, in coordination with the Secretary of State, to submit to the appropriate congressional committees a report describing current military-to-military dialogue between the United States and other countries to reduce the risk of miscalculation, unintended consequences, or accidents that could precipitate a nuclear war, as well as bilateral or multilateral agreements to which the United States is a party that address the same risks. The report would also contain a joint assessment by the Secretary and the Chairman of the Joint Chiefs of Staff of the policy and operational necessity, risks, benefits, and costs of establishing military-

to-military discussions with Russia, China, Iran, and North
Korea.

The Senate bill contained no similar provision.

The Senate recedes with several clarifying amendments, as
well as an amendment that would add consideration of other
efforts conducted between the U.S. government and foreign
governments, or between nongovernmental organizations and
foreign counterparts, to reduce such risks. The amendments would
also require assessment of the willingness of the above
governments to engage in such discussions.

*Report on nuclear forces of the United States and near-peer
countries (sec. 1676)*

The Senate bill contained a provision (sec. 1243) that
would require the Secretary of Defense, in coordination with the
Director of National Intelligence (DNI) and the Secretary of
State, to submit a report on Russian nuclear systems deployed or
under development not covered by New START, Russian non-deployed
strategic nuclear systems, nuclear modernization programs of
China, and the implications of these assessments on the New
START central limits.

The House amendment contained a similar provision (sec.
1652) that would require the Secretary of Defense, in
coordination with the DNI, to submit a report to the
congressional defense committees on current and planned nuclear
systems of the United States, Russia, and China, including
projections through 2040.

The Senate recedes with an amendment that would change the
report's deadline to February 15, 2020, and specify the
inclusion of Russian nuclear systems deployed or under
development not covered by New START and Russian non-deployed
strategic nuclear systems.

*Report on operation of conventional forces of military
departments under employment or threat of employment of nuclear
weapons (sec. 1677)*

The Senate bill contained a provision (sec. 6603) that
would require the secretaries of the military departments, and
the Commandant of the Marine Corps, to each submit to the
congressional defense committees a report detailing measures
taken to ensure the ability of conventional forces to operate
under employment or threat of employment of nuclear weapons.

The House amendment contained no similar provision.

The House recedes with amendments that would consolidate
the four reports into a single report by the Secretary of

Defense, in coordination with the service secretaries, and modify elements of the report's contents.

*Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons (sec. 1678)*

The Senate bill contained a provision (sec. 6604) that would require the Commander, U.S. European Command, and the Commander, U.S. Indo-Pacific Command, to each submit a report to the congressional defense committees detailing measures taken to ensure the ability of conventional forces to operate under employment or threat of employment of nuclear weapons.

The House amendment contained no similar provision.

The House recedes with amendments that would consolidate the two reports into a single report from the Chairman of the Joint Chiefs of Staff, in coordination with the Commanders of U.S. European Command, U.S. Indo-Pacific Command, and U.S. Strategic Command, and modify elements of the report's contents.

*Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems (sec. 1679)*

The House amendment contained a provision (sec. 1648) that would require the Secretary of Defense, in coordination with the Commander of U.S. Strategic Command, to submit a plan on the future of nuclear command, control, and communications systems within 270 days of the date of enactment of this Act. The provision would also require the Secretary to provide an interim briefing within 90 days of the date of enactment.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would change the requirement to a series of biannual briefings beginning in February 2020 through 2025, and modify some elements contained within the plan, including the addition of an assessment of personnel required to evaluate and execute the architecture.

*Sense of Congress on nuclear deterrence commitments of the United States (sec. 1680)*

The Senate bill contained a provision (sec. 1667) that would express the sense of the Senate on the importance of the extended nuclear deterrence commitments of the United States, including forward deployment of U.S. dual-capable aircraft.

The House amendment contained no similar provision.

The House recedes with several clarifying amendments.

WASHSTATEC014199

# SUBTITLE E—MISSILE DEFENSE PROGRAMS

*National missile defense policy (sec. 1681)*

The Senate bill contained a provision (sec. 1672) that would express the sense of the Senate regarding the need for a comprehensive U.S. missile defense policy and program. It would also modify national missile defense policy as established by section 1681 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) to add defense against cruise and hypersonic missile threats. Finally, the provision would require the Secretary of Defense to redesignate all Department of Defense strategies, policies, programs, and systems to reflect that U.S. missile defense programs defend against ballistic, cruise, and hypersonic missiles in all phases of flight.

The House amendment contained a provision (sec. 1661) that would modify section 1681 to reflect the principles governing U.S. missile defense as outlined by the 2019 Missile Defense Review (MDR), and would require the Director of Cost Assessment and Program Evaluation (CAPE) to provide a briefing to the Committees on Armed Services of the House and Senate.

The Senate recedes with several clarifying amendments, as well as amendments that would strike the briefing requirement and retain the redesignation requirement from the Senate bill.

The conferees direct the CAPE Director to provide to the congressional defense committees, no later than January 31, 2020, a briefing on the programmatic impacts of implementation of the 2019 MDR across the Department.

*Development of space-based ballistic missile intercept layer (sec. 1682)*

The House amendment contained a provision (sec. 1664) that would repeal the requirement contained in section 1688(c) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) for the Director of the Missile Defense Agency to establish a space test bed to conduct research on a space-based missile intercept layer.

The Senate bill contained no similar provision.

The Senate recedes.

*Development of hypersonic and ballistic missile tracking space sensor payload (sec. 1683)*

The Senate bill contained a provision (sec. 1673) that would require the Secretary of Defense to assign primary responsibility for the development and deployment of a hypersonic and ballistic tracking space sensor (HBTSS) to the Director of the Missile Defense Agency (MDA). The provision would also require the Comptroller and the Director of Cost Assessment and Program Evaluation to certify to the congressional defense committees whether this program is fully funded through the future years defense program submitted with the fiscal year 2021 budget request, and require the Director of the MDA to begin on-orbit testing of the system no later than December 31, 2021. Finally, the provision would require the Secretary to submit a report on efforts relating to space-based sensing and tracking capabilities for missile defense at the MDA, the Defense Advanced Research Projects Agency (DARPA), the Air Force, and the Space Development Agency (SDA).

The House amendment contained a provision (sec. 1662) that would require the Director of the MDA, in coordination with the Director of the SDA and the Secretary of the Air Force, to develop an HBTSS payload and integrate it into the broader space-based sensing architecture in support of the ballistic missile defense system. The provision would also require the Director of the MDA to submit to the appropriate congressional committees a plan for how the Director, in coordination with the Director of the SDA and the Secretary of the Air Force, will develop and integrate such a payload, how such a payload will address the U.S. Strategic Command requirement, and estimated costs to develop, acquire, deploy, operate, and sustain this payload.

The Senate recedes with an amendment that would make the Secretary of Defense responsible for submitting the plan, and include the requirement to report on efforts across the MDA, DARPA, the Air Force, and SDA. The amendment would also retain the requirement from the Senate bill for the Secretary to assign primary responsibility for development of an HBTSS payload to the Director of the MDA, and to submit to the congressional defense committees a certification of such assignment.

*Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system (sec. 1684)*

The Senate bill contained a provision (sec. 1677) that would express the sense of the Senate on a highly successful 2018 Missile Defense Agency (MDA) flight test campaign.

The House amendment contained a provision (sec. 1671) that would modify requirements for flight testing of the ground-based

WASHSTATEC014201

midcourse defense (GMD) element of the ballistic missile defense system pursuant to section 1689 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328), including by eliminating the ability for the Director of the MDA to forgo a test of the GMD in any given year due to any condition not specified in subsection (c) of section 1689.

The Senate recedes with an amendment that would strike the elimination of such ability but retain the other modifications in the House amendment.

The conferees commend the MDA and all other Department components involved on a successful 2018 flight test campaign, especially on FTG-11, the first salvo test of the GMD system.

*Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production (sec. 1685)*

The Senate bill contained a provision (sec. 1671) that would authorize funds for the Missile Defense Agency to provide to the Government of Israel to procure components for the Iron Dome short-range rocket defense system, the David's Sling Weapon System, and the Arrow 3 Upper Tier Interceptor Program, including through co-production of such components in the United States. The provision would also provide a series of certification requirements relating to implementation of the relevant bilateral agreements before disbursal of these funds, consistent with previous legislative requirements.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Limitation on availability of funds for lower tier air and missile defense sensor (sec. 1686)*

The House amendment contained a provision (sec. 1668) that would limit obligation or expenditure of funds for fiscal year 2020 to 75 percent for the Army for the lower tier air and missile defense sensor until the Secretary of the Army provides a report to the congressional defense committees on the results of the test events held in the third quarter of fiscal year 2019, and on the decision of the Army to award a contract for initial operational capability based on those test events.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Plan for the redesigned kill vehicle replacement (sec. 1687)*

WASHSTATEC014202

The Senate bill contained a provision (sec. 1675) that would require the Director of the Missile Defense Agency (MDA) to submit a report to the congressional defense committees on the delay in the Redesigned Kill Vehicle (RKV) program.

The Senate bill also contained a provision (sec. 1676) that would require the Director to submit a report on options to increase the capability, capacity, and reliability of the ground-based midcourse defense system, including the infrastructure requirements for increasing the number of ground-based interceptors.

The House amendment contained a provision (sec. 1663) that would express the sense of Congress that the Director of the MDA must address the technical issues with the RKV program before moving forward with development, procurement, and fielding of the vehicle. The provision would also modify the waiver contained in section 1683(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), which prohibited a lot production decision for the RKV until after a successful intercept flight test, such that the Secretary of Defense would also need to conduct an assessment of the missile developments of both North Korea and Iran during the 18-month period preceding the date of the waiver.

The House recedes with amendments that would add a sense of Congress addressing the termination by the Department of the RKV contract in August 2019 and encouraging the Director to proceed with a follow-on program guided by principles of responsible acquisition, including conducting a successful flight test before making production decisions. The amendments would also modify certain elements of the reporting requirement to reflect the program replacing the RKV, and include elements of the report from section 1676 of the Senate bill. Finally, the amendments would prohibit the obligation or expenditure of more than 50 percent of fiscal year 2020 funds for the next-generation improved homeland defense interceptor until the Secretary of Defense submits such report.

*Organization, authorities, and billets of the Missile Defense Agency (sec. 1688)*

The Senate bill contained a provision (sec. 1674) that would express the sense of the Senate in support of the nonstandard acquisition processes used by the Missile Defense Agency (MDA). It would also prohibit obligation or expenditure of funds to change these processes until the Secretary of Defense has consulted with a number of senior defense officials with responsibility for aspects of missile defense, submitted a

WASHSTATEC014203

report to the congressional defense committees, and allowed 270 days to elapse after submittal.

The House amendment contained a provision (sec. 1665) that would contain a similar prohibition on obligation or expenditure of funds until the Secretary notifies the congressional defense committees of the proposed changes to the nonstandard acquisition processes, and allows 90 days to elapse after such notification. The provision would also require the Secretary of Defense to enter into a contract with a federally funded research and development center (FFRDC) to assess the organization of the MDA under the Under Secretary of Defense for Research and Engineering, in comparison with alternative organizational structures, and assess the risks and benefits of transitioning the MDA to the standard Department of Defense acquisition process. Finally, the provision would prohibit the Secretary of Defense from transferring civilian or military billets from the MDA to any element of the Department under the authority of the Under Secretary of Defense for Research and Engineering until the Secretary notifies the congressional defense committees of the proposed transfer, and allows 90 days to elapse after such notification.

The Senate recedes with an amendment that would extend the deadline for submission of the FFRDC assessment by 30 days, retain the report required in the notice in the Senate provision with the addition of the Under Secretary of Defense for Acquisition and Sustainment as a consulted official, and change the waiting period after the notification of any change to the acquisition processes to 120 days.

*Annual assessment of ballistic missile defense system (sec. 1689)*

The House amendment contained a provision (sec. 1670) that would express the sense of Congress that operational test and evaluation of the ballistic missile defense system (BMDS) should be conducted thoroughly in accordance with title 10, United States Code. The provision would also require the Director of Operational Test and Evaluation to include in the annual report to Congress under section 139 of title 10, United States Code, an assessment of the BMDS, including all elements of the system that are fielded or are planned to be fielded.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the sense of Congress.

*Command and control, battle management, and communications program (sec. 1690)*

The House amendment contained a provision (sec. 1669) that would prohibit the Missile Defense Agency (MDA) from releasing the command and control, battle management, and communications (C2BMC) program to foreign partners until the Director of the MDA submits a report to the appropriate congressional committees.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Missile defense interceptor site in contiguous United States (sec. 1691)*

The Senate bill contained a provision (sec. 1679) that would require the Secretary of Defense to make available to the public the Environmental Impact Statement (EIS) prepared in accordance with section 227(b) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112-239).

The House amendment contained a provision (sec. 1666) that would require the Secretary of Defense to designate the preferred location of a missile defense site in the contiguous United States from among the locations evaluated pursuant to section 227. The provision would also require the Secretary to submit to the congressional defense committees a report on such designation.

The Senate recedes with an amendment that would strike the requirement to designate a preferred location but retain the requirement for a report.

The conferees note that the EIS was made available to the public in August 2019. The conferees also note that the Secretary identified a preferred location in June 2019, while maintaining the determination made in the Missile Defense Review that there is no operational requirement to develop a third site in the contiguous United States at this time.

*Independent study on impacts of missile defense development and deployment (sec. 1692)*

The House amendment contained a provision (sec. 1672) that would require the Secretary of Defense to enter into an agreement with the National Academy of Sciences to conduct a study on the impacts of the development and deployment of U.S. long-range missile defenses on the security of the United States as a whole.

The Senate bill contained no similar provision.

The Senate recedes with several clarifying amendments and an amendment that would change the entity conducting the study to a federally funded research and development center.

*Report and briefing on multi-volume kill capability (sec. 1693)*

The House amendment contained a provision (sec. 1673) that would require the Under Secretary of Defense for Research and Engineering to submit to the congressional defense committees a report on the potential need for a multi-object kill vehicle in future architecture of the ballistic missile defense system.

The Senate bill contained no similar provision.

The Senate recedes with several technical and clarifying amendments, as well as an amendment that would require the Under Secretary to coordinate such report with the Director of the Missile Defense Agency, the Under Secretary of Defense for Acquisition and Sustainment, and the Director of Cost Assessment and Program Evaluation.

## SUBTITLE F—OTHER MATTERS

*Extension of authorization for protection of certain facilities and assets from unmanned aircraft (sec. 1694)*

The Senate bill contained a provision (sec. 1682) that would provide an extension of the authority that exists in Title 10, United States Code, section 130i, for protection of Department of Defense facilities and assets associated with certain mission areas from unauthorized operation of unmanned aircraft.

The House amendment contained no similar provision.

The House recedes with an amendment that would extend the existing authority to the year 2023.

The conferees also direct the Secretary of Defense to provide a report to the congressional defense committees not later than April 1, 2020 that details how the Secretary plans to protect Department of Defense ammunition manufacturing facilities that are government-owned and contractor-operated from unauthorized overflight of unmanned aircraft not covered by the protection authority provided under Title 10, United States Code, section 130i, concerning protection of certain facilities and assets from unmanned aircraft. The report should also include recommendations, if appropriate, regarding any legislative authorities that may be required to protect these facilities.

*Repeal of requirement for commission on electromagnetic pulse attacks and similar events (sec. 1695)*

The House amendment contained a provision (sec. 1683) that would acknowledge the release of the Executive Order dated March 26, 2019, on coordinating national resilience to electromagnetic pulses (EMP), and repeal the requirement in section 1691 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) for a congressional commission on EMP.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the findings.

*Repeal of review requirement for ammonium perchlorate report (sec. 1696)*

The House amendment contained a provision (sec. 1682) that would repeal the requirement for the Comptroller General of the United States to review the report required by section 1684(c) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91).

The Senate bill contained no similar provision.

The Senate recedes.

*Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms (sec. 1697)*

The House amendment contained a provision (sec. 1684) that would express the sense of Congress related to hypersonic weapon systems, prohibit any fiscal year 2020 funds for a submarine-launched conventional prompt global strike capability unless such capability is transferable to a surface-launched platform, and require the Secretary of the Navy to submit a report to the congressional defense committees on the programmatic changes required to integrate such a system into surface ships.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the sense of Congress and change the prohibition to a requirement that the Secretary of the Navy ensure that technologies developed for such a system are transferable to surface-launched platforms.

*Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems (sec. 1698)*

The House amendment contained a provision (sec. 1270J) that would make a series of findings related to the U.S. withdrawal from the Intermediate-Range Nuclear Forces (INF) Treaty. The provision would also prohibit the use of any funds authorized to be appropriated by this Act for research and

WASHSTATEC014207

development, procurement, or deployment of a ground-launched intermediate-range ballistic or cruise missile system, unless the Secretary of Defense submits a report to Congress related to the termination of the INF Treaty and the development or deployment of INF-range missile systems.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the findings and modify the prohibition to apply only to fiscal year 2020 funds for procurement or deployment of such systems. The amendments would also separate the report from the prohibition, modify the required contents of the report, and apply a deadline of January 31, 2020.

*Hard and deeply buried targets (sec. 1699)*

The Senate bill contained a provision (sec. 1683) that would require the Chairman of the Joint Chiefs of Staff, in consultation with the Commander of U.S. Strategic Command, to submit to the congressional defense committees a classified report on hard and deeply buried targets associated with U.S. military operations plans, including an assessment of the ability of the United States to hold such targets at risk currently and as projected in 2030. The provision would also require the Secretary of Defense to develop a plan to ensure the United States possesses capabilities to pose a credible deterrent threat against such targets by 2025, and submit a recurring certification that such plan is being implemented.

The House amendment contained no similar provision.

The House recedes with amendments that would change the report to a briefing, strike the certification requirement, and add certain elements to the content of the briefing.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Intelligence assessment of relationship between women and violent extremism*

The House amendment contained a provision (sec. 1614) that would require, not later than 180 days after the date of the enactment of this Act, and annually thereafter, the Director of National Intelligence, in consultation with the Secretary of Defense, the Secretary of State, and the head of any element of the intelligence community the Director determines appropriate, shall submit an intelligence assessment on the relationship between women and violent extremism and terrorism.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that elsewhere in this Act is a provision that would require the Secretary of Defense to seek to enter into a contract with an independent research and development center to conduct an independent analysis on gender and violent extremism.

*Modification of term of Commander of Air Force Space Command*

The Senate bill contained a provision (sec. 1614) that would change the term of the Commander, Air Force Space Command, from 6 years to 4 years.
The House amendment contained no similar provision.
The Senate recedes.

*Funding for Defense Counterintelligence and Security Agency*

The House amendment contained a provision (sec. 1615) that would increase, by $5,206,997 the amounts available in section 301 for Operation and Maintenance for Defense Security Service for the purposes of acquiring advanced cyber threat detection sensors, hunt and response mechanisms, and commercial cyber threat intelligence. The provision would include an offset in section 4101, for Integrated personnel and pay system.
The Senate amendment contained no similar provision.
The House recedes.

*Report on potential Defense Intelligence Polygraph Examination Military Transition Program*

The House amendment contained a provision (sec. 1616) that would require, not later than one year after the date of enactment of this Act, the Comptroller General of the United States to submit a report assessing the feasibility of establishing a Defense Intelligence Polygraph Examination Military Transition Program for members of the Armed Services transitioning to civilian employment.
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Comptroller General of the United States to submit a report not later than one year after the date of enactment of this Act to the Armed Services Committees of the House of Representatives and the Senate that assesses the advisability and feasibility of establishing a Defense Intelligence Polygraph Examination Military Transition Program for members of the Armed Forces transitioning to civilian employment. The report shall include, at a minimum, the following:

(1) A review of the feasibility of establishing a program in the Department of Defense under which members of the Armed Forces with an active top secret security clearance that provides for access to sensitive compartmented information and a current counterintelligence scope polygraph examination can be provided an opportunity to obtain an expanded scope polygraph (ESP) if the member receives a written offer of employment, subject to suitability or security vetting, with an element of the intelligence community or a contractor of such an element;

(2) The cost to the Department of Defense for implementing such program and whether such cost could be shared by other departments or agencies of the Federal Government or the private sector;

(3) The factors the Department needs to consider in determining whether such program would be viable;

(4) The obstacles that exist in implementing such program;

(5) Whether such a program could increase workforce diversity in the intelligence community;

(6) Whether such a program could increase or decrease retention among members of the Armed Forces serving in defense intelligence roles;

(7) Whether any changes are required to be made to policies of the Department or to Federal law to implement such a program;

(8) Identification of the current average length of time in the intelligence community to investigate and adjudicate an initial and a periodic update top secret security clearance that provides for access to sensitive compartmented information and conduct an expanded scope polygraph;

(9) Any other matters the Comptroller General deems relevant.

*National Security Space Launch Program*

The Senate bill contained a provision (sec. 1616) that would prohibit the Secretary of the Air Force from modifying the acquisition schedule for phase 2 of the National Security Space Launch (NSSL) program or from awarding missions to more than two launch service providers.

The House amendment contained a similar provision (sec. 1601) that would require the Secretary of the Air Force to stay on schedule for Phase 2 of the NSSL program, but would reopen competition after the first 29 launches of phase 2 and award $500 million to providers that have not entered into a phase 2 contract for launch services occurring before fiscal year 2022, or have entered into a phase 2 contract but have not entered into a Launch Services Agreement, or both. The provision would

require the Secretary of the Air Force to notify Congress of its down select decision before the public announcement, and require a report on the total defense investments made for each awardee and how such investments were accounted for in the evaluation of the offers.

The conference agreement does not include either provision.

*Cybersecurity Defense Academy pilot program*

The House amendment contained a provision (sec. 1636) that would require the Secretary of Defense to carry out a pilot program to create a public-private partnership that would train and place veterans as cybersecurity personnel within the Department of Defense.

The Senate bill contained no similar provision.

The House recedes.

*Expansion of authority for access and information relating to cyberattacks on Department of Defense operationally critical contractors*

The Senate bill contained a provision (sec. 1644) that would amend section 391 of title 10, United States Code, to extend the ability of the Department of Defense (DOD) to react immediately to reports of intrusions that may affect critical DOD data.

The House amendment contained no similar provision.

The Senate recedes.

The conferees are sympathetic to the need for this additional authority, which the Department already has in the case of cleared defense contractors and which the Department requested via a legislative proposal. The Department relies on operationally critical contractors to move troops and supplies across the world, in peacetime and during conflict, and adversaries' cyberattacks on these critical contractors pose a genuine threat to the Department's conduct of operations. The conferees, however, are concerned that the Department's legislative proposal was not scoped in such a way that this authority would be operationalized through contractual mechanisms. The conferees are also concerned that the Department's broader efforts to improve the cybersecurity of its contractors and the Department's ability to respond in the event of a cyberattack are primarily focused on the defense industrial base as traditionally conceived of—namely, those companies that supply the Department's weapons systems. The cybersecurity of operationally critical contractors is at least as important as

that of traditional defense industrial base contractors, and the conferees seek greater clarity as to what efforts are underway to ensure their cybersecurity.

The conferees therefore direct the Commander of U.S. Transportation Command, the Under Secretary of Defense for Acquisition and Sustainment, the Chief Information Officer, and the Director of the Protecting Critical Technologies Task Force to brief the Committees on Armed Services of the Senate and House of Representatives, no later than 90 days after the enactment of this Act, on: (1) The expected use-case for the requested authority; (2) The expected implementation through contractual mechanisms of such an authority; (3) The need for and purpose of subsections (2) and (3) of the legislative proposal; and (4) How the Department is treating operationally critical contractors within its broader efforts to secure the defense industrial base against cyber attacks and respond, in the event of a cyberattack, more aggressively in its investigatory and counterintelligence actions.

The conferees look forward to this briefing and to legislating on this issue in the Fiscal Year 2021 National Defense Authorization Act.

*Briefing on memorandum of understanding relating to joint operational planning and control of cyberattacks of national scale*

The Senate bill contained a provision (sec. 1645) that would require the Secretary of Defense to provide a briefing, not later than March 1, 2020, to the congressional defense and homeland security committees on the Joint Department of Defense and Department of Homeland Security Memorandum of Understanding, signed by the Secretary of Defense on October 6, 2018.

The House amendment contained no similar provision.

The Senate recedes. The conferees direct the Secretary of Defense to provide to the Committees on Armed Services of the Senate and House of Representatives a briefing on the Joint Department of Defense and Department of Homeland Security Memorandum of Understanding signed by the Secretary of Defense on October 6, 2018.

The briefing shall include information on the following: (1) The number of planners assigned by the Department of Defense to line of effort three and line of effort four and the areas of expertise of those planners; (2) Whether the these planners are physically co-located with their counterparts in the Department of Homeland Security and are assigned full-time or part-time to line of effort three and line of effort four; (3) Under what authority these planners have been assigned; (4) The status of

WASHSTATEC014212

the development of operational plans and playbooks that will be implemented in response to actual cyberattacks of national scale; (5) The standing arrangements for interagency coordination and orchestration of response in the event of a cyberattack of national scale, including the status of the process established in Presidential Policy Directive-41 and the relevant principal, organization, and staff tasked with orchestrating a whole-of-government response; (6) The charter and implementation plan of the Joint Department of Defense and Department of Homeland Security Cyber Protection and Defense Steering Group; (7) The status of any Department of Defense cyber intelligence activities and operational preparation of the environment intended specifically to deter and disrupt adversary cyberattacks on United States critical infrastructure and planned in coordination with the Department of Homeland Security; (8) The current operational planning activities and standing arrangements between the Department of Defense and Department of Energy, including a determination as to whether the Secretary of Energy can directly request Defense Support of Civil Authorities; and (9) The status of implementing section 1650 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) on the pilot program authority to enhance cybersecurity and resilience of critical infrastructure.

*Prohibition on availability of funds for deployment of low-yield ballistic missile warhead*

The House amendment contained a provision (sec. 1646) that would prohibit the use of any funds authorized to be appropriated for fiscal year 2020 by this Act for deployment of the W76-2 warhead.
The Senate bill contained no similar provision.
The House recedes.

*Sense of the Senate on industrial base for ground-based strategic deterrent program*

The Senate bill contained a provision (sec. 1666) that would express the sense of the Senate on the importance of ensuring the viability of the industrial base for large solid rocket motors for the ground-based strategic deterrent program.
The House amendment contained no similar provision.
The Senate recedes.
The conferees encourage the Secretary of Defense to continue to consider the long-term health and viability of the

industrial base when structuring and awarding major procurement
or development contracts.

*Missile defense radar in Hawaii*

The House amendment contained a provision (sec. 1667) that
would allow the Missile Defense Agency to use research,
development, test, and evaluation (RDT&E) funds for fiscal year
2020 to construct portions of the Homeland Defense Radar-Hawaii
(HDR-H).
The Senate bill contained no similar provision.
The House recedes.
The conferees note that the Missile Defense Agency
notified Congress that the HDR-H project has been delayed due to
activities regarding the environmental impact statement. Due to
these delays, the Department's previous legislative proposal
requesting use of RDT&E funds for HDR-H radar elements would not
be executable in fiscal year 2020.

*Sense of the Senate on missile defense technology development
priorities*

The Senate bill contained a provision (sec. 1678) that
would express the sense of the Senate on the importance of
advanced missile defense technologies in preventing and
defeating the rapidly expanding offensive missile threat.
The House amendment contained no similar provision.
The Senate recedes.

*Modification to reports on certain solid rocket motors*

The House amendment contained a provision (sec. 1681) that
would modify the reporting requirement contained in section 1696
of the John S. McCain National Defense Authorization Act for
Fiscal Year 2019 (Public Law 115-232) to include the provision
of space launch services, and to require coordination with the
Administrator of the National Aeronautics and Space
Administration.
The Senate bill contained no similar provision.
The House recedes.

*Sense of Senate on support for a robust and modern ICBM force to
maximize the value of the nuclear triad of the United States*

The Senate bill contained a provision (sec. 6602) that
would express the sense of the Senate in support of a robust and
modern intercontinental ballistic missile (ICBM) force.

WASHSTATEC014214

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that, while the United States has reduced the number of deployed ICBMs in order to comply with New START limits, other countries have continued to enhance, enlarge, or modernize their ICBM forces.

# TITLE XVII—REPORTS AND OTHER MATTERS

## SUBTITLE A—STUDIES AND REPORTS

*Modification of annual reporting requirement on defense manpower (sec. 1701)*

The Senate bill contained a provision (sec. 1051) that would amend section 115a of title 10, United States Code, to rename, change the due date of, and modify the elements of the Defense Manpower Requirements Report. The provision would also require that the (renamed) Defense Manpower Profile Report be delivered to the Congress each year by April 1. Additionally, the provision would repeal reporting requirements related to contractor personnel, major military force unit justifications, support and overhead manpower functions, overseas manpower, medical personnel, and the military technician program. Finally, the provision would set separate due dates for reporting requirements related to major Department of Defense headquarters activities and the diversity of the Armed Forces.

The House amendment contained no similar provision.

The House recedes with an amendment that would repeal reporting requirements related to contractor personnel, major military force unit justifications, support and overhead manpower functions, and overseas manpower. Reports related to medical personnel and the military technician program would continue to be required to be submitted to the Congress.

*Termination of requirement for submittal to Congress of certain recurring reports (sec. 1702)*

The House amendment contained a provision (sec. 1073) that, effective on December 30, 2121, would terminate the requirement that the Department of Defense submit to the Congress any a recurring report required by an annual national defense authorization act enacted on or after December 30, 2016.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would eliminate the requirement for the Department of Defense to submit to

Congress the 10 reports specifically enumerated.  In addition,
the amendment would provide that except as expressly provided in
the law, any report submitted to Congress pursuant to a
provision of the National Defense Authorization Act shall be
written by a civilian employee of the Federal Government, a
member of the Armed Forces, or both, and not by a contractor.
This limitation will take effect for reports enacted in law on
or after the date that is three years after the date of the
enactment of this Act.  Not later than one year after the date
of the enactment of this Act, the Secretary of Defense shall
provide a briefing to the Committees on Armed Services of the
Senate and the House of Representatives on the actions to be
taken to implement this limitation.

*Modification of annual report on civilian casualties in
connection with United States military operations (sec. 1703)*

        The Senate bill contained a provision (sec.1053) that
would extend through December 31, 2025, the reporting
requirement established by section 1057 of the National Defense
Authorization Act for Fiscal Year 2018 (Public Law 115-91), as
most recently amended by section 1062 of the John S. McCain
National Defense Authorization Act for Fiscal Year 2019 (Public
Law 115-232).
        The House amendment contained a similar provision (sec.
1063) that would modify and extend for ten years section 1057 of
the fiscal year 2018 National Defense Authorization Act, as most
recently amended by section 1062 of the John S. McCain National
Defense Authorization Act for Fiscal Year 2019 (Public Law 115-
232).
        The Senate recedes with an amendment that would extend for
7 years section 1057 of the National Defense Authorization Act
for Fiscal Year 2018 (Public Law 115-91), as most recently
amended by section 1062 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232) and
add elements to the required report.
        The conferees direct the Secretary of Defense to submit a
report to the congressional defense committees not later than 45
days following the enactment of this Act identifying any
instances from the preceding year in which an individual was
determined to be a combatant solely based upon proximity to the
intended target or location of a strike or other United States
military direct action operation.

*Extension of requirement for briefings on the national
biodefense strategy (sec. 1704)*

The Senate bill contained a provision (sec. 1084) that would amend section 1086(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) by extending to March 1, 2025, the requirement for annual briefings on the status and implementation plan of the National Biodefense Strategy.

The House amendment contained no similar provision.

The House recedes.

*Authorization of appropriations for title III of the Defense Production Act of 1950 (sec. 1705)*

The Senate bill contained a provision (sec. 6017) that would amend section 711 of the Defense Production Act of 1950 (50 U.S.C. 4561) to designate, for each of fiscal years 2020 through 2024, an additional $117.0 million above the current authorization level of $133.0 million for carrying out the provisions and purposes of the Defense Production Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would make technical changes and require an annual briefing to congressional committees on such activities.

*Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic (sec. 1706)*

The Senate bill contained a provision (sec. 1056) that would require the Secretary of Defense, in coordination with the Secretary of Homeland Security, to submit a report on the plan of the Department of Defense for assisting mass-casualty disaster response operations in the Arctic.

The House amendment contained no similar provision.

The House recedes.

*Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense (sec. 1707)*

The Senate bill contained a provision (sec. 1058) that would require the Secretary of Defense to transmit electronically requests for assistance received from the Department of Homeland Security or the Department of Health and Human Services to the Committees on Armed Services of the Senate and the House of Representatives not later than 7 calendar days after receiving those requests. The provision also requires the Secretary to transmit any responses to such requests.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Report and briefing on implementation of national defense strategy (sec. 1708)*

The House amendment contained two provisions (secs. 1052 and 1074) that would facilitate implementation of the National Defense Strategy (NDS) by requiring the Department of Defense to review its operational concepts and plans regarding strategic competitors on matters identified in the NDS.

The Senate recedes with an amendment that would require two independent studies, to be performed by a federally funded research and development center and an independent, non-governmental institute, on the development of joint operational concepts within the Department of Defense.

The conferees note the pivotal importance of NDS implementation to national security and strongly encourage the Department of Defense to continue to construct and validate new joint operational concepts to accomplish the objective of deterring and, if necessary, defeating strategic competitors.

*Actions to increase analytic support (sec. 1709)*

The House amendment contained a provision (sec. 1053) that would require the Department to provide an assessment of the decision support capacity, specifically the analytic expertise resident within the Department, to link National Defense Strategy (NDS) objectives to innovative approaches to meet future challenges.

The Senate bill contained a provision (sec. 1052) that would require a report from the Department of Defense on the plan and processes the Department is setting forth to provide analytic support to senior leaders for force planning, as it relates to implementing the NDS.

The Senate recedes with a clarifying amendment.

The conferees note the fundamental importance of underlying analytic capability to the effective implementation of the NDS as well as to making fully-informed and timely decisions regarding national security.

*Inclusion of certain individuals investigated by Inspectors General in the semiannual report (sec. 1710)*

The House amendment contained a provision (sec. 1064) that would require the Office of the Inspector General of the Department of Defense to include in its quarterly reports, the already-public names of senor officials who commit misconduct.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would modify section 5(a)(19) of the Inspector General Act of 1978 (Public Law 95-452), to require an Inspector General to include in semiannual reports, a report on each investigation conducted by the Office involving a senior Government employee against whom allegations of misconduct were substantiated, including the name of the senior government official (as that term is defined by the department or agency), if already made public, together with: (1) The facts and circumstances of the investigation; and (2) The status and disposition of the matter, including if it was referred to the Department of Justice and that department's action on the referral.

*Annual report on Joint Military Information Support Operations Web Operations Center (sec. 1711)*

The House amendment contained a provision (sec. 1065) that would require the Commander of U.S. Special Operations Command to provide an annual report to the congressional defense committees not later than March 1 of each year on the Joint Military Information Support Operations Web Operations Center.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Mobility capability requirements study (sec. 1712)*

The House amendment contained a provision (sec. 1066) that would require the Assistant Secretary of Defense for Special Operations/Low-Intensity Conflict and the Commander, U.S. Transportation Command, to submit a report and a briefing to the House Committee on Armed Services by January 1, 2021, with an interim update by June 1, 2020, assessing the operational risk for meeting the mobility requirements of the geographic combatant commanders.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Assessment of special operations force structure (sec. 1713)*

The House amendment contained a provision (sec. 1067) that would require the Secretary of Defense not later than 30 days after the date of enactment of this Act to enter into an agreement with a federally funded research and development center for the conduct of an independent assessment of the force structure and roles and responsibilties of special operations forces.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Army aviation strategic plan and modernization roadmap (sec. 1714)*

The House amendment contained a provision (sec. 1068) that would require the Secretary of the Army to develop a comprehensive strategic plan for Army aviation and to provide a report to Congress containing the required comprehensive strategic plan and an analysis of sustainment and modernization decisions to meet such plan.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Report on ground based long-range artillery to counter land and maritime threats (sec. 1715)*

The House amendment contained a provision (sec. 1069) that would require the Secretary of Defense to provide a report to the Committees on Armed Services of the Senate and House of Representatives on the efforts of the Army and Marine Corps to develop and deploy ground-based long-range rocket and cannon artillery to counter land and maritime threats.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Independent review of transportation working-capital fund (sec. 1716)*

The House amendment contained a provision (sec. 1070) that would require the Secretary of Defense, in coordination with the Secretaries of the military departments, to contract with an independent federally funded research and development center to conduct a review of the Transportation Working Capital Fund of the U.S. Transportation Command.
The Senate bill contained no similar provision.
The Senate recedes.

*Geographic command risk assessment of proposed use of certain aircraft capabilities (sec. 1717)*

The House amendment contained a provision (sec. 1071) that would require selected commanders of geographic combatant commands to provide a report to the congressional defense committees not later than March 31, 2020, that assesses the level of operational risk posed by the plans of the Department

WASHSTATEC014220

of the Air Force and the Department of the Navy to provide a mix
of fifth generation and advanced fourth generation tactical
aircraft capabilities to meet each commanders' contingency and
steady-state operational requirements.

The Senate bill contained no similar provision.
The Senate recedes with a clarifying amendment.

*Report on the backlog of personnel security clearance
adjudications (sec. 1718)*

The House amendment contained a provision (sec. 1076) that
would require the Suitability Executive Agent to submit a report
to Congress on the backlog of personnel security clearance
adjudications.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require
the Security Executive Agent, in coordination with members of
the Performance Accountability Council, to submit a report to
Congress on the backlog of personnel security clearance
adjudications conducted by all Government agencies that
adjudicate decisions for security clearances.

*Report regarding outstanding Government Accountability Office
recommendations (sec. 1719)*

The House amendment contained a provision (sec. 1080C)
that would direct the Secretary of Defense to report to Congress
on the priority recommendations of the Comptroller General of
the United States regarding matters of the Department of
Defense.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require
the Secretary of Defense to report on priority recommendations
that have not yet been implemented due to funding limitations
and the estimated costs associated with implementing such
recommendations.

*Report on National Guard and United States Northern Command
capacity to meet homeland defense and security incidents (sec.
1720)*

The Senate bill contained a provision (sec. 6010) that
would require, not later than September 30, 2020, the Chief of
the National Guard Bureau, in consultation with the Commander of
United States Northern Command (NORTHCOM), to provide a report
that assesses National Guard and NORTHCOM resources and
readiness.

WASHSTATEC014221

The House amendment contained an identical provision (sec. 520C).

The conference agreement includes this provision.

*Assessment of standards, processes, procedures, and policy relating to civilian casualties (sec. 1721)*

The House amendment contained a provision (sec. 1087) that would require the Secretary of Defense to enter into an agreement with a federally funded research and development center for conduct of an independent assessment of the sufficiency of Department of Defense standards, processes, procedures, and policy relating to civilian casualties resulting from United States military operations.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

When conducting the assessment required by this provision, the conferees encourage the selected federally funded research and development center to consider whether and how pre-strike Collateral Damage Estimates are factored in to post-strike analysis and investigations. The conferees also commend the Department for their ongoing efforts to engage and consider the views of non-governmental organizations on issues surrounding civilian casualties and potential methods to mitigate such events, and encourage this necessary engagement to continue as the results of this assessment are considered and incorporated into Department of Defense policy.

*Report on transfers of equipment to prohibited entities (sec. 1722)*

The House amendment contained a provision (sec.1061) that would amend chapter 16 of title 10, United States Code, to require an annual report on transfers of equipment to prohibited entities. The provision would also require the Secretary of Defense not later than March 1, 2020 to submit a report to specified congressional committees on the transfer of defense articles during the period beginning on January 1, 2015 and ending on the date of enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require not later than March 1, 2021 and each subsequent year through 2025, the Secretary of Defense, in coordination with the Secretary of State, to submit a report to specified congressional committees on transfers of equipment to prohibited entities.

*Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities (sec. 1723)*

The House amendment contained a provision (sec. 1072) that would require an annual report to congress not later than May 1 of each year on the number of strikes undertaken by the United States against terrorist targets outside areas of active hostilities during the preceding calendar year, as well as assessments of combatant and non-combatant deaths resulting from those strikes.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Director of National Intelligence and the Secretary of Defense to jointly submit to congress an annual report not later than May 1, 2020 and for two years thereafter on the number of strikes undertaken by the United States against terrorist targets outside areas of active hostilities during the preceding calendar year, as well as assessments of combatant and non-combatant deaths resulting from those strikes.

*Review and assessment of mitigation of military helicopter noise (sec. 1724)*

The House amendment contained a provision (sec. 1096) that would require the Secretary of Defense to develop a noise inquiry website to assist in directing mitigation efforts.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to conduct a study on the causes and effects of military helicopter noise on the National Capital Region.

## SUBTITLE B—OTHER MATTERS

*Technical, conforming, and clerical amendments (sec. 1731)*

The House amendment contained a provision (sec. 1081) that would make a number of technical, conforming, and clerical amendments of a non-substantive nature to existing law.

The Senate bill contained no similar provision.

The Senate recedes with technical amendments.

*Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification (sec. 1732)*

The Senate Bill contained a provision (sec. 6511) that would amend section 113 of title 10, United States Code, to require the Secretary of Defense to provide written notification to the Chair of the Council of Inspectors General on Integrity and Efficiency of the commencement or designation of a military operation as an overseas contingency operation, so as to facilitate the Chair's timely designation of a Lead Inspector General for that overseas contingency operation.

The House amendment contained no similar provision.

The House recedes.

*Clarification of authority of Inspectors General for overseas contingency operations (sec. 1733)*

The Senate bill contained a provision (sec. 6512) that would amend section 8L(d)(2) of the Inspector General Act of 1978 (5 U.S.C. App), to enhance cooperation among Inspectors General and encourage comprehensive oversight of any contingency operation. The provision provides that upon request by the Inspector General with principal jurisdiction over a matter with respect to a contingency operation, and with the approval of the lead Inspector General, an Inspector General specified in the Act may provide investigative support or conduct an independent investigation of any allegation of criminal activity by any United States person or agent in the applicable theater of operations.

In the case of a determination by the lead Inspector General that no Inspector General has principal jurisdiction over a matter with respect to a contingency operation, the lead Inspector General may conduct an independent investigation of such criminal allegations, or request that an Inspector General specified in the Act do so.

Finally, the provision clarifies that any Inspector General responsible for conducting oversight of any program or operation performed in support of a contingency operation may coordinate such activities with, and provide information requested by the lead Inspector General.

The House amendment contained no similar provision.

The House recedes.

*Employment status of annuitants for Inspectors General for overseas contingency operations (sec. 1734)*

The Senate bill contained a provision (sec. 6513) that would amend section 8L(d) of the Inspector General Act of 1978 (5 U.S.C. App.) to permit an annuitant receiving an annuity under the Foreign Service Retirement and Disability System or

WASHSTATEC014224

the Foreign Service Pension System to continue to receive a foreign service annuity while reemployed by an Inspector General for an overseas contingency operation.

Further, the provision establishes that upon completion of 2 years of continuous service in the employ of a lead Inspector General for an overseas contingency operation, an employee acquires competitive status for appointment to any position in the competitive service for which he or she possesses the requisite qualifications.  This enhanced appointment authority will sunset as to persons first employed by a lead Inspector General for an overseas contingency operation more than 2 years after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Extension of National Security Commission on Artificial Intelligence (sec. 1735)*

The Senate bill contained a provision (sec. 1042) that would delay the termination of the National Security Commission on Artificial Intelligence to March 1, 2021, and amend the due dates of the Commission's reports.

The House amendment contained a provision (sec. 1083) that would delay the termination of the National Security Commission on Artificial Intelligence to March 1, 2021, and amend the due date of the Commission's first report.

The House recedes with an amendment that would modify the termination date and add an authority to accept gifts.

The conferees are pleased that the National Security Commission on Artificial Intelligence has begun executing its critical mandate with resolve and purpose. The original intent of the conferees was to create a Commission with limited duration and minimal staffing and with status as an independent entity. The conferees acknowledge the President of the United States' signing statement of August 13, 2018, that the Commission will be treated as an independent entity, separate from the executive branch due to its legislative branch appointees and the necessity to uphold the separation of powers. The conferees direct the Secretary of Defense to provide appropriate resources to enable the Commission to process and support security classification and administrative related issues as well as comply with other legal requirements.

*Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense (sec. 1736)*

The Senate bill contained a provision (sec. 6004) that would amend section 101(10A) of title 11, United States Code, by exempting payments provided by the Department of Veterans Affairs and the Department of Defense in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services from being included in bankruptcy calculations.

The House amendment contained an identical provision (sec. 1099K).

The conference agreement includes this provision.

*Extension of postage stamp for breast cancer research (sec. 1737)*

The House amendment contained a provision (sec. 1085) that would amend section 414(h) of title 39, United States Code, by extending the postage stamp for breast cancer research to 2027.

The Senate bill contained no similar provision.

The Senate recedes.

*National Commission on Military Aviation Safety (sec. 1738)*

The Senate bill contained a provision (sec. 1085) that would extend the reporting date for the National Commission on Aviation Safety from March 1, 2020, until December 1, 2020.  It would also authorize an additional $3.0 million for the Commission to conduct its work.

The House amendment included a similar provision (sec. 1084) that would extend the reporting date and provide an additional authorization of $3.0 million.

In addition, the House provision would require a report from the Secretary of Defense within 120 days after the Commission submits its report that would include: (1) an assessment of the findings and conclusions of the Commission; (2) the plan of the Secretaries for implementing the recommendations of the Commission; and (3) any other actions taken or planned by the Secretary of Defense or the Secretary of any of the military departments to improve military aviation safety.

The Senate recedes.

The conferees understand that the Commission is relying heavily on the services' safety centers for data, which is appropriate. However, the conferees also understand that the Commission may be intending to rely solely on the safety centers for analysis of that data.  The conferees believe it is important for the Commission to conduct its own independent

analysis of the data in order to develop its own set of conclusions and recommendations.

*Guarantee of residency for spouses of members of uniformed services (sec. 1739)*

The Senate bill contained a provision (sec. 1083) that would amend title VI of the Servicemembers Civil Relief Act (50 U.S.C. 4021 et seq.) to allow a spouse of a servicemember to elect the same residence as the servicemember for any purpose regardless of the date on which the marriage occurred.

The House amendment contained no similar provision.

The House recedes with an amendment that would allow a spouse of a servicemember to elect the same residence as the servicemember for any purpose, to include the registration of a business, regardless of the date on which the marriage occurred.

*Electromagnetic pulses and geomagnetic disturbances (sec. 1740)*

The Senate bill contained a provision (sec. 6006) that would make a series of modifications to section 320 of the Homeland Security Act of 2002 (6 U.S.C. 195f), to improve preparedness for and resilience to the effects of electromagnetic pulses and geomagnetic disturbances. The provision would also require the Secretary of Homeland Security, in coordination with other relevant agency officials, to submit several reports to the appropriate congressional committees.

The House amendment contained no similar provision.

The House recedes with a series of technical and clarifying amendments.

*Improvements to Manufacturing USA Program (sec. 1741)*

The Senate bill contained a provision (sec. 6008) that would amend section 34 of the National Institute of Standards and Technology Act (15 U.S.C. 278s) to provide various improvements in the Manufacturing USA program, including eliminating funding limits for high performing institutes, adding new networks in innovate sectors such as advanced sensors, increasing interagency collaboration, and facilitating the development of standards-based certifications.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

The conferees note the importance of the Hollings Manufacturing Extension Partnership Program in providing education, guidance, and technical assistance to strengthen the cybersecurity of small- and medium-sized manufacturers that

WASHSTATEC014227

provide goods or services in the supply chain for the Department of Defense and encourage the Secretary of Defense to continue work with this program to strengthen the industrial base.

*Regional innovation program (sec. 1742)*

The Senate bill contained a provision (sec. 6009) that would amend section 3722 of title 15, United States Code, to revise the regional innovation program, including replacing regional innovation clusters with regional innovation initiatives and authorizing the Secretary of Commerce to use up to $50.0 million of appropriated funds to carry out the program in each of the fiscal years 2020 through 2024.

The House amendment contained no similar provision.

The House recedes with clarifying amendments.

*Aviation workforce development (sec. 1743)*

The Senate bill contained a provision (sec. 6019) that would amend Section 625(c)(1) of the FAA Reauthorization Act of 2018 (P.L. 115-254).

The House amendment contained no similar provision.

The House recedes.

*Oversight of Department of Defense execute orders (sec. 1744)*

The Senate bill contained a provision (sec. 1033) that would require the Secretary of Defense, except in extraordinary circumstances, to provide the congressional defense committees with an execute order approved by the Secretary of Defense or a combatant commander for review within 30 days of receiving a written request from the Chairman or Ranking Member of any such committee.

The House amendment contained a provision (sec. 1082) that would add a new section in chapter 2 of title 10, United States Code, requiring the Secretary of Defense to provide to the Chairman and Ranking Member of each of the congressional defense committees, and their designated staff with the appropriate security clearance, copies of each execute order issued by the Secretary or by a commander of a combatant command before the date of the enactment of this Act, and within 30 days of issuing an execute order after the date of the enactment of this Act.

The House recedes with an amendment that would require the Secretary of Defense, except in extraordinary circumstances, to provide to the congressional defense committees an execute order that has been approved by the Secretary of Defense or a combatant commander for review and a detailed briefing on the

WASHSTATEC014228

requested execute order within 30 days of receiving written
request from the Chairman or Ranking Member of any such
committee. The provision would also require that, not later than
30 days after the date on which the budget of the President is
submitted to Congress under section 1105(a) of title 31, United
States Code, and every 90 days thereafter, the Secretary of
Defense submit to the congressional defense committees a
comprehensive report identifying and summarizing all execute
orders approved by the Secretary or the commander of a combatant
command in effect for the Department of Defense as of the date
of the report.

*Processes and procedures for notifications regarding special
operations forces (sec. 1745)*

        The House amendment contained a provision (sec. 1086) that
would mandate the Secretary of Defense establish and submit
processes and procedures for providing notifications to the
congressional defense committees regarding members of special
operations forces. This section would also mandate that the
processes and procedures include clarification of the roles and
responsibilities of the Secretaries of the military departments,
the Assistance Secretary of Defense for Special Operations and
Low Intensity Conflict, and the Commander of U.S. Special
Operations Command in providing such notifications to Congress.
        The Senate bill contained no similar provision.
        The Senate recedes.

*Securing American science and technology (sec. 1746)*

        The House amendment contained a provision (sec. 1089) that
would establish an interagency working group to coordinate
activities for the protection of federally funded research and
development from foreign interference while accounting for an
exchange of ideas and for the international talent required for
scientific progress and American leadership in science.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would: (1)
Modify the membership of the working group; (2) Modify the
responsibilities of the working group; (3) Require the Director
of the Office of Science and Technology Policy to develop and
issue policy guidance; and (4) Establish a roundtable sunset.

*Standardized policy guidance for calculating aircraft operation
and sustainment costs (sec. 1747)*

WASHSTATEC014229

The House amendment contained a provision (sec. 1090) that would require the Under Secretary of Defense for Acquisition and Sustainment to develop and implement standardized policy guidance for calculating aircraft operation and sustainment costs for the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the standardized policy guidance to include a calculation of the average annual operational and sustainment cost per aircraft and other cost metrics as considered appropriate by the Under Secretary.

*Special Federal Aviation Regulation Working Group (sec. 1748)*

The House amendment contained a provision (sec. 1091) that would require the Secretary of Defense, the Secretary of Transportation, and the Secretary of State to establish a Special Federal Aviation Regulation interagency working group to review the current options for the Department of Defense to use contracted U.S. civil aviation to provide support for Department of Defense missions in areas where a Federal Aviation Administration Special Federal Aviation Regulation is in effect.

The Senate bill contained no similar provision.

The Senate recedes.

*Prohibition on names related to the Confederacy (sec. 1749)*

The House amendment contained a provision (sec. 1092) that would prohibit the Secretary of Defense from naming any asset that refers to, or include a term referring to, the Confederate States of America.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would explicitly state that nothing in this provision may be construed as requiring the Secretary concerned to initiate a review of previously named assets.

*Support for National Maritime Heritage Grants program (sec. 1750)*

The House amendment contained a provision (sec. 1099F) that would allow the Secretary of Defense to contribute up to $5.0 million to provide support for the National Maritime Heritage Grants program under section 308703 of title 54, United States Code.

The Senate bill contained no similar provision.

WASHSTATEC014230

The Senate recedes.

*Support for world language advancement and readiness (sec. 1751)*

The House amendment contained a provision (sec. 1099N) that would authorize the Secretary of Defense to make grants to eligible entities to carry out innovative model programs providing for the establishment, improvement, or expansion of world language study for elementary school and secondary schools.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Secretary of Defense to provide support to eligible entities for the establishment, improvement, or expansion of world language study for elementary school and secondary school students.

*Designation of Department of Defense strategic Arctic ports (sec. 1752)*

The Senate bill contained a provision (sec. 1041) that would require the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff, the Commanding General of the United States Army Corps of Engineers, the Commandant of the Coast Guard, and the Administrator of the Maritime Administration, to submit a report to the congressional defense committees evaluating potential sites for one or more strategic ports in the Arctic region. The provision would also require the Secretary of Defense to designate one or more ports as Department of Defense Strategic Arctic Ports not later than 90 days after the submission of the report.

The House amendment contained a similar provision (sec. 1099T) that would require the same report outlined in the Senate bill, and based on that report the Secretary of Defense may designate one or more ports as Department of Defense Strategic Arctic Ports not later than 90 days after the submission of the report.

The Senate recedes.

*Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure (sec. 1753)*

The House amendment contained a provision (sec. 1099Y) that would require the Comptroller General of the United States to conduct a report with cost analyses on options for reducing the nuclear security enterprise, options for reductions in

WASHSTATEC014231

services contracts, options for rebalancing force structure and the force mix between active and reserve components, options for reducing or realigning overseas military presence, options for the use of pre-award audits, and options for replacing military personnel with civilian employees.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense enter into contracts with two federally funded research centers to conduct independent reviews of alternative defense postures that achieve U.S national security objectives and could produce cost savings. These reviews will examine alternative nuclear deterrence postures with increased and decreased force posture levels, changes to conventional force structure and posture, alterations to the mix of military and civilian workforces, and options for reducing services contracts. The amendment also requires a briefing by the Comptroller General of the United States on open recommendations for cost savings at the Department of Defense.

*Comprehensive Department of Defense policy on collective self-defense (sec. 1754)*

The Senate bill contained a provision (sec. 1032) that would require the Secretary of Defense to prescribe a comprehensive written policy for the Department of Defense on the issuance of authorization of, and the provision by members and units of the United States Armed Forces of, collective self-defense to designated foreign nationals, their facilities, and their property.

The House amendment contained no similar provision.

The House recedes.

*Policy regarding the transition of data and applications to the cloud (sec. 1755)*

The Senate bill contained a provision (sec. 1035) that would require the Chief Information and Chief Data Officers of the Department of Defense to develop and implement a policy relating to the transition of data and applications to the cloud under the Department's cloud strategy.

The House amendment contained no similar provision.

The House recedes.

*Integrated public alert and warning system (sec. 1756)*

The Senate bill contained a provision (sec. 6012) that would require the Administrator of the Federal Emergency

Management Agency to develop minimum requirements for State, Tribal, and local governments to participate in the public alert and warning system.

The House amendment contained no similar provision.

The House recedes with an amendment to clarify the definition of "appropriate congressional committees" and to include a false alert reporting requirement.

*Improving quality of information in background investigation request packages (sec. 1757)*

The Senate bill contained a provision (sec.6014) that would require, not later than 180 days after the date of the enactment of this Act, the Director of the Defense Counterintelligence and Security Agency, in consultation with the Security, Suitability, and Credentialing Performance Accountability Council, submit a report on metrics and best practices in the background investigation process. The provision would also require, not later than 270 days after the date of the enactment of this Act, and annually thereafter, the Security, Suitability, and Credentialing Performance Accountability Council to report on performance against the metrics and return rates identified in the provision. The provision would also require the subsequent identification of agencies in need of improvement and plans to improve performance.

The House amendment contained no similar provision.

The House recedes.

*Parole in place for members of the Armed Forces and certain military dependents (sec. 1758)*

The House amendment contained a provision (sec. 1099C) that would establish the eligibility of a non-citizen member of the Armed Forces, as well as that servicemember's spouse, widow, widower, parent, son, or daughter, for "parole in place" under section 212(d)(5) of the Immigration and Nationality Act. Further, the provision would express the sense of Congress as to the value of family unity in promoting the readiness and mission accomplishment in the Armed Forces, and reaffirm the parole in place authority of the Secretary of Homeland Security.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Homeland Security to consider, on a case-by-case basis, whether granting the request of a member of the Armed Forces for parole in place would enable military family unity that would constitute a significant public benefit.  The

WASHSTATEC014233

Secretary of Homeland Security would apply like consideration to parole in place requests from the spouse, son, daughter, or parent of a member of the Armed Forces, and from the widow, son, daughter, or parent of a member of the Armed Forces who is deceased.  Further, the amendment sets forth the sense of Congress that:  (1) parole in place reinforces the objective of military family unity; (2) except as required in furtherance of the missions of the Armed Forces, disruption to military family unity should be minimized in order to enhance military readiness; and (3) the importance of the parole in place authority of the Secretary of Homeland Security is reaffirmed.

*Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense (sec. 1759)*

The House amendment contained a provision (sec. 1098) that would require that not later than 120 days after the date of enactment of this Act, the Secretary of Defense, the Secretary of State, and the Director of the Central Intelligence Agency each shall submit to the appropriate congressional committees, a report detailing progress made by the Secretary or the Director, as the case may be, toward reducing the backlog in legally required historical declassification obligations.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would scope the requirement such that only the Secretary of Defense need submit a report, and that the Secretary's report would be submitted only to the Committees on Armed Services of the Senate and the House of Representatives.

*Military type certification for light attack experimentation aircraft (sec. 1760)*

The House amendment contained a provision (sec. 1095) that would require the Secretary of the Air Force to make available and conduct military type certifications for light attack aircraft participating in the experiment as needed.

The Senate bill contained a similar provision (sec. 146) that would require the Secretary of the Air Force to conduct a Military Type Certification for AT-6 and A-29 Light Attack Experimentation Aircraft.

The Senate recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

WASHSTATEC014234

*Short title*

      The House amendment contained provisions (sec. 1051) that would establish that this subtitle may be cited as "the National Defense Strategy Implementation Act."
      The Senate bill contained no similar provision.
      The House recedes.

*Definitions*

      The House amendment contained a provision (sec. 1054) that would define the terms "operational challenges" and "strategic competitors" for the purposes of this subtitle.
      The Senate bill contained no similar provision.
      The House recedes.

*No Force and Effect*

      The Senate bill contained two provisions (secs. 5546 and 5585) that would provide respectively that: (1) Part III of subtitle D of title V of the bill, and the amendments made by that part, would have no force and effect; and (2) Section 585 of the bill would have no force and effect.
      The House amendment contained no similar provisions.
      The Senate recedes.

# DIVISION B—MILITARY CONSTRUCTION AUTHORIZATIONS

*Summary and explanation of funding tables*

      Division B of this Act authorizes funding for military construction projects of the Department of Defense. It includes funding authorizations for the construction and operation of military family housing as well as military construction for the reserve components, the defense agencies, and the North Atlantic Treaty Organization Security Investment Program. It also provides authorization for the base closure accounts that fund military construction, environmental cleanup, and other activities required to implement the decisions in base closure rounds. The tables contained in this Act provide the project-level authorizations for the military construction funding authorized in Division B of this Act and summarize that funding by account.

The conferees continue to believe in the value and appropriateness of providing a full authorization but incremental authorization of appropriations for certain military construction projects. The conferees believe incremental funding of large and complex military construction projects enables the Department to execute additional infrastructure projects in a fiscal year, enables continuous congressional oversight, and provides opportunities to adjust the authorization of appropriations level for projects should issues arise or requirements change over the course of construction. In instances where the conference agreement provides full authorization but incremental authorization of appropriations for certain military construction projects, the committee expects the Department to award these projects in the year of authorization and not defer award until the full appropriation amount is received.

*Short title (sec. 2001)*

The Senate bill contained a provision (sec. 2001) that would designate division B of this Act as the ''Military Construction Authorization Act for Fiscal Year 2020.''
The House amendment contained an identical provision (sec. 2001).
The conference agreement includes this provision.

*Expiration of authorizations and amounts required to be specified by law (sec. 2002)*

The Senate bill contained a provision (sec. 2002) that would establish the expiration date for authorizations in this Act for military construction projects, land acquisition, family housing projects, and contributions to the North Atlantic Treaty Organization Security Investment Program as of October 1, 2024, or the date of the enactment of an act authorizing funds for military construction for fiscal year 2025, whichever is later.
The House amendment contained a similar provision (sec. 2002).
The House recedes.

*Effective date (sec. 2003)*

The Senate bill contained a provision (sec. 2003) that would provide an effective date for titles XXI through XXVII and title XXIX of October 1, 2019, or the date of the enactment of this Act, whichever is later.

The House amendment contained a similar provision (sec. 2003).

The House recedes.

# TITLE XXI—ARMY MILITARY CONSTRUCTION

*Summary*

The budget request included $1,453,499,000 for Army military construction and $499,279,000 for family housing for fiscal year 2020. The conference agreement includes authorization of appropriations of $1,270,999,000 for military construction and $604,012,000 for family housing for the Army in fiscal year 2020.

The agreement includes authorization and authorization of appropriations for 3 military construction projects that were not included in the budget request but submitted to the congressional defense committees as part of the Army's unfunded requirements list. These projects include: $40.0 million for an Air Traffic Control Tower and Terminal at Kwajalein Atoll; $21.0 million for a Railhead at Fort Drum, New York; and $18.5 million for a Vehicle Bridge at Fort Hood, Texas.

The agreement also includes authorization and authorization of appropriations of $27.0 million for the Secretary of the Army to carry out Child Development Center projects, with prior notification to the congressional defense committees. The conferees recommend the Secretary use this authority to alleviate issues with the condition and capacity of Child Development Centers in support of military families.

The agreement provides for full authorization and incremental authorization of appropriations in an amount equal to the Department's ability to execute in the year of the authorization of appropriations for the following projects: Cyber Instruction Facility (Admin/Command) at Fort Gordon, Georgia; and the General Instruction Building at Carlisle Barracks, Pennsylvania.

The agreement provides an additional $5,000,000 for Family Housing, Construction Army Planning and Design for the housing pilot program mandated in this Act.

Finally, the conferees note that the budget request included $211.0 million in Army military construction as a placeholder to support the Army, Navy, Marine Corps, and Air Force response to the challenges facing the management and oversight of Military Housing Privatization Initiative developments. The conferees support additional resources to hire additional civilian personnel at the headquarters and installation level to improve the management and oversight of

MHPI developments. The conferees also support applying additional resources towards improved maintenance of government-owned and operated housing units. However, the conferees believe these resources should be directed to the appropriate military departments' family housing accounts. Therefore, the agreement recommends a reduction of $211.0 million from the placeholder, but an increase of $54.7 million for Army Family Housing Maintenance and $45.0 million for Army Housing Privatization Support.

*Authorized Army construction and land acquisition projects (sec. 2101)*

The Senate bill contained a provision (sec. 2101) that would authorize military construction projects for the active component of the Army for fiscal year 2020. The authorized amount is listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2101) that would also require the Secretary of Defense to provide a study of near-term facility alternatives to house high value detainees current detained at Naval Station Guantanamo Bay, Cuba.

The Senate recedes with a technical amendment.

*Family housing (sec. 2102)*

The Senate bill contained a provision (sec. 2102) that would authorize new construction, planning, and design of family housing units for the Army for fiscal year 2020. This provision would also authorize funds for facilities that support family housing, including housing management offices, housing maintenance, and storage facilities.

The House amendment contained a similar provision (sec. 2102).

The Senate recedes.

*Authorization of appropriations, Army (sec. 2103)*

The Senate bill contained a provision (sec. 2103) that would authorize appropriations for the active component military construction and family housing projects of the Army authorized for construction for fiscal year 2020. This provision would also provide an overall limit on the amount authorized for military construction and family housing projects for the active component of the Army. The state list contained in this report

WASHSTATEC014238

is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2103).

The conference agreement includes this provision.

*Modification of authority to carry out certain fiscal year 2019 projects (sec. 2104)*

The Senate bill contained a provision (sec. 2104) that would modify the authorization contained in section 2101(a) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115–232) for the construction of a weapon maintenance shop at Anniston Army Depot, Alabama.

The House bill contained a similar provision (sec. 2104). The Senate recedes.

# TITLE XXII—NAVY MILITARY CONSTRUCTION

*Summary*

The budget request included $2,805,743,000 for Navy and Marine Corps military construction and $365,531,000 for family housing for fiscal year 2020. The conference agreement includes authorization of appropriations of $2,774,961,000 for military construction and $479,864,000 for family housing for the Navy and Marine Corps in fiscal year 2020.

The agreement includes authorization and authorization of appropriations for 13 military construction projects that were not included in the budget request but submitted to the congressional defense committees as part of the United States Indo-Pacific Command, Navy, and Marine Corps' unfunded requirements list. These projects include: $99.6 million for a Bachelor Enlisted Quarters at Yuma, Arizona; $79.0 million for an Aircraft Paint Complex at Coronado, California; $74.6 million for a Machinery Control Development Center at Philadelphia, Pennsylvania; $60.0 million for a MH-60 & CMV-22B Corrosion Control and Paint Facility at Norfolk, Virginia; $59.0 million for NMC Ordnance Facilities Recapitalization, Phase 1 at Yorktown, Virginia; $50.0 million for the first increment of an Aircraft Parking Apron at Darwin, Australia; $48.0 million for the Seawolf Service Pier Cost-to-Complete at Kitsap, Washington; $37.4 million for a Child Development Center at Miramar, California; $37.2 million for Range Improvements & Modernization Phase 3 at Parris Island, South Carolina; $28.0 million for a Missile Magazine at Seal Beach, California; $18.7 million for a Police Station and EOC Facility at Blount Island, Florida; $15.0

million for an Air Traffic Control Tower at Saint Inigoes, Maryland; and $9.9 million for a PMO Facility Repair at San Diego, California.

The agreement provides for full authorization and incremental authorization of appropriations in an amount equal to the Department's ability to execute in the year of the authorization of appropriations for the following projects: I MEF Consolidated Information Center at Camp Pendleton, California; Ammunition Pier at Seal Beach, California; Master Time Clocks & Operations Facility at the Naval Observatory in the District of Columbia; Bachelor Enlisted Quarters at Joint Region Marianas, Guam; Bachelor Enlisted Quarters at Kaneohe Bay, Hawaii; Pier 5 (Berths 2 and 3) at Yokosuka, Japan; II MEF Operations Center Replacement at Camp Lejeune, North Carolina; and Wargaming Center at Quantico, Virginia.

The agreement also includes authorization and authorization of appropriations of $62.4 million for the Secretary of the Navy to carry out Child Development Center projects at Navy and Marine Corps installations, with prior notification to the congressional defense committees. The conferees recommend the Secretary use this authority to alleviate issues with the condition and capacity of Child Development Centers in support of military families.

The agreement includes an increase of $54.7 million for Navy and Marine Corps Family Housing Maintenance and $59.6 million for Navy and Marine Corps Housing Privatization Support. The conferees support using these additional resources to hire additional civilian personnel at the headquarters and installation level to improve the management and oversight of MHPI developments towards improved maintenance of government-owned and operated housing units.

Finally, the agreement transfers the following two military construction projects from the base budget request to Title XXIX, Overseas Contingency Operations Military Construction: $53.3 million for Electrical System Upgrades in Bahrain and $77.4 million for a Communication Station at Sigonella, Italy.

*Authorized Navy construction and land acquisition projects (sec. 2201)*

The Senate bill contained a provision (sec. 2201) that would authorize Navy and Marine Corps military construction projects for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2201).

The Senate recedes with a technical amendment.

*Family housing (sec. 2202)*

The Senate bill contained a provision (sec. 2202) that would authorize new construction, planning, and design of family housing units for the Navy for fiscal year 2020. This provision would also authorize funds for facilities that support family housing, including housing management offices, housing maintenance, and storage facilities.

The House amendment contained an identical provision (sec. 2202).

The conference agreement includes this provision.

*Improvements to military family housing units (sec. 2203)*

The Senate bill contained a provision (sec. 2203) that would authorize the Secretary of the Navy to improve existing family housing units of the Department of the Navy in an amount not to exceed $41.8 million.

The House amendment contained a similar provision (sec. 2203).

The Senate recedes.

*Authorization of appropriations, Navy (sec. 2204)*

The Senate bill contained a provision (sec. 2204) that would authorize appropriations for the active component military construction and family housing projects of the Department of the Navy authorized for construction for fiscal year 2020. This provision would also provide an overall limit on the amount authorized for military construction and family housing projects for the active components of the Navy and the Marine Corps. The state list contained in this report is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2204).

The conference agreement includes this provision.

Modification of authority to carry out certain fiscal year 2017 project (sec. 2205)

The House amendment contained a provision (sec. 2205) that would modify the authority provided by section 2201 of the Military Construction Authorization Act for Fiscal Year 2017 (division B of Public Law 114-328) and authorize the Secretary

of the Navy to make certain modifications to the authorized cost
of a previously authorized construction project.
    The Senate bill contained no similar provision.
    The Senate recedes.

# TITLE XXIII—AIR FORCE MILITARY CONSTRUCTION

*Summary*

    The budget request included $2,179,230,000 for Air Force
military construction and $398,647,000 for family housing for
fiscal year 2020. The conference agreement includes
authorization of appropriations of $1723,579,000 for military
construction and $484,580,000 for family housing for the Air
Force in fiscal year 2020.
    The agreement includes authorization and authorization of
appropriations for 10 military construction projects that were
not included in the budget request but submitted to the
congressional defense committees as part of the Air Force's
unfunded requirements list. These projects include: $7.0 million
for Dormitory Cost-to-Complete at Little Rock Air Force Base,
Arkansas; $17.0 million for ADAL Aerial Port Squadron Materiel
Warehouse at Travis Air Force Base, California; $49.0 for
Consolidate Cadet Prep School Dormitory at the United States Air
Force Academy, Colorado; $54.0 million for SOCNORTH Theater
Operational Support Facility at Peterson Air Force Base,
Colorado; $12.5 million for 41 RQS HH-60W Apron at Moody Air
Force Base, Georgia; $27.0 million for Consolidated Vehicle Ops
and MX Facility at Whiteman Air Force Base, Missouri; $20.0
million for NC3 Support WRM Storage/Shipping Facility at
Holloman Air Force Base, New Mexico; $3.1 million for F-35
Munitions Maintenance Facilities Cost-to-Complete at Nellis Air
Force Base, Nevada; $36.0 million for AFPC B-Wing at Joint Base
San Antonio, Texas; and $4.8 million for SERE Pipeline Dormitory
Cost-to-Complete at Fairchild Air Force Base, Washington.
    The agreement provides for full authorization and
incremental authorization of appropriations in an amount equal
to the Department's ability to execute in the year of the
authorization of appropriations for the following projects:
Consolidated Space Operations Facility at Schriever Air Force
Base, Colorado; MIT-Lincoln Lab (West Lab CSL/MIF) Increment 2
at Hanscom Air Force Base, Massachusetts;  Fuel Tanks w/
Pipeline/Hydrant System at Tinian, Commonwealth of the Northern
Mariana Islands; Airfield Development Phase 1 at Tinian,
Commonwealth of the Northern Mariana Islands; Parking Apron at
Tinian, Commonwealth of the Northern Mariana Islands; Weapons
Storage and Maintenance Facility at Malmstrom Air Force Base,

Montana; and GBSD Mission Integration Facility at Hill Air Force Base, Utah.

The agreement also includes authorization and authorization of appropriations of $31.5 million for the Secretary of the Air Force to carry out Child Development Center projects at Air Force installations, with prior notification to the congressional defense committees. The conferees recommend the Secretary use this authority to alleviate issues with the condition and capacity of Child Development Centers in support of military families.

The agreement includes an increase of $54.7 million for Air Force Family Housing Maintenance and $31.2 million for Air Force Housing Privatization Support. The conferees support using these additional resources to hire additional civilian personnel at the headquarters and installation level to improve the management and oversight of MHPI developments towards improved maintenance of government-owned and operated housing units.

Finally, the agreement transfers the following two military construction projects from the base budget request to Title XXIX, Overseas Contingency Operations Military Construction: $42.0 million Munitions Storage Area at Azraq, Jordan and $24.0 million for an Air Traffic Control Tower at Azraq, Jordan.

*Authorized Air Force construction and land acquisition projects (sec. 2301)*

The Senate bill contained a provision (sec. 2301) would authorize Air Force military construction projects for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2301).

The Senate recedes with a technical amendment.

*Family housing (sec. 2302)*

The Senate bill contained a provision (sec. 2302) that would authorize new construction, planning, and design of family housing units for the Air Force for fiscal year 2020. The provision would also authorize funds for facilities that support family housing, including housing management offices, housing maintenance, and storage facilities.

The House amendment contained a similar provision (sec. 2302).

The House recedes.

*Improvements to military family housing units (sec. 2303)*

The Senate bill contained a provision (sec. 2303) that would authorize the Secretary of the Air Force to improve existing family housing units of the Department of the Air Force in an amount not to exceed $53.6 million.

The House amendment contained an identical provision (sec. 2303).

The conference agreement includes this provision.

*Authorization of appropriations, Air Force (sec. 2304)*

The Senate bill contained a provision (sec. 2304) that would authorize appropriations for the active component military construction and family housing projects of the Air Force authorized for construction for fiscal year 2020. This provision would also provide an overall limit on the amount authorized for military construction and family housing projects for the active component of the Air Force. The state list contained in this report is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2304).

The conference agreement includes this provision.

*Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation (sec. 2305)*

The Senate bill contained a provision (sec. 2305) that would modify the authorization contained in section 2301(b) of the Military Construction Authorization Act for Fiscal Year 2015 (division B of Public Law 113-291; 128 Stat. 3679) for Royal Air Force Croughton, for Joint Intelligence Analysis Complex Consolidation Phase 1, to change the location to Royal Air Force Molesworth, United Kingdom.

The House amendment contained a similar provision (sec. 2305).

The Senate recedes.

*Modification of authority to carry out certain fiscal year 2016 project (sec. 2306)*

The Senate bill contained a provision (sec. 2306) that would modify the authorization contained in section 2301(b) of the Military Construction Authorization Act for Fiscal Year 2016 (division B of Public Law 114-92; 129 Stat. 1153) for Joint Intelligence Analysis Complex Consolidation Phase 2 at an

unspecified location in the United Kingdom, as modified by
section 2305 of the Military Construction Authorization Act for
Fiscal Year 2019 (division B of Public Law 115-232).
        The House amendment contained a similar provision (sec.
2306).
        The Senate recedes.

*Modification of authority to carry out certain fiscal year 2017
project (sec. 2307)*

        The Senate bill contained a provision (sec. 2307) that
would modify the authorization contained in section 2301(b) of
the Military Construction Authorization Act for Fiscal Year 2017
(division B of Public Law 114-328; 130 Stat. 2697) for Joint
Intelligence Analysis Complex Consolidation Phase 3 at an
unspecified location in the United Kingdom, as modified by
section 2305 of the Military Construction Authorization Act for
Fiscal Year 2019 (division B of Public Law 115-32).
        The House amendment contained a similar provision (sec.
2307).
        The Senate recedes.

*Modification of authority to carry out certain fiscal year 2018
projects (sec. 2308)*

        The Senate bill contained a provision (sec. 2308) that
would modify the authority contained in section 2301(a) of the
Military Construction Authorization Act for Fiscal Year 2018
(division B of Public Law 115-91; 131 Stat. 1826) for the
construction of a dining and classroom facility at Joint Base
San Antonio, Texas, and for the construction of an air traffic
control tower. Additionally this provision would modify the
authorization contained in section 2903 of the Military
Construction Authorization Act for Fiscal Year 2018 (division B
of Public Law 115-91; 131 Stat. 1876) for repairing and
expanding a quick reaction alert pad at Rygge, Norway.
        The House amendment contained a similar provision (sec.
2308).
        The Senate recedes with a technical amendment.

*Modification of authority to carry out certain fiscal year 2019
projects (sec. 2309)*

        The Senate bill contained a provision (sec. 2309) that
would modify the authorization contained in section 2301(a) of
the Military Construction Authorization Act for Fiscal Year 2019
(division B of Public Law 115-232) for the construction of a

semiconductor or microelectronics lab facility at Hanscom Air Force Base, Massachusetts. This provision would also modify the authorization contained in section 2301(b) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115-232) for the construction of an F-35 dormitory at Royal Air Force Lakenheath, United Kingdom.

The House amendment contained a similar provision (sec. 2309).

The Senate recedes.

# TITLE XXIV—DEFENSE AGENCIES MILITARY CONSTRUCTION

*Summary*

The budget request included $2,504,190,000 for military construction and $60,545,000 for family housing for defense agencies for fiscal year 2020. The conference agreement includes authorization of appropriations of $2,202,910,000 for military construction and $60,545,000 for family housing for defense agencies in fiscal year 2020.

The agreement includes authorization and authorization of appropriations for 12 Energy Resiliency Conservation Investment Program (ERCIP) projects that were not included in the budget request but submitted to the congressional defense committees as part of the Department's unfunded requirements list. These projects include: $8.9 million for an Energy Storage System at Naval Air Weapons Station China Lake, California; $9.7 million to Install Microgrid Controller, 75 kw PV and 750 Kwh Battery at Mountain View, California; $10.5 million for a Cogeneration Plant B236 at Monterey, California; $16.9 million for Smart Grid and ICS Infrastructure at Naval Base Guam, Guam; $4.0 million to Install 500kw Covered Parking PV System & Electric Vehicle Charging Stations B479 at Joint Base Pearl Harbor-Hickam, Hawaii; $13.8 million for Chiller 3-9 Replacement at Bethesda, Maryland; $18.4 million for IH Water Project – CBIRF/IHEODTD/Housing at South Potomac, Maryland; $5.8 million to Install Microgrid, 700kw PV, 150 Kw Generator, and Batteries at White Sands Missile Range, New Mexico; $4.5 million to Install Microgrid, 650Kw PV, & 500 Kw Generator at Camp Swift, Texas; $16.5 million to Install a Central Energy Plant at Fort Hood, Texas; $66,000 for Integration Systems Upgrades at NRO Headquarters, Virginia; and $23.6 million for Keyport Main Substation Replacement at Naval Base Kitsap, Washington.

The agreement includes authorization and authorization of appropriations for the following project that was not included

in the budget request but submitted to the congressional defense committees as part of the Department's unfunded requirements list: $66.8 million for Landstuhl Elementary School at Ramstein, Germany.

The agreement includes an authorization of appropriations for $30.0 million for Planning and Design: Military Installations Resiliency at unspecified worldwide locations. As noted elsewhere in this report, the conferees believe it is critical for the Department of Defense to appropriately account for the impacts of extreme weather and natural disasters, energy resiliency, a cyber-security threats when planning and designing infrastructure investments at military installations. Therefore, the conferees expect the Department to utilize this authorization of appropriations to conduct appropriate planning when developing resilient infrastructure masterplans and military construction projects.

The agreement provides for full authorization and incremental authorization of appropriations in an amount equal to the Department's ability to execute in the year of the authorization of appropriations for the following projects: Kinnick High School, Increment 2 at Yokosuka, Japan; Bulk Storage Tanks Phase 1 at Yokota Air Base, Japan; MEDCEN Addition/Alteration Increment 3 at Bethesda Naval Hospital, Maryland; Next NGA West (N2W) Complex, Phase 2, Increment 2 at St. Louis, Missouri; and Operations Center Phase 2, Defense Distribution Deport Richmond, Virginia.

*Authorized Defense Agencies construction and land acquisition projects (sec. 2401)*

The Senate bill contained a provision (sec. 2401) would authorize military construction projects for the Defense Agencies for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2401).

The Senate recedes with a technical amendment.

*Authorized Energy Resilience and Conservation Investment Program projects (sec. 2402)*

The Senate bill contained a provision (sec. 2402) that would authorize the Secretary of Defense to carry out energy conservation projects. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2402).

WASHSTATEC014247

The House recedes with a technical amendment.

*Authorization of appropriations, Defense Agencies (sec. 2403)*

The Senate bill contained a provision (sec. 2403) that would authorize appropriations for the military construction and family housing projects of the Defense Agencies authorized for construction for fiscal year 2020. This provision would also provide an overall limit on the amount authorized for military construction and family housing projects for the Defense Agencies. The state list contained in this report is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2403).

The conference agreement includes this provision.

## TITLE XXV—INTERNATIONAL PROGRAMS

## SUBTITLE A—NORTH ATLANTIC TREATY ORGANIZATION SECURITY INVESTMENT PROGRAM

*Summary*

The budget request included $144,040,000 for military construction in fiscal year 2020 for the North Atlantic Treaty Organization Security Investment Program. In addition, pursuant to agreement with the Republic of Korea, the budget request included a list of military construction projects to be funded as in-kind contributions by the Republic of Korea.

The conference agreement includes this amount for the North Atlantic Treaty Organization Security Investment Program projects and the authorization to accept the military construction projects funded by the Republic of Korea.

*Authorized NATO construction and land acquisition projects (sec. 2501)*

The Senate bill contained a provision (sec. 2501) that would authorize the Secretary of Defense to make contributions to the North Atlantic Treaty Organization Security Investment Program in an amount equal to the sum of the amount specifically authorized in section 2502 of this title and the amount of recoupment due to the United States for construction previously financed by the United States.

The House amendment contained an identical provision (sec. 2501).

The conference agreement includes this provision.

*Authorization of appropriations, NATO (sec. 2502)*

The Senate bill contained a provision (sec. 2502) that would authorize appropriations of $144.0 million for the U.S. contribution to the North Atlantic Treaty Organization (NATO) Security Investment Program (NSIP) for fiscal year 2020. This provision would also allow the Department of Defense construction agent to recognize the NATO project authorization amounts as budgetary resources to incur obligations when the United States is designated as the host nation for the purposes of executing a project under NSIP.

The House amendment contained an identical provision (sec. 2502).

The conference agreement includes this provision.

## SUBTITLE B—HOST COUNTRY IN-KIND CONTRIBUTIONS

*Republic of Korea funded construction projects (sec. 2511)*

The Senate bill contained a provision (sec. 2511) that would authorize the Secretary of Defense to accept four military construction projects totaling $542.2 million from the Republic of Korea as in-kind contributions.

The House amendment contained a similar provision (sec. 2511).

The Senate recedes.

## TITLE XXVI—GUARD AND RESERVE FORCES FACILITIES

*Summary*

The budget request included $552,423,000 for military construction of National Guard and Reserve facilities for fiscal year 2020. The conference agreement includes authorization of appropriations of $787,723,000 for military construction of National Guard and Reserve facilities in fiscal year 2020.

The conference includes authorization and authorization of appropriations for of 6 military construction projects that were not included in the budget request but submitted to the

WASHSTATEC014249

congressional defense committees as part of the services
unfunded requirements list. These projects include: $34.0
million for an Enlisted Transient Barracks at Anniston, Alabama;
$57.0 million for Fuels/Corrosion Control Hangar and Shops at
Moffett Air National Guard Base, California; $15.0 million for a
AES Training Admin Facility at Joint Base Andrews, Maryland;
$9.8 million for a Aerial Port Facility at Minneapolis-St. Paul
IAP, Minnesota; $91.0 million for a National Guard Readiness
Center at the Jamaica Armory, New York; and $30.0 million for a
General Instruction Building at Jericho, Vermont.

*Authorized Army National Guard construction and land acquisition
projects (sec. 2601)*

The Senate bill contained a provision (sec. 2601) that
would authorize military construction for the Army
National Guard for fiscal year 2020. The authorized amounts are
listed on an installation-by-installation basis.
The House amendment contained an identical provision (sec.
2601).
The conference agreement includes this provision.

*Authorized Army Reserve construction and land acquisition
projects (sec. 2602)*

The Senate bill contained a provision (sec. 2602) that
would authorize military construction projects for the Army
Reserve for fiscal year 2020. The authorized amounts are listed
on an installation-by-installation basis.
The House amendment contained an identical provision (sec.
2602).
The conference agreement includes this provision.

*Authorized Navy Reserve and Marine Corps Reserve construction
and land acquisition projects (sec. 2603)*

The Senate bill contained a provision (sec. 2603) that
would authorize military construction projects for the Navy
Reserve and Marine Corps Reserve for fiscal year 2020. The
authorized amounts are listed on an installation-by-installation
basis.
The House amendment contained an identical provision (sec.
2603).
The conference agreement includes this provision.

*Authorized Air National Guard construction and land acquisition
projects (sec. 2604)*

The Senate bill contained a provision (sec. 2604) that would authorize military construction projects for the Air National Guard for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2604).

The conference agreement includes this provision.

*Authorized Air Force Reserve construction and land acquisition projects (sec. 2605)*

The Senate bill contained a provision (sec. 2605) that would authorize military construction projects for the Air Force Reserve for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2605).

The conference agreement includes this provision.

*Authorization of appropriations, National Guard and Reserve (sec. 2606)*

The Senate bill contained a provision (sec. 2606) that would authorize appropriations for the reserve component military construction projects authorized for construction for fiscal year 2020 in this Act. This provision would also provide an overall limit on the amount authorized for military construction projects for each of the reserve components of the military departments. The state list contained in this report is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2606).

The conference agreement includes this provision.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Review and report on construction of new, or maintenance of existing, direct fuel pipeline connections at Air National Guard and Air Force Reserve installations*

The House amendment contained a provision (sec. 2607) that would require the Secretary of the Air Force, in conjunction with the Defense Logistics Agency (DLA), to complete a review on the construction of new, or maintenance of existing, direct fuel pipeline connections at Air National Guard (ANG) and Air Force Reserve (AFRES) installations.

WASHSTATEC014251

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of the Air Force, in conjunction with the DLA, to complete a review on the construction of new, or maintenance of existing, direct fuel pipeline connections at ANG and AFRES installations not later than 180 days after the date of the enactment of this Act. The review should contain the following elements:

(1) An analysis of the extent to which the Air Force and DLA have identified direct fuel pipeline projects as an effective and efficient way to enhance the ability of regular component, ANG, and AFRES installations to improve the readiness of affected units and help them to meet their mission requirements. This should include an assessment of how the ANG and AFRES facilities, across all States and territories, can leverage such connections to better support current and emerging air refueling requirements.

(2) An assessment of how direct fuel pipeline connections enhance the resiliency and efficiency of the installations and help meet existing DLA requirements for secondary storage and other fuel requirements.

(3) A list of ANG and AFRES installations that do not currently have a direct connection pipeline but have access to such a pipeline within reasonable proximity (less than 5 miles) to the facility.

(4) An overview and summary of the current process for considering such proposals, including the factors used to consider requests, the weight provided to each factor, and a list of ANG and AFRES installations that have sought funding for projects to create direct access to a national fuel pipeline or to maintain access to such pipelines over the last 5 years.

(5) A list of the total instances in the past 5 years in which projects for direct fuel pipeline connections have been approved for regular component, ANG, or AFRES installations, including the costs of each project and the justification for such approval.

(6) A list of ANG and AFFRES installations with current pipeline connections that the Air Force or DLA has determined should no longer be used, including:

(A) An analysis of the justifications for each determination, such as decisions to switch from pipelines to trucks as the primary fuel delivery method;

(B) An assessment of whether these determinations fairly weigh the costs and benefits of building or maintaining a pipeline tap as a practical primary or secondary fuel delivery method for the installation compared to railroad, barge terminal, or truck delivery; and

(C) An assessment of whether these determinations fairly consider or weigh how direct fuel pipeline connections increase security for the fuel supply by reducing the threat of interruption, how the connections enhance mission reliability by providing access to greater fuel storage capability, and the ability of such projects once completed to better support the domestic and global operations of the ANG or AFRES installation.

(7) An assessment of how costs associated with each direct fuel pipeline connection project is considered by the Air Force or DLA and the weight given to such costs in the final analysis.

(8) An assessment of the effectiveness or usefulness of guidance or technical assistance provided to installations that request or propose direct fuel pipeline connection projects and recommendations for additional ways to provide assistance to ensure the Air Force and DLA receive the most up-to-date information about the costs and benefits of proposed projects from installations.

(9) An assessment of the available funding sources though the Air Force, DLA, other Department of Defense entities, or other mechanisms, such as a public-private partnership or enhanced use lease, that can support direct fuel pipeline connection projects either in whole or in part.

(10) An assessment of the extent to which direct fuel pipeline connection projects have been incorporated in any comprehensive plan the Air Force has developed or will develop regarding investments needed to improve regular component, ANG, and AFRES installations to meet the Department's needs.

The conferees further direct the Secretary to provide a final report containing the results of the review to the congressional defense committees not later than 1 year after the date of enactment of this Act. The report should include recommendations on how the Air Force can better expedite and support the use of fuel pipelines at ANG and AFRES installations. The recommendations should include options for accelerating the development and consideration of such projects where most feasible and appropriate, including whether costs savings could be obtained by including such projects as part of other related projects already authorized at an installation.

# TITLE XXVII—BASE REALIGNMENT AND CLOSURE ACTIVITIES

*Summary*

The budget request included $278,526,000 for Base Realignment and Closure (BRAC) activities related to previous

BRAC rounds. The conference agreement includes authorization of appropriations of $392,526,000 for Base Realignment and Closure (BRAC) activities related to previous BRAC rounds in fiscal year 2020.

*Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account (sec. 2701)*

The Senate bill contained a provision (sec. 2701) that would authorize appropriations for fiscal year 2020 for ongoing activities that are required to implement the decisions of the 1988, 1991, 1993, 1995, and 2005 base realignment and closure rounds.

The House amendment contained an identical provision (sec. 2701).

The conference agreement includes this provision.

*Prohibition on conducting additional base realignment and closure (BRAC) round (sec. 2702)*

The Senate bill contained a provision (sec. 2702) that would prohibit the Department of Defense from conducting another base realignment and closure (BRAC) round.

The House amendment contained no similar provision.

The House recedes.

# TITLE XXVIII—MILITARY CONSTRUCTION AND GENERAL PROVISIONS

## SUBTITLE A—MILITARY CONSTRUCTION PROGRAM

*Military installation resilience plans and projects (sec. 2801)*

The Senate bill contained a provision (sec. 2801) that would amend subchapter I of chapter 169 of title 10, United States Code, to require the Secretaries of the military departments to develop and implement military installation resilience plans for installations in coastal areas.

The House amendment contained a similar provision (sec. 2803) that would amend section 2864 of title 10, United States Code, to provide additional clarity on the required elements of military installation resilience plans; encourage coordination with relevant local, State, and Federal entities in the development of plans; and require an assessment of resiliency

WASHSTATEC014254

gaps and best practices. This section would further require the
Secretary of Defense to provide a report to the House Committee
on Armed Services by March 1, 2020, listing the installation
master plans completed or in progress during the previous 12
months.

The Senate recedes with an amendment that would allow the
Secretary of Defense to carry out military construction projects
for military installation resilience.

*Improved consultation with tribal governments when proposed
military construction projects potentially impact Indian tribes
(sec. 2802)*

The House amendment contained a provision (sec. 2804) that
would require the military departments to assess whether any
military construction project has the potential to significantly
affect tribal lands, sacred sites, or tribal treaty rights.
Additionally, the Secretary concerned shall include a
description of the current status of consultation with the
tribal government of each impacted Indian tribe on military
construction projects proposed to Congress.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Increased authority for use of certain appropriations amounts
for restoration or replacement of damaged or destroyed
facilities (sec. 2803)*

The Senate bill contained a provision (sec. 2804) that
would allow the Secretary of the military department concerned
to carry out unspecified minor military construction projects,
not to exceed $12.0 million with an area cost factor of $19.0
million, at the following installations: (1) Tyndall Air Force
Base, Florida; (2) Camp Ashland, Nebraska; (3) Offutt Air Force
Base, Nebraska; (4) Camp Lejeune, North Carolina; and (5) Marine
Corps Air Station Cherry Point, North Carolina. This provision
would include a termination clause of 5 years after the
enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would instead
amend section 2854(c)(3) of title 10, United States Code, by
striking "$50,000,000" and inserting "$100,000,000".

*Amendment of Unified Facilities Criteria to promote military
installation resilience, energy resilience, energy and climate
resiliency, and cyber resilience (sec. 2804)*

The House amendment contained a provision (sec. 2805) that would prohibit the Department of Defense from spending more than 25 percent of the funds available for military construction planning and design until the Secretary of Defense submits a certification to Congress that the Tri-Service Engineering Senior Executive Board has initiated the process of updating the Unified Facility Criteria to ensure building practices and standards promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience. The Secretary of Defense would further certify that the review and revision process will be complete by September 1, 2020.

    The Senate bill contained no similar provision.

    The Senate recedes with a clarifying amendment.

*Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects (sec. 2805)*

The House amendment contained a provision (sec. 2806) that would require the Secretary of Defense or Secretary of the military department concerned to certify, prior to submitting a military construction project for consideration, construction takes into account known extreme weather risks and employs best practices and local building code requirements for resiliency in the face of those risks.

    The Senate bill contained no similar provision.

    The Senate recedes.

*Improved flood risk disclosure for military construction (sec. 2806)*

The House amendment contained a provision (sec. 2807) that would amend section 2805(a)(1) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115-232; 132 Stat. 2262; 10 U.S.C. 2802 note) to ensure sea level fluctuation is considered when evaluating military construction projects.

    The Senate bill contained no similar provision.

    The Senate recedes.

*Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects (sec. 2807)*

The Senate bill contained a provision (sec. 7801) that would amend section 2806 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91; 10 U.S.C. 222a

note) by, among other things, requiring that the projects in the annual report on unfunded requirements for laboratory military construction projects are listed in prioritized order, with specific amounts and elements identified.

The House amendment contained no similar provision.

The House recedes.

*Technical corrections and improvements to defense access road resilience (sec. 2808)*

The Senate bill contained a provision (sec. 2805) that would amend section 210 of title 23, United States Code, to improve the construction and reconstruction of defense access roads subject to weather conditions. Additionally, this provision would update the United Facilities Criteria to ensure that the Department of Defense accounts for weather and population projections during the construction projects.

The House amendment contained a similar provision (sec. 2808).

The Senate recedes.

*Military construction projects for child development centers at military installations (sec. 2809)*

The Senate bill contained a provision (sec. 7804) that would require the Under Secretary of Defense for Personnel and Readiness, in coordination with the Assistant Secretary for Energy, Installations, and Environment for each military department, to submit to the congressional defense committees an annual report listing, in priority order, unfunded requirements for major and minor military construction projects for Department of Defense child development centers (CDCs). This provision would also increase the maximum amounts applicable to minor construction projects for CDCs to $15.0 million for no more than 3 years after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would authorize specific funds for CDCs as delineated in the funding table in section 4601 with specific conditions for authorization.

The conferees direct the Undersecretary of Defense, in coordination with the Assistant Secretary for Energy, Installations, and Environment for each military department, to submit a report to the congressional defense committees by February 15, 2020, listing unfunded requirements for major and minor military construction projects for CDCs of the Department of Defense in priority order. The report shall include appropriate DD Form 1391 documentation for each project.

WASHSTATEC014257

*Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack (sec. 2810)*

The Senate bill contained a provision (sec. 2802, as amended by sec. 7802) that would prohibit funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense to be obligated or expended to implement any activity that reduces air base resiliency or demolishes protected aircraft shelters in the European theater without creating similar protection from attack until such time as the Secretary of Defense certifies that protected aircraft shelters are not required in the European theater.
    The House amendment contained no similar provision.
    The House recedes.

*Prohibition on use of funds to close or return certain bases to the host nation (sec. 2811)*

The Senate bill contained a provision (sec. 2803, as amended by sec. 7803) that would prohibit funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense to be obligated or expended to implement any activity that closes or returns to host nations any existing airbases until such time as the Secretary of Defense certifies that there is no longer a need for a rotational military presence in the European theater.
    The House amendment contained no similar provision.
    The House recedes with a technical amendment.

## SUBTITLE B—REAL PROPERTY AND FACILITIES ADMINISTRATION

Improved energy security for main operating bases in Europe (sec. 2821)

The House amendment contained a provision (sec. 2831) that would prohibit the use of Russian Federation sourced natural gas at main operating bases in Europe.
    The Senate bill contained no similar provision.
    The Senate recedes.

*Access to Department of Defense installations for credentialed transportation workers (sec. 2822)*

WASHSTATEC014258

The House amendment contained a provision (sec. 2832) that would enable the Transportation Worker Identification Credential card to be accepted as a valid credential for unescorted access to a work site at a maritime terminal of the Department of Defense (DOD) and other DOD facilities.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Improved recording and maintaining of Department of Defense real property data (sec. 2823)*

The House amendment contained a provision (sec. 2835) that would require the Undersecretary of Defense for Acquisition and Sustainment to submit a report evaluating service-level best practices for recording and maintaining real property data to Congress not later than 150 days after the date of the enactment of this Act. This provision would also require the Undersecretary to issue service-wide guidance on the best practices described in the report not later than 300 days after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## SUBTITLE C—LAND CONVEYANCES

*Land conveyance, Hill Air Force Base, Ogden, Utah (sec. 2831)*

The House amendment contained a provision (sec. 2841) that would authorize the Secretary of the Air Force to convey 35 acres on Hill Air Force Base to the State of Utah for the purposes of permitting the State to construct a new interchange for Highway 15.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment that would include a savings provision.

*Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery (sec. 2832)*

The Senate bill contained a provision (sec. 2811) that would allow the Secretary of the Army to release the terms and conditions and reversionary interests retained on approximately 141.5 acres previously owned by the United States government. The provision would also require that the transferred land be

WASHSTATEC014259

used for the sole purpose of expanding the Arkansas State
Veterans Cemetery.
    The House amendment contained a similar provision (sec.
2842).
    The House recedes.

*Modification of authorized uses of certain property conveyed by
the United States in Los Angeles, California (sec. 2833)*

    The Senate amendment contained a provision (sec. 7805)
that would modify the authorized uses of a certain property
conveyed by the United States to the State of California.
    The House amendment contained a similar provision (sec.
2843).
    The Senate recedes with a technical amendment.

*Transfer of administrative jurisdiction over certain parcels of
Federal land in Arlington, Virginia (sec. 2834)*

    The Senate bill contained a provision (sec. 2812) that
would require the Secretary of the Interior to transfer a
specified 16.09 acres parcel to the Secretary of the Army and
for the Secretary of the Army to transfer a specified 1.04 acre
parcel to the Secretary of the Interior. The provision would not
require any form of payment or consideration from either party.
The provision would require that the 16.09 acre parcel
transferred to the Army be managed as part of Arlington National
Cemetery.
    The House amendment contained no similar provision.
    The House recedes with an amendment that would require the
Secretary of the Army to seek to enter into a memorandum of
understanding with the Women in Military Service for America
Memorial Foundation to define roles and responsibilities for the
shared responsibility and resources for operation and
maintenance of the Women's Memorial and surrounding grounds.

## SUBTITLE D—MILITARY LAND WITHDRAWALS

*Public notice regarding upcoming periods of Secretary of the
Navy management of Shared Use Area of the Johnson Valley Off-
Highway Vehicle Recreation Area (sec. 2841)*

    The House amendment contained a provision (sec. 2851) that
would amend section 2942 of the Military Land Withdrawals Act of
2013 to require the Secretary of the Navy to provide public

WASHSTATEC014260

notice prior to the use of the Shared Use Area for military training purposes.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE E—WHITE SANDS NATIONAL PARK AND WHITE SANDS MISSILE RANGE

*White Sands Missile Range Land Enhancements (sec. 2851)*

The Senate bill contained a provision (sec. 2814) that would establish White Sands National Park and abolish White Sands National Monument. The establishment of a national park would increase the public recognition of the significant resources of White Sands. This provision would modify the boundary of White Sands National Park and convey 3,737 acres of land from the Secretary of the Interior to the Secretary of the Army. This provision would also convey 8,592 acres of land from the Secretary of the Army to the Secretary of the Interior.

The House amendment contained a series of similar provisions (secs. 2861-2866).

The House recedes with an amendment that would remove the findings and provide for technical changes.

## SUBTITLE F—OTHER MATTERS

*Installation and maintenance of fire extinguishers in Department of Defense facilities (sec. 2861)*

The House amendment contained a provision (sec. 2871) that would require the Secretary of Defense to ensure that portable fire extinguishers are installed and maintained at Department of Defense facilities in accordance with the requirements of national model fire codes.

The Senate bill contained no similar provision.

The Senate recedes.

*Definition of community infrastructure for purposes of military base reuse studies and community planning assistance (sec. 2862)*

The House amendment contained a provision (sec. 2872) that would amend section 2391(c)(4) of title 10, United States Code, to add not-for-profit, member-owned utility services to the definition of community infrastructure.

The Senate bill contained no similar provision.

The Senate recedes.

*Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea (sec. 2863)*

The Senate bill contained a provision (sec. 2822) that would amend section 2804 of the Military Construction Authorization Act for Fiscal Year 2016, Division B of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), to include the Government of the Republic of Korea.
The House amendment contained no similar provision.
The House recedes with an amendment that would allow the Secretary concerned to accept cash contributions for two specific military construction projects in the Republic of Korea and allow for a cost-sharing agreement for said projects as long as the projects are in support of a bilateral defense cooperation agreement between the United States and the Republic of Korea or if the Secretary concerned determines that the United States may derive a benefit from the project.

*Black start exercises at military installations (sec. 2864)*

The House amendment contained a provision (sec. 2874) that would require the Department of Defense to conduct three additional black start exercises at joint bases to test installation energy resiliency systems. This section would also require the Secretary of Defense to provide a report to the defense committees by June 1, 2020, on lessons learned from black start exercises concluded prior to December 31, 2019.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would modify the exercise requirements.

*Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense (sec. 2865)*

The Senate bill contained a provision (sec. 2825) that would authorize the Secretaries of the military departments to carry out a pilot program to design, build, and test technologies in order to extend the service life of roads and runways under their jurisdiction. Further, this provision would require that, not later than 2 years after the commencement of the pilot program, the Secretaries of the military departments submit a report on the program to the congressional defense committees.
The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California (sec. 2866)*

The House amendment contained a provision (sec. 2880) that would prohibit the use of funds to rehabilitate the Over-the-Horizon Backscatter Radar system receiving location in Modoc National Forest.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would extend the sunset on the provision to 2025.

*Designation of Sumpter Smith Joint National Guard Base (sec. 2867)*

The Senate bill contained a provision (sec. 2823) that would designate the Sumpter Smith Air National Guard Base in Birmingham, Alabama, as the ''Sumpter Smith Joint National Guard Base.''

The House amendment contained no similar provision.

The House recedes.

*Santa Ynez Band of Chumash Indians land affirmation (sec. 2868)*

The House amendment contained a provision (sec. 2876) that would place land into trust for the benefit of the Santa Ynez Band of Chumash Mission Indians.

The Senate bill contained no similar provision.

The Senate recedes.

*Lands to be taken into trust as part of the reservation of the Lytton Rancheria (sec. 2869)*

The House amendment contained a provision (sec. 1099D) that would take into trust land owned by the Lytton Rancheria of California.

The Senate bill contained no similar provision.

The Senate recedes.

*Little Shell Tribe of Chippewa Indians of Montana (sec. 2870)*

The Senate amendment contained a provision (sec. 6020) that would extend federal recognition of the Little Shell Tribe of Chippewa Indians of Montana, make the tribe and its members

eligible for services and benefits provided to federally
recognized tribes, and take land into trust.
        The House bill contained no similar provision.
        The House recedes.

*Sense of Congress on restoration of Tyndall Air Force Base (sec.*
*2871)*

        The Senate bill contained a provision (sec. 5306) that
would express the sense of Congress that the Secretary of the
Air Force should restore Tyndall Air Force Base to achieve
military installation resilience.
        The House amendment contained no similar provision.
        The House recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Prohibition on use of military construction funds for*
*construction of a wall, fence, or other physical barrier along*
*the southern border of the United States*

        The House amendment contained a provision (sec. 2801) that
would prohibit the obligation, expense, or use of funds that
have been authorized to be appropriated for military
construction projects in fiscal years 2015 through 2020 to
design or carry out a project to construct, replace, or modify a
wall, fence, or other physical barrier along the international
border between the United States and Mexico.
        The Senate bill contained no similar provision.
        The House recedes.

*Modification and clarification of construction authority in the*
*event of a declaration of war or national emergency*

        The House amendment contained a provision (sec. 2802) that
would amend section 2808 of title 10, United States Code, to
limit the total cost of military construction projects
undertaken during a national emergency to $500.0 million, with a
further limit of $100.0 million for construction projects within
the United States, clarify the ability to waive any other
provision of law, and add elements to required congressional
notifications.
        The Senate bill contained no similar provision.
        The House recedes.

*Modification of requirements relating to land acquisition in*
*Arlington County, Virginia*

The Senate bill contained a provision (sec. 2813) that would amend section 2829A of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) to require the Secretary of the Army to expend amounts up to fair market value for cemetery expansion and include an in-kind consideration clause.

The House amendment contained no similar provision.

The Senate recedes.

*Equal treatment of insured depository institutions and credit unions operating on military installations*

The Senate bill contained a provision (sec. 2821) that would amend section 2667 of title 10, United States Code, to require the Department of Defense (DOD) to ensure that policies governing depository institutions and credit unions operating on military installations are equally applied to all relevant institutions. Additionally, the provision would prohibit any requirement for Secretaries of the military departments to provide no-cost office space or no-cost land lease to any insured depository institution or insured credit union.

The House amendment contained no similar provision.

The Senate recedes.

*Prohibition on use of funds to privatize temporary lodging on installations of Department of Defense*

The Senate bill contained a provision (sec. 2824) that would prohibit the Department of Defense for fiscal year 2020 to privatize temporary lodging on installations of the Department.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the significant management shortfalls in the privatized family housing program may cast doubt regarding the efficacy of future privatization initiatives.

*Report on encroachment challenges on military installations posed by non-military aircraft*

The House amendment contained a provision (sec. 2833) that would require the Assistant Secretary of Defense for Sustainment to submit a report on encroachment challenges and mitigation strategies posed by non-military aircraft overflying military installations.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Assistant Secretary of Defense for Sustainment to submit a report, not later than 180 days after the enactment of this act, which would describe:

(1) The encroachment challenges and security risks posed by non-military aircraft overflying military installations inside the United States, to include operational impacts, installation and personnel security, and intelligence concerns, and

(2) Practicable strategies and recommendations for mitigation of any such challenges and risks, to include an increased military regulatory authority and distinctions, if any, among government/first responder, commercial, civil and recreational aviation.

The term ''aircraft'' does not include unmanned aerial vehicles known as drones, whether used for military or non-military purposes, except that the Assistant Secretary of Defense for Sustainment may make reference in the report to the use of such unmanned aerial vehicles if the Secretary considers reference to such use relevant to the subject of the report.

*Report on capacity of Department of Defense to provide survivors of natural disasters with emergency short-term housing*

The House amendment contained a provision (sec. 2834) that would require the Secretary of Defense to submit a report on the capacity of the Department of Defense to provide survivors of natural disasters with emergency short-term housing.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report analyzing the capacity of the Department of Defense to provide survivors of natural disasters with emergency short-term housing to the congressional defense committees not later than 220 days after the date of enactment of this Act.

*Continued Department of Defense use of heating, ventilation, and air conditioning systems utilizing variable refrigerant flow*

The House amendment contained a provision (sec. 2836) that would allow the Department of Defense to continue to consider and select heating, ventilation, and air conditioning systems that utilize variable refrigerant flow as an option for use in Department facilities.

The Senate bill contained no similar provision.

The House recedes.

*Report on Department of Defense use of intergovernmental support agreements*

The House amendment contained a provision (sec. 2837) that would require the Secretary of Defense to submit a report on the Department of Defense's use of intergovernmental support agreements to the congressional defense committees.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report containing a plan to improve the collection and monitoring of information regarding the consideration and use of intergovernmental support agreements, as authorized by section 2679 of title 10, United States Code, including information regarding the financial and nonfinancial benefits derived from the use of such agreements.

The report should be submitted to the congressional defense committees not later than July 31, 2020.

*Report on vulnerabilities from sea level rise to certain military installations located outside the continental United States*

The House amendment contained a provision (sec. 2873) that would require the Secretary of Defense to submit a report to the congressional defense committees on vulnerabilities from sea level rise at certain installations.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees on vulnerabilities from sea level fluctuation to covered installations located outside of the continental United States. For each covered installation, the report should include the following:

(1) An analysis of the impacts to the operations, contingency plans, and readiness of such installation from sea level fluctuation.

(2) A discussion of mitigation efforts, including dredging, reclaiming land, and island building, that may be necessary due to a sea level fluctuation to ensure the continued operational viability of such installation and to increase the resiliency of such installation. The estimated costs of such efforts should be included in the report.

(4) An identification of alternative locations for the continuance of operations of such installation if such installation is rendered inoperable.

The report should be submitted in unclassified form but may contain a classified annex. For the purposes of this report, the term "covered installation" means Naval Support Facility Diego Garcia and Ronald Reagan Ballistic Missile Defense Test Site, Kwajalein.

*Report on projects awaiting approval from the Realty Governance Board*

The House amendment contained a provision (sec. 2875) that would require that the Secretary of Defense submit a report describing the projects that are awaiting approval from the Realty Governance Board to Congress.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report describing the projects that, as of the date of the report, are awaiting approval from the Realty Governance Board. The report should include the following:

(1) A list of projects awaiting evaluation for a Major Land Acquisition Waiver; and

(2) An assessment of the impact a project described above would have on the security of physical assets and personnel at the military installation requesting the Major Land Acquisition Waiver.

The report should be submitted to the congressional defense committees not later than 180 days after the date of the enactment of this Act.

*Report on lead service lines at military installations*

The House amendment contained a provision (sec. 2877) that would require the Secretary of Defense to submit to the congressional defense committees a report on lead services lines at military installations.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report on lead service lines at military installations to the congressional defense committees not later than January 1, 2021. The report should contain the following:

(1) The number of military installations at which lead service lines are connected to schools, childcare centers and facilities, buildings, and other facilities of the installation as the Secretary determines appropriate.

(2) The total number of members of the Armed Forces affected by the presence of lead service lines at military installations and the number of such members with dependents.

(4) Actions, if any, undertaken by the Secretary to inform individuals affected by the presence of lead service lines at military installations of such presence.

(5) Recommendations for legislative action relating to the replacement of lead service lines at military installations.

*Renaming of Lejeune High School in honor of Congressman Walter B. Jones*

The House amendment contained a provision (sec. 2878) that would rename Lejeune High School at Camp Lejeune, North Carolina, "Walter B. Jones Camp Lejeune High School."

The Senate bill contained no similar provision.

The House recedes.

The conferees note Congressman Walter B. Jones' years of service in support of servicemembers in the United States Armed Forces and encourage the Secretary of the Navy and the Commandant of the Marine Corps to rename a suitable building or other infrastructure in honor and memoriam of Congressman Jones.

*Operation, maintenance, and preservation of Mare Island Naval Cemetery, Vallejo, California*

The House amendment contained a provision (sec. 2879) that would allow the Secretary of Defense to provide not more than $250,000 per fiscal year to aid in the operation, maintenance, and preservation of the Mare Island Naval Cemetery in Vallejo, California, if certain criteria, such as the city entering into an agreement with a nonprofit historical preservation organization, are met within 1 year after the date of the enactment of this Act. The provision would further allow the Secretary to reduce or forgo assistance in a fiscal year and require the organization to submit to the Secretary an annual report containing an audit of its financial revenues and expenditures and describing how funds were used.

The Senate bill contained no similar provision.

The House recedes.

# TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY CONSTRUCTION

WASHSTATEC014269

# SUBTITLE A—OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION

*Summary*

The budget request included $9,844,526,000 for Overseas Contingency Operations military construction for fiscal year 2020. The conference agreement includes $921,420,000 for Overseas Contingency Operations military construction for fiscal year 2020. In addition, the conference agreement includes $4,119,813,000 in emergency designated funding required for military construction projects in support of disaster recovery efforts at several military installations.

The agreement includes a $60.0 million increase in the authorization of appropriations for Air Force Planning and Design in support of overseas infrastructure requirements. In addition, the agreement includes an increase of $36.2 million for the Army, $36.2 million for the Navy and Marine Corps, and $36.2 million for the Air Force in support of unspecified military construction projects, with prior notification to the congressional defense committees, that support the European Deterrence Initiative.

As noted earlier in this report, the conferees recommend the transfer of certain military constructions from the Base budget request to the Overseas Contingency Operations title of this Act. Specifically, these projects include:

(1) $53.3 million for an Electrical System Upgrade in Bahrain;

(2) $77.4 million for a Communications Station at Sigonella, Italy;

(3) $24.0 million for an Air Traffic Control Tower at Azraq, Jordan; and

(4) $42.0 million for a Munitions Storage Area at Azraq, Jordan.

Finally, the conference agreement does not include an authorization or an authorization of appropriation for a High-Value Detainee Facility at Guantanamo Bay, Cuba. The conferees continue to have questions about the need to construct a new permanent detention facility with increased capacity and capabilities. Furthermore, the conferees believe the Department has not adequately assessed alternative options to support current and foreseeable detention requirements.

*Authorized Army construction and land acquisition projects (sec. 2901)*

WASHSTATEC014270

The Senate bill contained a provision (sec. 2901) that would authorize Army military construction projects for fiscal year 2020 for overseas contingency operations. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2901).

The Senate recedes with a technical amendment.

*Authorized Navy construction and land acquisition projects (sec. 2902)*

The Senate bill contained a provision (sec. 2902) that would authorize Navy military construction projects for fiscal year 2020 for overseas contingency operations. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2902).

The Senate recedes with a technical amendment.

*Authorized Air Force construction and land acquisition projects (sec. 2903)*

The Senate bill contained a provision (sec. 2903) that would authorize Air Force military construction projects for fiscal year 2020 for overseas contingency operations. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2903).

The Senate recedes with a technical amendment.

*Authorized Defense Agencies construction and land acquisition projects (sec. 2904)*

The Senate bill contained a provision (sec. 2904) that would authorize Defense Agencies military construction projects for fiscal year 2020 for overseas contingency operations. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2904).

The conference agreement includes this provision.

*Authorization of appropriations (sec. 2905)*

WASHSTATEC014271

The Senate bill contained a provision (sec. 2907) that would authorize appropriations for military construction in the overseas contingency operations account for fiscal year 2020.

The House amendment contained an identical provision (sec. 2905).

The conference agreement includes this provision.

# SUBTITLE B—EMERGENCY MILITARY CONSTRUCTION

*Authorization of emergency Navy construction and land acquisition projects (sec. 2911)*

The House amendment contained a provision (sec. 3001) that would authorize emergency military construction projects for the Department of the Navy to support recovery of military facilities and infrastructure damaged by natural disasters.

The Senate bill contained a similar provision (sec. 2905) that would authorize emergency construction projects for the Department of the Navy, Air Force, Defense-wide Agencies, and Reserve Components.

The Senate recedes with an amendment that would authorize Department of Navy emergency construction projects.

*Authorization of emergency Air Force construction and land acquisition projects (sec. 2912)*

The House amendment contained a provision (sec. 3002) that would authorize emergency military construction projects for the Air Force to support recovery of military facilities and infrastructure damaged by natural disasters.

The Senate bill contained a similar provision (sec. 2905) that would authorize emergency construction projects for the Department of the Navy, Air Force, Defense-wide Agencies, and Reserve Components.

The Senate recedes with an amendment that would authorize Air Force emergency construction projects.

*Authorization of emergency Army National Guard construction and land acquisition projects (sec. 2913)*

The Senate bill contained a provision (sec. 2905) that would authorize emergency construction projects for the Department of the Navy, Air Force, Defense Agencies, and Reserve Components.

The House amendment contained a provision (sec. 3004) that would authorize emergency military construction projects for the

Army National Guard and Army Reserve to support recovery of military facilities and infrastructure damaged by natural disasters.

The House recedes with an amendment that would authorize Army National Guard and Army Reserve emergency construction projects.

*Authorization of emergency Defense Agencies construction and land acquisition projects (sec. 2914)*

The House amendment contained a provision (sec. 3003) that would authorize emergency military construction for the Army National Guard and Army Reserve to support recovery of military facilities and infrastructure damaged by natural disasters.

The Senate bill contained a similar provision (sec. 2905) that would authorize emergency construction projects for the Department of the Navy, Air Force, Defense-wide Agencies, and Reserve Components.

The Senate recedes with an amendment that would authorize defense agency emergency construction projects.

*Authorization of emergency supplemental appropriations for military construction projects (sec. 2915)*

The agreement includes a provision that would authorize appropriations for emergency military construction at the levels identified in section 4603 of division D of this Act.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Replenishment of certain military constructions funds*

The Senate bill contained a provision (sec. 2906) that would authorize $3.6 billion in military construction, overseas contingency operations, for the purposes of replenishing funds for previously authorized military construction projects that were repurposed under section 2808 of title 10, United States Code, from the national emergency declared on the southern border under the National Emergencies Act (Public Law 94-412).

The House amendment contained no similar provision.

The Senate recedes.

# TITLE XXX - MILITARY HOUSING PRIVATIZATION REFORM

*Definitions (sec. 3001)*

The Senate bill contained a provision (sec. 3001) that would provide definitions for specific terms for this title.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify certain definitions and provide for a technical change.

# SUBTITLE A—ADDITION OF NEW REFORM SUBCHAPTER

*Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing (sec. 3011)*

The Senate bill contained a provision (sec. 3011) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring the Secretary of Defense, in coordination with the secretaries of the military departments, to develop a document to be known as the "Tenant Bill of Rights," which would include, but not be limited to, minimum rights, such as homes that meet minimum health and environmental standards, the ability to report inadequate living standards to the military chain of command without fear of reprisal, and the ability to enter into a dispute resolution process for purposes of recouping basic allowance for housing.

The House amendment contained a similar provision (sec. 2811).

The House recedes with an amendment that would include general contract requirements for military housing units, require congressional notification 30 days before changes to the bill of rights are released, and provide for a technical change.

*Designation of Chief Housing Officer for privatized military housing (sec. 3012)*

The Senate bill contained a provision (sec. 3012) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring that the Secretary of Defense designate a Chief Housing Officer, who shall be a presidentially appointed and Senate-confirmed Department of Defense official. The provision would require the Chief Housing Officer to establish and maintain the Office of the Chief Housing Officer, whose purpose would be to conduct oversight of the Military Housing Privatization Initiative (MHPI) by standardizing

policies and conducting audits of contracts, agreements, and work order incentive fees.

The House amendment contained no similar provision.

The House recedes with an amendment that would make the role of Chief Housing Officer non-delegable; change the scope of responsibility to include oversight of any Department-wide policies related to the MHPI; drop the requirement that the Chief Housing Officer conduct audits of contracts, agreements, and work order incentive fees; and provide for a technical change.

*Additional requirements relating to contracts for privatized military housing (sec. 3013)*

The Senate bill contained a provision (sec. 3044) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring the Secretary of Defense to include certain requirements for any contract with a term of more than 10 years for the purpose of privatized military housing. The provision would require that contracts: allow the Department of Defense to renegotiate the contract at minimum every 5 years, prohibit the continued working under the contract of any employee who has committed work order fraud under the contract, and require the private contractor to pay a tenant's relocation fees and living expenses if a tenant is required to move due to health or environmental hazards.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove the 10-year timeframe and requirement that contacts be renegotiated at minimum every 5 years; require that the private management company or private partner reimburse the Department of Defense for the costs of any medical evaluations and treatment provided to a tenant if the landlord is found by the Secretary concerned to have failed to maintain safe and sanitary conditions; require that the Secretary of Defense seek agreement from all property management companies or private partners to participate in the requirements retroactively and submit to the congressional defense committees a list of landlords who decline to participate; and provide for a technical change.

*Additional requirements relating to management of privatized military housing (sec. 3014)*

The Senate bill contained a provision (sec. 3043) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring the Secretary of Defense to ensure that operating agreements for any Department of Defense

WASHSTATEC014275

installation where on-base housing is managed by a private
contractor include certain requirements. The provision would
also include requirements for the installation commander, the
head of each housing management office, and the private
contractor.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the
landlord to maintain an electronic work order system that can be
accessed by the tenant; prohibit the landlord from imposing a
supplemental payment, such an out-of-pocket fee, on a tenant in
addition to rent; require that the Secretary of Defense seek
agreement from all property management companies or private
partners to participate in the requirements retroactively and
submit to the congressional defense committees a list of
landlords who decline to participate; and provide for a
technical change.

*Consideration of contractor history in contracts for privatized
military housing (sec. 3015)*

The Senate bill contained a provision (sec. 3014) that
would amend subchapter IV of chapter 169 of title 10, United
States Code, by requiring the Secretary of Defense to consider a
private contractor's past performance when deciding whether or
not to enter into a new contract or renew an existing contract
with that contractor.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Additional improvements for management of privatized military
housing (sec. 3016)*

The Senate bill contained a provision (sec. 3019) that
would amend chapter 169 of title 10, United States Code, to
require the Secretary of Defense to establish a database that
makes available to the public complaints from tenants related to
privatized military housing units, together with the landlord's
response to each such complaint.

The House amendment contained a similar provision (sec.
2820) that would amend subchapter IV of chapter 169 of title 10,
United States Code, to require the Secretary of Defense to
establish a publicly available database of complaints relating
to privatized military family housing. This section would also
require an annual audit to be performed by the Comptroller
General of the United States of a small, medium, and large
military installation with privatized military family housing.
This section would also amend section 2884 of title 10, United

States Code, by directing the Secretary of Defense to provide an annual report on military housing to the defense committees.

The Senate recedes with an amendment that would ensure the collected information exclude personally identifiable information and be limited to the installation, management company, and nature of the complaint and provide for a technical change.

*Maintenance work order system for privatized military housing (sec. 3017)*

The Senate bill contained a provision (sec. 3020) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring each private contractor that provides housing under this subchapter to provide the housing management office at each installation access to their maintenance work order system.

The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Access by tenants of privatized military housing to maintenance work order system (sec. 3018)*

The Senate bill contained a provision (sec. 3021) that would require that each landlord for a privatized military housing unit have an electronic work order system and provide tenants with access to such system.

The House amendment contained no similar provision.
The House recedes.

*Access by tenants to historical maintenance information for privatized military housing (sec. 3019)*

The Senate bill contained a provision (sec. 3033) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring each private contractor that provides housing under this subchapter to provide prospective tenants with information regarding maintenance conducted at prospective housing units for the previous 10 years.

The House amendment contained no similar provision.
The House recedes with an amendment that would change 10 years to 7 years, require any renovations be included in the provided history, and provide for a technical change.

*Prohibition on requirement to disclose personally identifiable information in certain requests for maintenance of privatized military housing (sec. 3020)*

The Senate bill contained a provision (sec. 3034) that would amend subchapter IV of chapter 169 of title 10, United States Code, by adding a section prohibiting any private contractor who is responsible for military housing from using a maintenance work order call center outside the United States.

The House amendment contained no similar provision.

The House recedes with an amendment that would change the prohibition to a prohibition on requiring tenants to disclose personally identifiable information to call centers and provide for a technical change.

*Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard (sec. 3021)*

The Senate bill contained a provision (sec. 3045) that would amend subchapter IV of chapter 169 of title 10, United States Code, to require the Secretary of Defense to withhold incentive fees, which would otherwise be paid to a private contractor under this subchapter, for failure to remedy a health or environmental hazard.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process (sec. 3022)*

The Senate bill contained a provision (sec. 3031) that would amend subchapter IV of chapter 169 of title 10, United States Code, to require the Secretary of Defense to implement a formal dispute resolution process on each military installation with privatized military housing units.

The House amendment contained no similar provision.

The House recedes with an amendment that would clarify the dispute resolution process, ensure that tenants entering into such a process have access and assistance from a military housing advocate or military legal assistance attorney, and provide for a technical change.

*Investigation of reports of reprisals relating to privatized military housing and congressional notification (sec. 3023)*

The House amendment contained a provision (sec. 2824) that would require the Assistant Secretary of Defense for Sustainment to investigate all reports of reprisal against a member of the

Armed Forces for reporting an issue relating to a housing issue under this subchapter.
        The Senate bill contained no similar provision.
        The Senate recedes with a technical amendment.

*Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing (sec. 3024)*

        The House amendment contained a provision (sec. 2812) that would amend section 2882 of title 10, United States Code, to prohibit the use of non-disclosure agreements in connection with entering into, continuing, or terminating a lease for a housing unit covered under the Military Housing Privatization Initiative.
        The Senate bill contained no similar provision.
        The Senate recedes.

## SUBTITLE B—OTHER AMENDATORY PROVISIONS

*Installation of carbon monoxide detectors in military family housing (sec. 3031)*

        The House amendment contained a provision (sec. 2821) that would amend section 2821 of title 10, United States Code, by requiring the Secretary concerned to provide for the installation and maintenance of carbon monoxide detectors in each unit of military family housing under their jurisdiction.
        The Senate bill contained no similar provision.
        The Senate recedes.

*Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing (sec. 3032)*

        The House amendment contained a provision (sec. 2813) that would amend section 2872a of title 10, United States Code, to add street sweeping and tree trimming and removal to the list of reimbursable services that may be furnished under that section.
        The Senate bill contained no similar provision.
        The Senate recedes.

*Treatment of breach of contract for privatized military housing (sec. 3033)*

        The Senate bill contained a provision (sec. 3015) that would amend subchapter IV of chapter 169 of title 10, United

States Code, by requiring the Secretary of Defense to withhold
any amount owed under the contract as well as to rescind the
contract if a material breach is found and not remedied within
90 days.

     The House amendment contained no similar provision.
     The House recedes with a technical amendment.

*Modification to requirements for window fall prevention devices
in military family housing units (sec. 3034)*

     The Senate bill contained a provision (sec. 3036) that
would amend section 2879(c) of title 10, United States Code, by
striking "24 inches" and inserting "42 inches".
     The House amendment contained a similar provision (sec.
2814) that would amend section 2879 of title 10, United States
Code, to modify the requirements and applicable standards for
window fall prevention devices.
     The Senate recedes.

*Expansion of direct hire authority for Department of Defense for
childcare services providers for Department child development
centers to include direct hire authority for installation
military housing office personnel (sec. 3035)*

     The Senate bill contained a provision (sec. 3046) that
would amend section 559 of the National Defense Authorization
Act for Fiscal Year 2018 (Public Law 115-91) to extend direct
hire authority to fill civil service position vacancies at
installation military housing offices.
     The House amendment contained no similar provision.
     The House recedes.

*Modification of authority to make payments to lessors of
privatized military housing (sec. 3036)*

     The Senate bill contained a provision (sec. 3017) that
would amend section 606 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232), by
repealing the requirement that the Secretary of Defense pay an
additional 5 percent of the calculated Basic Allowance for
Housing (BAH) for residents of Military Housing Privatization
Initiative (MHPI) projects to MHPI projects. The provision would
require the Secretaries of the military departments to provide
additional payments to MHPI projects equivalent to 2 percent of
the calculated BAH for residents of MHPI projects. The
Secretaries of the military departments would be required to use

WASHSTATEC014280

3 percent of the calculated BAH for MHPI residents to make improvements to the oversight and management of MHPI projects.

The House amendment contained no similar provision.

The House recedes with an amendment that would require service secretaries to provide additional payments to MHPI projects equivalent to 2.5 percent of the calculated BAH for residents of each MHPI project. Service secretaries would also be required to provide an additional 2.5 percent of the calculated BAH for MHPI residents to MHPI projects that are determined to be underfunded. If the Chief Housing Officer determines no MHPI projects within a particular military department are underfunded, the Secretary of the military department concerned shall use any remaining funds to enhance the quality of life of military families residing in MHPI housing.

*Technical correction to definition used to make payments to lessors of privatized military housing (sec. 3037)*

The Senate bill contained a provision (sec. 3055) that would amend section 606(d) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to define eligible privatized housing projects as those that were procured, acquired, constructed, or for which any phase or portion of a project was first finalized and signed on or before September 30th, 2014.

The House bill contained no similar provision.

The House recedes.

## SUBTITLE C—ONE-TIME REPORTING REQUIREMENTS

*Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing (sec. 3041)*

The House amendment contained a provision (sec. 2817) that would require the Secretary of Defense, in coordination with the secretaries of the military departments, to provide a report to the congressional defense committees not later than September 30, 2020, on the manpower requirements and execution plan to staff military housing offices and headquarters to fill gaps in oversight personnel.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a breakdown of requirements by function, such as oversight, home inspectors, and maintenance, for additional personnel required.

*Plans for creation of councils on privatized military housing
(sec. 3042)*

The Senate bill contained a provision (sec. 3042) that
would require the Assistant Secretary for energy, installations,
and environment of each military department to establish a
military housing council to identify and resolve problems with
military housing managed by private contractors.

The House amendment contained no similar provision.

The House recedes with an amendment that would instead
require each Assistant Secretary concerned to submit a plan for
the creation of a privatized military housing council to the
congressional defense committees not later than February 1,
2020.

*Plan for establishment of Department of Defense jurisdiction
over off-base privatized military housing (sec. 3043)*

The Senate bill contained a provision (sec. 3047) that
would require the Secretary of Defense, in consultation with the
secretaries of the military departments, to submit a plan to
establish jurisdiction at locations with privatized military
housing not located on a military installation to the
congressional defense committees not later than 30 days after
the enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would change the
due date for the plan from 30 days to 180 days.

*Inspector General review of Department of Defense oversight of
privatized military housing (sec. 3044)*

The House amendment contained a provision (sec. 2818) that
would require the Inspector General of the Department of Defense
to conduct an annual review of the Department's oversight of
privatized military family housing at 15 randomly selected
installations and publish the results on a publicly available
website.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would change the
number of installations to be reviewed from 15 to 3.

*Information on legal services provided to members of the Armed
Forces harmed by health or environmental hazards at military
housing (sec. 3045)*

The Senate bill contained a provision (sec. 3053) that would require the Secretary of Defense to submit a report not later than 90 days after the enactment of this Act to the congressional defense committees on the legal services available to members of the Armed Forces who have been harmed by health and environmental hazards while living in military housing.

The House amendment contained an identical provision (sec. 550M).

The conference agreement includes this provision.

# SUBTITLE D—DEVELOPMENT OF HOUSING REFORM STANDARDS AND PROCESSES

*Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments (sec. 3051)*

The Senate bill contained a provision (sec. 3016) that would require the Secretary of Defense to establish a uniform code of basic housing standards for safety, comfort, and habitability for privatized military housing. The provision would also require the Secretary to submit to the congressional defense committees, not later than February 1, 2020, this uniform code and a plan for the Department of Defense to contract with home inspectors to conduct inspections and assessments of habitability and structural integrity of each housing unit as specified under subchapter IV of chapter 169 of title 10, United States Code. Finally, the provision would require that said inspections be completed no later than February 1, 2021.

The House amendment contained a similar provision (sec. 2819).

The House recedes with an amendment that would require that the uniform code of basic housing standards be implemented by February 1, 2021, and meet or exceed requirements informed by a nationally recognized, consensus-based, model property maintenance code.

*Tool for assessment of hazards in Department of Defense housing (sec. 3052)*

The House amendment contained a provision (sec. 2815) that would require the Secretary of Defense to develop an assessment tool to identify and measure health and safety hazards in Department of Defense housing, to include privatized housing, and provide a report to the Committees on Armed Services of the Senate and the House of Representatives.

The Senate bill contained no similar provision.
The Senate recedes.

*Process to identify and address environmental health hazards in Department of Defense housing (sec. 3053)*

The House amendment contained a provision (sec. 2816) that would require the Secretary of Defense, in coordination with the secretaries of the military departments, to develop a process to identify, record, and resolve environmental health hazards in Department of Defense housing, to include privatized housing, and to provide a report to the Committees on Armed Services of the Senate and the House of Representatives.
The Senate bill contained no similar provision.
The Senate recedes.

*Department of Defense policy on lead-based paint testing on military installations (sec. 3054)*

The Senate bill contained a provision (sec. 3051) that would require the Secretary of Defense to establish a policy under which a qualified individual may access a military installation to conduct lead testing, with all results to be shared with the installation civil engineer, housing management office, and major subordinate command with jurisdiction over the installation. Additionally, the provision would require the Secretary of Defense to annually submit a report, not later than February 1 of each year, to the congressional defense committees.
The House amendment contained a similar provision (sec. 2822).
The Senate recedes with a technical amendment that would amend the annual reporting requirement by including it in the annual housing report.

*Standard for minimum credentials for health and environmental inspectors of privatized military housing (sec. 3055)*

The Senate bill contained a provision (sec. 3018) that would require the Secretary of Defense to submit a report to the congressional defense committees on a standard for common credentials to be used throughout the Department of Defense for purposes of health and environmental hazard inspection to include, at a minimum, categories for lead, mold, and radon.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

WASHSTATEC014284

*Requirements relating to move-in, move-out, and maintenance of privatized military housing (sec. 3056)*

The Senate bill contained a provision (sec. 3037) that would require the Secretary of Defense, in consultation with the secretaries of the military departments, to develop a uniform move-out checklist for tenants of privatized military housing. This provision would also require that all maintenance issues and work orders related to health and safety issues at privatized military housing be reported to the commander of the installation at which the housing is located.

The House amendment contained no similar provision.

The House recedes with an amendment that would change the deadline from 30 days to 60 days, among other technical and clarifying changes.

*Standardized documentation, templates, and forms for privatized military housing (sec. 3057)*

The Senate bill contained a provision (sec. 3041) that would require the Secretary of Defense, in coordination with the secretary of each military department, to develop standard documentation, templates, and forms for privatized military housing. The provision would also require the Secretary of Defense to issue guidance within 30 days of the enactment of this Act and to deliver an implementation plan to the congressional defense committees not later than February 1, 2020.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Satisfaction survey for tenants of military housing (sec. 3058)*

The Senate bill contained a provision (sec. 3052) that would require the Secretary of Defense to ensure that each military department utilizes the same electronic satisfaction survey for all surveys relating to the customer service experience of all military housing residents, those living in both government and privately managed housing units. The committee believes that one standard survey will allow for improved data collection to pinpoint problems and best practices with ease and assist in regaining the trust of military families and servicemembers.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

# SUBTITLE E—OTHER HOUSING REFORM MATTERS

*Radon testing of privatized military housing (sec. 3061)*

The Senate bill contained a provision (sec. 3035) that would require the Secretary of Defense to submit a report not later than March 1, 2020, to the congressional defense committees that identifies all Department of Defense installations that should be monitored for levels of radon in excess of that in the Environmental Protection Agency's recommendations. The provision would also require the Secretary of Defense to establish testing procedures for all privatized military housing at installations that have been identified as requiring radon monitoring and would include a requirement to complete initial testing for all privatized military housing by June 1, 2020. The provision would also require the Secretary of Defense to certify on an annual basis that radon testing is being conducted for privatized military housing.

The House amendment contained no similar provision.

The House recedes with an amendment that would drop the annual testing certification and make technical changes.

*Mitigation of risks posed by certain items in military family housing units (sec. 3062)*

The Senate bill contained a provision (sec. 3054) that would require the Secretary of Defense to allow a resident of a military family housing unit to anchor any furniture, television, or large appliance to the wall of the unit for purposes of preventing such item from tipping over without incurring a penalty or obligation to repair the wall upon vacating the unit. Further, the provision would require the Secretary to ensure that certain freestanding furniture taller than 27 inches be securely anchored in furnished military family housing units under the jurisdiction of the Department of Defense.

The House amendment contained no similar provision.

The House recedes.

*Suspension of Resident Energy Conservation Program and related programs for privatized military housing (sec. 3063)*

The Senate bill contained a provision (sec. 3032) that would suspend the Department of Defense's Resident Energy Conservation Program (RECP) until the Secretary of Defense can certify that 100 percent of military housing on installations is

WASHSTATEC014286

individually metered and certified by an independent entity
through an energy audit. Furthermore, the provision would
terminate the RECP if the Secretary of Defense is unable to
certify the individual usage 2 years after enactment of this
Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove the
term of suspension requirement that the military housing be
certified by an independent entity through an energy audit.

*Department of the Army pilot program to build and monitor use of
single family homes (sec. 3064)*

The Senate bill contained a provision (sec. 3056) that
would require the Secretary of the Army to carry out a pilot
program to build and monitor the use of not fewer than five
single family homes for members of the Army and their families.

The House amendment contained a similar provision (sec.
2823).

The Senate recedes with a technical amendment.

# LEGISLATIVE PROVISIONS NOT ADOPTED

*Command oversight of military privatized housing as element of
performance evaluations*

The Senate bill contained a provision (sec. 3013) that
would require each service secretary to ensure that performance
evaluations indicate the extent to which the following
individuals have or have not exercised effective oversight and
leadership of military privatized housing: (1) Commanders of
military installations with privatized military housing; (2)
Each officer or senior enlisted member whose duties include
facilities or housing management at such installations; and (3)
Any other officer or enlisted member as specified by the
secretary concerned.

The House amendment contained no similar provision.

The Senate recedes.

The conferees agree that commanders of military
installations have an important responsibility for ensuring
safe, high quality housing for servicemembers and their families
living on such installations. The conferees intend to watch
closely how commanders and other senior officer and enlisted
personnel oversee the housing conditions on their installations,
including such conditions in military barracks and dormitories.

WASHSTATEC014287

# DIVISION C—DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS

## TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

### SUBTITLE A—NATIONAL SECURITY PROGRAMS AUTHORIZATIONS

*National Nuclear Security Administration (sec. 3101)*

The Senate bill contained a provision (sec. 3101) that would authorize appropriations for the National Nuclear Security Administration for fiscal year 2020.

The House amendment contained a similar provision (sec. 3101).

The House recedes.

*Defense environmental cleanup (sec. 3102)*

The Senate bill contained a provision (sec. 3102) that would authorize the appropriation of funds for the Department of Energy's defense environmental cleanup activities.

The House amendment contained a similar provision (sec. 3102).

The House recedes.

*Other defense activities (sec. 3103)*

The Senate bill contained a provision (sec. 3103) that would authorize appropriations for other defense activities of the Department of Energy for fiscal year 2020.

The House amendment contained an identical provision (sec. 3103).

The conference agreement includes this provision.

*Nuclear energy (sec. 3104)*

The Senate bill contained a provision (sec. 3104) that would authorize appropriations for certain nuclear energy programs of the Department of Energy for fiscal year 2020.

The House amendment contained an identical provision (sec. 3104).

The conference agreement includes this provision.

# SUBTITLE B—PROGRAM AUTHORIZATIONS, RESTRICTIONS, AND LIMITATIONS

*Personnel matters at National Nuclear Security Administration (sec. 3111)*

The Senate bill contained a provision (sec. 3113) that would remove the cap on the use of excepted service hiring authority pursuant to section 3241 of the National Nuclear Security Administration (NNSA) Act (50 U.S.C. 2441).

The House amendment contained a provision (sec. 3111) that would raise the cap on the number of full-time equivalent federal employees of the NNSA from 1,690 to 1,890, and modify the reporting requirement contained in section 3241A(f) of the NNSA Act relating to service support contracts of the NNSA.

The Senate recedes with an amendment that would also raise the cap on the use of excepted service hiring authority pursuant to section 3241 from 600 to 800 employees.

*Estimation of costs of meeting defense environmental cleanup milestones required by consent orders (sec. 3112)*

The Senate bill contained a provision (sec. 3121) that would require the Secretary of Energy to submit, along with the budget justification materials, a report on the cost of meeting milestones required by a consent order at each defense nuclear facility at which environmental cleanup activities are taking place.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Office of Cost Estimating and Program Evaluation (sec. 3113)*

The House amendment contained a provision (sec. 3112) that would express the sense of Congress regarding the persistent under-staffing of the Office of Cost Estimating and Program Evaluation (CEPE) at the National Nuclear Security Administration (NNSA). The provision would also require that the Director of CEPE report directly to the Administrator of the NNSA, and require the Administrator to provide a briefing to the congressional defense committees on the plan to ensure the full staffing of the office.

WASHSTATEC014289

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the sense of Congress.

*Clarification of certain Stockpile Responsiveness Program objectives (sec. 3114)*

The House amendment contained a provision (sec. 3113) that would clarify the objectives of the Stockpile Responsiveness Program as defined in section 4220 of the Atomic Energy Defense Act (50 U.S.C. 2538b).

The Senate bill contained no similar provision.

The Senate recedes.

*Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities (sec. 3115)*

The House amendment contained a provision (sec. 3117) that would repeal the limitation on funds authorized to be appropriated for travel and transportation within the Federal salaries and expenses account at the National Nuclear Security Administration until the Administrator for Nuclear Security submits a report to the congressional defense committees containing at least one unfunded priority pursuant to section 4719 of the Atomic Energy Defense Act (50 U.S.C. 2756).

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add a requirement that, if the Administrator determines that there are no unfunded priorities to include in the report, the Administrator, without delegation, shall certify and explain such determination to the congressional defense committees.

*Modification to certain requirements relating to plutonium pit production capacity (sec. 3116)*

The Senate bill contained a provision (sec. 8102) that would express the sense of the Senate that rebuilding plutonium pit production infrastructure of the National Nuclear Security Administration (NNSA) with a capacity of up to 80 pits per year is critical to maintaining the viability of the nuclear stockpile, and any further delay to achieving this capability would be unacceptable. The provision would also amend section 4219 of the Atomic Energy Defense Act (50 U.S.C. 2538a) to repeal the requirement for the NNSA to demonstrate for 90 days by 2029 the capability to produce pits at a rate sufficient to produce 80 pits per year, and replace it with a requirement to produce no fewer than 80 pits per year in 2030.

The House amendment contained a provision (sec. 3114) that would express the sense of Congress that the NNSA should prioritize achieving production of 30 plutonium pits per year at Los Alamos National Laboratory, and ensure that efforts to design and construct a second site do not divert resources. The provision would also amend section 4219 of the Atomic Energy Defense Act to repeal the requirement for the 90-day demonstration by 2029.

The House recedes with a technical amendment.

*Annual certification of shipments to Waste Isolation Pilot Plant (sec. 3117)*

The House amendment contained a provision (sec. 3115) that would extend the certification of shipments of waste to the Waste Isolation Pilot Plant from a 3-year period to a 10-year period.

The Senate bill contained no similar provision.

The Senate recedes.

*Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development (sec. 3118)*

The Senate bill contained a provision (sec. 3114) that would make permanent the pilot program conducted under section 3119 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) that temporarily prohibited the use of laboratory-directed research and development to cover general and administrative overhead costs, including for nuclear weapons production facilities.

The House amendment contained a provision (sec. 3124) that would express the sense of Congress that the Secretary of Energy should ensure that the National Nuclear Security Administration's laboratories, plants, and sites are operated using generally accepted accounting best practices for laboratory-, plant-, or site-directed research and development. The provision would also require the Administrator for Nuclear Security to submit to the congressional defense committees a report assessing the pilot program conducted under section 3119 of the National Defense Authorization Act for Fiscal Year 2017.

The House recedes with an amendment that would extend the pilot program conducted under section 3119 for an additional year, and clarify the deadline for the report required by the same section.

WASHSTATEC014291

*Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement (sec. 3119)*

The House amendment contained a provision (sec. 3116) that would repeal section 3125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328), including the limitation on the maximum amount of funding available in a fiscal year for nuclear weapons dismantlement and disposition and the limitation on acceleration of dismantlement activities. The Senate bill contained no similar provision.

The Senate recedes with an amendment that would, instead of repealing section 3125, increase the limitation on dismantlement funding in that section from $56.0 million to $87.0 million.

*Implementation of common financial reporting system for nuclear security enterprise (sec. 3120)*

The Senate bill contained a provision (sec. 8101) that would prohibit obligation or expenditure of more than 90 percent of fiscal year 2020 funds for the National Nuclear Security Administration's federal salaries and expenses account for travel and transportation until the Administrator for Nuclear Security completes implementation of the common financial reporting system for the nuclear security enterprise as required by section 3113(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328).

The House amendment contained no similar provision.

The House recedes.

*Limitation relating to reclassification of high-level waste (sec. 3121)*

The House amendment contained a provision (sec. 3128) that would provide that none of the funds authorized to be appropriated by this Act, or otherwise made available for fiscal year 2020 for the Department of Energy, may be obligated or expended by the Secretary of Energy to apply the interpretation of high-level radioactive waste described in the ''Supplemental Notice Concerning U.S. Department of Energy Interpretation of High-Level Radioactive Waste'' (84 Fed. Reg. 26835), or successor notice, with respect to such waste located in the State of Washington.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would eliminate section (b) Rule of Construction.

WASHSTATEC014292

The conferees note that the inclusion of the provision does not prejudice how to process high-level waste nor does it discourage the use of the Department of Energy's interpretation of high-level waste in future years or at other locations.

*National Laboratory Jobs ACCESS Program (sec. 3122)*

The House amendment contained a provision (sec. 3120) that would authorize the Secretary of Energy to establish the Department of Energy National Lab Jobs ACCESS Program.
The Senate bill contained no similar provision.
The Senate recedes with certain clarifying amendments.

## SUBTITLE C—REPORTS AND OTHER MATTERS

*Civil penalties for violations of certain whistleblower protections (sec. 3131)*

The House amendment contained a provision (sec. 3127) that would clarify civil penalties for violations of Department of Energy whistleblower protections, especially for employees of contractors or subcontractors of the National Nuclear Security Administration.
The Senate bill contained no similar provision.
The Senate recedes with several technical amendments.

*Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile (sec. 3132)*

The Senate bill contained a provision (sec. 3122) that would extend the suspension through fiscal year 2023 of the requirement contained in section 3255 of the National Nuclear Security Administration Act (50 U.S.C. 2455) for the Comptroller General of the United States to review the budget submission of the National Nuclear Security Administration.
The House amendment contained no similar provision.
The House recedes with an amendment that would repeal section 3255 and the requirement for Comptroller General review altogether.
The conferees note that, elsewhere in this Act, a similar review requirement originally contained in section 1043 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112-81) has been further extended through 2024.

*Repeal of requirement for review relating to enhanced procurement authority (sec. 3133)*

The Senate bill contained a provision (sec. 3123) that would terminate the requirement for the Comptroller General of the United States to review the Secretary of Energy's enhanced procurement authority after fiscal year 2019.

The House amendment contained no similar provision.

The House recedes.

The conferees note that the Comptroller General recently completed a report required by the same subsection, entitled "Nuclear Supply Chain: NNSA Should Notify Congress of Its Recommendations to Improve the Enhanced Procurement Authority" (GAO-19-606R). According to the report, the National Nuclear Security Administration (NNSA) has not used the enhanced procurement authority since it was authorized in 2013, because of concerns related to the process. The sole recommendation contained in the report is that the Secretary of Energy and the Administrator of the NNSA formally communicate to Congress their suggested changes to the authority in a timely manner; the conferees urge the Secretary and the Administrator to do so in time for consideration in the fiscal year 2021 authorization process.

*Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000 (sec. 3134)*

The House amendment contained a provision (sec. 3126) that would modify the duties of the Office of the Ombudsman of the Department of Labor, and extend the Office through October 28, 2020. The provision would also make certain modifications to the Advisory Board on Toxic Substances and Worker Health.

The Senate bill contained no similar provision.

The Senate recedes.

*Replacement of W78 warhead (sec. 3135)*

The House amendment contained a provision (sec. 3119) that would require the Administrator for Nuclear Security to conduct an analysis of alternatives with respect to replacing the W78 warhead, including the technical risks and costs for each option to replace the W78. The provision would require the Director for Cost Estimating and Program Evaluation (CEPE) at the National Nuclear Security Administration to review the analysis. The provision would further require the Administrator to submit a report on the W78 replacement, including the analysis of alternatives and the CEPE review, and would prohibit the obligation or expenditure of more than 75 percent of funds for this program until such report is submitted. Finally, the provision would require the Administrator to arrange for the

WASHSTATEC014294

JASON advisory group to conduct a study on the W78 replacement, including an assessment of the risks to certification and the need for planned upgrades to the warhead.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would remove the prohibition on obligation or expenditure of funds, and change the analysis of alternatives to a report describing alternatives previously considered, including any changes since January 15, 2014, to the requirements for the program.

*Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material (sec. 3136)*

The House amendment contained a provision (sec. 3121) that would require the Secretary of Energy to enter into a contract with the National Academy of Sciences to conduct an independent review and assessment of a plan for nuclear detection and verification and monitoring of nuclear weapons and fissile material. The provision would require the Secretary to submit the resulting study to the congressional defense committees no later than 270 days from the date of enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would modify some elements of the study, and modify the required date of submission to 1 year from the date of enactment of this Act.

*Assessment of high energy density physics (sec. 3137)*

The Senate bill contained a provision (sec. 3125) that would require the Administrator for Nuclear Security to enter into an arrangement with the National Academies of Sciences, Engineering, and Medicine to conduct an assessment of the current status of the field of high energy density physics.

The House amendment contained no similar provision.

The House recedes.

*Determination of effect of treaty obligations with respect to producing tritium (sec. 3138)*

The Senate bill contained a provision (sec. 3124) that would require the Secretary of Energy to determine whether the Agreement for Cooperation on the Uses of Atomic Energy for Mutual Defense Purposes, signed at Washington on July 3, 1958, permits obtaining uranium from the United Kingdom to produce tritium for defense purposes using reactor irradiation.

The House amendment contained no similar provision.

The House recedes.

*Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act (sec. 3139)*

The Senate bill contained a provision (sec. 3111) that would make certain technical corrections to the National Nuclear Security Administration Act (50 U.S.C. Ch. 41) and the Atomic Energy Defense Act (50 U.S.C. Ch. 42).
The House amendment contained no similar provision.
The House recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*National Nuclear Security Administration Personnel System*

The Senate bill contained a provision (sec. 3112) that would make permanent the personnel demonstration project carried out by the National Nuclear Security Administration since 2008.
The House amendment contained no similar provision.
The Senate recedes.

*Program for research and development of advanced naval nuclear fuel system based on low-enriched uranium*

The Senate bill contained a provision (sec. 3115) that would prohibit the obligation or expenditure of any funds for fiscal year 2020 or thereafter for the National Nuclear Security Administration to conduct research and development for an advanced naval nuclear fuel system based on low-enriched uranium (LEU) unless the Secretary of Defense, Secretary of Energy, and Secretary of the Navy submit certain certifications to the congressional defense committees.
The House amendment contained a provision (sec. 3118) that would require the Administrator for Nuclear Security to establish a program to assess the viability of using LEU in naval nuclear propulsion reactors, including reactors located on aircraft carriers and submarines, that meet the requirements of the Navy. The provision would require this program to include down-blending of high-enriched uranium (HEU) into LEU, manufacturing of candidate fuels, irradiation tests and post-irradiation examination capabilities, and modification or procurement of equipment and infrastructure related to these activities. Finally, the provision would require the Administrator to submit a plan to carry out this program, including the funding requirements associated.

The House amendment also contained a provision (sec. 3122) that would authorize to be appropriated $20.0 million for low-enriched uranium research and development within the defense nuclear nonproliferation account.

The conference agreement does not include any of these provisions.

*Availability of amounts for denuclearization of Democratic People's Republic of North Korea*

The House amendment contained a provision (sec. 3123) that would increase by $10.0 million the funding authorized for defense nuclear nonproliferation to develop and prepare to implement a monitoring and verification program for the phased denuclearization of the Democratic People's Republic of North Korea.

The Senate bill contained no similar provision.

The House recedes.

*Funding for inertial confinement fusion ignition and high yield program*

The House amendment contained a provision (sec. 3125) that would increase by $5.0 million the funding authorized for the inertial confinement fusion ignition and high yield program, facility operations and target production.

The Senate bill contained no similar provision.

The House recedes.

# TITLE XXXII—DEFENSE NUCLEAR FACILITIES SAFETY BOARD

*Authorization (sec. 3201)*

The Senate bill contained a provision (sec. 3201) that would authorize funding for the Defense Nuclear Facilities Safety Board at $29.5 million, consistent with the budget request.

The House amendment contained an identical provision (sec. 3201).

The conference agreement includes this provision.

*Improvements to Defense Nuclear Facilities Safety Board (sec. 3202)*

The Senate bill contained a provision (sec. 3202) that would establish an Executive Director for Operations at the Defense Nuclear Facilities Safety Board. It would also authorize the Chairman of the Board to organize the staff as he considers appropriate to accomplish the mission, and repeal a prohibition contained in section 311 of the Atomic Energy Act of 1954 (42 U.S.C. 2286) on the Chairman's withholding of information relating to management of the Board from the other Board members.

The House amendment contained a provision (sec. 3202) that would also establish an Executive Director for Operations and specify that employee's role within the Board staff structure. The provision would require the Board staff to consist of the equivalent of between 110 and 130 full-time employees. The provision would also clarify that the mission of the Board includes provision of recommendations covering adequate protection of employee health and safety at defense nuclear facilities. The provision would also require the Secretary of Energy to provide to the Board prompt and unfettered access to facilities within its purview, regardless of hazard or risk category of such facilities. Finally, the provision would limit the ability of the Secretary of Energy to deny information to Board staff, while clarifying that the Board may not publicly disclose any information that is otherwise protected from disclosure by law.

The Senate recedes with amendments that would retain the Senate bill's authorization for the Chairman to organize the staff as he considers appropriate, and the repeal of the prohibition on withholding information. The amendments would also require that the Board employ no fewer than the equivalent of 100 full-time employees in fiscal year 2020, and clarify the Board's purview of defense nuclear facilities. Finally, the amendments would require the Secretary of Energy to provide written notification of any denial of a written request for access made by the Board; require the Board to provide biannual reports to Congress enumerating requests for access that were denied by the Secretary in the preceding 6 months; and require the Secretary to provide biannual reports to Congress identifying each request denied by the Secretary in the same period, including the reason for such denials.

*Membership of Defense Nuclear Facilities Safety Board (sec. 3203)*

The Senate bill contained a provision (sec. 3203, as modified by sec. 8202) that would require the National Academy of Sciences to maintain a list of qualified individuals for

WASHSTATEC014298

consideration for nomination to fill vacancies on the Defense
Nuclear Facilities Safety Board. The provision would also
prohibit Board members from serving on expired terms, and
prohibit Board members from being nominated for two consecutive
terms, unless the member was confirmed by the Senate more than 2
years into the member's first term; such changes would take
effect on April 1, 2020. Finally, the provision would include
measures to encourage the President to promptly submit
nominations to fill vacant seats.

The House amendment contained no similar provision.

The House recedes with amendments that would prohibit
Board members from serving on expired terms, unless the
departure of a member would result in the loss of a quorum for
the Board. The amendments would also modify the date of effect
from April 1, 2020, to 1 year from the date of enactment of this
Act.

# TITLE XXXIV—NAVAL PETROLEUM RESERVES

*Authorization of Appropriations (sec. 3401)*

The House amendment contained a provision (sec. 3401) that
would authorize funds for the purpose of carrying out activities
under chapter 869 of title 10, United States Code, relating to
the naval petroleum reserves.

The Senate bill contained no similar provision.

The Senate recedes.

# TITLE XXXV—MARITIME MATTERS

## SUBTITLE A—MARITIME ADMINISTRATION

*Authorization of the Maritime Administration (sec. 3501)*

The Senate bill contained a provision (sec. 8511) that
would authorize appropriations for certain aspects of the
Maritime Administration for fiscal year 2020.

The House amendment contained a similar provision (sec.
3501).

The House recedes with an amendment that would reduce the
amount of appropriations authorized for the Port and Intermodal
Improvement Program from $600.0 million to $500.0 million for
fiscal year 2020. The amendment would also make changes to the
determination made by the Secretary of Transportation as it

relates to funds being used for fully automated cargo handling equipment.

*Reauthorization of Maritime Security Program (sec. 3502)*

The House amendment contained a provision (sec. 3502) that would authorize the Maritime Security Program until 2035. It would authorize a stipend of $5.3 million for fiscal years 2022-2025, $5.8 million for fiscal years 2026-2028, $6.3 million for fiscal years 2029-2031, and $6.8 million for fiscal years 2032-2035 for each of the 60 vessels in the Maritime Security Program.
The Senate bill contained a similar provision (sec. 8512). The Senate recedes.

*Maritime technical assistance program (sec. 3503)*

The Senate bill contained a provision (sec. 8522) that would clarify that the Maritime Administrator shall act on behalf of the Secretary of Transportation for the Maritime Technical Assistance Program. The provision would also broaden the scope of the existing program to include research on propeller cavitation, U.S. maritime environmental performance to meet international standards and guidelines, and improve the efficiency and competitiveness of domestic maritime industries.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Appointment of candidates attending sponsored preparatory school (sec. 3504)*

The Senate bill contained a provision (sec. 8514) that would allow the Secretary of Transportation to appoint no more than 40 qualified cadets per year who have successfully met the terms and conditions of sponsorship at a sponsored preparatory school during the previous academic year to the U.S. Merchant Marine Academy.
The House amendment contained no similar provision.
The House recedes.

*General support program (sec. 3505)*

The Senate bill contained a provision (sec. 8516) that would require the Secretary of Transportation to designate State Maritime Academies as Centers of Excellence.
The House amendment contained no similar provision.

The House recedes with an amendment that would designate the State Maritime Academies as American Maritime Centers of Excellence.

*Improvements to the maritime guaranteed loan program (sec. 3506)*

The Senate amendment contained a provision (sec. 8525) that would modify the Maritime Guaranteed Loan Program in certain ways.

The House bill contained no similar provision.

The House recedes with an amendment that would add a requirement for a 45-day public comment period for stakeholder input in the federal register prior to issuing guidance for expedited consideration of applications for maritime guaranteed loans.

*Requirement for small shipyard grantees (sec. 3507)*

The Senate bill contained a provision (sec. 8523) that would prohibit funds from being obligated for the Maritime Administration's Small Shipyard Grant Program unless the articles, materials, and supplies purchased with grant funds have been mined, produced, or manufactured in the United States, subject to certain exceptions.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Salvage recoveries of cargoes (sec. 3508)*

The Senate bill contained a provision (sec. 8518) that would authorize a Federal entity to transfer funds to the Secretary of Transportation when the Secretary has provided for the use of Department of Transportation vessels, services, or goods to a Federal, State, or local entity in support of the salvage of federally owned cargoes.

The House amendment contained no similar provision.

The House recedes with an amendment that would allow the Secretary of Transportation to enter into reimbursable agreements for the reimbursement of funds for legal services related to the salvaging of federal cargoes.

*Salvage recoveries for subrogated ownership of vessels and cargoes (sec. 3509)*

The Senate bill contained a provision (sec. 8519) that would authorize the Secretary of Transportation to enter into marine salvage agreements for the recoveries, sale, and disposal

of sunken or damaged vessels or property owned or insured by the
Maritime Administration or its predecessor agencies.

The House amendment contained no similar provision.

The House recedes with an amendment that would allocate 50
percent of the proceeds from recoveries to Maritime Academies
for maintenance, repair, and modernization and 50 percent of the
proceeds to maritime heritage grants.

*Maritime Occupational Safety and Health Advisory Committee (sec.
3510)*

The House bill contained a provision (sec. 3503) that
would amend section 7 of the Occupational Safety and Health Act
of 1970 by establishing a Maritime Occupational Safety and
Health Advisory Committee to advise the Secretary of Labor on
issuing standards for the maritime industry.

The Senate bill contained no similar provision.

The Senate recedes.

*Military to mariner (sec. 3511)*

The Senate bill contained a provision (sec. 8517) that
would provide military to mariner transition assistance.

The House amendment contained a similar provision (sec.
3504).

The House recedes with a technical amendment.

*Department of Transportation Inspector General Report (sec.
3512)*

The Senate bill contained a provision (sec. 8513) that
would require the Department of Transportation Office of
Inspector General to conduct an audit and submit a report to
Congress on the Maritime Administration's actions to address
certain recommendations promulgated by the National Academy of
Public Administration in a report entitled "Maritime
Administration: Defining its Mission, Aligning its Programs, and
Meeting its Objectives."

The House amendment contained no similar provision.

The House recedes.

*Independent study on the United States Merchant Marine Academy
(sec. 3513)*

The Senate bill contained a provision (sec. 8515) that
would require the Maritime Administrator to enter into an

WASHSTATEC014302

agreement with the National Academy of Public Administration to produce a study on the U.S. Merchant Marine Academy.

The House amendment contained no similar provision.

The House recedes.

*Port operations, research, and technology (sec. 3514)*

The Senate bill contained a provision (sec. 8520) that would amend section 50302 of title 46, United States Code. This provision would establish a competitive grant program for port and intermodal projects.

The House amendment contained no similar provision.

The House recedes with an amendment that would clarify certain requirements associated with eligible projects, reduce the grant request amount for eligible projects covered under the small project set aside, clarify the definition of a port eligible for funding, and make technical changes.

Additionally, the amendment would amend section 533 of the Coast Guard Authorization Act of 2015 (Public Law 114-120) to allow the Coast Guard to complete certain remedial actions required by section 120(h) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (Public Law 96-510).

*Assessment and report on strategic seaports (sec. 3515)*

The Senate bill contained a provision (sec. 8521) that would require the Secretary of Defense to submit a report to the congressional defense committees on port facilities used for military purposes at designated strategic ports.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Technical corrections (sec. 3516)*

The Senate bill contained a provision (sec. 8526) that would direct the Director of the Office of Personnel Management to identify key skills and competencies necessary to maintain a balance of expertise in merchant marine seagoing service and strategic sealift military service for certain positions within the Office of the Commandant of the U.S. Merchant Marine Academy. This section would also clarify that criteria for participation in the Sea Year program applies to both domestic and international vessels.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

WASHSTATEC014303

*United States Merchant Marine Academy sexual assault prevention and response program (sec. 3517)*

The Senate bill contained a provision (sec. 8527) that would ensure the recommendations of the Inspector General of the Department of Transportation's report on the effectiveness of the Sexual Assault Prevention and Response Program at the U.S. Merchant Marine Academy are implemented within 180 days after the date of enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Report on vessels for emerging offshore energy infrastructure (sec. 3518)*

The Senate bill contained a provision (sec. 8528) that would require the Secretary of Transportation, Secretary of Energy, Secretary of the Interior, and the heads of other relevant agencies to submit a report on the need to install, operate, and maintain emergency offshore energy infrastructure in vessels.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the report to be completed by the Comptroller General of the United States and specify that vessels considered in this report be documented under chapter 121 of title 46, United States Code, and operated under U.S. coastwise laws.

*Report on United States flagged fuel tanker vessel capacity (sec. 3519)*

The House amendment contained a provision (sec. 3511) that would authorize a tanker security fleet program.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a report on U.S.-flagged fuel tanker vessel capacity.

## SUBTITLE B—CABLE SECURITY FLEET

*Establishment of cable security fleet (sec. 3521)*

The House amendment contained a provision (sec. 3521) that would authorize a cable security fleet program.

The Senate bill contained no similar provision.
The Senate recedes.

## SUBTITLE C—MARITIME SAFE ACT

*Short titles (sec. 3531)*

The Senate bill contained a provision (sec. 8531) that would name a subtitle, "The Maritime Security and Fisheries Enforcement (Maritime SAFE) Act."
The House amendment contained no similar provision.
The House recedes.

*Definitions (sec. 3532)*

The Senate bill contained a provision (sec. 8532) that would define several terms.
The House amendment contained no similar provision.
The House recedes.

*Purposes (sec. 3533)*

The Senate bill contained a provision (sec. 8533) that would establish that the purposes of a subtitle are to support a whole-of-government approach to combating illegal, unregulated, and unreported fishing.
The House amendment contained no similar provision.
The House recedes.

*Statement of policy (sec. 3534)*

The Senate bill contained a provision (sec. 8534) that would establish the policy of the United States to take immediate action against illegal, unregulated, and unreported fishing through diplomatic, military, development, and economic tools.
The House amendment contained no similar provision.
The House recedes.

## PART I—PROGRAMS TO COMBAT IUU FISHING AND INCREASE MARITIME SECURITY

*Coordination with international organizations (sec. 3541)*

The Senate bill contained a provision (sec. 8541) that would direct the Departments of State and Commerce to coordinate with Regional Fisheries Management Organizations, the Food and Agriculture Organization of the United Nations, and other relevant international organizations to enhance regional responses to illegal, unregulated, and unreported fishing and related illegal activity.

The House amendment contained no similar provision.

The House recedes.

*Engagement of diplomatic missions of the United States (sec. 3542)*

The Senate bill contained a provision (sec. 8542) that would direct each chief of mission to a relevant country in the priority region to convene a working group of stakeholders to examine illegal, unregulated, and unreported (IUU) fishing in the region and to designate a counter-IUU Fishing Coordinator from among existing mission personnel, if the Secretary of State determines such action is appropriate.

The House amendment contained no similar provision.

The House recedes.

*Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states (sec. 3543)*

The Senate bill contained a provision (sec. 8543) that would direct the Departments of State and Commerce to evaluate opportunities to provide assistance in improving countries' abilities to interdict individuals and vessels engaged in illegal, unregulated, and unreported (IUU) fishing, secure and inspect their ports, investigate and prosecute IUU fishing cases, and securely share information related to maritime enforcement and port security.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Expansion of existing mechanisms to combat IUU fishing (sec. 3544)*

The Senate bill contained a provision (sec. 8544) that would direct relevant agencies to assess opportunities to combat illegal, unregulated, and unreported (IUU) fishing through the use or expansion of certain mechanisms.

The House amendment contained no similar provision.

The House recedes with an amendment that would direct the Director of National Intelligence to develop an enterprise

WASHSTATEC014306

approach to appropriately share information on IUU fishing and other connected transnational organized illegal activity occurring in priority regions and elsewhere.

*Improvement of transparency and traceability programs (sec. 3545)*

The Senate bill contained a provision (sec. 8545) that would direct relevant agencies to work with priority flag states and countries in priority regions to increase knowledge about U.S. transparency and traceability standards for imports of seafood and seafood products.
The House amendment contained no similar provision.
The House recedes with an amendment that would remove support for seafood traceability standards in foreign countries.

*Technology programs (sec. 3546)*

The Senate bill contained a provision (sec. 8546) that would direct relevant agencies to pursue programs to expand the role of technology in combating illegal, unregulated, and unreported fishing.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Savings clause (sec. 3547)*

The Senate bill contained a provision (sec. 8547) that would specify that no part of certain sections of this Act shall impose any obligation on the Department of Defense.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

## PART II—ESTABLISHMENT OF INTERAGENCY WORKING GROUP ON IUU FISHING

*Interagency working group on IUU Fishing (sec. 3551)*

The Senate bill contained a provision (sec. 8551) that would establish a working group to produce an interagency response on illegal, unregulated, and unreported fishing.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Strategic plan (sec. 3552)*

The Senate bill contained a provision (sec. 8552) that would require the illegal, unregulated, and unreported (IUU) working group to submit to Congress a five-year integrated strategic plan on combating the issues of IUU fishing.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Reports (sec. 3553)*

The Senate bill contained a provision (sec. 8553) that would require the working group on illegal, unregulated, and unreported fishing to submit a report to specified committees of the House of Representatives and the Senate.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Gulf of Mexico IUU Fishing Subworking Group (sec. 3554)*

The Senate bill contained a provision (sec. 8554) that would authorize the National Oceanic and Atmospheric Administration, Coast Guard, and the Department of State to establish a sub-working group to address illegal, unregulated, and unreported fishing specifically in the Gulf of Mexico.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

# PART III—COMBATING HUMAN TRAFFICKING IN CONNECTION WITH THE CATCHING AND PROCESSING OF SEAFOOD PRODUCTS

*Finding (sec. 3561)*

The Senate bill contained a provision (sec. 8561) that would provide Congress's findings regarding the issue of human trafficking on the importation of certain seafood products into the United States.

The House amendment contained no similar provision.

The House recedes.

*Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking (sec. 3562)*

The Senate bill contained a provision (sec. 8562) that would amend Section 105(b) of the Victims of Trafficking and

Violence Protection Act of 2000 to include the Secretary of
Commerce in section 7103(b) of title 22, United States Code.
     The House amendment contained no similar provision.
     The House recedes.

*Human trafficking in the seafood supply chain report (sec. 3563)*

     The Senate bill contained a provision (sec. 8563) that
would require the Administrator of the National Oceanic and
Atmospheric Administration and the Commissioner of the Food and
Drug Administration to submit a report to Congress detailing the
existence of human trafficking in the supply chain of the
importation of seafood products to the United States.
     The House amendment contained no similar provision.
     The House recedes.

# PART IV—AUTHORIZATION OF APPROPRIATIONS

*Authorization of appropriations (sec. 3571)*

     The Senate bill contained a provision (sec. 8571) that
would require funding for certain programs be derived from the
amounts appropriated to relevant agencies.
     The House amendment contained no similar provision.
     The House recedes.

*Accounting of funds (sec. 3572)*

     The Senate bill contained a provision (sec. 8572) that
would require each agency receiving or allocating funds to carry
out the activities under this subtitle to submit a report to
Congress providing an accounting of all funds made available
under this subtitle.
     The House amendment contained no similar provision.
     The House recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Maritime Administration*

     The Senate bill contained a provision (sec. 3501) that
would authorize certain aspects of the Maritime Administration.
The Senate bill also contained a provision (sec. 8500) that
would strike section 3501.
     The House amendment contained no similar provision.
     The Senate recedes.

WASHSTATEC014309

*Short title*

The Senate bill contained a provision (sec. 8501) that would allow the Maritime Administration title to be cited as the "Maritime Authorization and Enhancement Act of 2019."
The House amendment contained no similar provision.
The Senate recedes.

*Improvement of National Oceanographic Partnership Program*

The Senate bill contained a provision (sec. 8524) that would provide for certain improvements to the National Ocean Partnership Program.
The House amendment contained no similar provision.
The Senate recedes.

# DIVISION D—FUNDING TABLES

*Authorization of amounts in funding tables (sec. 4001)*

The Senate bill contained a provision (sec. 4001) that would provide for the allocation of funds among programs, projects, and activities in accordance with the tables in division D of this Act, subject to reprogramming guidance in accordance with established procedures.    Consistent with the previously expressed views of the committee, the provision would also require that decisions by an agency head to commit, obligate, or expend funds to a specific entity on the basis of such funding tables be based on authorized, transparent, statutory criteria, or merit-based selection procedures in accordance with the requirements of sections 2304(k) and 2374 of title 10, United States Code, and other applicable provisions of law.
The House amendment contained an identical provision (sec. 4001).
The conference agreement includes this provision.

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

2

**SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020**

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **DISCRETIONARY AUTHORIZATIONS WITHIN THE JURISDICTION OF THE ARMED SERVICES COMMITTEE** | | | |
| **National Defense Funding, Base Budget Request** | | | |
| **Function 051, Department of Defense-Military** | | | |
| **Division A: Department of Defense Authorizations** | | | |
| **Title I—Procurement** | | | |
| Aircraft Procurement, Army ............................................. | 3,696,429 | −24,954 | 3,671,475 |
| Missile Procurement, Army ............................................. | 3,207,697 | −154,469 | 3,053,228 |
| Weapons & Tracked Combat Vehicles, Army ............... | 4,715,566 | 153,411 | 4,868,977 |
| Procurement of Ammunition, Army .............................. | 2,694,548 | −115,199 | 2,579,349 |
| Other Procurement, Army ............................................. | 7,451,301 | −166,329 | 7,284,972 |
| Aircraft Procurement, Navy ........................................... | 18,522,204 | 439,612 | 18,961,816 |
| Weapons Procurement, Navy ......................................... | 4,235,244 | −127,339 | 4,107,905 |
| Procurement of Ammunition, Navy & Marine Corps ..... | 981,314 | −89,023 | 892,291 |
| Shipbuilding & Conversion, Navy ................................. | 23,783,710 | −193,658 | 23,590,052 |
| Other Procurement, Navy .............................................. | 9,652,956 | −350,857 | 9,302,099 |
| Procurement, Marine Corps .......................................... | 3,090,449 | −100,908 | 2,989,541 |
| Aircraft Procurement, Air Force ................................... | 16,784,279 | 1,785,439 | 18,569,718 |
| Missile Procurement, Air Force .................................... | 2,889,187 | −19,250 | 2,869,937 |
| Space Procurement, Air Force ...................................... | 2,414,383 | −5,000 | 2,409,383 |
| Procurement of Ammunition, Air Force ....................... | 1,667,961 | −50,200 | 1,617,761 |
| Other Procurement, Air Force ....................................... | 21,342,857 | −39,823 | 21,303,034 |
| Procurement, Defense-Wide .......................................... | 5,114,416 | −85,689 | 5,028,727 |
| Joint Urgent Operational Needs Fund .......................... | 99,200 | −99,200 | 0 |
| **Subtotal, Title I—Procurement** ................................. | **132,343,701** | **756,564** | **133,100,265** |
| **Title II—Research, Development, Test and Evaluation** | | | |
| Research, Development, Test & Evaluation, Army ....... | 12,192,771 | −335,298 | 11,857,473 |
| Research, Development, Test & Evaluation, Navy ........ | 20,270,499 | −595,895 | 19,674,604 |
| Research, Development, Test & Evaluation, Air Force | 45,938,121 | −353,378 | 45,584,743 |
| Research, Development, Test & Evaluation, Defense-Wide ................................................................................... | 24,772,953 | 198,872 | 24,971,825 |
| Operational Test & Evaluation, Defense ...................... | 221,200 | 0 | 221,200 |
| **Subtotal, Title II—Research, Development, Test and Evaluation** ............................................................... | **103,395,544** | **−1,085,699** | **102,309,845** |
| **Title III—Operation and Maintenance** | | | |
| Operation & Maintenance, Army .................................. | 42,012,484 | −1,854,198 | 40,158,286 |
| Operation & Maintenance, Army Reserve .................... | 3,029,110 | −40,516 | 2,988,594 |
| Operation & Maintenance, Army National Guard ........ | 7,629,403 | −103,761 | 7,525,642 |
| Operation & Maintenance, Navy ................................... | 51,125,751 | −1,174,187 | 49,951,564 |
| Operation & Maintenance, Marine Corps ..................... | 7,926,724 | −485,000 | 7,441,724 |
| Operation & Maintenance, Navy Reserve ..................... | 1,125,116 | −25,000 | 1,100,116 |
| Operation & Maintenance, Marine Corps Reserve ....... | 292,076 | | 292,076 |
| Operation & Maintenance, Air Force ............................ | 44,910,832 | −1,504,566 | 43,406,266 |
| Operation & Maintenance, Space Force ....................... | 72,436 | | 72,436 |
| Operation & Maintenance, Air Force Reserve .............. | 3,396,818 | −40,500 | 3,356,318 |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

3

### SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| Operation & Maintenance, Air National Guard ............ | 6,727,229 | −70,000 | 6,657,229 |
| Operation & Maintenance, Defense-Wide ................... | 37,479,841 | −557,168 | 36,922,673 |
| US Court of Appeals for the Armed Forces, Defense ... | 14,771 | | 14,771 |
| DOD Acquisition Workforce Development Fund ............ | 400,000 | | 400,000 |
| Overseas Humanitarian, Disaster and Civic Aid ......... | 108,600 | 9,063 | 117,663 |
| Cooperative Threat Reduction .................................... | 338,700 | 20,000 | 358,700 |
| Environmental Restoration, Army ............................... | 207,518 | 5,000 | 212,518 |
| Environmental Restoration, Navy ............................... | 335,932 | 15,000 | 350,932 |
| Environmental Restoration, Air Force ......................... | 302,744 | 63,064 | 365,808 |
| Environmental Restoration, Defense ........................... | 9,105 | | 9,105 |
| Environmental Restoration, Formerly Used Sites ......... | 216,499 | | 216,499 |
| **Subtotal, Title III—Operation and Maintenance ........** | **207,661,689** | **−5,742,769** | **201,918,920** |
| | | | |
| **Title IV—Military Personnel** | | | |
| Military Personnel Appropriations ................................ | 143,476,503 | −800,000 | 142,676,503 |
| Medicare-Eligible Retiree Health Fund Contributions ... | 7,816,815 | | 7,816,815 |
| **Subtotal, Title IV—Military Personnel ......................** | **151,293,318** | **−800,000** | **150,493,318** |
| | | | |
| **Title XIV—Other Authorizations** | | | |
| Working Capital Fund, Army ....................................... | 89,597 | | 89,597 |
| Working Capital Fund, Air Force ................................. | 92,499 | | 92,499 |
| Working Capital Fund, DECA ...................................... | 995,030 | | 995,030 |
| Working Capital Fund, Defense-Wide .......................... | 49,085 | | 49,085 |
| Working Capital Fund, Defense Counterintelligence and Security Fund .................................................... | 200,000 | | 200,000 |
| National Defense Sealift Fund .................................... | 0 | | 0 |
| Chemical Agents & Munitions Destruction .................. | 985,499 | | 985,499 |
| Drug Interdiction and Counter Drug Activities ............ | 799,402 | −18,000 | 781,402 |
| Office of the Inspector General ................................. | 363,499 | | 363,499 |
| Defense Health Program ............................................ | 32,998,687 | −283,650 | 32,715,037 |
| **Subtotal, Title XIV—Other Authorizations .................** | **36,573,298** | **−301,650** | **36,271,648** |
| | | | |
| **Total, Division A: Department of Defense Authorizations .......................................................................** | **631,267,550** | **−7,173,554** | **624,093,996** |
| | | | |
| **Division B: Military Construction Authorizations** | | | |
| | | | |
| **Military Construction** | | | |
| Army ....................................................................... | 1,453,499 | −182,500 | 1,270,999 |
| Navy ....................................................................... | 2,805,743 | −30,782 | 2,774,961 |
| Air Force ................................................................. | 2,179,230 | −455,651 | 1,723,579 |
| Defense-Wide ........................................................... | 2,504,190 | −236,595 | 2,267,595 |
| NATO Security Investment Program ........................... | 144,040 | | 144,040 |
| Army National Guard ................................................ | 210,819 | 155,000 | 365,819 |
| Army Reserve .......................................................... | 60,928 | | 60,928 |
| Navy and Marine Corps Reserve ................................ | 54,955 | | 54,955 |
| Air National Guard ................................................... | 165,971 | 55,500 | 221,471 |
| Air Force Reserve .................................................... | 59,750 | 24,800 | 84,550 |
| Unaccompanied Housing Improvement Fund ............... | 500 | | 500 |
| **Subtotal, Military Construction ................................** | **9,639,625** | **−670,228** | **8,969,397** |

November 23, 2019 (1:06 a.m.)

WASHSTATEC014312

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

4

### SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **Family Housing** | | | |
| Construction, Army ..................................................... | 141,372 | 5,000 | 146,372 |
| Operation & Maintenance, Army ................................. | 357,907 | 99,733 | 457,640 |
| Construction, Navy and Marine Corps ........................ | 47,661 | | 47,661 |
| Operation & Maintenance, Navy and Marine Corps ..... | 317,870 | 114,333 | 432,203 |
| Construction, Air Force .............................................. | 103,631 | | 103,631 |
| Operation & Maintenance, Air Force ........................... | 295,016 | 85,933 | 380,949 |
| Operation & Maintenance, Defense-Wide ................... | 57,000 | | 57,000 |
| Improvement Fund ...................................................... | 3,045 | | 3,045 |
| **Subtotal, Family Housing** ...................................... | **1,323,502** | **304,999** | **1,628,501** |
| | | | |
| **Base Realignment and Closure** | | | |
| Base Realignment and Closure—Army ........................ | 66,111 | 28,000 | 94,111 |
| Base Realignment and Closure—Navy ......................... | 158,349 | 58,000 | 216,349 |
| Base Realignment and Closure—Air Force .................. | 54,066 | 28,000 | 82,066 |
| **Subtotal, Base Realignment and Closure** ................. | **278,526** | **114,000** | **392,526** |
| | | | |
| **Undistributed Adjustments** | | | |
| Prior Year Savings ..................................................... | 0 | −64,685 | −64,685 |
| **Subtotal, Base Realignment and Closure** ................. | **0** | **−64,685** | **−64,685** |
| | | | |
| **Total, Division B: Military Construction Authorizations** ............................................................ | **11,241,653** | **−315,914** | **10,925,739** |
| | | | |
| **Total, 051, Department of Defense-Military** .............. | **642,509,203** | **−7,489,468** | **635,019,735** |

**Division C: Department of Energy National Security Authorization and Other Authorizations**

### Function 053, Atomic Energy Defense Activities

| | | | |
|---|---|---|---|
| **Environmental and Other Defense Activities** | | | |
| Nuclear Energy ........................................................... | 137,808 | | 137,808 |
| Weapons Activities ..................................................... | 12,408,603 | 36,177 | 12,444,780 |
| Defense Nuclear Nonproliferation ................................ | 1,993,302 | 27,512 | 2,020,814 |
| Naval Reactors ........................................................... | 1,648,396 | −15,000 | 1,633,396 |
| Federal Salaries and Expenses ................................... | 434,699 | | 434,699 |
| Defense Environmental Cleanup .................................. | 5,506,501 | 21,231 | 5,527,732 |
| Other Defense Activities .............................................. | 1,035,339 | −149,500 | 885,839 |
| Defense Nuclear Waste Disposal ................................. | 26,000 | −26,000 | 0 |
| **Subtotal, Environmental and Other Defense Activities** ............................................................. | **23,190,648** | **−105,580** | **23,085,068** |
| | | | |
| **Independent Federal Agency Authorization** | | | |
| Defense Nuclear Facilities Safety Board ...................... | 29,450 | | 29,450 |
| **Subtotal, Independent Federal Agency Authorization** | **29,450** | **0** | **29,450** |
| | | | |
| **Subtotal, 053, Atomic Energy Defense Activities** ....... | **23,220,098** | **−105,580** | **23,114,518** |

November 23, 2019 (1:06 a.m.)

WASHSTATEC014313

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

5

### SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020—Continued
(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **Function 054, Defense-Related Activities** | | | |
| **Other Agency Authorizations** | | | |
| Maritime Security Program ........................................ | 300,000 | | 300,000 |
| **Subtotal, Independent Federal Agency Authorization** | **300,000** | **0** | **300,000** |
| Subtotal, 054, Defense-Related Activities ................. | 300,000 | 0 | 300,000 |
| **Subtotal, Division C: Department of Energy National Security Authorization and Other Authorizations** .. | 23,520,098 | −105,580 | 23,414,518 |
| Total, National Defense Funding, Base Budget Request ...................................................................... | 666,029,301 | −7,595,048 | 658,434,253 |
| **National Defense Funding, Overseas Contingency Operations** | | | |
| **Function 051, Department of Defense-Military** | | | |
| **Procurement** | | | |
| Aircraft Procurement, Army ........................................ | 381,541 | | 381,541 |
| Missile Procurement, Army ........................................ | 1,438,058 | −11,500 | 1,426,558 |
| Weapons & Tracked Combat Vehicles, Army .............. | 353,454 | | 353,454 |
| Procurement of Ammunition, Army ............................ | 148,682 | | 148,682 |
| Other Procurement, Army .......................................... | 1,131,450 | −55,403 | 1,076,047 |
| Aircraft Procurement, Navy ........................................ | 119,045 | | 119,045 |
| Weapons Procurement, Navy ..................................... | 97,466 | | 97,466 |
| Procurement of Ammunition, Navy & Marine Corps ..... | 204,814 | | 204,814 |
| Other Procurement, Navy ........................................... | 357,600 | | 357,600 |
| Procurement, Marine Corps ....................................... | 20,589 | | 20,589 |
| Aircraft Procurement, Air Force .................................. | 309,110 | | 309,110 |
| Missile Procurement, Air Force ................................... | 201,671 | | 201,671 |
| Procurement of Ammunition, Air Force ....................... | 939,433 | | 939,433 |
| Other Procurement, Air Force ..................................... | 3,538,098 | | 3,538,098 |
| Procurement, Defense-Wide ....................................... | 447,047 | −5,000 | 442,047 |
| National Guard & Reserve Equipment ........................ | | 265,000 | 265,000 |
| **Subtotal, Procurement** ........................................... | **9,688,058** | **193,097** | **9,881,155** |
| **Research, Development, Test and Evaluation** | | | |
| Research, Development, Test & Evaluation, Army ....... | 204,124 | −6,000 | 198,124 |
| Research, Development, Test & Evaluation, Navy ........ | 164,410 | | 164,410 |
| Research, Development, Test & Evaluation, Air Force | 128,248 | | 128,248 |
| Research, Development, Test & Evaluation, Defense-Wide ...................................................................... | 401,950 | | 401,950 |
| **Subtotal, Research, Development, Test and Evaluation** ........................................................................ | **898,732** | **−6,000** | **892,732** |
| **Operation and Maintenance** | | | |
| Operation & Maintenance, Army ................................ | 18,772,938 | 1,326,048 | 20,098,986 |
| Operation & Maintenance, Army Reserve ................... | 37,592 | | 37,592 |
| Operation & Maintenance, Army National Guard ........ | 83,291 | | 83,291 |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

6

## SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| Afghanistan Security Forces Fund | 4,803,978 | −300,000 | 4,503,978 |
| Counter-ISIS Train and Equip Fund | 1,045,000 | −200,000 | 845,000 |
| Operation & Maintenance, Navy | 6,561,650 | 1,450,000 | 8,011,650 |
| Operation & Maintenance, Marine Corps | 1,124,791 | 400,000 | 1,524,791 |
| Operation & Maintenance, Navy Reserve | 23,036 | | 23,036 |
| Operation & Maintenance, Marine Corps Reserve | 8,707 | | 8,707 |
| Operation & Maintenance, Air Force | 9,396,379 | 1,150,000 | 10,546,379 |
| Operation & Maintenance, Air Force Reserve | 29,758 | | 29,758 |
| Operation & Maintenance, Air National Guard | 176,909 | | 176,909 |
| Operation & Maintenance, Defense-Wide | 8,368,112 | 205,000 | 8,573,112 |
| Ukraine Security Assistance | | 300,000 | 300,000 |
| **Subtotal, Operation and Maintenance** | **50,432,141** | **4,331,048** | **54,763,189** |
| | | | |
| **Military Personnel** | | | |
| Military Personnel Appropriations | 4,485,808 | | 4,485,808 |
| **Subtotal, Military Personnel** | **4,485,808** | **0** | **4,485,808** |
| | | | |
| **Other Authorizations** | | | |
| Working Capital Fund, Army | 20,100 | | 20,100 |
| Drug Interdiction and Counter Drug Activities | 163,596 | | 163,596 |
| Office of the Inspector General | 24,254 | | 24,254 |
| Defense Health Program | 347,746 | | 347,746 |
| **Subtotal, Title XIV—Other Authorizations** | **555,696** | **0** | **555,696** |
| | | | |
| **Military Construction** | | | |
| Army | 9,389,218 | −9,252,288 | 136,930 |
| Navy | 94,570 | 166,971 | 261,541 |
| Air Force | 314,738 | 162,211 | 476,949 |
| Defense-Wide | 46,000 | | 46,000 |
| **Subtotal, Military Construction** | **9,844,526** | **−8,923,106** | **921,420** |
| | | | |
| **Subtotal, 051, Department of Defense-Military** | **75,904,961** | **−4,404,961** | **71,500,000** |
| | | | |
| **Total, National Defense Funding, Overseas Contingency Operations Funding** | **75,904,961** | **−4,404,961** | **71,500,000** |
| | | | |
| **Total, National Defense** | **741,934,262** | **−12,000,009** | **729,934,253** |
| | | | |
| **MEMORANDUM: DISASTER RECOVERY AUTHORIZATIONS** | | | |
| Procurement | | 566,422 | 566,422 |
| Research and Development | | 114,496 | 114,496 |
| Operations and Maintenance | | 535,900 | 535,900 |
| Military Construction | | 4,119,813 | 4,119,813 |
| | | | |
| **MEMORANDUM: NON-DEFENSE AUTHORIZATIONS** | | | |
| Title XIV—Armed Forces Retirement Home (Function 600) | | | 64,300 |
| Title XXXIV—Naval Petroleum and Oil Shale Reserves (Function 270) | | | 14,000 |

November 23, 2019 (1:06 a.m.)

WASHSTATEC014315

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

7

### SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **MEMORANDUM: TRANSFER AUTHORITIES (NON-ADD)** | | | |
| Title X—General Transfer Authority ............................... | | | [4,000,000] |
| Title XV—Special Transfer Authority ............................ | | | [2,000,000] |
| | | | |
| **MEMORANDUM: DEFENSE AUTHORIZATIONS NOT UNDER THE JURISDICTION OF THE ARMED SERVICES COM-MITTEE (NON-ADD)** | | | |
| Defense Production Act ................................................ | [34,000] | | [34,000] |

November 23, 2019 (1:06 a.m.)

WASHSTATEC014316

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

8

**NATIONAL DEFENSE BUDGET AUTHORITY IMPLICATION**

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **Summary, Discretionary Authorizations Within the Jurisdiction of the Armed Services Committee** | | | |
| SUBTOTAL, DEPARTMENT OF DEFENSE (051) | 642,509,203 | −7,489,468 | 635,019,735 |
| SUBTOTAL, ATOMIC ENERGY DEFENSE PROGRAMS (053) | 23,220,098 | −105,580 | 23,114,518 |
| SUBTOTAL, DEFENSE-RELATED ACTIVITIES (054) | 300,000 | | 300,000 |
| TOTAL, NATIONAL DEFENSE (050)—BASE BILL | 666,029,301 | −7,595,048 | 658,434,253 |
| TOTAL, OVERSEAS CONTINGENCY OPERATIONS | 75,904,961 | −4,404,961 | 71,500,000 |
| GRAND TOTAL, NATIONAL DEFENSE | 741,934,262 | −12,000,009 | 729,934,253 |
| **Scoring adjustments** | | | |
| Transfers to non-Defense budget functions already credited to 050 by OMB | −142,000 | | −142,000 |
| Assumed reductions to previously enacted funding levels | −25,000 | | −25,000 |
| Adjustments for revised BCA caps | 10,000 | | 10,000 |
| Subtotal, Scoring Adjustments | −157,000 | | −157,000 |
| **Base National Defense Discretionary Programs that are Not In the Jurisdiction of the Armed Services Committee or Do Not Require Additional Authorization (CBO Estimates)** | | | |
| Defense Production Act Purchases | 34,000 | | 34,000 |
| Indefinite Account: Disposal Of DOD Real Property | 8,000 | | 8,000 |
| Indefinite Account: Lease Of DOD Real Property | 34,000 | | 34,000 |
| Subtotal, Budget Sub-Function 051 | 76,000 | | 76,000 |
| Other Discretionary Programs | 8,146,000 | | 8,146,000 |
| Subtotal, Budget Sub-Function 054 | 8,146,000 | | 8,146,000 |
| Total Defense Discretionary Adjustments (050) | 8,222,000 | | 8,222,000 |
| **Budget Authority Implication, National Defense Discretionary** | | | |
| Department of Defense--Military (051) | 718,414,165 | −11,894,429 | 706,519,735 |
| Atomic Energy Defense Activities (053) | 23,220,098 | −105,580 | 23,114,518 |
| Defense-Related Activities (054) | 8,522,000 | | 8,522,000 |
| Total BA Implication, National Defense Discretionary | 749,999,263 | −12,000,009 | 737,999,253 |
| **National Defense Mandatory Programs, Current Law (CBO Baseline)** | | | |
| Concurrent receipt accrual payments to the Military Retirement Fund | 8,577,000 | | 8,577,000 |
| Revolving, trust and other DOD Mandatory | 1,818,000 | | 1,818,000 |
| Offsetting receipts | −1,869,000 | | −1,869,000 |
| Subtotal, Budget Sub-Function 051 | 8,526,000 | | 8,526,000 |
| Energy employees occupational illness compensation programs and other | 1,495,000 | | 1,495,000 |
| Subtotal, Budget Sub-Function 053 | 1,495,000 | | 1,495,000 |
| Radiation exposure compensation trust fund | 54,000 | | 54,000 |
| Payment to CIA retirement fund and other | 514,000 | | 514,000 |
| Subtotal, Budget Sub-Function 054 | 568,000 | | 568,000 |
| Total National Defense Mandatory (050) | 10,589,000 | | 10,589,000 |
| **Budget Authority Implication, National Defense Discretionary and Mandatory** | | | |
| Department of Defense--Military (051) | 726,940,165 | −11,894,429 | 715,045,735 |

November 23, 2019 (1:06 a.m.)

WASHSTATEC014317

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

9

**NATIONAL DEFENSE BUDGET AUTHORITY IMPLICATION**—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| Atomic Energy Defense Activities (053) ................................. | 24,715,098 | −105,580 | 24,609,518 |
| Defense-Related Activities (054) .......................................... | 9,090,000 | | 9,090,000 |
| **Total BA Implication, National Defense Discretionary and Mandatory** ............................................................... | **760,745,263** | **−12,000,009** | **748,745,253** |
| **Memorandum: Disaster Recovery Authorizations** | | | |
| Department of Defense--Military (051) ................................. | 0 | 5,336,631 | 5,336,631 |

November 23, 2019 (1:06 a.m.)

WASHSTATEC014318

# TITLE XLI—PROCUREMENT

## SEC. 4101. PROCUREMENT.

**SEC. 4101. PROCUREMENT**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **AIRCRAFT PROCUREMENT, ARMY** | | | | | | | | | | |
| | **FIXED WING** | | | | | | | | | | |
| 002 | UTILITY F/W AIRCRAFT | 1 | 16,000 | | | | | −1 | −16,000 | | |
| | Early to need | | | [−1] | [−16,000] | | | [−1] | [−16,000] | | |
| | Program zeroed out in FYDP | | | | | [−1] | [−16,000] | | | | |
| 004 | RQ–11 (RAVEN) | | 23,510 | | 21,510 | | 23,510 | | −2,090 | | 21,420 |
| | Unit cost growth | | | | [−2,000] | | | | [−2,090] | | |
| | **ROTARY** | | | | | | | | | | |
| 005 | TACTICAL UNMANNED AIRCRAFT SYSTEM (TUAS) | | 12,100 | | 12,100 | | 12,100 | | −6,000 | | 6,100 |
| | Program reduction | | | | | | | | [−6,000] | | |
| 007 | HELICOPTER, LIGHT UTILITY (LUH) | | | | 11,000 | | | | 11,000 | | 11,000 |
| | Program increase for sustainment improvements | | | | [11,000] | | | | [11,000] | | |
| 008 | AH–64 APACHE BLOCK IIIA REMAN | 48 | 806,849 | 48 | 786,009 | 48 | 806,849 | | −8,064 | 48 | 798,785 |
| | Unjustified cost growth | | | | [−20,840] | | | | [−8,064] | | |
| 009 | AH–64 APACHE BLOCK IIIA REMAN | | 190,870 | | 174,970 | | 190,870 | | | | 190,870 |
| | Unjustified cost growth | | | | [−15,900] | | | | | | |
| 010 | AH–64 APACHE BLOCK IIIB NEW BUILD | | | | | 3 | 105,000 | | | | |
| | | | | | | [3] | [105,000] | | | | |
| 012 | UH–60 BLACKHAWK M MODEL (MYP) | 73 | 1,411,540 | 73 | 1,411,540 | 66 | 1,271,540 | | −13,800 | 73 | 1,397,740 |
| | Funding ahead of acquisition strategy | | | | | [−7] | [−140,000] | | | | |
| | Unit cost growth | | | | | | | | [−13,800] | | |
| 013 | UH–60 BLACKHAWK M MODEL (MYP) | | 79,572 | | 79,572 | | 79,572 | | | | 79,572 |
| 014 | UH–60 BLACK HAWK L AND V MODELS | 25 | 169,290 | 25 | 169,290 | 33 | 204,290 | | | 25 | 169,290 |
| | Increase fielding for ARNG units | | | | | [8] | [35,000] | | | | |
| 015 | CH–47 HELICOPTER | 8 | 140,290 | 8 | 131,290 | 8 | 140,290 | | −9,000 | 8 | 131,290 |
| | Unit cost growth | | | | [−9,000] | | | | [−9,000] | | |

WASHSTATEC014319

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016 | CH–47 HELICOPTER | | 18,186 | | 46,186 | | 18,186 | | 28,000 | | 46,186 |
| | Advance procurement for CH–47F Block II | | | | [28,000] | | | | [28,000] | | |
| | **MODIFICATION OF AIRCRAFT** | | | | | | | | | | |
| 019 | UNIVERSAL GROUND CONTROL EQUIPMENT (UAS) | | 2,090 | | 2,090 | | 2,090 | | | | 2,090 |
| 020 | GRAY EAGLE MODS2 | | 14,699 | | 14,699 | | 14,699 | | | | 14,699 |
| 021 | MULTI SENSOR ABN RECON (MIP) | | 35,189 | | 35,189 | | 35,189 | | | | 35,189 |
| 022 | AH–64 MODS | | 58,172 | | 58,172 | | 58,172 | | | | 58,172 |
| 023 | CH–47 CARGO HELICOPTER MODS (MYP) | | 11,785 | | 6,785 | | 11,785 | | | | 11,785 |
| | Unobligated balances | | | | [–5,000] | | | | | | |
| 024 | GRCS SEMA MODS (MIP) | | 5,677 | | 5,677 | | 5,677 | | | | 5,677 |
| 025 | ARL SEMA MODS (MIP) | | 6,566 | | 6,566 | | 6,566 | | | | 6,566 |
| 026 | EMARSS SEMA MODS (MIP) | | 3,859 | | 3,859 | | 3,859 | | | | 3,859 |
| 027 | UTILITY/CARGO AIRPLANE MODS | | 15,476 | | 13,476 | | 15,476 | | –2,000 | | 13,476 |
| | Unit cost discrepancy | | | | [–2,000] | | | | [–2,000] | | |
| 028 | UTILITY HELICOPTER MODS | | 6,744 | | 6,744 | | 6,744 | | | | 6,744 |
| 029 | NETWORK AND MISSION PLAN | | 105,442 | | 98,442 | | 105,442 | | –7,000 | | 98,442 |
| | Cost growth | | | | [–7,000] | | | | [–7,000] | | |
| 030 | COMMS, NAV SURVEILLANCE | | 164,315 | | 164,315 | | 164,315 | | | | 164,315 |
| 032 | GATM ROLLUP | | 30,966 | | 30,966 | | 30,966 | | | | 30,966 |
| 033 | RQ–7 UAV MODS | | 8,983 | 2 | 38,983 | | 8,983 | | | | 8,983 |
| | Program increase | | | [2] | [30,000] | | | | | | |
| 034 | UAS MODS | | 10,205 | | 10,205 | | 10,205 | | | | 10,205 |
| | **GROUND SUPPORT AVIONICS** | | | | | | | | | | |
| 035 | AIRCRAFT SURVIVABILITY EQUIPMENT | | 52,297 | | 52,297 | | 52,297 | | | | 52,297 |
| 036 | SURVIVABILITY CM | | 8,388 | | 8,388 | | 8,388 | | | | 8,388 |
| 037 | CMWS | | 13,999 | | 13,999 | | 13,999 | | | | 13,999 |
| 038 | COMMON INFRARED COUNTERMEASURES (CIRCM) | | 168,784 | | 168,784 | | 168,784 | | | | 168,784 |
| | **OTHER SUPPORT** | | | | | | | | | | |
| 039 | AVIONICS SUPPORT EQUIPMENT | | 1,777 | | 1,777 | | 1,777 | | | | 1,777 |
| 040 | COMMON GROUND EQUIPMENT | | 18,674 | | 18,674 | | 18,674 | | | | 18,674 |
| 041 | AIRCREW INTEGRATED SYSTEMS | | 48,255 | | 48,255 | | 48,255 | | | | 48,255 |
| 042 | AIR TRAFFIC CONTROL | | 32,738 | | 32,738 | | 32,738 | | | | 32,738 |
| 044 | LAUNCHER, 2.75 ROCKET | | 2,201 | | 2,201 | | 2,201 | | | | 2,201 |
| 045 | LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2 | 9 | 991 | 9 | 991 | 9 | 991 | | | 9 | 991 |
| | **TOTAL AIRCRAFT PROCUREMENT, ARMY** | 164 | 3,696,429 | 165 | 3,687,689 | 167 | 3,680,429 | –1 | –24,954 | 163 | 3,671,475 |
| | | | | | | | | | | | |
| | **MISSILE PROCUREMENT, ARMY** | | | | | | | | | | |
| | **SURFACE-TO-AIR MISSILE SYSTEM** | | | | | | | | | | |
| 001 | SYSTEM INTEGRATION AND TEST PROCUREMENT | | 113,857 | | 113,857 | | 113,857 | | | | 113,857 |
| 002 | M–SHORAD—PROCUREMENT | 17 | 103,800 | 17 | 56,800 | 17 | 103,800 | | –32,000 | 17 | 71,800 |

### SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | Early to need .......................... | | | | [−47,000] | | | | [−32,000] | | |
| 003 | MSE MISSILE ............................ | 138 | 698,603 | 138 | 698,603 | 138 | 698,603 | | | 138 | 698,603 |
| 004 | INDIRECT FIRE PROTECTION CAPABILITY INC 2–I ........ | | 9,337 | | 9,337 | | 239,237 | | | | 9,337 |
| | Full funding of Iron Dome battery ........... | | | | | | [229,900] | | | | |
| 005A | THAAD ................................. | | | | | 37 | 425,900 | | | | |
| | THAAD program transfer from MDA ......... | | | | | [37] | [425,900] | | | | |
| | **AIR-TO-SURFACE MISSILE SYSTEM** | | | | | | | | | | |
| 006 | HELLFIRE SYS SUMMARY ..................... | 1,870 | 193,284 | 1,870 | 173,284 | 1,870 | 193,284 | | −7,200 | 1,870 | 186,084 |
| | Unit cost growth ....................... | | | | [−20,000] | | | | [−7,200] | | |
| 007 | JOINT AIR-TO-GROUND MSLS (JAGM) ............. | 609 | 233,353 | 609 | 198,353 | 609 | 233,353 | | −34,058 | 609 | 199,295 |
| | Contract and schedule delays ............ | | | | [−35,000] | | | | [−34,058] | | |
| | **ANTI-TANK/ASSAULT MISSILE SYS** | | | | | | | | | | |
| 008 | JAVELIN (AAWS-M) SYSTEM SUMMARY ........... | 672 | 138,405 | 672 | 138,405 | 672 | 138,405 | | | 672 | 138,405 |
| 009 | TOW 2 SYSTEM SUMMARY .................... | 1,460 | 114,340 | 1,460 | 110,340 | 1,460 | 114,340 | | −6,382 | 1,460 | 107,958 |
| | Unit cost growth ....................... | | | | [−4,000] | | | | [−6,382] | | |
| 010 | TOW 2 SYSTEM SUMMARY .................... | | 10,500 | | 10,500 | | 10,500 | | | | 10,500 |
| 011 | GUIDED MLRS ROCKET (GMLRS) ................ | 6,489 | 797,213 | 6,489 | 767,213 | 6,489 | 797,213 | | −30,000 | 6,489 | 767,213 |
| | Program adjustment ..................... | | | | [−30,000] | | | | [−30,000] | | |
| 012 | MLRS REDUCED RANGE PRACTICE ROCKETS (RRPR) ..... | 2,982 | 27,555 | 2,982 | 27,555 | 2,982 | 27,555 | | | 2,982 | 27,555 |
| 014 | ARMY TACTICAL MSL SYS (ATACMS)—SYS SUM ...... | 146 | 209,842 | 146 | 184,842 | 146 | 209,842 | | −39,829 | 146 | 170,013 |
| | Excess to need ........................ | | | | [−25,000] | | | | [−39,829] | | |
| | **MODIFICATIONS** | | | | | | | | | | |
| 016 | PATRIOT MODS ........................... | | 279,464 | | 279,464 | | 279,464 | | | | 279,464 |
| 017 | ATACMS MODS ............................ | | 85,320 | | 80,320 | | 85,320 | | −5,000 | | 80,320 |
| | Unit cost growth ....................... | | | | [−5,000] | | | | [−5,000] | | |
| 018 | GMLRS MOD ............................. | | 5,094 | | 5,094 | | 5,094 | | | | 5,094 |
| 019 | STINGER MODS ........................... | | 81,615 | | 81,615 | | 81,615 | | | | 81,615 |
| 020 | AVENGER MODS ........................... | | 14,107 | | 14,107 | | 14,107 | | | | 14,107 |
| 021 | ITAS/TOW MODS .......................... | | 3,469 | | 3,469 | | 3,469 | | | | 3,469 |
| 022 | MLRS MODS ............................. | | 39,019 | | 39,019 | | 39,019 | | | | 39,019 |
| 023 | HIMARS MODIFICATIONS .................... | | 12,483 | | 12,483 | | 12,483 | | | | 12,483 |
| | **SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 024 | SPARES AND REPAIR PARTS ................. | | 26,444 | | 26,444 | | 26,444 | | | | 26,444 |

WASHSTATEC014321

13

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Change | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | **SUPPORT EQUIPMENT & FACILITIES** | | | | | | | | | |
| 025 | AIR DEFENSE TARGETS | | 10,593 | | 10,593 | | 10,593 | | | 10,593 |
| | TOTAL MISSILE PROCUREMENT, ARMY | 14,383 | 3,207,697 | 14,383 | 3,041,697 | 14,420 | 3,863,497 | −154,469 | 14,383 | 3,053,228 |
| | | | | | | | | | | |
| | **PROCUREMENT OF W&TCV, ARMY** | | | | | | | | | |
| | **TRACKED COMBAT VEHICLES** | | | | | | | | | |
| 002 | ARMORED MULTI PURPOSE VEHICLE (AMPV) | 65 | 264,040 | 65 | 259,040 | 65 | 264,040 | −33,733 | 65 | 230,307 |
| | Program reduction | | | | [−5,000] | | | [−33,733] | | |
| | **MODIFICATION OF TRACKED COMBAT VEHICLES** | | | | | | | | | |
| 003 | STRYKER (MOD) | | 144,387 | | 393,587 | | 393,587 | 249,200 | | 393,587 |
| | Accelerate Stryker medium caliber weapon system—Army unfunded priority | | | | [249,200] | | | [249,200] | | |
| | UPL Stryker lethality 30 mm cannon | | | | | | [249,200] | | | |
| 004 | STRYKER UPGRADE | 152 | 550,000 | 152 | 550,000 | 152 | 550,000 | −27,038 | 152 | 522,962 |
| | Unit cost growth | | | | | | | [−27,038] | | |
| 005 | BRADLEY PROGRAM (MOD) | | 638,781 | | 546,781 | | 598,781 | −65,000 | | 573,781 |
| | Excess to need due to termination of subprogram | | | | | | [−40,000] | | | |
| | Program decrease | | | | [−27,000] | | | [−65,000] | | |
| | Program delay | | | | [−65,000] | | | | | |
| 006 | M109 FOV MODIFICATIONS | | 25,756 | | 25,756 | | 25,756 | | | 25,756 |
| 007 | PALADIN INTEGRATED MANAGEMENT (PIM) | 53 | 553,425 | 53 | 553,425 | 53 | 553,425 | | 53 | 553,425 |
| 009 | ASSAULT BRIDGE (MOD) | | 2,821 | | 2,821 | | 2,821 | | | 2,821 |
| 010 | ASSAULT BREACHER VEHICLE | 6 | 31,697 | 6 | 31,697 | 6 | 31,697 | | 6 | 31,697 |
| 011 | M88 FOV MODS | | 4,500 | | 4,500 | | 4,500 | | | 4,500 |
| 012 | JOINT ASSAULT BRIDGE | 44 | 205,517 | 44 | 205,517 | 44 | 205,517 | | 44 | 205,517 |
| 013 | M1 ABRAMS TANK (MOD) | | 348,800 | | 408,800 | | 348,800 | 53,000 | | 401,800 |
| | Test support excess to need | | | | | | | [−7,000] | | |
| | Vehicle protection system for one armored brigade | | | | [60,000] | | | [60,000] | | |
| 014 | ABRAMS UPGRADE PROGRAM | 165 | 1,752,784 | 165 | 1,752,784 | 165 | 1,717,784 | | 165 | 1,752,784 |
| | Early to need | | | | | | [−35,000] | | | |
| | **WEAPONS & OTHER COMBAT VEHICLES** | | | | | | | | | |
| 016 | MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS | | 19,420 | | 19,420 | | 19,420 | | | 19,420 |
| 017 | GUN AUTOMATIC 30MM M230 | | 20,000 | | 20,000 | | 20,000 | −14,958 | | 5,042 |
| | Program reduction | | | | | | | [−14,958] | | |
| 019 | MORTAR SYSTEMS | | 14,907 | | 14,907 | | 14,907 | | | 14,907 |
| 020 | XM320 GRENADE LAUNCHER MODULE (GLM) | | 191 | | 191 | | 191 | | | 191 |
| 021 | PRECISION SNIPER RIFLE | | 7,977 | | 7,977 | | 7,977 | | | 7,977 |
| 022 | COMPACT SEMI-AUTOMATIC SNIPER SYSTEM | | 9,860 | | 9,860 | | 9,860 | | | 9,860 |
| 023 | CARBINE | | 30,331 | | 30,331 | | 30,331 | | | 30,331 |
| 024 | SMALL ARMS—FIRE CONTROL | | 8,060 | | 60 | | 8,060 | −8,060 | | |

WASHSTATEC014322

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

14

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | Late contract award ............................. | | | | [−8,000] | | | | [−8,060] | | |
| 025 | COMMON REMOTELY OPERATED WEAPONS STATION .............. | | 24,007 | | 24,007 | | 24,007 | | | | 24,007 |
| 026 | HANDGUN ................................................. | | 6,174 | | 6,174 | | 6,174 | | | | 6,174 |
| | **MOD OF WEAPONS AND OTHER COMBAT VEH** | | | | | | | | | | |
| 028 | MK–19 GRENADE MACHINE GUN MODS ................. | | 3,737 | | 3,737 | | 3,737 | | | | 3,737 |
| 029 | M777 MODS ............................................. | | 2,367 | | 2,367 | | 2,367 | | | | 2,367 |
| 030 | M4 CARBINE MODS ..................................... | | 17,595 | | 17,595 | | 17,595 | | | | 17,595 |
| 033 | M240 MEDIUM MACHINE GUN MODS ..................... | | 8,000 | | 8,000 | | 8,000 | | | | 8,000 |
| 034 | SNIPER RIFLES MODIFICATIONS ........................ | | 2,426 | | 2,426 | | 2,426 | | | | 2,426 |
| 035 | M119 MODIFICATIONS .................................. | | 6,269 | | 6,269 | | 6,269 | | | | 6,269 |
| 036 | MORTAR MODIFICATION .................................. | | 1,693 | | 1,693 | | 1,693 | | | | 1,693 |
| 037 | MODIFICATIONS LESS THAN $5.0M (WOCV-WTCV) .......... | | 4,327 | | 4,327 | | 4,327 | | | | 4,327 |
| | **SUPPORT EQUIPMENT & FACILITIES** | | | | | | | | | | |
| 038 | ITEMS LESS THAN $5.0M (WOCV-WTCV) ................. | | 3,066 | | 3,066 | | 3,066 | | | | 3,066 |
| 039 | PRODUCTION BASE SUPPORT (WOCV-WTCV) ............... | | 2,651 | | 2,651 | | 2,651 | | | | 2,651 |
| | **TOTAL PROCUREMENT OF W&TCV, ARMY** ............... | 485 | 4,715,566 | 485 | 4,919,766 | 485 | 4,889,766 | | 153,411 | 485 | 4,868,977 |
| | **PROCUREMENT OF AMMUNITION, ARMY** | | | | | | | | | | |
| | **SMALL/MEDIUM CAL AMMUNITION** | | | | | | | | | | |
| 001 | CTG, 5.56MM, ALL TYPES ............................. | | 68,949 | | 63,949 | | 68,949 | | −3,429 | | 65,520 |
| | Prior-year carryover ............................... | | | | [−5,000] | | | | [−3,429] | | |
| 002 | CTG, 7.62MM, ALL TYPES ............................. | | 114,228 | | 111,228 | | 114,228 | | −2,000 | | 112,228 |
| | Prior-year carryover ............................... | | | | [−3,000] | | | | [−2,000] | | |
| 003 | CTG, HANDGUN, ALL TYPES ............................ | | 17,807 | | 12,807 | | 17,807 | | | | 17,807 |
| | Program adjustment ................................. | | | | [−5,000] | | | | | | |
| 004 | CTG, .50 CAL, ALL TYPES ............................ | | 63,966 | | 63,966 | | 63,966 | | | | 63,966 |
| 005 | CTG, 20MM, ALL TYPES ............................... | | 35,920 | | 27,920 | | 35,920 | | −8,000 | | 27,920 |
| | Unit cost growth ................................... | | | | [−8,000] | | | | [−8,000] | | |
| 006 | CTG, 25MM, ALL TYPES ............................... | | 8,990 | | 8,990 | | 8,990 | | | | 8,990 |
| 007 | CTG, 30MM, ALL TYPES ............................... | | 68,813 | | 57,229 | | 68,813 | | −3,476 | | 65,337 |
| | Prior-year carry over .............................. | | | | [−1,134] | | | | [−1,134] | | |
| | Program adjustment ................................. | | | | [−10,450] | | | | [−2,342] | | |
| 008 | CTG, 40MM, ALL TYPES ............................... | | 103,952 | | 103,952 | | 103,952 | | | | 103,952 |

WASHSTATEC014323

15

| Line | Description | Qty | | | | Qty | | Qty |
|---|---|---|---|---|---|---|---|---|
| | **MORTAR AMMUNITION** | | | | | | | |
| 009 | 60MM MORTAR, ALL TYPES | | 50,580 | 49,580 | 50,580 | −1,000 | 49,580 | |
| | Unit cost discrepancy | | | [−1,000] | | [−1,000] | | |
| 010 | 81MM MORTAR, ALL TYPES | | 59,373 | 44,673 | 59,373 | −14,700 | 44,673 | |
| | Contract delays | | | [−14,700] | | [−14,700] | | |
| 011 | 120MM MORTAR, ALL TYPES | | 125,452 | 123,452 | 125,452 | −2,000 | 123,452 | |
| | Unit cost growth | | | [−2,000] | | [−2,000] | | |
| | **TANK AMMUNITION** | | | | | | | |
| 012 | CARTRIDGES, TANK, 105MM AND 120MM, ALL TYPES | | 171,284 | 113,084 | 171,284 | −50,820 | 120,464 | |
| | Unit cost growth | | | [−58,200] | | [−50,820] | | |
| | **ARTILLERY AMMUNITION** | | | | | | | |
| 013 | ARTILLERY CARTRIDGES, 75MM & 105MM, ALL TYPES | | 44,675 | 44,675 | 44,675 | | 44,675 | |
| 014 | ARTILLERY PROJECTILE, 155MM, ALL TYPES | | 266,037 | 266,037 | 266,037 | | 266,037 | |
| 015 | PROJ 155MM EXTENDED RANGE M982 | 441 | 57,434 | 441 57,434 | 441 57,434 | | 441 57,434 | |
| 016 | ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL | | 271,602 | 265,602 | 271,602 | −3,580 | 268,022 | |
| | Cost growth and unjustified product improvements | | | [−6,000] | | [−3,580] | | |
| | **MINES** | | | | | | | |
| 017 | MINES & CLEARING CHARGES, ALL TYPES | | 55,433 | 39,433 | 55,433 | −16,194 | 39,239 | |
| | Contract delay | | | [−16,000] | | [−16,194] | | |
| | **ROCKETS** | | | | | | | |
| 018 | SHOULDER LAUNCHED MUNITIONS, ALL TYPES | | 74,878 | 74,878 | 74,878 | | 74,878 | |
| 019 | ROCKET, HYDRA 70, ALL TYPES | | 175,994 | 165,994 | 175,994 | −10,000 | 165,994 | |
| | Excess support costs | | | [−10,000] | | [−10,000] | | |
| | **OTHER AMMUNITION** | | | | | | | |
| 020 | CAD/PAD, ALL TYPES | | 7,595 | 7,595 | 7,595 | | 7,595 | |
| 021 | DEMOLITION MUNITIONS, ALL TYPES | | 51,651 | 51,651 | 51,651 | | 51,651 | |
| 022 | GRENADES, ALL TYPES | | 40,592 | 40,592 | 40,592 | | 40,592 | |
| 023 | SIGNALS, ALL TYPES | | 18,609 | 18,609 | 18,609 | | 18,609 | |
| 024 | SIMULATORS, ALL TYPES | | 16,054 | 16,054 | 16,054 | | 16,054 | |
| | **MISCELLANEOUS** | | | | | | | |
| 025 | AMMO COMPONENTS, ALL TYPES | | 5,261 | 5,261 | 5,261 | | 5,261 | |
| 026 | NON-LETHAL AMMUNITION, ALL TYPES | | 715 | 715 | 715 | | 715 | |
| 027 | ITEMS LESS THAN $5 MILLION (AMMO) | | 9,213 | 9,213 | 9,213 | | 9,213 | |
| 028 | AMMUNITION PECULIAR EQUIPMENT | | 10,044 | 10,044 | 10,044 | | 10,044 | |
| 029 | FIRST DESTINATION TRANSPORTATION (AMMO) | | 18,492 | 18,492 | 18,492 | | 18,492 | |
| 030 | CLOSEOUT LIABILITIES | | 99 | 99 | 99 | | 99 | |
| | **PRODUCTION BASE SUPPORT** | | | | | | | |
| 031 | INDUSTRIAL FACILITIES | | 474,511 | 474,511 | 474,511 | | 474,511 | |
| 032 | CONVENTIONAL MUNITIONS DEMILITARIZATION | | 202,512 | 202,512 | 202,512 | | 202,512 | |
| 033 | ARMS INITIATIVE | | 3,833 | 3,833 | 3,833 | | 3,833 | |

WASHSTATEC014324

16

### SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | TOTAL PROCUREMENT OF AMMUNITION, ARMY | 441 | 2,694,548 | 441 | 2,554,064 | 441 | 2,694,548 | | −115,199 | 441 | 2,579,349 |
| | **OTHER PROCUREMENT, ARMY** | | | | | | | | | | |
| | **TACTICAL VEHICLES** | | | | | | | | | | |
| 001 | TACTICAL TRAILERS/DOLLY SETS | | 12,993 | | 12,993 | | 12,993 | | | | 12,993 |
| 002 | SEMITRAILERS, FLATBED | | 102,386 | | 102,386 | | 102,386 | | | | 102,386 |
| 003 | AMBULANCE, 4 LITTER, 5/4 TON, 4X4 | | 127,271 | | 127,271 | | 127,271 | | | | 127,271 |
| 004 | GROUND MOBILITY VEHICLES (GMV) | | 37,038 | | 35,038 | | 37,038 | | −2,000 | | 35,038 |
| | Unit cost growth | | | | [−2,000] | | | | [−2,000] | | |
| 006 | JOINT LIGHT TACTICAL VEHICLE | 2,530 | 996,007 | 2,530 | 976,507 | 2,530 | 956,507 | | −19,500 | 2,530 | 976,507 |
| | Army requested realignment | | | | | | | | [−4,500] | | |
| | Army requested transfer to RDTE, A line 169 | | | | [−4,500] | | | | [−4,500] | | |
| | Early to need | | | | | | | | [−35,000] | | |
| | Simulator delay | | | | [−15,000] | | | | [−15,000] | | |
| 007 | TRUCK, DUMP, 20T (CCE) | | 10,838 | | 10,838 | | 10,838 | | | | 10,838 |
| 008 | FAMILY OF MEDIUM TACTICAL VEH (FMTV) | | 72,057 | | 138,057 | | 72,057 | | 66,000 | | 138,057 |
| | Program increase | | | | [66,000] | | | | [66,000] | | |
| 009 | FIRETRUCKS & ASSOCIATED FIREFIGHTING EQUIP | | 28,048 | | 28,048 | | 28,048 | | | | 28,048 |
| 010 | FAMILY OF HEAVY TACTICAL VEHICLES (FHTV) | | 9,969 | | 9,969 | | 9,969 | | | | 9,969 |
| 011 | PLS ESP | | 6,280 | | 6,280 | | 6,280 | | | | 6,280 |
| 012 | HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV | | 30,841 | | 131,841 | | 30,841 | | 64,344 | | 95,185 |
| | Program increase | | | | [101,000] | | | | [64,344] | | |
| 013 | HMMWV RECAPITALIZATION PROGRAM | | 5,734 | | 5,734 | | 5,734 | | | | 5,734 |
| 014 | TACTICAL WHEELED VEHICLE PROTECTION KITS | | 45,113 | | 45,113 | | 45,113 | | | | 45,113 |
| 015 | MODIFICATION OF IN SVC EQUIP | | 58,946 | | 58,946 | | 58,946 | | | | 58,946 |
| | **NON-TACTICAL VEHICLES** | | | | | | | | | | |
| 017 | HEAVY ARMORED VEHICLE | | 791 | | 791 | | 791 | | | | 791 |
| 018 | PASSENGER CARRYING VEHICLES | | 1,416 | | 1,416 | | 1,416 | | | | 1,416 |
| 019 | NONTACTICAL VEHICLES, OTHER | | 29,891 | | 29,891 | | 29,891 | | | | 29,891 |
| | **COMM—JOINT COMMUNICATIONS** | | | | | | | | | | |
| 021 | SIGNAL MODERNIZATION PROGRAM | | 153,933 | | 148,933 | | 153,933 | | −10,000 | | 143,933 |
| | Excess funding for spares | | | | [−5,000] | | | | [−10,000] | | |
| 022 | TACTICAL NETWORK TECHNOLOGY MOD IN SVC | | 387,439 | | 411,439 | | 387,439 | | 24,000 | | 411,439 |

WASHSTATEC014325

17

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| | ITN-M for one armored brigade combat team | | [24,000] | | [24,000] | |
| 023 | SITUATION INFORMATION TRANSPORT | 46,693 | 46,693 | 46,693 | | 46,693 |
| 025 | JCSE EQUIPMENT (USRDECOM) | 5,075 | 5,075 | 5,075 | | 5,075 |
| | **COMM—SATELLITE COMMUNICATIONS** | | | | | |
| 028 | DEFENSE ENTERPRISE WIDEBAND SATCOM SYSTEMS | 101,189 | 101,189 | 101,189 | | 101,189 |
| 029 | TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS | 77,141 | 77,141 | 77,141 | | 77,141 |
| 030 | SHF TERM | 16,054 | 16,054 | 16,054 | | 16,054 |
| 031 | ASSURED POSITIONING, NAVIGATION AND TIMING | 41,074 | 24,914 | 41,074 | −7,400 | 33,674 |
| | Contract delays | | [−28,760] | | | |
| | Program cancellation | | [−7,400] | | [−7,400] | |
| | Program increase | | [20,000] | | | |
| 032 | SMART-T (SPACE) | 10,515 | 10,515 | 10,515 | | 10,515 |
| 033 | GLOBAL BRDCST SVC—GBS | 11,800 | 11,800 | 11,800 | | 11,800 |
| 034 | ENROUTE MISSION COMMAND (EMC) | 8,609 | 8,609 | 8,609 | | 8,609 |
| | **COMM—C3 SYSTEM** | | | | | |
| 038 | COE TACTICAL SERVER INFRASTRUCTURE (TSI) | 77,533 | 77,533 | 77,533 | −20,000 | 57,533 |
| | Program reduction | | | | [−20,000] | |
| | **COMM—COMBAT COMMUNICATIONS** | | | | | |
| 039 | HANDHELD MANPACK SMALL FORM FIT (HMS) | 468,026 | 468,026 | 468,026 | 20,000 | 488,026 |
| | Program delay | | [−25,000] | | | |
| | SFAB technology refresh | | [25,000] | | [20,000] | |
| 040 | RADIO TERMINAL SET, MIDS LVT(?) | 23,778 | 23,778 | 23,778 | | 23,778 |
| 044 | SPIDER FAMILY OF NETWORKED MUNITIONS INCR | 10,930 | 10,930 | 10,930 | | 10,930 |
| 046 | UNIFIED COMMAND SUITE | 9,291 | 8,291 | 9,291 | | 9,291 |
| | Excess program management costs | | [−1,000] | | | |
| 047 | COTS COMMUNICATIONS EQUIPMENT | 55,630 | 55,630 | 55,630 | | 55,630 |
| 048 | FAMILY OF MED COMM FOR COMBAT CASUALTY CARE | 16,590 | 16,590 | 16,590 | | 16,590 |
| 049 | ARMY COMMUNICATIONS & ELECTRONICS | 43,457 | 43,457 | 43,457 | | 43,457 |
| | **COMM—INTELLIGENCE COMM** | | | | | |
| 051 | CI AUTOMATION ARCHITECTURE (MIP) | 10,470 | 10,470 | 10,470 | | 10,470 |
| 052 | DEFENSE MILITARY DECEPTION INITIATIVE | 3,704 | 3,704 | 3,704 | | 3,704 |
| | **INFORMATION SECURITY** | | | | | |
| 053 | FAMILY OF BIOMETRICS | 1,000 | 1,000 | 1,000 | | 1,000 |
| 054 | INFORMATION SYSTEM SECURITY PROGRAM-ISSP | 3,600 | 3,600 | 3,600 | | 3,600 |
| 055 | COMMUNICATIONS SECURITY (COMSEC) | 160,899 | 141,899 | 160,899 | −13,802 | 147,097 |
| | Unit cost growth | | [−19,000] | | [−13,802] | |
| 056 | DEFENSIVE CYBER OPERATIONS | 61,962 | 61,962 | 61,962 | | 61,962 |
| 057 | INSIDER THREAT PROGRAM—UNIT ACTIVITY MONITO | 756 | 756 | 756 | | 756 |
| 058 | PERSISTENT CYBER TRAINING ENVIRONMENT | 3,000 | 3,000 | 3,000 | | 3,000 |
| | **COMM—LONG HAUL COMMUNICATIONS** | | | | | |

WASHSTATEC014326

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request Qty | FY 2020 Request Cost | House Authorized Qty | House Authorized Cost | Senate Authorized Qty | Senate Authorized Cost | Conference Change Qty | Conference Change Cost | Conference Authorized Qty | Conference Authorized Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 059 | BASE SUPPORT COMMUNICATIONS ............................... | | 31,770 | | 26,770 | | 31,770 | | | | 31,770 |
| | Insufficient budget justification ............................. | | | | [−5,000] | | | | | | |
| | **COMM—BASE COMMUNICATIONS** | | | | | | | | | | |
| 060 | INFORMATION SYSTEMS ........................................... | | 159,009 | | 139,009 | | 159,009 | | | | 159,009 |
| | Unjustified growth ................................................ | | | | [−15,000] | | | | | | |
| | Unjustified growth in SRM HW ............................... | | | | [−5,000] | | | | | | |
| 061 | EMERGENCY MANAGEMENT MODERNIZATION PROGRAM ...... | | 4,854 | | 4,854 | | 4,854 | | | | 4,854 |
| 062 | HOME STATION MISSION COMMAND CENTERS (HSMCC) ....... | | 47,174 | | 47,174 | | 47,174 | | | | 47,174 |
| 063 | INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM ........ | | 297,994 | | 234,590 | | 297,994 | | −32,500 | | 265,494 |
| | Insufficient budget justification ............................. | | | | [−50,000] | | | | [−32,500] | | |
| | Program decrease ................................................ | | | | [−13,404] | | | | | | |
| | **ELECT EQUIP—TACT INT REL ACT (TIARA)** | | | | | | | | | | |
| 066 | JTT/CIBS-M (MIP) .................................................. | | 7,686 | | 7,686 | | 7,686 | | | | 7,686 |
| 068 | DCGS-A (MIP) ...................................................... | | 180,350 | | 180,350 | | 180,350 | | | | 180,350 |
| 070 | TROJAN (MIP) ...................................................... | | 17,368 | | 17,368 | | 17,368 | | | | 17,368 |
| 071 | MOD OF IN-SVC EQUIP (INTEL SPT) (MIP) ................... | | 59,052 | | 59,052 | | 59,052 | | | | 59,052 |
| | **ELECT EQUIP—ELECTRONIC WARFARE (EW)** | | | | | | | | | | |
| 077 | LIGHTWEIGHT COUNTER MORTAR RADAR ...................... | | 5,400 | | 5,400 | | 5,400 | | | | 5,400 |
| 078 | EW PLANNING & MANAGEMENT TOOLS (EWPMT) ............ | | 7,568 | | 7,568 | | 7,568 | | | | 7,568 |
| 079 | AIR VIGILANCE (AV) (MIP) ...................................... | | 8,953 | | 8,953 | | 8,953 | | | | 8,953 |
| 081 | MULTI-FUNCTION ELECTRONIC WARFARE (MFEW) SYST ...... | | 6,420 | | 6,420 | | 6,420 | | −3,200 | | 3,220 |
| | Program reduction ............................................... | | | | | | | | [−3,200] | | |
| 083 | COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES ........ | | 501 | | 501 | | 501 | | | | 501 |
| 084 | CI MODERNIZATION (MIP) ........................................ | | 121 | | 121 | | 121 | | | | 121 |
| | **ELECT EQUIP—TACTICAL SURV. (TAC SURV)** | | | | | | | | | | |
| 085 | SENTINEL MODS ................................................... | | 115,210 | | 114,210 | | 115,210 | | −1,000 | | 114,210 |
| | Excess support costs ............................................ | | | | [−1,000] | | | | [−1,000] | | |
| 086 | NIGHT VISION DEVICES ........................................... | | 236,604 | | 160,604 | | 236,604 | | −76,225 | | 160,379 |
| | Insufficient justification (IVAS) .............................. | | | | [−76,000] | | | | [−76,225] | | |
| 088 | SMALL TACTICAL OPTICAL RIFLE MOUNTED MLRF ............ | | 22,623 | | 22,623 | | 22,623 | | | | 22,623 |
| 090 | INDIRECT FIRE PROTECTION FAMILY OF SYSTEMS ............ | | 29,127 | | 29,127 | | 29,127 | | | | 29,127 |
| 091 | FAMILY OF WEAPON SIGHTS (FWS) ............................ | | 120,883 | | 81,541 | | 120,883 | | −39,342 | | 81,541 |
| | Excess unit cost growth ........................................ | | | | [−39,342] | | | | [−39,342] | | |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

| | | | | | | |
|---|---|---|---|---|---|---|
| 094 | JOINT BATTLE COMMAND—PLATFORM (JBC-P) | 265,667 | 240,167 | | 265,667 | −9,100 | 256,567 |
| | Program adjustment | | [−25,500] | | | [−9,100] | |
| 095 | JOINT EFFECTS TARGETING SYSTEM (JETS) | 69,720 | 44,720 | | 69,720 | −25,000 | 44,720 |
| | Program delay | | [−25,000] | | | [−25,000] | |
| 096 | MOD OF IN-SVC EQUIP (LLDR) | 6,044 | 6,044 | | 6,044 | | 6,044 |
| 097 | COMPUTER BALLISTICS: LHMBC XM32 | 3,268 | 3,268 | | 3,268 | | 3,268 |
| 098 | MORTAR FIRE CONTROL SYSTEM | 13,199 | 13,199 | | 13,199 | | 13,199 |
| 099 | MORTAR FIRE CONTROL SYSTEMS MODIFICATIONS | 10,000 | 10,000 | | 10,000 | | 10,000 |
| 100 | COUNTERFIRE RADARS | 16,416 | 16,416 | 13 | 78,916 | | 16,416 |
| | UPL Retrofits systems with GaN tech for ER | | | [13] | [62,500] | | |
| | **ELECT EQUIP—TACTICAL C2 SYSTEMS** | | | | | | |
| 102 | FIRE SUPPORT C2 FAMILY | 13,197 | 13,197 | | 13,197 | | 13,197 |
| 103 | AIR & MSL DEFENSE PLANNING & CONTROL SYS | 24,730 | 24,730 | | 24,730 | | 24,730 |
| 104 | IAMD BATTLE COMMAND SYSTEM | 29,679 | 29,679 | | 29,679 | | 29,679 |
| 105 | LIFE CYCLE SOFTWARE SUPPORT (LCSS) | 6,774 | 6,774 | | 6,774 | | 6,774 |
| 106 | NETWORK MANAGEMENT INITIALIZATION AND SERVICE | 24,448 | 24,448 | | 24,448 | | 24,448 |
| 107 | MANEUVER CONTROL SYSTEM (MCS) | 260 | 260 | | 260 | | 260 |
| 108 | GLOBAL COMBAT SUPPORT SYSTEM-ARMY (GCSS-A) | 17,962 | 17,962 | | 17,962 | | 17,962 |
| 109 | INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPP | 18,674 | 18,674 | | | −10,000 | 8,674 |
| | Poor business process reengineering | | | | [−18,674] | [−10,000] | |
| 110 | RECONNAISSANCE AND SURVEYING INSTRUMENT SET | 11,000 | 11,000 | | 11,000 | | 11,000 |
| 111 | MOD OF IN-SVC EQUIPMENT (ENFIRE) | 7,317 | 15,317 | | 7,317 | 8,000 | 15,317 |
| | Program increase—land surveying systems | | [8,000] | | | [8,000] | |
| | **ELECT EQUIP—AUTOMATION** | | | | | | |
| 112 | ARMY TRAINING MODERNIZATION | 14,578 | 14,578 | | 14,578 | | 14,578 |
| 113 | AUTOMATED DATA PROCESSING EQUIP | 139,342 | 129,342 | | 147,342 | −10,000 | 129,342 |
| | JIOCEUR at RAF Molesworth | | | | [8,000] | | |
| | Program decrease | | [−5,000] | | | [−5,000] | |
| | Unjustified growth | | [−5,000] | | | [−5,000] | |
| 114 | GENERAL FUND ENTERPRISE BUSINESS SYSTEMS FAM | 15,802 | 15,802 | | 15,802 | | 15,802 |
| 115 | HIGH PERF COMPUTING MOD PGM (HPCMP) | 67,610 | 67,610 | | 67,610 | | 67,610 |
| 116 | CONTRACT WRITING SYSTEM | 15,000 | 15,000 | | | −9,000 | 6,000 |
| | Program duplication | | | | [−15,000] | [−9,000] | |
| 117 | CSS COMMUNICATIONS | 24,700 | 24,700 | | 24,700 | | 24,700 |
| 118 | RESERVE COMPONENT AUTOMATION SYS (RCAS) | 27,879 | 27,879 | | 27,879 | | 27,879 |
| | **ELECT EQUIP—AUDIO VISUAL SYS (A/V)** | | | | | | |
| 120 | ITEMS LESS THAN $5M (SURVEYING EQUIPMENT) | 5,000 | 5,000 | | 5,000 | | 5,000 |
| | **ELECT EQUIP—SUPPORT** | | | | | | |
| 122 | BCT EMERGING TECHNOLOGIES | 22,302 | 22,302 | | 22,302 | −12,000 | 10,302 |
| | Program reduction | | | | | [−12,000] | |

19

WASHSTATEC014328

20

### SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 122A | CLASSIFIED PROGRAMS | | 11,910 | | 11,910 | | 11,910 | | | | 11,910 |
| | **CHEMICAL DEFENSIVE EQUIPMENT** | | | | | | | | | | |
| 126 | CBRN DEFENSE | | 25,828 | | 25,828 | | 25,828 | | | | 25,828 |
| 127 | SMOKE & OBSCURANT FAMILY: SOF (NON AAO ITEM) | | 5,050 | | 5,050 | | 5,050 | | | | 5,050 |
| | **BRIDGING EQUIPMENT** | | | | | | | | | | |
| 128 | TACTICAL BRIDGING | | 59,821 | | 57,821 | | 59,821 | | −2,000 | | 57,821 |
| | Contract delays | | | | [−2,000] | | | | [−2,000] | | |
| 129 | TACTICAL BRIDGE, FLOAT-RIBBON | | 57,661 | | 57,661 | | 57,661 | | | | 57,661 |
| 130 | BRIDGE SUPPLEMENTAL SET | | 17,966 | | 17,966 | | 17,966 | | | | 17,966 |
| 131 | COMMON BRIDGE TRANSPORTER (CBT) RECAP | | 43,155 | | 43,155 | | 43,155 | | | | 43,155 |
| | **ENGINEER (NON-CONSTRUCTION) EQUIPMENT** | | | | | | | | | | |
| 132 | HANDHELD STANDOFF MINEFIELD DETECTION SYS-HST | | 7,570 | | 7,570 | | 7,570 | | | | 7,570 |
| 133 | GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS) | | 37,025 | | 37,025 | | 37,025 | | | | 37,025 |
| 135 | HUSKY MOUNTED DETECTION SYSTEM (HMDS) | | 83,082 | | 54,082 | | 83,082 | | −35,183 | | 47,899 |
| | Unjustified unit cost growth | | | | [−29,000] | | | | [−35,183] | | |
| 136 | ROBOTIC COMBAT SUPPORT SYSTEM (RCSS) | | 2,000 | | 2,000 | | 2,000 | | | | 2,000 |
| 137 | EOD ROBOTICS SYSTEMS RECAPITALIZATION | | 23,115 | | 23,115 | | 23,115 | | | | 23,115 |
| 138 | ROBOTICS AND APPLIQUE SYSTEMS | | 101,056 | | 101,056 | | 113,856 | | | | 101,056 |
| | Army requested realignment | | | | | | [12,800] | | | | |
| 140 | RENDER SAFE SETS KITS OUTFITS | | 18,684 | | 18,684 | | 18,684 | | | | 18,684 |
| 142 | FAMILY OF BOATS AND MOTORS | | 8,245 | | 6,245 | | 8,245 | | −2,000 | | 6,245 |
| | Unit cost growth | | | | [−2,000] | | | | [−2,000] | | |
| | **COMBAT SERVICE SUPPORT EQUIPMENT** | | | | | | | | | | |
| 143 | HEATERS AND ECU'S | | 7,336 | | 7,336 | | 7,336 | | | | 7,336 |
| 145 | PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS) | | 4,281 | | 4,281 | | 4,281 | | | | 4,281 |
| 146 | GROUND SOLDIER SYSTEM | | 111,955 | | 111,955 | | 111,955 | | | | 111,955 |
| 147 | MOBILE SOLDIER POWER | | 31,364 | | 29,364 | | 31,364 | | −1,421 | | 29,943 |
| | Unit cost growth | | | | [−2,000] | | | | [−1,421] | | |
| 149 | FIELD FEEDING EQUIPMENT | | 1,673 | | 1,673 | | 1,673 | | | | 1,673 |
| 150 | CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM | | 43,622 | | 43,622 | | 43,622 | | | | 43,622 |
| 151 | FAMILY OF ENGR COMBAT AND CONSTRUCTION SETS | | 11,451 | | 11,451 | | 11,451 | | | | 11,451 |
| 152 | ITEMS LESS SAFE $5M (ENG SPT) | | 5,167 | | 5,167 | | 5,167 | | | | 5,167 |

21

| | | | | | | |
|---|---|---|---|---|---|---|
| | **PETROLEUM EQUIPMENT** | | | | | |
| 154 | DISTRIBUTION SYSTEMS, PETROLEUM & WATER ............ | 74,867 | 74,867 | 74,867 | | 74,867 |
| | **MEDICAL EQUIPMENT** | | | | | |
| 155 | COMBAT SUPPORT MEDICAL ................................... | 68,225 | 68,225 | 68,225 | | 68,225 |
| | **MAINTENANCE EQUIPMENT** | | | | | |
| 156 | MOBILE MAINTENANCE EQUIPMENT SYSTEMS ............ | 55,053 | 55,053 | 55,053 | | 55,053 |
| 157 | ITEMS LESS THAN $5.0M (MAINT EQ) ...................... | 5,608 | 5,608 | 5,608 | | 5,608 |
| | **CONSTRUCTION EQUIPMENT** | | | | | |
| 161 | HYDRAULIC EXCAVATOR ...................................... | 500 | 500 | 500 | | 500 |
| 162 | TRACTOR, FULL TRACKED ..................................... | 4,835 | 4,835 | 4,835 | | 4,835 |
| 163 | ALL TERRAIN CRANES .......................................... | 23,936 | 23,936 | 23,936 | | 23,936 |
| 164 | HIGH MOBILITY ENGINEER EXCAVATOR (HMEE) ............ | 27,188 | 27,188 | 27,188 | | 27,188 |
| 166 | CONST EQUIP ESP ............................................. | 34,790 | 34,790 | 34,790 | | 34,790 |
| 167 | ITEMS LESS THAN $5.0M (CONST EQUIP) .................... | 4,381 | 4,381 | 4,381 | | 4,381 |
| | **RAIL FLOAT CONTAINERIZATION EQUIPMENT** | | | | | |
| 168 | ARMY WATERCRAFT ESP ....................................... | 35,194 | 35,194 | 35,194 | | 35,194 |
| 169 | MANEUVER SUPPORT VESSEL (MSV) .......................... | 14,185 | 14,185 | 14,185 | | 14,185 |
| 170 | ITEMS LESS THAN $5.0M (FLOAT/RAIL) ...................... | 6,920 | 6,920 | 6,920 | | 6,920 |
| | **GENERATORS** | | | | | |
| 171 | GENERATORS AND ASSOCIATED EQUIP ....................... | 58,566 | 58,566 | 58,566 | | 58,566 |
| 172 | TACTICAL ELECTRIC POWER RECAPITALIZATION ............ | 14,814 | 14,814 | 14,814 | | 14,814 |
| | **MATERIAL HANDLING EQUIPMENT** | | | | | |
| 173 | FAMILY OF FORKLIFTS .......................................... | 14,864 | 14,864 | 14,864 | | 14,864 |
| | **TRAINING EQUIPMENT** | | | | | |
| 174 | COMBAT TRAINING CENTERS SUPPORT ....................... | 123,411 | 123,411 | 123,411 | | 123,411 |
| 175 | TRAINING DEVICES, NONSYSTEM .............................. | 220,707 | 220,707 | 220,707 | | 220,707 |
| 176 | SYNTHETIC TRAINING ENVIRONMENT (STE) .................. | 20,749 | 15,749 | 20,749 | −5,000 | 15,749 |
| | Program adjustment ....................................... | | [−5,000] | | [−5,000] | |
| 178 | AVIATION COMBINED ARMS TACTICAL TRAINER ............ | 4,840 | 4,840 | 4,840 | | 4,840 |
| 179 | GAMING TECHNOLOGY IN SUPPORT OF ARMY TRAINING ... | 15,463 | 15,463 | 15,463 | | 15,463 |
| | **TEST MEASURE AND DIG EQUIPMENT (TMD)** | | | | | |
| 180 | CALIBRATION SETS EQUIPMENT ............................... | 3,030 | 3,030 | 3,030 | | 3,030 |
| 181 | INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE) ............ | 76,980 | 76,980 | 76,980 | | 76,980 |
| 182 | TEST EQUIPMENT MODERNIZATION (TEMOD) ............... | 16,415 | 13,415 | 16,415 | −3,000 | 13,415 |
| | Historical underexecution ................................ | | [−3,000] | | [−3,000] | |
| | **OTHER SUPPORT EQUIPMENT** | | | | | |
| 184 | RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT .......... | 9,877 | 9,877 | 9,877 | | 9,877 |
| 185 | PHYSICAL SECURITY SYSTEMS (OPA3) ........................ | 82,158 | 82,158 | 82,158 | | 82,158 |
| 186 | BASE LEVEL COMMON EQUIPMENT ........................... | 15,340 | 15,340 | 15,340 | | 15,340 |
| 187 | MODIFICATION OF IN-SVC EQUIPMENT (OPA-3) ............ | 50,458 | 50,458 | 50,458 | | 50,458 |

WASHSTATEC014330

### SEC. 4101. PROCUREMENT
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 189 | BUILDING, PRE-FAB, RELOCATABLE ............... | | 14,400 | | 14,400 | | 14,400 | | | | 14,400 |
| 190 | SPECIAL EQUIPMENT FOR USER TESTING ............... | | 9,821 | | 9,821 | | 9,821 | | | | 9,821 |
| | OPA2 | | | | | | | | | | |
| 192 | INITIAL SPARES—C&E | | 9,757 | | 9,757 | | 9,757 | | | | 9,757 |
| | **TOTAL OTHER PROCUREMENT, ARMY** ............... | **2,530** | **7,451,301** | **2,530** | **7,279,395** | **2,543** | **7,461,427** | | **−166,329** | **2,530** | **7,284,972** |
| | **AIRCRAFT PROCUREMENT, NAVY** | | | | | | | | | | |
| | **COMBAT AIRCRAFT** | | | | | | | | | | |
| 001 | F/A–18E/F (FIGHTER) HORNET ............... | 24 | 1,748,934 | 24 | 1,730,934 | 24 | 1,748,934 | | −18,574 | 24 | 1,730,360 |
| | ECO and ancillary equipment excess growth ............... | | | | [−18,000] | | | | [−18,574] | | |
| 002 | F/A–18E/F (FIGHTER) HORNET ............... | | 55,128 | | 51,128 | | 55,128 | | −3,948 | | 51,180 |
| | Excess engine cost growth ............... | | | | [−4,000] | | | | [−3,948] | | |
| 003 | JOINT STRIKE FIGHTER CV ............... | 20 | 2,272,301 | 20 | 2,162,301 | 22 | 2,487,301 | | −54,480 | 20 | 2,217,821 |
| | Target cost savings ............... | | | | [−110,000] | | | | [−54,480] | | |
| | UPL USMC additional quantities ............... | | | | | [2] | [215,000] | | | | |
| 004 | JOINT STRIKE FIGHTER CV ............... | | 339,053 | | 339,053 | | 339,053 | | | | 339,053 |
| 005 | JSF STOVL ............... | 10 | 1,342,035 | 10 | 1,256,035 | 12 | 1,591,135 | | −75,734 | 10 | 1,266,301 |
| | Target cost savings ............... | | | | [−86,000] | | | | [−75,734] | | |
| | UPL USMC additional quantities ............... | | | | | [2] | [249,100] | | | | |
| 006 | JSF STOVL ............... | | 291,804 | | 291,804 | | 291,804 | | | | 291,804 |
| 007 | CH–53K (HEAVY LIFT) ............... | 6 | 807,876 | 6 | 807,876 | 6 | 807,876 | | | 6 | 807,876 |
| 008 | CH–53K (HEAVY LIFT) ............... | | 215,014 | | 215,014 | | 215,014 | | | | 215,014 |
| 009 | V–22 (MEDIUM LIFT) ............... | 10 | 966,666 | 14 | 1,184,766 | 10 | 966,666 | 4 | 248,100 | 14 | 1,214,766 |
| | Program increase ............... | | | [4] | [248,100] | | | [4] | [248,100] | | |
| | Support cost growth ............... | | | | [−30,000] | | | | | | |
| 010 | V–22 (MEDIUM LIFT) ............... | | 27,104 | | 27,104 | | 27,104 | | | | 27,104 |
| 011 | H–1 UPGRADES (UH–1Y/AH–1Z) ............... | | 62,003 | | 62,003 | | 62,003 | | −9,000 | | 53,003 |
| | Production line shutdown excess to need ............... | | | | | | | | [−9,000] | | |
| 013 | MH–60R (MYP) ............... | | 894 | | 894 | | 894 | | | | 894 |
| 014 | P–8A POSEIDON ............... | 6 | 1,206,701 | 9 | 1,636,601 | 6 | 1,206,701 | 3 | 473,900 | 9 | 1,680,601 |
| | Contract negotiations savings ............... | | | | [−42,900] | | | | | | |
| | Line shutdown costs early to need ............... | | | | [−68,400] | | | | [−67,300] | | |
| | Navy unfunded priority ............... | | | [3] | [541,200] | | | [3] | [541,200] | | |

23

| | | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016 | E-2D ADV HAWKEYE | 4 | 744,484 | 5 | 896,784 | 4 | 744,484 | 1 | 155,800 | 5 | 900,284 |
| | GFE excess cost growth | | | | [-3,500] | | | | | | |
| | Navy unfunded priority | | | [1] | [173,000] | | | [1] | [173,000] | | |
| | NRE excess cost growth | | | | [-17,200] | | | | [-17,200] | | |
| 017 | E-2D ADV HAWKEYE | | 190,204 | | 190,204 | | 190,204 | | | | 190,204 |
| | **TRAINER AIRCRAFT** | | | | | | | | | | |
| 019 | ADVANCED HELICOPTER TRAINING SYSTEM | 32 | 261,160 | 32 | 261,160 | 32 | 261,160 | | | 32 | 261,160 |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 020 | KC-130J | 3 | 240,840 | 3 | 221,840 | 3 | 240,840 | | -18,936 | 3 | 221,904 |
| | Unit cost growth | | | | [-19,000] | | | | [-18,936] | | |
| 021 | KC-130J | | 66,061 | | 66,061 | | 66,061 | | | | 66,061 |
| 022 | F-5 | 22 | 39,676 | 22 | 39,676 | | | | | 22 | 39,676 |
| | Program cancellation | | | | | [-22] | [-39,676] | | | | |
| 023 | MQ-4 TRITON | 2 | 473,134 | 2 | 448,134 | 2 | 473,134 | | -25,000 | 2 | 448,134 |
| | PGSE excess cost growth | | | | [-25,000] | | | | [-25,000] | | |
| 024 | MQ-4 TRITON | | 20,139 | | 20,139 | | 20,139 | | | | 20,139 |
| 025 | MQ-8 UAV | | 44,957 | | 44,957 | | 44,957 | | | | 44,957 |
| 026 | STUASLO UAV | | 43,819 | | 43,819 | | 43,819 | | | | 43,819 |
| 028 | VH-92A EXECUTIVE HELO | 6 | 658,067 | 6 | 658,067 | 6 | 658,067 | | -10,716 | 6 | 647,351 |
| | Program reduction | | | | | | | | [-10,716] | | |
| | **MODIFICATION OF AIRCRAFT** | | | | | | | | | | |
| 029 | AEA SYSTEMS | | 44,470 | | 44,470 | | 44,470 | | -5,300 | | 39,170 |
| | Program reduction | | | | | | | | [-5,300] | | |
| 030 | AV-8 SERIES | | 39,472 | | 39,472 | | 39,472 | | | | 39,472 |
| 031 | ADVERSARY | | 3,415 | | 3,415 | | 3,415 | | | | 3,415 |
| 032 | F-18 SERIES | | 1,207,089 | | 1,138,089 | | 1,207,089 | | -79,000 | | 1,128,089 |
| | Accelerate RWR modernization | | | | [10,000] | | | | | | |
| | Early to need | | | | [-79,000] | | | | [-79,000] | | |
| 033 | H-53 SERIES | | 68,385 | | 68,385 | | 68,385 | | | | 68,385 |
| 034 | MH-60 SERIES | | 149,797 | | 152,297 | | 149,797 | | -2,500 | | 147,297 |
| | Demonstrate alternative low frequency active sonars | | | | [2,500] | | | | | | |
| | NRE prior year carryover (OSIP 018-12) | | | | | | | | [-2,500] | | |
| 035 | H-1 SERIES | | 114,059 | | 114,059 | | 114,059 | | | | 114,059 |
| 036 | EP-3 SERIES | | 8,655 | | 8,655 | | 8,655 | | | | 8,655 |
| 038 | E-2 SERIES | | 117,059 | | 117,059 | | 117,059 | | | | 117,059 |
| 039 | TRAINER A/C SERIES | | 5,616 | | 5,616 | | 5,616 | | | | 5,616 |
| 040 | C-2A | | 15,747 | | 15,747 | | 15,747 | | | | 15,747 |
| 041 | C-130 SERIES | | 122,671 | | 122,671 | | 122,671 | | -5,885 | | 116,786 |
| | B kit cost growth (OSIP 019-14) | | | | | | | | [-3,009] | | |
| | GFE excess cost growth (OSIP 019-14) | | | | | | | | [-2,876] | | |

WASHSTATEC014332

**SEC. 4101. PROCUREMENT**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 042 | FEWSG | | 509 | | 509 | | 509 | | | | 509 |
| 043 | CARGO/TRANSPORT A/C SERIES | | 8,767 | | 8,767 | | 8,767 | | | | 8,767 |
| 044 | E–6 SERIES | | 169,827 | | 169,827 | | 169,827 | | –2,611 | | 167,216 |
| | Program reduction | | | | | | | | [–2,611] | | |
| 045 | EXECUTIVE HELICOPTERS SERIES | | 8,933 | | 8,933 | | 8,933 | | | | 8,933 |
| 047 | T–45 SERIES | | 186,022 | | 184,314 | | 186,022 | | –1,708 | | 184,314 |
| | NRE previously funded | | | | [–1,708] | | | | [–1,708] | | |
| 048 | POWER PLANT CHANGES | | 16,136 | | 16,136 | | 16,136 | | | | 16,136 |
| 049 | JPATS SERIES | | 21,824 | | 21,824 | | 21,824 | | | | 21,824 |
| 050 | AVIATION LIFE SUPPORT MODS | | 39,762 | | 39,762 | | 39,762 | | | | 39,762 |
| 051 | COMMON ECM EQUIPMENT | | 162,839 | | 159,565 | | 162,839 | | –10,000 | | 152,839 |
| | Program decrease | | | | [–3,274] | | | | [–10,000] | | |
| 052 | COMMON AVIONICS CHANGES | | 102,107 | | 75,107 | | 102,107 | | –27,000 | | 75,107 |
| | Computing and displays concurrency and equipment growth early to need. | | | | [–27,000] | | | | [–27,000] | | |
| 053 | COMMON DEFENSIVE WEAPON SYSTEM | | 2,100 | | 2,100 | | 2,100 | | | | 2,100 |
| 054 | ID SYSTEMS | | 41,437 | | 33,637 | | 41,437 | | | | 41,437 |
| | Unjustified unit cost growth | | | | [–7,800] | | | | | | |
| 055 | P–8 SERIES | | 107,539 | | 107,539 | | 107,539 | | –10,976 | | 96,563 |
| | Increment 3 ECP 6 early to need (OSIP 006–18) | | | | | | | | [–10,976] | | |
| 056 | MAGTF EW FOR AVIATION | | 26,536 | | 26,536 | | 26,536 | | | | 26,536 |
| 057 | MQ–8 SERIES | | 34,686 | | 34,686 | | 34,686 | | | | 34,686 |
| 058 | V–22 (TILT/ROTOR ACFT) OSPREY | | 325,367 | | 325,367 | | 325,367 | | | | 325,367 |
| 059 | NEXT GENERATION JAMMER (NGJ) | | 6,223 | | 6,223 | | 6,223 | | –3,112 | | 3,111 |
| | Program reduction | | | | | | | | [–3,112] | | |
| 060 | F–35 STOVL SERIES | | 65,585 | | 65,585 | | 65,585 | | | | 65,585 |
| 061 | F–35 CV SERIES | | 15,358 | | 15,358 | | 15,358 | | | | 15,358 |
| 062 | QRC | | 165,016 | | 146,558 | | 165,016 | | –18,458 | | 146,558 |
| | Program decrease | | | | [–18,458] | | | | [–18,458] | | |
| 063 | MQ–4 SERIES | | 27,994 | | 27,994 | | 27,994 | | | | 27,994 |
| 064 | RQ–21 SERIES | | 66,282 | | 66,282 | | 66,282 | | –5,250 | | 61,032 |
| | EO/IR turret upgrades unit cost growth (OSIP 004–20) | | | | | | | | [–5,250] | | |

**AIRCRAFT SPARES AND REPAIR PARTS**

WASHSTATEC014333

| Line | Description | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 067 | SPARES AND REPAIR PARTS | | 2,166,788 | | 2,102,788 | 1 | 2,235,088 | | −20,000 | | 2,146,788 |
| | F–35B spares | | | | | | [14,900] | | | | |
| | F–35C spares | | | | | | [24,600] | | | | |
| | MQ–4 Triton spares excess growth | | | | [−64,000] | | | | [−20,000] | | |
| | UPL F–35B engine | | | | | [1] | [28,800] | | | | |
| | **AIRCRAFT SUPPORT EQUIP & FACILITIES** | | | | | | | | | | |
| 068 | COMMON GROUND EQUIPMENT | | 491,025 | | 470,025 | | 491,025 | | −21,000 | | 470,025 |
| | Other flight training previously funded | | | | [−21,000] | | | | [−21,000] | | |
| 069 | AIRCRAFT INDUSTRIAL FACILITIES | | 71,335 | | 71,335 | | 71,335 | | | | 71,335 |
| 070 | WAR CONSUMABLES | | 41,086 | | 32,086 | | 41,086 | | −9,000 | | 32,086 |
| | BRU–61 previously funded | | | | [−9,000] | | | | [−9,000] | | |
| 072 | SPECIAL SUPPORT EQUIPMENT | | 135,740 | | 115,740 | | 135,740 | | | | 135,740 |
| | Program decrease | | | | [−20,000] | | | | | | |
| 073 | FIRST DESTINATION TRANSPORTATION | | 892 | | 892 | | 892 | | | | 892 |
| | **TOTAL AIRCRAFT PROCUREMENT, NAVY** | 145 | 18,522,204 | 153 | 18,821,764 | 128 | 19,014,928 | 8 | 439,612 | 153 | 18,961,816 |
| | **WEAPONS PROCUREMENT, NAVY** | | | | | | | | | | |
| | **MODIFICATION OF MISSILES** | | | | | | | | | | |
| 001 | TRIDENT II MODS | | 1,177,251 | | 1,157,651 | | 1,177,251 | | | | 1,177,251 |
| | W76–2 low-yield deployment | | | | [−19,600] | | | | | | |
| | **SUPPORT EQUIPMENT & FACILITIES** | | | | | | | | | | |
| 002 | MISSILE INDUSTRIAL FACILITIES | | 7,142 | | 7,142 | | 7,142 | | | | 7,142 |
| | **STRATEGIC MISSILES** | | | | | | | | | | |
| 003 | TOMAHAWK | 90 | 386,730 | 90 | 386,730 | 90 | 330,430 | | −42,082 | 90 | 344,648 |
| | Unjustified tooling and facilitization costs | | | | | | [−56,300] | | [−42,082] | | |
| | **TACTICAL MISSILES** | | | | | | | | | | |
| 004 | AMRAAM | 169 | 224,502 | 169 | 191,502 | 169 | 224,502 | | −23,000 | 169 | 201,502 |
| | Unit cost growth | | | | [−33,000] | | | | [−23,000] | | |
| 005 | SIDEWINDER | 292 | 119,456 | 292 | 119,456 | 292 | 119,456 | | −2,052 | 292 | 117,404 |
| | Program reduction | | | | | | | | [−2,052] | | |
| 007 | STANDARD MISSILE | 125 | 404,523 | 125 | 379,523 | 125 | 404,523 | | | 125 | 404,523 |
| | SM–6 multi-year procurement savings | | | | [−25,000] | | | | | | |
| 008 | STANDARD MISSILE | | 96,085 | | 96,085 | | 96,085 | | | | 96,085 |
| 009 | SMALL DIAMETER BOMB II | 750 | 118,466 | 750 | 118,466 | 750 | 118,466 | | −2,638 | 750 | 115,828 |
| | Program reduction | | | | | | | | [−2,638] | | |
| 010 | RAM | 120 | 106,765 | 120 | 106,765 | 120 | 106,765 | | | 120 | 106,765 |
| 012 | HELLFIRE | 29 | 1,525 | 29 | 1,525 | 29 | 1,525 | | | 29 | 1,525 |
| 015 | AERIAL TARGETS | | 145,880 | | 145,880 | | 145,880 | | | | 145,880 |
| 016 | DRONES AND DECOYS | 30 | 20,000 | 30 | 20,000 | 30 | 20,000 | | −1,479 | 30 | 18,521 |
| | Excess to need | | | | | | | | [−1,479] | | |

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request Qty | FY 2020 Request Cost | House Authorized Qty | House Authorized Cost | Senate Authorized Qty | Senate Authorized Cost | Conference Change Qty | Conference Change Cost | Conference Authorized Qty | Conference Authorized Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 017 | OTHER MISSILE SUPPORT | | 3,388 | | 3,388 | | 3,388 | | | | 3,388 |
| 018 | LRASM | 48 | 143,200 | 48 | 168,200 | 48 | 143,200 | | | 48 | 143,200 |
| | Navy unfunded priority | | | | [25,000] | | | | | | |
| 019 | LCS OTH MISSILE | 18 | 38,137 | 18 | 38,137 | 8 | 18,137 | | | 18 | 38,137 |
| | Unjustified accelerated acquisition strategy | | | | | [−10] | [−20,000] | | | | |
| | **MODIFICATION OF MISSILES** | | | | | | | | | | |
| 020 | ESSM | 60 | 128,059 | 60 | 118,059 | 60 | 128,059 | | −18,000 | 60 | 110,059 |
| | Production support excess to need | | | | [−10,000] | | | | [−18,000] | | |
| 021 | HARPOON MODS | | 25,447 | | 25,447 | | 25,447 | | | | 25,447 |
| 022 | HARM MODS | | 183,740 | | 183,740 | | 183,740 | | | | 183,740 |
| 023 | STANDARD MISSILES MODS | | 22,500 | | 22,500 | | 22,500 | | −20,000 | | 2,500 |
| | Early to need | | | | | | | | [−20,000] | | |
| | **SUPPORT EQUIPMENT & FACILITIES** | | | | | | | | | | |
| 024 | WEAPONS INDUSTRIAL FACILITIES | | 1,958 | | 1,958 | | 1,958 | | | | 1,958 |
| 025 | FLEET SATELLITE COMM FOLLOW-ON | | 67,380 | | 67,380 | | 67,380 | | | | 67,380 |
| | **ORDNANCE SUPPORT EQUIPMENT** | | | | | | | | | | |
| 027 | ORDNANCE SUPPORT EQUIPMENT | | 109,427 | | 109,427 | | 109,427 | | −23,710 | | 85,717 |
| | Insufficient budget justification | | | | | | | | [−23,710] | | |
| | **TORPEDOES AND RELATED EQUIP** | | | | | | | | | | |
| 028 | SSTD | | 5,561 | | 5,561 | | 5,561 | | | | 5,561 |
| 029 | MK–48 TORPEDO | 58 | 114,000 | 71 | 130,000 | 71 | 130,000 | 13 | 16,000 | 71 | 130,000 |
| | Program increase | | | [13] | [16,000] | [13] | [16,000] | [13] | [16,000] | | |
| 030 | ASW TARGETS | | 15,095 | | 15,095 | | 15,095 | | | | 15,095 |
| | **MOD OF TORPEDOES AND RELATED EQUIP** | | | | | | | | | | |
| 031 | MK–54 TORPEDO MODS | | 119,453 | | 111,453 | | 119,453 | | −7,440 | | 112,013 |
| | HAAWC cost growth | | | | [−8,000] | | | | [−7,440] | | |
| 032 | MK–48 TORPEDO ADCAP MODS | | 39,508 | | 39,508 | | 39,508 | | | | 39,508 |
| 033 | QUICKSTRIKE MINE | | 5,183 | | 5,183 | | 5,183 | | | | 5,183 |
| | **SUPPORT EQUIPMENT** | | | | | | | | | | |
| 034 | TORPEDO SUPPORT EQUIPMENT | | 79,028 | | 79,028 | | 79,028 | | | | 79,028 |
| 035 | ASW RANGE SUPPORT | | 3,890 | | 3,890 | | 3,890 | | | | 3,890 |
| | **DESTINATION TRANSPORTATION** | | | | | | | | | | |
| 036 | FIRST DESTINATION TRANSPORTATION | | 3,803 | | 3,803 | | 3,803 | | | | 3,803 |

27

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **GUNS AND GUN MOUNTS** | | | | | | | | | | |
| 037 | SMALL ARMS AND WEAPONS | | 14,797 | | 14,797 | | 14,797 | | −1,190 | | 13,607 |
| | Program reduction | | | | | | | | [−1,190] | | |
| | **MODIFICATION OF GUNS AND GUN MOUNTS** | | | | | | | | | | |
| 038 | CIWS MODS | | 44,126 | | | | 44,126 | | | | 44,126 |
| | Unjustified OCO request | | | | [−44,126] | | | | | | |
| 039 | COAST GUARD WEAPONS | | 44,980 | | 44,980 | | 44,980 | | | | 44,980 |
| 040 | GUN MOUNT MODS | | 66,376 | | 66,376 | | 66,376 | | | | 66,376 |
| 041 | LCS MODULE WEAPONS | 120 | 14,585 | | | 120 | 14,585 | | | 120 | 14,585 |
| | Program decrease | | | [−120] | [−14,585] | | | | | | |
| 043 | AIRBORNE MINE NEUTRALIZATION SYSTEMS | | 7,160 | | 7,160 | | 7,160 | | | | 7,160 |
| | **SPARES AND REPAIR PARTS** | | | | | | | | | | |
| | **UNDISTRIBUTED** | | | | | | | | | | |
| 045 | SPARES AND REPAIR PARTS | | 126,138 | | 126,138 | | 126,138 | | −1,748 | | 124,390 |
| | Program reduction | | | | | | | | [−1,748] | | |
| | **TOTAL WEAPONS PROCUREMENT, NAVY** | 1,909 | 4,235,244 | 1,802 | 4,121,933 | 1,912 | 4,174,944 | 13 | −127,339 | 1,922 | 4,107,905 |
| | | | | | | | | | | | |
| | **PROCUREMENT OF AMMO, NAVY & MC** | | | | | | | | | | |
| | **NAVY AMMUNITION** | | | | | | | | | | |
| 001 | GENERAL PURPOSE BOMBS | | 36,028 | | 20,028 | | 36,028 | | −1,031 | | 34,997 |
| | Fuze contract delay and unit cost growth | | | | [−16,000] | | | | [−1,031] | | |
| 002 | JDAM | 2,844 | 70,413 | 2,844 | 62,913 | 2,844 | 70,413 | | | 2,844 | 70,413 |
| | JDAM tail kit unit cost growth | | | | [−7,500] | | | | | | |
| 003 | AIRBORNE ROCKETS, ALL TYPES | | 31,756 | | 22,256 | | 31,756 | | −4,049 | | 27,707 |
| | Unit cost growth | | | | [−9,500] | | | | [−4,049] | | |
| 004 | MACHINE GUN AMMUNITION | | 4,793 | | 4,793 | | 4,793 | | | | 4,793 |
| 005 | PRACTICE BOMBS | | 34,708 | | 27,208 | | 34,708 | | −7,500 | | 27,208 |
| | Q1300 LGTR unit cost growth | | | | [−7,500] | | | | [−7,500] | | |
| 006 | CARTRIDGES & CART ACTUATED DEVICES | | 45,738 | | 38,738 | | 45,738 | | −7,000 | | 38,738 |
| | Contract and schedule delays | | | | [−7,000] | | | | [−7,000] | | |
| 007 | AIR EXPENDABLE COUNTERMEASURES | | 77,301 | | 67,801 | | 77,301 | | −9,447 | | 67,854 |
| | Unit cost growth | | | | [−9,500] | | | | [−9,447] | | |
| 008 | JATOS | | 7,262 | | 7,262 | | 7,262 | | | | 7,262 |
| 009 | 5 INCH/54 GUN AMMUNITION | | 22,594 | | 22,594 | | 22,594 | | −1,428 | | 21,166 |
| | MK187 mod 0 projectile unit cost growth | | | | | | | | [−1,428] | | |
| 010 | INTERMEDIATE CALIBER GUN AMMUNITION | | 37,193 | | 37,193 | | 37,193 | | | | 37,193 |
| 011 | OTHER SHIP GUN AMMUNITION | | 39,491 | | 29,491 | | 39,491 | | −200 | | 39,291 |
| | CART 20MM contract award delay | | | | [−10,000] | | | | [−200] | | |
| 012 | SMALL ARMS & LANDING PARTY AMMO | | 47,896 | | 47,896 | | 47,896 | | | | 47,896 |
| 013 | PYROTECHNIC AND DEMOLITION | | 10,621 | | 10,621 | | 10,621 | | | | 10,621 |

WASHSTATEC014336

### SEC. 4101. PROCUREMENT
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 015 | AMMUNITION LESS THAN $5 MILLION ............... | | 2,386 | | 2,386 | | 2,386 | | | | 2,386 |
| | **MARINE CORPS AMMUNITION** | | | | | | | | | | |
| 016 | MORTARS ............... | | 55,543 | | 50,543 | | 55,543 | | −5,000 | | 50,543 |
| | Prior year underexecution | | | | [−5,000] | | | | [−5,000] | | |
| 017 | DIRECT SUPPORT MUNITIONS | | 131,765 | | 131,765 | | 131,765 | | | | 131,765 |
| 018 | INFANTRY WEAPONS AMMUNITION ............... | | 78,056 | | 74,556 | | 78,056 | | −25,968 | | 52,088 |
| | Underexecution and schedule delays ............... | | | | [−3,500] | | | | [−25,968] | | |
| 019 | COMBAT SUPPORT MUNITIONS | | 40,048 | | 34,048 | | 40,048 | | −6,000 | | 34,048 |
| | Unit cost growth ............... | | | | [−6,000] | | | | [−6,000] | | |
| 020 | AMMO MODERNIZATION ............... | | 14,325 | | 14,325 | | 14,325 | | | | 14,325 |
| 021 | ARTILLERY MUNITIONS ............... | | 188,876 | | 167,476 | | 188,876 | | −21,400 | | 167,476 |
| | DA 54 contract delay ............... | | | | [−21,400] | | | | [−21,400] | | |
| 022 | ITEMS LESS THAN $5 MILLION ............... | | 4,521 | | 4,521 | | 4,521 | | | | 4,521 |
| | **TOTAL PROCUREMENT OF AMMO, NAVY & MC** ............... | 2,844 | 981,314 | 2,844 | 878,414 | 2,844 | 981,314 | | −89,023 | 2,844 | 892,291 |
| | **SHIPBUILDING AND CONVERSION, NAVY** | | | | | | | | | | |
| | **FLEET BALLISTIC MISSILE SHIPS** | | | | | | | | | | |
| 001 | OHIO REPLACEMENT SUBMARINE | | 1,698,907 | | 1,823,907 | | 1,823,907 | | 123,000 | | 1,821,907 |
| | Submarine industrial base expansion ............... | | | | | | [125,000] | | | | |
| | Submarine supplier development | | | | [125,000] | | | | [123,000] | | |
| | **OTHER WARSHIPS** | | | | | | | | | | |
| 002 | CARRIER REPLACEMENT PROGRAM | 1 | 2,347,000 | | 1,952,000 | 1 | 2,347,000 | −1 | −1,305,000 | | 1,042,000 |
| | Basic construction/conversion excess cost growth ............ | | | | [−302,000] | | | | [−20,000] | | |
| | CVN−81 previously authorized ............... | | | [−1] | | | | [−1] | | | |
| | Propulsion equipment excess cost growth ............... | | | | [−93,000] | | | | | | |
| | Restoring acquisition accountability: Transfer CVN−81 only to line 2X. | | | | | | | | [−1,285,000] | | |
| 002A | CARRIER REPLACEMENT PROGRAM | | | | | | | | 1,285,000 | | 1,285,000 |
| | For CVN−81 only ............... | | | | | | | | [1,285,000] | | |
| 003 | VIRGINIA CLASS SUBMARINE ............... | 3 | 7,155,946 | 3 | 6,605,946 | 2 | 4,691,946 | −1 | −1,710,000 | 2 | 5,445,946 |
| | Block V MYP savings redirected to fund USS Boise, USS Hartford, and USS Columbus availabilities. | | | | [−550,000] | | | | | | |
| | Block V program increase | | | | | | | | [1,490,000] | | |

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Restore VPM on SSN–804 ............ | | | | | | [522,100] | | | | |
| | SSN–812 program decrease .......... | | | | | [–1] | [–2,986,100] | [–1] | [–3,200,000] | | |
| 004 | VIRGINIA CLASS SUBMARINE ADVANCE PROCUREMENT ............ | | 2,769,552 | | 2,769,552 | | 4,269,552 | | 200,000 | | 2,969,552 |
| | Advance Procurement in support of a 10th multi-year procurement contract ship only. | | | | | | [1,500,000] | | [200,000] | | |
| 005 | CVN REFUELING OVERHAULS ............ | 1 | 647,926 | 1 | 453,926 | 1 | 597,926 | | –16,000 | 1 | 631,926 |
| | CVN–74 RCOH basic construction/conversion excess cost growth. | | | | [–165,000] | | | | | | |
| | CVN–74 RCOH ordnance excess cost growth ............ | | | | [–46,000] | | | | | | |
| | CVN–74 RCOH unjustified cost growth ............ | | | | | | [–50,000] | | [–16,000] | | |
| | CVN–75 RCOH restoration ............ | | | | [17,000] | | | | | | |
| 006 | CVN REFUELING OVERHAULS ADVANCE PROCUREMENT ............ | | | | | | 16,900 | | 16,900 | | 16,900 |
| | Restore CVN–75 RCOH ............ | | | | | | [16,900] | | [16,900] | | |
| 007 | DDG 1000 ............ | | 155,944 | | | | 155,944 | | | | 155,944 |
| 008 | DDG–51 ............ | 3 | 5,099,295 | 3 | 5,013,295 | 3 | 5,079,295 | | –66,000 | 3 | 5,033,295 |
| | Available prior year funds ............ | | | | | | [–20,000] | | | | |
| | Basic Construction excess growth ............ | | | | | | | | [–66,000] | | |
| | Basic ship construction excess cost growth ............ | | | | [–86,000] | | | | | | |
| 009 | DDG–51 ADVANCE PROCUREMENT ............ | | 224,028 | | 224,028 | | 484,028 | | 260,000 | | 484,028 |
| | Accelerate LLTM for FY21 Flight III destroyers ............ | | | | | | [260,000] | | [260,000] | | |
| 011 | FFG–FRIGATE ............ | 1 | 1,281,177 | 1 | 1,266,177 | 1 | 1,281,177 | | | 1 | 1,281,177 |
| | Change order: early to need ............ | | | | [–15,000] | | | | | | |
| | **AMPHIBIOUS SHIPS** | | | | | | | | | | |
| 012 | LPD FLIGHT II ............ | | | 1 | 100,000 | 1 | 525,000 | 1 | 525,000 | 1 | 525,000 |
| | LPD–31 program increase ............ | | | | | [1] | [277,900] | [1] | [277,900] | | |
| | Quantity increase ............ | | | [1] | | | | | | | |
| | Transfer from line 13 ............ | | | | [100,000] | | | | [247,100] | | |
| | Transfer from SCN line 13 ............ | | | | | | [247,100] | | | | |
| 013 | LPD FLIGHT II ADVANCE PROCUREMENT ............ | | 247,100 | | 147,100 | | | | –247,100 | | |
| | Transfer to line 12 ............ | | | | [–100,000] | | | | [–247,100] | | |
| | Transfer to SCN line 12 ............ | | | | | | [–247,100] | | | | |
| 015 | LHA REPLACEMENT ............ | | | | | 1 | 650,000 | 1 | 650,000 | 1 | 650,000 |
| | LHA–9 program increase ............ | | | | | [1] | [650,000] | [1] | [650,000] | | |
| 017 | EXPEDITIONARY FAST TRANSPORT (EPF) ............ | | | | | | 49,000 | | | | |
| | Medical transport modification for EPF–14 Navy un-funded priority. | | | | | | [49,000] | | | | |
| | **AUXILIARIES, CRAFT AND PRIOR YR PROGRAM COST** | | | | | | | | | | |
| 018 | TAO FLEET OILER ............ | 2 | 981,215 | 1 | 607,215 | 2 | 981,215 | | | 2 | 981,215 |
| | Full funding early to need ............ | | | [–1] | [–447,000] | | | | | | |
| | Transfer from Line 19 ............ | | | | [73,000] | | | | | | |

WASHSTATEC014338

30

### SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request Qty | FY 2020 Request Cost | House Authorized Qty | House Authorized Cost | Senate Authorized Qty | Senate Authorized Cost | Conference Change Qty | Conference Change Cost | Conference Authorized Qty | Conference Authorized Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 019 | TAO FLEET OILER ADVANCE PROCUREMENT | | 73,000 | | | | 73,000 | | | | 73,000 |
| | Transfer to Line 18 | | | | [−73,000] | | | | | | |
| 020 | TOWING, SALVAGE, AND RESCUE SHIP (ATS) | 2 | 150,282 | 2 | 150,282 | 2 | 150,282 | | | 2 | 150,282 |
| 022 | LCU 1700 | 4 | 85,670 | 4 | 85,670 | 4 | 85,670 | | | 4 | 85,670 |
| 023 | OUTFITTING | | 754,679 | | 643,554 | | 704,679 | | −48,958 | | 705,721 |
| | Early to need and unjustified cost growth | | | | [−11,125] | | [−50,000] | | | | |
| | ESB−9 Outfitting early to need | | | | [−100,000] | | | | [−40,000] | | |
| | Excess cost growth | | | | | | | | [−8,958] | | |
| | Virginia class outfitting excess growth | | | | | | | | | | |
| 024 | SHIP TO SHORE CONNECTOR | | | 1 | 65,000 | | | 1 | 65,000 | 1 | 65,000 |
| | Program decrease | | | [−1] | [−65,000] | | | | | | |
| | Program increase | | | [2] | [130,000] | | | [1] | [65,000] | | |
| 024A | SHIP TO SHORE CONNECTOR AP | | | | | | 40,400 | | | | |
| | Program increase | | | | | | [40,400] | | | | |
| 025 | SERVICE CRAFT | | 56,289 | | 56,289 | | 81,789 | | 25,500 | | 81,789 |
| | Accelerate YP−703 Flight II | | | | | | [25,500] | | [25,500] | | |
| 028 | COMPLETION OF PY SHIPBUILDING PROGRAMS | | 55,700 | | 25,700 | | 104,700 | | 49,000 | | 104,700 |
| | ESB change order prior year carryover | | | | [−30,000] | | | | | | |
| | UPL EPF−14 conversion | | | | | | [49,000] | | [49,000] | | |
| | **TOTAL SHIPBUILDING AND CONVERSION, NAVY** | 17 | 23,783,710 | 17 | 22,194,585 | 18 | 24,144,410 | 1 | −193,658 | 18 | 23,590,052 |
| | **OTHER PROCUREMENT, NAVY** | | | | | | | | | | |
| | **SHIP PROPULSION EQUIPMENT** | | | | | | | | | | |
| 001 | SURFACE POWER EQUIPMENT | | 14,490 | | 14,490 | | 14,490 | | | | 14,490 |
| | **GENERATORS** | | | | | | | | | | |
| 002 | SURFACE COMBATANT HM&E | | 31,583 | | 23,503 | | 50,583 | | −22 | | 31,561 |
| | Excess cost growth | | | | [−8,080] | | | | | | |
| | Twisted rudder installation early to need | | | | | | | | [−22] | | |
| | UPL DDG−51 class HM&E upgrades | | | | | | [19,000] | | | | |
| | **NAVIGATION EQUIPMENT** | | | | | | | | | | |
| 003 | OTHER NAVIGATION EQUIPMENT | | 77,404 | | 60,830 | | 77,404 | | | | 77,404 |
| | Excess cost growth | | | | [−16,574] | | | | | | |
| | **OTHER SHIPBOARD EQUIPMENT** | | | | | | | | | | |

WASHSTATEC014339

31

| | | | | | | |
|---|---|---|---|---|---|---|
| 004 | SUB PERISCOPE, IMAGING AND SUPT EQUIP PROG | 160,803 | 160,803 | 160,803 | | 160,803 |
| 005 | DDG MOD | 566,140 | 566,140 | 566,140 | −12,650 | 553,490 |
| | Aegis modernization testing excess to need | | | | [−5,000] | |
| | Combat system ship qualification trials excess to need | | | | [−7,650] | |
| 006 | FIREFIGHTING EQUIPMENT | 18,223 | 18,223 | 18,223 | | 18,223 |
| 007 | COMMAND AND CONTROL SWITCHBOARD | 2,086 | 2,086 | 2,086 | | 2,086 |
| 008 | LHA/LHD MIDLIFE | 95,651 | 64,651 | 95,651 | −16,088 | 79,563 |
| | Excess cost growth | | [−31,000] | | [−16,088] | |
| 009 | POLLUTION CONTROL EQUIPMENT | 23,910 | 23,910 | 23,910 | | 23,910 |
| 010 | SUBMARINE SUPPORT EQUIPMENT | 44,895 | 25,300 | 44,895 | | 44,895 |
| | Acoustic superiority early to need | | [−11,855] | | | |
| | Excess cost growth | | [−7,740] | | | |
| 011 | VIRGINIA CLASS SUPPORT EQUIPMENT | 28,465 | 28,465 | 28,465 | | 28,465 |
| 012 | LCS CLASS SUPPORT EQUIPMENT | 19,476 | 19,476 | 19,476 | | 19,476 |
| 013 | SUBMARINE BATTERIES | 26,290 | 26,290 | 26,290 | −993 | 25,297 |
| | Virginia class unit cost growth | | | | [−993] | |
| 014 | LPD CLASS SUPPORT EQUIPMENT | 46,945 | 46,945 | 46,945 | | 46,945 |
| 015 | DDG 1000 CLASS SUPPORT EQUIPMENT | 9,930 | 9,930 | 9,930 | | 9,930 |
| 016 | STRATEGIC PLATFORM SUPPORT EQUIP | 14,331 | 14,331 | 14,331 | | 14,331 |
| 017 | DSSP EQUIPMENT | 2,909 | 2,909 | 2,909 | | 2,909 |
| 018 | CG MODERNIZATION | 193,990 | 193,990 | 193,990 | | 193,990 |
| 019 | LCAC | 3,392 | 3,392 | 3,392 | | 3,392 |
| 020 | UNDERWATER EOD PROGRAMS | 71,240 | 71,240 | 82,240 | | 71,240 |
| | Program increase for four ExMCM companies | | | [11,000] | | |
| 021 | ITEMS LESS THAN $5 MILLION | 102,543 | 102,543 | 102,543 | | 102,543 |
| 022 | CHEMICAL WARFARE DETECTORS | 2,961 | 2,961 | 2,961 | | 2,961 |
| 023 | SUBMARINE LIFE SUPPORT SYSTEM | 6,635 | 6,635 | 6,635 | | 6,635 |
| | **REACTOR PLANT EQUIPMENT** | | | | | |
| 024 | REACTOR POWER UNITS | 5,340 | 5,340 | 5,340 | | 5,340 |
| 025 | REACTOR COMPONENTS | 465,726 | 465,726 | 465,726 | −2,977 | 462,749 |
| | Program decrease—unit cost growth | | | | [−2,977] | |
| | **OCEAN ENGINEERING** | | | | | |
| 026 | DIVING AND SALVAGE EQUIPMENT | 11,854 | 10,706 | 11,854 | | 11,854 |
| | Excess cost growth | | [−1,148] | | | |
| | **SMALL BOATS** | | | | | |
| 027 | STANDARD BOATS | 79,102 | 73,967 | 79,102 | | 79,102 |
| | Excess cost growth | | [−5,135] | | | |
| | **PRODUCTION FACILITIES EQUIPMENT** | | | | | |
| 028 | OPERATING FORCES IPE | 202,238 | 202,238 | 202,238 | | 202,238 |
| | **OTHER SHIP SUPPORT** | | | | | |

### SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 029 | LCS COMMON MISSION MODULES EQUIPMENT .............. | | 51,553 | | 33,237 | | 51,553 | | | | 51,553 |
| | Excess cost growth | | | | [−18,316] | | | | | | |
| 030 | LCS MCM MISSION MODULES ................................ | | 197,129 | | 77,129 | | 67,329 | | −62,972 | | 134,157 |
| | Excess cost growth | | | | [−120,000] | | | | [−62,972] | | |
| | Procurement ahead of satisfactory testing ............... | | | | | | [−129,800] | | | | |
| 031 | LCS ASW MISSION MODULES ............................... | | 27,754 | | 25,254 | | 27,754 | | | | 27,754 |
| | Demonstrate alternate low frequency active sonar ......... | | | | [2,500] | | | | | | |
| | Excess cost growth | | | | [−5,000] | | | | | | |
| 032 | LCS SUW MISSION MODULES ............................... | | 26,566 | | 14,566 | | 26,566 | | | | 26,566 |
| | Excess cost growth | | | | [−12,000] | | | | | | |
| 033 | LCS IN-SERVICE MODERNIZATION ......................... | | 84,972 | | 84,972 | | 84,972 | | −2,972 | | 82,000 |
| | Habitability mod (Freedom variant) unit cost growth ........ | | | | | | | | [−2,972] | | |
| 034 | SMALL & MEDIUM UUV .................................... | | 40,547 | | 10,601 | | 10,647 | | −29,900 | | 10,647 |
| | Knifefish early to need ................................... | | | | [−29,946] | | | | [−29,900] | | |
| | Knifefish procurement ahead of satisfactory testing ........ | | | | | | [−29,900] | | | | |
| | **LOGISTIC SUPPORT** | | | | | | | | | | |
| 035 | LSD MIDLIFE & MODERNIZATION ........................... | | 40,269 | | 40,269 | | 40,269 | | | | 40,269 |
| | **SHIP SONARS** | | | | | | | | | | |
| 036 | SPQ–9B RADAR ........................................... | | 26,195 | | 26,195 | | 26,195 | | | | 26,195 |
| 037 | AN/SQQ–89 SURF ASW COMBAT SYSTEM .................. | | 125,237 | | 125,237 | | 125,237 | | | | 125,237 |
| 038 | SSN ACOUSTIC EQUIPMENT ............................... | | 366,968 | | 354,968 | | 366,968 | | −10,015 | | 356,953 |
| | Low cost conformal array contract delay ................... | | | | [−12,000] | | | | [−10,015] | | |
| 039 | UNDERSEA WARFARE SUPPORT EQUIPMENT .............. | | 8,967 | | 8,967 | | 8,967 | | | | 8,967 |
| | **ASW ELECTRONIC EQUIPMENT** | | | | | | | | | | |
| 040 | SUBMARINE ACOUSTIC WARFARE SYSTEM ............... | | 23,545 | | 23,545 | | 23,545 | | | | 23,545 |
| 041 | SSTD ...................................................... | | 12,439 | | 12,439 | | 12,439 | | | | 12,439 |
| 042 | FIXED SURVEILLANCE SYSTEM ........................... | | 128,441 | | 128,441 | | 128,441 | | | | 128,441 |
| 043 | SURTASS ................................................. | | 21,923 | | 21,923 | | 21,923 | | | | 21,923 |
| | **ELECTRONIC WARFARE EQUIPMENT** | | | | | | | | | | |
| 044 | AN/SLQ–32 ................................................ | | 420,154 | | 420,154 | | 358,154 | | −69,468 | | 350,686 |
| | Block 3 kit early to need ................................. | | | | | | | | [−65,758] | | |
| | Early to need ............................................ | | | | | | [−62,000] | | | | |
| | FMP block 1B3 for SLQ–32(V) 6 previously funded .......... | | | | | | | | [−2,300] | | |

33

| | | | | | |
|---|---|---|---|---|---|
| | SEWIP block 1B2 for USCG ship forward fit contract delays. | | | | [–1,410] | |
| | **RECONNAISSANCE EQUIPMENT** | | | | | |
| 045 | SHIPBOARD IW EXPLOIT | 194,758 | 194,758 | 202,758 | –1,318 | 193,440 |
| | SSEE modifications kits unit cost growth | | | | [–1,318] | |
| | UPL SSEE expansion on Flight I DDGs | | | [8,000] | | |
| 046 | AUTOMATED IDENTIFICATION SYSTEM (AIS) | 5,368 | 5,368 | 5,368 | | 5,368 |
| | **OTHER SHIP ELECTRONIC EQUIPMENT** | | | | | |
| 047 | COOPERATIVE ENGAGEMENT CAPABILITY | 35,128 | 35,128 | 35,128 | | 35,128 |
| 048 | NAVAL TACTICAL COMMAND SUPPORT SYSTEM (NTCSS) | 15,154 | 15,154 | 15,154 | | 15,154 |
| 049 | ATDLS | 52,753 | 52,753 | 52,753 | | 52,753 |
| 050 | NAVY COMMAND AND CONTROL SYSTEM (NCCS) | 3,390 | 3,390 | 3,390 | | 3,390 |
| 051 | MINESWEEPING SYSTEM REPLACEMENT | 19,448 | 19,448 | 19,448 | | 19,448 |
| 052 | SHALLOW WATER MCM | 8,730 | 8,730 | 8,730 | | 8,730 |
| 053 | NAVSTAR GPS RECEIVERS (SPACE) | 32,674 | 32,674 | 32,674 | | 32,674 |
| 054 | AMERICAN FORCES RADIO AND TV SERVICE | 2,617 | 2,617 | 2,617 | | 2,617 |
| 055 | STRATEGIC PLATFORM SUPPORT EQUIP | 7,973 | 7,973 | 7,973 | | 7,973 |
| | **AVIATION ELECTRONIC EQUIPMENT** | | | | | |
| 056 | ASHORE ATC EQUIPMENT | 72,406 | 72,406 | 72,406 | | 72,406 |
| 057 | AFLOAT ATC EQUIPMENT | 67,410 | 67,410 | 67,410 | –1,631 | 65,779 |
| | ACLS mod kits installations cost growth | | | | [–1,631] | |
| 058 | ID SYSTEMS | 26,059 | 15,464 | 26,059 | | 26,059 |
| | OE–120/UPX antenna insufficient budget justification | | [–10,595] | | | |
| 059 | JOINT PRECISION APPROACH AND LANDING SYSTEM ( | 92,695 | 61,348 | 92,695 | –14,500 | 78,195 |
| | Early to need | | [–31,347] | | [–14,500] | |
| 060 | NAVAL MISSION PLANNING SYSTEMS | 15,296 | 15,296 | 15,296 | | 15,296 |
| | **OTHER SHORE ELECTRONIC EQUIPMENT** | | | | | |
| 061 | TACTICAL/MOBILE C4I SYSTEMS | 36,226 | 36,226 | 36,226 | | 36,226 |
| 062 | DCGS-N | 21,788 | 21,788 | 21,788 | –361 | 21,427 |
| | DCGS-N increment 2 kit unit cost discrepancy | | | | [–361] | |
| 063 | CANES | 426,654 | 396,654 | 426,654 | –31,500 | 395,154 |
| | Program decrease | | [–30,000] | | [–31,500] | |
| 064 | RADIAC | 6,450 | 6,450 | 6,450 | | 6,450 |
| 065 | CANES-INTELL | 52,713 | 52,713 | 52,713 | | 52,713 |
| 066 | GPETE | 13,028 | 13,028 | 13,028 | | 13,028 |
| 067 | MASF | 5,193 | 5,193 | 5,193 | | 5,193 |
| 068 | INTEG COMBAT SYSTEM TEST FACILITY | 6,028 | 6,028 | 6,028 | | 6,028 |
| 069 | EMI CONTROL INSTRUMENTATION | 4,209 | 4,209 | 4,209 | | 4,209 |
| 070 | ITEMS LESS THAN $5 MILLION | 168,436 | 151,593 | 144,636 | –23,800 | 144,636 |
| | Excess cost growth | | [–16,843] | | | |

WASHSTATEC014342

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | NGSSR early to need .......................... | | | | | | [−23,800] | | [−23,800] | | |
| | **SHIPBOARD COMMUNICATIONS** | | | | | | | | | | |
| 071 | SHIPBOARD TACTICAL COMMUNICATIONS .................... | | 55,853 | | 55,853 | | 55,853 | | −5,800 | | 50,053 |
| | DMR IW and MUOS system procurement afloat previously funded. | | | | | | | | [−5,800] | | |
| 072 | SHIP COMMUNICATIONS AUTOMATION ...................... | | 137,861 | | 117,861 | | 137,861 | | −15,481 | | 122,380 |
| | STACC cost growth ...................... | | | | [−20,000] | | | | [−15,481] | | |
| 073 | COMMUNICATIONS ITEMS UNDER $5M ...................... | | 35,093 | | 35,093 | | 35,093 | | −3,600 | | 31,493 |
| | Improving funds management: prior year carryover .......... | | | | | | | | [−3,600] | | |
| | **SUBMARINE COMMUNICATIONS** | | | | | | | | | | |
| 074 | SUBMARINE BROADCAST SUPPORT ...................... | | 50,833 | | 50,833 | | 50,833 | | | | 50,833 |
| 075 | SUBMARINE COMMUNICATION EQUIPMENT .................... | | 69,643 | | 60,643 | | 69,643 | | −8,849 | | 60,794 |
| | Buoy shape improvement unjustified request .................. | | | | [−9,000] | | | | [−8,849] | | |
| | **SATELLITE COMMUNICATIONS** | | | | | | | | | | |
| 076 | SATELLITE COMMUNICATIONS SYSTEMS .................... | | 45,841 | | 45,841 | | 45,841 | | | | 45,841 |
| 077 | NAVY MULTIBAND TERMINAL (NMT) ...................... | | 88,021 | | 88,021 | | 88,021 | | −5,873 | | 82,148 |
| | Afloat ship kit cost growth ...................... | | | | | | | | [−4,055] | | |
| | Assured C2 modems installation cost excess growth ........ | | | | | | | | [−1,818] | | |
| | **SHORE COMMUNICATIONS** | | | | | | | | | | |
| 078 | JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE) .................. | | 4,293 | | 4,293 | | 4,293 | | | | 4,293 |
| | **CRYPTOGRAPHIC EQUIPMENT** | | | | | | | | | | |
| 079 | INFO SYSTEMS SECURITY PROGRAM (ISSP) .................... | | 166,540 | | 166,540 | | 166,540 | | | | 166,540 |
| 080 | MIO INTEL EXPLOITATION TEAM ...................... | | 968 | | 968 | | 968 | | | | 968 |
| | **CRYPTOLOGIC EQUIPMENT** | | | | | | | | | | |
| 081 | CRYPTOLOGIC COMMUNICATIONS EQUIP .................... | | 13,090 | | 13,090 | | 13,090 | | | | 13,090 |
| | **OTHER ELECTRONIC SUPPORT** | | | | | | | | | | |
| 083 | COAST GUARD EQUIPMENT ...................... | | 61,370 | | 61,370 | | 61,370 | | | | 61,370 |
| | **SONOBUOYS** | | | | | | | | | | |
| 085 | SONOBUOYS—ALL TYPES ...................... | | 260,644 | | 296,344 | | 310,644 | | 50,000 | | 310,644 |
| | Navy unfunded priority ...................... | | | | [35,700] | | | | | | |
| | UPL sonobuoy increase ...................... | | | | | | [50,000] | | [50,000] | | |
| | **AIRCRAFT SUPPORT EQUIPMENT** | | | | | | | | | | |
| 086 | MINOTAUR ...................... | | 5,000 | | 5,000 | | 5,000 | | | | 5,000 |

35

| | | | | | | |
|---|---|---|---|---|---|---|
| 087 | WEAPONS RANGE SUPPORT EQUIPMENT .......................... | 101,843 | 94,843 | 101,843 | | 101,843 |
| | Excess cost growth ............................................ | | [−7,000] | | | |
| 088 | AIRCRAFT SUPPORT EQUIPMENT .................................... | 145,601 | 112,181 | 145,601 | −10,390 | 135,211 |
| | Excess cost growth ............................................ | | [−20,000] | | [−10,390] | |
| | Program decrease ............................................... | | [−13,420] | | | |
| 089 | ADVANCED ARRESTING GEAR (AAG) ............................. | 4,725 | 4,725 | 4,725 | | 4,725 |
| 090 | METEOROLOGICAL EQUIPMENT ..................................... | 14,687 | 14,687 | 14,687 | −2,280 | 12,407 |
| | ASOS upgrades unit cost growth ........................ | | | | [−2,280] | |
| 092 | LEGACY AIRBORNE MCM ............................................ | 19,250 | 19,250 | 19,250 | −332 | 18,918 |
| | Modifications unjustified growth ....................... | | | | [−332] | |
| 093 | LAMPS EQUIPMENT ................................................... | 792 | 792 | 792 | | 792 |
| 094 | AVIATION SUPPORT EQUIPMENT .................................... | 55,415 | 52,415 | 55,415 | −3,000 | 52,415 |
| | Contract delay .................................................... | | [−3,000] | | [−3,000] | |
| 095 | UMCS-UNMAN CARRIER AVIATION(UCA)MISSION CNTRL ............ | 32,668 | 32,668 | 32,668 | | 32,668 |
| | **SHIP GUN SYSTEM EQUIPMENT** | | | | | |
| 096 | SHIP GUN SYSTEMS EQUIPMENT ................................. | 5,451 | 5,451 | 5,451 | | 5,451 |
| | **SHIP MISSILE SYSTEMS EQUIPMENT** | | | | | |
| 097 | HARPOON SUPPORT EQUIPMENT ................................... | 1,100 | 1,100 | 1,100 | | 1,100 |
| 098 | SHIP MISSILE SUPPORT EQUIPMENT ............................. | 228,104 | 243,304 | 228,104 | 40,200 | 268,304 |
| | Excess cost growth ............................................ | | [−25,000] | | | |
| | Program increase ................................................ | | [40,200] | | [40,200] | |
| 099 | TOMAHAWK SUPPORT EQUIPMENT .................................. | 78,593 | 78,593 | 78,593 | | 78,593 |
| | **FBM SUPPORT EQUIPMENT** | | | | | |
| 100 | STRATEGIC MISSILE SYSTEMS EQUIP ........................... | 280,510 | 280,510 | 280,510 | | 280,510 |
| | **ASW SUPPORT EQUIPMENT** | | | | | |
| 101 | SSN COMBAT CONTROL SYSTEMS ................................. | 148,547 | 138,547 | 148,547 | −4,869 | 143,678 |
| | Excess cost growth ............................................ | | [−10,000] | | [−4,869] | |
| 102 | ASW SUPPORT EQUIPMENT ......................................... | 21,130 | 21,130 | 21,130 | | 21,130 |
| | **OTHER ORDNANCE SUPPORT EQUIPMENT** | | | | | |
| 103 | EXPLOSIVE ORDNANCE DISPOSAL EQUIP ........................ | 15,244 | 15,244 | 15,244 | | 15,244 |
| 104 | ITEMS LESS THAN $5 MILLION .................................... | 5,071 | 5,071 | 5,071 | | 5,071 |
| | **OTHER EXPENDABLE ORDNANCE** | | | | | |
| 105 | ANTI-SHIP MISSILE DECOY SYSTEM .............................. | 41,962 | 41,962 | 41,962 | | 41,962 |
| 106 | SUBMARINE TRAINING DEVICE MODS ............................. | 75,057 | 75,057 | 75,057 | | 75,057 |
| 107 | SURFACE TRAINING EQUIPMENT ................................... | 233,175 | 189,253 | 233,175 | −10,528 | 222,647 |
| | BFFT ship sets excess to need .......................... | | | | [−1,515] | |
| | LCS trainer equipment early to need ................... | | [−43,922] | | [−9,013] | |
| | **CIVIL ENGINEERING SUPPORT EQUIPMENT** | | | | | |
| 108 | PASSENGER CARRYING VEHICLES ................................. | 4,562 | 4,562 | 4,562 | | 4,562 |
| 109 | GENERAL PURPOSE TRUCKS ....................................... | 10,974 | 10,974 | 10,974 | | 10,974 |

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 110 | CONSTRUCTION & MAINTENANCE EQUIP | | 43,191 | | 43,191 | | 43,191 | | | | 43,191 |
| 111 | FIRE FIGHTING EQUIPMENT | | 21,142 | | 11,642 | | 21,142 | | −9,500 | | 11,642 |
| | Contract delays | | | | [−9,500] | | | | [−9,500] | | |
| 112 | TACTICAL VEHICLES | | 33,432 | | 32,032 | | 33,432 | | | | 33,432 |
| | JLTV contract delay | | | | [−1,400] | | | | | | |
| 114 | POLLUTION CONTROL EQUIPMENT | | 2,633 | | 2,633 | | 2,633 | | | | 2,633 |
| 115 | ITEMS UNDER $5 MILLION | | 53,467 | | 53,467 | | 53,467 | | | | 53,467 |
| 116 | PHYSICAL SECURITY VEHICLES | | 1,173 | | 1,173 | | 1,173 | | | | 1,173 |
| | **SUPPLY SUPPORT EQUIPMENT** | | | | | | | | | | |
| 117 | SUPPLY EQUIPMENT | | 16,730 | | 16,730 | | 16,730 | | | | 16,730 |
| 118 | FIRST DESTINATION TRANSPORTATION | | 5,389 | | 5,389 | | 5,389 | | | | 5,389 |
| 119 | SPECIAL PURPOSE SUPPLY SYSTEMS | | 654,674 | | 654,674 | | 654,674 | | −37,152 | | 617,522 |
| | Insufficient budget justification | | | | | | | | [−37,152] | | |
| | **TRAINING DEVICES** | | | | | | | | | | |
| 120 | TRAINING SUPPORT EQUIPMENT | | 3,633 | | 3,633 | | 3,633 | | | | 3,633 |
| 121 | TRAINING AND EDUCATION EQUIPMENT | | 97,636 | | 82,536 | | 97,636 | | −3,100 | | 94,536 |
| | Excess growth | | | | | | | | [−3,100] | | |
| | Reduction in one Training Support Vessel | | | | [−15,100] | | | | | | |
| | **COMMAND SUPPORT EQUIPMENT** | | | | | | | | | | |
| 122 | COMMAND SUPPORT EQUIPMENT | | 66,102 | | 50,102 | | 59,779 | | −15,668 | | 50,434 |
| | Prior year underexecution | | | | [−16,000] | | | | [−15,668] | | |
| | Program duplication | | | | | | [−6,323] | | | | |
| 123 | MEDICAL SUPPORT EQUIPMENT | | 3,633 | | 3,633 | | 3,633 | | | | 3,633 |
| 125 | NAVAL MIP SUPPORT EQUIPMENT | | 6,097 | | 6,097 | | 6,097 | | | | 6,097 |
| 126 | OPERATING FORCES SUPPORT EQUIPMENT | | 16,905 | | 16,905 | | 16,905 | | | | 16,905 |
| 127 | C4ISR EQUIPMENT | | 30,146 | | 30,146 | | 30,146 | | | | 30,146 |
| 128 | ENVIRONMENTAL SUPPORT EQUIPMENT | | 21,986 | | 21,986 | | 21,986 | | | | 21,986 |
| 129 | PHYSICAL SECURITY EQUIPMENT | | 160,046 | | 160,046 | | 160,046 | | | | 160,046 |
| 130 | ENTERPRISE INFORMATION TECHNOLOGY | | 56,899 | | 56,899 | | 56,899 | | | | 56,899 |
| | **OTHER** | | | | | | | | | | |
| 133 | NEXT GENERATION ENTERPRISE SERVICE | | 122,832 | | 122,832 | | 122,832 | | | | 122,832 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 133A | CLASSIFIED PROGRAMS | | 16,346 | | 16,346 | | 16,346 | | | | 16,346 |

37

| | | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | **SPARES AND REPAIR PARTS** | | | | | | | | | |
| 134 | SPARES AND REPAIR PARTS ........................................ | | 375,608 | | 352,140 | | 375,608 | | −23,468 | | 352,140 |
| | JPALS spares early to need ................................ | | | | [−8,137] | | | | [−8,137] | | |
| | LCS spares early to need .................................. | | | | [−15,331] | | | | [−15,331] | | |
| | TOTAL OTHER PROCUREMENT, NAVY ......................... | | 9,652,956 | | 9,146,967 | | 9,489,133 | | −350,857 | | 9,302,099 |
| | | | | | | | | | | |
| | **PROCUREMENT, MARINE CORPS** | | | | | | | | | |
| | **TRACKED COMBAT VEHICLES** | | | | | | | | | |
| 001 | AAV/A1 PIP ............................................................ | | 39,495 | | 39,495 | | 39,495 | | | | 39,495 |
| 002 | AMPHIBIOUS COMBAT VEHICLE 1.1 ........................... | 56 | 317,935 | 56 | 313,135 | 56 | 317,935 | | −4,804 | 56 | 313,131 |
| | Excess engineering change orders ..................... | | | | [−4,800] | | | | [−4,804] | | |
| 003 | LAV PIP ................................................................ | | 60,734 | | 60,734 | | 60,734 | | | | 60,734 |
| | **ARTILLERY AND OTHER WEAPONS** | | | | | | | | | |
| 004 | 155MM LIGHTWEIGHT TOWED HOWITZER ..................... | | 25,065 | | 25,065 | | 25,065 | | | | 25,065 |
| 005 | ARTILLERY WEAPONS SYSTEM .................................. | | 100,002 | | 90,002 | | 100,002 | | −10,000 | | 90,002 |
| | Equipment previously funded and cost growth ............. | | | | [−10,000] | | | | [−10,000] | | |
| 006 | WEAPONS AND COMBAT VEHICLES UNDER $5 MILLION ............ | | 31,945 | | 31,945 | | 31,945 | | | | 31,945 |
| | **OTHER SUPPORT** | | | | | | | | | |
| 007 | MODIFICATION KITS ................................................ | | 22,760 | | 22,760 | | 22,760 | | | | 22,760 |
| | **GUIDED MISSILES** | | | | | | | | | |
| 008 | GROUND BASED AIR DEFENSE ................................... | | 175,998 | | 175,998 | | 175,998 | | | | 175,998 |
| 009 | ANTI-ARMOR MISSILE-JAVELIN ................................. | 97 | 20,207 | 97 | 20,207 | 97 | 20,207 | | | 97 | 20,207 |
| 010 | FAMILY ANTI-ARMOR WEAPON SYSTEMS (FOAAWS) ............ | | 21,913 | | 21,913 | | 21,913 | | | | 21,913 |
| 011 | ANTI-ARMOR MISSILE-TOW ...................................... | | 60,501 | | 60,501 | | 60,501 | | | | 60,501 |
| 012 | GUIDED MLRS ROCKET (GMLRS) ............................... | 210 | 29,062 | 210 | 28,062 | 210 | 29,062 | | −1,000 | 210 | 28,062 |
| | Unit cost discrepancy .......................................... | | | | [−1,000] | | | | [−1,000] | | |
| | **COMMAND AND CONTROL SYSTEMS** | | | | | | | | | |
| 013 | COMMON AVIATION COMMAND AND CONTROL SYSTEM (C ... | | 37,203 | | 32,203 | | 37,203 | | −5,000 | | 32,203 |
| | AN/MRQ−13 communications subsystems upgrades un-justified growth. | | | | [−5,000] | | | | [−5,000] | | |
| | **REPAIR AND TEST EQUIPMENT** | | | | | | | | | |
| 014 | REPAIR AND TEST EQUIPMENT .................................. | | 55,156 | | 55,156 | | 55,156 | | | | 55,156 |
| | **OTHER SUPPORT (TEL)** | | | | | | | | | |
| 015 | MODIFICATION KITS ................................................ | | 4,945 | | 4,945 | | 4,945 | | | | 4,945 |
| | **COMMAND AND CONTROL SYSTEM (NON-TEL)** | | | | | | | | | |
| 016 | ITEMS UNDER $5 MILLION (COMM & ELEC) ................. | | 112,124 | | 83,124 | | 112,124 | | −29,700 | | 82,424 |
| | Unit cost growth ................................................ | | | | [−29,700] | | | | [−29,700] | | |
| 017 | AIR OPERATIONS C2 SYSTEMS ................................. | | 17,408 | | 17,408 | | 17,408 | | | | 17,408 |
| | **RADAR + EQUIPMENT (NON-TEL)** | | | | | | | | | |
| 018 | RADAR SYSTEMS .................................................... | | 329 | | 329 | | 329 | | | | 329 |

### SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 019 | GROUND/AIR TASK ORIENTED RADAR (G/ATOR) | 8 | 273,022 | 8 | 273,022 | 8 | 273,022 | | | 8 | 273,022 |
| | **INTELL/COMM EQUIPMENT (NON-TEL)** | | | | | | | | | | |
| 021 | GCSS-MC | | 4,484 | | 4,484 | | 4,484 | | | | 4,484 |
| 022 | FIRE SUPPORT SYSTEM | | 35,488 | | 35,488 | | 35,488 | | | | 35,488 |
| 023 | INTELLIGENCE SUPPORT EQUIPMENT | | 56,896 | | 54,396 | | 56,896 | | −2,500 | | 54,396 |
| | Unjustified growth | | | | [−2,500] | | | | [−2,500] | | |
| 025 | UNMANNED AIR SYSTEMS (INTEL) | | 34,711 | | 34,711 | | 34,711 | | | | 34,711 |
| 026 | DCGS-MC | | 32,562 | | 32,562 | | 32,562 | | | | 32,562 |
| | **OTHER SUPPORT (NON-TEL)** | | | | | | | | | | |
| 030 | NEXT GENERATION ENTERPRISE NETWORK (NGEN) | | 114,901 | | 114,901 | | 114,901 | | | | 114,901 |
| 031 | COMMON COMPUTER RESOURCES | | 51,094 | | 51,094 | | 51,094 | | | | 51,094 |
| 032 | COMMAND POST SYSTEMS | | 108,897 | | 108,897 | | 108,897 | | | | 108,897 |
| 033 | RADIO SYSTEMS | | 227,320 | | 212,320 | | 227,320 | | −15,000 | | 212,320 |
| | Cost growth and early to need | | | | [−15,000] | | | | [−15,000] | | |
| 034 | COMM SWITCHING & CONTROL SYSTEMS | | 31,685 | | 23,685 | | 31,685 | | −7,904 | | 23,781 |
| | ECP small form factor previously funded | | | | [−8,000] | | | | [−7,904] | | |
| 035 | COMM & ELEC INFRASTRUCTURE SUPPORT | | 21,140 | | 21,140 | | 21,140 | | | | 21,140 |
| 036 | CYBERSPACE ACTIVITIES | | 27,632 | | 27,632 | | 27,632 | | | | 27,632 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 036A | CLASSIFIED PROGRAMS | | 5,535 | | 5,535 | | 5,535 | | | | 5,535 |
| | **ADMINISTRATIVE VEHICLES** | | | | | | | | | | |
| 037 | COMMERCIAL CARGO VEHICLES | | 28,913 | | 28,913 | | 28,913 | | | | 28,913 |
| | **TACTICAL VEHICLES** | | | | | | | | | | |
| 038 | MOTOR TRANSPORT MODIFICATIONS | | 19,234 | | 19,234 | | 19,234 | | | | 19,234 |
| 039 | JOINT LIGHT TACTICAL VEHICLE | 1,398 | 558,107 | 1,398 | 556,107 | 1,398 | 558,107 | | −2,000 | 1,398 | 556,107 |
| | ECP previously funded | | | | [−2,000] | | | | [−2,000] | | |
| 040 | FAMILY OF TACTICAL TRAILERS | | 2,693 | | 2,693 | | 2,693 | | | | 2,693 |
| | **ENGINEER AND OTHER EQUIPMENT** | | | | | | | | | | |
| 041 | ENVIRONMENTAL CONTROL EQUIP ASSORT | | 495 | | 495 | | 495 | | | | 495 |
| 042 | TACTICAL FUEL SYSTEMS | | 52 | | 52 | | 52 | | | | 52 |
| 043 | POWER EQUIPMENT ASSORTED | | 22,441 | | 22,441 | | 22,441 | | | | 22,441 |
| 044 | AMPHIBIOUS SUPPORT EQUIPMENT | | 7,101 | | 7,101 | | 7,101 | | | | 7,101 |
| 045 | EOD SYSTEMS | | 44,700 | | 44,700 | | 44,700 | | | | 44,700 |

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **MATERIALS HANDLING EQUIPMENT** | | | | | | | | | | |
| 046 | PHYSICAL SECURITY EQUIPMENT ............................................. | | 15,404 | | 15,404 | | 15,404 | | | | 15,404 |
| | **GENERAL PROPERTY** | | | | | | | | | | |
| 047 | FIELD MEDICAL EQUIPMENT ............................................. | | 2,898 | | 2,898 | | 2,898 | | | | 2,898 |
| 048 | TRAINING DEVICES ............................................. | | 149,567 | | 126,567 | | 149,567 | | –23,000 | | 126,567 |
| | ODS unjustified request ............................................. | | | | [–23,000] | | | | [–23,000] | | |
| 049 | FAMILY OF CONSTRUCTION EQUIPMENT ............................ | | 35,622 | | 35,622 | | 35,622 | | | | 35,622 |
| 050 | ULTRA-LIGHT TACTICAL VEHICLE (ULTV) ............................ | | 647 | | 647 | | 647 | | | | 647 |
| | **OTHER SUPPORT** | | | | | | | | | | |
| 051 | ITEMS LESS THAN $5 MILLION ............................................. | | 10,956 | | 10,956 | | 10,956 | | | | 10,956 |
| | **SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 052 | SPARES AND REPAIR PARTS ............................................. | | 33,470 | | 33,470 | | 33,470 | | | | 33,470 |
| | TOTAL PROCUREMENT, MARINE CORPS ...................... | 1,769 | 3,090,449 | 1,769 | 2,990,149 | 1,769 | 3,090,449 | | –100,908 | 1,769 | 2,989,541 |
| | | | | | | | | | | | |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **TACTICAL FORCES** | | | | | | | | | | |
| 001 | F–35 ............................................. | 48 | 4,274,359 | 60 | 5,126,409 | 60 | 5,364,359 | 12 | 1,292,050 | 60 | 5,566,409 |
| | Program increase ............................................. | | | [12] | [1,042,800] | | | [12] | [1,042,800] | | |
| | Program increase: Turkish F–35A Reallocation Initiative .. | | | | | | | | [440,000] | | |
| | Target cost savings ............................................. | | | | [–190,750] | | | | [–190,750] | | |
| | UPL additional quantities ............................................. | | | | | [12] | [1,090,000] | | | | |
| 002 | F–35 ............................................. | | 655,500 | | 655,500 | | 811,500 | | 156,000 | | 811,500 |
| | UPL Increase ............................................. | | | | | | [156,000] | | [156,000] | | |
| 003 | F–15E ............................................. | 8 | 1,050,000 | 8 | 941,000 | 8 | 888,000 | | –64,500 | 8 | 985,500 |
| | NRE cost on a non-developmental A/C ............................ | | | | | | [–162,000] | | | | |
| | Unjustified non-recurring engineering ............................ | | | | [–109,000] | | | | [–64,500] | | |
| | **TACTICAL AIRLIFT** | | | | | | | | | | |
| 005 | KC–46A MDAP ............................................. | 12 | 2,234,529 | 12 | 2,199,705 | 15 | 2,705,529 | | –36,000 | 12 | 2,198,529 |
| | Excess to need ............................................. | | | | [–34,824] | | | | [–36,000] | | |
| | UPL additional quantities ............................................. | | | | | [3] | [471,000] | | | | |
| | **OTHER AIRLIFT** | | | | | | | | | | |
| 006 | C–130J ............................................. | | 12,156 | 4 | 404,156 | | 12,156 | 4 | 392,000 | 4 | 404,156 |
| | Program increase ............................................. | | | [4] | [392,000] | | | [4] | [392,000] | | |
| 008 | MC–130J ............................................. | 8 | 871,207 | 8 | 871,207 | 8 | 871,207 | | –13,600 | 8 | 857,607 |
| | Excess to need ............................................. | | | | | | | | [–13,600] | | |
| 009 | MC–130J ............................................. | | 40,000 | | 40,000 | | 40,000 | | | | 40,000 |
| | **HELICOPTERS** | | | | | | | | | | |
| 010 | COMBAT RESCUE HELICOPTER ............................ | 12 | 884,235 | 12 | 876,235 | 12 | 884,235 | | –8,200 | 12 | 876,035 |
| | Excess to need ............................................. | | | | [–8,000] | | | | [–8,200] | | |
| | **MISSION SUPPORT AIRCRAFT** | | | | | | | | | | |

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request Qty | Cost | House Authorized Qty | Cost | Senate Authorized Qty | Cost | Conference Change Qty | Cost | Conference Authorized Qty | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | C–37A | 2 | 161,000 | 2 | 161,000 | 2 | 161,000 | | –13,500 | 2 | 147,500 |
| | Unit cost growth | | | | | | | | [–13,500] | | |
| 012 | CIVIL AIR PATROL A/C | 4 | 2,767 | 4 | 2,767 | 4 | 2,767 | | | 4 | 2,767 |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 014 | TARGET DRONES | 37 | 130,837 | 37 | 130,837 | 37 | 130,837 | | | 37 | 130,837 |
| 015 | COMPASS CALL | 1 | 114,095 | 1 | 114,095 | 1 | 114,095 | | | 1 | 114,095 |
| 017 | MQ–9 | 3 | 189,205 | 15 | 313,005 | 3 | 189,205 | | –14,000 | 3 | 175,205 |
| | Program increase | | | [12] | [137,800] | | | | | | |
| | Unit cost growth | | | | [–14,000] | | | | [–14,000] | | |
| | **STRATEGIC AIRCRAFT** | | | | | | | | | | |
| 019 | B–2A | | 9,582 | | 9,582 | | 9,582 | | | | 9,582 |
| 020 | B–1B | | 22,111 | | 22,111 | | 22,111 | | –9,000 | | 13,111 |
| | ADS-B ahead of need | | | | | | | | [–9,000] | | |
| 021 | B–52 | | 69,648 | | 69,648 | | 69,648 | | | | 69,648 |
| 022 | LARGE AIRCRAFT INFRARED COUNTERMEASURES | | 43,758 | | 43,758 | | 43,758 | | | | 43,758 |
| | **TACTICAL AIRCRAFT** | | | | | | | | | | |
| 023 | A–10 | | 132,069 | | 132,069 | | 132,069 | | | | 132,069 |
| 024 | E–11 BACN/HAG | | 70,027 | 1 | 90,027 | | 70,027 | | | | 70,027 |
| | Aircraft increase | | | [1] | [20,000] | | | | | | |
| 025 | F–15 | | 481,073 | | 480,443 | | 328,073 | | –13,306 | | 467,767 |
| | ADCP unnecessary due to F–15X | | | | | | [–75,100] | | [–13,306] | | |
| | F–15C MUOS ahead of need | | | | [–630] | | | | | | |
| | IFF unnecessary due to F–15X | | | | | | [–29,600] | | | | |
| | Longerons unnecessary due to F–15X | | | | | | [–24,600] | | | | |
| | Radar unnecessary due to F–15X | | | | | | [–23,700] | | | | |
| 026 | F–16 | | 234,782 | | 234,782 | 30 | 309,782 | 30 | 75,000 | 30 | 309,782 |
| | Additional radars | | | | | [30] | [75,000] | [30] | [75,000] | | |
| 028 | F–22A | | 323,597 | | 323,597 | | 323,597 | | | | 323,597 |
| 030 | F–35 MODIFICATIONS | | 343,590 | | 343,590 | | 343,590 | | | | 343,590 |
| 031 | F–15 EPAW | | 149,047 | | 25,047 | | 81,847 | | –23,630 | | 125,417 |
| | Not required because of F–15X | | | | | | [–67,200] | | [–23,630] | | |
| | Prior-year carryover | | | | [–124,000] | | | | | | |
| 032 | INCREMENT 3.2B | | 20,213 | | 20,213 | | 20,213 | | | | 20,213 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 033 | KC–46A MDAP | 10,213 | 3,639 | 10,213 | –5,000 | 5,213 |
| | Excess to need | | [–6,574] | | | |
| | Funding ahead of need | | | | [–5,000] | |
| | **AIRLIFT AIRCRAFT** | | | | | |
| 034 | C–5 | 73,550 | 73,550 | 73,550 | | 73,550 |
| 036 | C–17A | 60,244 | 60,244 | 60,244 | | 60,244 |
| 037 | C–21 | 216 | 216 | 216 | | 216 |
| 038 | C–32A | 11,511 | 11,511 | 11,511 | | 11,511 |
| 039 | C–37A | 435 | 435 | 435 | | 435 |
| | **TRAINER AIRCRAFT** | | | | | |
| 040 | GLIDER MODS | 138 | 138 | 138 | | 138 |
| 041 | T–6 | 11,876 | 11,876 | 11,876 | | 11,876 |
| 042 | T–1 | 26,787 | 26,787 | 26,787 | | 26,787 |
| 043 | T–38 | 37,341 | 45,041 | 37,341 | | 37,341 |
| | T–38 A/B ejection seat safety | | [7,700] | | | |
| | **OTHER AIRCRAFT** | | | | | |
| 044 | U–2 MODS | 86,896 | 119,896 | 86,896 | 20,000 | 106,896 |
| | Increase for U–2 enhancements | | [33,000] | | [20,000] | |
| 045 | KC–10A (ATCA) | 2,108 | 2,108 | 2,108 | | 2,108 |
| 046 | C–12 | 3,021 | 3,021 | 3,021 | | 3,021 |
| 047 | VC–25A MOD | 48,624 | 48,624 | 48,624 | | 48,624 |
| 048 | C–40 | 256 | 256 | 256 | | 256 |
| 049 | C–130 | 52,066 | 186,066 | 52,066 | 134,000 | 186,066 |
| | 3.5 Engine Enhancement Package | | [79,000] | | [79,000] | |
| | NP–2000 prop blade upgrades | | [55,000] | | [55,000] | |
| 050 | C–130J MODS | 141,686 | 141,686 | 141,686 | | 141,686 |
| 051 | C–135 | 124,491 | 124,491 | 124,491 | –1,875 | 122,616 |
| | Low cost mods slow execution | | | | [–1,000] | |
| | RPI installs | | | | [–875] | |
| 053 | COMPASS CALL | 110,754 | 110,754 | 110,754 | | 110,754 |
| 054 | COMBAT FLIGHT INSPECTION—CFIN | 508 | 508 | 508 | | 508 |
| 055 | RC–135 | 227,673 | 398,673 | 227,673 | | 227,673 |
| | Program increase | | [171,000] | | | |
| 056 | E–3 | 216,299 | 216,299 | 216,299 | –87,307 | 128,992 |
| | NATO AWACS—Air Force requested transfer to line 88 | | | | [–87,307] | |
| 057 | E–4 | 58,477 | 58,477 | 58,477 | | 58,477 |
| 058 | E–8 | 28,778 | 56,778 | 58,778 | 20,000 | 48,778 |
| | Increase for re-engining | | [28,000] | | [20,000] | |
| | SATCOM radios | | | [30,000] | | |
| 059 | AIRBORNE WARNING AND CNTRL SYS (AWACS) 40/45 | 36,000 | 36,000 | 36,000 | | 36,000 |

## SEC. 4101. PROCUREMENT
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 060 | FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS | | 7,910 | | 7,910 | | 7,910 | | | | 7,910 |
| 061 | H–1 | | 3,817 | | 3,817 | | 3,817 | | | | 3,817 |
| 062 | H–60 | | 20,879 | | 20,879 | | 20,879 | | | | 20,879 |
| 063 | RQ–4 MODS | | 1,704 | | 1,704 | | 1,704 | | | | 1,704 |
| 064 | HC/MC–130 MODIFICATIONS | | 51,482 | | 51,482 | | 51,482 | | | | 51,482 |
| 065 | OTHER AIRCRAFT | | 50,098 | | 50,098 | | 50,098 | | | | 50,098 |
| 066 | MQ–9 MODS | | 383,594 | | 251,594 | | 383,594 | | −132,000 | | 251,594 |
| | Production rate adjustment of DAS–4 sensor | | | | [−132,000] | | | | [−132,000] | | |
| 068 | CV–22 MODS | | 65,348 | | 65,348 | | 65,348 | | | | 65,348 |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 069 | INITIAL SPARES/REPAIR PARTS | | 708,230 | | 544,830 | | 970,230 | | 91,000 | | 799,230 |
| | F–35 spares | | | | | | [96,000] | | [96,000] | | |
| | KC–46 spares | | | | | | [141,000] | | | | |
| | Program decrease | | | | [−40,000] | | | | [−30,000] | | |
| | RQ–4 | | | | | | [25,000] | | [25,000] | | |
| | Unjustified F–15C requirements | | | | [−123,400] | | | | | | |
| | **COMMON SUPPORT EQUIPMENT** | | | | | | | | | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | | 84,938 | | 84,938 | | 84,938 | | | | 84,938 |
| | **POST PRODUCTION SUPPORT** | | | | | | | | | | |
| 073 | B–2A | | 1,403 | | 1,403 | | 1,403 | | | | 1,403 |
| 074 | B–2B | | 42,234 | | 42,234 | | 42,234 | | | | 42,234 |
| 075 | B–52 | | 4,641 | | 4,641 | | 4,641 | | | | 4,641 |
| 076 | C–17A | | 124,805 | | 124,805 | | 124,805 | | | | 124,805 |
| 079 | F–15 | | 2,589 | | 2,589 | | 2,589 | | | | 2,589 |
| 081 | F–16 | | 15,348 | | 14,748 | | 15,348 | | | | 15,348 |
| | Line shutdown early to need | | | | [−600] | | | | | | |
| 084 | RQ–4 POST PRODUCTION CHARGES | | 47,246 | | 47,246 | | 47,246 | | | | 47,246 |
| | **INDUSTRIAL PREPAREDNESS** | | | | | | | | | | |
| 086 | INDUSTRIAL RESPONSIVENESS | | 17,705 | | 17,705 | | 17,705 | | | | 17,705 |
| | **WAR CONSUMABLES** | | | | | | | | | | |
| 087 | WAR CONSUMABLES | | 32,102 | | 32,102 | | 32,102 | | | | 32,102 |
| | **OTHER PRODUCTION CHARGES** | | | | | | | | | | |
| 088 | OTHER PRODUCTION CHARGES | | 1,194,728 | | 1,073,728 | | 1,194,728 | | 27,307 | | 1,222,035 |

WASHSTATEC014351

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F–22 NGEN lab excess ............................................ | | [–72,000] | | | | | | [–60,000] | | |
| | NATO AWACS—Air Force requested transfer from line 56 | | | | | | | | [87,307] | | |
| | Program decrease ................................................. | | [–33,000] | | | | | | | | |
| | RQ–4 delayed obligations ....................................... | | [–16,000] | | | | | | | | |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 090A | CLASSIFIED PROGRAMS ............................................ | | 34,193 | | 34,193 | | 34,193 | | | | 34,193 |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** ............ | 135 | 16,764,279 | 164 | 17,845,801 | 180 | 18,486,079 | 46 | 1,785,439 | 181 | 18,569,718 |
| | | | | | | | | | | | |
| | **MISSILE PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **MISSILE REPLACEMENT EQUIPMENT—BALLISTIC** | | | | | | | | | | |
| 001 | MISSILE REPLACEMENT EQ-BALLISTIC ........................... | | 55,888 | | 55,888 | | 55,888 | | | | 55,888 |
| | **TACTICAL** | | | | | | | | | | |
| 002 | REPLAC EQUIP & WAR CONSUMABLES ........................... | | 9,100 | | 9,100 | | 9,100 | | | | 9,100 |
| 003 | JOINT AIR-TO-GROUND MUNITION ............................... | 60 | 15,000 | 60 | 15,000 | 60 | 15,000 | –30 | –7,500 | 30 | 7,500 |
| | Unjustified requirement (JAGM-F) ................................ | | | | [–15,000] | | | [–30] | [–7,500] | | |
| 004 | JOINT AIR-SURFACE STANDOFF MISSILE ......................... | 411 | 482,525 | 411 | 482,525 | 411 | 482,525 | | | 411 | 482,525 |
| 006 | SIDEWINDER (AIM–9X) ............................................ | 355 | 160,408 | 355 | 160,408 | 355 | 160,408 | | | 355 | 160,408 |
| 007 | AMRAAM ............................................................. | 220 | 332,250 | 220 | 332,250 | 220 | 332,250 | | | 220 | 332,250 |
| 008 | PREDATOR HELLFIRE MISSILE .................................... | 1,531 | 118,860 | 1,531 | 111,160 | 1,531 | 118,860 | | | 1,531 | 118,860 |
| | Unit cost savings ................................................... | | | | [–7,700] | | | | | | |
| 009 | SMALL DIAMETER BOMB ........................................... | 7,078 | 275,438 | 7,078 | 275,438 | 7,078 | 275,438 | | | 7,078 | 275,438 |
| 010 | SMALL DIAMETER BOMB II ........................................ | 1,175 | 212,434 | 1,175 | 201,434 | 1,175 | 212,434 | | –11,750 | 1,175 | 200,684 |
| | Unit cost growth .................................................... | | | | [–11,000] | | | | [–11,750] | | |
| | **INDUSTRIAL FACILITIES** | | | | | | | | | | |
| 011 | INDUSTR'L PREPAREDNS/POL PREVENTION ..................... | | 801 | | 801 | | 801 | | | | 801 |
| | **CLASS IV** | | | | | | | | | | |
| 012 | ICBM FUZE MOD .................................................... | 6 | 5,000 | 6 | 5,000 | 6 | 5,000 | | | 6 | 5,000 |
| 013 | ICBM FUZE MOD .................................................... | | 14,497 | | 14,497 | | 14,497 | | | | 14,497 |
| 014 | MM III MODIFICATIONS ............................................ | | 50,831 | | 50,831 | | 59,731 | | 8,874 | | 59,705 |
| | Air Force requested transfer ..................................... | | | | | | [8,900] | | [8,874] | | |
| 015 | AGM–65D MAVERICK ............................................... | | 294 | | 294 | | 294 | | | | 294 |
| 016 | AIR LAUNCH CRUISE MISSILE (ALCM) ........................... | | 77,387 | | 77,387 | | 68,487 | | –8,874 | | 68,513 |
| | Air Force requested transfer ..................................... | | | | | | [–8,900] | | [–8,874] | | |
| | **MSL SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 018 | MSL SPRS/REPAIR PARTS (INITIAL) .............................. | | 1,910 | | 1,910 | | 1,910 | | | | 1,910 |
| 019 | REPLEN SPARES/REPAIR PARTS ................................... | | 82,490 | | 82,490 | | 82,490 | | | | 82,490 |
| | **SPECIAL PROGRAMS** | | | | | | | | | | |
| 023 | SPECIAL UPDATE PROGRAMS ...................................... | | 144,553 | | 144,553 | | 144,553 | | | | 144,553 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 023A | CLASSIFIED PROGRAMS ............................................ | | 849,521 | | 849,521 | | 849,521 | | | | 849,521 |

43

44

### SEC. 4101. PROCUREMENT
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | TOTAL MISSILE PROCUREMENT, AIR FORCE | 10,836 | 2,889,187 | 10,836 | 2,855,487 | 10,836 | 2,889,187 | −30 | −19,250 | 10,806 | 2,869,937 |
| | **SPACE PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **SPACE PROGRAMS** | | | | | | | | | | |
| 001 | ADVANCED EHF | | 31,894 | | 31,894 | | 31,894 | | | | 31,894 |
| 002 | AF SATELLITE COMM SYSTEM | | 56,798 | | 56,798 | | 56,798 | | | | 56,798 |
| 004 | COUNTERSPACE SYSTEMS | | 5,700 | | 5,700 | | 5,700 | | | | 5,700 |
| 005 | FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS | | 34,020 | | 24,020 | | 34,020 | | −5,000 | | 29,020 |
| | Unjustified growth | | | | [−10,000] | | | | [−5,000] | | |
| 007 | GENERAL INFORMATION TECH—SPACE | | 3,244 | | 3,244 | | 3,244 | | | | 3,244 |
| 008 | GPSIII FOLLOW ON | 1 | 414,625 | 1 | 414,625 | 1 | 414,625 | | | 1 | 414,625 |
| 009 | GPS III SPACE SEGMENT | | 31,466 | | 31,466 | | 31,466 | | | | 31,466 |
| 012 | SPACEBORNE EQUIP (COMSEC) | | 32,031 | | 32,031 | | 32,031 | | | | 32,031 |
| 013 | MILSATCOM | | 11,096 | | 11,096 | | 11,096 | | | | 11,096 |
| 015 | EVOLVED EXPENDABLE LAUNCH VEH(SPACE) | 4 | 1,237,635 | 4 | 1,237,635 | 4 | 1,237,635 | | | 4 | 1,237,635 |
| 016 | SBIR HIGH (SPACE) | | 233,952 | | 218,012 | | 233,952 | | | | 233,952 |
| | Unjustified growth | | | | [−15,940] | | | | | | |
| 017 | NUDET DETECTION SYSTEM | | 7,432 | | 7,432 | | 7,432 | | | | 7,432 |
| 018 | ROCKET SYSTEMS LAUNCH PROGRAM | | 11,473 | | 11,473 | | 11,473 | | | | 11,473 |
| 019 | SPACE FENCE | | 71,784 | | 50,284 | | 71,784 | | | | 71,784 |
| | Unjustified growth | | | | [−21,500] | | | | | | |
| 020 | SPACE MODS | | 106,330 | | 86,330 | | 106,330 | | | | 106,330 |
| | Unjustified growth | | | | [−20,000] | | | | | | |
| 021 | SPACELIFT RANGE SYSTEM SPACE | | 118,140 | | 118,140 | | 118,140 | | | | 118,140 |
| | **SPACE PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **SPARES** | | | | | | | | | | |
| 022 | SPARES AND REPAIR PARTS | | 7,263 | | 7,263 | | 7,263 | | | | 7,263 |
| | TOTAL SPACE PROCUREMENT, AIR FORCE | 5 | 2,414,383 | 5 | 2,346,943 | 5 | 2,414,383 | | −5,000 | 5 | 2,409,383 |
| | **PROCUREMENT OF AMMUNITION, AIR FORCE** | | | | | | | | | | |
| | **ROCKETS** | | | | | | | | | | |
| 001 | ROCKETS | | 133,268 | | 115,268 | | 133,268 | | −18,200 | | 115,068 |
| | APKWS Mk 66 rocket motor price adjustment | | | | [−18,000] | | | | [−18,200] | | |

| | | Qty | Amount | Qty | Amount | Qty | Amount | Change | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CARTRIDGES** | | | | | | | | | |
| 002 | CARTRIDGES | | 140,449 | | 140,449 | | 140,449 | | | 140,449 |
| | **BOMBS** | | | | | | | | | |
| 003 | PRACTICE BOMBS | | 29,313 | | 29,313 | | 29,313 | | | 29,313 |
| 004 | GENERAL PURPOSE BOMBS | | 85,885 | | 85,885 | | 85,885 | | | 85,885 |
| 006 | JOINT DIRECT ATTACK MUNITION | 37,000 | 1,066,224 | 37,000 | 1,019,224 | 37,000 | 1,066,224 | −32,000 | 37,000 | 1,034,224 |
| | LIDAM sensor cost adjustment | | | | [−10,000] | | | | | |
| | Tailkit unit cost adjustment | | | | [−37,000] | | | [−32,000] | | |
| 007 | B61 | 533 | 80,773 | 533 | 80,773 | 533 | 80,773 | | 533 | 80,773 |
| | **OTHER ITEMS** | | | | | | | | | |
| 009 | CAD/PAD | | 47,069 | | 47,069 | | 47,069 | | | 47,069 |
| 010 | EXPLOSIVE ORDNANCE DISPOSAL (EOD) | | 6,133 | | 6,133 | | 6,133 | | | 6,133 |
| 011 | SPARES AND REPAIR PARTS | | 533 | | 533 | | 533 | | | 533 |
| 012 | MODIFICATIONS | | 1,291 | | 1,291 | | 1,291 | | | 1,291 |
| 013 | ITEMS LESS THAN $5,000,000 | | 1,677 | | 1,677 | | 1,677 | | | 1,677 |
| | **FLARES** | | | | | | | | | |
| 015 | FLARES | | 36,116 | | 22,116 | | 36,116 | | | 36,116 |
| | Program decrease | | | | [−14,000] | | | | | |
| | **FUZES** | | | | | | | | | |
| 016 | FUZES | | 1,734 | | 1,734 | | 1,734 | | | 1,734 |
| | **SMALL ARMS** | | | | | | | | | |
| 017 | SMALL ARMS | | 37,496 | | 32,496 | | 37,496 | | | 37,496 |
| | Program decrease | | | | [−5,000] | | | | | |
| | **TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE** | 37,533 | 1,667,961 | 37,533 | 1,583,961 | 37,533 | 1,667,961 | −50,200 | 37,533 | 1,617,761 |
| | **OTHER PROCUREMENT, AIR FORCE** | | | | | | | | | |
| | **PASSENGER CARRYING VEHICLES** | | | | | | | | | |
| 001 | PASSENGER CARRYING VEHICLES | | 15,238 | | 15,238 | | 15,238 | | | 15,238 |
| | **CARGO AND UTILITY VEHICLES** | | | | | | | | | |
| 002 | MEDIUM TACTICAL VEHICLE | | 34,616 | | 29,616 | | 34,616 | | | 34,616 |
| | Unjustified unit cost increases | | | | [−5,000] | | | | | |
| 003 | CAP VEHICLES | | 1,040 | | 3,567 | | 1,040 | 2,527 | | 3,567 |
| | Program increase—communications | | | | [1,867] | | | [1,867] | | |
| | Program increase—vehicles | | | | [660] | | | [660] | | |
| 004 | CARGO AND UTILITY VEHICLES | | 23,133 | | 18,588 | | 23,133 | | | 23,133 |
| | Program increase | | | | [455] | | | | | |
| | Program reduction | | | | [−5,000] | | | | | |
| | **SPECIAL PURPOSE VEHICLES** | | | | | | | | | |
| 005 | JOINT LIGHT TACTICAL VEHICLE | | 32,027 | | 22,027 | | 32,027 | | | 32,027 |
| | Program reduction | | | | [−10,000] | | | | | |

### SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 006 | SECURITY AND TACTICAL VEHICLES ........................... | | 1,315 | | 1,315 | | 1,315 | | | | 1,315 |
| 007 | SPECIAL PURPOSE VEHICLES ..................................... | | 14,593 | | 9,593 | | 14,593 | | | | 14,593 |
| | Program reduction—prior year carryover ............... | | | | [−5,000] | | | | | | |
| | **FIRE FIGHTING EQUIPMENT** | | | | | | | | | | |
| 008 | FIRE FIGHTING/CRASH RESCUE VEHICLES ............... | | 28,604 | | 28,604 | | 28,604 | | | | 28,604 |
| | **MATERIALS HANDLING EQUIPMENT** | | | | | | | | | | |
| 009 | MATERIALS HANDLING VEHICLES ............................. | | 21,848 | | 21,848 | | 21,848 | | | | 21,848 |
| | **BASE MAINTENANCE SUPPORT** | | | | | | | | | | |
| 010 | RUNWAY SNOW REMOV AND CLEANING EQU ............. | | 2,925 | | 3,259 | | 2,925 | | | | 2,925 |
| | Program increase .................................................. | | | | [334] | | | | | | |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES ............... | | 55,776 | | 52,876 | | 55,776 | | | | 55,776 |
| | Program increase .................................................. | | | | [2,100] | | | | | | |
| | Program reduction ................................................ | | | | [−5,000] | | | | | | |
| | **COMM SECURITY EQUIPMENT(COMSEC)** | | | | | | | | | | |
| 013 | COMSEC EQUIPMENT ............................................... | | 91,461 | | 91,461 | | 91,461 | | | | 91,461 |
| | **INTELLIGENCE PROGRAMS** | | | | | | | | | | |
| 014 | INTERNATIONAL INTEL TECH & ARCHITECTURES ......... | | 11,386 | | 11,386 | | 11,386 | | | | 11,386 |
| 015 | INTELLIGENCE TRAINING EQUIPMENT ...................... | | 7,619 | | 7,619 | | 7,619 | | | | 7,619 |
| 016 | INTELLIGENCE COMM EQUIPMENT ............................ | | 35,558 | | 32,058 | | 35,558 | | −3,500 | | 32,058 |
| | IMAD unjustified procurement ............................... | | | | [−3,500] | | | | [−3,500] | | |
| | **ELECTRONICS PROGRAMS** | | | | | | | | | | |
| 017 | AIR TRAFFIC CONTROL & LANDING SYS .................... | | 17,939 | | 17,939 | | 17,939 | | | | 17,939 |
| 019 | BATTLE CONTROL SYSTEM—FIXED ........................... | | 3,063 | | 3,063 | | 3,063 | | | | 3,063 |
| 021 | WEATHER OBSERVATION FORECAST .......................... | | 31,447 | | 31,447 | | 31,447 | | | | 31,447 |
| 022 | STRATEGIC COMMAND AND CONTROL ........................ | | 5,090 | | 5,090 | | 5,090 | | | | 5,090 |
| 023 | CHEYENNE MOUNTAIN COMPLEX ............................. | | 10,145 | | 10,145 | | 10,145 | | | | 10,145 |
| 024 | MISSION PLANNING SYSTEMS ................................. | | 14,508 | | 14,508 | | 14,508 | | | | 14,508 |
| 026 | INTEGRATED STRAT PLAN & ANALY NETWORK (ISPAN) ............. | | 9,901 | | 9,901 | | 9,901 | | | | 9,901 |
| | **SPCL COMM-ELECTRONICS PROJECTS** | | | | | | | | | | |
| 027 | GENERAL INFORMATION TECHNOLOGY ...................... | | 26,933 | | 26,933 | | 26,933 | | | | 26,933 |
| 028 | AF GLOBAL COMMAND & CONTROL SYS ................... | | 2,756 | | 2,756 | | 2,756 | | | | 2,756 |
| 029 | BATTLEFIELD AIRBORNE CONTROL NODE (BACN) ........ | | 48,478 | | 48,478 | | 48,478 | | | | 48,478 |
| 030 | MOBILITY COMMAND AND CONTROL ......................... | | 21,186 | | 21,186 | | 21,186 | | | | 21,186 |

46

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 031 | AIR FORCE PHYSICAL SECURITY SYSTEM | | 178,361 | | 158,361 | | 178,361 | | | | 178,361 |
| | Program reduction | | | | [−20,000] | | | | | | |
| 032 | COMBAT TRAINING RANGES | | 233,993 | 2 | 247,593 | 4 | 261,993 | 4 | 28,000 | 4 | 261,993 |
| | Joint threat emitter increase | | | [2] | [13,600] | | | | | | |
| | Joint threat emitters | | | | | [4] | [28,000] | [4] | [28,000] | | |
| 033 | MINIMUM ESSENTIAL EMERGENCY COMM N | | 132,648 | | 132,648 | | 132,648 | | | | 132,648 |
| 034 | WIDE AREA SURVEILLANCE (WAS) | | 80,818 | | 47,929 | | 80,818 | | −38,700 | | 42,118 |
| | Program decrease | | | | [−12,889] | | | | [−38,700] | | |
| | Program decrease—realignment to RDAF–155 | | | | [−20,000] | | | | | | |
| 035 | C3 COUNTERMEASURES | | 25,036 | | 25,036 | | 25,036 | | | | 25,036 |
| 036 | INTEGRATED PERSONNEL AND PAY SYSTEM | | 20,900 | | 15,693 | | | | −20,900 | | |
| | Poor agile implementation | | | | | | [−20,900] | | [−20,900] | | |
| | Program decrease | | | | [−5,207] | | | | | | |
| 037 | GCSS-AF FOS | | 11,226 | | 11,226 | | 11,226 | | | | 11,226 |
| 038 | DEFENSE ENTERPRISE ACCOUNTING & MGT SYS | | 1,905 | | 1,905 | | 1,905 | | | | 1,905 |
| 039 | MAINTENANCE REPAIR & OVERHAUL INITIATIVE | | 1,912 | | 1,912 | | 1,912 | | | | 1,912 |
| 040 | THEATER BATTLE MGT C2 SYSTEM | | 6,337 | | 6,337 | | 6,337 | | | | 6,337 |
| 041 | AIR & SPACE OPERATIONS CENTER (AOC) | | 33,243 | | 33,243 | | 33,243 | | | | 33,243 |
| | **AIR FORCE COMMUNICATIONS** | | | | | | | | | | |
| 043 | BASE INFORMATION TRANSPT INFRAST (BITI) WIRED | | 69,530 | | 59,530 | | 69,530 | | −7,250 | | 62,280 |
| | Program decrease | | | | [−10,000] | | | | | | |
| | Restoring acquisition accountability | | | | | | | | [−7,250] | | |
| 044 | AFNET | | 147,063 | | 147,063 | | 147,063 | | | | 147,063 |
| 045 | JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE) | | 6,505 | | 6,505 | | 6,505 | | | | 6,505 |
| 046 | USCENTCOM | | 20,190 | | 20,190 | | 20,190 | | | | 20,190 |
| 047 | USSTRATCOM | | 11,244 | | 11,244 | | 11,244 | | | | 11,244 |
| | **ORGANIZATION AND BASE** | | | | | | | | | | |
| 048 | TACTICAL C-E EQUIPMENT | | 143,757 | | 143,757 | | 143,757 | | | | 143,757 |
| 050 | RADIO EQUIPMENT | | 15,402 | | 15,402 | | 15,402 | | | | 15,402 |
| 051 | CCTV/AUDIOVISUAL EQUIPMENT | | 3,211 | | 3,211 | | 3,211 | | | | 3,211 |
| 052 | BASE COMM INFRASTRUCTURE | | 43,123 | | 43,123 | | 43,123 | | | | 43,123 |
| | **MODIFICATIONS** | | | | | | | | | | |
| 053 | COMM ELECT MODS | | 14,500 | | 14,500 | | 14,500 | | | | 14,500 |
| | **PERSONAL SAFETY & RESCUE EQUIP** | | | | | | | | | | |
| 054 | PERSONAL SAFETY AND RESCUE EQUIPMENT | | 50,634 | | 47,634 | | 50,634 | | | | 50,634 |
| | Unit cost increase and early to need | | | | [−3,000] | | | | | | |
| | **DEPOT PLANT+MTRLS HANDLING EQ** | | | | | | | | | | |
| 055 | POWER CONDITIONING EQUIPMENT | | 11,000 | | 11,000 | | 11,000 | | | | 11,000 |
| 056 | MECHANIZED MATERIAL HANDLING EQUIP | | 11,901 | | 11,901 | | 11,901 | | | | 11,901 |
| | **BASE SUPPORT EQUIPMENT** | | | | | | | | | | |

47

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request Qty | FY 2020 Request Cost | House Authorized Qty | House Authorized Cost | Senate Authorized Qty | Senate Authorized Cost | Conference Change Qty | Conference Change Cost | Conference Authorized Qty | Conference Authorized Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 057 | BASE PROCURED EQUIPMENT ................... | | 23,963 | | 23,963 | | 23,963 | | | | 23,963 |
| 058 | ENGINEERING AND EOD EQUIPMENT ................... | | 34,124 | | 34,124 | | 34,124 | | | | 34,124 |
| 059 | MOBILITY EQUIPMENT ................... | | 26,439 | | 26,439 | | 26,439 | | | | 26,439 |
| 060 | FUELS SUPPORT EQUIPMENT (FSE) ................... | | 24,255 | | 24,255 | | 24,255 | | | | 24,255 |
| 061 | BASE MAINTENANCE AND SUPPORT EQUIPMENT ................... | | 38,986 | | 38,986 | | 38,986 | | | | 38,986 |
| | SPECIAL SUPPORT PROJECTS | | | | | | | | | | |
| 063 | DARP RC135 ................... | | 26,716 | | 55,716 | | 26,716 | | | | 26,716 |
| | Program increase | | | | [29,000] | | | | | | |
| 064 | DCGS-AF ................... | | 116,055 | | 116,055 | | 116,055 | | | | 116,055 |
| 066 | SPECIAL UPDATE PROGRAM ................... | | 835,148 | | 835,148 | | 835,148 | | | | 835,148 |
| | CLASSIFIED PROGRAMS | | | | | | | | | | |
| 066A | CLASSIFIED PROGRAMS ................... | | 18,292,807 | | 18,292,807 | | 18,292,807 | | | | 18,292,807 |
| | SPARES AND REPAIR PARTS | | | | | | | | | | |
| 067 | SPARES AND REPAIR PARTS ................... | | 81,340 | | 81,340 | | 81,340 | | | | 81,340 |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** ................... | | **21,342,857** | **2** | **21,286,277** | **4** | **21,349,957** | **4** | **−39,823** | **4** | **21,303,034** |
| | | | | | | | | | | | |
| | **PROCUREMENT, DEFENSE-WIDE** | | | | | | | | | | |
| | MAJOR EQUIPMENT, OSD | | | | | | | | | | |
| 022 | MAJOR EQUIPMENT, DPAA ................... | 32 | 1,504 | 32 | 1,504 | 32 | 1,504 | | | 32 | 1,504 |
| 045 | MAJOR EQUIPMENT, OSD ................... | | 43,705 | | 43,705 | | 43,705 | | | | 43,705 |
| | MAJOR EQUIPMENT, NSA | | | | | | | | | | |
| 044 | INFORMATION SYSTEMS SECURITY PROGRAM (ISSP) ................... | | 1,533 | | 133 | | 133 | | −1,400 | | 133 |
| | Realignment to DISA for Sharkseer ................... | | | | [−1,400] | | | | [−1,400] | | |
| | Sharkseer transfer ................... | | | | | | [−1,400] | | | | |
| | MAJOR EQUIPMENT, WHS | | | | | | | | | | |
| 049 | MAJOR EQUIPMENT, WHS ................... | | 507 | | 507 | | 507 | | | | 507 |
| | MAJOR EQUIPMENT, DISA | | | | | | | | | | |
| 008 | INFORMATION SYSTEMS SECURITY ................... | | 3,318 | | 4,718 | | 4,718 | | 1,400 | | 4,718 |
| | Realignment for Sharkseer ................... | | | | [1,400] | | | | [1,400] | | |
| | Sharkseer transfer ................... | | | | | | [1,400] | | | | |
| 009 | TELEPORT PROGRAM ................... | | 25,103 | | 25,103 | | 25,103 | | | | 25,103 |
| 010 | ITEMS LESS THAN $5 MILLION ................... | | 26,416 | | 26,416 | | 26,416 | | | | 26,416 |
| 012 | DEFENSE INFORMATION SYSTEM NETWORK ................... | | 17,574 | | 17,574 | | 17,574 | | | | 17,574 |

48

WASHSTATEC014357

49

| | | Qty | Amount | Qty | Amount | Qty | Amount | Change | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 014 | WHITE HOUSE COMMUNICATION AGENCY | | 45,079 | | 45,079 | | 45,079 | | | 45,079 |
| 015 | SENIOR LEADERSHIP ENTERPRISE | | 78,669 | | 78,669 | | 78,669 | | | 78,669 |
| 016 | JOINT REGIONAL SECURITY STACKS (JRSS) | | 88,000 | | 83,000 | | 88,000 | | | 88,000 |
| | Program decrease | | | | [−5,000] | | | | | |
| 017 | JOINT SERVICE PROVIDER | | 107,907 | | 107,907 | | 107,907 | | | 107,907 |
| | **MAJOR EQUIPMENT, DLA** | | | | | | | | | |
| 019 | MAJOR EQUIPMENT | | 8,122 | | 8,122 | | 8,122 | | | 8,122 |
| | **MAJOR EQUIPMENT, DSS** | | | | | | | | | |
| 023 | MAJOR EQUIPMENT | | 496 | | 496 | | 496 | | | 496 |
| | **MAJOR EQUIPMENT, TJS** | | | | | | | | | |
| 046 | MAJOR EQUIPMENT, TJS | | 6,905 | | 6,905 | | 6,905 | | | 6,905 |
| 047 | MAJOR EQUIPMENT—TJS CYBER | | 1,458 | | 1,458 | | 1,458 | | | 1,458 |
| | **MAJOR EQUIPMENT, MISSILE DEFENSE AGENCY** | | | | | | | | | |
| 028 | THAAD | 37 | 425,863 | 37 | 425,863 | | | −37,320 | 37 | 388,543 |
| | THAAD program transfer to Army | | | | | [−37] | [−425,863] | | | |
| | Unit cost savings | | | | | | | [−37,320] | | |
| 029 | GROUND BASED MIDCOURSE | | 9,471 | | 9,471 | | 9,471 | | | 9,471 |
| 031 | AEGIS BMD | 37 | 600,773 | 37 | 600,773 | 37 | 600,773 | −35,399 | 37 | 565,374 |
| | SM−3 Block IB multiyear unit cost savings | | | | | | | [−35,399] | | |
| 032 | AEGIS BMD | | 96,995 | | 96,995 | | 96,995 | | | 96,995 |
| 033 | BMDS AN/TPY−2 RADARS | | 10,046 | | 10,046 | | 10,046 | | | 10,046 |
| 034 | ARROW 3 UPPER TIER SYSTEMS | 1 | 55,000 | 1 | 55,000 | 1 | 55,000 | | 1 | 55,000 |
| 035 | SHORT RANGE BALLISTIC MISSILE DEFENSE (SRBMD) | 1 | 50,000 | 1 | 50,000 | 1 | 50,000 | | 1 | 50,000 |
| 036 | AEGIS ASHORE PHASE III | 1 | 25,659 | 1 | 25,659 | 1 | 25,659 | | 1 | 25,659 |
| 037 | IRON DOME | 1 | 95,000 | 1 | 95,000 | 1 | 95,000 | | 1 | 95,000 |
| 038 | AEGIS BMD HARDWARE AND SOFTWARE | 36 | 124,986 | 36 | 124,986 | 36 | 124,986 | | 36 | 124,986 |
| | **MAJOR EQUIPMENT, DHRA** | | | | | | | | | |
| 003 | PERSONNEL ADMINISTRATION | | 5,030 | | 5,030 | | 5,030 | | | 5,030 |
| | **MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY** | | | | | | | | | |
| 025 | VEHICLES | | 211 | | 211 | | 211 | | | 211 |
| 026 | OTHER MAJOR EQUIPMENT | | 11,521 | | 11,521 | | 11,521 | | | 11,521 |
| | **MAJOR EQUIPMENT, DODEA** | | | | | | | | | |
| 021 | AUTOMATION/EDUCATIONAL SUPPORT & LOGISTICS | | 1,320 | | 1,320 | | 1,320 | | | 1,320 |
| | **MAJOR EQUIPMENT, DCMA** | | | | | | | | | |
| 002 | MAJOR EQUIPMENT | | 2,432 | | 2,432 | | 2,432 | | | 2,432 |
| | **MAJOR EQUIPMENT, DMACT** | | | | | | | | | |
| 020 | MAJOR EQUIPMENT | | 10,961 | | 10,961 | | 10,961 | | | 10,961 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | |
| 049A | CLASSIFIED PROGRAMS | | 589,366 | | 589,366 | | 589,366 | | | 589,366 |
| | **AVIATION PROGRAMS** | | | | | | | | | |

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request Qty | FY 2020 Request Cost | House Authorized Qty | House Authorized Cost | Senate Authorized Qty | Senate Authorized Cost | Conference Change Qty | Conference Change Cost | Conference Authorized Qty | Conference Authorized Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 053 | ROTARY WING UPGRADES AND SUSTAINMENT | | 172,020 | | 172,020 | | 172,020 | | | | 172,020 |
| 054 | UNMANNED ISR | | 15,208 | | 15,208 | | 15,208 | | | | 15,208 |
| 055 | NON-STANDARD AVIATION | | 32,310 | | 32,310 | | 32,310 | | | | 32,310 |
| 056 | U-28 | | 10,898 | | 10,898 | | 10,898 | | | | 10,898 |
| 057 | MH-47 CHINOOK | | 173,812 | | 170,312 | | 173,812 | | | | 173,812 |
| | Excess growth | | | | [-3,500] | | | | | | |
| 058 | CV-22 MODIFICATION | | 17,256 | | 17,256 | | 17,256 | | | | 17,256 |
| 059 | MQ-9 UNMANNED AERIAL VEHICLE | | 5,338 | | 5,338 | | 5,338 | | | | 5,338 |
| 060 | PRECISION STRIKE PACKAGE | | 232,930 | | 232,930 | | 232,930 | | | | 232,930 |
| 061 | AC/MC-130J | | 173,419 | | 153,119 | | 164,619 | | -8,400 | | 165,019 |
| | Realignment to Future Vertical Lift | | | | [-8,800] | | | | | | |
| | RFCM excess to need | | | | [-3,000] | | | | | | |
| | RFCM realignment to RDAF FVL | | | | [-8,500] | | | | [-8,400] | | |
| | RFCM schedule delay | | | | | | [-8,800] | | | | |
| 062 | C-130 MODIFICATIONS | | 15,582 | | 15,582 | | 15,582 | | | | 15,582 |
| | **SHIPBUILDING** | | | | | | | | | | |
| 063 | UNDERWATER SYSTEMS | | 58,991 | | 58,991 | | 58,991 | | | | 58,991 |
| | **AMMUNITION PROGRAMS** | | | | | | | | | | |
| 064 | ORDNANCE ITEMS <$5M | | 279,992 | | 279,992 | | 279,992 | | | | 279,992 |
| | **OTHER PROCUREMENT PROGRAMS** | | | | | | | | | | |
| 065 | INTELLIGENCE SYSTEMS | | 100,641 | | 100,641 | | 100,641 | | | | 100,641 |
| 066 | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | | 12,522 | | 12,522 | | 12,522 | | | | 12,522 |
| 067 | OTHER ITEMS <$5M | | 103,910 | | 103,910 | | 103,910 | | | | 103,910 |
| 068 | COMBATANT CRAFT SYSTEMS | | 33,088 | | 33,088 | | 33,088 | | | | 33,088 |
| 069 | SPECIAL PROGRAMS | | 63,467 | | 63,467 | | 63,467 | | | | 63,467 |
| 070 | TACTICAL VEHICLES | | 77,832 | | 77,832 | | 77,832 | | | | 77,832 |
| 071 | WARRIOR SYSTEMS <$5M | | 298,480 | | 298,480 | | 298,480 | | | | 298,480 |
| 072 | COMBAT MISSION REQUIREMENTS | | 19,702 | | 19,702 | | 19,702 | | | | 19,702 |
| 073 | GLOBAL VIDEO SURVEILLANCE ACTIVITIES | | 4,787 | | 4,787 | | 4,787 | | | | 4,787 |
| 074 | OPERATIONAL ENHANCEMENTS INTELLIGENCE | | 8,175 | | 8,175 | | 8,175 | | | | 8,175 |
| 075 | OPERATIONAL ENHANCEMENTS | | 282,532 | | 282,532 | | 282,532 | | | | 282,532 |
| | **CBDP** | | | | | | | | | | |
| 076 | CHEMICAL BIOLOGICAL SITUATIONAL AWARENESS | | 162,406 | | 162,406 | | 162,406 | | | | 162,406 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 077 | CB PROTECTION & HAZARD MITIGATION | | 188,188 | | 188,188 | | 188,188 | | −4,570 | | 183,618 |
| | Unjustified growth | | | | | | | | [−4,570] | | |
| | TOTAL PROCUREMENT, DEFENSE-WIDE | 146 | 5,114,416 | 146 | 5,085,616 | 109 | 4,679,753 | | −85,689 | 146 | 5,028,727 |
| | | | | | | | | | | | |
| | **JOINT URGENT OPERATIONAL NEEDS FUND** | | | | | | | | | | |
| | **JOINT URGENT OPERATIONAL NEEDS FUND** | | | | | | | | | | |
| 001 | JOINT URGENT OPERATIONAL NEEDS FUND | | 99,200 | | | | 99,200 | | −99,200 | | |
| | Program decrease | | | | [−99,200] | | | | [−99,200] | | |
| | TOTAL JOINT URGENT OPERATIONAL NEEDS FUND | | 99,200 | | | | 99,200 | | −99,200 | | |
| | | | | | | | | | | | |
| | TOTAL PROCUREMENT | 73,342 | 132,343,701 | 73,275 | 130,640,508 | 73,394 | 135,071,365 | 41 | 756,564 | 73,383 | 133,100,265 |

## SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS.

### SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **AIRCRAFT PROCUREMENT, ARMY** | | | | | | | | | | |
| | **FIXED WING** | | | | | | | | | | |
| 003 | MQ–1 UAV | 6 | 54,000 | 6 | 54,000 | 6 | 54,000 | | | 6 | 54,000 |
| | **ROTARY** | | | | | | | | | | |
| 015 | CH–47 HELICOPTER | | 25,000 | | 25,000 | | 25,000 | | | | 25,000 |
| | **MODIFICATION OF AIRCRAFT** | | | | | | | | | | |
| 021 | MULTI SENSOR ABN RECON (MIP) | | 80,260 | | 80,260 | | 80,260 | | | | 80,260 |
| 024 | GRCS SEMA MODS (MIP) | | 750 | | 750 | | 750 | | | | 750 |
| 026 | EMARSS SEMA MODS (MIP) | | 22,180 | | 22,180 | | 22,180 | | | | 22,180 |
| 027 | UTILITY/CARGO AIRPLANE MODS | | 8,362 | | 8,362 | | 8,362 | | | | 8,362 |
| 029 | NETWORK AND MISSION PLAN | | 10 | | 10 | | 10 | | | | 10 |
| 031 | DEGRADED VISUAL ENVIRONMENT | | 49,450 | | | | 49,450 | | | | 49,450 |
| | Early to need | | | | [–49,450] | | | | | | |
| | **GROUND SUPPORT AVIONICS** | | | | | | | | | | |
| 037 | CMWS | | 130,219 | | 130,219 | | 130,219 | | | | 130,219 |
| 038 | COMMON INFRARED COUNTERMEASURES (CIRCM) | | 9,310 | | 9,310 | | 9,310 | | | | 9,310 |
| | **OTHER SUPPORT** | | | | | | | | | | |
| 045 | LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2 | 12 | 2,000 | 12 | 2,000 | 12 | 2,000 | | | 12 | 2,000 |
| | **TOTAL AIRCRAFT PROCUREMENT, ARMY** | 18 | 381,541 | 18 | 332,091 | 18 | 381,541 | | | 18 | 381,541 |
| | | | | | | | | | | | |
| | **MISSILE PROCUREMENT, ARMY** | | | | | | | | | | |
| | **SURFACE-TO-AIR MISSILE SYSTEM** | | | | | | | | | | |
| 002 | M-SHORAD—PROCUREMENT | 27 | 158,300 | 27 | 158,300 | 27 | 158,300 | | | 27 | 158,300 |
| 003 | MSE MISSILE | 9 | 37,938 | 9 | 37,938 | 9 | 37,938 | | | 9 | 37,938 |
| | **AIR-TO-SURFACE MISSILE SYSTEM** | | | | | | | | | | |
| 006 | HELLFIRE SYS SUMMARY | 3,242 | 236,265 | 3,242 | 236,265 | 3,242 | 236,265 | | | 3,242 | 236,265 |
| | **ANTI-TANK/ASSAULT MISSILE SYS** | | | | | | | | | | |
| 008 | JAVELIN (AAWS-M) SYSTEM SUMMARY | 25 | 4,389 | 25 | 4,389 | 25 | 4,389 | | | 25 | 4,389 |
| 011 | GUIDED MLRS ROCKET (GMLRS) | 3,364 | 431,596 | 3,364 | 431,596 | 3,364 | 431,596 | | | 3,364 | 431,596 |
| 014 | ARMY TACTICAL MSL SYS (ATACMS)—SYS SUM | 94 | 130,770 | 94 | 130,770 | 94 | 130,770 | | | 94 | 130,770 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 015 | LETHAL MINIATURE AERIAL MISSILE SYSTEM (LMAMS ...... | 1,835 | 83,300 | 1,835 | 83,300 | 1,835 | 83,300 | | | 1,835 | 83,300 |
| | **MODIFICATIONS** | | | | | | | | | | |
| 019 | STINGER MODS ....................... | | 7,500 | | 7,500 | | 7,500 | | | | 7,500 |
| 022 | MLRS MODS ....................... | | 348,000 | | 325,000 | | 348,000 | | −11,500 | | 336,500 |
| | Excess to need | | | | [−23,000] | | | | [−11,500] | | |
| | **TOTAL MISSILE PROCUREMENT, ARMY** ................ | **8,596** | **1,438,058** | **8,596** | **1,415,058** | **8,596** | **1,438,058** | | **−11,500** | **8,596** | **1,426,556** |
| | | | | | | | | | | | |
| | **PROCUREMENT OF W&TCV, ARMY** | | | | | | | | | | |
| | **TRACKED COMBAT VEHICLES** | | | | | | | | | | |
| 002 | ARMORED MULTI PURPOSE VEHICLE (AMPV) ............. | 66 | 221,638 | 66 | 221,638 | 66 | 221,638 | | | 66 | 221,638 |
| | **MODIFICATION OF TRACKED COMBAT VEHICLES** | | | | | | | | | | |
| 003 | STRYKER (MOD) ....................... | | 4,100 | | 4,100 | | 4,100 | | | | 4,100 |
| 008 | IMPROVED RECOVERY VEHICLE (M88A2 HERCULES) ........ | 16 | 80,146 | 16 | 80,146 | 16 | 80,146 | | | 16 | 80,146 |
| 013 | M1 ABRAMS TANK (MOD) ....................... | | 13,100 | | 13,100 | | 13,100 | | | | 13,100 |
| | **WEAPONS & OTHER COMBAT VEHICLES** | | | | | | | | | | |
| 015 | M240 MEDIUM MACHINE GUN (7.62MM) ............. | | 900 | | 900 | | 900 | | | | 900 |
| 016 | MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS ....... | | 2,400 | | 2,400 | | 2,400 | | | | 2,400 |
| 019 | MORTAR SYSTEMS ....................... | | 18,941 | | 18,941 | | 18,941 | | | | 18,941 |
| 020 | XM320 GRENADE LAUNCHER MODULE (GLM) ............. | | 526 | | 526 | | 526 | | | | 526 |
| 023 | CARBINE ....................... | | 1,183 | | 1,183 | | 1,183 | | | | 1,183 |
| 025 | COMMON REMOTELY OPERATED WEAPONS STATION ......... | | 4,182 | | 4,182 | | 4,182 | | | | 4,182 |
| 026 | HANDGUN ....................... | | 248 | | 248 | | 248 | | | | 248 |
| | **MOD OF WEAPONS AND OTHER COMBAT VEH** | | | | | | | | | | |
| 031 | M2 50 CAL MACHINE GUN MODS ............. | | 6,090 | | 6,090 | | 6,090 | | | | 6,090 |
| | **TOTAL PROCUREMENT OF W&TCV, ARMY** ................ | **82** | **353,454** | **82** | **353,454** | **82** | **353,454** | | | **82** | **353,454** |
| | | | | | | | | | | | |
| | **PROCUREMENT OF AMMUNITION, ARMY** | | | | | | | | | | |
| | **SMALL/MEDIUM CAL AMMUNITION** | | | | | | | | | | |
| 001 | CTG, 5.56MM, ALL TYPES ....................... | | 567 | | 567 | | 567 | | | | 567 |
| 002 | CTG, 7.62MM, ALL TYPES ....................... | | 40 | | 40 | | 40 | | | | 40 |
| 003 | CTG, HANDGUN, ALL TYPES ....................... | | 17 | | 17 | | 17 | | | | 17 |
| 004 | CTG, .50 CAL, ALL TYPES ....................... | | 189 | | 189 | | 189 | | | | 189 |
| 007 | CTG, 30MM, ALL TYPES ....................... | | 24,900 | | 24,900 | | 24,900 | | | | 24,900 |
| | **ARTILLERY AMMUNITION** | | | | | | | | | | |
| 015 | PROJ 155MM EXTENDED RANGE M982 ............. | 304 | 36,052 | 304 | 36,052 | 304 | 36,052 | | | 304 | 36,052 |
| 016 | ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL ....... | | 7,271 | | 7,271 | | 7,271 | | | | 7,271 |
| | **ROCKETS** | | | | | | | | | | |
| 018 | SHOULDER LAUNCHED MUNITIONS, ALL TYPES ............. | | 176 | | 176 | | 176 | | | | 176 |
| 019 | ROCKET, HYDRA 70, ALL TYPES ....................... | | 79,459 | | 79,459 | | 79,459 | | | | 79,459 |
| | **MISCELLANEOUS** | | | | | | | | | | |

53



SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 027 | ITEMS LESS THAN $5 MILLION (AMMO) | | 11 | | 11 | | 11 | | | | 11 |
| | TOTAL PROCUREMENT OF AMMUNITION, ARMY | 304 | 148,682 | 304 | 148,682 | 304 | 148,682 | | | 304 | 148,682 |
| | **OTHER PROCUREMENT, ARMY** | | | | | | | | | | |
| | **TACTICAL VEHICLES** | | | | | | | | | | |
| 010 | FAMILY OF HEAVY TACTICAL VEHICLES (FHTV) | | 26,917 | | 26,917 | | 26,917 | | | | 26,917 |
| 011 | PLS ESP | | 16,941 | | 16,941 | | 16,941 | | | | 16,941 |
| 012 | HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV | | 62,734 | | 62,734 | | 62,734 | | | | 62,734 |
| 014 | TACTICAL WHEELED VEHICLE PROTECTION KITS | | 50,000 | | 50,000 | | 50,000 | | | | 50,000 |
| 015 | MODIFICATION OF IN SVC EQUIP | | 28,000 | | 28,000 | | 28,000 | | | | 28,000 |
| | **COMM—JOINT COMMUNICATIONS** | | | | | | | | | | |
| 022 | TACTICAL NETWORK TECHNOLOGY MOD IN SVC | | 40,000 | | 40,000 | | 40,000 | | | | 40,000 |
| | **COMM—SATELLITE COMMUNICATIONS** | | | | | | | | | | |
| 029 | TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS | | 6,930 | | 6,930 | | 6,930 | | | | 6,930 |
| 031 | ASSURED POSITIONING, NAVIGATION AND TIMING | | 11,778 | | 11,778 | | 11,778 | | | | 11,778 |
| 032 | SMART-T (SPACE) | | 825 | | 825 | | 825 | | | | 825 |
| | **COMM—COMBAT COMMUNICATIONS** | | | | | | | | | | |
| 040 | RADIO TERMINAL SET, MIDS LVT(2) | | 350 | | 350 | | 350 | | | | 350 |
| 047 | COTS COMMUNICATIONS EQUIPMENT | | 20,400 | | 20,400 | | 20,400 | | | | 20,400 |
| 048 | FAMILY OF MED COMM FOR COMBAT CASUALTY CARE | | 1,231 | | 1,231 | | 1,231 | | | | 1,231 |
| | **COMM—INTELLIGENCE COMM** | | | | | | | | | | |
| 051 | CI AUTOMATION ARCHITECTURE (MIP) | | 6,200 | | 6,200 | | 6,200 | | | | 6,200 |
| | **COMM—LONG HAUL COMMUNICATIONS** | | | | | | | | | | |
| 059 | BASE SUPPORT COMMUNICATIONS | | 20,482 | | 15,482 | | 20,482 | | | | 20,482 |
| | Insufficient budget justification | | | | [−5,000] | | | | | | |
| | **COMM—BASE COMMUNICATIONS** | | | | | | | | | | |
| 060 | INFORMATION SYSTEMS | | 55,800 | | 50,800 | | 55,800 | | | | 55,800 |
| | Unjustified growth | | | | [−5,000] | | | | | | |
| 063 | INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM | | 75,820 | | 75,820 | | 75,820 | | | | 75,820 |
| | **ELECT EQUIP—TACT INT REL ACT (TIARA)** | | | | | | | | | | |
| 068 | DCGS-A (MIP) | | 38,613 | | 38,613 | | 38,613 | | | | 38,613 |
| 070 | TROJAN (MIP) | | 1,337 | | 1,337 | | 1,337 | | | | 1,337 |
| 071 | MOD OF IN-SVC EQUIP (INTEL SPT) (MIP) | | 2,051 | | 2,051 | | 2,051 | | | | 2,051 |

55

| | | | | | |
|---|---|---|---|---|---|
| 075 | BIOMETRIC TACTICAL COLLECTION DEVICES (MIP) | 1,800 | 1,800 | 1,800 | | 1,800 |
| | **ELECT EQUIP—ELECTRONIC WARFARE (EW)** | | | | | |
| 082 | FAMILY OF PERSISTENT SURVEILLANCE CAP. (MIP) | 71,493 | 31,493 [–40,000] | 71,493 | –40,000 [–40,000] | 31,493 |
| | Unjustified growth | | | | | |
| 083 | COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES | 6,917 | 6,917 | 6,917 | | 6,917 |
| | **ELECT EQUIP—TACTICAL SURV. (TAC SURV)** | | | | | |
| 085 | SENTINEL MODS | 20,000 | 20,000 | 20,000 | | 20,000 |
| 086 | NIGHT VISION DEVICES | 3,676 | 3,676 | 3,676 | | 3,676 |
| 094 | JOINT BATTLE COMMAND—PLATFORM (JBC-P) | 25,568 | 25,568 | 25,568 | | 25,568 |
| 097 | COMPUTER BALLISTICS: LHMBC XM32 | 570 | 570 | 570 | | 570 |
| 098 | MORTAR FIRE CONTROL SYSTEM | 15,975 | 15,975 | 15,975 | | 15,975 |
| | **ELECT EQUIP—TACTICAL C2 SYSTEMS** | | | | | |
| 103 | AIR & MSL DEFENSE PLANNING & CONTROL SYS | 14,331 | 14,331 | 14,331 | | 14,331 |
| | **ELECT EQUIP—AUTOMATION** | | | | | |
| 112 | ARMY TRAINING MODERNIZATION | 6,014 | 6,014 | 6,014 | | 6,014 |
| 113 | AUTOMATED DATA PROCESSING EQUIP | 32,700 | 32,700 | 32,700 | | 32,700 |
| | **CHEMICAL DEFENSIVE EQUIPMENT** | | | | | |
| 124 | FAMILY OF NON-LETHAL EQUIPMENT (FNLE) | 25,480 | 25,480 | 25,480 | | 25,480 |
| 125 | BASE DEFENSE SYSTEMS (BDS) | 47,110 | 47,110 | 47,110 | –7,126 [–7,126] | 39,984 |
| | Unjustified growth | | | | | |
| 126 | CBRN DEFENSE | 18,711 | 18,711 | 18,711 | –1,250 [–1,250] | 17,461 |
| | Unit cost discrepancies | | | | | |
| | **BRIDGING EQUIPMENT** | | | | | |
| 128 | TACTICAL BRIDGING | 4,884 | 4,884 | 4,884 | | 4,884 |
| | **ENGINEER (NON-CONSTRUCTION) EQUIPMENT** | | | | | |
| 133 | GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS) | 4,500 | 4,500 | 4,500 | –845 [–845] | 3,655 |
| | Program reduction | | | | | |
| 135 | HUSKY MOUNTED DETECTION SYSTEM (HMDS) | 34,253 | 34,253 | 34,253 | –6,182 [–6,182] | 28,071 |
| | Program reduction | | | | | |
| 136 | ROBOTIC COMBAT SUPPORT SYSTEM (RCSS) | 3,300 | 3,300 | 3,300 | | 3,300 |
| 140 | RENDER SAFE SETS KITS OUTFITS | 84,000 | 84,000 | 84,000 | | 84,000 |
| | **COMBAT SERVICE SUPPORT EQUIPMENT** | | | | | |
| 143 | HEATERS AND ECU'S | 8 | 8 | 8 | | 8 |
| 145 | PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS) | 5,101 | 5,101 | 5,101 | | 5,101 |
| 146 | GROUND SOLDIER SYSTEM | 1,760 | 1,760 | 1,760 | | 1,760 |
| 148 | FORCE PROVIDER | 56,400 | 56,400 | 56,400 | | 56,400 |
| 150 | CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM | 2,040 | 2,040 | 2,040 | | 2,040 |
| | **PETROLEUM EQUIPMENT** | | | | | |
| 154 | DISTRIBUTION SYSTEMS, PETROLEUM & WATER | 13,986 | 13,986 | 13,986 | | 13,986 |
| | **MEDICAL EQUIPMENT** | | | | | |

56

## SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 155 | COMBAT SUPPORT MEDICAL ......................................... | | 2,735 | | 2,735 | | 2,735 | | | | 2,735 |
| | **CONSTRUCTION EQUIPMENT** | | | | | | | | | | |
| 159 | SCRAPERS, EARTHMOVING ......................................... | | 4,669 | | 4,669 | | 4,669 | | | | 4,669 |
| 160 | LOADERS ......................................... | | 380 | | 380 | | 380 | | | | 380 |
| 162 | TRACTOR, FULL TRACKED ......................................... | | 8,225 | | 8,225 | | 8,225 | | | | 8,225 |
| 164 | HIGH MOBILITY ENGINEER EXCAVATOR (HMEE) ............. | | 3,000 | | 3,000 | | 3,000 | | | | 3,000 |
| 166 | CONST EQUIP ESP ......................................... | | 3,870 | | 3,870 | | 3,870 | | | | 3,870 |
| 167 | ITEMS LESS THAN $5.0M (CONST EQUIP) .................... | | 350 | | 350 | | 350 | | | | 350 |
| | **GENERATORS** | | | | | | | | | | |
| 171 | GENERATORS AND ASSOCIATED EQUIP ...................... | | 2,436 | | 2,436 | | 2,436 | | | | 2,436 |
| | **MATERIAL HANDLING EQUIPMENT** | | | | | | | | | | |
| 173 | FAMILY OF FORKLIFTS ......................................... | | 5,152 | | 5,152 | | 5,152 | | | | 5,152 |
| | **TRAINING EQUIPMENT** | | | | | | | | | | |
| 175 | TRAINING DEVICES, NONSYSTEM ............................... | | 2,106 | | 2,106 | | 2,106 | | | | 2,106 |
| | **TEST MEASURE AND DIG EQUIPMENT (TMD)** | | | | | | | | | | |
| 181 | INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE) ......... | | 1,395 | | 1,395 | | 1,395 | | | | 1,395 |
| | **OTHER SUPPORT EQUIPMENT** | | | | | | | | | | |
| 184 | RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT ......... | | 24,122 | | 24,122 | | 24,122 | | | | 24,122 |
| 185 | PHYSICAL SECURITY SYSTEMS (OPA3) ...................... | | 10,016 | | 10,016 | | 10,016 | | | | 10,016 |
| 187 | MODIFICATION OF IN-SVC EQUIPMENT (OPA-3) ............. | | 33,354 | | 33,354 | | 33,354 | | | | 33,354 |
| 189 | BUILDING, PRE-FAB, RELOCATABLE ........................... | | 62,654 | | 62,654 | | 62,654 | | | | 62,654 |
| | **TOTAL OTHER PROCUREMENT, ARMY** | | **1,131,450** | | **1,081,450** | | **1,131,450** | | **−55,403** | | **1,076,047** |
| | | | | | | | | | | | |
| | **AIRCRAFT PROCUREMENT, NAVY** | | | | | | | | | | |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 026 | STUASLO UAV ......................................... | | 7,921 | | 7,921 | | 7,921 | | | | 7,921 |
| 027 | MQ-9A REAPER ......................................... | 3 | 77,000 | | | 3 | 77,000 | | | 3 | 77,000 |
| | Unjustified OCO request .................................. | | | [−3] | [−77,000] | | | | | | |
| | **MODIFICATION OF AIRCRAFT** | | | | | | | | | | |
| 036 | EP-3 SERIES ......................................... | | 5,488 | | 5,488 | | 5,488 | | | | 5,488 |
| 046 | SPECIAL PROJECT AIRCRAFT ............................... | | 3,498 | | 3,498 | | 3,498 | | | | 3,498 |
| 051 | COMMON ECM EQUIPMENT ................................... | | 3,406 | | 3,406 | | 3,406 | | | | 3,406 |
| 053 | COMMON DEFENSIVE WEAPON SYSTEM ...................... | | 3,274 | | 3,274 | | 3,274 | | | | 3,274 |

WASHSTATEC014365

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

57

| Line | Description | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 062 | QRC | | 18,458 | | 18,458 | | 18,458 | | 18,458 |
| | TOTAL AIRCRAFT PROCUREMENT, NAVY | 3 | 119,045 | | 42,045 | 3 | 119,045 | 3 | 119,045 |
| | **WEAPONS PROCUREMENT, NAVY** | | | | | | | | |
| | **TACTICAL MISSILES** | | | | | | | | |
| 011 | JOINT AIR GROUND MISSILE (JAGM) | 382 | 90,966 | 382 | 90,966 | 382 | 90,966 | 382 | 90,966 |
| 015 | AERIAL TARGETS | | 6,500 | | 6,500 | | 6,500 | | 6,500 |
| | TOTAL WEAPONS PROCUREMENT, NAVY | 382 | 97,466 | 382 | 97,466 | 382 | 97,466 | 382 | 97,466 |
| | **PROCUREMENT OF AMMO, NAVY & MC** | | | | | | | | |
| | **NAVY AMMUNITION** | | | | | | | | |
| 001 | GENERAL PURPOSE BOMBS | | 26,978 | | 26,978 | | 26,978 | | 26,978 |
| 002 | JDAM | 544 | 12,263 | 544 | 12,263 | 544 | 12,263 | 544 | 12,263 |
| 003 | AIRBORNE ROCKETS, ALL TYPES | | 45,020 | | 45,020 | | 45,020 | | 45,020 |
| 004 | MACHINE GUN AMMUNITION | | 33,577 | | 33,577 | | 33,577 | | 33,577 |
| 005 | PRACTICE BOMBS | | 11,903 | | 11,903 | | 11,903 | | 11,903 |
| 006 | CARTRIDGES & CART ACTUATED DEVICES | | 15,081 | | 15,081 | | 15,081 | | 15,081 |
| 007 | AIR EXPENDABLE COUNTERMEASURES | | 16,911 | | 16,911 | | 16,911 | | 16,911 |
| 011 | OTHER SHIP GUN AMMUNITION | | 3,262 | | 3,262 | | 3,262 | | 3,262 |
| 012 | SMALL ARMS & LANDING PARTY AMMO | | 1,010 | | 1,010 | | 1,010 | | 1,010 |
| 013 | PYROTECHNIC AND DEMOLITION | | 537 | | 537 | | 537 | | 537 |
| | **MARINE CORPS AMMUNITION** | | | | | | | | |
| 016 | MORTARS | | 1,930 | | 1,930 | | 1,930 | | 1,930 |
| 017 | DIRECT SUPPORT MUNITIONS | | 1,172 | | 1,172 | | 1,172 | | 1,172 |
| 018 | INFANTRY WEAPONS AMMUNITION | | 2,158 | | 2,158 | | 2,158 | | 2,158 |
| 019 | COMBAT SUPPORT MUNITIONS | | 965 | | 965 | | 965 | | 965 |
| 021 | ARTILLERY MUNITIONS | | 32,047 | | 32,047 | | 32,047 | | 32,047 |
| | TOTAL PROCUREMENT OF AMMO, NAVY & MC | 544 | 204,814 | 544 | 204,814 | 544 | 204,814 | 544 | 204,814 |
| | **OTHER PROCUREMENT, NAVY** | | | | | | | | |
| | **OTHER SHIPBOARD EQUIPMENT** | | | | | | | | |
| 020 | UNDERWATER EOD PROGRAMS | | 5,800 | | 5,800 | | 5,800 | | 5,800 |
| | **ASW ELECTRONIC EQUIPMENT** | | | | | | | | |
| 042 | FIXED SURVEILLANCE SYSTEM | | 310,503 | | 310,503 | | 310,503 | | 310,503 |
| | **SONOBUOYS** | | | | | | | | |
| 085 | SONOBUOYS—ALL TYPES | | 2,910 | | 2,910 | | 2,910 | | 2,910 |
| | **AIRCRAFT SUPPORT EQUIPMENT** | | | | | | | | |
| 088 | AIRCRAFT SUPPORT EQUIPMENT | | 13,420 | | 13,420 | | 13,420 | | 13,420 |
| 094 | AVIATION SUPPORT EQUIPMENT | | 500 | | 500 | | 500 | | 500 |
| | **OTHER ORDNANCE SUPPORT EQUIPMENT** | | | | | | | | |

WASHSTATEC014366

**SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 103 | EXPLOSIVE ORDNANCE DISPOSAL EQUIP .................. | | 15,307 | | 15,307 | | 15,307 | | | | 15,307 |
| | **CIVIL ENGINEERING SUPPORT EQUIPMENT** | | | | | | | | | | |
| 108 | PASSENGER CARRYING VEHICLES .................. | | 173 | | 173 | | 173 | | | | 173 |
| 109 | GENERAL PURPOSE TRUCKS .................. | | 408 | | 408 | | 408 | | | | 408 |
| 111 | FIRE FIGHTING EQUIPMENT .................. | | 785 | | 785 | | 785 | | | | 785 |
| | **SUPPLY SUPPORT EQUIPMENT** | | | | | | | | | | |
| 117 | SUPPLY EQUIPMENT .................. | | 100 | | 100 | | 100 | | | | 100 |
| 118 | FIRST DESTINATION TRANSPORTATION .................. | | 510 | | 510 | | 510 | | | | 510 |
| | **COMMAND SUPPORT EQUIPMENT** | | | | | | | | | | |
| 122 | COMMAND SUPPORT EQUIPMENT .................. | | 2,800 | | 2,800 | | 2,800 | | | | 2,800 |
| 123 | MEDICAL SUPPORT EQUIPMENT .................. | | 1,794 | | 1,794 | | 1,794 | | | | 1,794 |
| 126 | OPERATING FORCES SUPPORT EQUIPMENT .................. | | 1,090 | | 1,090 | | 1,090 | | | | 1,090 |
| 128 | ENVIRONMENTAL SUPPORT EQUIPMENT .................. | | 200 | | 200 | | 200 | | | | 200 |
| 129 | PHYSICAL SECURITY EQUIPMENT .................. | | 1,300 | | 1,300 | | 1,300 | | | | 1,300 |
| | **TOTAL OTHER PROCUREMENT, NAVY** | | **357,600** | | **357,600** | | **357,600** | | | | **357,600** |
| | **PROCUREMENT, MARINE CORPS** | | | | | | | | | | |
| | **GUIDED MISSILES** | | | | | | | | | | |
| 012 | GUIDED MLRS ROCKET (GMLRS) .................. | 130 | 16,919 | 130 | 16,919 | 130 | 16,919 | | | 130 | 16,919 |
| | **ENGINEER AND OTHER EQUIPMENT** | | | | | | | | | | |
| 045 | EOD SYSTEMS .................. | | 3,670 | | 3,670 | | 3,670 | | | | 3,670 |
| | **TOTAL PROCUREMENT, MARINE CORPS** | 130 | 20,589 | 130 | 20,589 | 130 | 20,589 | | | 130 | 20,589 |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 017 | MQ-9 .................. | 9 | 172,240 | 9 | 172,240 | 9 | 172,240 | | | 9 | 172,240 |
| 018 | RQ-20B PUMA .................. | 18 | 12,150 | 18 | 12,150 | 18 | 12,150 | | | 18 | 12,150 |
| | **STRATEGIC AIRCRAFT** | | | | | | | | | | |
| 022 | LARGE AIRCRAFT INFRARED COUNTERMEASURES .................. | | 53,335 | | 53,335 | | 53,335 | | | | 53,335 |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 067 | MQ-9 UAS PAYLOADS .................. | | 19,800 | | 19,800 | | 19,800 | | | | 19,800 |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 069 | INITIAL SPARES/REPAIR PARTS .................. | | 44,560 | | 44,560 | | 44,560 | | | | 44,560 |

59

| | **COMMON SUPPORT EQUIPMENT** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP ................................ | | 7,025 | | 7,025 | | 7,025 | | 7,025 |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** ................................ | 27 | **309,110** | 27 | **309,110** | 27 | **309,110** | 27 | **309,110** |
| | | | | | | | | | |
| | **MISSILE PROCUREMENT, AIR FORCE** | | | | | | | | |
| | **TACTICAL** | | | | | | | | |
| 004 | JOINT AIR-SURFACE STANDOFF MISSILE ................................ | 19 | 20,900 | 19 | 20,900 | 19 | 20,900 | 19 | 20,900 |
| 008 | PREDATOR HELLFIRE MISSILE ................................ | 2,328 | 180,771 | 2,328 | 180,771 | 2,328 | 180,771 | 2,328 | 180,771 |
| | **TOTAL MISSILE PROCUREMENT, AIR FORCE** ................................ | **2,347** | **201,671** | **2,347** | **201,671** | **2,347** | **201,671** | **2,347** | **201,671** |
| | | | | | | | | | |
| | **PROCUREMENT OF AMMUNITION, AIR FORCE** | | | | | | | | |
| | **ROCKETS** | | | | | | | | |
| 001 | ROCKETS ................................ | | 84,960 | | 84,960 | | 84,960 | | 84,960 |
| | **CARTRIDGES** | | | | | | | | |
| 002 | CARTRIDGES ................................ | | 52,642 | | 52,642 | | 52,642 | | 52,642 |
| | **BOMBS** | | | | | | | | |
| 004 | GENERAL PURPOSE BOMBS ................................ | | 545,309 | | 545,309 | | 545,309 | | 545,309 |
| | **FLARES** | | | | | | | | |
| 015 | FLARES ................................ | | 93,272 | | 93,272 | | 93,272 | | 93,272 |
| | **FUZES** | | | | | | | | |
| 016 | FUZES ................................ | | 157,155 | | 157,155 | | 157,155 | | 157,155 |
| | **SMALL ARMS** | | | | | | | | |
| 017 | SMALL ARMS ................................ | | 6,095 | | 6,095 | | 6,095 | | 6,095 |
| | **TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE** ................ | | **939,433** | | **939,433** | | **939,433** | | **939,433** |
| | | | | | | | | | |
| | **OTHER PROCUREMENT, AIR FORCE** | | | | | | | | |
| | **PASSENGER CARRYING VEHICLES** | | | | | | | | |
| 001 | PASSENGER CARRYING VEHICLES ................................ | | 1,276 | | 1,276 | | 1,276 | | 1,276 |
| | **CARGO AND UTILITY VEHICLES** | | | | | | | | |
| 004 | CARGO AND UTILITY VEHICLES ................................ | | 9,702 | | 9,702 | | 9,702 | | 9,702 |
| | **SPECIAL PURPOSE VEHICLES** | | | | | | | | |
| 005 | JOINT LIGHT TACTICAL VEHICLE ................................ | | 40,999 | | 40,999 | | 40,999 | | 40,999 |
| 007 | SPECIAL PURPOSE VEHICLES ................................ | | 52,502 | | 52,502 | | 52,502 | | 52,502 |
| | **FIRE FIGHTING EQUIPMENT** | | | | | | | | |
| 008 | FIRE FIGHTING/CRASH RESCUE VEHICLES ................................ | | 16,652 | | 16,652 | | 16,652 | | 16,652 |
| | **MATERIALS HANDLING EQUIPMENT** | | | | | | | | |
| 009 | MATERIALS HANDLING VEHICLES ................................ | | 2,944 | | 2,944 | | 2,944 | | 2,944 |
| | **BASE MAINTENANCE SUPPORT** | | | | | | | | |
| 010 | RUNWAY SNOW REMOV AND CLEANING EQU ................................ | | 3,753 | | 3,753 | | 3,753 | | 3,753 |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES ................................ | | 11,837 | | 11,837 | | 11,837 | | 11,837 |

WASHSTATEC014368

## SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request Qty | Cost | House Authorized Qty | Cost | Senate Authorized Qty | Cost | Conference Change Qty | Cost | Conference Authorized Qty | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SPCL COMM-ELECTRONICS PROJECTS** | | | | | | | | | | |
| 027 | GENERAL INFORMATION TECHNOLOGY | | 5,000 | | 5,000 | | 5,000 | | | | 5,000 |
| 031 | AIR FORCE PHYSICAL SECURITY SYSTEM | | 106,919 | | 106,919 | | 106,919 | | | | 106,919 |
| | **ORGANIZATION AND BASE** | | | | | | | | | | |
| 048 | TACTICAL C-E EQUIPMENT | | 306 | | 306 | | 306 | | | | 306 |
| 052 | BASE COMM INFRASTRUCTURE | | 4,300 | | 4,300 | | 4,300 | | | | 4,300 |
| | **PERSONAL SAFETY & RESCUE EQUIP** | | | | | | | | | | |
| 054 | PERSONAL SAFETY AND RESCUE EQUIPMENT | | 22,200 | | 22,200 | | 22,200 | | | | 22,200 |
| | **BASE SUPPORT EQUIPMENT** | | | | | | | | | | |
| 059 | MOBILITY EQUIPMENT | | 26,535 | | 26,535 | | 26,535 | | | | 26,535 |
| 060 | FUELS SUPPORT EQUIPMENT (FSE) | | 4,040 | | 4,040 | | 4,040 | | | | 4,040 |
| 061 | BASE MAINTENANCE AND SUPPORT EQUIPMENT | | 20,067 | | 20,067 | | 20,067 | | | | 20,067 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 066A | CLASSIFIED PROGRAMS | | 3,209,066 | | 3,209,066 | | 3,209,066 | | | | 3,209,066 |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | | **3,538,098** | | **3,538,098** | | **3,538,098** | | | | **3,538,098** |
| | | | | | | | | | | | |
| | **PROCUREMENT, DEFENSE-WIDE** | | | | | | | | | | |
| | **MAJOR EQUIPMENT, DISA** | | | | | | | | | | |
| 009 | TELEPORT PROGRAM | | 3,800 | | 3,800 | | 3,800 | | | | 3,800 |
| 012 | DEFENSE INFORMATION SYSTEM NETWORK | | 12,000 | | 12,000 | | 12,000 | | | | 12,000 |
| | **MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY** | | | | | | | | | | |
| 027 | COUNTER IED & IMPROVISED THREAT TECHNOLOGIES | | 4,590 | | 4,590 | | 4,590 | | | | 4,590 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 049A | CLASSIFIED PROGRAMS | | 51,380 | | 51,380 | | 51,380 | | −5,000 | | 46,380 |
| | Program decrease | | | | | | | | [−5,000] | | |
| | **AVIATION PROGRAMS** | | | | | | | | | | |
| 050 | MANNED ISR | | 5,000 | | 5,000 | | 5,000 | | | | 5,000 |
| 051 | MC-12 | | 5,000 | | 5,000 | | 5,000 | | | | 5,000 |
| 052 | MH-60 BLACKHAWK | | 28,100 | | 28,100 | | 28,100 | | | | 28,100 |
| 054 | UNMANNED ISR | | 8,207 | | 8,207 | | 8,207 | | | | 8,207 |
| 056 | U-28 | | 31,500 | | 31,500 | | 31,500 | | | | 31,500 |
| 057 | MH-47 CHINOOK | | 37,500 | | 37,500 | | 37,500 | | | | 37,500 |
| | Excess growth | | | | [−3,000] | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 059 | MQ–9 UNMANNED AERIAL VEHICLE ........................................... | | 1,900 | | 1,900 | | 1,900 | | | 1,900 |
| | **AMMUNITION PROGRAMS** | | | | | | | | | |
| 064 | ORDNANCE ITEMS <$5M ........................................... | | 138,252 | | 138,252 | | 138,252 | | | 138,252 |
| | **OTHER PROCUREMENT PROGRAMS** | | | | | | | | | |
| 065 | INTELLIGENCE SYSTEMS ........................................... | | 16,500 | | 16,500 | | 16,500 | | | 16,500 |
| 067 | OTHER ITEMS <$5M ........................................... | | 28 | | 28 | | 28 | | | 28 |
| 070 | TACTICAL VEHICLES ........................................... | | 2,990 | | 2,990 | | 2,990 | | | 2,990 |
| 071 | WARRIOR SYSTEMS <$5M ........................................... | | 37,512 | | 37,512 | | 37,512 | | | 37,512 |
| 072 | COMBAT MISSION REQUIREMENTS ........................................... | | 10,000 | | 10,000 | | 10,000 | | | 10,000 |
| 074 | OPERATIONAL ENHANCEMENTS INTELLIGENCE ........................................... | | 7,594 | | 7,594 | | 7,594 | | | 7,594 |
| 075 | OPERATIONAL ENHANCEMENTS ........................................... | | 45,194 | | 45,194 | | 45,194 | | | 45,194 |
| | **TOTAL PROCUREMENT, DEFENSE-WIDE** ........................................... | | **447,047** | | **444,047** | | **447,047** | | −5,000 | **442,047** |
| | **NATIONAL GUARD AND RESERVE EQUIPMENT** | | | | | | | | | |
| | **UNDISTRIBUTED** | | | | | | | | | |
| 007 | UNDISTRIBUTED ........................................... | | | | 415,000 | | | | 265,000 | 265,000 |
| | Program increase ........................................... | | | | [415,000] | | | | [265,000] | |
| | **TOTAL NATIONAL GUARD AND RESERVE EQUIPMENT** ........................................... | | | | **415,000** | | | | **265,000** | **265,000** |
| | **TOTAL PROCUREMENT** ........................................... | 12,433 | 9,688,058 | 12,430 | 9,900,608 | 12,433 | 9,688,058 | | 193,097 | 12,433 | 9,881,155 |

## SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS.

SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **OTHER PROCUREMENT, NAVY** | | | | | | | | | | |
| | **COMMAND SUPPORT EQUIPMENT** | | | | | | | | | | |
| 122 | COMMAND SUPPORT EQUIPMENT ............................. | | 0 | | | | | | 233,000 | | 233,000 |
| | Earthquake damage recovery ................................. | | | | | | | | [233,000] | | |
| | **TOTAL PROCUREMENT, NAVY** ................................. | | | | | | | | **233,000** | | **233,000** |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **TACTICAL FORCES** | | | | | | | | | | |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 055 | RC–135 ......................................................... | | 0 | | | | | | 204,448 | | 204,448 |
| | Equipment replacement ..................................... | | | | | | | | [204,448] | | |
| | **COMMON SUPPORT EQUIPMENT** | | | | | | | | | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP ............... | | | | | | | | 46,000 | | 46,000 |
| | Equipment replacement ..................................... | | | | | | | | [46,000] | | |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** ......... | | 0 | | | | | | **250,448** | | **250,448** |
| | **OTHER PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **PASSENGER CARRYING VEHICLES** | | | | | | | | | | |
| 001 | PASSENGER CARRYING VEHICLES ......................... | | 0 | | | | | | 994 | | 994 |
| | Equipment replacement ..................................... | | | | | | | | [994] | | |
| | **CARGO AND UTILITY VEHICLES** | | | | | | | | | | |
| 004 | CARGO AND UTILITY VEHICLES ............................. | | 0 | | | | | | 126 | | 126 |
| | Equipment replacement ..................................... | | | | | | | | [126] | | |
| | **SPECIAL PURPOSE VEHICLES** | | | | | | | | | | |
| 007 | SPECIAL PURPOSE VEHICLES ............................. | | 0 | | | | | | 306 | | 306 |
| | Equipment replacement ..................................... | | | | | | | | [306] | | |
| | **FIRE FIGHTING EQUIPMENT** | | | | | | | | | | |
| 009 | MATERIALS HANDLING VEHICLES ......................... | | 0 | | | | | | 276 | | 276 |
| | Equipment replacement ..................................... | | | | | | | | [994] | | |
| | **BASE MAINTENANCE SUPPORT** | | | | | | | | | | |

WASHSTATEC014371

| | | | | |
|---|---|---|---|---|
| 011 | BASE MAINTENANCE SUPPORT VEHICLES ............................... | 0 | 2,400 | 2,400 |
| | Equipment replacement .............................................. | | (994) | |
| | **BASE SUPPORT EQUIPMENT** | | | |
| 057 | BASE PROCURED EQUIPMENT ........................................ | 0 | 49,434 | 49,434 |
| | Equipment replacement .............................................. | | (49,434) | |
| | **SPECIAL SUPPORT PROJECTS** | | | |
| 063 | DARP RC135 ........................................................ | 0 | 29,438 | 29,438 |
| | Equipment replacement .............................................. | | (29,438) | |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** ........................... | **0** | **82,974** | **82,974** |
| | | | | |
| | **TOTAL PROCUREMENT** ............................................. | **0** | **566,422** | **566,422** |

WASHSTATEC014372

# TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION.

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
**(In Thousands of Dollars)**

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
|  |  | **RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** |  |  |  |  |  |
|  |  | **BASIC RESEARCH** |  |  |  |  |  |
| 002 | 0601102A | DEFENSE RESEARCH SCIENCES ....................... | 297,976 | 297,976 | 302,976 | 10,000 | 307,976 |
|  |  | Counter UAS University Research ..................... |  |  | [5,000] | [5,000] |  |
|  |  | Cyber basic research ..................... |  |  |  | [5,000] |  |
| 003 | 0601103A | UNIVERSITY RESEARCH INITIATIVES ..................... | 65,858 | 80,858 | 65,858 | 10,000 | 75,858 |
|  |  | Base infrastructure longevity and resilience ..................... |  | [5,000] |  |  |  |
|  |  | Program increase ..................... |  | [10,000] |  | [10,000] |  |
| 004 | 0601104A | UNIVERSITY AND INDUSTRY RESEARCH CENTERS ..................... | 86,164 | 103,164 | 88,164 | 9,000 | 95,164 |
|  |  | 3D printing ..................... |  |  | [2,000] |  |  |
|  |  | Program increase ..................... |  | [12,000] |  |  |  |
|  |  | Program increase—artificial intelligence ..................... |  |  |  | [5,000] |  |
|  |  | Program increase—military medical innovation ..................... |  | [5,000] |  |  |  |
|  |  | University and industry biotechnology research ..................... |  |  |  | [4,000] |  |
| 005 | 0601121A | CYBER COLLABORATIVE INDUSTRY RESEARCH ALLIANCE ..................... | 4,982 | 4,982 | 9,982 |  | 4,982 |
|  |  | Cyber basic research ..................... |  |  | [5,000] |  |  |
|  |  | **SUBTOTAL BASIC RESEARCH** ..................... | **454,980** | **486,980** | **466,980** | **29,000** | **483,980** |
|  |  | **APPLIED RESEARCH** |  |  |  |  |  |

64

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 010 | 0602141A | LETHALITY TECHNOLOGY | 26,961 | 26,961 | 26,961 | 5,000 | 31,961 |
| | | Program increase—next generation air-breathing propulsion technology. | | | | [5,000] | |
| 011 | 0602142A | ARMY APPLIED RESEARCH | 25,319 | 25,319 | 25,319 | | 25,319 |
| 012 | 0602143A | SOLDIER LETHALITY TECHNOLOGY | 115,274 | 125,274 | 118,274 | 13,000 | 128,274 |
| | | Expeditionary mobile base camp technology | | [5,000] | | [5,000] | |
| | | HEROES program | | [5,000] | | [5,000] | |
| | | UPL MDTF for INDOPACOM | | | [3,000] | | [3,000] |
| 013 | 0602144A | GROUND TECHNOLOGY | 35,199 | 45,199 | 41,699 | 19,000 | 54,199 |
| | | Advanced materials manufacturing process | | | [2,000] | [2,000] | |
| | | Biopolymer structural materials | | | [2,000] | [2,000] | |
| | | Cellulose structural materials | | | [2,500] | [5,000] | |
| | | High performance polymers research | | [5,000] | | [5,000] | |
| | | Manufacturing research technology | | [5,000] | | [5,000] | |
| 014 | 0602145A | NEXT GENERATION COMBAT VEHICLE TECHNOLOGY | 219,047 | 225,047 | 234,047 | 6,000 | 225,047 |
| | | Structural thermoplastics | | [6,000] | | [6,000] | |
| | | Support operational energy development and testing | | | [15,000] | | |
| 015 | 0602146A | NETWORK C3I TECHNOLOGY | 114,516 | 120,016 | 114,516 | 2,500 | 117,016 |
| | | Assured PNT lab | | [3,000] | | | |
| | | Next generation SAR small sat | | [2,500] | | [2,500] | |
| 016 | 0602147A | LONG RANGE PRECISION FIRES TECHNOLOGY | 74,327 | 79,327 | 86,327 | 12,000 | 86,327 |
| | | Composite tube and propulsion technology | | | [10,000] | [10,000] | |
| | | NextGen propulsion cycle artillery range extension | | [5,000] | | | |
| | | Novel printed armament components | | | [2,000] | [2,000] | |
| 017 | 0602148A | FUTURE VERTICLE LIFT TECHNOLOGY | 93,601 | 96,601 | 93,601 | 3,000 | 96,601 |
| | | Program increase | | [3,000] | | [3,000] | |
| 018 | 0602150A | AIR AND MISSILE DEFENSE TECHNOLOGY | 50,771 | 50,771 | 50,771 | | 50,771 |
| 020 | 0602213A | C3I APPLIED CYBER | 18,947 | 18,947 | 23,947 | | 18,947 |
| | | Cyber research | | | [5,000] | | |
| 023 | 0602307A | ADVANCED WEAPONS TECHNOLOGY | | 5,000 | | | |
| | | Directed energy test range workloads | | [5,000] | | | |
| 037 | 0602784A | MILITARY ENGINEERING TECHNOLOGY | | 5,000 | | | |

WASHSTATEC014374

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Cellulose nanocomposites research ............................................... | | [5,000] | | | |
| 038 | 0602785A | MANPOWER/PERSONNEL/TRAINING TECHNOLOGY ...................................... | 20,873 | 20,873 | 20,873 | | 20,873 |
| 040 | 0602787A | MEDICAL TECHNOLOGY ..................................................... | 99,155 | 106,955 | 102,155 | 9,800 | 108,955 |
| | | Female warfighter performance research ......................................... | | | [3,000] | [2,000] | |
| | | Musculoskeletal injury prevention research ..................................... | | [4,800] | | | |
| | | Musculoskeletal injury risk mitigation .......................................... | | | | [4,800] | |
| | | Program increase ................................................................... | | [3,000] | | [3,000] | |
| | | **SUBTOTAL APPLIED RESEARCH** ...................................... | **893,990** | **951,290** | **938,490** | **70,300** | **964,290** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | | | |
| 041 | 0603001A | WARFIGHTER ADVANCED TECHNOLOGY ........................................... | | 5,000 | | | |
| | | Expeditionary maneuver support technologies ................................. | | [5,000] | | | |
| 042 | 0603002A | MEDICAL ADVANCED TECHNOLOGY ............................................. | 42,030 | 42,030 | 42,030 | | 42,030 |
| 047 | 0603007A | MANPOWER, PERSONNEL AND TRAINING ADVANCED TECHNOLOGY ........... | 11,038 | 11,038 | 11,038 | | 11,038 |
| 050 | 0603117A | ARMY ADVANCED TECHNOLOGY DEVELOPMENT ............................... | 63,338 | 63,338 | 63,338 | | 63,338 |
| 051 | 0603118A | SOLDIER LETHALITY ADVANCED TECHNOLOGY ................................. | 118,468 | 128,468 | 118,468 | 10,000 | 128,468 |
| | | Improvement of combat helmet suspension systems ..................... | | [5,000] | | [5,000] | |
| | | Thermal mitigation technologies .............................................. | | [5,000] | | [5,000] | |
| 052 | 0603119A | GROUND ADVANCED TECHNOLOGY ............................................ | 12,593 | 17,593 | 32,593 | 23,000 | 35,593 |
| | | 100 hour battery ................................................................. | | | [10,000] | [10,000] | |
| | | Computational manufacturing engineering .................................. | | | [2,000] | | |
| | | Ground advanced technology for cold regions ............................. | | [5,000] | | [5,000] | |
| | | Lightweight protective and hardening materials ........................... | | | [3,000] | [3,000] | |
| | | Robotic construction research ................................................. | | | [5,000] | [5,000] | |
| 059 | 0603457A | C3I CYBER ADVANCED DEVELOPMENT ....................................... | 13,769 | 13,769 | 13,769 | | 13,769 |
| 060 | 0603461A | HIGH PERFORMANCE COMPUTING MODERNIZATION PROGRAM ............... | 184,755 | 224,755 | 184,755 | 40,000 | 224,755 |
| | | Program increase ................................................................... | | [40,000] | | [40,000] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 061 | 0603462A | NEXT GENERATION COMBAT VEHICLE ADVANCED TECHNOLOGY .............. | 160,035 | 170,035 | 185,035 | 14,000 | 174,035 |
| | | Ground vehicle sustainment research ................................................ | | | [5,000] | [4,000] | |
| | | Hydrogen fuel cell propulsion & autonomous driving controls ........ | | | [20,000] | | |
| | | Program increase—hydrogen fuel cells ............................................ | | [10,000] | | [10,000] | |
| 062 | 0603463A | NETWORK C3I ADVANCED TECHNOLOGY ..................................................... | 106,899 | 103,899 | 106,899 | −3,000 | 103,899 |
| | | Underexecution ................................................................................... | | [−3,000] | | [−3,000] | |
| 063 | 0603464A | LONG RANGE PRECISION FIRES ADVANCED TECHNOLOGY ........................ | 174,386 | 179,386 | 178,386 | 9,000 | 183,386 |
| | | Hypersonics research .......................................................................... | | | [4,000] | [4,000] | |
| | | Program increase missile demonstrations ...................................... | | [5,000] | | [5,000] | |
| 064 | 0603465A | FUTURE VERTICAL LIFT ADVANCED TECHNOLOGY ................................... | 151,640 | 146,640 | 151,640 | | 151,640 |
| | | Excess to need .................................................................................... | | [−5,000] | | | |
| 065 | 0603466A | AIR AND MISSILE DEFENSE ADVANCED TECHNOLOGY .............................. | 60,613 | 60,613 | 60,613 | | 60,613 |
| | | SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT ............................ | 1,099,564 | 1,166,564 | 1,148,564 | 93,000 | 1,192,564 |
| | | | | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 073 | 0603305A | ARMY MISSLE DEFENSE SYSTEMS INTEGRATION ................................... | 10,987 | 30,987 | 10,987 | 8,000 | 18,987 |
| | | Conventional mission capabilities ..................................................... | | [10,000] | | [8,000] | |
| | | System lab integration improvements .............................................. | | [10,000] | | | |
| 074 | 0603327A | AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING ............................... | 15,148 | 15,148 | 15,148 | | 15,148 |
| 075 | 0603619A | LANDMINE WARFARE AND BARRIER—ADV DEV ....................................... | 92,915 | 92,915 | 92,915 | | 92,915 |
| 077 | 0603639A | TANK AND MEDIUM CALIBER AMMUNITION .............................................. | 82,146 | 82,146 | 82,146 | | 82,146 |
| 078 | 0603645A | ARMORED SYSTEM MODERNIZATION—ADV DEV ....................................... | 157,656 | 157,656 | 157,656 | | 157,656 |
| 079 | 0603747A | SOLDIER SUPPORT AND SURVIVABILITY ................................................... | 6,514 | 6,514 | 6,514 | | 6,514 |
| 080 | 0603766A | TACTICAL ELECTRONIC SURVEILLANCE SYSTEM—ADV DEV ...................... | 34,890 | 37,890 | 34,890 | | 34,890 |
| | | Mobile ground terminal ....................................................................... | | [3,000] | | | |
| 081 | 0603774A | NIGHT VISION SYSTEMS ADVANCED DEVELOPMENT .................................. | 251,011 | 206,011 | 251,011 | −28,220 | 222,791 |
| | | IVAS insufficient justification ............................................................ | | [−45,000] | | [−28,220] | |
| 082 | 0603779A | ENVIRONMENTAL QUALITY TECHNOLOGY—DEM/VAL .............................. | 15,132 | 15,132 | 15,132 | | 15,132 |
| 083 | 0603790A | NATO RESEARCH AND DEVELOPMENT ...................................................... | 5,406 | 5,406 | 5,406 | | 5,406 |
| 084 | 0603801A | AVIATION—ADV DEV ................................................................................. | 459,290 | 443,340 | 534,890 | 75,600 | 534,890 |
| | | Early to need ....................................................................................... | | [−15,950] | | | |
| | | Program increase: Future long-range assault aircraft ..................... | | | | [75,600] | |

WASHSTATEC014376

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|----------------|------|-----------------|------------------|-------------------|-------------------|----------------------|
| | | UPL FVL CS3 program increase ............................................. | | | [75,600] | | |
| 085 | 0603804A | LOGISTICS AND ENGINEER EQUIPMENT—ADV DEV ................... | 6,254 | 6,254 | 6,254 | | 6,254 |
| 086 | 0603807A | MEDICAL SYSTEMS—ADV DEV .............................................. | 31,175 | 31,175 | 31,175 | | 31,175 |
| 087 | 0603827A | SOLDIER SYSTEMS—ADVANCED DEVELOPMENT ........................ | 22,113 | 22,113 | 22,113 | | 22,113 |
| 088 | 0604017A | ROBOTICS DEVELOPMENT ..................................................... | 115,222 | 115,222 | 115,222 | −27,000 | 88,222 |
| | | Early to need ................................................................. | | | | [−27,000] | |
| 090 | 0604021A | ELECTRONIC WARFARE TECHNOLOGY MATURATION (MIP) ........... | 18,043 | 18,043 | 18,043 | | 18,043 |
| 091 | 0604100A | ANALYSIS OF ALTERNATIVES ................................................. | 10,023 | 10,023 | 10,023 | | 10,023 |
| 092 | 0604113A | FUTURE TACTICAL UNMANNED AIRCRAFT SYSTEM (FTUAS) ........ | 40,745 | 40,745 | 40,745 | −5,000 | 35,745 |
| | | Program adjustment ......................................................... | | | | [−5,000] | |
| 093 | 0604114A | LOWER TIER AIR MISSILE DEFENSE (LTAMD) SENSOR ................. | 427,772 | 427,772 | 427,772 | −48,000 | 379,772 |
| | | Rapid prototyping excess funding ....................................... | | | | [−48,000] | |
| 094 | 0604115A | TECHNOLOGY MATURATION INITIATIVES .................................. | 196,676 | 161,676 | 196,676 | −35,000 | 161,676 |
| | | Insufficient schedule detail ............................................... | | [−35,000] | | [−35,000] | |
| 095 | 0604117A | MANEUVER—SHORT RANGE AIR DEFENSE (M-SHORAD) ............. | 33,100 | 29,100 | 33,100 | −3,700 | 29,400 |
| | | Excess testing cost ......................................................... | | [−4,000] | | [−3,700] | |
| 097 | 0604119A | ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING ... | 115,116 | 105,116 | 115,116 | −11,785 | 103,331 |
| | | Early to need ................................................................. | | [−10,000] | | [−11,785] | |
| 099 | 0604121A | SYNTHETIC TRAINING ENVIRONMENT REFINEMENT & PROTOTYPING ... | 136,761 | 111,761 | 136,761 | −25,000 | 111,761 |
| | | Early to need (IVAS) ........................................................ | | [−25,000] | | [−25,000] | |
| 100 | 0604182A | HYPERSONICS ................................................................... | 228,000 | 259,000 | 358,610 | 161,610 | 389,610 |
| | | Transfer from RDTE Defense-Wide, line 124 ........................... | | [31,000] | | [31,000] | |
| | | UPL accelerate Hypersonic Weapons System ......................... | | | [130,610] | [130,610] | |
| 102 | 0604403A | FUTURE INTERCEPTOR ........................................................ | 8,000 | 8,000 | 8,000 | −8,000 | |
| | | Early to need ................................................................. | | | | [−8,000] | |
| 103 | 0604541A | UNIFIED NETWORK TRANSPORT ............................................. | 39,600 | 30,600 | 39,600 | −9,900 | 29,700 |
| | | Early to need ................................................................. | | [−9,000] | | [−9,900] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 104 | 0604644A | MOBILE MEDIUM RANGE MISSILE | 20,000 | | 20,000 | −10,000 | 10,000 |
| | | Program decrease | | [−20,000] | | [−10,000] | |
| 106 | 0305251A | CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT | 52,102 | 52,102 | 52,102 | | 52,102 |
| 107 | 1206120A | ASSURED POSITIONING, NAVIGATION AND TIMING (PNT) | 192,562 | 150,062 | 192,562 | −42,500 | 150,062 |
| | | Project cancellation | | [−42,500] | | [−42,500] | |
| 108 | 1206308A | ARMY SPACE SYSTEMS INTEGRATION | 104,996 | 54,996 | 104,996 | | 104,996 |
| | | Program delay | | [−50,000] | | | |
| | | SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES | 2,929,355 | 2,726,905 | 3,135,565 | −8,895 | 2,920,460 |
| | | | | | | | |
| | | SYSTEM DEVELOPMENT & DEMONSTRATION | | | | | |
| 109 | 0604201A | AIRCRAFT AVIONICS | 29,164 | 29,164 | 29,164 | | 29,164 |
| 110 | 0604270A | ELECTRONIC WARFARE DEVELOPMENT | 70,539 | 70,539 | 70,539 | | 70,539 |
| 113 | 0604601A | INFANTRY SUPPORT WEAPONS | 106,121 | 125,321 | 126,021 | | 106,121 |
| | | Army unfunded priority—NGSW program increase | | [19,200] | | | |
| | | UPL Next Generation Squad Weapon—Automatic Rifle | | | [19,900] | | |
| 114 | 0604604A | MEDIUM TACTICAL VEHICLES | 2,152 | 2,152 | 2,152 | | 2,152 |
| 115 | 0604611A | JAVELIN | 17,897 | 16,397 | 17,897 | −1,842 | 16,055 |
| | | Qualification testing early to need | | [−1,500] | | [−1,842] | |
| 116 | 0604622A | FAMILY OF HEAVY TACTICAL VEHICLES | 16,745 | 16,745 | 16,745 | | 16,745 |
| 117 | 0604633A | AIR TRAFFIC CONTROL | 6,989 | 6,989 | 6,989 | | 6,989 |
| 118 | 0604642A | LIGHT TACTICAL WHEELED VEHICLES | 10,465 | 10,465 | 10,465 | −7,500 | 2,965 |
| | | Program reduction | | | | [−7,500] | |
| 119 | 0604645A | ARMORED SYSTEMS MODERNIZATION (ASM)—ENG DEV | 310,152 | 295,152 | 310,152 | −16,188 | 293,964 |
| | | Program delay | | [−15,000] | | [−16,188] | |
| 120 | 0604710A | NIGHT VISION SYSTEMS—ENG DEV | 181,732 | 166,732 | 181,732 | −15,000 | 166,732 |
| | | Insufficient justification (IVAS) | | [−15,000] | | [−15,000] | |
| 121 | 0604713A | COMBAT FEEDING, CLOTHING, AND EQUIPMENT | 2,393 | 2,393 | 2,393 | | 2,393 |
| 122 | 0604715A | NON-SYSTEM TRAINING DEVICES—ENG DEV | 27,412 | 27,412 | 27,412 | | 27,412 |
| 123 | 0604741A | AIR DEFENSE COMMAND, CONTROL AND INTELLIGENCE—ENG DEV | 43,502 | 38,502 | 43,502 | | 43,502 |
| | | Historical underexecution | | [−5,000] | | | |
| 124 | 0604742A | CONSTRUCTIVE SIMULATION SYSTEMS DEVELOPMENT | 11,636 | 11,636 | 11,636 | | 11,636 |
| 125 | 0604746A | AUTOMATIC TEST EQUIPMENT DEVELOPMENT | 10,915 | 10,915 | 10,915 | | 10,915 |

69

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|----------------------|
| 126 | 0604760A | DISTRIBUTIVE INTERACTIVE SIMULATIONS (DIS)—ENG DEV | 7,801 | 7,801 | 7,801 | | 7,801 |
| 127 | 0604768A | BRILLIANT ANTI-ARMOR SUBMUNITION (BAT) | 25,000 | 20,000 | 25,000 | −5,000 | 20,000 |
| | | PFAL excess | | [−5,000] | | [−5,000] | |
| 128 | 0604780A | COMBINED ARMS TACTICAL TRAINER (CATT) CORE | 9,241 | 9,241 | 9,241 | | 9,241 |
| 129 | 0604798A | BRIGADE ANALYSIS, INTEGRATION AND EVALUATION | 42,634 | 38,634 | 42,634 | −4,331 | 38,303 |
| | | RCO support excess | | [−4,000] | | [−4,331] | |
| 130 | 0604802A | WEAPONS AND MUNITIONS—ENG DEV | 181,023 | 181,023 | 181,023 | | 181,023 |
| 131 | 0604804A | LOGISTICS AND ENGINEER EQUIPMENT—ENG DEV | 103,226 | 103,226 | 103,226 | | 103,226 |
| 132 | 0604805A | COMMAND, CONTROL, COMMUNICATIONS SYSTEMS—ENG DEV | 12,595 | 12,595 | 12,595 | | 12,595 |
| 133 | 0604807A | MEDICAL MATERIEL/MEDICAL BIOLOGICAL DEFENSE EQUIPMENT—ENG DEV. | 48,264 | 48,264 | 48,264 | | 48,264 |
| 134 | 0604808A | LANDMINE WARFARE/BARRIER—ENG DEV | 39,208 | 39,208 | 39,208 | | 39,208 |
| 135 | 0604818A | ARMY TACTICAL COMMAND & CONTROL HARDWARE & SOFTWARE | 140,637 | 138,137 | 140,637 | −2,500 | 138,137 |
| | | CPI2 testing previously funded | | [−2,500] | | [−2,500] | |
| 136 | 0604820A | RADAR DEVELOPMENT | 105,243 | 105,243 | 105,243 | | 105,243 |
| 137 | 0604822A | GENERAL FUND ENTERPRISE BUSINESS SYSTEM (GFEBS) | 46,683 | 41,683 | 46,683 | | 46,683 |
| | | Program decrease | | [−5,000] | | | |
| 138 | 0604823A | FIREFINDER | 17,294 | 17,294 | 17,294 | | 17,294 |
| 139 | 0604827A | SOLDIER SYSTEMS—WARRIOR DEM/VAL | 5,803 | 4,803 | 5,803 | | 5,803 |
| | | Historical underexecution | | [−1,000] | | | |
| 140 | 0604852A | SUITE OF SURVIVABILITY ENHANCEMENT SYSTEMS—EMD | 98,698 | 128,698 | 98,698 | 20,000 | 118,698 |
| | | Program increase for vehicle active protection system evaluation | | [30,000] | | [30,000] | |
| | | Program reduction | | | | [−10,000] | |
| 141 | 0604854A | ARTILLERY SYSTEMS—EMD | 15,832 | 10,832 | 15,832 | | 15,832 |
| | | Mobile howitzer testing early to need | | [−5,000] | | | |
| 142 | 0605013A | INFORMATION TECHNOLOGY DEVELOPMENT | 126,537 | 126,537 | 126,537 | −55,000 | 71,537 |
| | | Historical underexecution | | | | [−10,000] | |

70

WASHSTATEC014379

71

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 143 | 0605018A | INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPPS-A) | 142,773 | 94,773 | | −50,700 | 92,073 |
| | | Program decrease | | | | [−45,000] | |
| | | Poor business process reengineering | | | [−142,773] | [−50,700] | |
| | | Program decrease | | [−48,000] | | | |
| 144 | 0605028A | ARMORED MULTI-PURPOSE VEHICLE (AMPV) | 96,730 | 96,730 | 96,730 | −4,600 | 92,130 |
| | | Program reduction | | | | [−4,600] | |
| 145 | 0605029A | INTEGRATED GROUND SECURITY SURVEILLANCE RESPONSE CAPABILITY (IGSSR-C). | 6,699 | 6,699 | 6,699 | | 6,699 |
| 146 | 0605030A | JOINT TACTICAL NETWORK CENTER (JTNC) | 15,882 | 15,882 | 15,882 | | 15,882 |
| 147 | 0605031A | JOINT TACTICAL NETWORK (JTN) | 40,808 | 40,808 | 40,808 | | 40,808 |
| 149 | 0605033A | GROUND-BASED OPERATIONAL SURVEILLANCE SYSTEM—EXPEDITIONARY (GBOSS-E). | 3,847 | 3,847 | 3,847 | | 3,847 |
| 150 | 0605034A | TACTICAL SECURITY SYSTEM (TSS) | 6,928 | 6,928 | 6,928 | | 6,928 |
| 151 | 0605035A | COMMON INFRARED COUNTERMEASURES (CIRCM) | 34,488 | 34,488 | 34,488 | | 34,488 |
| 152 | 0605036A | COMBATING WEAPONS OF MASS DESTRUCTION (CWMD) | 10,000 | 10,000 | 10,000 | | 10,000 |
| 154 | 0605038A | NUCLEAR BIOLOGICAL CHEMICAL RECONNAISSANCE VEHICLE (NBCRV) SENSOR SUITE. | 6,054 | 6,054 | 6,054 | | 6,054 |
| 155 | 0605041A | DEFENSIVE CYBER TOOL DEVELOPMENT | 62,262 | 62,262 | 62,262 | −16,600 | 45,662 |
| | | Contract delays | | | | [−10,000] | |
| | | Excess growth | | | | [−6,600] | |
| 156 | 0605042A | TACTICAL NETWORK RADIO SYSTEMS (LOW-TIER) | 35,654 | 28,654 | 35,654 | −6,400 | 29,254 |
| | | Excess growth | | [−7,000] | | [−6,400] | |
| 157 | 0605047A | CONTRACT WRITING SYSTEM | 19,682 | 19,682 | | | 19,682 |
| | | Program duplication | | | [−19,682] | | |
| 158 | 0605049A | MISSILE WARNING SYSTEM MODERNIZATION (MWSM) | 1,539 | 1,539 | 1,539 | | 1,539 |
| 159 | 0605051A | AIRCRAFT SURVIVABILITY DEVELOPMENT | 64,557 | 64,557 | 64,557 | | 64,557 |
| 160 | 0605052A | INDIRECT FIRE PROTECTION CAPABILITY INC 2—BLOCK 1 | 243,228 | 243,228 | 149,628 | −6,800 | 236,428 |
| | | EMAM development ahead of need | | | [−124,200] | [−6,800] | |
| | | Iron Dome testing and delivery | | | [20,600] | | |
| | | UPL Multi-Domain Artillery | | | [10,000] | | |
| 161 | 0605053A | GROUND ROBOTICS | 41,308 | 41,308 | 28,508 | −12,800 | 28,508 |
| | | Army requested realignment | | | [−12,800] | | |

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Excess to requirement .............................................. | | | | [−12,800] | |
| 162 | 0605054A | EMERGING TECHNOLOGY INITIATIVES ................................ | 45,896 | 41,896 | 45,896 | −14,280 | 31,616 |
| | | Testing and evaluation excess growth ................................ | | [−4,000] | | [−4,280] | |
| | | Unjustified request .............................................. | | | | [−10,000] | |
| 163 | 0605203A | ARMY SYSTEM DEVELOPMENT & DEMONSTRATION ...................... | 164,883 | 164,883 | 164,883 | | 164,883 |
| 165 | 0605450A | JOINT AIR-TO-GROUND MISSILE (JAGM) ............................... | 9,500 | 9,500 | 9,500 | | 9,500 |
| 166 | 0605457A | ARMY INTEGRATED AIR AND MISSILE DEFENSE (AIAMD) .............. | 208,938 | 203,938 | 208,938 | −15,000 | 193,938 |
| | | Testing and evaluation excess growth ................................ | | [−5,000] | | [−15,000] | |
| 167 | 0605625A | MANNED GROUND VEHICLE ......................................... | 378,400 | 378,400 | 418,400 | −150,000 | 228,400 |
| | | Program decrease | | | | [−150,000] | |
| | | UPL NGCV 50mm gun | | | [40,000] | | |
| 168 | 0605766A | NATIONAL CAPABILITIES INTEGRATION (MIP) ........................ | 7,835 | 9,835 | 7,835 | | 7,835 |
| | | Mobile ground terminal | | [2,000] | | | |
| 169 | 0605812A | JOINT LIGHT TACTICAL VEHICLE (JLTV) ENGINEERING AND MANUFAC- TURING DEVELOPMENT PH. | 2,732 | 7,232 | 7,232 | 4,500 | 7,232 |
| | | Army requested realignment | | | [4,500] | | |
| | | Army requested realignment from OPA 7 | | [4,500] | | [4,500] | |
| 170 | 0605830A | AVIATION GROUND SUPPORT EQUIPMENT .......................... | 1,664 | 1,664 | 1,664 | | 1,664 |
| 172 | 0303032A | TROJAN—RH12 ................................................... | 3,936 | 3,936 | 3,936 | | 3,936 |
| 174 | 0304270A | ELECTRONIC WARFARE DEVELOPMENT .............................. | 19,675 | 19,675 | 19,675 | | 19,675 |
| | | SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION ................ | 3,549,431 | 3,482,131 | 3,344,976 | −360,041 | 3,189,390 |
| | | **RDT&E MANAGEMENT SUPPORT** | | | | | |
| 176 | 0604256A | THREAT SIMULATOR DEVELOPMENT ................................ | 14,117 | 14,117 | 16,117 | 2,000 | 16,117 |
| | | Cybersecurity threat simulation ..................................... | | | [2,000] | [2,000] | |
| 177 | 0604258A | TARGET SYSTEMS DEVELOPMENT ................................... | 8,327 | 8,327 | 8,327 | | 8,327 |
| 178 | 0604759A | MAJOR T&E INVESTMENT .......................................... | 136,565 | 136,565 | 136,565 | | 136,565 |

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

73

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 179 | 0605103A | RAND ARROYO CENTER | 13,113 | 13,113 | 13,113 | | 13,113 |
| 180 | 0605301A | ARMY KWAJALEIN ATOLL | 238,691 | 226,691 | 238,691 | | 238,691 |
| | | Program decrease | | [–12,000] | | | |
| 181 | 0605326A | CONCEPTS EXPERIMENTATION PROGRAM | 42,922 | 42,922 | 42,922 | –6,000 | 36,922 |
| | | Program reduction | | | | [–6,000] | |
| 183 | 0605601A | ARMY TEST RANGES AND FACILITIES | 334,468 | 334,468 | 349,468 | | 334,468 |
| | | Directed energy test capabilities | | | [15,000] | | |
| 184 | 0605602A | ARMY TECHNICAL TEST INSTRUMENTATION AND TARGETS | 46,974 | 51,974 | 46,974 | 5,000 | 51,974 |
| | | Program increase—space and missile cybersecurity | | [5,000] | | [5,000] | |
| 185 | 0605604A | SURVIVABILITY/LETHALITY ANALYSIS | 35,075 | 35,075 | 35,075 | | 35,075 |
| 186 | 0605606A | AIRCRAFT CERTIFICATION | 3,461 | 3,461 | 3,461 | | 3,461 |
| 187 | 0605702A | METEOROLOGICAL SUPPORT TO RDT&E ACTIVITIES | 6,233 | 6,233 | 6,233 | | 6,233 |
| 188 | 0605706A | MATERIEL SYSTEMS ANALYSIS | 21,342 | 21,342 | 21,342 | | 21,342 |
| 189 | 0605709A | EXPLOITATION OF FOREIGN ITEMS | 11,168 | 11,168 | 11,168 | | 11,168 |
| 190 | 0605712A | SUPPORT OF OPERATIONAL TESTING | 52,723 | 52,723 | 52,723 | | 52,723 |
| 191 | 0605716A | ARMY EVALUATION CENTER | 60,815 | 60,815 | 60,815 | | 60,815 |
| 192 | 0605718A | ARMY MODELING & SIM X-CMD COLLABORATION & INTEG | 2,527 | 2,527 | 2,527 | | 2,527 |
| 193 | 0605801A | PROGRAMWIDE ACTIVITIES | 58,175 | 61,175 | 58,175 | | 58,175 |
| | | Program increase for transition costs | | [3,000] | | | |
| 194 | 0605803A | TECHNICAL INFORMATION ACTIVITIES | 25,060 | 25,060 | 25,060 | | 25,060 |
| 195 | 0605805A | MUNITIONS STANDARDIZATION, EFFECTIVENESS AND SAFETY | 44,458 | 49,458 | 44,458 | | 44,458 |
| | | Advanced lightweight small arms and medium caliber ammunition. | | [5,000] | | | |
| 196 | 0605857A | ENVIRONMENTAL QUALITY TECHNOLOGY MGMT SUPPORT | 4,681 | 4,681 | 4,681 | | 4,681 |
| 197 | 0605898A | ARMY DIRECT REPORT HEADQUARTERS—R&D - MHA | 53,820 | 53,820 | 53,820 | | 53,820 |
| 198 | 0606001A | MILITARY GROUND-BASED CREW TECHNOLOGY | 4,291 | 4,291 | 4,291 | | 4,291 |
| 199 | 0606002A | RONALD REAGAN BALLISTIC MISSILE DEFENSE TEST SITE | 62,069 | 62,069 | 62,069 | | 62,069 |
| 200 | 0606003A | COUNTERINTEL AND HUMAN INTEL MODERNIZATION | 1,050 | 1,050 | 1,050 | | 1,050 |
| 201 | 0606942A | ASSESSMENTS AND EVALUATIONS CYBER VULNERABILITIES | 4,500 | 4,500 | 4,500 | | 4,500 |
| | | SUBTOTAL RDT&E MANAGEMENT SUPPORT | 1,286,625 | 1,287,625 | 1,303,625 | 1,000 | 1,287,625 |

OPERATIONAL SYSTEMS DEVELOPMENT

WASHSTATEC014382

74

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | | **UNDISTRIBUTED** | | | | | |
| 204 | 0603778A | MLRS PRODUCT IMPROVEMENT PROGRAM .......................................... | 22,877 | 17,877 | 22,877 | −3,000 | 19,877 |
| | | HIMARS excess growth ................................................................. | | [−5,000] | | [−3,000] | |
| 206 | 0605024A | ANTI-TAMPER TECHNOLOGY SUPPORT .............................................. | 8,491 | 8,491 | 8,491 | | 8,491 |
| 207 | 0607131A | WEAPONS AND MUNITIONS PRODUCT IMPROVEMENT PROGRAMS ............ | 15,645 | 15,645 | 15,645 | | 15,645 |
| 209 | 0607134A | LONG RANGE PRECISION FIRES (LRPF) ............................................ | 164,182 | 164,182 | 164,182 | | 164,182 |
| 211 | 0607136A | BLACKHAWK PRODUCT IMPROVEMENT PROGRAM ............................... | 13,039 | 13,039 | 13,039 | | 13,039 |
| 212 | 0607137A | CHINOOK PRODUCT IMPROVEMENT PROGRAM .................................... | 174,371 | 174,371 | 174,371 | −6,000 | 168,371 |
| | | Program reduction ....................................................................... | | | | [−6,000] | |
| 213 | 0607138A | FIXED WING PRODUCT IMPROVEMENT PROGRAM ............................... | 4,545 | 4,545 | 4,545 | −4,545 | |
| | | Program reduction ....................................................................... | | | | [−4,545] | |
| 214 | 0607139A | IMPROVED TURBINE ENGINE PROGRAM .......................................... | 206,434 | 206,434 | 206,434 | | 206,434 |
| 216 | 0607142A | AVIATION ROCKET SYSTEM PRODUCT IMPROVEMENT AND DEVELOPMENT | 24,221 | 14,221 | 24,221 | −3,091 | 21,130 |
| | | Integrated munitions launcher early to need ................................... | | [−10,000] | | [−3,091] | |
| 217 | 0607143A | UNMANNED AIRCRAFT SYSTEM UNIVERSAL PRODUCTS ......................... | 32,016 | 32,016 | 32,016 | −6,500 | 25,516 |
| | | Program reduction ....................................................................... | | | | [−6,500] | |
| 218 | 0607145A | APACHE FUTURE DEVELOPMENT ..................................................... | 5,448 | 448 | 5,448 | −5,000 | 448 |
| | | Unjustified request ...................................................................... | | [−5,000] | | [−5,000] | |
| 219 | 0607312A | ARMY OPERATIONAL SYSTEMS DEVELOPMENT ................................. | 49,526 | 49,526 | 49,526 | | 49,526 |
| 220 | 0607665A | FAMILY OF BIOMETRICS ............................................................... | 1,702 | 1,702 | 1,702 | | 1,702 |
| 221 | 0607865A | PATRIOT PRODUCT IMPROVEMENT ................................................... | 96,430 | 96,430 | 96,430 | −32,800 | 63,630 |
| | | Excess growth ............................................................................. | | | | [−32,800] | |
| 222 | 0203728A | JOINT AUTOMATED DEEP OPERATION COORDINATION SYSTEM (JADOCS) .. | 47,398 | 47,398 | 47,398 | | 47,398 |
| 223 | 0203735A | COMBAT VEHICLE IMPROVEMENT PROGRAMS ................................... | 334,463 | 324,463 | 334,463 | −43,918 | 290,545 |
| | | Early to need ............................................................................... | | [−10,000] | | [−41,918] | |
| | | Program support excess growth .................................................... | | | | [−2,000] | |
| 225 | 0203743A | 155MM SELF-PROPELLED HOWITZER IMPROVEMENTS ......................... | 214,246 | 214,246 | 214,246 | −21,500 | 192,746 |

WASHSTATEC014383

| No. | Code | Description | | | | | |
|---|---|---|--:|--:|--:|--:|--:|
| | | Program reduction | | | | [−21,500] | |
| 226 | 0203744A | AIRCRAFT MODIFICATIONS/PRODUCT IMPROVEMENT PROGRAMS | 16,486 | 11,986 | 16,486 | −2,708 | 13,778 |
| | | Excess to need | | [−4,500] | | [−2,708] | |
| 227 | 0203752A | AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM | 144 | 144 | 144 | | 144 |
| 228 | 0203758A | DIGITIZATION | 5,270 | 5,270 | 5,270 | | 5,270 |
| 229 | 0203801A | MISSILE/AIR DEFENSE PRODUCT IMPROVEMENT PROGRAM | 1,287 | 1,287 | 1,287 | | 1,287 |
| 230 | 0203802A | OTHER MISSILE PRODUCT IMPROVEMENT PROGRAMS | | | | | |
| | | UPL CD ATACMS | | | 24,100 | [24,100] | |
| 234 | 0205412A | ENVIRONMENTAL QUALITY TECHNOLOGY—OPERATIONAL SYSTEM DEV | 732 | 732 | 732 | | 732 |
| 235 | 0205456A | LOWER TIER AIR AND MISSILE DEFENSE (AMD) SYSTEM | 107,746 | 107,746 | 107,746 | −8,000 | 99,746 |
| | | Testing excess to need | | | | [−8,000] | |
| 236 | 0205778A | GUIDED MULTIPLE-LAUNCH ROCKET SYSTEM (GMLRS) | 138,594 | 128,594 | 138,594 | −10,000 | 128,594 |
| | | Testing excess to need | | [−10,000] | | [−10,000] | |
| 238 | 0303028A | SECURITY AND INTELLIGENCE ACTIVITIES | 13,845 | 13,845 | 13,845 | | 13,845 |
| 239 | 0303140A | INFORMATION SYSTEMS SECURITY PROGRAM | 29,185 | 29,185 | 29,185 | | 29,185 |
| 240 | 0303141A | GLOBAL COMBAT SUPPORT SYSTEM | 68,976 | 58,976 | 68,976 | −20,600 | 48,376 |
| | | Program decrease | | [−10,000] | | [−20,600] | |
| 241 | 0303150A | WWMCCS/GLOBAL COMMAND AND CONTROL SYSTEM | 2,073 | 2,073 | 2,073 | | 2,073 |
| 245 | 0305179A | INTEGRATED BROADCAST SERVICE (IBS) | 459 | 459 | 459 | | 459 |
| 246 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES | 5,097 | 5,097 | 5,097 | | 5,097 |
| 247 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS | 11,177 | 11,177 | 11,177 | | 11,177 |
| 248 | 0305208A | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 38,121 | 38,121 | 38,121 | | 38,121 |
| 250 | 0305232A | RQ–11 UAV | 3,218 | 3,218 | 3,218 | | 3,218 |
| 251 | 0305233A | RQ–7 UAV | 7,817 | 7,817 | 7,817 | | 7,817 |
| 252 | 0307665A | BIOMETRICS ENABLED INTELLIGENCE | 2,000 | 2,000 | 2,000 | | 2,000 |
| 253 | 0708045A | END ITEM INDUSTRIAL PREPAREDNESS ACTIVITIES | 59,848 | 64,848 | 62,848 | 8,000 | 67,848 |
| | | Nanoscale materials manufacturing | | | [3,000] | [3,000] | |
| | | Program increase—additive manufacturing technology insertion | | [5,000] | | [5,000] | |
| 254 | 1203142A | SATCOM GROUND ENVIRONMENT (SPACE) | 34,169 | 34,169 | 34,169 | | 34,169 |
| 255 | 1208053A | JOINT TACTICAL GROUND SYSTEM | 10,275 | 10,275 | 10,275 | | 10,275 |
| 255A | 9999999999 | CLASSIFIED PROGRAMS | 7,273 | 7,273 | 7,273 | | 7,273 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **1,978,826** | **1,929,326** | **2,005,926** | **−159,662** | **1,819,164** |

WASHSTATEC014384

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | SUBTOTAL UNDISTRIBUTED ............................................. | | −49,500 | 27,100 | −159,662 | −159,662 |
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY ............ | 12,192,771 | 12,030,821 | 12,344,126 | −335,298 | 11,857,473 |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | | | | |
| | | **BASIC RESEARCH** | | | | | |
| 001 | 0601103N | UNIVERSITY RESEARCH INITIATIVES ................................. | 116,850 | 136,850 | 131,850 | 30,000 | 146,850 |
| | | Advanced radar research ......................................... | | [5,000] | | [5,000] | |
| | | Cyber basic research ............................................. | | | [10,000] | [10,000] | |
| | | Defense University research initiatives ......................... | | [5,000] | | [5,000] | |
| | | Digital radar research ............................................ | | | [5,000] | | |
| | | Program increase .................................................. | | [10,000] | | [10,000] | |
| 002 | 0601152N | IN-HOUSE LABORATORY INDEPENDENT RESEARCH ................. | 19,121 | 19,121 | 19,121 | | 19,121 |
| 003 | 0601153N | DEFENSE RESEARCH SCIENCES .................................... | 470,007 | 470,007 | 470,007 | | 470,007 |
| | | SUBTOTAL BASIC RESEARCH .................................... | 605,978 | 625,978 | 620,978 | 30,000 | 635,978 |
| | | **APPLIED RESEARCH** | | | | | |
| 004 | 0602114N | POWER PROJECTION APPLIED RESEARCH ........................... | 18,546 | 25,546 | 18,546 | 7,000 | 25,546 |
| | | Hypersonic testing facilities ..................................... | | [7,000] | | [7,000] | |
| 005 | 0602123N | FORCE PROTECTION APPLIED RESEARCH ........................... | 119,517 | 162,517 | 136,017 | 46,500 | 166,017 |
| | | Autonomous vehicle collaboration across maritime domains ......... | | [10,000] | | | |
| | | Carbon capture ................................................... | | | [8,000] | [8,000] | |
| | | Cyber-physical research ........................................... | | [8,000] | | | |
| | | Electric propulsion research ...................................... | | | [2,500] | [2,500] | |
| | | Energy resilience ................................................. | | [5,000] | | [5,000] | |
| | | Energy resilience research ........................................ | | | [3,000] | [3,000] | |
| | | Hybrid composite struct. res. enhanced mobility .................... | | [5,000] | | [5,000] | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | Navy power and energy systems technology ...................................... |  | [5,000] |  | [5,000] |  |
|  |  | Program increase ........................................................................... |  | [10,000] |  | [10,000] |  |
|  |  | Program reduction ......................................................................... |  |  | [−5,000] |  |  |
|  |  | Test bed for autonomous ship systems ............................................ |  |  | [8,000] | [8,000] |  |
| 006 | 0602131M | MARINE CORPS LANDING FORCE TECHNOLOGY ........................................ | 56,604 | 61,604 | 59,604 | 5,000 | 61,604 |
|  |  | Interdisciplinary cybersecurity ....................................................... |  |  | [3,000] |  |  |
|  |  | Interdisciplinary expeditionary cybersecurity research ..................... |  | [5,000] |  | [5,000] |  |
| 007 | 0602235N | COMMON PICTURE APPLIED RESEARCH ................................................ | 49,297 | 49,297 | 44,297 | −5,000 | 44,297 |
|  |  | Coordinate space activities ........................................................... |  |  | [−5,000] | [−5,000] |  |
| 008 | 0602236N | WARFIGHTER SUSTAINMENT APPLIED RESEARCH ..................................... | 63,825 | 68,825 | 65,825 |  | 63,825 |
|  |  | Warfighter safety and performance ................................................ |  | [5,000] |  |  |  |
|  |  | Warfighter safety and performance research .................................. |  |  | [2,000] |  |  |
| 009 | 0602271N | ELECTROMAGNETIC SYSTEMS APPLIED RESEARCH ................................... | 83,497 | 83,497 | 78,497 |  | 83,497 |
|  |  | Coordinate EW activities ............................................................... |  |  | [−5,000] |  |  |
| 010 | 0602435N | OCEAN WARFIGHTING ENVIRONMENT APPLIED RESEARCH ......................... | 63,894 | 63,894 | 63,894 |  | 63,894 |
| 011 | 0602651M | JOINT NON-LETHAL WEAPONS APPLIED RESEARCH ................................. | 6,346 | 6,346 | 6,346 |  | 6,346 |
| 012 | 0602747N | UNDERSEA WARFARE APPLIED RESEARCH ............................................. | 57,075 | 77,075 | 64,575 | 17,000 | 74,075 |
|  |  | Academic partnerships for undersea vehicle research .................... |  | [10,000] | [7,500] | [10,000] |  |
|  |  | Resident autonomous undersea robotics ......................................... |  | [10,000] |  | [7,000] |  |
| 013 | 0602750N | FUTURE NAVAL CAPABILITIES APPLIED RESEARCH ................................. | 154,755 | 154,755 | 154,755 |  | 154,755 |
| 014 | 0602782N | MINE AND EXPEDITIONARY WARFARE APPLIED RESEARCH ......................... | 36,074 | 36,074 | 36,074 |  | 36,074 |
| 015 | 0602792N | INNOVATIVE NAVAL PROTOTYPES (INP) APPLIED RESEARCH ..................... | 153,062 | 153,062 | 153,062 |  | 153,062 |
| 016 | 0602861N | SCIENCE AND TECHNOLOGY MANAGEMENT—ONR FIELD ACITIVITIES ....... | 73,961 | 73,961 | 73,961 |  | 73,961 |
|  |  | **SUBTOTAL APPLIED RESEARCH** .............................................. | **936,453** | **1,016,453** | **955,453** | **70,500** | **1,006,953** |
|  |  |  |  |  |  |  |  |
|  |  | **ADVANCED TECHNOLOGY DEVELOPMENT** |  |  |  |  |  |
| 017 | 0603123N | FORCE PROTECTION ADVANCED TECHNOLOGY ....................................... | 35,286 | 35,286 | 35,286 |  | 35,286 |
| 018 | 0603271N | ELECTROMAGNETIC SYSTEMS ADVANCED TECHNOLOGY ............................ | 9,499 | 9,499 | 9,499 |  | 9,499 |
| 019 | 0603640M | USMC ADVANCED TECHNOLOGY DEMONSTRATION (ATD) ......................... | 172,847 | 177,847 | 176,847 | 5,000 | 177,847 |
|  |  | Consolidate efforts in AI/ML with Joint Force .................................. |  |  | [−5,000] |  |  |
|  |  | Program increase—modular advanced armed robotic system ........ |  | [5,000] |  | [5,000] |  |
|  |  | UPL MUDLAN program increase ..................................................... |  |  | [9,000] |  |  |

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 020 | 0603651M | JOINT NON-LETHAL WEAPONS TECHNOLOGY DEVELOPMENT ....... | 13,307 | 13,307 | 13,307 | | 13,307 |
| 021 | 0603673N | FUTURE NAVAL CAPABILITIES ADVANCED TECHNOLOGY DEVELOPMENT .... | 231,907 | 231,907 | 231,907 | | 231,907 |
| 022 | 0603680N | MANUFACTURING TECHNOLOGY PROGRAM ........................... | 60,138 | 80,138 | 60,138 | 5,000 | 65,138 |
| | | Program increase ................................................. | | [20,000] | | [5,000] | |
| 023 | 0603729N | WARFIGHTER PROTECTION ADVANCED TECHNOLOGY ................. | 4,849 | 4,849 | 4,849 | | 4,849 |
| 025 | 0603758N | NAVY WARFIGHTING EXPERIMENTS AND DEMONSTRATIONS ......... | 67,739 | 67,739 | 67,739 | | 67,739 |
| 026 | 0603782N | MINE AND EXPEDITIONARY WARFARE ADVANCED TECHNOLOGY ....... | 13,335 | 13,335 | 13,335 | | 13,335 |
| 027 | 0603801N | INNOVATIVE NAVAL PROTOTYPES (INP) ADVANCED TECHNOLOGY DEVELOPMENT. | 133,303 | 176,303 | 128,303 | 17,027 | 150,330 |
| | | Electromagnetic railgun ....................................... | | [20,350] | | [10,000] | |
| | | Funds excess to requirements ............................... | | | | [−7,973] | |
| | | Program increase ................................................. | | [22,650] | | [15,000] | |
| | | Reduce electronic maneuver .................................. | | | | [−5,000] | |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT** ......... | **742,210** | **810,210** | **741,210** | **27,027** | **769,237** |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 028 | 0603207N | AIR/OCEAN TACTICAL APPLICATIONS ............................. | 32,643 | 32,643 | 38,643 | 6,000 | 38,643 |
| | | Program increase for 1 REMUS 600 vehicle .................. | | | [6,000] | [6,000] | |
| 029 | 0603216N | AVIATION SURVIVABILITY ........................................ | 11,919 | 11,919 | 11,919 | | 11,919 |
| 030 | 0603251N | AIRCRAFT SYSTEMS ............................................... | 1,473 | 1,473 | 1,473 | | 1,473 |
| 031 | 0603254N | ASW SYSTEMS DEVELOPMENT ..................................... | 7,172 | 7,172 | 7,172 | | 7,172 |
| 032 | 0603261N | TACTICAL AIRBORNE RECONNAISSANCE ........................... | 3,419 | 3,419 | 3,419 | | 3,419 |
| 033 | 0603382N | ADVANCED COMBAT SYSTEMS TECHNOLOGY ...................... | 64,694 | 64,694 | 64,694 | | 64,694 |
| 034 | 0603502N | SURFACE AND SHALLOW WATER MINE COUNTERMEASURES ....... | 507,000 | 312,200 | 134,500 | −196,500 | 310,500 |
| | | Excess procurement ahead of satisfactory testing .......... | | | [−372,500] | | |
| | | LUSV Design Contracts early to need ......................... | | [−29,100] | | | |
| | | LUSV GFE early to need ....................................... | | [−79,200] | | | |

78

WASHSTATEC014387

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | LUSV program decrease | | [−43,000] | | | |
| | | MUSV program increase | | [43,000] | | | |
| | | Reduce one LUSV | | [−86,500] | | [−86,500] | |
| | | VLS concept design and LLTM early to need | | | | [−110,000] | |
| 035 | 0603506N | SURFACE SHIP TORPEDO DEFENSE | 15,800 | 15,800 | 15,800 | −8,558 | 7,242 |
| | | Excess sundown costs | | | | [−8,558] | |
| 036 | 0603512N | CARRIER SYSTEMS DEVELOPMENT | 4,997 | 4,997 | 4,997 | | 4,997 |
| 037 | 0603525N | PILOT FISH | 291,148 | 291,148 | 291,148 | −104,820 | 186,328 |
| | | Program adjustment | | | | [−104,820] | |
| 038 | 0603527N | RETRACT LARCH | 11,980 | 11,980 | 11,980 | | 11,980 |
| 039 | 0603536N | RETRACT JUNIPER | 129,163 | 129,163 | 129,163 | | 129,163 |
| 040 | 0603542N | RADIOLOGICAL CONTROL | 689 | 689 | 689 | | 689 |
| 041 | 0603553N | SURFACE ASW | 1,137 | 1,137 | 1,137 | | 1,137 |
| 042 | 0603561N | ADVANCED SUBMARINE SYSTEM DEVELOPMENT | 148,756 | 148,756 | 153,756 | −28,710 | 120,046 |
| | | Program decrease | | | | [−19,000] | |
| | | Project 2033: Test site emergent repairs | | | [5,000] | | |
| | | Project 9710: Unjustified new start | | | | [−9,710] | |
| 043 | 0603562N | SUBMARINE TACTICAL WARFARE SYSTEMS | 11,192 | 11,192 | 11,192 | | 11,192 |
| 044 | 0603563N | SHIP CONCEPT ADVANCED DESIGN | 81,846 | 67,846 | 57,846 | −24,000 | 57,846 |
| | | Early to need | | | [−24,000] | | |
| | | Future surface combatant concept development | | [−24,000] | | [−24,000] | |
| | | Program increase | | [5,000] | | | |
| | | Program increase—moving target defense | | [5,000] | | | |
| 045 | 0603564N | SHIP PRELIMINARY DESIGN & FEASIBILITY STUDIES | 69,084 | 59,084 | 22,484 | −46,500 | 22,584 |
| | | Early to need | | | [−46,600] | [−46,500] | |
| | | Program decrease | | [−10,000] | | | |
| 046 | 0603570N | ADVANCED NUCLEAR POWER SYSTEMS | 181,652 | 181,652 | 181,652 | | 181,652 |
| 047 | 0603573N | ADVANCED SURFACE MACHINERY SYSTEMS | 25,408 | 30,408 | 150,408 | 130,000 | 155,408 |
| | | Program increase | | [5,000] | | [5,000] | |
| | | Surface combatant component-level prototyping | | | | [125,000] | [125,000] |
| 048 | 0603576N | CHALK EAGLE | 64,877 | 64,877 | 64,877 | | 64,877 |
| 049 | 0603581N | LITTORAL COMBAT SHIP (LCS) | 9,934 | 9,934 | 9,934 | | 9,934 |

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 050 | 0603582N | COMBAT SYSTEM INTEGRATION | 17,251 | 17,251 | 17,251 | | 17,251 |
| 051 | 0603595N | OHIO REPLACEMENT | 419,051 | 419,051 | 434,051 | 15,000 | 434,051 |
| | | Accelerate advanced propulsor development | | | [15,000] | [15,000] | |
| 052 | 0603596N | LCS MISSION MODULES | 108,505 | 108,505 | 103,505 | −2,910 | 105,595 |
| | | Available prior year funds due to SUW MP testing delay | | | [−5,000] | [−2,910] | |
| 053 | 0603597N | AUTOMATED TEST AND ANALYSIS | 7,653 | 7,653 | 7,653 | | 7,653 |
| 054 | 0603599N | FRIGATE DEVELOPMENT | 59,007 | 59,007 | 59,007 | | 59,007 |
| 055 | 0603609N | CONVENTIONAL MUNITIONS | 9,988 | 9,988 | 9,988 | | 9,988 |
| 056 | 0603635M | MARINE CORPS GROUND COMBAT/SUPPORT SYSTEM | 86,464 | 11,464 | 86,464 | −69,987 | 16,477 |
| | | Insufficient justification and contract delay | | [−75,000] | | [−69,987] | |
| 057 | 0603654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 33,478 | 33,478 | 33,478 | | 33,478 |
| 058 | 0603713N | OCEAN ENGINEERING TECHNOLOGY DEVELOPMENT | 5,619 | 5,619 | 5,619 | | 5,619 |
| 059 | 0603721N | ENVIRONMENTAL PROTECTION | 20,564 | 20,564 | 20,564 | | 20,564 |
| 060 | 0603724N | NAVY ENERGY PROGRAM | 26,514 | 49,514 | 26,514 | 23,000 | 49,514 |
| | | Battery development and safety enterprise | | [13,000] | | [13,000] | |
| | | Marine energy systems for sensors and microgrids | | [10,000] | | [10,000] | |
| 061 | 0603725N | FACILITIES IMPROVEMENT | 3,440 | 3,440 | 3,440 | | 3,440 |
| 062 | 0603734N | CHALK CORAL | 346,800 | 346,800 | 346,800 | −36,400 | 310,400 |
| | | Insufficient budget justification | | | | [−36,400] | |
| 063 | 0603739N | NAVY LOGISTIC PRODUCTIVITY | 3,857 | 3,857 | 3,857 | | 3,857 |
| 064 | 0603746N | RETRACT MAPLE | 258,519 | 258,519 | 258,519 | | 258,519 |
| 065 | 0603748N | LINK PLUMERIA | 403,909 | 403,909 | 403,909 | −7,400 | 396,509 |
| | | Insufficient budget justification | | | | [−7,400] | |
| 066 | 0603751N | RETRACT ELM | 63,434 | 63,434 | 63,434 | | 63,434 |
| 067 | 0603764N | LINK EVERGREEN | 184,110 | 184,110 | 184,110 | | 184,110 |
| 068 | 0603790N | NATO RESEARCH AND DEVELOPMENT | 7,697 | 7,697 | 7,697 | | 7,697 |
| 069 | 0603795N | LAND ATTACK TECHNOLOGY | 9,086 | 9,086 | 9,086 | | 9,086 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 070 | 0603851M | JOINT NON-LETHAL WEAPONS TESTING .......................... | 28,466 | 28,466 | 28,466 | | 28,466 |
| 071 | 0603860N | JOINT PRECISION APPROACH AND LANDING SYSTEMS—DEM/VAL ........... | 51,341 | 51,341 | 51,341 | | 51,341 |
| 072 | 0603925N | DIRECTED ENERGY AND ELECTRIC WEAPON SYSTEMS ............ | 118,169 | 118,169 | 118,169 | | 118,169 |
| 073 | 0604014M | F/A –18 INFRARED SEARCH AND TRACK (IRST) ...................... | 113,456 | 113,456 | 113,456 | –1,000 | 112,456 |
| | | Program delay ............................... | | [–1,000] | | [–1,000] | |
| 074 | 0604027N | DIGITAL WARFARE OFFICE ........................ | 50,120 | 50,120 | 50,120 | –25,000 | 25,120 |
| | | Artificial intelligence development operations unjustified growth ... | | | | [–10,000] | |
| | | Program decrease ............................. | | | | [–15,000] | |
| 075 | 0604028N | SMALL AND MEDIUM UNMANNED UNDERSEA VEHICLES ........... | 32,527 | 32,527 | 32,527 | | 32,527 |
| 076 | 0604029N | UNMANNED UNDERSEA VEHICLE CORE TECHNOLOGIES ........... | 54,376 | 54,376 | 54,376 | | 54,376 |
| 077 | 0604030N | RAPID PROTOTYPING, EXPERIMENTATION AND DEMONSTRATION. ............ | 36,197 | 36,197 | 36,197 | | 36,197 |
| 078 | 0604031N | LARGE UNMANNED UNDERSEA VEHICLES ........................... | 68,310 | 59,810 | 68,310 | | 68,310 |
| | | Early to need ............................. | | [–8,500] | | | |
| 079 | 0604112N | GERALD R. FORD CLASS NUCLEAR AIRCRAFT CARRIER (CVN 78—80) .... | 121,310 | 121,310 | 121,310 | –9,000 | 112,310 |
| | | Integrated digital shipbuilding insufficient budget justification ..... | | | | [–9,000] | |
| 080 | 0604126N | LITTORAL AIRBORNE MCM ............................... | 17,248 | 17,248 | 17,248 | | 17,248 |
| 081 | 0604127N | SURFACE MINE COUNTERMEASURES ......................... | 18,735 | 18,735 | 18,735 | | 18,735 |
| 082 | 0604272N | TACTICAL AIR DIRECTIONAL INFRARED COUNTERMEASURES (TADIRCM) .. | 68,346 | 58,346 | 68,346 | –9,897 | 58,449 |
| | | Excess to need ......................... | | [–10,000] | | [–9,897] | |
| 084 | 0604289M | NEXT GENERATION LOGISTICS ............................. | 4,420 | 4,420 | 13,420 | 9,000 | 13,420 |
| | | Additive manufacturing logistics software pilot ............ | | | [9,000] | [9,000] | |
| 085 | 0604320M | RAPID TECHNOLOGY CAPABILITY PROTOTYPE ............................. | 4,558 | 4,558 | 4,558 | | 4,558 |
| 086 | 0604454N | LX (R) .................................... | 12,500 | 12,500 | 12,500 | | 12,500 |
| 087 | 0604536N | ADVANCED UNDERSEA PROTOTYPING ......................... | 181,967 | 174,437 | 181,967 | | 181,967 |
| | | ORCA XLUUV prior year carryover .................... | | [–7,530] | | | |
| 088 | 0604636N | COUNTER UNMANNED AIRCRAFT SYSTEMS (C-UAS) ................. | 5,500 | 5,500 | 5,500 | | 5,500 |
| 089 | 0604659N | PRECISION STRIKE WEAPONS DEVELOPMENT PROGRAM ................. | 718,148 | 638,148 | 723,148 | –30,000 | 688,148 |
| | | Excess growth ............................. | | [–80,000] | | [–30,000] | |
| | | Increase for SLCM-N AOA ............................. | | | [5,000] | | |
| 090 | 0604707N | SPACE AND ELECTRONIC WARFARE (SEW) ARCHITECTURE/ENGINEERING SUPPORT. | 5,263 | 5,263 | 5,263 | | 5,263 |
| 091 | 0604786N | OFFENSIVE ANTI-SURFACE WARFARE WEAPON DEVELOPMENT ................. | 65,419 | 65,419 | 65,419 | | 65,419 |

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 092 | 0303354N | ASW SYSTEMS DEVELOPMENT—MIP ............................... | 9,991 | 9,991 | 9,991 | | 9,991 |
| 093 | 0304240N | ADVANCED TACTICAL UNMANNED AIRCRAFT SYSTEM ............... | 21,157 | 39,657 | 21,157 | 18,500 | 39,657 |
| | | KMAX Large Unmanned Logistics System USMC unfunded priority | | [18,500] | | [18,500] | |
| 095 | 0304270N | ELECTRONIC WARFARE DEVELOPMENT—MIP ....................... | 609 | 609 | 609 | | 609 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES ....** | **5,559,062** | **5,204,732** | **5,275,962** | **−399,182** | **5,159,880** |
| | | | | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | | | | |
| 096 | 0603208N | TRAINING SYSTEM AIRCRAFT ...................................... | 15,514 | 15,514 | 15,514 | | 15,514 |
| 097 | 0604212N | OTHER HELO DEVELOPMENT ....................................... | 28,835 | 28,835 | 28,835 | | 28,835 |
| 098 | 0604214M | AV–8B AIRCRAFT—ENG DEV ...................................... | 27,441 | 27,441 | 27,441 | | 27,441 |
| 100 | 0604215N | STANDARDS DEVELOPMENT ........................................ | 3,642 | 3,642 | 3,642 | | 3,642 |
| 101 | 0604216N | MULTI-MISSION HELICOPTER UPGRADE DEVELOPMENT ............. | 19,196 | 19,196 | 19,196 | | 19,196 |
| 104 | 0604230N | WARFARE SUPPORT SYSTEM ....................................... | 8,601 | 8,601 | 8,601 | | 8,601 |
| 105 | 0604231N | TACTICAL COMMAND SYSTEM ...................................... | 77,232 | 77,232 | 77,232 | | 77,232 |
| 106 | 0604234M | ADVANCED HAWKEYE ............................................. | 232,752 | 232,752 | 232,752 | | 232,752 |
| 107 | 0604245M | H–1 UPGRADES ................................................... | 65,359 | 64,859 | 65,359 | | 65,359 |
| | | Support cost growth ............................................ | | [−500] | | | |
| 109 | 0604261N | ACOUSTIC SEARCH SENSORS ...................................... | 47,013 | 47,013 | 47,013 | | 47,013 |
| 110 | 0604262N | V–22A ........................................................... | 185,105 | 172,105 | 190,605 | 5,000 | 190,105 |
| | | Excess to need ................................................. | | [−13,000] | | | |
| | | Increase reliability and reduce vibrations of V–22 nacelles .......... | | | [5,500] | [5,000] | |
| 111 | 0604264N | AIR CREW SYSTEMS DEVELOPMENT ............................... | 21,172 | 21,172 | 21,172 | | 21,172 |
| 112 | 0604269N | EA–18 ........................................................... | 143,585 | 123,585 | 143,585 | −10,000 | 133,585 |
| | | Unjustified cost growth ......................................... | | [−20,000] | | [−10,000] | |
| 113 | 0604270N | ELECTRONIC WARFARE DEVELOPMENT ............................ | 116,811 | 109,651 | 116,811 | −7,160 | 109,651 |
| | | Unjustified request ............................................. | | [−7,160] | | [−7,160] | |
| 114 | 0604273M | EXECUTIVE HELO DEVELOPMENT .................................. | 187,436 | 187,436 | 187,436 | | 187,436 |

82

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 116 | 0604274N | NEXT GENERATION JAMMER (NGJ) .......................................... | 524,261 | 443,261 | 524,261 | −76,000 | 448,261 |
| | | Underexecution ................................................................. | | [−81,000] | | [−76,000] | |
| 117 | 0604280N | JOINT TACTICAL RADIO SYSTEM—NAVY (JTRS-NAVY) ................ | 192,345 | 190,845 | 192,345 | −1,500 | 190,845 |
| | | Early to need ...................................................................... | | [−1,500] | | [−1,500] | |
| 118 | 0604282N | NEXT GENERATION JAMMER (NGJ) INCREMENT II ..................... | 111,068 | 111,068 | 111,068 | −20,146 | 90,922 |
| | | Program reduction .............................................................. | | | | [−20,146] | |
| 119 | 0604307N | SURFACE COMBATANT COMBAT SYSTEM ENGINEERING ............. | 415,625 | 415,625 | 415,625 | −1,941 | 413,684 |
| | | Aegis development support studies and analysis early to need ..... | | | | [−1,941] | |
| 120 | 0604311N | LPD–17 CLASS SYSTEMS INTEGRATION ................................... | 640 | 640 | 640 | | 640 |
| 121 | 0604329N | SMALL DIAMETER BOMB (SDB) ............................................... | 50,096 | 50,096 | 50,096 | | 50,096 |
| 122 | 0604366N | STANDARD MISSILE IMPROVEMENTS ......................................... | 232,391 | 232,391 | 232,391 | | 232,391 |
| 123 | 0604373N | AIRBORNE MCM .................................................................... | 10,916 | 10,916 | 10,916 | | 10,916 |
| 124 | 0604378N | NAVAL INTEGRATED FIRE CONTROL—COUNTER AIR SYSTEMS ENGINEER-ING. | 33,379 | 33,379 | 33,379 | | 33,379 |
| 125 | 0604501N | ADVANCED ABOVE WATER SENSORS ....................................... | 34,554 | 34,554 | 34,554 | | 34,554 |
| 126 | 0604503N | SSN–688 AND TRIDENT MODERNIZATION .................................. | 84,663 | 84,663 | 84,663 | | 84,663 |
| 127 | 0604504N | AIR CONTROL ....................................................................... | 44,923 | 44,923 | 44,923 | | 44,923 |
| 128 | 0604512N | SHIPBOARD AVIATION SYSTEMS .............................................. | 10,632 | 10,632 | 10,632 | | 10,632 |
| 129 | 0604518N | COMBAT INFORMATION CENTER CONVERSION ............................ | 16,094 | 16,094 | 16,094 | | 16,094 |
| 130 | 0604522N | AIR AND MISSILE DEFENSE RADAR (AMDR) SYSTEM ................. | 55,349 | 55,349 | 55,349 | −3,000 | 52,349 |
| | | Engineering changes testing and evaluation early to need ........... | | | | [−3,000] | |
| 131 | 0604530N | ADVANCED ARRESTING GEAR (AAG) ........................................ | 123,490 | 123,490 | 123,490 | | 123,490 |
| 132 | 0604558N | NEW DESIGN SSN ................................................................. | 121,010 | 121,010 | 121,010 | 100,000 | 221,010 |
| | | Accelerate capability development ............................................ | | | | [100,000] | |
| 133 | 0604562N | SUBMARINE TACTICAL WARFARE SYSTEM ................................ | 62,426 | 62,426 | 62,426 | | 62,426 |
| 134 | 0604567N | SHIP CONTRACT DESIGN/ LIVE FIRE T&E ................................ | 46,809 | 56,809 | 46,809 | | 46,809 |
| | | Program increase ................................................................ | | [10,000] | | | |
| 135 | 0604574N | NAVY TACTICAL COMPUTER RESOURCES .................................. | 3,692 | 3,692 | 3,692 | | 3,692 |
| 137 | 0604601N | MINE DEVELOPMENT .............................................................. | 28,964 | 28,964 | 100,264 | | 28,964 |
| | | UPL Quickstrike JDAM ER ...................................................... | | | [71,300] | | |
| 138 | 0604610N | LIGHTWEIGHT TORPEDO DEVELOPMENT .................................... | 148,349 | 127,349 | 148,349 | −32,808 | 115,541 |
| | | Excess to need ................................................................... | | [−21,000] | | [−32,808] | |

83

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 139 | 0604654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 8,237 | 8,237 | 8,237 | | 8,237 |
| 140 | 0604657M | USMC GROUND COMBAT/SUPPORTING ARMS SYSTEMS—ENG DEV | 22,000 | 22,000 | 22,000 | | 22,000 |
| 141 | 0604703N | PERSONNEL, TRAINING, SIMULATION, AND HUMAN FACTORS | 5,500 | 5,500 | 5,500 | | 5,500 |
| 142 | 0604727N | JOINT STANDOFF WEAPON SYSTEMS | 18,725 | 16,225 | 18,725 | −2,500 | 16,225 |
| | | Excess to need | | [−2,500] | | [−2,500] | |
| 143 | 0604755N | SHIP SELF DEFENSE (DETECT & CONTROL) | 192,603 | 192,603 | 192,603 | −12,518 | 180,085 |
| | | Project 2178 prior year carryover | | | | [−12,518] | |
| 144 | 0604756N | SHIP SELF DEFENSE (ENGAGE: HARD KILL) | 137,268 | 137,268 | 137,268 | −15,638 | 121,630 |
| | | Project 2070 excess test assets | | | | [−15,638] | |
| 145 | 0604757N | SHIP SELF DEFENSE (ENGAGE: SOFT KILL/EW) | 97,363 | 97,363 | 97,363 | | 97,363 |
| 146 | 0604761N | INTELLIGENCE ENGINEERING | 26,710 | 26,710 | 26,710 | | 26,710 |
| 147 | 0604771N | MEDICAL DEVELOPMENT | 8,181 | 13,181 | 8,181 | | 8,181 |
| | | Enterotoxigenic escherichia coli research | | [5,000] | | | |
| 148 | 0604777N | NAVIGATION/ID SYSTEM | 40,755 | 40,755 | 40,755 | | 40,755 |
| 149 | 0604800N | JOINT STRIKE FIGHTER (JSF)—EMD | 1,710 | 1,710 | 1,710 | | 1,710 |
| 150 | 0604800N | JOINT STRIKE FIGHTER (JSF)—EMD | 1,490 | 1,490 | 1,490 | | 1,490 |
| 153 | 0605013M | INFORMATION TECHNOLOGY DEVELOPMENT | 1,494 | 1,494 | 1,494 | | 1,494 |
| 154 | 0605013N | INFORMATION TECHNOLOGY DEVELOPMENT | 384,162 | 370,662 | 328,762 | −115,798 | 268,364 |
| | | eProcurement program duplication | | | [−55,400] | | |
| | | Program decrease | | | | [−36,000] | |
| | | Unjustified growth over FY19 projection | | [−13,500] | | [−79,798] | |
| 155 | 0605024N | ANTI-TAMPER TECHNOLOGY SUPPORT | 4,882 | 4,882 | 4,882 | | 4,882 |
| 156 | 0605212M | CH–53K RDTE | 516,955 | 496,955 | 506,955 | | 516,955 |
| | | Early to need | | | [−10,000] | | |
| | | Excess to need | | [−20,000] | | | |
| 158 | 0605215N | MISSION PLANNING | 75,886 | 75,886 | 75,886 | | 75,886 |
| 159 | 0605217N | COMMON AVIONICS | 43,187 | 43,187 | 43,187 | | 43,187 |

84

WASHSTATEC014393

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 160 | 0605220N | SHIP TO SHORE CONNECTOR (SSC) ................................................ | 4,909 | 4,909 | 19,909 | 15,000 | 19,909 |
| | | Expand development and use of composite materials .................. | | | [15,000] | [15,000] | |
| 161 | 0605327N | T-AO 205 CLASS .......................................................................... | 1,682 | 1,682 | 1,682 | | 1,682 |
| 162 | 0605414N | UNMANNED CARRIER AVIATION (UCA) .............................................. | 671,258 | 671,258 | 671,258 | −14,160 | 657,098 |
| | | UMCS excess to need .......................................................... | | | | [−14,160] | |
| 163 | 0605450M | JOINT AIR-TO-GROUND MISSILE (JAGM) ........................................... | 18,393 | 12,393 | 18,393 | | 18,393 |
| | | Schedule delays .................................................................. | | [−6,000] | | | |
| 165 | 0605500N | MULTI-MISSION MARITIME AIRCRAFT (MMA) ...................................... | 21,472 | 21,472 | 21,472 | | 21,472 |
| 166 | 0605504N | MULTI-MISSION MARITIME (MMA) INCREMENT III ............................. | 177,234 | 177,234 | 177,234 | | 177,234 |
| 167 | 0605611M | MARINE CORPS ASSAULT VEHICLES SYSTEM DEVELOPMENT & DEM-ONSTRATION. | 77,322 | 69,121 | 77,322 | −8,201 | 69,121 |
| | | Early to need .................................................................... | | [−2,201] | | [−2,201] | |
| | | Excess growth .................................................................... | | [−6,000] | | [−6,000] | |
| 168 | 0605813M | JOINT LIGHT TACTICAL VEHICLE (JLTV) SYSTEM DEVELOPMENT & DEM-ONSTRATION. | 2,105 | 2,105 | 2,105 | | 2,105 |
| 169 | 0204202N | DDG−1000 ................................................................................. | 111,435 | 111,435 | 111,435 | | 111,435 |
| 172 | 0304785N | TACTICAL CRYPTOLOGIC SYSTEMS .................................................. | 101,339 | 101,339 | 101,339 | | 101,339 |
| 173 | 0306250M | CYBER OPERATIONS TECHNOLOGY DEVELOPMENT ................................ | 26,406 | 26,406 | 26,406 | | 26,406 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION** ..................... | **6,332,033** | **6,152,672** | **6,358,433** | **−201,370** | **6,130,663** |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 174 | 0604256N | THREAT SIMULATOR DEVELOPMENT ............................................... | 66,678 | 66,678 | 66,678 | | 66,678 |
| 175 | 0604258N | TARGET SYSTEMS DEVELOPMENT ................................................. | 12,027 | 12,027 | 12,027 | | 12,027 |
| 176 | 0604759N | MAJOR T&E INVESTMENT ............................................................. | 85,348 | 85,348 | 85,348 | | 85,348 |
| 178 | 0605152N | STUDIES AND ANALYSIS SUPPORT—NAVY ....................................... | 3,908 | 3,908 | 3,908 | | 3,908 |
| 179 | 0605154N | CENTER FOR NAVAL ANALYSES ...................................................... | 47,669 | 47,669 | 47,669 | | 47,669 |
| 180 | 0605285N | NEXT GENERATION FIGHTER ......................................................... | 20,698 | 20,698 | 20,698 | | 20,698 |
| 182 | 0605804N | TECHNICAL INFORMATION SERVICES ............................................... | 988 | 988 | 988 | | 988 |
| 183 | 0605853N | MANAGEMENT, TECHNICAL & INTERNATIONAL SUPPORT ........................ | 102,401 | 102,401 | 102,401 | | 102,401 |
| 184 | 0605856N | STRATEGIC TECHNICAL SUPPORT .................................................. | 3,742 | 3,742 | 3,742 | | 3,742 |
| 186 | 0605863N | RDT&E SHIP AND AIRCRAFT SUPPORT .......................................... | 93,872 | 93,872 | 93,872 | | 93,872 |
| 187 | 0605864N | TEST AND EVALUATION SUPPORT .................................................. | 394,020 | 394,020 | 394,020 | | 394,020 |

85

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 188 | 0605865N | OPERATIONAL TEST AND EVALUATION CAPABILITY | 25,145 | 25,145 | 25,145 | | 25,145 |
| 189 | 0605866N | NAVY SPACE AND ELECTRONIC WARFARE (SEW) SUPPORT | 15,773 | 15,773 | 15,773 | | 15,773 |
| 190 | 0605867N | SEW SURVEILLANCE/RECONNAISSANCE SUPPORT | 8,402 | 8,402 | 8,402 | | 8,402 |
| 191 | 0605873N | MARINE CORPS PROGRAM WIDE SUPPORT | 37,265 | 29,265 | 37,265 | −8,000 | 29,265 |
| | | Unjustified growth | | [−8,000] | | [−8,000] | |
| 192 | 0605898N | MANAGEMENT HQ—R&D | 39,673 | 39,673 | 39,673 | | 39,673 |
| 193 | 0606355N | WARFARE INNOVATION MANAGEMENT | 28,750 | 28,750 | 28,750 | | 28,750 |
| 196 | 0305327N | INSIDER THREAT | 2,645 | 2,645 | 2,645 | | 2,645 |
| 197 | 0902498N | MANAGEMENT HEADQUARTERS (DEPARTMENTAL SUPPORT ACTIVITIES) | 1,460 | 1,460 | 1,460 | | 1,460 |
| | | SUBTOTAL MANAGEMENT SUPPORT | 990,464 | 982,464 | 990,464 | −8,000 | 982,464 |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | | | | |
| | | **UNDISTRIBUTED** | | | | | |
| 202 | 0604227N | HARPOON MODIFICATIONS | 2,302 | 2,302 | 2,302 | | 2,302 |
| 203 | 0604840M | F–35 C2D2 | 422,881 | 422,881 | 422,881 | | 422,881 |
| 204 | 0604840N | F–35 C2D2 | 383,741 | 383,741 | 383,741 | | 383,741 |
| 205 | 0607658N | COOPERATIVE ENGAGEMENT CAPABILITY (CEC) | 127,924 | 127,924 | 127,924 | | 127,924 |
| 207 | 0101221N | STRATEGIC SUB & WEAPONS SYSTEM SUPPORT | 157,676 | 157,676 | 157,676 | −44,184 | 113,492 |
| | | D5LE2 unjustified request | | | | [−44,184] | |
| 208 | 0101224N | SSBN SECURITY TECHNOLOGY PROGRAM | 43,354 | 43,354 | 43,354 | | 43,354 |
| 209 | 0101226N | SUBMARINE ACOUSTIC WARFARE DEVELOPMENT | 6,815 | 6,815 | 6,815 | | 6,815 |
| 210 | 0101402N | NAVY STRATEGIC COMMUNICATIONS | 31,174 | 31,174 | 31,174 | | 31,174 |
| 211 | 0204136N | F/A–18 SQUADRONS | 213,715 | 216,215 | 213,715 | −5,500 | 208,215 |
| | | Block III support prior year carryover | | [−7,500] | | [−7,500] | |
| | | Jet noise reduction research | | [10,000] | | [2,000] | |
| 213 | 0204228N | SURFACE SUPPORT | 36,389 | 45,389 | 36,389 | | 36,389 |
| | | WSN–12 Technology Insertion | | [9,000] | | | |

86

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 214 | 0204229N | TOMAHAWK AND TOMAHAWK MISSION PLANNING CENTER (TMPC) | 320,134 | 320,134 | 320,134 | −33,335 | 286,799 |
| | | JMEWS schedule delays | | | | [−12,098] | |
| | | Maritime strike schedule delays | | | | [−21,237] | |
| 215 | 0204311N | INTEGRATED SURVEILLANCE SYSTEM | 88,382 | 88,382 | 103,382 | 15,000 | 103,382 |
| | | Additional TRAPS units | | | [15,000] | [15,000] | |
| 216 | 0204313N | SHIP-TOWED ARRAY SURVEILLANCE SYSTEMS | 14,449 | 14,449 | 14,449 | | 14,449 |
| 217 | 0204413N | AMPHIBIOUS TACTICAL SUPPORT UNITS (DISPLACEMENT CRAFT) | 6,931 | 6,931 | 6,931 | | 6,931 |
| 218 | 0204460M | GROUND/AIR TASK ORIENTED RADAR (G/ATOR) | 23,891 | 23,891 | 23,891 | | 23,891 |
| 219 | 0204571N | CONSOLIDATED TRAINING SYSTEMS DEVELOPMENT | 129,873 | 129,873 | 129,873 | | 129,873 |
| 221 | 0204575N | ELECTRONIC WARFARE (EW) READINESS SUPPORT | 82,325 | 62,325 | 82,325 | −19,891 | 62,434 |
| | | Prior year carryover | | [−20,000] | | [−19,891] | |
| 222 | 0205601N | HARM IMPROVEMENT | 138,431 | 132,431 | 138,431 | −6,060 | 132,371 |
| | | AARGM ER test schedule discrepancy | | [−6,000] | | [−6,060] | |
| 224 | 0205620N | SURFACE ASW COMBAT SYSTEM INTEGRATION | 29,572 | 29,572 | 29,572 | | 29,572 |
| 225 | 0205632N | MK−48 ADCAP | 85,973 | 85,973 | 85,973 | | 85,973 |
| 226 | 0205633N | AVIATION IMPROVEMENTS | 125,461 | 125,461 | 125,461 | | 125,461 |
| 227 | 0205675N | OPERATIONAL NUCLEAR POWER SYSTEMS | 106,192 | 106,192 | 106,192 | | 106,192 |
| 228 | 0206313M | MARINE CORPS COMMUNICATIONS SYSTEMS | 143,317 | 134,317 | 143,317 | −9,000 | 134,317 |
| | | Program delay | | [−9,000] | | [−9,000] | |
| 229 | 0206335M | COMMON AVIATION COMMAND AND CONTROL SYSTEM (CAC2S) | 4,489 | 4,489 | 4,489 | | 4,489 |
| 230 | 0206623M | MARINE CORPS GROUND COMBAT/SUPPORTING ARMS SYSTEMS | 51,788 | 51,788 | 51,788 | | 51,788 |
| 231 | 0206624M | MARINE CORPS COMBAT SERVICES SUPPORT | 37,761 | 37,761 | 42,761 | 5,000 | 42,761 |
| | | Airborne Power Generation Tech Development | | | [5,000] | [5,000] | |
| 232 | 0206625M | USMC INTELLIGENCE/ELECTRONIC WARFARE SYSTEMS (MIP) | 21,458 | 21,458 | 21,458 | | 21,458 |
| 233 | 0206629M | AMPHIBIOUS ASSAULT VEHICLE | 5,476 | 5,476 | 5,476 | | 5,476 |
| 234 | 0207161N | TACTICAL AIM MISSILES | 19,488 | 19,488 | 19,488 | | 19,488 |
| 235 | 0207163N | ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM) | 39,029 | 34,529 | 39,029 | | 39,029 |
| | | Prior year carryover | | [−4,500] | | | |
| 239 | 0303109N | SATELLITE COMMUNICATIONS (SPACE) | 34,344 | 34,344 | 34,344 | | 34,344 |
| 240 | 0303138N | CONSOLIDATED AFLOAT NETWORK ENTERPRISE SERVICES (CANES) | 22,873 | 22,873 | 22,873 | | 22,873 |
| 241 | 0303140N | INFORMATION SYSTEMS SECURITY PROGRAM | 41,853 | 41,853 | 41,853 | | 41,853 |
| 243 | 0305192N | MILITARY INTELLIGENCE PROGRAM (MIP) ACTIVITIES | 8,913 | 8,913 | 8,913 | | 8,913 |

87

November 23, 2019 (1:06 a.m.)

88

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 244 | 0305204N | TACTICAL UNMANNED AERIAL VEHICLES ............................................ | 9,451 | 9,451 | 9,451 | | 9,451 |
| 245 | 0305205N | UAS INTEGRATION AND INTEROPERABILITY ..................................... | 42,315 | 42,315 | 42,315 | | 42,315 |
| 246 | 0305208M | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS ..................... | 22,042 | 22,042 | 22,042 | | 22,042 |
| 248 | 0305220N | MQ–4C TRITON ............................................................................ | 11,784 | 11,784 | 11,784 | | 11,784 |
| 249 | 0305231N | MQ–8 UAV .................................................................................. | 29,618 | 29,618 | 29,618 | | 29,618 |
| 250 | 0305232N | RQ–11 UAV .................................................................................. | 509 | 509 | 509 | | 509 |
| 251 | 0305234N | SMALL (LEVEL 0) TACTICAL UAS (STUASLO) ................................ | 11,545 | 11,545 | 11,545 | | 11,545 |
| 252 | 0305239M | RQ–21A ...................................................................................... | 10,914 | 10,914 | 10,914 | | 10,914 |
| 253 | 0305241N | MULTI-INTELLIGENCE SENSOR DEVELOPMENT ............................... | 70,612 | 70,612 | 70,612 | | 70,612 |
| 254 | 0305242M | UNMANNED AERIAL SYSTEMS (UAS) PAYLOADS (MIP) .................... | 3,704 | 3,704 | 3,704 | | 3,704 |
| 255 | 0305421N | RQ–4 MODERNIZATION .................................................................. | 202,346 | 202,346 | 202,346 | −16,900 | 185,446 |
| | | IFC 5.0 concurrency ...................................................................... | | | | [−16,900] | |
| 256 | 0308601N | MODELING AND SIMULATION SUPPORT ........................................ | 7,119 | 7,119 | 7,119 | | 7,119 |
| 257 | 0702207N | DEPOT MAINTENANCE (NON-IF) ................................................... | 38,182 | 38,182 | 38,182 | | 38,182 |
| 258 | 0708730N | MARITIME TECHNOLOGY (MARITECH) ........................................... | 6,779 | 6,779 | 6,779 | | 6,779 |
| 259 | 1203109N | SATELLITE COMMUNICATIONS (SPACE) ......................................... | 15,868 | 15,868 | 15,868 | | 15,868 |
| 259A | 9999999999 | CLASSIFIED PROGRAMS ................................................................ | 1,613,137 | 1,613,137 | 1,613,137 | | 1,613,137 |
| | | SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT ......................... | 5,104,299 | 5,076,299 | 5,124,299 | −114,870 | 4,989,429 |
| | | SUBTOTAL UNDISTRIBUTED ......................................................... | | −28,000 | 20,000 | −114,870 | −114,870 |
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY ............. | 20,270,499 | 19,868,808 | 20,066,799 | −595,895 | 19,674,604 |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF**<br>**BASIC RESEARCH** | | | | | |
| 001 | 0601102F | DEFENSE RESEARCH SCIENCES ................................................... | 356,107 | 356,107 | 356,107 | | 356,107 |
| 002 | 0601103F | UNIVERSITY RESEARCH INITIATIVES .............................................. | 158,859 | 163,859 | 158,859 | 5,000 | 163,859 |
| | | Program increase ........................................................................ | | [5,000] | | [5,000] | |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

89

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 003 | 0601108F | HIGH ENERGY LASER RESEARCH INITIATIVES | 14,795 | 14,795 | 14,795 | | 14,795 |
| | | SUBTOTAL BASIC RESEARCH | 529,761 | 534,761 | 529,761 | 5,000 | 534,761 |
| | | **APPLIED RESEARCH** | | | | | |
| 004 | 0602102F | MATERIALS | 128,851 | 143,851 | 122,851 | 24,000 | 152,851 |
| | | Advanced materials high energy x-ray | | | [4,000] | [4,000] | |
| | | Advanced materials manufacturing flexible biosensors | | [5,000] | | [5,000] | |
| | | Advanced thermal protection systems | | [5,000] | | [5,000] | |
| | | Duplicative material research | | | [−10,000] | | |
| | | Program increase | | [5,000] | | [10,000] | |
| 005 | 0602201F | AEROSPACE VEHICLE TECHNOLOGIES | 147,724 | 147,724 | 137,724 | | 147,724 |
| | | Reduce program growth | | | [−10,000] | | |
| 006 | 0602202F | HUMAN EFFECTIVENESS APPLIED RESEARCH | 131,795 | 131,795 | 131,795 | | 131,795 |
| 007 | 0602203F | AEROSPACE PROPULSION | 198,775 | 213,775 | 198,775 | 10,000 | 208,775 |
| | | Educational partnership agreements for aerospace propulsion | | [10,000] | | | |
| | | Educational partnership agreements for next generation liquid propulsion. | | | | [5,000] | |
| | | Electrical power/thermal management systems | | [5,000] | | [5,000] | |
| 008 | 0602204F | AEROSPACE SENSORS | 202,912 | 202,912 | 202,912 | | 202,912 |
| 010 | 0602298F | SCIENCE AND TECHNOLOGY MANAGEMENT— MAJOR HEADQUARTERS ACTIVITIES. | 7,968 | 7,968 | 7,968 | | 7,968 |
| 012 | 0602602F | CONVENTIONAL MUNITIONS | 142,772 | 142,772 | 142,772 | | 142,772 |
| 013 | 0602605F | DIRECTED ENERGY TECHNOLOGY | 124,379 | 124,379 | 124,379 | | 124,379 |
| 014 | 0602788F | DOMINANT INFORMATION SCIENCES AND METHODS | 181,562 | 196,562 | 199,062 | 18,000 | 199,562 |
| | | Counter UAS cyber | | | [2,500] | | |
| | | Cyberspace dominance technology research | | | [10,000] | | |
| | | Detection and countering of adversarial UAS | | [5,000] | | [5,000] | |
| | | Quantum Information Science Innovation Center | | [10,000] | | [8,000] | |
| | | Quantum science | | | | [5,000] | [5,000] |
| 015 | 0602890F | HIGH ENERGY LASER RESEARCH | 44,221 | 44,221 | 49,221 | | 44,221 |
| | | High power microwave research | | | [5,000] | | |
| 016 | 1206601F | SPACE TECHNOLOGY | 124,667 | 124,667 | 124,667 | | 124,667 |

WASHSTATEC014398

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | SUBTOTAL APPLIED RESEARCH ........................ | 1,435,626 | 1,480,626 | 1,442,126 | 52,000 | 1,487,626 |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | | | |
| 017 | 0603112F | ADVANCED MATERIALS FOR WEAPON SYSTEMS ........ | 36,586 | 41,586 | 38,586 | 5,000 | 41,586 |
| | | Metals affordability initiative ........................ | | [5,000] | [2,000] | [5,000] | |
| 018 | 0603199F | SUSTAINMENT SCIENCE AND TECHNOLOGY (S&T) ........ | 16,249 | 16,249 | 16,249 | | 16,249 |
| 019 | 0603203F | ADVANCED AEROSPACE SENSORS ........................ | 38,292 | 38,292 | 38,292 | | 38,292 |
| 020 | 0603211F | AEROSPACE TECHNOLOGY DEV/DEMO ........................ | 102,949 | 122,949 | 307,949 | 100,000 | 202,949 |
| | | Accelerate air breathing hypersonic program ........ | | | [75,000] | | |
| | | Active winglets development ........................ | | | [5,000] | | |
| | | Advanced Personnel Recovery ........................ | | | [25,000] | | |
| | | High speed vertical lift demonstration ................ | | [5,000] | | | |
| | | LCAAT ........................ | | | [100,000] | | |
| | | Low cost attritable aircraft technology ................ | | [15,000] | | [100,000] | |
| 021 | 0603216F | AEROSPACE PROPULSION AND POWER TECHNOLOGY ........ | 113,973 | 118,973 | 123,973 | 15,000 | 128,973 |
| | | Advanced turbine engine gas generator ................ | | | [10,000] | [10,000] | |
| | | Electrical power systems ........................ | | [5,000] | | [5,000] | |
| 022 | 0603270F | ELECTRONIC COMBAT TECHNOLOGY ........................ | 48,408 | 48,408 | 38,408 | | 48,408 |
| | | Duplicative EW & PNT research ........................ | | | [−10,000] | | |
| 023 | 0603401F | ADVANCED SPACECRAFT TECHNOLOGY ........................ | 70,525 | 70,525 | 73,525 | 3,000 | 73,525 |
| | | Strategic radiation hardened microelectronic processors ........ | | | [3,000] | [3,000] | |
| 024 | 0603444F | MAUI SPACE SURVEILLANCE SYSTEM (MSSS) ........ | 11,878 | 11,878 | 11,878 | | 11,878 |
| 025 | 0603456F | HUMAN EFFECTIVENESS ADVANCED TECHNOLOGY DEVELOPMENT ........ | 37,542 | 37,542 | 37,542 | | 37,542 |
| 026 | 0603601F | CONVENTIONAL WEAPONS TECHNOLOGY ........................ | 225,817 | 225,817 | 225,817 | | 225,817 |
| 027 | 0603605F | ADVANCED WEAPONS TECHNOLOGY ........................ | 37,404 | 37,404 | 37,404 | | 37,404 |
| 028 | 0603680F | MANUFACTURING TECHNOLOGY PROGRAM ........................ | 43,116 | 59,116 | 50,116 | 23,000 | 66,116 |
| | | Advanced materials and materials manufacturing ........ | | | [7,000] | [7,000] | |

| | | | | | | | |
|---|---|---|---|---:|---:|---:|---:|---:|
| | | Aerospace composites manufacturing | | [10,000] | | [10,000] | |
| | | Program increase | | [6,000] | | [6,000] | |
| 029 | 0603788F | BATTLESPACE KNOWLEDGE DEVELOPMENT AND DEMONSTRATION | 56,414 | 56,414 | 66,414 | | 56,414 |
| | | Cyber applied research | | | [10,000] | | |
| | | SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT | 839,153 | 885,153 | 1,066,153 | 146,000 | 985,153 |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 031 | 0603260F | INTELLIGENCE ADVANCED DEVELOPMENT | 5,672 | 5,672 | 5,672 | | 5,672 |
| 032 | 0603742F | COMBAT IDENTIFICATION TECHNOLOGY | 27,085 | 27,085 | 27,085 | | 27,085 |
| 033 | 0603790F | NATO RESEARCH AND DEVELOPMENT | 4,955 | 4,955 | 4,955 | | 4,955 |
| 034 | 0603851F | INTERCONTINENTAL BALLISTIC MISSILE—DEM/VAL | 44,109 | 44,109 | 44,109 | | 44,109 |
| 036 | 0604002F | AIR FORCE WEATHER SERVICES RESEARCH | 772 | 772 | 772 | | 772 |
| 037 | 0604004F | ADVANCED ENGINE DEVELOPMENT | 878,442 | 849,442 | 878,442 | | 878,442 |
| | | Unjustified budget growth | | [−29,000] | | | |
| 038 | 0604015F | LONG RANGE STRIKE—BOMBER | 3,003,899 | 3,003,899 | 3,003,899 | | 3,003,899 |
| 039 | 0604032F | DIRECTED ENERGY PROTOTYPING | 10,000 | 20,000 | 10,000 | 10,000 | 20,000 |
| | | High-value airborne asset protection | | [10,000] | | [10,000] | |
| 040 | 0604033F | HYPERSONICS PROTOTYPING | 576,000 | 536,000 | 576,000 | | 576,000 |
| | | Program concurrency | | [−40,000] | | | |
| 041 | 0604201F | PNT RESILIENCY, MODS, AND IMPROVEMENTS | 92,600 | 124,600 | 124,600 | 32,000 | 124,600 |
| | | Program increase | | [32,000] | | [32,000] | |
| | | UPL M-CODE acceleration | | | [32,000] | | |
| 042 | 0604257F | ADVANCED TECHNOLOGY AND SENSORS | 23,145 | 23,145 | 23,145 | | 23,145 |
| 043 | 0604288F | NATIONAL AIRBORNE OPS CENTER (NAOC) RECAP | 16,669 | 16,669 | 16,669 | | 16,669 |
| 044 | 0604317F | TECHNOLOGY TRANSFER | 23,614 | 23,614 | 23,614 | | 23,614 |
| 045 | 0604327F | HARD AND DEEPLY BURIED TARGET DEFEAT SYSTEM (HDBTDS) PROGRAM. | 113,121 | 113,121 | 113,121 | | 113,121 |
| 046 | 0604414F | CYBER RESILIENCY OF WEAPON SYSTEMS-ACS | 56,325 | 56,325 | 56,325 | | 56,325 |
| 047 | 0604776F | DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D | 28,034 | 28,034 | 28,034 | | 28,034 |
| 048 | 0604858F | TECH TRANSITION PROGRAM | 128,476 | 128,476 | 134,476 | 6,000 | 134,476 |
| | | Rapid repair | | | [6,000] | [6,000] | |
| 049 | 0605230F | GROUND BASED STRATEGIC DETERRENT | 570,373 | 489,395 | 592,373 | −17,978 | 552,395 |

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Program consolidation ............................................................. | | | [22,000] | | |
| | | Program reduction ................................................................... | | [−103,000] | | [−40,000] | |
| | | Technical adjustment for NC3 ................................................. | | | [22,022] | [22,022] | |
| 050 | 0207100F | LIGHT ATTACK ARMED RECONNAISSANCE (LAAR) SQUADRONS ............... | 35,000 | 35,000 | 85,000 | | 35,000 |
| | | Light attack experiment ........................................................... | | | [50,000] | | |
| 051 | 0207110F | NEXT GENERATION AIR DOMINANCE ........................................... | 1,000,000 | 500,000 | 1,000,000 | −45,000 | 955,000 |
| | | Cost-risk associated with development profile ...................... | | [−500,000] | | [−45,000] | |
| 052 | 0207455F | THREE DIMENSIONAL LONG-RANGE RADAR (3DELRR) ..................... | 37,290 | 37,290 | 37,290 | | 37,290 |
| 053 | 0208099F | UNIFIED PLATFORM (UP) ............................................................ | 10,000 | 10,000 | 10,000 | | 10,000 |
| 054 | 0305236F | COMMON DATA LINK EXECUTIVE AGENT (CDL EA) ......................... | 36,910 | 36,910 | 36,910 | | 36,910 |
| 055 | 0305251F | CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT ................. | 35,000 | 35,000 | 35,000 | | 35,000 |
| 056 | 0305601F | MISSION PARTNER ENVIRONMENTS ............................................ | 8,550 | 8,550 | 8,550 | | 8,550 |
| 057 | 0306250F | CYBER OPERATIONS TECHNOLOGY DEVELOPMENT ......................... | 198,864 | 198,864 | 240,064 | 41,200 | 240,064 |
| | | Accelerate development of Cyber National Mission Force capabilities. | | | [13,600] | [13,600] | |
| | | ETERNALDARKNESS .................................................................. | | | [7,100] | [7,100] | |
| | | Joint Common Access Platform ................................................. | | | [20,500] | [20,500] | |
| 058 | 0306415F | ENABLED CYBER ACTIVITIES ...................................................... | 16,632 | 16,632 | 16,632 | | 16,632 |
| 060 | 0901410F | CONTRACTING INFORMATION TECHNOLOGY SYSTEM ..................... | 20,830 | 20,830 | 20,830 | | 20,830 |
| 061 | 1203164F | NAVSTAR GLOBAL POSITIONING SYSTEM (USER EQUIPMENT) (SPACE) ..... | 329,948 | 329,948 | 329,948 | | 329,948 |
| 062 | 1203710F | EO/IR WEATHER SYSTEMS .......................................................... | 101,222 | 101,222 | 101,222 | | 101,222 |
| 063 | 1206422F | WEATHER SYSTEM FOLLOW-ON ................................................. | 225,660 | 205,660 | 225,660 | −20,000 | 205,660 |
| | | Unjustified growth ................................................................... | | [−20,000] | | [−20,000] | |
| 064 | 1206425F | SPACE SITUATION AWARENESS SYSTEMS ..................................... | 29,776 | 29,776 | 29,776 | | 29,776 |
| 065 | 1206427F | SPACE SYSTEMS PROTOTYPE TRANSITIONS (SSPT) ....................... | 142,045 | 162,045 | 142,045 | | 142,045 |
| | | Accelerate Blackjack prototype demonstration and tech maturation | | [20,000] | | | |
| 067 | 1206438F | SPACE CONTROL TECHNOLOGY .................................................. | 64,231 | 58,231 | 64,231 | −5,000 | 59,231 |

WASHSTATEC014401

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Unjustified growth ........................................................... | | [−6,000] | | [−5,000] | |
| 068 | 1206730F | SPACE SECURITY AND DEFENSE PROGRAM ............................ | 56,385 | 56,385 | 56,385 | | 56,385 |
| 069 | 1206760F | PROTECTED TACTICAL ENTERPRISE SERVICE (PTES) ............ | 105,003 | 105,003 | 95,003 | | 105,003 |
| | | Unjustified growth ........................................................... | | | [−10,000] | | |
| 070 | 1206761F | PROTECTED TACTICAL SERVICE (PTS) .................................. | 173,694 | 166,194 | 163,694 | −10,000 | 163,694 |
| | | Unjustified growth ........................................................... | | [−7,500] | [−10,000] | [−10,000] | |
| 071 | 1206855F | EVOLVED STRATEGIC SATCOM (ESS) ................................... | 172,206 | 172,206 | 172,206 | | 172,206 |
| 072 | 1206857F | SPACE RAPID CAPABILITIES OFFICE ................................... | 33,742 | 30,742 | 33,742 | −10,000 | 23,742 |
| | | Program decrease ............................................................ | | [−3,000] | | [−10,000] | |
| | | SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES .... | 8,436,279 | 7,811,801 | 8,567,479 | −18,778 | 8,417,501 |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | | | | |
| 073 | 0604200F | FUTURE ADVANCED WEAPON ANALYSIS & PROGRAMS ............... | 246,200 | 200 | 97,120 | −246,200 | |
| | | ERWn contract delay ........................................................ | | | [−149,080] | | |
| | | Excess to need ............................................................... | | | | [−246,200] | |
| | | Unjustified requirement .................................................. | | [−246,000] | | | |
| 074 | 0604201F | PNT RESILIENCY, MODS, AND IMPROVEMENTS ...................... | 67,782 | 67,782 | 148,782 | 81,000 | 148,782 |
| | | UPL M-Code Acceleration .................................................. | | | [81,000] | [81,000] | |
| 075 | 0604222F | NUCLEAR WEAPONS SUPPORT .............................................. | 4,406 | 4,406 | 4,406 | | 4,406 |
| 076 | 0604270F | ELECTRONIC WARFARE DEVELOPMENT .................................. | 2,066 | 2,066 | 2,066 | | 2,066 |
| 077 | 0604281F | TACTICAL DATA NETWORKS ENTERPRISE .............................. | 229,631 | 210,331 | 229,631 | −19,300 | 210,331 |
| | | Prior-year carryover ........................................................ | | [−19,300] | | [−19,300] | |
| 078 | 0604287F | PHYSICAL SECURITY EQUIPMENT ....................................... | 9,700 | 9,700 | 9,700 | | 9,700 |
| 079 | 0604329F | SMALL DIAMETER BOMB (SDB)—EMD .................................. | 31,241 | 41,241 | 31,241 | 10,000 | 41,241 |
| | | Program efficiency initiative ........................................... | | [10,000] | | [10,000] | |
| 080 | 0604429F | AIRBORNE ELECTRONIC ATTACK ......................................... | 2 | 2 | 2 | | 2 |
| 081 | 0604602F | ARMAMENT/ORDNANCE DEVELOPMENT .................................. | 28,043 | 22,543 | 28,043 | | 28,043 |
| | | Unjustified requirement (JAGM-F) ................................... | | [−5,500] | | | |
| 082 | 0604604F | SUBMUNITIONS ................................................................... | 3,045 | 3,045 | 3,045 | | 3,045 |
| 083 | 0604617F | AGILE COMBAT SUPPORT ................................................... | 19,944 | 19,944 | 19,944 | | 19,944 |
| 084 | 0604706F | LIFE SUPPORT SYSTEMS ...................................................... | 8,624 | 16,624 | 8,624 | | 8,624 |
| | | Next-gen ejection seat qualification ................................ | | [8,000] | | | |

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 085 | 0604735F | COMBAT TRAINING RANGES | 37,365 | 37,365 | 37,365 | | 37,365 |
| 086 | 0604800F | F-35—EMD | 7,628 | 7,628 | 7,628 | | 7,628 |
| 087 | 0604932F | LONG RANGE STANDOFF WEAPON | 712,539 | 712,539 | 712,539 | | 712,539 |
| 088 | 0604933F | ICBM FUZE MODERNIZATION | 161,199 | 156,199 | 161,199 | | 161,199 |
| | | Program decrease | | [−5,000] | | | |
| 089 | 0605030F | JOINT TACTICAL NETWORK CENTER (JTNC) | 2,414 | 2,414 | 2,414 | | 2,414 |
| 091 | 0605056F | OPEN ARCHITECTURE MANAGEMENT | 30,000 | 30,000 | 30,000 | | 30,000 |
| 093 | 0605221F | KC-46 | 59,561 | 59,561 | 59,561 | | 59,561 |
| 094 | 0605223F | ADVANCED PILOT TRAINING | 348,473 | 348,473 | 348,473 | | 348,473 |
| 095 | 0605229F | COMBAT RESCUE HELICOPTER | 247,047 | 246,047 | 247,047 | | 247,047 |
| | | Support cost growth | | [−1,000] | | | |
| 098 | 0605931F | B-2 DEFENSIVE MANAGEMENT SYSTEM | 294,400 | 294,400 | 294,400 | | 294,400 |
| 099 | 0101125F | NUCLEAR WEAPONS MODERNIZATION | 27,564 | 27,564 | 27,564 | | 27,564 |
| 100 | 0101213F | MINUTEMAN SQUADRONS | 1 | 1 | 1 | | 1 |
| 101 | 0207171F | F-15 EPAWSS | 47,322 | 47,322 | 47,322 | | 47,322 |
| 102 | 0207328F | STAND IN ATTACK WEAPON | 162,840 | 127,840 | 162,840 | | 162,840 |
| | | Unjustified program growth | | [−35,000] | | | |
| 103 | 0207701F | FULL COMBAT MISSION TRAINING | 9,797 | 9,797 | 9,797 | | 9,797 |
| 106 | 0401310F | C-32 EXECUTIVE TRANSPORT RECAPITALIZATION | 9,930 | 9,930 | 9,930 | | 9,930 |
| 107 | 0401319F | VC-25B | 757,923 | 757,923 | 757,923 | | 757,923 |
| 108 | 0701212F | AUTOMATED TEST SYSTEMS | 2,787 | 2,787 | 2,787 | | 2,787 |
| 109 | 1203176F | COMBAT SURVIVOR EVADER LOCATOR | 2,000 | 2,000 | 2,000 | | 2,000 |
| 110 | 1203269F | GPS III FOLLOW-ON (GPS IIIF) | 462,875 | 452,875 | 462,875 | −10,000 | 452,875 |
| | | Unjustified growth | | [−10,000] | | [−10,000] | |
| 111 | 1203940F | SPACE SITUATION AWARENESS OPERATIONS | 76,829 | 56,829 | 76,829 | −20,000 | 56,829 |
| | | GBOSS unjustified growth | | [−20,000] | | [−20,000] | |
| 112 | 1206421F | COUNTERSPACE SYSTEMS | 29,037 | 34,037 | 29,037 | | 29,037 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Counterspace communications systems pre-planned product improvement. | | [5,000] | | | |
| 113 | 1206422F | WEATHER SYSTEM FOLLOW-ON | 2,237 | 2,237 | 2,237 | | 2,237 |
| 114 | 1206425F | SPACE SITUATION AWARENESS SYSTEMS | 412,894 | 362,894 | 412,894 | | 412,894 |
| | | Unexecutable growth | | [−50,000] | | | |
| 115 | 1206426F | SPACE FENCE | | | 20,000 | | |
| | | Space Fence | | | [20,000] | | |
| 116 | 1206431F | ADVANCED EHF MILSATCOM (SPACE) | 117,290 | 117,290 | 117,290 | | 117,290 |
| 117 | 1206432F | POLAR MILSATCOM (SPACE) | 427,400 | 427,400 | 427,400 | −26,000 | 401,400 |
| | | Prior year carryover | | | | [−26,000] | |
| 118 | 1206433F | WIDEBAND GLOBAL SATCOM (SPACE) | 1,920 | 1,920 | 1,920 | | 1,920 |
| 119 | 1206441F | SPACE BASED INFRARED SYSTEM (SBIRS) HIGH EMD | 1 | 1 | 1 | | 1 |
| 120 | 1206442F | NEXT GENERATION OPIR | 1,395,278 | 1,018,878 | 1,395,278 | | 1,395,278 |
| | | Unexecutable funding profile | | [−293,100] | | | |
| | | Unexecutable funding profile (ground) | | [−83,300] | | | |
| 121 | 1206445F | COMMERCIAL SATCOM (COMSATCOM) INTEGRATION | | 10,000 | | 5,000 | 5,000 |
| | | Accelerate integration of COMSATCOM capabilities | | [10,000] | | [5,000] | |
| 122 | 1206853F | NATIONAL SECURITY SPACE LAUNCH PROGRAM (SPACE)—EMD | 432,009 | 432,009 | 432,009 | | 432,009 |
| | | SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION | 6,929,244 | 6,194,044 | 6,881,164 | −225,500 | 6,703,744 |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 123 | 0604256F | THREAT SIMULATOR DEVELOPMENT | 59,693 | 59,693 | 59,693 | | 59,693 |
| 124 | 0604759F | MAJOR T&E INVESTMENT | 181,663 | 183,663 | 232,663 | 38,000 | 219,663 |
| | | Telemetry extension SATCOM relay | | [2,000] | | [2,000] | |
| | | UPL M-Code Acceleration | | | [36,000] | [36,000] | |
| | | Utah training range instrumentation | | | [15,000] | | |
| 125 | 0605101F | RAND PROJECT AIR FORCE | 35,258 | 35,258 | 35,258 | | 35,258 |
| 127 | 0605712F | INITIAL OPERATIONAL TEST & EVALUATION | 13,793 | 13,793 | 13,793 | | 13,793 |
| 128 | 0605807F | TEST AND EVALUATION SUPPORT | 717,895 | 743,395 | 771,895 | | 717,895 |
| | | Accelerate prototype program | | | [5,000] | | |
| | | Facilitates 5G test and evaluation | | | [49,000] | | |
| | | Overwater range telemetry improvements | | [9,500] | | | |

WASHSTATEC014404

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
**(In Thousands of Dollars)**

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|------------------------|
| | | Program increase | | [16,000] | | | |
| 129 | 0605826F | ACQ WORKFORCE- GLOBAL POWER | 258,667 | 258,667 | 258,667 | | 258,667 |
| 130 | 0605827F | ACQ WORKFORCE- GLOBAL VIG & COMBAT SYS | 251,992 | 226,992 | 251,992 | | 251,992 |
| | | Program decrease | | [−25,000] | | | |
| 131 | 0605828F | ACQ WORKFORCE- GLOBAL REACH | 149,191 | 149,191 | 149,191 | | 149,191 |
| 132 | 0605829F | ACQ WORKFORCE- CYBER, NETWORK, & BUS SYS | 235,360 | 235,360 | 235,360 | | 235,360 |
| 133 | 0605830F | ACQ WORKFORCE- GLOBAL BATTLE MGMT | 160,196 | 144,196 | 160,196 | | 160,196 |
| | | Program decrease | | [−16,000] | | | |
| 134 | 0605831F | ACQ WORKFORCE- CAPABILITY INTEGRATION | 220,255 | 198,255 | 220,255 | | 220,255 |
| | | Program decrease | | [−22,000] | | | |
| 135 | 0605832F | ACQ WORKFORCE- ADVANCED PRGM TECHNOLOGY | 42,392 | 42,392 | 42,392 | | 42,392 |
| 136 | 0605833F | ACQ WORKFORCE- NUCLEAR SYSTEMS | 133,231 | 133,231 | 133,231 | | 133,231 |
| 137 | 0605898F | MANAGEMENT HQ—R&D | 5,590 | 5,590 | 5,590 | | 5,590 |
| 138 | 0605976F | FACILITIES RESTORATION AND MODERNIZATION—TEST AND EVALUATION SUPPORT. | 88,445 | 88,445 | 88,445 | | 88,445 |
| 139 | 0605978F | FACILITIES SUSTAINMENT—TEST AND EVALUATION SUPPORT | 29,424 | 29,424 | 29,424 | | 29,424 |
| 140 | 0606017F | REQUIREMENTS ANALYSIS AND MATURATION | 62,715 | 62,715 | 62,715 | | 62,715 |
| 141 | 0606398F | MANAGEMENT HQ—T&E | 5,013 | 5,013 | 5,013 | | 5,013 |
| 142 | 0308602F | ENTEPRISE INFORMATION SERVICES (EIS) | 17,128 | 17,128 | 17,128 | | 17,128 |
| 143 | 0702806F | ACQUISITION AND MANAGEMENT SUPPORT | 5,913 | 5,913 | 5,913 | | 5,913 |
| 144 | 0804731F | GENERAL SKILL TRAINING | 1,475 | 1,475 | 1,475 | | 1,475 |
| 146 | 1001004F | INTERNATIONAL ACTIVITIES | 4,071 | 4,071 | 4,071 | | 4,071 |
| 147 | 1206116F | SPACE TEST AND TRAINING RANGE DEVELOPMENT | 19,942 | 14,942 | 19,942 | | 19,942 |
| | | Unjustified growth | | [−5,000] | | | |
| 148 | 1206392F | SPACE AND MISSILE CENTER (SMC) CIVILIAN WORKFORCE | 167,810 | 167,810 | 167,810 | | 167,810 |
| 149 | 1206398F | SPACE & MISSILE SYSTEMS CENTER—MHA | 10,170 | 10,170 | 10,170 | | 10,170 |
| 150 | 1206860F | ROCKET SYSTEMS LAUNCH PROGRAM (SPACE) | 13,192 | 23,192 | 13,192 | | 13,192 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | Small rockets launch services .......................................... |  | [10,000] |  |  |  |
| 151 | 1206864F | SPACE TEST PROGRAM (STP) ............................................ | 26,097 | 29,097 | 26,097 |  | 26,097 |
|  |  | Small launch |  | [3,000] |  |  |  |
|  |  | SUBTOTAL MANAGEMENT SUPPORT .................................... | 2,916,571 | 2,889,071 | 3,021,571 | 38,000 | 2,954,571 |
|  |  |  |  |  |  |  |  |
|  |  | **OPERATIONAL SYSTEMS DEVELOPMENT** |  |  |  |  |  |
|  |  | **UNDISTRIBUTED** |  |  |  |  |  |
| 152 | 0604003F | ADVANCED BATTLE MANAGEMENT SYSTEM (ABMS) .................... | 35,611 | 20,011 | 84,611 | −2,000 | 33,611 |
|  |  | Accelerates 5G military use .......................................... |  |  | [49,000] |  |  |
|  |  | Program increase—sensor fusion and artificial intelligence technology. |  | [10,000] |  | [8,000] |  |
|  |  | Unjustified request ...................................................... |  | [−25,600] |  | [−10,000] |  |
| 154 | 0604233F | SPECIALIZED UNDERGRADUATE FLIGHT TRAINING ...................... | 2,584 | 2,584 | 2,584 |  | 2,584 |
| 155 | 0604445F | WIDE AREA SURVEILLANCE ............................................... |  | 20,000 |  |  |  |
|  |  | Program increase |  | [20,000] |  |  |  |
| 156 | 0604776F | DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D ...................... | 903 | 903 | 903 |  | 903 |
| 157 | 0604840F | F–35 C2D2 | 694,455 | 694,455 | 694,455 |  | 694,455 |
| 158 | 0605018F | AF INTEGRATED PERSONNEL AND PAY SYSTEM (AF-IPPS) .......... | 40,567 | 30,567 |  |  | 40,567 |
|  |  | Poor agile development ................................................. |  |  | [−40,567] |  |  |
|  |  | Program decrease |  | [−10,000] |  |  |  |
| 159 | 0605024F | ANTI-TAMPER TECHNOLOGY EXECUTIVE AGENCY ...................... | 47,193 | 47,193 | 47,193 |  | 47,193 |
| 160 | 0605117F | FOREIGN MATERIEL ACQUISITION AND EXPLOITATION ............... | 70,083 | 70,083 | 70,083 |  | 70,083 |
| 161 | 0605278F | HC/MC–130 RECAP RDT&E .............................................. | 17,218 | 17,218 | 4,818 |  | 17,218 |
|  |  | Program delay ............................................................ |  |  | [−12,400] |  |  |
| 162 | 0606018F | NC3 INTEGRATION ......................................................... | 25,917 | 25,917 | 25,917 |  | 25,917 |
| 164 | 0101113F | B–52 SQUADRONS ......................................................... | 325,974 | 325,974 | 325,974 |  | 325,974 |
| 165 | 0101122F | AIR-LAUNCHED CRUISE MISSILE (ALCM) .............................. | 10,217 | 10,217 | 10,217 |  | 10,217 |
| 166 | 0101126F | B–1B SQUADRONS ......................................................... | 1,000 | 1,000 | 1,000 |  | 1,000 |
| 167 | 0101127F | B–2 SQUADRONS ........................................................... | 97,276 | 97,276 | 97,276 |  | 97,276 |
| 168 | 0101213F | MINUTEMAN SQUADRONS .................................................. | 128,961 | 106,939 | 106,961 |  | 128,961 |
|  |  | Program consolidation ................................................... |  |  | [−22,000] |  |  |
|  |  | Technical adjustment for NC3 .......................................... |  | [−22,022] |  |  |  |

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 170 | 0101316F | WORLDWIDE JOINT STRATEGIC COMMUNICATIONS ..................................... | 18,177 | 18,177 | 18,177 | | 18,177 |
| 171 | 0101324F | INTEGRATED STRATEGIC PLANNING & ANALYSIS NETWORK ........................ | 24,261 | 24,261 | 24,261 | | 24,261 |
| 172 | 0101328F | ICBM REENTRY VEHICLES ................................................................................ | 75,571 | 75,571 | 75,571 | −34,300 | 41,271 |
| | | Program delay ................................................................................................... | | | | [−34,300] | |
| 174 | 0102110F | UH–1N REPLACEMENT PROGRAM ...................................................................... | 170,975 | 170,975 | 170,975 | | 170,975 |
| 176 | 0205219F | MQ–9 UAV .......................................................................................................... | 154,996 | 154,996 | 154,996 | −27,700 | 127,296 |
| | | Program reduction ............................................................................................ | | | | [−27,700] | |
| 178 | 0207131F | A–10 SQUADRONS ............................................................................................. | 36,816 | 36,816 | 36,816 | | 36,816 |
| 179 | 0207133F | F–16 SQUADRONS ............................................................................................. | 193,013 | 193,013 | 193,013 | | 193,013 |
| 180 | 0207134F | F–15E SQUADRONS ........................................................................................... | 336,079 | 317,779 | 336,079 | −16,250 | 319,829 |
| | | Unjustified F–15C requirements .................................................................... | | [−18,300] | | [−16,250] | |
| 181 | 0207136F | MANNED DESTRUCTIVE SUPPRESSION ............................................................ | 15,521 | 15,521 | 15,521 | | 15,521 |
| 182 | 0207138F | F–22A SQUADRONS ........................................................................................... | 496,298 | 442,498 | 496,298 | | 496,298 |
| | | Excess to requirements .................................................................................. | | [−23,800] | | | |
| | | Prior-year carryover ........................................................................................ | | [−30,000] | | | |
| 183 | 0207142F | F–35 SQUADRONS ............................................................................................. | 99,943 | 99,943 | 99,943 | | 99,943 |
| 184 | 0207161F | TACTICAL AIM MISSILES ................................................................................... | 10,314 | 10,314 | 10,314 | | 10,314 |
| 185 | 0207163F | ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM) ...................... | 55,384 | 55,384 | 55,384 | | 55,384 |
| 186 | 0207227F | COMBAT RESCUE—PARARESCUE .................................................................. | 281 | 281 | 281 | | 281 |
| 187 | 0207247F | AF TENCAP ....................................................................................................... | 21,365 | 21,365 | 21,365 | | 21,365 |
| 188 | 0207249F | PRECISION ATTACK SYSTEMS PROCUREMENT ............................................. | 10,696 | 10,696 | 10,696 | | 10,696 |
| 189 | 0207253F | COMPASS CALL ................................................................................................ | 15,888 | 15,888 | 15,888 | | 15,888 |
| 190 | 0207268F | AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM ........................ | 112,505 | 107,505 | 112,505 | | 112,505 |
| | | Prior-year carryover (F–35) ........................................................................... | | [−5,000] | | | |
| 191 | 0207325F | JOINT AIR-TO-SURFACE STANDOFF MISSILE (JASSM) ................................. | 78,498 | 78,498 | 78,498 | | 78,498 |
| 192 | 0207410F | AIR & SPACE OPERATIONS CENTER (AOC) .................................................... | 114,864 | 104,864 | 114,864 | | 114,864 |
| | | Unjustified request .......................................................................................... | | [−10,000] | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 193 | 0207412F | CONTROL AND REPORTING CENTER (CRC) ............................... | 8,109 | 8,109 | 8,109 | | 8,109 |
| 194 | 0207417F | AIRBORNE WARNING AND CONTROL SYSTEM (AWACS) ............ | 67,996 | 61,209 | 67,996 | | 67,996 |
| | | Excess to need ............................................................ | | [−6,787] | | | |
| 195 | 0207418F | TACTICAL AIRBORNE CONTROL SYSTEMS ................................ | 2,462 | 2,462 | 2,462 | | 2,462 |
| 197 | 0207431F | COMBAT AIR INTELLIGENCE SYSTEM ACTIVITIES ..................... | 13,668 | 13,668 | 13,668 | | 13,668 |
| 198 | 0207444F | TACTICAL AIR CONTROL PARTY-MOD ..................................... | 6,217 | 6,217 | 6,217 | | 6,217 |
| 200 | 0207452F | DCAPES ............................................................................... | 19,910 | 19,910 | 19,910 | | 19,910 |
| 201 | 0207573F | NATIONAL TECHNICAL NUCLEAR FORENSICS ........................... | 1,788 | 1,788 | 1,788 | | 1,788 |
| 202 | 0207590F | SEEK EAGLE ......................................................................... | 28,237 | 28,237 | 28,237 | | 28,237 |
| 203 | 0207601F | USAF MODELING AND SIMULATION ........................................ | 15,725 | 15,725 | 15,725 | | 15,725 |
| 204 | 0207605F | WARGAMING AND SIMULATION CENTERS ................................ | 4,316 | 4,316 | 4,316 | | 4,316 |
| 205 | 0207610F | BATTLEFIELD ABN COMM NODE (BACN) ................................. | 26,946 | 26,946 | 26,946 | | 26,946 |
| 206 | 0207697F | DISTRIBUTED TRAINING AND EXERCISES ................................ | 4,303 | 4,303 | 4,303 | | 4,303 |
| 207 | 0208006F | MISSION PLANNING SYSTEMS ................................................ | 71,465 | 71,465 | 71,465 | | 71,465 |
| 208 | 0208007F | TACTICAL DECEPTION ............................................................ | 7,446 | 7,446 | 7,446 | | 7,446 |
| 209 | 0208064F | OPERATIONAL HQ—CYBER ..................................................... | 7,602 | 7,602 | 7,602 | | 7,602 |
| 210 | 0208087F | DISTRIBUTED CYBER WARFARE OPERATIONS ........................... | 35,178 | 35,178 | 35,178 | | 35,178 |
| 211 | 0208088F | AF DEFENSIVE CYBERSPACE OPERATIONS .............................. | 16,609 | 16,609 | 16,609 | | 16,609 |
| 212 | 0208097F | JOINT CYBER COMMAND AND CONTROL (JCC2) ....................... | 11,603 | 11,603 | 11,603 | | 11,603 |
| 213 | 0208099F | UNIFIED PLATFORM (UP) ....................................................... | 84,702 | 84,702 | 84,702 | | 84,702 |
| 218A | 0301004F | ADVANCED DATA TRANSPORT FLIGHT TEST ............................. | | | 21,000 | | |
| | | Accelerate prototype test of 5G .................................... | | | [21,000] | | |
| 219 | 0301025F | GEOBASE ............................................................................. | 2,723 | 2,723 | 2,723 | | 2,723 |
| 220 | 0301112F | NUCLEAR PLANNING AND EXECUTION SYSTEM (NPES) ............. | 44,190 | 44,190 | 44,190 | | 44,190 |
| 226 | 0301401F | AIR FORCE SPACE AND CYBER NON-TRADITIONAL ISR FOR BATTLESPACE AWARENESS. | 3,575 | 3,575 | 3,575 | | 3,575 |
| 227 | 0302015F | E–4B NATIONAL AIRBORNE OPERATIONS CENTER (NAOC) ........ | 70,173 | 70,173 | 70,173 | −27,550 | 42,623 |
| | | Unclear acquisition strategy ......................................... | | | | [−27,550] | |
| 228 | 0303131F | MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN) | 13,543 | 28,543 | 13,543 | | 13,543 |
| | | Advanced concept development—NC3 demonstration and evaluation. | | [15,000] | | | |
| 229 | 0303133F | HIGH FREQUENCY RADIO SYSTEMS ........................................ | 15,881 | 1,881 | 15,881 | | 15,881 |

99

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Prior-year carryover .......................................... | | [−14,000] | | | |
| 230 | 0303140F | INFORMATION SYSTEMS SECURITY PROGRAM ............... | 27,726 | 27,726 | 27,726 | | 27,726 |
| 232 | 0303142F | GLOBAL FORCE MANAGEMENT—DATA INITIATIVE ........... | 2,210 | 2,210 | 2,210 | | 2,210 |
| 234 | 0304115F | MULTI DOMAIN COMMAND AND CONTROL (MDC2) ......... | 150,880 | 100,880 | 150,880 | | 150,880 |
| | | Unjustified growth ........................................... | | [−50,000] | | | |
| 235 | 0304260F | AIRBORNE SIGINT ENTERPRISE ............................... | 102,667 | 94,167 | 102,667 | −17,500 | 85,167 |
| | | Common development ahead of need ...................... | | [−8,500] | | [−8,500] | |
| | | Program reduction ........................................... | | | | [−9,000] | |
| 236 | 0304310F | COMMERCIAL ECONOMIC ANALYSIS ........................... | 3,431 | 3,431 | 3,431 | | 3,431 |
| 239 | 0305015F | C2 AIR OPERATIONS SUITE—C2 INFO SERVICES ........... | 9,313 | 9,313 | 9,313 | | 9,313 |
| 240 | 0305020F | CCMD INTELLIGENCE INFORMATION TECHNOLOGY ........... | 1,121 | 1,121 | 1,121 | | 1,121 |
| 241 | 0305022F | ISR MODERNIZATION & AUTOMATION DVMT (IMAD) ........ | 19,000 | 3,000 | | −16,000 | 3,000 |
| | | Not mature plan .............................................. | | | [−19,000] | | |
| | | Unjustified request .......................................... | | [−16,000] | | [−16,000] | |
| 242 | 0305099F | GLOBAL AIR TRAFFIC MANAGEMENT (GATM) ............... | 4,544 | 4,544 | 4,544 | | 4,544 |
| 243 | 0305111F | WEATHER SERVICE .............................................. | 25,461 | 27,461 | 25,461 | 2,000 | 27,461 |
| | | Commercial weather data pilot ............................ | | [2,000] | | [2,000] | |
| 244 | 0305114F | AIR TRAFFIC CONTROL, APPROACH, AND LANDING SYSTEM (ATCALS) ...... | 5,651 | 5,651 | 5,651 | | 5,651 |
| 245 | 0305116F | AERIAL TARGETS ................................................. | 7,448 | 7,448 | 7,448 | | 7,448 |
| 248 | 0305128F | SECURITY AND INVESTIGATIVE ACTIVITIES .................. | 425 | 425 | 425 | | 425 |
| 249 | 0305145F | ARMS CONTROL IMPLEMENTATION ............................ | 54,546 | 54,546 | 54,546 | | 54,546 |
| 250 | 0305146F | DEFENSE JOINT COUNTERINTELLIGENCE ACTIVITIES ........ | 6,858 | 6,858 | 6,858 | | 6,858 |
| 252 | 0305179F | INTEGRATED BROADCAST SERVICE (IBS) ..................... | 8,728 | 8,728 | 8,728 | | 8,728 |
| 253 | 0305202F | DRAGON U–2 .................................................... | 38,939 | 38,939 | 38,939 | | 38,939 |
| 255 | 0305206F | AIRBORNE RECONNAISSANCE SYSTEMS ...................... | 122,909 | 132,909 | 122,909 | 10,000 | 132,909 |
| | | Program increase for Gorgon Stare sensor enhancements .............. | | [10,000] | | [10,000] | |
| 256 | 0305207F | MANNED RECONNAISSANCE SYSTEMS ........................ | 11,787 | 11,787 | 11,787 | | 11,787 |

100

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 257 | 0305208F | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 25,009 | 25,009 | 25,009 | | | 25,009 |
| 258 | 0305220F | RQ–4 UAV | 191,733 | 173,883 | 191,733 | | | 191,733 |
| | | Unjustified request | | [–17,850] | | | | |
| 259 | 0305221F | NETWORK-CENTRIC COLLABORATIVE TARGETING | 10,757 | 10,757 | 10,757 | | | 10,757 |
| 260 | 0305238F | NATO AGS | 32,567 | 32,567 | 32,567 | | | 32,567 |
| 261 | 0305240F | SUPPORT TO DCGS ENTERPRISE | 37,774 | 37,774 | 37,774 | | | 37,774 |
| 262 | 0305600F | INTERNATIONAL INTELLIGENCE TECHNOLOGY AND ARCHITECTURES | 13,515 | 13,515 | 13,515 | | | 13,515 |
| 263 | 0305881F | RAPID CYBER ACQUISITION | 4,383 | 4,383 | 4,383 | | | 4,383 |
| 264 | 0305984F | PERSONNEL RECOVERY COMMAND & CTRL (PRC2) | 2,133 | 2,133 | 2,133 | | | 2,133 |
| 265 | 0307577F | INTELLIGENCE MISSION DATA (IMD) | 8,614 | 8,614 | 8,614 | | | 8,614 |
| 266 | 0401115F | C–130 AIRLIFT SQUADRON | 140,425 | 140,425 | 140,425 | –39,000 | | 101,425 |
| | | Contract award savings | | | | [–39,000] | | |
| 267 | 0401119F | C–5 AIRLIFT SQUADRONS (IF) | 10,223 | 10,223 | 10,223 | | | 10,223 |
| 268 | 0401130F | C–17 AIRCRAFT (IF) | 25,101 | 25,101 | 25,101 | | | 25,101 |
| 269 | 0401132F | C–130J PROGRAM | 8,640 | 8,640 | 8,640 | | | 8,640 |
| 270 | 0401134F | LARGE AIRCRAFT IR COUNTERMEASURES (LAIRCM) | 5,424 | 5,424 | 5,424 | | | 5,424 |
| 272 | 0401219F | KC–10S | 20 | 20 | 20 | | | 20 |
| 274 | 0401318F | CV–22 | 17,906 | 17,906 | 17,906 | | | 17,906 |
| 276 | 0408011F | SPECIAL TACTICS / COMBAT CONTROL | 3,629 | 3,629 | 3,629 | | | 3,629 |
| 277 | 0702207F | DEPOT MAINTENANCE (NON-IF) | 1,890 | 1,890 | 1,890 | | | 1,890 |
| 278 | 0708055F | MAINTENANCE, REPAIR & OVERHAUL SYSTEM | 10,311 | 10,311 | 10,311 | | | 10,311 |
| 279 | 0708610F | LOGISTICS INFORMATION TECHNOLOGY (LOGIT) | 16,065 | 16,065 | 16,065 | | | 16,065 |
| 280 | 0708611F | SUPPORT SYSTEMS DEVELOPMENT | 539 | 539 | 539 | | | 539 |
| 281 | 0804743F | OTHER FLIGHT TRAINING | 2,057 | 2,057 | 2,057 | | | 2,057 |
| 282 | 0808716F | OTHER PERSONNEL ACTIVITIES | 10 | 10 | 10 | | | 10 |
| 283 | 0901202F | JOINT PERSONNEL RECOVERY AGENCY | 2,060 | 2,060 | 2,060 | | | 2,060 |
| 284 | 0901218F | CIVILIAN COMPENSATION PROGRAM | 3,809 | 3,809 | 3,809 | | | 3,809 |
| 285 | 0901220F | PERSONNEL ADMINISTRATION | 6,476 | 6,476 | 6,476 | | | 6,476 |
| 286 | 0901226F | AIR FORCE STUDIES AND ANALYSIS AGENCY | 1,443 | 1,443 | 1,443 | | | 1,443 |
| 287 | 0901538F | FINANCIAL MANAGEMENT INFORMATION SYSTEMS DEVELOPMENT | 9,323 | 9,323 | 9,323 | | | 9,323 |
| 288 | 0901554F | DEFENSE ENTERPRISE ACNTNG AND MGT SYS (DEAMS) | 46,789 | 46,789 | 46,789 | | | 46,789 |
| 289 | 1201017F | GLOBAL SENSOR INTEGRATED ON NETWORK (GSIN) | 3,647 | 3,647 | 3,647 | | | 3,647 |

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 290 | 1201921F | SERVICE SUPPORT TO STRATCOM—SPACE ACTIVITIES ............ | 988 | 988 | 988 | | 988 |
| 291 | 1202140F | SERVICE SUPPORT TO SPACECOM ACTIVITIES ............................... | 11,863 | 11,863 | 11,863 | | 11,863 |
| 293 | 1203001F | FAMILY OF ADVANCED BLOS TERMINALS (FAB-T) ....................... | 197,388 | 192,388 | 197,388 | −20,000 | 177,388 |
| | | FET schedule slip ................................................................... | | | | [−15,000] | |
| | | Unjustified growth ................................................................. | | [−5,000] | | [−5,000] | |
| 294 | 1203110F | SATELLITE CONTROL NETWORK (SPACE) ...................................... | 61,891 | 54,291 | 61,891 | | 61,891 |
| | | Underexecution of funds and unjustified growth ...................... | | [−7,600] | | | |
| 297 | 1203173F | SPACE AND MISSILE TEST AND EVALUATION CENTER ................... | 4,566 | 4,566 | 4,566 | | 4,566 |
| 298 | 1203174F | SPACE INNOVATION, INTEGRATION AND RAPID TECHNOLOGY DEVELOP-MENT. | 43,292 | 43,292 | 43,292 | | 43,292 |
| 300 | 1203182F | SPACELIFT RANGE SYSTEM (SPACE) ......................................... | 10,837 | 10,837 | 10,837 | | 10,837 |
| 301 | 1203265F | GPS III SPACE SEGMENT ........................................................ | 42,440 | 42,440 | 42,440 | | 42,440 |
| 302 | 1203400F | SPACE SUPERIORITY INTELLIGENCE ........................................... | 14,428 | 14,428 | 14,428 | | 14,428 |
| 303 | 1203614F | JSPOC MISSION SYSTEM ......................................................... | 72,762 | 51,262 | 72,762 | | 72,762 |
| | | Unjustified growth ................................................................. | | [−21,500] | | | |
| 304 | 1203620F | NATIONAL SPACE DEFENSE CENTER ........................................... | 2,653 | 2,653 | 2,653 | | 2,653 |
| 306 | 1203873F | BALLISTIC MISSILE DEFENSE RADARS ........................................ | 15,881 | 15,881 | 15,881 | | 15,881 |
| 308 | 1203913F | NUDET DETECTION SYSTEM (SPACE) ......................................... | 49,300 | 49,300 | 49,300 | | 49,300 |
| 309 | 1203940F | SPACE SITUATION AWARENESS OPERATIONS ................................ | 17,834 | 17,834 | 17,834 | | 17,834 |
| 310 | 1206423F | GLOBAL POSITIONING SYSTEM III—OPERATIONAL CONTROL SEGMENT .... | 445,302 | 445,302 | 445,302 | | 445,302 |
| 311 | 1206770F | ENTERPRISE GROUND SERVICES .............................................. | 138,870 | 128,670 | 138,870 | −39,800 | 99,070 |
| | | Contract award delay ............................................................ | | | | [−39,800] | |
| | | Unjustified growth ................................................................. | | [−10,200] | | | |
| 311A | 9999999999 | CLASSIFIED PROGRAMS .......................................................... | 18,351,506 | 17,998,506 | 18,351,506 | −122,000 | 18,229,506 |
| | | Classified reduction .............................................................. | | [−353,000] | | [−122,000] | |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** ..................... | **24,851,488** | **24,253,329** | **24,827,521** | **−350,100** | **24,501,388** |
| | | **SUBTOTAL UNDISTRIBUTED** ................................................... | | **−598,159** | **−23,967** | **−350,100** | **−350,100** |

103

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF ................. | 45,938,122 | 44,048,785 | 46,335,775 | −353,378 | 45,584,744 |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | | | | | |
| | | **BASIC RESEARCH** | | | | | |
| 001 | 0601000BR | DTRA BASIC RESEARCH .............................................. | 26,000 | 26,000 | 26,000 | | 26,000 |
| 002 | 0601101E | DEFENSE RESEARCH SCIENCES ................................... | 432,284 | 432,284 | 432,284 | | 432,284 |
| 003 | 0601110D8Z | BASIC RESEARCH INITIATIVES ..................................... | 48,874 | 58,874 | 58,874 | 20,000 | 68,874 |
| | | DEPSCOR ....................................................... | | | [10,000] | [10,000] | |
| | | Program increase ............................................... | | [10,000] | | [10,000] | |
| 004 | 0601117E | BASIC OPERATIONAL MEDICAL RESEARCH SCIENCE ............ | 54,122 | 59,122 | 54,122 | | 54,122 |
| | | Brain injury research university partnerships ................. | | [5,000] | | | |
| 005 | 0601120D8Z | NATIONAL DEFENSE EDUCATION PROGRAM ..................... | 92,074 | 112,074 | 102,074 | 10,000 | 102,074 |
| | | Civics education grant program ............................... | | [20,000] | | [2,000] | |
| | | Submarine industrial base workforce training and education ........ | | | [10,000] | [8,000] | |
| 006 | 0601228D8Z | HISTORICALLY BLACK COLLEGES AND UNIVERSITIES/MINORITY INSTITU- TIONS. | 30,708 | 50,708 | 32,708 | 16,000 | 46,708 |
| | | Aerospace research and education ............................ | | | [2,000] | [2,000] | |
| | | Program decrease .............................................. | | [−5,000] | | | |
| | | Program increase .............................................. | | [25,000] | | [14,000] | |
| 007 | 0601384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM ................ | 45,238 | 45,238 | 45,238 | | 45,238 |
| | | **SUBTOTAL BASIC RESEARCH** ................................... | **729,300** | **784,300** | **751,300** | **46,000** | **775,300** |
| | | **APPLIED RESEARCH** | | | | | |
| 008 | 0602000D8Z | JOINT MUNITIONS TECHNOLOGY ................................... | 19,306 | 19,306 | 19,306 | | 19,306 |
| 009 | 0602115E | BIOMEDICAL TECHNOLOGY ......................................... | 97,771 | 97,771 | 97,771 | | 97,771 |
| 011 | 0602234D8Z | LINCOLN LABORATORY RESEARCH PROGRAM ..................... | 52,317 | 52,317 | 52,317 | | 52,317 |
| 012 | 0602251D8Z | APPLIED RESEARCH FOR THE ADVANCEMENT OF S&T PRIORITIES ......... | 62,200 | 62,200 | 64,200 | −6,800 | 55,400 |
| | | Computer modeling of PFAS ................................... | | | [2,000] | [2,000] | |
| | | Excess growth .................................................. | | | | [−8,800] | |
| 013 | 0602303E | INFORMATION & COMMUNICATIONS TECHNOLOGY ................. | 442,556 | 442,556 | 442,556 | −5,000 | 437,556 |
| | | Unjustified growth .............................................. | | | | [−5,000] | |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

104

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|----------------|------------------|-------------------|-------------------|-----------------------|
| 014 | 0602383E | BIOLOGICAL WARFARE DEFENSE ............................................ | 34,588 | 34,588 | 34,588 | | 34,588 |
| 015 | 0602384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM ..................... | 202,587 | 215,087 | 202,587 | 12,500 | 215,087 |
| | | Program increase ...................................................... | | [12,500] | | [12,500] | |
| 016 | 0602668D8Z | CYBER SECURITY RESEARCH ................................................ | 15,118 | 15,118 | 25,118 | 10,000 | 25,118 |
| | | Academic cyber institutes ........................................... | | | [10,000] | [10,000] | |
| 017 | 0602702E | TACTICAL TECHNOLOGY ...................................................... | 337,602 | 337,602 | 337,602 | | 337,602 |
| 018 | 0602715E | MATERIALS AND BIOLOGICAL TECHNOLOGY ............................ | 223,976 | 223,976 | 223,976 | | 223,976 |
| 019 | 0602716E | ELECTRONICS TECHNOLOGY .................................................. | 332,192 | 332,192 | 332,192 | −6,000 | 326,192 |
| | | Unjustified growth ..................................................... | | | | [−6,000] | |
| 020 | 0602718BR | COUNTER WEAPONS OF MASS DESTRUCTION APPLIED RESEARCH ........... | 179,096 | 179,096 | 179,096 | −5,000 | 174,096 |
| | | Unjustified growth ..................................................... | | | | [−5,000] | |
| 021 | 0602751D8Z | SOFTWARE ENGINEERING INSTITUTE (SEI) APPLIED RESEARCH .............. | 9,580 | 9,580 | 9,580 | | 9,580 |
| 022 | 1160401BB | SOF TECHNOLOGY DEVELOPMENT ........................................ | 40,569 | 45,569 | 40,569 | | 40,569 |
| | | Media forensics .......................................................... | | [5,000] | | | |
| | | SUBTOTAL APPLIED RESEARCH ................................. | 2,049,458 | 2,066,958 | 2,061,458 | −300 | 2,049,158 |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | | | |
| 023 | 0603000D8Z | JOINT MUNITIONS ADVANCED TECHNOLOGY ........................... | 25,779 | 25,779 | 25,779 | | 25,779 |
| 024 | 0603121D8Z | SO/LIC ADVANCED DEVELOPMENT ........................................ | 5,000 | 5,000 | 5,000 | | 5,000 |
| 025 | 0603122D8Z | COMBATING TERRORISM TECHNOLOGY SUPPORT ..................... | 70,517 | 79,517 | 70,517 | 5,000 | 75,517 |
| | | Counterterrorism detection technologies ......................... | | [3,000] | | | |
| | | Program increase ...................................................... | | | | [5,000] | |
| | | Terrorism studies ....................................................... | | [6,000] | | | |
| 026 | 0603133D8Z | FOREIGN COMPARATIVE TESTING ......................................... | 24,970 | 24,970 | 24,970 | | 24,970 |
| 028 | 0603160BR | COUNTER WEAPONS OF MASS DESTRUCTION ADVANCED TECHNOLOGY DEVELOPMENT. | 340,065 | 340,065 | 340,065 | −1,490 | 338,575 |
| | | Excess growth ........................................................... | | | | [−1,490] | |

WASHSTATEC014413

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 029 | 0603176C | ADVANCED CONCEPTS AND PERFORMANCE ASSESSMENT | 14,208 | 14,208 | 14,208 | | 14,208 |
| 030 | 0603178C | WEAPONS TECHNOLOGY | 10,000 | 10,000 | 10,000 | −10,000 | |
| | | MD72 program termination | | | | [−10,000] | |
| 031 | 0603180C | ADVANCED RESEARCH | 20,674 | 27,674 | 20,674 | 7,000 | 27,674 |
| | | Advanced carbon-carbon composites manufacturing | | [7,000] | | [7,000] | |
| 032 | 0603225D8Z | JOINT DOD-DOE MUNITIONS TECHNOLOGY DEVELOPMENT | 18,773 | 18,773 | 18,773 | | 18,773 |
| 033 | 0603286E | ADVANCED AEROSPACE SYSTEMS | 279,741 | 279,741 | 279,741 | | 279,741 |
| 034 | 0603287E | SPACE PROGRAMS AND TECHNOLOGY | 202,606 | 202,606 | 202,606 | −30,000 | 172,606 |
| | | RSGS program delays | | | | [−30,000] | |
| 035 | 0603288D8Z | ANALYTIC ASSESSMENTS | 19,429 | 19,429 | 19,429 | | 19,429 |
| 036 | 0603289D8Z | ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS | 37,645 | 37,645 | 37,645 | | 37,645 |
| 037 | 0603291D8Z | ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS—MHA | 14,668 | 14,668 | 14,668 | | 14,668 |
| 038 | 0603294C | COMMON KILL VEHICLE TECHNOLOGY | 13,600 | 13,600 | 13,600 | | 13,600 |
| 040 | 0603342D8Z | DEFENSE INNOVATION UNIT (DIU) | 29,398 | 29,398 | 36,898 | | 29,398 |
| | | Accelerate artificial intelligence solutions | | | [7,500] | | |
| 041 | 0603375D8Z | TECHNOLOGY INNOVATION | 60,000 | 44,000 | 60,000 | −30,000 | 30,000 |
| | | Insufficient justification | | | | [−30,000] | |
| | | Program decrease | | [−16,000] | | | |
| 042 | 0603384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—ADVANCED DEVELOPMENT. | 172,486 | 172,486 | 172,486 | | 172,486 |
| 043 | 0603527D8Z | RETRACT LARCH | 159,688 | 159,688 | 159,688 | | 159,688 |
| 044 | 0603618D8Z | JOINT ELECTRONIC ADVANCED TECHNOLOGY | 12,063 | 17,063 | 12,063 | | 12,063 |
| | | Joint electromagnetic spectrum operations | | [5,000] | | | |
| 045 | 0603648D8Z | JOINT CAPABILITY TECHNOLOGY DEMONSTRATIONS | 107,359 | 107,359 | 89,859 | −17,500 | 89,859 |
| | | Program reduction | | | [−17,500] | [−17,500] | |
| 046 | 0603662D8Z | NETWORKED COMMUNICATIONS CAPABILITIES | 2,858 | 2,858 | 2,858 | | 2,858 |
| 047 | 0603680D8Z | DEFENSE-WIDE MANUFACTURING SCIENCE AND TECHNOLOGY PROGRAM | 96,397 | 116,397 | 96,397 | 20,000 | 116,397 |
| | | Additive manufacturing | | [10,000] | | [10,000] | |
| | | Integrated silicon based lasers | | [5,000] | | [5,000] | |
| | | Program increase | | [5,000] | | [5,000] | |
| 048 | 0603680S | MANUFACTURING TECHNOLOGY PROGRAM | 42,834 | 42,834 | 42,834 | | 42,834 |
| 049 | 0603699D8Z | EMERGING CAPABILITIES TECHNOLOGY DEVELOPMENT | 80,911 | 80,911 | 70,911 | | 80,911 |

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Program reduction | | | [−10,000] | | |
| 050 | 0603712S | GENERIC LOGISTICS R&D TECHNOLOGY DEMONSTRATIONS | 10,817 | 10,817 | 10,817 | | 10,817 |
| 051 | 0603716D8Z | STRATEGIC ENVIRONMENTAL RESEARCH PROGRAM | 66,157 | 66,157 | 76,157 | | 66,157 |
| | | SERDP | | | [10,000] | | |
| 052 | 0603720S | MICROELECTRONICS TECHNOLOGY DEVELOPMENT AND SUPPORT | 171,771 | 171,771 | 171,771 | | 171,771 |
| 053 | 0603727D8Z | JOINT WARFIGHTING PROGRAM | 4,846 | 4,846 | 4,846 | | 4,846 |
| 054 | 0603739E | ADVANCED ELECTRONICS TECHNOLOGIES | 128,616 | 128,616 | 128,616 | | 128,616 |
| 055 | 0603760E | COMMAND, CONTROL AND COMMUNICATIONS SYSTEMS | 232,134 | 232,134 | 232,134 | | 232,134 |
| 056 | 0603766E | NETWORK-CENTRIC WARFARE TECHNOLOGY | 512,424 | 512,424 | 512,424 | −5,000 | 507,424 |
| | | Unjustified increase | | | | [−5,000] | |
| 057 | 0603767E | SENSOR TECHNOLOGY | 163,903 | 163,903 | 163,903 | | 163,903 |
| 058 | 0603769D8Z | DISTRIBUTED LEARNING ADVANCED TECHNOLOGY DEVELOPMENT | 13,723 | 13,723 | 13,723 | | 13,723 |
| 059 | 0603781D8Z | SOFTWARE ENGINEERING INSTITUTE | 15,111 | 15,111 | 15,111 | | 15,111 |
| 060 | 0603826D8Z | QUICK REACTION SPECIAL PROJECTS | 47,147 | 47,147 | 47,147 | | 47,147 |
| 061 | 0603833D8Z | ENGINEERING SCIENCE & TECHNOLOGY | 19,376 | 19,376 | 19,376 | | 19,376 |
| 062 | 0603924D8Z | HIGH ENERGY LASER ADVANCED TECHNOLOGY PROGRAM | 85,223 | 85,223 | 85,223 | | 85,223 |
| 063 | 0603941D8Z | TEST & EVALUATION SCIENCE & TECHNOLOGY | 175,574 | 180,574 | 185,574 | 10,000 | 185,574 |
| | | Program increase to support NDS technologies | | | [10,000] | [10,000] | |
| | | UAV hypersonic test range | | [5,000] | | | |
| 064 | 0603950D8Z | NATIONAL SECURITY INNOVATION NETWORK | 25,000 | 30,000 | 25,000 | | 25,000 |
| | | Hacking for defense | | [5,000] | | | |
| 065 | 0604055D8Z | OPERATIONAL ENERGY CAPABILITY IMPROVEMENT | 70,536 | 70,536 | 70,536 | −16,636 | 53,900 |
| | | Excess growth | | | | [−16,636] | |
| 066 | 0303310D8Z | CWMD SYSTEMS | 28,907 | 28,907 | 28,907 | | 28,907 |
| 068 | 1160402BB | SOF ADVANCED TECHNOLOGY DEVELOPMENT | 89,154 | 89,154 | 89,154 | | 89,154 |
| 069 | 1206310SDA | SPACE SCIENCE AND TECHNOLOGY RESEARCH AND DEVELOPMENT | 20,000 | 41,500 | 20,000 | | 20,000 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | Program increase for commercial SSA; funds transferred from JSPOC Mission System. |  | [21,500] |  |  |  |
|  |  | SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT ............................ | 3,742,088 | 3,798,588 | 3,742,088 | −68,626 | 3,673,462 |
|  |  | **ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** |  |  |  |  |  |
| 070 | 0603161D8Z | NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E ADC&P. | 42,695 | 42,695 | 42,695 |  | 42,695 |
| 071 | 0603600D8Z | WALKOFF .................................................................................... | 92,791 | 92,791 | 92,791 |  | 92,791 |
| 072 | 0603821D8Z | ACQUISITION ENTERPRISE DATA & INFORMATION SERVICES ..................... | 5,659 | 5,659 | 5,659 |  | 5,659 |
| 073 | 0603851D8Z | ENVIRONMENTAL SECURITY TECHNICAL CERTIFICATION PROGRAM ........... | 66,572 | 66,572 | 76,572 | 2,000 | 68,572 |
|  |  | ESTCP ..................................................................................... |  |  | [10,000] | [2,000] |  |
| 074 | 0603881C | BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT .................... | 302,761 | 302,761 | 302,761 |  | 302,761 |
| 075 | 0603882C | BALLISTIC MISSILE DEFENSE MIDCOURSE DEFENSE SEGMENT ................. | 1,156,506 | 960,506 | 1,156,506 | 81,100 | 1,237,606 |
|  |  | Common booster engineering early to need ...................................... |  |  |  | [−15,000] |  |
|  |  | GBSD booster engineering ........................................................... |  | [−15,000] |  |  |  |
|  |  | Homeland Defense Radar-Hawaii delay .......................................... |  |  |  | [−30,400] |  |
|  |  | RKV cancellation—on demand communications ............................... |  |  |  | [−13,500] |  |
|  |  | RKV Program Termination—Trasfer from RD,DW 109 for SLEP program. |  |  |  | [140,000] |  |
|  |  | Unjustified program growth ......................................................... |  | [−181,000] |  |  |  |
| 076 | 0603884BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—DEM/VAL ................... | 83,662 | 83,662 | 83,662 |  | 83,662 |
| 077 | 0603884C | BALLISTIC MISSILE DEFENSE SENSORS ............................................ | 283,487 | 283,487 | 283,487 |  | 283,487 |
| 078 | 0603890C | BMD ENABLING PROGRAMS ............................................................ | 571,507 | 570,476 | 571,507 |  | 571,507 |
|  |  | Rescope FTM–44—Conduct IRBM test .......................................... |  | [−1,031] |  |  |  |
| 079 | 0603891C | SPECIAL PROGRAMS—MDA .......................................................... | 377,098 | 504,098 | 502,098 | 135,000 | 512,098 |
|  |  | Classified ................................................................................. |  |  | [125,000] |  |  |
|  |  | Classified reduction ................................................................... |  | [−8,000] |  |  |  |
|  |  | Classified unfunded priority ......................................................... |  | [135,000] |  | [135,000] |  |
| 080 | 0603892C | AEGIS BMD .............................................................................. | 727,479 | 702,479 | 727,479 | −28,000 | 699,479 |
|  |  | Unjustified cost growth .............................................................. |  | [−25,000] |  |  |  |
|  |  | Unjustified growth .................................................................... |  |  |  | [−28,000] |  |

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
**(In Thousands of Dollars)**

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 081 | 0603896C | BALLISTIC MISSILE DEFENSE COMMAND AND CONTROL, BATTLE MANAGEMENT AND COMMUNICATI. | 564,206 | 561,706 | 564,206 | −1,500 | 562,706 |
| | | IBCS integration delays | | [−1,500] | | [−1,500] | |
| | | Rescope FTM–44—Conduct IRBM test | | [−1,000] | | | |
| 082 | 0603898C | BALLISTIC MISSILE DEFENSE JOINT WARFIGHTER SUPPORT | 51,532 | 51,532 | 51,532 | | 51,532 |
| 083 | 0603904C | MISSILE DEFENSE INTEGRATION & OPERATIONS CENTER (MDIOC) | 56,161 | 56,161 | 56,161 | | 56,161 |
| 084 | 0603906C | REGARDING TRENCH | 22,424 | 22,424 | 22,424 | | 22,424 |
| 085 | 0603907C | SEA BASED X-BAND RADAR (SBX) | 128,156 | 128,156 | 128,156 | | 128,156 |
| 086 | 0603913C | ISRAELI COOPERATIVE PROGRAMS | 300,000 | 300,000 | 300,000 | | 300,000 |
| 087 | 0603914C | BALLISTIC MISSILE DEFENSE TEST | 395,924 | 393,356 | 395,924 | | 395,924 |
| | | Rescope FTM–44—Conduct IRBM test | | [−2,568] | | | |
| 088 | 0603915C | BALLISTIC MISSILE DEFENSE TARGETS | 554,171 | 554,171 | 554,171 | | 554,171 |
| 089 | 0603920D8Z | HUMANITARIAN DEMINING | 10,820 | 15,820 | 10,820 | 3,880 | 14,700 |
| | | Program increase | | [5,000] | | [3,880] | |
| 090 | 0603923D8Z | COALITION WARFARE | 11,316 | 11,316 | 11,316 | | 11,316 |
| 091 | 0604016D8Z | DEPARTMENT OF DEFENSE CORROSION PROGRAM | 3,365 | 3,365 | 3,365 | | 3,365 |
| 092 | 0604115C | TECHNOLOGY MATURATION INITIATIVES | 303,458 | 301,122 | 269,458 | −34,000 | 269,458 |
| | | Cancel Neutral Particle Beam | | [−34,000] | | [−34,000] | |
| | | Increase to low power laser demonstrator | | [35,000] | | | |
| | | Neutral particle beam | | | [−34,000] | | |
| | | Rescope FTM–44—Conduct IRBM test | | [−3,336] | | | |
| 093 | 0604132D8Z | MISSILE DEFEAT PROJECT | 17,816 | 7,816 | 17,816 | −7,816 | 10,000 |
| | | Unjustified budget request—program transitioned to services | | [−10,000] | | [−7,816] | |
| 095 | 0604181C | HYPERSONIC DEFENSE | 157,425 | 157,425 | 157,425 | | 157,425 |
| 096 | 0604250D8Z | ADVANCED INNOVATIVE TECHNOLOGIES | 1,312,735 | 1,007,585 | 1,343,735 | | 1,312,735 |
| | | Hypervelocity Gun Weapon System | | | [81,000] | [80,000] | |
| | | Insufficient justification | | | | [−80,000] | |

WASHSTATEC014417

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Program decrease ............................................................ | | [−155,150] | | | |
| | | Realign to 0604011D8Z, Next Generation Information Technology .. | | [−50,000] | | | |
| | | Undistributed ................................................................... | | [−100,000] | | | |
| | | Unjustified growth to SCO ................................................ | | | [−50,000] | | |
| 097 | 0604294D8Z | TRUSTED & ASSURED MICROELECTRONICS ............................................ | 542,421 | 542,421 | 547,421 | 5,000 | 547,421 |
| | | Trusted and assured microelectronics research ................................ | | | | [5,000] | |
| 098 | 0604331D8Z | RAPID PROTOTYPING PROGRAM ............................................................ | 100,957 | 100,957 | 50,957 | −50,000 | 50,957 |
| | | Uncoordinated prototyping efforts ........................................................ | | | [−50,000] | [−50,000] | |
| 099 | 0604341D8Z | DEFENSE INNOVATION UNIT (DIU) PROTOTYPING ................................ | 92,000 | 92,000 | 92,000 | | 92,000 |
| | | Insufficient budget justification for national security innovation capital. | | [−75,000] | | | |
| | | Program increase—national security innovation capital ................ | | [75,000] | | | |
| 100 | 0604400D8Z | DEPARTMENT OF DEFENSE (DOD) UNMANNED SYSTEM COMMON DEVELOPMENT. | 3,021 | 3,021 | 3,021 | | 3,021 |
| 102 | 0604672C | HOMELAND DEFENSE RADAR—HAWAII (HDR-H) ...................................... | 274,714 | 274,714 | 274,714 | −101,116 | 173,598 |
| | | Funding acceleration early to need ................................................... | | | | [−60,000] | |
| | | Radar foundation and thermal control system early to need .......... | | | | [−41,116] | |
| 103 | 0604673C | PACIFIC DISCRIMINATING RADAR ........................................................ | 6,711 | 6,711 | 6,711 | | 6,711 |
| 104 | 0604682D8Z | WARGAMING AND SUPPORT FOR STRATEGIC ANALYSIS (SSA) ................. | 3,751 | 3,751 | 3,751 | | 3,751 |
| 105 | 0604775BR | DEFENSE RAPID INNOVATION PROGRAM .............................................. | 14,021 | 14,021 | 14,021 | | 14,021 |
| 107 | 0604826J | JOINT C5 CAPABILITY DEVELOPMENT, INTEGRATION AND INTEROPERABILITY ASSESSMENTS. | 20,062 | 20,062 | 20,062 | | 20,062 |
| 108 | 0604873C | LONG RANGE DISCRIMINATION RADAR (LRDR) ...................................... | 136,423 | 136,423 | 136,423 | | 136,423 |
| 109 | 0604874C | IMPROVED HOMELAND DEFENSE INTERCEPTORS ................................... | 412,363 | 262,363 | 412,363 | −140,000 | 272,363 |
| | | Program delays ................................................................................ | | [−150,000] | | | |
| | | RKV Termination – transfer to RD,DW 075 for SLEP program ........ | | | | [−140,000] | |
| 110 | 0604876C | BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT TEST .......... | 25,137 | 25,137 | 25,137 | | 25,137 |
| 111 | 0604878C | AEGIS BMD TEST ................................................................................ | 169,822 | 148,740 | 169,822 | | 169,822 |
| | | Rescope FTM–44—Conduct IRBM test ............................................. | | [−21,082] | | | |
| 112 | 0604879C | BALLISTIC MISSILE DEFENSE SENSOR TEST ......................................... | 105,530 | 94,566 | 105,530 | | 105,530 |
| | | Rescope FTM–44—Conduct IRBM test ............................................. | | [−10,964] | | | |
| 113 | 0604880C | LAND-BASED SM–3 (LBSM3) ................................................................ | 38,352 | 38,352 | 38,352 | | 38,352 |

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
**(In Thousands of Dollars)**

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 115 | 0604887C | BALLISTIC MISSILE DEFENSE MIDCOURSE SEGMENT TEST | 98,139 | 96,446 | 98,139 | | 98,139 |
| | | Rescope FTM–44—Conduct IRBM test | | [–1,693] | | | |
| 117 | 0300206R | ENTERPRISE INFORMATION TECHNOLOGY SYSTEMS | 1,600 | 1,600 | 1,600 | | 1,600 |
| 118 | 0303191D8Z | JOINT ELECTROMAGNETIC TECHNOLOGY (JET) PROGRAM | 3,191 | 3,191 | 3,191 | | 3,191 |
| 119 | 0305103C | CYBER SECURITY INITIATIVE | 1,138 | 1,138 | 1,138 | | 1,138 |
| 120 | 1206410SDA | SPACE TECHNOLOGY DEVELOPMENT AND PROTOTYPING | 85,000 | 75,000 | 55,000 | –30,000 | 55,000 |
| | | Increase to SDA for multi-GNSS receiver capability development | | [20,000] | | | |
| | | Missile defense studies realignment | | | [–30,000] | [–30,000] | |
| | | Space-based discrimination study | | [–15,000] | | | |
| | | Space-based interceptor study | | [–15,000] | | | |
| 121 | 1206893C | SPACE TRACKING & SURVEILLANCE SYSTEM | 35,849 | 35,849 | 35,849 | | 35,849 |
| 122 | 1206895C | BALLISTIC MISSILE DEFENSE SYSTEM SPACE PROGRAMS | 27,565 | 135,565 | 135,565 | 108,000 | 135,565 |
| | | HBTSS unfunded requirement | | | [108,000] | | |
| | | Hypersonic and Ballistic Tracking Space Sensor | | [108,000] | | [108,000] | |
| 122A | 0604011D8Z | NEXT GENERATION INFORMATION COMMUNICATIONS TECHNOLOGY (5G) | | 175,000 | 25,000 | 275,000 | 275,000 |
| | | DOD Spectrum Sharing Program | | | [25,000] | | |
| | | NTTR and additional AF installation 5G network | | | | [100,000] | |
| | | Program increase | | [175,000] | | [175,000] | |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | **9,797,493** | **9,474,169** | **9,987,493** | **217,548** | **10,015,041** |
| | | | | | | | |
| | | **SYSTEM DEVELOPMENT AND DEMONSTRATION** | | | | | |
| 123 | 0604161D8Z | NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E SDD. | 11,276 | 11,276 | 11,276 | | 11,276 |
| 124 | 0604165D8Z | PROMPT GLOBAL STRIKE CAPABILITY DEVELOPMENT | 107,000 | | 107,000 | –31,000 | 76,000 |
| | | Lack of justification—awaiting policy | | [–76,000] | | | |
| | | Transfer to RDTE, Army Line 100 | | [–31,000] | | [–31,000] | |
| 125 | 0604384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—EMD | 384,047 | 384,047 | 384,047 | –10,000 | 374,047 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Excess growth ................................................................ | | | | [−10,000] | |
| 126 | 0604771D8Z | JOINT TACTICAL INFORMATION DISTRIBUTION SYSTEM (JTIDS) ............... | 40,102 | 43,102 | 40,102 | | 40,102 |
| | | Cyber maturity model certification program ................................ | | [3,000] | | | |
| 127 | 0605000BR | COUNTER WEAPONS OF MASS DESTRUCTION SYSTEMS DEVELOPMENT .... | 13,100 | 13,100 | 13,100 | | 13,100 |
| 128 | 0605013BL | INFORMATION TECHNOLOGY DEVELOPMENT ................................... | 3,070 | 3,070 | 3,070 | | 3,070 |
| 129 | 0605021SE | HOMELAND PERSONNEL SECURITY INITIATIVE .............................. | 7,295 | 7,295 | 7,295 | | 7,295 |
| 130 | 0605022D8Z | DEFENSE EXPORTABILITY PROGRAM ......................................... | 17,615 | 7,615 | 17,615 | | 17,615 |
| | | Unjustified growth ......................................................... | | [−10,000] | | | |
| 131 | 0605027D8Z | OUSD(C) IT DEVELOPMENT INITIATIVES ...................................... | 15,653 | 15,653 | 15,653 | | 15,653 |
| 132 | 0605070S | DOD ENTERPRISE SYSTEMS DEVELOPMENT AND DEMONSTRATION ........... | 2,378 | 2,378 | 2,378 | | 2,378 |
| 133 | 0605075D8Z | CMO POLICY AND INTEGRATION .............................................. | 1,618 | 1,618 | 1,618 | | 1,618 |
| 134 | 0605080S | DEFENSE AGENCY INITIATIVES (DAI)—FINANCIAL SYSTEM ...................... | 27,944 | 27,944 | 27,944 | | 27,944 |
| 135 | 0605090S | DEFENSE RETIRED AND ANNUITANT PAY SYSTEM (DRAS) ...................... | 6,609 | 6,609 | 6,609 | | 6,609 |
| 136 | 0605210D8Z | DEFENSE-WIDE ELECTRONIC PROCUREMENT CAPABILITIES ..................... | 9,619 | 9,619 | 9,619 | | 9,619 |
| 137 | 0605294D8Z | TRUSTED & ASSURED MICROELECTRONICS ................................... | 175,032 | 175,032 | 175,032 | | 175,032 |
| 138 | 0303140BL | INFORMATION SYSTEMS SECURITY PROGRAM ............................... | 425 | 425 | 425 | | 425 |
| 139 | 0303141K | GLOBAL COMBAT SUPPORT SYSTEM .......................................... | 1,578 | 1,578 | 1,578 | | 1,578 |
| 140 | 0305304D8Z | DOD ENTERPRISE ENERGY INFORMATION MANAGEMENT (EEIM) ............ | 4,373 | 4,373 | 4,373 | | 4,373 |
| 141 | 0305310D8Z | CWMD SYSTEMS: SYSTEM DEVELOPMENT AND DEMONSTRATION ............ | 12,854 | 12,854 | 12,854 | | 12,854 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT AND DEMONSTRATION** ................... | **841,588** | **727,588** | **841,588** | **−41,000** | **800,588** |
| | | | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 142 | 0603829J | JOINT CAPABILITY EXPERIMENTATION ........................................ | 13,000 | 13,000 | 13,000 | | 13,000 |
| 143 | 0604774D8Z | DEFENSE READINESS REPORTING SYSTEM (DRRS) ........................... | 9,724 | 9,724 | 9,724 | | 9,724 |
| 144 | 0604875D8Z | JOINT SYSTEMS ARCHITECTURE DEVELOPMENT .............................. | 9,593 | 9,593 | 9,593 | | 9,593 |
| 145 | 0604940D8Z | CENTRAL TEST AND EVALUATION INVESTMENT DEVELOPMENT (CTEIP) ..... | 260,267 | 240,267 | 260,267 | | 260,267 |
| | | Undistributed ............................................................ | | [−20,000] | | | |
| 146 | 0604942D8Z | ASSESSMENTS AND EVALUATIONS ........................................... | 30,834 | 30,834 | 30,834 | | 30,834 |
| 147 | 0605001E | MISSION SUPPORT ............................................................ | 68,498 | 68,498 | 68,498 | | 68,498 |
| 148 | 0605100D8Z | JOINT MISSION ENVIRONMENT TEST CAPABILITY (JMETC) ...................... | 83,091 | 83,091 | 89,091 | 6,000 | 89,091 |
| | | Cyber range development ................................................. | | | [6,000] | [6,000] | |
| 149 | 0605104D8Z | TECHNICAL STUDIES, SUPPORT AND ANALYSIS ............................... | 18,079 | 18,079 | 13,079 | | 18,079 |

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION**
**(In Thousands of Dollars)**

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | | Program reduction | | | [−5,000] | | |
| 150 | 0605126J | JOINT INTEGRATED AIR AND MISSILE DEFENSE ORGANIZATION (JIAMDO) | 70,038 | 70,038 | 70,038 | | 70,038 |
| 152 | 0605142D8Z | SYSTEMS ENGINEERING | 37,140 | 37,140 | 32,140 | | 37,140 |
| | | Program reduction | | | [−5,000] | | |
| 153 | 0605151D8Z | STUDIES AND ANALYSIS SUPPORT—OSD | 4,759 | 4,759 | 4,759 | | 4,759 |
| 154 | 0605161D8Z | NUCLEAR MATTERS-PHYSICAL SECURITY | 8,307 | 8,307 | 8,307 | | 8,307 |
| 155 | 0605170D8Z | SUPPORT TO NETWORKS AND INFORMATION INTEGRATION | 9,441 | 9,441 | 9,441 | | 9,441 |
| 156 | 0605200D8Z | GENERAL SUPPORT TO USD (INTELLIGENCE) | 1,700 | 1,700 | 1,700 | | 1,700 |
| 157 | 0605384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM | 110,363 | 110,363 | 110,363 | | 110,363 |
| 166 | 0605790D8Z | SMALL BUSINESS INNOVATION RESEARCH (SBIR)/ SMALL BUSINESS TECHNOLOGY TRANSFER. | 3,568 | 3,568 | 3,568 | | 3,568 |
| 167 | 0605797D8Z | MAINTAINING TECHNOLOGY ADVANTAGE | 19,936 | 19,936 | 19,936 | | 19,936 |
| 168 | 0605798D8Z | DEFENSE TECHNOLOGY ANALYSIS | 16,875 | 19,875 | 16,875 | 3,000 | 19,875 |
| | | National Science, Technology, and Security Roundtable with Academia. | | [3,000] | | [3,000] | |
| 169 | 0605801KA | DEFENSE TECHNICAL INFORMATION CENTER (DTIC) | 57,716 | 57,716 | 57,716 | | 57,716 |
| 170 | 0605803SE | R&D IN SUPPORT OF DOD ENLISTMENT, TESTING AND EVALUATION | 34,448 | 34,448 | 34,448 | | 34,448 |
| 171 | 0605804D8Z | DEVELOPMENT TEST AND EVALUATION | 22,203 | 22,203 | 22,203 | | 22,203 |
| 172 | 0605898E | MANAGEMENT HQ—R&D | 13,208 | 13,208 | 13,208 | | 13,208 |
| 173 | 0605998KA | MANAGEMENT HQ—DEFENSE TECHNICAL INFORMATION CENTER (DTIC) | 3,027 | 3,027 | 3,027 | | 3,027 |
| 174 | 0606100D8Z | BUDGET AND PROGRAM ASSESSMENTS | 8,017 | 8,017 | 8,017 | | 8,017 |
| 175 | 0606225D8Z | ODNA TECHNOLOGY AND RESOURCE ANALYSIS | 3,194 | 3,194 | 3,194 | | 3,194 |
| 176 | 0606589D8W | DEFENSE DIGITAL SERVICE (DDS) DEVELOPMENT SUPPORT | 1,000 | 1,000 | 6,000 | | 1,000 |
| | | Increase | | | [5,000] | | |
| 179 | 0203345D8Z | DEFENSE OPERATIONS SECURITY INITIATIVE (DOSI) | 3,037 | 3,037 | 3,037 | | 3,037 |
| 180 | 0204571J | JOINT STAFF ANALYTICAL SUPPORT | 9,216 | 9,216 | 9,216 | | 9,216 |
| 183 | 0303166J | SUPPORT TO INFORMATION OPERATIONS (IO) CAPABILITIES | 553 | 553 | 553 | | 553 |

WASHSTATEC014421

113

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 184 | 0303260D8Z | DEFENSE MILITARY DECEPTION PROGRAM OFFICE (DMDPO) | 1,014 | 1,014 | 1,014 | | 1,014 |
| 185 | 0305172K | COMBINED ADVANCED APPLICATIONS | 58,667 | 58,667 | 58,667 | −10,000 | 48,667 |
| | | Unjustified growth | | | | [−10,000] | |
| 187 | 0305245D8Z | INTELLIGENCE CAPABILITIES AND INNOVATION INVESTMENTS | 21,081 | 21,081 | 21,081 | | 21,081 |
| 189 | 0307588D8Z | ALGORITHMIC WARFARE CROSS FUNCTIONAL TEAMS | 221,235 | 221,235 | 221,235 | | 221,235 |
| 191 | 0804768J | COCOM EXERCISE ENGAGEMENT AND TRAINING TRANSFORMATION (CE2T2)—NON-MHA. | 40,073 | 40,073 | 40,073 | | 40,073 |
| 192 | 0808709SE | DEFENSE EQUAL OPPORTUNITY MANAGEMENT INSTITUTE (DEOMI) | 100 | 100 | 100 | | 100 |
| 193 | 0901598C | MANAGEMENT HQ—MDA | 27,065 | 27,065 | 27,065 | | 27,065 |
| 194 | 0903235K | JOINT SERVICE PROVIDER (JSP) | 3,090 | 3,090 | 3,090 | | 3,090 |
| 194A | 9999999999 | CLASSIFIED PROGRAMS | 51,471 | 51,471 | 51,471 | | 51,471 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **1,354,628** | **1,337,628** | **1,355,628** | **−1,000** | **1,353,628** |
| | | **OPERATIONAL SYSTEM DEVELOPMENT** **UNDISTRIBUTED** | | | | | |
| 195 | 0604130V | ENTERPRISE SECURITY SYSTEM (ESS) | 7,945 | 7,945 | 7,945 | | 7,945 |
| 196 | 0604532K | JOINT ARTIFICIAL INTELLIGENCE | 208,834 | 166,834 | 208,834 | | 208,834 |
| | | Early to need | | [−42,000] | | | |
| 197 | 0605127T | REGIONAL INTERNATIONAL OUTREACH (RIO) AND PARTNERSHIP FOR PEACE INFORMATION MANA. | 1,947 | 1,947 | 1,947 | | 1,947 |
| 198 | 0605147T | OVERSEAS HUMANITARIAN ASSISTANCE SHARED INFORMATION SYSTEM (OHASIS). | 310 | 310 | 310 | | 310 |
| 199 | 0607210D8Z | INDUSTRIAL BASE ANALYSIS AND SUSTAINMENT SUPPORT | 10,051 | 19,051 | 48,551 | 8,500 | 18,551 |
| | | Advanced systems manufacturing | | | [5,000] | [5,000] | |
| | | Composite manufacturing technologies | | | [15,000] | | |
| | | Composite manufacturing technology | | [5,000] | | | |
| | | Lithium ion batteries | | [4,000] | | | |
| | | Printed circuit boards | | | [15,000] | | |
| | | Rare earth element production | | | [3,500] | [3,500] | |
| 200 | 0607310D8Z | CWMD SYSTEMS: OPERATIONAL SYSTEMS DEVELOPMENT | 12,734 | 12,734 | 12,734 | | 12,734 |
| 201 | 0607327T | GLOBAL THEATER SECURITY COOPERATION MANAGEMENT INFORMATION SYSTEMS (G-TSCMIS). | 14,800 | 14,800 | 14,800 | −4,450 | 10,350 |

WASHSTATEC014422

114

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | | Excess growth ................................................. | | | | [−4,450] | |
| 202 | 0607384BP | CHEMICAL AND BIOLOGICAL DEFENSE (OPERATIONAL SYSTEMS DEVELOPMENT). | 54,023 | 54,023 | 54,023 | | 54,023 |
| 203 | 0208043J | PLANNING AND DECISION AID SYSTEM (PDAS) ................. | 4,537 | 4,537 | 4,537 | | 4,537 |
| 204 | 0208045K | C4I INTEROPERABILITY ........................................ | 64,122 | 64,122 | 64,122 | | 64,122 |
| 210 | 0302019K | DEFENSE INFO INFRASTRUCTURE ENGINEERING AND INTEGRATION ......... | 15,798 | 15,798 | 15,798 | | 15,798 |
| 211 | 0303126K | LONG-HAUL COMMUNICATIONS—DCS ............................. | 11,166 | 11,166 | 11,166 | | 11,166 |
| 212 | 0303131K | MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN) ... | 17,383 | 17,383 | 17,383 | | 17,383 |
| 214 | 0303136G | KEY MANAGEMENT INFRASTRUCTURE (KMI) ...................... | 54,516 | 54,516 | 54,516 | | 54,516 |
| 215 | 0303140D8Z | INFORMATION SYSTEMS SECURITY PROGRAM ...................... | 67,631 | 89,631 | 92,631 | 25,000 | 92,631 |
| | | AI and Cyber Center of Excellence ........................... | | | | [25,000] | [25,000] |
| | | Cyber institutes for senior military colleges ................ | | [12,000] | | | |
| | | Implementation of Cyber Excepted Service .................... | | [10,000] | | | |
| 216 | 0303140G | INFORMATION SYSTEMS SECURITY PROGRAM ...................... | 289,080 | 287,198 | 287,198 | −1,882 | 287,198 |
| | | Realignment to DISA for Sharkseer ........................... | | [−1,882] | | [−1,882] | |
| | | Sharkseer transfer ........................................... | | | [−1,882] | | |
| 217 | 0303140K | INFORMATION SYSTEMS SECURITY PROGRAM ...................... | 42,796 | 44,678 | 44,678 | 1,882 | 44,678 |
| | | Realignment for Sharkseer ................................... | | [1,882] | | [1,882] | |
| | | Sharkseer transfer ........................................... | | | [1,882] | | |
| 218 | 0303150K | GLOBAL COMMAND AND CONTROL SYSTEM ........................ | 25,218 | 25,218 | 25,218 | | 25,218 |
| 219 | 0303153K | DEFENSE SPECTRUM ORGANIZATION .............................. | 21,698 | 21,698 | 21,698 | | 21,698 |
| 220 | 0303228K | JOINT REGIONAL SECURITY STACKS (JRSS) ...................... | 18,077 | 18,077 | 18,077 | | 18,077 |
| 222 | 0303430K | FEDERAL INVESTIGATIVE SERVICES INFORMATION TECHNOLOGY ...... | 44,001 | 44,001 | 44,001 | | 44,001 |
| 228 | 0305128V | SECURITY AND INVESTIGATIVE ACTIVITIES ....................... | 2,400 | 2,400 | 17,400 | | 2,400 |
| | | Local criminal records access ................................ | | | [15,000] | | |
| 232 | 0305186D8Z | POLICY R&D PROGRAMS ........................................ | 6,301 | 6,301 | 6,301 | | 6,301 |
| 233 | 0305199D8Z | NET CENTRICITY .............................................. | 21,384 | 21,384 | 21,384 | | 21,384 |

WASHSTATEC014423

115

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 235 | 0305208BB | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 6,359 | 6,359 | 6,359 | | 6,359 |
| 238 | 0305208K | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 2,981 | 2,981 | 2,981 | | 2,981 |
| 241 | 0305327V | INSIDER THREAT | 1,964 | 1,964 | 1,964 | | 1,964 |
| 242 | 0305387D8Z | HOMELAND DEFENSE TECHNOLOGY TRANSFER PROGRAM | 2,221 | 2,221 | 2,221 | | 2,221 |
| 250 | 0708012K | LOGISTICS SUPPORT ACTIVITIES | 1,361 | 1,361 | 1,361 | | 1,361 |
| 251 | 0708012S | PACIFIC DISASTER CENTERS | 1,770 | 1,770 | 1,770 | | 1,770 |
| 252 | 0708047S | DEFENSE PROPERTY ACCOUNTABILITY SYSTEM | 3,679 | 3,679 | 3,679 | | 3,679 |
| 254 | 1105219BB | MQ–9 UAV | 20,697 | 20,697 | 20,697 | | 20,697 |
| 256 | 1160403BB | AVIATION SYSTEMS | 245,795 | 263,021 | 254,595 | 17,200 | 262,995 |
| | | Program increase—Future Vertical Lift | | [8,800] | | [8,800] | |
| | | Program increase—RFCM | | [8,426] | | | |
| | | UPL Future vertical lift | | | [8,800] | | |
| | | UPL FVL realignment from RFCM | | | | [8,400] | |
| 257 | 1160405BB | INTELLIGENCE SYSTEMS DEVELOPMENT | 15,484 | 15,484 | 15,484 | | 15,484 |
| 258 | 1160408BB | OPERATIONAL ENHANCEMENTS | 166,922 | 166,922 | 166,922 | | 166,922 |
| 259 | 1160431BB | WARRIOR SYSTEMS | 62,332 | 62,332 | 62,332 | | 62,332 |
| 260 | 1160432BB | SPECIAL PROGRAMS | 21,805 | 21,805 | 21,805 | | 21,805 |
| 261 | 1160434BB | UNMANNED ISR | 37,377 | 37,377 | 37,377 | | 37,377 |
| 262 | 1160480BB | SOF TACTICAL VEHICLES | 11,150 | 11,150 | 11,150 | | 11,150 |
| 263 | 1160483BB | MARITIME SYSTEMS | 72,626 | 72,626 | 72,626 | | 72,626 |
| 264 | 1160489BB | GLOBAL VIDEO SURVEILLANCE ACTIVITIES | 5,363 | 5,363 | 5,363 | | 5,363 |
| 265 | 1160490BB | OPERATIONAL ENHANCEMENTS INTELLIGENCE | 12,962 | 12,962 | 12,962 | | 12,962 |
| 266 | 1203610K | TELEPORT PROGRAM | 6,158 | 6,158 | 6,158 | | 6,158 |
| 266A | 9999999999 | CLASSIFIED PROGRAMS | 4,542,640 | 4,542,640 | 4,542,640 | | 4,542,640 |
| | | SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT | 6,258,398 | 6,383,624 | 6,345,698 | 46,250 | 6,304,648 |
| 267A | 9999999999 | UNDISTRIBUTED | | 119,000 | | | |
| | | Transfer to NRO for weather satellite procurement to mitigate weather capability gaps risk in 2022–2023. | | [119,000] | | | |
| | | SUBTOTAL UNDISTRIBUTED | | 125,226 | 87,300 | 46,250 | 46,250 |
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW | 24,772,953 | 24,572,855 | 25,085,253 | 198,872 | 24,971,825 |

### SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | | **OPERATIONAL TEST & EVAL, DEFENSE MANAGEMENT SUPPORT** | | | | | |
| 001 | 0605118OTE | OPERATIONAL TEST AND EVALUATION ............... | 93,291 | 93,291 | 93,291 | | 93,291 |
| 002 | 0605131OTE | LIVE FIRE TEST AND EVALUATION ............... | 69,172 | 69,172 | 69,172 | | 69,172 |
| 003 | 0605814OTE | OPERATIONAL TEST ACTIVITIES AND ANALYSES ............... | 58,737 | 58,737 | 58,737 | | 58,737 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** ............... | **221,200** | **221,200** | **221,200** | | **221,200** |
| | | **TOTAL OPERATIONAL TEST & EVAL, DEFENSE** ............... | **221,200** | **221,200** | **221,200** | | **221,200** |
| | | **TOTAL RDT&E** ............... | **103,395,545** | **100,742,469** | **104,053,153** | **−1,085,699** | **102,309,846** |

WASHSTATEC014425

## SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 074 | 0603327A | AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING ........................ | 500 | 500 | 500 | | 500 |
| 079 | 0603747A | SOLDIER SUPPORT AND SURVIVABILITY ........................................ | 3,000 | 3,000 | 3,000 | | 3,000 |
| 085 | 0603804A | LOGISTICS AND ENGINEER EQUIPMENT—ADV DEV ........................ | 1,085 | 1,085 | 1,085 | | 1,085 |
| 095 | 0604117A | MANEUVER—SHORT RANGE AIR DEFENSE (M-SHORAD) ................ | 6,000 | | 6,000 | −6,000 | |
| | | Unjustified request ..................................................................... | | [−6,000] | | [−6,000] | |
| 097 | 0604119A | ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING ........ | 4,529 | 4,529 | 4,529 | | 4,529 |
| 105 | 0604785A | INTEGRATED BASE DEFENSE (BUDGET ACTIVITY 4) ........................ | 2,000 | | 2,000 | | 2,000 |
| | | Unjustified request ..................................................................... | | [−2,000] | | | |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** ........... | **17,114** | **17,114** | **17,114** | | **17,114** |
| | | | | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | | | | |
| 151 | 0605035A | COMMON INFRARED COUNTERMEASURES (CIRCM) ........................ | 11,770 | 11,770 | 11,770 | | 11,770 |
| 159 | 0605051A | AIRCRAFT SURVIVABILITY DEVELOPMENT ........................................ | 77,420 | 77,420 | 77,420 | | 77,420 |
| 163 | 0605203A | ARMY SYSTEM DEVELOPMENT & DEMONSTRATION ........................ | 19,527 | 19,527 | 19,527 | | 19,527 |
| 174 | 0304270A | ELECTRONIC WARFARE DEVELOPMENT ........................................ | 3,200 | 3,200 | 3,200 | | 3,200 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION** ........................ | **111,917** | **111,917** | **111,917** | | **111,917** |
| | | | | | | | |
| | | **RDT&E MANAGEMENT SUPPORT** | | | | | |
| 200 | 0606003A | COUNTERINTEL AND HUMAN INTEL MODERNIZATION ........................ | 1,875 | 1,875 | 1,875 | | 1,875 |
| | | **SUBTOTAL RDT&E MANAGEMENT SUPPORT** ........................................ | **1,875** | **1,875** | **1,875** | | **1,875** |
| | | | | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | | | | |
| | | **UNDISTRIBUTED** | | | | | |

**SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS**
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 238 | 0303028A | SECURITY AND INTELLIGENCE ACTIVITIES | 22,904 | 22,904 | 22,904 | | 22,904 |
| 246 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES | 34,100 | 34,100 | 34,100 | | 34,100 |
| 247 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS | 14,000 | 14,000 | 14,000 | | 14,000 |
| 252 | 0307665A | BIOMETRICS ENABLED INTELLIGENCE | 2,214 | 2,214 | 2,214 | | 2,214 |
| | | SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT | 73,218 | 73,218 | 73,218 | | 73,218 |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | 204,124 | 196,124 | 204,124 | −6,000 | 198,124 |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | | | | |
| | | ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES | | | | | |
| 028 | 0603207N | AIR/OCEAN TACTICAL APPLICATIONS | 2,400 | 2,400 | 2,400 | | 2,400 |
| 038 | 0603527N | RETRACT LARCH | 22,000 | 22,000 | 22,000 | | 22,000 |
| 057 | 0603654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 14,178 | 14,178 | 14,178 | | 14,178 |
| 069 | 0603795N | LAND ATTACK TECHNOLOGY | 1,428 | 1,428 | 1,428 | | 1,428 |
| | | SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES | 40,006 | 40,006 | 40,006 | | 40,006 |
| | | SYSTEM DEVELOPMENT & DEMONSTRATION | | | | | |
| 143 | 0604755N | SHIP SELF DEFENSE (DETECT & CONTROL) | 1,122 | 1,122 | 1,122 | | 1,122 |
| | | SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION | 1,122 | 1,122 | 1,122 | | 1,122 |
| | | OPERATIONAL SYSTEMS DEVELOPMENT | | | | | |
| | | UNDISTRIBUTED | | | | | |
| 228 | 0206313M | MARINE CORPS COMMUNICATIONS SYSTEMS | 15,000 | 15,000 | 15,000 | | 15,000 |
| 259A | 9999999999 | CLASSIFIED PROGRAMS | 108,282 | 108,282 | 108,282 | | 108,282 |
| | | SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT | 123,282 | 123,282 | 123,282 | | 123,282 |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | 164,410 | 164,410 | 164,410 | | 164,410 |

WASHSTATEC014427

**RESEARCH, DEVELOPMENT, TEST & EVAL, AF**
**ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES**

| | | | | | | |
|---|---|---|---|---|---|---|
| 048 | 0604858F | TECH TRANSITION PROGRAM ........................................ | 26,450 | 26,450 | 26,450 | 26,450 |
| 072 | 1206857F | SPACE RAPID CAPABILITIES OFFICE ............................. | 17,885 | 17,885 | 17,885 | 17,885 |
| | | SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES ............ | 44,335 | 44,335 | 44,335 | 44,335 |

**OPERATIONAL SYSTEMS DEVELOPMENT**
**UNDISTRIBUTED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 177 | 0205671F | JOINT COUNTER RCIED ELECTRONIC WARFARE ........................ | 4,000 | 4,000 | 4,000 | 4,000 |
| 217 | 0208288F | INTEL DATA APPLICATIONS ........................................ | 1,200 | 1,200 | 1,200 | 1,200 |
| 311A | 9999999999 | CLASSIFIED PROGRAMS ............................................ | 78,713 | 78,713 | 78,713 | 78,713 |
| | | SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT ........................ | 83,913 | 83,913 | 83,913 | 83,913 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF ..................... | 128,248 | 128,248 | 128,248 | 128,248 |

**RESEARCH, DEVELOPMENT, TEST & EVAL, DW**
**APPLIED RESEARCH**

| | | | | | | |
|---|---|---|---|---|---|---|
| 010 | 0602134BR | COUNTER IMPROVISED-THREAT ADVANCED STUDIES ..................... | 1,677 | 1,677 | 1,677 | 1,677 |
| | | SUBTOTAL APPLIED RESEARCH ........................................ | 1,677 | 1,677 | 1,677 | 1,677 |

**ADVANCED TECHNOLOGY DEVELOPMENT**

| | | | | | | |
|---|---|---|---|---|---|---|
| 025 | 0603122D8Z | COMBATING TERRORISM TECHNOLOGY SUPPORT ......................... | 25,230 | 25,230 | 25,230 | 25,230 |
| 027 | 0603134BR | COUNTER IMPROVISED-THREAT SIMULATION ........................... | 49,528 | 49,528 | 49,528 | 49,528 |
| | | SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT ........................ | 74,758 | 74,758 | 74,758 | 74,758 |

**ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES**

| | | | | | | |
|---|---|---|---|---|---|---|
| 094 | 0604134BR | COUNTER IMPROVISED-THREAT DEMONSTRATION, PROTOTYPE DEVELOP-MENT, AND TESTING. | 113,590 | 113,590 | 113,590 | 113,590 |
| | | SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES .......... | 113,590 | 113,590 | 113,590 | 113,590 |

**OPERATIONAL SYSTEM DEVELOPMENT**

WASHSTATEC014428

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

120

### SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS
#### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **UNDISTRIBUTED** | | | | | |
| 258 | 1160408BB | OPERATIONAL ENHANCEMENTS .................... | 726 | 726 | 726 | | 726 |
| 259 | 1160431BB | WARRIOR SYSTEMS ............................ | 6,000 | 6,000 | 6,000 | | 6,000 |
| 261 | 1160434BB | UNMANNED ISR ............................... | 5,000 | 5,000 | 5,000 | | 5,000 |
| 266A | 9999999999 | CLASSIFIED PROGRAMS ........................ | 200,199 | 200,199 | 200,199 | | 200,199 |
| | | **SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT** ............ | **211,925** | **211,925** | **211,925** | | **211,925** |
| | | | | | | | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW** ......... | **401,950** | **401,950** | **401,950** | | **401,950** |
| | | | | | | | |
| | | **TOTAL RDT&E** ................................ | **898,732** | **890,732** | **898,732** | **−6,000** | **892,732** |

WASHSTATEC014429

## SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR EMERGENCY REQUIREMENTS.

SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|-----------------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 187 | 0605864N | TEST AND EVALUATION SUPPORT ............................... | 0 | | | 129,000 | 129,000 |
| | | Earthquake damage recovery ..................................... | | | | [129,000] | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** ........................ | **0** | | | **129,000** | **129,000** |
| | | | | | | | |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 128 | 0605807F | TEST AND EVALUATION SUPPORT ............................... | 0 | | | 14,436 | 14,436 |
| | | Earthquake damage recovery ..................................... | | | | [14,436] | |
| 138 | 0605976F | FACILITIES RESTORATION AND MODERNIZATION—TEST AND EVALUA-TION SUPPORT. | 0 | | | 1,060 | 1,060 |
| | | Earthquake damage recovery ..................................... | | | | [1,060] | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF** ............................. | **0** | | | **15,496** | **15,496** |
| | | | | | | | |
| | | **TOTAL RDT&E** ................................................. | **0** | | | **144,496** | **144,496** |

# TITLE XLIII—OPERATION AND MAINTENANCE

**SEC. 4301. OPERATION AND MAINTENANCE.**

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | **OPERATION & MAINTENANCE, ARMY** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | MANEUVER UNITS | 1,735,922 | 1,659,222 | 1,735,922 | −337,248 | 1,398,674 |
| | Realignment to OCO | | | | [−260,548] | |
| | Unjustified growth | | [−76,700] | | [−76,700] | |
| 020 | MODULAR SUPPORT BRIGADES | 127,815 | 126,515 | 127,815 | −3,150 | 124,665 |
| | Unjustified growth | | [−1,300] | | [−3,150] | |
| 030 | ECHELONS ABOVE BRIGADE | 716,356 | 709,356 | 716,356 | −7,000 | 709,356 |
| | Unjustified growth | | [−7,000] | | [−7,000] | |
| 040 | THEATER LEVEL ASSETS | 890,891 | 881,991 | 890,891 | −12,000 | 878,891 |
| | Unjustified growth | | [−8,900] | | [−12,000] | |
| 050 | LAND FORCES OPERATIONS SUPPORT | 1,232,477 | 1,215,477 | 1,232,477 | −9,500 | 1,222,977 |
| | Program decrease | | [−15,000] | | | |
| | Unjustified growth | | [−2,000] | | [−9,500] | |
| 060 | AVIATION ASSETS | 1,355,606 | 1,282,106 | 1,355,606 | −86,500 | 1,269,106 |
| | Excess to need | | [−73,500] | | [−86,500] | |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 3,882,315 | 2,644,315 | 3,882,315 | −1,218,000 | 2,664,315 |
| | Excess FTE request | | [−38,000] | | | |
| | Female personal protective equipment | | [2,000] | | [2,000] | |
| | Program decrease | | [−15,000] | | | |
| | Realignment to OCO | | [−1,100,000] | | [−1,100,000] | |
| | Unjustified growth | | [−12,000] | | [−120,000] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Unjustified transfer | | [−75,000] | | | |
| 080 | LAND FORCES SYSTEMS READINESS | 417,069 | 417,069 | 446,269 | 29,200 | 446,269 |
| | UPL MDTF INDOPACOM | | | [29,200] | [29,200] | |
| 090 | LAND FORCES DEPOT MAINTENANCE | 1,633,327 | 1,633,327 | 1,633,327 | −25,000 | 1,608,327 |
| | Unjustified growth | | | | [−25,000] | |
| 100 | BASE OPERATIONS SUPPORT | 8,047,933 | 8,032,933 | 7,951,473 | −45,000 | 8,002,933 |
| | Army Community Services | | [30,000] | | | |
| | Historical underexecution | | | [−46,000] | | |
| | Revised MHPI cost share | | | [−50,460] | | |
| | Unjustified growth | | [−45,000] | | [−45,000] | |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 4,326,840 | 4,051,840 | 4,326,840 | | 4,326,840 |
| | Unexecutable growth | | [−275,000] | | | |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 405,612 | 405,612 | 405,612 | | 405,612 |
| 160 | US AFRICA COMMAND | 251,511 | 251,511 | 251,511 | −8,500 | 243,011 |
| | Unjustified growth | | | | [−8,500] | |
| 170 | US EUROPEAN COMMAND | 146,358 | 146,358 | 154,158 | | 146,358 |
| | | | | [7,800] | | |
| 180 | US SOUTHERN COMMAND | 191,840 | 218,340 | 191,840 | 18,000 | 209,840 |
| | Multi-Mission Support Vessel | | [18,000] | | [18,000] | |
| | Overland airborne ISR operations | | [8,500] | | | |
| 190 | US FORCES KOREA | 57,603 | 57,603 | 57,603 | | 57,603 |
| 200 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 423,156 | 423,156 | 423,156 | | 423,156 |
| 210 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 551,185 | 551,185 | 551,185 | | 551,185 |
| | **SUBTOTAL OPERATING FORCES** | 26,393,816 | 24,707,916 | 26,334,356 | −1,704,698 | 24,689,118 |
| | | | | | | |
| | **MOBILIZATION** | | | | | |
| 220 | STRATEGIC MOBILITY | 380,577 | 380,577 | 380,577 | | 380,577 |
| 230 | ARMY PREPOSITIONED STOCKS | 362,942 | 362,942 | 362,942 | | 362,942 |
| 240 | INDUSTRIAL PREPAREDNESS | 4,637 | 4,637 | 4,637 | 1,000 | 5,637 |
| | Advanced Manufacturing COE Tech Roadmapping | | | | [1,000] | |
| | **SUBTOTAL MOBILIZATION** | 748,156 | 748,156 | 748,156 | 1,000 | 749,156 |

124

**SEC. 4301. OPERATION AND MAINTENANCE**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | **TRAINING AND RECRUITING** | | | | | |
| 250 | OFFICER ACQUISITION | 157,175 | 157,175 | 157,175 | | 157,175 |
| 260 | RECRUIT TRAINING | 55,739 | 55,739 | 55,739 | | 55,739 |
| 270 | ONE STATION UNIT TRAINING | 62,300 | 62,300 | 62,300 | | 62,300 |
| 280 | SENIOR RESERVE OFFICERS TRAINING CORPS | 538,357 | 538,357 | 538,357 | | 538,357 |
| 290 | SPECIALIZED SKILL TRAINING | 969,813 | 969,813 | 969,813 | | 969,813 |
| 300 | FLIGHT TRAINING | 1,234,049 | 1,209,049 | 1,234,049 | | 1,234,049 |
| | Changes to AH–64E Program | | [–25,000] | | | |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 218,338 | 218,338 | 218,338 | | 218,338 |
| 320 | TRAINING SUPPORT | 554,659 | 550,659 | 554,659 | –2,000 | 552,659 |
| | Excess travel request | | [–4,000] | | [–2,000] | |
| 330 | RECRUITING AND ADVERTISING | 716,056 | 716,056 | 636,056 | –10,000 | 706,056 |
| | Unjustified growth for advertising | | | [–70,000] | | |
| | Unjustified growth for recruiting | | | [–10,000] | [–10,000] | |
| 340 | EXAMINING | 185,034 | 185,034 | 185,034 | | 185,034 |
| 350 | OFF-DUTY AND VOLUNTARY EDUCATION | 214,275 | 214,275 | 214,275 | | 214,275 |
| 360 | CIVILIAN EDUCATION AND TRAINING | 147,647 | 147,647 | 147,647 | | 147,647 |
| 370 | JUNIOR RESERVE OFFICER TRAINING CORPS | 173,812 | 173,812 | 173,812 | | 173,812 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **5,227,254** | **5,198,254** | **5,147,254** | **–12,000** | **5,215,254** |
| | **ADMIN & SRVWIDE ACTIVITIES** | | | | | |
| 390 | SERVICEWIDE TRANSPORTATION | 559,229 | 559,229 | 559,229 | | 559,229 |
| 400 | CENTRAL SUPPLY ACTIVITIES | 929,944 | 927,944 | 929,944 | –1,000 | 928,944 |
| | Excess personnel | | [–2,000] | | [–1,000] | |
| 410 | LOGISTIC SUPPORT ACTIVITIES | 629,981 | 629,981 | 629,981 | | 629,981 |
| 420 | AMMUNITION MANAGEMENT | 458,771 | 458,771 | 458,771 | –7,000 | 451,771 |
| | Unjustified growth | | | | [–7,000] | |

WASHSTATEC014433

| | | | | | | |
|---|---|---|---|---|---|---|
| 430 | ADMINISTRATION | 428,768 | 428,768 | 428,768 | −10,000 | 418,768 |
| | Unjustified growth | | | | [−10,000] | |
| 440 | SERVICEWIDE COMMUNICATIONS | 1,512,736 | 1,512,736 | 1,512,736 | −40,000 | 1,472,736 |
| | Program decrease unaccounted for | | | | [−40,000] | |
| 450 | MANPOWER MANAGEMENT | 272,738 | 272,738 | 272,738 | | 272,738 |
| 460 | OTHER PERSONNEL SUPPORT | 391,869 | 381,869 | 363,869 | −30,000 | 361,869 |
| | Historical underexecution | | | [−28,000] | | |
| | Unjustified growth | | [−10,000] | | [−30,000] | |
| 470 | OTHER SERVICE SUPPORT | 1,901,165 | 1,896,080 | 1,901,165 | −20,000 | 1,881,165 |
| | Unjustified headquarters growth | | [−5,085] | | [−20,000] | |
| 480 | ARMY CLAIMS ACTIVITIES | 198,765 | 198,765 | 183,765 | −7,500 | 191,265 |
| | Historical underexecution | | | [−15,000] | [−7,500] | |
| 490 | REAL ESTATE MANAGEMENT | 226,248 | 226,248 | 226,248 | | 226,248 |
| 500 | FINANCIAL MANAGEMENT AND AUDIT READINESS | 315,489 | 310,489 | 315,489 | −23,000 | 292,489 |
| | Program decrease unaccounted for | | | | [−23,000] | |
| | Unjustified growth to General Fund Enterprise Business System | | [−5,000] | | | |
| 510 | INTERNATIONAL MILITARY HEADQUARTERS | 427,254 | 427,254 | 427,254 | | 427,254 |
| 520 | MISC. SUPPORT OF OTHER NATIONS | 43,248 | 43,248 | 43,248 | | 43,248 |
| 565 | CLASSIFIED PROGRAMS | 1,347,053 | 1,347,053 | 1,347,053 | | 1,347,053 |
| | SUBTOTAL ADMIN & SRVWIDE ACTIVITIES | 9,643,258 | 9,621,173 | 9,600,258 | −138,500 | 9,504,758 |
| | **UNDISTRIBUTED** | | | | | |
| 570 | UNDISTRIBUTED | | −110,000 | | | |
| | Overestimation of civilian FTE targets | | [−110,000] | | | |
| | SUBTOTAL UNDISTRIBUTED | | −110,000 | | | |
| | TOTAL OPERATION & MAINTENANCE, ARMY | 42,012,484 | 40,165,499 | 41,830,024 | −1,854,198 | 40,158,286 |
| | **OPERATION & MAINTENANCE, ARMY RES** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | MODULAR SUPPORT BRIGADES | 11,927 | 11,927 | 11,927 | | 11,927 |
| 020 | ECHELONS ABOVE BRIGADE | 533,015 | 533,015 | 533,015 | | 533,015 |

**SEC. 4301. OPERATION AND MAINTENANCE**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 030 | THEATER LEVEL ASSETS | 119,517 | 118,101 | 119,517 | −1,416 | 118,101 |
|  | Insufficient justification |  | [−1,416] |  | [−1,416] |  |
| 040 | LAND FORCES OPERATIONS SUPPORT | 550,468 | 548,268 | 550,468 | −7,000 | 543,468 |
|  | Insufficient justification |  | [−2,200] |  | [−7,000] |  |
| 050 | AVIATION ASSETS | 86,670 | 85,170 | 86,670 | −1,500 | 85,170 |
|  | Unjustified growth |  | [−1,500] |  | [−1,500] |  |
| 060 | FORCE READINESS OPERATIONS SUPPORT | 390,061 | 388,661 | 390,061 | −1,400 | 388,661 |
|  | Excess civilian increase |  | [−400] |  | [−1,400] |  |
|  | Excess travel increase |  | [−1,000] |  |  |  |
| 070 | LAND FORCES SYSTEMS READINESS | 101,890 | 101,890 | 101,890 |  | 101,890 |
| 080 | LAND FORCES DEPOT MAINTENANCE | 48,503 | 48,503 | 48,503 |  | 48,503 |
| 090 | BASE OPERATIONS SUPPORT | 598,907 | 598,907 | 598,907 | −4,200 | 594,707 |
|  | Insufficient justification |  |  |  | [−4,200] |  |
| 100 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 444,376 | 444,376 | 444,376 |  | 444,376 |
| 110 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 22,095 | 22,095 | 22,095 |  | 22,095 |
| 120 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 3,288 | 3,288 | 3,288 |  | 3,288 |
| 130 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 7,655 | 7,655 | 7,655 |  | 7,655 |
|  | **SUBTOTAL OPERATING FORCES** | **2,918,372** | **2,911,856** | **2,918,372** | **−15,516** | **2,902,856** |
|  | **ADMIN & SRVWD ACTIVITIES** |  |  |  |  |  |
|  | **UNDISTRIBUTED** |  |  |  |  |  |
| 140 | SERVICEWIDE TRANSPORTATION | 14,533 | 14,533 | 14,533 |  | 14,533 |
| 150 | ADMINISTRATION | 17,231 | 17,231 | 17,231 |  | 17,231 |
| 160 | SERVICEWIDE COMMUNICATIONS | 14,304 | 14,304 | 14,304 |  | 14,304 |
| 170 | MANPOWER MANAGEMENT | 6,129 | 6,129 | 6,129 |  | 6,129 |
| 180 | RECRUITING AND ADVERTISING | 58,541 | 58,541 | 58,541 |  | 58,541 |
|  | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **110,738** | **110,738** | **110,738** |  | **110,738** |

WASHSTATEC014435

127

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | UNDISTRIBUTED | | | | −25,000 | −25,000 |
| | Overestimation of civilian FTE targets | | | | [−25,000] | |
| | SUBTOTAL UNDISTRIBUTED | | | | −25,000 | −25,000 |
| | | | | | | |
| | TOTAL OPERATION & MAINTENANCE, ARMY RES | 3,029,110 | 3,022,594 | 3,029,110 | −40,516 | 2,988,594 |
| | | | | | | |
| | **OPERATION & MAINTENANCE, ARNG** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 010 | MANEUVER UNITS | 805,671 | 797,671 | 805,671 | −30,000 | 775,671 |
| | Excess growth | | [−8,000] | | [−30,000] | |
| 020 | MODULAR SUPPORT BRIGADES | 195,334 | 193,334 | 195,334 | −2,000 | 193,334 |
| | Excess growth | | [−2,000] | | [−2,000] | |
| 030 | ECHELONS ABOVE BRIGADE | 771,048 | 770,548 | 771,048 | −500 | 770,548 |
| | Excess growth | | [−500] | | [−500] | |
| 040 | THEATER LEVEL ASSETS | 94,726 | 91,826 | 94,726 | −500 | 94,226 |
| | Excess growth | | [−2,900] | | [−500] | |
| 050 | LAND FORCES OPERATIONS SUPPORT | 33,696 | 33,696 | 33,696 | 1,489 | 35,185 |
| | Program increase—advanced trauma training program | | | | [1,489] | |
| 060 | AVIATION ASSETS | 981,819 | 973,819 | 981,819 | −8,000 | 973,819 |
| | Insufficient justification | | [−8,000] | | [−8,000] | |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 743,206 | 743,206 | 743,206 | | 743,206 |
| 080 | LAND FORCES SYSTEMS READINESS | 50,963 | 50,963 | 50,963 | | 50,963 |
| 090 | LAND FORCES DEPOT MAINTENANCE | 258,278 | 249,778 | 258,278 | −4,250 | 254,028 |
| | Insufficient justification | | [−8,500] | | [−4,250] | |
| 100 | BASE OPERATIONS SUPPORT | 1,153,076 | 1,121,576 | 1,153,076 | −20,000 | 1,133,076 |
| | Insufficient justification | | [−31,500] | | [−20,000] | |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 1,113,475 | 1,033,475 | 1,120,675 | | 1,113,475 |
| | Damage assessment | | | [7,200] | | |
| | Insufficient justification | | [−80,000] | | | |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 1,001,042 | 987,042 | 1,001,042 | −14,000 | 987,042 |
| | Insufficient justification | | [−14,000] | | [−14,000] | |
| 130 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 8,448 | 8,448 | 8,448 | | 8,448 |

WASHSTATEC014436

### SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 140 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 7,768 | 7,768 | 7,768 | | 7,768 |
| | **SUBTOTAL OPERATING FORCES** | **7,218,550** | **7,063,150** | **7,225,750** | **−77,761** | **7,140,789** |
| 210 | UNDISTRIBUTED | | | | −20,000 | −20,000 |
| | Overestimation of civilian FTE targets | | | | [−20,000] | |
| | **SUBTOTAL UNDISTRIBUTED** | | | | **−20,000** | **−20,000** |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 150 | SERVICEWIDE TRANSPORTATION | 9,890 | 9,890 | 9,890 | | 9,890 |
| 160 | ADMINISTRATION | 71,070 | 71,070 | 71,070 | | 71,070 |
| 170 | SERVICEWIDE COMMUNICATIONS | 68,213 | 68,213 | 68,213 | −6,000 | 62,213 |
| | Program decrease unaccounted for | | | | [−6,000] | |
| 180 | MANPOWER MANAGEMENT | 8,628 | 8,628 | 8,628 | | 8,628 |
| 190 | OTHER PERSONNEL SUPPORT | 250,376 | 250,376 | 247,376 | | 250,376 |
| | Unjustified growth for marketing | | | [−1,500] | | |
| | Unjustified growth for recruiting | | | [−1,500] | | |
| 200 | REAL ESTATE MANAGEMENT | 2,676 | 2,676 | 2,676 | | 2,676 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **410,853** | **410,853** | **407,853** | **−6,000** | **404,853** |
| | **TOTAL OPERATION & MAINTENANCE, ARNG** | **7,629,403** | **7,474,003** | **7,633,603** | **−103,761** | **7,525,642** |
| | **OPERATION & MAINTENANCE, NAVY** **OPERATING FORCES** | | | | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 5,309,109 | 5,029,734 | 5,309,109 | −650,000 | 4,659,109 |
| | Excess growth | | [−15,000] | | | |
| | Projected underexecution | | [−50,000] | | −50,000 | |
| | Realignment to OCO | | [−214,375] | | [−600,000] | |
| 020 | FLEET AIR TRAINING | 2,284,828 | 2,234,828 | 2,284,828 | −35,000 | 2,249,828 |

| | | | | | | |
|---|---|--:|--:|--:|--:|--:|
| | Projected underexecution | | [−50,000] | | [−35,000] | |
| 030 | AVIATION TECHNICAL DATA & ENGINEERING SERVICES | 59,299 | 59,299 | 59,299 | | 59,299 |
| 040 | AIR OPERATIONS AND SAFETY SUPPORT | 155,896 | 155,896 | 155,896 | | 155,896 |
| 050 | AIR SYSTEMS SUPPORT | 719,107 | 719,107 | 719,107 | | 719,107 |
| 060 | AIRCRAFT DEPOT MAINTENANCE | 1,154,181 | 1,154,181 | 1,154,181 | | 1,154,181 |
| 070 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 60,402 | 59,202 | 60,402 | −1,200 | 59,202 |
| | Excess growth | | [−1,200] | | [−1,200] | |
| 080 | AVIATION LOGISTICS | 1,241,421 | 1,219,421 | 1,241,421 | −22,000 | 1,219,421 |
| | Projected underexecution | | [−22,000] | | [−22,000] | |
| 090 | MISSION AND OTHER SHIP OPERATIONS | 4,097,262 | 3,596,262 | 4,097,262 | −550,000 | 3,547,262 |
| | Realignment to OCO | | [−450,000] | | [−450,000] | |
| | Unjustified growth | | [−51,000] | | [−100,000] | |
| 100 | SHIP OPERATIONS SUPPORT & TRAINING | 1,031,792 | 1,029,792 | 1,031,792 | −2,000 | 1,029,792 |
| | Excess civilian growth | | [−2,000] | | [−2,000] | |
| 110 | SHIP DEPOT MAINTENANCE | 8,061,298 | 8,895,298 | 8,875,298 | 653,000 | 8,714,298 |
| | Program increase | | | | [653,000] | |
| | Surface ship maintenance | | [161,000] | | | |
| | UPL SSN and ship maintenance increase | | | [814,000] | | |
| | USS Boise | | [310,000] | | | |
| | USS Columbus | | [57,000] | | | |
| | USS Hartford | | [306,000] | | | |
| 120 | SHIP DEPOT OPERATIONS SUPPORT | 2,073,641 | 2,066,141 | 2,073,641 | −7,500 | 2,066,141 |
| | Insufficient justification | | [−7,500] | | [−7,500] | |
| 130 | COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE | 1,378,856 | 1,378,856 | 1,378,856 | −14,000 | 1,364,856 |
| | Unjustified growth | | | | [−14,000] | |
| 140 | SPACE SYSTEMS AND SURVEILLANCE | 276,245 | 273,745 | 276,245 | −2,500 | 273,745 |
| | Unjustified growth | | [−2,500] | | [−2,500] | |
| 150 | WARFARE TACTICS | 675,209 | 675,209 | 675,209 | | 675,209 |
| 160 | OPERATIONAL METEOROLOGY AND OCEANOGRAPHY | 389,516 | 389,516 | 389,516 | | 389,516 |
| 170 | COMBAT SUPPORT FORCES | 1,536,310 | 1,526,310 | 1,536,310 | −410,000 | 1,126,310 |
| | Realignment to OCO | | | | [−400,000] | |
| | Unjustified growth | | [−10,000] | | [−10,000] | |

129

### SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|----------------|------------------|-------------------|-------------------|----------------------|
| 180 | EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT | 161,579 | 161,579 | 161,579 | | 161,579 |
| 190 | COMBATANT COMMANDERS CORE OPERATIONS | 59,521 | 59,521 | 59,521 | | 59,521 |
| 200 | COMBATANT COMMANDERS DIRECT MISSION SUPPORT | 93,978 | 93,978 | 98,978 | 5,000 | 98,978 |
| | Posture site assessments INDOPACOM | | | [5,000] | [5,000] | |
| 210 | MILITARY INFORMATION SUPPORT OPERATIONS | 8,641 | 8,641 | 8,641 | | 8,641 |
| 220 | CYBERSPACE ACTIVITIES | 496,385 | 496,385 | 496,385 | | 496,385 |
| 230 | FLEET BALLISTIC MISSILE | 1,423,339 | 1,423,339 | 1,423,339 | | 1,423,339 |
| 240 | WEAPONS MAINTENANCE | 924,069 | 895,032 | 924,069 | −29,037 | 895,032 |
| | Insufficient justification | | [−29,037] | | [−29,037] | |
| 250 | OTHER WEAPON SYSTEMS SUPPORT | 540,210 | 540,210 | 540,210 | | 540,210 |
| 260 | ENTERPRISE INFORMATION | 1,131,627 | 1,081,627 | 1,131,627 | −20,000 | 1,111,627 |
| | Unjustified growth | | [−50,000] | | [−20,000] | |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 3,029,634 | 2,929,634 | 3,029,634 | | 3,029,634 |
| | Unexecutable growth | | [−100,000] | | | |
| 280 | BASE OPERATING SUPPORT | 4,414,943 | 4,414,943 | 4,433,783 | | 4,414,943 |
| | Revised MHPI cost share | | | [18,840] | | |
| | **SUBTOTAL OPERATING FORCES** | **42,788,298** | **42,567,686** | **43,626,138** | **−1,085,237** | **41,703,061** |
| | **MOBILIZATION** | | | | | |
| 290 | SHIP PREPOSITIONING AND SURGE | 942,902 | 668,561 | 942,902 | | 942,902 |
| | Realignment to NDSF (DoD mobilization alterations) | | [−9,590] | | | |
| | Realignment to NDSF (LSMR maintenance) | | [−264,751] | | | |
| 300 | READY RESERVE FORCE | 352,044 | | 352,044 | | 352,044 |
| | Realignment to NDSF | | [−352,044] | | | |
| 310 | SHIP ACTIVATIONS/INACTIVATIONS | 427,555 | 427,555 | 427,555 | | 427,555 |
| 320 | EXPEDITIONARY HEALTH SERVICES SYSTEMS | 137,597 | 40,730 | 137,597 | | 137,597 |
| | Realignment to NDSF (TAH maintenance) | | [−96,867] | | | |

WASHSTATEC014439

| | | | | | | |
|---|---|---|---|---|---|---|
| 330 | COAST GUARD SUPPORT | 24,604 | 24,604 | 24,604 | | 24,604 |
| | SUBTOTAL MOBILIZATION | 1,884,702 | 1,161,450 | 1,884,702 | | 1,884,702 |
| | **TRAINING AND RECRUITING** | | | | | |
| 340 | OFFICER ACQUISITION | 150,765 | 150,765 | 150,765 | | 150,765 |
| 350 | RECRUIT TRAINING | 11,584 | 11,584 | 11,584 | | 11,584 |
| 360 | RESERVE OFFICERS TRAINING CORPS | 159,133 | 159,133 | 159,133 | | 159,133 |
| 370 | SPECIALIZED SKILL TRAINING | 911,316 | 891,316 | 911,316 | −20,000 | 891,316 |
| | Insufficient justification | | [−20,000] | | [−20,000] | |
| 380 | PROFESSIONAL DEVELOPMENT EDUCATION | 185,211 | 186,261 | 185,211 | 1,050 | 186,261 |
| | Program increase: Sea Cadets | | [1,050] | | [1,050] | |
| 390 | TRAINING SUPPORT | 267,224 | 267,224 | 267,224 | | 267,224 |
| 400 | RECRUITING AND ADVERTISING | 209,252 | 209,252 | 189,252 | −5,000 | 204,252 |
| | Insufficient justification | | | | [−5,000] | |
| | Unjustified growth | | | [−20,000] | | |
| 410 | OFF-DUTY AND VOLUNTARY EDUCATION | 88,902 | 88,902 | 88,902 | | 88,902 |
| 420 | CIVILIAN EDUCATION AND TRAINING | 67,492 | 67,492 | 67,492 | | 67,492 |
| 430 | JUNIOR ROTC | 55,164 | 55,164 | 55,164 | | 55,164 |
| | SUBTOTAL TRAINING AND RECRUITING | 2,106,043 | 2,087,093 | 2,086,043 | −23,950 | 2,082,093 |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 440 | ADMINISTRATION | 1,143,358 | 1,096,733 | 1,092,358 | −40,000 | 1,103,358 |
| | Excess civilian growth | | [−14,375] | | | |
| | Insufficient justification—MHA Transfer | | [−25,500] | | | |
| | Program decrease | | | [−1,000] | | |
| | Unjustified audit growth | | | [−50,000] | | |
| | Unjustified growth | | [−6,750] | | [−40,000] | |
| 450 | CIVILIAN MANPOWER AND PERSONNEL MANAGEMENT | 178,342 | 175,342 | 178,342 | −3,000 | 175,342 |
| | Excess civilian growth | | [−3,000] | | [−3,000] | |
| 460 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 418,413 | 418,413 | 418,413 | | 418,413 |
| 490 | SERVICEWIDE TRANSPORTATION | 157,465 | 157,465 | 157,465 | | 157,465 |
| 510 | PLANNING, ENGINEERING, AND PROGRAM SUPPORT | 485,397 | 485,397 | 490,397 | 5,000 | 490,397 |

WASHSTATEC014440

**SEC. 4301. OPERATION AND MAINTENANCE**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | REPO | | | [5,000] | [5,000] | |
| 520 | ACQUISITION, LOGISTICS, AND OVERSIGHT | 654,137 | 654,137 | 654,137 | −7,000 | 647,137 |
| | Unjustified growth | | | | [−7,000] | |
| 530 | INVESTIGATIVE AND SECURITY SERVICES | 718,061 | 718,061 | 718,061 | | 718,061 |
| 645 | CLASSIFIED PROGRAMS | 591,535 | 591,535 | 591,535 | | 591,535 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **4,346,708** | **4,297,083** | **4,300,708** | **−45,000** | **4,301,708** |
| | **UNDISTRIBUTED** | | | | | |
| 650 | UNDISTRIBUTED | | −30,000 | | −20,000 | −20,000 |
| | Overestimation of civilian FTE targets | | [−30,000] | | [−20,000] | |
| | **SUBTOTAL UNDISTRIBUTED** | | **−30,000** | | **−20,000** | **−20,000** |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **51,125,751** | **50,083,312** | **51,897,591** | **−1,174,187** | **49,951,564** |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | OPERATIONAL FORCES | 968,224 | 927,224 | 968,224 | −241,000 | 727,224 |
| | Excess civilian growth | | [−1,000] | | [−1,000] | |
| | Realignment to OCO | | | | [−200,000] | |
| | Unjustified growth | | [−40,000] | | [−40,000] | |
| 020 | FIELD LOGISTICS | 1,278,533 | 1,269,533 | 1,278,533 | −214,000 | 1,064,533 |
| | Excess civilian growth | | [−2,000] | | | |
| | Realignment to OCO | | | | [−200,000] | |
| | Unjustified growth | | [−7,000] | | [−14,000] | |
| 030 | DEPOT MAINTENANCE | 232,991 | 232,991 | 232,991 | | 232,991 |
| 040 | MARITIME PREPOSITIONING | 100,396 | 100,396 | 100,396 | | 100,396 |
| 050 | CYBERSPACE ACTIVITIES | 203,580 | 201,580 | 203,580 | | 203,580 |

|  |  | | | | | |
|---|---|---|---|---|---|---|
|  | Excess civilian growth | | [−2,000] | | | |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION | 1,559,034 | 1,559,034 | 1,559,034 | | 1,559,034 |
| 070 | BASE OPERATING SUPPORT | 2,253,776 | 2,213,776 | 2,253,776 | −30,000 | 2,223,776 |
|  | Excess civilian growth | | [−6,000] | | | |
|  | Unjustified growth | | [−34,000] | | [−30,000] | |
|  | **SUBTOTAL OPERATING FORCES** | **6,596,534** | **6,504,534** | **6,596,534** | **−485,000** | **6,111,534** |
|  | **TRAINING AND RECRUITING** | | | | | |
| 080 | RECRUIT TRAINING | 21,240 | 21,240 | 21,240 | | 21,240 |
| 090 | OFFICER ACQUISITION | 1,168 | 1,168 | 1,168 | | 1,168 |
| 100 | SPECIALIZED SKILL TRAINING | 106,601 | 106,601 | 106,601 | | 106,601 |
| 110 | PROFESSIONAL DEVELOPMENT EDUCATION | 49,095 | 49,095 | 49,095 | | 49,095 |
| 120 | TRAINING SUPPORT | 407,315 | 403,715 | 407,315 | | 407,315 |
|  | Excess civilian growth | | [−1,300] | | | |
|  | Unjustified growth | | [−2,300] | | | |
| 130 | RECRUITING AND ADVERTISING | 210,475 | 210,475 | 210,475 | | 210,475 |
| 140 | OFF-DUTY AND VOLUNTARY EDUCATION | 42,810 | 42,810 | 42,810 | | 42,810 |
| 150 | JUNIOR ROTC | 25,183 | 25,183 | 25,183 | | 25,183 |
|  | **SUBTOTAL TRAINING AND RECRUITING** | **863,887** | **860,287** | **863,887** | | **863,887** |
|  | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 160 | SERVICEWIDE TRANSPORTATION | 29,894 | 29,894 | 29,894 | | 29,894 |
| 170 | ADMINISTRATION | 384,352 | 383,002 | 384,352 | | 384,352 |
|  | Excess civilian growth | | [−750] | | | |
|  | Unjustified growth | | [−600] | | | |
| 225 | CLASSIFIED PROGRAMS | 52,057 | 52,057 | 52,057 | | 52,057 |
|  | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **466,303** | **464,953** | **466,303** | | **466,303** |
|  | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **7,926,724** | **7,829,774** | **7,926,724** | **−485,000** | **7,441,724** |

**OPERATION & MAINTENANCE, NAVY RES**
**OPERATING FORCES**

WASHSTATEC014442

**SEC. 4301. OPERATION AND MAINTENANCE**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 010 | MISSION AND OTHER FLIGHT OPERATIONS ................................................ | 654,220 | 639,220 | 654,220 | −25,000 | 629,220 |
|  | Unjustified growth | | [−15,000] | | [−25,000] | |
| 020 | INTERMEDIATE MAINTENANCE .......................................................... | 8,767 | 8,767 | 8,767 | | 8,767 |
| 030 | AIRCRAFT DEPOT MAINTENANCE ....................................................... | 108,236 | 108,236 | 108,236 | | 108,236 |
| 040 | AIRCRAFT DEPOT OPERATIONS SUPPORT ............................................. | 463 | 463 | 463 | | 463 |
| 050 | AVIATION LOGISTICS ...................................................................... | 26,014 | 26,014 | 26,014 | | 26,014 |
| 060 | SHIP OPERATIONS SUPPORT & TRAINING ........................................... | 583 | 583 | 583 | | 583 |
| 070 | COMBAT COMMUNICATIONS .............................................................. | 17,883 | 17,883 | 17,883 | | 17,883 |
| 080 | COMBAT SUPPORT FORCES .............................................................. | 128,079 | 128,079 | 128,079 | | 128,079 |
| 090 | CYBERSPACE ACTIVITIES ................................................................. | 356 | 356 | 356 | | 356 |
| 100 | ENTERPRISE INFORMATION ............................................................... | 26,133 | 26,133 | 26,133 | | 26,133 |
| 110 | SUSTAINMENT, RESTORATION AND MODERNIZATION ............................. | 35,397 | 35,397 | 35,397 | | 35,397 |
| 120 | BASE OPERATING SUPPORT .............................................................. | 101,376 | 101,376 | 101,376 | | 101,376 |
|  | **SUBTOTAL OPERATING FORCES** .................................................. | **1,107,507** | **1,092,507** | **1,107,507** | **−25,000** | **1,082,507** |
|  | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 130 | ADMINISTRATION .......................................................................... | 1,888 | 1,888 | 1,888 | | 1,888 |
| 140 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT ......................... | 12,778 | 12,778 | 12,778 | | 12,778 |
| 150 | ACQUISITION AND PROGRAM MANAGEMENT ....................................... | 2,943 | 2,943 | 2,943 | | 2,943 |
|  | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** ..................................... | **17,609** | **17,609** | **17,609** | | **17,609** |
|  | **TOTAL OPERATION & MAINTENANCE, NAVY RES** ............................. | **1,125,116** | **1,110,116** | **1,125,116** | **−25,000** | **1,100,116** |
|  | **OPERATION & MAINTENANCE, MC RESERVE** | | | | | |
|  | **OPERATING FORCES** | | | | | |
| 010 | OPERATING FORCES ...................................................................... | 106,484 | 106,484 | 106,484 | | 106,484 |
| 020 | DEPOT MAINTENANCE .................................................................... | 18,429 | 18,429 | 18,429 | | 18,429 |

WASHSTATEC014443

| | | | | | | |
|---|---|---|---|---|---|---|
| 030 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 47,516 | 47,516 | 47,516 | | 47,516 |
| 040 | BASE OPERATING SUPPORT | 106,073 | 106,073 | 106,073 | | 106,073 |
| | **SUBTOTAL OPERATING FORCES** | **278,502** | **278,502** | **278,502** | | **278,502** |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 050 | ADMINISTRATION | 13,574 | 13,574 | 13,574 | | 13,574 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **13,574** | **13,574** | **13,574** | | **13,574** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, MC RESERVE** | **292,076** | **292,076** | **292,076** | | **292,076** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, AIR FORCE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | PRIMARY COMBAT FORCES | 729,127 | 727,477 | 729,127 | | 729,127 |
| | Excess travel costs | | [−1,650] | | | |
| 020 | COMBAT ENHANCEMENT FORCES | 1,318,770 | 1,318,770 | 1,318,770 | −400,000 | 918,770 |
| | Realignment to OCO | | | | [−400,000] | |
| 030 | AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS) | 1,486,790 | 1,446,790 | 1,486,790 | −40,000 | 1,446,790 |
| | Unjustified growth | | [−40,000] | | [−40,000] | |
| 040 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 3,334,792 | 3,534,792 | 3,334,792 | −35,000 | 3,299,792 |
| | Readiness restoration | | [200,000] | | | |
| | Unjustified growth | | | | [−35,000] | |
| 050 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 4,142,435 | 4,142,435 | 4,142,435 | | 4,142,435 |
| 060 | CYBERSPACE SUSTAINMENT | 228,811 | 228,811 | 228,811 | | 228,811 |
| 070 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 8,329,364 | 8,438,364 | 8,329,364 | 18,000 | 8,347,364 |
| | Expansion of Conditions Based Maintenance Plus (CBM+) | | [18,000] | | [18,000] | |
| | Readiness restoration | | [91,000] | | | |
| 080 | FLYING HOUR PROGRAM | 4,048,773 | 3,498,773 | 4,048,773 | −630,000 | 3,418,773 |
| | Realignment to OCO | | [−550,000] | | [−550,000] | |
| | Unjustified growth | | | | [−80,000] | |
| 090 | BASE OPERATIONS SUPPORT | 7,223,982 | 7,073,982 | 7,223,982 | −290,000 | 6,933,982 |
| | Insufficient justification | | [−150,000] | | [−90,000] | |
| | Realignment to OCO | | | | [−200,000] | |

### SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|----------------:|-----------------:|------------------:|------------------:|----------------------:|
| 100 | GLOBAL C3I AND EARLY WARNING | 964,553 | 964,553 | 964,553 | | 964,553 |
| 110 | OTHER COMBAT OPS SPT PROGRAMS | 1,032,307 | 1,026,161 | 1,032,307 | −6,146 | 1,026,161 |
| | Unjustified growth | | [−6,146] | | [−6,146] | |
| 120 | CYBERSPACE ACTIVITIES | 670,076 | 670,076 | 670,076 | | 670,076 |
| 140 | LAUNCH FACILITIES | 179,980 | 179,980 | 179,980 | | 179,980 |
| 150 | SPACE CONTROL SYSTEMS | 467,990 | 464,490 | 467,990 | −3,600 | 464,390 |
| | Insufficient justification | | [−3,500] | | [−3,600] | |
| 160 | US NORTHCOM/NORAD | 184,655 | 184,655 | 184,655 | | 184,655 |
| 170 | US STRATCOM | 478,357 | 478,357 | 478,357 | | 478,357 |
| 180 | US CYBERCOM | 323,121 | 323,121 | 347,921 | 24,800 | 347,921 |
| | Accelerate development of Cyber National Mission Force capabilities | | | [1,500] | [1,500] | |
| | Cyber National Mission Force mobile & modular hunt forward kit | | | [5,300] | [5,300] | |
| | ETERNALDARKNESS | | | [18,000] | [18,000] | |
| 190 | US CENTCOM | 160,989 | 160,989 | 160,989 | | 160,989 |
| 200 | US SOCOM | 6,225 | 6,225 | 6,225 | | 6,225 |
| 210 | US TRANSCOM | 544 | 544 | 544 | | 544 |
| 220 | CENTCOM CYBERSPACE SUSTAINMENT | 2,073 | 2,073 | 2,073 | | 2,073 |
| 230 | USSPACECOM | 70,588 | 70,588 | 70,588 | | 70,588 |
| 235 | CLASSIFIED PROGRAMS | 1,322,944 | 1,322,944 | 1,322,944 | −6,250 | 1,316,694 |
| | Unjustified increase | | | | [−6,250] | |
| | **SUBTOTAL OPERATING FORCES** | **36,707,246** | **36,264,950** | **36,732,046** | **−1,368,196** | **35,339,050** |
| | **MOBILIZATION** | | | | | |
| 240 | AIRLIFT OPERATIONS | 1,158,142 | 1,151,342 | 1,158,142 | | 1,158,142 |
| | Unjustified growth | | [−6,800] | | | |
| 250 | MOBILIZATION PREPAREDNESS | 138,672 | 130,172 | 138,672 | −8,500 | 130,172 |
| | Unjustified growth | | [−8,500] | | [−8,500] | |

137

|  | | | | | | |
|---|---|---|---|---|---|---|
| | SUBTOTAL MOBILIZATION | 1,296,814 | 1,281,514 | 1,296,814 | −8,500 | 1,288,314 |
| | **TRAINING AND RECRUITING** | | | | | |
| 260 | OFFICER ACQUISITION | 130,835 | 130,835 | 130,835 | | 130,835 |
| 270 | RECRUIT TRAINING | 26,021 | 26,021 | 26,021 | | 26,021 |
| 280 | RESERVE OFFICERS TRAINING CORPS (ROTC) | 121,391 | 121,391 | 121,391 | | 121,391 |
| 290 | SPECIALIZED SKILL TRAINING | 454,539 | 449,539 | 454,539 | −40,000 | 414,539 |
| | Insufficient justification | | [−5,000] | | | |
| | Unjustified growth | | | | [−40,000] | |
| 300 | FLIGHT TRAINING | 600,565 | 600,565 | 600,565 | | 600,565 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 282,788 | 282,788 | 282,788 | | 282,788 |
| 320 | TRAINING SUPPORT | 123,988 | 119,988 | 123,988 | −10,000 | 113,988 |
| | Unjustified growth | | [−4,000] | | [−10,000] | |
| 330 | RECRUITING AND ADVERTISING | 167,731 | 167,731 | 161,731 | −5,000 | 162,731 |
| | Unjustified growth | | | [−6,000] | [−5,000] | |
| 340 | EXAMINING | 4,576 | 4,576 | 4,576 | | 4,576 |
| 350 | OFF-DUTY AND VOLUNTARY EDUCATION | 211,911 | 211,911 | 211,911 | | 211,911 |
| 360 | CIVILIAN EDUCATION AND TRAINING | 219,021 | 219,021 | 219,021 | | 219,021 |
| 370 | JUNIOR ROTC | 62,092 | 62,092 | 62,092 | | 62,092 |
| | SUBTOTAL TRAINING AND RECRUITING | 2,405,458 | 2,396,458 | 2,399,458 | −55,000 | 2,350,458 |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 380 | LOGISTICS OPERATIONS | 664,926 | 664,926 | 664,926 | | 664,926 |
| 390 | TECHNICAL SUPPORT ACTIVITIES | 101,483 | 101,483 | 101,483 | | 101,483 |
| 400 | ADMINISTRATION | 892,480 | 892,480 | 892,480 | | 892,480 |
| 410 | SERVICEWIDE COMMUNICATIONS | 152,532 | 152,532 | 152,532 | −30,000 | 122,532 |
| | Insufficient justification | | | | [−30,000] | |
| 420 | OTHER SERVICEWIDE ACTIVITIES | 1,254,089 | 1,254,089 | 1,254,089 | −50,000 | 1,204,089 |
| | Program decrease unaccounted for | | | | [−20,000] | |
| | Remove one-time fiscal year 2019 increase | | | | [−30,000] | |
| 430 | CIVIL AIR PATROL | 30,070 | 37,200 | 30,070 | 7,130 | 37,200 |

WASHSTATEC014446

## SEC. 4301. OPERATION AND MAINTENANCE
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | Improved emergency crew readiness | | [7,130] | | [7,130] | |
| 460 | INTERNATIONAL SUPPORT | 136,110 | 136,110 | 136,110 | | 136,110 |
| 465 | CLASSIFIED PROGRAMS | 1,269,624 | 1,269,624 | 1,269,624 | | 1,269,624 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **4,501,314** | **4,508,444** | **4,501,314** | **−72,870** | **4,428,444** |
| | **TOTAL OPERATION & MAINTENANCE, AIR FORCE** | **44,910,832** | **44,451,366** | **44,929,632** | **−1,504,566** | **43,406,266** |
| | **OPERATION & MAINTENANCE, SPACE FORCE** **UNDISTRIBUTED** | | | | | |
| 010 | BASE SUPPORT | 72,436 | 15,000 | 72,436 | | 72,436 |
| | Insufficient justification | | [−57,436] | | | |
| | **SUBTOTAL OPERATING FORCES** | **72,436** | **15,000** | **72,436** | | **72,436** |
| | **TOTAL OPERATION & MAINTENANCE, SPACE FORCE** | **72,436** | **15,000** | **72,436** | | **72,436** |
| | **OPERATION & MAINTENANCE, AF RESERVE** **OPERATING FORCES** | | | | | |
| 010 | PRIMARY COMBAT FORCES | 1,781,413 | 1,739,288 | 1,781,413 | −25,000 | 1,756,413 |
| | Delay in KC–46 aircraft delivery | | [−31,492] | | [−25,000] | |
| | Excess growth | | [−10,633] | | | |
| 020 | MISSION SUPPORT OPERATIONS | 209,650 | 204,150 | 209,650 | −5,500 | 204,150 |
| | Insufficient justification | | [−5,500] | | | |
| | Unjustified growth | | | | [−5,500] | |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 494,235 | 484,235 | 494,235 | −10,000 | 484,235 |
| | Excess growth | | [−10,000] | | [−10,000] | |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 128,746 | 128,746 | 128,746 | | 128,746 |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 256,512 | 256,512 | 256,512 | | 256,512 |

| | | | | | | |
|---|---|--:|--:|--:|--:|--:|
| 060 | BASE SUPPORT | 414,626 | 414,626 | 414,626 | | 414,626 |
| 070 | CYBERSPACE ACTIVITIES | 1,673 | 1,673 | 1,673 | | 1,673 |
| | **SUBTOTAL OPERATING FORCES** | **3,286,855** | **3,229,230** | **3,286,855** | **−40,500** | **3,246,355** |
| | **ADMINISTRATION AND SERVICEWIDE ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 080 | ADMINISTRATION | 69,436 | 69,436 | 69,436 | | 69,436 |
| 090 | RECRUITING AND ADVERTISING | 22,124 | 22,124 | 22,124 | | 22,124 |
| 100 | MILITARY MANPOWER AND PERS MGMT (ARPC) | 10,946 | 10,946 | 10,946 | | 10,946 |
| 110 | OTHER PERS SUPPORT (DISABILITY COMP) | 7,009 | 7,009 | 7,009 | | 7,009 |
| 120 | AUDIOVISUAL | 448 | 448 | 448 | | 448 |
| | **SUBTOTAL ADMINISTRATION AND SERVICEWIDE ACTIVITIES** | **109,963** | **109,963** | **109,963** | | **109,963** |
| | **TOTAL OPERATION & MAINTENANCE, AF RESERVE** | **3,396,818** | **3,339,193** | **3,396,818** | **−40,500** | **3,356,318** |
| | **OPERATION & MAINTENANCE, ANG** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | AIRCRAFT OPERATIONS | 2,497,967 | 2,414,000 | 2,497,967 | −25,000 | 2,472,967 |
| | Delay in KC–46 aircraft delivery | | [−5,267] | | [−25,000] | |
| | Insufficient justification | | [−78,700] | | | |
| 020 | MISSION SUPPORT OPERATIONS | 600,377 | 585,377 | 600,377 | −15,000 | 585,377 |
| | Insufficient justification | | [−15,000] | | [−15,000] | |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 879,467 | 872,467 | 879,467 | | 879,467 |
| | Excess growth | | [−7,000] | | | |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 400,734 | 395,134 | 400,734 | | 400,734 |
| | Insufficient justification | | [−5,600] | | | |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 1,299,089 | 1,290,089 | 1,299,089 | | 1,299,089 |
| | Excess growth | | [−9,000] | | | |
| 060 | BASE SUPPORT | 911,775 | 901,775 | 911,775 | | 911,775 |
| | Insufficient justification | | [−10,000] | | | |
| 070 | CYBERSPACE SUSTAINMENT | 24,742 | 24,742 | 24,742 | | 24,742 |
| 080 | CYBERSPACE ACTIVITIES | 25,507 | 25,507 | 25,507 | | 25,507 |

## SEC. 4301. OPERATION AND MAINTENANCE
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|----------------------|
| | **SUBTOTAL OPERATING FORCES** ........................................... | **6,639,658** | **6,509,091** | **6,639,658** | **−40,000** | **6,599,658** |
| | **ADMINISTRATION AND SERVICE-WIDE ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 090 | ADMINISTRATION ........................................................... | 47,215 | 47,215 | 47,215 | | 47,215 |
| 100 | RECRUITING AND ADVERTISING ........................................ | 40,356 | 40,356 | 40,356 | | 40,356 |
| | **SUBTOTAL ADMINISTRATION AND SERVICE-WIDE ACTIVITIES** ............. | **87,571** | **87,571** | **87,571** | | **87,571** |
| 110 | UNDISTRIBUTED .......................................................... | | | | −30,000 | −30,000 |
| | Maintain program affordability: Overestimation of civilian FTE targets .............. | | | | [−30,000] | |
| | **SUBTOTAL UNDISTRIBUTED** ........................................... | | | | **−30,000** | **−30,000** |
| | **TOTAL OPERATION & MAINTENANCE, ANG** ........................... | **6,727,229** | **6,596,662** | **6,727,229** | **−70,000** | **6,657,229** |
| | **OPERATION AND MAINTENANCE, DEFENSE-WIDE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | JOINT CHIEFS OF STAFF .................................................. | 409,542 | 409,542 | 409,542 | −17,000 | 392,542 |
| | Program decrease unaccounted for .................................... | | | | [−12,000] | |
| | Remove one-time fiscal year 2019 costs ............................. | | | | [−5,000] | |
| 020 | JOINT CHIEFS OF STAFF—CE2T2 ....................................... | 579,179 | 579,179 | 579,179 | | 579,179 |
| 030 | JOINT CHIEFS OF STAFF—CYBER ........................................ | 24,598 | 24,598 | 24,598 | | 24,598 |
| 040 | SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT ACTIVITIES ......................... | 1,075,762 | 1,075,762 | 1,075,762 | −5,500 | 1,070,262 |
| | Classified adjustment ................................................... | | | | [−5,500] | |
| 050 | SPECIAL OPERATIONS COMMAND CYBERSPACE ACTIVITIES ........................... | 14,409 | 14,409 | 14,409 | | 14,409 |
| 060 | SPECIAL OPERATIONS COMMAND INTELLIGENCE ................................. | 501,747 | 486,747 | 501,747 | −14,794 | 486,953 |
| | DCGS—SOF - excess to need ........................................... | | | | [−5,794] | |
| | Program decrease—SOCRATES ......................................... | | [−9,000] | | [−9,000] | |
| | Unjustified growth—DCGS ............................................. | | [−6,000] | | | |

141

| | | | | | | |
|---|---|---|---|---|---|---|
| 070 | SPECIAL OPERATIONS COMMAND MAINTENANCE | 559,300 | 544,300 | 559,300 | −15,000 | 544,300 |
| | Projected underexecution | | [−15,000] | | [−15,000] | |
| 080 | SPECIAL OPERATIONS COMMAND MANAGEMENT/OPERATIONAL HEADQUARTERS | 177,928 | 167,928 | 177,928 | | 177,928 |
| | Program decrease | | [−10,000] | | | |
| 090 | SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT | 925,262 | 889,262 | 925,262 | −25,500 | 899,762 |
| | Base support underexecution | | [−6,000] | | [−5,900] | |
| | Operational support underexecution | | [−10,000] | | [−9,600] | |
| | Program decrease | | [−10,000] | | | |
| | Unjustified growth—C4IAS Saas | | [−10,000] | | [−10,000] | |
| 100 | SPECIAL OPERATIONS COMMAND THEATER FORCES | 2,764,738 | 2,709,738 | 2,764,738 | −514,700 | 2,250,038 |
| | Program decrease | | [−70,000] | | [−14,700] | |
| | Program increase—suicide prevention | | [15,000] | | | |
| | Realignment to OCO | | | | [−500,000] | |
| | **SUBTOTAL OPERATING FORCES** | **7,032,465** | **6,901,465** | **7,032,465** | **−592,494** | **6,439,971** |
| | | | | | | |
| | **TRAINING AND RECRUITING** | | | | | |
| 120 | DEFENSE ACQUISITION UNIVERSITY | 180,250 | 180,250 | 180,250 | | 180,250 |
| 130 | JOINT CHIEFS OF STAFF | 100,610 | 100,610 | 100,610 | | 100,610 |
| 140 | PROFESSIONAL DEVELOPMENT EDUCATION | 33,967 | 33,967 | 33,967 | | 33,967 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **314,827** | **314,827** | **314,827** | | **314,827** |
| | | | | | | |
| | **ADMIN & SRVWIDE ACTIVITIES** | | | | | |
| 160 | CIVIL MILITARY PROGRAMS | 165,707 | 245,707 | 195,007 | 94,300 | 260,007 |
| | IRT Increase | | | | [14,300] | [14,300] |
| | National Guard Youth Challenge Program support | | [50,000] | | [50,000] | |
| | Program increase—STARBASE | | [30,000] | | [30,000] | |
| | Starbase | | | [15,000] | | |
| 180 | DEFENSE CONTRACT AUDIT AGENCY | 627,467 | 627,467 | 627,467 | | 627,467 |
| 190 | DEFENSE CONTRACT AUDIT AGENCY—CYBER | 3,362 | 3,362 | 3,362 | | 3,362 |
| 200 | DEFENSE CONTRACT MANAGEMENT AGENCY | 1,438,068 | 1,413,068 | 1,438,068 | −20,000 | 1,418,068 |
| | Program decrease | | [−25,000] | | [−20,000] | |
| 210 | DEFENSE CONTRACT MANAGEMENT AGENCY—CYBER | 24,391 | 24,391 | 24,391 | | 24,391 |

WASHSTATEC014450

## SEC. 4301. OPERATION AND MAINTENANCE
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 220 | DEFENSE HUMAN RESOURCES ACTIVITY ......................................... | 892,438 | 911,842 | 892,438 | −10,000 | 882,438 |
| | Chinese language and culture studies within the Defense Language and National Security Education Office ................................................ | | [13,404] | | | |
| | Defense Manpower Data Center—Excess Growth ................................ | | | | [−5,000] | |
| | Enterprise Operations Center—Excess Growth ................................... | | | | [−5,000] | |
| | Program increase—national flagship language initiative ...................... | | [6,000] | | | |
| 230 | DEFENSE INFORMATION SYSTEMS AGENCY ....................................... | 2,012,885 | 2,028,022 | 2,007,885 | −20,000 | 1,992,885 |
| | MilCloud ........................................................................................... | | | | [−5,000] | |
| | Realignment for Sharkseer ............................................................... | | [35,137] | | | |
| | Unjustified growth ............................................................................ | | [−20,000] | | [−20,000] | |
| 240 | DEFENSE INFORMATION SYSTEMS AGENCY—CYBER ............................ | 601,223 | 601,223 | 636,360 | 35,137 | 636,360 |
| | Sharkseer transfer ........................................................................... | | | [35,137] | [35,137] | |
| 270 | DEFENSE LEGAL SERVICES AGENCY ................................................ | 34,632 | 34,632 | 34,632 | | 34,632 |
| 280 | DEFENSE LOGISTICS AGENCY ......................................................... | 415,699 | 430,199 | 415,699 | 19,500 | 435,199 |
| | Excess growth .................................................................................. | | [−5,000] | | | |
| | Program increase—PTAP .................................................................. | | [19,500] | | [19,500] | |
| 290 | DEFENSE MEDIA ACTIVITY ............................................................. | 202,792 | 196,792 | 202,792 | | 202,792 |
| | Program decrease ............................................................................. | | [−6,000] | | | |
| 300 | DEFENSE PERSONNEL ACCOUNTING AGENCY .................................... | 144,881 | 144,881 | 144,881 | | 144,881 |
| 310 | DEFENSE SECURITY COOPERATION AGENCY ...................................... | 696,884 | 667,884 | 696,884 | −30,000 | 666,884 |
| | Assessment, monitoring, and evaluation ............................................ | | | [11,000] | [11,000] | |
| | Security cooperation account ............................................................ | | | [−11,000] | [−11,000] | |
| | Unjustified growth ............................................................................ | | [−29,000] | | [−30,000] | |
| 320 | DEFENSE SECURITY SERVICE ......................................................... | 889,664 | 894,871 | 899,664 | | 889,664 |
| | Advanced cyber threat detection sensors, hunt and response mechanisms, and commercial cyber threat intelligence ................................... | | [5,207] | | | |
| | Consolidated Adjudication Facility .................................................... | | | [10,000] | | |

143

| | | | | | | |
|---|---|---|---|---|---|---|
| 340 | DEFENSE SECURITY SERVICE—CYBER .............................................................. | 9,220 | 9,220 | 9,220 | | 9,220 |
| 360 | DEFENSE TECHNICAL INFORMATION CENTER .................................................. | 3,000 | 3,000 | 3,000 | | 3,000 |
| 370 | DEFENSE TECHNOLOGY SECURITY ADMINISTRATION ...................................... | 35,626 | 35,626 | 35,626 | | 35,626 |
| 380 | DEFENSE THREAT REDUCTION AGENCY .......................................................... | 568,133 | 568,133 | 568,133 | | 568,133 |
| 400 | DEFENSE THREAT REDUCTION AGENCY—CYBER ............................................. | 13,339 | 13,339 | 13,339 | | 13,339 |
| 410 | DEPARTMENT OF DEFENSE EDUCATION ACTIVITY ........................................... | 2,932,226 | 2,992,226 | 2,982,226 | −20,000 | 2,912,226 |
| | Impact aid for children with severe disabilities .............................................. | | | [10,000] | | |
| | Impact aid for schools with military dependent students ................................ | | | [40,000] | | |
| | Remove one-time fiscal year 2019 increase ................................................... | | | | [−50,000] | |
| | Overestimation of civilian FTE targets ............................................................ | | | | [−20,000] | |
| | Program increase—impact aid for children with severe disabilites ................. | | [10,000] | | [10,000] | |
| | Program increase—impact aid to schools with military dependents ................. | | [40,000] | | [40,000] | |
| | Program increase—support to local educational agencies that serve military communities and families ............................................................................. | | [10,000] | | | |
| 420 | MISSILE DEFENSE AGENCY ............................................................................ | 522,529 | 522,529 | 422,729 | −12,670 | 509,859 |
| | THAAD prior year under-execution .................................................................. | | | | [−12,670] | |
| | THAAD Program Transfer to Army ................................................................... | | | [−99,800] | | |
| 450 | OFFICE OF ECONOMIC ADJUSTMENT .............................................................. | 59,513 | 114,913 | 59,513 | 75,000 | 134,513 |
| | Civilian growth ............................................................................................. | | [400] | | | |
| | Defense Community Infrastructure Program (DCIP) .......................................... | | [50,000] | | [75,000] | |
| | Program increase—military aviation noise pilot program ................................ | | [5,000] | | | |
| 460 | OFFICE OF THE SECRETARY OF DEFENSE ....................................................... | 1,604,738 | 1,491,476 | 1,678,738 | 21,000 | 1,625,738 |
| | Basic Needs Allowance for low-income regular members ................................ | | [15,000] | | | |
| | Bien Hoa dioxin cleanup ............................................................................... | | | [15,000] | [15,000] | |
| | CDC study ................................................................................................... | | | [10,000] | [10,000] | |
| | Commission on Synthetic Opioid Trafficking .................................................. | | [5,000] | | | |
| | Emerging contaminants ................................................................................. | | | [1,000] | [1,000] | |
| | European Center of Excellence for Countering Hybrid Threats ......................... | | [2,000] | | | |
| | Excess growth ............................................................................................. | | [−58,839] | | [−37,000] | |
| | Increase to OUSD(A&S)—JASONs .................................................................. | | [7,000] | | | |
| | Industrial policy implementation of EO13806 ................................................. | | | [15,000] | | |
| | Interstate compacts for licensure and credentialing ...................................... | | | [4,000] | [4,000] | |

WASHSTATEC014452

**SEC. 4301. OPERATION AND MAINTENANCE**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | Military aviation safety commission ........................................ | | [3,000] | [3,000] | [3,000] | |
| | National Commission on Military, National, and Public Service ........................... | | | [1,000] | | |
| | Pilot program to fund non-profit organizations supporting military families ....... | | [1,000] | | | |
| | Program decrease ........................................ | | [−104,000] | | | |
| | Program increase—Defense Suicide Prevention Office and National Guard suicide prevention pilot program | | [5,000] | | | |
| | Readiness and Environmental Protection Initiative increase .................................. | | [25,000] | [25,000] | [25,000] | |
| | Reduction to OUSD(R&E)—JASONs .................................. | | [−7,000] | | | |
| | Unjustified growth .................................. | | [−6,423] | | | |
| 470 | OFFICE OF THE SECRETARY OF DEFENSE—CYBER .................................. | 48,783 | 48,783 | 48,783 | | 48,783 |
| 480 | SPACE DEVELOPMENT AGENCY .................................. | 44,750 | 44,750 | 44,750 | −10,000 | 34,750 |
| | Insufficient justification .................................. | | | | [−10,000] | |
| 500 | WASHINGTON HEADQUARTERS SERVICES .................................. | 324,001 | 296,201 | 329,001 | −27,800 | 296,201 |
| | Defense Digital Service Hires .................................. | | | [5,000] | | |
| | Insufficient justification .................................. | | [−27,800] | | [−27,800] | |
| 505 | CLASSIFIED PROGRAMS .................................. | 15,816,598 | 15,755,461 | 15,816,598 | −59,141 | 15,757,457 |
| | Classified adjustment .................................. | | [−26,000] | | [−24,004] | |
| | Realignment to DISA for Sharkseer .................................. | | [−35,137] | | [−35,137] | |
| | SUBTOTAL ADMIN & SRVWIDE ACTIVITIES .................................. | 30,132,549 | 30,119,998 | 30,231,186 | 35,326 | 30,167,875 |
| | TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE .................................. | 37,479,841 | 37,273,790 | 37,578,478 | −557,168 | 36,922,673 |
| | **UNDISTRIBUTED** | | | | | |
| 510 | UNDISTRIBUTED .................................. | | −62,500 | | | |
| | Undistributed reduction .................................. | | [−62,500] | | | |
| | SUBTOTAL UNDISTRIBUTED .................................. | | −62,500 | | | |
| | TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE .................................. | | −206,051 | 98,637 | −557,168 | −557,168 |

145

| | | | | | | |
|---|---|---|---|---|---|---|
| **US COURT OF APPEALS FOR ARMED FORCES, DEF** | | | | | | |
| **ADMINISTRATION AND ASSOCIATED ACTIVITIES** | | | | | | |
| 010 | US COURT OF APPEALS FOR THE ARMED FORCES, DEFENSE ......................... | 14,771 | 14,771 | 14,771 | | 14,771 |
| | SUBTOTAL ADMINISTRATION AND ASSOCIATED ACTIVITIES ................... | 14,771 | 14,771 | 14,771 | | 14,771 |
| | TOTAL US COURT OF APPEALS FOR ARMED FORCES, DEF .............. | 14,771 | 14,771 | 14,771 | | 14,771 |
| **DOD ACQUISITION WORKFORCE DEVELOPMENT FUND** | | | | | | |
| **ACQUISITION WORKFORCE DEVELOPMENT** | | | | | | |
| 010 | ACQ WORKFORCE DEV FD ............................................................... | 400,000 | 375,000 | 400,000 | | 400,000 |
| | Program decrease ........................................................................ | | [−25,000] | | | |
| | SUBTOTAL ACQUISITION WORKFORCE DEVELOPMENT ........................... | 400,000 | 375,000 | 400,000 | | 400,000 |
| | TOTAL DOD ACQUISITION WORKFORCE DEVELOPMENT FUND ............ | 400,000 | 375,000 | 400,000 | | 400,000 |
| **OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID** | | | | | | |
| **HUMANITARIAN ASSISTANCE** | | | | | | |
| 010 | OVERSEAS HUMANITARIAN, DISASTER AND CIVIC AID ........................... | 108,600 | 110,800 | 108,600 | 9,063 | 117,663 |
| | Increase for foreign disaster relief ................................................. | | | | [6,822] | |
| | Increase for humanitarian mine action program ............................... | | [2,200] | | [2,241] | |
| | SUBTOTAL HUMANITARIAN ASSISTANCE ........................................... | 108,600 | 110,800 | 108,600 | 9,063 | 117,663 |
| | TOTAL OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID .......... | 108,600 | 110,800 | 108,600 | 9,063 | 117,663 |
| **COOPERATIVE THREAT REDUCTION ACCOUNT** | | | | | | |
| **COOPERATIVE THREAT REDUCTION** | | | | | | |
| 010 | COOPERATIVE THREAT REDUCTION ................................................... | 338,700 | 358,700 | 338,700 | 20,000 | 358,700 |
| | Cooperative biological engagement ................................................. | | [20,000] | | [20,000] | |
| | SUBTOTAL COOPERATIVE THREAT REDUCTION ................................... | 338,700 | 358,700 | 338,700 | 20,000 | 358,700 |
| | TOTAL COOPERATIVE THREAT REDUCTION ACCOUNT ........................ | 338,700 | 358,700 | 338,700 | 20,000 | 358,700 |

WASHSTATEC014454

| | SEC. 4301. OPERATION AND MAINTENANCE (In Thousands of Dollars) | | | | | |
|---|---|---|---|---|---|---|
| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
| | **ENVIRONMENTAL RESTORATION, ARMY** | | | | | |
| | **DEPARTMENT OF THE ARMY** | | | | | |
| 050 | ENVIRONMENTAL RESTORATION, ARMY ............................................................ | 207,518 | 235,809 | 207,518 | 5,000 | 212,518 |
| | Perfluorinated chemicals ................................... | | [28,291] | | [5,000] | |
| | **SUBTOTAL DEPARTMENT OF THE ARMY** ............................................ | **207,518** | **235,809** | **207,518** | **5,000** | **212,518** |
| | **TOTAL ENVIRONMENTAL RESTORATION, ARMY** ............................................ | **207,518** | **353,721** | **207,518** | **83,064** | **290,582** |
| | **ENVIRONMENTAL RESTORATION, NAVY** | | | | | |
| | **DEPARTMENT OF THE NAVY** | | | | | |
| 060 | ENVIRONMENTAL RESTORATION, NAVY ............................................................ | 335,932 | 375,883 | 335,932 | 15,000 | 350,932 |
| | Closed detonation chambers ........................................... | | [10,000] | | | |
| | Perfluorinated chemicals ................................... | | [29,951] | | [5,000] | |
| | Unexploded ordnance remediation ................................... | | | | [10,000] | |
| | **SUBTOTAL DEPARTMENT OF THE NAVY** ............................................ | **335,932** | **375,883** | **335,932** | **15,000** | **350,932** |
| | **TOTAL ENVIRONMENTAL RESTORATION, NAVY** ............................................ | **335,932** | **482,135** | **335,932** | **83,064** | **418,996** |
| | **ENVIRONMENTAL RESTORATION, AIR FORCE** | | | | | |
| | **DEPARTMENT OF THE AIR FORCE** | | | | | |
| 070 | ENVIRONMENTAL RESTORATION, AIR FORCE ............................................................ | 302,744 | 365,808 | 302,744 | 63,064 | 365,808 |
| | Perfluorinated chemicals ................................... | | [63,064] | | [63,064] | |
| | **SUBTOTAL DEPARTMENT OF THE AIR FORCE** ............................................ | **302,744** | **365,808** | **302,744** | **63,064** | **365,808** |
| | **TOTAL ENVIRONMENTAL RESTORATION, AIR FORCE** ............................................ | **302,744** | **448,947** | **302,744** | **83,064** | **385,808** |
| | **ENVIRONMENTAL RESTORATION, DEFENSE-WIDE** | | | | | |
| 080 | ENVIRONMENTAL RESTORATION, DEFENSE-WIDE ............................................................ | 9,105 | 24,002 | 9,105 | | 9,105 |

| | | | | | |
|---|---|---|---|---|---|
| Detection of perfluorinated compounds ............................................. | | [5,000] | | | |
| Perfluorinated chemicals ................................................................... | | [9,897] | | | |
| SUBTOTAL DEFENSE-WIDE ............................................................... | 9,105 | 24,002 | 9,105 | | 9,105 |
| | | | | | |
| TOTAL ENVIRONMENTAL RESTORATION, DEFENSE-WIDE .................... | 9,105 | 155,308 | 9,105 | 83,064 | 92,169 |
| **ENVIRONMENTAL RESTORATION FORMERLY USED SITES** | | | | | |
| **DEFENSE-WIDE** | | | | | |
| 090 ENVIRONMENTAL RESTORATION FORMERLY USED SITES ............................... | 216,499 | 216,499 | 216,499 | | 216,499 |
| SUBTOTAL DEFENSE-WIDE ............................................................... | 216,499 | 216,499 | 216,499 | | 216,499 |
| | | | | | |
| TOTAL ENVIRONMENTAL RESTORATION FORMERLY USED SITES ...................... | 216,499 | 216,499 | 216,499 | | 216,499 |
| | | | | | |
| TOTAL OPERATION & MAINTENANCE ................................................................ | 207,661,689 | 203,963,215 | 208,471,343 | −6,050,745 | 201,610,944 |

WASHSTATEC014456

## SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | **OPERATION & MAINTENANCE, ARMY** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | MANEUVER UNITS | 1,410,874 | 1,410,874 | 1,410,874 | 260,548 | 1,671,422 |
| | Realignment from base | | | | [260,548] | |
| 030 | ECHELONS ABOVE BRIGADE | 26,502 | 26,502 | 26,502 | | 26,502 |
| 040 | THEATER LEVEL ASSETS | 2,274,490 | 2,274,490 | 2,274,490 | −15,000 | 2,259,490 |
| | Unjustified growth | | | | [−15,000] | |
| 050 | LAND FORCES OPERATIONS SUPPORT | 136,288 | 136,288 | 136,288 | | 136,288 |
| 060 | AVIATION ASSETS | 300,240 | 300,240 | 300,240 | | 300,240 |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 3,415,009 | 4,515,009 | 3,415,009 | 1,095,009 | 4,510,009 |
| | Insufficient justification | | | | [−5,000] | |
| | Realignment from base | | [1,100,000] | | [1,100,000] | |
| 080 | LAND FORCES SYSTEMS READINESS | 29,985 | 29,985 | 29,985 | | 29,985 |
| 090 | LAND FORCES DEPOT MAINTENANCE | 86,931 | 86,931 | 86,931 | | 86,931 |
| 100 | BASE OPERATIONS SUPPORT | 115,706 | 115,706 | 115,706 | | 115,706 |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 72,657 | 72,657 | 72,657 | | 72,657 |
| 130 | ADDITIONAL ACTIVITIES | 6,397,586 | 6,397,586 | 6,397,586 | −12,000 | 6,385,586 |
| | Insufficient justification | | | | [−12,000] | |
| 140 | COMMANDER'S EMERGENCY RESPONSE PROGRAM | 5,000 | | 5,000 | −2,500 | 2,500 |
| | Insufficient justification | | | | [−2,500] | |
| | Realignment of redress and loss funding | | [−5,000] | | | |
| 150 | RESET | 1,048,896 | 1,048,896 | 1,048,896 | | 1,048,896 |
| 160 | US AFRICA COMMAND | 203,174 | 203,174 | 203,174 | | 203,174 |
| 170 | US EUROPEAN COMMAND | 173,676 | 173,676 | 173,676 | | 173,676 |
| 200 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 188,529 | 188,529 | 188,529 | | 188,529 |

148

WASHSTATEC014457

| | | | | | | |
|---|---|---|---|---|---|---|
| 210 | CYBERSPACE ACTIVITIES—CYBERSECURITY ............................................ | 5,682 | 5,682 | 5,682 | | 5,682 |
| | **SUBTOTAL OPERATING FORCES** ............................................ | **15,891,225** | **16,986,225** | **15,891,225** | **1,326,048** | **17,217,273** |
| | | | | | | |
| | **MOBILIZATION** | | | | | |
| 230 | ARMY PREPOSITIONED STOCKS ............................................ | 131,954 | 131,954 | 131,954 | | 131,954 |
| | **SUBTOTAL MOBILIZATION** ............................................ | **131,954** | **131,954** | **131,954** | | **131,954** |
| | | | | | | |
| | **ADMIN & SRVWIDE ACTIVITIES** | | | | | |
| 390 | SERVICEWIDE TRANSPORTATION ............................................ | 721,014 | 721,014 | 721,014 | | 721,014 |
| 400 | CENTRAL SUPPLY ACTIVITIES ............................................ | 66,845 | 66,845 | 66,845 | | 66,845 |
| 410 | LOGISTIC SUPPORT ACTIVITIES ............................................ | 9,309 | 9,309 | 9,309 | | 9,309 |
| 420 | AMMUNITION MANAGEMENT ............................................ | 23,653 | 23,653 | 23,653 | | 23,653 |
| 460 | OTHER PERSONNEL SUPPORT ............................................ | 109,019 | 109,019 | 109,019 | | 109,019 |
| 490 | REAL ESTATE MANAGEMENT ............................................ | 251,355 | 251,355 | 251,355 | | 251,355 |
| 565 | CLASSIFIED PROGRAMS ............................................ | 1,568,564 | 1,568,564 | 1,568,564 | | 1,568,564 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** ............................................ | **2,749,759** | **2,749,759** | **2,749,759** | | **2,749,759** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY** ............................................ | **18,772,938** | **19,867,938** | **18,772,938** | **1,326,048** | **20,098,986** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, ARMY RES** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 020 | ECHELONS ABOVE BRIGADE ............................................ | 20,440 | 20,440 | 20,440 | | 20,440 |
| 060 | FORCE READINESS OPERATIONS SUPPORT ............................................ | 689 | 689 | 689 | | 689 |
| 090 | BASE OPERATIONS SUPPORT ............................................ | 16,463 | 16,463 | 16,463 | | 16,463 |
| | **SUBTOTAL OPERATING FORCES** ............................................ | **37,592** | **37,592** | **37,592** | | **37,592** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY RES** ............................................ | **37,592** | **37,592** | **37,592** | | **37,592** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, ARNG** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 010 | MANEUVER UNITS ............................................ | 45,896 | 45,896 | 45,896 | | 45,896 |
| 020 | MODULAR SUPPORT BRIGADES ............................................ | 180 | 180 | 180 | | 180 |

WASHSTATEC014458

November 23, 2019 (1:06 a.m.)

150

### SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| 030 | ECHELONS ABOVE BRIGADE | 2,982 | 2,982 | 2,982 | | 2,982 |
| 040 | THEATER LEVEL ASSETS | 548 | 548 | 548 | | 548 |
| 060 | AVIATION ASSETS | 9,229 | 9,229 | 9,229 | | 9,229 |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 1,584 | 1,584 | 1,584 | | 1,584 |
| 100 | BASE OPERATIONS SUPPORT | 22,063 | 22,063 | 22,063 | | 22,063 |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 606 | 606 | 606 | | 606 |
| | **SUBTOTAL OPERATING FORCES** | **83,088** | **83,088** | **83,088** | | **83,088** |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 170 | SERVICEWIDE COMMUNICATIONS | 203 | 203 | 203 | | 203 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **203** | **203** | **203** | | **203** |
| | **TOTAL OPERATION & MAINTENANCE, ARNG** | **83,291** | **83,291** | **83,291** | | **83,291** |
| | **AFGHANISTAN SECURITY FORCES FUND** | | | | | |
| | **AFGHAN NATIONAL ARMY** | | | | | |
| 090 | SUSTAINMENT | 1,313,047 | 1,313,047 | 1,313,047 | | 1,313,047 |
| 100 | INFRASTRUCTURE | 37,152 | 37,152 | 37,152 | | 37,152 |
| 110 | EQUIPMENT AND TRANSPORTATION | 120,868 | 120,868 | 120,868 | | 120,868 |
| 120 | TRAINING AND OPERATIONS | 118,591 | 118,591 | 118,591 | | 118,591 |
| | **SUBTOTAL AFGHAN NATIONAL ARMY** | **1,589,658** | **1,589,658** | **1,589,658** | | **1,589,658** |
| | **AFGHAN NATIONAL POLICE** | | | | | |
| 130 | SUSTAINMENT | 422,806 | 422,806 | 422,806 | | 422,806 |
| 140 | INFRASTRUCTURE | 2,358 | 2,358 | 2,358 | | 2,358 |
| 150 | EQUIPMENT AND TRANSPORTATION | 127,081 | 127,081 | 127,081 | | 127,081 |
| 160 | TRAINING AND OPERATIONS | 108,112 | 108,112 | 108,112 | | 108,112 |

WASHSTATEC014459

| | | | | | | |
|---|---|---|---|---|---|---|
| | SUBTOTAL AFGHAN NATIONAL POLICE ......... | 660,357 | 660,357 | 660,357 | | 660,357 |
| | **AFGHAN AIR FORCE** | | | | | |
| 170 | SUSTAINMENT ......... | 893,829 | 893,829 | 893,829 | | 893,829 |
| 180 | INFRASTRUCTURE ......... | 8,611 | 8,611 | 8,611 | | 8,611 |
| 190 | EQUIPMENT AND TRANSPORTATION ......... | 566,967 | 566,967 | 566,967 | | 566,967 |
| 200 | TRAINING AND OPERATIONS ......... | 356,108 | 356,108 | 356,108 | | 356,108 |
| | SUBTOTAL AFGHAN AIR FORCE ......... | 1,825,515 | 1,825,515 | 1,825,515 | | 1,825,515 |
| | **AFGHAN SPECIAL SECURITY FORCES** | | | | | |
| 210 | SUSTAINMENT ......... | 437,909 | 437,909 | 437,909 | | 437,909 |
| 220 | INFRASTRUCTURE ......... | 21,131 | 21,131 | 21,131 | | 21,131 |
| 230 | EQUIPMENT AND TRANSPORTATION ......... | 153,806 | 153,806 | 153,806 | | 153,806 |
| 240 | TRAINING AND OPERATIONS ......... | 115,602 | 115,602 | 115,602 | | 115,602 |
| | SUBTOTAL AFGHAN SPECIAL SECURITY FORCES ......... | 728,448 | 728,448 | 728,448 | | 728,448 |
| | **UNDISTRIBUTED** | | | | | |
| 245 | UNDISTRIBUTED ......... | | −300,000 | | −300,000 | −300,000 |
| | Unjustified request ......... | | [−300,000] | | [−300,000] | |
| | SUBTOTAL UNDISTRIBUTED ......... | | −300,000 | | −300,000 | −300,000 |
| | TOTAL AFGHANISTAN SECURITY FORCES FUND ......... | 4,803,978 | 4,503,978 | 4,803,978 | −300,000 | 4,503,978 |
| | **COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | | | | | |
| | **COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | | | | | |
| 010 | IRAQ ......... | 745,000 | 663,000 | 645,000 | −200,000 | 545,000 |
| | Program decrease ......... | | | | [−100,000] | |
| | Transfer to DSCA Security Cooperation ......... | | | [−100,000] | [−100,000] | |
| | Unjustified growth ......... | | [−82,000] | | | |
| 020 | SYRIA ......... | 300,000 | 300,000 | 300,000 | | 300,000 |
| 030 | BORDER SECURITY ......... | | 250,000 | | | |
| | Realignment of CTEF border security funding ......... | | [250,000] | | | |

WASHSTATEC014460

## SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | SUBTOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF) ..... | 1,045,000 | 1,213,000 | 945,000 | −200,000 | 845,000 |
| | TOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF) ..... | 1,045,000 | 1,213,000 | 945,000 | −200,000 | 845,000 |
| | **OPERATION & MAINTENANCE, NAVY** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS ..... | 373,047 | 587,422 | 373,047 | 600,000 | 973,047 |
| | Realignment from base ..... | | [214,375] | | [600,000] | |
| 030 | AVIATION TECHNICAL DATA & ENGINEERING SERVICES ..... | 816 | 816 | 816 | | 816 |
| 040 | AIR OPERATIONS AND SAFETY SUPPORT ..... | 9,582 | 9,582 | 9,582 | | 9,582 |
| 050 | AIR SYSTEMS SUPPORT ..... | 197,262 | 197,262 | 197,262 | | 197,262 |
| 060 | AIRCRAFT DEPOT MAINTENANCE ..... | 168,246 | 168,246 | 168,246 | | 168,246 |
| 070 | AIRCRAFT DEPOT OPERATIONS SUPPORT ..... | 3,594 | 3,594 | 3,594 | | 3,594 |
| 080 | AVIATION LOGISTICS ..... | 10,618 | 10,618 | 10,618 | | 10,618 |
| 090 | MISSION AND OTHER SHIP OPERATIONS ..... | 1,485,108 | 1,935,108 | 1,485,108 | 450,000 | 1,935,108 |
| | Realignment from base ..... | | [450,000] | | [450,000] | |
| 100 | SHIP OPERATIONS SUPPORT & TRAINING ..... | 20,334 | 20,334 | 20,334 | | 20,334 |
| 110 | SHIP DEPOT MAINTENANCE ..... | 2,365,615 | 2,365,615 | 2,365,615 | | 2,365,615 |
| 130 | COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE ..... | 58,092 | 58,092 | 58,092 | | 58,092 |
| 140 | SPACE SYSTEMS AND SURVEILLANCE ..... | 18,000 | 18,000 | 18,000 | | 18,000 |
| 150 | WARFARE TACTICS ..... | 16,984 | 16,984 | 16,984 | | 16,984 |
| 160 | OPERATIONAL METEOROLOGY AND OCEANOGRAPHY ..... | 29,382 | 29,382 | 29,382 | | 29,382 |
| 170 | COMBAT SUPPORT FORCES ..... | 608,870 | 608,870 | 608,870 | 400,000 | 1,008,870 |
| | Realignment from base ..... | | | | [400,000] | |
| 180 | EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT ..... | 7,799 | 7,799 | 7,799 | | 7,799 |
| 200 | COMBATANT COMMANDERS DIRECT MISSION SUPPORT ..... | 24,800 | 24,800 | 24,800 | | 24,800 |
| 220 | CYBERSPACE ACTIVITIES ..... | 363 | 363 | 363 | | 363 |

152

153

| | | | | | | |
|---|---|---|---|---|---|---|
| 240 | WEAPONS MAINTENANCE | 486,188 | 486,188 | 486,188 | | 486,188 |
| 250 | OTHER WEAPON SYSTEMS SUPPORT | 12,189 | 12,189 | 12,189 | | 12,189 |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 68,667 | 68,667 | 68,667 | | 68,667 |
| 280 | BASE OPERATING SUPPORT | 219,099 | 219,099 | 219,099 | | 219,099 |
| | **SUBTOTAL OPERATING FORCES** | **6,184,655** | **6,849,030** | **6,184,655** | **1,450,000** | **7,634,655** |
| | | | | | | |
| | **MOBILIZATION** | | | | | |
| 320 | EXPEDITIONARY HEALTH SERVICES SYSTEMS | 17,580 | 17,580 | 17,580 | | 17,580 |
| 330 | COAST GUARD SUPPORT | 190,000 | 190,000 | 190,000 | | 190,000 |
| | **SUBTOTAL MOBILIZATION** | **207,580** | **207,580** | **207,580** | | **207,580** |
| | | | | | | |
| | **TRAINING AND RECRUITING** | | | | | |
| 370 | SPECIALIZED SKILL TRAINING | 52,161 | 52,161 | 52,161 | | 52,161 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **52,161** | **52,161** | **52,161** | | **52,161** |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 440 | ADMINISTRATION | 8,475 | 8,475 | 8,475 | | 8,475 |
| 460 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 7,653 | 7,653 | 7,653 | | 7,653 |
| 490 | SERVICEWIDE TRANSPORTATION | 70,683 | 70,683 | 70,683 | | 70,683 |
| 520 | ACQUISITION, LOGISTICS, AND OVERSIGHT | 11,130 | 11,130 | 11,130 | | 11,130 |
| 530 | INVESTIGATIVE AND SECURITY SERVICES | 1,559 | 1,559 | 1,559 | | 1,559 |
| 645 | CLASSIFIED PROGRAMS | 17,754 | 17,754 | 17,754 | | 17,754 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **117,254** | **117,254** | **117,254** | | **117,254** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **6,561,650** | **7,226,025** | **6,561,650** | **1,450,000** | **8,011,650** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | OPERATIONAL FORCES | 714,653 | 714,653 | 714,653 | 200,000 | 914,653 |
| | Realignment from base | | | | [200,000] | |
| 020 | FIELD LOGISTICS | 232,508 | 232,508 | 232,508 | 200,000 | 432,508 |
| | Realignment from base | | | | [200,000] | |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

154

### SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
#### (In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|----------------:|-----------------:|------------------:|------------------:|----------------------:|
| 030 | DEPOT MAINTENANCE | 54,101 | 54,101 | 54,101 | | 54,101 |
| 050 | CYBERSPACE ACTIVITIES | 2,000 | 2,000 | 2,000 | | 2,000 |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION | | | 340,000 | | |
| | Disaster recovery increase | | | [340,000] | | |
| 070 | BASE OPERATING SUPPORT | 24,570 | 24,570 | 24,570 | | 24,570 |
| | **SUBTOTAL OPERATING FORCES** | 1,027,832 | 1,027,832 | 1,367,832 | 400,000 | 1,427,832 |
| | | | | | | |
| | **TRAINING AND RECRUITING** | | | | | |
| 120 | TRAINING SUPPORT | 30,459 | 30,459 | 30,459 | | 30,459 |
| | **SUBTOTAL TRAINING AND RECRUITING** | 30,459 | 30,459 | 30,459 | | 30,459 |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 160 | SERVICEWIDE TRANSPORTATION | 61,400 | 61,400 | 61,400 | | 61,400 |
| 225 | CLASSIFIED PROGRAMS | 5,100 | 5,100 | 5,100 | | 5,100 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | 66,500 | 66,500 | 66,500 | | 66,500 |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | 1,124,791 | 1,124,791 | 1,464,791 | 400,000 | 1,524,791 |
| | | | | | | |
| | **OPERATION & MAINTENANCE, NAVY RES** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 020 | INTERMEDIATE MAINTENANCE | 510 | 510 | 510 | | 510 |
| 030 | AIRCRAFT DEPOT MAINTENANCE | 11,628 | 11,628 | 11,628 | | 11,628 |
| 080 | COMBAT SUPPORT FORCES | 10,898 | 10,898 | 10,898 | | 10,898 |
| | **SUBTOTAL OPERATING FORCES** | 23,036 | 23,036 | 23,036 | | 23,036 |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY RES** | 23,036 | 23,036 | 23,036 | | 23,036 |

WASHSTATEC014463

155

**OPERATION & OPERATION & MAINTENANCE, MC RESERVE**
**OPERATING FORCES**

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| 010 | OPERATING FORCES | 7,627 | 7,627 | 7,627 | | 7,627 |
| 040 | BASE OPERATING SUPPORT | 1,080 | 1,080 | 1,080 | | 1,080 |
| | SUBTOTAL OPERATING FORCES | 8,707 | 8,707 | 8,707 | | 8,707 |
| | TOTAL OPERATION & MAINTENANCE, MC RESERVE | 8,707 | 8,707 | 8,707 | | 8,707 |

**OPERATION & MAINTENANCE, AIR FORCE**
**OPERATING FORCES**

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| 010 | PRIMARY COMBAT FORCES | 163,632 | 163,632 | 163,632 | | 163,632 |
| 020 | COMBAT ENHANCEMENT FORCES | 1,049,170 | 1,049,170 | 1,049,170 | 400,000 | 1,449,170 |
| | Realignment from base | | | | [400,000] | |
| 030 | AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS) | 111,808 | 111,808 | 111,808 | | 111,808 |
| 040 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 408,699 | 408,699 | 408,699 | | 408,699 |
| 050 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 147,264 | 147,264 | 487,264 | | 147,264 |
| | Disaster recovery increase | | | [340,000] | | |
| 060 | CYBERSPACE SUSTAINMENT | 10,061 | 10,061 | 10,061 | | 10,061 |
| 070 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 953,594 | 953,594 | 953,594 | | 953,594 |
| 080 | FLYING HOUR PROGRAM | 2,495,266 | 3,045,266 | 2,495,266 | 550,000 | 3,045,266 |
| | Realignment from base | | [550,000] | | [550,000] | |
| 090 | BASE OPERATIONS SUPPORT | 1,538,120 | 1,538,120 | 1,538,120 | 200,000 | 1,738,120 |
| | Realignment from base | | | | [200,000] | |
| 100 | GLOBAL C3I AND EARLY WARNING | 13,863 | 13,863 | 13,863 | | 13,863 |
| 110 | OTHER COMBAT OPS SPT PROGRAMS | 272,020 | 272,020 | 272,020 | | 272,020 |
| 120 | CYBERSPACE ACTIVITIES | 17,657 | 17,657 | 17,657 | | 17,657 |
| 130 | TACTICAL INTEL AND OTHER SPECIAL ACTIVITIES | 36,098 | 36,098 | 36,098 | | 36,098 |
| 140 | LAUNCH FACILITIES | 391 | 391 | 391 | | 391 |
| 150 | SPACE CONTROL SYSTEMS | 39,990 | 39,990 | 39,990 | | 39,990 |
| 160 | US NORTHCOM/NORAD | 725 | 725 | 725 | | 725 |
| 170 | US STRATCOM | 926 | 926 | 926 | | 926 |
| 180 | US CYBERCOM | 35,189 | 35,189 | 35,189 | | 35,189 |

WASHSTATEC014464

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

156

### SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|----------------|------------------|-------------------|-------------------|----------------------|
| 190 | US CENTCOM | 163,015 | 163,015 | 163,015 | | 163,015 |
| 200 | US SOCOM | 19,000 | 19,000 | 19,000 | | 19,000 |
| | SUBTOTAL OPERATING FORCES | 7,476,488 | 8,026,488 | 7,816,488 | 1,150,000 | 8,626,488 |
| | **MOBILIZATION** | | | | | |
| 240 | AIRLIFT OPERATIONS | 1,271,439 | 1,271,439 | 1,271,439 | | 1,271,439 |
| 250 | MOBILIZATION PREPAREDNESS | 109,682 | 109,682 | 109,682 | | 109,682 |
| | SUBTOTAL MOBILIZATION | 1,381,121 | 1,381,121 | 1,381,121 | | 1,381,121 |
| | **TRAINING AND RECRUITING** | | | | | |
| 260 | OFFICER ACQUISITION | 200 | 200 | 200 | | 200 |
| 270 | RECRUIT TRAINING | 352 | 352 | 352 | | 352 |
| 290 | SPECIALIZED SKILL TRAINING | 26,802 | 26,802 | 26,802 | | 26,802 |
| 300 | FLIGHT TRAINING | 844 | 844 | 844 | | 844 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 1,199 | 1,199 | 1,199 | | 1,199 |
| 320 | TRAINING SUPPORT | 1,320 | 1,320 | 1,320 | | 1,320 |
| | SUBTOTAL TRAINING AND RECRUITING | 30,717 | 30,717 | 30,717 | | 30,717 |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 380 | LOGISTICS OPERATIONS | 164,701 | 164,701 | 164,701 | | 164,701 |
| 390 | TECHNICAL SUPPORT ACTIVITIES | 11,608 | 11,608 | 11,608 | | 11,608 |
| 400 | ADMINISTRATION | 4,814 | 4,814 | 4,814 | | 4,814 |
| 410 | SERVICEWIDE COMMUNICATIONS | 145,204 | 145,204 | 145,204 | | 145,204 |
| 420 | OTHER SERVICEWIDE ACTIVITIES | 98,841 | 98,841 | 98,841 | | 98,841 |
| 460 | INTERNATIONAL SUPPORT | 29,890 | 29,890 | 29,890 | | 29,890 |
| 465 | CLASSIFIED PROGRAMS | 52,995 | 52,995 | 52,995 | | 52,995 |

WASHSTATEC014465

| | | | | | | |
|---|---|---|---|---|---|---|
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** ........................................ | 508,053 | 508,053 | 508,053 | | 508,053 |
| | **TOTAL OPERATION & MAINTENANCE, AIR FORCE** .......................... | 9,396,379 | 9,946,379 | 9,736,379 | 1,150,000 | 10,546,379 |
| | **OPERATION & MAINTENANCE, AF RESERVE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE ................................. | 24,188 | 24,188 | 24,188 | | 24,188 |
| 060 | BASE SUPPORT ................................................................... | 5,570 | 5,570 | 5,570 | | 5,570 |
| | **SUBTOTAL OPERATING FORCES** ............................................ | 29,758 | 29,758 | 29,758 | | 29,758 |
| | **TOTAL OPERATION & MAINTENANCE, AF RESERVE** ...................... | 29,758 | 29,758 | 29,758 | | 29,758 |
| | **OPERATION & MAINTENANCE, ANG** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 020 | MISSION SUPPORT OPERATIONS ............................................... | 3,666 | 3,666 | 3,666 | | 3,666 |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE ................................. | 66,944 | 66,944 | 66,944 | | 66,944 |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT ..................... | 93,620 | 93,620 | 93,620 | | 93,620 |
| 060 | BASE SUPPORT ................................................................... | 12,679 | 12,679 | 12,679 | | 12,679 |
| | **SUBTOTAL OPERATING FORCES** ............................................ | 176,909 | 176,909 | 176,909 | | 176,909 |
| | **TOTAL OPERATION & MAINTENANCE, ANG** ............................... | 176,909 | 176,909 | 176,909 | | 176,909 |
| | **OPERATION AND MAINTENANCE, DEFENSE-WIDE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | JOINT CHIEFS OF STAFF ........................................................ | 21,866 | 21,866 | 21,866 | | 21,866 |
| 020 | JOINT CHIEFS OF STAFF—CE2T2 .............................................. | 6,634 | 6,634 | 6,634 | | 6,634 |
| 040 | SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT ACTIVITIES ......... | 1,121,580 | 1,121,580 | 1,121,580 | −10,000 | 1,111,580 |
| | Classified adjustment ......................................................... | | | | [−10,000] | |
| 060 | SPECIAL OPERATIONS COMMAND INTELLIGENCE ............................... | 1,328,201 | 1,328,201 | 1,328,201 | | 1,328,201 |
| 070 | SPECIAL OPERATIONS COMMAND MAINTENANCE ............................... | 399,845 | 399,845 | 399,845 | | 399,845 |
| 090 | SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT ...................... | 138,458 | 102,958 | 138,458 | −35,000 | 103,458 |
| | Projected underexecution—communications ................................. | | [−35,500] | | [−35,000] | |

### SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 100 | SPECIAL OPERATIONS COMMAND THEATER FORCES ........................ | 808,729 | 808,729 | 808,729 | 500,000 | 1,308,729 |
| | Realignment from base ........................................................................... | | | | [500,000] | |
| | SUBTOTAL OPERATING FORCES ........................................................... | 3,825,313 | 3,789,813 | 3,825,313 | 455,000 | 4,280,313 |
| | | | | | | |
| | ADMIN & SRVWIDE ACTIVITIES | | | | | |
| 180 | DEFENSE CONTRACT AUDIT AGENCY ...................................................... | 1,810 | 1,810 | 1,810 | | 1,810 |
| 200 | DEFENSE CONTRACT MANAGEMENT AGENCY .......................................... | 21,723 | 21,723 | 21,723 | | 21,723 |
| 230 | DEFENSE INFORMATION SYSTEMS AGENCY ........................................... | 81,133 | 81,133 | 81,133 | | 81,133 |
| 240 | DEFENSE INFORMATION SYSTEMS AGENCY—CYBER ............................. | 3,455 | 3,455 | 3,455 | | 3,455 |
| 270 | DEFENSE LEGAL SERVICES AGENCY .................................................... | 196,124 | 196,124 | 196,124 | | 196,124 |
| 290 | DEFENSE MEDIA ACTIVITY .................................................................... | 14,377 | 14,377 | 14,377 | | 14,377 |
| 310 | DEFENSE SECURITY COOPERATION AGENCY ......................................... | 1,927,217 | 1,364,427 | 1,977,217 | −250,000 | 1,677,217 |
| | Realignment of CTEF border security funding ................................... | | [−250,000] | | | |
| | Security cooperation account, unjustified growth .............................. | | | [−100,000] | [−37,030] | |
| | Transfer from CTEF Iraq ....................................................................... | | | [100,000] | [100,000] | |
| | Transfer of funds to Ukraine Security Assistance Initiative ................ | | [−250,000] | | [−250,000] | |
| | Ukraine Security Assistance Initiative .................................................. | | | [50,000] | | |
| | Unjustified growth .................................................................................. | | [−62,790] | | [−62,970] | |
| 380 | DEFENSE THREAT REDUCTION AGENCY ................................................ | 317,558 | 307,558 | 317,558 | | 317,558 |
| | Program decrease ................................................................................... | | [−10,000] | | | |
| 410 | DEPARTMENT OF DEFENSE EDUCATION ACTIVITY ................................ | 31,620 | 31,620 | 31,620 | | 31,620 |
| 460 | OFFICE OF THE SECRETARY OF DEFENSE ............................................ | 16,666 | 21,666 | 16,666 | | 16,666 |
| | Realignment of redress and loss funding ........................................... | | [5,000] | | | |
| 500 | WASHINGTON HEADQUARTERS SERVICES ............................................ | 6,331 | 6,331 | 6,331 | | 6,331 |
| 505 | CLASSIFIED PROGRAMS ........................................................................ | 1,924,785 | 1,924,785 | 1,924,785 | | 1,924,785 |
| | SUBTOTAL ADMIN & SRVWIDE ACTIVITIES ........................................... | 4,542,799 | 3,975,009 | 4,592,799 | −250,000 | 4,292,799 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE | 8,368,112 | 7,764,822 | 8,418,112 | 205,000 | 8,573,112 |
| TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE | | −603,290 | 50,000 | 205,000 | 205,000 |
| **UKRAINE SECURITY ASSISTANCE** | | | | | |
| **UKRAINE SECURITY ASSISTANCE** | | | | | |
| 010  UKRAINE SECURITY ASSISTANCE INITIATIVE | | 250,000 | | 300,000 | 300,000 |
| Program increase | | | | [50,000] | |
| Transfer of funds from Defense Security Cooperation Agency | | [250,000] | | [250,000] | |
| SUBTOTAL UKRAINE SECURITY ASSISTANCE | | 250,000 | | 300,000 | 300,000 |
| TOTAL UKRAINE SECURITY ASSISTANCE | | 250,000 | | 300,000 | 300,000 |
| **TOTAL OPERATION & MAINTENANCE** | 50,432,141 | 51,652,936 | 51,112,141 | 4,536,048 | 54,968,189 |

WASHSTATEC014468

## SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS.

SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|------|-----------------|------------------|-------------------|-------------------|-----------------------|
| | **OPERATION & MAINTENANCE, NAVY** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION ................................... | 0 | | | 462,000 | 462,000 |
| | Earthquake damage repair ................................................ | | | | [370,000] | |
| | Navy Working Capital Fund earthquake recovery losses ................... | | | | [92,000] | |
| 280 | BASE OPERATING SUPPORT ........................................................ | 0 | | | 9,000 | 9,000 |
| | Earthquake damage recovery ............................................. | | | | [9,000] | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** ................................. | 0 | | | 471,000 | 471,000 |
| | | | | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION ................................... | 0 | | | 6,000 | 6,000 |
| | Earthquake damage repair ................................................ | | | | [6,000] | |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** ....................... | 0 | | | 6,000 | 6,000 |
| | | | | | | |
| | **OPERATION & MAINTENANCE, ANG** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION ................... | 0 | | | 58,900 | 58,900 |
| | Hurricane recovery ...................................................... | | | | [58,900] | |
| | **TOTAL OPERATION & MAINTENANCE, ANG** ................................. | 0 | | | 58,900 | 58,900 |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE** ..................................... | 0 | | | 535,900 | 535,900 |

WASHSTATEC014469

# TITLE XLIV—MILITARY PERSONNEL

**SEC. 4401. MILITARY PERSONNEL.**

### SEC. 4401. MILITARY PERSONNEL
#### (In Thousands of Dollars)

| Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|------|----------------:|-----------------:|------------------:|------------------:|----------------------:|
| Military Personnel Appropriations | 143,476,503 | 142,248,503 | 142,557,523 | −800,000 | 142,676,503 |
| Historical unobligated balances | | [−1,228,000] | | [−800,000] | |
| Historical underexecution | | | [−918,980] | | |
| Medicare-Eligible Retiree Health Fund Contributions | 7,816,815 | 7,816,815 | 7,816,815 | | 7,816,815 |

WASHSTATEC014470

## SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS.

### SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Item | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| Military Personnel Appropriations | 4,485,808 | 0 | 4,485,808 |
| **Total, Military Personnel Appropriations** | **4,485,808** | **0** | **4,485,808** |

WASHSTATEC014471

# TITLE XLV—OTHER AUTHORIZATIONS

**SEC. 4501. OTHER AUTHORIZATIONS.**

SEC. 4501. OTHER AUTHORIZATIONS
(In Thousands of Dollars)

| Program Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **WORKING CAPITAL FUND, ARMY** | | | | | |
| INDUSTRIAL OPERATIONS | 57,467 | 57,467 | 57,467 | | 57,467 |
| SUPPLY MANAGEMENT—ARMY | 32,130 | 32,130 | 32,130 | | 32,130 |
| **TOTAL WORKING CAPITAL FUND, ARMY** | **89,597** | **89,597** | **89,597** | | **89,597** |
| **WORKING CAPITAL FUND, AIR FORCE** | | | | | |
| **TRANSPORTATION** | | | | | |
| SUPPLIES AND MATERIALS | 92,499 | 92,499 | 102,499 | | 92,499 |
| Energy optimization initiatives | | | [10,000] | | |
| **TOTAL WORKING CAPITAL FUND, AIR FORCE** | **92,499** | **92,499** | **102,499** | | **92,499** |
| **WORKING CAPITAL FUND, DEFENSE-WIDE** | | | | | |
| SUPPLY CHAIN MANAGEMENT—DEF | 49,085 | 49,085 | 49,085 | | 49,085 |
| **TOTAL WORKING CAPITAL FUND, DEFENSE-WIDE** | **49,085** | **49,085** | **49,085** | | **49,085** |
| **WORKING CAPITAL FUND, DECA** | | | | | |
| WORKING CAPITAL FUND, DECA | 995,030 | 995,030 | 995,030 | | 995,030 |
| **TOTAL WORKING CAPITAL FUND, DECA** | **995,030** | **995,030** | **995,030** | | **995,030** |
| **NATIONAL DEFENSE SEALIFT FUND** | | | | | |
| LG MED SPD RO/RO MAINTENANCE | | 264,751 | | | |

WASHSTATEC014472

## SEC. 4501. OTHER AUTHORIZATIONS
### (In Thousands of Dollars)

| Program Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Realignment from Operations and Maintenance, Navy | | [264,751] | | | |
| **TOTAL NATIONAL DEFENSE SEALIFT FUND** | | **264,751** | | | |
| | | | | | |
| **NATIONAL DEFENSE SEALIFT FUND** | | | | | |
| DOD MOBILIZATION ALTERATIONS | | 9,590 | | | |
| Realignment from Operations and Maintenance, Navy | | [9,590] | | | |
| **TOTAL NATIONAL DEFENSE SEALIFT FUND** | | **9,590** | | | |
| | | | | | |
| **NATIONAL DEFENSE SEALIFT FUND** | | | | | |
| TAH MAINTENANCE | | 96,867 | | | |
| Realignment from Operations and Maintenance, Navy | | [96,867] | | | |
| **TOTAL NATIONAL DEFENSE SEALIFT FUND** | | **96,867** | | | |
| | | | | | |
| **NATIONAL DEFENSE SEALIFT FUND** | | | | | |
| READY RESERVE FORCE | | 352,044 | | | |
| Realignment from Operations and Maintenance, Navy | | [352,044] | | | |
| **TOTAL NATIONAL DEFENSE SEALIFT FUND** | | **352,044** | | | |
| | | | | | |
| **WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY** | | | | | |
| DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY | 200,000 | 200,000 | 200,000 | | 200,000 |
| **TOTAL WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY** | **200,000** | **200,000** | **200,000** | | **200,000** |
| | | | | | |
| **CHEM AGENTS & MUNITIONS DESTRUCTION** | | | | | |
| OPERATION & MAINTENANCE | 107,351 | 107,351 | 107,351 | | 107,351 |
| RDT&E | 875,930 | 865,930 | 875,930 | | 875,930 |
| Unjustified growth | | [−10,000] | | | |
| PROCUREMENT | 2,218 | 2,218 | 2,218 | | 2,218 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHEM AGENTS & MUNITIONS DESTRUCTION** .................................................................... | **985,499** | **975,499** | **985,499** | | **985,499** |
| **DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | | | | | |
| COUNTER-NARCOTICS SUPPORT ........................................................................................................ | 581,739 | 542,171 | 581,739 | −48,921 | 532,818 |
| Counter synthetic opioid trafficking .......................................................................................... | | [25,000] | | | |
| Realignment of National Guard Bureau funding .................................................................. | | [−30,921] | | [−30,921] | |
| Unjustified growth .................................................................................................................... | | [−33,647] | | [−18,000] | |
| DRUG DEMAND REDUCTION PROGRAM .............................................................................................. | 120,922 | 120,922 | 120,922 | | 120,922 |
| NATIONAL GUARD COUNTER-DRUG PROGRAM .................................................................................... | 91,370 | 122,291 | 91,370 | 30,921 | 122,291 |
| Realignment of National Guard Bureau funding .................................................................. | | [30,921] | | [30,921] | |
| NATIONAL GUARD COUNTER-DRUG SCHOOLS .................................................................................... | 5,371 | 5,371 | 5,371 | | 5,371 |
| **TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** ........................................................ | **799,402** | **790,755** | **799,402** | **−18,000** | **781,402** |
| **OFFICE OF THE INSPECTOR GENERAL** | | | | | |
| OFFICE OF THE INSPECTOR GENERAL .............................................................................................. | 359,022 | 359,022 | 359,022 | | 359,022 |
| OFFICE OF THE INSPECTOR GENERAL—CYBER .................................................................................. | 1,179 | 1,179 | 1,179 | | 1,179 |
| OFFICE OF THE INSPECTOR GENERAL .............................................................................................. | 2,965 | 2,965 | 2,965 | | 2,965 |
| OFFICE OF THE INSPECTOR GENERAL .............................................................................................. | 333 | 333 | 333 | | 333 |
| **TOTAL OFFICE OF THE INSPECTOR GENERAL** .............................................................................. | **363,499** | **363,499** | **363,499** | | **363,499** |
| **DEFENSE HEALTH PROGRAM** | | | | | |
| IN-HOUSE CARE ............................................................................................................................... | 9,570,615 | 9,470,615 | 9,570,615 | −250,000 | 9,320,615 |
| Unjustified growth .................................................................................................................... | | [−100,000] | | [−250,000] | |
| PRIVATE SECTOR CARE .................................................................................................................... | 15,041,006 | 15,038,506 | 15,052,006 | −38,500 | 15,002,506 |
| Contraceptive cost-sharing ...................................................................................................... | | | [11,000] | | |
| Historical underexecution ........................................................................................................ | | | | [−38,500] | |
| Program decrease ..................................................................................................................... | | [−2,500] | | | |
| CONSOLIDATED HEALTH SUPPORT .................................................................................................... | 1,975,536 | 1,986,536 | 1,975,536 | 11,000 | 1,986,536 |
| Wounded Warrior Service Dog program .................................................................................. | | [11,000] | | [11,000] | |
| INFORMATION MANAGEMENT ............................................................................................................ | 2,004,588 | 2,004,588 | 2,004,588 | −5,650 | 1,998,938 |
| Historical underexecution ........................................................................................................ | | | | [−5,650] | |
| MANAGEMENT ACTIVITIES ................................................................................................................ | 333,246 | 333,246 | 333,246 | | 333,246 |

### SEC. 4501. OTHER AUTHORIZATIONS
(In Thousands of Dollars)

| Program Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| EDUCATION AND TRAINING | 793,810 | 796,310 | 793,810 | −500 | 793,310 |
| Other costs excess growth | | | | [−3,000] | |
| Pilot program on partnerships with civilian organizations for specialized surgical training | | [2,500] | | | |
| Program increase—specialized medical pilot program | | | | [2,500] | |
| BASE OPERATIONS/COMMUNICATIONS | 2,093,289 | 2,093,289 | 2,093,289 | | 2,093,289 |
| UNDISTRIBUTED | | 24,500 | | | |
| PFAS exposure blood testing for DoD firefighters | | [2,000] | | | |
| Post-traumatic stress disorder | | [2,500] | | | |
| TRICARE lead level screening and testing for children | | [10,000] | | | |
| Triple negative breast cancer research | | [10,000] | | | |
| R&D RESEARCH | 12,621 | 27,621 | 12,621 | | 12,621 |
| CDC ASTDR PFOS/PFOA health study increment | | [15,000] | | | |
| R&D EXPLORATRY DEVELOPMENT | 84,266 | 84,266 | 84,266 | | 84,266 |
| R&D ADVANCED DEVELOPMENT | 279,766 | 279,766 | 279,766 | | 279,766 |
| R&D DEMONSTRATION/VALIDATION | 128,055 | 128,055 | 128,055 | | 128,055 |
| R&D ENGINEERING DEVELOPMENT | 143,527 | 158,527 | 143,527 | | 143,527 |
| Deployment of mTBI/concussion multi-modal devices | | [10,000] | | | |
| Program increase—freeze dried platelets | | [5,000] | | | |
| R&D MANAGEMENT AND SUPPORT | 67,219 | 67,219 | 67,219 | | 67,219 |
| R&D CAPABILITIES ENHANCEMENT | 16,819 | 16,819 | 16,819 | | 16,819 |
| PROC INITIAL OUTFITTING | 26,135 | 26,135 | 26,135 | | 26,135 |
| PROC REPLACEMENT & MODERNIZATION | 225,774 | 225,774 | 225,774 | | 225,774 |
| PROC JOINT OPERATIONAL MEDICINE INFORMATION SYSTEM | 314 | 314 | 314 | | 314 |
| PROC MILITARY HEALTH SYSTEM—DESKTOP TO DATACENTER | 73,010 | 73,010 | 73,010 | | 73,010 |
| PROC DOD HEALTHCARE MANAGEMENT SYSTEM MODERNIZATION | 129,091 | 129,091 | 99,091 | | 129,091 |
| Prior year availability | | | [−30,000] | | |

WASHSTATEC014475

| | | | | | |
|---|---|---|---|---|---|
| TOTAL DEFENSE HEALTH PROGRAM | | 32,998,687 | 32,964,187 | 32,979,687 | −283,650 | 32,715,037 |
| TOTAL OTHER AUTHORIZATIONS | | 36,573,298 | 37,243,403 | 36,564,298 | −301,650 | 36,271,648 |

WASHSTATEC014476

# SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY OPERATIONS.

**SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY OPERATIONS**
(In Thousands of Dollars)

| Program Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **WORKING CAPITAL FUND, ARMY** | | | | | |
| **INDUSTRIAL OPERATIONS** | | | | | |
| SUPPLY MANAGEMENT—ARMY | 20,100 | 20,100 | 20,100 | | 20,100 |
| **TOTAL WORKING CAPITAL FUND, ARMY** | 20,100 | 20,100 | 20,100 | | 20,100 |
| | | | | | |
| **DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | | | | | |
| COUNTER-NARCOTICS SUPPORT | 163,596 | 153,100 | 163,596 | | 163,596 |
| Unjustified growth | | [−10,496] | | | |
| **TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | 163,596 | 153,100 | 163,596 | | 163,596 |
| | | | | | |
| **OFFICE OF THE INSPECTOR GENERAL** | | | | | |
| OFFICE OF THE INSPECTOR GENERAL | 24,254 | 24,254 | 24,254 | | 24,254 |
| **TOTAL OFFICE OF THE INSPECTOR GENERAL** | 24,254 | 24,254 | 24,254 | | 24,254 |
| | | | | | |
| **DEFENSE HEALTH PROGRAM** | | | | | |
| IN-HOUSE CARE | 57,459 | 57,459 | 57,459 | | 57,459 |
| PRIVATE SECTOR CARE | 287,487 | 287,487 | 287,487 | | 287,487 |
| CONSOLIDATED HEALTH SUPPORT | 2,800 | 2,800 | 2,800 | | 2,800 |
| **TOTAL DEFENSE HEALTH PROGRAM** | 347,746 | 347,746 | 347,746 | | 347,746 |
| | | | | | |
| **TOTAL OTHER AUTHORIZATIONS** | 555,696 | 545,200 | 555,696 | | 555,696 |

# TITLE XLVI—MILITARY CONSTRUCTION

## SEC. 4601. MILITARY CONSTRUCTION.

**SEC. 4601. MILITARY CONSTRUCTION**
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---------|----------------|--------------|---------------|-----------------|------------------|-------------------|-------------------|-----------------------|
| Army | ALABAMA | Redstone Arsenal | AIRCRAFT AND FLIGHT EQUIPMENT BUILDING | 38,000 | 38,000 | 38,000 | | 38,000 |
| Army | COLORADO | Fort Carson | COMPANY OPERATIONS FACILITY | 71,000 | 71,000 | 71,000 | | 71,000 |
| Army | GEORGIA | Fort Gordon | CYBER INSTRUCTIONAL FAC (ADMIN/COMMAND) | 107,000 | 70,000 | 67,000 | − 40,000 | 67,000 |
| Army | GEORGIA | Hunter Army Airfield | AIRCRAFT MAINTENANCE HANGAR | 62,000 | 62,000 | 62,000 | | 62,000 |
| Army | HAWAII | Fort Shafter | COMMAND AND CONTROL FACILITY, INCR 5 | 60,000 | 60,000 | 60,000 | | 60,000 |
| Army | HONDURAS | Soto Cano Air Base | AIRCRAFT MAINTENANCE HANGAR | 34,000 | 34,000 | 34,000 | | 34,000 |
| Army | JAPAN | Kadena Air Base | VEHICLE MAINTENANCE SHOP | 0 | 0 | 15,000 | | 0 |
| Army | KENTUCKY | Fort Campbell | AUTOMATED INFANTRY PLATOON BATTLE COURSE | 7,100 | 7,100 | 7,100 | | 7,100 |
| Army | KENTUCKY | Fort Campbell | EASEMENTS | 3,200 | 3,200 | 3,200 | | 3,200 |
| Army | KENTUCKY | Fort Campbell | GENERAL PURPOSE MAINTENANCE SHOP | 51,000 | 51,000 | 51,000 | | 51,000 |
| Army | KWAJALEIN | Kwajalein Atoll | AIR TRAFFIC CONTROL TOWER AND TERMINAL | 0 | 40,000 | 0 | 40,000 | 40,000 |
| Army | MASSACHUSETTS | U.S. Army Natick Soldier Systems Center | HUMAN ENGINEERING LAB | 50,000 | 50,000 | 50,000 | | 50,000 |
| Army | MICHIGAN | Detroit Arsenal | SUBSTATION | 24,000 | 24,000 | 24,000 | | 24,000 |
| Army | NEW YORK | Fort Drum | RAILHEAD | 0 | 21,000 | 21,000 | 21,000 | 21,000 |
| Army | NEW YORK | Fort Drum | UNMANNED AERIAL VEHICLE HANGAR | 23,000 | 23,000 | 23,000 | | 23,000 |
| Army | NORTH CAROLINA | Fort Bragg | DINING FACILITY | 12,500 | 12,500 | 12,500 | | 12,500 |
| Army | OKLAHOMA | Fort Sill | ADV INDIVIDUAL TRAINING BARRACKS CPLX, PH2 | 73,000 | 73,000 | 73,000 | | 73,000 |
| Army | PENNSYLVANIA | Carlisle Barracks | GENERAL INSTRUCTION BUILDING | 98,000 | 60,000 | 98,000 | − 38,000 | 60,000 |
| Army | SOUTH CAROLINA | Fort Jackson | RECEPTION COMPLEX, PH2 | 54,000 | 54,000 | 54,000 | | 54,000 |
| Army | TEXAS | Corpus Christi Army Depot | POWERTRAIN FACILITY (MACHINE SHOP) | 86,000 | 40,000 | 86,000 | | 86,000 |
| Army | TEXAS | Fort Hood | BARRACKS | 32,000 | 32,000 | 32,000 | | 32,000 |
| Army | TEXAS | Fort Hood | VEHICLE BRIDGE | 0 | 18,500 | 18,500 | 18,500 | 18,500 |

**SEC. 4601. MILITARY CONSTRUCTION**
**(In Thousands of Dollars)**

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Army | VIRGINIA | Fort Belvoir | SECURE OPERATIONS AND ADMIN FACILITY | 60,000 | 60,000 | 60,000 | | 60,000 |
| Army | VIRGINIA | Joint Base Langley-Eustis | ADV INDIVIDUAL TRAINING BARRACKS CPLX, PH4 | 55,000 | 55,000 | 55,000 | | 55,000 |
| Army | WASHINGTON | Joint Base Lewis-McChord | INFORMATION SYSTEMS FACILITY | 46,000 | 46,000 | 46,000 | | 46,000 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | CHILD DEVELOPMENT CENTERS | 0 | 0 | 0 | 27,000 | 27,000 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | HOST NATION SUPPORT | 31,000 | 31,000 | 31,000 | | 31,000 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING AND DESIGN | 94,099 | 85,099 | 94,099 | | 94,099 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED MINOR CONSTRUCTION | 70,600 | 70,600 | 70,600 | | 70,600 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED WORLDWIDE CONSTRUCTION | 211,000 | 0 | 0 | − 211,000 | 0 |
| **Military Construction, Army Total** | | | | **1,453,499** | **1,191,999** | **1,256,999** | **− 182,500** | **1,270,999** |
| Navy | ARIZONA | Marine Corps Air Station Yuma | BACHELOR ENLISTED QUARTERS | 0 | 99,600 | 99,600 | 99,600 | 99,600 |
| Navy | ARIZONA | Marine Corps Air Station Yuma | HANGAR 95 RENOVATION & ADDITION | 90,160 | 90,160 | 90,160 | | 90,160 |
| Navy | AUSTRALIA | Darwin | AIRCRAFT PARKING APRON | 0 | 0 | 50,000 | 50,000 | 50,000 |
| Navy | BAHRAIN ISLAND | SW Asia | ELECTRICAL SYSTEM UPGRADE | 53,360 | 0 | 53,360 | − 53,360 | 0 |
| Navy | CALIFORNIA | Camp Pendleton | 62 AREA MESS HALL AND CONSOLIDATED WARE-HOUSE | 71,700 | 71,700 | 71,700 | | 71,700 |
| Navy | CALIFORNIA | Camp Pendleton | I MEF CONSOLIDATED INFORMATION CENTER | 113,869 | 63,869 | 23,000 | − 75,000 | 38,869 |
| Navy | CALIFORNIA | Marine Corps Air Station Miramar | CHILD DEVELOPMENT CENTER | 0 | 37,400 | 37,400 | 37,400 | 37,400 |
| Navy | CALIFORNIA | Naval Air Weapons Sta-tion China Lake | RUNWAY & TAXIWAY EXTENSION | 64,500 | 64,500 | 64,500 | | 64,500 |
| Navy | CALIFORNIA | Naval Air Weapons Sta-tion China Lake | UNSPECIFIED MILITARY CONSTRUCTION—EARTH-QUAKE DAMAGE RECOVERY | 0 | 100,000 | 0 | | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Navy | CALIFORNIA | Naval Base Coronado | AIRCRAFT PAINT COMPLEX | 0 | 79,000 | 79,000 | 79,000 | 79,000 |
| Navy | CALIFORNIA | Naval Base Coronado | NAVY V–22 HANGAR | 86,830 | 86,830 | 86,830 | | 86,830 |
| Navy | CALIFORNIA | Naval Base San Diego | PIER 8 REPLACEMENT (INC) | 59,353 | 59,353 | 59,353 | | 59,353 |
| Navy | CALIFORNIA | Naval Base San Diego | PMO FACILITY REPAIR | 0 | 9,900 | 9,900 | 9,900 | 9,900 |
| Navy | CALIFORNIA | Naval Weapons Station Seal Beach | AMMUNITION PIER | 95,310 | 60,310 | 95,310 | − 35,000 | 60,310 |
| Navy | CALIFORNIA | Naval Weapons Station Seal Beach | MISSILE MAGAZINE | 0 | 28,000 | 28,000 | 28,000 | 28,000 |
| Navy | CALIFORNIA | Travis Air Force Base | ALERT FORCE COMPLEX | 64,000 | 64,000 | 64,000 | | 64,000 |
| Navy | CONNECTICUT | Naval Submarine Base New London | SSN BERTHING PIER 32 | 72,260 | 72,260 | 72,260 | | 72,260 |
| Navy | DISTRICT OF CO- LUMBIA | Naval Observatory | MASTER TIME CLOCKS & OPERATIONS FAC (INC) | 75,600 | 0 | 75,600 | − 55,600 | 20,000 |
| Navy | FLORIDA | Blount Island | POLICE STATION AND EOC FACILITY | 0 | 18,700 | 18,700 | 18,700 | 18,700 |
| Navy | FLORIDA | Naval Air Station Jack- sonville | TARGETING & SURVEILLANCE SYST PROD SUPP FAC | 32,420 | 32,420 | 32,420 | | 32,420 |
| Navy | GUAM | Joint Region Marianas | BACHELOR ENLISTED QUARTERS H | 164,100 | 64,100 | 20,000 | − 130,000 | 34,100 |
| Navy | GUAM | Joint Region Marianas | EOD COMPOUND FACILITIES | 61,900 | 61,900 | 61,900 | | 61,900 |
| Navy | GUAM | Joint Region Marianas | MACHINE GUN RANGE (INC) | 91,287 | 91,287 | 91,287 | | 91,287 |
| Navy | HAWAII | Marine Corps Air Station Kaneohe Bay | BACHELOR ENLISTED QUARTERS | 134,050 | 134,050 | 39,000 | − 68,560 | 65,490 |
| Navy | HAWAII | Naval Ammunition Depot West Loch | MAGAZINE CONSOLIDATION, PHASE 1 | 53,790 | 53,790 | 53,790 | | 53,790 |
| Navy | ITALY | Naval Air Station Sigonella | COMMUNICATIONS STATION | 77,400 | 0 | 77,400 | − 77,400 | 0 |
| Navy | JAPAN | Fleet Activities Yokosuka | PIER 5 (BERTHS 2 AND 3) | 174,692 | 100,000 | 110,000 | − 74,692 | 100,000 |
| Navy | JAPAN | Marine Corps Air Station Iwakuni | VTOL PAD—SOUTH | 15,870 | 15,870 | 15,870 | | 15,870 |
| Navy | MARYLAND | Saint Inigoes | AIR TRAFFIC CONTROL TOWER | 0 | 15,000 | 0 | 15,000 | 15,000 |
| Navy | NORTH CAROLINA | Camp Lejeune | 10TH MARINES HIMARS COMPLEX | 35,110 | 35,110 | 35,110 | | 35,110 |
| Navy | NORTH CAROLINA | Camp Lejeune | 2ND MARDIV/2ND MLG OPS CENTER REPLACEMENT | 60,130 | 60,130 | 60,130 | | 60,130 |
| Navy | NORTH CAROLINA | Camp Lejeune | 2ND RADIO BN COMPLEX, PHASE 2 (INC) | 25,650 | 25,650 | 25,650 | | 25,650 |
| Navy | NORTH CAROLINA | Camp Lejeune | ACV-AAV MAINTENANCE FACILITY UPGRADES | 11,570 | 0 | 11,570 | | 11,570 |
| Navy | NORTH CAROLINA | Camp Lejeune | II MEF OPERATIONS CENTER REPLACEMENT | 122,200 | 62,200 | 122,200 | − 30,000 | 92,200 |
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | AIRCRAFT MAINTENANCE HANGAR (INC) | 73,970 | 73,970 | 73,970 | | 73,970 |

### SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---------|----------------|--------------|---------------|-----------------|------------------|-------------------|-------------------|-----------------------|
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | ATC TOWER & AIRFIELD OPERATIONS | 61,340 | 61,340 | 61,340 | | 61,340 |
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | F–35 TRAINING AND SIMULATOR FACILITY | 53,230 | 53,230 | 53,230 | | 53,230 |
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | FLIGHTLINE UTILITY MODERNIZATION (INC) | 51,860 | 51,860 | 51,860 | | 51,860 |
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | SLOCUM ROAD PHYSICAL SECUITRY COMPLIANCE | 0 | 0 | 52,300 | | 0 |
| Navy | NORTH CAROLINA | Marine Corps Air Station New River | CH–53K CARGO LOADING TRAINER | 11,320 | 11,320 | 11,320 | | 11,320 |
| Navy | PENNSYLVANIA | Philadelphia | MACHINERY CONTROL DEVELOPMENT CENTER | 0 | 66,000 | 0 | 74,630 | 74,630 |
| Navy | SOUTH CAROLINA | Parris Island | RANGE IMPROVEMENTS & MODERNIZATION PHASE 3 | 0 | 37,200 | 37,200 | 37,200 | 37,200 |
| Navy | UTAH | Hill Air Force Base | D5 MISSILE MOTOR RECEIPT/STORAGE FAC (INC) | 50,520 | 50,520 | 50,520 | | 50,520 |
| Navy | VIRGINIA | Marine Corps Base Quantico | WARGAMING CENTER | 143,350 | 70,000 | 10,000 | – 110,000 | 33,350 |
| Navy | VIRGINIA | Naval Station Norfolk | MARINER SKILLS TRAINING CENTER | 79,100 | 79,100 | 0 | | 79,100 |
| Navy | VIRGINIA | Naval Station Norfolk | MH–60 & CMV–22B CORRISON CONTROL AND PAINT FACILITY | 0 | 49,000 | 0 | 60,000 | 60,000 |
| Navy | VIRGINIA | Portsmouth Naval Ship-yard | DRY DOCK FLOOD PROTECTION IMPROVEMENTS | 48,930 | 48,930 | 48,930 | | 48,930 |
| Navy | VIRGINIA | Yorktown Naval Weapons Station | NMC ORDNANCE FACILITIES RECAPITALIZATION PHASE 1 | 0 | 59,000 | 59,000 | 59,000 | 59,000 |
| Navy | WASHINGTON | Bremerton | DRY DOCK 4 & PIER 3 MODERNIZATION | 51,010 | 51,010 | 51,010 | | 51,010 |
| Navy | WASHINGTON | Keyport | UNDERSEA VEHICLE MAINTENANCE FACILITY | 25,050 | 25,050 | 25,050 | | 25,050 |
| Navy | WASHINGTON | Naval Base Kitsap | SEAWOLF SERVICE PIER COST-TO-COMPLETE | 0 | 48,000 | 48,000 | 48,000 | 48,000 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified | FAMILY HOUSING MITGATION AND OVERSIGHT | 0 | 0 | 81,000 | | 0 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified | PLANNING AND DESIGN | 0 | 0 | 20,400 | | 0 |

WASHSTATEC014481

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified | PLANNING AND DESIGN | 0 | 0 | 8,000 | | 0 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | CHILD DEVELOPMENT CENTERS | 0 | 0 | 0 | 62,400 | 62,400 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EARTHQUAKE FACILITY DAMAGE | 0 | 100,000 | 0 | | 0 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING AND DESIGN | 167,715 | 168,715 | 167,715 | | 167,715 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED MINOR CONSTRUCTION | 81,237 | 81,237 | 81,237 | | 81,237 |
| | **Military Construction, Navy Total** ............................................................................. | | | **2,805,743** | **2,942,571** | **2,827,082** | **− 30,782** | **2,774,961** |
| AF | ALASKA | Eielson Air Force Base | F–35 AME STORAGE FACILITY | 8,600 | 8,600 | 8,600 | | 8,600 |
| AF | ARKANSAS | Little Rock Air Force Base | C–130H/J FUSELAGE TRAINER FACILITY | 47,000 | 47,000 | 47,000 | | 47,000 |
| AF | ARKANSAS | Little Rock Air Force Base | DORMITORY COST-TO-COMPLETE | 0 | 7,000 | 0 | 7,000 | 7,000 |
| AF | AUSTRALIA | Tindal | APR—RAAF TINDAL/EARTH COVERED MAGAZINE | 11,600 | 11,600 | 11,600 | | 11,600 |
| AF | AUSTRALIA | Tindal | APR-RAAF TINDAL/BULK STORAGE TANKS | 59,000 | 59,000 | 59,000 | | 59,000 |
| AF | CALIFORNIA | Travis Air Force Base | ADAL AERIAL PORT SQUADRON MATERIEL WARE-HOUSE | 0 | 17,000 | 17,000 | 17,000 | 17,000 |
| AF | CALIFORNIA | Travis Air Force Base | KC–46A ALTER B181/B185/B187 SQUAD OPS/AMU | 6,600 | 6,600 | 6,600 | | 6,600 |
| AF | CALIFORNIA | Travis Air Force Base | KC–46A REGIONAL MAINTENANCE TRAINING FACIL-ITY | 19,500 | 19,500 | 19,500 | | 19,500 |
| AF | COLORADO | Peterson Air Force Base | SOCNORTH THEATER OPERATIONAL SUPPORT FACIL-ITY | 0 | 54,000 | 54,000 | 54,000 | 54,000 |
| AF | COLORADO | Schriever Air Force Base | CONSOLIDATED SPACE OPERATIONS FACILITY | 148,000 | 74,000 | 23,000 | − 74,551 | 73,449 |
| AF | COLORADO | United States Air Force Academy | CONSOLIDATE CADET PREP SCHOOL DORMITORY | 0 | 49,000 | 0 | 49,000 | 49,000 |
| AF | CYPRUS | Royal Air Force Akrotiri | NEW DORMITORY FOR 1 ERS | 27,000 | 27,000 | 27,000 | | 27,000 |
| AF | GEORGIA | Moody Air Force Base | 41 RQS HH–60W APRON | 0 | 12,500 | 0 | 12,500 | 12,500 |
| AF | GUAM | Joint Region Marianas | MUNITIONS STORAGE IGLOOS III | 65,000 | 65,000 | 65,000 | | 65,000 |
| AF | ILLINOIS | Scott Air Force Base | JOINT OPERATIONS & MISSION PLANNING CENTER | 100,000 | 100,000 | 90,000 | | 100,000 |
| AF | JAPAN | Kadena Air Base | MUNITIONS STORAGE | 0 | 0 | 7,000 | | 0 |
| AF | JAPAN | Misawa AB | FUEL INFRASTRUCTURE RESILIENCY | 0 | 0 | 5,300 | | 0 |
| AF | JAPAN | Yokota Air Base | FUEL RECEIPT & DISTRIBUTION UPGRADE | 12,400 | 12,400 | 12,400 | | 12,400 |
| AF | JORDAN | Azraq | AIR TRAFFIC CONTROL TOWER | 24,000 | 0 | 24,000 | − 24,000 | 0 |
| AF | JORDAN | Azraq | MUNITIONS STORAGE AREA | 42,000 | 0 | 42,000 | − 42,000 | 0 |

173

## SEC. 4601. MILITARY CONSTRUCTION
### (In Thousands of Dollars)

| Account | State/Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| AF | MARIANA ISLANDS | Tinian | AIRFIELD DEVELOPMENT PHASE 1 | 109,000 | 25,000 | 10,000 | −99,000 | 10,000 |
| AF | MARIANA ISLANDS | Tinian | FUEL TANKS W/ PIPELINE/HYDRANT SYSTEM | 109,000 | 25,000 | 10,000 | −99,000 | 10,000 |
| AF | MARIANA ISLANDS | Tinian | PARKING APRON | 98,000 | 25,000 | 98,000 | −73,000 | 25,000 |
| AF | MARYLAND | Joint Base Andrews | PRESIDENTIAL AIRCRAFT RECAP COMPLEX INC 3 | 86,000 | 86,000 | 86,000 | | 86,000 |
| AF | MASSACHUSETTS | Hanscom Air Force Base | MIT-LINCOLN LAB (WEST LAB CSL/MIF) INC 2 | 135,000 | 100,000 | 65,000 | −55,000 | 80,000 |
| AF | MISSOURI | Whiteman Air Force Base | CONSOLIDATED VEHICLE OPS AND MX FACILITY | 0 | 27,000 | 27,000 | 27,000 | 27,000 |
| AF | MONTANA | Malmstrom Air Force Base | WEAPONS STORAGE AND MAINTENANCE FACILITY | 235,000 | 117,500 | 16,000 | −176,000 | 59,000 |
| AF | NEVADA | Nellis Air Force Base | 365TH ISR GROUP FACILITY | 57,000 | 57,000 | 57,000 | | 57,000 |
| AF | NEVADA | Nellis Air Force Base | F–35 MUNITIONS MAINTENANCE FACILITIES COST-TO-COMPLETE | 0 | 3,100 | 0 | 3,100 | 3,100 |
| AF | NEVADA | Nellis Air Force Base | F–35A MUNITIONS ASSEMBLY CONVEYOR FACILITY | 8,200 | 8,200 | 8,200 | | 8,200 |
| AF | NEW MEXICO | Holloman Air Force Base | NC3 SUPPORT WRM STORAGE/SHIPPING FACILITY | 0 | 20,000 | 20,000 | 20,000 | 20,000 |
| AF | NEW MEXICO | Kirtland Air Force Base | COMBAT RESCUE HELICOPTER SIMULATOR (CRH) ADAL | 15,500 | 15,500 | 15,500 | | 15,500 |
| AF | NEW MEXICO | Kirtland Air Force Base | UH–1 REPLACEMENT FACILITY | 22,400 | 22,400 | 22,400 | | 22,400 |
| AF | NORTH DAKOTA | Minot Air Force Base | HELO/TRFOPS/AMU FACILITY | 5,500 | 5,500 | 5,500 | | 5,500 |
| AF | OHIO | Wright-Patterson Air Force Base | ADAL INTELLIGENCE PROD. COMPLEX (NASIC) INC 2 | 120,900 | 120,900 | 74,000 | | 120,900 |
| AF | TEXAS | Joint Base San Antonio | AFPC B-WING | 0 | 36,000 | | 36,000 | 36,000 |
| AF | TEXAS | Joint Base San Antonio | AQUATICS TANK | 69,000 | 69,000 | 69,000 | | 69,000 |
| AF | TEXAS | Joint Base San Antonio | BMT RECRUIT DORMITORY 8 | 110,000 | 110,000 | 17,000 | | 110,000 |
| AF | TEXAS | Joint Base San Antonio | T–X ADAL GROUND BASED TRNG SYS (GBTS) SIM | 9,300 | 9,300 | 9,300 | | 9,300 |
| AF | TEXAS | Joint Base San Antonio | T–X MX TRNG SYS CENTRAILIZED TRNG FAC | 19,000 | 19,000 | 19,000 | | 19,000 |
| AF | UNITED KINGDOM | Royal Air Force Lakenheath | F–35A PGM FACILITY | 14,300 | 14,300 | 14,300 | | 14,300 |
| AF | UTAH | Hill Air Force Base | GBSD MISSION INTEGRATION FACILITY | 108,000 | 40,000 | 18,000 | −75,000 | 33,000 |
| AF | UTAH | Hill Air Force Base | JOINT ADVANCED TACTICAL MISSILE STORAGE FAC | 6,500 | 6,500 | 6,500 | | 6,500 |
| AF | WASHINGTON | Fairchild Air Force Base | CONSOLIDATED TFI BASE OPERATIONS | 31,000 | 31,000 | 31,000 | | 31,000 |
| AF | WASHINGTON | Fairchild Air Force Base | SERE PIPELINE DORMITORY COST-TO-COMPLETE | 0 | 4,800 | 0 | 4,800 | 4,800 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AF | WORLDWIDE UN-SPECIFIED | Unspecified CONUS | MILITARY FAMILY HOUSING CIVILIAN PERSONNEL | 0 | 0 | 65,000 | | 0 |
| AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide | PLANNING AND DESIGN | 0 | 0 | 40,000 | | 0 |
| AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | CHILD DEVELOPMENT CENTERS | 0 | 0 | 0 | 31,500 | 31,500 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Loca-tions | COST TO COMPLETE | 0 | 0 | 190,000 | | 0 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Loca-tions | PLANNING AND DESIGN | 142,148 | 133,148 | 142,148 | | 142,148 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Loca-tions | UNSPECIFIED MINOR CONSTRUCTION | 79,682 | 79,682 | 79,682 | | 79,682 |
| AF | WYOMING | F. E. Warren Air Force Base | CONSOLIDATED HELO/TRF OPS/AMU AND ALERT FAC | 18,100 | 18,100 | 18,100 | | 18,100 |
| Military Construction, Air Force Total .......................................................................................................... | | | | 2,179,230 | 1,799,130 | 1,752,630 | −455,651 | 1,723,579 |
| Def-Wide | CALIFORNIA | Beale Air Force Base | HYDRANT FUEL SYSTEM REPLACEMENT | 33,700 | 33,700 | 33,700 | | 33,700 |
| Def-Wide | CALIFORNIA | Camp Pendleton | AMBUL CARE CENTER/DENTAL CLINIC REPLACEMENT | 17,700 | 17,700 | 17,700 | | 17,700 |
| Def-Wide | CALIFORNIA | Mountain View—63 RSC | INSTALL MICROGRID CONTROLLER, 750 KW PV, AND 750 KWH BATTERY STORAGE | 0 | 0 | 9,700 | 9,700 | 9,700 |
| Def-Wide | CALIFORNIA | Naval Air Weapons Sta-tion China Lake | ENERGY STORAGE SYSTEM | 0 | 0 | 8,950 | 8,950 | 8,950 |
| Def-Wide | CALIFORNIA | NSA Monterey | COGENERATION PLANT AT B236 | 0 | 0 | 10,540 | 10,540 | 10,540 |
| Def-Wide | CONUS CLASSI-FIED | Classified Location | BATTALION COMPLEX, PH 3 | 82,200 | 82,200 | 82,200 | | 82,200 |
| Def-Wide | FLORIDA | Eglin Air Force Base | SOF COMBINED SQUADRON OPS FACILITY | 16,500 | 16,500 | 16,500 | | 16,500 |
| Def-Wide | FLORIDA | Hurlburt Field | SOF AMU & WEAPONS HANGAR | 72,923 | 72,923 | 72,923 | | 72,923 |
| Def-Wide | FLORIDA | Hurlburt Field | SOF COMBINED SQUADRON OPERATIONS FACILITY | 16,513 | 16,513 | 16,513 | | 16,513 |
| Def-Wide | FLORIDA | Hurlburt Field | SOF MAINTENANCE TRAINING FACILITY | 18,950 | 18,950 | 18,950 | | 18,950 |
| Def-Wide | FLORIDA | Naval Air Station Key West | SOF WATERCRAFT MAINTENANCE FACILITY | 16,000 | 16,000 | 16,000 | | 16,000 |
| Def-Wide | GERMANY | Geilenkirchen Air Base | AMBULATORY CARE CENTER/DENTAL CLINIC | 30,479 | 30,479 | 30,479 | | 30,479 |
| Def-Wide | GERMANY | Ramstein | LANDSTUHL ELEMENTARY SCHOOL | 0 | 0 | 66,800 | 66,800 | 66,800 |
| Def-Wide | GUAM | Joint Region Marianas | XRAY WHARF REFUELING FACILITY | 19,200 | 19,200 | 19,200 | | 19,200 |
| Def-Wide | GUAM | Naval Base Guam | NSA ANDERSON SMART GRID AND ICS INFRUSTRUCTURE | 0 | 0 | 16,970 | 16,970 | 16,970 |

### SEC. 4601. MILITARY CONSTRUCTION
#### (In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Def-Wide | HAWAII | Joint Base Pearl Harbor-Hickam | INSTALL 500KW COVERED PARKING PV SYSTEM & ELECTRIC VEHICLE CHARGING STATIONS B479 | 0 | 0 | 4,000 | 4,000 | 4,000 |
| Def-Wide | HAWAII | Joint Base Pearl Harbor-Hickam | SOF UNDERSEA OPERATIONAL TRAINING FACILITY | 67,700 | 67,700 | 67,700 | | 67,700 |
| Def-Wide | JAPAN | Yokosuka | KINNICK HIGH SCHOOL INC 2 | 130,386 | 0 | 10,000 | − 130,386 | 0 |
| Def-Wide | JAPAN | Yokota Air Base | BULK STORAGE TANKS PH1 | 116,305 | 20,000 | 21,000 | − 96,305 | 20,000 |
| Def-Wide | JAPAN | Yokota Air Base | PACIFIC EAST DISTRICT SUPERINTENDENT'S OFFICE | 20,106 | 20,106 | 20,106 | | 20,106 |
| Def-Wide | LOUISIANA | Joint Reserve Base Naval Air Station New Orleans | DISTRIBUTION SWITCHGEAR | 0 | 0 | 5,340 | | 0 |
| Def-Wide | MARYLAND | Bethesda Naval Hospital | MEDCEN ADDITION/ALTERTION INCR 3 | 96,900 | 33,000 | 96,900 | − 63,900 | 33,000 |
| Def-Wide | MARYLAND | Fort Detrick | MEDICAL RESEARCH ACQUISITION BUILDING | 27,846 | 27,846 | 27,846 | | 27,846 |
| Def-Wide | MARYLAND | Fort Meade | NSAW RECAPITALIZE BUILDING #3 INC 2 | 426,000 | 426,000 | 426,000 | | 426,000 |
| Def-Wide | MARYLAND | NSA Bethesda | CHILLER 3–9 REPLACEMENT | 0 | 0 | 13,840 | 13,840 | 13,840 |
| Def-Wide | MARYLAND | South Potomac | IH WATER PROJECT—CBIRF/IHEODTD/HOUSING | 0 | 0 | 18,460 | 18,460 | 18,460 |
| Def-Wide | MISSISSIPPI | Columbus Air Force Base | FUEL FACILITIES REPLACEMENT | 16,800 | 16,800 | 16,800 | | 16,800 |
| Def-Wide | MISSOURI | Fort Leonard Wood | HOSPITAL REPLACEMENT INCR 2 | 50,000 | 50,000 | 50,000 | | 50,000 |
| Def-Wide | MISSOURI | St. Louis | NEXT NGA WEST (N2W) COMPLEX PHASE 2 INC. 2 | 218,800 | 118,800 | 153,000 | − 100,000 | 118,800 |
| Def-Wide | NEW MEXICO | White Sands Missile Range | INSTALL MICROGRID, 700KW PV, 150 KW GENERATOR, AND BATTERIES | 0 | 0 | 5,800 | 5,800 | 5,800 |
| Def-Wide | NORTH CAROLINA | Camp Lejeune | SOF MARINE RAIDER REGIMENT HQ | 13,400 | 13,400 | 13,400 | | 13,400 |
| Def-Wide | NORTH CAROLINA | Fort Bragg | SOF ASSESSMENT AND SELECTION TRAINING COMPLEX | 12,103 | 12,103 | 12,103 | | 12,103 |
| Def-Wide | NORTH CAROLINA | Fort Bragg | SOF HUMAN PLATFORM-FORCE GENERATION FACILITY | 43,000 | 43,000 | 43,000 | | 43,000 |
| Def-Wide | NORTH CAROLINA | Fort Bragg | SOF OPERATIONS SUPPORT BLDG | 29,000 | 29,000 | 29,000 | | 29,000 |
| Def-Wide | OKLAHOMA | Tulsa IAP | FUELS STORAGE COMPLEX | 18,900 | 18,900 | 18,900 | | 18,900 |
| Def-Wide | RHODE ISLAND | Quonset State Airport | FUELS STORAGE COMPLEX REPLACEMENT | 11,600 | 11,600 | 11,600 | | 11,600 |
| Def-Wide | SOUTH CAROLINA | Joint Base Charleston | MEDICAL CONSOLIDATED STORAGE & DISTRIB CENTER | 33,300 | 33,300 | 33,300 | | 33,300 |

WASHSTATEC014485

| Def-Wide | SOUTH DAKOTA | Ellsworth Air Force Base | HYDRANT FUEL SYSTEM REPLACEMENT | 24,800 | 24,800 | 24,800 | | 24,800 |
|---|---|---|---|---|---|---|---|---|
| Def-Wide | TEXAS | Camp Swift | INSTALL MICROGRID, 650KW PV, & 500 KW GENER-ATOR | 0 | 0 | 4,500 | 4,500 | 4,500 |
| Def-Wide | TEXAS | Fort Hood | INSTALL A CENTRAL ENERGY PLANT | 0 | 0 | 16,500 | 16,500 | 16,500 |
| Def-Wide | VIRGINIA | Defense Distribution Depot Richmond | OPERATIONS CENTER PHASE 2 | 98,800 | 33,000 | 98,800 | − 65,800 | 33,000 |
| Def-Wide | VIRGINIA | Joint Expeditionary Base Little Creek—Fort Story | SOF NSWG–10 OPERATIONS SUPPORT FACILITY | 32,600 | 32,600 | 32,600 | | 32,600 |
| Def-Wide | VIRGINIA | Joint Expeditionary Base Little Creek—Fort Story | SOF NSWG2 JSOTF OPS TRAINING FACILITY | 13,004 | 13,004 | 13,004 | | 13,004 |
| Def-Wide | VIRGINIA | NRO Headquarters | INTERGRATION SYSTEM UPGRADES | 0 | 0 | 66 | 66 | 66 |
| Def-Wide | VIRGINIA | Pentagon | BACKUP GENERATOR | 8,670 | 8,670 | 8,670 | | 8,670 |
| Def-Wide | VIRGINIA | Pentagon | CONTROL TOWER & FIRE DAY STATION | 20,132 | 20,132 | 20,132 | | 20,132 |
| Def-Wide | VIRGINIA | Training Center Dam Neck | SOF DEMOLITION TRAINING COMPOUND EXPANSION | 12,770 | 12,770 | 12,770 | | 12,770 |
| Def-Wide | WASHINGTON | Joint Base Lewis-McChord | SOF 22 STS OPERATIONS FACILITY | 47,700 | 47,700 | 47,700 | | 47,700 |
| Def-Wide | WASHINGTON | Naval Base Kitsap | KEYPORT MAIN SUBSTATION REPLACEMENT | 0 | 0 | 23,670 | 23,670 | 23,670 |
| Def-Wide | WISCONSIN | Gen Mitchell IAP | POL FACILITIES REPLACEMENT | 25,900 | 25,900 | 25,900 | | 25,900 |
| Def-Wide | WORLDWIDE CLASSIFIED | Classified Location | MISSION SUPPORT COMPOUND | 52,000 | 0 | 52,000 | | 52,000 |
| Def-Wide | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide | DEFENSE COMMUNITY INFRUSTRUCTURE PROGRAM | 0 | 0 | 100,000 | | 0 |
| Def-Wide | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | CONTINGENCY CONSTRUCTION | 10,000 | 0 | 10,000 | − 10,000 | 0 |
| Def-Wide | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | ENERGY RESILIENCE AND CONSERV. INVEST. PROG. | 150,000 | 190,000 | 150,000 | | 150,000 |
| Def-Wide | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | ERCIP DESIGN | 10,000 | 10,000 | 10,000 | | 10,000 |
| Def-Wide | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EXERCISE RELATED MINOR CONSTRUCTION | 11,770 | 11,770 | 11,770 | | 11,770 |
| Def-Wide | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING AND DESIGN | 15,000 | 15,000 | 15,000 | | 15,000 |
| Def-Wide | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING AND DESIGN | 29,679 | 29,679 | 29,679 | | 29,679 |
| Def-Wide | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING AND DESIGN | 35,472 | 35,472 | 35,472 | | 35,472 |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

178

### SEC. 4601. MILITARY CONSTRUCTION
#### (In Thousands of Dollars)

| Account | State/Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---------|---------------|--------------|---------------|-----------------|------------------|-------------------|-------------------|-----------------------|
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 4,890 | 4,890 | 4,890 | | 4,890 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 14,400 | 14,400 | 14,400 | | 14,400 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 3,000 | 3,000 | 3,000 | | 3,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 31,464 | 31,464 | 31,464 | | 31,464 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 3,228 | 3,228 | 3,228 | | 3,228 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 10,000 | 10,000 | 10,000 | | 10,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 8,000 | 8,000 | 8,000 | | 8,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 4,950 | 4,950 | 4,950 | | 4,950 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 52,532 | 52,532 | 52,532 | | 52,532 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 63,382 | 63,382 | 63,382 | | 63,382 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 27,000 | 27,000 | 27,000 | | 27,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 0 | (40,000) | 0 | | 0 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN: MILITARY INSTALLATION RESILIENCY | 0 | 0 | 0 | 30,000 | 30,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 10,000 | 10,000 | 10,000 | | 10,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 16,736 | 16,736 | 16,736 | | 16,736 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Def-Wide | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 0 | (10,000) | 0 | | 0 |
| | Military Construction, Defense-Wide Total .......... | | | 2,504,190 | 1,975,799 | 2,527,835 | (236,595) | 2,267,595 |
| NATO | WORLDWIDE UN-SPECIFIED | NATO Security Investment Program | NATO SECURITY INVESTMENT PROGRAM | 144,040 | 172,005 | 144,040 | | 144,040 |
| | NATO Security Investment Program Total .......... | | | 144,040 | 172,005 | 144,040 | | 144,040 |
| Army NG | ALABAMA | Anniston Army Depot | ENLISTED TRANSIENT BARRACKS | 0 | 34,000 | 34,000 | 34,000 | 34,000 |
| Army NG | ALABAMA | Foley | NATIONAL GUARD READINESS CENTER | 12,000 | 12,000 | 12,000 | | 12,000 |
| Army NG | CALIFORNIA | Camp Roberts | AUTOMATED MULTIPURPOSE MACHINE GUN RANGE | 12,000 | 12,000 | 12,000 | | 12,000 |
| Army NG | IDAHO | Orchard Combat Training Center | RAILROAD TRACKS | 29,000 | 29,000 | 29,000 | | 29,000 |
| Army NG | MARYLAND | Havre de Grace | COMBINED SUPPORT MAINTENANCE SHOP | 12,000 | 12,000 | 12,000 | | 12,000 |
| Army NG | MASSACHUSETTS | Camp Edwards | AUTOMATED MULTIPURPOSE MACHINE GUN RANGE | 9,700 | 9,700 | 9,700 | | 9,700 |
| Army NG | MINNESOTA | New Ulm | NATIONAL GUARD VEHICLE MAINTENANCE SHOP | 11,200 | 11,200 | 11,200 | | 11,200 |
| Army NG | MISSISSIPPI | Camp Shelby | AUTOMATED MULTIPURPOSE MACHINE GUN RANGE | 8,100 | 8,100 | 8,100 | | 8,100 |
| Army NG | MISSOURI | Springfield | NATIONAL GUARD READINESS CENTER | 12,000 | 12,000 | 12,000 | | 12,000 |
| Army NG | NEBRASKA | Bellevue | NATIONAL GUARD READINESS CENTER | 29,000 | 29,000 | 29,000 | | 29,000 |
| Army NG | NEW HAMPSHIRE | Concord | NATIONAL GUARD READINESS CENTER | 5,950 | 5,950 | 5,950 | | 5,950 |
| Army NG | NEW YORK | Jamaica Armory | NATIONAL GUARD READINESS CENTER | 0 | 91,000 | 20,000 | 91,000 | 91,000 |
| Army NG | PENNSYLVANIA | Moon Township | COMBINED SUPPORT MAINTENANCE SHOP | 23,000 | 23,000 | 23,000 | | 23,000 |
| Army NG | VERMONT | Jericho | GENERAL INSTRUCTION BUILIDING | 0 | 30,000 | 30,000 | 30,000 | 30,000 |
| Army NG | WASHINGTON | Richland | NATIONAL GUARD READINESS CENTER | 11,400 | 11,400 | 11,400 | | 11,400 |
| Army NG | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 20,469 | 20,469 | 20,469 | | 20,469 |
| Army NG | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 15,000 | 15,000 | 15,000 | | 15,000 |
| | Military Construction, Army National Guard Total .......... | | | 210,819 | 365,819 | 294,819 | 155,000 | 365,819 |
| Army Res | DELAWARE | Newark | ARMY RESERVE CENTER/BMA | 21,000 | 21,000 | 21,000 | | 21,000 |
| Army Res | WISCONSIN | Fort McCoy | TRANSIENT TRAINING BARRACKS | 25,000 | 25,000 | 25,000 | | 25,000 |
| Army Res | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 6,000 | 6,000 | 6,000 | | 6,000 |
| Army Res | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 8,928 | 8,928 | 8,928 | | 8,928 |

179

**SEC. 4601. MILITARY CONSTRUCTION**
**(In Thousands of Dollars)**

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| | | Military Construction, Army Reserve Total | | 60,928 | 60,928 | 60,928 | | 60,928 |
| N/MC Res | LOUISIANA | New Orleans | ENTRY CONTROL FACILITY UPGRADES | 25,260 | 25,260 | 25,260 | | 25,260 |
| N/MC Res | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING AND DESIGN | 4,780 | 4,780 | 4,780 | | 4,780 |
| N/MC Res | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED MINOR CONSTRUCTION | 24,915 | 24,915 | 24,915 | | 24,915 |
| | | Military Construction, Naval Reserve Total | | 54,955 | 54,955 | 54,955 | | 54,955 |
| Air NG | CALIFORNIA | Moffett Air National Guard Base | FUELS/CORROSION CONTROL HANGER AND SHOPS | 0 | 57,000 | 57,000 | 57,000 | 57,000 |
| Air NG | GEORGIA | Savannah/Hilton Head IAP | CONSOLIDATED JOINT AIR DOMINANCE HANGAR/SHOPS | 24,000 | 24,000 | 24,000 | | 24,000 |
| Air NG | MISSOURI | Rosecrans Memorial Air-port | C–130 FLIGHT SIMULATOR FACILITY | 9,500 | 9,500 | 9,500 | | 9,500 |
| Air NG | PUERTO RICO | Luis Munoz-Marin IAP | COMMUNICATIONS FACILITY | 12,500 | 0 | 12,500 | | 12,500 |
| Air NG | PUERTO RICO | Luis Munoz-Marin IAP | MAINTENANCE HANGAR | 37,500 | 0 | 37,500 | (1,500) | 36,000 |
| Air NG | WISCONSIN | Truax Field | F–35 SIMULATOR FACILITY | 14,000 | 14,000 | 14,000 | | 14,000 |
| Air NG | WISCONSIN | Truax Field | FIGHTER ALERT SHELTERS | 20,000 | 20,000 | 20,000 | | 20,000 |
| Air NG | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED MINOR CONSTRUCTION | 31,471 | 31,471 | 31,471 | | 31,471 |
| Air NG | WORLDWIDE UN-SPECIFIED | Various Worldwide Loca-tions | PLANNING AND DESIGN | 17,000 | 17,000 | 17,000 | | 17,000 |
| | | Military Construction, Air National Guard Total | | 165,971 | 172,971 | 222,971 | 55,500 | 221,471 |
| AF Res | GEORGIA | Robins Air Force Base | CONSOLIDATED MISSSION COMPLEX PHASE 3 | 43,000 | 43,000 | 43,000 | | 43,000 |
| AF Res | MARYLAND | Joint Base Andrews | AES TRAINING ADMIN FACILITY | 0 | 15,000 | 0 | 15,000 | 15,000 |
| AF Res | MINNESOTA | Minneapolis-St. Paul IAP | AERIAL PORT FACILITY | 0 | 9,800 | 9,800 | 9,800 | 9,800 |
| AF Res | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING AND DESIGN | 4,604 | 4,604 | 4,604 | | 4,604 |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

181

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AF Res | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED MINOR CONSTRUCTION | 12,146 | 12,146 | 12,146 | | 12,146 |
| **Military Construction, Air Force Reserve Total** .......... | | | | **59,750** | **84,550** | **69,550** | **24,800** | **84,550** |
| FH Con Army | GERMANY | Baumholder | FAMILY HOUSING IMPROVEMENTS | 29,983 | 29,983 | 29,983 | | 29,983 |
| FH Con Army | KOREA | Camp Humphreys | FAMILY HOUSING NEW CONSTRUCTION INCR 4 | 83,167 | 83,167 | 83,167 | | 83,167 |
| FH Con Army | PENNSYLVANIA | Tobyhanna Army Depot | FAMILY HOUSING REPLACEMENT CONSTRUCTION | 19,000 | 19,000 | 19,000 | | 19,000 |
| FH Con Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FAMILY HOUSING P & D | 9,222 | 9,222 | 9,222 | 5,000 | 14,222 |
| | | | Housing pilot | | | | [5,000] | |
| **Family Housing Construction, Army Total** .......... | | | | **141,372** | **141,372** | **141,372** | **5,000** | **146,372** |
| FH Ops Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 24,027 | 24,027 | 24,027 | | 24,027 |
| FH Ops Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | HOUSING PRIVITIZATION SUPPORT | 18,627 | 68,627 | 83,627 | 45,000 | 63,627 |
| FH Ops Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 128,938 | 128,938 | 128,938 | | 128,938 |
| FH Ops Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MAINTENANCE | 81,065 | 81,065 | 81,065 | 54,733 | 135,798 |
| FH Ops Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MANAGEMENT | 38,898 | 38,898 | 38,898 | | 38,898 |
| FH Ops Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MISCELLANEOUS | 484 | 484 | 484 | | 484 |
| FH Ops Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | SERVICES | 10,156 | 10,156 | 10,156 | | 10,156 |
| FH Ops Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 55,712 | 55,712 | 55,712 | | 55,712 |
| **Family Housing Operation And Maintenance, Army Total** .......... | | | | **357,907** | **407,907** | **422,907** | **99,733** | **457,640** |
| FH Con Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | CONSTRUCTION IMPROVEMENTS | 41,798 | 41,798 | 41,798 | | 41,798 |
| FH Con Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING & DESIGN | 3,863 | 3,863 | 3,863 | | 3,863 |
| FH Con Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | USMC DPRI/GUAM PLANNING AND DESIGN | 2,000 | 2,000 | 2,000 | | 2,000 |

WASHSTATEC014490

**SEC. 4601. MILITARY CONSTRUCTION**
(In Thousands of Dollars)

| Account | State/Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| **Family Housing Construction, Navy And Marine Corps Total** ............................................ | | | | **47,661** | **47,661** | **47,661** | | **47,661** |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 19,009 | 19,009 | 19,009 | | 19,009 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | HOUSING PRIVATIZATION SUPPORT | 21,975 | 81,575 | 81,575 | 59,600 | 81,575 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 64,126 | 64,126 | 64,126 | | 64,126 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MAINTENANCE | 82,611 | 82,611 | 82,611 | 54,733 | 137,344 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MANAGEMENT | 50,122 | 50,122 | 50,122 | | 50,122 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MISCELLANEOUS | 151 | 151 | 151 | | 151 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | SERVICES | 16,647 | 16,647 | 16,647 | | 16,647 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 63,229 | 63,229 | 63,229 | | 63,229 |
| **Family Housing Operation And Maintenance, Navy And Marine Corps Total** ............................................ | | | | **317,870** | **377,470** | **377,470** | **114,333** | **432,203** |
| FH Con AF | GERMANY | Spangdahlem Air Base | CONSTRUCT DEFICIT MILITARY FAMILY HOUSING | 53,584 | 53,584 | 53,584 | | 53,584 |
| FH Con AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | CONSTRUCTION IMPROVEMENTS | 46,638 | 46,638 | 46,638 | | 46,638 |
| FH Con AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING & DESIGN | 3,409 | 3,409 | 3,409 | | 3,409 |
| **Family Housing Construction, Air Force Total** ............................................ | | | | **103,631** | **103,631** | **103,631** | | **103,631** |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 30,283 | 30,283 | 30,283 | | 30,283 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | HOUSING PRIVATIZATION | 22,593 | 53,793 | 53,793 | 31,200 | 53,793 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 15,768 | 15,768 | 15,768 | | 15,768 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MAINTENANCE | 117,704 | 117,704 | 117,704 | 54,733 | 172,437 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MANAGEMENT | 56,022 | 56,022 | 56,022 | | 56,022 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MISCELLANEOUS | 2,144 | 2,144 | 2,144 | | 2,144 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | SERVICES | 7,770 | 7,770 | 7,770 | | 7,770 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 42,732 | 42,732 | 42,732 | | 42,732 |
| **Family Housing Operation And Maintenance, Air Force Total** ......... | | | | **295,016** | **326,216** | **326,216** | **85,933** | **380,949** |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 82 | 82 | 82 | | 82 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 645 | 645 | 645 | | 645 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 12,906 | 12,906 | 12,906 | | 12,906 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 39,222 | 39,222 | 39,222 | | 39,222 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MAINTENANCE | 32 | 32 | 32 | | 32 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 13 | 13 | 13 | | 13 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 4,100 | 4,100 | 4,100 | | 4,100 |
| **Family Housing Operation And Maintenance, Defense-Wide Total** ......... | | | | **57,000** | **57,000** | **57,000** | | **57,000** |
| FHIF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | ADMINISTRATIVE EXPENSES—FHIF | 3,045 | 3,045 | 3,045 | | 3,045 |
| **000 Family Housing Improvement Fund Total** ......... | | | | **3,045** | **3,045** | **3,045** | | **3,045** |

183

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

184

### SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| UHIF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | ADMINISTRATIVE EXPENSES—UHIF | 500 | 500 | 500 | | 500 |
| | **Unaccompanied Housing Improvement Fund Total** | | | **500** | **500** | **500** | | **500** |
| BRAC | WORLDWIDE UN-SPECIFIED | Worldwide Unspecified Locations | BASE REALIGNMENT AND CLOSURE | 66,111 | 96,111 | 66,111 | 28,000 | 94,111 |
| | **Base Realignment and Closure—Army Total** | | | **66,111** | **96,111** | **66,111** | **28,000** | **94,111** |
| BRAC | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | BASE REALIGNMENT & CLOSURE | 158,349 | 218,349 | 158,349 | 58,000 | 216,349 |
| | **Base Realignment and Closure—Navy Total** | | | **158,349** | **218,349** | **158,349** | **58,000** | **216,349** |
| BRAC | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | DOD BRAC ACTIVITIES—AIR FORCE | 54,066 | 84,066 | 54,066 | 28,000 | 82,066 |
| | **Base Realignment and Closure—Air Force Total** | | | **54,066** | **84,066** | **54,066** | **28,000** | **82,066** |
| PYS | PRIOR YEAR SAVINGS | Prior Year Savings | PRIOR YEAR SAVINGS | 0 | (45,055) | 0 | (64,685) | (64,685) |
| | **Prior Year Savings Total** | | | **0** | **(45,055)** | **0** | **(64,685)** | **(64,685)** |
| | **Total, Military Construction** | | | **11,241,653** | **10,639,000** | **10,970,137** | **(315,914)** | **10,925,739** |

WASHSTATEC014493

November 23, 2019 (11:06 a.m.)

185

## SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS.

### SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---------|----------------|--------------|---------------|----------------:|-----------------:|------------------:|------------------:|----------------------:|
| Army | GUANTANAMO BAY, CUBA | Guantanamo Bay Naval Station | OCO: COMMUNICATIONS FACILITY | 22,000 | 22,000 | 22,000 | | 22,000 |
| Army | GUANTANAMO BAY, CUBA | Guantanamo Bay Naval Station | OCO: DETENTION LEGAL OFFICE AND COMMS CTR | 11,800 | 11,800 | 11,800 | | 11,800 |
| Army | GUANTANAMO BAY, CUBA | Guantanamo Bay Naval Station | OCO: HIGH VALUE DETENTION FACILITY | 88,500 | 0 | 0 | −88,500 | 0 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EDI/OCO PLANNING AND DESIGN | 19,498 | 19,498 | 19,498 | | 19,498 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EDI: BULK FUEL STORAGE | 36,000 | 36,000 | 36,000 | | 36,000 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EDI: INFORMATION SYSTEMS FACILITY | 6,200 | 6,200 | 6,200 | | 6,200 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EDI: MINOR CONSTRUCTION | 5,220 | 5,220 | 5,220 | | 5,220 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED WORLDWIDE CONSTRUCTION | 9,200,000 | 0 | 0 | −9,200,000 | 0 |
| Army | WORLDWIDE UN-SPECIFIED | Various Worldwide Loca-tions | EDI: VARIOUS WORLDWIDE LOCATIONS EUROPE | 0 | 56,142 | 0 | 36,212 | 36,212 |
| | Military Construction, Army Total | ............................................................................................................ | | 9,389,218 | 156,860 | 100,718 | −9,252,288 | 136,930 |
| Navy | BAHRAIN | SW Asia | ELECTRICAL SYSTEM UPGRADE | 0 | 53,360 | 0 | 53,360 | 53,360 |
| Navy | ITALY | Sigonella | COMMUNICATIONS STATION | 0 | 77,400 | 0 | 77,400 | 77,400 |
| Navy | SPAIN | Rota | EDI: IN-TRANSIT MUNITIONS FACILITY | 9,960 | 9,960 | 9,960 | | 9,960 |
| Navy | SPAIN | Rota | EDI: JOINT MOBILITY CENTER | 46,840 | 46,840 | 46,840 | | 46,840 |
| Navy | SPAIN | Rota | EDI: SMALL CRAFT BERTHING FACILITY | 12,770 | 12,770 | 12,770 | | 12,770 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified | PLANNING & DESIGN | 0 | 0 | 50,000 | | 0 |

WASHSTATEC014494

### SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Account | State/Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 25,000 | 25,000 | 25,000 | | 25,000 |
| Navy | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | EDI: VARIOUS WORLDWIDE LOCATIONS EUROPE | 0 | 56,246 | 0 | 36,211 | 36,211 |
| | Military Construction, Navy Total | | | 94,570 | 281,576 | 144,570 | 166,971 | 261,541 |
| AF | ICELAND | Keflavik | EDI-AIRFIELD UPGRADES—DANGEROUS CARGO PAD | 18,000 | 18,000 | 18,000 | | 18,000 |
| AF | ICELAND | Keflavik | EDI-BEDDOWN SITE PREP | 7,000 | 7,000 | 7,000 | | 7,000 |
| AF | ICELAND | Keflavik | EDI-EXPAND PARKING APRON | 32,000 | 32,000 | 32,000 | | 32,000 |
| AF | JORDAN | Azraq | AIR TRAFFIC CONTROL TOWER | 0 | 24,000 | 0 | 24,000 | 24,000 |
| AF | JORDAN | Azraq | MUNITIONS STORAGE AREA | 0 | 42,000 | 0 | 42,000 | 42,000 |
| AF | SPAIN | Moron | EDI-HOT CARGO PAD | 8,500 | 8,500 | 8,500 | | 8,500 |
| AF | WORLDWIDE UN-SPECIFIED | Unspecified | PLANNING & DESIGN | 0 | 0 | 247,000 | 60,000 | 60,000 |
| AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | EDI-ECAOS DABS/FEV EMEDS STORAGE | 107,000 | 107,000 | 107,000 | | 107,000 |
| AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | EDI-HOT CARGO PAD | 29,000 | 29,000 | 29,000 | | 29,000 |
| AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | EDI-MUNITIONS STORAGE AREA | 39,000 | 39,000 | 39,000 | | 39,000 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | EDI: VARIOUS WORLDWIDE LOCATIONS EUROPE | 0 | 56,246 | 0 | 36,211 | 36,211 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | EDI-P&D | 61,438 | 61,438 | 61,438 | | 61,438 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | EDI-UMMC | 12,800 | 12,800 | 12,800 | | 12,800 |
| | Military Construction, Air Force Total | | | 314,738 | 436,984 | 561,738 | 162,211 | 476,949 |
| Def-Wide | GERMANY | Gemersheim | EDI: LOGISTICS DISTRIBUTION CENTER ANNEX | 46,000 | 46,000 | 46,000 | | 46,000 |
| | Military Construction,Defense-Wide Total | | | 46,000 | 46,000 | 46,000 | | 46,000 |

WASHSTATEC014495



| | | | | | |
|---|---|---|---|---|---|
| Total, Military Construction | 9,844,526 | 921,420 | 853,026 | −8,923,106 | 921,420 |

## SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS.

**SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS**
(In Thousands of Dollars)

| Account | State/Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---------|---------------|--------------|---------------|-----------------|------------------|-------------------|-------------------|-----------------------|
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Planning and Design | 0 | 0 | 0 | 0 | 89,320 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Hanger 3 Replacement, Apron, Taxiway & Utilities for RDT&E | 0 | 0 | 0 | 514,600 | 514,600 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Aircraft Parking Apron in Support of Hanger 2 Replacement | 0 | 0 | 0 | 50,800 | 50,800 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Michelson Mission Systems Intergration Laboratory | 0 | 0 | 0 | 202,340 | 202,340 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Magazines & Inert Storage Facility | 0 | 0 | 0 | 138,930 | 138,930 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Air Operations Facility & Air Traffic Control Tower | 0 | 0 | 0 | 70,900 | 70,900 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Community Support Facilities | 0 | 0 | 0 | 85,790 | 85,790 |
| Navy | NORTH CAROLINA | Camp Lejeune | Courthouse Bay Fire Station Replacement | 0 | 0 | 21,336 | 21,336 | 21,336 |
| Navy | NORTH CAROLINA | Camp Lejeune | Hadnot Point Fire Station Replacement | 0 | 0 | 21,931 | 21,931 | 21,931 |
| Navy | NORTH CAROLINA | Camp Lejeune | Hadnot Point Mess Hall Replacement | 0 | 0 | 66,023 | 66,023 | 66,023 |
| Navy | NORTH CAROLINA | Camp Lejeune | II MEF Simulation/Training Center Replacement | 0 | 0 | 74,487 | 74,487 | 74,487 |
| Navy | NORTH CAROLINA | Camp Lejeune | LOGCOM CSP Warehouse Replacement | 0 | 0 | 35,874 | 35,874 | 35,874 |
| Navy | NORTH CAROLINA | Camp Lejeune | LSSS Facility Replacement | 0 | 0 | 26,815 | 26,815 | 26,815 |
| Navy | NORTH CAROLINA | Camp Lejeune | MC Advisor Battalion HQs Replacement | 0 | 0 | 30,109 | 30,109 | 30,109 |
| Navy | NORTH CAROLINA | Camp Lejeune | MCCSSS Log Ops School | 0 | 0 | 179,617 | 179,617 | 179,617 |
| Navy | NORTH CAROLINA | Camp Lejeune | MCES Applied Instruction Facility Replacement | 0 | 0 | 0 | 95,599 | 95,599 |
| Navy | NORTH CAROLINA | Camp Lejeune | NCIS Facilities Replacement | 0 | 0 | 22,594 | 22,594 | 22,594 |
| Navy | NORTH CAROLINA | Camp Lejeune | PMO Facility Replacement | 0 | 0 | 0 | 34,718 | 34,718 |
| Navy | NORTH CAROLINA | Camp Lejeune | WTBN Headquarters Replacement | 0 | 0 | 18,644 | 18,644 | 18,644 |
| Navy | NORTH CAROLINA | MCAS Cherry Point | Physical Security Compliance | 0 | 0 | 0 | 52,300 | 52,300 |
| Navy | NORTH CAROLINA | MCAS Cherry Point | BT–11 Range Operations Center Replacement | 0 | 0 | 14,251 | 14,251 | 14,251 |

189

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Navy | NORTH CAROLINA | MCAS New River | C--12W Aircraft Maintenance Hangar Replacement | 0 | 0 | 36,295 | 36,295 | 36,295 |
| Navy | NORTH CAROLINA | MCAS New River | Bachelor Enlisted Quarters Replacement | 0 | 0 | 62,104 | 62,104 | 62,104 |
| Navy | NORTH CAROLINA | MCAS New River | CNATT Classroom Building Replacement | 0 | 0 | 0 | 114,706 | 114,706 |
| Navy | NORTH CAROLINA | MCAS New River | CH--53K Maintenance Hangar Replacement | 0 | 0 | 0 | 252,717 | 252,717 |
| Military Construction, Navy Total ..................................................................................... | | | | 0 | 0 | 610,080 | 2,223,480 | 2,312,800 |
| | | | | | | | | |
| AF | FLORIDA | Tyndall Air Force Base | 325th Fighting Wing HQ Facility | 0 | 0 | 0 | 38,000 | 38,000 |
| AF | FLORIDA | Tyndall Air Force Base | Aerospace & Operational Physiology Facility | 0 | 0 | 10,400 | 12,000 | 12,000 |
| AF | FLORIDA | Tyndall Air Force Base | Aircraft MX Fuel Cell Hangar | 0 | 0 | 28,000 | 37,000 | 37,000 |
| AF | FLORIDA | Tyndall Air Force Base | Aircraft Wash Rack | 0 | 0 | 10,600 | 9,100 | 9,100 |
| AF | FLORIDA | Tyndall Air Force Base | Airfield Drainage | 0 | 0 | 0 | 144,000 | 144,000 |
| AF | FLORIDA | Tyndall Air Force Base | Auxiliary Ground Equipment Facility | 0 | 0 | 0 | 22,000 | 22,000 |
| AF | FLORIDA | Tyndall Air Force Base | Chapel | 0 | 0 | 0 | 26,000 | 26,000 |
| AF | FLORIDA | Tyndall Air Force Base | Community Commons Facility | 0 | 0 | 0 | 64,000 | 64,000 |
| AF | FLORIDA | Tyndall Air Force Base | Deployment Center/Flight Line Dining/AAFES | 0 | 0 | 31,000 | 43,000 | 43,000 |
| AF | FLORIDA | Tyndall Air Force Base | Dorm Complex Phase 1 | 0 | 0 | 0 | 145,000 | 145,000 |
| AF | FLORIDA | Tyndall Air Force Base | Dorm Complex Phase 2 | 0 | 0 | 0 | 131,000 | 131,000 |
| AF | FLORIDA | Tyndall Air Force Base | Emergency Management, EOC, Alt CP | 0 | 0 | 14,400 | 20,000 | 20,000 |
| AF | FLORIDA | Tyndall Air Force Base | Flightline—Muns Storage, 7000 Area | 0 | 0 | 0 | 36,000 | 36,000 |
| AF | FLORIDA | Tyndall Air Force Base | Lodging Facilities Phase 1 | 0 | 0 | 0 | 90,000 | 90,000 |
| AF | FLORIDA | Tyndall Air Force Base | Lodging Facilities Phase 2 | 0 | 0 | 0 | 89,000 | 89,000 |
| AF | FLORIDA | Tyndall Air Force Base | Operations Group/Maintenance Group HQ | 0 | 0 | 18,500 | 24,000 | 24,000 |
| AF | FLORIDA | Tyndall Air Force Base | Ops/Aircraft Maintenance Unit/Hangar #2 | 0 | 0 | 0 | 74,000 | 74,000 |
| AF | FLORIDA | Tyndall Air Force Base | Ops/Aircraft Maintenance Unit/Hangar #3 | 0 | 0 | 0 | 75,000 | 75,000 |
| AF | FLORIDA | Tyndall Air Force Base | OSS/Radar Approach Control Facility | 0 | 0 | 51,000 | 37,000 | 37,000 |
| AF | FLORIDA | Tyndall Air Force Base | Planning and Design | 0 | 0 | 0 | 0 | 52,400 |
| AF | FLORIDA | Tyndall Air Force Base | Security Forces Mobility Storage Facility | 0 | 0 | 2,800 | 6,700 | 6,700 |
| AF | FLORIDA | Tyndall Air Force Base | Simulator Facility | 0 | 0 | 0 | 38,000 | 38,000 |
| AF | FLORIDA | Tyndall Air Force Base | Site Development, Utilities & Demo Phase 2 | 0 | 0 | 0 | 141,000 | 141,000 |
| AF | FLORIDA | Tyndall Air Force Base | Small Arms Range | 0 | 0 | 0 | 26,000 | 26,000 |
| AF | FLORIDA | Tyndall Air Force Base | Special Purpose Vehicle Maintenance | 0 | 0 | 14,000 | 20,000 | 20,000 |
| AF | FLORIDA | Tyndall Air Force Base | Tyndall AFB Gate Complexes | 0 | 0 | 38,000 | 75,000 | 75,000 |
| AF | FLORIDA | Tyndall Air Force Base | Weapons Load Training Hangar | 0 | 0 | 0 | 25,000 | 25,000 |
| AF | NEBRASKA | Offutt Air Force Base | Emergency Power Microgrid | 0 | 0 | 0 | 43,000 | 43,000 |
| AF | NEBRASKA | Offutt Air Force Base | Flightline Hangars Campus | 0 | 0 | 0 | 10,000 | 10,000 |
| AF | NEBRASKA | Offutt Air Force Base | Lake Campus | 0 | 0 | 0 | 6,000 | 6,000 |

WASHSTATEC014498

**SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS**
**(In Thousands of Dollars)**

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| AF | NEBRASKA | Offutt Air Force Base | Logistics Readiness Squadron Campus | 0 | 0 | 0 | 18,500 | 18,500 |
| AF | NEBRASKA | Offutt Air Force Base | Security Campus | 0 | 0 | 0 | 63,000 | 63,000 |
| AF | VIRGINIA | Joint Base Langley-Eustis | Dormitory | 0 | 0 | 0 | 31,000 | 31,000 |
| | Military Construction, Air Force Total | | | 0 | 0 | 218,700 | 1,619,300 | 1,671,700 |
| Def-Wide | NORTH CAROLINA | Camp Lejeune | Ambulatory Care Center (Camp Geiger) | 0 | 0 | 17,821 | 17,821 | 17,821 |
| Def-Wide | NORTH CAROLINA | Camp Lejeune | Ambulatory Care Center (Camp Johnson) | 0 | 0 | 27,492 | 27,492 | 27,492 |
| Def-Wide | NORTH CAROLINA | Camp Lejeune | MARSOC ITC Team Facility Replacement | 0 | 0 | 0 | 30,000 | 30,000 |
| | Military Construction, Defense-Wide Total | | | 0 | 0 | 45,313 | 75,313 | 75,313 |
| Army NG | LOUISIANA | Pineville | National Guard Readiness Center | 0 | 0 | 0 | 16,500 | 16,500 |
| Army NG | NEBRASKA | Ashland | Training Site, Various Facilities | 0 | 0 | 0 | 35,000 | 35,000 |
| Army NG | NEBRASKA | Ashland | Flood Control Levee/Floodwall | 0 | 0 | 0 | 8,500 | 8,500 |
| | Military Construction, Army National Guard Total | | | 0 | 0 | 0 | 60,000 | 60,000 |
| | **Total, Military Construction** | | | **0** | **0** | **874,093** | **3,978,093** | **4,119,813** |

# TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

## SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS.

### SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS.
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **Discretionary Summary By Appropriation** | | | | | |
| **Energy And Water Development, And Related Agencies** | | | | | |
| **Appropriation Summary:** | | | | | |
| **Energy Programs** | | | | | |
| Nuclear Energy | 137,808 | | | | 137,808 |
| | | | | | |
| **Atomic Energy Defense Activities** | | | | | |
| National nuclear security administration: | | | | | |
| Weapons activities | 12,408,603 | −611,529 | 69,800 | 36,177 | 12,444,780 |
| Defense nuclear nonproliferation | 1,993,302 | 41,785 | −29,100 | 27,512 | 2,020,814 |
| Naval reactors | 1,648,396 | −16,254 | 0 | −15,000 | 1,633,396 |
| Federal salaries and expenses | 434,699 | −44,699 | −11,700 | 0 | 434,699 |
| **Total, National nuclear security administration** | **16,485,000** | **−630,697** | **29,000** | **48,689** | **16,533,689** |
| | | | | | |
| **Environmental and other defense activities:** | | | | | |
| Defense environmental cleanup | 5,506,501 | 109,500 | | 21,231 | 5,527,732 |
| Other defense activities | 1,035,339 | | −3,000 | −149,500 | 885,839 |
| Defense nuclear waste disposal | 26,000 | −26,000 | −26,000 | −26,000 | 0 |
| **Total, Environmental & other defense activities** | **6,567,840** | **83,500** | **−29,000** | **−154,269** | **6,413,571** |

WASHSTATEC014500

### SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **Total, Atomic Energy Defense Activities** | 23,052,840 | −547,197 | | −105,580 | 22,947,260 |
| **Total, Discretionary Funding** | 23,190,648 | −547,197 | | −105,580 | 23,085,068 |
| **Nuclear Energy** | | | | | |
| Idaho sitewide safeguards and security | 137,808 | | | | 137,808 |
| **Total, Nuclear Energy** | 137,808 | | | | 137,808 |
| **Weapons Activities** | | | | | |
| **Directed stockpile work** | | | | | |
| **Life extension programs and major alterations** | | | | | |
| B61–12 Life extension program | 792,611 | | | | 792,611 |
| W76–2 Modification program | 10,000 | −10,000 | | | 10,000 |
| Terminate effort | | [−10,000] | | | |
| W88 Alt 370 | 304,186 | | | | 304,186 |
| W80–4 Life extension program | 898,551 | | | | 898,551 |
| W87–1 Modification Program (formerly IW1) | 112,011 | −59,011 | | | 112,011 |
| Unjustified growth | | [−59,011] | | | |
| **Total, Life extension programs and major alterations** | 2,117,359 | −69,011 | | | 2,117,359 |
| **Stockpile systems** | | | | | |
| B61 Stockpile systems | 71,232 | | | | 71,232 |
| W76 Stockpile systems | 89,804 | | | | 89,804 |
| W78 Stockpile systems | 81,299 | | | | 81,299 |
| W80 Stockpile systems | 85,811 | −5,607 | | | 85,811 |
| Unjustified study requirement | | [−5,607] | | | |
| B83 Stockpile systems | 51,543 | −29,122 | | | 51,543 |
| Unjustified growth | | [−29,122] | | | |

| | | | | |
|---|---|---|---|---|
| W87 Stockpile systems | 98,262 | | | 98,262 |
| W88 Stockpile systems | 157,815 | | | 157,815 |
| **Total, Stockpile systems** | **635,766** | **−34,729** | | **635,766** |
| **Weapons dismantlement and disposition** | | | | |
| Operations and maintenance | 47,500 | | | 47,500 |
|     Program increase | | | | |
| **Stockpile services** | | | | |
| Production support | 543,964 | −43,964 | | 543,964 |
|     Unjustified program growth | | [−33,964] | | |
|     Program decrease | | [−10,000] | | |
| Research and development support | 39,339 | −3,189 | 1,000 | 39,339 |
|     Unjustified program growth | | [−3,189] | | |
|     UFR list—technology maturation | | | [1,000] | |
| R&D certification and safety | 236,235 | −34,395 | 10,000 | 236,235 |
|     Unjustified program growth | | [−34,395] | | |
|     UFR list—technology maturation | | | [10,000] | |
| Management, technology, and production | 305,000 | −5,000 | | 305,000 |
|     Program decrease | | [−5,000] | | |
| **Total, Stockpile services** | **1,124,538** | **−86,548** | **11,000** | **1,124,538** |
| **Strategic materials** | | | | |
| Uranium sustainment | 94,146 | | | 94,146 |
| Plutonium sustainment | 712,440 | −241,131 | | 712,440 |
|     Pit production beyond 30 pits per year | | [−241,131] | | |
| Tritium sustainment | 269,000 | | | 269,000 |
| Lithium sustainment | 28,800 | | | 28,800 |
| Domestic uranium enrichment | 140,000 | | | 140,000 |
| Strategic materials sustainment | 256,808 | | | 256,808 |
| **Total, Strategic materials** | **1,501,194** | **−241,131** | | **1,501,194** |
| **Total, Directed stockpile work** | **5,426,357** | **−431,419** | **11,000** | **5,426,357** |

WASHSTATEC014502

**SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS**
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **Research, development, test and evaluation (RDT&E)** | | | | | |
| **Science** | | | | | |
| Advanced certification | 57,710 | | | | 57,710 |
| Primary assessment technologies | 95,169 | | | | 95,169 |
| Dynamic materials properties | 133,800 | | | | 133,800 |
| Advanced radiography | 32,544 | | | | 32,544 |
| Secondary assessment technologies | 77,553 | | | | 77,553 |
| Academic alliances and partnerships | 44,625 | | | | 44,625 |
| Enhanced Capabilities for Subcritical Experiments | 145,160 | | | | 145,160 |
| **Total, Science** | **586,561** | | | | **586,561** |
| **Engineering** | | | | | |
| Enhanced surety | 46,500 | −6,783 | 8,000 | | 46,500 |
| Unjustified program growth | | [−6,783] | | | |
| UFR list—technology maturation | | | [8,000] | | |
| Delivery Environments (formerly Weapons Systems Engineering Assessment Technology) | 35,945 | −12,916 | | | 35,945 |
| Unjustified program growth | | [−12,916] | | | |
| Nuclear survivability | 53,932 | | | | 53,932 |
| Enhanced surveillance | 57,747 | | | | 57,747 |
| Stockpile Responsiveness | 39,830 | −34,830 | 40,800 | 40,800 | 80,630 |
| Unjustified request | | [−34,830] | | | |
| Program expansion | | | [40,800] | [40,800] | |
| **Total, Engineering** | **233,954** | **−54,529** | **48,800** | **40,800** | **274,754** |
| **Inertial confinement fusion ignition and high yield** | | | | | |
| Ignition and Other Stockpile Programs | 55,649 | | | | 55,649 |

WASHSTATEC014503

| | | | | | |
|---|---|---|---|---|---|
| Diagnostics, cryogenics and experimental support | 66,128 | | | | 66,128 |
| Pulsed power inertial confinement fusion | 8,571 | | | | 8,571 |
| Joint program in high energy density laboratory plasmas | 12,000 | | | | 12,000 |
| Facility operations and target production | 338,247 | 5,000 | | 5,000 | 343,247 |
| Program increase | | [5,000] | | [5,000] | |
| **Total, Inertial confinement fusion and high yield** | **480,595** | **5,000** | | **5,000** | **485,595** |
| **Advanced simulation and computing** | | | | | |
| Advanced simulation and computing | 789,849 | | | | 789,849 |
| **Construction:** | | | | | |
| 18–D–620, Exascale Computing Facility Modernization Project, LLNL | 50,000 | | | | 50,000 |
| **Total, Construction** | **50,000** | | | | **50,000** |
| **Total, Advanced simulation and computing** | **839,849** | | | | **839,849** |
| **Advanced manufacturing** | | | | | |
| Additive manufacturing | 18,500 | | | | 18,500 |
| Component manufacturing development | 48,410 | | 10,000 | 3,590 | 52,000 |
| UFR list—technology maturation | | | [10,000] | [3,590] | |
| Process technology development | 69,998 | −39,084 | | | 69,998 |
| Unjustified program growth | | [−39,804] | | | |
| **Total, Advanced manufacturing** | **136,908** | **−39,084** | **10,000** | **3,590** | **140,498** |
| **Total, RDT&E** | **2,277,867** | **−88,613** | **58,800** | **49,390** | **2,327,257** |
| **Infrastructure and operations** | | | | | |
| Operations of facilities | 905,000 | −35,000 | | | 905,000 |
| Unjustified program growth | | [−35,000] | | | |
| Safety and environmental operations | 119,000 | −9,000 | | | 119,000 |
| Unjustified program growth | | [−9,000] | | | |
| Maintenance and repair of facilities | 456,000 | | | | 456,000 |
| **Recapitalization:** | | | | | |
| Infrastructure and safety | 447,657 | | | | 447,657 |
| Capability based investments | 135,341 | −26,284 | | | 135,341 |

## SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
### (In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Unjustified program growth ....................................................................................... | | [−26,284] | | | |
| **Total, Recapitalization** ............................................................................................... | 582,998 | −26,284 | | | 582,998 |
| **Construction:** | | | | | |
| 19–D–670, 138kV Power Transmission System Replacement, NNSS ........................................ | 6,000 | | | | 6,000 |
| 18–D–690, Lithium Processing Facility, Y–12 (formerly Lithium Production Capability, Y–12) | 32,000 | 7,000 | | | 32,000 |
| Program increase ........................................................................................................ | | [7,000] | | | |
| 18–D–650, Tritium Finishing Facility, SRS ............................................................................. | 27,000 | | | | 27,000 |
| 17–D–640, U1a Complex Enhancements Project, NNSS ........................................................... | 35,000 | | | | 35,000 |
| 15–D–612, Emergency Operations Center, LLNL ..................................................................... | 5,000 | | | | 5,000 |
| 15–D–611, Emergency Operations Center, SNL ...................................................................... | 4,000 | | | | 4,000 |
| 15–D–301, HE Science & Engineering Facility, PX .................................................................. | 123,000 | | | | 123,000 |
| 06–D–141 Uranium processing facility Y–12, Oak Ridge, TN ................................................... | 745,000 | | | | 745,000 |
| 04–D–125, Chemistry and Metallurgy Research Replacement Project, LANL ........................... | 168,444 | | | | 168,444 |
| **Total, Construction** ..................................................................................................... | 1,145,444 | 7,000 | | | 1,145,444 |
| **Total, Infrastructure and operations** .......................................................................... | 3,208,442 | −63,284 | | | 3,208,442 |
| **Secure transportation asset** | | | | | |
| Operations and equipment ................................................................................................ | 209,502 | | | | 209,502 |
| Program direction ............................................................................................................. | 107,660 | | | | 107,660 |
| **Total, Secure transportation asset** ............................................................................. | 317,162 | | | | 317,162 |
| **Defense nuclear security** | | | | | |
| Operations and maintenance ............................................................................................. | 778,213 | −28,213 | | −13,213 | 765,000 |
| Excess to need ................................................................................................................. | | [−28,213] | | [−13,213] | |
| **Total, Defense nuclear security** .................................................................................. | 778,213 | −28,213 | | −13,213 | 765,000 |

| | | | | | |
|---|---|---|---|---|---|
| Information technology and cybersecurity | 309,362 | | | | 309,362 |
| Legacy contractor pensions | 91,200 | | | | 91,200 |
| **Total, Weapons Activities** | **12,408,603** | **−611,529** | **69,800** | **36,177** | **12,444,780** |
| **Defense Nuclear Nonproliferation** | | | | | |
| **Defense Nuclear Nonproliferation Programs** | | | | | |
| **Global material security** | | | | | |
| International nuclear security | 48,839 | | | | 48,839 |
| Domestic radiological security | 90,513 | | | | 90,513 |
| International radiological security | 60,827 | 20,000 | | 18,080 | 78,907 |
| Secure additional radiologic materials | | [20,000] | | [18,080] | |
| Nuclear smuggling detection and deterrence | 142,171 | | | | 142,171 |
| **Total, Global material security** | **342,350** | **20,000** | | **18,080** | **360,430** |
| **Material management and minimization** | | | | | |
| HEU reactor conversion | 114,000 | | | −15,000 | 99,000 |
| Program decrease | | | | [−15,000] | |
| Nuclear material removal | 32,925 | | | | 32,925 |
| Material disposition | 186,608 | | | | 186,608 |
| **Total, Material management & minimization** | **333,533** | | | **−15,000** | **318,533** |
| Nonproliferation and arms control | 137,267 | | | | 137,267 |
| Defense nuclear nonproliferation R&D | 495,357 | 30,000 | −19,500 | 4,432 | 499,789 |
| Proliferation detection research | | [15,000] | | | |
| Nonproliferation Stewardship program strategic plan | | | [−19,500] | | |
| Additional verification and detection effort | | [15,000] | | [4,432] | |
| **Nonproliferation Construction:** | | | | | |
| 18–D–150 Surplus Plutonium Disposition Project | 79,000 | | | | 79,000 |
| 99–D–143 Mixed Oxide (MOX) Fuel Fabrication Facility, SRS | 220,000 | −6,500 | | | 220,000 |

### SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Program decrease | | [−6,500] | | | |
| Low-enriched uranium research and development | 0 | 20,000 | | 20,000 | 20,000 |
| Program increase | | [20,000] | | [20,000] | |
| **Total, Nonproliferation construction** | **299,000** | **−6,500** | | **20,000** | **299,000** |
| **Total, Defense Nuclear Nonproliferation Programs** | **1,607,507** | **63,500** | **−19,500** | **27,512** | **1,635,019** |
| | | | | | |
| Legacy contractor pensions | 13,700 | | | | 13,700 |
| Nuclear counterterrorism and incident response program | 372,095 | −31,715 | −9,600 | | 372,095 |
| Unjustified cost growth | | [−31,715] | | | |
| Non-defense function realignment | | | [−9,600] | | |
| DPRK phased denuclearization long-term monitoring and verification | 0 | 10,000 | | | |
| Program increase | | [10,000] | | | |
| **Total, Defense Nuclear Nonproliferation** | **1,993,302** | **41,785** | **−29,100** | **27,512** | **2,020,814** |
| | | | | | |
| **Naval Reactors** | | | | | |
| Naval reactors development | 531,205 | −16,254 | | −15,000 | 516,205 |
| Unjustified growth | | [−16,254] | | [−15,000] | |
| Columbia-Class reactor systems development | 75,500 | | | | 75,500 |
| S8G Prototype refueling | 155,000 | | | | 155,000 |
| Naval reactors operations and infrastructure | 553,591 | | | | 553,591 |
| **Construction:** | | | | | |
| 20–D–931, KL Fuel Development Laboratory | 23,700 | | | | 23,700 |
| 19–D–930, KS Overhead Piping | 20,900 | | | | 20,900 |
| 14–D–901 Spent fuel handling recapitalization project, NRF | 238,000 | | | | 238,000 |
| **Total, Construction** | **282,600** | | | | **282,600** |
| Program direction | 50,500 | | | | 50,500 |

199

| | | | | |
|---|---|---|---|---|
| **Total, Naval Reactors** | 1,648,396 | −16,254 | −15,000 | 1,633,396 |
| **Federal Salaries And Expenses** | | | | |
| Program direction | 434,699 | −44,699 | −11,700 | 434,699 |
| Unjustified growth | | [−24,699] | | |
| Program decrease | | [−20,000] | | |
| Alignment with FTEs authorized | | | [−11,700] | |
| **Total, Office Of The Administrator** | 434,699 | −44,699 | −11,700 | 434,699 |
| **Defense Environmental Cleanup** | | | | |
| **Closure sites:** | | | | |
| Closure sites administration | 4,987 | | | 4,987 |
| **Richland:** | | | | |
| River corridor and other cleanup operations | 139,750 | | | 139,750 |
| Central plateau remediation | 472,949 | 50,000 | 50,000 | 522,949 |
| Program increase | | [50,000] | [50,000] | |
| Richland community and regulatory support | 5,121 | | | 5,121 |
| **Construction:** | | | | |
| 18–D–404 WESF Modifications and Capsule Storage | 11,000 | | | 11,000 |
| **Total, Construction** | 11,000 | | | 11,000 |
| **Total, Hanford site** | 628,820 | 50,000 | 50,000 | 678,820 |
| **Office of River Protection:** | | | | |
| Waste Treatment Immobilization Plant Commissioning | 15,000 | | | 15,000 |
| Rad liquid tank waste stabilization and disposition | 677,460 | 28,000 | 28,000 | 705,460 |
| Program increase | | [28,000] | [28,000] | |
| **Construction:** | | | | |
| 18–D–16 Waste treatment and immobilization plant—LBL/Direct feed LAW | 640,000 | | | 640,000 |
| 01–D–16 D, High-level waste facility | 30,000 | | −5,000 | 25,000 |

### SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Program decrease | | | | [−5,000] | |
| 01–D–16 E—Pretreatment Facility | 20,000 | | | −5,000 | 15,000 |
| Program decrease | | | | [−5,000] | |
| **Total, Construction** | **690,000** | | | **−10,000** | **680,000** |
| ORP Low-level waste offsite disposal | 10,000 | | | | 10,000 |
| **Total, Office of River Protection** | **1,392,460** | **28,000** | | **18,000** | **1,410,460** |
| **Idaho National Laboratory:** | | | | | |
| Idaho cleanup and waste disposition | 331,354 | | | | 331,354 |
| Idaho community and regulatory support | 3,500 | | | | 3,500 |
| **Total, Idaho National Laboratory** | **334,854** | | | | **334,854** |
| **NNSA sites and Nevada off-sites** | | | | | |
| Lawrence Livermore National Laboratory | 1,727 | | | | 1,727 |
| LLNL Excess facilities D&D | 128,000 | | | −73,000 | 55,000 |
| Program decrease | | | | [−73,000] | |
| **Nuclear facility D & D** | | | | | |
| Separations Process Research Unit | 15,300 | | | | 15,300 |
| Nevada | 60,737 | | | | 60,737 |
| Sandia National Laboratories | 2,652 | | | | 2,652 |
| Los Alamos National Laboratory | 195,462 | | | | 195,462 |
| **Total, NNSA sites and Nevada off-sites** | **403,878** | | | **−73,000** | **330,878** |
| **Oak Ridge Reservation:** | | | | | |
| OR Nuclear facility D & D | 93,693 | | | | 93,693 |

WASHSTATEC014509

| | | | | |
|---|---|---|---|---|
| Total, OR Nuclear facility D & D | **93,693** | | | **93,693** |
| U233 Disposition Program | 45,000 | | | 45,000 |
| **OR cleanup and waste disposition** | | | | |
| OR cleanup and disposition | 82,000 | | | 82,000 |
| Construction: | | | | |
| 17–D–401 On-site waste disposal facility | 15,269 | | –5,269 | 10,000 |
| Program decrease | | | [–5,269] | |
| 14–D–403 Outfall 200 Mercury Treatment Facility | 49,000 | | | 49,000 |
| Total, Construction | **64,269** | | **–5,269** | **59,000** |
| **Total, OR cleanup and waste disposition** | **146,269** | | **–5,269** | **141,000** |
| OR community & regulatory support | 4,819 | | | 4,819 |
| OR technology development and deployment | 3,000 | | | 3,000 |
| **Total, Oak Ridge Reservation** | **292,781** | | **–5,269** | **287,512** |
| **Savannah River Sites:** | | | | |
| **Savannah River risk management operations** | | | | |
| Savannah River risk management operations | 490,613 | 25,000 | 25,000 | 515,613 |
| Program increase | | [25,000] | | |
| Construction: | | | | |
| 18–D–402, Emergency Operations Center | 6,792 | | | 6,792 |
| **Total, risk management operations** | **497,405** | **25,000** | **25,000** | **522,405** |
| SR community and regulatory support | 4,749 | 6,500 | 6,500 | 11,249 |
| Program increase | | [6,500] | | |
| Radioactive liquid tank waste stabilization and disposition | 797,706 | | | 797,706 |
| Construction: | | | | |
| 20–D–402 Advanced Manufacturing Collaborative Facility (AMC) | 50,000 | | | 50,000 |
| 20–D–401 Saltstone Disposal Unit #10, 11, 12 | 500 | | | 500 |
| 19–D–701 SR Security sytem replacement | 0 | | | |

**SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS**
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| 18–D–402 Saltstone Disposal Unit #8/9 ............................................. | 51,750 | | | | 51,750 |
| 17–D–402 Saltstone Disposal Unit #7 ............................................... | 40,034 | | | | 40,034 |
| 05–D–405 Salt waste processing facility, Savannah River Site .................... | 20,988 | | | | 20,988 |
| **Total, Construction** | **163,272** | | | | **163,272** |
| **Total, Savannah River site** ...................................................... | **1,463,132** | **31,500** | | **31,500** | **1,494,632** |
| | | | | | |
| **Waste Isolation Pilot Plant** | | | | | |
| Waste Isolation Pilot Plant ........................................................ | 299,088 | | | | 299,088 |
| **Construction:** | | | | | |
| 15–D–411 Safety significant confinement ventilation system, WIPP ............. | 58,054 | | | | 58,054 |
| 15–D–412 Exhaust shaft, WIPP .................................................. | 34,500 | | | | 34,500 |
| **Total, Construction** | **92,554** | | | | **92,554** |
| **Total, Waste Isolation Pilot Plant** ............................................. | **391,642** | | | | **391,642** |
| | | | | | |
| Program direction .................................................................. | 278,908 | | | | 278,908 |
| Program support .................................................................... | 12,979 | | | | 12,979 |
| **Safeguards and Security** | | | | | |
| Safeguards and Security ........................................................... | 317,622 | | | | 317,622 |
| **Total, Safeguards and Security** ................................................ | **317,622** | | | | **317,622** |
| | | | | | |
| Use of prior year balances ........................................................ | −15,562 | | | | −15,562 |
| **Total, Defense Environmental Cleanup** ......................................... | **5,506,501** | **109,500** | | **21,231** | **5,527,732** |
| | | | | | |
| **Other Defense Activities** | | | | | |
| Environment, health, safety and security | | | | | |
| Environment, health, safety and security ....................................... | 139,628 | | | | 139,628 |
| Program direction ................................................................ | 72,881 | | | | 72,881 |

| | | | | |
|---|---|---|---|---|
| **Total, Environment, Health, Safety and Security** ..................................................... | **212,509** | | | **212,509** |
| **Independent enterprise assessments** | | | | |
| Independent enterprise assessments ..................................................... | 24,068 | | | 24,068 |
| Program direction ..................................................... | 57,211 | −3,000 | −2,500 | 54,711 |
| Non-defense function realignment ............................ | | [−3,000] | [−2,500] | |
| **Total, Independent enterprise assessments** ................................... | **81,279** | **−3,000** | **−2,500** | **78,779** |
| Specialized security activities ..................................................... | 254,578 | | | 254,578 |
| **Office of Legacy Management** | | | | |
| Legacy management ..................................................... | 283,767 | | −141,000 | 142,767 |
| Program decrease ..................................................... | | | [−141,000] | |
| Program direction ..................................................... | 19,262 | | | 19,262 |
| **Total, Office of Legacy Management** ................................... | **303,029** | | **−141,000** | **162,029** |
| **Defense related administrative support** | | | | |
| Chief financial officer ..................................................... | 54,538 | | | 54,538 |
| Chief information officer ..................................................... | 124,554 | | −6,000 | 118,554 |
| Program decrease ..................................................... | | | [−6,000] | |
| **Total, Defense related administrative support** ................................... | **179,092** | | **−6,000** | **173,092** |
| Office of Hearings and Appeals ..................................................... | 4,852 | | | 4,852 |
| **Subtotal, Other Defense Activities** ..................................................... | **1,035,339** | **−3,000** | **−149,500** | **885,839** |
| **Total, Other Defense Activities** ..................................................... | **1,035,339** | **−3,000** | **−149,500** | **885,839** |
| **Defense Nuclear Waste Disposal** | | | | |
| Yucca Mountain and interim storage ..................................................... | 26,000 | −26,000 | −26,000 | −26,000 | 0 |
| Program cut ..................................................... | 0 | [−26,000] | [−26,000] | [−26,000] | |
| **Total, Defense Nuclear Waste Disposal** ..................................................... | **26,000** | **−26,000** | **−26,000** | **−26,000** | **0** |

WASHSTATEC014512

# DIVISION E—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020

*Intelligence authorizations for fiscal years 2018, 2019, and 2020 (secs. 5001-6747)*

The Senate bill contained Division F that included the Intelligence Authorization Act for Fiscal Year 2020 and Division G that included the Intelligence Authorization Act for fiscal years 2018 and 2019.

The House amendment contained no similar provisions.

The House recedes with an amendment that would make various modifications to such provisions.

# DIVISION F—OTHER MATTERS

## TITLE LXXI—SANCTIONS WITH RESPECT TO NORTH KOREA

*Sanctions with respect to North Korea and Financial Industry Guidance to Halt Trafficking Act (secs. 7101-7155)*

The Senate bill contained multiple provisions (sections 6901, 6911-6913, 6921-6925, 6931-6935, 6941-6946, 6951-6954, 6961-6966) that would strengthen United States sanctions on North Korea, impose oversight measures concerning sanctions on North Korea, and strengthen the Department of Treasury's role in combating human trafficking, among other measures.

The House amendment contained multiple similar provisions (sections 1099Z-1-1099Z-8).

The House recedes with an amendment that would provide for significant enhancement of economic sanctions on North Korea and foreign persons involved with North Korea, including new secondary banking sanctions and broadening primary trade-based sanctions provided for in the North Korea Sanctions and Policy Enhancement Act of 2016 (Public Law 114-122), hereafter referred to as NKSPEA. In addition, it would provide for increased congressional oversight in response to North Korea's aggressive nuclear and ballistic missile testing, sanctions evasion, and global compliance failures weakening enforcement of United Nations Security Council (UNSC) resolutions.  The amendment

WASHSTATEC014513

would also provide for significant guidance to the financial industry on strengthening measures to combat human trafficking.

More specifically, the amendment would impose such "secondary banking sanctions" as asset blocking and restrictions on correspondent accounts, and any other penalty authorized by the International Emergency Economic Powers Act (Public Law 95-223), hereafter referred to as IEEPA, against foreign financial institutions that provide financial services to certain sanctioned persons. Furthermore, the amendment would prohibit transactions with the same types of certain sanctioned persons by persons owned or controlled by U.S. financial institutions, and provides for civil IEEPA penalty authority against both the person owned or controlled and as appropriate its parent U.S. financial institution.

The amendment would also expand on the list of designation requirements for mandatory sanctions provided in NKSPEA, by adding as mandatory: any person that engages in the import or export, including of related services or technology, of coal, textiles, seafood, iron, or iron ore; and in crude oil or refined petroleum products above UNSC-set limits. The amendment would also require the imposition of sanctions with respect to any person who engages in, or otherwise facilitates: a transfer of North Korean government funds or property, contributing to a material violation of a UNSC resolution; the exportation of workers from North Korea; the sale or transfer of vessels to North Korea, or their registration, chartering or insurance; bribery of a North Korean official; or the significant misappropriation of public funds.

The amendment would also provide for enhanced guidance to the financial industry to combat human trafficking by: elevating human trafficking as an enumerated function of the U.S. Treasury Office of Terrorism and Financial Intelligence and requiring increased coordination and reporting related to human trafficking; strengthening the role that anti-money laundering and other tools play in combating human trafficking by requiring the U.S. Inter-Agency Task Force to Monitor and Combat Trafficking to provide certain policy recommendations to federal regulators and to Congress; and underscoring the sense of Congress that adequate funding be provided for public outreach and critical federal efforts to combat human trafficking at home and abroad.

# TITLE LXXII—SANCTIONS WITH RESPECT TO FOREIGN TRAFFICKERS OF ILLICIT SYNTHETIC OPIOIDS

WASHSTATEC014514

*Sanctions with respect to foreign traffickers of illicit
synthetic opioids (secs. 7201-7235)*

The Senate bill contained a provision (sec. 6801-6837)
that would strengthen United States sanctions against foreign
synthetic opioid traffickers, financial institutions, and others
that assist such entities. It would also establish a Commission
on Combating Synthetic Opioid Trafficking to report on how to
combat more effectively the flow of synthetic opioids from
China, Mexico, and elsewhere, among other measures.

The House amendment contained a similar provision (sec.
1701-1736).

The House recedes with a clarifying amendment.

# TITLE LXXIII-PFAS

*Definition of Administrator (sec. 7302)*

The Senate bill contained a provision (sec. 6701) that
would define the term "Administrator" for this title.

The House amendment contained no similar provision.

The House recedes.

*Drinking Water (secs. 7311-7312)*

The Senate bill contained a series of provisions (sec.
6721-6724) that would require the Administrator of the
Environmental Protection agency to promulgate a national primary
drinking water regulation for, require monitoring of, and
establish drinking water state revolving funds for
perfluoroalkyl and polyfluoroalkyl substances.

The House amendment contained no similar provision.

The House recedes with an amendment that would eliminate
the requirement to establish a national primary drinking water
standard and the accompanying enforcement provision and makes
various other technical modifications.

*PFAS Release Disclosure (secs. 7321)*

The Senate bill contained a provision (sec. 6711) that
would include Perfluorooctanoic acid, Perfluorooctane sulfonic
acid and their associated salts in the toxics release inventory.

The House amendment contained no similar provision.

WASHSTATEC014515

The House recedes with a technical amendment.

*USGS Performance Standard (secs. 7331-7335)*

The Senate bill contained provisions (sec. 6731-6736) that would direct the director of the United States Geological Survey to establish a performance standard for the detection of highly fluorinated compounds, to conduct nationwide sampling, and to use the data to inform and enhance assessments of exposure.
The House amendment contained a similar provision (sec. 330G)
The House recedes with multiple technical amendments.

*Emerging Contaminants (secs. 7341-7342)*

The Senate bill contained provisions (sec. 6741-6742) that would require the Administrator of the Environmental Protection Agency to review the Federal efforts of research, development, and response to emerging contaminants.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Toxic Substances Control Act and Other Matters (secs. 7351-7362)*

The Senate bill contained provisions (sec. 6751-6754) that would direct the Administrator of the Environmental Protection Agency to take final action on the proposed rule entitled "Long-Chain Perfluoroalkyl Carboxylate and Perfluoroalkyl Sulfonate Chemical Substances; Significant New Use Rule," to publish interim disposal guidance, to conduct research and development efforts focused on perfluoroalkyl and polyfluoroalkyl substances.
The House amendment contained no similar provisions.
The House recedes with multiple technical amendments.

# TITLE LXXIV-CAESAR SYRIA CIVILIAN PROTECTION ACT OF 2019

*Caesar Syria Civilian Protection Act of 2019 (secs. 7401-7438)*

The conference agreement includes a provision known as the Caesar Syria Civilian Protection Act of 2019 that would sanction foreign persons who knowingly provide significant financial, material, or technological support to, or knowingly engage in a significant transaction with the Government of Syria, or military contractors, mercenaries, or paramilitary forces that

WASHSTATEC014516

knowingly operate in a military capacity inside Syria for or on behalf of the Government of Syria, the Government of the Russian Federation, or the Government of Iran.  The provision would also require the Secretary of the Treasury to determine whether reasonable grounds exist for concluding that the Central Bank of Syria is a financial institution of primary money laundering concern and, if so, impose relevant sanctions on the Central Bank of Syria.  The provision would also authorize the Secretary of State to provide support to entities conducting criminal investigations, supporting prosecutions, or collecting evidence against those who have committed war crimes or crimes against humanity in Syria.  Lastly, the provision would require the President to produce various strategies, assessments, and briefings related to the provision of humanitarian assistance and the protection of civilians.

# TITLE LXXV-PROTECTING EUROPE'S ENERGY SECURITY

*Protecting Europe's Energy Security (secs. 7501-7503)*

The conference agreement includes a provision that would express the sense of Congress concerning United States relations with the European Union and Germany and impose sanctions with respect to provision of certain vessels for the construction of the Nord Stream 2 and TurkStream pipeline projects.

# TITLE LXXVI—OTHER MATTERS

## SUBTITLE A-FEDERAL EMPLOYEE PAID LEAVE ACT

*Federal Employee Paid Leave Act (secs. 7601-7606)*

The House amendment contained several provisions(sec. 1121 through 1126) that would provide 12 weeks of paid leave to the Federal workforce for reasons covered by the Family and Medical Leave Act of 1993 (Public Law 115-232).
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would provide 12 weeks of paid leave to Federal employees in connection with the birth or placement of a child to an eligible employee.

## SUBTITLE B-OTHER MATTERS

*Liberian refugee immigration fairness (sec. 7611)*

The Senate bill contained a provision (sec. 6013) that would require, not later than December 31, 2019, the Secretary of Defense, in consultation with the Secretary of State, to submit a report on the impact of Liberian nationals on the national security, foreign policy, and economic, and humanitarian interests of the United States, and a justification for adjustment of status of qualifying Liberians to that of lawful permanent residents.

The House amendment contained no similar provision.

The House recedes with an amendment that would provide for the adjustment of the status of certain nationals of Liberia to that of lawful permanent residents.

*Pensacola Dam and Reservoir, Grand River, Oklahoma (sec. 7612)*

The Senate bill contained a provision (sec. 6021) that would clarify the respective jurisdictions of the Army Corps of Engineers and the Federal Energy Regulatory Commission (FERC) at the Grand Lake O' the Cherokees, Oklahoma.

The House bill contained no similar provision.

The House recedes with technical amendments and an amendment that would require the Army Corps of Engineers to conduct a study of the resiliency of upstream infrastructure and lands.

*Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations (sec. 7613)*

The Senate bill contained a provision (sec. 6015) that would amend section 5323 of title 49, United States Code, to prevent the use of Federal transit dollars to procure rolling stock from certain manufacturers and an associated annual process for certifying compliance, with an exception for preexisting contracts for rail rolling stock. This provision also would require that any transit service operator of rail rolling stock develop and execute a cybersecurity risk reduction plan in accordance with certain standards and would include arrangements for third-party testing of certain components.

The House amendment contained a similar provision (sec. 896) that would apply overall, only to rail rolling stock.

The House recedes with amendments that would add exceptions to implementation including a grace period of two years from enactment, for certain rolling stock, and other technical amendments.

WASHSTATEC014518

# LEGISLATIVE PROVISIONS NOT ADOPTED

*PFAS designation, effluent limitations, and pretreatment standards*

The House amendment contained a provision (sec. 330A) that would require the Administrator of the Environmental protection agency to include per- and polyfluoroalkyl substances to the toxic pollutant list in the Federal Water Pollution Control Act.
The Senate bill contained no similar provision.
The House recedes.

*Designation as hazardous substances*

The House amendment contained a provision (sec. 330O) that would require the Administrator of the Environmental Protection Agency to designate all per- and polyfluoroalkyl substances as hazardous substances under section 102(a) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9602(a)).
The Senate bill contained no similar provision.
The House recedes.

*Utilizing significant emissions with innovative technologies*

The Senate bill contained a provision (sec. 6001) that would require the Administrator of the Environmental Protection Agency to conduct direct air capture research.
The House amendment contained no similar provision.
The Senate recedes.

WASHSTATEC014519

# S. 1790

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Armed Services, for consideration of the Senate bill and the House amendment, and modifications committed to conference: | |
| Mr. Smith of Washington | |
| Mrs. Davis of California | |
| Mr. Langevin | |
| Mr. Larsen of Washington | |
| Mr. Cooper | |
| Mr. Courtney | |
| Mr. Garamendi | |

G:\CMTE\AS\20\C\S1790SS.HSE

H.L.C.

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| Ms. Speier | |
| Mr. Norcross | |
| Mr. Gallego | |
| Mr. Moulton | |
| Mr. Carbajal | |
| Mr. Brown of Maryland | |
| Mr. Khanna | |

WASHSTATEC014521

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| Mr. Vela | |
| Mr. Kim | |
| Ms. Kendra S. Horn of Oklahoma | |
| Mr. Cisneros | |
| | |
| | |
| | |
| | |

WASHSTATEC014522

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| Mr. Thornberry | |
| Mr. Wilson of South Carolina | |
| Mr. Turner | |
| Mr. Rogers of Alabama | |
| Mr. Conaway | |
| Mr. Lamborn | |
| Mr. Wittman | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| Ms. Stefanik | |
| Mr. Kelly of Mississippi | |
| Mr. Bacon | |
| Mr. Banks | |
| Ms. Cheney | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the*<br>HOUSE | *Managers on the part of the*<br>SENATE |
|---|---|
| From the Permanent Select Committee on Intelligence, for consideration of matters within the jurisdiction of that committee under clause 11 of rule X: | |

Mr. Schiff

Ms. Sewell of Alabama

Mr. Nunes

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on the Budget, for consideration of secs. 4 and 10608 of the Senate bill, and secs. 1006 and 1112 of the House amendment, and modifications committed to conference: | |
| Mr. Yarmuth | |
| Mr. Peters | |
| Mr. Johnson of Ohio | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Education and Labor, for consideration of secs. 571, 572, and 5501 of the Senate bill, and secs. 211, 576, 580, 1099N, 1117, 3120, and 3503 of the House amendment, and modifications committed to conference: | |
| *[signature]*<br>Mr. Scott of Virginia | |
| *[signature]*<br>Mrs. Trahan | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Energy and Commerce, for consideration of secs. 214, 315, 318, 703, 3112, 3113, 3201-03, 5318, 6001, 6006, 6021, 6701, 6711, 6721-24, 6741, 6742, 6751-54, 8101, 8202, 10421, 10422, and 10742 of the Senate bill, and secs. 315, 330F, 330H, 330O, 606, 737, 3111, 3112, 3127, 3128, 3201, and 3202 of the House amendment, and modifications committed to conference: | |
| ▬▬▬▬ | |
| ▬▬▬▬ | |
| *[signature]* Mr. Upton | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Financial Services, for consideration of secs. 6017, 6018, 6804, 6811, 6813-16, 6834, 6835, and title LXIX of the Senate bill, and secs. 550K, 560G, subtitle I of title X, secs. 1240B, 1292, 1704, 1711, 1713-16, 1733, and 2843 of the House amendment, and modifications committed to conference: | |
| Mr. Sherman | |
| Mr. Barr | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Foreign Affairs, for consideration of secs. 834, 1011, 1043, 1202, 1203, 1205, 1206, 1211, 1212, 1215, 1221-24, 1231-36, 1238, 1252, 1281-84, title XIII, secs. 1671, 1681, 2822, 6203-06, 6210, 6213, 6215, 6231, 6236, title LXVIII, secs. 6921, 6922, 6931, 6941, 6943, 6954, part I of subtitle B of title LXXXV, secs. 8562, and 10701 of the Senate bill, and secs. 634, 1036, 1046, 1050, 1099X, 1201, 1202, 1204, 1207, 1210, 1213, 1215, 1218, 1221-25, 1229, 1231-34, 1240A, 1241, 1250D, 1251, 1255, 1258, 1260A, 1260B, 1265, 1266, 1269, 1270, 1270G, 1270H, 1270I, 1270N, 1270R, 1270S, 1270T, 1270W, subtitle I of title XII, subtitle J of title XII, title XIII, secs. 1521, 1669, and title XVII of the House amendment, and modifications committed to conference: | |
| | |
| Mr. McCaul | |
| | |
| | |

WASHSTATEC014530

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Homeland Security, for consideration of secs. 6006, 6012, and 8543 of the Senate bill, and modifications committed to conference: | |
| Mr. Rose of New York | |
| Ms. Underwood | |
| Mr. Walker | |

Case 2:20-cv-00111-RAJ   Document 106-20   Filed 09/23/20   Page 3507 of 5350
G:\CMTE\AS\20\C\S1790SS.HSE
H.L.C.

Page 13 of 23

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on the Judiciary, for consideration of secs. 1025, 1031, 1044, 1682, 6004, 6206, 6804, 6811, 6813-16, 6835, 6921, and 6944 of the Senate bill, and secs. 530F, 530G, 550D, 550F, 550J, 570H, 729, 827, 1011, 1048, 1049, 1050C, 1093, 1099C, 1099K, 1099V, 1099Z-3, 1212, 1296A, 1704, 1711, 1713-16, and 1733 of the House amendment and modifications committed to conference: | |

Ms. Lofgren

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Natural Resources, for consideration of secs. 314, 2812, 2814, 6001, 6020, subtitle C of title LXVII, sec. 8524, part I of subtitle B of title LXXXV, secs. 8554, and 8571 of the Senate bill, and secs. 330G, 1094, 1099D, 1099F, 1099U, 2851, subtitle F of title XXVIII, secs. 2876, and 2880 of the House amendment, and modifications committed to conference: | |
| | |
| Ms. Haaland | |
| Mr. Bishop of Utah | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Oversight and Reform, for consideration of secs. 218, 530, 559, 579, 1081, 1082, title XI, secs. 5802, 6012, subtitle B of title LXV, secs. 9304, 9307, 9311, 9313, 9314, 10303, 10432, 10434, 10601, 10603-05, 10612, 10741, and 10742 of the Senate bill, and secs. 212, 239, 5500, 629, 633, 804, 829, 842, 861, 872, 877, 883, 884, 891, 895, 899E, 899H, 899I, 1064, 1085, 1099B, title XI, secs. 1704, 1711, 1713-16, and 3127 of the House amendment, and modifications committed to conference: | |
| Mr. Lynch | |
| Mr. Connolly | |
| Mr. Green of Tennessee | |
| | |
| | |
| | |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Science, Space, and Technology, for consideration of secs. 216, 219, 1612, 6001, 6006, 6008, 6009, 6742, 6754, 8524, and 10742 of the Senate bill, and secs. 214, 217, 882, and 1089 of the House amendment, and modifications committed to conference: | |

Ms. Johnson of Texas

Ms. Sherrill

Mr. Baird

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Small Business, for consideration of sec. 841 of the Senate bill, and secs. 872-76, 878, 879, 881, 882, and 886-89 of the House amendment, and modifications committed to conference: | |
| Ms. Velázquez | |
| Mr. Golden | |
| Mr. Chabot | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Transportation and Infrastructure, for consideration of secs. 353, 1612, 1682, 2805, title XXXV, secs. 6001, 6006, 6012, 6015, 6019, 6021, 6754, 8500, 8511, 8517, 8519, 8520, 8522, 8523, 8525, 8532, 8543, 8545, 8546, and 8571 of the Senate bill, and secs. 311, 313, 330A, 330O, 351, 354, 555, 569, 580C, 606, 896, 2808, 3501, and 3504 of the House amendment, and modifications committed to conference: | |

Mr. Katko

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Veterans' Affairs, for consideration of secs. 568, 721, 726, 727, 1083, 1431, 2812, 2813, 5702, and 6007 of the Senate bill, and secs. 530, 530A, 545, 546, 550E, 550G, 550H, 550I, 550J, 569, 570E, 570F, 574, 624, 705, 706, 713, 715, 1093, 1126, and 1411 of the House amendment, and modifications committed to conference: | |
| *Mr. Takano* | |
| *Ms. Brownley of California* | |
| *Mr. Watkins* | |

Case 2:20-cv-00111-RAJ   Document 106-20   Filed 09/23/20   Page 3514 of 5350

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| | Mr. Inhofe |
| | Mr. Wicker |
| | Mrs. Fischer |
| | Mr. Cotton |
| | Mr. Rounds |
| | Ms. Ernst |
| | Mr. Tillis |
| | Mr. Sullivan |

WASHSTATEC014539

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| | Mr. Perdue |
| | Mr. Cramer |
| | Ms. McSally |
| | Mr. Scott of Florida |
| | Mrs. Blackburn |
| | Mr. Hawley |
| | Mr. Reed |
| | Mrs. Shaheen |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| | |
| | _____ |
| | *Mr. Blumenthal* |
| | *Ms. Hirono* |
| | *Mr. Kaine* |
| | *Mr. King* |
| | *Mr. Heinrich* |
| | _____ |
| | *Mr. Peters* |

# S. 1790—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| | |
| | Ms. Duckworth |
| | Mr. Jones |
| | |
| | |
| | |
| | |

```
<?xml version="1.0" encoding="UTF-8"?>

<?xml-stylesheet href="\billres.xsl" type="text/xsl"?>

<!DOCTYPE bill PUBLIC "-//US Congress//DTDs/bill v2.8 20020720//EN"
"http://xml.house.gov/bill.dtd">

<bill bill-stage="Pre-Introduction" dms-id="A1" public-private="public" key="H" bill-
type="olc">

<pre-form> <meta-house><holc-filename>G:\CMTE\AS\20\C\ASCR20.XML</holc-filename><holc-
attorney>XXXXXX</holc-attorney><holc-last-author>XXXXXXXXXXXXXX</holc-last-author><holc-
last-saved>12/9/2019 13:03</holc-last-saved><holc-creator>XXXXXXXXXXXXXX</holc-
creator><holc-creation-date>11/26/2019 10:15</holc-creation-date><version><version-
filename>XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX</version-filename><version-
date>XXXXXXXXXXXXXXXXX</version-date><version-creator>XXXXXXXXXXXXXX</version-
creator></version> <holc-job-number/><holc-doc-number>751097|12</holc-doc-number>
</meta-house>

<author-note display="no">X</author-note>

<running-header display="no">[Discussion Draft]</running-header>

<legis-counsel/> <reintroduction-code display="no"><?xm-replace_text {reintroduction-
code}?></reintroduction-code>

<signature-line display="no">(Original Signature of Member)</signature-line>

<first-page-header display="no">[DISCUSSION DRAFT]</first-page-header>

<first-page-date><?xm-replace_text {first-page-date}?></first-page-date>

<first-page-desc display="no"><?xm-replace_text {first-page-desc}?></first-page-desc>

</pre-form>

<form display="no">

<distribution-code display="no">I</distribution-code>

<congress display="yes">116th CONGRESS</congress> <session display="yes">1st
Session</session>

<legis-num>H. R. __</legis-num>

<current-chamber>IN THE HOUSE OF REPRESENTATIVES</current-chamber>

<action>

<action-date><?xm-replace_text {action-date}?></action-date>

<action-desc display="yes">M_. _____ introduced the following bill; which was referred
to the Committee on _____</action-desc>

</action>

<legis-type>A BILL</legis-type>

<official-title display="yes">To </official-title>

</form>

<legis-body id="HC0A0CE15147146F693C7AB86ED8BB94F" style="OLC" display-enacting-
clause="no-display-enacting-clause">

<section commented="no" display-inline="no-display-inline"
id="HB3EAC5DD968E41EE909349F323924F3D" section-type="section-
one"><enum>1.</enum><header display-inline="yes-display-inline">Short
title</header><text display-inline="no-display-inline">This Act may be cited as the
<quote><short-title>National Defense Authorization Act for Fiscal Year 2020</short-
title></quote>.</text></section>

<section id="H2560CEFD0156488285832E9ECB1F6C79"><enum>2.</enum><header>Organization of
Act into divisions; table of contents</header>
```

```
<subsection
id="H129CCABB60FE4237972AEC829D8A4AAA"><enum>(a)</enum><header>Divisions</header><text>
This Act is organized into four divisions as follows:</text>

<paragraph id="HF2D5822BC54E4E758CE99E7CFC23741F"><enum>(1)</enum><text>Division
Aâ€"Department of Defense Authorizations.</text></paragraph>

<paragraph id="H7847FFDE1EDF4F829089BD3E861A8B6D"><enum>(2)</enum><text>Division
Bâ€"Military Construction Authorizations.</text></paragraph>

<paragraph id="H9136153CA49A47D28300861B26E55931"><enum>(3)</enum><text>Division
Câ€"Department of Energy National Security Authorizations and Other
Authorizations.</text></paragraph>

<paragraph id="HED4F35B814D147148094485B850699D1"><enum>(4)</enum><text>Division
Dâ€"Funding Tables.</text></paragraph>

<paragraph id="H510A929AD66C4127BFD3C5EB56532634"><enum>(5)</enum><text display-
inline="yes-display-inline">Division Eâ€"Intelligence Authorizations for Fiscal Years
2018, 2019, and 2020.</text></paragraph>

<paragraph id="HA2C138AC16414BE2819A935E320BAA18"><enum>(6)</enum><text>Division
Fâ€"Other Matters.</text></paragraph></subsection>

<subsection id="HC012CA174FD34390BCEAABB9E2FFF36F"><enum>(b)</enum><header>Table of
contents</header><text display-inline="yes-display-inline">The table of contents for
this Act is as follows:</text>

<toc container-level="legis-body-container" quoted-block="no-quoted-block" lowest-
level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-
bolded">

<toc-entry idref="HB3EAC5DD968E41EE909349F323924F3D" level="section">Sec.â€‚1.â€‚Short
title.</toc-entry>

<toc-entry idref="H2560CEFD0156488285832E9ECB1F6C79"
level="section">Sec.â€‚2.â€‚Organization of Act into divisions; table of
contents.</toc-entry>

<toc-entry idref="H034F36A0430C4DAF92E43B6D82424630"
level="section">Sec.â€‚3.â€‚Congressional defense committees.</toc-entry>

<toc-entry idref="HF529B0789C2B48FCBB6A3499F3D091A7"
level="section">Sec.â€‚4.â€‚Budgetary effects of this Act.</toc-entry>

<toc-entry idref="H8D780B05F2624DA3AB5E1B6D6F57E823" level="division">Division
Aâ€"DEPARTMENT OF DEFENSE AUTHORIZATIONS</toc-entry>

<toc-entry idref="HFCB84C2EC6FD4420B750716B4E9A7F64" level="title">Title
Iâ€"PROCUREMENT</toc-entry>

<toc-entry idref="H2887F2770FB14E689C51D291987EC793" level="subtitle">Subtitle
Aâ€"Authorization Of Appropriations</toc-entry>

<toc-entry idref="H3010DC0AF6E847EDA09D58C8A57B80D4"
level="section">Sec.â€‚101.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="HCF0196C22FAC463A9715C69A449BCB9A" level="subtitle">Subtitle Bâ€"Army
Programs</toc-entry>

<toc-entry idref="H88081ECE5EA141078E168CD4E5F8D9EF"
level="section">Sec.â€‚111.â€‚Authority of the Secretary of the Army to waive certain
limitations related to the Distributed Common Ground System-Army Increment 1.</toc-
entry>

<toc-entry idref="H3B76BF5B0A2045CC8E91D40593CF21F2" level="subtitle">Subtitle Câ€"Navy
Programs</toc-entry>

<toc-entry idref="HDBC7E44293894C45BF2A2F41C5398979"
level="section">Sec.â€‚121.â€‚Ford-class aircraft carrier cost limitation
baselines.</toc-entry>

<toc-entry idref="HD73FA29E9FBA4E30917A913175F88CA6"
```

WASHSTATEC014544

level="section">Sec.â€‚122.â€‚Modification of annual report on cost targets for certain aircraft carriers.</toc-entry>

<toc-entry idref="H37FA892DB25F4BFEA10B8312248E1DDC" level="section">Sec.â€‚123.â€‚Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman.</toc-entry>

<toc-entry idref="H0F7DD2A4AD8A4E31917A21EE9A091611" level="section">Sec.â€‚124.â€‚Ford class aircraft carrier support for Fâ€"35C aircraft.</toc-entry>

<toc-entry idref="H447F7327637C4A65B4B523F5111BCD80" level="section">Sec.â€‚125.â€‚Prohibition on use of funds for reduction of aircraft carrier force structure.</toc-entry>

<toc-entry idref="H11B039D141AD448C9D4FA0460F31788D" level="section">Sec.â€‚126.â€‚Modification of prohibition on availability of funds for Navy waterborne security barriers.</toc-entry>

<toc-entry idref="H9E58037848D4492BAEFD99F379598C30" level="section">Sec.â€‚127.â€‚LHA Replacement Amphibious Assault Ship Program.</toc-entry>

<toc-entry idref="HD4AE11AB09A24A7180E4550B3BB295A3" level="section">Sec.â€‚128.â€‚Strategic sealift fleet vessel.</toc-entry>

<toc-entry idref="HA03A2CC0361B407AAB40D83A0897CF05" level="section">Sec.â€‚129.â€‚Design and construction of amphibious transport dock designated LPDâ€"31.</toc-entry>

<toc-entry idref="HE506909181694354936A54398028F9FD" level="section">Sec.â€‚130.â€‚Limitation on availability of funds for the Littoral Combat Ship.</toc-entry>

<toc-entry idref="HB9CCBA20C7384C84BFB6D6C458A614FA" level="section">Sec.â€‚131.â€‚Limitation on the next new class of Navy large surface combatants.</toc-entry>

<toc-entry idref="H4F68C7895C8D436A93318CE985B271B0" level="section">Sec.â€‚132.â€‚Limitation on availability of funds pending quarterly updates on the CHâ€"53K King Stallion helicopter program.</toc-entry>

<toc-entry idref="H73D08BE405E342FA82C9B5ADCE72BB0B" level="section">Sec.â€‚133.â€‚Limitation on availability of funds for VHâ€"92A helicopter.</toc-entry>

<toc-entry idref="HC59C16394A354B3EB4D4A1307E19AB2B" level="section">Sec.â€‚134.â€‚Report on carrier wing and aviation combat element composition.</toc-entry>

<toc-entry idref="H1FD903FD2F434DC58DCDB637FBB1C335" level="subtitle">Subtitle Dâ€"Air Force Programs</toc-entry>

<toc-entry idref="HF823E95AED2A46CC9F3F05C3F6311AE5" level="section">Sec.â€‚141.â€‚Modification of requirement to preserve certain Câ€"5 aircraft.</toc-entry>

<toc-entry idref="HD2BD0AF1E3384D8DA3B29C4D7A7836AF" level="section">Sec.â€‚142.â€‚OCâ€"135B aircraft recapitalization program.</toc-entry>

<toc-entry idref="HBA472600E96B469984290EEA9C3A41D9" level="section">Sec.â€‚143.â€‚Requirement to align Air Force aviation force structure with National Defense Strategy.</toc-entry>

<toc-entry idref="HE23F2FCD9F324464B6D4E0132C37AE50" level="section">Sec.â€‚144.â€‚Prohibition on availability of funds for reduction in KCâ€"10 primary mission aircraft inventory.</toc-entry>

<toc-entry idref="H8CA78E5E025F47B4A4B40B0A876362F9" level="section">Sec.â€‚145.â€‚Limitation on availability of funds for Fâ€"15EX aircraft.</toc-entry>

<toc-entry idref="H6873F4155E9743CFB2768D79AE926271" level="section">Sec.â€‚146.â€‚Limitation on availability of funds for VCâ€"25B

aircraft.</toc-entry>

<toc-entry idref="HA267E37F845A4F109D5CF9FE990C52E1"
level="section">Sec.â€‚147.â€‚Limitation on availability of funds for RCâ€"26B
aircraft.</toc-entry>

<toc-entry idref="H6B9B49E5B14540A9B19443FE13AA432C"
level="section">Sec.â€‚148.â€‚Limitation on availability of funds for retirement of
RCâ€"135 aircraft.</toc-entry>

<toc-entry idref="HD7F364AE0F074F7D91E4E51ED5F67B55" level="section">Sec.â€‚149.â€‚Air
Force aggressor squadron modernization.</toc-entry>

<toc-entry idref="HBE2F38A7EAA447FC8FB6F81D1C03F2FD" level="section">Sec.â€‚150.â€‚Air
Force plan for Combat Rescue Helicopter fielding.</toc-entry>

<toc-entry idref="H0A14F0E845B344088A068AA18AD8734D"
level="section">Sec.â€‚151.â€‚Report on feasibility of multiyear contract for
procurement of JASSMâ€"ER missiles.</toc-entry>

<toc-entry idref="H6AEDA6BDB6D14E78A34AEA630315BE83"
level="section">Sec.â€‚152.â€‚Report on aircraft fleet of the Civil Air Patrol.</toc-
entry>

<toc-entry idref="H9CD7FA62F37E41E093C65FCE5D433345"
level="section">Sec.â€‚153.â€‚Sense of Congress on the light attack aircraft initiative
of the Air Force.</toc-entry>

<toc-entry idref="H8EB2AA41C5264ABD9ADFF34F90BA4DAB" level="subtitle">Subtitle
Eâ€"Defense-wide, Joint, and Multiservice Matters</toc-entry>

<toc-entry idref="H9CA6D38B7FAE472A9FC6900666FFFA75"
level="section">Sec.â€‚161.â€‚Economic order quantity contracting and buy-to-budget
acquisition for Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H79BD7A1161D24E668C9FCF6B5BF79FC3"
level="section">Sec.â€‚162.â€‚Relief from contractors for failure to deliver ready-for-
issue spare parts for the Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H881BAB742C3441ACA01CF142268AB455"
level="section">Sec.â€‚163.â€‚Limitation on availability of funds for reallocation of
Turkish Fâ€"35A aircraft to the United States.</toc-entry>

<toc-entry idref="H4E584E9EA6864515A7BFA28BBD6D70D2"
level="section">Sec.â€‚164.â€‚Requirement to establish the use of an Agile DevOps
software development solution as an alternative for Joint Strike Fighter Autonomic
Logistics Information System.</toc-entry>

<toc-entry idref="H4E394937B3CF4E96AE70B33AA1522189"
level="section">Sec.â€‚165.â€‚Fâ€"35 sustainment cost.</toc-entry>

<toc-entry idref="H74348180FA994AD584B0E8F9853838B2"
level="section">Sec.â€‚166.â€‚Reports on the progress and performance of the Fâ€"35
aircraft program.</toc-entry>

<toc-entry idref="H8014A1C1DB404014800D056A3836EB46"
level="section">Sec.â€‚167.â€‚Other reports on the Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H7EA05DCB6F1743A5A745882DAA8D516A"
level="section">Sec.â€‚168.â€‚Limitation on availability of funds for communications
systems lacking certain resiliency features.</toc-entry>

<toc-entry idref="H641D386C09B245FFBDFCFEBF49A78161"
level="section">Sec.â€‚169.â€‚Repeal of tactical unmanned vehicle common data link
requirement.</toc-entry>

<toc-entry idref="H05DBE6A89504437F9F626D5BACD2028A" level="title">Title IIâ€"RESEARCH,
DEVELOPMENT, TEST, AND EVALUATION</toc-entry>

<toc-entry idref="HCBE184C93EDB477784CDDF1BCE72BE03" level="subtitle">Subtitle
Aâ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="H245056B1054A45C49C78E437C0E35067"

WASHSTATEC014546

```
level="section">Sec.â€,201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H61A03EF819C842BD9746EBD90F07B5BB" level="subtitle">Subtitle
Bâ€"Program Requirements, Restrictions, and Limitations</toc-entry>

<toc-entry idref="HB079EBEADEB64145BEB0CF360653FC7E"
level="section">Sec.â€,211.â€,Program on enhancement of preparation of dependents of
members of Armed Forces for careers in science, technology, engineering, and
mathematics.</toc-entry>

<toc-entry idref="H76104D5BA7014A569F81B948C3AAF450"
level="section">Sec.â€,212.â€,Updates to the Department of Defense personnel management
authority to attract experts in science and engineering.</toc-entry>

<toc-entry idref="H3471ED08034748BEACC38EFC4D6B5B23"
level="section">Sec.â€,213.â€,Establishment of joint reserve detachment of the Defense
Innovation Unit.</toc-entry>

<toc-entry idref="H9529436F86FA4FE08F2BBB73710126F5"
level="section">Sec.â€,214.â€,Research and educational programs and activities for
Historically Black Colleges and Universities and Minority-Serving Institutions of
Higher Education.</toc-entry>

<toc-entry idref="H93D6511F779A4CFCAEE82714282B52D0"
level="section">Sec.â€,215.â€,Modification of authority for prizes for advanced
technology achievements.</toc-entry>

<toc-entry idref="HCE98173D8075436086BC3E6277FD55E4"
level="section">Sec.â€,216.â€,Joint hypersonics transition office.</toc-entry>

<toc-entry idref="H74354C5BA4F44852B6277FF0F562B26B"
level="section">Sec.â€,217.â€,Modification of proof of concept commercialization
program.</toc-entry>

<toc-entry idref="HF437406CE7B8432DA4039AE569963CFD"
level="section">Sec.â€,218.â€,Modification of authority and addition of technology
areas for expedited access to technical talent.</toc-entry>

<toc-entry idref="HB7CF4684AA5543F996A3A14ECCE0D888"
level="section">Sec.â€,219.â€,Expansion of coordination in support of national security
innovation and entrepreneurial education.</toc-entry>

<toc-entry idref="HB37D8D5436B640C493179E029E5E8131"
level="section">Sec.â€,220.â€,Modification of defense quantum information science and
technology research and development program.</toc-entry>

<toc-entry idref="H52C0D0F7AD4646A2AD70DDC5014E1AAC"
level="section">Sec.â€,221.â€,Understanding of investments in artificial intelligence
and development of capabilities by adversaries.</toc-entry>

<toc-entry idref="H172F5A2E9DD04D22B4CCF32BFFB30A3E"
level="section">Sec.â€,222.â€,Advisory role of JASON scientific advisory group.</toc-
entry>

<toc-entry idref="H5D0B366DA8D740EBA022C0756FF53724"
level="section">Sec.â€,223.â€,Direct Air Capture and Blue Carbon Removal Technology
Program.</toc-entry>

<toc-entry idref="H80B9CA93B19D42EB89F5D5776B7BC85C"
level="section">Sec.â€,224.â€,Requiring defense microelectronics products and services
meet trusted supply chain and operational security standards.</toc-entry>

<toc-entry idref="HAE7A287D76F340F5BBE467E6C20E9353"
level="section">Sec.â€,225.â€,Development and acquisition strategy to procure secure,
low probability of detection data link network capability.</toc-entry>

<toc-entry idref="HDD0F8238921C4436BA646994D0F62B8C"
level="section">Sec.â€,226.â€,Establishment of secure next-generation wireless network
(5G) infrastructure for the Nevada Test and Training Range and base
infrastructure.</toc-entry>

<toc-entry idref="H66B57952DD42453986427F6C794DFC01"
```

level="section">Sec.â€,227.â€,Administration of manufacturing innovation institutes funded by the Department of Defense.</toc-entry>

<toc-entry idref="HD1540E0C19DA4D349404BCECC68178D7" level="section">Sec.â€,228.â€,Research program on foreign malign influence operations.</toc-entry>

<toc-entry idref="H3EF30AA94DA74A15AFC6B4655339A1C7" level="section">Sec.â€,229.â€,Diversification of the research and engineering workforce of the Department of Defense.</toc-entry>

<toc-entry idref="H9CCB18A4CF834F6BB0C5CFCB98F61A49" level="section">Sec.â€,230.â€,Policy on the talent management of digital expertise and software professionals.</toc-entry>

<toc-entry idref="H017CCEE93CAB493790523DE381ABA115" level="section">Sec.â€,231.â€,Digital engineering capability to automate testing and evaluation.</toc-entry>

<toc-entry idref="H8AB3B34C71A849A1AB2A802C5E16B7C8" level="section">Sec.â€,232.â€,Process to align policy formulation and emerging technology development.</toc-entry>

<toc-entry idref="HFFC1DD0C644A4AED9FF5056CC017903A" level="section">Sec.â€,233.â€,Improvement of the Strategic Capabilities Office of the Department of Defense.</toc-entry>

<toc-entry idref="H7F4E1A1175C24EEFB3DA35FCDAC070F7" level="section">Sec.â€,234.â€,Pilot program on enhanced civics education.</toc-entry>

<toc-entry idref="HBD07556620594D65901BA6C7DDD58F84" level="section">Sec.â€,235.â€,Technology and national security fellowship.</toc-entry>

<toc-entry idref="H1F6AD0C79FB9437882A4215A266D030F" level="section">Sec.â€,236.â€,Documentation relating to the Advanced Battle Management System.</toc-entry>

<toc-entry idref="H80E016F0D7C84234BF8C2C6EBA1D8548" level="section">Sec.â€,237.â€,Sensor data integration for fifth generation aircraft.</toc-entry>

<toc-entry idref="H032D719852F44961A0997C25BBAB9D0F" level="section">Sec.â€,238.â€,Sense of Congress on future vertical lift technologies.</toc-entry>

<toc-entry idref="HFA8D50E8551F4C8FBBFBB7312C85569D" level="section">Sec.â€,239.â€,Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement.</toc-entry>

<toc-entry idref="H3F54E8EDCD5E49AC904A16D2A9BD59DD" level="section">Sec.â€,240.â€,Limitation and report on Indirect Fire Protection Capability Increment 2 capability.</toc-entry>

<toc-entry idref="H6887121CE3924B47A1DAA772ED4B2535" level="subtitle">Subtitle Câ€"Plans, Reports, and Other Matters</toc-entry>

<toc-entry idref="HB4755718B60C45B4800F5A1915ED7577" level="section">Sec.â€,251.â€,Master plan for implementation of authorities relating to science and technology reinvention laboratories.</toc-entry>

<toc-entry idref="H5F66106EFE2C427ABE0225EF12569C8F" level="section">Sec.â€,252.â€,Infrastructure to support research, development, test, and evaluation missions.</toc-entry>

<toc-entry idref="HC410D94321C642A78C7DE5F547676346" level="section">Sec.â€,253.â€,Energetics plan.</toc-entry>

<toc-entry idref="H4B32F3E6CDDC48A1B9FBA65AE82D371F" level="section">Sec.â€,254.â€,Strategy and implementation plan for fifth generation information and communications technologies.</toc-entry>

<toc-entry idref="HA4B948858A4D47FFBC3F6FB5E50FE5C7"

level="section">Sec.â€,255.â€,Department-wide software science and technology strategy.</toc-entry>

<toc-entry idref="HBFBA254B0352438AB0442BD247096113" level="section">Sec.â€,256.â€,Artificial intelligence education strategy.</toc-entry>

<toc-entry idref="H522AE2F1461D44E387F9E944B8D74D36" level="section">Sec.â€,257.â€,Cyber science and technology activities roadmap and reports.</toc-entry>

<toc-entry idref="H271BFA2057DE419FB9E8AB8D7AAAE9E0" level="section">Sec.â€,258.â€,Report on Bâ€"52 commercial engine replacement program.</toc-entry>

<toc-entry idref="HFE62B09FEBFD4F099C2BD326D2AEA33D" level="section">Sec.â€,259.â€,Commercial edge computing technologies and best practices for Department of Defense warfighting systems.</toc-entry>

<toc-entry idref="H4A386039BB37411FA158DBC2545CA050" level="section">Sec.â€,260.â€,Biannual report on the Joint Artificial Intelligence Center.</toc-entry>

<toc-entry idref="H8430439DB0C24BF7ADE42D29A1DCA262" level="section">Sec.â€,261.â€,Quarterly updates on the Optionally Manned Fighting Vehicle program.</toc-entry>

<toc-entry idref="H43E0CF7CCE9E4C2D846F7C79E5F0CE49" level="section">Sec.â€,262.â€,National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions.</toc-entry>

<toc-entry idref="H8D6207A367A7464688518B1CC5DF5BD4" level="section">Sec.â€,263.â€,Study on national security emerging biotechnologies for the Department of Defense.</toc-entry>

<toc-entry idref="H86B91BE5F5DD4B6FA9DBAB54345B28AF" level="section">Sec.â€,264.â€,Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office.</toc-entry>

<toc-entry idref="HE85321F01D704478A339F8E97208BCD8" level="section">Sec.â€,265.â€,Independent assessment of electronic warfare plans and programs.</toc-entry>

<toc-entry idref="H32A349B36F9C43B3AB88C6C2BC14F418" level="section">Sec.â€,266.â€,Technical correction to Global Research Watch Program.</toc-entry>

<toc-entry idref="HE2E1251CF19343E59B0906CD76A34F6C" level="title">Title IIIâ€"Operation and Maintenance</toc-entry>

<toc-entry idref="H05A02CD7A2EE40109D174ACD337B5D2F" level="subtitle">Subtitle Aâ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="HD7D91DC4C7D04A75ADFC8E7B6CC1A0F7" level="section">Sec.â€,301.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HA613675527DF457182A6DFDB9FCC3615" level="subtitle">Subtitle Bâ€"Energy and Environment</toc-entry>

<toc-entry idref="HC26F6C8DD5AB4E24B7D60A70DB29DBC0" level="section">Sec.â€,311.â€,Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness.</toc-entry>

<toc-entry idref="H655569A7E3A849E9806B43463276E8D6" level="section">Sec.â€,312.â€,Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness.</toc-entry>

<toc-entry idref="HACF7CB35B1E94A99A8BDB07CFB0A578B" level="section">Sec.â€,313.â€,Use of proceeds from sale of recyclable materials.</toc-entry>

<toc-entry idref="H5F782346649B4B2396F265896C5F3765">

level="section">Sec.â€,314.â€,Disposal of recyclable materials.</toc-entry>

<toc-entry idref="HD4A8DA25C449485C92244766297D41BA"
level="section">Sec.â€,315.â€,Department of Defense improvement of previously conveyed
utility systems serving military installations.</toc-entry>

<toc-entry idref="H1310446E926449939520IB9B3DCE9E0D"
level="section">Sec.â€,316.â€,Modification of Department of Defense environmental
restoration authorities to include Federal Government facilities used by National
Guard.</toc-entry>

<toc-entry idref="H5FD03F0388474239AFCAED9B80DE9D34" level="section">Sec.â€,317.â€,Use
of operational energy cost savings of Department of Defense.</toc-entry>

<toc-entry idref="H3C961CAF28B64F7997FB6AC90362DB5C" level="section">Sec.â€,318.â€,Sale
of electricity from alternate energy and cogeneration production facilities.</toc-
entry>

<toc-entry idref="H7D6E849BC33E494CB418E3500D6FD61C"
level="section">Sec.â€,319.â€,Energy resilience programs and activities.</toc-entry>

<toc-entry idref="H7FB0220BCC2543648D4A696AEC44AAD7"
level="section">Sec.â€,320.â€,Technical and grammatical corrections and repeal of
obsolete provisions relating to energy.</toc-entry>

<toc-entry idref="H9CF3FB5793FB47908248FC3FCB87360A"
level="section">Sec.â€,321.â€,Transfer authority for funding of study and assessment on
health implications of per- and polyfluoroalkyl substances contamination in drinking
water by Agency for Toxic Substances and Disease Registry.</toc-entry>

<toc-entry idref="H4D43FF07C9B4417E8BDFC453B52212D5"
level="section">Sec.â€,322.â€,Replacement of fluorinated aqueous film-forming foam with
fluorine-free fire-fighting agent.</toc-entry>

<toc-entry idref="HDD1B01567233429281502FE09BB20AC7"
level="section">Sec.â€,323.â€,Prohibition of uncontrolled release of fluorinated
aqueous film-forming foam at military installations.</toc-entry>

<toc-entry idref="H019312B9E5F64835BA18CC7880F7DE7F"
level="section">Sec.â€,324.â€,Prohibition on use of fluorinated aqueous film forming
foam for training exercises.</toc-entry>

<toc-entry idref="H5D05D8DE210F4C61B0D63ACB1AA5089E"
level="section">Sec.â€,325.â€,Real-time sound-monitoring at Navy installations where
tactical fighter aircraft operate.</toc-entry>

<toc-entry idref="H9F848264AC484B9D91E6A83FA05688D6"
level="section">Sec.â€,326.â€,Development of extreme weather vulnerability and risk
assessment tool.</toc-entry>

<toc-entry idref="HD461B5FBCF94498FA0DFF42C65A08193"
level="section">Sec.â€,327.â€,Removal of barriers that discourage investments to
increase military installation resilience.</toc-entry>

<toc-entry idref="H2805DB404B814B96B297A15E6D7FD3EA"
level="section">Sec.â€,328.â€,Budgeting of Department of Defense relating to extreme
weather.</toc-entry>

<toc-entry idref="H8A3CEA251AF74FB1B2E67F19BB604F8C"
level="section">Sec.â€,329.â€,Prohibition on Perfluoroalkyl Substances and
Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging.</toc-entry>

<toc-entry idref="H2595B47D5A114025BA8F31E243E0E5C3"
level="section">Sec.â€,330.â€,Disposal of materials containing per- and polyfluoroalkyl
substances or aqueous film-forming foam.</toc-entry>

<toc-entry idref="HC5DD454C4D0C436D9FCB2E76A03F8A22"
level="section">Sec.â€,331.â€,Agreements to share monitoring data relating to
perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern.</toc-
entry>

<toc-entry idref="H8487C1FF730E417F96859C3AFEFF5919"

level="section">Sec.â€‚332.â€‚Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances.</toc-entry>

<toc-entry idref="H1106BF4720CD40D58A607274BE7CA4E0" level="section">Sec.â€‚333.â€‚Plan to phase out use of burn pits.</toc-entry>

<toc-entry idref="H5D42EB4DC85B4D09A3C4D9F3D0E53CFD" level="section">Sec.â€‚334.â€‚Information relating to locations of burn pit use.</toc-entry>

<toc-entry idref="HCF79632CF0E9440BBAC51FEB8FAEA284" level="section">Sec.â€‚335.â€‚Data quality review of radium testing conducted at certain locations of the Department of the Navy.</toc-entry>

<toc-entry idref="H7A502C7BF13F46F99633EE5405C60E19" level="section">Sec.â€‚336.â€‚Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota.</toc-entry>

<toc-entry idref="H8306AF43025C4CB8A34B174BBD7CBC94" level="section">Sec.â€‚337.â€‚Pilot program for availability of working-capital funds for increased combat capability through energy optimization.</toc-entry>

<toc-entry idref="H0048830F852349CFA1D1A1992539295A" level="section">Sec.â€‚338.â€‚Report on efforts to reduce high energy intensity at military installations.</toc-entry>

<toc-entry idref="H70146F010EA04AA897D5D060A45DABDB" level="subtitle">Subtitle Câ€"Treatment of Contaminated Water Near Military Installations</toc-entry>

<toc-entry idref="H5BA4D3D9FCA7486BAA3B5ABF0D85F7CD" level="section">Sec.â€‚341.â€‚Short title.</toc-entry>

<toc-entry idref="HFE00354E68074FD5A068201E500ECCF8" level="section">Sec.â€‚342.â€‚Definitions.</toc-entry>

<toc-entry idref="H8463650D8DCE4C898C41251FE3A9430A" level="section">Sec.â€‚343.â€‚Provision of water uncontaminated with perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes.</toc-entry>

<toc-entry idref="H3B9D849C95EC4DECA02C8D0A6AF8468A" level="section">Sec.â€‚344.â€‚Acquisition of real property by Air Force.</toc-entry>

<toc-entry idref="H78A33297694C445F83134C8F097EA7EF" level="section">Sec.â€‚345.â€‚Remediation plan.</toc-entry>

<toc-entry idref="H4BBC505F4A0441BBBA6B56DBF7E148EC" level="subtitle">Subtitle Dâ€"Logistics and Sustainment</toc-entry>

<toc-entry idref="H268D530F4DDD44B0A69C7A5208B5356F" level="section">Sec.â€‚351.â€‚Materiel readiness metrics and objectives.</toc-entry>

<toc-entry idref="H8BFD398FA08B4388B469AA7C17D67420" level="section">Sec.â€‚352.â€‚Clarification of authority regarding use of working-capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities.</toc-entry>

<toc-entry idref="H565D9F3E1D544EDAA883EB73632912E9" level="section">Sec.â€‚353.â€‚Modification to limitation on length of overseas forward deployment of naval vessels.</toc-entry>

<toc-entry idref="H87EEE231591F4975B1FCC302BA7AA444" level="section">Sec.â€‚354.â€‚Extension of temporary installation reutilization authority for arsenals, depots, and plants.</toc-entry>

<toc-entry idref="H4A6D95FFE121422495BFCA77F4AD07CD" level="section">Sec.â€‚355.â€‚Fâ€"35 Joint Strike Fighter sustainment.</toc-entry>

<toc-entry idref="H76293D5404894419B87923D1F9CCADCC" level="section">Sec.â€‚356.â€‚Report on strategic policy for prepositioned materiel and equipment.</toc-entry>

<toc-entry idref="H5D2ABB79E47D4D9786711AB6BDAFD9E7"

level="section">Sec.â€,357.â€,Pilot program to train skilled technicians in critical shipbuilding skills.</toc-entry>

<toc-entry idref="H14D65977F79C47F0AEB6A432837D1713" level="section">Sec.â€,358.â€,Requirement for military department inter-service depot maintenance.</toc-entry>

<toc-entry idref="HD1935972E37343E9BD67BB1E38BFB7F2" level="section">Sec.â€,359.â€,Strategy to improve infrastructure of certain depots of the Department of Defense.</toc-entry>

<toc-entry idref="H3307DCCAFB5146B59359B1A615E659ED" level="subtitle">Subtitle Eâ€"Reports</toc-entry>

<toc-entry idref="H7EB10842648B48669F7A1A85F85BA33A" level="section">Sec.â€,361.â€,Readiness reporting.</toc-entry>

<toc-entry idref="HFAEE702823014B02969B0567EC7B4902" level="section">Sec.â€,362.â€,Technical correction to deadline for transition to Defense Readiness Reporting System Strategic.</toc-entry>

<toc-entry idref="HEB4EF347AA914BCB94BAE7669367A247" level="section">Sec.â€,363.â€,Report on Navy ship depot maintenance budget.</toc-entry>

<toc-entry idref="H64FBBA345FA04297AAE0CD880BE481CB" level="section">Sec.â€,364.â€,Report on Runit Dome.</toc-entry>

<toc-entry idref="H4A335F28FCA44A9491D7DC1378037442" level="section">Sec.â€,365.â€,Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units.</toc-entry>

<toc-entry idref="H33F3753E99D346AE8F7F09FA64EB9906" level="section">Sec.â€,366.â€,Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense.</toc-entry>

<toc-entry idref="HD748A1DFBBC24F5381DB18DA2E4A7E08" level="subtitle">Subtitle Fâ€"Other Matters</toc-entry>

<toc-entry idref="HCDAEF26E548644D09F3E84AAD5F5DE0A" level="section">Sec.â€,371.â€,Prevention of encroachment on military training routes and military operations areas.</toc-entry>

<toc-entry idref="HA3926C5DD82D47B998A918D57CD6ACE3" level="section">Sec.â€,372.â€,Expansion and enhancement of authorities on transfer and adoption of military animals.</toc-entry>

<toc-entry idref="H4629760C93C9497EB4AFD057906349B0" level="section">Sec.â€,373.â€,Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities.</toc-entry>

<toc-entry idref="HB06442574BD049DF97959281B5F96601" level="section">Sec.â€,374.â€,Extension of authority of Secretary of Transportation to issue non-premium aviation insurance.</toc-entry>

<toc-entry idref="HD638DD8B6F084849905BA7ADC32035F1" level="section">Sec.â€,375.â€,Defense personal property program.</toc-entry>

<toc-entry idref="HB4AD1778FBF34112B8E917773CD0E26D" level="section">Sec.â€,376.â€,Public events about Red Hill Bulk Fuel Storage Facility.</toc-entry>

<toc-entry idref="HA619F78FD624458F966F316225385100" level="section">Sec.â€,377.â€,Sense of Congress regarding Innovative Readiness Training program.</toc-entry>

<toc-entry idref="H708F42274763459095C0E3EF5C4685D9" level="section">Sec.â€,378.â€,Detonation chambers for explosive ordnance disposal.</toc-entry>

<toc-entry idref="HC413933C93DD44F780DACCEE4A24F839" level="title">Title IVâ€"MILITARY PERSONNEL AUTHORIZATIONS</toc-entry>

WASHSTATEC014552

&lt;toc-entry idref="H8F5D7E999D9D42A58D1F40349CD7E6E9" level="subtitle"&gt;Subtitle Aâ€"Active Forces&lt;/toc-entry&gt;

&lt;toc-entry idref="H5D671D0BA85841A18579225B9D09E74C" level="section"&gt;Sec.â€¸401.â€¸End strengths for active forces.&lt;/toc-entry&gt;

&lt;toc-entry idref="H2C243D8BC16E4528B3EAD3C51D47AF73" level="section"&gt;Sec.â€¸402.â€¸Revisions in permanent active duty end strength minimum levels.&lt;/toc-entry&gt;

&lt;toc-entry idref="H8D2BBF8448FB4D6F983C62ABA7F75B0C" level="subtitle"&gt;Subtitle Bâ€"Reserve Forces&lt;/toc-entry&gt;

&lt;toc-entry idref="H597BA85783794D98A486F0175AF76EDF" level="section"&gt;Sec.â€¸411.â€¸End strengths for Selected Reserve.&lt;/toc-entry&gt;

&lt;toc-entry idref="HBE201549089749D99611998606E2C775" level="section"&gt;Sec.â€¸412.â€¸End strengths for Reserves on active duty in support of the reserves.&lt;/toc-entry&gt;

&lt;toc-entry idref="H187AD56036A94E4E82BCF480659E3F4E" level="section"&gt;Sec.â€¸413.â€¸End strengths for military technicians (dual status).&lt;/toc-entry&gt;

&lt;toc-entry idref="H73D614BD55A74D039A929123089A3824" level="section"&gt;Sec.â€¸414.â€¸Maximum number of reserve personnel authorized to be on active duty for operational support.&lt;/toc-entry&gt;

&lt;toc-entry idref="H3F22939AB0BF415088EA195555D674A1" level="section"&gt;Sec.â€¸415.â€¸Authorized strengths for Marine Corps Reserves on active duty.&lt;/toc-entry&gt;

&lt;toc-entry idref="H504046A09A5444DFB679588D323ABC72" level="section"&gt;Sec.â€¸416.â€¸Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE0408E38AAAF4A4C858C0EA69B43822A" level="subtitle"&gt;Subtitle Câ€"Authorization of Appropriations&lt;/toc-entry&gt;

&lt;toc-entry idref="H4697418DFA4F4A1A815C11EA11C44A3C" level="section"&gt;Sec.â€¸421.â€¸Military personnel.&lt;/toc-entry&gt;

&lt;toc-entry idref="HD7D5EA06CB1D47BB8D9C2D58947296E2" level="title"&gt;Title Vâ€"MILITARY PERSONNEL POLICY&lt;/toc-entry&gt;

&lt;toc-entry idref="HF14570F8B4274E628344E8074522BF13" level="subtitle"&gt;Subtitle Aâ€"Officer Personnel Policy&lt;/toc-entry&gt;

&lt;toc-entry idref="HD6F6952BFB85496A8F94FFC7AC520069" level="section"&gt;Sec.â€¸501.â€¸Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component.&lt;/toc-entry&gt;

&lt;toc-entry idref="H697497B98A1B41209CB30411CDF643C9" level="section"&gt;Sec.â€¸502.â€¸Furnishing of adverse information on officers to promotion selection boards.&lt;/toc-entry&gt;

&lt;toc-entry idref="HB577E172099344379BF1C98758A9B4F7" level="section"&gt;Sec.â€¸503.â€¸Limitation on number of officers recommendable for promotion by promotion selection boards.&lt;/toc-entry&gt;

&lt;toc-entry idref="H5E71D4CFB6834C08B36696382C8C8C54" level="section"&gt;Sec.â€¸504.â€¸Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks.&lt;/toc-entry&gt;

&lt;toc-entry idref="HDC3A9A36533344AB99EA695BEA88BE1B" level="section"&gt;Sec.â€¸505.â€¸Management policies for joint qualified officers.&lt;/toc-entry&gt;

&lt;toc-entry idref="H24567B729B3D4C588B3BCB52520ADBA7" level="section"&gt;Sec.â€¸506.â€¸Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters.&lt;/toc-entry&gt;

WASHSTATEC014553

&lt;toc-entry idref="H6E04E371A6934ECB80332D97A198C999"
level="section"&gt;Sec.â€¯507.â€¯Personnel tempo of the Armed Forces and the United States
Special Operations Command during periods of inapplicability of high-deployment
limitations.&lt;/toc-entry&gt;

&lt;toc-entry idref="HCCB642B3C9074507B5E253FA4B78E01A"
level="section"&gt;Sec.â€¯508.â€¯Permanent authority to defer past age 64 the retirement
of chaplains in general and flag officer grades.&lt;/toc-entry&gt;

&lt;toc-entry idref="HAE9BFA6AD3174991B8774BC3A245721D"
level="section"&gt;Sec.â€¯509.â€¯Higher grade in retirement for officers following
reopening of determination or certification of retired grade.&lt;/toc-entry&gt;

&lt;toc-entry idref="H77186C86AF9A48059C27B223FC5905C2"
level="section"&gt;Sec.â€¯510.â€¯Authority of promotion boards to recommend that officers
of particular merit be placed higher on promotion list.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE6722DDD649D4FCB81AB29B2DF13225A"
level="section"&gt;Sec.â€¯510A.â€¯Availability on the internet of certain information
about officers serving in general or flag officer grades.&lt;/toc-entry&gt;

&lt;toc-entry idref="HA7485CA9E4C84466A8D525BD3541FEDF"
level="section"&gt;Sec.â€¯510B.â€¯Functional badge or insignia upon commission for
chaplains.&lt;/toc-entry&gt;

&lt;toc-entry idref="H2EFF90EEA427473DAF96884F90AE605C" level="subtitle"&gt;Subtitle
Bâ€"Reserve Component Management&lt;/toc-entry&gt;

&lt;toc-entry idref="HF03EA112ACA04A3AA743EAF49D0AED2B"
level="section"&gt;Sec.â€¯511.â€¯Modification of grade level threshold for Junior Reserve
Officersâ€™ Training Corps.&lt;/toc-entry&gt;

&lt;toc-entry idref="HBA203B601FC94E4884C81432E3EABB87"
level="section"&gt;Sec.â€¯512.â€¯Inclusion of STEM in courses of instruction for the
Junior Reserve Officersâ€™ Training Corps.&lt;/toc-entry&gt;

&lt;toc-entry idref="H4F21DDAD6D524197B8FC20115837F58C"
level="section"&gt;Sec.â€¯513.â€¯Inclusion of homeschooled students in Junior Reserve
Officers' Training Corps units.&lt;/toc-entry&gt;

&lt;toc-entry idref="H9ABA74967C3C40E0BE147CD679B24ED5"
level="section"&gt;Sec.â€¯514.â€¯Clarification of eligibility to serve as Commander,
Marine Forces Reserve.&lt;/toc-entry&gt;

&lt;toc-entry idref="H544A9AFAB8A74891B98BE55DB861E502"
level="section"&gt;Sec.â€¯515.â€¯Extension and periodic evaluation of suicide prevention
and resilience program for the reserve components.&lt;/toc-entry&gt;

&lt;toc-entry idref="H984360B3543344519CADFA3216508FFF"
level="section"&gt;Sec.â€¯516.â€¯Authority to defer mandatory separation at age 68 of
officers in medical specialties in the reserve components.&lt;/toc-entry&gt;

&lt;toc-entry idref="H7AAEAD7A0BD040CFBDFD1B852B07D92B"
level="section"&gt;Sec.â€¯517.â€¯Modernization of inspection authorities applicable to the
National Guard.&lt;/toc-entry&gt;

&lt;toc-entry idref="H869CDA9CC459463F9E6472681800693A"
level="section"&gt;Sec.â€¯518.â€¯Consultation with Chief of the National Guard Bureau in
the appointment or designation of National Guard property and fiscal officers.&lt;/toc-
entry&gt;

&lt;toc-entry idref="HC1E08DA5F7F34735860B1E8BF696B92E"
level="section"&gt;Sec.â€¯519.â€¯Coast Guard Junior Reserve Officersâ€™ Training
Corps.&lt;/toc-entry&gt;

&lt;toc-entry idref="H37A7979AF881491C869AA4780A8FEA30"
level="section"&gt;Sec.â€¯520.â€¯Repeal of requirement for review of certain Army Reserve
officer unit vacancy promotions by commanders of associated active duty units.&lt;/toc-
entry&gt;

&lt;toc-entry idref="HBC0C55E1EC6E4A9EB0A2E7924D46C0AA"
level="section"&gt;Sec.â€¯520A.â€¯Report on methods to enhance domestic response to large

scale, complex and catastrophic disasters.</toc-entry>

<toc-entry idref="H4A373242C8D34AFFBDE035B3714C2219"
level="section">Sec.â€,520B.â€,Report and briefing on the Senior Reserve Officers'
Training Corps.</toc-entry>

<toc-entry idref="H41C9109731694547B24421AF49760FEF"
level="section">Sec.â€,520C.â€,Sense of Congress on increase in number of Junior
Reserve Officers' Training Corps units.</toc-entry>

<toc-entry idref="H081ECE65A035452A9058E4A72CE4D800" level="subtitle">Subtitle
Câ€"General Service Authorities and Correction of Military Records</toc-entry>

<toc-entry idref="H968B8EBA8C7242D9984FBB16CC03B34A"
level="section">Sec.â€,521.â€,Advice and counsel of trauma experts in review by boards
for correction of military records and discharge review boards of certain claims.</toc-
entry>

<toc-entry idref="H3661DFA1F665406F8BDAEF6DDB2133D1"
level="section">Sec.â€,522.â€,Reduction in required number of members of discharge
review boards.</toc-entry>

<toc-entry idref="H0075F1AF00EB4132BAD8171E3BFFABCD"
level="section">Sec.â€,523.â€,Establishment of process to review a request for upgrade
of discharge or dismissal.</toc-entry>

<toc-entry idref="HA92E1D0105AE4A33A8BFB2F84FC058AB"
level="section">Sec.â€,524.â€,Prohibition on reduction in the number of personnel
assigned to duty with a service review agency.</toc-entry>

<toc-entry idref="HCD19F825CD024A8194A5C8FC407EA4E1"
level="section">Sec.â€,525.â€,Training of members of boards for correction of military
records and discharge review boards on sexual trauma, intimate partner violence,
spousal abuse, and related matters.</toc-entry>

<toc-entry idref="H472747A1520148D28A5A86A2DD47BC8C" level="section">Sec.â€,526.â€,Time
requirements for certification of honorable service.</toc-entry>

<toc-entry idref="HCD78A65305254E2CA3B00E485775E90A"
level="section">Sec.â€,527.â€,Correction of certain discharge characterizations.</toc-
entry>

<toc-entry idref="H93C2F89BF3D945839780D1108E5C0486"
level="section">Sec.â€,528.â€,Development of guidelines for use of unofficial sources
of information to determine eligibility of members and former members of the Armed
Forces for decorations when the service records are incomplete because of damage to the
official record.</toc-entry>

<toc-entry idref="H5921E6689EA3483EB73272C8B095A0E5"
level="section">Sec.â€,529.â€,Strategic plan for diversity and inclusion.</toc-entry>

<toc-entry idref="HEF3BA064B814417CBB235CB223777C97"
level="section">Sec.â€,530.â€,Study regarding screening individuals who seek to enlist
in the Armed Forces.</toc-entry>

<toc-entry idref="H020A0FDB94BD49B190DFF5AE6B16E1E6"
level="section">Sec.â€,530A.â€,Feasibility study regarding notification to Secretary of
Homeland Security of honorable discharges of non-citizens.</toc-entry>

<toc-entry idref="H6353313867E44EAB8490826FABCA693C"
level="section">Sec.â€,530B.â€,Sense of Congress regarding accession physicals.</toc-
entry>

<toc-entry idref="H722B8D6F41744F95B5F03639340865BE" level="subtitle">Subtitle
Dâ€"Military Justice</toc-entry>

<toc-entry idref="H54EE3138FC1E412088C9CB730E4B0DFC"
level="section">Sec.â€,531.â€,Expansion of pre-referral matters reviewable by military
judges and military magistrates in the interest of efficiency in military
justice.</toc-entry>

<toc-entry idref="H63D1B9A685A9447C969332E934C3636B"

WASHSTATEC014555

level="section">Sec.â€,532.â€,Command influence.</toc-entry>

<toc-entry idref="HA108BEF74F6841838B98629248E20134"
level="section">Sec.â€,533.â€,Statute of limitations for certain offenses.</toc-entry>

<toc-entry idref="H18D4C08B36B4482496C3110137F13448"
level="section">Sec.â€,534.â€,Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system.</toc-entry>

<toc-entry idref="H95E18E215FD34B1FA1C0AF87B5316FA3"
level="section">Sec.â€,535.â€,Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces.</toc-entry>

<toc-entry idref="HC20248B15A82430699D1718EE69EF6B3"
level="section">Sec.â€,536.â€,Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings.</toc-entry>

<toc-entry idref="H0D5F3FB3310C4EAFAAF6B402851153F6"
level="section">Sec.â€,537.â€,Guidelines on sentences for offenses committed under the Uniform Code of Military Justice.</toc-entry>

<toc-entry idref="H4C9620E9B0194B24868081F7E44774B7"
level="section">Sec.â€,538.â€,Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault.</toc-entry>

<toc-entry idref="H5C6DC13609B9495CA3B1D72D5FCA61C6"
level="section">Sec.â€,539.â€,Increase in number of digital forensic examiners for certain military criminal investigative organizations.</toc-entry>

<toc-entry idref="H7ADD90D57FAB4FC888A0395785E1F0E0"
level="section">Sec.â€,540.â€,Increase in investigative personnel and Victim Witness Assistance Program liaisons.</toc-entry>

<toc-entry idref="H97063B3E338C4DE182C0812C7832D949"
level="section">Sec.â€,540A.â€,Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses.</toc-entry>

<toc-entry idref="H00B9C359B7544CF0921855B55ADF1D5F"
level="section">Sec.â€,540B.â€,Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault.</toc-entry>

<toc-entry idref="HD3C2B019B1C145D3AC791821DDFA16F5"
level="section">Sec.â€,540C.â€,Timely disposition of nonprosecutable sex-related offenses.</toc-entry>

<toc-entry idref="H0A9F25318B6B487B862FA6B7B4BBC435"
level="section">Sec.â€,540D.â€,Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces.</toc-entry>

<toc-entry idref="H9B8754619A434D22A6DDA0E8C26477CA"
level="section">Sec.â€,540E.â€,Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment.</toc-entry>

<toc-entry idref="H58D6BEAB95524C23AF149C2A20971FAB"
level="section">Sec.â€,540F.â€,Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice.</toc-entry>

<toc-entry idref="H36091769AB5E43C8B759610DDD70D00F"
level="section">Sec.â€,540G.â€,Report on standardization among the military departments in collection and presentation of information on matters within the military justice system.</toc-entry>

<toc-entry idref="H136C90EEBFD242418372F5077D07FA06"
level="section">Sec.â€,540H.â€,Report on expansion of Air Force safe to report policy across the Armed Forces.</toc-entry>

<toc-entry idref="H29D6A7AADD4A4842A6F898D7A041C162"
level="section">Sec.â€,540I.â€,Assessment of racial, ethnic, and gender disparities in

the military justice system.</toc-entry>

<toc-entry idref="H5EB28F3BC8D14B56A6ECD530CD9FD3C5"
level="section">Sec.â€,540J.â€,Pilot programs on defense investigators in the military
justice system.</toc-entry>

<toc-entry idref="H436974080FDE4CC4B7366AEF8453DB01"
level="section">Sec.â€,540K.â€,Report on preservation of recourse to restricted report
on sexual assault for victims of sexual assault following certain victim or third-party
communications.</toc-entry>

<toc-entry idref="H0538C16072904B8BA0DC53E386284DB0"
level="section">Sec.â€,540L.â€,Report on establishment of guardian ad litem program for
certain military dependents who are a victim or witness of an offense under the Uniform
Code of Military Justice involving abuse or exploitation.</toc-entry>

<toc-entry idref="H492BDF2E2C7641C489323DDB972BB16D"
level="section">Sec.â€,540M.â€,Comptroller General of the United States report on
implementation by the Armed Forces of recent statutory requirements on sexual assault
prevention and response in the military.</toc-entry>

<toc-entry idref="H4BEC621ABEA04DDDB841E26D4CD70A1C"
level="section">Sec.â€,540N.â€,Sense of Congress on the Port Chicago 50.</toc-entry>

<toc-entry idref="H6FC433CFC15F4F1B96D832D431AE8501" level="subtitle">Subtitle
Eâ€"Other Legal Matters</toc-entry>

<toc-entry idref="H8E6C5FD9CF0440A8BF747EC4783D8BFA"
level="section">Sec.â€,541.â€,Improvement of certain Special Victims' Counsel
authorities.</toc-entry>

<toc-entry idref="H11AE2F43E08A4AA0A16DDF123C100071"
level="section">Sec.â€,542.â€,Availability of Special Victims' Counsel at military
installations.</toc-entry>

<toc-entry idref="HCDBB5730D64743BFA930C99EDB9A55C0"
level="section">Sec.â€,543.â€,Notification of issuance of military protective order to
civilian law enforcement.</toc-entry>

<toc-entry idref="H37AFA273A8B84BF2960010E06AFC48C8"
level="section">Sec.â€,544.â€,Copyright protection for civilian faculty of certain
accredited institutions.</toc-entry>

<toc-entry idref="HF31A61657FF749F18D28B89AA6E0DAD1"
level="section">Sec.â€,545.â€,Termination of leases of premises and motor vehicles of
servicemembers who incur catastrophic injury or illness or die while in military
service.</toc-entry>

<toc-entry idref="HDA25310038BF42C180BBABA29768E9EE"
level="section">Sec.â€,546.â€,Military orders required for termination of leases
pursuant to the Servicemembers Civil Relief Act.</toc-entry>

<toc-entry idref="H0A34BE1D434A4617B2A08822C3622374"
level="section">Sec.â€,547.â€,Preservation of right to bring class action under
Servicemembers Civil Relief Act.</toc-entry>

<toc-entry idref="H07887B97B1B54AC8B1D533176F05847C"
level="section">Sec.â€,548.â€,Legal counsel for victims of alleged domestic violence
offenses.</toc-entry>

<toc-entry idref="HD95609246F474DDF98C66243A075D4CB"
level="section">Sec.â€,549.â€,Notice to victims of alleged sexual assault of pendency
of further administrative action following a determination not to refer to trial by
court-martial.</toc-entry>

<toc-entry idref="H1893530D94DA41C2AE512462D0E85432"
level="section">Sec.â€,550.â€,Treatment of information in Catch a Serial Offender
Program for certain purposes.</toc-entry>

<toc-entry idref="HB068F6953FEB4B9D84361AD701FC9AB4"
level="section">Sec.â€,550A.â€,Policies and procedures on registration at military
installations of civilian protective orders applicable to members of the Armed Forces

assigned to such installations and certain other individuals.</toc-entry>

<toc-entry idref="H31B6F03E8D974935A44DA96827D8E0BF"
level="section">Sec.â€‚550B.â€‚Defense Advisory Committee for the Prevention of Sexual
Misconduct.</toc-entry>

<toc-entry idref="H1E288A418F104DC19FBCAEF0964A8E1A"
level="section">Sec.â€‚550C.â€‚Training for Special Victims' Counsel on civilian
criminal justice matters in the States of the military installations to which
assigned.</toc-entry>

<toc-entry idref="HDD32161FF18C49AABC18319B5725C91B"
level="section">Sec.â€‚550D.â€‚Enhancing the capability of military criminal
investigative organizations to prevent and combat child sexual exploitation.</toc-
entry>

<toc-entry idref="H54A48E21EB214F32AB5879BBB8C08FCF"
level="section">Sec.â€‚550E.â€‚Feasibility study on establishment of database of
military protective orders.</toc-entry>

<toc-entry idref="HECB1960172D84E13A770A72A2E5F6965" level="section">Sec.â€‚550F.â€‚GAO
review of USERRA and SCRA.</toc-entry>

<toc-entry idref="H1D3AA4E92EEC4149AEF045982D7A107A" level="subtitle">Subtitle
Fâ€"Member Education</toc-entry>

<toc-entry idref="HCE801BACFAF54D73905D6A10E3B66FEF"
level="section">Sec.â€‚551.â€‚Authority for detail of certain enlisted members of the
Armed Forces as students at law schools.</toc-entry>

<toc-entry idref="H2F9DD54534EF409AA31320D8750F0D61"
level="section">Sec.â€‚552.â€‚Inclusion of Coast Guard in Department of Defense
STARBASE Program.</toc-entry>

<toc-entry idref="H9171BD9E9EBD47DBAB9FFBDA53AB5C04"
level="section">Sec.â€‚553.â€‚Degree granting authority for United States Army Armament
Graduate School; limitation on establishment of certain educational institutions.</toc-
entry>

<toc-entry idref="H205501C594D145329436C5B2F6E69A0D"
level="section">Sec.â€‚554.â€‚Prohibition on off-duty employment for cadets and
midshipmen completing obligated service after graduation.</toc-entry>

<toc-entry idref="H95110FE279B24640815F2F609495EE57"
level="section">Sec.â€‚555.â€‚Consideration of request for transfer of a cadet or
midshipman at a military service academy who is the victim of a sexual assault or
related offense.</toc-entry>

<toc-entry idref="H1E695FF32DCA42EF8E84A8562984440B"
level="section">Sec.â€‚556.â€‚Redesignation of the Commandant of the United States Air
Force Institute of Technology as the Director and Chancellor of such Institute.</toc-
entry>

<toc-entry idref="H4EEE86A7411948E0B779CFE4BE532979"
level="section">Sec.â€‚557.â€‚Eligibility of additional enlisted members for associate
degree programs of the Community College of the Air Force.</toc-entry>

<toc-entry idref="HC273FA927EF149C6B98F95554C96DC06"
level="section">Sec.â€‚558.â€‚Speech disorders of cadets and midshipmen.</toc-entry>

<toc-entry idref="HD90E830015B34EAE899375E7DDEEE56E"
level="section">Sec.â€‚559.â€‚Requirement to continue provision of tuition assistance
for members of the Armed Forces.</toc-entry>

<toc-entry idref="HC3D2C8802DEB494DA597F7A9D8B9C957"
level="section">Sec.â€‚560.â€‚Information on institutions of higher education
participating in the Department of Defense Tuition Assistance Program.</toc-entry>

<toc-entry idref="HF7ED5AAA8AFC41729B1B670D8ABC1ED6"
level="section">Sec.â€‚560A.â€‚Inclusion of information on free credit monitoring in
annual financial literacy briefing.</toc-entry>

WASHSTATEC014558

&lt;toc-entry idref="HCFD0519704AE46CA821AF6129133F4CF"
level="section"&gt;Sec.â€,560B.â€,Programs to facilitate the award of private pilot's
certificates.&lt;/toc-entry&gt;

&lt;toc-entry idref="H842E3C84A1B747168CFAEDD3EDCDB9B3" level="subtitle"&gt;Subtitle
Gâ€"Member Training and Transition&lt;/toc-entry&gt;

&lt;toc-entry idref="HF153443E7D8E456D938F557DE29F3388"
level="section"&gt;Sec.â€,561.â€,Requirement to provide information regarding benefits
claims to members during TAP counseling.&lt;/toc-entry&gt;

&lt;toc-entry idref="H013B43DC914947AB8F6D172E8B206C5E"
level="section"&gt;Sec.â€,562.â€,Participation of other Federal agencies in the
SkillBridge apprenticeship and internship program for members of the Armed
Forces.&lt;/toc-entry&gt;

&lt;toc-entry idref="H83AFF5C4ED7D4B19B345B4A42A81451B"
level="section"&gt;Sec.â€,563.â€,First modification of elements of report on the improved
Transition Assistance Program.&lt;/toc-entry&gt;

&lt;toc-entry idref="H7EF300DF59F34E749FB1373D7045FDFF"
level="section"&gt;Sec.â€,564.â€,Second modification of elements of report on the improved
Transition Assistance Program.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE3D3CD33DAC344059633AC4800D62257"
level="section"&gt;Sec.â€,565.â€,Prohibition on gender-segregated training at Marine Corps
Recruit Depots.&lt;/toc-entry&gt;

&lt;toc-entry idref="HF5780DB72E214C378F1B689B141D965B"
level="section"&gt;Sec.â€,566.â€,Assessment of deaths of recruits under the jurisdiction
of the Secretaries of the military departments.&lt;/toc-entry&gt;

&lt;toc-entry idref="HD02768B2FA4B440E84E0BADC13D8DDBD"
level="section"&gt;Sec.â€,567.â€,Review of Department of Defense training programs
regarding disinformation campaigns.&lt;/toc-entry&gt;

&lt;toc-entry idref="H57E90C1B5CE64C31ACD4B69FCFE9F0FF"
level="section"&gt;Sec.â€,568.â€,Command matters in connection with transition assistance
programs.&lt;/toc-entry&gt;

&lt;toc-entry idref="HA0F34C22A3AC48EF952C77F6CED0962A"
level="section"&gt;Sec.â€,569.â€,Machine readability and electronic transferability of
Certificate of Release or Discharge from Active Duty (DD Form 214).&lt;/toc-entry&gt;

&lt;toc-entry idref="HB3C2EB794C8E48E08634C89A8D9DC698"
level="section"&gt;Sec.â€,570.â€,Records of service for Reserves.&lt;/toc-entry&gt;

&lt;toc-entry idref="H5FFD1F9DFB194288B791260BD6214E34"
level="section"&gt;Sec.â€,570A.â€,Limitations and requirements in connection with
separations for members of the Armed Forces who suffer from mental health conditions in
connection with a sex-related, intimate partner violence-related, or spousal-abuse
offense.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC3C77D036422443FACEF9B9875CCD48A"
level="section"&gt;Sec.â€,570B.â€,Prohibition on involuntary separation of certain members
of the Armed Forces; consideration of military service in removal determinations.&lt;/toc-
entry&gt;

&lt;toc-entry idref="H81799B683C6F44D0BC97B5BF2053F848"
level="section"&gt;Sec.â€,570C.â€,Inclusion of question regarding immigration status on
preseparation counseling checklist (DD Form 2648).&lt;/toc-entry&gt;

&lt;toc-entry idref="HA7D73E874A8D4D878890763053EB030A"
level="section"&gt;Sec.â€,570D.â€,Counseling for members of the Armed Forces who are not
citizens of the United States on naturalization in the United States.&lt;/toc-entry&gt;

&lt;toc-entry idref="HBD9894ABF05340BB92D64C98FAC1B6A1"
level="section"&gt;Sec.â€,570E.â€,Pilot program on information sharing between Department
of Defense and designated relatives and friends of members of the Armed Forces
regarding the experiences and challenges of military service.&lt;/toc-entry&gt;

&lt;toc-entry idref="H0A463061300348F9A206EBB8AD70AB26"&gt;

level="section">Sec.â€,570F.â€,Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities.</toc-entry>

<toc-entry idref="H59E144563C3E4F8C90B5E2E5976158FA" level="section">Sec.â€,570G.â€,Pilot program regarding online application for the Transition Assistance Program.</toc-entry>

<toc-entry idref="H58D6DA5BA65E4EBC9821F3B88AF7181D" level="subtitle">Subtitle Hâ€"Military Family Readiness and Dependentsâ€™ Education</toc-entry>

<toc-entry idref="H195B31F5831E448B81DA37D9531F8CD6" level="section">Sec.â€,571.â€,Authorizing members to take leave for a birth or adoption in more than one increment.</toc-entry>

<toc-entry idref="H021E77C23AC74E6A8957E7B0E4B00880" level="section">Sec.â€,572.â€,Deferred deployment for members who give birth.</toc-entry>

<toc-entry idref="HC5D344D5690D43F481027C2A7A934335" level="section">Sec.â€,573.â€,Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains.</toc-entry>

<toc-entry idref="H3A5DB6CC8767408FA1654EE075212CBA" level="section">Sec.â€,574.â€,Military funeral honors matters.</toc-entry>

<toc-entry idref="HB40B1A12743C4B2CBFBA9E85BA8A8B56" level="section">Sec.â€,575.â€,Improvement of occupational license portability for relocated spouses of members of the uniformed services.</toc-entry>

<toc-entry idref="H2428EAADF6624BC3B0E588FEB65F3F43" level="section">Sec.â€,576.â€,Continued eligibility for education and training opportunities for spouses of promoted members.</toc-entry>

<toc-entry idref="H463FC65E299746A1B1AB093E25078142" level="section">Sec.â€,577.â€,Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation.</toc-entry>

<toc-entry idref="H86547EA0CF7C4F04A9F78220DF1B772C" level="section">Sec.â€,578.â€,Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program.</toc-entry>

<toc-entry idref="H0E406E8C9DE64F3BAE36D92CF2492F8F" level="section">Sec.â€,579.â€,Annual State report card.</toc-entry>

<toc-entry idref="HCFC66B52B91142B18989AD7E1E70CC90" level="section">Sec.â€,580.â€,Improvements to child care for members of the Armed Forces.</toc-entry>

<toc-entry idref="H68AD3189914A4DBD8A54C67243A9101E" level="section">Sec.â€,580A.â€,Transportation of remains of casualties; travel expenses for next of kin.</toc-entry>

<toc-entry idref="H52424B0687F04C7BBEF346682995E0CB" level="section">Sec.â€,580B.â€,Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces.</toc-entry>

<toc-entry idref="HF1EF6436196A4B81AB69948A4929F7F8" level="section">Sec.â€,580C.â€,Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas.</toc-entry>

<toc-entry idref="H7F2AB81B37B14274A86A6EB735125DEA" level="section">Sec.â€,580D.â€,Study on two-way military ballot barcode tracking.</toc-entry>

<toc-entry idref="H16160A2C3374422A8A349B0D4DCBCEC4" level="section">Sec.â€,580E.â€,Assistance to schools with military dependent students.</toc-entry>

<toc-entry idref="HFF0DA8E81268423D8B27F9ABAECB98E1"

level="section">Sec.â€¯580F.â€¯First expansion of the My Career Advancement Account program for military spouses.</toc-entry>

<toc-entry idref="H8B8EF1340E1D485CAE52526BFD5D03F1"
level="section">Sec.â€¯580G.â€¯Second expansion of the My Career Advancement Account program for military spouses.</toc-entry>

<toc-entry idref="H71EC4661A7114F998797919ED04BF446"
level="section">Sec.â€¯580H.â€¯Report on training and support available to military spouses.</toc-entry>

<toc-entry idref="HF678FCA4DE3D41ABBAFEAE9FAAD8F329"
level="section">Sec.â€¯580I.â€¯Riâ€™katak Guest Student Program at United States Army Garrisonâ€™Kwajalein Atoll.</toc-entry>

<toc-entry idref="HBC30A4E29D214654BA941BAE578468D8" level="subtitle">Subtitle Iâ€"Decorations and Awards</toc-entry>

<toc-entry idref="H5F9BB246CE294A1CA0125A706E900A4F"
level="section">Sec.â€¯581.â€¯Modification of authorities on eligibility for and replacement of gold star lapel buttons.</toc-entry>

<toc-entry idref="H043D3C16B446462DBE9154CF956F5BF0"
level="section">Sec.â€¯582.â€¯Standardization of honorable service requirement for award of military decorations.</toc-entry>

<toc-entry idref="H4CD26FA1210F4D069E6CDE6EB7B5C67C"
level="section">Sec.â€¯583.â€¯Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam.</toc-entry>

<toc-entry idref="H32ED15908F9148F581D80476DB22BDC3"
level="section">Sec.â€¯584.â€¯Review of World War I valor medals.</toc-entry>

<toc-entry idref="H038A97413575438F87B183FB13A57402" level="subtitle">Subtitle Jâ€"Miscellaneous Reports and Other Matters</toc-entry>

<toc-entry idref="H26E65DFF77A74170BD0A7172ACF831DD"
level="section">Sec.â€¯591.â€¯Clarification of the term <quote>assault</quote> for purposes of Workplace and Gender Relations Surveys.</toc-entry>

<toc-entry idref="HA7D24AEE5C094032B44C0FEEAEB2D96B"
level="section">Sec.â€¯592.â€¯Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs.</toc-entry>

<toc-entry idref="H31D7C803E17048478C1776788151AB21"
level="section">Sec.â€¯593.â€¯Questions in surveys regarding extremist activity in the workplace.</toc-entry>

<toc-entry idref="H6967AA7350014A9AA66F29EAAB9530F7"
level="section">Sec.â€¯594.â€¯Study on best practices for providing financial literacy education for separating members of the Armed Forces.</toc-entry>

<toc-entry idref="H12A52A996E03418AAE77BF8D0E6B4D32"
level="section">Sec.â€¯595.â€¯Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces.</toc-entry>

<toc-entry idref="HD0F934FEE5F347ADB9A8B59C434991C1"
level="section">Sec.â€¯596.â€¯Report on certain waivers.</toc-entry>

<toc-entry idref="HB50E871D22224F598F1136F54B78B89A"
level="section">Sec.â€¯597.â€¯Notifications on manning of afloat naval forces.</toc-entry>

<toc-entry idref="HC395FE8C84494BEC90F39ED2CE21EEF1"
level="section">Sec.â€¯598.â€¯Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government.</toc-entry>

<toc-entry idref="HEBAA5BE40FF8435BA1095534EBBCF698"
level="section">Sec.â€¯599.â€¯Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma.</toc-entry>

WASHSTATEC014561

<toc-entry idref="HC97A71EF79FA497FBF8508DE802D0E63"
level="section">Sec.â€,599A.â€,Authority to issue an honorary promotion to Colonel
Charles E. McGee, United States Air Force (ret.), to the grade of brigadier
general.</toc-entry>

<toc-entry idref="H0597BC12216545A998299D73FE8C9778"
level="section">Sec.â€,599B.â€,Authority to issue an honorary and posthumous promotion
to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of
colonel.</toc-entry>

<toc-entry idref="HC9C6BA4CA0AC4B728E5A8BE6CCDE1D2F"
level="section">Sec.â€,599C.â€,Sense of Congress on the honorable and distinguished
service of General Joseph F. Dunford, United States Marine Corps, to the United
States.</toc-entry>

<toc-entry idref="H55F6DADE6C3249EFBCF5193FD9003281" level="title">Title VIâ€"MILITARY
COMPENSATION</toc-entry>

<toc-entry idref="H8278619F3F984DDDA12B5DBDF258AEA0" level="subtitle">Subtitle Aâ€"Pay
and Allowances</toc-entry>

<toc-entry idref="HA6F3714C9893421EB9545096F96D1C3F"
level="section">Sec.â€,601.â€,Clarification of continuation of pays during
hospitalization and rehabilitation resulting from wounds, injury, or illness incurred
while on duty in a hostile fire area or exposed to an event of hostile fire or other
hostile action.</toc-entry>

<toc-entry idref="HA78001E36B3546DE94762D9ACD83F1F1"
level="section">Sec.â€,602.â€,Continued entitlements while a member of the Armed Forces
participates in a career intermission program.</toc-entry>

<toc-entry idref="HC2A37AA72E8442ACA9706F8DECA10F77"
level="section">Sec.â€,603.â€,Exemption from repayment of voluntary separation
pay.</toc-entry>

<toc-entry idref="H7DB1F7DD40114384996EA228014BD2A5"
level="section">Sec.â€,604.â€,Consideration of service on active duty to reduce age of
eligibility for retired pay for non-regular service.</toc-entry>

<toc-entry idref="HEF7C6B1A2CB64A069E666821216C6707"
level="section">Sec.â€,605.â€,Temporary adjustment of rates of basic allowance for
housing following determination that local civilian housing costs significantly differ
from such rates.</toc-entry>

<toc-entry idref="HAB53FDC0E4B64357BA90B7585EBD77FF"
level="section">Sec.â€,606.â€,Reinvestment of travel refunds by the Department of
Defense.</toc-entry>

<toc-entry idref="H72268D788E0F42B595979AEE34A2F190"
level="section">Sec.â€,607.â€,Addition of partial dislocation allowance to allowable
travel and transportation expenses for servicemembers.</toc-entry>

<toc-entry idref="H904F35FE8A724D699A3C02043507F094"
level="section">Sec.â€,608.â€,Reductions on account of earnings from work performed
while entitled to an annuity supplement.</toc-entry>

<toc-entry idref="H274B5893082F4164AA8359226A190411"
level="section">Sec.â€,609.â€,Increase in basic pay.</toc-entry>

<toc-entry idref="H4B339E03448F411FA7C32684DE05039C" level="subtitle">Subtitle
Bâ€"Bonuses and Special Incentive Pays</toc-entry>

<toc-entry idref="H07B9328EBC8A491BA5FE45A481AE49AE" level="section">Sec.â€,611.â€,One-
year extension of certain expiring bonus and special pay authorities.</toc-entry>

<toc-entry idref="HB4E55BEDB5C242AD9BFB05049D474638" level="subtitle">Subtitle
Câ€"Family and Survivor Benefits</toc-entry>

<toc-entry idref="H4365EC3922CD4571945C767EC8D80FE6"
level="section">Sec.â€,621.â€,Expansion of eligibility for exceptional transitional
compensation for dependents to dependents of current members.</toc-entry>

WASHSTATEC014562

<toc-entry idref="H5BBBB5085C73471DAA8FDA4444989A3B"
level="section">Sec.â€,622.â€,Phase-out of reduction of Survivor Benefit Plan survivor
annuities by amount of dependency and indemnity compensation.</toc-entry>

<toc-entry idref="H8AF7DD4F472E4DC1ACDE941219DF6200"
level="section">Sec.â€,623.â€,Death gratuity for ROTC graduates.</toc-entry>

<toc-entry idref="H3675670827CD4235A9D0CC94775E634C"
level="section">Sec.â€,624.â€,Expansion of authority to provide financial assistance to
civilian providers of child care services or youth program services who provide such
services to survivors of members of the Armed Forces who die in combat in the line of
duty.</toc-entry>

<toc-entry idref="H37256B23E18945F9A2168D6541EBDB7E"
level="section">Sec.â€,625.â€,Casualty assistance for survivors of deceased ROTC
graduates.</toc-entry>

<toc-entry idref="H4292AE65C2324651955F9FCBFB7A548B" level="subtitle">Subtitle
Dâ€"Defense Resale Matters</toc-entry>

<toc-entry idref="H6B989889B77244A58519F9A58FA59232"
level="section">Sec.â€,631.â€,Defense resale system matters.</toc-entry>

<toc-entry idref="H75A2C749BA8A48FF848ACC8E7AAE3153"
level="section">Sec.â€,632.â€,Procurement by commissary stores of certain locally
sourced products.</toc-entry>

<toc-entry idref="H547F92B6926E4D14BE64C790C2D27A4B" level="section">Sec.â€,633.â€,GAO
review of defense resale optimization study.</toc-entry>

<toc-entry idref="H8CE0DBDFB6FC405A890F561F0E2BCEAF" level="subtitle">Subtitle
Eâ€"Morale, Welfare, and Recreation Privileges</toc-entry>

<toc-entry idref="H0CAB88B67130453CBAAF01FE338C8B75"
level="section">Sec.â€,641.â€,Extension of certain morale, welfare, and recreation
privileges to Foreign Service officers on mandatory home leave.</toc-entry>

<toc-entry idref="H0369CA0471DA427FB8D430FC37E89F0D"
level="section">Sec.â€,642.â€,Extension of pilot program on a Government lodging
program.</toc-entry>

<toc-entry idref="H9D968CD3432C49349463516737232300" level="subtitle">Subtitle
Fâ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H521C869E9B444A76849F8ED75707C8A8"
level="section">Sec.â€,651.â€,Annual reports on approval of employment or compensation
of retired general or flag officers by foreign governments for emoluments clause
purposes.</toc-entry>

<toc-entry idref="H4DACD40601524EFD8C2082F3B832A385"
level="section">Sec.â€,652.â€,Report regarding transition from overseas housing
allowance to basic allowance for housing for servicemembers in the territories.</toc-entry>

<toc-entry idref="H1C323BA849CF497C8EEA7C6A236634AB"
level="section">Sec.â€,653.â€,Report on extension to members of the reserve components
of the Armed Forces of special and incentive pays for members of the Armed Forces not
currently payable to members of the reserve components.</toc-entry>

<toc-entry idref="HF9864EA045244CF5A94E91F18BF3E099"
level="section">Sec.â€,654.â€,Study regarding recoupment of separation pay, special
separation benefits, and voluntary separation incentive payments from members of the
Armed Forces and veterans who receive disability compensation under laws administered
by the Secretary of Veterans Affairs.</toc-entry>

<toc-entry idref="H50C0DD5AA5E849209AB0EC3C7F8F80DF"
level="section">Sec.â€,655.â€,Report on implementation of contributions to the
Department of Defense Military Retirement Fund based on pay costs per Armed Force
rather than on Armed Forces-wide basis.</toc-entry>

<toc-entry idref="HBA344453582B40519AE3BCAD4852FDB3"
level="section">Sec.â€,656.â€,Report on food insecurity among members of the Armed

Forces and their dependents.</toc-entry>

<toc-entry idref="H611C8757C36B472EB80AE532039C0A9A" level="title">Title VIIâ€"Health Care Provisions</toc-entry>

<toc-entry idref="HDB71DD9A729049089000D5EE6B4CF009" level="subtitle">Subtitle Aâ€"TRICARE and Other Health Care Benefits</toc-entry>

<toc-entry idref="H25C4CC73E65E4839B22583ED463E7C59" level="section">Sec.â€,701.â€,Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve.</toc-entry>

<toc-entry idref="HAB2170A896ED4C148C67A4D8303BF3FE" level="section">Sec.â€,702.â€,TRICARE payment options for retirees and their dependents.</toc-entry>

<toc-entry idref="H9AD5CF276E5B40B68FC3539619AE86E6" level="section">Sec.â€,703.â€,Lead level screening and testing for children.</toc-entry>

<toc-entry idref="HFCDAAFCC3631498E8A4AB0C1FBF6EBEF" level="section">Sec.â€,704.â€,Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations.</toc-entry>

<toc-entry idref="H6DE055731C6B46D8BDF5EFBF0684CEEB" level="section">Sec.â€,705.â€,Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas.</toc-entry>

<toc-entry idref="H87AA88D707394BF78BBCBA6FEAB55962" level="section">Sec.â€,706.â€,Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation.</toc-entry>

<toc-entry idref="H9DE9049F7A35415B91131B4E66EE8434" level="section">Sec.â€,707.â€,Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances.</toc-entry>

<toc-entry idref="HB35916EF28EE48809B608C28464CC84A" level="subtitle">Subtitle Bâ€"Health Care Administration</toc-entry>

<toc-entry idref="H040831C5486A4F64AFD7515F5A25C167" level="section">Sec.â€,711.â€,Modification of organization of military health system.</toc-entry>

<toc-entry idref="H8A29534D3A014E5FBE2D74D78813DECA" level="section">Sec.â€,712.â€,Support by military health system of medical requirements of combatant commands.</toc-entry>

<toc-entry idref="H507A4DF18329480295C83CF539FC9695" level="section">Sec.â€,713.â€,Requirements for certain prescription drug labels.</toc-entry>

<toc-entry idref="HF26E19826A494913924CB798E706FD07" level="section">Sec.â€,714.â€,Officers authorized to command Army dental units.</toc-entry>

<toc-entry idref="H6CE1BBA8D0A44FED8CDA8D976A04ABE8" level="section">Sec.â€,715.â€,Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs.</toc-entry>

<toc-entry idref="HC5EF74E6289B423EA24938DBFBB26591" level="section">Sec.â€,716.â€,Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program.</toc-entry>

<toc-entry idref="H56CE31EB3E864A25BACA5BB00CD7EAEC" level="section">Sec.â€,717.â€,Inclusion of blast exposure history in medical records of members of the Armed Forces.</toc-entry>

<toc-entry idref="H59EA4E771C3D43E08052C65EC24CD6E1" level="section">Sec.â€,718.â€,Comprehensive policy for provision of mental health care

to members of the Armed Forces.</toc-entry>

<toc-entry idref="HF818CA83CC1E4E6EB581897A0953A90F"
level="section">Sec.â€¯719.â€¯Limitation on the realignment or reduction of military
medical manning end strength.</toc-entry>

<toc-entry idref="HBA775F7F6BA64274863D47DE1CB706F8"
level="section">Sec.â€¯720.â€¯Strategy to recruit and retain mental health
providers.</toc-entry>

<toc-entry idref="HF5584F73F9024F29BDD10F16D3CEE178"
level="section">Sec.â€¯721.â€¯Development of partnerships to improve combat casualty
care for personnel of the Armed Forces.</toc-entry>

<toc-entry idref="H449500423F0E4A6DB3634FAC3DD93ADE"
level="section">Sec.â€¯722.â€¯Modification to referrals for mental health
services.</toc-entry>

<toc-entry idref="H9266D0DBC1B74AA9B04D8DA665C3D7DC" level="subtitle">Subtitle
Câ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H770AABB98D5F4313A2C2C0096FD03C0C"
level="section">Sec.â€¯731.â€¯Authorization of claims by members of the uniformed
services against the United States for personal injury or death caused by medical
malpractice.</toc-entry>

<toc-entry idref="H71F1E62DFDE54DAEB1D0F49BD98E2DFA"
level="section">Sec.â€¯732.â€¯Extension and clarification of authority for Joint
Department of Defense-Department of Veterans Affairs Medical Facility Demonstration
Fund.</toc-entry>

<toc-entry idref="H332FC005F84441CABBD103C514E1D006"
level="section">Sec.â€¯733.â€¯Appointment of non-ex officio members of the Henry M.
Jackson Foundation for the Advancement of Military Medicine.</toc-entry>

<toc-entry idref="HCF6714C859244D25AF7FC1DDDFC29201"
level="section">Sec.â€¯734.â€¯Establishment of Academic Health System in National
Capital Region.</toc-entry>

<toc-entry idref="HDE7AFD3B1C7E4DA2BC4AF0BB5CD35E21"
level="section">Sec.â€¯735.â€¯Provision of veterinary services by veterinary
professionals of the Department of Defense in emergencies.</toc-entry>

<toc-entry idref="HD0ADA24EC0FD47E0B7200A2F0B60D69C"
level="section">Sec.â€¯736.â€¯Three-year extension of authority to continue the DOD-VA
Health Care Sharing Incentive Fund.</toc-entry>

<toc-entry idref="HD8DDD52612B54A04AB74F18F6D99749A"
level="section">Sec.â€¯737.â€¯Preservation of resources of the Army Medical Research
and Materiel Command and continuation as Center of Excellence.</toc-entry>

<toc-entry idref="H84EF8726780544F5888F87037654DE31"
level="section">Sec.â€¯738.â€¯Encouragement of participation in Womenâ€™s Health
Transition Training pilot program.</toc-entry>

<toc-entry idref="H94E1A654CA28448EBCE1F17EBAC68149"
level="section">Sec.â€¯739.â€¯National Guard suicide prevention pilot program.</toc-
entry>

<toc-entry idref="HD709D5C18502467DA0F76464B55AA7E3"
level="section">Sec.â€¯740.â€¯Pilot Program on civilian and military partnerships to
enhance interoperability and medical surge capability and capacity of National Disaster
Medical System.</toc-entry>

<toc-entry idref="H0F21DA45117946C49047C84069B4685B"
level="section">Sec.â€¯741.â€¯Reports on suicide among members of the Armed Forces and
suicide prevention programs and activities of the Department of Defense.</toc-entry>

<toc-entry idref="H488E82FD92EE4DE79EFA652D3BC07DDA"
level="section">Sec.â€¯742.â€¯Modification of requirements for longitudinal medical
study on blast pressure exposure of members of the Armed Forces and collection of
exposure information.</toc-entry>

<toc-entry idref="H7D400FCF5D8D47E89237C12DC0E6C0E1"
level="section">Sec.â€,743.â€,Study and plan on the use of military-civilian integrated
health delivery systems.</toc-entry>

<toc-entry idref="H34DF2B3BC7B7405B8C6A4CD408CC911E"
level="section">Sec.â€,744.â€,Study on case management in the military health
system.</toc-entry>

<toc-entry idref="HC067599C2F934FA8B32B559B7F0D9E8E"
level="section">Sec.â€,745.â€,Report on Global Health Security Strategy and the
National Biodefense Security.</toc-entry>

<toc-entry idref="H38B5F9220D9C4F09AF93A54B0A2C830F"
level="section">Sec.â€,746.â€,Study on establishment of wounded warrior service dog
program.</toc-entry>

<toc-entry idref="H6BFA256E6A3D4926AAF14DDBEC0ABFE7" level="section">Sec.â€,747.â€,GAO
report on Department of Defense quality assurance program and impacts of medical
malpractice actions.</toc-entry>

<toc-entry idref="HCFCD5C523F114D4086F3A7590D967FD4"
level="section">Sec.â€,748.â€,Reports on Millennium Cohort Study relating to women
members of the Armed Forces.</toc-entry>

<toc-entry idref="H70775172973C448ABC671CA3A1E6DA6D"
level="section">Sec.â€,749.â€,Study on effects of sleep deprivation on readiness of
members of the Armed Forces.</toc-entry>

<toc-entry idref="HCFF7B9F8E7684D2E9FEAD4C556E8DE35"
level="section">Sec.â€,750.â€,Study and report on traumatic brain injury mitigation
efforts.</toc-entry>

<toc-entry idref="HAAB3B158D6FD4A08A940353413212EBD" level="title">Title
VIIIâ€"Acquisition Policy, Acquisition Management, and Related Matters</toc-entry>

<toc-entry idref="H1DA5A548AC1C4B71BE504E07A5CD919E" level="subtitle">Subtitle
Aâ€"Acquisition Policy and Management</toc-entry>

<toc-entry idref="HD09FCED345294D8FB8036464D15232A5"
level="section">Sec.â€,800.â€,Authority for continuous integration and delivery of
software applications and upgrades to embedded systems.</toc-entry>

<toc-entry idref="H782CDB7413424F3D8F51FF40EBEDB318"
level="section">Sec.â€,801.â€,Pilot program on intellectual property evaluation for
acquisition programs.</toc-entry>

<toc-entry idref="H9F240E32B57D4376A74AA29FDF306DB2"
level="section">Sec.â€,802.â€,Pilot program to use alpha contracting teams for complex
requirements.</toc-entry>

<toc-entry idref="HB4397781C22B456FACF0834A90F998A1"
level="section">Sec.â€,803.â€,Failure to provide other than certified cost or pricing
data upon request.</toc-entry>

<toc-entry idref="H156D0BF1B223459BA584C74A5D9A5D15"
level="section">Sec.â€,804.â€,Comptroller General report on price reasonableness.</toc-entry>

<toc-entry idref="H538776612392474ABBBD8D7475C3C707"
level="section">Sec.â€,805.â€,Limitation on transfer of funds related to cost overruns
and cost underruns.</toc-entry>

<toc-entry idref="H1E3C9ED739EA451EBD405367FA2DBD4F"
level="section">Sec.â€,806.â€,Standardizing data collection and reporting on use of
source selection procedures by Federal agencies.</toc-entry>

<toc-entry idref="H059115874A274C1E8BE54AFB20B1DF2F"
level="section">Sec.â€,807.â€,Department of Defense use of fixed-price contracts.</toc-entry>

<toc-entry idref="H238693DADEA44EE79688A1C21B3A199C"
level="section">Sec.â€,808.â€,Repeal of continuation of data rights during

challenges.</toc-entry>

<toc-entry idref="HB2995A06ABFD46D7B7628D0E20E882B9"
level="section">Sec.â€‚809.â€‚Repeal of authority to waive acquisition laws to acquire
vital national security capabilities.</toc-entry>

<toc-entry idref="HE5B178C16A9841CB94870AAE6FA25A98"
level="section">Sec.â€‚810.â€‚Repeal of the Defense Cost Accounting Standards
Board.</toc-entry>

<toc-entry idref="H11E0E801912E474F8F4B621291E00379" level="subtitle">Subtitle
Bâ€"Amendments to General Contracting Authorities, Procedures, and Limitations</toc-
entry>

<toc-entry idref="H50964CC19DCE438A8D72865DE2ACD7E6"
level="section">Sec.â€‚815.â€‚Modification of Director of Operational Test and
Evaluation report.</toc-entry>

<toc-entry idref="HC401863D1FAA4268AF36E9BECA858243"
level="section">Sec.â€‚816.â€‚Modification of written approval requirement for task and
delivery order single contract awards.</toc-entry>

<toc-entry idref="H25F1739DD7C649EDA6205EB2DAC0B464"
level="section">Sec.â€‚817.â€‚Responsibility for data analysis and requirements
validation for services contracts.</toc-entry>

<toc-entry idref="HA534F613CC2D434FA0C67A7C4D73AF85"
level="section">Sec.â€‚818.â€‚Documentation of market research related to commercial
item determinations.</toc-entry>

<toc-entry idref="HFF54869FF29F4558B14997C671211F24"
level="section">Sec.â€‚819.â€‚Availability of data on the use of other transaction
authority and report on the use of authority to carry out prototype projects.</toc-
entry>

<toc-entry idref="H8EC78D4AD05F48F5867585DDC46951BC"
level="section">Sec.â€‚820.â€‚Notification of Navy procurement production
disruptions.</toc-entry>

<toc-entry idref="HE34F603F46614600892595D24CEC0810"
level="section">Sec.â€‚821.â€‚Modification to acquisition authority of the Commander of
the United States Cyber Command.</toc-entry>

<toc-entry idref="H93ED44D0FF4544949C6FC043BCE8F3CA"
level="section">Sec.â€‚822.â€‚Extension of Never Contract With the Enemy.</toc-entry>

<toc-entry idref="HCA5590318F174BDD9711D74064B92D43"
level="section">Sec.â€‚823.â€‚Modification of justification and approval requirement
for certain Department of Defense contracts.</toc-entry>

<toc-entry idref="HF2696BBD68C14DF2B0352E6257F430B5"
level="section">Sec.â€‚824.â€‚Extension of sunset relating to Federal Data Center
Consolidation Initiative.</toc-entry>

<toc-entry idref="HAAC24AE9CE944B7D83EB2B877720664B"
level="section">Sec.â€‚825.â€‚Pilot program to accelerate contracting and pricing
processes.</toc-entry>

<toc-entry idref="H37FF1395693E4C339E29C0A12D69E440"
level="section">Sec.â€‚826.â€‚Uniformity in application of micro-purchase threshold to
certain task or delivery orders.</toc-entry>

<toc-entry idref="H524D85A6D0664AD7B07854E1DBA73543"
level="section">Sec.â€‚827.â€‚Requirement for cost estimates on models of commercial e-
commerce portal program.</toc-entry>

<toc-entry idref="H510EA55756964F349D994FD0E5F3E19A" level="subtitle">Subtitle
Câ€"Provisions Relating to Major Defense Acquisition Programs</toc-entry>

<toc-entry idref="H94D473AFD5944E4385FCD83846ED742D"
level="section">Sec.â€‚830.â€‚Modification of requirements for reporting to Congress on
certain acquisition programs.</toc-entry>

<toc-entry idref="H78E6CEB2623E414D8D86D93A2EECC20B"
level="section">Sec.â€,831.â€,Pilot program to streamline decision-making processes for
weapon systems.</toc-entry>

<toc-entry idref="H5DB798867AC24E188194294F7052E7AE"
level="section">Sec.â€,832.â€,Analysis of alternatives pursuant to materiel development
decisions.</toc-entry>

<toc-entry idref="H0CCCE28C71B94534828F613B02ED536D"
level="section">Sec.â€,833.â€,Naval vessel certification required before Milestone B
approval.</toc-entry>

<toc-entry idref="H769AF9E9361D452AA946A58F4EE895F1" level="subtitle">Subtitle
Dâ€"Provisions Relating to the Acquisition System</toc-entry>

<toc-entry idref="H685968A5B03A47F0A6E5F83FC63A9D84"
level="section">Sec.â€,835.â€,Extramural acquisition innovation and research
activities.</toc-entry>

<toc-entry idref="H4CD4FD00B6304D42A98D3A12F8FBFE9C"
level="section">Sec.â€,836.â€,Report on realignment of the defense acquisition system
to implement acquisition reforms.</toc-entry>

<toc-entry idref="H82D6BC0A12884F519CB8D8EDEDCF208A"
level="section">Sec.â€,837.â€,Report and limitation on the availability of funds
relating to the <quote>middle tier</quote> of acquisition programs.</toc-entry>

<toc-entry idref="H7156AA7322234E66B1FCCE0C9E15698F"
level="section">Sec.â€,838.â€,Report on intellectual property policy and the cadre of
intellectual property experts.</toc-entry>

<toc-entry idref="H13A76D7463F74F13B7C304A13B504CAB"
level="section">Sec.â€,839.â€,Guidance and reports relating to covered defense business
systems.</toc-entry>

<toc-entry idref="H8DEAEF0659BF4BF39AF0DBCBD71CAE53"
level="section">Sec.â€,840.â€,Implementation guidance for use of a modular open system
approach.</toc-entry>

<toc-entry idref="H90AA36E47CAC4C09A7A03B60DECF9B68"
level="section">Sec.â€,841.â€,Limitation on availability of funds for the Office of the
Chief Management Officer of the Department of Defense.</toc-entry>

<toc-entry idref="HED9BF38DF86044949266345DF7AE1FD7" level="subtitle">Subtitle
Eâ€"Industrial Base Matters</toc-entry>

<toc-entry idref="H874730014DCE4D489DA0F2D8FDAA19FB"
level="section">Sec.â€,845.â€,Modernization of acquisition processes to ensure
integrity of industrial base.</toc-entry>

<toc-entry idref="H7E51F057BA094389826B68FB952F1D66"
level="section">Sec.â€,846.â€,Report requirements for the national technology and
industrial base.</toc-entry>

<toc-entry idref="HBADAF18C20C54C6C8C0D930763E48799"
level="section">Sec.â€,847.â€,Mitigating risks related to foreign ownership, control,
or influence of Department of Defense contractors or subcontractors.</toc-entry>

<toc-entry idref="HD0190052397B463EA6387A322E2AA5E0"
level="section">Sec.â€,848.â€,Prohibition on operation or procurement of foreign-made
unmanned aircraft systems.</toc-entry>

<toc-entry idref="HCB2F32ADC3134ACB812F9FEEF3E170A3"
level="section">Sec.â€,849.â€,Modification of prohibition on acquisition of sensitive
materials from non-allied foreign nations.</toc-entry>

<toc-entry idref="H2FA05D7C411A482E9C194B19BF1D6FAE"
level="section">Sec.â€,850.â€,Acquisition and disposal of certain rare earth
materials.</toc-entry>

<toc-entry idref="H6D22A0431F5B421C9A323ECC540CC3B7"
level="section">Sec.â€,851.â€,Pilot program for development of technology-enhanced

capabilities with partnership intermediaries.</toc-entry>

<toc-entry idref="H0267376803044F80AD840B63E7F36155"
level="section">Sec.â€,852.â€,Authorized official to carry out the procurement
technical assistance cooperative agreement program.</toc-entry>

<toc-entry idref="HB0E23732F4674A6F8CFE11C55A4AEA9C"
level="section">Sec.â€,853.â€,Requirement that certain ship components be manufactured
in the national technology and industrial base.</toc-entry>

<toc-entry idref="H9154D7D5892944E394607B1D2C687886"
level="section">Sec.â€,854.â€,Addition of domestically produced stainless steel
flatware and dinnerware to the Berry Amendment.</toc-entry>

<toc-entry idref="H567F557F941B425DB611CCC075A81D02"
level="section">Sec.â€,855.â€,Application of miscellaneous technology base policies and
programs to the Columbia-class submarine program.</toc-entry>

<toc-entry idref="H2CEFB402E28E41B4A370F94F7F69A877"
level="section">Sec.â€,856.â€,Application of limitation on procurement of goods other
than United States goods to the FFGâ€"Frigate Program.</toc-entry>

<toc-entry idref="H7EA216685B85410789C5A28FB897D2BC"
level="section">Sec.â€,857.â€,Sense of Congress regarding consideration of price in
procurement of the FFG(X) frigate.</toc-entry>

<toc-entry idref="H443B2E0A144F403B89BDC2A28B59F0B8" level="subtitle">Subtitle
Fâ€"Provisions Relating to Acquisition Workforce</toc-entry>

<toc-entry idref="HD6E2EC4D485A4DE0A58FBFC590062328"
level="section">Sec.â€,860.â€,Establishment of Defense Civilian Training Corps.</toc-
entry>

<toc-entry idref="HABB334ED94924DB1A346D78980571FE6"
level="section">Sec.â€,861.â€,Defense acquisition workforce certification, education,
and career fields.</toc-entry>

<toc-entry idref="HF492FD0FFD3941138001CDF29F3D1C2F"
level="section">Sec.â€,862.â€,Software development and software acquisition training
and management programs.</toc-entry>

<toc-entry idref="H18FA7DD7A50648B8B9C0B44B2EBFF17D"
level="section">Sec.â€,863.â€,Modification of temporary assignments of Department of
Defense employees to a private-sector organization.</toc-entry>

<toc-entry idref="H02B52F3B67A241DF8CA6C310AADEF97E"
level="section">Sec.â€,864.â€,Incentives and consideration for qualified training
programs.</toc-entry>

<toc-entry idref="HE51FB89B9C324B4DBA56F5989208AA6F" level="section">Sec.â€,865.â€,Use
of qualified apprentices by military construction contractors.</toc-entry>

<toc-entry idref="HEF58E1CDF95D4E6092A7C6BFE312799C" level="subtitle">Subtitle
Gâ€"Small Business Matters</toc-entry>

<toc-entry idref="H6380C49ADBBF46F6B778D3D507184C98"
level="section">Sec.â€,870.â€,Requirements relating to credit for certain small
business concern subcontractors.</toc-entry>

<toc-entry idref="HECB269CACE574A3A81DB9929AED616A9"
level="section">Sec.â€,871.â€,Inclusion of best in class designations in annual report
on small business goals.</toc-entry>

<toc-entry idref="HECCF10F339224837B6DBC0E8C752B2B1"
level="section">Sec.â€,872.â€,Reauthorization and improvement of Department of Defense
Mentor-Protege Program.</toc-entry>

<toc-entry idref="HE298DB1DE6AF4440B14CE40777EDA739"
level="section">Sec.â€,873.â€,Accelerated payments applicable to contracts with certain
small business concerns under the Prompt Payment Act.</toc-entry>

<toc-entry idref="HFD275103ABD64DCF9F7283354C087FD6"

WASHSTATEC014569

level="section">Sec.â€‰874.â€‰Postaward explanations for unsuccessful offerors for certain contracts.</toc-entry>

<toc-entry idref="H9723B3D0D8C4465EBDD99ED98FF890A1"
level="section">Sec.â€‰875.â€‰Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses.</toc-entry>

<toc-entry idref="H5ADFDB36C9AC45CDB4077B79DCA917E4"
level="section">Sec.â€‰876.â€‰Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans.</toc-entry>

<toc-entry idref="H27C20A683F464EABA3BEA2ECF204A356"
level="section">Sec.â€‰877.â€‰Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict.</toc-entry>

<toc-entry idref="H58BB7F8F60424A62BAF3B2995A2CDDE0"
level="section">Sec.â€‰878.â€‰Modification to the Defense Research and Development Rapid Innovation Program.</toc-entry>

<toc-entry idref="H8C16CD5364F442EB92FF3F2B4C5FC73F"
level="section">Sec.â€‰879.â€‰Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy.</toc-entry>

<toc-entry idref="HE4595235EFB74164B2E15018F5C16D78"
level="section">Sec.â€‰880.â€‰Assistance for small business concerns participating in the SBIR and STTR programs.</toc-entry>

<toc-entry idref="HC746237CC4FE42E7982F2FF690FFEA76"
level="section">Sec.â€‰881.â€‰Cybersecurity technical assistance for SBIR and STTR programs.</toc-entry>

<toc-entry idref="H33539C5A67634EF59BEE9D27EA9D542F"
level="section">Sec.â€‰882.â€‰Funding for defense research activities of small business concerns.</toc-entry>

<toc-entry idref="HD70A2E5B79094F81ACA9617D8AD49860"
level="section">Sec.â€‰883.â€‰Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program.</toc-entry>

<toc-entry idref="H57A7FCD99E1E4088854ED45812A2A226"
level="section">Sec.â€‰884.â€‰Pilot program for domestic investment under the SBIR program.</toc-entry>

<toc-entry idref="H4A41AA32AF8E43C5AC12146C0744A178" level="subtitle">Subtitle Hâ€"Other Matters</toc-entry>

<toc-entry idref="H575D085C7321423DA0CD18CDFE1DE850"
level="section">Sec.â€‰885.â€‰Review of guidance to contractors on nondiscrimination on the basis of sex.</toc-entry>

<toc-entry idref="H8B0C75AFB4D840309A5413BE2CB83721"
level="section">Sec.â€‰886.â€‰Comptroller General report on contractor violations of certain labor laws.</toc-entry>

<toc-entry idref="H6848EE671FFE4F2FAB2487AB6081BED9"
level="section">Sec.â€‰887.â€‰Comptroller General report on contingency contracting.</toc-entry>

<toc-entry idref="H53937CEA271F4251887B12C6B49CF30E"
level="section">Sec.â€‰888.â€‰Policies and procedures for contractors to report gross violations of internationally recognized human rights.</toc-entry>

<toc-entry idref="H89F6899EA3FE4FBB83B26D9CEAC5425E"
level="section">Sec.â€‰889.â€‰Comptroller General report on oversight of contractors providing private security functions.</toc-entry>

<toc-entry idref="HCBE3527E82604995AF41F20B11B4D79B"
level="section">Sec.â€‰890.â€‰Prohibition on contracting with persons that have

business operations with the Maduro regime.</toc-entry>

<toc-entry idref="H30E671A3285C41DE8C4ABC566CBC31B1"
level="section">Sec.â€¯891.â€¯Report on the Combating Trafficking in Persons
initiative.</toc-entry>

<toc-entry idref="H24F8517782EC4683B8C16C748ABA346F"
level="section">Sec.â€¯892.â€¯Improved management of information technology and
cyberspace investments.</toc-entry>

<toc-entry idref="H245AADD9276E416898B0B3CA60C0C867"
level="section">Sec.â€¯893.â€¯Modification to requirements for purchase of commercial
leasing services pursuant to multiple award contracts.</toc-entry>

<toc-entry idref="H0C173D82C5DB40D684FAB4EAC3F7EDF0" level="title">Title
IXâ€"Department of Defense Organization and Management</toc-entry>

<toc-entry idref="H5EDA6CDE9A434E4194F8005096DFD43D" level="subtitle">Subtitle
Aâ€"Office of the Secretary of Defense and Related Matters</toc-entry>

<toc-entry idref="HC65C8EFA31DE4F1BB8A11B176E3CB593"
level="section">Sec.â€¯901.â€¯Headquarters activities of the Department of Defense
matters.</toc-entry>

<toc-entry idref="H07BFC0C7AEC24EB99AAB963DB41FB254"
level="section">Sec.â€¯902.â€¯Clarifying the roles and responsibilities of the Under
Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense
for Research and Engineering.</toc-entry>

<toc-entry idref="H96ACE3DC3F6E445981435DA9028DEDF7"
level="section">Sec.â€¯903.â€¯Return to Chief Information Officer of the Department of
Defense of responsibility for business systems and related matters.</toc-entry>

<toc-entry idref="H36E23720C8F449E694B4F6B2E57913D9"
level="section">Sec.â€¯904.â€¯Assessments of responsibilities and authorities of the
Chief Management Officer of the Department of Defense.</toc-entry>

<toc-entry idref="H6FAC85F2D41E4637856575D66E1F74F8"
level="section">Sec.â€¯905.â€¯Senior Military Advisor for Cyber Policy and Deputy
Principal Cyber Advisor.</toc-entry>

<toc-entry idref="H91F32538B5154B8E95AA113610D586F0"
level="section">Sec.â€¯906.â€¯Exclusion from limitations on personnel in the Office of
the Secretary of Defense and Department of Defense headquarters of fellows appointed
under the John S. McCain Defense Fellows Program.</toc-entry>

<toc-entry idref="H361EBA1CC1EB4368A9A6E8A5F8419512" level="subtitle">Subtitle
Bâ€"Organization and Management of Other Department of Defense Offices and
Elements</toc-entry>

<toc-entry idref="H63FA936D25C242ABA901D6D158FE863D"
level="section">Sec.â€¯911.â€¯Codification of Assistant Secretaries for Energy,
Installations, and Environment of the Army, Navy, and Air Force.</toc-entry>

<toc-entry idref="H25757C6D5E384848A60EA535E197CFAC" level="subtitle">Subtitle
Câ€"Other Department of Defense Organization and Management Matters</toc-entry>

<toc-entry idref="H873B1BFB1B8E4921BD3F10CBBECB2434"
level="section">Sec.â€¯921.â€¯Prohibition on ownership or trading of stocks in certain
companies by certain officials of the Department of Defense.</toc-entry>

<toc-entry idref="H8A18084B9E664C27B2C67F4B588C4262"
level="section">Sec.â€¯922.â€¯Limitation on consolidation of Defense Media
Activity.</toc-entry>

<toc-entry idref="H073811CF50924B4AA5C0FD3D8A9DDAB7"
level="section">Sec.â€¯923.â€¯Report on resources to implement the civilian casualty
policy of the Department of Defense.</toc-entry>

<toc-entry idref="H6E519C3D8D7C4DD7822C33EDAAF464B2" level="subtitle">Subtitle
Dâ€"United States Space Force</toc-entry>

WASHSTATEC014571

&lt;toc-entry idref="HB4ADF290634F4C86B5196A448520C1D5"
level="section"&gt;Sec.â€‹951.â€‹Short title.&lt;/toc-entry&gt;

&lt;toc-entry idref="H3731E01220814A079AD41E01C32E0EE9" level="section"&gt;Sec.â€‹952.â€‹The
Space Force.&lt;/toc-entry&gt;

&lt;toc-entry idref="H149B10A1428C47739932A538EADB420B"
level="section"&gt;Sec.â€‹953.â€‹Chief of Space Operations.&lt;/toc-entry&gt;

&lt;toc-entry idref="H05FD6556747E46159BA1B3ED773200E7"
level="section"&gt;Sec.â€‹954.â€‹Space Force Acquisition Council.&lt;/toc-entry&gt;

&lt;toc-entry idref="H8B7B2CA9754542D4B9CB7B018E666E5D"
level="section"&gt;Sec.â€‹955.â€‹Assistant Secretary of Defense for Space Policy.&lt;/toc-
entry&gt;

&lt;toc-entry idref="HBA895D1DE202422FB4718D5BB43E7BAC"
level="section"&gt;Sec.â€‹956.â€‹Assistant Secretary of the Air Force for Space
Acquisition and Integration.&lt;/toc-entry&gt;

&lt;toc-entry idref="HEF9A23482B2C48478D23E444E81990DB"
level="section"&gt;Sec.â€‹957.â€‹Service Acquisition Executive of the Department of the
Air Force for Space Systems and Programs.&lt;/toc-entry&gt;

&lt;toc-entry idref="H5F6A8DFC075C435AB9E8DFC2E731EC27"
level="section"&gt;Sec.â€‹958.â€‹Conforming amendments and clarification of
authorities.&lt;/toc-entry&gt;

&lt;toc-entry idref="H225834B7541A430B8025FAA13AE4449B"
level="section"&gt;Sec.â€‹959.â€‹Effects on military installations.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC418DB49411641F58EA0E0B574424336"
level="section"&gt;Sec.â€‹960.â€‹Availability of funds.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE4A20C743F4B41D19C075FA80619FF08"
level="section"&gt;Sec.â€‹961.â€‹Implementation.&lt;/toc-entry&gt;

&lt;toc-entry idref="H7A8D93400CA04DB1BCAB4057A1696A57" level="title"&gt;Title Xâ€"General
Provisions&lt;/toc-entry&gt;

&lt;toc-entry idref="H0B8831ECF53042BD9C8352EC83933DFD" level="subtitle"&gt;Subtitle
Aâ€"Financial Matters&lt;/toc-entry&gt;

&lt;toc-entry idref="H287330D089F2492D8145AC391FFCF07C"
level="section"&gt;Sec.â€‹1001.â€‹General transfer authority.&lt;/toc-entry&gt;

&lt;toc-entry idref="H7F9007CD767C45B28C7A3D71EB379890"
level="section"&gt;Sec.â€‹1002.â€‹Defense Business Audit Remediation Plan.&lt;/toc-entry&gt;

&lt;toc-entry idref="H1A900FED4D7B4AC78BA5E4EEDF61A15D"
level="section"&gt;Sec.â€‹1003.â€‹Financial improvement and audit remediation plan.&lt;/toc-
entry&gt;

&lt;toc-entry idref="H2C212BD3098D4E548753157B69F5479E"
level="section"&gt;Sec.â€‹1004.â€‹Reporting requirements relating to Department of Defense
audits.&lt;/toc-entry&gt;

&lt;toc-entry idref="H9789CA17A4BD45388BAEEB91E3A0D500"
level="section"&gt;Sec.â€‹1005.â€‹Inclusion of certain military construction projects in
annual reports on unfunded priorities of the Armed Forces and the combatant
commands.&lt;/toc-entry&gt;

&lt;toc-entry idref="H7782E93845114093B5B75AADFEA34A9D"
level="section"&gt;Sec.â€‹1006.â€‹Prohibition on delegation of responsibility for
submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-
Year Inventory numbers.&lt;/toc-entry&gt;

&lt;toc-entry idref="H6B8DA43DF56244A2AE76DAD5946BA3A4"
level="section"&gt;Sec.â€‹1007.â€‹Annual budget justification display for service-common
and other support and enabling capabilities for special operations forces.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE224C825932942E9A8D10707A61F7FD5"
level="section"&gt;Sec.â€‹1008.â€‹Element in annual reports on the Financial Improvement

and Audit Remediation Plan on activities with respect to classified programs.</toc-entry>

<toc-entry idref="H4DF212E2C34C451690BEF82FE56BDECE"
level="section">Sec.â€‹1009.â€‹Plan of the Department of Defense for financial
management information.</toc-entry>

<toc-entry idref="HD6DF4BC402E44842970BFE5AF074D1E2"
level="section">Sec.â€‹1010.â€‹Update of authorities and renaming of Department of
Defense Acquisition Workforce Development Fund.</toc-entry>

<toc-entry idref="H463BACECBD5C46349DEA7AF39FCD0889"
level="section">Sec.â€‹1011.â€‹Transparency of accounting firms used to support
Department of Defense audit.</toc-entry>

<toc-entry idref="HC676AFF68E73491981C3EA88A386E33E"
level="section">Sec.â€‹1012.â€‹Modification of required elements of annual reports on
emergency and extraordinary expenses of the Department of Defense.</toc-entry>

<toc-entry idref="HA565EB2188F840C0A4D8025D427C0D42" level="subtitle">Subtitle
Bâ€"Counterdrug Activities</toc-entry>

<toc-entry idref="HA146C80B66624CB99F244D285F038811"
level="section">Sec.â€‹1021.â€‹Modification of authority to support a unified
counterdrug and counterterrorism campaign in Colombia.</toc-entry>

<toc-entry idref="H3CA528C59BDF4AA9B724F16E53460E49"
level="section">Sec.â€‹1022.â€‹Extension of authority for joint task forces to provide
support to law enforcement agencies conducting counter-terrorism activities.</toc-
entry>

<toc-entry idref="H04893C7A31B94E978FB373C293B41738"
level="section">Sec.â€‹1023.â€‹Sense of Congress regarding Department of Defense
counterdrug activities in the transit zone and Caribbean basin.</toc-entry>

<toc-entry idref="H4F828E16A19F40A291FC5C21D1EBDAC9"
level="section">Sec.â€‹1024.â€‹Assessment of impact of any planned or proposed border
wall on volume of illegal narcotics.</toc-entry>

<toc-entry idref="H4DCDC39DDBDA44B29925C18F8EA70382" level="subtitle">Subtitle
Câ€"Naval Vessels</toc-entry>

<toc-entry idref="H833172BBC7F84659976DD5BF77E09CD3"
level="section">Sec.â€‹1031.â€‹Modification of authority to purchase vessels using
funds in National Defense Sealift Fund.</toc-entry>

<toc-entry idref="H81A4D9C4DC56402BB964BA683DCF8737" level="section">Sec.â€‹1032.â€‹Use
of National Defense Sealift Fund for procurement of two used vessels.</toc-entry>

<toc-entry idref="HB664422A43E94290B59792405044DC6B"
level="section">Sec.â€‹1033.â€‹Transportation by sea of supplies for the Armed Forces
and Defense Agencies.</toc-entry>

<toc-entry idref="H10D3DA1258F54BA699183365AA54947E"
level="section">Sec.â€‹1034.â€‹Senior Technical Authority for each naval vessel
class.</toc-entry>

<toc-entry idref="H98E9574E6C454327A302F3D26CE6EDAA"
level="section">Sec.â€‹1035.â€‹Permanent authority for sustaining operational readiness
of littoral combat ships on extended deployment.</toc-entry>

<toc-entry idref="H45CBBEF730194823A5DC742D5B1B9B81"
level="section">Sec.â€‹1036.â€‹Formal training for shipboard system programs of
record.</toc-entry>

<toc-entry idref="H1E1CF97BFCC1434297A3E8CBC1DE28E2"
level="section">Sec.â€‹1037.â€‹Report on shipbuilder training and the defense
industrial base.</toc-entry>

<toc-entry idref="H62E7AC3138A248E3873BBC859B2148C6" level="section">Sec.â€‹1038.â€‹Use
of competitive procedures for CVNâ€"80 and CVNâ€"81 dual aircraft carrier
contract.</toc-entry>

<toc-entry idref="HBC2FD4BFD3794456927DB0B38327A580" level="section">Sec.â€¯1039.â€¯Report on expanding naval vessel maintenance.</toc-entry>

<toc-entry idref="H38FE8553513A4E06BDFB7C859EB2E5EE" level="subtitle">Subtitle Dâ€"Counterterrorism</toc-entry>

<toc-entry idref="HAE8C725AB38149CFB0665FEA183A045F" level="section">Sec.â€¯1041.â€¯Modification of support of special operations to combat terrorism.</toc-entry>

<toc-entry idref="HDFDF103E5B6245BD96A06A5F1A08B8C9" level="section">Sec.â€¯1042.â€¯Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries.</toc-entry>

<toc-entry idref="H58C196AB47C142F8B8816E8BF4A7C08A" level="section">Sec.â€¯1043.â€¯Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.</toc-entry>

<toc-entry idref="H24282749BFF94C04AE465375CD0AC2B7" level="section">Sec.â€¯1044.â€¯Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="H5E8DBDD269604186AC6636325639E202" level="section">Sec.â€¯1045.â€¯Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="HABE113402E4C4CB8AB6EEB7FC9FC30E3" level="section">Sec.â€¯1046.â€¯Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="HBB9B602C1EE04D70946F717B4D19ADDD" level="section">Sec.â€¯1047.â€¯Independent assessment on gender and countering violent extremism.</toc-entry>

<toc-entry idref="H1DDCAEF7D27C49C09E6052BC779CED16" level="subtitle">Subtitle Eâ€"Miscellaneous Authorities and Limitations</toc-entry>

<toc-entry idref="H2DDCDB9B259146AE97427591DFDA1C15" level="section">Sec.â€¯1051.â€¯Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments.</toc-entry>

<toc-entry idref="HBC62278E1F274794A62C8EC8EC7E11C2" level="section">Sec.â€¯1052.â€¯Explosive ordnance defense disposal program.</toc-entry>

<toc-entry idref="H3D21F3BD7E45498A87EED5B16E18D363" level="section">Sec.â€¯1053.â€¯Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense.</toc-entry>

<toc-entry idref="H131CF95DBA3B4478A1E5A0D87BD47C7F" level="section">Sec.â€¯1054.â€¯Notification on the provision of defense sensitive support.</toc-entry>

<toc-entry idref="H8DA62979C31643808C803F7E983C7B70" level="section">Sec.â€¯1055.â€¯Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas.</toc-entry>

<toc-entry idref="H33F42FB884B6492DB4CF25BD2660F1DE" level="section">Sec.â€¯1056.â€¯Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces.</toc-entry>

<toc-entry idref="HFBF5A0FBF0EE43E7ADCC89ADD6BDB245" level="section">Sec.â€¯1057.â€¯Expenditure of funds for Department of Defense intelligence and counterintelligence activities.</toc-entry>

<toc-entry idref="H1741B50BBFB44C1B9074DE1A3DE964E6" level="section">Sec.â€¯1058.â€¯Limitation on use of funds for the inactivation of Army

watercraft units.</toc-entry>

<toc-entry idref="HE3BB8BB0017C4F1687ECA43C073EEC07" level="title">Title XIâ€"Civilian Personnel Matters</toc-entry>

<toc-entry idref="H93375CD257FF4E419AA4900B2AC172F9" level="subtitle">Subtitle Aâ€"General Provisions</toc-entry>

<toc-entry idref="HE7F8BF8E8C2F451BBAB6F4A1D5B8B47E" level="section">Sec.â€‚1101.â€‚Defense Advanced Research Projects Agency personnel management authority.</toc-entry>

<toc-entry idref="H82FC57D7A0CF41699F9FCC25C83A416F" level="section">Sec.â€‚1102.â€‚Report on the probationary period for Department of Defense employees.</toc-entry>

<toc-entry idref="H88D544A4264D475185823C8560497150" level="section">Sec.â€‚1103.â€‚Civilian personnel management.</toc-entry>

<toc-entry idref="H628B0E6F886A4D7389C8109D47477EBB" level="section">Sec.â€‚1104.â€‚One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone.</toc-entry>

<toc-entry idref="HAAD1BAA75D7E41AEB072C6B7944C40F7" level="section">Sec.â€‚1105.â€‚One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas.</toc-entry>

<toc-entry idref="H3E480EC8D9C244FD843E454CB8302400" level="section">Sec.â€‚1106.â€‚Performance of civilian functions by military personnel.</toc-entry>

<toc-entry idref="HC7B004874DEB417F9B7897BDA289A378" level="section">Sec.â€‚1107.â€‚Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base.</toc-entry>

<toc-entry idref="H71A203A690FA485885748E93D2954A2A" level="section">Sec.â€‚1108.â€‚Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees.</toc-entry>

<toc-entry idref="HC147B532B13D4F189F19FDC66934DFBD" level="section">Sec.â€‚1109.â€‚Modification of direct hire authorities for the Department of Defense.</toc-entry>

<toc-entry idref="HF9AB2E986DF042A0989F62D20ED42125" level="section">Sec.â€‚1110.â€‚Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act.</toc-entry>

<toc-entry idref="H4A110FC69AC4485FB6210522316A8731" level="section">Sec.â€‚1111.â€‚Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown.</toc-entry>

<toc-entry idref="HE327F33CB78B46E8B001F56E3286C6E6" level="section">Sec.â€‚1112.â€‚Limitation on transfer of Office of Personnel Management.</toc-entry>

<toc-entry idref="HCC23136B279648668658C138AD06DB89" level="section">Sec.â€‚1113.â€‚Assessment of Accelerated Promotion Program suspension.</toc-entry>

<toc-entry idref="H4FEF56C391234B2E8907BE679A8A5D30" level="section">Sec.â€‚1114.â€‚Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation.</toc-entry>

<toc-entry idref="HEBEA0635AF6A464B85574BBB2BEBFC2D" level="section">Sec.â€‚1115.â€‚Clarification of limitation on expedited hiring authority for post-secondary students.</toc-entry>

<toc-entry idref="H658354B1B195415B8A194B1095A3497C" level="section">Sec.â€‚1116.â€‚Modification of temporary assignments of Department of Defense employees to a private-sector organization.</toc-entry>

```
<toc-entry idref="HAECC488AC5F14FFCA147D91E712B43A4"
level="section">Sec.â€,1117.â€,Extension of authority for part-time reemployment.</toc-
entry>

<toc-entry idref="H91454CB7D2164312A8B5A405C60462C4" level="subtitle">Subtitle Bâ€"Fair
Chance Act</toc-entry>

<toc-entry idref="H51228127EAE54E43B80252EBA077D0EA"
level="section">Sec.â€,1121.â€,Short title.</toc-entry>

<toc-entry idref="HE97CB6A234FD4E3DB9E3D8C43CC49D03"
level="section">Sec.â€,1122.â€,Prohibition on criminal history inquiries prior to
conditional offer for Federal employment.</toc-entry>

<toc-entry idref="H54077C2823AE4B5383CEF8D4A9F42123"
level="section">Sec.â€,1123.â€,Prohibition on criminal history inquiries by contractors
prior to conditional offer.</toc-entry>

<toc-entry idref="H976D1B82602E4D5B94B3CE347009DC2F"
level="section">Sec.â€,1124.â€,Report on employment of individuals formerly
incarcerated in Federal prisons.</toc-entry>

<toc-entry idref="HBE986043727D4AF6B121C5B27D1CC9DC" level="subtitle">Subtitle Câ€"ATC
Hiring Reform</toc-entry>

<toc-entry idref="HCD0EC9A8006A44A09E8BA30413AF18B8"
level="section">Sec.â€,1131.â€,Short title; definition.</toc-entry>

<toc-entry idref="H22153FF345D14725A6DAEFC001F0D358"
level="section">Sec.â€,1132.â€,Hiring of air traffic control specialists.</toc-entry>

<toc-entry idref="HA4055981CCEA45C88D44E6F30AC01ABF"
level="section">Sec.â€,1133.â€,Ensuring hiring preference for applicants with
experience at an air traffic control facility of the National Guard.</toc-entry>

<toc-entry idref="H1C2E1B9C736E4798B44CDFB5A64E4FF2" level="section">Sec.â€,1134.â€,FAA
reports on air traffic controller hiring and training.</toc-entry>

<toc-entry idref="H82E10E861EFF4F6DBFEA0DB57467B43A" level="section">Sec.â€,1135.â€,DOT
Inspector General review and report.</toc-entry>

<toc-entry idref="HE764C3D769DC4A0ABE134A3F702FD74F" level="title">Title XIIâ€"Matters
relating to foreign nations</toc-entry>

<toc-entry idref="H2DA02AC04CBD4406AA934541C71AD232" level="subtitle">Subtitle
Aâ€"Assistance and training</toc-entry>

<toc-entry idref="HADBE199580D447A7B6B48E127FFA4C6F"
level="section">Sec.â€,1201.â€,Modification of authority to build capacity of foreign
security forces.</toc-entry>

<toc-entry idref="H980095EB4ECA4D7896ED3D011ABCF517"
level="section">Sec.â€,1202.â€,Modification and extension of cross servicing agreements
for loan of personnel protection and personnel survivability equipment in coalition
operations.</toc-entry>

<toc-entry idref="HB643CFA6E9ED49B18AF24ECEDC086127"
level="section">Sec.â€,1203.â€,Modifications of authorities relating to acquisition and
cross-servicing agreements.</toc-entry>

<toc-entry idref="HC986732F8A8A4B748180C4D979745FCC"
level="section">Sec.â€,1204.â€,Modification of quarterly report on obligation and
expenditure of funds for security cooperation programs and activities.</toc-entry>

<toc-entry idref="H2C8D141CF0254242960277A31465008C"
level="section">Sec.â€,1205.â€,Gender perspectives and participation by women in
security cooperation activities.</toc-entry>

<toc-entry idref="H9B42E7AEFF4D404BB00DEB7309F11D91"
level="section">Sec.â€,1206.â€,Plan to provide consistency of administration of
authorities relating to vetting of units of security forces of foreign countries;
modification of assessment, monitoring, and evaluation of security cooperation programs
```

and activities.</toc-entry>

<toc-entry idref="HA97122D5480745E9951CD44AE85A1E36"
level="section">Sec.â€¯1207.â€¯Extension of authority for support of special operations
for irregular warfare.</toc-entry>

<toc-entry idref="HC9CFA9FBDB9D4CF2BB2FE8823E927056"
level="section">Sec.â€¯1208.â€¯Extension and modification of Commandersâ€™ Emergency
Response Program and elimination of certain payments to redress injury and loss.</toc-
entry>

<toc-entry idref="H8D1AB063BCCC46A096E7F4335FF8E061"
level="section">Sec.â€¯1209.â€¯Two-year extension of program authority for Global
Security Contingency Fund.</toc-entry>

<toc-entry idref="H561CA5C885564800A117569D8EAC3314"
level="section">Sec.â€¯1210.â€¯Legal institutional capacity building initiative for
foreign defense institutions.</toc-entry>

<toc-entry idref="H6FBAA13E125645D49BAFD3F5C8C5BA7D"
level="section">Sec.â€¯1210A.â€¯Department of Defense support for stabilization
activities in national security interest of the United States.</toc-entry>

<toc-entry idref="H52E461C4AFC04DF79259C0AD7006AD7C" level="subtitle">Subtitle
Bâ€"Matters relating to Afghanistan and Pakistan</toc-entry>

<toc-entry idref="H66FF7925427A44E4E8E8B0B79E8A28191"
level="section">Sec.â€¯1211.â€¯Extension of authority to transfer defense articles and
provide defense services to the military and security forces of Afghanistan.</toc-
entry>

<toc-entry idref="H85CA5CE9882249C6A299DBBE3388EA2B"
level="section">Sec.â€¯1212.â€¯Extension and modification of authority to acquire
products and services produced in countries along a major route of supply to
Afghanistan.</toc-entry>

<toc-entry idref="H5AE31C7C8A3B43FEAC2D1D1D9A2DB7B5"
level="section">Sec.â€¯1213.â€¯Authority for certain payments to redress injury and
loss.</toc-entry>

<toc-entry idref="H122580C72CE14C4395A2462C00229550"
level="section">Sec.â€¯1214.â€¯Extension and modification of semiannual report on
enhancing security and stability in Afghanistan.</toc-entry>

<toc-entry idref="HAB71569C32E54D48BC7F6F0DEA648C35"
level="section">Sec.â€¯1215.â€¯Special Immigrant Visa program reporting
requirement.</toc-entry>

<toc-entry idref="H2E1271D2470D4D9CA24967AABC02A3E8"
level="section">Sec.â€¯1216.â€¯Meaningful inclusion of Afghan women in peace
negotiations.</toc-entry>

<toc-entry idref="H1E015071434544378AFCAF60F2F8DA47"
level="section">Sec.â€¯1217.â€¯Extension and modification of authority for
reimbursement of certain coalition nations for support provided to United States
military operations.</toc-entry>

<toc-entry idref="HFCBB3C38BD1942628A0CCF8DC81B4B24"
level="section">Sec.â€¯1218.â€¯Support for reconciliation activities led by the
Government of Afghanistan.</toc-entry>

<toc-entry idref="H79ADF8DA0A9046CC9E1FF45957751A32"
level="section">Sec.â€¯1219.â€¯Modification and extension of the Afghan Special
Immigrant Visa Program.</toc-entry>

<toc-entry idref="HFB0EFB8C21B54DDAB4EA25F70F8A086F" level="subtitle">Subtitle
Câ€"Matters relating to Syria, Iraq, and Iran</toc-entry>

<toc-entry idref="H17FA4EAB78D7406DB289079521DE0E87"
level="section">Sec.â€¯1221.â€¯Modification of authority and limitation on use of funds
to provide assistance to counter the Islamic State of Iraq and Syria.</toc-entry>

```
<toc-entry idref="H6603BE07FE0745C48CBE406D3A3F219F"
level="section">Sec.â€¯1222.â€¯Extension and modification of authority to provide
assistance to vetted Syrian groups and individuals.</toc-entry>

<toc-entry idref="H5B1445943A3F4B49A11DB77C6FF6099B"
level="section">Sec.â€¯1223.â€¯Modification of authority to support operations and
activities of the Office of Security Cooperation in Iraq.</toc-entry>

<toc-entry idref="H92ACBBE6E2C8426A96E4233F543E7A18"
level="section">Sec.â€¯1224.â€¯Establishing a coordinator for detained ISIS members and
relevant displaced populations in Syria.</toc-entry>

<toc-entry idref="HD562852CB0B04DFC8FE2EB716A04457D"
level="section">Sec.â€¯1225.â€¯Report on lessons learned from efforts to liberate Mosul
and Raqqah from control of the Islamic State of Iraq and Syria.</toc-entry>

<toc-entry idref="H3EBFD526B881483383E36ACA007CE98E"
level="section">Sec.â€¯1226.â€¯Expansion of availability of financial assets of Iran to
victims of terrorism.</toc-entry>

<toc-entry idref="H7083EE278FA74C0DA0BD13E0ACBC1B21"
level="section">Sec.â€¯1227.â€¯Report on the status of deconfliction channels with
Iran.</toc-entry>

<toc-entry idref="H892EE30A450045DD974CC738F00B7CEF"
level="section">Sec.â€¯1228.â€¯Prohibition on provision of weapons and other forms of
support to certain organizations.</toc-entry>

<toc-entry idref="H41C62717C1CD4F9B8731F2C6395A4891" level="subtitle">Subtitle
Dâ€"Matters relating to the Russian Federation </toc-entry>

<toc-entry idref="HA8522B667E6C4287A541CAFB1D687B57"
level="section">Sec.â€¯1231.â€¯Extension of limitation on military cooperation between
the United States and Russia.</toc-entry>

<toc-entry idref="H0BB53F88A1B44C0B8EAB2FA6036A4466"
level="section">Sec.â€¯1232.â€¯Prohibition on availability of funds relating to
sovereignty of Russia over Crimea.</toc-entry>

<toc-entry idref="H26E2C60DCC8C48399F6284250C61C363"
level="section">Sec.â€¯1233.â€¯Sense of Congress on updating and modernizing existing
agreements to avert miscalculation between the United States and Russia.</toc-entry>

<toc-entry idref="HAD00F9D1C5714AA882475ECC9AC4F503"
level="section">Sec.â€¯1234.â€¯United States participation in Open Skies Treaty.</toc-
entry>

<toc-entry idref="H9C5B26015B4F46F1A286D0F1F0C81A32"
level="section">Sec.â€¯1235.â€¯Modifications of briefing, notification, and reporting
requirements relating to non-compliance by the Russian Federation with its obligations
under the INF Treaty.</toc-entry>

<toc-entry idref="H6FF089CA19D44939B512E78AD0D2E4A2"
level="section">Sec.â€¯1236.â€¯Report on treaties relating to nuclear arms
control.</toc-entry>

<toc-entry idref="H788A74454C5F4E068CE6A9CA9B29FBB0"
level="section">Sec.â€¯1237.â€¯Reports relating to the New START Treaty.</toc-entry>

<toc-entry idref="HA66840ECC8644A8A989FB6C0B109152A"
level="section">Sec.â€¯1238.â€¯Report on military activities of the Russian Federation
and the People's Republic of China in the Arctic region.</toc-entry>

<toc-entry idref="HE3C845E6C1414710A7225B63D72E0B7D"
level="section">Sec.â€¯1239.â€¯Updated strategy to counter the threat of malign
influence by the Russian Federation and other countries.</toc-entry>

<toc-entry idref="HE049EEFB2E7642DAB5A93DBCD8437661" level="subtitle">Subtitle
Eâ€"Matters relating to Europe and NATO</toc-entry>

<toc-entry idref="HEB814D3AD0CE48A0ACA13FA1CF48F148"
level="section">Sec.â€¯1241.â€¯Sense of Congress on support for the North Atlantic
```

Treaty Organization.</toc-entry>

<toc-entry idref="H32375E3DEB004F5C99574AAFCA9AFD58"
level="section">Sec.â€¯1242.â€¯Prohibition on the use of funds to suspend, terminate,
or provide notice of denunciation of the North Atlantic Treaty.</toc-entry>

<toc-entry idref="H8CDCD00D06B54F59BE7068FDD91A021F"
level="section">Sec.â€¯1243.â€¯Future years plans and planning transparency for the
European Deterrence Initiative.</toc-entry>

<toc-entry idref="H7E960A2774E547ED999ADCCED9899A65"
level="section">Sec.â€¯1244.â€¯Modification and extension of Ukraine Security
Assistance Initiative.</toc-entry>

<toc-entry idref="H4071810A0F174E06807172C53DC17ED3"
level="section">Sec.â€¯1245.â€¯Limitation on transfer of Fâ€"35 aircraft to
Turkey.</toc-entry>

<toc-entry idref="H6699F56038FD478BAAA2A703557F039A"
level="section">Sec.â€¯1246.â€¯Baltic defense assessment; extension and modification of
security assistance for Baltic countries for joint program for interoperability and
deterrence against aggression.</toc-entry>

<toc-entry idref="H46B7306EAC1C4418BB9CD9898E1F5C75"
level="section">Sec.â€¯1247.â€¯Extension of authority for and report on training for
Eastern European national security forces in the course of multilateral
exercises.</toc-entry>

<toc-entry idref="H3E60AEE433BF47669C5CD525BC7A02D6"
level="section">Sec.â€¯1248.â€¯Extension and modification of NATO Special Operations
Headquarters.</toc-entry>

<toc-entry idref="HEC803A4A757C420DB16A5E3C0E485D30"
level="section">Sec.â€¯1249.â€¯North Atlantic Treaty Organization Joint Force
Command.</toc-entry>

<toc-entry idref="H23CB7AACA29F43819102B925DF752772"
level="section">Sec.â€¯1250.â€¯Report on North Atlantic Treaty Organization Readiness
Initiative.</toc-entry>

<toc-entry idref="H0608731FE07B46B1973F88FAE0660CA0"
level="section">Sec.â€¯1250A.â€¯Repeal of prohibition on transfer of articles on the
United States munitions list to the Republic of Cyprus.</toc-entry>

<toc-entry idref="HE440785EDC364987BD300195F4F0F339" level="subtitle">Subtitle
Fâ€"Matters relating to the Indo-Pacific region</toc-entry>

<toc-entry idref="H7C9A5FFAC45341EE9A9E1FD450118D6F"
level="section">Sec.â€¯1251.â€¯Modification of Indo-Pacific Maritime Security
Initiative.</toc-entry>

<toc-entry idref="HD183F0E405D74B5DAF9E4693560B014A"
level="section">Sec.â€¯1252.â€¯Expansion of Indo-Pacific Maritime Security Initiative
and limitation on use of funds.</toc-entry>

<toc-entry idref="HE782C4141AC448DB8CCA6220C250FCA7"
level="section">Sec.â€¯1253.â€¯Report on resourcing United States defense requirements
for the Indo-Pacific region and study on competitive strategies.</toc-entry>

<toc-entry idref="H7052E4961CD54CAC90D3C1591ED772C5"
level="section">Sec.â€¯1254.â€¯Limitation on use of funds to reduce the total number of
members of the Armed Forces serving on active duty who are deployed to South
Korea.</toc-entry>

<toc-entry idref="H538796901E3E40C3881A3ED9FC746CED"
level="section">Sec.â€¯1255.â€¯Report on direct, indirect, and burden-sharing
contributions of Japan and South Korea.</toc-entry>

<toc-entry idref="H37C6C55660D242F3ABAABFF64D5ECCF5"
level="section">Sec.â€¯1256.â€¯Sense of Congress on security commitments to the
Governments of Japan and the Republic of Korea and trilateral cooperation among the
United States, Japan, and the Republic of Korea.</toc-entry>

WASHSTATEC014579

<toc-entry idref="H84869A418DA549C3990DEA5A35A18707"
level="section">Sec.â€¯1257.â€¯Sense of Congress on North Korea.</toc-entry>

<toc-entry idref="H8270DDC12DEB4FC8ACB49D0576C6F16F"
level="section">Sec.â€¯1258.â€¯Statement of policy and sense of Congress on, and
strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the
Philippines.</toc-entry>

<toc-entry idref="H6600CC7A9AE04AE1B2DC3EB0E3E141B5"
level="section">Sec.â€¯1259.â€¯Report on security cooperation with the Philippine
National Police.</toc-entry>

<toc-entry idref="HE70EA46D9E324567B7407811BEF35D7E"
level="section">Sec.â€¯1260.â€¯Modification of annual report on military and security
developments involving the Peopleâ€™s Republic of China.</toc-entry>

<toc-entry idref="H9D1FA77F71BF4942BF2CCBCEA66992D0"
level="section">Sec.â€¯1260A.â€¯Report on foreign military activities in Pacific Island
countries.</toc-entry>

<toc-entry idref="H24AEEDE724AC45CFB3593A96BBB3C1C9"
level="section">Sec.â€¯1260B.â€¯Report on cybersecurity activities with Taiwan.</toc-
entry>

<toc-entry idref="H42E1FA6CDFBB4E86AD8E30DD72F9A2D7"
level="section">Sec.â€¯1260C.â€¯Review and report related to the Taiwan Relations
Act.</toc-entry>

<toc-entry idref="HED4332F7DD0F45319E6CB0D70726C691"
level="section">Sec.â€¯1260D.â€¯Sense of Congress on enhancement of the United States-
Taiwan defense relationship.</toc-entry>

<toc-entry idref="H38BD1D57D08F4BE99C8CF306F069D2EE"
level="section">Sec.â€¯1260E.â€¯Chinese foreign direct investment in countries of the
Arctic region.</toc-entry>

<toc-entry idref="H8D4EAC69332E4B28A5E60B66F46CB3CE"
level="section">Sec.â€¯1260F.â€¯Sense of Congress on policy toward Hong Kong.</toc-
entry>

<toc-entry idref="H3328EECFB0DE4FC7BBA245C328AC5EE3"
level="section">Sec.â€¯1260G.â€¯Sense of Congress on enhancing defense and security
cooperation with the Republic of Singapore.</toc-entry>

<toc-entry idref="HADA00BAFFD064BF5A7239C8767252206"
level="section">Sec.â€¯1260H.â€¯Authority to transfer funds for Bien Hoa dioxin
cleanup.</toc-entry>

<toc-entry idref="H3E69AFADD4944D6BADAFDBF0F1BD428"
level="section">Sec.â€¯1260I.â€¯Limitation on removal of Huawei Technologies Co. Ltd.
from entity list of Bureau of Industry and Security.</toc-entry>

<toc-entry idref="H0BA4CE78D51549F8BC391CA058752326"
level="section">Sec.â€¯1260J.â€¯Report on ZTE compliance with Superseding Settlement
Agreement and Superseding Order.</toc-entry>

<toc-entry idref="HD24DC36CBC0046BD9E5487B7D391D095"
level="section">Sec.â€¯1260K.â€¯Report on the lay-down of United States Marines in the
Indo-Pacific Region.</toc-entry>

<toc-entry idref="H7C083C570A7A4E81B9C12952D5222CB7" level="subtitle">Subtitle
Gâ€"Other matters</toc-entry>

<toc-entry idref="HEC10CB22C99E456CAA6786B97E319A5C"
level="section">Sec.â€¯1261.â€¯Modification to report on legal and policy frameworks
for the use of military force.</toc-entry>

<toc-entry idref="HA8666BE0504E4DA6AB92C819978A3633"
level="section">Sec.â€¯1262.â€¯Independent review of sufficiency of resources available
to United States Southern Command and United States Africa Command.</toc-entry>

<toc-entry idref="H39003DD7780647698093D2046CE9F5F6"

```
level="section">Sec.â€¯1263.â€¯United States Central Command posture assessment and
review.</toc-entry>

<toc-entry idref="H4D984F651DD1487CBC9FC5B35AC51B36"
level="section">Sec.â€¯1264.â€¯Limitation on production of nuclear proliferation
assessment statements.</toc-entry>

<toc-entry idref="H7F2EE260D78D4E0B816FD4EA12D12FB4"
level="section">Sec.â€¯1265.â€¯Western Hemisphere resource assessment.</toc-entry>

<toc-entry idref="H8BF4B25F91974742A6757E94A0E0909E"
level="section">Sec.â€¯1266.â€¯Human rights in Brazil.</toc-entry>

<toc-entry idref="H8620E0CBD56F4416A946ED1BE52258BE"
level="section">Sec.â€¯1267.â€¯Certification relating to assistance for
Guatemala.</toc-entry>

<toc-entry idref="H1D522F39FEE143E29ECAEA2A794BE520"
level="section">Sec.â€¯1268.â€¯Independent analysis of human rights situation in
Honduras.</toc-entry>

<toc-entry idref="H56EAF70832064A58A1170144C14914E1"
level="section">Sec.â€¯1269.â€¯Briefing on strategy to improve the efforts of the
Nigerian military to prevent, mitigate, and respond to civilian harm.</toc-entry>

<toc-entry idref="H73FD05C700354734A09BA9D5FA269567"
level="section">Sec.â€¯1270.â€¯Report on implications of Chinese military presence in
Djibouti.</toc-entry>

<toc-entry idref="HA546141A53604BE2A155C544476F2F57"
level="section">Sec.â€¯1271.â€¯Rule of construction on the permanent stationing of
United States Armed Forces in Somalia.</toc-entry>

<toc-entry idref="HD79E3869B5A84E1BAE3C11A6D8654940"
level="section">Sec.â€¯1272.â€¯Defense and diplomatic strategy for Libya.</toc-entry>

<toc-entry idref="HE7EB8FD62D2D44469BB2034D31DE8CC7"
level="section">Sec.â€¯1273.â€¯Prohibition on in-flight refueling to non-United States
aircraft that engage in hostilities in the ongoing civil war in Yemen.</toc-entry>

<toc-entry idref="H12B92082D8F34D1FB6A5C85269710C1F"
level="section">Sec.â€¯1274.â€¯Report on Saudi-led coalition strikes in Yemen.</toc-
entry>

<toc-entry idref="HB224628DA1D14DA9A25BC6B6F492C150"
level="section">Sec.â€¯1275.â€¯Reports on expenses incurred for in-flight refueling of
Saudi coalition aircraft conducting missions relating to civil war in Yemen.</toc-
entry>

<toc-entry idref="HB2750A91B2214584B96F5C8CB206C041"
level="section">Sec.â€¯1276.â€¯Report on Saudi Arabiaâ€™s human rights record.</toc-
entry>

<toc-entry idref="H34CE4CA5AFA9485799A4C030EF349211"
level="section">Sec.â€¯1277.â€¯Report on intelligence community assessment relating to
the killing of Washington Post columnist Jamal Khashoggi.</toc-entry>

<toc-entry idref="H8F897E793E844B768B32257E836F06AF"
level="section">Sec.â€¯1278.â€¯United States-Israel cooperation to counter unmanned
aerial systems.</toc-entry>

<toc-entry idref="H3505638B70754F8493EC464866BAF5DE"
level="section">Sec.â€¯1279.â€¯Extension and modification of authority for United
States-Israel anti-tunnel cooperation activities.</toc-entry>

<toc-entry idref="H4DFBE899BAE74BB89E43F780CC7BAC9E"
level="section">Sec.â€¯1280.â€¯Report on cost imposition strategy.</toc-entry>

<toc-entry idref="HF8391CCA568449C8A22D633422DA735D"
level="section">Sec.â€¯1281.â€¯Modification of initiative to support protection of
national security academic researchers from undue influence and other security
threats.</toc-entry>
```

WASHSTATEC014581

```
<toc-entry idref="H30C9B4A1FF2941B797266AE62CC3C309"
level="section">Sec.â€,1282.â€,Modification of responsibility for policy on civilian
casualty matters.</toc-entry>

<toc-entry idref="H6EC4DF4CBA7A404EB5E2D1B9FFF48987"
level="section">Sec.â€,1283.â€,Report on export of certain satellites to entities with
certain beneficial ownership structures.</toc-entry>

<toc-entry idref="H6E7FE93599A847A7AF58BFEE5014A4D7"
level="section">Sec.â€,1284.â€,Rule of construction relating to the use of military
force.</toc-entry>

<toc-entry idref="HBAB417F8FA134D30A845C4C37DE54888"
level="section">Sec.â€,1285.â€,Reports and briefings on use of military force and
support of partner forces.</toc-entry>

<toc-entry idref="HDE5DBE477D964C9D9DB9A87D81022BC6" level="title">Title
XIIIâ€"Cooperative Threat Reduction</toc-entry>

<toc-entry idref="HCA166B9CBE2F449CA529A29D6B1228FB"
level="section">Sec.â€,1301.â€,Funding allocations; specification of cooperative threat
reduction funds.</toc-entry>

<toc-entry idref="H9869F1DF992D4F039D480E535C21DDAF" level="title">Title XIVâ€"Other
Authorizations</toc-entry>

<toc-entry idref="H56DF4611060949179779BD9CCD510DDF" level="subtitle">Subtitle
Aâ€"Military programs</toc-entry>

<toc-entry idref="H0ADB8052140D44B4ADD98B191412CA15"
level="section">Sec.â€,1401.â€,Working capital funds.</toc-entry>

<toc-entry idref="H106F8CC5DD744F62B495807C4BF720E3"
level="section">Sec.â€,1402.â€,Chemical agents and munitions destruction,
defense.</toc-entry>

<toc-entry idref="H3FD51E9E60AD4C15896BCC9874A45B9A"
level="section">Sec.â€,1403.â€,Drug interdiction and counter-drug activities, defense-
wide.</toc-entry>

<toc-entry idref="H6387368C4A854CC58E5F1F400D33BFA8"
level="section">Sec.â€,1404.â€,Defense inspector general.</toc-entry>

<toc-entry idref="HE4C7E16770C34E5B83D4BC0A4EFF9642"
level="section">Sec.â€,1405.â€,Defense health program.</toc-entry>

<toc-entry idref="H6375265F8F3841EFB7E1531AB5D964B5" level="subtitle">Subtitle
Bâ€"Other matters</toc-entry>

<toc-entry idref="HAC1EE2A59A5045299C7A6218CE960BEF"
level="section">Sec.â€,1411.â€,Authority for transfer of funds to joint Department of
Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain
James A. Lovell Health Care Center, Illinois.</toc-entry>

<toc-entry idref="H516952D194254373A2CA049371CDFDF4"
level="section">Sec.â€,1412.â€,Authorization of appropriations for Armed Forces
Retirement Home.</toc-entry>

<toc-entry idref="H548F016267984BCB8D0C0893846091A0" level="title">Title
XVâ€"Authorization of additional appropriations for overseas contingency
operations</toc-entry>

<toc-entry idref="HB74F324FBADF4C59A3191368FA24896E"
level="section">Sec.â€,1501.â€,Purpose.</toc-entry>

<toc-entry idref="HC70D6EB51F89440BA0CA35D31BBC91FA"
level="section">Sec.â€,1502.â€,Treatment as additional authorizations.</toc-entry>

<toc-entry idref="HA71AAC7129CF4BE38152B85B77A9779C" level="subtitle">Subtitle
Aâ€"Authorization of appropriations for overseas contingency operations</toc-entry>

<toc-entry idref="H6A3914AA4AC74AF0B826D00594BE8E1A"
level="section">Sec.â€,1511.â€,Overseas contingency operations.</toc-entry>
```

<toc-entry idref="H3875B8F4AD5C449B94A63D30729B07EF"
level="section">Sec.â€‚1512.â€‚Procurement.</toc-entry>

<toc-entry idref="H9F5F06DA268D49978E1BF6397D8A5CA6" level="section">Sec.â€‚1513.â€‚
Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="HB490909711FD4A1D8575CE4B23D27155"
level="section">Sec.â€‚1514.â€‚Operation and maintenance.</toc-entry>

<toc-entry idref="HD02A94BC890D495EA17103A83B12314E"
level="section">Sec.â€‚1515.â€‚Military personnel.</toc-entry>

<toc-entry idref="HE17A0CC23ED04EDCA39C271E8ABE974B"
level="section">Sec.â€‚1516.â€‚Working capital funds.</toc-entry>

<toc-entry idref="H0532ED0D529D41689DB1D1319D20AD4F"
level="section">Sec.â€‚1517.â€‚Drug interdiction and counter-drug activities, defense-
wide.</toc-entry>

<toc-entry idref="H3F413F2092E54F7EBEC415188DCE374E"
level="section">Sec.â€‚1518.â€‚Defense inspector general.</toc-entry>

<toc-entry idref="H54ED504F410A4F1F82B61620ED40353D"
level="section">Sec.â€‚1519.â€‚Defense health program.</toc-entry>

<toc-entry idref="H518E36A6B00540FBB776606039B0BCAF"
level="section">Sec.â€‚1520.â€‚Afghanistan security forces fund.</toc-entry>

<toc-entry idref="H90CFE0A829D344D09A7DE460983DCB9A"
level="section">Sec.â€‚1520A.â€‚Special transfer authority.</toc-entry>

<toc-entry idref="H96703BF979CD4424BD887B26E2F85FF1" level="subtitle">Subtitle
Bâ€"Authorization of appropriations for emergency funds for recovery and
restoration</toc-entry>

<toc-entry idref="H2BA3C7D1BB9245229F55E9D9D406373D"
level="section">Sec.â€‚1521.â€‚Procurement.</toc-entry>

<toc-entry idref="HF2D0357A38E542BD8E15EE5526C6F16C"
level="section">Sec.â€‚1522.â€‚Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H99F4ADD12C644E499CC115D3864D879D"
level="section">Sec.â€‚1523.â€‚Operation and maintenance.</toc-entry>

<toc-entry idref="HBD07D7B0D19B483883E62531C4216A34"
level="section">Sec.â€‚1524.â€‚Restriction on transfer of funds authorized by this
subtitle.</toc-entry>

<toc-entry idref="HFE4D0C87697D44E6922D3B3BC05B27DA" level="title">Title
XVIâ€"Strategic Programs, Cyber, and Intelligence Matters</toc-entry>

<toc-entry idref="HFD33B62E966F4EA595EF7602000C4425" level="subtitle">Subtitle
Aâ€"Space Activities</toc-entry>

<toc-entry idref="H6072F892A7F742C0A1591A5B9661275D"
level="section">Sec.â€‚1601.â€‚Repeal of requirement to establish United States Space
Command as a subordinate unified command of the United States Strategic Command.</toc-
entry>

<toc-entry idref="H88C88E3C2ECA4B4982CEB940BDF1B85F"
level="section">Sec.â€‚1602.â€‚Coordination of modernization efforts relating to
military-code capable GPS receiver cards.</toc-entry>

<toc-entry idref="H883348FE733447C49F586DB058D4982D"
level="section">Sec.â€‚1603.â€‚Demonstration of backup and complementary positioning,
navigation, and timing capabilities of Global Positioning System.</toc-entry>

<toc-entry idref="HB8D62B54D3474552A0204038CF6F5AF2"
level="section">Sec.â€‚1604.â€‚Annual determination on plan on full integration and
exploitation of overhead persistent infrared capability.</toc-entry>

<toc-entry idref="HD32F3EBD1A0C4A4FAD18A196B12B4767"
level="section">Sec.â€‚1605.â€‚Space-based environmental monitoring mission

WASHSTATEC014583

requirements.</toc-entry>

<toc-entry idref="H1516B3A3E3114656AE62A0E821D42359"
level="section">Sec.â€,1606.â€,Resilient enterprise ground architecture.</toc-entry>

<toc-entry idref="H09F95D549AE74944B607F3C71B0E0E32"
level="section">Sec.â€,1607.â€,Prototype program for multi-global navigation satellite
system receiver development.</toc-entry>

<toc-entry idref="H0854E70788C6410096EC97233B64E903"
level="section">Sec.â€,1608.â€,Commercial space situational awareness
capabilities.</toc-entry>

<toc-entry idref="HE719D699BEAF4E778FE94D7FA02C4324"
level="section">Sec.â€,1609.â€,Program to enhance and improve launch support and
infrastructure.</toc-entry>

<toc-entry idref="H2B9940190AA345E692111116A07694B6"
level="section">Sec.â€,1610.â€,Preparation to implement plan for use of allied launch
vehicles.</toc-entry>

<toc-entry idref="H68F146F6FABB4FD49C5759B66753C4CA"
level="section">Sec.â€,1611.â€,Independent study on plan for deterrence in space.</toc-
entry>

<toc-entry idref="H06836B9DDFFB451C9FF7F1F85C61E32E"
level="section">Sec.â€,1612.â€,Study on leveraging diverse commercial satellite remote
sensing capabilities.</toc-entry>

<toc-entry idref="H334F23E4847D4BD5BEF4460CF52642D8"
level="section">Sec.â€,1613.â€,Annual report on Space Command and Control
program.</toc-entry>

<toc-entry idref="H7806D9C4A8EA46D9B99708446E1DEA0D"
level="section">Sec.â€,1614.â€,Report on space debris.</toc-entry>

<toc-entry idref="HCC60BDB0151F4932AFC323F20A75D9E7" level="subtitle">Subtitle
Bâ€"Defense Intelligence and Intelligence-Related Activities</toc-entry>

<toc-entry idref="H0EF5C5EA66E94300A25446F2BCDE563E"
level="section">Sec.â€,1621.â€,Redesignation of Under Secretary of Defense for
Intelligence as Under Secretary of Defense for Intelligence and Security.</toc-entry>

<toc-entry idref="HC179170BFE334FB0896D963FC510167D"
level="section">Sec.â€,1622.â€,Modifications to ISR Integration Council and annual
briefing requirements.</toc-entry>

<toc-entry idref="H8AE729A97B3541EAAB42408EC9DCEDA4"
level="section">Sec.â€,1623.â€,Modification of annual authorization of appropriations
for National Flagship Language Initiative.</toc-entry>

<toc-entry idref="HF4453BC30B084DDF9BAB4F0720E8C664"
level="section">Sec.â€,1624.â€,Improving the onboarding methodology for intelligence
personnel.</toc-entry>

<toc-entry idref="H0E12C3D5ACCC4E5EA2240A0224974142"
level="section">Sec.â€,1625.â€,Defense Counterintelligence and Security Agency
activities on facilitating access to local criminal records historical data.</toc-
entry>

<toc-entry idref="H8A7B855F816949C3BA4167DEC180B6CD"
level="section">Sec.â€,1626.â€,Survey and report on alignment of intelligence
collections capabilities and activities with Department of Defense requirements.</toc-
entry>

<toc-entry idref="HB156B74333D04CB79AE133F5775EC4EC"
level="section">Sec.â€,1627.â€,Reports on Consolidated Adjudication Facility of the
Defense Counterintelligence and Security Agency.</toc-entry>

<toc-entry idref="H409707DC68A34F9BB63B0B79E8B6D430"
level="section">Sec.â€,1628.â€,Report on the expanded purview of the Defense
Counterintelligence and Security Agency.</toc-entry>

WASHSTATEC014584

&lt;toc-entry idref="H1AD864C142794FF29F4ABFA8B5335FD8"
level="section"&gt;Sec.â€,1629.â€,Termination of requirement for Department of Defense
facility access clearances for joint ventures composed of previously-cleared
entities.&lt;/toc-entry&gt;

&lt;toc-entry idref="HDFD1D38F5B5544B0AA0E7CF40E5F4077" level="subtitle"&gt;Subtitle
Câ€"Cyberspace-Related Matters&lt;/toc-entry&gt;

&lt;toc-entry idref="HDC33CABAB33449BF993B922F1D64E37D"
level="section"&gt;Sec.â€,1631.â€,Matters relating to military operations in the
information environment.&lt;/toc-entry&gt;

&lt;toc-entry idref="H74D96D8F146546F49C6899C0B02D6C03"
level="section"&gt;Sec.â€,1632.â€,Notification requirements for sensitive military cyber
operations.&lt;/toc-entry&gt;

&lt;toc-entry idref="HAFEE3B18172343C2B276E2205070AB83"
level="section"&gt;Sec.â€,1633.â€,Evaluation of cyber vulnerabilities of major weapon
systems of the Department of Defense.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE74D9DEEE20E4F2381BFA4AB4E4C351B"
level="section"&gt;Sec.â€,1634.â€,Quarterly assessments of the readiness of Cyber Mission
Forces.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE0A9EB25A05248B3ADC757DB986FBC15"
level="section"&gt;Sec.â€,1635.â€,Cyber posture review.&lt;/toc-entry&gt;

&lt;toc-entry idref="HB20E14973FCF48FABF52B1D6A44E9C6A"
level="section"&gt;Sec.â€,1636.â€,Modification of elements of assessment required for
termination of dual-hat arrangement for Commander of the United States Cyber
Command.&lt;/toc-entry&gt;

&lt;toc-entry idref="HDE8B1064BE554670B138FEDB0B58D79B"
level="section"&gt;Sec.â€,1637.â€,Modification of cyber scholarship program.&lt;/toc-entry&gt;

&lt;toc-entry idref="H32DB56F9F9474A99A9FF92770B7F146D"
level="section"&gt;Sec.â€,1638.â€,Tier 1 exercise of support to civil authorities for a
cyber incident.&lt;/toc-entry&gt;

&lt;toc-entry idref="HD490109F3B1449BA8323F390D656D81C"
level="section"&gt;Sec.â€,1639.â€,Extension of the Cyberspace Solarium Commission.&lt;/toc-
entry&gt;

&lt;toc-entry idref="H10DAF99AB2D142C2A1401ACD286ABE41"
level="section"&gt;Sec.â€,1640.â€,Authority to use operation and maintenance funds for
cyber operations-peculiar capability development projects.&lt;/toc-entry&gt;

&lt;toc-entry idref="H6C26538D57384836BAC5B44D3E73CBB8"
level="section"&gt;Sec.â€,1641.â€,Role of Chief Information Officer in improving
enterprise-wide cybersecurity.&lt;/toc-entry&gt;

&lt;toc-entry idref="HADF19202A04C4857BD86F90D7B6AD6EE"
level="section"&gt;Sec.â€,1642.â€,Notification of delegation of authorities to the
Secretary of Defense for military operations in cyberspace.&lt;/toc-entry&gt;

&lt;toc-entry idref="H661E163742CC405C9FB69BCD1F397D91"
level="section"&gt;Sec.â€,1643.â€,Limitation of funding for Consolidated Afloat Networks
and Enterprise Services.&lt;/toc-entry&gt;

&lt;toc-entry idref="H0C727E3010524EEBAD9D7AC92E90B3EE"
level="section"&gt;Sec.â€,1644.â€,Annual military cyberspace operations report.&lt;/toc-
entry&gt;

&lt;toc-entry idref="HE63F3E4DC6F9484AA324C9DA60040B87"
level="section"&gt;Sec.â€,1645.â€,Annual report on cyber attacks and intrusions against
the Department of Defense by certain foreign entities.&lt;/toc-entry&gt;

&lt;toc-entry idref="HF510AB1A8A7B46AC8E7D782E4E243F66"
level="section"&gt;Sec.â€,1646.â€,Control and analysis of Department of Defense data
stolen through cyberspace.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0485C3BC67D48BDA39B02724A54C9EC" level="section"&gt;Sec.â€,1647.â€,Use

of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products.</toc-entry>

<toc-entry idref="H687CC66681AA4A8DB6AFC9C25B715821" level="section">Sec.â€‰1648.â€‰Framework to enhance cybersecurity of the United States defense industrial base.</toc-entry>

<toc-entry idref="H709EAB3F27354D2D925E55BD5F4D0AE9" level="section">Sec.â€‰1649.â€‰Report on cybersecurity training programs.</toc-entry>

<toc-entry idref="H89307DC272FF4C409ECB07DCF1A889A2" level="section">Sec.â€‰1650.â€‰National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.</toc-entry>

<toc-entry idref="H937858E186F3476D976AB151B629ADA4" level="section">Sec.â€‰1651.â€‰Reorientation of Big Data Platform program.</toc-entry>

<toc-entry idref="HBF7CFF5240474CB5B9A4B22CEBA74C04" level="section">Sec.â€‰1652.â€‰Zero-based review of Department of Defense cyber and information technology personnel.</toc-entry>

<toc-entry idref="H0EA0AFF0CF8644298FCEB87826D56AD6" level="section">Sec.â€‰1653.â€‰Study on improving cyber career paths in the Navy.</toc-entry>

<toc-entry idref="HA4ABE9726B23459291F575024A5E2D04" level="section">Sec.â€‰1654.â€‰Accreditation standards and processes for cybersecurity and information technology products and services.</toc-entry>

<toc-entry idref="H1490D1EC6823455E816F2B210C5C30DB" level="section">Sec.â€‰1655.â€‰Study on future cyber warfighting capabilities of Department of Defense.</toc-entry>

<toc-entry idref="H4258FD56FD664C9585CB78A948E95DFD" level="section">Sec.â€‰1656.â€‰Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquartersâ€"Cyber Organizations, Joint Mission Operations Centers, and Cyber Operationsâ€"Integrated Planning Elements.</toc-entry>

<toc-entry idref="HCF92C06ADB1C4973B5E28B73FB1C00A7" level="section">Sec.â€‰1657.â€‰Cyber governance structures and Principal Cyber Advisors on military cyber force matters.</toc-entry>

<toc-entry idref="H31A5EE280A63405A9127038845886CE8" level="section">Sec.â€‰1658.â€‰Designation of test networks for testing and accreditation of cybersecurity products and services.</toc-entry>

<toc-entry idref="HCACED52A9DF642B285C6FF7E60512375" level="section">Sec.â€‰1659.â€‰Consortia of universities to advise Secretary of Defense on cybersecurity matters.</toc-entry>

<toc-entry idref="HFFA0DF923AC74E779F3C736FB37D67CB" level="section">Sec.â€‰1660.â€‰Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements.</toc-entry>

<toc-entry idref="H239143AE08204A3A95DBAB020EC00D16" level="subtitle">Subtitle Dâ€"Nuclear Forces</toc-entry>

<toc-entry idref="HA2CF26DDE66F48758209070E9B90BF57" level="section">Sec.â€‰1661.â€‰Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System.</toc-entry>

<toc-entry idref="H848FECAD97294F9492FE1C4B6BD14FF4" level="section">Sec.â€‰1662.â€‰Modification of authorities relating to nuclear command, control, and communications system.</toc-entry>

<toc-entry idref="HC8C42EAA6186447783B39AAC12AD46E2" level="section">Sec.â€‰1663.â€‰Briefings on meetings held by Nuclear Weapons Council.</toc-entry>

<toc-entry idref="HA0829A386AFA4AC8826C4FEA3CD72134" level="section">Sec.â€‰1664.â€‰Consideration of budget matters at meetings of Nuclear

Weapons Council.</toc-entry>

<toc-entry idref="H9BE6215C172A4E3C9A62634FE839F30E"
level="section">Sec.â€‚1665.â€‚Improvement to annual report on the modernization of the
nuclear weapons enterprise.</toc-entry>

<toc-entry idref="H7C94C247D6BE44998C0B946D0FEBCBB6"
level="section">Sec.â€‚1666.â€‚Expansion of officials required to conduct biennial
assessments of delivery platforms for nuclear weapons and nuclear command and control
system.</toc-entry>

<toc-entry idref="HCED5CA9522424B0ABDD0FEBCBC2A6B2D"
level="section">Sec.â€‚1667.â€‚Extension of annual briefing on costs of forward-
deploying nuclear weapons in Europe.</toc-entry>

<toc-entry idref="HC1D8711D5C3C44CCBEA0B4E363836C63"
level="section">Sec.â€‚1668.â€‚Elimination of conventional requirement for long-range
standoff weapon.</toc-entry>

<toc-entry idref="H123ADBE2985E4B12B38A10547C54EB9F"
level="section">Sec.â€‚1669.â€‚Briefing on long-range standoff weapon and sea-launched
cruise missile.</toc-entry>

<toc-entry idref="HFB814AA08CF84A66B066917DA0842D76"
level="section">Sec.â€‚1670.â€‚Extension of prohibition on availability of funds for
mobile variant of ground-based strategic deterrent missile.</toc-entry>

<toc-entry idref="HDA60329D330246839671A7789CBF8828"
level="section">Sec.â€‚1671.â€‚Reports on development of ground-based strategic
deterrent weapon.</toc-entry>

<toc-entry idref="H62CBD127C8FD451399667BC97E0FA974"
level="section">Sec.â€‚1672.â€‚Prohibition on reduction of the intercontinental
ballistic missiles of the United States.</toc-entry>

<toc-entry idref="HE8383647BB6C4611B341DD1FE6341F15"
level="section">Sec.â€‚1673.â€‚Independent study on policy of no-first-use of nuclear
weapons.</toc-entry>

<toc-entry idref="H0E2AB082BC2C45B9A81A6AA7852DBC79"
level="section">Sec.â€‚1674.â€‚Independent study on risks of nuclear terrorism and
nuclear war.</toc-entry>

<toc-entry idref="H5D0D234566AA4AFB8BA3DE017EE821EC"
level="section">Sec.â€‚1675.â€‚Report on military-to-military dialogue to reduce risks
of miscalculation leading to nuclear war.</toc-entry>

<toc-entry idref="H38CB2215CD134EE6B123FD235D6CE934"
level="section">Sec.â€‚1676.â€‚Report on nuclear forces of the United States and near-
peer countries.</toc-entry>

<toc-entry idref="H41198EDDF6DB43C9ADBB3F4BEACCBCFB"
level="section">Sec.â€‚1677.â€‚Report on operation of conventional forces of military
departments under employment or threat of employment of nuclear weapons.</toc-entry>

<toc-entry idref="HC71395D851A4451AA1207351585A9693"
level="section">Sec.â€‚1678.â€‚Report on operation of conventional forces of certain
combatant commands under employment or threat of employment of nuclear weapons.</toc-
entry>

<toc-entry idref="H8B274A49AE5C459EB8E5B94F6092301E"
level="section">Sec.â€‚1679.â€‚Briefings on plan for future-systems-level architecture
of nuclear command, control, and communications systems.</toc-entry>

<toc-entry idref="HD5DD874BDAFD42D8A013990B577C23C2"
level="section">Sec.â€‚1680.â€‚Sense of Congress on nuclear deterrence commitments of
the United States.</toc-entry>

<toc-entry idref="HA920B3E43D57449394723F0A5A3B48B0" level="subtitle">Subtitle
Eâ€"Missile Defense Programs</toc-entry>

<toc-entry idref="H183BE8CACF4B43F48C2B90556258F0D3"

level="section">Sec.â€‚1681.â€‚National missile defense policy.</toc-entry>

<toc-entry idref="H3EBE848E7E244B35A9BF47DC03D99420"
level="section">Sec.â€‚1682.â€‚Development of space-based ballistic missile intercept
layer.</toc-entry>

<toc-entry idref="HD24574A9139A4CB5BDDC4CF721F067AE"
level="section">Sec.â€‚1683.â€‚Development of hypersonic and ballistic missile tracking
space sensor payload.</toc-entry>

<toc-entry idref="H00BF8CCFF4D5474DBDD30A9CE2596A4F"
level="section">Sec.â€‚1684.â€‚Modifications to required testing by Missile Defense
Agency of ground-based midcourse defense element of ballistic missile defense
system.</toc-entry>

<toc-entry idref="H8AB819232116469EB9F2B08A527F0371"
level="section">Sec.â€‚1685.â€‚Iron Dome short-range rocket defense system and Israeli
cooperative missile defense program co-development and co-production.</toc-entry>

<toc-entry idref="H3564EB50DDC341FE84B3CE04BD7252E6"
level="section">Sec.â€‚1686.â€‚Limitation on availability of funds for lower tier air
and missile defense sensor.</toc-entry>

<toc-entry idref="H7ED2C446B862466FA9F7F8ED66CF2018"
level="section">Sec.â€‚1687.â€‚Plan for the redesigned kill vehicle replacement.</toc-
entry>

<toc-entry idref="HF30E839F224A44FDBAF1C86BCFCC90BC"
level="section">Sec.â€‚1688.â€‚Organization, authorities, and billets of the Missile
Defense Agency.</toc-entry>

<toc-entry idref="H7CC0D58F9A2647CF899D614E8FDA9A02"
level="section">Sec.â€‚1689.â€‚Annual assessment of ballistic missile defense
system.</toc-entry>

<toc-entry idref="HC216E7FD4A1B4D9D8F2C48E0E7E4EB18"
level="section">Sec.â€‚1690.â€‚Command and control, battle management, and
communications program.</toc-entry>

<toc-entry idref="H1C70AC6F73C843B0BBFA088744478AFB"
level="section">Sec.â€‚1691.â€‚Missile defense interceptor site in contiguous United
States.</toc-entry>

<toc-entry idref="H79B821B0909D4690AE8DBFF80D1BAAA7"
level="section">Sec.â€‚1692.â€‚Independent study on impacts of missile defense
development and deployment.</toc-entry>

<toc-entry idref="HFE960C7F5DFA4408AABD3E43A2E407A0"
level="section">Sec.â€‚1693.â€‚Report and briefing on multi-volume kill
capability.</toc-entry>

<toc-entry idref="HBEB305F4E4774A54B20C1F38E60FC9A7" level="subtitle">Subtitle
Fâ€"Other matters</toc-entry>

<toc-entry idref="H47BCCAA988F7458E9C8E7B03B2EC6968"
level="section">Sec.â€‚1694.â€‚Extension of authorization for protection of certain
facilities and assets from unmanned aircraft.</toc-entry>

<toc-entry idref="HF584E991D8CA4A8E9EEE071C57552673"
level="section">Sec.â€‚1695.â€‚Repeal of requirement for commission on electromagnetic
pulse attacks and similar events.</toc-entry>

<toc-entry idref="H4379E28D48E14CDD952C35486AEE51EC"
level="section">Sec.â€‚1696.â€‚Repeal of review requirement for ammonium perchlorate
report.</toc-entry>

<toc-entry idref="H32F9CC189E30498EBFDAE612D5744B93"
level="section">Sec.â€‚1697.â€‚Transferability of conventional prompt global strike
weapon system technologies to surface-launched platforms.</toc-entry>

<toc-entry idref="HF93A55DAF5254CC78B13C2E6267C1B40"
level="section">Sec.â€‚1698.â€‚Prohibition on availability of funds for certain

offensive ground-launched ballistic or cruise missile systems.</toc-entry>

<toc-entry idref="H7C55A604D05448B5AE259E9792890952"
level="section">Sec.â€,1699.â€,Hard and deeply buried targets.</toc-entry>

<toc-entry idref="H0170ABBD8745452AA6EBBA1EC12479B4" level="title">Title XVIIâ€"Reports
and Other Matters</toc-entry>

<toc-entry idref="H73B0E78C0EB947DDBDD5D73F9D2B4B54" level="subtitle">Subtitle
Aâ€"Studies and Reports</toc-entry>

<toc-entry idref="HC67D1D6A47B94C2D9DD75907A16A3540"
level="section">Sec.â€,1701.â€,Modification of annual reporting requirements on defense
manpower.</toc-entry>

<toc-entry idref="H0EA5A380A2CE4863A0B0244F37364F22"
level="section">Sec.â€,1702.â€,Termination of requirement for submittal to Congress of
certain recurring reports.</toc-entry>

<toc-entry idref="H82BA7F5128D646CABB2ABE03B4B3DFD8"
level="section">Sec.â€,1703.â€,Modification of annual report on civilian casualties in
connection with United States military operations.</toc-entry>

<toc-entry idref="H57DA6D5D421D45D0899B478D34BC980A"
level="section">Sec.â€,1704.â€,Extension of requirement for briefings on the national
biodefense strategy.</toc-entry>

<toc-entry idref="H176594B16A1142D38B65D4F77B451724"
level="section">Sec.â€,1705.â€,Authorization of appropriations for title III of the
Defense Production Act of 1950.</toc-entry>

<toc-entry idref="HCB5D47294C824F6BB43E3A66BF536A4C"
level="section">Sec.â€,1706.â€,Report on the Department of Defense plan for mass-
casualty disaster response operations in the Arctic.</toc-entry>

<toc-entry idref="H060659262584475A8CB1720046100A38"
level="section">Sec.â€,1707.â€,Transmittal to Congress of requests for assistance from
other departments of the Federal Government that are approved by the Department of
Defense.</toc-entry>

<toc-entry idref="HB32FFC0440B24A78B39E4EF54680A379"
level="section">Sec.â€,1708.â€,Report and briefing on implementation of national
defense strategy.</toc-entry>

<toc-entry idref="H179DB4BA5D88499286B557F33D0AAAD0"
level="section">Sec.â€,1709.â€,Actions to increase analytic support.</toc-entry>

<toc-entry idref="HBBF92E7D64FE4906AE2A9C135DFF4F2B"
level="section">Sec.â€,1710.â€,Inclusion of certain individuals investigated by
Inspectors General in the semiannual report.</toc-entry>

<toc-entry idref="HBD1DBF74F93248179B3A738A47124244"
level="section">Sec.â€,1711.â€,Annual report on Joint Military Information Support
Operations Web Operations Center.</toc-entry>

<toc-entry idref="HB79D1451CB9E40FCBDE9D2FD69D82041"
level="section">Sec.â€,1712.â€,Mobility capability requirements study.</toc-entry>

<toc-entry idref="H8C4CE78DC8C2473DAC9A6D9C2DF4AFAE"
level="section">Sec.â€,1713.â€,Assessment of special operations force structure.</toc-
entry>

<toc-entry idref="HD3410F3A655D4862AFDDEE7CB49D6D95"
level="section">Sec.â€,1714.â€,Army aviation strategic plan and modernization
roadmap.</toc-entry>

<toc-entry idref="H76D5485E00AB4180AA0DA073FBF5FFC5"
level="section">Sec.â€,1715.â€,Report on ground-based long-range artillery to counter
land and maritime threats.</toc-entry>

<toc-entry idref="H585B9E4749524E5BA8B8C11D553B3A0E"
level="section">Sec.â€,1716.â€,Independent review of transportation working-capital

```
fund.</toc-entry>

<toc-entry idref="H601A9819FA75416495FD40DA77F0C3AB"
level="section">Sec.â€¯1717.â€¯Geographic command risk assessment of proposed use of
certain aircraft capabilities.</toc-entry>

<toc-entry idref="HA539C32C015C41979FC5C728DF29398F"
level="section">Sec.â€¯1718.â€¯Report on backlog of personnel security clearance
adjudications.</toc-entry>

<toc-entry idref="HFB3DD7B73C3D4C2184FA90E4F40CA5D5"
level="section">Sec.â€¯1719.â€¯Report regarding outstanding Government Accountability
Office recommendations.</toc-entry>

<toc-entry idref="HC6992270D7EE4FEB8408A0AABB6F8962"
level="section">Sec.â€¯1720.â€¯Report on National Guard and United States Northern
Command capacity to meet homeland defense and security incidents.</toc-entry>

<toc-entry idref="H7CA202BDD6FF46748E729B6CA374435A"
level="section">Sec.â€¯1721.â€¯Assessment of standards, processes, procedures, and
policy relating to civilian casualties.</toc-entry>

<toc-entry idref="H34AC2A804C0E46EB8C3B07C0C2831E7F"
level="section">Sec.â€¯1722.â€¯Report on transfers of equipment to prohibited
entities.</toc-entry>

<toc-entry idref="H139C902AF2324119BEA84BCDDAA4C528"
level="section">Sec.â€¯1723.â€¯Annual report on strikes undertaken by the United States
against terrorist targets outside areas of active hostilities.</toc-entry>

<toc-entry idref="H8B8FE0461EE8424999EFEDD5ED6C0BA8"
level="section">Sec.â€¯1724.â€¯Review and assessment of mitigation of military
helicopter noise.</toc-entry>

<toc-entry idref="H626D138F6D3E49D68982E0E85FF37059" level="subtitle">Subtitle
Bâ€"Other Matters</toc-entry>

<toc-entry idref="H4D46DEDAE41842ACA340E722A45D8CFE"
level="section">Sec.â€¯1731.â€¯Technical, conforming, and clerical amendments.</toc-
entry>

<toc-entry idref="H29DEA602C1384F138DD7A804783E36F5"
level="section">Sec.â€¯1732.â€¯Establishment of lead Inspector General for an overseas
contingency operation based on Secretary of Defense notification.</toc-entry>

<toc-entry idref="HB3D698431F124DE3956CE0DFAA5B586E"
level="section">Sec.â€¯1733.â€¯Clarification of authority of Inspectors General for
overseas contingency operations.</toc-entry>

<toc-entry idref="H9CF571D1F3CE483BAF73FAFA6233FFA6"
level="section">Sec.â€¯1734.â€¯Employment status of annuitants for Inspectors General
for overseas contingency operations.</toc-entry>

<toc-entry idref="HA140D9E232694C7885508DBCA9CAA10A"
level="section">Sec.â€¯1735.â€¯Extension of National Security Commission on Artificial
Intelligence.</toc-entry>

<toc-entry idref="H0E6CC2399F93404480EE30B66A3D351D"
level="section">Sec.â€¯1736.â€¯Exemption from calculation of monthly income, for
purposes of bankruptcy laws, of certain payments from the Department of Veterans
Affairs and the Department of Defense.</toc-entry>

<toc-entry idref="H14542ECCD8464684BF65EF9190249EC6"
level="section">Sec.â€¯1737.â€¯Extension of postage stamp for breast cancer
research.</toc-entry>

<toc-entry idref="H59922328CA514D4AB81D932BF7AD6719"
level="section">Sec.â€¯1738.â€¯National Commission on Military Aviation Safety.</toc-
entry>

<toc-entry idref="HF292DEF62DAB4E2CA6163D21E4A1F39B"
level="section">Sec.â€¯1739.â€¯Guarantee of residency for spouses of members of the
```

WASHSTATEC014590

uniformed services.</toc-entry>

<toc-entry idref="HE27F3C3AEB764D3AAD7F057349D55AEF"
level="section">Sec.â€‚1740.â€‚Electromagnetic pulses and geomagnetic
disturbances.</toc-entry>

<toc-entry idref="HF9AD0CDECEC3405BB9CEE1A72F0CC896"
level="section">Sec.â€‚1741.â€‚Improvements to Manufacturing USA Program.</toc-entry>

<toc-entry idref="H6005D86825EB40839FEFE9A9A559F91C"
level="section">Sec.â€‚1742.â€‚Regional innovation program.</toc-entry>

<toc-entry idref="H55E6D00212AC41A4881CDC7469454888"
level="section">Sec.â€‚1743.â€‚Aviation workforce development.</toc-entry>

<toc-entry idref="H12BC1D0D6A5D46A382F22805CBE05CED"
level="section">Sec.â€‚1744.â€‚Oversight of Department of Defense execute orders.</toc-
entry>

<toc-entry idref="H8E826EAB83204C3AA3414922F66CBD9B"
level="section">Sec.â€‚1745.â€‚Processes and procedures for notifications regarding
special operations forces.</toc-entry>

<toc-entry idref="HD7560725EFB84E95940184AD60C11AD8"
level="section">Sec.â€‚1746.â€‚Securing American science and technology.</toc-entry>

<toc-entry idref="H6B04B659FEB0425BB41810C35EAA9578"
level="section">Sec.â€‚1747.â€‚Standardized policy guidance for calculating aircraft
operation and sustainment costs.</toc-entry>

<toc-entry idref="H313139E3F20D431C8ECBBD6C43E16357"
level="section">Sec.â€‚1748.â€‚Special Federal Aviation Regulation Working Group.</toc-
entry>

<toc-entry idref="HA8830453BE3B4A02B2677F9DA28B77AB"
level="section">Sec.â€‚1749.â€‚Prohibition on names related to the Confederacy.</toc-
entry>

<toc-entry idref="HB5B1298F8E7C4DDA88F1FBB7AC09081C"
level="section">Sec.â€‚1750.â€‚Support for National Maritime Heritage Grants
program.</toc-entry>

<toc-entry idref="HE3CA36EABD88478194A5B4E5020CA176"
level="section">Sec.â€‚1751.â€‚Support for world language advancement and
readiness.</toc-entry>

<toc-entry idref="HC14874B3D7414E5CBDCDA8458502C860"
level="section">Sec.â€‚1752.â€‚Designation of Department of Defense strategic Arctic
ports.</toc-entry>

<toc-entry idref="H1835A970A2DB44C093F1F59560ED761A"
level="section">Sec.â€‚1753.â€‚Independent studies regarding potential cost savings
with respect to the nuclear security enterprise and force structure .</toc-entry>

<toc-entry idref="H69BFF851114846218F5E246C3917CCDC"
level="section">Sec.â€‚1754.â€‚Comprehensive Department of Defense policy on collective
self-defense.</toc-entry>

<toc-entry idref="H2615933416BD4EF9A341BCC34A4D9E26"
level="section">Sec.â€‚1755.â€‚Policy regarding the transition of data and applications
to the cloud.</toc-entry>

<toc-entry idref="H75581AE3D1854399A8040B18EBA97AC3"
level="section">Sec.â€‚1756.â€‚Integrated public alert and warning system.</toc-entry>

<toc-entry idref="H700EFA00E29E4301A440B4F7B0E2389D"
level="section">Sec.â€‚1757.â€‚Improving quality of information in background
investigation request packages.</toc-entry>

<toc-entry idref="H6E5216103E7445C083825542417055CF"
level="section">Sec.â€‚1758.â€‚Parole in place for members of the Armed Forces and
certain military dependents.</toc-entry>

WASHSTATEC014591

&lt;toc-entry idref="H0C902C2C143C4C46B19275F28EC046A9"
level="section"&gt;Sec.â€,1759.â€,Report on reducing the backlog in legally required
historical declassification obligations of the Department of Defense.&lt;/toc-entry&gt;

&lt;toc-entry idref="HB9F50E6F1FF94527A873239F54D62F05"
level="section"&gt;Sec.â€,1760.â€,Military type certification for light attack
experimentation aircraft.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC79E1945972E4458B6FE78C322A591BD" level="division"&gt;Division
Bâ€"Military Construction Authorizations&lt;/toc-entry&gt;

&lt;toc-entry idref="HB86691D63C854B5D80F4319F9F2798E4"
level="section"&gt;Sec.â€,2001.â€,Short title.&lt;/toc-entry&gt;

&lt;toc-entry idref="HB86BA16E7536431C8E09CE013808C67D"
level="section"&gt;Sec.â€,2002.â€,Expiration of authorizations and amounts required to be
specified by law.&lt;/toc-entry&gt;

&lt;toc-entry idref="HAFE5BB21E8B546E6B3288F3172A42535"
level="section"&gt;Sec.â€,2003.â€,Effective date.&lt;/toc-entry&gt;

&lt;toc-entry idref="H4EE24E5DBEAC40B0B945D1EBA581196A" level="title"&gt;Title XXIâ€"Army
Military Construction&lt;/toc-entry&gt;

&lt;toc-entry idref="HF439B610C8E34AFF8D228E0E3745615F"
level="section"&gt;Sec.â€,2101.â€,Authorized Army construction and land acquisition
projects.&lt;/toc-entry&gt;

&lt;toc-entry idref="HF11421B6ECFA4A42A2CEB946F9444D46"
level="section"&gt;Sec.â€,2102.â€,Family housing.&lt;/toc-entry&gt;

&lt;toc-entry idref="H15EE29EA473A456092E4160200972F7B"
level="section"&gt;Sec.â€,2103.â€,Authorization of appropriations, Army.&lt;/toc-entry&gt;

&lt;toc-entry idref="H991893F21B124747BA6D0A6984E5A8E4"
level="section"&gt;Sec.â€,2104.â€,Modification of authority to carry out certain fiscal
year 2019 projects.&lt;/toc-entry&gt;

&lt;toc-entry idref="H99896A966E864FCABFED6A1EE6C3E495" level="title"&gt;Title XXIIâ€"Navy
Military Construction&lt;/toc-entry&gt;

&lt;toc-entry idref="HC846BDD7E6AF4735B3CD40994833F9F5"
level="section"&gt;Sec.â€,2201.â€,Authorized Navy construction and land acquisition
projects.&lt;/toc-entry&gt;

&lt;toc-entry idref="H13063363552E4777AB21AB5F48D38BA9"
level="section"&gt;Sec.â€,2202.â€,Family housing.&lt;/toc-entry&gt;

&lt;toc-entry idref="H35FFC76E03AD45A3995B05A18D326FBF"
level="section"&gt;Sec.â€,2203.â€,Improvements to military family housing units.&lt;/toc-
entry&gt;

&lt;toc-entry idref="H10C099289D9A45E2BDE45586E2ADFA1F"
level="section"&gt;Sec.â€,2204.â€,Authorization of appropriations, Navy.&lt;/toc-entry&gt;

&lt;toc-entry idref="HDAA0B6A7D011430B8C42C09DDFC54DD3"
level="section"&gt;Sec.â€,2205.â€,Modification of authority to carry out certain fiscal
year 2017 project.&lt;/toc-entry&gt;

&lt;toc-entry idref="H7FA5387732674675AF996BA8883853CF" level="title"&gt;Title XXIIIâ€"Air
Force Military Construction&lt;/toc-entry&gt;

&lt;toc-entry idref="HFB11C9FF63014BA6A616739E2371DC84"
level="section"&gt;Sec.â€,2301.â€,Authorized Air Force construction and land acquisition
projects.&lt;/toc-entry&gt;

&lt;toc-entry idref="H9680199BFD9141A0A9DC00BFD2723CE4"
level="section"&gt;Sec.â€,2302.â€,Family housing.&lt;/toc-entry&gt;

&lt;toc-entry idref="H133A0487D26B45CAB8FF7EF6E665418D"
level="section"&gt;Sec.â€,2303.â€,Improvements to military family housing units.&lt;/toc-
entry&gt;

WASHSTATEC014592

<toc-entry idref="HC493A7E8C5634AFEAEE5930272CF1051"
level="section">Sec.â€‚2304.â€‚Authorization of appropriations, Air Force.</toc-entry>

<toc-entry idref="H9247FC6474C049C29425DCBB9CB3341E"
level="section">Sec.â€‚2305.â€‚Modification of authorities to carry out phased Joint
Intelligence Analysis Complex consolidation.</toc-entry>

<toc-entry idref="HE1923237672140659D9D759F9E04F9CB"
level="section">Sec.â€‚2306.â€‚Modification of authority to carry out certain fiscal
year 2016 project.</toc-entry>

<toc-entry idref="H7FBF335484F84772BEA1D9A4EB9A6041"
level="section">Sec.â€‚2307.â€‚Modification of authority to carry out certain fiscal
year 2017 project.</toc-entry>

<toc-entry idref="H59DEF307D442431DB791663973E11FE0"
level="section">Sec.â€‚2308.â€‚Modification of authority to carry out certain fiscal
year 2018 projects.</toc-entry>

<toc-entry idref="HD83ABF65B08B40CA868E9F3AB520256C"
level="section">Sec.â€‚2309.â€‚Modification of authority to carry out certain fiscal
year 2019 projects.</toc-entry>

<toc-entry idref="HAAA7B9CFC69241809C3FCA9D60598218" level="title">Title XXIVâ€"Defense
Agencies Military Construction</toc-entry>

<toc-entry idref="H923E58F951134AC9A08D6032C86B3329"
level="section">Sec.â€‚2401.â€‚Authorized Defense Agencies construction and land
acquisition projects.</toc-entry>

<toc-entry idref="H3B4F0F58B0F04DA5967278AC842DF88C"
level="section">Sec.â€‚2402.â€‚Authorized Energy Resilience and Conservation Investment
Program projects.</toc-entry>

<toc-entry idref="H1CDC6D4B3D0C41488772FAC0740BD742"
level="section">Sec.â€‚2403.â€‚Authorization of appropriations, Defense Agencies.</toc-
entry>

<toc-entry idref="H2597F00714344B309DF62EAA4E23511C" level="title">Title
XXVâ€"International programs</toc-entry>

<toc-entry idref="H56FA8C20625E4687A1175954A83D34F4" level="subtitle">Subtitle
Aâ€"North Atlantic Treaty Organization Security Investment Program</toc-entry>

<toc-entry idref="H417074FCB5C146A28523EB2B930AFBEC"
level="section">Sec.â€‚2501.â€‚Authorized NATO construction and land acquisition
projects.</toc-entry>

<toc-entry idref="H16BA40EE9E0D41E0ABF4543823436D96"
level="section">Sec.â€‚2502.â€‚Authorization of appropriations, NATO.</toc-entry>

<toc-entry idref="H908CF28F03C249AA9177B55B1177570C" level="subtitle">Subtitle Bâ€"Host
country in-kind contributions</toc-entry>

<toc-entry idref="H541AB1DD1828402CA6E040F2C8739BE6"
level="section">Sec.â€‚2511.â€‚Republic of Korea funded construction projects.</toc-
entry>

<toc-entry idref="H28A83FDF87C74882A2274BFB52007A30" level="title">Title XXVIâ€"Guard
and Reserve Forces Facilities</toc-entry>

<toc-entry idref="H3CEDE615FBEB4026B02BB3907A12D5E7"
level="section">Sec.â€‚2601.â€‚Authorized Army National Guard construction and land
acquisition projects.</toc-entry>

<toc-entry idref="H22368A0148DC4691B0ABEFD957D90064"
level="section">Sec.â€‚2602.â€‚Authorized Army Reserve construction and land
acquisition projects.</toc-entry>

<toc-entry idref="HE410A83FE9C94F148D5E64E91D1CB496"
level="section">Sec.â€‚2603.â€‚Authorized Navy Reserve and Marine Corps Reserve
construction and land acquisition projects.</toc-entry>

```
<toc-entry idref="HE0CC84A95E53410F96F3DB05F1697C96"
level="section">Sec.â€‚2604.â€‚Authorized Air National Guard construction and land
acquisition projects.</toc-entry>

<toc-entry idref="HF0630AFA975D422991EA78399CF472A6"
level="section">Sec.â€‚2605.â€‚Authorized Air Force Reserve construction and land
acquisition projects.</toc-entry>

<toc-entry idref="H2F4EB3EAB44B4A6DA65C6D48907206E2"
level="section">Sec.â€‚2606.â€‚Authorization of appropriations, National Guard and
Reserve.</toc-entry>

<toc-entry idref="H03AE3F1DD70046FCB60E51B50B066D75" level="title">Title XXVIIâ€"Base
realignment and closure activities</toc-entry>

<toc-entry idref="H3D4FE36153A34C1A98F500CE2D4707FF"
level="section">Sec.â€‚2701.â€‚Authorization of appropriations for base realignment and
closure activities funded through Department of Defense base closure account.</toc-
entry>

<toc-entry idref="HBDB28E0BD1174BAC840F1A9FF52DCF98"
level="section">Sec.â€‚2702.â€‚Prohibition on conducting additional base realignment
and closure (BRAC) round.</toc-entry>

<toc-entry idref="H86919BA4E52A4A9D8ADBE58EFEEF9485" level="title">Title
XXVIIIâ€"Military Construction General Provisions</toc-entry>

<toc-entry idref="H6F8ECB3E9F394A97AC18BBE0BE8F112A" level="subtitle">Subtitle
Aâ€"Military Construction Program</toc-entry>

<toc-entry idref="H2A157916E194430EA1A253F84CC96C1F"
level="section">Sec.â€‚2801.â€‚Military installation resilience plans and
projects.</toc-entry>

<toc-entry idref="HF132FCF9C65B4B78AC35DE1694906D2C"
level="section">Sec.â€‚2802.â€‚Improved consultation with tribal governments when
proposed military construction projects potentially impact Indian tribes.</toc-entry>

<toc-entry idref="H91DE8FE7ADC743968E9A1477DF79691E"
level="section">Sec.â€‚2803.â€‚Increased authority for use of certain appropriations
amounts for restoration or replacement of damaged or destroyed facilities.</toc-entry>

<toc-entry idref="HE5F8CAE67749454C8D96F8DB2D3B90C4"
level="section">Sec.â€‚2804.â€‚Amendment of Unified Facilities Criteria to promote
military installation resilience, energy resilience, energy and climate resiliency, and
cyber resilience.</toc-entry>

<toc-entry idref="H872CD16C37E346B4A0728D28782C8912"
level="section">Sec.â€‚2805.â€‚Modification to Department of Defense Form 1391
regarding consideration of potential long-term adverse environmental effects.</toc-
entry>

<toc-entry idref="H24F35AFB5B8B41C88CA5F75A86D85212"
level="section">Sec.â€‚2806.â€‚Improved flood risk disclosure for military
construction.</toc-entry>

<toc-entry idref="H1385A03C55CF44958D7C3AB7677C8100"
level="section">Sec.â€‚2807.â€‚Prioritization of projects in annual report on unfunded
requirements for laboratory military construction projects.</toc-entry>

<toc-entry idref="H3E07B8A8D4084AC38677072CB9A49433"
level="section">Sec.â€‚2808.â€‚Technical corrections and improvements to defense access
road resilience.</toc-entry>

<toc-entry idref="HB99E622C8E75471C8E2038A62275002F"
level="section">Sec.â€‚2809.â€‚Military construction projects for child development
centers at military installations.</toc-entry>

<toc-entry idref="HC8478DABCD9246F08ECBD8E3C387DDFA"
level="section">Sec.â€‚2810.â€‚Prohibition on use of funds to reduce air base
resiliency or demolish protected aircraft shelters in the European theater without
creating a similar protection from attack.</toc-entry>
```

<toc-entry idref="HE5A30C34FAAC485798C1689439410480"
level="section">Sec.â€‚2811.â€‚Prohibition on use of funds to close or return certain
bases to the host nation.</toc-entry>

<toc-entry idref="H132B6E55D7FE41689A80956E4AD2F9D6" level="subtitle">Subtitle Bâ€"Real
Property and Facilities Administration</toc-entry>

<toc-entry idref="H7FB37AC7403440D58D3B6219F509AEDC"
level="section">Sec.â€‚2821.â€‚Improved energy security for main operating bases in
Europe.</toc-entry>

<toc-entry idref="H0E15171F4F3E46C1BFC025DE66D6F01C"
level="section">Sec.â€‚2822.â€‚Access to Department of Defense installations for
credentialed transportation workers.</toc-entry>

<toc-entry idref="H8CA32CCD914E481D83B0920FDEEA33AF"
level="section">Sec.â€‚2823.â€‚Improved recording and maintaining of Department of
Defense real property data.</toc-entry>

<toc-entry idref="HBA4EA220CF564653A92F8597D60CAC78" level="subtitle">Subtitle Câ€"Land
Conveyances</toc-entry>

<toc-entry idref="HC70B3D876BAF44ABB9595FBACB406432"
level="section">Sec.â€‚2831.â€‚Land conveyance, Hill Air Force Base, Ogden, Utah.</toc-
entry>

<toc-entry idref="HE6653A216E164DB797C0489F9C595F85"
level="section">Sec.â€‚2832.â€‚Release of interests retained in Camp Joseph T.
Robinson, Arkansas, for use of such land as a veterans cemetery.</toc-entry>

<toc-entry idref="H92FD3C612E7F46DA90B0AF13F2429AC0"
level="section">Sec.â€‚2833.â€‚Modification of authorized uses of certain property
conveyed by the United States in Los Angeles, California.</toc-entry>

<toc-entry idref="H62E00DD2D8CE4165A2E77EF9BF36ABF7"
level="section">Sec.â€‚2834.â€‚Transfer of administrative jurisdiction over certain
parcels of Federal land in Arlington, Virginia.</toc-entry>

<toc-entry idref="HBC7DDE52EE324F66B8B1892E091B9D2A" level="subtitle">Subtitle
Dâ€"Military Land Withdrawals</toc-entry>

<toc-entry idref="H7B3BE6684C0F4300B6DA485F3043D525"
level="section">Sec.â€‚2841.â€‚Public notice regarding upcoming periods of Secretary of
the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle
Recreation Area.</toc-entry>

<toc-entry idref="H974C1C05AA9D4551B28D66BE81692DE8" level="subtitle">Subtitle
Eâ€"White Sands National Park and White Sands Missile Range</toc-entry>

<toc-entry idref="HC741A475793A441590275AE59B6183A9"
level="section">Sec.â€‚2851.â€‚White Sands Missile Range Land Enhancements.</toc-entry>

<toc-entry idref="H5EEA16D978B8414EB4C65962CEB23F52" level="subtitle">Subtitle
Fâ€"Other Matters</toc-entry>

<toc-entry idref="HFDE07F1384954DC291DC060431AB230A"
level="section">Sec.â€‚2861.â€‚Installation and maintenance of fire extinguishers in
Department of Defense facilities.</toc-entry>

<toc-entry idref="H7A8E512093D54F4599C43D1483573BC8"
level="section">Sec.â€‚2862.â€‚Definition of community infrastructure for purposes of
military base reuse studies and community planning assistance.</toc-entry>

<toc-entry idref="H538718FCF73045918DD55BA11F6D6BFC"
level="section">Sec.â€‚2863.â€‚Temporary authority for acceptance and use of
contributions for certain design and construction projects mutually beneficial to the
Department of Defense and the Republic of Korea.</toc-entry>

<toc-entry idref="H00AE00D1429A431583F8A0A10DAEFE9D"
level="section">Sec.â€‚2864.â€‚Black start exercises at military installations.</toc-
entry>

WASHSTATEC014595

<toc-entry idref="H1455187C84F34178B93280F77136F6F6"
level="section">Sec.â€,2865.â€,Pilot program to extend service life of roads and
runways under the jurisdiction of the Secretary of Defense.</toc-entry>

<toc-entry idref="H5832B5F3FEFC4E88BA6CB4D0CE8F15A7"
level="section">Sec.â€,2866.â€,Restrictions on rehabilitation of Over-the-Horizon
Backscatter Radar System receiving station, Modoc County, California.</toc-entry>

<toc-entry idref="H08403C7CC9F24725A9F7CB188C701919"
level="section">Sec.â€,2867.â€,Designation of Sumpter Smith Joint National Guard
Base.</toc-entry>

<toc-entry idref="HBCD0F155DBFA41FA8BD83150766105F4"
level="section">Sec.â€,2868.â€,Santa Ynez Band of Chumash Indians land
affirmation.</toc-entry>

<toc-entry idref="HC19C52EA87AD4F09B045E4C99ACD9423"
level="section">Sec.â€,2869.â€,Lands to be taken into trust as part of the reservation
of the Lytton Rancheria.</toc-entry>

<toc-entry idref="HDEE60898797B466CAE1A0243BE91E7EB"
level="section">Sec.â€,2870.â€,Little Shell Tribe of Chippewa Indians of Montana.</toc-
entry>

<toc-entry idref="H6BACAE2DC7494F9EA327BB9D1EB4CAC3"
level="section">Sec.â€,2871.â€,Sense of Congress on restoration of Tyndall Air Force
Base.</toc-entry>

<toc-entry idref="HD2E20CE1976D48AD8C0AF10ED1C0FEDE" level="title">Title
XXIXâ€"Authorization of Overseas Contingency Operations Military Construction and
Emergency Military Construction</toc-entry>

<toc-entry idref="HB3B5C629DF524326AE389C5335357E72" level="subtitle">Subtitle
Aâ€"Overseas Contingency Operations Military Construction</toc-entry>

<toc-entry idref="HEE9722CEAFC344DFB44EFD002A5872AE"
level="section">Sec.â€,2901.â€,Authorized Army construction and land acquisition
projects.</toc-entry>

<toc-entry idref="HAA84A6B9A26F4E6FA419AC2AADB5EEE4"
level="section">Sec.â€,2902.â€,Authorized Navy construction and land acquisition
projects.</toc-entry>

<toc-entry idref="HC849FC4923A34E4C95DD497D9E805CA1"
level="section">Sec.â€,2903.â€,Authorized Air Force construction and land acquisition
projects.</toc-entry>

<toc-entry idref="H8086E9A3A94F443DACE306AC852E4A96"
level="section">Sec.â€,2904.â€,Authorized Defense Agencies construction and land
acquisition projects.</toc-entry>

<toc-entry idref="H14D0680F94BA4E63843B8914366608BE"
level="section">Sec.â€,2905.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HA1823467D2394A69B3E60CACCC2ED768" level="subtitle">Subtitle
Bâ€"Emergency Military Construction</toc-entry>

<toc-entry idref="H2EDF7BF2A13B44D4BB8607738C2F8060"
level="section">Sec.â€,2911.â€,Authorization of emergency Navy construction and land
acquisition projects.</toc-entry>

<toc-entry idref="HB82A5448F0D14601851BA87120D651B7"
level="section">Sec.â€,2912.â€,Authorization of emergency Air Force construction and
land acquisition projects.</toc-entry>

<toc-entry idref="H8A22F62C002E4504A444510E307D10C3"
level="section">Sec.â€,2913.â€,Authorization of emergency Army National Guard
construction and land acquisition projects.</toc-entry>

<toc-entry idref="H93141A781DB24B7E921F9BB301D63C59"
level="section">Sec.â€,2914.â€,Authorization of emergency Defense Agencies construction
and land acquisition projects.</toc-entry>

WASHSTATEC014596

<toc-entry idref="HE73348A9CF7B4C8CAD25DC4B8BBA1E1E"
level="section">Sec.â€¯2915.â€¯Authorization of emergency supplemental appropriations
for military construction projects.</toc-entry>

<toc-entry idref="H3B0475F819F443EF9CE866205E6DDB69" level="title">Title XXXâ€"Military
Housing Privatization Reform</toc-entry>

<toc-entry idref="HBE108208404C4942BC463C9A3C299F01"
level="section">Sec.â€¯3001.â€¯Definitions.</toc-entry>

<toc-entry idref="HE9120F3ED27941CBA0CD131C2B24A9C7" level="subtitle">Subtitle
Aâ€"Addition of New Reform Subchapter</toc-entry>

<toc-entry idref="H16CE44487447402FA6371AC59750B528"
level="section">Sec.â€¯3011.â€¯Improved accountability and oversight of privatized
military housing and protections and responsibilities for tenants of privatized
military housing.</toc-entry>

<toc-entry idref="H4341D8F5E6BA4C199B613906E7990C14"
level="section">Sec.â€¯3012.â€¯Designation of Chief Housing Officer for privatized
military housing.</toc-entry>

<toc-entry idref="H0E114CAC5DBF4673A1F763D575C55F3F"
level="section">Sec.â€¯3013.â€¯Additional requirements relating to contracts for
privatized military housing.</toc-entry>

<toc-entry idref="HEAF017B1125448839C57A4AC8D0AA032"
level="section">Sec.â€¯3014.â€¯Additional requirements relating to management of
privatized military housing.</toc-entry>

<toc-entry idref="H0A55DAE39962469BA21C525B1E200C02"
level="section">Sec.â€¯3015.â€¯Consideration of contractor history in contracts for
privatized military housing.</toc-entry>

<toc-entry idref="HBAE2EC526E0C4AC681506CDC7D54EE65"
level="section">Sec.â€¯3016.â€¯Additional improvements for management of privatized
military housing.</toc-entry>

<toc-entry idref="H780065F84BAD45F59EF9993B9A1F13B6"
level="section">Sec.â€¯3017.â€¯Maintenance work order system for privatized military
housing.</toc-entry>

<toc-entry idref="H0900724CF3AB46E688A0FA1202C8B2B5"
level="section">Sec.â€¯3018.â€¯Access by tenants of privatized military housing to
maintenance work order system.</toc-entry>

<toc-entry idref="H7E3F14B5717E498DA537CBE3C8C5B82B"
level="section">Sec.â€¯3019.â€¯Access by tenants to historical maintenance information
for privatized military housing.</toc-entry>

<toc-entry idref="HF5AC99D8ED744BCE8F8950D653AD65F1"
level="section">Sec.â€¯3020.â€¯Prohibition on requirement to disclose personally
identifiable information in certain requests for maintenance of privatized military
housing.</toc-entry>

<toc-entry idref="H1F785DDAD89B47568F793E1568035171"
level="section">Sec.â€¯3021.â€¯Treatment of incentive fees for landlords of privatized
military housing for failure to remedy a health or environmental hazard.</toc-entry>

<toc-entry idref="H110AF8C1ACE6456191725252A5854270"
level="section">Sec.â€¯3022.â€¯Dispute resolution process for landlord-tenant disputes
regarding privatized military housing and requests to withhold payments during dispute
resolution process.</toc-entry>

<toc-entry idref="H28869CF8CA2F4024B400531871A48E4A"
level="section">Sec.â€¯3023.â€¯Investigation of reports of reprisals relating to
privatized military housing and congressional notification.</toc-entry>

<toc-entry idref="HF4E5E0799EDF4E15BB5B4E3A57EC914E"
level="section">Sec.â€¯3024.â€¯Prohibition on use of nondisclosure agreements in
connection with leases of privatized military housing.</toc-entry>

WASHSTATEC014597

<toc-entry idref="H0ABA60F1111F4F4B9203BE8E5EF04B33" level="subtitle">Subtitle Bâ€"Other Amendatory Provisions</toc-entry>

<toc-entry idref="H29964AC174344404A344B89C04201400" level="section">Sec.â€,3031.â€,Installation of carbon monoxide detectors in military family housing.</toc-entry>

<toc-entry idref="H676E1D819FC94210B6AEE88A138E4846" level="section">Sec.â€,3032.â€,Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing.</toc-entry>

<toc-entry idref="HD214ECA7AC5D4AEAB0925401110BC2D8" level="section">Sec.â€,3033.â€,Treatment of breach of contract for privatized military housing.</toc-entry>

<toc-entry idref="HF0E89EEBD0F44FB5B63E4D85504EFF86" level="section">Sec.â€,3034.â€,Modification to requirements for window fall prevention devices in military family housing units.</toc-entry>

<toc-entry idref="H0412A1A768964FB4B553B3B80A659755" level="section">Sec.â€,3035.â€,Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel.</toc-entry>

<toc-entry idref="HC31124447D3F43C79918C15CF2155485" level="section">Sec.â€,3036.â€,Modification of authority to make payments to lessors of privatized military housing.</toc-entry>

<toc-entry idref="HB4641358449A42F8B6A8CCF935A33E91" level="section">Sec.â€,3037.â€,Technical correction to definition used to make payments to lessors of privatized military housing.</toc-entry>

<toc-entry idref="H4B6BD8F8958D4D2C9A6B06191E62157A" level="subtitle">Subtitle Câ€"One-Time Reporting Requirements</toc-entry>

<toc-entry idref="HBC92FEB414274F30865802B65D1B03F6" level="section">Sec.â€,3041.â€,Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing.</toc-entry>

<toc-entry idref="HC2738AB6C6E549858FCB95FD22608BE3" level="section">Sec.â€,3042.â€,Plans for creation of councils on privatized military housing.</toc-entry>

<toc-entry idref="HA7A5A766D35149F1AC1EA8B929005B9B" level="section">Sec.â€,3043.â€,Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing.</toc-entry>

<toc-entry idref="HE643FEBED8F841748FBC865E01699694" level="section">Sec.â€,3044.â€,Inspector General review of Department of Defense oversight of privatized military housing.</toc-entry>

<toc-entry idref="H6EAC4124C2D94D7A87176CF2448CE23A" level="section">Sec.â€,3045.â€,Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing.</toc-entry>

<toc-entry idref="HC8DB389A029840E9BD431A2B11336053" level="subtitle">Subtitle Dâ€"Development of Housing Reform Standards and Processes</toc-entry>

<toc-entry idref="HB31E7365932B43F9B547A67425671ED3" level="section">Sec.â€,3051.â€,Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments.</toc-entry>

<toc-entry idref="H7FD09A269542401FB14AD52D76D1C46F" level="section">Sec.â€,3052.â€,Tool for assessment of hazards in Department of Defense housing.</toc-entry>

<toc-entry idref="HF9184FE860D24A149841598CF5FDB22E" level="section">Sec.â€,3053.â€,Process to identify and address environmental health hazards in Department of Defense housing.</toc-entry>

<toc-entry idref="H5311EF251347415ABF191AA96A16E713"
level="section">Sec.â€¯3054.â€¯Department of Defense policy on lead-based paint testing
on military installations.</toc-entry>

<toc-entry idref="H892DDFA392694D6DBA26AC02A23AD367"
level="section">Sec.â€¯3055.â€¯Standard for minimum credentials for health and
environmental inspectors of privatized military housing.</toc-entry>

<toc-entry idref="HFC0E0090C56D4F1382DDBE4040994E95"
level="section">Sec.â€¯3056.â€¯Requirements relating to move-in, move-out, and
maintenance of privatized military housing.</toc-entry>

<toc-entry idref="H971667DD394E475D970404579A21F157"
level="section">Sec.â€¯3057.â€¯Standardized documentation, templates, and forms for
privatized military housing.</toc-entry>

<toc-entry idref="H5FBC08B030D94E00A1B55C485BA9E0E3"
level="section">Sec.â€¯3058.â€¯Satisfaction survey for tenants of military
housing.</toc-entry>

<toc-entry idref="H8E321BB80D8640E6B7D29D4CBAF6404F" level="subtitle">Subtitle
Eâ€"Other Housing Reform Matters</toc-entry>

<toc-entry idref="H70D6A3159DC64D54892BFE7EAF224611"
level="section">Sec.â€¯3061.â€¯Radon testing of privatized military housing.</toc-
entry>

<toc-entry idref="HE63320FE1A2C4EE89F4804C389D59DF4"
level="section">Sec.â€¯3062.â€¯Mitigation of risks posed by certain items in military
family housing units.</toc-entry>

<toc-entry idref="HF76EA68C37EA4A48ABF068A67054E9C0"
level="section">Sec.â€¯3063.â€¯Suspension of Resident Energy Conservation Program and
related programs for privatized military housing.</toc-entry>

<toc-entry idref="HEF5B36C6655B4E77B211A34644507684"
level="section">Sec.â€¯3064.â€¯Department of the Army pilot program to build and
monitor use of single family homes.</toc-entry>

<toc-entry idref="HFCE49017ED5D43AE807746067C2E92B1" level="division">Division
Câ€"DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER
AUTHORIZATIONS</toc-entry>

<toc-entry idref="H8A497E084AA149CEBEE669BD1DEC63CB" level="title">Title
XXXIâ€"DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</toc-entry>

<toc-entry idref="H485F58B847A74E569F015B5D5F0DA2E1" level="subtitle">Subtitle
Aâ€"National Security Programs and Authorizations</toc-entry>

<toc-entry idref="H5A9BE351E24542F89396B66E37294F20"
level="section">Sec.â€¯3101.â€¯National Nuclear Security Administration.</toc-entry>

<toc-entry idref="H1A7F642E0AF2419B9C3D69AB13344B5A"
level="section">Sec.â€¯3102.â€¯Defense environmental cleanup.</toc-entry>

<toc-entry idref="H76C5707B72634F74A59B7305033BCF1A"
level="section">Sec.â€¯3103.â€¯Other defense activities.</toc-entry>

<toc-entry idref="HBDE35998A6984404834AA92130D89E32"
level="section">Sec.â€¯3104.â€¯Nuclear energy.</toc-entry>

<toc-entry idref="H8AF3EF6B5A5544A69DB4544DDA5C81B9" level="subtitle">Subtitle
Bâ€"Program Authorizations, Restrictions, and Limitations</toc-entry>

<toc-entry idref="HCBD5737CC5534095825CAEBA6270CD2A"
level="section">Sec.â€¯3111.â€¯Personnel matters at National Nuclear Security
Administration.</toc-entry>

<toc-entry idref="H18FE5D80577246D89BA7F4208C9AEE55"
level="section">Sec.â€¯3112.â€¯Estimation of costs of meeting defense environmental
cleanup milestones required by consent orders.</toc-entry>

<toc-entry idref="H4AC0E801BC834B47B57047BC638A9380"

level="section">Sec.â€‚3113.â€‚Office of Cost Estimating and Program Evaluation.</toc-entry>

<toc-entry idref="H4FEE9DAEDAD741B4BC95B603E0ED1DD6"
level="section">Sec.â€‚3114.â€‚Clarification of certain Stockpile Responsiveness
Program objectives.</toc-entry>

<toc-entry idref="H2A128C82AE664753B92A9ED84D1A63F2"
level="section">Sec.â€‚3115.â€‚Elimination of limitation on availability of funds
relating to submission of annual reports on unfunded priorities.</toc-entry>

<toc-entry idref="HB6DB28A1159D407DABB18021F8C03F95"
level="section">Sec.â€‚3116.â€‚Modification to certain requirements relating to
plutonium pit production capacity.</toc-entry>

<toc-entry idref="H7EDA71AF79D14D2EAE0C62AE6C6043A3"
level="section">Sec.â€‚3117.â€‚Annual certification of shipments to Waste Isolation
Pilot Plant.</toc-entry>

<toc-entry idref="H8E39A69442AF493F9CDFA5046FE2D0A8"
level="section">Sec.â€‚3118.â€‚Extension and modification of pilot program on
unavailability for overhead costs of amounts specified for laboratory-directed research
and development.</toc-entry>

<toc-entry idref="H04087C75D5A34CF083C9F93870F7CB72"
level="section">Sec.â€‚3119.â€‚Modification to limitation on availability of funds for
acceleration of nuclear weapons dismantlement.</toc-entry>

<toc-entry idref="HF195D21C72C14F26AF8B9C46FC2F0B65"
level="section">Sec.â€‚3120.â€‚Implementation of common financial reporting system for
nuclear security enterprise.</toc-entry>

<toc-entry idref="HC842175B8604469B99C0A3D737EA78C8"
level="section">Sec.â€‚3121.â€‚Limitation relating to reclassification of high-level
waste.</toc-entry>

<toc-entry idref="H6B83622C4AB54E36B8481FCC85457753"
level="section">Sec.â€‚3122.â€‚National Laboratory Jobs ACCESS Program.</toc-entry>

<toc-entry idref="HB9AC4AE4127749D2AB77ED44A065A8AC" level="subtitle">Subtitle
Câ€"Reports and other matters</toc-entry>

<toc-entry idref="HEB53E50EED364BC9AE587A683EBD464F"
level="section">Sec.â€‚3131.â€‚Civil penalties for violations of certain whistleblower
protections.</toc-entry>

<toc-entry idref="HB51E27C45E094DF791939A7CB66F0163"
level="section">Sec.â€‚3132.â€‚Repeal of assessments of adequacy of budget requests
relating to nuclear weapons stockpile.</toc-entry>

<toc-entry idref="H5B20F55B296F412AB1AA771A84ECC1AE"
level="section">Sec.â€‚3133.â€‚Repeal of requirement for review relating to enhanced
procurement authority.</toc-entry>

<toc-entry idref="H2BFE4989EC2443B2B7659BAC729EA73D"
level="section">Sec.â€‚3134.â€‚Improvements to Energy Employees Occupational Illness
Compensation Program Act of 2000.</toc-entry>

<toc-entry idref="HCF9BC291C28E418AAF678AC335819A41"
level="section">Sec.â€‚3135.â€‚Replacement of W78 warhead.</toc-entry>

<toc-entry idref="HA0C1459DB0C2489581011C84EA1F494E"
level="section">Sec.â€‚3136.â€‚Independent review of capabilities for detection,
verification, and monitoring of nuclear weapons and fissile material.</toc-entry>

<toc-entry idref="H8DBA93A6B23349599E6113CFFEEDB376"
level="section">Sec.â€‚3137.â€‚Assessment of high energy density physics.</toc-entry>

<toc-entry idref="HCE510BFD538A417498B0EE455EC457FE"
level="section">Sec.â€‚3138.â€‚Determination of effect of treaty obligations with
respect to producing tritium.</toc-entry>

<toc-entry idref="HAC6283D50B6F4EBCAB912212D41138EF" level="section">Sec.â€,3139.â€,Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act.</toc-entry>

<toc-entry idref="H82B632AE0DDB454E81A43DC37F9A24C3" level="title">Title XXXIIâ€"Defense Nuclear Facilities Safety Board</toc-entry>

<toc-entry idref="H004D31AA73A24BB9BFE2B36CBEAF04E7" level="section">Sec.â€,3201.â€,Authorization.</toc-entry>

<toc-entry idref="H514F4D5E9E554EC58E9438E0AB823BA5" level="section">Sec.â€,3202.â€,Improvements to Defense Nuclear Facilities Safety Board.</toc-entry>

<toc-entry idref="HD4693032182D4F0C8B47E051258C36F8" level="section">Sec.â€,3203.â€,Membership of Defense Nuclear Facilities Safety Board.</toc-entry>

<toc-entry idref="HF98B6800B2A54C52B4DB9A17C6D96992" level="title">Title XXXIVâ€"Naval Petroleum Reserves</toc-entry>

<toc-entry idref="H7972847503C04E5EA998F3FCC0CC3533" level="section">Sec.â€,3401.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H7648F8EB2FDC433CADA61A175FD3C8C2" level="title">Title XXXVâ€"Maritime Matters</toc-entry>

<toc-entry idref="H0A6222929FDD4D329A5BEE77121437CA" level="subtitle">Subtitle Aâ€"Maritime Administration</toc-entry>

<toc-entry idref="H2830D7D69B2A4DC280F249D5D3ED371A" level="section">Sec.â€,3501.â€,Authorization of the Maritime Administration.</toc-entry>

<toc-entry idref="H3F48D62F54DE439EB2084DB623FDCB65" level="section">Sec.â€,3502.â€,Reauthorization of Maritime Security Program.</toc-entry>

<toc-entry idref="H4F4E0E9BB9174A708C6D65368E354100" level="section">Sec.â€,3503.â€,Maritime technical assistance program.</toc-entry>

<toc-entry idref="HDA0356450D884EAA9E2B211E8E322260" level="section">Sec.â€,3504.â€,Appointment of candidates attending sponsored preparatory school.</toc-entry>

<toc-entry idref="H27084D7DE67F490BB5782136118B1964" level="section">Sec.â€,3505.â€,General support program.</toc-entry>

<toc-entry idref="H247A93FED1734DF0A67203B7BF12C853" level="section">Sec.â€,3506.â€,Improvements to the maritime guaranteed loan program.</toc-entry>

<toc-entry idref="H4A070DC293514099B88C789BB709EF29" level="section">Sec.â€,3507.â€,Requirement for small shipyard grantees.</toc-entry>

<toc-entry idref="H80B2DCE1FCF04C2DB20027BE29DDFEC2" level="section">Sec.â€,3508.â€,Salvage recoveries of cargoes.</toc-entry>

<toc-entry idref="H20E19EF20F2846E880E7514A2B287605DA" level="section">Sec.â€,3509.â€,Salvage recoveries for subrogated ownership of vessels and cargoes.</toc-entry>

<toc-entry idref="H38AC9093817F4937B959A85698754FDE" level="section">Sec.â€,3510.â€,Maritime Occupational Safety and Health Advisory Committee.</toc-entry>

<toc-entry idref="H9A9D15E3D0724D03AB6398BB01492350" level="section">Sec.â€,3511.â€,Military to mariner.</toc-entry>

<toc-entry idref="H57C6C33150CB4D5A831DBC5BB70BCB53" level="section">Sec.â€,3512.â€,Department of Transportation Inspector General Report.</toc-entry>

WASHSTATEC014601

```
<toc-entry idref="HFE7FBDE1E4834DC79F5FE8CA48E83ECE"
level="section">Sec.â€¯3513.â€¯Independent study on the United States Merchant Marine
Academy.</toc-entry>

<toc-entry idref="HE28CC16F983348AC9AC254B26734359E"
level="section">Sec.â€¯3514.â€¯Port operations, research, and technology.</toc-entry>

<toc-entry idref="H1ACE2AE2CDF54A13A33095C8D21901C7"
level="section">Sec.â€¯3515.â€¯Assessment and report on strategic seaports.</toc-entry>

<toc-entry idref="H446907B097894CCB860D40BBEADFEB23"
level="section">Sec.â€¯3516.â€¯Technical corrections.</toc-entry>

<toc-entry idref="HE9722F70E19F482AB06CAF6944BC7A2E"
level="section">Sec.â€¯3517.â€¯United States Merchant Marine Academy sexual assault
prevention and response program.</toc-entry>

<toc-entry idref="H6E0DDB4475A740B7998DB7889FB46157"
level="section">Sec.â€¯3518.â€¯Report on vessels for emerging offshore energy
infrastructure.</toc-entry>

<toc-entry idref="H55E93483D21E42AC85D4CA94F3C2094E"
level="section">Sec.â€¯3519.â€¯Report on United States flagged fuel tanker vessel
capacity.</toc-entry>

<toc-entry idref="H4F2851F674114657B832A7499116B473" level="subtitle">Subtitle
Bâ€"Cable Security Fleet</toc-entry>

<toc-entry idref="H15F03F1584AA4C7893AC3E848D214A42"
level="section">Sec.â€¯3521.â€¯Establishment of Cable Security Fleet.</toc-entry>

<toc-entry idref="H9D419F38677D4A0FB7E08AD8070AB85A" level="subtitle">Subtitle
Câ€"Maritime SAFE Act</toc-entry>

<toc-entry idref="H1C6D30885DFB498AB8F991FE6F35F621"
level="section">Sec.â€¯3531.â€¯Short titles.</toc-entry>

<toc-entry idref="H8F13C7101FA547F88E1BF84DC8B9376F"
level="section">Sec.â€¯3532.â€¯Definitions.</toc-entry>

<toc-entry idref="H57F48048E9964F27AD4F56F822D0CCB0"
level="section">Sec.â€¯3533.â€¯Purposes.</toc-entry>

<toc-entry idref="H8B33BE091AE442469F798240642340F0"
level="section">Sec.â€¯3534.â€¯Statement of policy.</toc-entry>

<toc-entry idref="HD94C1803F2534D3A840BE53F8C708EA8" level="part">Part Iâ€"Programs to
combat IUU fishing and increase maritime security</toc-entry>

<toc-entry idref="HBD869EC839D24E68B07B4FC15D9DEA96"
level="section">Sec.â€¯3541.â€¯Coordination with international organizations.</toc-
entry>

<toc-entry idref="HBCBB8F3974DE4A14B3A18065BFD34780"
level="section">Sec.â€¯3542.â€¯Engagement of diplomatic missions of the United
States.</toc-entry>

<toc-entry idref="H97DA4A3679884E32A57C37D9C6A971E7"
level="section">Sec.â€¯3543.â€¯Assistance by Federal agencies to improve law
enforcement within priority regions and priority flag states.</toc-entry>

<toc-entry idref="H7048BF4F447D4697860DE537AEB7852C"
level="section">Sec.â€¯3544.â€¯Expansion of existing mechanisms to combat IUU
fishing.</toc-entry>

<toc-entry idref="H6E0B43E7474D4BA29A9DB0ED8D773F84"
level="section">Sec.â€¯3545.â€¯Improvement of transparency and traceability
programs.</toc-entry>

<toc-entry idref="H85B77DC772FA4C0F877A774CF1A7942D"
level="section">Sec.â€¯3546.â€¯Technology programs.</toc-entry>

<toc-entry idref="H79B1394500B74E70AA1D64D3DEB71817"
```

level="section">Sec.â€,3547.â€,Savings clause.</toc-entry>

<toc-entry idref="H59E9E0BD9AC44846AB2952BC151F87FD" level="part">Part
IIâ€"Establishment of interagency working group on IUU fishing</toc-entry>

<toc-entry idref="HC3728AABF2E649A7B8E2FE3110038405"
level="section">Sec.â€,3551.â€,Interagency Working Group on IUU Fishing.</toc-entry>

<toc-entry idref="H4B65800BF09E4705994E1F563CCE7D5A"
level="section">Sec.â€,3552.â€,Strategic plan.</toc-entry>

<toc-entry idref="H355E1B3697094500B4D23A3C64F14793"
level="section">Sec.â€,3553.â€,Reports.</toc-entry>

<toc-entry idref="HD72E3FB1544943D893957861A2ECD78F"
level="section">Sec.â€,3554.â€,Gulf of Mexico IUU Fishing Subworking Group.</toc-entry>

<toc-entry idref="HFB4D8BF19A054F8DBF3D80CF4AD9FE25" level="part">Part IIIâ€"Combating
human trafficking in connection with the catching and processing of seafood
products</toc-entry>

<toc-entry idref="H05B14ED6A589410B9D85FDF0D97E76A0"
level="section">Sec.â€,3561.â€,Finding.</toc-entry>

<toc-entry idref="HA540984A09E9452AA2C74DA3401D3162"
level="section">Sec.â€,3562.â€,Adding the Secretary of Commerce to the Interagency Task
Force to Monitor and Combat Trafficking.</toc-entry>

<toc-entry idref="H9F09DE835161493D9A08EB855E707FB6"
level="section">Sec.â€,3563.â€,Human trafficking in the seafood supply chain
report.</toc-entry>

<toc-entry idref="H3A80A771DE4E4CECBF61676E87195D57" level="part">Part
IVâ€"Authorization of appropriations</toc-entry>

<toc-entry idref="H2F6BEFCD30D1479485D3742C050F343D"
level="section">Sec.â€,3571.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H2856C782E94A416CB225847AC91A0CCB"
level="section">Sec.â€,3572.â€,Accounting of funds.</toc-entry>

<toc-entry idref="H53423323806142F8A9771E9B8AB0FA93" level="division">Division
Dâ€"Funding Tables</toc-entry>

<toc-entry idref="H5C7626138AAB418BA794B9C136728EBA"
level="section">Sec.â€,4001.â€,Authorization of amounts in funding tables.</toc-entry>

<toc-entry idref="H3F34024D4E274241BBC2866C9F3F3ECE" level="title">Title
XLIâ€"PROCUREMENT</toc-entry>

<toc-entry idref="HE2D0C790530B49D1A9FD3D6C0F57E632"
level="section">Sec.â€,4101.â€,Procurement.</toc-entry>

<toc-entry idref="H58AE92D47F624F6C89DC7FA667412053"
level="section">Sec.â€,4102.â€,Procurement for overseas contingency operations.</toc-
entry>

<toc-entry idref="H9FE2E96A606D416DAE7F2482DBA0BD12"
level="section">Sec.â€,4103.â€,Procurement for emergency requirements.</toc-entry>

<toc-entry idref="H59D796276A55425DAD85A8B7A15C4AF4" level="title">Title
XLIIâ€"RESEARCH, DEVELOPMENT, TEST, AND EVALUATION</toc-entry>

<toc-entry idref="H3A6FDD1331E841BC8BA6E44813C7309A"
level="section">Sec.â€,4201.â€,Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H3C76793B607D4E76938BDAB33D1BA4F4"
level="section">Sec.â€,4202.â€,Research, development, test, and evaluation for overseas
contingency operations.</toc-entry>

<toc-entry idref="HAB5E367C08A44394843B975360A6043F"
level="section">Sec.â€,4203.â€,Research, development, test, and evaluation for
emergency requirements.</toc-entry>

<toc-entry idref="HFBE65473274543AAB0E95857410DA525" level="title">Title XLIIIâ€"OPERATION AND MAINTENANCE</toc-entry>

<toc-entry idref="H3EA3FD49B70349FB90E1DC84FC8B5D8D" level="section">Sec.â€‚4301.â€‚Operation and maintenance.</toc-entry>

<toc-entry idref="H07A0507C2A464FA2B2339E6F7E2C0CAA" level="section">Sec.â€‚4302.â€‚Operation and maintenance for overseas contingency operations.</toc-entry>

<toc-entry idref="HE0737CA1375D4EE79161FC02969B1425" level="section">Sec.â€‚4303.â€‚Operation and maintenance for emergency requirements.</toc-entry>

<toc-entry idref="H78EFE90C43EA451586C920AFEC833DCC" level="title">Title XLIVâ€"MILITARY PERSONNEL</toc-entry>

<toc-entry idref="H615C2C871A2D4454AA30F79239777C6A" level="section">Sec.â€‚4401.â€‚Military personnel.</toc-entry>

<toc-entry idref="H8407E68101904344913017FFC2CE761C" level="section">Sec.â€‚4402.â€‚Military personnel for overseas contingency operations.</toc-entry>

<toc-entry idref="H3D4047D1ADA9471BB74183D189F4B6AC" level="title">Title XLVâ€"OTHER AUTHORIZATIONS</toc-entry>

<toc-entry idref="HD3115B22CF9E4DAEA64255215CD2ED60" level="section">Sec.â€‚4501.â€‚Other authorizations.</toc-entry>

<toc-entry idref="HB64BF282681944648EBE900D5AB6CBE6" level="section">Sec.â€‚4502.â€‚Other authorizations for overseas contingency operations.</toc-entry>

<toc-entry idref="H089CF242592B419DB4B26518825B5A7B" level="title">Title XLVIâ€"MILITARY CONSTRUCTION</toc-entry>

<toc-entry idref="H18EB71C0FBA145DE99254084B59C6865" level="section">Sec.â€‚4601.â€‚Military construction.</toc-entry>

<toc-entry idref="H2C37CDE9828C4FFEB15D3E42D82899BA" level="section">Sec.â€‚4602.â€‚Military construction for overseas contingency operations.</toc-entry>

<toc-entry idref="H3AE3D0782A59443FAB5198AE36B514F2" level="section">Sec.â€‚4603.â€‚Military construction for emergency requirements.</toc-entry>

<toc-entry idref="H673D6CFED7F04A8BBF04B586E26A7BD8" level="title">Title XLVIIâ€"DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</toc-entry>

<toc-entry idref="HB4F0A731D3214A369C1E2ABFE783608B" level="section">Sec.â€‚4701.â€‚Department of Energy national security programs.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="division">Division Eâ€"Intelligence authorizations for fiscal years 2018, 2019, and 2020</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5001.â€‚Short title.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5002.â€‚Subdivisions and table of contents.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5003.â€‚Definitions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subdivision">Subdivision 1â€"Intelligence authorizations for fiscal year 2020</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5100.â€‚Table of contents.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LIâ€"Intelligence activities</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5101.â€¯Authorization of appropriations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5102.â€¯Classified schedule of authorizations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5103.â€¯Intelligence community management account.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LIIâ€"Central intelligence agency retirement and disability system</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5201.â€¯Authorization of appropriations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LIIIâ€"Intelligence community matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Aâ€"General intelligence community matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5301.â€¯Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5302.â€¯Increase in employee compensation and benefits authorized by law.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5303.â€¯Expansion of scope of protections for identities of covert agents.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5304.â€¯Required counterintelligence assessments, briefings, notifications, and reports.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5305.â€¯Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5306.â€¯Intelligence community public-private talent exchange.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5307.â€¯Assessment of contracting practices to identify certain security and counterintelligence concerns.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Bâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5321.â€¯Establishment of Climate Security Advisory Council.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5322.â€¯Foreign Malign Influence Response Center.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5323.â€¯Encouragement of cooperative actions to detect and counter foreign influence operations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯5324.â€¯Transfer of National Intelligence University to the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Câ€"Inspector General of the Intelligence Community</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5331.â€‚Definitions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5332.â€‚Inspector General external review panel.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5333.â€‚Harmonization of whistleblower processes and
procedures.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5334.â€‚Oversight by Inspector General of the Intelligence
Community over intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5335.â€‚Report on cleared whistleblower attorneys.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Dâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5341.â€‚Clarification of certain authority of the Central
Intelligence Agency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LIVâ€"Security
clearances</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5401.â€‚Improving visibility into the security clearance
process.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5402.â€‚Making certain policies and execution plans relating to
personnel clearances available to industry partners.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LVâ€"Matters
relating to foreign countries</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Aâ€"Matters relating to Russia</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5501.â€‚Annual reports on influence operations and campaigns in
the United States by the Russian Federation.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5502.â€‚Assessment of legitimate and illegitimate financial and
other assets of Vladimir Putin.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5503.â€‚Assessments of intentions of political leadership of the
Russian Federation.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Bâ€"Matters relating to China</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5511.â€‚Annual reports on influence operations and campaigns in
the United States by the Communist Party of China.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5512.â€‚Report on repression of ethnic Muslim minorities in the
Xinjiang region of the Peopleâ€™s Republic of China.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5513.â€‚Report on efforts by Peopleâ€™s Republic of China to
influence election in Taiwan.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Câ€"Matters relating to other countries</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚5521.â€‚Sense of Congress and report on Iranian efforts in Syria

and Lebanon.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5522.â€,Assessments regarding the Northern Triangle and
Mexico.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LVIâ€"Federal
Efforts Against Domestic Terrorism</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5601.â€,Definitions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5602.â€,Strategic intelligence assessment of and reports on
domestic terrorism.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LVIIâ€"Reports
and other matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Aâ€"Reports and briefings</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5701.
â€,Modification of requirements for submission to Congress of certain reports.</toc-
entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5702.â€,Increased transparency regarding counterterrorism budget
of the United States.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5703.â€,Study on role of retired and former personnel of
intelligence community with respect to certain foreign intelligence operations.</toc-
entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5704.â€,Collection, analysis, and dissemination of workforce
data.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5705.â€,Plan for strengthening the supply chain intelligence
function.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5706.â€,Comprehensive economic assessment of investment in key
United States technologies by companies or organizations linked to China.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5707.â€,Report by Director of National Intelligence on fifth-
generation wireless network technology.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5708.â€,Report on use by intelligence community of facial
recognition technology.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5709.â€,Report on deepfake technology, foreign weaponization of
deepfakes, and related notifications.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5710.â€,Annual report by Comptroller General of the United
States on cybersecurity and surveillance threats to Congress.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5711.â€,Analysis of and periodic briefings on major initiatives
of intelligence community in artificial intelligence and machine learning.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,5712.â€,Report on best practices to protect privacy and civil
liberties of Chinese Americans.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"

level="section">Sec.â€¯5713.â€¯Oversight of foreign influence in academia.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5714.â€¯Report on death of Jamal Khashoggi.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5715.â€¯Report on terrorist screening database.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5716.â€¯Report containing threat assessment on terrorist use of
conventional and advanced conventional weapons.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5717.â€¯Assessment of homeland security vulnerabilities
associated with certain retired and former personnel of the intelligence
community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5718.â€¯Study on feasibility and advisability of establishing
Geospatial-Intelligence Museum and learning center.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Bâ€"Other matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5721.â€¯Whistleblower disclosures to Congress and committees of
Congress.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5722.â€¯Task force on illicit financing of espionage and foreign
influence operations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5723.â€¯Establishment of fifth-generation technology prize
competition.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5724.â€¯Establishment of deepfakes prize competition.</toc-
entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5725.â€¯Identification of and countermeasures against certain
International Mobile Subscriber Identity-catchers.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯5726.â€¯Securing energy infrastructure.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subdivision">Subdivision
2â€"Intelligence authorizations for fiscal years 2018 and 2019</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6100.â€¯Table of contents.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title
LXIâ€"Intelligence activities</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6101.â€¯Authorization of appropriations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6102.â€¯Intelligence Community Management Account.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXIIâ€"Central
Intelligence Agency Retirement and Disability System</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6201.â€¯Authorization of appropriations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6202.â€¯Computation of annuities for employees of the Central
Intelligence Agency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title

WASHSTATEC014608

LXIIIâ€"General intelligence community matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6301.â€,Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6302.â€,Increase in employee compensation and benefits
authorized by law.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6303.â€,Modification of special pay authority for science,
technology, engineering, or mathematics positions and addition of special pay authority
for cyber positions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6304.â€,Modification of appointment of Chief Information Officer
of the Intelligence Community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6305.â€,Director of National Intelligence review of placement of
positions within the intelligence community on the Executive Schedule.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6306.â€,Supply Chain and Counterintelligence Risk Management
Task Force.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6307.â€,Consideration of adversarial telecommunications and
cybersecurity infrastructure when sharing intelligence with foreign governments and
entities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6308.â€,Cyber protection support for the personnel of the
intelligence community in positions highly vulnerable to cyber attack.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6309.â€,Elimination of sunset of authority relating to
management of supply-chain risk.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6310.â€,Limitations on determinations regarding certain security
classifications.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6311.â€,Joint Intelligence Community Council.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6312.â€,Intelligence community information technology
environment.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6313.â€,Report on development of secure mobile voice solution
for intelligence community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6314.â€,Policy on minimum insider threat standards.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6315.â€,Submission of intelligence community policies.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6316.â€,Expansion of intelligence community recruitment
efforts.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXIVâ€"Matters
relating to elements of the intelligence community</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Aâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6401.â€‚Authority for protection of current and former employees
of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6402.â€‚Designation of the program manager-information-sharing
environment.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6403.â€‚Technical modification to the executive schedule.</toc-
entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6404.â€‚Chief Financial Officer of the Intelligence
Community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6405.â€‚Chief Information Officer of the Intelligence
Community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Bâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6411.â€‚Central Intelligence Agency subsistence for personnel
assigned to austere locations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6412.â€‚Special rules for certain monthly workersâ€™
compensation payments and other payments for Central Intelligence Agency
personnel.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6413.â€‚Expansion of security protective service jurisdiction of
the Central Intelligence Agency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6414.â€‚Repeal of foreign language proficiency requirement for
certain senior level positions in the Central Intelligence Agency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Câ€"Office of Intelligence and Counterintelligence of Department of Energy</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6421.â€‚Consolidation of Department of Energy Offices of
Intelligence and Counterintelligence.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6422.â€‚Repeal of Department of Energy Intelligence Executive
Committee and budget reporting requirement.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Dâ€"Other elements</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6431.â€‚Plan for designation of counterintelligence component of
Defense Security Service as an element of intelligence community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6432.â€‚Notice not required for private entities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6433.â€‚Establishment of advisory board for National
Reconnaissance Office.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6434.â€‚Collocation of certain Department of Homeland Security
personnel at field locations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXVâ€"Election
matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Report on cyber attacks by foreign governments against
United States election infrastructure.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6501.â€‚Review of intelligence community's posture to collect
against and analyze Russian efforts to influence the Presidential election.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6503.â€‚Assessment of foreign intelligence threats to Federal
elections.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6504.â€‚Strategy for countering Russian cyber threats to United
States elections.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6505.â€‚Assessment of significant Russian influence campaigns
directed at foreign elections and referenda.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6506.â€‚Information sharing with State election officials.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6507.â€‚Notification of significant foreign cyber intrusions and
active measures campaigns directed at elections for Federal offices.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6508.â€‚Designation of counterintelligence officer to lead
election security matters.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title
LXVIâ€"Security clearances</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6601.â€‚Definitions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6602.â€‚Reports and plans relating to security clearances and
background investigations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6603.â€‚Improving the process for security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6604.â€‚Goals for promptness of determinations regarding
security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6605.â€‚Security Executive Agent.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6606.â€‚Report on unified, simplified, Governmentwide standards
for positions of trust and security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6607.â€‚Report on clearance in person concept.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6608.â€‚Reports on reciprocity for security clearances inside of
departments and agencies.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6609.â€‚Intelligence community reports on security
clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€‚6610.â€‚Periodic report on positions in the intelligence
community that can be conducted without access to classified information, networks, or
facilities.</toc-entry>

WASHSTATEC014611

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6611.â€‚Information-sharing program for positions of trust and security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6612.â€‚Report on protections for confidentiality of whistleblower-related communications.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6613.â€‚Reports on costs of security clearance background investigations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Aâ€"Matters relating to Russia and other foreign powers</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6701.â€‚Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6702.â€‚Assessment of threat finance relating to Russia.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6703.â€‚Notification of an active measures campaign.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6704.â€‚Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6705.â€‚Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6706.â€‚Expansion of scope of committee to counter active measures.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Bâ€"Reports</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6711.â€‚Technical correction to Inspector General study.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6712.â€‚Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6713.â€‚Review of intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6714.â€‚Report on role of Director of National Intelligence with respect to certain foreign investments.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6715.â€‚Report on surveillance by foreign governments against United States telecommunications networks.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6716.â€‚Biennial report on foreign investment risks.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚6717.â€‚Modification of certain reporting requirement on travel of foreign diplomats.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"

level="section">Sec.â€¯6718.â€¯Semiannual reports on investigations of unauthorized disclosures of classified information.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6719.â€¯Congressional notification of designation of covered intelligence officer as persona non grata.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6720.â€¯Reports on intelligence community participation in vulnerabilities equities process of Federal Government.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6721.â€¯Inspectors General reports on classification.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6722.â€¯Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6723.â€¯Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6724.â€¯Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6725.â€¯Reports on intelligence community loan repayment and related programs.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6726.â€¯Repeal of certain reporting requirements.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6727.â€¯Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6728.â€¯Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6729.â€¯Intelligence assessment of North Korea revenue sources.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6730.â€¯Report on possible exploitation of virtual currencies by terrorist actors.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Câ€"Other matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6741.â€¯Public Interest Declassification Board.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6742.â€¯Technical and clerical amendments to the National Security Act of 1947.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€¯6743.â€¯Bug bounty programs.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6744.â€¯Technical amendments related to the Department of Energy.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€¯6745.â€¯Sense of Congress on notification of certain disclosures of classified information.</toc-entry>

WASHSTATEC014613

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6746.â€,Sense of Congress on consideration of espionage
activities when considering whether or not to provide visas to foreign individuals to
be accredited to a United Nations mission in the United States.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6747.â€,Sense of Congress on WikiLeaks.</toc-entry></toc>

<toc container-level="legis-body-container" quoted-block="no-quoted-block" lowest-
level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-
bolded">

<toc-entry idref="HD98AC52D30A941DBA1DBB556A1D9F069" level="division">Division
Fâ€"Other Matters</toc-entry>

<toc-entry idref="H0C093F2F974D4201A98DA0F58620B615" level="title">Title
LXXIâ€"Sanctions with respect to North Korea</toc-entry>

<toc-entry idref="H44DF69B4E5CC4147A97C6D1B5EDE69B7"
level="section">Sec.â€,7101.â€,Short title.</toc-entry>

<toc-entry idref="H7C85CE1BDEC548209D36A4BA2ADF35CA" level="subtitle">Subtitle
Aâ€"Sanctions with respect to North Korea</toc-entry>

<toc-entry idref="HDF7C98DF75C7445F90C2E7EAA16F24AB"
level="section">Sec.â€,7111.â€,Sense of Congress.</toc-entry>

<toc-entry idref="HF6397D2C8B91475DA5C9087179D56BDB"
level="section">Sec.â€,7112.â€,Definitions.</toc-entry>

<toc-entry idref="H83CEA2EC2ADE4AA58E94E873BCA9C096" level="part">Part Iâ€"Expansion of
sanctions and related matters</toc-entry>

<toc-entry idref="HF6B36A5123A9403C88FF91E2B3B3FECE"
level="section">Sec.â€,7121.â€,Sanctions with respect to foreign financial institutions
that provide financial services to certain sanctioned persons.</toc-entry>

<toc-entry idref="H60C3FA292BB045A4A3358A4BD3E52EB8"
level="section">Sec.â€,7122.â€,Mandatory designations under North Korea Sanctions and
Policy Enhancement Act of 2016.</toc-entry>

<toc-entry idref="H15619872EE274AD580B828059120E856"
level="section">Sec.â€,7123.â€,Extension of applicability period of proliferation
prevention sanctions.</toc-entry>

<toc-entry idref="H78AB4F6D67FD4D4CB887C4BBF9F618ED"
level="section">Sec.â€,7124.â€,Opposition to assistance by the international financial
institutions.</toc-entry>

<toc-entry idref="H4307523D94784BDB81AA4AF128DFCB71"
level="section">Sec.â€,7125.â€,Support for capacity of the International Monetary Fund
to prevent money laundering and financing of terrorism.</toc-entry>

<toc-entry idref="HC095A4BF28B448A1B4B4508EAF3D57AF"
level="section">Sec.â€,7126.â€,Report and briefings on compliance, penalties, and
technical assistance.</toc-entry>

<toc-entry idref="HC893B04EDE2F4A33A51E2D9BE387D1CA"
level="section">Sec.â€,7127.â€,Sense of Congress on identification and blocking of
property of North Korean officials.</toc-entry>

<toc-entry idref="H78B4E39009824D1E8FF5BB7B667CA2BB"
level="section">Sec.â€,7128.â€,Modification of report on implementation of United
Nations Security Council resolutions by other governments.</toc-entry>

<toc-entry idref="H53FFC418052A46998464A71261AA4198"
level="section">Sec.â€,7129.â€,Report on use by the Government of North Korea of
beneficial ownership rules to access the international financial system.</toc-entry>

<toc-entry idref="H6435ACB9F0554E5187060DAED6342059" level="part">Part
IIâ€"Congressional review and oversight</toc-entry>

<toc-entry idref="H8E625325C1964EA291A4C70249D3BB69"

level="section">Sec.â€‚7131.â€‚Notification of termination or suspension of sanctions.</toc-entry>

<toc-entry idref="H3AFFEAAB7D02498AB2BD71812D984443" level="section">Sec.â€‚7132.â€‚Reports on certain licensing actions.</toc-entry>

<toc-entry idref="H89CDF0080452407D8145B39208462695" level="section">Sec.â€‚7133.â€‚Report and briefings on financial networks and financial methods of the Government of North Korea.</toc-entry>

<toc-entry idref="H5A0781D842F8409F907CDE0D4E602CAB" level="section">Sec.â€‚7134.â€‚Report on countries of concern with respect to transshipment, reexportation, or diversion of certain items to North Korea.</toc-entry>

<toc-entry idref="HFD2E671879704FFCA2E295384EF3562A" level="part">Part IIIâ€"General matters</toc-entry>

<toc-entry idref="H3B64087F9F64418386D454D2AA7874E1" level="section">Sec.â€‚7141.â€‚Rulemaking.</toc-entry>

<toc-entry idref="HB89452CFA7104F7CBAA20E65EDC3485F" level="section">Sec.â€‚7142.â€‚Authority to consolidate reports.</toc-entry>

<toc-entry idref="H0AE198741DBA460A81982E9911B79EB9" level="section">Sec.â€‚7143.â€‚Waivers, exemptions, and termination.</toc-entry>

<toc-entry idref="H4A3326A5F6D94B94A9D9D687C189A2DC" level="section">Sec.â€‚7144.â€‚Procedures for review of classified and certain other information.</toc-entry>

<toc-entry idref="HD38BEB76CC4C4E43B0E7934710BDD923" level="section">Sec.â€‚7145.â€‚Briefing on resourcing of sanctions programs.</toc-entry>

<toc-entry idref="HABB1AF76D2BF46509794CDCD0C015565" level="section">Sec.â€‚7146.â€‚Briefing on proliferation financing.</toc-entry>

<toc-entry idref="HD3C7774FD46B4A9FB7F9EDDA872B07CD" level="section">Sec.â€‚7147.â€‚Exception relating to importation of goods.</toc-entry>

<toc-entry idref="H43045D7D917243C79794A63A0B77A2C5" level="subtitle">Subtitle Bâ€"Financial industry guidance to halt trafficking</toc-entry>

<toc-entry idref="HE45E375426414637B294E47F5A4A0C77" level="section">Sec.â€‚7151.â€‚Short title.</toc-entry>

<toc-entry idref="HC20EA4DDD18947C082A8928BE0F4901A" level="section">Sec.â€‚7152.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="H330B5197AA46432F97DE7AFB323D7097" level="section">Sec.â€‚7153.â€‚Coordination of human trafficking issues by the Office of Terrorism and Financial Intelligence.</toc-entry>

<toc-entry idref="H4B4BCE3E4E944B169A2554C1D3A79AE8" level="section">Sec.â€‚7154.â€‚Strengthening the role of anti-money laundering and other financial tools in combating human trafficking.</toc-entry>

<toc-entry idref="HA98756C4C812455583C06E42B76B5FE7" level="section">Sec.â€‚7155.â€‚Sense of Congress on resources to combat human trafficking.</toc-entry>

<toc-entry idref="H0FFAEF5E070D42A4B6B251B68929F6AF" level="title">Title LXXIIâ€"Sanctions with respect to foreign traffickers of illicit synthetic opioids</toc-entry>

<toc-entry idref="H4DF2AE9CCBBD46C58485C67BDCD1F53C" level="section">Sec.â€‚7201.â€‚Short title.</toc-entry>

<toc-entry idref="HB0DC354833774EDA94B5E0ED5C608AE4" level="section">Sec.â€‚7202.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="HCD4D31BDB5064BA8AFBD65AE23CC8343" level="section">Sec.â€‚7203.â€‚Definitions.</toc-entry>

&lt;toc-entry idref="H83F6621E01C4471EA80E85BD20C62BD9" level="subtitle"&gt;Subtitle Aâ€"Sanctions with Respect to Foreign Opioid Traffickers&lt;/toc-entry&gt;

&lt;toc-entry idref="H319373E8BDCE468F82B9074EBFF951FC" level="section"&gt;Sec.â€,7211.â€,Identification of foreign opioid traffickers.&lt;/toc-entry&gt;

&lt;toc-entry idref="HAC5A6A2B419F4F4585BFF9CCA0DC7C34" level="section"&gt;Sec.â€,7212.â€,Imposition of sanctions.&lt;/toc-entry&gt;

&lt;toc-entry idref="HD78AED92A22749A1BE79C509097B34CD" level="section"&gt;Sec.â€,7213.â€,Description of sanctions.&lt;/toc-entry&gt;

&lt;toc-entry idref="H0A7EE67AC9C34BF3A94D850BE16A5A52" level="section"&gt;Sec.â€,7214.â€,Waivers.&lt;/toc-entry&gt;

&lt;toc-entry idref="HFDAC67476ED0430DBC0224F39CB6C1EA" level="section"&gt;Sec.â€,7215.â€,Procedures for judicial review of classified information.&lt;/toc-entry&gt;

&lt;toc-entry idref="H14AF2349B226440DA764701C63A6F487" level="section"&gt;Sec.â€,7216.â€,Briefings on implementation.&lt;/toc-entry&gt;

&lt;toc-entry idref="H0D5E089DCADE4C0ABD12D0079402D4CE" level="section"&gt;Sec.â€,7217.â€,Inclusion of additional material in International Narcotics Control Strategy Report.&lt;/toc-entry&gt;

&lt;toc-entry idref="H4296E375781D44929BFCB10331E42A6D" level="subtitle"&gt;Subtitle Bâ€"Commission on Combating Synthetic Opioid Trafficking&lt;/toc-entry&gt;

&lt;toc-entry idref="H46D8F2057A184686A3AF61D9E1FFD63C" level="section"&gt;Sec.â€,7221.â€,Commission on combating synthetic opioid trafficking.&lt;/toc-entry&gt;

&lt;toc-entry idref="HF8093314EC1747B786CF3DB7144DF2F3" level="subtitle"&gt;Subtitle Câ€"Other Matters&lt;/toc-entry&gt;

&lt;toc-entry idref="H514B399333DC4027B6A18DB0472BCFA8" level="section"&gt;Sec.â€,7231.â€,Director of National Intelligence program on use of intelligence resources in efforts to sanction foreign opioid traffickers.&lt;/toc-entry&gt;

&lt;toc-entry idref="H453E0301D2EA46DAB2E96871DB3EE2FB" level="section"&gt;Sec.â€,7232.â€,Authorization of appropriations.&lt;/toc-entry&gt;

&lt;toc-entry idref="H90A3C830C63F4655B25F378C5846E22F" level="section"&gt;Sec.â€,7233.â€,Regulatory authority.&lt;/toc-entry&gt;

&lt;toc-entry idref="H26E3627690474A0FB0F902CF1BD8FAE4" level="section"&gt;Sec.â€,7234.â€,Termination.&lt;/toc-entry&gt;

&lt;toc-entry idref="H728C15087AE546479099AD8EC659FDFB" level="section"&gt;Sec.â€,7235.â€,Exception relating to importation of goods.&lt;/toc-entry&gt;

&lt;toc-entry idref="HDBB58B69FDE94B1DA903A84D0A760FE8" level="title"&gt;Title LXXIIIâ€"PFAS&lt;/toc-entry&gt;

&lt;toc-entry idref="HED397240AFF54DF4885AE6B958018563" level="section"&gt;Sec.â€,7301.â€,Short title.&lt;/toc-entry&gt;

&lt;toc-entry idref="H11D8372011F24B898CC8A350D0081F90" level="section"&gt;Sec.â€,7302.â€,Definition of Administrator.&lt;/toc-entry&gt;

&lt;toc-entry idref="H23DCB2DC92C74C3A89436A15B9327892" level="subtitle"&gt;Subtitle Aâ€"Drinking Water&lt;/toc-entry&gt;

&lt;toc-entry idref="H1EC9A198CDA64445B41C6D4BF9766784" level="section"&gt;Sec.â€,7311.â€,Monitoring and detection.&lt;/toc-entry&gt;

&lt;toc-entry idref="HBF8188FDDE20462E819E57F03A466332" level="section"&gt;Sec.â€,7312.â€,Drinking water state revolving funds.&lt;/toc-entry&gt;

&lt;toc-entry idref="H3180014A4B54227AA787A80FFB424C4" level="subtitle"&gt;Subtitle Bâ€"PFAS Release Disclosure&lt;/toc-entry&gt;

<toc-entry idref="H9CEBA7D796834310B290592473915EE8"
level="section">Sec.â€,7321.â€,Additions to toxics release inventory.</toc-entry>

<toc-entry idref="H25F76D5A3E124FB08C879826CA7EB741" level="subtitle">Subtitle Câ€"USGS
Performance Standard</toc-entry>

<toc-entry idref="H7BED045F594B4EA0BC2410D6603EBB60"
level="section">Sec.â€,7331.â€,Definitions.</toc-entry>

<toc-entry idref="H7067C8CB4F90412FB00227CA4489C95B"
level="section">Sec.â€,7332.â€,Performance standard for the detection of highly
fluorinated compounds.</toc-entry>

<toc-entry idref="H1F0CC1E0897146AA89CBBEAF8519BB9D"
level="section">Sec.â€,7333.â€,Nationwide sampling.</toc-entry>

<toc-entry idref="HA975B0963CCC49D9A09FB5B5F986402B"
level="section">Sec.â€,7334.â€,Data usage.</toc-entry>

<toc-entry idref="H3A850A2A455543CF8DD5376535F85BFA"
level="section">Sec.â€,7335.â€,Collaboration.</toc-entry>

<toc-entry idref="HF8B60576203842E2BBD1B0151431A5F2" level="subtitle">Subtitle
Dâ€"Emerging Contaminants</toc-entry>

<toc-entry idref="HCAB87C64E9294BAF9E0DA2BC9EFB8E8D"
level="section">Sec.â€,7341.â€,Definitions.</toc-entry>

<toc-entry idref="H5CC88D1BF3E34192BAFD1BAA3CFBDACE"
level="section">Sec.â€,7342.â€,Research and coordination plan for enhanced response on
emerging contaminants.</toc-entry>

<toc-entry idref="H664A33B4BB5C418F9265084FB3B3068C" level="subtitle">Subtitle
Eâ€"Toxic Substances Control Act</toc-entry>

<toc-entry idref="H8D5383DCF6CF49FA8AF0802952C04FD3"
level="section">Sec.â€,7351.â€,PFAS data call.</toc-entry>

<toc-entry idref="HC7F4C0C99C0349D284FE3808F43CC367"
level="section">Sec.â€,7352.â€,Significant new use rule for long-chain PFAS.</toc-
entry>

<toc-entry idref="H98BEB48371AD4486A76808F004F67BC7" level="subtitle">Subtitle
Fâ€"Other Matters</toc-entry>

<toc-entry idref="HAFADD4CC7CD74732896B7255E5B2B0A6"
level="section">Sec.â€,7361.â€,PFAS destruction and disposal guidance.</toc-entry>

<toc-entry idref="H3F16FE52F8F24708B34A62613D445620"
level="section">Sec.â€,7362.â€,PFAS research and development.</toc-entry>

<toc-entry idref="H33AF29B4ED9641448ED12EA47377ABDF" level="title">Title LXXIVâ€"Caesar
Syria Civilian Protection Act of 2019</toc-entry>

<toc-entry idref="H04E4833126C04369A848EDB8348EE208"
level="section">Sec.â€,7401.â€,Short title.</toc-entry>

<toc-entry idref="HE62577A94BBA4722AC5A30A1B230EB90"
level="section">Sec.â€,7402.â€,Statement of policy.</toc-entry>

<toc-entry idref="H366930B2C6794A4785E7ABE9E1E870F3" level="subtitle">Subtitle
Aâ€"Additional actions in connection with the national emergency with respect to
Syria</toc-entry>

<toc-entry idref="H9FB2DBAAE44F4C11A2DA073E7003DC98"
level="section">Sec.â€,7411.â€,Measures with respect to Central Bank of Syria.</toc-
entry>

<toc-entry idref="H7A06FC45F6F2470BB987E0F21F72790A"
level="section">Sec.â€,7412.â€,Sanctions with respect to foreign persons that engage in
certain transactions.</toc-entry>

<toc-entry idref="HB222306A99F34122B5817046E608B098"

level="section">Sec.â€‚7413.â€‚Strategy relating to areas of Syria in which civilians are subject to forced displacement.</toc-entry>

<toc-entry idref="HAE7AFBC9AAD445B0AAFE925792B3EA4F" level="subtitle">Subtitle Bâ€"Assistance for the people of Syria</toc-entry>

<toc-entry idref="HA550C301D29F4A55A0AA01AF09782BC2" level="section">Sec.â€‚7421.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="H292997C509F0400A9FEEDDEC189BE8AB" level="section">Sec.â€‚7422.â€‚Briefing on monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people.</toc-entry>

<toc-entry idref="H784CA7FAC2564E9CBF5A6F33E07F2A0D" level="section">Sec.â€‚7423.â€‚Assessment of potential methods to enhance the protection of civilians.</toc-entry>

<toc-entry idref="H02A01FD0E7EF446AA286EA474346DB4A" level="section">Sec.â€‚7424.â€‚Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011.</toc-entry>

<toc-entry idref="HE071EE92EA184D7B802B4A7A09D77B38" level="section">Sec.â€‚7425.â€‚Codification of certain services in support of nongovernmental organizationsâ€™ activities authorized.</toc-entry>

<toc-entry idref="H9655FB7E93A74F81A7E02F975A8A86EF" level="section">Sec.â€‚7426.â€‚Briefing on strategy to facilitate humanitarian assistance.</toc-entry>

<toc-entry idref="HBDF5F1F23FE6486AACC203057652864F" level="subtitle">Subtitle Câ€"General provisions</toc-entry>

<toc-entry idref="HD0C56B8713BD46F7B2A53BE3F3BB6BC2" level="section">Sec.â€‚7431.â€‚Suspension of sanctions.</toc-entry>

<toc-entry idref="H87CE7EF00D154A64BD9B18557B7B17D4" level="section">Sec.â€‚7432.â€‚Waivers and exemptions.</toc-entry>

<toc-entry idref="H4BA2C98AAC9E4B87B68A3388E40F25E4" level="section">Sec.â€‚7433.â€‚Implementation and regulatory authorities.</toc-entry>

<toc-entry idref="HD8FA90056D76462CA7BB669445DB0D09" level="section">Sec.â€‚7434.â€‚Exception relating to importation of goods.</toc-entry>

<toc-entry idref="H46CC4FE0DED043EAA0432C7BE9DCD210" level="section">Sec.â€‚7435.â€‚Cost limitation.</toc-entry>

<toc-entry idref="H950F17FA39654B34A7DAFC10D2AC003B" level="section">Sec.â€‚7436.â€‚Rule of construction.</toc-entry>

<toc-entry idref="HCEDBEA8BCC004C5E983F2016166E7975" level="section">Sec.â€‚7437.â€‚Prohibition on construction of provisions of this title as an authorization for use of military force.</toc-entry>

<toc-entry idref="H96A668989F0E4F29BA3B62637AC38014" level="section">Sec.â€‚7438.â€‚Sunset.</toc-entry>

<toc-entry idref="HE29165D9E3F541E5B5B1C00C84264A3E" level="title">Title LXXVâ€"Protecting Europeâ€™s Energy Security</toc-entry>

<toc-entry idref="H4580A34FDB79470F80332FCAB98F25B6" level="section">Sec.â€‚7501.â€‚Short title.</toc-entry>

<toc-entry idref="H5FA3BC4D2B8749E8856F1689CCF82BFE" level="section">Sec.â€‚7502.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="H6211551AF71349CE815A4431F7EB3FE9" level="section">Sec.â€‚7503.â€‚Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines.</toc-entry>

<toc-entry idref="HCB1E4312ABAF42F79AEC117AF8223712" level="title">Title LXXVIâ€"Other

```
Matters</toc-entry>

<toc-entry idref="HF200D18BE4B84C23ACC251869F937F19" level="subtitle">Subtitle
Aâ€"Federal Employee Paid Leave Act</toc-entry>

<toc-entry idref="HCE7A8A48EFA6431984CC9829625C23F1"
level="section">Sec.â€‚7601.â€‚Short title.</toc-entry>

<toc-entry idref="H6BC0701817C94FE18D4940D3AB090DA0"
level="section">Sec.â€‚7602.â€‚Paid parental leave under title 5.</toc-entry>

<toc-entry idref="H0A143818862D422C88290E669E6D8B8B4"
level="section">Sec.â€‚7603.â€‚Paid parental leave for congressional employees.</toc-
entry>

<toc-entry idref="H0BDCD6945C5443B2AAB2C7571AE0176D"
level="section">Sec.â€‚7604.â€‚Conforming amendment to Family and Medical Leave Act for
GAO and Library of Congress employees.</toc-entry>

<toc-entry idref="HD005AEB71DAA4BC99959DB4139967747"
level="section">Sec.â€‚7605.â€‚Clarification for members of the National Guard and
Reserves.</toc-entry>

<toc-entry idref="H0503F7FCD00C471BB2CA492E680C3E55"
level="section">Sec.â€‚7606.â€‚Conforming amendment for certain TSA employees.</toc-
entry>

<toc-entry idref="H878C207066D24993A1CA00579EA37905" level="subtitle">Subtitle
Bâ€"Other Matters</toc-entry>

<toc-entry idref="HA890DFDA878A4E018CCB38D6195853E1"
level="section">Sec.â€‚7611.â€‚Liberian refugee immigration fairness.</toc-entry>

<toc-entry idref="H2803B3DE0F694AD8A9DDA186395F530C"
level="section">Sec.â€‚7612.â€‚Pensacola Dam and Reservoir, Grand River,
Oklahoma.</toc-entry>

<toc-entry idref="HA44A3077374B4EA592F3667C6DDF2E9D"
level="section">Sec.â€‚7613.â€‚Limitation on certain rolling stock procurements;
cybersecurity certification for rail rolling stock and operations.</toc-entry> </toc>
</subsection></section>

<section display-inline="no-display-inline" id="H034F36A0430C4DAF92E43B6D82424630"
section-type="subsequent-section"><enum>3.</enum><header>Congressional defense
committees</header><text display-inline="no-display-inline">In this Act, the term
<quote>congressional defense committees</quote> has the meaning given that term in
section 101(a)(16) of title 10, United States Code.</text></section>

<section commented="no" display-inline="no-display-inline"
id="HF529B0789C2B48FCBB6A3499F3D091A7" section-type="subsequent-
section"><enum>4.</enum><header display-inline="yes-display-inline">Budgetary effects
of this Act</header><text display-inline="no-display-inline">The budgetary effects of
this Act, for the purposes of complying with the Statutory Pay-As-You-Go Act of 2010,
shall be determined by reference to the latest statement titled <quote>Budgetary
Effects of PAYGO Legislation</quote> for this Act, jointly submitted for printing in
the Congressional Record by the Chairmen of the House and Senate Budget Committees,
provided that such statement has been submitted prior to the vote on passage in the
House acting first on the conference report or amendment between the
Houses.</text></section>

<division id="H8D780B05F2624DA3AB5E1B6D6F57E823"><enum>A</enum><header>DEPARTMENT OF
DEFENSE AUTHORIZATIONS</header>

<title
id="HFCB84C2EC6FD4420B750716B4E9A7F64"><enum>I</enum><header>PROCUREMENT</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="HFCB84C2EC6FD4420B750716B4E9A7F64" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H2887F2770FB14E689C51D291987EC793" level="subtitle">Subtitle
Aâ€"Authorization Of Appropriations</toc-entry>
```

<toc-entry idref="H3010DC0AF6E847EDA09D58C8A57B80D4"
level="section">Sec.â€¯101.â€¯Authorization of appropriations.</toc-entry>

<toc-entry idref="HCF0196C22FAC463A9715C69A449BCB9A" level="subtitle">Subtitle Bâ€"Army
Programs</toc-entry>

<toc-entry idref="H88081ECE5EA141078E168CD4E5F8D9EF"
level="section">Sec.â€¯111.â€¯Authority of the Secretary of the Army to waive certain
limitations related to the Distributed Common Ground System-Army Increment 1.</toc-
entry>

<toc-entry idref="H3B76BF5B0A2045CC8E91D40593CF21F2" level="subtitle">Subtitle Câ€"Navy
Programs</toc-entry>

<toc-entry idref="HDBC7E44293894C45BF2A2F41C5398979"
level="section">Sec.â€¯121.â€¯Ford-class aircraft carrier cost limitation
baselines.</toc-entry>

<toc-entry idref="HD73FA29E9FBA4E30917A913175F88CA6"
level="section">Sec.â€¯122.â€¯Modification of annual report on cost targets for certain
aircraft carriers.</toc-entry>

<toc-entry idref="H37FA892DB25F4BFEA10B8312248E1DDC"
level="section">Sec.â€¯123.â€¯Refueling and complex overhauls of the U.S.S. John C.
Stennis and U.S.S. Harry S. Truman.</toc-entry>

<toc-entry idref="H0F7DD2A4AD8A4E31917A21EE9A091611" level="section">Sec.â€¯124.â€¯Ford
class aircraft carrier support for Fâ€"35C aircraft.</toc-entry>

<toc-entry idref="H447F7327637C4A65B4B523F5111BCD80"
level="section">Sec.â€¯125.â€¯Prohibition on use of funds for reduction of aircraft
carrier force structure.</toc-entry>

<toc-entry idref="H11B039D141AD448C9D4FA0460F31788D"
level="section">Sec.â€¯126.â€¯Modification of prohibition on availability of funds for
Navy waterborne security barriers.</toc-entry>

<toc-entry idref="H9E58037848D4492BAEFD99F379598C30" level="section">Sec.â€¯127.â€¯LHA
Replacement Amphibious Assault Ship Program.</toc-entry>

<toc-entry idref="HD4AE11AB09A24A7180E4550B3BB295A3"
level="section">Sec.â€¯128.â€¯Strategic sealift fleet vessel.</toc-entry>

<toc-entry idref="HA03A2CC0361B407AAB40D83A0897CF05"
level="section">Sec.â€¯129.â€¯Design and construction of amphibious transport dock
designated LPDâ€"31.</toc-entry>

<toc-entry idref="HE50690918169435493­6A54398028F9FD"
level="section">Sec.â€¯130.â€¯Limitation on availability of funds for the Littoral
Combat Ship.</toc-entry>

<toc-entry idref="HB9CCBA20C7384C84BFB6D6C458A614FA"
level="section">Sec.â€¯131.â€¯Limitation on the next new class of Navy large surface
combatants.</toc-entry>

<toc-entry idref="H4F68C7895C8D436A93318CE985B271B0"
level="section">Sec.â€¯132.â€¯Limitation on availability of funds pending quarterly
updates on the CHâ€"53K King Stallion helicopter program.</toc-entry>

<toc-entry idref="H73D08BE405E342FA82C9B5ADCE72BB0B"
level="section">Sec.â€¯133.â€¯Limitation on availability of funds for VHâ€"92A
helicopter.</toc-entry>

<toc-entry idref="HC59C16394A354B3EB4D4A1307E19AB2B"
level="section">Sec.â€¯134.â€¯Report on carrier wing and aviation combat element
composition.</toc-entry>

<toc-entry idref="H1FD903FD2F434DC58DCDB637FBB1C335" level="subtitle">Subtitle Dâ€"Air
Force Programs</toc-entry>

<toc-entry idref="HF823E95AED2A46CC9F3F05C3F6311AE5"
level="section">Sec.â€¯141.â€¯Modification of requirement to preserve certain Câ€"5

aircraft.</toc-entry>

<toc-entry idref="HD2BD0AF1E3384D8DA3B29C4D7A7836AF"
level="section">Sec.â€¯142.â€¯OCâ€"135B aircraft recapitalization program.</toc-entry>

<toc-entry idref="HBA472600E96B469984290EEA9C3A41D9"
level="section">Sec.â€¯143.â€¯Requirement to align Air Force aviation force structure
with National Defense Strategy.</toc-entry>

<toc-entry idref="HE23F2FCD9F324464B6D4E0132C37AE50"
level="section">Sec.â€¯144.â€¯Prohibition on availability of funds for reduction in
KCâ€"10 primary mission aircraft inventory.</toc-entry>

<toc-entry idref="H8CA78E5E025F47B4A4B40B0A876362F9"
level="section">Sec.â€¯145.â€¯Limitation on availability of funds for Fâ€"15EX
aircraft.</toc-entry>

<toc-entry idref="H6873F4155E9743CFB2768D79AE926271"
level="section">Sec.â€¯146.â€¯Limitation on availability of funds for VCâ€"25B
aircraft.</toc-entry>

<toc-entry idref="HA267E37F845A4F109D5CF9FE990C52E1"
level="section">Sec.â€¯147.â€¯Limitation on availability of funds for RCâ€"26B
aircraft.</toc-entry>

<toc-entry idref="H6B9B49E5B14540A9B19443FE13AA432C"
level="section">Sec.â€¯148.â€¯Limitation on availability of funds for retirement of
RCâ€"135 aircraft.</toc-entry>

<toc-entry idref="HD7F364AE0F074F7D91E4E51ED5F67B55" level="section">Sec.â€¯149.â€¯Air
Force aggressor squadron modernization.</toc-entry>

<toc-entry idref="HBE2F38A7EAA447FC8FB6F81D1C03F2FD" level="section">Sec.â€¯150.â€¯Air
Force plan for Combat Rescue Helicopter fielding.</toc-entry>

<toc-entry idref="H0A14F0E845B344088A068AA18AD8734D"
level="section">Sec.â€¯151.â€¯Report on feasibility of multiyear contract for
procurement of JASSMâ€"ER missiles.</toc-entry>

<toc-entry idref="H6AEDA6BDB6D14E78A34AEA630315BE83"
level="section">Sec.â€¯152.â€¯Report on aircraft fleet of the Civil Air Patrol.</toc-
entry>

<toc-entry idref="H9CD7FA62F37E41E093C65FCE5D433345"
level="section">Sec.â€¯153.â€¯Sense of Congress on the light attack aircraft initiative
of the Air Force.</toc-entry>

<toc-entry idref="H8EB2AA41C5264ABD9ADFF34F90BA4DAB" level="subtitle">Subtitle
Eâ€"Defense-wide, Joint, and Multiservice Matters</toc-entry>

<toc-entry idref="H9CA6D38B7FAE472A9FC6900666FFFA75"
level="section">Sec.â€¯161.â€¯Economic order quantity contracting and buy-to-budget
acquisition for Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H79BD7A1161D24E668C9FCF6B5BF79FC3"
level="section">Sec.â€¯162.â€¯Relief from contractors for failure to deliver ready-for-
issue spare parts for the Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H881BAB742C3441ACA01CF142268AB455"
level="section">Sec.â€¯163.â€¯Limitation on availability of funds for reallocation of
Turkish Fâ€"35A aircraft to the United States.</toc-entry>

<toc-entry idref="H4E584E9EA6864515A7BFA28BBD6D70D2"
level="section">Sec.â€¯164.â€¯Requirement to establish the use of an Agile DevOps
software development solution as an alternative for Joint Strike Fighter Autonomic
Logistics Information System.</toc-entry>

<toc-entry idref="H4E394937B3CF4E96AE70B33AA1522189"
level="section">Sec.â€¯165.â€¯Fâ€"35 sustainment cost.</toc-entry>

<toc-entry idref="H74348180FA994AD584B0E8F9853838B2"
level="section">Sec.â€¯166.â€¯Reports on the progress and performance of the Fâ€"35

aircraft program.</toc-entry>

<toc-entry idref="H8014A1C1DB404014800D056A3836EB46"
level="section">Sec.â€‚167.â€‚Other reports on the Fâ€‘35 aircraft program.</toc-entry>

<toc-entry idref="H7EA05DCB6F1743A5A745882DAA8D516A"
level="section">Sec.â€‚168.â€‚Limitation on availability of funds for communications
systems lacking certain resiliency features.</toc-entry>

<toc-entry idref="H641D386C09B245FFBDFCFEBF49A78161"
level="section">Sec.â€‚169.â€‚Repeal of tactical unmanned vehicle common data link
requirement.</toc-entry></toc>

<subtitle id="H2887F2770FB14E689C51D291987EC793"><enum>A</enum><header>Authorization Of
Appropriations</header>

<section id="H3010DC0AF6E847EDA09D58C8A57B80D4" section-type="subsequent-
section"><enum>101.</enum><header>Authorization of appropriations</header><text
display-inline="no-display-inline">Funds are hereby authorized to be appropriated for
fiscal year 2020 for procurement for the Army, the Navy and the Marine Corps, the Air
Force, and Defense-wide activities, as specified in the funding table in section
4101.</text></section></subtitle>

<subtitle id="HCF0196C22FAC463A9715C69A449BCB9A"><enum>B</enum><header>Army
Programs</header>

<section id="H88081ECE5EA141078E168CD4E5F8D9EF"><enum>111.</enum><header>Authority of
the Secretary of the Army to waive certain limitations related to the Distributed
Common Ground System-Army Increment 1</header><text display-inline="no-display-
inline">Section 113(d) of the National Defense Authorization Act for Fiscal Year 2017
(Public Law 114â€‘328; 130 Stat. 2028) is amended by striking <quote>Secretary of
Defense</quote> both places it appears and inserting <quote>Secretary of the
Army</quote>.</text></section></subtitle>

<subtitle id="H3B76BF5B0A2045CC8E91D40593CF21F2"><enum>C</enum><header>Navy
Programs</header>

<section id="HDBC7E44293894C45BF2A2F41C5398979"><enum>121.</enum><header>Ford-class
aircraft carrier cost limitation baselines</header>

<subsection id="H85D4473239D64351AF1E6E36C8F6B9F8"><enum>(a)</enum><header>In
general</header><text>Chapter 863 of title 10, United States Code, is amended by adding
at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H1E79B2A52F4545689229CC8D6D7DFF52"
style="USC">

<section id="H9FA01F966AD344439F9B15741CC148E7"><enum>8692.</enum><header>Ford-class
aircraft carriers: cost limitation baselines</header>

<subsection
id="H25290DF5FCD84D0F813C441F1FCD5FF5"><enum>(a)</enum><header>Limitation</header><text
>The total amounts obligated or expended from funds authorized to be appropriated or
otherwise made available for Shipbuilding and Conversion, Navy, or for any other
procurement account, may not exceed the following amounts for the following aircraft
carriers:</text>

<paragraph id="HA09E61B4CEBA4570934F0EFEA8FEDB35"><enum>(1)</enum><text>$13,224,000,000
for the construction of the aircraft carrier designated CVNâ€‘78.</text></paragraph>

<paragraph id="H7CE8B8A2977843BFBB6CA1AFB2722CCD"><enum>(2)</enum><text>$11,398,000,000
for the construction of the aircraft carrier designated CVNâ€‘79.</text></paragraph>

<paragraph id="H3A83068B80F44360887718A43C95C226"><enum>(3)</enum><text>$12,202,000,000
for the construction of the aircraft carrier designated CVNâ€‘80.</text></paragraph>

<paragraph id="HF20E155524554DD08D7102E5C3FBC91A"><enum>(4)</enum><text>$12,451,000,000
for the construction of the aircraft carrier designated
CVNâ€‘81.</text></paragraph></subsection>

<subsection id="H66D4536F1D854C60AA94FB7B88AC0BA4"><enum>(b)</enum><header>Exclusion of
battle and interim spares from cost limitation</header><text>The Secretary of the Navy

shall exclude from the determination of the amounts set forth in subsection (a) the costs of the following items:</text>

<paragraph id="H33635450BC3041C6ABE4FFF4056D94B5"><enum>(1)</enum><text>CVNâ€"78 class battle spares.</text></paragraph>

<paragraph id="H521D96DA1CF041468B303955DDB5F105"><enum>(2)</enum><text>Interim spares.</text></paragraph>

<paragraph id="H0A69BB09F5D44A0A82D4F08A954F4A7A"><enum>(3)</enum><text>Increases attributable to economic inflation after December 1, 2018, not otherwise included in the amounts listed in subsection (a).</text></paragraph></subsection>

<subsection id="HFC5264A6DF2D4BA39DDADA9FCCCACF91"><enum>(c)</enum><header>Written notice and briefing on change in amount</header><text>The Secretary of the Navy may adjust an amount listed in subsection (a) not fewer than 15 days after submitting written notice and providing a briefing to the congressional defense committees, each of which shall include the amount and rationale of any change and the resulting amount after such change.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H8CB360DD0215408E828A5DBF7C8AA962"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 863 of such title is amended by inserting after the item relating to section 8691 the following new item:</text>

<quoted-block id="HCCECFF6E48B04795826AB00BBF7A7F6F" style="USC">

<toc>

<toc-entry idref="H9FA01F966AD344439F9B15741CC148E7" level="section">8692. Ford-class aircraft carriers: cost limitation baselines.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HE59096CB5A6E428E9D0B808F53002F1F"><enum>(c)</enum><header>Repeal of superseded provision</header><text>Section 122 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 120 Stat. 2104) is repealed.</text></subsection></section>

<section id="HD73FA29E9FBA4E30917A913175F88CA6" section-type="subsequent-section"><enum>122.</enum><header>Modification of annual report on cost targets for certain aircraft carriers</header><text display-inline="no-display-inline">Section 126(c) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2035) is amendedâ€"</text>

<paragraph id="H4CF6B02E3F3A4E769110501866B187F7"><enum>(1)</enum><text>in the subsection heading, by striking <quote><header-in-text level="subsection" style="OLC">and CVNâ€"80</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="OLC">, CVNâ€"80, and CVNâ€"81</header-in-text></quote>;</text></paragraph>

<paragraph id="HC621CB96E81C4AC6A4EDEC1E880212C8"><enum>(2)</enum><text>in paragraph (1)â€"</text>

<subparagraph id="H357BB6141F4C4029B0C4F8A0FEC93F9F"><enum>(A)</enum><text>by striking <quote>2021</quote> and inserting <quote>2032</quote>; and</text></subparagraph>

<subparagraph id="H59D9EA35F0A845EA80A610742159907F"><enum>(B)</enum><text>by striking <quote>costs described in subsection (b) for the CVNâ€"79 and CVNâ€"80</quote> and inserting <quote>cost targets for the CVNâ€"79, the CVNâ€"80, and the CVNâ€"81</quote>; and</text></subparagraph></paragraph>

<paragraph id="HCA379066943843B9B62DA311E9EF87F3"><enum>(3)</enum><text>in paragraph (2)â€"</text>

<subparagraph id="HD84455BDC5784F61BA43A70C6B6958EE"><enum>(A)</enum><text>in the matter preceding subparagraph (A), by striking <quote> and the CVNâ€"80</quote> and inserting <quote>, the CVNâ€"80, and the CVNâ€"81</quote></text></subparagraph>

<subparagraph id="H133D5260F789410F946C6A2F060F77CE"><enum>(B)</enum><text>in subparagraph (A), by striking <quote>costs described in subsection (b)</quote> and inserting <quote>cost targets</quote>;</text></subparagraph>

WASHSTATEC014623

```
<subparagraph id="HD63645FCB2814B7280CC9C4B758DB2EC"><enum>(C)</enum><text>in
subparagraph (F), by striking <quote>costs specified in subsection (b)</quote> and
inserting <quote>cost targets</quote>; and</text></subparagraph>

<subparagraph id="HA2FF32475FE849078614187228DD3A15"><enum>(D)</enum><text>in
subparagraph (G), by striking <quote>costs specified in subsection (b)</quote> and
inserting <quote>cost targets</quote>. </text></subparagraph></paragraph></section>

<section id="H37FA892DB25F4BFEA10B8312248E1DDC"><enum>123.</enum><header>Refueling and
complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman</header>

<subsection commented="no" display-inline="no-display-inline"
id="HE9470887E0F94A9C8BA88B9B5B48A458"><enum>(a)</enum><header display-inline="yes-
display-inline">Refueling and complex overhaul</header><text display-inline="yes-
display-inline">The Secretary of the Navy shall carry out the nuclear refueling and
complex overhaul of the U.S.S. John C. Stennis (CVNâ€"74) and U.S.S. Harry S. Truman
(CVNâ€"75).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HED88263F339A4227B041F4D7063BEADC"><enum>(b)</enum><header display-inline="yes-
display-inline">Use of incremental funding</header><text display-inline="yes-display-
inline">With respect to any contract entered into under subsection (a) for the nuclear
refueling and complex overhauls of the U.S.S. John C. Stennis (CVNâ€"74) and U.S.S.
Harry S. Truman (CVNâ€"75), the Secretary may use incremental funding for a period not
to exceed six years after advance procurement funds for such nuclear refueling and
complex overhaul effort are first obligated.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE0DD42FA406F4867AA68CDC81D8B812F"><enum>(c)</enum><header display-inline="yes-
display-inline">Condition for out-year contract payments</header><text display-
inline="yes-display-inline">Any contract entered into under subsection (a) shall
provide that any obligation of the United States to make a payment under the contract
for a fiscal year after fiscal year 2020 is subject to the availability of
appropriations for that purpose for that later fiscal
year.</text></subsection></section>

<section id="H0F7DD2A4AD8A4E31917A21EE9A091611" section-type="subsequent-
section"><enum>124.</enum><header>Ford class aircraft carrier support for Fâ€"35C
aircraft</header><text display-inline="no-display-inline">Before completing the post-
shakedown availability of the Ford class aircraft carrier designated CVNâ€"79, the
Secretary of the Navy shall ensure that the aircraft carrier is capable of operating
and deploying with the Fâ€"35C aircraft.</text></section>

<section id="H447F7327637C4A65B4B523F5111BCD80" section-type="subsequent-
section"><enum>125.</enum><header>Prohibition on use of funds for reduction of aircraft
carrier force structure</header><text display-inline="no-display-inline">None of the
funds authorized to be appropriated by this Act or otherwise made available for fiscal
year 2020 for the Department of Defense may be obligated or expended to reduce the
number of operational aircraft carriers of the Navy below the number specified in
section 8062(b) of title 10, United States Code.</text></section>

<section id="H11B039D141AD448C9D4FA0460F31788D"><enum>126.</enum><header>Modification
of prohibition on availability of funds for Navy waterborne security
barriers</header><text display-inline="no-display-inline">Section 130 of the John S.
McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232)
is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H30E7B3674AE0479AAA6A4B8E7D8ACE14"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a) by striking <quote>for fiscal year 2019 may be
obligated or expended to procure legacy waterborne security barriers for Navy
ports</quote> and inserting <quote>for fiscal year 2019 or fiscal year 2020 may be
obligated or expended to procure legacy waterborne security barriers for Navy ports,
including as replacements for legacy barriers</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H874EC216D2F14378BEDE81D530DFD9A7"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (c)(1), by inserting <quote>of not more than 30
percent</quote> after <quote>replacement</quote>; and</text></paragraph>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="H1433834A598049C0B06DDE9590019CDA"><enum>(3)</enum><text display-inline="yes-
display-inline">by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="HE81D393E547B4BB7B5CFE2E061BF662F"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="HEE48B4462B79477C96FF9E67BE1ACAA2"><enum>(d)</enum><header display-inline="yes-
display-inline">Notification</header><text display-inline="yes-display-inline">Not
later than 15 days after an exception is made pursuant to subsection (c)(2), the
Secretary of the Navy shall submit a written notification to the congressional defense
committees that includesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HFB1A42BBC5C74E6C8A5878CA93FFCAE9"><enum>(1)</enum><text display-inline="yes-
display-inline">the name and position of the government official who determined exigent
circumstances exist;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H51AE855F267A47D9A1EAB6A30395B68E"><enum>(2)</enum><text display-inline="yes-
display-inline">a description of the exigent circumstances; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H89B2B1C578B74E138F77E6288D8FA8E4"><enum>(3)</enum><text display-inline="yes-
display-inline">a description of how waterborne security will be maintained until new
waterborne security barriers are procured and
installed.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section id="H9E58037848D4492BAEFD99F379598C30"><enum>127.</enum><header>LHA
Replacement Amphibious Assault Ship Program</header>

<subsection commented="no" display-inline="no-display-inline"
id="HBEE7367CEDDF481A9798B8250F70992E"><enum>(a)</enum><header display-inline="yes-
display-inline">Authority to use incremental funding</header><text display-inline="yes-
display-inline">The Secretary of the Navy may enter into and incrementally fund a
contract for detail design and construction of the LHA replacement ship designated LHA
9 and, subject to subsection (b), funds for payments under the contract may be provided
from amounts authorized to be appropriated for the Department of Defense for
Shipbuilding and Conversion, Navy, for fiscal years 2019 through
2025.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H7BE814C5541E4477AC534779EC1F5F54"><enum>(b)</enum><header display-inline="yes-
display-inline">Condition for out-year contract payments</header><text display-
inline="yes-display-inline">A contract entered into under subsection (a) shall provide
that any obligation of the United States to make a payment under the contract for any
subsequent fiscal year is subject to the availability of appropriations for that
purpose for such subsequent fiscal year.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB5145665131844DC8D1AB65A1E5E4D5B"><enum>(c)</enum><header display-inline="yes-
display-inline">Repeal of obsolete authority</header><text display-inline="yes-display-
inline">Section 125 of the John Warner National Defense Authorization Act for Fiscal
Year 2007 (Public Law 109â€"364; 120 Stat. 2106) is
repealed.</text></subsection></section>

<section id="HD4AE11AB09A24A7180E4550B3BB295A3"><enum>128.</enum><header>Strategic
sealift fleet vessel</header>

<subsection id="H037BC17680D644B1A7DD120C6FA33CB5"><enum>(a)</enum><header>In
general</header><text>Subject to the availability of appropriations, the Secretary of
the Navy shall seek to enter into a contract for the construction of one sealift
vessel.</text></subsection>

<subsection id="H973552A334C34F8FA3BA64CBF71AA404"><enum>(b)</enum><header>Delivery
date</header><text display-inline="yes-display-inline">The contract entered into under
subsection (a) shall specify a delivery date for the sealift vessel of not later than
September 30, 2026.</text></subsection>
```

WASHSTATEC014625

<subsection id="H2380CC2CBB974600BD4DAA800141DCEC"><enum>(c)</enum><header>Design and construction requirements</header>

<paragraph id="H00D36AEF604E49F79617242E7AF95064"><enum>(1)</enum><header>Use of existing design</header><text>The design of the sealift vessel shall be based on a domestic or foreign design that exists as of the date of the enactment of this Act.</text></paragraph>

<paragraph id="HE0A9766D96384B7992BEF126E50D7796"><enum>(2)</enum><header>Commercial standards and practices</header><text display-inline="yes-display-inline">Subject to paragraph (1), the sealift vessel may be constructed using commercial design standards and commercial construction practices that are consistent with the best interests of the Federal Government.</text></paragraph>

<paragraph id="H9E112EE4B613435CAA43F13E500292C7"><enum>(3)</enum><header>Domestic shipyard</header><text>The sealift vessel shall be constructed in a shipyard that is located in the United States.</text></paragraph></subsection>

<subsection id="HB8555A36B2184DBCB1210B2A822A4CEB"><enum>(d)</enum><header>Certificate and endorsement</header><text>The sealift vessel shall meet the requirements necessary to receive a certificate of documentation and a coastwise endorsement under chapter 121 of tile 46, United States Code, and the Secretary of the Navy shall ensure that the completed vessel receives such a certificate and endorsement. </text></subsection>

<subsection id="HD0B75C325D534DFABA0AD4712914E6FE"><enum>(e)</enum><header>Executive agent</header>

<paragraph id="H2714B410BFF3432595E42EA864D86054"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of the Navy may seek to enter into a contract or other agreement with a private-sector entity under which the entity may act as executive agent for the Secretary for purposes of the contract under subsection (a).</text></paragraph>

<paragraph id="H477A27DB0B0A4FC28A5B7EDB9FA1E200"><enum>(2)</enum><header>Responsibilities</header><text>The executive agent described in paragraph (1) may be responsible for—</text>

<subparagraph id="H36D741033AF642DCB354849DC35B3A04"><enum>(A)</enum><text>selecting a shipyard for the construction of the sealift vessel;</text></subparagraph>

<subparagraph id="HC9CC2E74F4D844D0BF3DF90508B9F332"><enum>(B)</enum><text>managing and overseeing the construction of the sealift vessel; and</text></subparagraph>

<subparagraph id="HC2CF317C1AD849B98DC5BA35AEC390B8"><enum>(C)</enum><text>such other matters as the Secretary of the Navy determines to be appropriate</text></subparagraph></paragraph></subsection>

<subsection id="H62E75E175D75427683FB29A41103F571"><enum>(f)</enum><header>Use of incremental funding</header><text>With respect to the contract entered into under subsection (a), the Secretary of the Navy may use incremental funding to make payments under the contract.</text></subsection>

<subsection id="H867147A0FA58458FBE9144091FD5C0F4"><enum>(g)</enum><header>Sealift vessel defined</header><text display-inline="yes-display-inline">In this section, the term <quote>sealift vessel</quote> means the sealift vessel constructed pursuant to the contract entered into under subsection (a).</text></subsection></section>

<section id="HA03A2CC0361B407AAB40D83A0897CF05" section-type="subsequent-section"><enum>129.</enum><header>Design and construction of amphibious transport dock designated LPD—31</header>

<subsection id="H78BD0779F8C8445868DE890C1AF8196D0"><enum>(a)</enum><header>In general</header><text>Using funds authorized to be appropriated for the Department of Defense for Shipbuilding and Conversion, Navy, the Secretary of the Navy may enter into a contract, beginning with the fiscal year 2020 program year, for the design and construction of the amphibious transport dock designated LPD—31.</text></subsection>

<subsection id="H45F76A1F22DA4574A1818A4A51131B09"><enum>(b)</enum><header>Use of incremental funding</header><text>With respect to the contract entered into under subsection (a), the Secretary may use incremental funding to make payments under the contract.</text></subsection>

WASHSTATEC014626

```
<subsection id="H52695CEF86D247E1B998B6F33F9B666A"><enum>(c)</enum><header>Condition
for out-year contract payments</header><text>The contract entered into under subsection
(a) shall provide that any obligation of the United States to make a payment under such
contract for any fiscal year after fiscal year 2020 is subject to the availability of
appropriations for that purpose for such later fiscal
year.</text></subsection></section>

<section id="HE506909181694354936A54398028F9FD"><enum>130.</enum><header>Limitation on
availability of funds for the Littoral Combat Ship</header>

<subsection commented="no" display-inline="no-display-inline"
id="H743AB48C4D144AAD84031A4448519967"><enum>(a)</enum><header display-inline="yes-
display-inline">Limitations</header><text>None of the funds authorized to be
appropriated by this Act for fiscal year 2020 for the Department of Defense may be used
to exceed, and the Department may not otherwise exceed, the total procurement quantity
of thirty-five Littoral Combat Ships, unless the Under Secretary of Defense for
Acquisition and Sustainment submits to the congressional defense committees the
certification described in subsection (b).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF7C8FC8D9DFF458980B3CED7264E81C1"><enum>(b)</enum><header display-inline="yes-
display-inline">Certification</header><text display-inline="yes-display-inline">The
certification described in this subsection is a certification by the Under Secretary
that awarding a contract for the procurement of a Littoral Combat Ship that exceeds the
total procurement quantity listed in revision five of the Littoral Combat Ship
acquisition strategyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H51A391A142A944BCA6EDB8456021BE75"><enum>(1)</enum><text display-inline="yes-
display-inline">is in the national security interests of the United
States;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB7A5C16D613B4C1D99D748A0193CEED2"><enum>(2)</enum><text display-inline="yes-
display-inline">will not result in exceeding the low-rate initial production quantity
approved in the Littoral Combat Ship acquisition strategy in effect as of the date of
the certification; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H416990F312D64D11A88D9876B132DE5D"><enum>(3)</enum><text display-inline="yes-
display-inline">is necessary to maintain a full and open competition for the Guided
Missile Frigate (FFG(X)) with a single source award in fiscal year
2020.</text></paragraph></subsection></section>

<section id="HB9CCBA20C7384C84BFB6D6C458A614FA"><enum>131.</enum><header>Limitation on
the next new class of Navy large surface combatants</header>

<subsection commented="no" display-inline="no-display-inline"
id="H28FE09DD3E7A4D1E9089B46AA7AE49CE"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Milestone
B approval may not be granted for the next new class of Navy large surface combatants
unless the class of Navy large surface combatants incorporates prior to such
approvalâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H13A11998B3AB469382ADCD00263DD574"><enum>(1)</enum><text display-inline="yes-
display-inline">design changes identified during the full duration of the combat system
ship qualification trials and operational test periods of the first Arleigh Burke-class
destroyer in the Flight III configuration to complete such events;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H580769FBDEB9404B9E56959617F35F2E"><enum>(2)</enum><text display-inline="yes-
display-inline">final results of test programs of engineering development models or
prototypes for critical systems specified by the Senior Technical Authority pursuant to
section 8669b of title 10, United States Code, as added by section 1034 of this Act, in
their final form, fit, and function and in a realistic environment, which shall include
a land-based engineering site for the propulsion
system.</text></paragraph></subsection>
```

```
<subsection commented="no" display-inline="no-display-inline"
id="H685507D0768E4C258899AA38310F71EA"><enum>(b)</enum><header display-inline="yes-
display-inline">Limitation</header><text display-inline="yes-display-inline">The
Secretary of the Navy may not release a detail design or construction request for
proposals or obligate funds from the Shipbuilding and Conversion, Navy account for the
next new class of Navy large surface combatants until the class of Navy large surface
combatants receives Milestone B approval and the milestone decision authority notifies
the congressional defense committees, in writing, of the actions taken to comply with
the requirements under subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0719290212B94ABAADFFA6913404E1E4"><enum>(c)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H68E59487A0944128A980FC4CC4D882B9"><enum>(1)</enum><text display-inline="yes-
display-inline">The term <term>Milestone B approval</term> has the meaning given the
term in section 2366(e)(7) of title 10, United States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0D893EA070C541F6B133D90F928B8EEB"><enum>(2)</enum><text display-inline="yes-
display-inline">The term <term>milestone decision authority</term> means the official
within the Department of Defense designated with the overall responsibility and
authority for acquisition decisions for the program, including authority to approve
entry of the program into the next phase of the acquisition process.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2F14A39F75554C65B48C310E2A312CB5"><enum>(3)</enum><text display-inline="yes-
display-inline">The term <term>large surface combatants</term> means Navy surface ships
that are designed primarily to engage in attacks against airborne, surface, subsurface,
and shore targets, excluding frigates and littoral combat
ships.</text></paragraph></subsection></section>

<section id="H4F68C7895C8D436A93318CE985B271B0" section-type="subsequent-
section"><enum>132.</enum><header>Limitation on availability of funds pending quarterly
updates on the CHâ€"53K King Stallion helicopter program</header>

<subsection
id="H11C3A55B84C741B6BEA1295E927903A1"><enum>(a)</enum><header>Limitation</header><text
display-inline="yes-display-inline">Of the funds authorized to be appropriated by this
Act or otherwise made available for fiscal year 2020 for aircraft procurement, Navy,
for the CHâ€"53K King Stallion helicopter program, not more than 50 percent may be
obligated or expended until a period of 30 days has elapsed following the date on which
the Secretary of the Navy provides the first briefing required under subsection
(b).</text></subsection>

<subsection id="HCCBD0093ABF947D5BF0AFE3DBE48D5F7"><enum>(b)</enum><header>Quarterly
briefings required</header>

<paragraph id="HDD294EA31F244FF4BFEFD90A2D25A45D"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Beginning not later than 30
days after the date of the enactment of this Act, and on a quarterly basis thereafter
through the end of fiscal year 2022, the Secretary of the Navy shall provide to the
Committees on Armed Services of the Senate and the House of Representatives a briefing
on the progress of the CHâ€"53K King Stallion helicopter program.</text></paragraph>

<paragraph
id="HCB059AA53C764C64B8BF298564B5578B"><enum>(2)</enum><header>Elements</header><text>E
ach briefing under paragraph (1) shall include, with respect to the CHâ€"53K King
Stallion helicopter program, the following:</text>

<subparagraph id="H4E3143CFDCF64A7F9AE336E1EF67AB66"><enum>(A)</enum><text>An overview
of the program schedule.</text></subparagraph>

<subparagraph id="HAF32DB24FA7248E4A51C4D5F4E07BB98"><enum>(B)</enum><text>A statement
of the total cost of the program as of the date of the briefing, including the costs of
development, testing, and production.</text></subparagraph>

<subparagraph id="H60D70EA216B34E0BAC333B4677F65456"><enum>(C)</enum><text>A comparison
```

WASHSTATEC014628

of the total cost of the program relative to the approved acquisition program baseline.</text></subparagraph>

<subparagraph id="HCE900A436F034F4FB305188056C04E98"><enum>(D)</enum><text>An assessment of flight testing under the program, including identification of the number of test events that have been conducted on-time in accordance with the joint integrated program schedule.</text></subparagraph>

<subparagraph id="HB3338268782A4FC5847509BB885F2C25"><enum>(E)</enum><text>An update on the correction of technical deficiencies under the program, includingâ€"</text>

<clause id="H8CFBC924D9D244E1A7836D8A1548F13F"><enum>(i)</enum><text>identification of the technical deficiencies that have been corrected as of the date of the briefing;</text></clause>

<clause id="H13ECBAC02309485AA69AC81573A76C4E"><enum>(ii)</enum><text>identification of the technical deficiencies that have been discovered, but not corrected, as of such date;</text></clause>

<clause id="HE349DEA279CD4FBBB6A44BCB091A79F7"><enum>(iii)</enum><text>an estimate of the total cost of correcting technical deficiencies under the program; and</text></clause>

<clause id="HAB2CDB4D5AB24D229ED86B18683C9A9E"><enum>(iv)</enum><text>an explanation of any significant deviations from the testing and program schedule that are anticipated due to the discovery and correction of technical deficiencies.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H73D08BE405E342FA82C9B5ADCE72BB0B"><enum>133.</enum><header>Limitation on availability of funds for VHâ€"92A helicopter</header>

<subsection id="H78E76C5DAFC04DDCA28AA4A76C906297"><enum>(a)</enum><header>Limitation</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for procurement for the VHâ€"92A helicopter, not more than 80 percent may be obligated or expended until the date on which the Secretary of Navy submits to the Committees on Armed Services of the Senate and the House of Representatives the report required under subsection (b).</text></subsection>

<subsection id="H4FC4407586DF40D39D69B9533760409E"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">The Secretary of the Navy shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report assessing the status of the VHâ€"92A helicopter program industrial base and the potential impact of proposed manufacturing base changes on the acquisition program. The report shall include a description ofâ€"</text>

<paragraph id="HFAEC49D6F677499380502D5900A8153B"><enum>(1)</enum><text display-inline="yes-display-inline">estimated effects on the manufacturing readiness level of the VHâ€"92 program due to potential changes to the program manufacturing base;</text></paragraph>

<paragraph id="H2F97F1CE34E247B38AC90B14AC064EF9"><enum>(2)</enum><text>the estimated costs and assessment of cost risk to the program due to potential changes to the program manufacturing base;</text></paragraph>

<paragraph id="HB1A2CD56941F4536B04971F32E43692A"><enum>(3)</enum><text display-inline="yes-display-inline">any estimated schedule impacts, including impacts on delivery dates for the remaining low-rate initial production lots and full rate production, resulting from any changes to the manufacturing base;</text></paragraph>

<paragraph id="H07044101992D44449345D94F713D6853"><enum>(4)</enum><text display-inline="yes-display-inline">an assessment of the effect of changes to the manufacturing base on VHâ€"92A sustainment; and</text></paragraph>

<paragraph id="H1BE1B1AE33FB4A0EA87CFF7212FAF847"><enum>(5)</enum><text>the impact of such changes on production and sustainment capacity for the MHâ€"60 and CHâ€"53K helicopters of the Navy.</text></paragraph></subsection></section>

<section id="HC59C16394A354B3EB4D4A1307E19AB2B"><enum>134.</enum><header>Report on carrier wing and aviation combat element composition</header>

```
<subsection commented="no" display-inline="no-display-inline"
id="HE23AD3E5F9254E73A0301993B5E7B9DC"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than May 1, 2020, the Secretary of the Navy shall submit to the congressional defense
committees a report on the optimal composition of the carrier air wing (CVW) on
aircraft carriers and aviation combat element (ACE) embarked on amphibious ships in
2030 and 2040, including alternative force design concepts.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H802282785BA743B597B1C870E9D35DFE"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
required under subsection (a) shall include the following elements for the CVW and
ACE:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC9C027CD52D845C0932A33FB450ABFAF"><enum>(1)</enum><text display-inline="yes-
display-inline">Analysis and justification for the Department of the Navy's stated goal
of a 50/50 mix of 4th and 5th generation aircraft for 2030.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA5F1897AE29040709950F44EC07BE471"><enum>(2)</enum><text display-inline="yes-
display-inline">Analysis and justification for an optimal mix of aircraft for
2040.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H41905E898BE14216BB28172E1CBCCFDB"><enum>(3)</enum><text display-inline="yes-
display-inline">A plan for incorporating unmanned aerial vehicles and associated
communication capabilities to effectively implement the future force
design.</text></paragraph>

<paragraph id="H53CF95563B1443F999EA00BE2E0339A0"><enum>(4)</enum><text>Analysis of the
support equipment requirement for each aircraft type and the space needed to
accommodate such equipment.</text></paragraph>

<paragraph id="HF6C97D00B32648CD9EFC7ABF96BDE637"><enum>(5)</enum><text>A description
of existing and potential ship designs or design changes that would enable greater
commonality and interoperability of embarked naval aircraft, including aircraft
arresting gear and launch catapults.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H225C2E30A554493D90A2290E4CAD690D"><enum>(c)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">Not later
than March 1, 2020, the Secretary of the Navy shall provide the congressional defense
committees a briefing on the report required under subsection
(a).</text></subsection></section></subtitle>

<subtitle id="H1FD903FD2F434DC58DCDB637FBB1C335"><enum>D</enum><header>Air Force
Programs</header>

<section id="HF823E95AED2A46CC9F3F05C3F6311AE5" section-type="subsequent-
section"><enum>141.</enum><header>Modification of requirement to preserve certain Câ€"5
aircraft</header><text display-inline="no-display-inline">Section 141(d) of the
National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126
Stat. 1661) is amendedâ€"</text>

<paragraph id="H90DB848DFB86437E89DC879DE45F3228"><enum>(1)</enum><text>in paragraph
(1), by striking <quote>until the date that is 30 days after the date on which the
briefing under section 144(b) of the National Defense Authorization Act for Fiscal Year
2018 is provided to the congressional defense committees</quote> and inserting
<quote>until the date that is 30 days after the date on which the final report and
briefing required under section 1712(c)(2) of the National Defense Authorization Act
for Fiscal Year 2020 have each been provided to the congressional defense
committees</quote>; and</text></paragraph>

<paragraph id="H59E0EABA21AE4EE38CFE25FA94A59A27"><enum>(2)</enum><text>in paragraph
(2)(A), by striking <quote>can be returned to service</quote> and inserting <quote>is
inducted into or maintained in type 1000 recallable
storage</quote>.</text></paragraph></section>

<section id="HD2BD0AF1E3384D8DA3B29C4D7A7836AF"><enum>142.</enum><header>OCâ€"135B
```

aircraft recapitalization program</header><text display-inline="no-display-inline">The
Secretary of the Air Force shall ensure that any request for proposals for the
procurement of an OCâ€"135B aircraft under a recapitalization program for such aircraft
meets the requirements for full and open competition as set forth in section 2304 of
title 10, United States Code, and includes, as part of such request for proposals,
consideration of proposals for the provision of new production aircraft and recently
manufactured aircraft. </text></section>

<section id="HBA472600E96B469984290EEA9C3A41D9"><enum>143.</enum><header>Requirement to
align Air Force aviation force structure with National Defense Strategy</header>

<subsection commented="no" display-inline="no-display-inline"
id="H1E5C63BDF5DA485D9C116574F16349AD"><enum>(a)</enum><header display-inline="yes-
display-inline">Required submission of strategy</header><text display-inline="yes-
display-inline">Not later than March 1, 2020, the Secretary of the Air Force shall
submit to the congressional defense committees an aviation force structure acquisition
strategy that aligns with the stated capability and capacity requirements of the
Department of the Air Force to meet the National Defense Strategy.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H17422279551D49B99B177C36B7DD0564"><enum>(b)</enum><header display-inline="yes-
display-inline">Alignment with strategy</header><text display-inline="yes-display-
inline">The Secretary of the Air Force may not deviate from the strategy submitted
under subsection (a) untilâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC0F7041FFB9C477E8204A239DEA6D682"><enum>(1)</enum><text display-inline="yes-
display-inline">the Secretary receives a waiver from the Secretary of Defense, in
consultation with the Chairman of the Joint Chiefs of Staff; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H622D457D1D54435487A59185D830BE51"><enum>(2)</enum><text display-inline="yes-
display-inline">the Secretary of Defense provides the congressional defense committees
with the waiver approval documentation.</text></paragraph></subsection></section>

<section id="HE23F2FCD9F324464B6D4E0132C37AE50" section-type="subsequent-
section"><enum>144.</enum><header>Prohibition on availability of funds for reduction in
KCâ€"10 primary mission aircraft inventory</header><text display-inline="no-display-
inline">None of the funds authorized to be appropriated by this Act or otherwise made
available for fiscal year 2020 for the Air Force may be obligated or expended to reduce
the number of KCâ€"10 aircraft in the primary mission aircraft inventory of the Air
Force.</text></section>

<section id="H8CA78E5E025F47B4A4B40B0A876362F9" section-type="subsequent-
section"><enum>145.</enum><header>Limitation on availability of funds for Fâ€"15EX
aircraft</header>

<subsection
id="HDD256D750FE74F90845F7BE92F5494F8"><enum>(a)</enum><header>Limitation</header><text
display-inline="yes-display-inline">Except as provided in subsection (b), none of the
funds authorized to be appropriated by this Act or otherwise made available for fiscal
year 2020 for the Air Force may be obligated or expended to procure any Fâ€"15EX
aircraft, other than the first two prototypes of such aircraft, until a period of 15
days has elapsed following the date on which the Secretary of the Air Force submits to
the congressional defense committees a report on the following topics relating to the
Fâ€"15EX program:</text>

<paragraph id="H788AE454B4D644649200DA2928D28C2A"><enum>(1)</enum><text>Acquisition
strategy.</text></paragraph>

<paragraph id="H006EED47276D4F7A93A8FD522A671375"><enum>(2)</enum><text>Cost and
schedule estimates.</text></paragraph>

<paragraph id="H2C4FFE472E884C719335D0D911E151E1"><enum>(3)</enum><text>Test and
evaluation strategy.</text></paragraph>

<paragraph id="H4310898E09A64E9D95ECB8E44D67CCDA"><enum>(4)</enum><text>Logistics
strategy.</text></paragraph>

<paragraph id="H34D0AF32C8994C9AAD4A83BFB833D572"><enum>(5)</enum><text>Post-production
fielding strategy.</text></paragraph></subsection>

```
<subsection id="HC0BE5302CD1A478BAFB7BDE133B29C54"><enum>(b)</enum><header>Exception
for long-lead items</header>

<paragraph id="HF80C32135AD741658255F95FB0FCAB52"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Notwithstanding subsection
(a), the Secretary of the Air Force may use the funds described in paragraph (2) to
procure long-lead items for up to six additional Fâ€15EX aircraft beyond the first two
prototypes of such aircraft.</text></paragraph>

<paragraph id="HFCABD3E66BC543C89B7A2858470D6C5F"><enum>(2)</enum><header>Funds
described</header><text>The funds described in this paragraph are funds authorized to
be appropriated by this Act or otherwise made available for fiscal year 2020 for the
Air Force for any of the following:</text>

<subparagraph id="HA87423EAD49D4CC7B174F3134CA2ADD4"><enum>(A)</enum><text>Research and
development, nonrecurring engineering.</text></subparagraph>

<subparagraph id="HFFD929FDC931434CA8872675C354259B"><enum>(B)</enum><text>Aircraft
procurement.</text></subparagraph></paragraph></subsection>

<subsection id="HC192A9A87A224D538D20B17AA5A22C42"><enum>(c)</enum><header>Fâ€15EX
program defined</header><text>In this section, the term <quote>Fâ€15EX program</quote>
means the Fâ€15EX aircraft program of the Air Force as described in the materials
submitted to Congress by the Secretary of Defense in support of the budget of the
President for fiscal year 2020 (as submitted to Congress under section 1105(a) of title
21, United States Code).</text></subsection></section>

<section id="H6873F4155E9743CFB2768D79AE926271" section-type="subsequent-
section"><enum>146.</enum><header>Limitation on availability of funds for VCâ€25B
aircraft</header>

<subsection
id="H20F15F514BE441889DD736D24C3986E4"><enum>(a)</enum><header>Limitation</header><text
display-inline="yes-display-inline">Except as provided in subsection (b), none of the
funds authorized to be appropriated by this Act or otherwise made available for fiscal
year 2020 or any subsequent fiscal year for the Air Force may be obligated or expended
to carry out over and above work on the VCâ€25B aircraft until a period of 30 days has
elapsed following the date on which the Secretary of the Air Force notifies the
congressional defense committees of the intent of the Secretary to authorize such
work.</text></subsection>

<subsection
id="HEBBEC51768A64CB1B8F08DB498D3E9DB"><enum>(b)</enum><header>Exception</header><text
display-inline="yes-display-inline">The limitation under subsection (a) shall not apply
to over and above work carried outâ€"</text>

<paragraph id="HB3C618365AD94C7C80F2ABD1F4A8D84F"><enum>(1)</enum><text display-
inline="yes-display-inline">to repair or replace items damaged during the testing of
the VCâ€25B aircraft; or</text></paragraph>

<paragraph id="H55A6DFEEBF75473A93D6CB8840FEC4D8"><enum>(2)</enum><text>to make changes
necessary to meet operational requirements.</text></paragraph></subsection>

<subsection
id="H592C093FAEAF464BA6F15D02B307FFCC"><enum>(c)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="HE25504FB123E4A7F80443C02CCDD1BF8"><enum>(1)</enum><text display-
inline="yes-display-inline">The term <quote>operational requirements</quote> means any
of the operational requirements for the VCâ€25B aircraft described in the capability
development document or the system requirements document for the Presidential Aircraft
Recapitalization Program.</text></paragraph>

<paragraph id="H6FD37BA79F164F90940811ED7FB0137C"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <quote>over and above work</quote> means work
performed pursuant to line 0012 (CLIN 0012) of the contract for Presidential Aircraft
Recapitalization entered into between the Department of the Air Force and the Boeing
Company (contract number
FA8625â€"16â€"Câ€"6599).</text></paragraph></subsection></section>

<section id="HA267E37F845A4F109D5CF9FE990C52E1" section-type="subsequent-
```

section"><enum>147.</enum><header>Limitation on availability of funds for RCâ€"26B aircraft</header>

<subsection id="HDDDA4A5959554D368FFE7D4063FEDA02"><enum>(a)</enum><header>Limitation</header><text>Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to retire, divest, realign, or place in storage or on backup aircraft inventory status, or prepare to retire, divest, realign, or place in storage or backup inventory status, any RCâ€"26B aircraft until the date on which the Secretary of the Air Force submits to the congressional defense committeesâ€"</text>

<paragraph id="HD9966EA2F1034A44BA059CE46F7DF30F"><enum>(1)</enum><text>the report required under subsection (c); and</text></paragraph>

<paragraph id="HA5E81111B3C6415CAE1EFDA52BB2CB4F"><enum>(2)</enum><text>the certification required under subsection (d).</text></paragraph></subsection>

<subsection id="HDA7EF26EB28A471A8EF5915F9723DD01"><enum>(b)</enum><header>Exception</header><text>The limitation in subsection (a) shall not apply to individual RCâ€"26B aircraft that the Secretary of the Air Force determines, on a case-by-case basis, to be no longer mission capable because of mishaps or other damage.</text></subsection>

<subsection id="H6AD048EFAF7448DD8F60C316BC69CB36"><enum>(c)</enum><header>Report required</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report that includes the following:</text>

<paragraph id="H9B70A06661FD431083E9F91F65A4E499"><enum>(1)</enum><text display-inline="yes-display-inline">A survey of any requirements for the Air Force to provide intelligence, surveillance, and reconnaissance support to other military forces and civil authorities that the Air Force and the Air National Guard meet using the RCâ€"26B aircraft.</text></paragraph>

<paragraph id="H92A0788EC4424C13A226AFD8F08F7F86"><enum>(2)</enum><text>An assessment of the extent to which such requirements are appropriate for the Air Force to fulfill.</text></paragraph>

<paragraph id="H22CD789050B9435F9EF23B3F261D9A7D"><enum>(3)</enum><text>The manner in which the Secretary would meet such requirements if the RCâ€"26B aircraft were to be retired.</text></paragraph>

<paragraph id="H1E186D887B1045908045BFB3634ED5F4"><enum>(4)</enum><text display-inline="yes-display-inline">A comparison of costs and effectiveness of alternative means of providing intelligence, surveillance, and reconnaissance support to other military forces and civil authorities.</text></paragraph>

<paragraph id="HAF458F0A607B4B35B3FD3E0292BCFD7B"><enum>(5)</enum><text display-inline="yes-display-inline">An assessment of the utility of entering into one or more memoranda of agreement with other military forces and civil authorities to govern the process for providing intelligence, surveillance, and reconnaissance support to those forces and authorities.</text></paragraph></subsection>

<subsection id="H287218B21A7942409AE719B3E50EA5BE"><enum>(d)</enum><header>Certification required</header><text>Not later than 60 days after the date on which the Secretary of the Air Force submits the report required under subsection (c), the Secretary shall certify to the congressional defense committeesâ€"</text>

<paragraph id="H691C31F5248048C290E0415E1CDCCCEB"><enum>(1)</enum><text>whether there are requirements for the Air Force to provide intelligence, surveillance, and reconnaissance support to other military forces and civil authorities that the Air Force meets using the RCâ€"26B aircraft; and</text></paragraph>

<paragraph id="H09AA78D4BD344C7DA76380C7F6A72A76"><enum>(2)</enum><text>whether the Secretary has identified methods of meeting such requirements that are more effective and more efficient than meeting such requirements through the use of the RCâ€"26B aircraft.</text></paragraph></subsection></section>

<section id="H6B9B49E5B14540A9B19443FE13AA432C" section-type="subsequent-

WASHSTATEC014633

section"><enum>148.</enum><header>Limitation on availability of funds for retirement of RCâ€"135 aircraft</header>

<subsection id="H4B3711F6EC8749C78D23DCA2008F1667"><enum>(a)</enum><header>Limitation</header><text>Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to retire, or prepare to retire, any RCâ€"135 aircraft until a period of 60 days has elapsed following the date on which the Secretary of Defense certifies to the congressional defense committees thatâ€"</text>

<paragraph id="H6E7A04CA53B748B0A35CFC17558F7F73"><enum>(1)</enum><text display-inline="yes-display-inline">technologies other than the RCâ€"135 aircraft provide capacity and capabilities equivalent to the capacity and capabilities of the RCâ€"135 aircraft; and</text></paragraph>

<paragraph id="H81AB4672DFF24A70A3132B51D1594E12"><enum>(2)</enum><text>the capacity and capabilities of such other technologies meet the requirements of combatant commanders with respect to indications and warning, intelligence preparation of the operational environment, and direct support for kinetic and nonkinetic operations.</text></paragraph></subsection>

<subsection id="H634712B1E1DA4132B33DAEF34F7184D1"><enum>(b)</enum><header>Exception</header><text display-inline="yes-display-inline">The limitation in subsection (a) shall not apply to individual RCâ€"135 aircraft that the Secretary of the Air Force determines, on a case-by-case basis, to be no longer mission capable because of mishaps, other damage, or being uneconomical to repair.</text></subsection></section>

<section id="HD7F364AE0F074F7D91E4E51ED5F67B55"><enum>149.</enum><header>Air Force aggressor squadron modernization</header>

<subsection commented="no" display-inline="no-display-inline" id="HC3B05032E3184B27B5F6D7BAB4381037"><enum>(a)</enum><header display-inline="yes-display-inline">Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9A589247043D425A9BAEB4D0D7E989A1"><enum>(1)</enum><text display-inline="yes-display-inline">it is critical that the Air Force has the capability to train against an advanced air adversary in order to be prepared for conflicts against a modern enemy force, and that in order to have this capability, the Air Force must have access to an advanced adversary force prior to United States adversaries fielding a 5th-generation operational capability; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA2DFA86FCB3D49CFAF50A438277DE035"><enum>(2)</enum><text display-inline="yes-display-inline">the Air Forceâ€™s plan to use low-rate initial production Fâ€"35As as aggressor aircraft reflects a recognition of the need to field a modernized aggressor fleet.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD6829D54DF71425B8DD59A85AC2BF64F"><enum>(b)</enum><header display-inline="yes-display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2AA7F377BE004082A75CB8C28CA05E49"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of the Air Force may not transfer any low-rate initial production Fâ€"35 aircraft for use as aggressor aircraft until the Chief of Staff of the Air Force submits to the congressional defense committees a comprehensive plan and report on the strategy for modernizing its organic aggressor fleet.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB07EBA32C1A2452E95B090FA9AE8BD68"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HE75EB45E754B4C8F8F6488AF7BF59909"><enum>(A)</enum><text display-inline="yes-

WASHSTATEC014634

```
display-inline">Potential locations for Fâ€"35A aggressor aircraft, including an
analysis of installations thatâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H18132A68E67F4579B500446F836D4BC7"><enum>(i)</enum><text display-inline="yes-
display-inline">have the size and availability of airspace necessary to meet flying
operations requirements;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HC41CC58FF452449C9D20E4F54B3F5585"><enum>(ii)</enum><text display-inline="yes-
display-inline">have sufficient capacity and availability of range
space;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HB074537FD86D4CA4BC22F3A3CF717DF2"><enum>(iii)</enum><text display-inline="yes-
display-inline">are capable of hosting advanced-threat training exercises;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H600E3805623346099B1E7D5FB4792BA1"><enum>(iv)</enum><text display-inline="yes-
display-inline">meet or require minimal addition to the environmental requirements
associated with the basing action.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H408AF1DF82A941F7AF498E0177A22FF4"><enum>(B)</enum><text display-inline="yes-
display-inline">An analysis of the potential cost and benefits of expanding aggressor
squadrons currently operating 18 Primary Assigned Aircraft (PAA) to a level of 24 PAA
each.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF5A969FAD917447DBFD2E31A61CE341B"><enum>(C)</enum><text display-inline="yes-
display-inline">An analysis of the cost and timelines associated with modernizing the
current Air Force aggressor squadrons to include upgrading aircraft radar, infrared
search-and-track systems, radar warning receiver, tactical datalink, threat-
representative jamming pods, and other upgrades necessary to provide a realistic
advanced adversary threat.</text></subparagraph></paragraph></subsection></section>

<section id="HBE2F38A7EAA447FC8FB6F81D1C03F2FD"><enum>150.</enum><header>Air Force plan
for Combat Rescue Helicopter fielding</header>

<subsection commented="no" display-inline="no-display-inline"
id="H4D8F524935014EE19C99D14AB5F6479A"><enum>(a)</enum><header display-inline="yes-
display-inline">Sense of congress</header><text display-inline="yes-display-inline">It
is the sense of Congress that, given delays to Operational Loss Replacement (OLR)
program fielding and the on-time fielding of Combat Rescue Helicopter (CRH), the Air
National Guard should retain additional HHâ€"60G helicopters at Air National Guard
locations to meet their recommended primary aircraft authorized (PAA) per the Air
Forceâ€™s June 2018 report on Air National Guard HHâ€"60
requirements.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF3EB6299DA12449D8BDF9D318F656564"><enum>(b)</enum><header display-inline="yes-
display-inline">Report on fielding plan</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H6373FFFFCC4542FE8A5A7A8F26312F17"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 45 days after the date of the enactment of this Act, the Secretary of the Air
Force shall submit to the congressional defense committees a report on its fielding
plan for the CRH program.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF4254486F0E34003BBBD1D49C5C78371"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE931B2F64711470F974BDEB4FDA8ABCE"><enum>(A)</enum><text display-inline="yes-
display-inline">A description of the differences in capabilities between the HHâ€"60G,
OLR, and CRH helicopters.</text></subparagraph>
```

WASHSTATEC014635

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HB119589223784D6D99FAE2E417E47D42"><enum>(B)</enum><text display-inline="yes-
display-inline">A description of the costs and risks associated with changing the CRH
fielding plan to reduce or eliminate inventory shortfalls.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H407A0AF69FD14439979148A651438956"><enum>(C)</enum><text display-inline="yes-
display-inline">A description of the measures for accelerating the program available
within the current contract.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0A97E2CF1CFF477BAF140AF524C6628B"><enum>(D)</enum><text display-inline="yes-
display-inline">A description of the operational risks and benefits associated with
fielding the CRH to the active component first, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HC397094208D14D0D9215A8D1546CCDFC"><enum>(i)</enum><text display-inline="yes-
display-inline">how the differing fielding plan may affect deployment
schedules;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H948C7061710A4CD68D4135843A26DB6E"><enum>(ii)</enum><text display-inline="yes-
display-inline">what capabilities active-component units deploying with the CRH will
have that reserve component units deploying with OLR will not; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H5C22F86921D84A4F95B62A520095EC02"><enum>(iii)</enum><text display-inline="yes-
display-inline">an analysis of the potential costs and benefits that could result from
accelerating CRH fielding to all units through additional funding in the future years
defense program.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H8DB099AF4D0B4298BAA0ECAFC86B7C95"><enum>(c)</enum><header display-inline="yes-
display-inline">Report on training plan</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2A1D811A2C294FE189DDEA280C51E262"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 45 days after the date of the enactment of this Act, the Secretary of the Air
Force shall submit to the congressional defense committees a report on the plan to
sustain training for initial-entry reserve component HHâ€"60G pilots once the active
component of the Air Force has received all of its CRH helicopters.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3E960E1CDA4349C98CAD711C595C40B3"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBD192A629B6647A5891C9F9B3A33A41C"><enum>(A)</enum><text display-inline="yes-
display-inline">Projected reserve component aircrew initial HHâ€"60G/OLR qualification
training requirements, by year.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA9AB76EDF1F44FA8A5BD3E9F36CECAAE"><enum>(B)</enum><text display-inline="yes-
display-inline">The number of legacy HHâ€"60G/OLR helicopters required to continue
providing initial HHâ€"60G qualification training through the 150th Special Operations
Wing at Kirtland Air Force Base.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H91DE0895AE16474CB28B8061158162BC"><enum>(C)</enum><text display-inline="yes-
display-inline">The number of personnel required to continue providing initial
HHâ€"60G/OLR qualification training through the 150th Special Operations Wing at
Kirtland Air Force Base.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H802106D325E845B39C2BE405043FB045"><enum>(D)</enum><text display-inline="yes-
display-inline">The number of flying hours required per pilot to perform
<quote>differences training</quote> at home station for initial entry HHâ€"60 pilots
receiving CRH training at Kirtland Air Force Base to become qualified in the
```

HHâ€"60G/OLR at their home station.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H82002D5DA0C34197B5C2B5E3CD062C47"><enum>(E)</enum><text display-inline="yes-
display-inline">The projected effect of using local flying training hours at reserve
component units on overall unit training readiness and ability to meet Ready Aircrew
Program requirements.</text></subparagraph></paragraph></subsection></section>

<section id="H0A14F0E845B344088A068AA18AD8734D"><enum>151.</enum><header>Report on
feasibility of multiyear contract for procurement of JASSMâ€"ER missiles</header>

<subsection commented="no" display-inline="no-display-inline"
id="HA3F0B17180E74128A41C9F6D214BC898"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than March 31, 2020, the Secretary of the Air Force shall submit a report to the
congressional defense committees assessing the feasibility of entering into a multiyear
contract for procurement of JASSMâ€"ER missiles starting in fiscal year
2022.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HEF9B163565764E53A94ED2D2B16B6916"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
required under subsection (a) shall include the following elements:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H666C7041A44B49DE9A3A39633D5318B9"><enum>(1)</enum><text display-inline="yes-
display-inline">An initial assessment of cost savings to the Air Force from a multiyear
contract.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC309164363EF4364991F384B8C5A2141"><enum>(2)</enum><text display-inline="yes-
display-inline">An analysis of at least two different multiyear contract options that
vary in either duration or quantity, at least one of which assumes a maximum
procurement of 550 missiles per year for 5 years.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB94C514A00E14BB39CFC85BF85212C1B"><enum>(3)</enum><text display-inline="yes-
display-inline">An assessment of how a multiyear contract will impact the industrial
base.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H26D1DC5887B845948EE8D263C1D2B5F1"><enum>(4)</enum><text display-inline="yes-
display-inline">An assessment of how a multiyear contract will impact the Long Range
Anti-Ship Missile.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD31D187E1BA74C6B8E0F1023AB045BA3"><enum>(5)</enum><text display-inline="yes-
display-inline">An assessment of how a multiyear contract will impact the ability of
the Air Force to develop additional capabilities for the JASSMâ€"ER
missile.</text></paragraph></subsection></section>

<section id="H6AEDA6BDB6D14E78A34AEA630315BE83" section-type="subsequent-
section"><enum>152.</enum><header>Report on aircraft fleet of the Civil Air
Patrol</header>

<subsection
id="H478CBA3D0273468EA52DDEB09EE7AF94"><enum>(a)</enum><header>Report</header><text>Not
later than 90 days after the date of the enactment of this Act, the Secretary of the
Air Force shall submit to the congressional defense committees a report on the aircraft
fleet of the Civil Air Patrol.</text></subsection>

<subsection
id="H2C8F4AB898624D79844250CF1D35204B"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include an assessment of each of the
following:</text>

<paragraph id="H920FD876F11C48169AC198FBD9B2BA07"><enum>(1)</enum><text display-
inline="yes-display-inline">Whether the number of aircraft, types of aircraft, and
operating locations that comprise the Civil Air Patrol fleet are suitable for the
missions and responsibilities assigned to the Civil Air Patrol, includingâ€"</text>

```
<subparagraph id="HC70A2034E4764A78921012E12CDC08AE"><enum>(A)</enum><text>flight
proficiency and training;</text></subparagraph>

<subparagraph id="HCE48C5EC485B41DCB04AE49AE52B4256"><enum>(B)</enum><text>operational
mission training; and</text></subparagraph>

<subparagraph id="HCBB34705D3E64C179870C36372F54AB4"><enum>(C)</enum><text>support for
cadet orientation and cadet flight training programs in the Civil Air Patrol wing of
each State.</text></subparagraph></paragraph>

<paragraph id="H5A2A053389A144FF9BEC94AC2AD7ABB1"><enum>(2)</enum><text>The ideal
overall size of the Civil Air Patrol aircraft fleet, including a description of the
factors used to determine that ideal size.</text></paragraph>

<paragraph id="HDDA04D29E63A4438A9152B73FD22E461"><enum>(3)</enum><text>The process
used by the Civil Air Patrol and the Air Force to determine the number and location of
aircraft operating locations and whether State Civil Air Patrol wing commanders are
appropriately involved in that process.</text></paragraph>

<paragraph id="H807081D84D5A4C10933A917EBE753977"><enum>(4)</enum><text>The process
used by the Civil Air Patrol, the Air Force, and other relevant entities to determine
the type and number of aircraft that are needed to support the emergency, operational,
and training missions of the Civil Air
Patrol.</text></paragraph></subsection></section>

<section id="H9CD7FA62F37E41E093C65FCE5D433345" section-type="subsequent-
section"><enum>153.</enum><header>Sense of Congress on the light attack aircraft
initiative of the Air Force</header><text display-inline="no-display-inline"> It is the
sense of the Congress thatâ€"</text>

<paragraph id="HE83D6ACACD174C8381D403982DDBD4EC"><enum>(1)</enum><text>The United
States Special Operations Command has a mission requirement to support foreign internal
defense training and a light attack aircraft platform could potentially facilitate
meeting that requirement. </text></paragraph>

<paragraph id="H7B18435E494F4360A5610D24A16FBB71"><enum>(2)</enum><text>The Secretary
of the Air Force should coordinate with the Commander of the United States Special
Operations Command to assess how general purpose forces and special operations forces
can leverage the light attack aircraft phase three experimentation activities of the
Air Force. </text></paragraph>

<paragraph id="HE53014288BBF409E9F398C8E6998DBB9"><enum>(3)</enum><text>The Secretary
of the Air Force, in coordination with the Commander of the United States Special
Operations Command, should explore options for coordinating light attack aircraft
experiment activities between general purpose forces and special operations forces to
maximize efficiency and effectiveness and to further the mission requirements of both
forces, including options to transfer a portion of funds authorized for Air Force light
attack aircraft experiments to procure aircraft for supporting the combat air advisor
mission of the Special Operations Command.</text></paragraph></section></subtitle>

<subtitle id="H8EB2AA41C5264ABD9ADFF34F90BA4DAB"><enum>E</enum><header>Defense-wide,
Joint, and Multiservice Matters</header>

<section id="H9CA6D38B7FAE472A9FC6900666FFFA75" section-type="subsequent-
section"><enum>161.</enum><header>Economic order quantity contracting and buy-to-budget
acquisition for Fâ€"35 aircraft program</header>

<subsection id="H5E0140C4DC344E7CA253720F52C868D2"><enum>(a)</enum><header>Economic
order quantity contract authority</header>

<paragraph id="H8580EA62C84E4D4FA6F3F95478752E35"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Subject to paragraphs (2)
through (4), from amounts made available for obligation under the Fâ€"35 aircraft
program, the Secretary of Defense may enter into one or more contracts, beginning with
the fiscal year 2020 program year, for the procurement of economic order quantities of
material and equipment that has completed formal hardware qualification testing for the
Fâ€"35 aircraft program for use in procurement contracts to be awarded for such program
during fiscal years 2021, 2022, and 2023.</text></paragraph>

<paragraph
id="HE387340E12464AAC97BAC03E5A1DD256"><enum>(2)</enum><header>Limitation</header><text
```

&gt;The total amount obligated under all contracts entered into under paragraph (1) shall not exceed $574,000,000.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H8732B963966F43FBB740262B45190375"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;header&gt;Preliminary findings&lt;/header&gt;&lt;text&gt;Before entering into a contract under paragraph (1), the Secretary of Defense shall make each of the following findings with respect to such contract:&lt;/text&gt;

&lt;subparagraph id="H108BA4264CCA4EF7BBA564AC8ECE8396"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;The use of such a contract will result in significant savings of the total anticipated costs of carrying out the program through annual contracts.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HB4DBCBAABBD741909D13CA0727B5D8EF"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;The minimum need for the property to be procured is expected to remain substantially unchanged during the contemplated contract period in terms of production rate, procurement rate, and total quantities.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HD3B311B0ED3344E3A1F23EC2AC3A9983"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;There is a reasonable expectation that, throughout the contemplated contract period, the Secretary will request funding for the contract at the level required to avoid contract cancellation.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HA71C51D582A14BFB8E9200DF09BC1A74"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text&gt;That there is a stable, certified, and qualified design for the property to be procured and that the technical risks and redesign risks associated with such property are low.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H7A83A7E85449464DAF937F7C3A1A74C9"&gt;&lt;enum&gt;(E)&lt;/enum&gt;&lt;text&gt;The estimates of both the cost of the contract and the anticipated cost avoidance through the use of an economic order quantity contract are realistic.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H4DF337CD207A4C35AAE29DE4B22993E4"&gt;&lt;enum&gt;(F)&lt;/enum&gt;&lt;text&gt;Entering into the contract will promote the national security interests of the United States.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="HE9F75088EEED42AF8478F9DAA057F510"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;header&gt;Certification requirement&lt;/header&gt;&lt;text&gt;The Secretary of Defense may not enter into a contract under paragraph (1) until a period of 30 days has elapsed following the date on which the Secretary certifies to the congressional defense committees, in writing, that each of the following conditions is satisfied:&lt;/text&gt;

&lt;subparagraph id="H8A57F1A80ADA440AB13FD9D7256DDD1D"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;A sufficient number of end items of the system being acquired under such contract have been delivered at or within the most recently available estimates of the program acquisition unit cost or procurement unit cost for such system to determine that the estimates of the unit costs are realistic.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H8E43952613E64D3DB757A18DF3AD962D"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;During the fiscal year in which such contract is to be awarded, sufficient funds will be available to perform the contract in such fiscal year, and the future-years defense program submitted to Congress under section 221 of title 10, United States Code, for that fiscal year will include the funding required to execute the program without cancellation.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HA5B1D04C00CE4A0EA92B7CE98C3F4788"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;The contract is a fixed-price type contract.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H572A6C4647C04466A108A9C4E962A363"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text&gt;The proposed contract provides for production at not less than minimum economic rates given the existing tooling and facilities.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H89AF00D27B1247229BABCEEA277592D8"&gt;&lt;enum&gt;(E)&lt;/enum&gt;&lt;text&gt;The Secretary has determined that each of the conditions described in subparagraphs (A) through (F) of paragraph (3) will be met by such contract and has provided the basis for such determination to the congressional defense committees.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H3DB4E0750EF14CA18232D60B5E5D7542"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Buy-to-budget acquisition&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Subject to section 2308 of title 10, United States Code, the Secretary of Defense may procure a quantity of Fâ€"35 aircraft in excess of the quantity authorized by this

WASHSTATEC014639

Act.</text></subsection></section>

<section id="H79BD7A1161D24E668C9FCF6B5BF79FC3" section-type="subsequent-section"><enum>162.</enum><header>Relief from contractors for failure to deliver ready-for-issue spare parts for the Fâ€"35 aircraft program</header>

<subsection id="HF0D990BA8E5A4257A61DEFB8A68BD9A7"><enum>(a)</enum><header>Requirement to seek relief</header><text>Consistent with the findings and recommendations of the Inspector General of the Department of Defense in the report titled <quote>Audit of Fâ€"35 Ready-For-Issue Spare Parts and Sustainment Performance Incentive Fees</quote> (DODIGâ€"2019â€"094) and dated June 13, 2019, the Secretary of Defense shall seek relief, as described in subsection (b), from prime contractors that delivered noncompliant ready-for-issue spare parts pursuant a contract under the Fâ€"35 aircraft program.</text></subsection>

<subsection id="HE127B7C715B04361855153A9A6138C83"><enum>(b)</enum><header>Relief described</header><text display-inline="yes-display-inline">The relief sought by the Secretary of Defense under subsection (a) may include the following:<italic/></text>

<paragraph id="H9AA92E3616F74BFCB9EC3205030277C1"><enum>(1)</enum><text display-inline="yes-display-inline">Specific performance.</text></paragraph>

<paragraph id="H0703D35DC68B41A9B97CB1474C590B99"><enum>(2)</enum><text display-inline="yes-display-inline">Compensation for costs incurred by the Department of Defense as a result of the contractorâ€™s failure to deliver compliant ready-for-issue spare parts under the contract.</text></paragraph>

<paragraph id="HF91CB8CDAF034ABD8D284ED0B0FB23D5"><enum>(3)</enum><text display-inline="yes-display-inline">Any other form of remediation or compensation the Secretary determines to be appropriate.</text></paragraph></subsection>

<subsection id="HF618235C82F74B0AB07193C446313008"><enum>(c)</enum><header>Rule of construction</header><text>Nothing in this section shall be construedâ€"</text>

<paragraph id="H82362A8B45F2466F89FB6CDD8EE11E7B"><enum>(1)</enum><text>to alter the terms of a contract under the Fâ€"35 aircraft program; or</text></paragraph>

<paragraph id="HEB9B4423780D4D1EA439824C37DEC88C"><enum>(2)</enum><text>to authorize the Secretary of Defense to seek forms of relief beyond those otherwise available under law.</text></paragraph></subsection></section>

<section id="H881BAB742C3441ACA01CF142268AB455" section-type="subsequent-section"><enum>163.</enum><header>Limitation on availability of funds for reallocation of Turkish Fâ€"35A aircraft to the United States</header>

<subsection id="HCB2F72588EE3468FBEE17321BDCD96AA"><enum>(a)</enum><header>Limitation</header><text>None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to procure a covered Fâ€"35A aircraft for the United States Air Force until a period of 15 days has elapsed following the date on which the Secretary of Defense certifies to the congressional defense committees thatâ€"</text>

<paragraph id="H560B717FCCF24D3D857F80AF031A124A"><enum>(1)</enum><text display-inline="yes-display-inline">ancillary mission equipment, initial spare parts and materials, technical data, and publications will be procured for each covered Fâ€"35A aircraft delivered to the Air Force; and</text></paragraph>

<paragraph id="H7AFDABE8C7074800AC1FADA53CD2188A"><enum>(2)</enum><text>each such aircraft will be delivered to the Air Force in a common configuration that may be operated and integrated within the fleet of Fâ€"35A aircraft of the Air Force.</text></paragraph></subsection>

<subsection id="H5051F019BFB74283A6C6E461493E65B1" commented="no"><enum>(b)</enum><header>Covered Fâ€"35A aircraft defined</header><text display-inline="yes-display-inline">In this section, the term <quote>covered Fâ€"35A aircraft</quote> means an Fâ€"35A aircraft previously procured by or on behalf of the Government of the Republic of Turkey in Fâ€"35 production lot 12, 13, or 14.</text></subsection></section>

<section id="H4E584E9EA6864515A7BFA28BBD6D70D2"><enum>164.</enum><header>Requirement to

establish the use of an Agile DevOps software development solution as an alternative
for Joint Strike Fighter Autonomic Logistics Information System</header>

<subsection commented="no" display-inline="no-display-inline"
id="H1FD445912C98421E8278CD62C3E163A9"><enum>(a)</enum><header display-inline="yes-
display-inline">Competitive analysis</header><text display-inline="yes-display-
inline">The Secretary of Defense shall conduct a competitive analysis of the
performance and design architecture enhancement efforts between the currently fielded
Autonomic logistics Information System, Autonomic Logistics Information Systemâ€"Next,
and the Department of the Air Force Agile Development Operations Madhatter initiative
efforts, including system technology transition opportunities and
timelines.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H88A47730FD08460A99B4009CFFD13FD8"><enum>(c)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">Not later
than September 30, 2020, the Secretary of Defense shall provide the congressional
defense committees a briefing on the findings of the competitive analysis carried out
under subsection (a).</text></subsection></section>

<section id="H4E394937B3CF4E96AE70B33AA1522189"><enum>165.</enum><header>Fâ€"35
sustainment cost</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3337BFF9EAD74A0497DB399EB5615492"><enum>(a)</enum><header display-inline="yes-
display-inline">Quarterly update</header><text display-inline="yes-display-inline">The
Under Secretary of Defense for Acquisition and Sustainment shall include in the
quarterly report required under section 155 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115â€"232)â€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HA6CB0B3DD46D41E7A0516F0BBBAB924A"><enum>(1)</enum><text display-inline="yes-
display-inline">sustainment cost data related to the Fâ€"35 program, including a
comparison in itemized format of the cost of legacy aircraft and the cost of the Fâ€"35
program, based on a standardized set of criteria; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB5A739F0D83A4AF0933DFFB74FA2E63D"><enum>(2)</enum><text display-inline="yes-
display-inline">an evaluation and metrics on the extent to which the goals developed
pursuant to subsection (b) are being achieved.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HDFAE9354162A4737A4A265B72F0F7150"><enum>(b)</enum><header display-inline="yes-
display-inline">Cost reduction plan</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H26CD21D69CA44A37B319B18576016D4B"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The Under
Secretary of Defense for Acquisition and Sustainment shall develop and implement a plan
for achieving significant reductions in the costs to operate, maintain, and sustain the
Fâ€"35 system.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB464B817EBD94A708B64982E0B6ECDF3"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The plan
required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H106D8DC0F61B4C1683B29EA67F716300"><enum>(A)</enum><text display-inline="yes-
display-inline">Specific changes in the management and execution of operation and
support (O&amp;S) cost elements to engender continuous and measurable process
improvements.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB187D785FE9545DBB691C4AB7B0E714F"><enum>(B)</enum><text display-inline="yes-
display-inline">Specific actions the Department will implement in the near, mid, and
long terms to reduce O&amp;S costs.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9DBD0335E6734E3485163238E55D65BB"><enum>(C)</enum><text display-inline="yes-

WASHSTATEC014641

display-inline">Firm and achievable timelines for implementing the specific actions and process changes.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5C94664E6BD74911AA8BC6326C0BF9B1"><enum>(3)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary shall submit to the congressional defense committees a report on the baseline plan developed pursuant to paragraph (1).</text></paragraph></subsection></section>

<section id="H74348180FA994AD584B0E8F9853838B2"><enum>166.</enum><header>Reports on the progress and performance of the F–35 aircraft program</header>

<subsection id="H79B6521D9C504065B0B144986A61ED07"><enum>(a)</enum><header>F-35 Block 4 and Continuous Capability Development and Delivery Program</header><text display-inline="yes-display-inline">The Secretary of Defense shall include with the annual report required by section 224(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2059) an integrated master schedule and past performance assessment for each planned phase of the F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program.</text></subsection>

<subsection id="H67B725147F7E4B9584F1EE362B850315"><enum>(b)</enum><header>Comptroller general reports</header>

<paragraph id="HF49458B4CE494A11829D7B4E17B1E040"><enum>(1)</enum><header>Annual report required</header><text>Not later than 30 days after the date on which the budget of the President is submitted to Congress under section 1105(a) of title 31, United States Code, for each of fiscal years 2021 through 2025, the Comptroller General of the United States shall submit to the congressional defense committees a report on the F–35 aircraft program.</text></paragraph>

<paragraph id="HE7CFB578A3ED49AC81FF99B25A21C0BE"><enum>(2)</enum><header>Elements</header><text>Each report under paragraph (1) shall include, with respect to the F–35 aircraft program, the following:</text>

<subparagraph id="HB3084DD8CAB6474B9FAC4B946D6E3978"><enum>(A)</enum><text>An assessment of the progress of manufacturing processes improvement under the program.</text></subparagraph>

<subparagraph id="HA0A0F1E9ED3A495687D43E42518122D8"><enum>(B)</enum><text display-inline="yes-display-inline">The progress and results of the F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program and other follow-on modernization development and testing efforts.</text></subparagraph>

<subparagraph id="HE2082E8EAE154EAF91FC68BDF5FF099D"><enum>(C)</enum><text>An assessment of the Department's schedule for delivering software upgrades in six-month, scheduled increments.</text></subparagraph>

<subparagraph id="HC792A17F67344738AF7E342FD8AFE853"><enum>(D)</enum><text display-inline="yes-display-inline">The progress and results of any other significant hardware development and fielding efforts necessary for the F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program.</text></subparagraph>

<subparagraph id="HC0C4F1FB5ACD477A8DB6A8356605C5BB"><enum>(E)</enum><text>Any other issues the Comptroller General determines to be appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="H15BB80AF289F47BF9E0987182E39E490"><enum>(c)</enum><header>F–35 block 4 defined</header><text>In this section, the term <quote>F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program</quote> means Block 4 capability upgrades for the F–35 aircraft program as described in the Selected Acquisition Report for the program submitted to Congress in March 2019, pursuant to section 2432 of title 10, United States Code.</text></subsection></section>

<section id="H8014A1C1DB404014800D056A3836EB46"><enum>167.</enum><header>Other reports on the F–35 aircraft program</header>

<subsection id="H889BEB58BDB94064A24E3E27929D6FE2"><enum>(a)</enum><header>Report on F–35 reliability and maintainability metrics</header><text>The Secretary of Defense shall submit to the congressional defense committees a report on the reliability and

WASHSTATEC014642

maintainability metrics for the F—35 aircraft. The report shall include the following:</text>

<paragraph id="H6333043124754A3EB60F7337FB798972"><enum>(1)</enum><text>The results of a review and assessment, conducted by the program office for the F—35 aircraft program, of the reliability and maintainability metrics for the aircraft as set forth in the most recent operational requirements document for the program.</text></paragraph>

<paragraph id="HA49B1E24AEE54DD49AC860E1FB496427"><enum>(2)</enum><text>A determination of whether the reliability and maintainability metrics for the aircraft, as set forth in the most recent operational requirements document for the program, are feasible and attainable, and what changes, if any, will be made to update the metrics.</text></paragraph>

<paragraph id="H9E07E5060C7D483B9BB8B42EEB33A469"><enum>(3)</enum><text>A certification that the program office for the F—35 aircraft program has revised the reliability and maintainability improvement plan for the aircraft—"</text>

<subparagraph id="H4C009D1DDC514C498D69BABB6789D5C9"><enum>(A)</enum><text>to identify specific and measurable reliability and maintainability objectives in the improvement plan guidance; and</text></subparagraph>

<subparagraph id="H6C82FF9EF6D94912BD61FDD7EA6B3A80"><enum>(B)</enum><text>to identify and document which projects included in the improvement plan will achieve the objectives identified under subparagraph (A).</text></subparagraph></paragraph></subsection>

<subsection id="H6DA510CBE8074E5997CDCF7BA15C36F6"><enum>(b)</enum><header>Report on F—35 Block 4 Upgrade and Continuous Capability Development and Delivery Program</header>

<paragraph id="HD1D16B96B51E4D4EA43FB425CD7DAF"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the congressional defense committees a report on the F—35 Block 4 Upgrade and Continuous Capability Development and Delivery Program. The report shall include the following:</text>

<subparagraph id="H8DC7170EC445471D9A5BAE9BC4398765"><enum>(A)</enum><text>The results of the independent cost estimate for the Program conducted by the Director of Cost Assessment and Program Evaluation.</text></subparagraph>

<subparagraph id="HEB5F5FA77AFA48ABB0794381FEFF5115"><enum>(B)</enum><text>An approved test and evaluation master plan that addresses the adequacy of testing resources, testing aircraft shortfalls, and testing funding.</text></subparagraph>

<subparagraph id="HA419DABB211B4F3FBD7BD88CCCE1BCB7" commented="no"><enum>(C)</enum><text>A review of the feasibility and schedule of the continuous capability development and delivery strategy for fielding technologies under the Program as conducted by the Under Secretary of Defense for Research and Engineering.</text></subparagraph></paragraph>

<paragraph id="H91142135D1A94631827BF84FEA31A5A0"><enum>(2)</enum><header>F—35 Block 4 defined</header><text display-inline="yes-display-inline">In this subsection, the term <quote>F—35 Block 4 Upgrade and Continuous Capability Development and Delivery Program</quote> has the meaning given that term in section 166.</text></paragraph></subsection>

<subsection id="H2612BF407AC8425F9E64107E91BA3575"><enum>(c)</enum><header>Report on F—35 autonomic logistics information system</header><text>The Secretary of Defense shall submit to the congressional defense committees a report on the autonomic logistics information system of the F—35 aircraft. The report shall include a description of each of the following:</text>

<paragraph id="HC7B9EDD13EB4478E89FD4EEAEEEED07C"><enum>(1)</enum><text>All shortfalls, capability gaps, and deficiencies in the system that have been identified as of the date of the enactment of this Act.</text></paragraph>

<paragraph id="H9814BE047D89466CA3DA8FBBD9788944"><enum>(2)</enum><text>The strategy and performance requirements that will be implemented to improve the system.</text></paragraph>

```
<paragraph id="H93BD7E82672841FE94171E6EE3C7219E"><enum>(3)</enum><text>The strategy,
implementation plan, schedule, and estimated costs of developing and fieldingâ€"</text>

<subparagraph id="HD0ABFFE7EABF40E9B2919AB1E3C084FC"><enum>(A)</enum><text>the next
generation of the system; or</text></subparagraph>

<subparagraph id="H6D1F07B778634198812CC5D98CA0E95D"><enum>(B)</enum><text>future
increments of the system.</text></subparagraph></paragraph></subsection>

<subsection id="H8F9C5A8686F14F839DBF991FC6154FD0"><enum>(d)</enum><header>F-35 life-
cycle cost estimates</header>

<paragraph id="HD9C200726043449C9CB130562EDC2EAA"><enum>(1)</enum><header>Joint cost
estimate</header><text>The Secretary of the Air Force and the Secretary of the Navy
shall jointly develop a joint service cost estimate for the life-cycle costs of the
Fâ€"35 aircraft program.</text></paragraph>

<paragraph id="HEE73CF381B39474C9D8E3E0DC8306A42"><enum>(2)</enum><header>Independent
cost estimate</header><text>The Director of Cost Assessment and Program Evaluation
shall develop an independent cost estimate for the life-cycle costs of the Fâ€"35
aircraft program.</text></paragraph></subsection>

<subsection id="H2B9446F4C24B4536BD43EA015798412B"><enum>(e)</enum><header>Deadline for
submittal</header><text>The reports required under subsections (a) through (d) shall be
submitted to the congressional defense committees not later than 180 days after the
date of the enactment of this Act.</text></subsection></section>

<section id="H7EA05DCB6F1743A5A745882DAA8D516A"><enum>168.</enum><header>Limitation on
availability of funds for communications systems lacking certain resiliency
features</header>

<subsection id="HDBD2C820C89B4B1EBEBC8B6823C6D1D2"><enum>(a)</enum><header>In
general</header><text>Except as provided under subsection (b), none of the funds
authorized to be appropriated by this Act or otherwise made available for fiscal year
2020 for the Department of Defense may be obligated or expended for the procurement of
a current or future Department of Defense communications program of record, and the
Department may not otherwise procure a current or future communications program of
record, unless the communications equipmentâ€"</text>

<paragraph id="H112D7B85C94E414AADC90F55D0D702B1"><enum>(1)</enum><text>mitigates
geolocation of a transmission that would allow a like echelon enemy force to target the
user;</text></paragraph>

<paragraph id="H60C96C06B9704E07B56EE6DEE341F52D"><enum>(2)</enum><text>securely
communicates classified information in a contested communications environment that
includes operationally representative jamming;</text></paragraph>

<paragraph id="H27CC4FEF816D4BBF93F0BF6554D800F3"><enum>(3)</enum><text>reduces, within
two years of continued development and upgrades, electronic signature and
susceptibility to geolocation by using low probability of intercept/detect (LPI/LPD)
waveforms, or other capability that would provide the same resiliency on the
battlefield; and</text></paragraph>

<paragraph id="HDAADA32F2D7C4D6F869883F23A4AEC2D"><enum>(4)</enum><text>utilizes a
waveform that is either made available through the Department of Defense Waveform
Information Repository, or is a commercial off the shelf (COTS) waveform available for
government licensing with waveform analysis through the Joint Tactical Networking
Center (JTNC) Tactical Communications Marketplace.</text></paragraph></subsection>

<subsection
id="H4C5D1A8C5A9B4F3DA238B9B387C70284"><enum>(b)</enum><header>Waiver</header><text>The
Secretary of a military department may waive the requirement under subsection (a) with
respect to a communications system upon certifying to the congressional defense
committees that the system's intended use is not for contested environments or will
meet the requirement when operated as a component of an integrated
network.</text></subsection></section>

<section id="H641D386C09B245FFBDFCFEBF489A78161"><enum>169.</enum><header>Repeal of
tactical unmanned vehicle common data link requirement</header>

<subsection id="H843715BBE00143AD8B75AFF829F4E460"><enum>(a)</enum><header>Report
```

required</header>

<paragraph id="HDB5904BF65584051A35A73E2A4D02F29"><enum>(1)</enum><header>In general</header><text>Not later than February 1, 2020, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report on the status of the Common Data Link program and plans to meet new and emerging manned and unmanned intelligence, surveillance, and reconnaissance (ISR) vehicle secure and interoperable communication requirements.</text></paragraph>

<paragraph id="HEAB2C0F3F1AA43A18103E767DA0E2F5C"><enum>(2)</enum><header>Elements</header><text>The report required under paragraph (1) shall include the following elements:</text>

<subparagraph id="HAE453C14BF2D449B88BA0B153E8A7D95"><enum>(A)</enum><text>A description of each Common Data Link (CDL) waveform in use and which platforms or systems utilize each CDL waveform.</text></subparagraph>

<subparagraph id="HC652BCA914F1401582E8BD6683276230"><enum>(B)</enum><text>A list of manned and unmanned ISR platforms or systems in development requiring networked, secure, low latency communications, and an assessment of the suitability of CDL to meet the requirements of each planned program.</text></subparagraph>

<subparagraph id="HAAC95CE9FD7047BB8A9A4467E5D6E4E6"><enum>(C)</enum><text>A description of in-progress or planned technology development efforts to address networking requirements for manned and unmanned ISR systems operating in contested and denied environments.</text></subparagraph></paragraph></subsection>

<subsection id="HCEAD1E0928DA414F84D42B16EC64049F"><enum>(b)</enum><header>Repeal</header><text>Section 157 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1667) is hereby repealed.</text></subsection></section></subtitle></title>

<title id="H05DBE6A89504437F9F626D5BACD2028A"><enum>II</enum><header>RESEARCH, DEVELOPMENT, TEST, AND EVALUATION</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H05DBE6A89504437F9F626D5BACD2028A" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HCBE184C93EDB477784CDDF1BCE72BE03" level="subtitle">Subtitle Aâ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="H245056B1054A45C49C78E437C0E35067" level="section">Sec.â€‰201.â€‰Authorization of appropriations.</toc-entry>

<toc-entry idref="H61A03EF819C842BD9746EBD90F07B5BB" level="subtitle">Subtitle Bâ€"Program Requirements, Restrictions, and Limitations</toc-entry>

<toc-entry idref="HB079EBEADEB64145BEB0CF360653FC7E" level="section">Sec.â€‰211.â€‰Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics.</toc-entry>

<toc-entry idref="H76104D5BA7014A569F81B948C3AAF450" level="section">Sec.â€‰212.â€‰Updates to the Department of Defense personnel management authority to attract experts in science and engineering.</toc-entry>

<toc-entry idref="H3471ED08034748BEACC38EFC4D6B5B23" level="section">Sec.â€‰213.â€‰Establishment of joint reserve detachment of the Defense Innovation Unit.</toc-entry>

<toc-entry idref="H9529436F86FA4FE08F2BBB73710126F5" level="section">Sec.â€‰214.â€‰Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education.</toc-entry>

<toc-entry idref="H93D6511F779A4CFCAEE82714282B52D0" level="section">Sec.â€‰215.â€‰Modification of authority for prizes for advanced technology achievements.</toc-entry>

<toc-entry idref="HCE98173D8075436086BC3E6277FD55E4"

level="section">Sec.â€‚216.â€‚Joint hypersonics transition office.</toc-entry>

<toc-entry idref="H74354C5BA4F44852B6277FF0F562B26B"
level="section">Sec.â€‚217.â€‚Modification of proof of concept commercialization
program.</toc-entry>

<toc-entry idref="HF437406CE7B8432DA4039AE569963CFD"
level="section">Sec.â€‚218.â€‚Modification of authority and addition of technology
areas for expedited access to technical talent.</toc-entry>

<toc-entry idref="HB7CF4684AA5543F996A3A14ECCE0D888"
level="section">Sec.â€‚219.â€‚Expansion of coordination in support of national security
innovation and entrepreneurial education.</toc-entry>

<toc-entry idref="HB37D8D5436B640C493179E029E5E8131"
level="section">Sec.â€‚220.â€‚Modification of defense quantum information science and
technology research and development program.</toc-entry>

<toc-entry idref="H52C0D0F7AD4646A2AD70DDC5014E1AAC"
level="section">Sec.â€‚221.â€‚Understanding of investments in artificial intelligence
and development of capabilities by adversaries.</toc-entry>

<toc-entry idref="H172F5A2E9DD04D22B4CCF32BFFB30A3E"
level="section">Sec.â€‚222.â€‚Advisory role of JASON scientific advisory group.</toc-
entry>

<toc-entry idref="H5D0B366DA8D740EBA022C0756FF53724"
level="section">Sec.â€‚223.â€‚Direct Air Capture and Blue Carbon Removal Technology
Program.</toc-entry>

<toc-entry idref="H80B9CA93B19D42EB89F5D5776B7BC85C"
level="section">Sec.â€‚224.â€‚Requiring defense microelectronics products and services
meet trusted supply chain and operational security standards.</toc-entry>

<toc-entry idref="HAE7A287D76F340F5BBE467E6C20E9353"
level="section">Sec.â€‚225.â€‚Development and acquisition strategy to procure secure,
low probability of detection data link network capability.</toc-entry>

<toc-entry idref="HDD0F8238921C4436BA646994D0F62B8C"
level="section">Sec.â€‚226.â€‚Establishment of secure next-generation wireless network
(5G) infrastructure for the Nevada Test and Training Range and base
infrastructure.</toc-entry>

<toc-entry idref="H66B57952DD42453986427F6C794DFC01"
level="section">Sec.â€‚227.â€‚Administration of manufacturing innovation institutes
funded by the Department of Defense.</toc-entry>

<toc-entry idref="HD1540E0C19DA4D349404BCECC68178D7"
level="section">Sec.â€‚228.â€‚Research program on foreign malign influence
operations.</toc-entry>

<toc-entry idref="H3EF30AA94DA74A15AFC6B4655339A1C7"
level="section">Sec.â€‚229.â€‚Diversification of the research and engineering workforce
of the Department of Defense.</toc-entry>

<toc-entry idref="H9CCB18A4CF834F6BB0C5CFCB98F61A49"
level="section">Sec.â€‚230.â€‚Policy on the talent management of digital expertise and
software professionals.</toc-entry>

<toc-entry idref="H017CCEE93CAB493790523DE381ABA115"
level="section">Sec.â€‚231.â€‚Digital engineering capability to automate testing and
evaluation.</toc-entry>

<toc-entry idref="H8AB3B34C71A849A1AB2A802C5E16B7C8"
level="section">Sec.â€‚232.â€‚Process to align policy formulation and emerging
technology development.</toc-entry>

<toc-entry idref="HFFC1DD0C644A4AED9FF5056CC017903A"
level="section">Sec.â€‚233.â€‚Improvement of the Strategic Capabilities Office of the
Department of Defense.</toc-entry>

<toc-entry idref="H7F4E1A1175C24EEFB3DA35FCDAC070F7"

WASHSTATEC014646

level="section">Sec.â€,234.â€,Pilot program on enhanced civics education.</toc-entry>

<toc-entry idref="HBD07556620594D65901BA6C7DDD58F84"
level="section">Sec.â€,235.â€,Technology and national security fellowship.</toc-entry>

<toc-entry idref="H1F6AD0C79FB9437882A4215A266D030F"
level="section">Sec.â€,236.â€,Documentation relating to the Advanced Battle Management
System.</toc-entry>

<toc-entry idref="H80E016F0D7C84234BF8C2C6EBA1D8548"
level="section">Sec.â€,237.â€,Sensor data integration for fifth generation
aircraft.</toc-entry>

<toc-entry idref="H032D719852F44961A0997C25BBAB9D0F"
level="section">Sec.â€,238.â€,Sense of Congress on future vertical lift
technologies.</toc-entry>

<toc-entry idref="HFA8D50E8551F4C8FBBFBB7312C85569D" level="section">Sec.â€,239.â€,Use
of funds for Strategic Environmental Research Program, Environmental Security Technical
Certification Program, and Operational Energy Capability Improvement.</toc-entry>

<toc-entry idref="H3F54E8EDCD5E49AC904A16D2A9BD59DD"
level="section">Sec.â€,240.â€,Limitation and report on Indirect Fire Protection
Capability Increment 2 capability.</toc-entry>

<toc-entry idref="H6887121CE3924B47A1DAA772ED4B2535" level="subtitle">Subtitle
Câ€"Plans, Reports, and Other Matters</toc-entry>

<toc-entry idref="HB4755718B60C45B4800F5A1915ED7577"
level="section">Sec.â€,251.â€,Master plan for implementation of authorities relating to
science and technology reinvention laboratories.</toc-entry>

<toc-entry idref="H5F66106EFE2C427ABE0225EF12569C8F"
level="section">Sec.â€,252.â€,Infrastructure to support research, development, test,
and evaluation missions.</toc-entry>

<toc-entry idref="HC410D94321C642A78C7DE5F547676346"
level="section">Sec.â€,253.â€,Energetics plan.</toc-entry>

<toc-entry idref="H4B32F3E6CDDC48A1B9FBA65AE82D371F"
level="section">Sec.â€,254.â€,Strategy and implementation plan for fifth generation
information and communications technologies.</toc-entry>

<toc-entry idref="HA4B948858A4D47FFBC3F6FB5E50FE5C7"
level="section">Sec.â€,255.â€,Department-wide software science and technology
strategy.</toc-entry>

<toc-entry idref="HBFBA254B0352438AB0442BD247096113"
level="section">Sec.â€,256.â€,Artificial intelligence education strategy.</toc-entry>

<toc-entry idref="H522AE2F1461D44E387F9E944B8D74D36"
level="section">Sec.â€,257.â€,Cyber science and technology activities roadmap and
reports.</toc-entry>

<toc-entry idref="H271BFA2057DE419FB9E8AB8D7AAAE9E0"
level="section">Sec.â€,258.â€,Report on Bâ€"52 commercial engine replacement
program.</toc-entry>

<toc-entry idref="HFE62B09FEBFD4F099C2BD326D2AEA33D"
level="section">Sec.â€,259.â€,Commercial edge computing technologies and best practices
for Department of Defense warfighting systems.</toc-entry>

<toc-entry idref="H4A386039BB37411FA158DBC2545CA050"
level="section">Sec.â€,260.â€,Biannual report on the Joint Artificial Intelligence
Center.</toc-entry>

<toc-entry idref="H8430439DB0C24BF7ADE42D29A1DCA262"
level="section">Sec.â€,261.â€,Quarterly updates on the Optionally Manned Fighting
Vehicle program.</toc-entry>

<toc-entry idref="H43E0CF7CCE9E4C2D846F7C79E5F0CE49"
level="section">Sec.â€,262.â€,National Study on Defense Research At Historically Black

Colleges and Universities and Other Minority Institutions.</toc-entry>

<toc-entry idref="H8D6207A367A7464688518B1CC5DF5BD4"
level="section">Sec.â€‚263.â€‚Study on national security emerging biotechnologies for
the Department of Defense.</toc-entry>

<toc-entry idref="H86B91BE5F5DD4B6FA9DBAB54345B28AF"
level="section">Sec.â€‚264.â€‚Independent study on optimizing resources allocated to
Combating Terrorism Technical Support Office.</toc-entry>

<toc-entry idref="HE85321F01D704478A339F8E97208BCD8"
level="section">Sec.â€‚265.â€‚Independent assessment of electronic warfare plans and
programs.</toc-entry>

<toc-entry idref="H32A349B36F9C43B3AB88C6C2BC14F418"
level="section">Sec.â€‚266.â€‚Technical correction to Global Research Watch
Program.</toc-entry> </toc>

<subtitle id="HCBE184C93EDB477784CDDF1BCE72BE03"><enum>A</enum><header>Authorization of
Appropriations</header>

<section commented="no" display-inline="no-display-inline"
id="H245056B1054A45C49C78E437C0E35067" section-type="subsequent-
section"><enum>201.</enum><header display-inline="yes-display-inline">Authorization of
appropriations</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for fiscal year 2020 for the use of the Department of
Defense for research, development, test, and evaluation, as specified in the funding
table in section 4201.</text></section>

<subtitle id="H61A03EF819C842BD9746EBD90F07B5BB"><enum>B</enum><header>Program
Requirements, Restrictions, and Limitations</header>

<section id="HB079EBEADEB64145BEB0CF360653FC7E"><enum>211.</enum><header>Program on
enhancement of preparation of dependents of members of Armed Forces for careers in
science, technology, engineering, and mathematics</header>

<subsection id="HA8C0207FD7E34DB59785235F158C4C45"><enum>(a)</enum><header>Program
required</header><text display-inline="yes-display-inline">Chapter 111 of title 10,
United States Code, is amended by inserting after section 2192a the following new
section:</text>

<quoted-block style="USC" id="H93C56F153BE64FFCA8B36AECD391FC76" display-inline="no-
display-inline">

<section id="H269E86CD36FE47B0899E25A066AD0CB2"><enum>2192b.</enum><header>Program on
enhancement of preparation of dependents of members of armed forces for careers in
science, technology, engineering, and mathematics</header>

<subsection id="HE063F7CF9B8F4136975B22B4CA5316DF"><enum>(a)</enum><header>Program
required</header><text>The Secretary of Defense shall carry out a program toâ€"</text>

<paragraph id="HAB4F9A4EF4124207B4FC9EBBAC93E132"><enum>(1)</enum><text>enhance the
preparation of students at covered schools for careers in science, technology,
engineering, and mathematics; and</text></paragraph>

<paragraph id="H5AC7C9C4064640048CC6A559DD00B1CE"><enum>(2)</enum><text>provide
assistance to teachers at covered schools to enhance preparation described in paragraph
(1).</text></paragraph></subsection>

<subsection
id="H7D6ADF866D754C168C1D1864B8D01705"><enum>(b)</enum><header>Coordination</header><te
xt>In carrying out the program, the Secretary shall coordinate with the
following:</text>

<paragraph id="H389CB088EA9E498ABCA90AC021A7EA14"><enum>(1)</enum><text>The Secretaries
of the military departments.</text></paragraph>

<paragraph id="HC57E08DE181C416BA2B173FBD3AA5BB7"><enum>(2)</enum><text>The Secretary
of Education.</text></paragraph>

<paragraph id="H5A30A6E42CE545479BC12D5645951E1A"><enum>(3)</enum><text>The National
Science Foundation.</text></paragraph>

```
<paragraph id="H8AD93DF77204493EA58B6ADA56C1B5DA"><enum>(4)</enum><text>Other
organizations as the Secretary of Defense considers
appropriate.</text></paragraph></subsection>

<subsection
id="H478424EE4B0C4BF3818C5C6C1789983B"><enum>(c)</enum><header>Activities</header><text
>Activities under the program may include the following:</text>

<paragraph id="H34DA2FE7CB344559AD2350B402854AA4"><enum>(1)</enum><text>Establishment
of targeted internships and cooperative research opportunities at defense laboratories
and other technical centers for students and teachers at covered
schools.</text></paragraph>

<paragraph id="H84D59224F08A4A56BDC0F2B21DF1BF1B"><enum>(2)</enum><text>Establishment
of scholarships and fellowships for students at covered schools.</text></paragraph>

<paragraph id="HA1DC2E4339AC4D099D25C20EB1D41404"><enum>(3)</enum><text>Efforts and
activities that improve the quality of science, technology, engineering, and
mathematics educational and training opportunities for students and teachers at covered
schools, including with respect to improving the development of curricula at covered
schools.</text></paragraph>

<paragraph id="H112F32C6A73541BBBE9D64A4AC45DF35"><enum>(4)</enum><text>Development of
travel opportunities, demonstrations, mentoring programs, and informal science
education for students and teachers at covered schools.</text></paragraph></subsection>

<subsection
id="H567C0D0C3C0940D7BDDBC1A03C4B3808"><enum>(d)</enum><header>Metrics</header><text>Th
e Secretary shall establish outcome-based metrics and internal and external assessments
to evaluate the merits and benefits of activities conducted under the program with
respect to the needs of the Department of Defense.</text></subsection>

<subsection id="H7B22C8ABEFDC4E75A9CCC6AAD4419974"><enum>(e)</enum><header>Covered
schools defined</header><text display-inline="yes-display-inline">In this section, the
term <quote>covered schools</quote> means elementary or secondary schools at which the
Secretary determines a significant number of dependents of members of the armed forces
are enrolled.</text></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H5B2CA928DA0347D1936DC254163FAE18"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of such chapter is
amended by inserting after the item relating to section 2192a the following new
item:</text>

<quoted-block style="USC" id="H85E6A570063744B884C765B1CA9C2AAC" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2192b. Program on enhancement of preparation of dependents
of members of armed forces for careers in science, technology, engineering, and
mathematics.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="H4F6D83F5BB4B4BB58C4F44E0E33F6239"><enum>(c)</enum><header>Conforming
repeal</header><text display-inline="yes-display-inline">Section 233 of the Carl Levin
and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal
Year 2015 (Public Law 113–291; 10 U.S.C. 2193a note) is
repealed.</text></subsection></section>

<section id="H76104D5BA7014A569F81B948C3AAF450"><enum>212.</enum><header>Updates to the
Department of Defense personnel management authority to attract experts in science and
engineering</header>

<subsection id="H69EDB2624A8D4BD0A4008E4F4ADA7E24"><enum>(a)</enum><header>In
general</header><text>Subsection (a) of section 1599h of title 10, United States Code,
is amended by adding at the end the following new paragraph:</text>

<quoted-block id="H0E2D60CFF1684052982807B196BD1481" style="USC">

<paragraph id="H72C1AC06E2544AD2BEA3B420EB61CCD3"><enum>(6)</enum><header>Joint
Artificial Intelligence Center</header><text display-inline="yes-display-inline">The
```

WASHSTATEC014649

Director of the Joint Artificial Intelligence Center may carry out a program of personnel management authority provided in subsection (b) in order to facilitate recruitment of eminent experts in science or engineering for the Center. The authority to carry out the program under this paragraph shall terminate on December 31, 2024.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HC157F9BC0C664194A73A13B54BF32AF4"><enum>(b)</enum><header>Scope of appointment authority</header><text>Subsection (b)(1) of such section is amendedâ€"</text>

<paragraph id="HEFB8641F1BA84C1EA4DAEC8AF165FE36"><enum>(1)</enum><text>in subparagraph (D), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="H845977937D3F499D8D7792543032C728"><enum>(2)</enum><text>in subparagraph (E), by adding <quote>and</quote> at the end; and </text></paragraph>

<paragraph id="H33D0C9B9BD8E4D2ABC78D733C840EE26"><enum>(3)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block id="H8042E89B6FD64148ACB9508B74DB2263" style="USC">

<subparagraph id="HF864E01D8CDD41A4BC3AB958490AFC08"><enum>(F)</enum><text>in the case of the Joint Artificial Intelligence Center, appoint scientists and engineers to a total of not more than 5 scientific and engineering positions in the Center;</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA1A994DFBB964C5397E19A7BFA965C55"><enum>(c)</enum><header>Extension of terms of appointment</header><text>Subsection (c)(2) of such section is amended by striking <quote>or the Defense Innovation Unit Experimental</quote> and inserting <quote>the Defense Innovation Unit, or the Joint Artificial Intelligence Center</quote>.</text></subsection>

<subsection id="HCDD120E3AB6E443BA1E58AE77AF2BDC8"><enum>(d)</enum><header>Update to organizational name</header><text>Such section is further amendedâ€"</text>

<paragraph id="H3739407251544660BD4141CE78820584"><enum>(1)</enum><text>in subsection (a)(5)â€"</text>

<subparagraph id="H47938E1152CC46639EFCD2BD358DE561"><enum>(A)</enum><text>in the subsection heading by striking <quote><header-in-text level="subsection" style="USC">DIUX</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="USC">DIU</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="H7948BC61A22A4D49AA378EB5EECB9062"><enum>(B)</enum><text>by striking <quote>Experimental</quote>; and</text></subparagraph></paragraph>

<paragraph id="HA2285393D5F14066A3B6E82AB7069011"><enum>(2)</enum><text>in subsection (b)(1)(E), by striking <quote>Experimental</quote>.</text></paragraph></subsection></section>

<section id="H3471ED08034748BEACC38EFC4D6B5B23"><enum>213.</enum><header>Establishment of joint reserve detachment of the Defense Innovation Unit</header>

<subsection id="HE719429EE34D4416A78FCBD98C6B1C0F"><enum>(a)</enum><header>In general</header>

<paragraph id="HB121655EEE2A4CB1B323687D7BA0D4A8"><enum>(1)</enum><header>Establishment of joint reserve detachment of the Defense Innovation Unit</header><text display-inline="yes-display-inline">Chapter 139 of title 10, United States Code, is amended by inserting after section 2358a the following new section:</text>

<quoted-block style="USC" id="HDF3C3CC478444FA8A39395F6F3285C49" display-inline="no-display-inline">

<section id="H183E0445155A46B1A390DA9DD2CE5CAC"><enum>2358b.</enum><header>Joint reserve detachment of the Defense Innovation Unit</header>

<subsection id="HA4E2BBDE8F6D446BA2A9BEB029C2F2FD"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with

the Secretaries of the military departments, may establish a joint reserve detachment (referred to in this section as the <quote>Detachment</quote>) composed of members of the reserve components described in subsection (b) to be assigned to each office of the Defense Innovation Unit toâ€"</text>

<paragraph id="HDFC649FEAF114055B55261490716DE33"><enum>(1)</enum><text display-inline="yes-display-inline">support engagement and collaboration with private-sector industry and the community surrounding the location of such office; and</text></paragraph>

<paragraph id="H2870E71B55694653B0583A814EE1848A"><enum>(2)</enum><text>to accelerate the use and adoption of commercially-developed technologies for national security purposes.</text></paragraph></subsection>

<subsection id="H5660A4B8D0B64DD8BD1A0A53FB1287A9"><enum>(b)</enum><header>Members</header><text>Each Secretary of a military department shall select for the Detachment, and make efforts to retain, members of the reserve components who possess relevant private-sector experience in the fields of business, acquisition, intelligence, engineering, technology transfer, science, mathematics, program management, logistics, cybersecurity, or such other fields as determined by the Under Secretary of Defense for Research and Engineering.</text></subsection>

<subsection id="HBE07BF034D7E46159BE97E58A7765083"><enum>(c)</enum><header>Duties</header><text>The Detachment shall have the following duties:</text>

<paragraph id="HE70FC446EF5A40218444E02A2C27F68C"><enum>(1)</enum><text>Providing the Department of Defense withâ€"</text>

<subparagraph id="H0C109E8979B146A58461B7186123B307"><enum>(A)</enum><text>expertise on and analysis of commercially-developed technologies;</text></subparagraph>

<subparagraph id="HE653DED6B7394678AC1E6C776C9439C6"><enum>(B)</enum><text>commercially-developed technologies to be used as alternatives for technologies in use by the Department; and</text></subparagraph>

<subparagraph id="HD7441E56438E40DFA5A6DD36AE4328E0"><enum>(C)</enum><text>opportunities for greater engagement and collaboration between the Department and private-sector industry on innovative technologies.</text></subparagraph></paragraph>

<paragraph id="H62CB3328899A48ACB453AD4C6F2AE003"><enum>(2)</enum><text>On an ongoing basisâ€"</text>

<subparagraph id="H4B6F6C13705742258E04B67DE81A9069"><enum>(A)</enum><text>partnering with the military departments, the combatant commands, and other Department of Defense organizations toâ€"</text>

<clause id="H80502B2D74F248F09D96FDBE3D56AB05"><enum>(i)</enum><text>identify and rapidly prototype commercially-developed technologies; and</text></clause>

<clause id="H9631EED440B6457683473971E528DDE3"><enum>(ii)</enum><text>use alternative contracting mechanisms to procure such technologies;</text></clause></subparagraph>

<subparagraph id="H6DA6DD4FFFB5459A859A6363A3C0484C"><enum>(B)</enum><text>increasing awareness ofâ€"</text>

<clause id="HB2136024229746DDB96255743E022410"><enum>(i)</enum><text>the work of the Defense Innovation Unit; and</text></clause>

<clause id="HE6BE2B1674E04712B7EEDB81C37D3A7A"><enum>(ii)</enum><text>the technology requirements of the Department of Defense as identified in the National Defense Science and Technology Strategy developed under section 218 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1679); and</text></clause></subparagraph>

<subparagraph id="H02BE9D6E32384DB588F96EB731C369F5"><enum>(C)</enum><text>using the investment in research and development made by private-sector industry in assessing and developing dual-use technologies.</text></subparagraph></paragraph>

WASHSTATEC014651

```
<paragraph id="H6B5DFD4E20A9419D99B6A63B59110F15"><enum>(3)</enum><text>Carrying out
other activities as directed by the Under Secretary of Defense for Research and
Engineering.</text></paragraph></subsection>

<subsection id="HF82B6F42C8BB4E459BE556BB42719C8D"><enum>(d)</enum><header>Joint
duty</header><text>Assignment to a Detachment shall not qualify as a joint duty
assignment, as defined in section 668(b)(1) of title 10, United States Code, unless
approved by the Secretary of Defense.</text></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H1C682E1B733346CF8BAFB625DAC2B65E"><enum>(2)</enum><header>Clerical
amendment</header><text display-inline="yes-display-inline">The table of sections at
the beginning of such chapter is amended by inserting after the item relating to
section 2358a the following new item:</text>

<quoted-block style="USC" id="H03081BEA1DA84FD788BAF6256C16BF8C" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2358b. Joint reserve detachment of the Defense Innovation
Unit.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection
id="H7D8B7ECAB27F486886C843F69FB94EDC"><enum>(b)</enum><header>Implementation
report</header><text>Not later than 120 days after the date of the enactment of this
Act, the Under Secretary of Defense for Research and Engineering, in consultation with
the Director of the Defense Innovation Unit and the Secretaries of the military
departments, shall submit to the congressional defense committees a report that
includesâ€"</text>

<paragraph id="H3AB4B748753444CBB2FB997CC731B777"><enum>(1)</enum><text display-
inline="yes-display-inline">an organizational plan and the estimated costs for
establishing the joint reserve detachment required under section 2358b of title 10,
United States Code (as added by subsection (a)); and</text></paragraph>

<paragraph id="HB9D132F8B8D9488991FA9B44A16BEB1D"><enum>(2)</enum><text>a timeline
specifying when such detachment will attain initial operational capability and full
operational capability, respectively.</text></paragraph></subsection></section>

<section id="H9529436F86FA4FE08F2BBB73710126F5" section-type="subsequent-
section"><enum>214.</enum><header>Research and educational programs and activities for
Historically Black Colleges and Universities and Minority-Serving Institutions of
Higher Education</header><text display-inline="no-display-inline">Section 2362 of title
10, United States Code, is amendedâ€"</text>

<paragraph id="H1EE393D75D9B48F790181F5885783BA0"><enum>(1)</enum><text>by
redesignating subsections (d) and (e) as subsections (e) and (f), respectively;
and</text></paragraph>

<paragraph id="H9EC39B8CD511432FBE6DEA11E0121B9B"><enum>(2)</enum><text>by inserting
after subsection (c) the following new subsection:</text>

<quoted-block style="USC" id="H09DA07FDB9154CD499F6DE13B028ADD8" display-inline="no-
display-inline">

<subsection
id="HEEDADC112D084A7BAC4F1D4CA210F350"><enum>(d)</enum><header>Incentives</header><text
display-inline="yes-display-inline">The Secretary of Defense may develop incentives to
encourage research and educational collaborations between covered educational
institutions and other institutions of higher education.</text></subsection><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H93D6511F779A4CFCAEE82714282B52D0" section-type="subsequent-
section"><enum>215.</enum><header display-inline="yes-display-inline">Modification of
authority for prizes for advanced technology achievements</header><text display-
inline="no-display-inline">Section 2374a(a) of title 10, United States Code, is amended
by striking <quote>Assistant Secretary of Defense for Research and Engineering</quote>
and inserting <quote>Under Secretary of Defense for Research and Engineering, the Under
```

Secretary of Defense for Acquisition and Sustainment,</quote>.</text></section>

<section id="HCE98173D8075436086BC3E6277FD55E4"><enum>216.</enum><header>Joint hypersonics transition office</header><text display-inline="no-display-inline">Section 218 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 10 U.S.C. 2358 note) is amendedâ€"</text>

<paragraph id="H46D115E1DD9142A89606686A33E4AC8A"><enum>(1)</enum><text>in subsection (a), by striking <quote>the program required under subsection (b), and shall</quote> and inserting <quote>the program and activities described in subsections (b) through (f), and shall</quote>;</text></paragraph>

<paragraph id="H9CE427255E8B4215B514B2764E642E8E"><enum>(2)</enum><text>by redesignating subsections (c) through (e) as subsections (d) through (f), respectively;</text></paragraph>

<paragraph id="HF0D8BE8E30C64486B0E6FB8ABE3BF874"><enum>(3)</enum><text>by inserting after subsection (b) the following new subsection (c):</text>

<quoted-block id="H219C7840C94A4593B45451D59E1EB2CD" style="OLC">

<subsection id="HE606F36B114241EFB58189854209F864"><enum>(c)</enum><header>University expertise</header>

<paragraph id="HC0306340D3F74E2C91366CF47419637E"><enum>(1)</enum><header>Arrangement with institutions of higher education</header><text display-inline="yes-display-inline">Using the authority specified in section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2358 note) or another similar authority, the Office shall seek to enter into an arrangement with one or more institutions of higher education (as defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)) under which such institutions may provide the Office withâ€"</text>

<subparagraph id="H55A427F263D5449DAB6F2E86E33277B5"><enum>(A)</enum><text display-inline="yes-display-inline">access to research, technology development, and workforce development expertise to support the mission of the Office; and</text></subparagraph>

<subparagraph id="HE3A2499E43C34A4B88CE06FECC726930"><enum>(B)</enum><text>foundational and applied hypersonic research, development, and workforce support in areas that the Office determines to be relevant for the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="HDCB881E4BF8A49BBA6899B87C187B8DD"><enum>(2)</enum><header>Availability of information</header><text>The Office shall ensure that the results of any research and reports produced pursuant to an arrangement under paragraph (1) are made available to the Federal Government, the private sector, academia, and international partners consistent with appropriate security classification guidance.</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H275ACFB024624D60B8E785EEA17B8C78"><enum>(4)</enum><text display-inline="yes-display-inline">in subsection (d), as so redesignatedâ€"</text>

<subparagraph id="H36218EA5CC824660A0BBAECEA63C377B"><enum>(A)</enum><text>in paragraph (4), by striking the comma before the period; and</text></subparagraph>

<subparagraph id="HF016CAA6F8814BC1B823C2CD0045230F"><enum>(B)</enum><text>in paragraph (5), by striking <quote>certified under subsection (e) as being consistent with the roadmap under subsection (d)</quote> and inserting <quote>certified under subsection (f) as being consistent with the roadmap under subsection (e)</quote>;</text></subparagraph></paragraph>

<paragraph id="H39DE284BD002472BAA522939A0BCD488"><enum>(5)</enum><text>in subsection (e), as so redesignated, by adding at the end the following new paragraph:</text>

<quoted-block id="HF44A1E74ADEB4D889A41341479CA3B97" style="OLC">

<paragraph id="HF1E339649CE34ABEBFCE5FE5E7AA86EF"><enum>(4)</enum><header>Submittal to congress</header>

<subparagraph id="H7FD0713BD67C4101A3B82BAC55F3B521"><enum>(A)</enum><header>Initial submission</header><text>Not later than 180 days after the date of the enactment of

WASHSTATEC014653

this paragraph, the Secretary of Defense shall submit to the congressional defense committees the most recent roadmap developed under paragraph (1).</text></subparagraph>

<subparagraph id="HB81C63A7AC504B3585B4FA37A1FEC6AF"><enum>(B)</enum><header>Subsequent submissions</header><text>The Secretary of Defense shall submit to the congressional defense committees each roadmap revised under paragraph (1) together with the budget submitted to Congress under section 1105 of title 31, United States Code, for the fiscal year concerned.</text></subparagraph></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HD528ED3BD93641B19E8CF9740B47D4D8"><enum>(6)</enum><text>in subsection (f), as so redesignatedâ€"</text>

<subparagraph id="H91D36B6F7E324AF7BFD04811D3602EAA"><enum>(A)</enum><text>by striking <quote>subsection (d)</quote> each place it appears and inserting <quote>subsection (e)</quote>; and </text></subparagraph>

<subparagraph id="H5291D707ED4049F389767755A4BADBEF"><enum>(B)</enum><text>in paragraph (3), by striking <quote>2016</quote> and inserting <quote>2026</quote>.</text></subparagraph></paragraph></section>

<section id="H74354C5BA4F44852B6277FF0F562B26B"><enum>217.</enum><header>Modification of proof of concept commercialization program</header>

<subsection id="HD8D0FDE467134835B647D50B8885366C"><enum>(a)</enum><header>Extension of program</header><text display-inline="yes-display-inline">Section 1603(g) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 10 U.S.C. 2359 note) is amended by striking <quote>2019</quote> and inserting <quote>2024</quote>. </text></subsection>

<subsection id="H42CC9497EE514681A7B178EE3BE049FE"><enum>(b)</enum><header>Additional improvements</header><text>Section 1603 of such Act, as amended by subsection (a), is further amendedâ€"</text>

<paragraph id="HF8797E5519B049D0B9D40DEC997E1A89"><enum>(1)</enum><text>in the section heading, by inserting <quote><header-in-text level="section" style="OLC">of dual-use technology</header-in-text></quote> after <quote><header-in-text level="section" style="OLC">commercialization</header-in-text></quote>;</text></paragraph>

<paragraph id="H40FBD03248E84A2BA038EB09888F611F"><enum>(2)</enum><text>in subsection (a) â€"</text>

<subparagraph id="HA40E66541AB14CB7A31E31A639AD9D65"><enum>(A)</enum><text>by inserting <quote>of Dual-Use Technology</quote> after <quote>Commercialization</quote>; and</text></subparagraph>

<subparagraph id="H3C154B5D012D42FEB2EC8B0C3C6FB65A"><enum>(B)</enum><text>by inserting <quote>with a focus on priority defense technology areas that attract public and private sector funding, as well as private sector investment capital, including from venture capital firms in the United States,</quote> before <quote>in accordance</quote>;</text></subparagraph></paragraph>

<paragraph id="H92CE4BD19F23471D96C7D5A7535E22C6"><enum>(3)</enum><text>in subsection (c)(4)(A)(iv), by inserting <quote>, which may include access to venture capital</quote> after <quote>award</quote>;</text></paragraph>

<paragraph id="H64CD1F12CCA34A2A85E85B69E472C0A0"><enum>(4)</enum><text>by striking subsection (d);</text></paragraph>

<paragraph id="H0F66D33B5A5E4D76B08D75ECC22482A6"><enum>(5)</enum><text>by redesignating subsection (e) as subsection (d); and</text></paragraph>

<paragraph id="H285D428E29094A0F91B5790916A6207A"><enum>(6)</enum><text>by inserting after subsection (d), as so redesignated, the following new subsection (e):</text>

<quoted-block display-inline="no-display-inline" id="H4E74D0D9196B48D2AFAFBC6E9BFB1496" style="OLC">

<subsection id="H9313A354234045679B672314F444B77A"><enum>(e)</enum><header>Authorities</header><text>In carrying out this section, the Secretary may use the following authorities:</text>

```
<paragraph id="H2359354A05DA450FBE14CDCD261B6F9D"><enum>(1)</enum><text>Section 1599g
of title 10 of the United States Code, relating to public-private talent
exchanges.</text></paragraph>

<paragraph id="H3DB6BC4C74A54098B7F3A6392FADB879"><enum>(2)</enum><text>Section 2368 of
such title, relating to Centers for Science, Technology, and Engineering
Partnerships.</text></paragraph>

<paragraph id="H278834D7C7304B838467203C9460E27F"><enum>(3)</enum><text>Section 2374a
of such title, relating to prizes for advanced technology
achievements.</text></paragraph>

<paragraph id="HF734E5C31087472DBF2602A92F2C5F34"><enum>(4)</enum><text>Section 2474 of
such title, relating to Centers of Industrial and Technical
Excellence.</text></paragraph>

<paragraph id="HBE9DA346946A480083A542242933FCC2"><enum>(5)</enum><text>Section 2521 of
such title, relating to the Manufacturing Technology Program.</text></paragraph>

<paragraph id="HEBDC8068B2CF485BAD1FB397DA224E4F"><enum>(6)</enum><text>Section 225 of
the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10
U.S.C. 2359 note).</text></paragraph>

<paragraph id="H2B09E4890C244423A3540B8F5D302AD8"><enum>(7)</enum><text>Section 1711 of
such Act (Public Law 115â€"91; 10 U.S.C. 2505 note), relating to a pilot program on
strengthening manufacturing in the defense industrial base.</text></paragraph>

<paragraph id="H3403F4A292604E47ACAB1CC38669FD93"><enum>(8)</enum><text>Section 12 of
the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3710a) and section
6305 of title 31, United States Code, relating to cooperative research and development
agreements.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H6F07425E5A1841A09C098AAEC8FB4AC3"><enum>(7)</enum><text>by striking
subsection (f); and</text></paragraph>

<paragraph id="HD6CF7DE56FF64E6894585672D1FD805F"><enum>(8)</enum><text>by
redesignating subsection (g) as subsection
(f).</text></paragraph></subsection></section>

<section id="HF437406CE7B8432DA4039AE569963CFD"><enum>218.</enum><header>Modification
of authority and addition of technology areas for expedited access to technical
talent</header>

<subsection commented="no" display-inline="no-display-inline"
id="HB4C5D30928204499A39A39707B01AB0D"><enum>(a)</enum><header>Modification of
authority</header><text>Subsection (a)(1) of section 217 of the National Defense
Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2358 note) is
amended by striking <quote>The Secretary of Defense shall, acting through the
secretaries of the military departments, establish</quote> and inserting <quote>Not
later than 180 days after the date of the enactment of the National Defense
Authorization Act for Fiscal Year 2020, the Secretary of Defense shall direct the
secretaries of the military departments to establish</quote>.</text></subsection>

<subsection id="H400D546911064ADB89E888B75F063763"><enum>(b)</enum><header>Additional
technology areas</header><text display-inline="yes-display-inline">Subsection (e) of
such section is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H4F3F35F8B64A47C18DDF9A379A7F49D5"><enum>(1)</enum><text display-inline="yes-
display-inline">by redesignating paragraph (27) as paragraph (30);
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBD477F94077E4D50B1B83A596C0371E2"><enum>(2)</enum><text display-inline="yes-
display-inline">by inserting after paragraph (26) the following new paragraph
(27):</text>

<quoted-block display-inline="no-display-inline" id="H6AD45F1438EA47E386BB77C9FAFCADCC"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
```

```
id="HFAFCFA1402B54F41968CE8E99CA9B962"><enum>(27)</enum><text display-inline="yes-
display-inline">Rapid prototyping.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE4B780EF23F44452818A8FBBD6B042C6"><enum>(28)</enum><text display-inline="yes-
display-inline">Infrastructure resilience.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6CF64D855729449B8514231471EB8DE8"><enum>(29)</enum><text display-inline="yes-
display-inline">Hypersonics.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection></section>

<section id="HB7CF4684AA5543F996A3A14ECCE0D888" section-type="subsequent-
section"><enum>219.</enum><header>Expansion of coordination in support of national
security innovation and entrepreneurial education</header><text display-inline="no-
display-inline">Section 225(e) of the National Defense Authorization Act for Fiscal
Year 2018 (Public Law 115â€"91; 10 U.S.C. 2359 note) is amended by adding at the end
the following new paragraph:</text>

<quoted-block style="OLC" id="H683EF2F8258943218F4D0AC5AC6C6B80" display-inline="no-
display-inline">

<paragraph id="H0B3F2F6904794B56BA8211D520E6E4AD"><enum>(18)</enum><text display-
inline="yes-display-inline">The Lab-Embedded Entrepreneurship Programs of the
Department of Energy.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section id="HB37D8D5436B640C493179E029E5E8131" section-type="subsequent-
section"><enum>220.</enum><header>Modification of defense quantum information science
and technology research and development program</header><text display-inline="no-
display-inline">Section 234 of the John S. McCain National Defense Authorization Act
for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2358 note) is amendedâ€"</text>

<paragraph id="HBA7D4EE678EA4E60BCDA06430051982C"><enum>(1)</enum><text>in subsection
(b)â€"</text>

<subparagraph id="H2F7762B3427748C6B0D5A62F5FC95689"><enum>(A)</enum><text>in paragraph
(2), by striking <quote>private sector entities</quote> and inserting <quote>private
sector and international entities</quote>; and</text></subparagraph>

<subparagraph id="HB3FE0C0D914B4778BFC6A3500B7EF7E2"><enum>(B)</enum><text>in paragraph
(6), by striking <quote>facilities and infrastructure</quote> and inserting
<quote>facilities, workforce, and
infrastructure</quote>;</text></subparagraph></paragraph>

<paragraph id="HC50B9CBE9B494AF79C838A521E486809"><enum>(2)</enum><text>in subsection
(c)â€"</text>

<subparagraph id="H404F9719C9FF4F8ABDA87066C0C006B3"><enum>(A)</enum><text>in paragraph
(2), by striking <quote>quantum sciences;</quote> and inserting </text>

<quoted-block style="OLC" id="HF53264333B9E43358E957776CCB791C0" display-inline="yes-
display-inline"><text display-inline="yes-display-inline">quantum information sciences,
including through consultation withâ€"</text>

<subparagraph id="H1DA88AEED72F40F0B86B732DADAFEEB5"><enum>(A)</enum><text>the National
Quantum Coordination Office;</text></subparagraph>

<subparagraph id="H1D30A8F0738F4589BAC8E917E54FDB11"><enum>(B)</enum><text display-
inline="yes-display-inline">the subcommittee on Quantum Information Science of the
National Science and Technology Council;</text></subparagraph>

<subparagraph id="H43566E03BA3644B3A987777D238D2EFE"><enum>(C)</enum><text>other
organizations and elements of the Department of Defense;</text></subparagraph>

<subparagraph id="H548EA01825A3436FB962D5040B05F62C"><enum>(D)</enum><text>other
Federal agencies; and</text></subparagraph>

<subparagraph id="H487BCED6131448419ADA997684B57F1A"><enum>(E)</enum><text>appropriate
private sector organizations;</text></subparagraph><after-quoted-block>;</after-quoted-
block></quoted-block></subparagraph>
```

WASHSTATEC014656

```
<subparagraph id="H2B848B89A82B47E4A2CC9EF22F764230"><enum>(B)</enum><text>by
redesignating paragraphs (3) and (4) as paragraphs (6) and (7),
respectively;</text></subparagraph>

<subparagraph id="HE8DCF9A9611F453A950E7FEBE58FC733"><enum>(C)</enum><text>by inserting
after paragraph (2), the following new paragraphs:</text>

<quoted-block style="OLC" id="HADE3ED8D02844645A33CAD93210A02AA" display-inline="no-
display-inline">

<paragraph id="HC3792FBE0C9F4746B4CB9041F6AE6CEC"><enum>(3)</enum><text display-
inline="yes-display-inline">in consultation with the entities listed in paragraph (2),
develop plans forâ€"</text>

<subparagraph id="H73E52A62860548D383EDF21C54BC857A"><enum>(A)</enum><text>the
development of the quantum information science and technology
workforce;</text></subparagraph>

<subparagraph id="HC519067E499248169F18E8099EFA0F5B"><enum>(B)</enum><text>enhancing
awareness of quantum information science and technology;</text></subparagraph>

<subparagraph id="H21CE08A41EC5471EBABD3561C7E69B9B"><enum>(C)</enum><text>reducing the
risk of cybersecurity threats posed by quantum information science technology;
and</text></subparagraph>

<subparagraph id="H20F92DF906F44BBEB5BAC5DB2C38C753"><enum>(D)</enum><text>development
of ethical guidelines for the use of quantum information science
technology;</text></subparagraph></paragraph>

<paragraph id="HB6E683B136A4426082B4D6C54AF6D177"><enum>(4)</enum><text display-
inline="yes-display-inline">in consultation with the National Institute of Standards
and Technology and other appropriate Federal entities, develop a quantum information
science taxonomy and standards and requirements for quantum information
technology;</text></paragraph>

<paragraph id="H50317CF601B049F89E769913CFFD0BBF"><enum>(5)</enum><text display-
inline="yes-display-inline">support efforts to increase the technology readiness level
of quantum information science technologies under development in the United
States;</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-
block></subparagraph>

<subparagraph id="HE1353CF315224FB78CDD352A65378596"><enum>(D)</enum><text>in paragraph
(6), as so redesignated, by striking <quote>quantum science</quote> and inserting
<quote>quantum information science</quote>; and</text></subparagraph>

<subparagraph id="HD51848067D644DBCA2EB3BDC8E2F154B"><enum>(E)</enum><text>in paragraph
(7), as so redesignated, by striking <quote>for meeting the long-term challenges and
achieving the specific technical goals</quote> and inserting <quote>for carrying out
the program under subsection (a)</quote>;</text></subparagraph></paragraph>

<paragraph id="H7F2A51D12BAB4ABCA048668DBE230895"><enum>(3)</enum><text>by
redesignating subsection (d) as subsection (e);</text></paragraph>

<paragraph id="HA50524B75135459381985FFFB1060109"><enum>(4)</enum><text>by inserting
afer subsection (c) the following new subsection (d):</text>

<quoted-block style="OLC" id="HCE26FCA387AB4D42ADF6E96F9F418ED7" display-inline="no-
display-inline">

<subsection id="H0A006289B782410FB7F0E2B6AEA9338E"><enum>(d)</enum><header>Quantum
information science research centers</header><text display-inline="yes-display-
inline">The Secretary of each military department may establish or designate a defense
laboratory or establish activities to engage with appropriate public and private sector
organizations, including academic organizations, to enhance and accelerate the
research, development, and deployment of quantum information sciences and quantum
information science-enabled technologies and systems. The Secretary of Defense shall
ensure that not less than one such laboratory or center is established or
designated.</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-
block></paragraph>

<paragraph id="H58AB2B60BC784A2F8FCBA2E6CE74C60D"><enum>(5)</enum><text>in paragraph
(2) of subsection (e), as so redesignatedâ€"</text>
```

WASHSTATEC014657

```
<subparagraph id="H5030AC1ABBB04129B8FC1D4294A2ACC4"><enum>(A)</enum><text display-
inline="yes-display-inline">in subparagraph (A), by inserting
<quote>information</quote> before <quote>sciences</quote>; </text></subparagraph>

<subparagraph id="HBE66273302E34426892A11A81A7C650A"><enum>(B)</enum><text>in
subparagraph (B),</text>

<clause id="H98034116001D45E5B7D398C04AED1AD2"><enum>(i)</enum><text>by inserting
<quote>information</quote> before <quote>sciences</quote>; and</text></clause>

<clause id="HF2B2A07E637648DC85493FE91007C205"><enum>(ii)</enum><text>by inserting
<quote>, including a discussion of likely impacts of quantum information science and
technology on military capabilities</quote> before the period at the
end;</text></subparagraph>

<subparagraph id="HF3F83A9FC0AE439EB1CB6E0F08EBC3C2"><enum>(C)</enum><text>in
subparagraph (C), by inserting <quote>information</quote> before
<quote>sciences</quote>; </text></subparagraph>

<subparagraph id="H31FDFDFC624E4F83B13CD5930686A336"><enum>(D)</enum><text>by
redesignating subparagraph (E) as subparagraph (F); and</text></subparagraph>

<subparagraph id="HD0B6A90B29554531AB019C10A4F9B89B"><enum>(E)</enum><text display-
inline="yes-display-inline">by striking subparagraph (D) and inserting the following
new subparagraphs:</text>

<quoted-block style="OLC" id="HA976F8312B6F40E39133204CC503C64B" display-inline="no-
display-inline">

<subparagraph id="HE1EADC390E384B1892E9F7E885EE137B"><enum>(D)</enum><text display-
inline="yes-display-inline">A description of the activities carried out in accordance
with this section, including, for each such activityâ€"</text>

<clause id="H7CE0D9C55C36418EA77BD722C1EE96DB"><enum>(i)</enum><text>a roadmap for the
activity;</text></clause>

<clause id="H1A88A5F9589A449C8176D8B2DBF4A909"><enum>(ii)</enum><text>a summary of the
funding provided for the activity; and</text></clause>

<clause id="HDFF50F8CAD2B4A17BB1DF3025BEBFECF"><enum>(iii)</enum><text>an estimated
timeline for the development and military deployment of quantum technologies supported
through the activity.</text></clause></subparagraph>

<subparagraph id="H838FFE5A1CF9433FAF73AB601F2370AD"><enum>(E)</enum><text>A
description of the efforts of the Department of Defense to update classification and
cybersecurity practices relating to quantum technology, includingâ€"</text>

<clause id="H1A1A82E9F7454442A2228605C72DB38F"><enum>(i)</enum><text>security processes
and requirements for engagement with allied countries; and</text></clause>

<clause id="H9BDAD8034D4F411C86B12F5CF6ECEDBE"><enum>(ii)</enum><text>a plan for
security-cleared government and contractor workforce
development.</text></clause></subparagraph><after-quoted-block>.</after-quoted-
block></quoted-block></subparagraph></paragraph></section>

<section id="H52C0D0F7AD4646A2AD70DDC5014E1AAC"><enum>221.</enum><header>Understanding
of investments in artificial intelligence and development of capabilities by
adversaries</header><text display-inline="no-display-inline">Section 238(c)(2)(I) of
the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law
115â€"232) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HF91AA27613A242F2BCD86A6A53D3FD53"><enum>(1)</enum><text display-inline="yes-
display-inline">in clause (i), by striking <quote>; and</quote> and inserting a
semicolon;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC23A5902B70D4E0081A8E07404B4F2E4"><enum>(2)</enum><text display-inline="yes-
display-inline">in clause (ii), by striking the period at the end and inserting
<quote>; and</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
```

```
id="HFD730F290EE445F0AEF3919268E8BE6B"><enum>(3)</enum><text display-inline="yes-
display-inline">by adding at the end the following new clause:</text>

<quoted-block display-inline="no-display-inline" id="H2D113FA1C52049D3BB683BE91C2D62EB"
style="OLC">

<clause commented="no" display-inline="no-display-inline"
id="HA49CFF86B8A643FD80CAE9D98D6AE76D"><enum>(iii)</enum><text display-inline="yes-
display-inline">that appropriate entities in the Department are reviewing all open
source publications from both the United States and outside the United States that
contribute to, affect, or advanceâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="HB5A981FC93264A5CA7B54C90B2FBA174"><enum>(I)</enum><text display-inline="yes-
display-inline">artificial intelligence research and development; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H00EF7181D2624A469285451CFC7048DD"><enum>(II)</enum><text>the understanding of the
Secretary concerning the investments by adversaries of the United States in artificial
intelligence and the development by such adversaries of capabilities relating to
artificial intelligence.</text></subclause></clause><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph></section>

<section id="H172F5A2E9DD04D22B4CCF32BFFB30A3E" section-type="subsequent-
section"><enum>222.</enum><header>Advisory role of JASON scientific advisory
group</header>

<subsection id="H1159393E491A4C45B33164F2BAA07500"><enum>(a)</enum><header>Ongoing
engagement of certain scientific advisory personnel</header>

<paragraph id="HA6B7D45D7E8D4AC495181A990C98EDBC" display-inline="no-display-
inline"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-
inline">The Secretary of Defense shall seek to engage the members of the independent,
private scientific advisory group known as <quote>JASON</quote> as advisory personnel
to provide advice, on an ongoing basis, on matters involving science, technology, and
national security, including methods to defeat existential and technologically-
amplified threats to national security. </text></paragraph>

<paragraph id="HB86C9922378247969CF6B3CC97B5C4A8"><enum>(2)</enum><header>Availability
to other Federal agencies</header><text>At the request of a Federal agency outside the
Department of Defense, the Secretary of Defense shall seek to make personnel engaged
under paragraph (1) available to such agency for the purpose of providing advice to the
agency on the matters described in such subsection.</text></paragraph></subsection>

<subsection id="HCBB74132CC7C47209071C3FA87F0AE7D"><enum>(b)</enum><header>Arrangement
for conduct of national security studies and analysis</header>

<paragraph id="H096F298434344E5B8FBBFEAEF0F48E67"><enum>(1)</enum><header>In
general</header><text>Pursuant to subsection (a), the Secretary of Defense, acting
through the Under Secretary of Defense for Acquisition and Sustainment, shall seek to
enter into an arrangement under which JASON may provide national security research
studies and other analyses to the Department of Defense and other Federal agencies to
meet mission requirements and agency needs.</text></paragraph>

<paragraph id="H41AEFDAD215C4A46A8AEDE39DE9E6D94"><enum>(2)</enum><header>Form of
arrangement</header><text>The arrangement entered into under paragraph (1) shall be in
a form the Under Secretary of Defense for Acquisition and Sustainment determines to be
appropriate for the Department of Defense, which may include a contract, a grant, a
cooperative agreement, the use of other transaction authority under section 2371 of
title 10, United States Code, or another such arrangement.</text></paragraph>

<paragraph id="HAC82B2B2ECCB4822BF68FDF0A67ECFB4"><enum>(3)</enum><header>Timing of
arrangement</header><text>The Secretary of Defense shall seek to enter into the
arrangement under paragraph (1) not later than 120 days after the date of the enactment
of this Act.</text></paragraph>

<paragraph id="HCC570A9AE55A4E2EB9AE9B2B8F173F54"><enum>(4)</enum><header>Terms of
arrangement</header><text display-inline="yes-display-inline">The arrangement entered
into under paragraph (1) shallâ€"</text>

<subparagraph id="H0D5A5DE1F3674EF79CFA219E891D6980"><enum>(A)</enum><text display-
```

inline="yes-display-inline">if specifically negotiated as part of the arrangement, provide for the Department of Defense to reimburse the entity supporting JASON for all or a portion of the overhead costs incurred in support of the arrangement;</text></subparagraph>

<subparagraph id="H72EC00C5304C4E43822D278A0BFC8AE4"><enum>(B)</enum><text display-inline="yes-display-inline">allow Federal Government entities outside the Department of Defense with responsibilities relating to national security to seek to engage JASON to perform individual studies relating to national security matters as part of the arrangement; and</text></subparagraph>

<subparagraph id="H11C12C00368246FC98AA7AC8BA306B75"><enum>(C)</enum><text display-inline="yes-display-inline">require that a Federal agency that engages JASON to perform a study under the arrangement will fully fund such study, including a proportional percentage to the total overhead costs incurred under the arrangement.</text></subparagraph></paragraph>

<paragraph id="H3AC0A18CED0D46E9A6DFC729300D82DC" display-inline="no-display-inline"><enum>(5)</enum><header>Limitation on termination</header>

<subparagraph id="H6808A966BACE41A38FD58A5652685B89"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense may not terminate the arrangement under paragraph (1) until a period of 180 days has elapsed following the date on which the Secretaryâ€"</text>

<clause id="H8CF08AD160D54F0584E7FFAC4C92E418"><enum>(i)</enum><text> notifies the congressional defense committees of the intent of the Secretary to terminate the arrangement; and</text></clause>

<clause id="H13B7AA7A9FC040BD84432F450286EE30"><enum>(ii)</enum><text>submits the report required under subparagraph (B).</text></clause></subparagraph>

<subparagraph id="HB40994FDE53344C8959F138DDFE4101A" display-inline="no-display-inline"><enum>(B)</enum><header>Report required</header>

<clause id="HC534F6EB205E4EC68D21A68DC1AAB91B"><enum>(i)</enum><header>In general</header><text>If the Secretary of Defense determines that the arrangement under paragraph (1) should be terminated, the Secretary shall submit to the congressional defense committees a report on the proposed termination of the arrangement.</text></clause>

<clause id="H978687945C1A420488B0AF841D9513CF"><enum>(ii)</enum><header>Elements</header><text>The report required under clause (i) shall include the following:</text>

<subclause id="HCAEAC389AF694C4FAC30CF5CC1755F52"><enum>(I)</enum><text>A summary of the execution of research projects conducted by JASON over the four fiscal years preceding the date of the report, including the projects requested by the Department of Defense and the projects requested by other Federal agencies.</text></subclause>

<subclause id="H07FB517E8A1B408EA3160CEEFDE04672"><enum>(II)</enum><text>An analysis of the costs to the Department of Defense of maintaining the arrangement under which JASON provided national security research studies, including any overhead costs incurred by the Department or shared among Federal agencies over the four fiscal years preceding the date of the report.</text></subclause>

<subclause id="H32BAA4B46E4B49C883A26BCAEDD815A3"><enum>(III)</enum><text>A timeline for the potential transition or termination of the activities, functions, and expertise provided by JASON under the arrangement.</text></subclause>

<subclause id="H222919A803B349048A82AD7F8A20AD80"><enum>(IV)</enum><text>An assessment of the impact that the termination of the arrangement with JASON will have on defense research studies and analytical capabilities, including a mitigation plan that identifies where alternative and comparable scientific advice and expertise is available and a comparison of the costs associated with each alternative.</text></subclause></clause>

<clause id="H1CC074400D15476CB32DCEDE22D5CB59"><enum>(iii)</enum><header>Form of report</header><text>The report required under clause (i) may be submitted in unclassified or classified form.</text></clause></subparagraph></paragraph>

WASHSTATEC014660

```
<paragraph id="HD24A725C994E41B0B922139014844D51"><enum>(6)</enum><header>Annual
summary report</header><text>Not later than March 1 of each year beginning after the
date of the enactment of this Act, the Secretary of Defense shall submit to the
congressional defense committees a report that includesâ€"</text>

<subparagraph id="H9DC022C15BB147EE8E7A7663C7373226"><enum>(A)</enum><text>a summary of
expenditures made under the arrangement with JASON under paragraph (1);
and</text></subparagraph>

<subparagraph id="HCF2A9580C9E9452EB9B94CEB0EC6E88B"><enum>(B)</enum><text>a summary of
the studies and other activities carried out by JASON pursuant to such arrangement in
the preceding calendar year.</text></subparagraph></paragraph></subsection></section>

<section id="H5D0B366DA8D740EBA022C0756FF53724"><enum>223.</enum><header>Direct Air
Capture and Blue Carbon Removal Technology Program</header>

<subsection commented="no" display-inline="no-display-inline"
id="H5B60EE0CAFA649ABBFB831042351CBC4"><enum>(a)</enum><header display-inline="yes-
display-inline">Program required</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H27E32D7DC8A246D28A9D5C694BF9B31C"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of Defense, in coordination with the Secretary of Homeland Security, the
Secretary of Energy, and the heads of such other Federal agencies as the Secretary of
Defense considers appropriate, shall carry out a program on research, development,
testing, evaluation, study, and demonstration of technologies related to blue carbon
capture and direct air capture.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H71FC11401A72438192CD7AFB5A779354"><enum>(2)</enum><header display-inline="yes-
display-inline">Program goals</header><text display-inline="yes-display-inline">The
goals of the program established under paragraph (1) are as follows:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF58EFD79C3A246FB9F7C8E2C1954A1DC"><enum>(A)</enum><text display-inline="yes-
display-inline">To develop technologies that capture carbon dioxide from seawater and
the air to turn such carbon dioxide into clean fuels to enhance fuel and energy
security.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEA867C254F164189BA929EE13F859E1D"><enum>(B)</enum><text display-inline="yes-
display-inline">To develop and demonstrate technologies that capture carbon dioxide
from seawater and the air to reuse such carbon dioxide to create products for military
uses.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H39CDD4012AA2439A8DB3D524DA8B90DE"><enum>(C)</enum><text display-inline="yes-
display-inline">To develop direct air capture technologies for useâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H94A47B57F194400C9C8F50363D0C6F1D"><enum>(i)</enum><text display-inline="yes-
display-inline">at military installations or facilities of the Department of Defense;
or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF9FF3ABC25CA4E75B9889B0756B8C037"><enum>(ii)</enum><text display-inline="yes-
display-inline">in modes of transportation by the Navy or the Coast
Guard.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0C0B09415DF348AC97701A9419E06E96"><enum>(3)</enum><header display-inline="yes-
display-inline">Phases</header><text display-inline="yes-display-inline">The program
established under paragraph (1) shall be carried out in two phases as follows:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF5F74C7AB42E49728CBB6427DF031C87"><enum>(A)</enum><text display-inline="yes-
display-inline">The first phase shall consist of research and development and shall be
carried out as described in subsection (b).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
```

```
id="HC91ED559CA4A4E4C83C38B97FBC2461B"><enum>(B)</enum><text display-inline="yes-
display-inline">The second phase shall consist of testing and evaluation and shall be
carried out as described in subsection (c), if the Secretary determines that the
results of the research and development phase justify implementing the testing and
evaluation phase.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8703D14F013940109FD8DE4114F8A49A"><enum>(4)</enum><header display-inline="yes-
display-inline">Designation</header><text display-inline="yes-display-inline">The
program established under paragraph (1) shall be known as the <quote>Direct Air Capture
and Blue Carbon Removal Technology Program</quote> (in this section referred to as the
<quote>Program</quote>).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HFA5F820AA0304AF2959275A48C6270F8"><enum>(b)</enum><header display-inline="yes-
display-inline">Research and development phase</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H3C009EB028B4447395B5A3F03546F6B5"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">During the
research and development phase of the Program, the Secretary of Defense shall conduct
research and development in pursuit of the goals set forth in subsection
(a)(2).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9C942D46C2084EC7B4693AD417D1ECC8"><enum>(2)</enum><header display-inline="yes-
display-inline">Direct air capture</header><text display-inline="yes-display-
inline">The research and development phase of the Program may include, with respect to
direct air capture, a front end engineering and design study that includes an
evaluation of direct air capture designs to produce fuel for useâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC082BC703AEB4F80B34EAE3404C5D901"><enum>(A)</enum><text display-inline="yes-
display-inline">at military installations or facilities of the Department of Defense;
or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC4123CDAB2D445558E5B1490B4415E82"><enum>(B)</enum><text display-inline="yes-
display-inline">in modes of transportation by the Navy or the Coast
Guard.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2AD8C107501C4AA3A0482D50AC173795"><enum>(3)</enum><header display-inline="yes-
display-inline">Commencement</header><text display-inline="yes-display-inline">The
Secretary shall commence carrying out the research and development phase of the Program
not later than 90 days after the date of the enactment of this Act.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAEEE726F00B947D4B9D92C60FF120812"><enum>(4)</enum><header display-inline="yes-
display-inline">Grants authorized</header><text display-inline="yes-display-inline">The
Secretary may carry out the research and development phase of the Program through the
award of grants to private persons and eligible laboratories.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H02982C1588854354AF3AD3F39B18B51E"><enum>(5)</enum><header display-inline="yes-
display-inline">Report required</header><text display-inline="yes-display-inline">Not
later than 180 days after the date of the completion of the research and development
phase of the Program, the Secretary shall submit to Congress a report on the research
and development carried out under the Program.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H6EC2BEC5A3974D2496FF2D21714419AC"><enum>(c)</enum><header display-inline="yes-
display-inline">Testing and evaluation phase</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H19AE1D89CAFF423F96583157F0B1A123"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">During the
testing and evaluation phase of the Program, the Secretary shall, in pursuit of the
goals set forth in subsection (a)(2), conduct tests and evaluations of the technologies
researched and developed during the research and development phase of the
```

Program.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE9B1F77EC2E14B3FA3818D5339CE6675"><enum>(2)</enum><header display-inline="yes-display-inline">Direct air capture</header><text display-inline="yes-display-inline">The testing and evaluation phase of the Program may include demonstration projects for direct air capture to produce fuels for useâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H02EC9D26ADCD44CB93ED6DC809E9DC70"><enum>(A)</enum><text display-inline="yes-display-inline">at military installations or facilities of the Department of Defense; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC07E357D8B794281A0E53FA74E752C78"><enum>(B)</enum><text display-inline="yes-display-inline">in modes of transportation by the Navy or the Coast Guard.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H028F6EC8CA5A45BE9575853AD50D6ACA"><enum>(3)</enum><header display-inline="yes-display-inline">Commencement</header><text display-inline="yes-display-inline">Subject to subsection (a)(3)(B), the Secretary shall commence carrying out the testing and evaluation phase of the Program on the date of the completion of the research and development phase described in subsection (b), except that the testing and evaluation phase of the Program with respect to direct air capture may commence at such time after a front end engineering and design study demonstrates to the Secretary that commencement of such phase is appropriate.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE29571C5B3C74E0CA850B3E456DAC59F"><enum>(4)</enum><header display-inline="yes-display-inline">Grants authorized</header><text display-inline="yes-display-inline">The Secretary may carry out the testing and evaluation phase of the Program through the award of grants to private persons and eligible laboratories.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAD66412C5FFF424B9C1723D7D25708E8"><enum>(5)</enum><header display-inline="yes-display-inline">Locations</header><text display-inline="yes-display-inline">The Secretary shall carry out the testing and evaluation phase of the Program at military installations or facilities of the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA7D1D3B48C9642E992914061485C83B1"><enum>(6)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than September 30, 2026, the Secretary shall submit to Congress a report on the findings of the Secretary with respect to the effectiveness of the technologies tested and evaluated under the Program.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD6771171FA124A86AE742A0FEAFDACA3"><enum>(d)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H49B19FEE1824454CA0AAFFDFB8215185"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>blue carbon capture</term> means the removal of dissolved carbon dioxide from seawater through engineered or inorganic processes, including filters, membranes, or phase change systems.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC82641362A8C4099A10C3678D155ED37"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="HDE0387FBEEFD444F837EE2A37E40AD03"><enum>(A)</enum><text display-inline="yes-display-inline">The term <term>direct air capture</term>, with respect to a facility, technology, or system, means that the facility, technology, or system uses carbon capture equipment to capture carbon dioxide directly from the air.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H415DDD086225462FA99111D8273FAD2A" indent="up1"><enum>(B)</enum><text display-

inline="yes-display-inline">The term <term>direct air capture</term> does not include any facility, technology, or system that captures carbon dioxideâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H7F96EBE48E604E4FB513C0019CCEBB1F"><enum>(i)</enum><text display-inline="yes-display-inline">that is deliberately released from a naturally occurring subsurface spring; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H42A45158E3BD4848B3F9BA5240D5CF08"><enum>(ii)</enum><text display-inline="yes-display-inline">using natural photosynthesis.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2690F7EB32A042D58692EE1D66CE0B56"><enum>(3)</enum><text display-inline="yes-display-inline">The term <term>eligible laboratory</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3BE205B92B314ADFB65163F49A970644"><enum>(A)</enum><text display-inline="yes-display-inline">a National Laboratory (as defined in section 2 of the Energy Policy Act of 2005 (42 U.S.C. 15801));</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2DE1191F9E02471594062296CAEB85D3"><enum>(B)</enum><text>a science and technology reinvention laboratory designated under section 1105 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 10 U.S.C. 2358 note);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4DC28525DE454CFEBB94D4BACB324406"><enum>(C)</enum><text>the Major Range and Test Facility Base (as defined in section 2358a(f) of title 10, United States Code); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H128FFED6FDA74DB9B31E2CF1517B8519"><enum>(D)</enum><text>any other facility that supports the research, development, test, and evaluation activities of the Department of Defense or the Department of Energy.</text></subparagraph></paragraph></subsection></section>

<section id="H80B9CA93B19D42EB89F5D5776B7BC85C"><enum>224.</enum><header>Requiring defense microelectronics products and services meet trusted supply chain and operational security standards</header>

<subsection commented="no" display-inline="no-display-inline"
id="H8EACF0265BA841808CF7DE8BE09C18BB"><enum>(a)</enum><header display-inline="yes-display-inline">Purchases</header><text>To protect the United States from intellectual property theft and to ensure national security and public safety in the application of new generations of wireless network technology and microelectronics, beginning no later than January 1, 2023, the Secretary of Defense shall ensure that each microelectronics product or service that the Department of Defense purchases on or after such date meets the applicable trusted supply chain and operational security standards established pursuant to subsection (b), except in a case in which the Department seeks to purchase a microelectronics product or service butâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H21EC98BE897E4FADB7F3774BCD69E42B"><enum>(1)</enum><text display-inline="yes-display-inline">no such product or service is available for purchase that meets such standards; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB2593B0B71E34DD99DD183C59FC689C0"><enum>(2)</enum><text display-inline="yes-display-inline">no such product or service is available for purchase thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDF7744A229E347A19FFAA39E10CE3694"><enum>(A)</enum><text display-inline="yes-display-inline">meets such standards; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H82D40A3738654B3CB5073BE4FDCA56C9"><enum>(B)</enum><text display-inline="yes-display-inline">is available at a price that the Secretary does not consider prohibitively expensive.</text></subparagraph></paragraph></subsection>

```
<subsection commented="no" display-inline="no-display-inline"
id="H572FB50E297A4011A3740DFC2E51386A"><enum>(b)</enum><header display-inline="yes-
display-inline">Trusted supply chain and operational security standards</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H637A47F4D8F14958B7EE7D4E8E970B3D"><enum>(1)</enum><header display-inline="yes-
display-inline">Standards required</header>

<subparagraph commented="no" display-inline="yes-display-inline"
id="HAFA950FF03C74624A985A7B87AE7FBEB"><enum>(A)</enum><text display-inline="yes-
display-inline">Not later than January 1, 2021, the Secretary shall establish trusted
supply chain and operational security standards for the purchase of microelectronics
products and services by the Department.</text></subparagraph>

<subparagraph id="H1AE254655F8B446BADADB9EA0C308A28"
indent="up1"><enum>(B)</enum><text>For purposes of this section, a trusted supply chain
and operational security standardâ€"</text>

<clause id="H9322C04B8A164868B3D8E4A63FEEC469"><enum>(i)</enum><text>is a standard that
systematizes best practices relevant toâ€"</text>

<subclause id="H9CCCED95AC8C46D1B71A6EB2F5AA6967"><enum>(I)</enum><text>manufacturing
location;</text></subclause>

<subclause id="HEE3131818D5244979205E1A7A9E80DC7"><enum>(II)</enum><text>company
ownership;</text></subclause>

<subclause id="H3107AF1D335F4A4090EC6A002E20492A"><enum>(III)</enum><text>workforce
composition;</text></subclause>

<subclause id="HD25617306E70499CA75057DB2CD511CB"><enum>(IV)</enum><text>access during
manufacturing, suppliersâ€™ design, sourcing, manufacturing, packaging, and
distribution processes;</text></subclause>

<subclause id="HE3C1B0E9AC904BCD994DD5F1232F7E77"><enum>(V)</enum><text>reliability of
the supply chain; and</text></subclause>

<subclause id="H05BC45F866F5441FAB817A8BC63926AA"><enum>(VI)</enum><text>other matters
germane to supply chain and operational security; and</text></subclause></clause>

<clause id="HA45BB54BB65C46C4A769A7D89003EFD8"><enum>(ii)</enum><text>is not a military
standard (also known as <quote>MIL-STD</quote>) or a military specification (also known
as <quote>MIL-SPEC</quote>) for microelectronics thatâ€"</text>

<subclause id="H1B3AD040D8A44AED8AB11622A9CD2C5F"><enum>(I)</enum><text>specifies
individual features for Department of Defense microelectronics; or</text></subclause>

<subclause id="HAAF641122E5F418D9C48838D5C1B47DE"><enum>(II)</enum><text>otherwise
inhibits the acquisition by the Department of securely manufactured, commercially-
available products.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0CDF94BF79694E9FA2C8CF0C3C8BA729"><enum>(2)</enum><header display-inline="yes-
display-inline">Consultation required</header><text display-inline="yes-display-
inline">In developing standards under paragraph (1), the Secretary shall consult with
the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD13A0DD59C7C4A1282BCD04C5C78CAB1"><enum>(A)</enum><text display-inline="yes-
display-inline">The Secretary of Homeland Security, the Secretary of State, the
Secretary of Commerce, and the Director of the National Institute of Standards and
Technology.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H367905915DEA4305B3D194805613F3EB"><enum>(B)</enum><text display-inline="yes-
display-inline">Suppliers of microelectronics products and services from the United
States and allies and partners of the United States.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB51C6AEBAC38479A9756F504015C1A01"><enum>(C)</enum><text display-inline="yes-
display-inline">Representatives of major United States industry sectors that rely on a
trusted supply chain and the operational security of microelectronics products and
```

WASHSTATEC014665

```
services.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF7258E52C14048D7AAD3F97F8E60CB0C"><enum>(D)</enum><text display-inline="yes-
display-inline">Representatives of the United States insurance
industry.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H412A38B53ADC47C581BD53D3C92F57F5"><enum>(3)</enum><header display-inline="yes-
display-inline">Tiers of trust and levels of security authorized</header><text display-
inline="yes-display-inline">In carrying out paragraph (1), the Secretary may establish
tiers and levels of trust and security within the supply chain and operational security
standards for microelectronics products and services.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9161F543FBD7405384CA6FB0AC47F51B"><enum>(4)</enum><header display-inline="yes-
display-inline">General applicability</header><text display-inline="yes-display-
inline">The standards established pursuant to paragraph (1) shall be, to the greatest
extent practicable, generally applicable to the trusted supply chain and operational
security needs and use cases of the United States Government and commercial industry,
such that the standards could be widely adopted by government agencies, commercial
industry, and allies and partners of the United States as the basis for procuring
microelectronics products and services.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H87493E9F7A414267921327D85ABC1148"><enum>(5)</enum><header display-inline="yes-
display-inline">Annual review</header><text display-inline="yes-display-inline">Not
later than October 1 of each year, the Secretary shall, in consultation with persons
and entities set forth under paragraph (2), review the standards established pursuant
to paragraph (1) and issue updates or modifications as the Secretary considers
necessary or appropriate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H7C588C3D29CC401A9FFAD2C000941E03"><enum>(c)</enum><header display-inline="yes-
display-inline">Ensuring ability to sell commercially</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HD3F50E8EB63040979A334A5C8A22D636"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary shall, to the greatest extent practicable, ensure that suppliers of
microelectronics products and services for the Department of Defense subject to
subsection (a) are able and incentivized to sell products commercially and to
governments of allies and partners of the United States that are produced on the same
production lines as the microelectronics products supplied to the Department of
Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB19663EF203247A3B98B2AEF974F9A0B"><enum>(2)</enum><header display-inline="yes-
display-inline">Effect of requirements and acquisitions</header><text display-
inline="yes-display-inline">The Secretary shall, to the greatest extent practicable,
ensure that the requirements of the Department and the acquisition by the Department of
microelectronics enable the success of a dual-use microelectronics
industry.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HDD3D7CC53A314F219A9C726DCAEA0D46"><enum>(d)</enum><header display-inline="yes-
display-inline">Maintaining competition and innovation</header><text display-
inline="yes-display-inline">The Secretary shall take such actions as the Secretary
considers necessary and appropriate, within the Secretaryâ€™s authorized activities to
maintain the health of the defense industrial base, to ensure thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H3770C90C9251447EB70B6B95AC82EB08"><enum>(1)</enum><text display-inline="yes-
display-inline">providers of microelectronics products and services that meet the
standards established under subsection (b) are exposed to competitive market pressures
to achieve competitive pricing and sustained innovation; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF13C068C1A624CE4960934DF6C0FC633"><enum>(2)</enum><text display-inline="yes-
display-inline">the industrial base of microelectronics products and services that meet
```

WASHSTATEC014666

the standards established under subsection (b) includes providers manufacturing in the United States or in countries that are allies or partners of the United States.</text></paragraph></subsection></section>

<section id="HAE7A287D76F340F5BBE467E6C20E9353"><enum>225.</enum><header>Development and acquisition strategy to procure secure, low probability of detection data link network capability</header>

<subsection commented="no" display-inline="no-display-inline" id="HA6FCA0809A134DF79A87663DBEFF0E8B"><enum>(a)</enum><header display-inline="yes-display-inline">Strategy required</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Chief of Staff of the Air Force, the Chief of Naval Operations, and the Chief of Staff of the Army shall jointly submit to the congressional defense committees a joint development and acquisition strategy to procure a secure, low probability of detection data link network capability, with the ability to effectively operate in hostile jamming environments while preserving the low observability characteristics of the relevant platforms, including both existing and planned platforms.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HAECECB400C0C4F2F86ED17621B592233"><enum>(b)</enum><header display-inline="yes-display-inline">Network characteristics</header><text display-inline="yes-display-inline">The data link network capability to be procured pursuant to the development and acquisition strategy submitted under subsection (a) shall—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF926A019F7FF4949BE1AEA30DAEBFB83"><enum>(1)</enum><text display-inline="yes-display-inline">ensure that any network made with such capability will be low risk and affordable, with minimal impact or change to existing host platforms and minimal overall integration costs;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8BE3B4955F0B405E892F1427146DB4EA"><enum>(2)</enum><text display-inline="yes-display-inline">use a non-proprietary and open systems approach compatible with the Rapid Capabilities Office Open Mission Systems initiative of the Air Force, the Future Airborne Capability Environment initiative of the Navy, and the Modular Open Systems Architecture initiative of the Army; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3A817453359042F689CDF30B0D8CDE09"><enum>(3)</enum><text display-inline="yes-display-inline">provide for an architecture to connect, with operationally relevant throughput and latency—</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HB0E631B77D6E4436BCA838A3E849A48E"><enum>(A)</enum><text display-inline="yes-display-inline">fifth-generation combat aircraft;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBF8403F698C34D3098E757BC7D1CFC21"><enum>(B)</enum><text display-inline="yes-display-inline">fifth-generation and fourth-generation combat aircraft;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H68A99F5CB43944BEB1D7A02DB26BB523"><enum>(C)</enum><text display-inline="yes-display-inline">fifth-generation and fourth-generation combat aircraft and appropriate support aircraft and other network nodes for command, control, communications, intelligence, surveillance, and reconnaissance purposes; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H716FFDC047A14B64B14DFD2560E0F0F9"><enum>(D)</enum><text display-inline="yes-display-inline">fifth-generation and fourth-generation combat aircraft and their associated network-enabled precision weapons.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6DDA836E423F4A69A1138D69C7F42E95"><enum>(c)</enum><header display-inline="yes-display-inline">Limitation</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act for fiscal year 2020 for operation and maintenance for the Office of the Secretary of the Air Force, for operation and maintenance for the Office of the Secretary of the Navy, and for operations and

maintenance for the Office of the Secretary of the Army, not more than 50 percent may be obligated or expended until the date that is 15 days after the date on which the Chief of Staff of the Air Force, the Chief of Naval Operations, and the Chief of Staff of the Army, respectively, submit the development and acquisition strategy required by subsection (a).</text></subsection></section>

<section id="HDD0F8238921C4436BA646994D0F62B8C"><enum>226.</enum><header>Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure</header>

<subsection commented="no" display-inline="no-display-inline" id="H3824B06D3FA14CBD8B6905A20F4E7B68"><enum>(a)</enum><header display-inline="yes-display-inline">Establishment required</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall establish secure fifth-generation wireless network components and capabilities at no fewer than two Department of Defense installations in accordance with this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFD14A223CE4F4D1695D168D1FECA5167"><enum>(b)</enum><header display-inline="yes-display-inline">Installations</header>

<paragraph commented="no" display-inline="no-display-inline" id="H5B485D4DE2CC49C79FC9715FFDC21F8C"><enum>(1)</enum><header display-inline="yes-display-inline">Locations</header><text display-inline="yes-display-inline">The Secretary shall establish components and capabilities under subsection (a) at the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H54467D9A7F514B0B92FCA0C6664C7C5E"><enum>(A)</enum><text display-inline="yes-display-inline">The Nevada Test and Training Range, which shall serve as a Major Range and Test Facility Base (MRTFB) for fifth-generation wireless networking.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7D024B127A9D49EC9AA2D6A1732ACFF8"><enum>(B)</enum><text>Such Department installations or other installations as the Secretary considers appropriate for the purpose set forth in paragraph (2).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA044CE4E24234624999849B672BD3AB8"><enum>(2)</enum><header display-inline="yes-display-inline">Purpose</header><text display-inline="yes-display-inline">The purpose of the establishment of components and capabilities under subsection (a) at the locations described in paragraph (1) of this subsection is to demonstrate the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1D8A6CB8811441E69AE4B92C350CA57D"><enum>(A)</enum><text display-inline="yes-display-inline">The potential military utility of high bandwidth, scalable, and low latency fifth-generation wireless networking technology.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1F1FE477AA374329B56E58E313FF4B65"><enum>(B)</enum><text display-inline="yes-display-inline">Advanced security technology that is applicable to fifth-generation networks as well as legacy Department command and control networks.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H457C08F3BA2446DCBA0A595562B7C1D6"><enum>(C)</enum><text display-inline="yes-display-inline">Secure interoperability with fixed and wireless systems (legacy and future systems).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8A9ED8AF3BDD4EDEBE1676AA53207C18"><enum>(D)</enum><text display-inline="yes-display-inline">Enhancements such as spectrum and waveform diversity, frequency hopping and spreading, and beam forming for military requirements.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4DBA436462D34F15ACF963A951670433"><enum>(E)</enum><text display-inline="yes-display-inline">Technology for dynamic network slicing for specific use cases and

WASHSTATEC014668

applications requiring varying levels of latency, scale, and throughput.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3D5C2955BC0641A891DCB7DEB2936EEC"><enum>(F)</enum><text display-inline="yes-display-inline">Technology for dynamic spectrum sharing and network isolation.</text></subparagraph>

<subparagraph id="H367E70D8D064462EA6024987F034F07E"><enum>(G)</enum><text>Base infrastructure installation of high bandwidth, scalable, and low latency fifth-generation wireless networking technology.</text></subparagraph>

<subparagraph id="H153D76CFF81142E59B9953C3B941A342"><enum>(H)</enum><text>Applications for secure fifth-generation wireless network capabilities for the Department, such as the following:</text>

<clause id="H69CC8573D97548F48B004A5D54E2A282"><enum>(i)</enum><text>Interactive augmented reality or synthetic training environments.</text></clause>

<clause id="H24C237EB8E4740349ED54AC5521352DC"><enum>(ii)</enum><text>Internet of things devices.</text></clause>

<clause id="HC1DC9594336A423384795F27DA45E023"><enum>(iii)</enum><text>Autonomous systems.</text></clause>

<clause id="H30131B572CFD4CC88B8CF6E879C15EA6"><enum>(iv)</enum><text>Advanced manufacturing through the following:</text>

<subclause id="H2BD21A1B53AC4408BB037954BC0D08CA"><enum>(I)</enum><text>Department-sponsored centers for manufacturing innovation (as defined in section 34(c) of the National Institute of Standards and Technology Act (15 U.S.C. 278s(c))).</text></subclause>

<subclause id="H542C81BC2A454E69960E4E95A6F50543"><enum>(II)</enum><text>Department research and development organizations.</text></subclause>

<subclause id="H2442312D5E0744EEADB4E6D140C136F4"><enum>(III)</enum><text>Manufacturers in the defense industrial base of the United States.</text></subclause></clause></subparagraph></paragraph></subsection></section>

<section id="H66B57952DD42453986427F6C794DFC01"><enum>227.</enum><header>Administration of manufacturing innovation institutes funded by the Department of Defense</header>

<subsection commented="no" display-inline="no-display-inline" id="H838E1442C8A34A0CA247B4A4299F4DF6"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall make such changes to the administration of covered institutes so as—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HAB2B96A5677A4D828F5139202A3D3E52"><enum>(1)</enum><text display-inline="yes-display-inline">to encourage covered institutes to leverage existing workforce development programs across the Federal Government and State governments in order to build successful workforce development programs;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H84E87755D10349C79F9D388FA05F52BF"><enum>(2)</enum><text display-inline="yes-display-inline">to develop metrics to evaluate the workforce development performed by the covered institutes, including metrics on job quality, career pathways, wages and benefits, and efforts to support veterans, and progress in aligning workforce skillsets with the current and long-term needs of the Department of Defense and the defense industrial base;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6F6E917BA4C947B2966B6F637992BCE5"><enum>(3)</enum><text display-inline="yes-display-inline">to allow metrics to vary between covered institutes and be updated and evaluated continuously in order to more accurately evaluate covered institutes with different goals and missions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H298FD682A97A45349A1C37569AD5A290"><enum>(4)</enum><text display-inline="yes-display-inline">to encourage covered institutes to consider developing technologies

WASHSTATEC014669

that were previously funded by Federal Government investment for early-stage research
and development and expand cross-government coordination and collaboration to achieve
this goal;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA37E95878F194B7C95239FF56BFEF71A"><enum>(5)</enum><text display-inline="yes-
display-inline">to provide an opportunity for increased Department of Defense input and
oversight from senior-level military and civilian personnel on future technology
roadmaps produced by covered institutes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEEA0E482C1764F9393A93906183E2AAB"><enum>(6)</enum><text display-inline="yes-
display-inline">to reduce the barriers to collaboration between and among multiple
covered institutes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE62671DF96954F1E808354782CE1B064"><enum>(7)</enum><text display-inline="yes-
display-inline">to use contracting vehicles that can increase flexibility, reduce
barriers for contracting with subject-matter experts and small and medium enterprises,
enhance partnerships between covered institutes, and reduce the time to award contracts
at covered institutes; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H658CB6BEEECD44B490CD4EE0EC2038D5"><enum>(8)</enum><text display-inline="yes-
display-inline">to overcome barriers to the adoption of manufacturing processes and
technologies developed by the covered institutes by the defense and commercial
industrial base, particularly small and medium enterprises, by engaging with public and
private sector partnerships and appropriate government programs and activities,
including the Hollings Manufacturing Extension
Partnership.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBC177B52CDE94332821D0FA75C70E664"><enum>(b)</enum><header display-inline="yes-
display-inline">Coordination with other activities</header><text display-inline="yes-
display-inline">The Secretary shall carry out this section in coordination with
activities undertaken underâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H428579647E6A49DF93EC2D0C2A77350B"><enum>(1)</enum><text display-inline="yes-
display-inline">the Manufacturing Technology Program established under section 2521 of
title 10, United States Code;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H81255FE5C6994B1B8E23FE6CF56C4F47"><enum>(2)</enum><text display-inline="yes-
display-inline">the Manufacturing Engineering Education Program established under
section 2196 of such title;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1BD49FFCA5B1433F91F000940B887576"><enum>(3)</enum><text display-inline="yes-
display-inline">the Defense Manufacturing Community Support Program established under
section 846 of the John S. McCain National Defense Authorization Act for Fiscal Year
2019 (Public Law 115â€"232);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1AAED507BDCC49AA8A50C434977145E3"><enum>(4)</enum><text display-inline="yes-
display-inline">manufacturing initiatives of the Secretary of Commerce, the head of the
National Office of the Manufacturing USA Network, the Secretary of Energy, and such
other government and private sector organizations as the Secretary of Defense considers
appropriate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC3683E0A61224E79A3564C7E0D06FCFA"><enum>(5)</enum><text display-inline="yes-
display-inline">such other activities as the Secretary considers
appropriate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H3B95A9C19D084A3AA2898AAED2495D3A"><enum>(c)</enum><header display-inline="yes-
display-inline">Definition of covered institute</header><text display-inline="yes-
display-inline">In this section, the term <term>covered institute</term> means a
manufacturing innovation institute that is funded by the Department of

Defense.</text></subsection></section>

<section id="HD1540E0C19DA4D349404BCECC68178D7"><enum>228.</enum><header>Research program on foreign malign influence operations</header>

<subsection id="HC486734B0AD04444A2106AA97FF2418F"><enum>(a)</enum><header>Program authorized</header><text>The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, may carry out a research program on foreign malign influence operations as part of the university research programs of the Department of Defense.</text></subsection>

<subsection id="HB083B7889D44469FB068C9CE172FCAD1"><enum>(b)</enum><header>Program objectives</header><text>The objectives of a research program carried out under subsection (a) should include the following:</text>

<paragraph id="H5F17155B2BB140B7BB15F5E024D20ADF"><enum>(1)</enum><text>Enhance the understanding of foreign malign influence operations, including activities conducted on social media platforms.</text></paragraph>

<paragraph id="HBF6B31DAFB074D4B89A8026590595FF6"><enum>(2)</enum><text>Facilitate the analysis of publicly available or voluntarily provided indicators of foreign malign influence operations.</text></paragraph>

<paragraph id="H244961F90C4D466E9BD23F65BC5C59F9"><enum>(3)</enum><text>Promote collaborative research and information exchange with relevant entities within the Department of Defense and with other agencies or nongovernmental organizations relating to foreign malign influence operations, as appropriate.</text></paragraph></subsection>

<subsection id="H3540269B12C3401396F27425F8CC1060"><enum>(c)</enum><header>Notice to Congress</header><text>Not later than 30 days before initiating a research program under subsection (a), the Secretary of Defense shall submit to the congressional defense committees notice of the intent of the Secretary to initiate such a program, which shall includeâ€"</text>

<paragraph id="H58140C094B16419BB6F0DC4BD231A440"><enum>(1)</enum><text>a detailed description of the program and any related research activities;</text></paragraph>

<paragraph id="H79D81A38D06D45A489BCF7CF32CC02BA"><enum>(2)</enum><text>the estimated cost and duration of the program; and</text></paragraph>

<paragraph id="H8A0CB7CE8A9844C2868C42DC7B59A3A5"><enum>(3)</enum><text>any other matters the Secretary determines to be relevant.</text></paragraph></subsection></section>

<section id="H3EF30AA94DA74A15AFC6B4655339A1C7" section-type="subsequent-section"><enum>229.</enum><header>Diversification of the research and engineering workforce of the Department of Defense</header>

<subsection id="HBA00E3E7B6CF4F419B7FF25A36E0BCBF"><enum>(a)</enum><header>Assessment required</header>

<paragraph id="H6AB08C3F3AA64F028EF8CF4991FA9C9B"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in consultation with the Under Secretary of Defense for Personnel and Readiness, shall conduct an assessment of critical skillsets required across, and the diversity of, the research and engineering workforce of the Department of Defense, including the science and technology reinvention laboratories, to support emerging and future warfighter technologies.</text></paragraph>

<paragraph id="HE11D15550766457CAFA054F7C34F1470"><enum>(2)</enum><header>Elements</header><text>The assessment required by paragraph (1) shall include analysis of the following:</text>

<subparagraph id="HDDD9C052032747579AE3A2393CD10DF0"><enum>(A)</enum><text>The percentage of women and minorities employed in the research and engineering workforce of the Department of Defense as of the date of the assessment.</text></subparagraph>

<subparagraph id="H9FEC9BD0FE944FE9B7229793AA1CAA33"><enum>(B)</enum><text>Of the individuals hired into the research and engineering workforce of the Department in the five years preceding the date of the assessment, the percentage of such individuals who are women and minorities.</text></subparagraph>

&lt;subparagraph id="H89E4D6E2BF4D4B03AAA50C92A23BD7C9"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;The effectiveness of existing hiring, recruitment, and retention incentives for women and minorities in the research and engineering workforce of the Department.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HD77AFC803A7D4AF8BF439A0DCC9CC2A3"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text&gt;The effectiveness of the Department in recruiting women and minorities into the laboratory workforce after such individuals complete work on Department-funded research, projects, grant projects, fellowships, and STEM programs.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H886BF528F8034E8C98569881836173BC"&gt;&lt;enum&gt;(E)&lt;/enum&gt;&lt;text&gt;The geographical diversity of the workforce across various geographic regions.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H56E36354FB484EB0AD5BCEB7771D3936"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Plan required&lt;/header&gt;

&lt;paragraph id="HD3BA2B4F48E649CABA7FDF9DC73C99E1"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;Based on the results of the assessment conducted under subsection (a), the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in consultation with the Secretaries of the military departments, shall develop and implement a plan to diversify and strengthen the research and engineering workforce of the Department of Defense.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HC647E1A80B7E41A8BD115D57E3E67116"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Elements&lt;/header&gt;&lt;text&gt;The plan required by paragraph (1) shallâ€"&lt;/text&gt;

&lt;subparagraph id="H00FD4E1F227445CFB8BE001E7FB1CA0F"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;align with science and technology strategy priorities of the Department of Defense, including the emerging and future warfighter technology requirements identified by the Department;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HBEACCD4CFCA0404B9FB960FA30463EA7"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;except as provided in subsection (c)(2), set forth steps for the implementation of each recommendation included in the 2013 report of the RAND corporation titled &lt;quote&gt;First Steps Toward Improving DoD STEM Workforce Diversity&lt;/quote&gt;;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H26F33FEE6FFC46BF8885574A02A4043B"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;harness the full range of the Departmentâ€™s STEM programs and other Department sponsored programs to develop and attract top talent;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HBF9DBE6D3EC649B4BDABD56B806203FD"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text&gt;use existing authorities to attract and retain students, academics, and other talent;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H490EA53DEFEA4382B13AC4B79E18A1BB"&gt;&lt;enum&gt;(E)&lt;/enum&gt;&lt;text&gt;establish and use contracts, agreements, or other arrangements with institutions of higher education (as defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)), including historically black colleges and universities and other minority-serving institutions (as described in section 371(a) of such Act (20 U.S.C. 1067q(a)) to enable easy and efficient access to research and researchers for Government sponsored basic and applied research and studies at each institution, including contracts, agreements, and other authorized arrangements such as those authorized underâ€"&lt;/text&gt;

&lt;clause id="H670DB74992654A409EFB9130A37F9658"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2358 note); and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H57D0B01B26E94748AFE842E03CF63DB3"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;such other authorities as the Secretary determines to be appropriate; and&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H19F31D6AAE7243ED992BC5E061A41DD5"&gt;&lt;enum&gt;(F)&lt;/enum&gt;&lt;text&gt;include recommendations for changes in authorities, regulations, policies, or any other relevant areas that would support the achievement of the goals set forth in the plan.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H939DF6262945449ABF4DB19850F128C2"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;header&gt;Submittal to congress&lt;/header&gt;&lt;text&gt;Not later than one year after the date of the enactment of this

WASHSTATEC014672

Act, the Secretary of Defense shall submit to the congressional defense committees a report that includesâ€"</text>

<subparagraph id="H927708911E2444BEAE12E6A9D4AAE149"><enum>(A)</enum><text>the plan developed under paragraph (1); and</text></subparagraph>

<subparagraph id="HD80F7A0A61B848889D353B439137F716"><enum>(B)</enum><text>with respect to each recommendation described in paragraph (2)(B) that the Secretary has implemented or expects to implementâ€"</text>

<clause id="H300A5BE4DF0B46BABE20577D19EFE7F3"><enum>(i)</enum><text>a summary of actions that have been taken to implement the recommendation; and</text></clause>

<clause id="H9D7EE210224E4700B7C42CCB3EFD9CE6"><enum>(ii)</enum><text>a schedule, with specific milestones, for completing the implementation of the recommendation.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H3DE91A68BD1547F0BB93AF763B36B8F5"><enum>(c)</enum><header>Deadline for implementation</header>

<paragraph id="H5D772997B8F54769A5EDB0760CC50F50"><enum>(1)</enum><header>In general</header><text>Except as provided in paragraph (2), not later than 18 months after the date of the enactment of this Act the Secretary of Defense shall carry out activities to implement the plan developed under subsection (b).</text></paragraph>

<paragraph id="HDF972832C92F44088A22E0509D416DEC"><enum>(2)</enum><header>Exception for implementation of certain recommendations</header>

<subparagraph id="H32BFF009EECE48A5AFDBA34A6B8FD3BE"><enum>(A)</enum><header>Delayed implementation</header><text>The Secretary of Defense may commence implementation of a recommendation described in subsection (b)(2)(B) after the date specified in paragraph (1) if the Secretary provides the congressional defense committees with a specific justification for the delay in implementation of such recommendation on or before such date.</text></subparagraph>

<subparagraph id="HB7B109D377D544B0B91E8C1C5927C8D8"><enum>(B)</enum><header>Nonimplementation</header><text>The Secretary of Defense may opt not to implement a recommendation described in subsection (b)(2)(B) if the Secretary provides to the congressional defense committees, on or before the date specified in paragraph (1)â€"</text>

<clause id="HC13CD3A0267A4C758E08BBAF47E19897"><enum>(i)</enum><text>a specific justification for the decision not to implement the recommendation; and</text></clause>

<clause id="H124FAC9C19EB4A78A823AD7099163A44"><enum>(ii)</enum><text>a summary of the alternative actions the Secretary plans to take to address the issues underlying the recommendation.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H1FD7F99417724D17BBFBE86A548C3466"><enum>(d)</enum><header>STEM defined</header><text>In this section, the term <quote>STEM</quote> means science, technology, engineering, and mathematics.</text></subsection></section>

<section id="H9CCB18A4CF834F6BB0C5CFCB98F61A49"><enum>230.</enum><header>Policy on the talent management of digital expertise and software professionals</header>

<subsection id="HF66A262177464994A8161B7FBB515294"><enum>(a)</enum><header>Policy</header>

<paragraph id="H13F4DEE8449C4FEFAA184725B25D14D3"><enum>(1)</enum><header>In general</header><text>It shall be a policy of the Department of Defense to promote and maintain digital expertise and software development as core competencies of civilian and military workforces of the Department, and as a capability to support the National Defense Strategy, which policy shall be achieved byâ€"</text>

<subparagraph id="H867BB857C5B740BEBA92A4409C091617"><enum>(A)</enum><text>the recruitment, development, and incentivization of retention in and to the civilian and military workforce of the Department of individuals with aptitude, experience, proficient expertise, or a combination thereof in digital expertise and software development;</text></subparagraph>

<subparagraph id="H4CD3A9099EC842309CD03CA9C46D88CB"><enum>(B)</enum><text>at the discretion of the Secretaries of the military departments, the development and

maintenance of civilian and military career tracks related to digital expertise, and related digital competencies for members of the Armed Forces, including the development and maintenance of training, education, talent management, incentives, and promotion policies in support of members at all levels of such career tracks; and</text></subparagraph>

<subparagraph id="HCD984A6AC1BF49C68DD32AE824158147"><enum>(C)</enum><text>the development and application of appropriate readiness standards and metrics to measure and report on the overall capability, capacity, utilization, and readiness of digital engineering professionals to develop and deliver operational capabilities and employ modern business practices.</text></subparagraph></paragraph>

<paragraph id="H2448D42793254158B08D031E4D4FFD52"><enum>(2)</enum><header>Digital engineering defined</header><text>For purposes of this section, the term <quote>digital engineering</quote> means the discipline and set of skills involved in the creation, processing, transmission, integration, and storage of digital data, including data science, machine learning, software engineering, software product management, and artificial intelligence product management.</text></paragraph></subsection>

<subsection id="HBC228F0302BA432CB69C36C3280E34CF"><enum>(b)</enum><header>Implementation plan</header><text>Not later than May 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a plan that describes how the Department of Defense will execute the policy described in subsection (a).</text></subsection>

<subsection id="HC0AC1C971A4B46F8B131C1C75B9CCF36"><enum>(c)</enum><header>Responsibility</header>

<paragraph id="HD2AB62DD49DC424887E65265FB53B764"><enum>(1)</enum><header>Appointment of officer</header><text>Not later than 270 days after the date of enactment of this Act, the Secretary of Defense may appoint a civilian official responsible for the development and implementation of the policy and implementation plan set forth in subsections (a) and (b), respectively. The official shall be known as the <quote>Chief Digital Engineering Recruitment and Management Officer of the Department of Defense</quote>.</text></paragraph>

<paragraph id="H0F265ECAF186470485C3560BEB7C4391"><enum>(2)</enum><header>Expiration of appointment</header><text>The appointment of the Officer under paragraph (1) shall expire on September 30, 2024.</text></paragraph></subsection></section>

<section id="H017CCEE93CAB493790523DE381ABA115" section-type="subsequent-section"><enum>231.</enum><header>Digital engineering capability to automate testing and evaluation</header>

<subsection id="H18890C1B8538428F93BC4D4013A0F6C8"><enum>(a)</enum><header>Digital engineering capability</header>

<paragraph id="H0338F5BAE21B46EEA518ADCDA3E4CEF2"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall establish a digital engineering capability to be usedâ€"</text>

<subparagraph id="HF63F3A56B2B84AFE90FCDA21FAB9FBB0"><enum>(A)</enum><text>for the development and deployment of digital engineering models for use in the defense acquisition process; and</text></subparagraph>

<subparagraph id="HCEA658263E6B4F3C927ED42997C05E39"><enum>(B)</enum><text>to provide testing infrastructure and software to support automated approaches for testing, evaluation, and deployment throughout the defense acquisition process.</text></subparagraph></paragraph>

<paragraph id="HD9E4C7DE299A421D8D893D88DC909BEA"><enum>(2)</enum><header>Requirements</header><text>The capability developed under subsection (a) shall meet the following requirements:</text>

<subparagraph id="HED06F699CA8244E1BC3DE6F0B5272A2C"><enum>(A)</enum><text>The capability will be accessible to, and useable by, individuals throughout the Department of Defense who have responsibilities relating to capability design, development, testing, evaluation, and operation.</text></subparagraph>

WASHSTATEC014674

```
<subparagraph id="H59EB9C96234F453F89A04B3FE0DD307C"><enum>(B)</enum><text>The
capability will provide for the development, validation, use, curation, and maintenance
of technically accurate digital systems, models of systems, subsystems, and their
components, at the appropriate level of fidelity to ensure that test activities
adequately simulate the environment in which a system will be
deployed.</text></subparagraph>

<subparagraph id="H230917C5432A46B1B26CFD42A065413E"><enum>(C)</enum><text>The
capability will include software to automate testing throughout the program life cycle,
including to satisfy developmental test requirements and operational test requirements.
Such software may be developed in accordance with the authorities provided under
section 800, and shall supportâ€"</text>

<clause id="H0836ED983B3E45B3AA9773944E86D978"><enum>(i)</enum><text>security testing
that includes vulnerability scanning and penetration testing performed by individuals,
including threat-based red team exploitations and assessments with zero-trust
assumptions; and</text></clause>

<clause id="H857D9D7CC9D34DF49E2EF543F86CABED"><enum>(ii)</enum><text>high-confidence
distribution of software to the field on a time-bound, repeatable, frequent, and
iterative basis.</text></clause></subparagraph></paragraph></subsection>

<subsection
id="H10FE8628B22A4E7F8355D9032AF43B60"><enum>(b)</enum><header>Demonstration
activities</header>

<paragraph id="H6C7D168F61F94CA8A8AC0E13CA41068E"><enum>(1)</enum><header>In
general</header><text>In developing the capability required under subsection (a), the
Secretary of Defense shall carry out activities to demonstrate digital engineering
approaches to automated testing thatâ€"</text>

<subparagraph id="HB3E8D71AA62C4CF4917A03B7AE2CAE1E"><enum>(A)</enum><text>enable
continuous software development and delivery;</text></subparagraph>

<subparagraph id="H2664008915EF4810A849A773C64A9291"><enum>(B)</enum><text>satisfy
developmental test requirements for the software-intensive programs of the Department
of Defense; and</text></subparagraph>

<subparagraph id="H6E4C26CA06AC46BC931D153BDCB38273"><enum>(C)</enum><text>satisfy
operational test and evaluation requirements for such
programs.</text></subparagraph></paragraph>

<paragraph id="HAEF54FC63DE14E3682FF5E8E92FCE9D3"><enum>(2)</enum><header>Program
selection</header><text display-inline="yes-display-inline">Not later than 180 days
after the date of the enactment of this Act, the Secretary of Defense shall assess and
select not fewer than four and not more than ten programs of the Department of Defense
to participate in the demonstration activities under paragraph (1), includingâ€"</text>

<subparagraph id="HBE634D2734294B0481B6190B5FF5CA48"><enum>(A)</enum><text display-
inline="yes-display-inline">at least one program participating in the pilot program
authorized under section 873 of the National Defense Authorization Act for Fiscal Year
2018 (Public Law 115â€"91; 10 U.S.C. 2223a note);</text></subparagraph>

<subparagraph id="HD8E129B780A5441C9A7AABF36C071AEB"><enum>(B)</enum><text display-
inline="yes-display-inline">at least one program participating in the pilot program
authorized under section 874 of such Act (Public Law 115â€"91; 10 U.S.C. 2302
note);</text></subparagraph>

<subparagraph id="H711B2894A7234064A56A05F31226E2FB"><enum>(C)</enum><text display-
inline="yes-display-inline">at least one major defense acquisition program (as defined
in section 2430 of title 10, United States Code);</text></subparagraph>

<subparagraph id="HEB2D85F031924B4DB2B3EE389D0B9C22"><enum>(D)</enum><text>at least one
command and control program;</text></subparagraph>

<subparagraph id="HF9BE5D9A28194E27AF8CFC8F30698928"><enum>(E)</enum><text>at least one
defense business system (as defined in section 2222(i) of title 10, United States
Code); and</text></subparagraph>

<subparagraph id="H287FEAD3538F4DA581F188BD4AD4C997"><enum>(F)</enum><text>at least one
program from each military service.</text></subparagraph></paragraph>
```

```
<paragraph id="H3F04424AC89D47BE8DBF10D6A909F285"><enum>(3)</enum><header>Additional
requirements</header><text display-inline="yes-display-inline">As part of the
demonstration activities under paragraph (1), the Secretary shallâ€"</text>

<subparagraph id="H204B17EA270145BEB39C5AC60E5B182E"><enum>(A)</enum><text>conduct a
comparative analysis that assesses the risks and benefits of the digital engineering
supported automated testing approaches of the programs participating in the
demonstration activities relative to traditional testing approaches that are not
supported by digital engineering;</text></subparagraph>

<subparagraph id="HE4A5DF757A5144879F25F521E5EDF4A2"><enum>(B)</enum><text>ensure that
the intellectual property strategy for each of the programs participating in the
demonstration activities is best aligned to meet the goals of the program;
and</text></subparagraph>

<subparagraph id="HA4584D6837894E4AA2364864152AA0E2"><enum>(C)</enum><text>develop a
workforce and infrastructure plan to support any new policies and guidance implemented
in connection with the demonstration activities, including any policies and guidance
implemented after the completion of such
activities.</text></subparagraph></paragraph></subsection>

<subsection id="H2D0C97EE4BC74E99A6ADF39C1A23CB47"><enum>(c)</enum><header>Policies and
guidance required</header><text>Not later than one year after the date of the enactment
of this Act, based on the results of the demonstration activities carried out under
subsection (b), the Secretary of Defense shall issue or modify policies and guidance
toâ€"</text>

<paragraph id="HDCAB835297224FE2AA8CA79141D30606"><enum>(1)</enum><text>promote the use
of digital engineering capabilities for development and for automated testing;
and</text></paragraph>

<paragraph id="HA97101A4F3F646B991FD6FAB63BFBF21"><enum>(2)</enum><text>address roles,
responsibilities, and procedures relating to such
capabilities.</text></paragraph></subsection>

<subsection id="HC83B5CFEDE4046D5959BF3C650827AB9"><enum>(d)</enum><header>Steering
committee</header>

<paragraph id="H7EFB45F488EA4CD6BA5B07F4A1CC8A13"><enum>(1)</enum><header>In
general</header><text>The Secretary of Defense shall establish a steering committee to
assist the Secretary in carrying out subsections (a) through (c).</text></paragraph>

<paragraph
id="H9FC204DADD204F468111248A8464548C"><enum>(2)</enum><header>Membership</header><text
>The steering committee shall be composed of the following members or their
designees:</text>

<subparagraph id="H1A5C7743569F4E30A4066993E9B29233"><enum>(A)</enum><text>The Under
Secretary of Defense for Research and Engineering.</text></subparagraph>

<subparagraph id="H87027EAB5C024BC7B395E64A454758B9"><enum>(B)</enum><text>The Under
Secretary of Defense for Acquisition and Sustainment.</text></subparagraph>

<subparagraph id="HC56F1701BE4F4727B68DB29A7EE9B9A7"><enum>(C)</enum><text>The Chief
Information Officer.</text></subparagraph>

<subparagraph id="H91FD50EB01A84AD99A4FFCCFBF028B1D"><enum>(D)</enum><text>The Director
of Operational Test and Evaluation.</text></subparagraph>

<subparagraph id="H568540E0B65042609D8DD6CD057F58CA"><enum>(E)</enum><text>The Director
of Cost Assessment and Program Evaluation.</text></subparagraph>

<subparagraph id="H360CDF09C74748A5A8F18F41ED32DA03"><enum>(F)</enum><text>The Service
Acquisition Executives.</text></subparagraph>

<subparagraph id="H46357F06BF6E4C5FB14E643E201DBE3B"><enum>(G)</enum><text>The Service
testing commands.</text></subparagraph>

<subparagraph id="H3AD989B7D655431683051FA1E1D0D942"><enum>(H)</enum><text>The Director
of the Defense Digital Service.</text></subparagraph></paragraph></subsection>

<subsection id="H91600B6074684391A708774F39A4FAB4"><enum>(e)</enum><header>Reports
```

WASHSTATEC014676

required</header>

<paragraph
id="H520D5C61B36949C39DF5516E186B9F63"><enum>(1)</enum><header>Implementation</header><
text>Not later than March 15, 2020, the Secretary of Defense shall submit to the
congressional defense committees a report on the progress of the Secretary in
implementing subsections (a) through (c). The report shall include an explanation of
how the results of the demonstration activities carried out under subsection (b) will
be incorporated into the policy and guidance required under subsection (c),
particularly the policy and guidance of the members of the steering committee
established under subsection (d).</text></paragraph>

<paragraph id="HC6FD9600506E4C148CBFF51F3F72A20A"><enum>(2)</enum><header>Legislative
recommendations</header><text>Not later than October 15, 2020, the Secretary of Defense
shall provide to the congressional defense committees a briefing that identifies any
changes to existing law that may be necessary to facilitate the implementation of
subsections (a) through (c).</text></paragraph></subsection>

<subsection id="HC439C28637974F94930F859CF35F0A23"><enum>(f)</enum><header>Independent
assessment</header>

<paragraph id="H6F4CAE98508344C684C9FB9578CEE390"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than March 15,
2021, the Defense Innovation Board and the Defense Science Board shall jointly complete
an independent assessment of the progress of the Secretary in implementing subsections
(a) through (c). The Secretary of Defense shall ensure that the Defense Innovation
Board and the Defense Science Board have access to the resources, data, and information
necessary to complete the assessment.</text></paragraph>

<paragraph id="HEE03BCD92C7D4C8EBA02B09C0582021A"><enum>(2)</enum><header>Information
to Congress</header><text display-inline="yes-display-inline">Not later than 30 days
after the date on which the assessment under paragraph (1) is completed, the Defense
Innovation Board and the Defense Science Board shall jointly provide to the
congressional defense committeesâ€"</text>

<subparagraph id="HACA14B27F3B54F4F9B35B47096F281B2"><enum>(A)</enum><text>a report
summarizing the assessment; and</text></subparagraph>

<subparagraph id="HB86B4B85B1D44B8E9E10E96422A340CA"><enum>(B)</enum><text>a briefing
on the findings of the
assessment.</text></subparagraph></paragraph></subsection></section>

<section id="H8AB3B34C71A849A1AB2A802C5E16B7C8" section-type="subsequent-
section"><enum>232.</enum><header>Process to align policy formulation and emerging
technology development</header>

<subsection id="H7444B007C7314971A84DB5E663B1F168"><enum>(a)</enum><header>Alignment of
policy and technological development</header><text>Not later than 180 days after the
date of the enactment of this Act, the Secretary of Defense shall establish a process
to ensure that the policies of the Department of Defense relating to emerging
technology are formulated and updated continuously as such technology is developed by
the Department.</text></subsection>

<subsection
id="H4AF81130F1D74E778831D349C10557B2"><enum>(b)</enum><header>Elements</header><text>A
s part of the process established under subsection (a), the Secretary shallâ€"</text>

<paragraph id="H70BE927C29F6432B9F4D357B02F8D1EE"><enum>(1)</enum><text>specify the
role of each covered official in ensuring that the formulation of policies relating to
emerging technology is carried out concurrently with the development of such
technology; and</text></paragraph>

<paragraph id="H2A88185309CA4BF6803D244DFDA26415"><enum>(2)</enum><text>incorporate
procedures for the continuous legal review ofâ€"</text>

<subparagraph id="HFCCC1596539A493C8EA8B6B82BB33904"><enum>(A)</enum><text>weapons and
other defense systems that incorporate or use emerging technology;
and</text></subparagraph>

<subparagraph id="H65261C83A6684658AEA0DB3D54A63120"><enum>(B)</enum><text>treaties
that may be affected by such technology.</text></subparagraph></paragraph></subsection>

```
<subsection id="H3DFC6640EC0C4FB7A9978F8D73C234DF"><enum>(c)</enum><header>Briefing
required</header><text display-inline="yes-display-inline">Not later than 30 days after
the date on which the Secretary of Defense establishes the process required under
subsection (a), the Secretary shall provide to the congressional defense committees a
briefing on such process.</text></subsection>

<subsection
id="H1A5F5F9AC7E0454F97C15A498CB03A52"><enum>(d)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="HBD809AFB8C5644E790F85A260A9AFA1B"><enum>(1)</enum><text>The term
<quote>covered official</quote> means the following:</text>

<subparagraph id="HDCE4B0A482834872A8F332544B7E9C14"><enum>(A)</enum><text>The Chairman
of the Joint Chiefs of Staff.</text></subparagraph>

<subparagraph id="H8871AB15CA404565A26586F49808D4FC"><enum>(B)</enum><text>The Under
Secretary of Defense for Research and Engineering.</text></subparagraph>

<subparagraph id="H8A24E289F000453089777B1996208FE7"><enum>(C)</enum><text>The Under
Secretary of Defense for Acquisition and Sustainment.</text></subparagraph>

<subparagraph id="H9F9D47DF24284A04BA8B302E20D5B5E0"><enum>(D)</enum><text>The Under
Secretary of Defense for Policy.</text></subparagraph>

<subparagraph id="H0146CD14FA7749CEBEF935C9EE3EA2F8"><enum>(E)</enum><text>The
commanders of combatant commands with responsibilities involving the use of weapons or
other defense systems that incorporate or use emerging technology, as determined by the
Secretary of Defense.</text></subparagraph>

<subparagraph id="H2EFB7DF03E1C44A19ADB6CE6BDC95C41"><enum>(F)</enum><text>The
Secretaries of the military departments.</text></subparagraph></paragraph>

<paragraph id="H82D1215315D448AFA39A69842714ACC0"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <quote>emerging technology</quote> means
technology determined to be in an emerging phase of development by the Secretary of
Defense, including quantum computing, technology for the analysis of large and diverse
sets of data (commonly known as <quote>big data analytics</quote>), artificial
intelligence, autonomous technology, robotics, directed energy, hypersonics,
biotechnology, and such other technology as may be identified by the
Secretary.</text></paragraph></subsection></section>

<section id="HFFC1DD0C644A4AED9FF5056CC017903A"><enum>233.</enum><header>Improvement of
the Strategic Capabilities Office of the Department of Defense</header>

<subsection
id="HF8B739A9F12C432185EEAFC5FF74A523"><enum>(a)</enum><header>Organization</header>

<paragraph id="H4E8F81A111714C0880990CFB528D1C7E"><enum>(1)</enum><header>Authority of
Deputy Secretary of Defense</header><text>The Deputy Secretary of Defense shall
exercise authority and direction over the Strategic Capabilities Office of the
Department of Defense (referred to in this section as the
<quote>Office</quote>).</text></paragraph>

<paragraph id="HF34E6B427EFE4423ACB832987B6CF9B9"><enum>(2)</enum><header>Authority of
Director</header><text>The Director of the Office shall report directly to the Deputy
Secretary of Defense.</text></paragraph>

<paragraph
id="HE0694496D30446169F6D92B89E147C34"><enum>(3)</enum><header>Delegation</header><text
>In exercising authority and direction over the Office under subsection (a), the Deputy
Secretary of Defense may delegate administrative, management, and other duties to the
Director of the Defense Advanced Research Projects Agency, as needed, to effectively
and efficiently execute the mission of the Office.</text></paragraph></subsection>

<subsection id="H2550985A8D674072AF4FE9C2042A266D"><enum>(b)</enum><header>Cross-
functional teams</header>

<paragraph
id="H3A1AEC2507494E998A1F4D667D68364D"><enum>(1)</enum><header>Establishment</header><t
ext>Not later than 180 days after the date of enactment of this Act, the Deputy
Secretary of Defense shall establish the following cross-functional teams to improve
```

WASHSTATEC014678

the effectiveness of the Office:</text>

<subparagraph id="H2D5A704668C94D978F640237AE494A5D"><enum>(A)</enum><text>A transition cross-functional team to improve the efficiency and effectiveness with which the programs of the Office may be transitioned intoâ€"</text>

<clause id="H257A5E5B0355444B8BF06D788D623054"><enum>(i)</enum><text display-inline="yes-display-inline">research and development programs of the military services and other agencies of the Department of Defense; and </text></clause>

<clause id="H1930A06218A54B359091B02F82F75CC4"><enum>(ii)</enum><text display-inline="yes-display-inline">programs of such services and agencies in operational use.</text></clause></subparagraph>

<subparagraph id="HFBC56396FABB40DB9AEEB6AA12BAEC54"><enum>(B)</enum><text>A technical cross functional team to improve the continuous technical assessment and review of the programs of the Office during program selection and execution.</text></subparagraph></paragraph>

<paragraph id="HD184BF089B9946C697D302A22D81F56D"><enum>(2)</enum><header>Membership</header><text>The Deputy Secretary of Defense shall select individuals to serve on the cross-functional teams described in paragraph (1) from among individuals in the defense research and engineering enterprise, acquisition community, Joint Staff, combatant commands, and other organizations, as determined to be appropriate by the Deputy Secretary.</text></paragraph></subsection></section>

<section id="H7F4E1A1175C24EEFB3DA35FCDAC070F7"><enum>234.</enum><header>Pilot program on enhanced civics education</header>

<subsection id="H46CBF7CC6886469DB0D850B323CE52BB"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense, in consultation with the Secretary of Education, shall carry out a pilot program under which the Secretary provides enhanced educational support and funding to eligible entities to improve civics education programs taught by such entities.</text></subsection>

<subsection id="H5BE39FCDEA2045658CEB51AC8EB18863"><enum>(b)</enum><header>Purpose</header><text>The purpose of the pilot program is to provide enhanced civics education on the following topics:</text>

<paragraph id="HD54742A301DC49B79C81628A0FA1EB9F"><enum>(1)</enum><text>Critical thinking and media literacy.</text></paragraph>

<paragraph id="H08D4D08DAD6B43C4846A75FF87A24520"><enum>(2)</enum><text>Voting and other forms of political and civic engagement.</text></paragraph>

<paragraph id="HEF1E66DEFA9D473EB848C1FC8802214D"><enum>(3)</enum><text>Interest in employment, and careers, in public service.</text></paragraph>

<paragraph id="HB0EFE52E4E884B77A0F8934F7F53CEE0"><enum>(4)</enum><text>Understanding of United States law, history, and Government.</text></paragraph>

<paragraph id="HE3D680E585744A95834B30A8D7D20D7B"><enum>(5)</enum><text>The ability of participants to collaborate and compromise with others to solve problems.</text></paragraph></subsection>

<subsection id="H32B5754FBF2C41AD8887A952ED55E095"><enum>(c)</enum><header>Considerations</header><text display-inline="yes-display-inline">In carrying out the pilot program, the Secretary of Defense shall consider innovative approaches for improving civics education.</text></subsection>

<subsection id="H87662BBF4E0B4A7BBB7E929054850302"><enum>(d)</enum><header>Metrics and evaluations</header><text>The Secretary of Defense shall establish metrics and undertake evaluations to determine the effectiveness of the pilot program, including each of the activities carried out under subsection (e).</text></subsection>

<subsection id="H1EA770E8426D42EFAC6951CD1D40CAE1"><enum>(e)</enum><header>Types of support authorized</header><text>Under the pilot program the Secretary of Defenseâ€"</text>

```
<paragraph id="H8A83E9A7604749D899D9FEE7B9B4B936"><enum>(1)</enum><text>shall provide
support to eligible entities to address, at a minimumâ€"</text>

<subparagraph id="H31A843BDCB79450F99CFB85DEA0B8FC0"><enum>(A)</enum><text>the
development or modification of curricula relating to civics
education;</text></subparagraph>

<subparagraph id="H58F1769DAB604B9E9DB537F068BE123C"><enum>(B)</enum><text>classroom
activities, thesis projects, individual or team projects, internships, or community
service activities relating to civics;</text></subparagraph>

<subparagraph
id="H9392C7DE2B89451C8F796590E2B2C0A2"><enum>(C)</enum><text>collaboration with
government entities, nonprofit organizations, or consortia of such entities and
organizations to provide participants with civics-related
experiences;</text></subparagraph>

<subparagraph id="H42732A84D0FA4FA39B69D8628EB75995"><enum>(D)</enum><text>civics-
related faculty development programs;</text></subparagraph>

<subparagraph id="H6597BE2B494B450B8E51148267E11E0D"><enum>(E)</enum><text>recruitment
of educators who are highly qualified in civics education to teach civics or to assist
with the development of curricula for civics education;</text></subparagraph>

<subparagraph id="H59B7CADFD172455B98410633B84BD201"><enum>(F)</enum><text>presentation
of seminars, workshops, and training for the development of skills associated with
civic engagement;</text></subparagraph>

<subparagraph id="H9C70AA7412A2472FA1368247F70EE92A"><enum>(G)</enum><text>activities
that enable participants to interact with government officials and
entities;</text></subparagraph>

<subparagraph id="H978346866B48439AA41F5DD301A18589"><enum>(H)</enum><text>expansion of
civics education programs and outreach for members of the Armed Forces, dependents and
children of such members, and employees of the Department of Defense;
and</text></subparagraph>

<subparagraph
id="HF5AF9B22A4D24C5E950958F71B945D3E"><enum>(I)</enum><text>opportunities for
participants to obtain work experience in fields relating to civics;
and</text></subparagraph></paragraph>

<paragraph id="H6BBD32E194264EFC8042EA0CA196C807"><enum>(2)</enum><text>may provide any
other form of support the Secretary determines to be appropriate to enhance the civics
education taught by eligible entities.</text></paragraph></subsection>

<subsection
id="HECADAF7F7F62479D9629DEDBBF3A21F5"><enum>(f)</enum><header>Report</header><text>Not
later than 180 days after the conclusion of the first full academic year during which
the pilot program is carried out, the Secretary of Defense shall submit to the
congressional defense committees a report that includesâ€"</text>

<paragraph id="HBF3752F3B2F3443CBAE7193EE6A9224B"><enum>(1)</enum><text>a description
of the pilot program, including the a description of the specific activities carried
out under subsection (e); and</text></paragraph>

<paragraph id="HF1A9DF4930644CA38DAB92C0A1CD42E3"><enum>(2)</enum><text>the metrics and
evaluations used to assess the effectiveness of the program as required under
subsection (d).</text></paragraph></subsection>

<subsection
id="H2838F99312D643FE8876B54CC8D5D45C"><enum>(g)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H9F66522CFE204775ABB43AED431B4BE4"><enum>(1)</enum><text>The term
<quote>civics education program</quote> means an educational program that provides
participants withâ€"</text>

<subparagraph id="HF186A9CF11C8415E8807C84A85192A1F"><enum>(A)</enum><text>knowledge of
law, government, and the rights of citizens; and</text></subparagraph>

<subparagraph id="H18E0380081C7464EBF9DCDEAB465CD64"><enum>(B)</enum><text>skills that
```

WASHSTATEC014680

```
enable participants to responsibly participate in
democracy.</text></subparagraph></paragraph>

<paragraph id="H575F392CD3CD4753BD21A938B85AD40F"><enum>(2)</enum><text>The term
<quote>eligible entity</quote> means any of following:</text>

<subparagraph id="H3A27ECA224DB4E66B17E9270DBFF0B95"><enum>(A)</enum><text>A local
education agency that hosts a unit of the Junior Reserve Officersâ€™ Training
Corps.</text></subparagraph>

<subparagraph id="HE884DB05361D4449A1D32DDAD3399CC7"><enum>(B)</enum><text>A school
operated by the Department of Defense Education
Activity.</text></subparagraph></paragraph></subsection></section>

<section id="HBD07556620594D65901BA6C7DDD58F84" section-type="subsequent-
section"><enum>235.</enum><header>Technology and national security fellowship</header>

<subsection commented="no" display-inline="no-display-inline"
id="H1C113F36F08340E29D3E1366A5A58D23"><enum>(a)</enum><header display-inline="yes-
display-inline">Fellowship program</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HA1E5B2F5DFDE4A9D924EAEF4D98ED1B9"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of Defense, acting through the Under Secretary of Defense for Research and
Engineering, may establish a civilian fellowship program designed to place eligible
individuals within the Department of Defense and Congress to increase the number of
national security professionals with science, technology, engineering, and mathematics
credentials employed by the Department.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB6A5A75A88F24F11951446F21551BEEF"><enum>(2)</enum><header display-inline="yes-
display-inline">Designation</header><text display-inline="yes-display-inline">The
fellowship program established under paragraph (1) shall be known as the
<quote>Technology and National Security Fellowship</quote> (in this section referred to
as the <quote>fellows program</quote>).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7E39FE93768244DA9FED286329983931"><enum>(3)</enum><header display-inline="yes-
display-inline">Assignments</header><text display-inline="yes-display-inline">Each
individual selected for participation in the fellows program shall be assigned to a one
year position withinâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAF7E66B0C6274777AB9C36913DFBAA64"><enum>(A)</enum><text display-inline="yes-
display-inline">the Department of Defense; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5BE5255EF53A40DABAA4711241841F32"><enum>(B)</enum><text display-inline="yes-
display-inline">a congressional office with emphasis on defense and national security
matters.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H09EE1160D1114A6F8C156610B20B9873"><enum>(4)</enum><header display-inline="yes-
display-inline">Pay and benefits</header><text display-inline="yes-display-inline">To
the extent practicable, each individual assigned to a position under paragraph
(3)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8909D4CA451F48EA98B1262565AB0998"><enum>(A)</enum><text display-inline="yes-
display-inline">shall be compensated at a rate of basic pay that is equivalent to the
rate of basic pay payable for a position at level 10 of the General Schedule;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H29DD5BDF8CF54EFAAE5419933022E1D8"><enum>(B)</enum><text display-inline="yes-
display-inline">shall be treated as an employee of the United States during the
assignment.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0E493492A3DA446B8E643EB3ECE53166"><enum>(b)</enum><header display-inline="yes-
```

```
display-inline">Eligible individuals</header><text display-inline="yes-display-
inline"/>

<paragraph id="H5E9B77EDFEDE44F0AEDCC77B9F583208"><enum>(1)</enum><header>Eligibility
for DOD assignment</header><text>Subject to subsection (e), an individual eligible for
an assignment in the Department of Defense under subsection (a)(3)(A) is an individual
whoâ€"</text>

<subparagraph id="HD40DDE05C84C45C79C5A048FB6D3A046" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">is a citizen
of the United States; and</text></subparagraph>

<subparagraph id="H3338D3738EF0440C8D3F4C25BD586949" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><text display-inline="yes-display-
inline">eitherâ€"</text>

<clause id="H322876213D8C41C981720D25BAD9FDB0" commented="no" display-inline="no-
display-inline"><enum>(i)</enum><text display-inline="yes-display-inline">expects to be
awarded a bachelor's degree, associate's degree, or graduate degree that, as determined
by the Secretary, focuses on science, technology, engineering, or mathematics course
work not later than 180 days after the date on which the individual submits an
application for participation in the fellows program;</text></clause>

<clause id="H18638F9238E042DDA7FEF685AAA3A119" commented="no" display-inline="no-
display-inline"><enum>(ii)</enum><text display-inline="yes-display-inline">possesses a
bachelor's degree, associate's degree, or graduate degree that, as determined by the
Secretary, focuses on science, technology, engineering, or mathematics course work;
or</text></clause>

<clause id="H84A96C5F84B04A8D9CC321D1773A00F8"><enum>(iii)</enum><text display-
inline="yes-display-inline">is an employee of the Department of Defense and possesses a
bachelor's degree, associate's degree, or graduate degree that, as determined by the
Secretary, focuses on science, technology, engineering, or mathematics course
work.</text></clause></subparagraph></paragraph>

<paragraph id="HA9756EAA5C234AC9800AAB1E60FC9C03"><enum>(2)</enum><header>Eligibility
for congressional assignment</header><text display-inline="yes-display-inline">Subject
to subsection (e), an individual eligible for an assignment in a congressional office
under subsection (a)(3)(B) is an individual whoâ€"</text>

<subparagraph id="H15ADC540C9CB47CD951E943D38AA29F2"><enum>(A)</enum><text>meets the
requirements specified in paragraph (1); and</text></subparagraph>

<subparagraph id="HF8A07D45A5964EB48EACA80835486AAB"><enum>(B)</enum><text>has not less
than 3 years of relevant work experience in the field of science, technology,
engineering, or mathematics.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H63AC9AA3BE9F4BBB83398018099F477A"><enum>(c)</enum><header display-inline="yes-
display-inline">Application</header><text display-inline="yes-display-inline">Each
individual seeking to participate in the fellows program shall submit to the Secretary
an application therefor at such time and in such manner as the Secretary shall
specify.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H1E02D3AF10A84EA983BCF56C1FB094AD"><enum>(d)</enum><header display-inline="yes-
display-inline">Coordination</header><text display-inline="yes-display-inline">In
carrying out this section, the Secretary may consider working through the following
entities:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE4344B0FB7FF41CBBF6BA2235063AD31"><enum>(1)</enum><text display-inline="yes-
display-inline">The National Security Innovation Network.</text></paragraph>

<paragraph
id="HD84E22DE621F48F78C46B03EE1B06650"><enum>(2)</enum><text>Universities.</text></para
graph>

<paragraph id="H7369D7F00E9E4541806CE73D403E6185"><enum>(3)</enum><text display-
inline="yes-display-inline">Science and technology reinvention laboratories and test
and evaluation centers of the Department of Defense.</text></paragraph>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="H9114818080334448B5F99B1911729DDC"><enum>(4)</enum><text display-inline="yes-
display-inline">Other organizations of the Department of Defense or public and private
sector organizations, as determined appropriate by the
Secretary.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H8BF0CDCC0645411ABE6A1128BA59C3CC"><enum>(e)</enum><header display-inline="yes-
display-inline">Modifications to fellows program</header><text display-inline="yes-
display-inline">The Secretary may modify the terms and procedures of the fellows
program in order to better achieve the goals of the program and to support workforce
needs of the Department of Defense.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4731E80F50E349F8A74EC6C1E2453517"><enum>(f)</enum><header display-inline="yes-
display-inline">Consultation</header><text display-inline="yes-display-inline">The
Secretary may consult with the heads of the agencies, components, and other elements of
the Department of Defense, Members and committees of Congress, and such institutions of
higher education and private entities engaged in work on national security and emerging
technologies as the Secretary considers appropriate for purposes of the fellows
program, including with respect to assignments in the fellows
program.</text></subsection></section>

<section id="H1F6AD0C79FB9437882A4215A266D030F" section-type="subsequent-
section"><enum>236.</enum><header>Documentation relating to the Advanced Battle
Management System</header>

<subsection
id="H0EB4763328994848A4F44059800784E2"><enum>(a)</enum><header>Documentation
required</header><text>Not later than the date specified in subsection (b), the
Secretary of the Air Force shall submit to the congressional defense committees the
following documentation relating to the Advanced Battle Management System:</text>

<paragraph id="HCBDB52D7373C49A6B0ED12AEB83D7ACB"><enum>(1)</enum><text>A list that
identifies each program, project, and activity that contributes to the architecture of
the Advanced Battle Management System.</text></paragraph>

<paragraph id="HCDBD51C4FFC0424FBB2D638E5C356848"><enum>(2)</enum><text>The final
analysis of alternatives for the Advanced Battle Management System.</text></paragraph>

<paragraph id="H86B7F398184345A8878CECF53D5C44BA"><enum>(3)</enum><text>The
requirements for the networked data architecture necessary for the Advanced Battle
Management System to provide multidomain command and control and battle management
capabilities and a development schedule for such
architecture.</text></paragraph></subsection>

<subsection id="H63C01C9506A1460481769944F167DB4F"><enum>(b)</enum><header>Date
specified</header><text>The date specified in this subsection is the earlier
ofâ€"</text>

<paragraph id="H3C9EA56697F54BBEB0A6D9B17E2ABA75"><enum>(1)</enum><text>the date that
is 180 days after the date on which the final analysis of alternatives for the Advanced
Battle Management System is completed; or</text></paragraph>

<paragraph id="H97CAC79B73184C88BB6D1DD5D14A169D"><enum>(2)</enum><text>June 1,
2020.</text></paragraph></subsection>

<subsection id="HBA5FE7A1B4784C00BE57B268490D3D66"><enum>(c)</enum><header>Advanced
Battle Management System defined</header><text>In this section, the term
<quote>Advanced Battle Management System</quote> means the Advanced Battle Management
System of Systems capability of the Air Force, including each program, project, and
activity that contributes to such capability.</text></subsection></section>

<section id="H80E016F0D7C84234BF8C2C6EBA1D8548" section-type="subsequent-
section"><enum>237.</enum><header>Sensor data integration for fifth generation
aircraft</header>

<subsection id="H487E54AAA4B24F3C90AE8A0727E5CB76"><enum>(a)</enum><header>Fâ€"35
sensor data</header><text display-inline="yes-display-inline">The Secretary of Defense
shall ensure thatâ€"</text>
```

```
<paragraph id="H7DD4BE18BDD2415DA969A0BEF877B73A"><enum>(1)</enum><text display-
inline="yes-display-inline">information collected by the passive and active on-board
sensors of the Fâ€"35 Joint Strike Fighter aircraft is capable of being shared, in real
time, with joint service users in cases in which the Joint Force Commander determines
that sharing such information would be operationally advantageous;
and</text></paragraph>

<paragraph id="H21158626AA2E4987AE1C118C79E9A2A7"><enum>(2)</enum><text display-
inline="yes-display-inline">the Secretary has developed achievable, effective, and
suitable concepts and supporting technical architectures to collect, store, manage, and
disseminate information collected by such sensors.</text></paragraph></subsection>

<subsection id="HC005F8AFCFEC45418FF07C5804984FCA"><enum>(b)</enum><header>GAO study
and report</header>

<paragraph
id="H6BD8A2E9DA504D3690D66EC0A7017D69"><enum>(1)</enum><header>Study</header><text
display-inline="yes-display-inline">The Comptroller General of the United States shall
conduct a study of the sensor data collection and dissemination capability of fifth
generation aircraft of the Department of Defense.</text></paragraph>

<paragraph
id="HEF75269D7AE44C88A5AD0551DF0A4B2D"><enum>(2)</enum><header>Elements</header><text
display-inline="yes-display-inline">The study required by paragraph (1) shall include
an assessment of the followingâ€"</text>

<subparagraph id="H29C03EC3392F4722ACCC3D290A98C7DA"><enum>(A)</enum><text display-
inline="yes-display-inline">the extent to which the Department has established
doctrinal, organizational, or technological methods of managing the large amount of
sensor data that is currently collected and which may be collected by existing and
planned advanced fifth generation aircraft;</text></subparagraph>

<subparagraph id="H7E795467F052498F93236AC469FF878C"><enum>(B)</enum><text display-
inline="yes-display-inline">the status of the existing sensor data collection, storage,
dissemination, and management capability and capacity of fifth generation aircraft,
including the Fâ€"35, the Fâ€"22, and the Bâ€"21; and</text></subparagraph>

<subparagraph id="H0AA21C47BD0C4EA3AED03CBED734B672"><enum>(C)</enum><text>the ability
of the Fâ€"35 aircraft and other fifth generation aircraft to share information
collected by the aircraft in real-time with other joint service users as described in
subsection (a)(1).</text></subparagraph></paragraph>

<paragraph id="HDF2C9C88A3294CE3BBECE8CE277710A7"><enum>(3)</enum><header>Study
results</header>

<subparagraph id="HB8AB458399A647FFA270D278FF8B5854"><enum>(A)</enum><header>Interim
briefing</header><text>Not later than 180 days after the date of the enactment of this
Act, the Comptroller General shall provide to the congressional defense committees a
briefing on the preliminary findings of the study conducted under this
subsection.</text></subparagraph>

<subparagraph id="HF542C7424CC949F78733BCE13F554327"><enum>(B)</enum><header>Final
results</header><text display-inline="yes-display-inline">The Comptroller General shall
provide the final results of the study conducted under this subsection to the
congressional defense committees at such time and in such format as is mutually agreed
upon by the committees and the Comptroller General at the time of the briefing under
subparagraph (A).</text></subparagraph></paragraph></subsection></section>

<section id="H032D719852F44961A0997C25BBAB9D0F" section-type="subsequent-
section"><enum>238.</enum><header>Sense of Congress on future vertical lift
technologies</header><text display-inline="no-display-inline">It is the sense of
Congress that the Army should continue to invest in research, development, test, and
evaluation programs to mature future vertical lift technologies, including programs to
improve pilot situational awareness, increase flight operations safety, and reduce
operation and maintenance costs.</text></section>

<section commented="no" display-inline="no-display-inline"
id="HFA8D50E8551F4C8FBBFBB7312C85569D" section-type="subsequent-
section"><enum>239.</enum><header display-inline="yes-display-inline">Use of funds for
Strategic Environmental Research Program, Environmental Security Technical
```

WASHSTATEC014684

Certification Program, and Operational Energy Capability Improvement</header><text display-inline="no-display-inline">Of the funds authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4201 for the Strategic Environmental Research Program, Operational Energy Capability Improvement, and the Environmental Security Technical Certification Program, the Secretary of Defense shall, acting through the Under Secretary of Defense for Acquisition and Sustainment, expend amounts as follows:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB05BF01A44E44474BBE7CE0A819DDF29"><enum>(1)</enum><text display-inline="yes-display-inline">Not less than $10,000,000 on the development and demonstration of long duration on-site energy battery storage for distributed energy assets.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H98BD9682818D48EB9AED25042DF34BB3"><enum>(2)</enum><text display-inline="yes-display-inline">Not less than $10,000,000 on the development, demonstration, and validation of non-fluorine based firefighting foams.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H25FF2053079646AC9E9D164BD86CE952"><enum>(3)</enum><text display-inline="yes-display-inline">Not less than $10,000,000 on the development, demonstration, and validation of secure microgrids for both installations and forward operating bases.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF8FD62FA314E4BFFA71E39F763BC5FE6"><enum>(4)</enum><text display-inline="yes-display-inline">Not less than $1,000,000 on the development, demonstration, and validation of technologies that can harvest potable water from air.</text></paragraph></section>

<section id="H3F54E8EDCD5E49AC904A16D2A9BD59DD"><enum>240.</enum><header>Limitation and report on Indirect Fire Protection Capability Increment 2 capability</header>

<subsection commented="no" display-inline="no-display-inline" id="H9EEFA2AE71C6449EB44E4E76BC4B41A6"><enum>(a)</enum><header display-inline="yes-display-inline">Limitation and report on Indirect Fire Protection Capability Increment 2</header><text display-inline="yes-display-inline">Not more than 50 percent of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Army may be obligated or expended for research, development, test, and evaluation for the Indirect Fire Protection Capability Increment 2 capability until the Secretary of the Army submits to the congressional defense committees a report on the Indirect Fire Protection Capability Increment 2 program that contains the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HA0B55A23A9ED4BE0A8B9987A4FB8D5B7"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of whether the requirements previously established for the enduring program meet the anticipated threat at the time of planned initial operating capability and fully operating capability.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1085C8977D2240388D2CC54ED0348019"><enum>(2)</enum><text display-inline="yes-display-inline">A list of candidate systems considered to meet the Indirect Fire Protection Capability Increment 2 enduring requirement, including those fielded or in development by the Army and other elements of the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H84DDF7C388CB4488926E273514F85E32"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of each candidate system's capability against representative threats.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H68F0747D342248A0886CE039F182D182"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of other relevant specifications of each candidate system, including cost of development, cost per round if applicable, technological maturity, and logistics and sustainment.</text></paragraph>

WASHSTATEC014685

```
<paragraph commented="no" display-inline="no-display-inline"
id="H71534FD8B5E34157B1FBBE618C7DB6A9"><enum>(5)</enum><text display-inline="yes-
display-inline">A plan for how the Army will integrate the chosen system or systems
into the Integrated Air and Missile Defense Battle Command System.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5C60F581910C4948BD3CF67C035A84F1"><enum>(6)</enum><text>An assessment of the
results of the performance, test, evaluation, integration, and interoperability of
batteries one and two of the interim solution.</text></paragraph></subsection>

<subsection id="H3F8F55991DC942F3B901DB25D4B46DD6"><enum>(b)</enum><header>Notification
required</header><text display-inline="yes-display-inline">Not later than 10 days after
the date on which the President submits the annual budget request of the President for
fiscal year 2021 pursuant to section 1105 of title 31, United States Code, the
Secretary of the Defense shall, without delegation, submit to the congressional defense
committees a notification identifying the military services or agencies that will be
responsible for the conduct of air and missile defense in support of joint campaigns as
it applies to defense against current and emerging missile threats. The notification
shall identify the applicable programs of record to address such threats, including
each class of cruise missile threat.</text></subsection></section></subtitle>

<subtitle id="H6887121CE3924B47A1DAA772ED4B2535"><enum>C</enum><header>Plans, Reports,
and Other Matters</header>

<section id="HB4755718B60C45B4800F5A1915ED7577" section-type="subsequent-
section"><enum>251.</enum><header>Master plan for implementation of authorities
relating to science and technology reinvention laboratories</header>

<subsection id="H2228C72A5C574441B4294B569A0EF588"><enum>(a)</enum><header>Plan
required</header><text display-inline="yes-display-inline">The Secretary of Defense,
jointly with the Secretaries of the military departments and in consultation with the
Under Secretary of Defense for Research and Engineering, shall develop a master plan
for using existing authorities to strengthen and modernize the workforce and
capabilities of the science and technology reinvention laboratories of the Department
of Defense (referred to in this section as the <quote>laboratories</quote>) to enhance
the ability of the laboratories to execute missions in the most efficient and effective
manner.</text></subsection>

<subsection
id="H6807EDA749B44A07BB4321D765DE5061"><enum>(b)</enum><header>Elements</header><text
display-inline="yes-display-inline">The master plan required under subsection (a) shall
include, with respect to the laboratories, the following:</text>

<paragraph id="H0D0EC36BEFCE45B786BAB3CB68D2A8F5"><enum>(1)</enum><text>A summary of
hiring and staffing deficiencies at laboratories, by location, and the effect of such
deficiencies on the ability of the laboratoriesâ€"</text>

<subparagraph id="H52BCE32A04024EA9BBB9076367DDE91F"><enum>(A)</enum><text>to meet
existing and future requirements of the Department of Defense;
and</text></subparagraph>

<subparagraph id="H4BD3C2164E1D4A2E916E51AEE4F476A0"><enum>(B)</enum><text>to recruit
and retain qualified personnel.</text></subparagraph></paragraph>

<paragraph id="HA4C866D50E1B4DB0A2D8DA4559A525EB"><enum>(2)</enum><text display-
inline="yes-display-inline">A summary of existing and emerging military research,
development, test, and evaluation mission areas requiring the use of the
laboratories.</text></paragraph>

<paragraph id="H6032265FC5314C1086EF9C9749BDFC1A"><enum>(3)</enum><text>An explanation
of the laboratory staffing capabilities required for each mission area identified under
paragraph (2).</text></paragraph>

<paragraph id="HCB51BED614AC49BA8F7597273C20CF13"><enum>(4)</enum><text>Identification
of specific projects, including hiring efforts and management reforms, that will be
carried outâ€"</text>

<subparagraph id="H595FBD7F53734E9BBD3971E847A6DD65"><enum>(A)</enum><text>to address
the deficiencies identified in paragraph (1); and</text></subparagraph>

<subparagraph id="H940939EDF35244C69134DCB32C5B19E5"><enum>(B)</enum><text>to support
```

the existing and emerging mission areas identified in paragraph
(2).</text></subparagraph></paragraph>

<paragraph id="H1A312331705B4638B0C5EF52AF8F5A38"><enum>(5)</enum><text display-
inline="yes-display-inline">For each project identified under paragraph (4)â€"</text>

<subparagraph id="H4D21C64AC80844FDB9D28BE126658742"><enum>(A)</enum><text>a summary of
the plan for the project;</text></subparagraph>

<subparagraph id="H371FA54102404306B09625769E490D2C"><enum>(B)</enum><text>a
description of the resources that will be applied to the project;
and</text></subparagraph>

<subparagraph id="H40DB1042D31844819BB039407F117AA4"><enum>(C)</enum><text>a schedule
of required investments that will be made as part of the
project.</text></subparagraph></paragraph>

<paragraph id="H4A5C6EFBADD14EAA8E01BC2A6B76C1A1"><enum>(6)</enum><text display-
inline="yes-display-inline">A description of how the Department, including each
military department concerned, will carry out the projects identified in paragraph (4)
using existing authorities.</text></paragraph>

<paragraph id="HFE88865877844B4794EC10830A79ECDC"><enum>(7)</enum><text display-
inline="yes-display-inline">Identification of any statutory, regulatory, or management-
related barriers to implementing the master plan and a description of policy and
legislative options that may be applied to address such
barriers.</text></paragraph></subsection>

<subsection
id="HA99C70ECDD0B40DE9BF88F8FC8A2F0AF"><enum>(c)</enum><header>Consultation</header><te
xt display-inline="yes-display-inline">In developing the master plan required under
subsection (a), the Secretary of Defense, the Secretaries of the military departments,
and the Under Secretary of Defense for Research and Engineering shall consult
withâ€"</text>

<paragraph id="H75325B69DA4D4D47BCB4CAABB3A70386"><enum>(1)</enum><text>the Service
Acquisition Executives with responsibilities relevant to the
laboratories;</text></paragraph>

<paragraph id="H20CE98144FD442C689F993F53685C05D"><enum>(2)</enum><text display-
inline="yes-display-inline">the commander of each military command with
responsibilities relating to research and engineering that is affected by the master
plan; and</text></paragraph>

<paragraph id="H6BEAF6CC3AE14A0D98496683FC6E401A"><enum>(3)</enum><text display-
inline="yes-display-inline">any other officials determined to be relevant by the
Secretary of Defense, the Secretaries of the military departments, and the Under
Secretary of Defense for Research and Engineering.</text></paragraph></subsection>

<subsection id="H76EE9A2E333C4254B0427DFF84FF545D"><enum>(d)</enum><header>Final
report</header><text display-inline="yes-display-inline">Not later than October 30,
2020, the Secretary of Defense, jointly with the Secretaries of the military
departments and in consultation with the Under Secretary of Defense for Research and
Engineering, shall submit to the congressional defense committeesâ€"</text>

<paragraph id="H6D7C221EEA364F26856054138BF0E056"><enum>(1)</enum><text>the master plan
developed under subsection (a);</text></paragraph>

<paragraph id="H06B3F0E951D445C6B3549938B4AFE03E"><enum>(2)</enum><text>a report on the
activities carried out under this section; and</text></paragraph>

<paragraph id="H7AA356B4CA5543589F88D6DB11CC1BB1"><enum>(3)</enum><text display-
inline="yes-display-inline">a report that identifies any barriers that prevent the full
use and implementation of existing authorities, including any barriers presented by the
policies, authorities, and activities ofâ€"</text>

<subparagraph
id="H42594F02FC634CF0A2936786755543CA"><enum>(A)</enum><text>organizations and elements
of the Department of Defense; and</text></subparagraph>

<subparagraph
id="HF49E96F4C93A4BB89BED5ADE59C8F631"><enum>(B)</enum><text>organizations outside the

Department.</text></subparagraph></paragraph></subsection></section>

<section id="H5F66106EFE2C427ABE0225EF12569C8F"><enum>252.</enum><header>Infrastructure to support research, development, test, and evaluation missions</header>

<subsection id="H3BA76926053C40C4838D10E7629200AD"><enum>(a)</enum><header>Master plan required</header><text>The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in coordination with the Secretaries of the military departments, shall develop and implement a master plan that addresses the research, development, test, and evaluation infrastructure and modernization requirements of the Department of Defense, including the science and technology reinvention laboratories and the facilities of the Major Range and Test Facility Base.</text></subsection>

<subsection id="H9F4215804DAC467CBD3BDCB72902C1D7"><enum>(b)</enum><header>Elements</header><text>The master plan required under subsection (a) shall include, with respect to the research, development, test, and evaluation infrastructure of the Department of Defense, the following:</text>

<paragraph id="HF913076F9A094368AE788884F1913C7D"><enum>(1)</enum><text>A summary of deficiencies in the infrastructure, by location, and the effect of the deficiencies on the ability of the Departmentâ€"</text>

<subparagraph id="H6CC0ABBEC561461E9440799E03B16B8B"><enum>(A)</enum><text>to meet current and future military requirements identified in the National Defense Strategy;</text></subparagraph>

<subparagraph id="HA8219F2C8E904FDB8780D994D4E03D9E"><enum>(B)</enum><text>to support science and technology development and acquisition programs; and</text></subparagraph>

<subparagraph id="HD04B0C56570C4BDA9758D19D8C03809C"><enum>(C)</enum><text>to recruit and train qualified personnel.</text></subparagraph></paragraph>

<paragraph id="H779D8A03744F4B3CB119E87B8A567CD8"><enum>(2)</enum><text>A summary of existing and emerging military research, development, test, and evaluation mission areas, by location, that require modernization investments in the infrastructureâ€"</text>

<subparagraph id="HBB5CC3EBE70141CA9C114304575E64DB"><enum>(A)</enum><text>to improve operations in a manner that may benefit all users;</text></subparagraph>

<subparagraph id="H223092A6AAC8453EBB1BE2855FA7FE39"><enum>(B)</enum><text>to enhance the overall capabilities of the research, development, test, and evaluation infrastructure, including facilities and resources;</text></subparagraph>

<subparagraph id="H44987B1909AD4376B3E39C2140208786"><enum>(C)</enum><text>to improve safety for personnel and facilities; and</text></subparagraph>

<subparagraph id="H08F9DB3C735249FA9A99AD54A3FE78C3"><enum>(D)</enum><text>to reduce the long-term cost of operation and maintenance.</text></subparagraph></paragraph>

<paragraph id="HA0D7D98C9E6E42E18BED7076DA822CC9"><enum>(3)</enum><text>Identification of specific infrastructure projects that are required to address the infrastructure deficiencies identified under paragraph (1) or to support the existing and emerging mission areas identified under paragraph (2).</text></paragraph>

<paragraph id="HF90D23EC848749928AB4ABB34E52FE57"><enum>(4)</enum><text>For each project identified under paragraph (3)â€"</text>

<subparagraph id="H9B3915B01A5E455BACC03DB59305C009"><enum>(A)</enum><text>a description of the scope of work;</text></subparagraph>

<subparagraph id="HF3F57D3250734C80BD0505D671E5623F"><enum>(B)</enum><text>a cost estimate;</text></subparagraph>

<subparagraph id="HEDBD781CDEBB452E85572DF713E995D1"><enum>(C)</enum><text>a summary of the plan for the project;</text></subparagraph>

<subparagraph id="H20AF507BEE2940CEB4BC38665533EF3A"><enum>(D)</enum><text>an explanation of the level of priority that will be given to the project; and</text></subparagraph>

WASHSTATEC014688

```
<subparagraph id="H1A39E21AC087416E8CB2B5C2A1B206EB"><enum>(E)</enum><text>a schedule
of required infrastructure investments.</text></subparagraph></paragraph>

<paragraph id="HD2674DBC7E674CD28F1F4ADE51E3A831"><enum>(5)</enum><text>A description
of how the Department, including each military department concerned, will carry out the
infrastructure projects identified in paragraph (3) using the range of authorities and
methods available to the Department, includingâ€"</text>

<subparagraph id="HA8CF75293CD2415EBF77D004470046CB"><enum>(A)</enum><text>military
construction authority under section 2802 of title 10, United States
Code;</text></subparagraph>

<subparagraph id="H2F1808F3468D42DDBC683B7D6A37353A"><enum>(B)</enum><text>unspecified
minor military construction authority under section 2805(a) of such
title;</text></subparagraph>

<subparagraph id="H78AADFEFEF954F2C9ABE4AA0B0066A16"><enum>(C)</enum><text>laboratory
revitalization authority under section 2805(d) of such title;</text></subparagraph>

<subparagraph id="HDE4FDC76C99B454A8E1C9778D0527744"><enum>(D)</enum><text>the
authority to carry out facility repair projects, including the conversion of existing
facilities, under section 2811 of such title;</text></subparagraph>

<subparagraph id="HBF489649945848B3811F0E1171728DF9"><enum>(E)</enum><text>the
authority provided under the Defense Laboratory Modernization Pilot Program under
section 2803 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law
114â€"92; 10 U.S.C. 2358 note);</text></subparagraph>

<subparagraph id="H65167443BC884CE5AAC6EC074DA3448D"><enum>(F)</enum><text>methods that
leverage funding from entities outside the Department, including public-private
partnerships, enhanced use leases and real property exchanges;</text></subparagraph>

<subparagraph id="H90A8593062E04CE58C360B197C5C7B5E"><enum>(G)</enum><text>the
authority to conduct commercial test and evaluation activities at a Major Range and
Test Facility Installation, under section 2681 of title 10, United States Code;
and</text></subparagraph>

<subparagraph id="H4A8D119CEBDD4A2E9937B5E51B441971"><enum>(H)</enum><text>any other
authorities and methods determined to be appropriate by the Secretary of
Defense.</text></subparagraph></paragraph>

<paragraph id="H2D4A4A824293455EA94CDCFE1EF834CC"><enum>(6)</enum><text>Identification
of any regulatory or policy barriers to the effective and efficient implementation of
the master plan.</text></paragraph></subsection>

<subsection id="HC1984CDE01354FA082D001E0BC4F2B63"><enum>(c)</enum><header>Consultation
and coordination</header><text>In developing and implementing the plan required under
subsection (a), the Secretary of Defense shallâ€"</text>

<paragraph id="HBFB74C66E50246B1A183F68D966EADF8"><enum>(1)</enum><text>consult with
existing and anticipated customers and users of the capabilities of the Major Range and
Test Facility Base and science and technology reinvention
laboratories;</text></paragraph>

<paragraph id="H78C39021FECB448A8215FBB278C62F3C"><enum>(2)</enum><text>ensure
consistency with the science and technology roadmaps and strategies of the Department
of Defense and the Armed Forces; and</text></paragraph>

<paragraph id="H8ABBB77BDEEB4162A9E0C33EEE68FF49"><enum>(3)</enum><text>ensure
consistency with the strategic plan for test and evaluation resources required by
section 196(d) of title 10, United States Code.</text></paragraph></subsection>

<subsection id="HE352B8F1AE1343B6B16FE691695E0FDF"><enum>(d)</enum><header>Submittal to
Congress</header><text>Not later than January 1, 2021, the Secretary of Defense, in
coordination with the Secretaries of the military departments, shall submit to the
congressional defense committees the master plan developed under subsection
(a).</text></subsection>

<subsection id="HFE6F485E985343129DE6745EDBB728BD"><enum>(e)</enum><header>Research,
development, test, and evaluation infrastructure defined</header><text>In this section,
the term <quote>research, development, test, and evaluation infrastructure</quote>
means the infrastructure ofâ€"</text>
```

```
<paragraph id="H9673F06D73574686936E408798A8D31E"><enum>(1)</enum><text>the science and
technology reinvention laboratories (as designated under section 1105 of the National
Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 10 U.S.C. 2358
note));</text></paragraph>

<paragraph id="HA27AF12993074BBE90DECB7111EEC00F"><enum>(2)</enum><text>the Major Range
and Test Facility Base (as defined in section 2358a(f)(3) of title 10, United States
Code); and</text></paragraph>

<paragraph id="HCDF4D0EB16AE47CD8D90B90F99535BF2"><enum>(3)</enum><text>other
facilities that support the research development, test, and evaluation activities of
the Department.</text></paragraph></subsection> </section>

<section id="HC410D94321C642A78C7DE5F547676346"><enum>253.</enum><header>Energetics
plan</header>

<subsection commented="no" display-inline="no-display-inline"
id="HCC679F0AB57D48199DBB36EE49C40016"><enum>(a)</enum><header display-inline="yes-
display-inline">Plan required</header><text display-inline="yes-display-inline">The
Under Secretary of Defense for Research and Engineering shall, in coordination with the
technical directors at defense laboratories and such other officials as the Under
Secretary considers appropriate, develop an energetics research and development plan to
ensure a long-term multi-domain research, development, prototyping, and experimentation
effort thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC9F220EF8D8448F0836A81A5764BC8BF"><enum>(1)</enum><text display-inline="yes-
display-inline">maintains United States technological superiority in energetics
technology critical to national security;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE9F9D0488C9A4C2089711C158F03BD11"><enum>(2)</enum><text display-inline="yes-
display-inline">efficiently develops new energetics technologies and transitions them
into operational use, as appropriate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9797939EC65C4726A0F92FD6F414DB4D"><enum>(3)</enum><text display-inline="yes-
display-inline">maintains a robust industrial base and workforce to support Department
of Defense requirements for energetic materials.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE829A59DA3974BB5834380F7BD6F684F"><enum>(b)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">Not later
than one year after the date of the enactment of this Act, the Under Secretary shall
brief the congressional defense committees on the plan developed under subsection
(a).</text></subsection></section>

<section id="H4B32F3E6CDDC48A1B9FBA65AE82D371F"><enum>254.</enum><header>Strategy and
implementation plan for fifth generation information and communications
technologies</header>

<subsection id="H55DA54B4A7A64FE6AE52AD6173367253"><enum>(a)</enum><header>In
general</header><text>Not later than 270 days after the date of the enactment of this
Act, the Secretary of Defense shall developâ€"</text>

<paragraph id="H0DA006D425D34F09A9C96AE4A70A9669"><enum>(1)</enum><text>a strategy for
harnessing fifth generation (commonly known as <quote>5G</quote>) information and
communications technologies to enhance military capabilities, maintain a technological
advantage on the battlefield, and accelerate the deployment of new commercial products
and services enabled by 5G networks throughout the Department of Defense;
and</text></paragraph>

<paragraph id="H0FC4E3450C254E1AB87DA45469895E1B"><enum>(2)</enum><text>a plan for
implementing the strategy developed under paragraph
(1).</text></paragraph></subsection>

<subsection
id="H1DDEF5490A214175B4A834398391F6A5"><enum>(b)</enum><header>Elements</header><text>T
he strategy required under subsection (a) shall include the following elements:</text>

<paragraph id="HA61BDD1E0D354108BBD5573D065B3633"><enum>(1)</enum><text>Adoption and
```

WASHSTATEC014690

use of secure fourth generation (commonly known as <quote>4G</quote>) communications technologies and the transition to advanced and secure 5G communications technologies for military applications and for military infrastructure.</text></paragraph>

<paragraph id="H8C3D89E7A7F94DBB824D95AF6572744B"><enum>(2)</enum><text>Science, technology, research, and development efforts to facilitate the advancement and adoption of 5G technology and new uses of 5G systems, subsystems, and components, includingâ€"</text>

<subparagraph id="HD16CAEA6730740B0807F8818C773637E"><enum>(A)</enum><text>5G testbeds for developing military and dual-use applications; and</text></subparagraph>

<subparagraph id="HE60EC4CCE3D24FD794BAB67ED3D02DAA"><enum>(B)</enum><text>spectrum-sharing technologies and frameworks.</text></subparagraph></paragraph>

<paragraph id="HED0FEBA470BE47289E2FBFD444D3D26F"><enum>(3)</enum><text>Strengthening engagement and outreach with industry, academia, international partners, and other departments and agencies of the Federal Government on issues relating to 5G technology and the deployment of such technology, including development of a common industrial base for secure microelectronics.</text></paragraph>

<paragraph id="HBDCA2853EABF400E812C41C367374ACF"><enum>(4)</enum><text>Defense industrial base supply chain risk, management, and opportunities.</text></paragraph>

<paragraph id="HF95BE03E5E834C1BA97B726484A88177"><enum>(5)</enum><text>Preserving the ability of the Joint Force to achieve objectives in a contested and congested spectrum environment.</text></paragraph>

<paragraph id="H889F9B25DF6D4B88AFD929B05CBCF2CF"><enum>(6)</enum><text>Strengthening the ability of the Joint Force to conduct full spectrum operations that enhance the military advantages of the United States.</text></paragraph>

<paragraph id="H5B9B8ADB145D4E159D19F47377E1DA8D"><enum>(7)</enum><text>Securing the information technology and weapon systems of the Department against malicious activity.</text></paragraph>

<paragraph id="HD49E24F55C2C423690EE88754D131894"><enum>(8)</enum><text>Advancing the deployment of secure 5G networks nationwide.</text></paragraph>

<paragraph id="HD7CA0AF6D3D044A3AF5072E303F2322F"><enum>(9)</enum><text>Such other matters as the Secretary of Defense determines to be relevant.</text></paragraph></subsection>

<subsection id="H8ADBECFFF8A14DC7B29091B2BD1BFF46"><enum>(c)</enum><header>Consultation</header><text>In developing the strategy and implementation plan required under subsection (a), the Secretary of Defense shall consult with the following:</text>

<paragraph id="H322FAB50456F4DCA81A7E0AF1A327A71"><enum>(1)</enum><text>The Chief Information Officer of the Department of Defense.</text></paragraph>

<paragraph id="H21F735754F42499BAC7EA1BFB51DD947"><enum>(2)</enum><text>The Under Secretary of Defense for Research and Engineering.</text></paragraph>

<paragraph id="H0764CD31B83F4751A8349A6EEF4A6151"><enum>(3)</enum><text>The Under Secretary of Defense for Acquisition and Sustainment.</text></paragraph>

<paragraph id="HC223A706507B4020814B52453886AFAF"><enum>(4)</enum><text>The Under Secretary of Defense for Intelligence.</text></paragraph>

<paragraph id="HAF2327B486A94F3E95F88063D6CB8F30"><enum>(5)</enum><text>Service Acquisition Executives of each military service.</text></paragraph></subsection>

<subsection id="H45B39BF858D244BE9CD1C615D03396CC"><enum>(d)</enum><header>Periodic briefings</header>

<paragraph id="H13024734D1D047C7B9CD6A9FB5D67CA9"><enum>(1)</enum><header>In general</header><text>Not later than March 15, 2020, and not less frequently than once every three months thereafter through March 15, 2022, the Secretary of Defense shall provide to the congressional defense committees a briefing on the development and implementation of the strategy required under subsection (a), including an explanation of how the Department of Defenseâ€"</text>

<subparagraph id="H511ABEB97B5D4D1D978DEE307ECAFEA0"><enum>(A)</enum><text>is using secure 5G wireless network technology;</text></subparagraph>

<subparagraph id="HF55243DF735E46B4A789E58F9A76F4CC"><enum>(B)</enum><text>is reshaping the Departmentâ€™s policy for producing and procuring secure microelectronics; and</text></subparagraph>

<subparagraph id="H51B42CD2FDE14906A7406AAE42E7F9AE"><enum>(C)</enum><text>is working in the interagency and internationally to develop common policies and approaches.</text></subparagraph></paragraph>

<paragraph id="H25FC327B09D8413AB10B620A7B2C6F35"><enum>(2)</enum><header>Elements</header><text>Each briefing under paragraph (1) shall include information onâ€"</text>

<subparagraph id="H75C7C31952494B80B6DCC3ACBA15BFDC"><enum>(A)</enum><text>efforts to ensure a secure supply chain for 5G wireless network equipment and microelectronics;</text></subparagraph>

<subparagraph id="H842C3EDDCED1425EBF74AED6085B961D"><enum>(B)</enum><text>the continued availability of electromagnetic spectrum for warfighting needs;</text></subparagraph>

<subparagraph id="H017F721D78494669831DD65A3B73C78D"><enum>(C)</enum><text>planned implementation of 5G wireless network infrastructure in warfighting networks, base infrastructure, defense-related manufacturing, and logistics;</text></subparagraph>

<subparagraph id="HC9F8ADEE55D14184B7A6FA4B4E4690C4"><enum>(D)</enum><text>steps taken to work with allied and partner countries to protect critical networks and supply chains; and</text></subparagraph>

<subparagraph id="HAA432A1040854C42BF4D3BF40A9781D7"><enum>(E)</enum><text>such other topics as the Secretary of Defense considers relevant.</text></subparagraph></paragraph></subsection></section>

<section id="HA4B948858A4D47FFBC3F6FB5E50FE5C7"><enum>255.</enum><header>Department-wide software science and technology strategy</header>

<subsection id="HFA179858F4B2427192B5255690250052"><enum>(a)</enum><header>Designation of senior official</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in consultation with the Under Secretary of Defense for Acquisition and Sustainment and appropriate public and private sector organizations, shall designate a single official or existing entity within the Department of Defense as the official or entity (as the case may be) with principal responsibility for guiding the development of science and technology activities related to next generation software and software reliant systems for the Department, includingâ€"</text>

<paragraph id="H5B42D304C8044E35AB80849DE14ED0B5"><enum>(1)</enum><text>research and development activities on new technologies for the creation of highly secure, scalable, reliable, time-sensitive, and mission-critical software;</text></paragraph>

<paragraph id="H88A11FD0836B4053AAFBC82D0F98C5EB"><enum>(2)</enum><text>research and development activities on new approaches and tools to software development and deployment, testing, integration, and next generation software management tools to support the rapid insertion of such software into defense systems;</text></paragraph>

<paragraph id="H2811D9A9FADC480496D66409C2F78F6D"><enum>(3)</enum><text>foundational scientific research activities to support advances in software;</text></paragraph>

<paragraph id="H974CA7F8ACB7447482DCA63139A25C09"><enum>(4)</enum><text>technical workforce and infrastructure to support defense science and technology and software needs and mission requirements;</text></paragraph>

<paragraph id="H3380D5EAE3BC4AEBAFCB8426CFC3EFD5"><enum>(5)</enum><text>providing capabilities, including technologies, systems, and technical expertise to support improved acquisition of software reliant business and warfighting systems; and</text></paragraph>

<paragraph id="HFC58952EDABC4705939C93D6376AC88A"><enum>(6)</enum><text>providing capabilities, including technologies, systems, and technical expertise to support

WASHSTATEC014692

defense operational missions which are reliant on
software.</text></paragraph></subsection>

<subsection id="H8301EBB63DB549C68A27086BD79D500A"><enum>(b)</enum><header>Development
of strategy</header><text>The official or entity designated under subsection (a) shall
develop a Department-wide strategy for the research and development of next generation
software and software reliant systems for the Department of Defense, including
strategies for—</text>

<paragraph id="H93F9E97E2C2A47C28E5A41B2D7F42F22"><enum>(1)</enum><text>types of
software-related activities within the science and technology portfolio of the
Department;</text></paragraph>

<paragraph id="H48CC93BF7B1D4077BC1F9DD3B6C0DE1A"><enum>(2)</enum><text>investment in
new approaches to software development and deployment, and next generation management
tools;</text></paragraph>

<paragraph id="H03C97E33CB5347C59ABE4C0EF9FC3AA6"><enum>(3)</enum><text>ongoing
research and other support of academic, commercial, and development community efforts
to innovate the software development, engineering, and testing process, automated
testing, assurance and certification for safety and mission critical systems, large
scale deployment, and sustainment;</text></paragraph>

<paragraph id="HDBA8B997BB17423794373D5F7AF173F5"><enum>(4)</enum><text>to the extent
practicable, implementing or continuing the implementation of the recommendations set
forth in—</text>

<subparagraph id="H7D4BB8A5CE354310A22E0A3EFF6EDFC5"><enum>(A)</enum><text>the final
report of the Defense Innovation Board submitted to the congressional defense
committees under section 872 of the National Defense Authorization Act for Fiscal Year
2018 (Public Law 115–91; 131 Stat. 1497); </text></subparagraph>

<subparagraph id="HD6A9E8353724470F828E1D4CD7637614"><enum>(B)</enum><text>the final
report of the Defense Science Board Task Force on the Design and Acquisition of
Software for Defense Systems described in section 868 of the John S. McCain National
Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 2223
note); and</text></subparagraph>

<subparagraph id="H2270E37D4F2C4E5187C2EA5902EF7CF2"><enum>(C)</enum><text>other
relevant studies on software research, development, and acquisition activities of the
Department of Defense.</text></subparagraph></paragraph>

<paragraph id="HFA9589DB54F24C82966349FC2D2D966C"><enum>(5)</enum><text>supporting the
acquisition, technology development, testing, assurance, and certification and
operational needs of the Department through the development of capabilities, including
personnel and research and production infrastructure, and programs in—</text>

<subparagraph id="H2063318BE1F142B8B45A7D8D6DE9D6F5"><enum>(A)</enum><text>the science
and technology reinvention laboratories (as designated under section 1105 of the
National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 10 U.S.C.
2358 note));</text></subparagraph>

<subparagraph id="H98A08718D47D4046BA5AED05CE1D7A79"><enum>(B)</enum><text>the
facilities of the Major Range and Test Facility Base (as defined in section 2358a(f)(3)
of title 10, United States Code);</text></subparagraph>

<subparagraph id="H14F30B4FEEE947B39A1F128E303476AF"><enum>(C)</enum><text>the Defense
Advanced Research Projects Agency; and</text></subparagraph>

<subparagraph
id="H8C9710F0B61744A7BB1D3B23737866E9"><enum>(D)</enum><text>universities, federally
funded research and development centers, and service organizations with activities in
software engineering; and</text></subparagraph></paragraph>

<paragraph id="H7CD1F7ACE7A74C11A0BBC5E55955D40B"><enum>(6)</enum><text>the transition
of relevant capabilities and technologies to relevant programs of the Department,
including software-reliant cyber-physical systems, tactical systems, enterprise
systems, and business systems.</text></paragraph></subsection>

<subsection id="HE145DD5D0FB244C98008E2565796F99D"><enum>(c)</enum><header>Submittal to
congress</header><text>Not later than one year after the date of the enactment of this

Act, the official or entity designated under subsection (a) shall submit to the congressional defense committees the strategy developed under subsection (b).</text></subsection></section>

<section id="HBFBA254B0352438AB0442BD247096113"><enum>256.</enum><header>Artificial intelligence education strategy</header>

<subsection id="H90F8605A7BB344BDB9DE5164C7201FFE"><enum>(a)</enum><header>Strategy required</header>

<paragraph id="H2E6529176B0244248DD2EBDE565B2477"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall develop a strategy for educating servicemembers in relevant occupational fields on matters relating to artificial intelligence.</text></paragraph>

<paragraph id="H48DE8A9E87FC49DD8E51BE3903203B69"><enum>(2)</enum><header>Elements</header><text>The strategy developed under subsection (a) shall include a curriculum designed to give servicemembers a basic knowledge of artificial intelligence. The curriculum shall include instruction in—</text>

<subparagraph id="H263A10A2013F41EABCCEBE9CB8535F62"><enum>(A)</enum><text>artificial intelligence design;</text></subparagraph>

<subparagraph id="H1B9C88DEF2AD40A7BE554627A3F3C800"><enum>(B)</enum><text>software coding;</text></subparagraph>

<subparagraph id="H2CDE445ED9B04BA79589E7142CA37EFA"><enum>(C)</enum><text>potential military applications for artificial intelligence;</text></subparagraph>

<subparagraph id="H90D56C13AA484BE7984F155F1EAF82A0"><enum>(D)</enum><text>the impact of artificial intelligence on military strategy and doctrine;</text></subparagraph>

<subparagraph id="HB1FCA2DE4D564ADF9D3434FFA7D8124D"><enum>(E)</enum><text>artificial intelligence decisionmaking via machine learning and neural networks;</text></subparagraph>

<subparagraph id="H6CAA18B6BC0F467A8ACC16FB5BBC3C9A"><enum>(F)</enum><text>ethical issues relating to artificial intelligence;</text></subparagraph>

<subparagraph id="HDB9DBD64BFEF4E9BBC4BF876A355AB7E"><enum>(G)</enum><text>the potential biases of artificial intelligence;</text></subparagraph>

<subparagraph id="HEDF523BCBCFF470CA924AB4CA503693E"><enum>(H)</enum><text>potential weakness in artificial intelligence technology;</text></subparagraph>

<subparagraph id="H32A73FC915F3406C9CC9435E34DA542C"><enum>(I)</enum><text>opportunities and risks; and</text></subparagraph>

<subparagraph id="H8897295811294A3B93FEC1719684BDC4"><enum>(J)</enum><text>any other matters the Secretary of Defense determines to be relevant.</text></subparagraph></paragraph></subsection>

<subsection id="H5B91C3D89A2245F09E46593A56029E8F"><enum>(b)</enum><header>Implementation plan</header><text>The Secretary of Defense shall develop a plan for implementing the strategy developed under subsection (a).</text></subsection>

<subsection id="HDCD78AA1AEFA49D899756F216F5B1B5E"><enum>(c)</enum><header>Submittal to congress</header><text>Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees—</text>

<paragraph id="HB8CBF78D9A004A02B296D839E56666EE"><enum>(1)</enum><text>the strategy developed under subsection (a); and</text></paragraph>

<paragraph id="H69AB29227ADD4B4FAD7C83E1554986F0"><enum>(2)</enum><text>the implementation plan developed under subsection (b).</text></paragraph></subsection></section>

<section id="H522AE2F1461D44E387F9E944B8D74D36"><enum>257.</enum><header>Cyber science

and technology activities roadmap and reports</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3757155B6F2D422FB79B35C393DAAD75"><enum>(a)</enum><header display-inline="yes-
display-inline">Roadmap for science and technology activities to support development of
cyber capabilities</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H9CED641BF4584877B123AFE6BFDF6F0B"><enum>(1)</enum><header display-inline="yes-
display-inline">Roadmap required</header><text display-inline="yes-display-inline">The
Secretary of Defense, acting through the Under Secretary of Defense for Research and
Engineering, shall develop a roadmap for science and technology activities of the
Department of Defense to support development of cyber capabilities to meet Department
needs and missions.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H28E527CEE00849288D5B91C06BFCEB5A"><enum>(2)</enum><header display-inline="yes-
display-inline">Goal of consistency</header><text display-inline="yes-display-
inline">The Secretary shall develop the roadmap required by paragraph (1) to ensure
consistency with appropriate Federal interagency, industry, and academic
activities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDB0486601F4347E0AEF7BFA01D9AD753"><enum>(3)</enum><header display-inline="yes-
display-inline">Scope</header><text display-inline="yes-display-inline">The roadmap
required by paragraph (1) shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H14832988CD294B48A4CE51CC3B11864F"><enum>(A)</enum><text display-inline="yes-
display-inline">cover the development of capabilities that will likely see operational
use within the next 25 years or earlier; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3CC0C509BBE143C8B73F9D9499350155"><enum>(B)</enum><text display-inline="yes-
display-inline">address cyber operations and
cybersecurity.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4846232361C14B49B50E02E23C7B3276"><enum>(4)</enum><header display-inline="yes-
display-inline">Consultation</header><text display-inline="yes-display-inline">The
Secretary shall develop the roadmap required by paragraph (1) in consultation with the
following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3F94FFC8B40140C3A6CD275A3DA604E6"><enum>(A)</enum><text display-inline="yes-
display-inline">The Chief Information Officer of the Department.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAAA48B11E7F449908EFD15F07933B650"><enum>(B)</enum><text display-inline="yes-
display-inline">The secretaries and chiefs of the military
departments.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4EB86269086E4311B4ACEEE68365C23F"><enum>(C)</enum><text display-inline="yes-
display-inline">The Director of Operational Test and Evaluation.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA00923D209EE4E699691B0212A781420"><enum>(D)</enum><text display-inline="yes-
display-inline">The Commander of the United States Cyber Command.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4FEC8C8FBB1F4ED79D7497C095923538"><enum>(E)</enum><text display-inline="yes-
display-inline">The Director of the National Security Agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7432BE4F5B134ECA944BEB09C0BDD161"><enum>(F)</enum><text display-inline="yes-
display-inline">The Director of the Defense Information Systems
Agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H486D6ECA5B6744AD90E2DE42512E1A06"><enum>(G)</enum><text display-inline="yes-

```
display-inline">The Director of the Defense Advanced Research Projects
Agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H57829AF8B30D436D8F59ECC4658F1DF0"><enum>(H)</enum><text display-inline="yes-
display-inline">The Director of the Defense Digital Service.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2223F2CFEAB5485499E66C928563174F"><enum>(I)</enum><text>Such interagency partners
as the Secretary considers appropriate.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2A8DC347A51F423786C7E5ABDC40C566"><enum>(5)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The Secretary
shall develop the roadmap required by paragraph (1) in unclassified form, but may
include a classified annex.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0675377567FB49B29268346AABD3327F"><enum>(6)</enum><header display-inline="yes-
display-inline">Publication</header><text display-inline="yes-display-inline">The
Secretary shall make available to the public the unclassified form of the roadmap
developed pursuant to paragraph (1).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H53F3EBB5098140D793A291B0BED65533"><enum>(b)</enum><header display-inline="yes-
display-inline">Annual report on cyber science and technology activities</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2CC672401EC84BA9BEA321F7220652D5"><enum>(1)</enum><header display-inline="yes-
display-inline">Annual reports required</header><text display-inline="yes-display-
inline">In fiscal years 2021, 2022, and 2023, the Under Secretary of Defense for
Research and Engineering shall submit to the congressional defense committees a report
on the science and technology activities within the Department of Defense relating to
cyber matters during the previous fiscal year, the current fiscal year, and the
following fiscal year.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC1B3CB4A52694F63B59BDD619CCB8347"><enum>(2)</enum><header display-inline="yes-
display-inline">Contents</header><text display-inline="yes-display-inline">Each report
submitted pursuant to paragraph (1) shall include, for the period covered by the
report, a description and listing of the science and technology activities of the
Department relating to cyber matters, including the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4CAC027C3A9A486DBC19F0FE3757D97D"><enum>(A)</enum><text display-inline="yes-
display-inline">Extramural science and technology activities.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC1C6EC07EB484B79B43B60DD8ED73491"><enum>(B)</enum><text display-inline="yes-
display-inline">Intramural science and technology activities.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H07A34E240AD34DB78AFF814E47B4F763"><enum>(C)</enum><text display-inline="yes-
display-inline">Major and minor military construction activities.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9F6FD9E9DB604AA2897DBDA0EC8CE088"><enum>(D)</enum><text display-inline="yes-
display-inline">Major prototyping and demonstration programs.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5F9F9C37CB444933B8C41DD99D3327D4"><enum>(E)</enum><text display-inline="yes-
display-inline">A list of agreements and activities to transition capabilities to
acquisition activities, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HFAFA7805AE8E425D8CC1B84B3DABEC93"><enum>(i)</enum><text display-inline="yes-
display-inline">national security systems;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H9D6C8323E4AD4FF19065B5EFC2979B57"><enum>(ii)</enum><text display-inline="yes-
display-inline">business systems; and</text></clause>
```

```
<clause commented="no" display-inline="no-display-inline"
id="HB72EE1B8E8724C319173B884C5236067"><enum>(iii)</enum><text display-inline="yes-
display-inline">enterprise and network systems.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAA05BEBAEECB4D839A4E78F6703D8EC3"><enum>(F)</enum><text display-inline="yes-
display-inline">Efforts to enhance the national technical cybersecurity workforce,
including specific programs to support education, training, internships, and
hiring.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HCF65620A09AF4EA49193298A5B28D9E4"><enum>(G)</enum><text display-inline="yes-
display-inline">Efforts to perform cooperative activities with international
partners.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6DF8D9FD1BC1468EAC72D77BEBD55411"><enum>(H)</enum><text display-inline="yes-
display-inline">Efforts under the Small Business Innovation Research and the Small
Business Technology Transfer Program, including estimated amounts to be expected in the
following fiscal year.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H099FCE468DC84089865B9D1B7E3B3CBD"><enum>(I)</enum><text display-inline="yes-
display-inline">Efforts to encourage partnerships between the Department of Defense and
universities participating in the National Centers of Academic Excellence in Cyber
Operations and Cyber Defense.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6CEBE3FEF72540BE8A84CD72ACE9DABE"><enum>(3)</enum><header display-inline="yes-
display-inline">Timing</header><text display-inline="yes-display-inline">Each report
submitted pursuant to paragraph (1) shall be submitted concurrently with the annual
budget request of the President submitted pursuant to section 1105 of title 31, United
States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5A8F92495EDF4544AAC36A11787B9C52"><enum>(4)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
submitted under paragraph (1) shall be submitted in unclassified form, but may include
a classified annex.</text></paragraph></section></section>

<section id="H271BFA2057DE419FB9E8AB8D7AAAE9E0"><enum>258.</enum><header>Report on
Bâ€"52 commercial engine replacement program</header>

<subsection
id="H6C5365B247EF46ABA85DEA37FF442F64"><enum>(a)</enum><header>Documentation
required</header><text>The Secretary of the Air Force shall submit to the congressional
defense committees a report on the Bâ€"52 commercial engine replacement program of the
Air Force.</text></subsection>

<subsection
id="H4DFF3A0077D64E2594F4E50FCB710D81"><enum>(b)</enum><header>Contents</header><text>T
he report submitted under subsection (a) shall include the following:</text>

<paragraph id="H6464F6C3C54245B39B0FBE5EAE8C90A8"><enum>(1)</enum><text>The acquisition
strategy of the Secretary for the program.</text></paragraph>

<paragraph id="HFAEEBA0D5B014D27B24F14E08EEA861A"><enum>(2)</enum><text>The cost and
schedule estimates of the Secretary for the program.</text></paragraph>

<paragraph id="H6AF83AD32E134B8097860FA3EB44602B"><enum>(3)</enum><text>The key
performance parameters or equivalent requirements document for the
program.</text></paragraph>

<paragraph id="H9C40C33581E04A55B6910BBEE1483C84"><enum>(4)</enum><text>The test and
evaluation strategy of the Secretary for the program.</text></paragraph>

<paragraph id="H228A7782F98A4F4C973ECE2A42A4ABF0"><enum>(5)</enum><text>The logistics
strategy of the Secretary for the program.</text></paragraph>

<paragraph id="H0B45A4D280A94497A68A4D5A6687F9C6"><enum>(6)</enum><text>The post-
production fielding strategy of the Secretary for the program.</text></paragraph>
```

WASHSTATEC014697

```
<paragraph id="HF37412ADB5CC403D91F9E65F457D5C1E"><enum>(7)</enum><text>An assessment
of the potential for the commercial engine replacement to achieve nuclear system
certification.</text></paragraph></subsection>

<subsection
id="HDA0C2E7E36524FDE9060D9C77D1A58B7"><enum>(c)</enum><header>Limitation</header><text
>Of the funds authorized to be appropriated by this Act or otherwise made available for
fiscal year 2020 for the Air Force, not more than 75 percent may be obligated or
expended until the date on which the Secretary of the Air Force submits to the
congressional defense committees the report required by subsection
(a).</text></subsection></section>

<section id="HFE62B09FEBFD4F099C2BD326D2AEA33D"><enum>259.</enum><header>Commercial
edge computing technologies and best practices for Department of Defense warfighting
systems</header>

<subsection commented="no" display-inline="no-display-inline"
id="HB0E9DC42918841A885F353CAEF1D0E38"><enum>(a)</enum><header display-inline="yes-
display-inline">Report required</header><text display-inline="yes-display-inline">Not
later than 120 days after the date of the enactment of this Act, the Under Secretary of
Defense for Acquisition and Sustainment shall submit to the congressional defense
committees a report on commercial edge computing technologies and best practices for
Department of Defense warfighting systems.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCF602BE075894DA6BB6B599959EA10EA"><enum>(b)</enum><header display-inline="yes-
display-inline">Contents</header><text display-inline="yes-display-inline">The report
submitted under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H56BD7D0DEB484E65960760146098C587"><enum>(1)</enum><text display-inline="yes-
display-inline">Identification of initial warfighting system programs of record that
will benefit most from accelerated insertion of commercial edge computing technologies
and best practices, resulting in significant near-term improvement in system
performance and mission capability.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB0AD2A84DFDC414B9395E970108071A9"><enum>(2)</enum><text display-inline="yes-
display-inline">The plan of the Department of Defense to provide additional funding for
the systems identified in paragraph (1) to achieve fielding of accelerated commercial
edge computing technologies before or during fiscal year 2021.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3BDBA6E8065C4F9D8532428D82DB4F00"><enum>(3)</enum><text display-inline="yes-
display-inline">The plan of the Department to identify, manage, and provide additional
funding for commercial edge computing technologies more broadly over the next four
fiscal years where appropriate forâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6A57889E56144CD2ADE03301A3133660"><enum>(A)</enum><text display-inline="yes-
display-inline">command, control, communications, and intelligence
systems;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD27595B549BF4D9D82AC176F062F2D5D"><enum>(B)</enum><text display-inline="yes-
display-inline">logistics systems; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD3F0B63FCC4547D7BC1649F0165FE703"><enum>(C)</enum><text display-inline="yes-
display-inline">other mission-critical systems.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5CA90A880712424791289953CFBCBA81"><enum>(4)</enum><text display-inline="yes-
display-inline">A detailed description of the policies, procedures, budgets, and
accelerated acquisition and contracting mechanisms of the Department for near-term
insertion of commercial edge computing technologies and best practices into military
mission-critical systems.</text></paragraph></subsection></section>

<section id="H4A386039BB37411FA158DBC2545CA050"><enum>260.</enum><header>Biannual
report on the Joint Artificial Intelligence Center</header>
```

```
<subsection id="HC9A04B4BCE0E44E39D91C4E698F75283"><enum>(a)</enum><header>Reports
required</header><text>Not later than 180 days after the date of the enactment of this
Act and biannually thereafter through the end of 2023, the Secretary of Defense shall
submit to the congressional defense committees a report on the Joint Artificial
Intelligence Center (referred to in this section as the
<quote>Center</quote>).</text></subsection>

<subsection
id="H9E40326B475A4A329D6BBEC0104BE664"><enum>(b)</enum><header>Elements</header><text>E
ach report under subsection (a) shall include the following:</text>

<paragraph id="H1C68162158E94D1798C74C83C8778027"><enum>(1)</enum><text>Information
relating to the mission and objectives of the Center.</text></paragraph>

<paragraph id="H85A6DB300A3A470986B58758721FC080"><enum>(2)</enum><text>A description
of the National Mission Initiatives, Component Mission Initiatives, and any other
initiatives of the Center, including a description ofâ€"</text>

<subparagraph id="H59D881CC7030436A9D49EE1D3B8CCBC4"><enum>(A)</enum><text>the
activities carried out under the initiatives;</text></subparagraph>

<subparagraph id="H569C62F235114D0582598BD6CADC8D89"><enum>(B)</enum><text>any
investments made or contracts entered into under the initiatives;
and</text></subparagraph>

<subparagraph id="H8A3A9693487D44DFB4BF54263B33C8A0"><enum>(C)</enum><text>the progress
of the initiatives.</text></subparagraph></paragraph>

<paragraph id="HFE947A7DD6734A54949C1FFE17ACCDF2"><enum>(3)</enum><text>A description
of how the Center has sought to leverage lessons learned, share best practices, avoid
duplication of efforts, and transition artificial intelligence research efforts into
operational capabilities byâ€"</text>

<subparagraph
id="HC6D209386418415F8D4ECCA3DF33806B"><enum>(A)</enum><text>collaborating with other
organizations and elements of the Department of Defense, including the Defense Agencies
and the military departments; and</text></subparagraph>

<subparagraph
id="HB3B1B95C95714F31B1E0D8C13352520D"><enum>(B)</enum><text>deconflicting the
activities of the Center with the activities of other organizations and elements of the
Department.</text></subparagraph></paragraph>

<paragraph id="H8FD71ADDBF22406E8354B40BE5C88BBD"><enum>(4)</enum><text>A description
of any collaboration betweenâ€"</text>

<subparagraph id="H01EA5FC79E76428E8CEC6E19264DE1B0"><enum>(A)</enum><text>the Center
and the private sector, national laboratories, and academia; and</text></subparagraph>

<subparagraph id="HE3CB0BC20ED9444184110ADBE815CD09"><enum>(B)</enum><text>the Center
and international allies and partners.</text></subparagraph></paragraph>

<paragraph id="H1BC56C5F6F1A45CC89B8A69CEF8F43AE"><enum>(5)</enum><text>The total
number of military, contractor, and civilian personnel who are employed by the Center,
assigned to the Center, and performing functions in support of the
Center.</text></paragraph>

<paragraph id="HA73B63449E3042D1B3767403C8CB753E"><enum>(6)</enum><text>A description
of the organizational structure and staffing of the Center.</text></paragraph>

<paragraph id="H38EFC3DF694C4CE494A68369788BB5AD"><enum>(7)</enum><text>A detailed
description of the frameworks, metrics, and capabilities established to measure the
effectiveness of the Center and the Centerâ€™s investments in the National Mission
Initiatives and Component Mission Initiatives.</text></paragraph>

<paragraph id="HE5B981E9A62946D2BF976474D387DED1"><enum>(8)</enum><text>A description
of any new policies, standards, or guidance relating to artificial intelligence that
have been issued by the Chief Information Officer of the Department.</text></paragraph>

<paragraph id="H7D9B6A7791FF4E7D9EAC905C9B4E0105"><enum>(9)</enum><text>Identification
of any ethical guidelines applicable to the use of artificial intelligence by the
Department.</text></paragraph>
```

WASHSTATEC014699

```
<paragraph id="H153E083300304D5B85F3E7935708E2C9"><enum>(10)</enum><text>A description
of any steps taken by the Center to protect systems that use artificial intelligence
from any attempts to misrepresent or alter information used or provided by artificial
intelligence.</text></paragraph></subsection>

<subsection id="H1BB0E807AD4748D5AAD45DA9DD41DAF3"><enum>(c)</enum><header>Joint
Artificial Intelligence Center defined</header><text>In this section, the term
<quote>Joint Artificial Intelligence Center</quote> means the Joint Artificial
Intelligence Center of the Department of Defense established pursuant to section 238 of
the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law
115â€"232; 10 U.S.C. 2358 note).</text></subsection></section>

<section id="H8430439DB0C24BF7ADE42D29A1DCA262" section-type="subsequent-
section"><enum>261.</enum><header>Quarterly updates on the Optionally Manned Fighting
Vehicle program</header>

<subsection id="H2897F71743EC45958B72FBD15197682C"><enum>(a)</enum><header>In
general</header><text>Beginning not later than December 1, 2019, and on a quarterly
basis thereafter through October 1, 2022, the Assistant Secretary shall provide to the
Committees on Armed Services of the Senate and the House of Representatives a briefing
on the progress of the Optionally Manned Fighting Vehicle program of the
Army.</text></subsection>

<subsection
id="H4485AFF0F06C466E9289D12E26D828B5"><enum>(b)</enum><header>Elements</header><text>E
ach briefing under subsection (a) shall include, with respect to the Optionally Manned
Fighting Vehicle program, the following elements:</text>

<paragraph id="H5FE9BD14E3A24A178F2BA1C277FB8F5D"><enum>(1)</enum><text>An overview of
funding for the program, including identification ofâ€"</text>

<subparagraph id="H1365B29BA2CD477F991CC3F3D2894681"><enum>(A)</enum><text>any
obligations and expenditures that have been made under the program;
and</text></subparagraph>

<subparagraph id="HF5462755552F4ADBA3A8CC8B72957D5E"><enum>(B)</enum><text>any
obligations and expenditures that are planned for the
program.</text></subparagraph></paragraph>

<paragraph id="H799825D1AA0C451B869DE37BC526B7CB"><enum>(2)</enum><text>An overview of
the program schedule.</text></paragraph>

<paragraph id="H39379226F02E4AB5A936A30EFBC3CF36"><enum>(3)</enum><text>An assessment
of the status of the program with respect toâ€"</text>

<subparagraph id="H70284C3B27444D9689CB06A9DADA4DC1"><enum>(A)</enum><text>the
development and approval of technical requirements;</text></subparagraph>

<subparagraph
id="H5709822225924B549FA8C218FB8E341C"><enum>(B)</enum><text>technological
maturity;</text></subparagraph>

<subparagraph
id="H0ADD3B509A614B799F22434EF90A8D75"><enum>(C)</enum><text>testing;</text></subparagr
aph>

<subparagraph id="HBA2264A6EA134B58805671F4CDD95F78"><enum>(D)</enum><text>delivery;
and</text></subparagraph>

<subparagraph id="HF6491F233CE54DB9AAA86BE25B36724D"><enum>(E)</enum><text>program
management.</text></subparagraph></paragraph>

<paragraph id="H7D99C693770A40959FE653311FC821C7"><enum>(4)</enum><text>Any other
matters that the Assistant Secretary considers relevant to a full understanding of the
status and plans of the program.</text></paragraph></subsection>

<subsection id="H7A848D4F1A744037AE835735E9073297"><enum>(c)</enum><header>Assistant
Secretary defined</header><text display-inline="yes-display-inline">In this section,
the term <quote>Assistant Secretary</quote> means the Assistant Secretary of the Army
for Acquisition, Logistics, and Technology (or the designee of the Assistant
Secretary), in consultation with the Commander of the Army Futures Command (or the
designee of the Commander).</text></subsection></section>
```

WASHSTATEC014700

```
<section id="H43E0CF7CCE9E4C2D846F7C79E5F0CE49" section-type="subsequent-
section"><enum>262.</enum><header>National Study on Defense Research At Historically
Black Colleges and Universities and Other Minority Institutions</header>

<subsection id="H9AE861CEDB954CB293F256E9FFEF4ECE"><enum>(a)</enum><header>Study
required</header><text display-inline="yes-display-inline">The Secretary of Defense
shall seek to enter into an agreement with the National Academies of Sciences,
Engineering, and Medicine (referred to in this section as the <quote>National
Academies</quote>) under which the National Academies will conduct a study on the
status of defense research at covered institutions and the methods and means necessary
to advance research capacity at covered institutions to comprehensively address the
national security and defense needs of the United States.</text></subsection>

<subsection
id="HE3D7E869B48245A48652158154205D86"><enum>(b)</enum><header>Designation</header><tex
t>The study conducted under subsection (a) shall be known as the <quote>National Study
on Defense Research At Historically Black Colleges and Universities and Other Minority
Institutions</quote>.</text></subsection>

<subsection
id="HBFA6F04FD575406792D7011CDC9473C6"><enum>(c)</enum><header>Elements</header><text>T
he study conducted under subsection (a) shall include an examination of each of the
following:</text>

<paragraph id="HF58247A526F243B58250581B6E9DE24B"><enum>(1)</enum><text>The degree to
which covered institutions are successful in competing for and executing Department of
Defense contracts and grants for defense research.</text></paragraph>

<paragraph id="HE53FA5DB4D054795B19F18AC9CAA8E7E"><enum>(2)</enum><text>Best practices
for advancing the capacity of covered institutions to compete for and conduct research
programs related to national security and defense.</text></paragraph>

<paragraph id="H0674632B51B74DE68290A74FBFA52149"><enum>(3)</enum><text>The
advancements and investments necessary to elevate covered institutions to R2 status or
R1 status on the Carnegie Classification of Institutions of Higher Education,
consistent with the criteria of the classification system.</text></paragraph>

<paragraph id="H2F6EF800D76246DC9CEB42FA01A9859E"><enum>(4)</enum><text>The facilities
and infrastructure for defense-related research at covered institutions as compared to
the facilities and infrastructure at institutions classified as R1 status on the
Carnegie Classification of Institutions of Higher Education.</text></paragraph>

<paragraph id="H6AB61FF9C5B141D69B57EFBDF40EA58D"><enum>(5)</enum><text>Incentives to
attract, recruit, and retain leading research faculty to covered
institutions.</text></paragraph>

<paragraph id="HB6055AD920454264A895DE9220E0DB02"><enum>(6)</enum><text display-
inline="yes-display-inline">Best practices of institutions classified as R1 status on
the Carnegie Classification of Institutions of Higher Education, including best
practices with respect toâ€"</text>

<subparagraph id="HB07C84F94D99404AA340C270860FE432"><enum>(A)</enum><text>the
establishment of a distinct legal entity toâ€"</text>

<clause id="HE4FBF76FC737492E9CA3CD7DC80EB377"><enum>(i)</enum><text>enter into
contracts or receive grants from the Department;</text></clause>

<clause id="H5125771ED9814AF795665CB77550BBCA"><enum>(ii)</enum><text>lay the
groundwork for future research opportunities;</text></clause>

<clause id="H3FBEBD75BA5D47BF80C48FDBFFBE5282"><enum>(iii)</enum><text>develop research
proposals;</text></clause>

<clause id="HD366F999D8B8446F84662841608430A4"><enum>(iv)</enum><text>engage with
defense research funding organizations; and</text></clause>

<clause id="H9D0BC89E00E94E358C24EB303A108317"><enum>(v)</enum><text>execute the
administration of grants; and</text></clause></subparagraph>

<subparagraph id="HA5E12FC47C504F10869C1070BA431384"><enum>(B)</enum><text>determining
the type of legal entity, if any, to establish for the purposes described in
subparagraph (A).</text></subparagraph></paragraph>
```

WASHSTATEC014701

&lt;paragraph id="H0CF2B08E8095483D94C9E6394BABF717"&gt;&lt;enum&gt;(7)&lt;/enum&gt;&lt;text&gt;The ability of covered institutions to develop, protect, and commercialize intellectual property created through defense-related research.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HCCFECACF629C4909BAF3C5683177E865"&gt;&lt;enum&gt;(8)&lt;/enum&gt;&lt;text&gt;The total amount of defense research funding awarded to all institutions of higher education, including covered institutions, through contracts and grants for each of fiscal years 2010 through 2019 and, with respect to each such institutionâ€"&lt;/text&gt;

&lt;subparagraph id="HD5BF9F25E47F4197B1A9FAC3170060CD"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;whether the institution established a distinct legal entity to enter into contracts or receive grants from the Department and, if so, the type of legal entity that was established;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H04391C6591DA416F8E94FBBF9982EE36"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;the total value of contracts and grants awarded to the institution of higher education for each of fiscal years 2010 through 2019;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HBD613B8B9A964DEFA7A99FB904E44433"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;the overhead rate of the institution of higher education for fiscal year 2019;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H1212B9519F1F4FEE8E6ED1B68EE94E16"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text&gt;the institutionâ€™s classification on the Carnegie Classification of Institutions of Higher Education; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HE9F0CC50DF9A41C29D48EEA33C04BF31"&gt;&lt;enum&gt;(E)&lt;/enum&gt;&lt;text&gt;whether the institution qualifies as a covered institution.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="HB8D8491EEFE742038B42AE12AB857151"&gt;&lt;enum&gt;(9)&lt;/enum&gt;&lt;text&gt;Recommendations for strengthening and enhancing the programs executed under section 2362 of title 10, United States Code.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H7C31EB58F7854A7A30A1C05AB0C636B"&gt;&lt;enum&gt;(10)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;Recommendations to enhance the capacity of covered institutions to transition research products into defense acquisition programs or commercialization. &lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H330B9428975D479F9B0EB673E573AF7C"&gt;&lt;enum&gt;(11)&lt;/enum&gt;&lt;text&gt;Previous executive or legislative actions by the Federal Government to address imbalances in Federal research funding, including such programs as the Defense Established Program to Stimulate Competitive Research (commonly known as &lt;quote&gt;DEPSCoR&lt;/quote&gt;).&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H2B403B53CA024D6C94EA1D02F7303AD7"&gt;&lt;enum&gt;(12)&lt;/enum&gt;&lt;text&gt;The effectiveness of the Department in attracting and retaining students specializing in science, technology, engineering, and mathematics fields from covered institutions for the Departmentâ€™s programs on emerging capabilities and technologies.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H803D109BF5E0421D8EEC17C8D57F5952"&gt;&lt;enum&gt;(13)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;Recommendations for the development of incentives to encourage research and educational collaborations between covered institutions and other institutions of higher education.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H849AE98CA4314758B97B5D1719336E6F"&gt;&lt;enum&gt;(14)&lt;/enum&gt;&lt;text&gt;Any other matters the Secretary of Defense determines to be relevant to advancing the defense research capacity of covered institutions.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HC02EE3F695724963901966324E83010F"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header&gt;Reports&lt;/header&gt;

&lt;paragraph id="H80D0F4BC74E94E75B5D933B7F2C1598F"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;Initial report&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the President and the appropriate congressional committees an initial report that includesâ€"&lt;/text&gt;

&lt;subparagraph id="HFB3D3910394849D988AD3633BEECB6CD"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;the findings of the study conducted under subsection (a); and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H860F452B6AC94D88B92E696AFEBAAE20"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;any recommendations that the National Academies may have for action by the executive branch

and Congress to improve the participation of covered institutions in Department of Defense research and any actions that may be carried out to expand the research capacity of such institutions.</text></subparagraph></paragraph>

<paragraph id="H7111325E241141CA8D469474249546EF"><enum>(2)</enum><header>Final report</header><text display-inline="yes-display-inline">Not later than December 31, 2021, the Secretary of Defense shall submit to the President and the appropriate congressional committees a comprehensive report on the results of the study required under subsection (a).</text></paragraph>

<paragraph id="H0FB61EC1DC2649D1B8C8127C433456BD"><enum>(3)</enum><header>Form of reports</header><text>Each report submitted under this subsection shall be made publicly available.</text></paragraph></subsection>

<subsection id="HAF86772FDE4B4B59BF7ADCD728510438"><enum>(e)</enum><header>Implementation required</header>

<paragraph id="H37BFC28042244977ABD4F14C620CDC94"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Except as provided in paragraph (2), not later than March 1, 2022, the Secretary of Defense shall commence implementation of each recommendation included in the final report submitted under subsection (d)(2).</text></paragraph>

<paragraph id="H5342D640902443A1AE67FCC2C424DFB3"><enum>(2)</enum><header>Exceptions</header>

<subparagraph id="H18548E4958B6486991745BFD157F9CA2"><enum>(A)</enum><header>Delayed implementation</header><text>The Secretary of Defense may commence implementation of a recommendation described paragraph (1) later than March 1, 2022, ifâ€"</text>

<clause id="H7466E02F711A485E83627C7237028191"><enum>(i)</enum><text>the Secretary submits to the congressional defense committees written notice of the intent of the Secretary to delay implementation of the recommendation; and</text></clause>

<clause id="H02D0CF90BA174E36807AE455D8FF42A6"><enum>(ii)</enum><text>includes, as part of such notice, a specific justification for the delay in implementing the recommendation.</text></clause></subparagraph>

<subparagraph id="H2CA5604BD3C84417AA70157AC11FC81C"><enum>(B)</enum><header>Nonimplementation</header><text>The Secretary of Defense may elect not to implement a recommendation described in paragraph (1), ifâ€"</text>

<clause id="H8363B142E35D45F786236AA06A4338A2"><enum>(i)</enum><text>the Secretary submits to the congressional defense committees written notice of the intent of the Secretary not to implement the recommendation; and</text></clause>

<clause id="H010CFD0CDF004A948D1E04FAD4CDE72D"><enum>(ii)</enum><text>includes, as part of such noticeâ€"</text>

<subclause id="H97A2E55D406142A4A6716BA2D36F229C"><enum>(I)</enum><text>the reasons for the Secretaryâ€™s decision not to implement the recommendation; and</text></subclause>

<subclause id="HADF7AFF0CCF54015B57831C58CDE6BA5"><enum>(II)</enum><text>a summary of alternative actions the Secretary will carry out to address the purposes underlying the recommendation.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="HBACD04F9307C45E18D45574EE3C48F47" commented="no"><enum>(3)</enum><header>Implementation plan</header><text>For each recommendation that the Secretary implements under this subsection, the Secretary shall submit to the congressional defense committees an implementation plan that includesâ€"</text>

<subparagraph id="H5C39D49EE7724DD0BDB1DB6766D33227" commented="no"><enum>(A)</enum><text>a summary of actions that have been, or will be, carried out to implement the recommendation; and</text></subparagraph>

<subparagraph id="H598DA4E39A764FFB9090C56517606B4A" commented="no"><enum>(B)</enum><text>a schedule, with specific milestones, for completing the implementation of the recommendation.</text></subparagraph></paragraph></subsection>

WASHSTATEC014703

```
<subsection id="H86B6F521B98C422E99E02AB10F40E6F2"><enum>(f)</enum><header>List of
covered institutions</header><text>The Secretary of Defense, in consultation with the
Secretary of Education and the Presidents of the National Academies, shall make
available a list identifying each covered institution examined as part of the study
under subsection (a). The list shall be made available on a publicly accessible website
and shall be updated not less frequently than once annually until the date on which the
final report is submitted under subsection (d)(2).</text></subsection>

<subsection
id="HD10C72C77D2D43B5A2401476F25C31F7"><enum>(g)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H866204ED291847C287201334F0963A56"><enum>(1)</enum><text>The term
<quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="HE214313E09A44779B7DEFE1394EF13C7"><enum>(A)</enum><text>the
congressional defense committees;</text></subparagraph>

<subparagraph id="H925956ADC1734036A086C2FABE78B448"><enum>(B)</enum><text display-
inline="yes-display-inline">the Committee on Health, Education, Labor, and Pensions of
the Senate; and</text></subparagraph>

<subparagraph id="HDE4FC24C45D849F082BD19A0896D3D82"><enum>(C)</enum><text>the
Committee on Education and Labor of the House of
Representatives.</text></subparagraph></paragraph>

<paragraph id="H93262846BC774F8E84E382ECF78E1222"><enum>(2)</enum><text>The term
<quote>covered institution</quote> meansâ€"</text>

<subparagraph id="HA813FBD4190B4FDBB074B7A168AD3110"><enum>(A)</enum><text>a part B
institution (as that term is defined in section 322(2) of the Higher Education Act of
1965 (20 U.S.C. 1061(2)); or</text></subparagraph>

<subparagraph id="H6F09280F4D654CF59621A3A9C0E5024B"><enum>(B)</enum><text>any other
institution of higher education (as that term is defined in section 101 of such Act (20
U.S.C. 1001)) at which not less than 50 percent of the total student enrollment
consists of students from ethnic groups that are underrepresented in the fields of
science and engineering.</text></subparagraph></paragraph></subsection></section>

<section id="H8D6207A367A7464688518B1CC5DF5BD4"><enum>263.</enum><header>Study on
national security emerging biotechnologies for the Department of Defense</header>

<subsection id="HE77792E8C8C048D597532FC684EA6815"><enum>(a)</enum><header>Study
required</header>

<paragraph id="HC44CB864E534433385EB44677C8D695A"><enum>(1)</enum><header>In
general</header><text>Not later than 30 days after the date of the enactment of this
Act, the Secretary of Defense shall direct the Defense Science Board to carry out a
study on emerging biotechnologies pertinent to national security.</text></paragraph>

<paragraph
id="H67069DCD5C544B97AA7BD7113EE7D5CA"><enum>(2)</enum><header>Participation</header><t
ext>Participants in the study shall include the following:</text>

<subparagraph id="H55A863CF02844FF3B14D23AD5357F1EE"><enum>(A)</enum><text>Such members
of the Board as the Chairman of the Board considers appropriate for the
study.</text></subparagraph>

<subparagraph id="H429343E38EBD4692BE595A399301C569"><enum>(B)</enum><text>Such
additional temporary members or contracted support as the Secretaryâ€"</text>

<clause id="H219ACCB605C745999B046FD259B07945"><enum>(i)</enum><text>selects from those
recommended by the Chairman for purposes of the study; and</text></clause>

<clause id="H68D80007E6B8478EBA17DE1E390B90C0"><enum>(ii)</enum><text>considers to have
significant technical, policy, or military
expertise.</text></clause></subparagraph></paragraph>

<paragraph
id="HB6F1BF57763D4C6AB85F199B9101B68B"><enum>(3)</enum><header>Elements</header><text>T
he study conducted pursuant to paragraph (1) shall include the following:</text>
```

```
<subparagraph id="H7F4223D5FEC04907BC714C187D775479"><enum>(A)</enum><text>A review of
the military understanding and relevancy of applications of emerging biotechnologies to
national security requirements of the Department of Defense, includingâ€"</text>

<clause id="H3DDD40E4656D4927A7FBEF211579B699"><enum>(i)</enum><text>a review of all
research and development relating to emerging biotechnologies within the Department of
Defense, including areas that demand further priority and investment;</text></clause>

<clause id="H287A692497F84D409E764EC4055A927C"><enum>(ii)</enum><text>a review of
interagency cooperation and collaboration on research and development relating to
emerging biotechnologies betweenâ€"</text>

<subclause id="HA048A3636CF147F6B6B0D3DD7A5CF838"><enum>(I)</enum><text>the
Department;</text></subclause>

<subclause id="H88F4F03012DC49B2903675045B107AE8"><enum>(II)</enum><text>other
departments and agencies in the Federal Government; and</text></subclause>

<subclause id="HBF90A8A029E24F0A970A7110370F0095"><enum>(III)</enum><text>appropriate
private sector entities that are involved in research and development relating to
emerging biotechnologies;</text></subclause></clause>

<clause id="H6290A19B9F2A47FFBCB0D1EB5C5F9FB5"><enum>(iii)</enum><text>an assessment of
current biotechnology research in the commercial sector, institutions of higher
education, the intelligence community, and civilian agencies of the Federal Government
relevant to critical Department of Defense applications of this
research;</text></clause>

<clause id="H6BBE80982C424970AEFDBBE9F1185D32"><enum>(iv)</enum><text>an assessment of
the potential national security risks of emerging biotechnologies, including risks
relating to foreign powers advancing their use of emerging biotechnologies for military
applications and other purposes faster than the Department; and</text></clause>

<clause id="HDB0008A053BE4E7998264610995D733F"><enum>(v)</enum><text>an assessment of
the knowledge base of the Department with respect to emerging biotechnologies,
including scientific expertise and infrastructure in the Department and the capacity of
the Department to integrate emerging biotechnologies into its operational concepts,
capabilities, and forces.</text></clause></subparagraph>

<subparagraph id="H59BE8BACC41E400B9E77658449DF9BF3"><enum>(B)</enum><text>An
assessment of the technical basis within the Department used to inform the intelligence
community of the Departmentâ€™s collection and analysis needs relating to emerging
biotechnologies.</text></subparagraph>

<subparagraph id="H998F09BC6B3B4D69962C1D35B02C07CD"><enum>(C)</enum><text>Development
of a recommendation on a definition of emerging biotechnologies, as appropriate for the
Department.</text></subparagraph>

<subparagraph id="H7A9A474BD0AD48F2AE1F954000FA1E92"><enum>(D)</enum><text>Development
of such recommendations as the Board may have for legislative or administrative action
relating to national security emerging biotechnologies for the
Department.</text></subparagraph></paragraph>

<paragraph id="HAE8E5BAEA00041B7B4EFCB25B08A8388"><enum>(4)</enum><header>Access to
information</header><text>The Secretary shall provide the Board with timely access to
appropriate information, data, resources, and analysis so that the Board may conduct a
thorough and independent analysis as required under this section.</text></paragraph>

<paragraph
id="HA6D6384EF32E41B490FB6EDCE0ABD6BB"><enum>(5)</enum><header>Report</header>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H0A956D2C0B3341938A24FD68859CF225"><enum>(A)</enum><text>Not later than one year
after the date on which the Secretary directs the Board to conduct the study pursuant
to paragraph (1), the Board shall transmit to the Secretary a final report on the
study.</text></subparagraph>

<subparagraph id="H17649367175443488D6503078A889753"
indent="up1"><enum>(B)</enum><text>Not later than 30 days after the date on which the
Secretary receives the final report under subparagraph (A), the Secretary shall submit
to the congressional defense committees such report and such comments as the Secretary
```

WASHSTATEC014705

considers appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="HA12C2692C347486A8A4A65692B4651BF"><enum>(b)</enum><header>Briefing required</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall provide the congressional defense committees a briefing on potential national security risks of emerging biotechnologies, including risks relating to foreign powers advancing their use of emerging biotechnologies for military applications and other purposes faster than the Department.</text></subsection></section>

<section id="H86B91BE5F5DD4B6FA9DBAB54345B28AF"><enum>264.</enum><header>Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office</header>

<subsection id="H28543E68D3A7451298EF8D8B55A8504C"><enum>(a)</enum><header>Independent study</header><text>Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center under which the center will conduct a study on the optimal use of resources allocated to the Combating Terrorism Technical Support Office.</text></subsection>

<subsection id="H61E5202CCC244080A7C4722A104F1DDA"><enum>(b)</enum><header>Elements of study</header><text>In carrying out the study referred to in subsection (a), the federally funded research and development center with which the Secretary enters into a contract under such subsection shallâ€"</text>

<paragraph id="HE95D94AE1CF543C1BFD482D12A2A6F4A"><enum>(1)</enum><text>evaluate the current mission and organization of the Combating Terrorism Technical Support Office and its relation to the objectives outlined in the National Defense Strategy;</text></paragraph>

<paragraph id="H777476090E4B45BB856A588518039080"><enum>(2)</enum><text>assess the extent to which the activities of the Combating Terrorism Technical Support Office are complementary to and coordinated with other relevant activities by other Department of Defense entities, including activities of the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment, United States Special Operations Command, and the military departments; and</text></paragraph>

<paragraph id="H3B4CD67AF8F849988B12A71EE4B4FED6"><enum>(3)</enum><text>identify opportunities to improve the efficiency and effectiveness of the Combating Terrorism Technical Support Office, including through increased coordination, realignment, or consolidation with other entities of the Department of Defense, if appropriate.</text></paragraph></subsection>

<subsection id="HEA3385A2E21844628E7B088F82F65CA3"><enum>(c)</enum><header>Submission to Department of Defense</header><text>Not later than 180 days after the date of the enactment of this Act, the federally funded research and development center that conducts the study under subsection (a) shall submit to the Secretary of Defense a report on the results of the study in both classified and unclassified form.</text></subsection>

<subsection id="HC87F27D26CCF478CA302C09C4E3DCDD9"><enum>(d)</enum><header>Submission to Congress</header><text>Not later than 30 days after the date on which the Secretary of Defense receives the report under subsection (c), the Secretary shall submit to the congressional defense committees an unaltered copy of the report in both classified and unclassified form, and such comments as the Secretary may have with respect to the report.</text></subsection></section>

<section id="HE85321F01D704478A339F8E97208BCD8"><enum>265.</enum><header>Independent assessment of electronic warfare plans and programs</header>

<subsection id="H15FCD92F3DFD401A9ECB3E35B7520460"><enum>(a)</enum><header>Assessment</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act and pursuant to the arrangement entered into under section 222, the Secretary of Defense shall seek to engage the private scientific advisory group known as <quote>JASON</quote> to carry out an independent assessment of electronic warfare plans and programs.</text></subsection>

<subsection

id="HD7974D1267D44B7883B35099A841AC9E"><enum>(b)</enum><header>Elements</header><text>In carrying out the assessment under subsection (a), JASON shallâ€"</text>

<paragraph id="H14AC62AF431D4C0BA2F6E6503B20A883"><enum>(1)</enum><text display-inline="yes-display-inline">assess the strategies, programs, order of battle, and doctrine of the Department of Defense related to the electronic warfare mission area and electromagnetic spectrum operations;</text></paragraph>

<paragraph id="HA151CBF2A95B432F988AEEF9B1B1EE47"><enum>(2)</enum><text display-inline="yes-display-inline">assess the strategies, programs, order of battle, and doctrine of potential adversaries, such as China, Iran, and the Russian Federation, related to the such mission area and operations;</text></paragraph>

<paragraph id="HBCEDEF6BBD354719AC8658A15EE485B7"><enum>(3)</enum><text display-inline="yes-display-inline">develop recommendations for improvements to the strategies, programs, and doctrine of the Department of Defense in order to enable the United States to achieve and maintain superiority in the electromagnetic spectrum in future conflicts; and</text></paragraph>

<paragraph id="HFF72CD5C5E564176815BA61EC29C06A0"><enum>(4)</enum><text>develop recommendations for the Secretary of Defense, Congress, and such other Federal entities as JASON considers appropriate, including recommendations forâ€"</text>

<subparagraph id="H0BBD53C56DFB438C843E000E6832C419"><enum>(A)</enum><text display-inline="yes-display-inline">closing technical, policy, or resource gaps;</text></subparagraph>

<subparagraph id="HF55ED8568A9E4A3F89A365F6F4673FBB"><enum>(B)</enum><text display-inline="yes-display-inline">improving cooperation and appropriate integration within the Department of Defense entities;</text></subparagraph>

<subparagraph id="H0BE74AC8111349B487F9E3837A8A8C77"><enum>(C)</enum><text display-inline="yes-display-inline">improving cooperation between the United States and other countries and international organizations as appropriate; and</text></subparagraph>

<subparagraph id="HCA0262CCE0E3465981F14C958F5C6CE2"><enum>(D)</enum><text display-inline="yes-display-inline">such other important matters identified by JASON that are directly relevant to the strategies of the Department of Defense described in paragraph (3).</text></subparagraph></paragraph></subsection>

<subsection id="H6B40F4EF62C94BB581F56C4943509F2A"><enum>(c)</enum><header>Liaisons</header><text>The Secretary of Defense shall appoint appropriate liaisons to JASON to support the timely conduct of the services covered by this section.</text></subsection>

<subsection id="H66A7C4FAD2DA4993833E7624A82B8F30"><enum>(d)</enum><header>Materials</header><text>The Secretary of Defense shall provide access to JASON to materials relevant to the services covered by this section, consistent with the protection of sources and methods and other critically sensitive information.</text></subsection>

<subsection id="H9A4D096053F94120BC815470ABFCE679"><enum>(e)</enum><header>Clearances</header><text>The Secretary of Defense shall ensure that appropriate members and staff of JASON have the necessary clearances, obtained in an expedited manner, to conduct the services covered by this section.</text></subsection>

<subsection id="HD66046DB32824F00B2B2B1D731B4FA83"><enum>(f)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the results of the assessment carried out under subsection (a), includingâ€"</text>

<paragraph id="H2B60C4BC3BA8480F9F86D69A2D255D24"><enum>(1)</enum><text>the results of the assessment with respect to each element described in subsection (b);</text></paragraph>

<paragraph id="H03B69733AF7F4ECAAC3272A12FF1B903"><enum>(2)</enum><text>the recommendations developed by JASON pursuant to such subsection.</text></paragraph></subsection>

```
<subsection id="HA90E0CEB2CF74F40A138B98BAC9BECDC"><enum>(g)</enum><header>Relationship
to other law</header><text display-inline="yes-display-inline">The assessment required
under subsection (a) is separate and independent from the assessment described in
section 255 of the John S. McCain National Defense Authorization Act for Fiscal Year
2019 (Public Law 115â€"232; 132 Stat. 1705) and shall be carried out without regard to
any agreement entered into under that section or the results of any assessment
conducted pursuant to such agreement.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H32A349B36F9C43B3AB88C6C2BC14F418" section-type="subsequent-
section"><enum>266.</enum><header display-inline="yes-display-inline">Technical
correction to Global Research Watch Program</header><text display-inline="no-display-
inline">Section 2365 of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HDCC4290F79204BBE99865A299B408C92"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsections (a) and (d)(2), by striking <quote>Assistant Secretary
of Defense for Research and Engineering</quote> both places it appears and inserting
<quote>Under Secretary of Defense for Research and
Engineering</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD4A764AB7F244ED6B86D154823D5390D"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsections (d)(3) and (e), by striking <quote>Assistant
Secretary</quote> both places it appears and inserting <quote>Under Secretary of
Defense for Research and Engineering</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H94FFE1895EC041F7B5E988E14B5B7479"><enum>(3)</enum><text display-inline="yes-
display-inline">in subsection (d), by striking <quote>Assistant Secretary</quote> both
places it appears and inserting <quote>Under
Secretary</quote>.</text></paragraph></section></subtitle></title>

<title id="HE2E1251CF19343E59B0906CD76A34F6C"><enum>III</enum><header>Operation and
Maintenance</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="HE2E1251CF19343E59B0906CD76A34F6C" regeneration="yes-
regeneration" lowest-bolded-level="division-level-bolded">

<toc-entry idref="H05A02CD7A2EE40109D174ACD337B5D2F" level="subtitle">Subtitle
Aâ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="HD7D91DC4C7D04A75ADFC8E7B6CC1A0F7"
level="section">Sec.â€,301.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HA613675527DF457182A6DFDB9FCC3615" level="subtitle">Subtitle
Bâ€"Energy and Environment</toc-entry>

<toc-entry idref="HC26F6C8DD5AB4E24B7D60A70DB29DBC0"
level="section">Sec.â€,311.â€,Timeline for Clearinghouse review of applications for
energy projects that may have an adverse impact on military operations and
readiness.</toc-entry>

<toc-entry idref="H655569A7E3A849E9806B43463276E8D6"
level="section">Sec.â€,312.â€,Authority to accept contributions of funds from
applicants for energy projects for mitigation of impacts on military operations and
readiness.</toc-entry>

<toc-entry idref="HACF7CB35B1E94A99A8BDB07CFB0A578B" level="section">Sec.â€,313.â€,Use
of proceeds from sale of recyclable materials.</toc-entry>

<toc-entry idref="H5F782346649B4B2396F265896C5F3765"
level="section">Sec.â€,314.â€,Disposal of recyclable materials.</toc-entry>

<toc-entry idref="HD4A8DA25C449485C92244766297D41BA"
level="section">Sec.â€,315.â€,Department of Defense improvement of previously conveyed
utility systems serving military installations.</toc-entry>

<toc-entry idref="H1310446E9264499395201B9B3DCE9E0D"
level="section">Sec.â€,316.â€,Modification of Department of Defense environmental
```

WASHSTATEC014708

restoration authorities to include Federal Government facilities used by National Guard.</toc-entry>

<toc-entry idref="H5FD03F0388474239AFCAED9B80DE9D34" level="section">Sec.â€¯317.â€¯Use of operational energy cost savings of Department of Defense.</toc-entry>

<toc-entry idref="H3C961CAF28B64F7997FB6AC90362DB5C" level="section">Sec.â€¯318.â€¯Sale of electricity from alternate energy and cogeneration production facilities.</toc-entry>

<toc-entry idref="H7D6E849BC33E494CB418E3500D6FD61C" level="section">Sec.â€¯319.â€¯Energy resilience programs and activities.</toc-entry>

<toc-entry idref="H7FB0220BCC2543648D4A696AEC44AAD7" level="section">Sec.â€¯320.â€¯Technical and grammatical corrections and repeal of obsolete provisions relating to energy.</toc-entry>

<toc-entry idref="H9CF3FB5793FB47908248FC3FCB87360A" level="section">Sec.â€¯321.â€¯Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry.</toc-entry>

<toc-entry idref="H4D43FF07C9B4417E8BDFC453B52212D5" level="section">Sec.â€¯322.â€¯Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent.</toc-entry>

<toc-entry idref="HDD1B01567233429281502FE09BB20AC7" level="section">Sec.â€¯323.â€¯Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations.</toc-entry>

<toc-entry idref="H019312B9E5F64835BA18CC7880F7DE7F" level="section">Sec.â€¯324.â€¯Prohibition on use of fluorinated aqueous film forming foam for training exercises.</toc-entry>

<toc-entry idref="H5D05D8DE210F4C61B0D63ACB1AA5089E" level="section">Sec.â€¯325.â€¯Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate.</toc-entry>

<toc-entry idref="H8F848264AC484B9D91E6A83FA05688D6" level="section">Sec.â€¯326.â€¯Development of extreme weather vulnerability and risk assessment tool.</toc-entry>

<toc-entry idref="HD461B5FBCF94498FA0DFF42C65A08193" level="section">Sec.â€¯327.â€¯Removal of barriers that discourage investments to increase military installation resilience.</toc-entry>

<toc-entry idref="H2805DB404B814B96B297A15E6D7FD3EA" level="section">Sec.â€¯328.â€¯Budgeting of Department of Defense relating to extreme weather.</toc-entry>

<toc-entry idref="H8A3CEA251AF74FB1B2E67F19BB604F8C" level="section">Sec.â€¯329.â€¯Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging.</toc-entry>

<toc-entry idref="H2595B47D5A114025BA8F31E243E0E5C3" level="section">Sec.â€¯330.â€¯Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam.</toc-entry>

<toc-entry idref="HC5DD454C4D0C436D9FCB2E76A03F8A22" level="section">Sec.â€¯331.â€¯Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern.</toc-entry>

<toc-entry idref="H8487C1FF730E417F96859C3AFEFF5919" level="section">Sec.â€¯332.â€¯Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances.</toc-entry>

<toc-entry idref="H1106BF4720CD40D58A607274BE7CA4E0" level="section">Sec.â€¯333.â€¯Plan to phase out use of burn pits.</toc-entry>

<toc-entry idref="H5D42EB4DC85B4D09A3C4D9F3D0E53CFD" level="section">Sec.â€¯334.â€¯Information relating to locations of burn pit use.</toc-

WASHSTATEC014709

entry>

<toc-entry idref="HCF79632CF0E9440BBAC51FEB8FAEA284" level="section">Sec.â€,335.â€,Data
quality review of radium testing conducted at certain locations of the Department of
the Navy.</toc-entry>

<toc-entry idref="H7A502C7BF13F46F99633EE5405C60E19"
level="section">Sec.â€,336.â€,Reimbursement of Environmental Protection Agency for
certain costs in connection with the Twin Cities Army Ammunition Plant,
Minnesota.</toc-entry>

<toc-entry idref="H8306AF43025C4CB8A34B174BBD7CBC94"
level="section">Sec.â€,337.â€,Pilot program for availability of working-capital funds
for increased combat capability through energy optimization.</toc-entry>

<toc-entry idref="H0048830F852349CFA1D1A1992539295A"
level="section">Sec.â€,338.â€,Report on efforts to reduce high energy intensity at
military installations.</toc-entry>

<toc-entry idref="H70146F010EA04AA897D5D060A45DABDB" level="subtitle">Subtitle
Câ€"Treatment of Contaminated Water Near Military Installations</toc-entry>

<toc-entry idref="H5BA4D3D9FCA7486BAA3B5ABF0D85F7CD"
level="section">Sec.â€,341.â€,Short title.</toc-entry>

<toc-entry idref="HFE00354E68074FD5A068201E500ECCF8"
level="section">Sec.â€,342.â€,Definitions.</toc-entry>

<toc-entry idref="H8463650D8DCE4C898C41251FE3A9430A"
level="section">Sec.â€,343.â€,Provision of water uncontaminated with perfluorooctanoic
acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes.</toc-entry>

<toc-entry idref="H3B9D849C95EC4DECA02C8D0A6AF8468A"
level="section">Sec.â€,344.â€,Acquisition of real property by Air Force.</toc-entry>

<toc-entry idref="H78A33297694C445F83134C8F097EA7EF"
level="section">Sec.â€,345.â€,Remediation plan.</toc-entry>

<toc-entry idref="H4BBC505F4A0441BBBA6B56DBF7E148EC" level="subtitle">Subtitle
Dâ€"Logistics and Sustainment</toc-entry>

<toc-entry idref="H268D530F4DDD44B0A69C7A5208B5356F"
level="section">Sec.â€,351.â€,Materiel readiness metrics and objectives.</toc-entry>

<toc-entry idref="H8BFD398FA08B4388B469AA7C17D67420"
level="section">Sec.â€,352.â€,Clarification of authority regarding use of working-
capital funds for unspecified minor military construction projects related to
revitalization and recapitalization of defense industrial base facilities.</toc-entry>

<toc-entry idref="H565D9F3E1D544EDAA883EB73632912E9"
level="section">Sec.â€,353.â€,Modification to limitation on length of overseas forward
deployment of naval vessels.</toc-entry>

<toc-entry idref="H87EEE231591F4975B1FCC302BA7AA444"
level="section">Sec.â€,354.â€,Extension of temporary installation reutilization
authority for arsenals, depots, and plants.</toc-entry>

<toc-entry idref="H4A6D95FFE121422495BFCA77F4AD07CD"
level="section">Sec.â€,355.â€,Fâ€"35 Joint Strike Fighter sustainment.</toc-entry>

<toc-entry idref="H76293D5404894419B87923D1F9CCADCC"
level="section">Sec.â€,356.â€,Report on strategic policy for prepositioned materiel and
equipment.</toc-entry>

<toc-entry idref="H5D2ABB79E47D4D9786711AB6BDAFD9E7"
level="section">Sec.â€,357.â€,Pilot program to train skilled technicians in critical
shipbuilding skills.</toc-entry>

<toc-entry idref="H14D65977F79C47F0AEB6A432837D1713"
level="section">Sec.â€,358.â€,Requirement for military department inter-service depot
maintenance.</toc-entry>

<toc-entry idref="HD1935972E37343E9BD67BB1E38BFB7F2"

```
level="section">Sec.â€‰359.â€‰Strategy to improve infrastructure of certain depots of
the Department of Defense.</toc-entry>

<toc-entry idref="H3307DCCAFB5146B59359B1A615E659ED" level="subtitle">Subtitle
Eâ€"Reports</toc-entry>

<toc-entry idref="H7EB10842648B48669F7A1A85F85BA33A"
level="section">Sec.â€‰361.â€‰Readiness reporting.</toc-entry>

<toc-entry idref="HFAEE702823014B02969B0567EC7B4902"
level="section">Sec.â€‰362.â€‰Technical correction to deadline for transition to
Defense Readiness Reporting System Strategic.</toc-entry>

<toc-entry idref="HEB4EF347AA914BCB94BAE7669367A247"
level="section">Sec.â€‰363.â€‰Report on Navy ship depot maintenance budget.</toc-entry>

<toc-entry idref="H64FBBA345FA04297AAE0CD880BE481CB"
level="section">Sec.â€‰364.â€‰Report on Runit Dome.</toc-entry>

<toc-entry idref="H4A335F28FCA44A9491D7DC1378037442"
level="section">Sec.â€‰365.â€‰Prohibition on subjective upgrades by commanders of unit
ratings in monthly readiness reporting on military units.</toc-entry>

<toc-entry idref="H33F3753E99D346AE8F7F09FA64EB9906"
level="section">Sec.â€‰366.â€‰Requirement to include foreign language proficiency in
readiness reporting systems of Department of Defense.</toc-entry>

<toc-entry idref="HD748A1DFBBC24F5381DB18DA2E4A7E08" level="subtitle">Subtitle
Fâ€"Other Matters</toc-entry>

<toc-entry idref="HCDAEF26E548644D09F3E84AAD5F5DE0A"
level="section">Sec.â€‰371.â€‰Prevention of encroachment on military training routes
and military operations areas.</toc-entry>

<toc-entry idref="HA3926C5DD82D47B998A918D57CD6ACE3"
level="section">Sec.â€‰372.â€‰Expansion and enhancement of authorities on transfer and
adoption of military animals.</toc-entry>

<toc-entry idref="H4629760C93C9497EB4AFD057906349B0"
level="section">Sec.â€‰373.â€‰Extension of authority for Secretary of Defense to use
Department of Defense reimbursement rate for transportation services provided to
certain non-Department of Defense entities.</toc-entry>

<toc-entry idref="HB06442574BD049DF97959281B5F96601"
level="section">Sec.â€‰374.â€‰Extension of authority of Secretary of Transportation to
issue non-premium aviation insurance.</toc-entry>

<toc-entry idref="HD638DD8B6F084849905BA7ADC32035F1"
level="section">Sec.â€‰375.â€‰Defense personal property program.</toc-entry>

<toc-entry idref="HB4AD1778FBF34112B8E917773CD0E26D"
level="section">Sec.â€‰376.â€‰Public events about Red Hill Bulk Fuel Storage
Facility.</toc-entry>

<toc-entry idref="HA619F78FD624458F966F316225385100"
level="section">Sec.â€‰377.â€‰Sense of Congress regarding Innovative Readiness Training
program.</toc-entry>

<toc-entry idref="H708F42274763459095C0E3EF5C4685D9"
level="section">Sec.â€‰378.â€‰Detonation chambers for explosive ordnance
disposal.</toc-entry></toc>

<subtitle id="H05A02CD7A2EE40109D174ACD337B5D2F"><enum>A</enum><header>Authorization of
Appropriations</header>

<section id="HD7D91DC4C7D04A75ADFC8E7B6CC1A0F7" section-type="subsequent-
section"><enum>301.</enum><header>Authorization of appropriations</header><text
display-inline="no-display-inline">Funds are hereby authorized to be appropriated for
fiscal year 2020 for the use of the Armed Forces and other activities and agencies of
the Department of Defense for expenses, not otherwise provided for, for operation and
maintenance, as specified in the funding table in section
4301.</text></section></subtitle>
```

<subtitle id="HA613675527DF457182A6DFDB9FCC3615"><enum>B</enum><header>Energy and Environment</header>

<section id="HC26F6C8DD5AB4E24B7D60A70DB29DBC0"><enum>311.</enum><header>Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness</header><text display-inline="no-display-inline">Section 183a(c)(1) of title 10, United States Code, is amended by striking <quote>60 days</quote> and inserting <quote>75 days</quote>. </text></section>

<section id="H655569A7E3A849E9806B43463276E8D6"><enum>312.</enum><header>Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness</header><text display-inline="no-display-inline">Section 183a(f) of title 10, United States Code, is amended by striking <quote>for a project filed with the Secretary of Transportation pursuant to section 44718 of title 49</quote> and inserting <quote>for an energy project</quote>. </text></section>

<section id="HACF7CB35B1E94A99A8BDB07CFB0A578B"><enum>313.</enum><header>Use of proceeds from sale of recyclable materials</header><text display-inline="no-display-inline">Section 2577(c) of title 10, United States Code, is amended by striking <quote>$2,000,000</quote> and inserting <quote>$10,000,000</quote>. </text></section>

<section id="H5F782346649B4B2396F265896C5F3765"><enum>314.</enum><header>Disposal of recyclable materials</header><text display-inline="no-display-inline">Section 2577(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H363E361CE4524862BD78399F208EE922" display-inline="no-display-inline">

<paragraph id="HA5C0B21BABEC4D7BAA200504BCC997B4" display-inline="no-display-inline" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">In this section, the term <quote>recyclable materials</quote> may include any quality recyclable material provided to the Department by a State or local government entity, if such material is authorized by the Office of the Secretary of Defense and identified in the regulations prescribed under paragraph (1).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HD4A8DA25C449485C92244766297D41BA"><enum>315.</enum><header>Department of Defense improvement of previously conveyed utility systems serving military installations</header><text display-inline="no-display-inline">Section 2688 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H6109ACA82F32492D909AB160779C9453"><enum>(1)</enum><text>by redesignating subsection (k) as subsection (l); and</text></paragraph>

<paragraph id="H5CB6BB3D4E5D4F6A9B9BD06CB1C3CBF3"><enum>(2)</enum><text>by inserting after subsection (j) the following new subsection (k):</text>

<quoted-block style="USC" id="HD97E7F21649345A184F9018F7906DAD2" display-inline="no-display-inline">

<subsection id="HA0471CE4F6CB460792B92BAA8C7B29F6"><enum>(k)</enum><header>Improvement of conveyed utility systems</header><text display-inline="yes-display-inline">In the case of a utility system that is conveyed under this section and that only provides utility services to a military installation, the Secretary concerned may use amounts authorized to be appropriated for military construction to improve the reliability, resilience, efficiency, physical security, or cybersecurity of the utility system.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H1310446E9264499395201B9B3DCE9E0D" section-type="subsequent-section"><enum>316.</enum><header>Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard</header>

<subsection id="H72229DE3E21A497A8174D46D1AC12D36"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2707 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

WASHSTATEC014712

```
<quoted-block style="USC" id="H771081B269BF4A4E830156550E727EF6" display-inline="no-
display-inline">

<subsection id="H8279CE7E855D4D71B579BC8E09F4B989"><enum>(e)</enum><header>Authority
for National Guard projects</header><text display-inline="yes-display-
inline">Notwithstanding subsection (a) of this section and section 2701(c)(1) of this
title, the Secretary concerned may use funds described in subsection (c) to carry out
an environmental restoration project at a facility in response to perfluorooctanoic
acid or perfluorooctane sulfonate contamination under this chapter or
CERCLA.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H5F9DDF92437743AD9A593A38830A7BED"><enum>(b)</enum><header display-inline="yes-
display-inline">Definition of facility</header><text display-inline="yes-display-
inline">Section 2700(2) of such title is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE595C190883849B4A452C25F82083FC6"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking <quote>The terms</quote> and inserting <quote>(A) The
terms</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H194BDF69939E4B53A4C1DDBCC82BD8CA"><enum>(2)</enum><text display-inline="yes-
display-inline">by adding at the end the following new subparagraph:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="HCCEC4E2992A1494F91909F0E79065A8E"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="H270395A4A22443068CCA1180A4B0990C" indent="up1"><enum>(B)</enum><text display-
inline="yes-display-inline">The term <term>facility</term> includes real property that
is owned by, leased to, or otherwise possessed by the United States at locations at
which military activities are conducted under this title or title 32 (including real
property owned or leased by the Federal Government that is licensed to and operated by
a State for training for the National Guard).</text></subparagraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H2136286A43924C0FB181D12547186840"><enum>(c)</enum><header display-inline="yes-
display-inline">Inclusion of pollutants and contaminants in environmental response
actions</header><text display-inline="yes-display-inline">Section 2701(c) of such title
is amended by inserting <quote>or pollutants or contaminants</quote> after
<quote>hazardous substances</quote> each place it appears.</text></subsection>

<subsection id="HC9D38FD729244E6692486E780891813B"><enum>(d)</enum><header>Savings
clause</header><text display-inline="yes-display-inline">Nothing in this section, or
the amendments made by this section, shall affect any requirement or authority under
the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42
U.S.C. 9601 et seq.).</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H5FD03F0388474239AFCAED9B80DE9D34" section-type="subsequent-
section"><enum>317.</enum><header display-inline="yes-display-inline">Use of
operational energy cost savings of Department of Defense</header><text display-
inline="no-display-inline">Section 2912 of title 10, United States Code, is
amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HB77756D0B4014C28A921ADD830B169C3"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a), by striking <quote>subsection (b)</quote> and
inserting <quote>subsection (b) or (c), as the case may be,</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC9B91A0EF5C34DCCBED8100FFDB23444"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (b), in the matter preceding paragraph (1), by striking
<quote>The Secretary of Defense</quote> and inserting <quote>Except as provided in
subsection (c) with respect to operational energy cost savings, the Secretary of
Defense</quote>;</text></paragraph>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="H1FC74B95F6D94706A3AE5FF7575146D8"><enum>(3)</enum><text display-inline="yes-
display-inline">by redesignating subsection (c) as subsection (d);
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3CA60AAB50BF4AC39515DB181B411BE9"><enum>(4)</enum><text display-inline="yes-
display-inline">by inserting after subsection (b) the following new subsection
(c):</text>

<quoted-block display-inline="no-display-inline" id="HA2C50001DE4E40148FD83B43C6B1FA19"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="HFA2B33F7D3BD4A11810E4314FDC83C3C"><enum>(c)</enum><header display-inline="yes-
display-inline">Use of operational energy cost savings</header><text display-
inline="yes-display-inline">The amount that remains available for obligation under
subsection (a) that relates to operational energy cost savings realized by the
Department shall be used for the implementation of additional operational energy
resilience, efficiencies, mission assurance, energy conservation, or energy security
within the department, agency, or instrumentality that realized that
savings.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></section>

<section id="H3C961CAF28B64F7997FB6AC90362DB5C"><enum>318.</enum><header>Sale of
electricity from alternate energy and cogeneration production facilities</header><text
display-inline="no-display-inline">Section 2916(b)(3)(B) of title 10, United States
Code, is amended—</text>

<paragraph id="HC66FB24CC5804930AB0A26CB1252220E"><enum>(1)</enum><text>by striking
<quote>shall be available</quote> and all that follows and inserting <quote>shall be
provided directly to the commander of the military installation in which the geothermal
energy resource is located to be used for—</quote>; and</text></paragraph>

<paragraph id="H3224B6E2D6804B0AB28916474F21B5E8"><enum>(2)</enum><text>by adding at
the end the following new clauses:</text>

<quoted-block style="USC" id="H7F04A0CC48E0472B91D80DBC4180B412" display-inline="no-
display-inline">

<clause id="H69FCB18CBF624A5D9E02D640BA463333" indent="up1"><enum>(i)</enum><text
display-inline="yes-display-inline">military construction projects described in
paragraph (2) that benefit the military installation where the geothermal energy
resource is located; or</text></clause>

<clause id="HF78651EA822C42E19A93A7CA4B95E651"
indent="up1"><enum>(ii)</enum><text>energy or water security projects that—</text>

<subclause id="HE448392EC7D24B3F9AE3B71358741AF3"><enum>(I)</enum><text>benefit the
military installation where the geothermal energy resource is
located;</text></subclause>

<subclause id="H40522BB4AD48465290587E100AD252CC"><enum>(II)</enum><text>the commander
of the military installation determines are necessary; and</text></subclause>

<subclause id="HCB8F15E7823B4442B1AFD4B539B685BD"><enum>(III)</enum><text>are directly
coordinated with local area energy or groundwater governing
authorities.</text></subclause></clause><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H7D6E849BC33E494CB418E3500D6FD61C" section-type="subsequent-
section"><enum>319.</enum><header display-inline="yes-display-inline">Energy resilience
programs and activities</header>

<subsection commented="no" display-inline="no-display-inline"
id="HA730E797908C49E580E6D7BC0DAE2CCE"><enum>(a)</enum><header display-inline="yes-
display-inline">Modification of annual energy management and resilience
report</header><text display-inline="yes-display-inline">Section 2925(a) of title 10,
United States Code, is amended—</text>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="H27B6FF26014A49BC9E241228FC0BD2A6"><enum>(1)</enum><text display-inline="yes-
display-inline">in the subsection heading, by inserting <quote><header-in-text
level="subsection" style="USC">and readiness</header-in-text></quote> after
<quote><header-in-text level="subsection" style="USC">mission assurance</header-in-
text></quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD4DB77167B734829929627AD305CF72B"><enum>(2)</enum><text display-inline="yes-
display-inline">in the matter preceding paragraph (1), by inserting <quote>The
Secretary shall ensure that mission operators of critical facilities provide to
personnel of military installations any information necessary for the completion of
such report.</quote> after <quote>by the Secretary.</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFE6738935E7A4D2BA1685E6A3A492EBD"><enum>(3)</enum><text display-inline="yes-
display-inline">in paragraph (4), in the matter preceding subparagraph (A), by striking
<quote>megawatts</quote> and inserting <quote>electric and thermal loads</quote>;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0BE7C6567FD549B5B94E4CADCC56F6E2"><enum>(4)</enum><text display-inline="yes-
display-inline">in paragraph (5), by striking <quote>megawatts</quote> and inserting
<quote>electric and thermal loads</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H27D882F2FF344E03BFF0ED0883DF9C6E"><enum>(b)</enum><header display-inline="yes-
display-inline">Funding for energy program offices</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HA55E846C5F544561B24EB54C696550A7"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Secretaries of the
military departments shall submit to the congressional defense committees a report
stating whether the program offices specified in paragraph (2) are funded—</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H68F02211CFEF407E9F709DE011D483C2"><enum>(A)</enum><text display-inline="yes-
display-inline">at proper levels to ensure that the energy resilience requirements of
the Department of Defense are met; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H97100B139AC445B5B65983D5F835FDC4"><enum>(B)</enum><text display-inline="yes-
display-inline">at levels that are not less than in any previous fiscal
year.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H148E09F9E63648CE9763200CC9AE897F"><enum>(2)</enum><header display-inline="yes-
display-inline">Program offices specified</header><text display-inline="yes-display-
inline">The program offices specified in this paragraph are the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC79DFC5D84BB42DFA1A05E721BAFB210"><enum>(A)</enum><text display-inline="yes-
display-inline">The Power Reliability Enhancement Program of the
Army.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4D45C8BF5C0F43489C7B98F0350AD86A"><enum>(B)</enum><text display-inline="yes-
display-inline">The Office of Energy Initiatives of the Army.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H749A445B33A6475A90B30F80756CF7DF"><enum>(C)</enum><text display-inline="yes-
display-inline">The Office of Energy Assurance of the Air Force.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3DFE23F11C4B4C31B4129257E97013AE"><enum>(D)</enum><text display-inline="yes-
display-inline">The Resilient Energy Program Office of the
Navy.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H55A677E533F1484F9D19AD70138AEC0A"><enum>(3)</enum><header display-inline="yes-
```

display-inline">Funding plan</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H483FCF16927B4CCFADD67A1D61904CE1"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretaries of the military departments shall include in the report submitted under
paragraph (1) a funding plan for the next five fiscal years beginning after the date of
the enactment of this Act to ensure that funding levels are, at a minimum, maintained
during that period.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC9B70597AE2B462BAA91CB49C440B4B1"><enum>(B)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The funding
plan under subparagraph (A) shall include, for each fiscal year covered by the plan, an
identification of the amounts to be used for the accomplishment of energy resilience
goals and objectives.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBAFB2888A2A8469B84E220B7C307849C"><enum>(c)</enum><header display-inline="yes-
display-inline">Establishment of targets for water use</header><text display-
inline="yes-display-inline">The Secretary of Defense shall, where life-cycle cost-
effective, improve water use efficiency and management by the Department of Defense,
including storm water management, byâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H68B7A9DD366B4A2FB5F8227CDBF7D8AC"><enum>(1)</enum><text display-inline="yes-
display-inline">installing water meters and collecting and using water balance data of
buildings and facilities to improve water conservation and
management;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6FCA6D04F0A34FE5B7A89753065CEE87"><enum>(2)</enum><text display-inline="yes-
display-inline">reducing industrial, landscaping, and agricultural water consumption in
gallons by two percent annually through fiscal year 2030 relative to a baseline of such
consumption by the Department in fiscal year 2010; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H14F3AF7FC75C411D86358621304661C3"><enum>(3)</enum><text display-inline="yes-
display-inline">installing appropriate sustainable infrastructure features on
installations of the Department to help with storm water and wastewater
management.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H7FB0220BCC2543648D4A696AEC44AAD7" section-type="subsequent-
section"><enum>320.</enum><header display-inline="yes-display-inline">Technical and
grammatical corrections and repeal of obsolete provisions relating to energy</header>

<subsection commented="no" display-inline="no-display-inline"
id="H2C92E5CF211847099DF08CA5C117606C"><enum>(a)</enum><header display-inline="yes-
display-inline">Technical and grammatical corrections</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H0FE04CBCBFDC494AB26C8A1A883F70F6"><enum>(1)</enum><header display-inline="yes-
display-inline">Technical corrections</header><text display-inline="yes-display-
inline">Title 10, United States Code, is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4E7D7564C6AA40FAA71045BD0C3F53DD"><enum>(A)</enum><text display-inline="yes-
display-inline">in section 2913(c), by striking <quote>government</quote> and inserting
<quote>government or</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF676A7FA8CAB4BBAA15DEB91DF7CD4A0"><enum>(B)</enum><text display-inline="yes-
display-inline">in section 2926(d)(1), in the second sentence, by striking
<quote>Defense Agencies</quote> and inserting <quote>the Defense
Agencies</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE953E7D128D14FB28273A42BCA527FD5"><enum>(2)</enum><header display-inline="yes-
display-inline">Grammatical corrections</header><text display-inline="yes-display-

```
inline">Such title is further amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1CFCB298929B44DE9036E78B7BA5C8AB"><enum>(A)</enum><text display-inline="yes-
display-inline">in section 2922a(d), by striking <quote>resilience are prioritized and
included</quote> and inserting <quote>energy resilience are included as critical
factors</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBD422A30CB54489388CD5D3C910DF74F"><enum>(B)</enum><text display-inline="yes-
display-inline">in section 2925(a)(3), by striking <quote>impacting energy</quote> and
all that follows through the period at the end and inserting <quote>degrading energy
resilience at military installations (excluding planned outages for maintenance
reasons), whether caused by on- or off-installation disruptions, including the total
number of outages and their locations, the duration of each outage, the financial
effect of each outage, whether or not the mission was affected, the downtimes (in
minutes or hours) the mission can afford based on mission requirements and risk
tolerances, the responsible authority managing the utility, and measures taken to
mitigate the outage by the responsible
authority.</quote>.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H40DD5644FF6E45A286C4C1D8C3B048AE"><enum>(b)</enum><header display-inline="yes-
display-inline">Clarification of applicability of conflicting amendments made by 2018
Defense Authorization Act</header><text display-inline="yes-display-inline">Section
2911(e) of such title is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H64E4FAB7B289457DA519CC0AC9FBABB4"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking paragraphs (1) and (2) and inserting the following new
paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H770F961D3B2B400E815F0A61350587B2"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H6898255D4DB1497BA4C8323C31EEB955"><enum>(1)</enum><text display-inline="yes-
display-inline">Opportunities to reduce the current rate of consumption of energy, the
future demand for energy, and the requirement for the use of energy.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0B882B20F19F49CCA4B401AA424D7DC1"><enum>(2)</enum><text display-inline="yes-
display-inline">Opportunities to enhance energy resilience to ensure the Department of
Defense has the ability to prepare for and recover from energy disruptions that affect
mission assurance on military installations.</text></paragraph><after-quoted-block>;
and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H084B8E7BCFDF48CC8ECAC9327DD75F23"><enum>(2)</enum><text display-inline="yes-
display-inline">by striking the second paragraph (13).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBF7EC6276EB9459A86B0012868A55FDF"><enum>(c)</enum><header display-inline="yes-
display-inline">Conforming and clerical amendments</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H47EBEF0FA21A425AA837EB935C0E343B"><enum>(1)</enum><header display-inline="yes-
display-inline">Heading amendment</header><text display-inline="yes-display-inline">The
heading of section 2926 of such title is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HCAE1EEE5718740E6A067BEAEF9D2E897"
style="USC">

<section commented="no" display-inline="no-display-inline"
id="H1C3BE1607DF048228B0E4FF09838511D" section-type="subsequent-
section"><enum>2926.</enum><header display-inline="yes-display-inline">Operational
energy</header></section><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDE2617CC5E3D498EAB3E05FCDCBDC0D9"><enum>(2)</enum><header display-inline="yes-
```

display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 173 of such title is amended by striking the item relating to section 2926 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H62F9CEDFB1294A68909C63800D6EF855" style="OLC">

<toc>

<toc-entry bold="off" level="section">2926. Operational energy.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H9CF3FB5793FB47908248FC3FCB87360A"><enum>321.</enum><header>Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry</header><text display-inline="no-display-inline">Section 316(a)(2)(B)(ii) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1350), as amended by section 315(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is amended by striking <quote>2019 and 2020</quote> and inserting <quote>2019, 2020, and 2021</quote>.</text></section>

<section id="H4D43FF07C9B4417E8BDFC453B52212D5" section-type="subsequent-section"><enum>322.</enum><header>Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent</header>

<subsection id="HF902413B06E14739824F57C5EA0E0D5F"><enum>(a)</enum><header>Use of fluorine-free foam at military installations</header>

<paragraph id="H8E4AE436283C415A9F43ADB69E2C77D4"><enum>(1)</enum><header>Military specification</header><text>Not later than January 31, 2023, the Secretary of the Navy shall publish a military specification for a fluorine-free fire-fighting agent for use at all military installations and ensure that such agent is available for use by not later than October 1, 2023.</text></paragraph>

<paragraph id="H1908C18AEEC945FDAE49E3E5D00572C9"><enum>(2)</enum><header>Report to Congress</header><text>Concurrent with publication of the military specification under paragraph (1), the Secretary of Defense shall submit to the congressional defense committees a report containing a detailed plan for implementing the transition to a fluorine-free fire-fighting agent by not later than October 1, 2023. The report shall include—</text>

<subparagraph id="H8A9772E24D8F4AC58ADD4546DF07E313"><enum>(A)</enum><text>a detailed description of the progress of the Department of Defense to identify a fluorine-free fire-fighting agent for use as a replacement fire-fighting agent at military installations;</text></subparagraph>

<subparagraph id="HE88BB5F2F1034F34ABC1BB927FA91727"><enum>(B)</enum><text>a description of any technology and equipment required to implement the replacement fire-fighting agent;</text></subparagraph>

<subparagraph id="H0C40DC7611954E40A191726B39B9FBCA"><enum>(C)</enum><text>funding requirements, by fiscal year, to implement the replacement fire-fighting agent, including funding for the procurement of a replacement fire-fighting agent, required equipment, and infrastructure improvements;</text></subparagraph>

<subparagraph id="HFE35A715815648FBB595AF40183B5229"><enum>(D)</enum><text>a detailed timeline of remaining required actions to implement such replacement.</text></subparagraph></paragraph></subsection>

<subsection id="H46AC10AD82294B7FA8C8391D155E60ED"><enum>(b)</enum><header>Limitation</header><text display-inline="yes-display-inline">No amount authorized to be appropriated or otherwise made available for the Department of Defense may be obligated or expended after October 1, 2023, to procure fire-fighting foam that contains in excess of one part per billion of perfluoroalkyl substances and polyfluoroalkyl substances.</text></subsection>

<subsection id="HC6222C93CEC94B63A7867CF79FE56D30"><enum>(c)</enum><header>Prohibition

on use</header><text display-inline="yes-display-inline">Fluorinated aqueous film-forming foam may not be used at any military installation on or after the earlier of the following dates:</text>

<paragraph id="H776A8BFFA0EC420D913DE141D9BAF60B"><enum>(1)</enum><text>October 1, 2024.</text></paragraph>

<paragraph id="H4139F5D416F24A6A90D2A9EF26FEC0EE"><enum>(2)</enum><text>The date on which the Secretary determines that compliance with the prohibition under this subsection is possible.</text></paragraph></subsection>

<subsection id="H482B5DEA8B5A46E89BFFCF5AD587AAFB"><enum>(d)</enum><header>Exemption for shipboard use</header><text display-inline="yes-display-inline">Subsections (b) and (c) shall not apply to firefighting foam for use solely onboard ocean-going vessels.</text></subsection>

<subsection id="HCB7878783F504A51BF54162CE3B9E7AA"><enum>(e)</enum><header>Waiver</header>

<paragraph id="H38A23251B9234AEA96EF6AAE4F0A1F20"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to the limitations under paragraph (2), the Secretary of Defense may waive the prohibition under subsection (c) with respect to the use of fluorinated aqueous film-forming foam, if, by not later than 60 days prior to issuing the waiver, the Secretaryâ€"</text>

<subparagraph id="HE78AADCBFCF541369B02D25C3CF24D0C"><enum>(A)</enum><text display-inline="yes-display-inline">provides to the congressional defense committees a briefing on the basis for the waiver and the progress to develop and field a fluorine-free fire-fighting agent that meets the military specifications issued pursuant to subsection (a), which includesâ€"</text>

<clause id="HB50105B6D41F4A75BD331B5D68F1BF53"><enum>(i)</enum><text display-inline="yes-display-inline">detailed data on the progress made to identify a replacement fluorine-free fire-fighting agent;</text></clause>

<clause id="H20A0D58B0F5240A4B4268A7774629385"><enum>(ii)</enum><text>a description of the range of technology and equipment-based solutions analyzed to implement replacement;</text></clause>

<clause id="H8F9A98599B9743BFA152BEF561EDF835"><enum>(iii)</enum><text>a description of the funding, by fiscal year, applied towards research, development, test, and evaluation of replacement firefighting agents and equipment-based solutions;</text></clause>

<clause id="HEFC7EBEA68C547738B2AEE0DE9DE7554"><enum>(iv)</enum><text>a description of any completed and projected infrastructure changes;</text></clause>

<clause id="HDB465A1AC50E4FE9B050786AC05F50F7"><enum>(v)</enum><text display-inline="yes-display-inline">a description of acquisition actions made in support of developing and fielding the fluorine-free fire-fighting agent; </text></clause>

<clause id="HF2CC3E56B555439AB7381AA32092D841"><enum>(vi)</enum><text display-inline="yes-display-inline">an updated timeline for the completion of the transition to use of the fluorine-free fire-fighting agent; and</text></clause>

<clause id="H5B231FA35B04487CAD9AD4366931020E"><enum>(vii)</enum><text>a list of the categories of installation infrastructure or specific mobile firefighting equipment sets that require the waiver along with the justification;</text></clause></subparagraph>

<subparagraph id="HEBFF29EBC1E844B1A4A91FFCF18CDD19"><enum>(B)</enum><text>submits to the congressional defense committees certification in writing, thatâ€"</text>

<clause id="H387C474BFAC84F79AD63AEC567BDD2A6"><enum>(i)</enum><text>the waiver is necessary for either installation infrastructure, mobile firefighting equipment, or both;</text></clause>

<clause id="H4E575A1EDA1A4C82B0E6688994DD6C16"><enum>(ii)</enum><text>the waiver is necessary for the protection of life and safety;</text></clause>

<clause id="H2EA49FE2EA34418CBBB2EF8C5A4C7368"><enum>(iii)</enum><text>no agent or equipment solutions are available that meet the military specific issued pursuant to

subsection (a); </text></clause>

<clause id="HF0FF22758C374E36A5A6012E74B46264"><enum>(iv)</enum><text>the military specification issued pursuant to subsection (a) is still valid and does not require revision; and</text></clause>

<clause id="HD811733188294E858E3E7E3551EAADE5"><enum>(v)</enum><text>includes details of the measures in place to minimize the release of and exposure to fluorinated compounds in fluorinated aqueous film-forming foam; and</text></clause></subparagraph>

<subparagraph id="H3FC00A109A6D4BD794FE1300F4E78550"><enum>(C)</enum><text>provides for public notice of the waiver.</text></subparagraph></paragraph>

<paragraph id="H13FF639B3CAE488B8217E4CF18980C54"><enum>(2)</enum><header>Limitation</header><text>The following limitations apply to a waiver issued under this subsection:</text>

<subparagraph id="H00099477781B41AEB68DB8518A1683FA"><enum>(A)</enum><text>Such a waiver shall apply for a period that does not exceed one year.</text></subparagraph>

<subparagraph id="H02DFAC3E729E48FEA178E1B2F752EE64"><enum>(B)</enum><text>The Secretary may extend such a waiver once for an additional period that does not exceed one year, if the requirements under paragraph (1) are met as of the date of the extension of the waiver.</text></subparagraph>

<subparagraph id="HAFB52C62741543049F10D7EDB3F0E8FB"><enum>(C)</enum><text>The authority to grant a waiver under this subsection may not be delegated below the level of the Secretary of Defense.</text></subparagraph></paragraph></subsection>

<subsection id="H02FF7D8D4AF545CB82512427B7E8EF98"><enum>(f)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H5B47B1FCF4384896A2556B6F742AC1E3"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>perfluoroalkyl substances</quote> means aliphatic substances for which all of the H atoms attached to C atoms in the nonfluorinated substance from which they are notionally derived have been replaced by F atoms, except those H atoms whose substitution would modify the nature of any functional groups present.</text></paragraph>

<paragraph id="H25BD58BA98E74018AC590BABEF15C85D"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>polyfluoroalkyl substances</quote> means aliphatic substances for which all H atoms attached to at least one (but not all) C atoms have been replaced by F atoms, in such a manner that they contain the perfluoroalkyl moiety CnF2n+1_ (for example, C8F17CH2CH2OH).</text></paragraph></subsection></section>

<section id="HDD1B01567233429281502FE09BB20AC7" section-type="subsequent-section"><enum>323.</enum><header>Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations</header>

<subsection id="H1ED874F3F7FA408C8C1743800FC00EB4"><enum>(a)</enum><header>Prohibition</header><text display-inline="yes-display-inline">Except as provided by subsection (b), the Secretary of Defense shall prohibit the uncontrolled release of fluorinated aqueous film-forming foam (hereinafter in this section referred to as <quote>AFFF</quote>) at military installations. </text></subsection>

<subsection id="HBC67D49A43D5426BB968A693F86B1AB2"><enum>(b)</enum><header>Exceptions</header><text display-inline="yes-display-inline">Notwithstanding subsection (a), fluorinated AFFF may be released at military installations as follows:</text>

<paragraph id="H5271A9A8ADB2483FB141BDFB29A82A24"><enum>(1)</enum><text>AFFF may be released for purposes of an emergency response.</text></paragraph>

<paragraph id="H1ECE1BBA6E7444698AA6440E931A5E5F"><enum>(2)</enum><text>A non-emergency release of AFFF may be made for the purposes of testing of equipment or training of personnel, if complete containment, capture, and proper disposal mechanisms are in place to ensure no AFFF is released into the environment.</text></paragraph></subsection></section>

```
<section id="H019312B9E5F64835BA18CC7880F7DE7F"><enum>324.</enum><header>Prohibition on
use of fluorinated aqueous film forming foam for training exercises</header><text
display-inline="no-display-inline">The Secretary of Defense shall prohibit the use of
fluorinated aqueous film forming foam for training exercises at military
installations.</text></section>

<section id="H5D05D8DE210F4C61B0D63ACB1AA5089E" section-type="subsequent-
section"><enum>325.</enum><header>Real-time sound-monitoring at Navy installations
where tactical fighter aircraft operate</header>

<subsection
id="HB868A3D934B24B76A18049EA2C190985"><enum>(a)</enum><header>Monitoring</header><text
display-inline="yes-display-inline">The Secretary of the Navy shall conduct real-time
sound-monitoring at no fewer than two Navy installations and their associated outlying
landing fields on the west coast of the United States where Navy combat coded F/Aâ€"18,
E/Aâ€"18G, or Fâ€"35 aircraft are based and operate and noise contours have been
developed through noise modeling. Sound monitoring under such study shall be
conductedâ€"</text>

<paragraph id="H7753CBB4FA0B4100BEE049E76F859AFB"><enum>(1)</enum><text>during times of
high, medium, and low activity over the course of a 12-month period;
and</text></paragraph>

<paragraph id="H6395EF1A1B584259A099A33D0581715E"><enum>(2)</enum><text display-
inline="yes-display-inline">along and in the vicinity of flight paths used to approach
and depart the selected installations and their outlying landing
fields.</text></paragraph></subsection>

<subsection id="H6415369EFEC84754A816E8B7BE5B5A1E"><enum>(b)</enum><header>Plan for
additional monitoring</header><text display-inline="yes-display-inline">Not later than
90 days after the date of the enactment of this Act, the Secretary of the Navy shall
submit to the congressional defense committees a plan for real-time sound monitoring
described in subsection (a) in the vicinity of training areas predominantly overflown
by tactical fighter aircraft from the selected installations and outlying landing
fields, including training areas that consist of real property administered by the
Federal Government (including Department of Defense, Department of Interior, and
Department of Agriculture), State and local governments, and privately owned land with
the permission of the owner.</text></subsection>

<subsection id="H791D4AB850024D27802162C19C3F4A14"><enum>(c)</enum><header>Report
required</header><text>Not later than December 1, 2020, the Secretary of the Navy shall
submit to the congressional defense committees a report on the monitoring required
under subsection (a). Such report shall includeâ€"</text>

<paragraph id="H1CDBE975DA9D451FB2705E8C95AC7702"><enum>(1)</enum><text display-
inline="yes-display-inline">the results of such monitoring;</text></paragraph>

<paragraph id="HB06106AEDAFE4411A9FCB67CEC3A65FE"><enum>(2)</enum><text>a comparison of
such monitoring and the noise contours previously developed with the analysis and
modeling methods previously used;</text></paragraph>

<paragraph id="H8F9F11AAA2894E91ACED86F7C11A28BD"><enum>(3)</enum><text>an overview of
any changes to the analysis and modeling process that have been made or are being
considered as a result of the findings of such monitoring; and</text></paragraph>

<paragraph id="H5846D1217A9E49F395D7584294C80636"><enum>(4)</enum><text>any other
matters that the Secretary determines appropriate.</text></paragraph></subsection>

<subsection id="H10E22CAFF2534B3081AF80D167241902"><enum>(d)</enum><header>Public
availability of monitoring results</header><text>The Secretary shall make the results
of the monitoring required under subsection (a) publicly available on a website of the
Department of Defense.</text></subsection></section>

<section id="H8F848264AC484B9D91E6A83FA05688D6"><enum>326.</enum><header>Development of
extreme weather vulnerability and risk assessment tool</header>

<subsection id="H2C100DB250B6472B8EE662BBA8D4A1CE"><enum>(a)</enum><header>In
general</header><text>The Secretary of Defense shall consult with the entities
described in subsection (b) to determine whether an existing climate vulnerability and
risk assessment tool is available or can be adapted to be used to quantify the risks
associated with extreme weather events and the impact of such events on networks,
```

```
systems, installations, facilities, and other assets to inform mitigation planning and
infrastructure development.</text></subsection>

<subsection
id="H88A992E6C56B480D8D7AD0E5A1E8C362"><enum>(b)</enum><header>Consultation</header><te
xt>In determining the availability of an appropriate tool to use or adapt for use under
subsection (a), the Secretary shall consult with the Administrator of the Environmental
Protection Agency, the Secretary of Energy, the Secretary of the Interior, the
Administrator of the National Oceanic and Atmospheric Administration, the Administrator
of the Federal Emergency Management Agency, the Commander of the Army Corps of
Engineers, the Administrator of the National Aeronautics and Space Administration, a
federally funded research and development center, and the heads of such other relevant
Federal agencies as the Secretary of Defense determines
appropriate.</text></subsection>

<subsection id="H092EBE639EAB4775A3D608C8F4BA99AF"><enum>(c)</enum><header>Best
available science</header><text>Before choosing a tool for use or adaptation for use
under subsection (a), the Secretary shall obtain from a federally funded research and
development center with which the Secretary has consulted under subsection (b) a
certification in writing that the tool relies on the best publicly available science
for the prediction of extreme weather risk and effective mitigation of that
risk.</text></subsection>

<subsection
id="H0D86B67719B948B0A2ADD410D9DDFA56"><enum>(d)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than one year after the date of the
enactment of this Act, the Secretary shall submit to the congressional defense
committees a report on the implementation of this section. Such report shall
includeâ€"</text>

<paragraph id="H260CEB6E0D77481EB36276F874F2317A"><enum>(1)</enum><text>in the case
that a tool has been chosen under subsection (a) before the date of the submittal of
the report, a description of the tool and how such tool will be used by the Department;
or</text></paragraph>

<paragraph id="H55A7C5CF385C41ABBE78D7C049977126"><enum>(2)</enum><text>in the case
that the Secretary determines that no available tool meets the requirements of the
Department as described in subsection (a) or is readily adaptable for use, a plan for
the development of such a tool, including the estimated cost and timeframe for
development of such a tool.</text></paragraph></subsection></section>

<section id="HD461B5FBCF94498FA0DFF42C65A08193" section-type="subsequent-
section"><enum>327.</enum><header>Removal of barriers that discourage investments to
increase military installation resilience</header>

<subsection id="HEA3B18A8220048F48029D88B65CBCEB9"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense
shallâ€"</text>

<paragraph id="H792F04D00A17473DA585AAF67CB7E8CF"><enum>(1)</enum><text display-
inline="yes-display-inline">identify and seek to remove barriers that discourage
investments to increase military installation resilience;</text></paragraph>

<paragraph id="HF32D1CE51AD549CF8EBCBB1DB0F5E902"><enum>(2)</enum><text>reform policies
and programs that unintentionally increased the vulnerability of systems to related
extreme weather events; and</text></paragraph>

<paragraph id="H3D5BFB47CF9C4B62A99FAA28363E30DE"><enum>(3)</enum><text>develop, and
update at least once every four years, an adaptation plan to assess how climate impacts
affected the ability of the Department of Defense to accomplish its mission, and the
short-and long- term actions the Department can take to ensure military installation
resilience.</text></paragraph></subsection>

<subsection id="HFE42C381C8E1465689935F31475DA64E"><enum>(b)</enum><header>Military
installation resilience</header><text display-inline="yes-display-inline">In this
section, the term <quote>military installation resilience</quote> has the meaning given
such term in section 101(e)(8) of title 10, United States
Code.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
```

```
id="H2805DB404B814B96B297A15E6D7FD3EA" section-type="subsequent-
section"><enum>328.</enum><header display-inline="yes-display-inline">Budgeting of
Department of Defense relating to extreme weather</header>

<subsection commented="no" display-inline="no-display-inline"
id="H25C666A30E7D4137A80BCDBFF55D4D99"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of Defense shall include in the annual budget submission of the President
under section 1105(a) of title 31, United States Codeâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HBE5B3FB0031A472ABF90E6E2A47381B2"><enum>(1)</enum><text display-inline="yes-
display-inline">a dedicated budget line item for adaptation to, and mitigation of,
effects of extreme weather on military networks, systems, installations, facilities,
and other assets and capabilities of the Department of Defense; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFED406B1568F4C1E89A7C52B063EEEC3"><enum>(2)</enum><text display-
inline="yes-display-inline">an estimate of the anticipated adverse impacts to the readiness of the
Department and the financial costs to the Department during the year covered by the
budget of the loss of, or damage to, military networks, systems, installations,
facilities, and other assets and capabilities of the Department, including loss of or
obstructed access to training ranges, as a result extreme weather
events.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H7FA0DAB6D0CD4382A803D3172CEC4E45"><enum>(b)</enum><header display-inline="yes-
display-inline">Disaggregation of impacts and costs</header><text display-inline="yes-
display-inline">The estimate under subsection (a)(2) shall set forth the adverse
readiness impacts and financial costs under that subsection by military department,
Defense Agency, and other component or element of the Department.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBC0E5CA748D34553B43033335A6A527D"><enum>(c)</enum><header display-inline="yes-
display-inline">Extreme weather defined</header><text display-inline="yes-display-
inline">In this section, the term <term>extreme weather</term> means recurrent
flooding, drought, desertification, wildfires, and thawing
permafrost.</text></subsection></section>

<section id="H8A3CEA251AF74FB1B2E67F19BB604F8C"><enum>329.</enum><header>Prohibition on
Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food
Packaging</header>

<subsection
id="HC5F45DADCEF54643A8D8B6D49696A5A1"><enum>(a)</enum><header>Prohibition</header><tex
t display-inline="yes-display-inline">Not later than October 1, 2021, the Director of
the Defense Logistics Agency shall ensure that any food contact substances that are
used to assemble and package meals ready-to-eat (MREs) procured by the Defense
Logistics Agency do not contain any perfluoroalkyl substances or polyfluoroalkyl
substances.</text></subsection>

<subsection
id="H155ED8A0456F43C19A38671FC29CA62D"><enum>(b)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph
id="H04E7ACC9D9594EE5B1244D5A783BEDB8"><enum>(1)</enum><header>Perfluoroalkyl
substance</header><text>The term <quote>perfluoroalkyl substance</quote> means a man-
made chemical of which all of the carbon atoms are fully fluorinated carbon
atoms.</text></paragraph>

<paragraph
id="HCEEDB7A1AC9A4B8789EE7DE80DF611FC"><enum>(2)</enum><header>Polyfluoroalkyl
substance</header><text>The term <quote>polyfluoroalkyl substance</quote> means a man-
made chemical containing a mix of fully fluorinated carbon atoms, partially fluorinated
carbon atoms, and nonfluorinated carbon
atoms.</text></paragraph></subsection></section>

<section id="H2595B47D5A114025BA8F31E243E0E5C3"><enum>330.</enum><header>Disposal of
materials containing per- and polyfluoroalkyl substances or aqueous film-forming
```

WASHSTATEC014723

foam</header>

<subsection id="H666955AAF7D14E8AB1DD179429743F2F"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall ensure that when materials containing per- and polyfluoroalkyl substances (referred to in this section as <quote>PFAS</quote>) or aqueous film forming foam (referred to in this section as <quote>AFFF</quote>) are disposedâ€"</text>

<paragraph id="HDA3A96651441426D9FBE5F4E9D22B77C"><enum>(1)</enum><text>all incineration is conducted at a temperature range adequate to break down PFAS chemicals while also ensuring the maximum degree of reduction in emission of PFAS, including elimination of such emissions where achievable;</text></paragraph>

<paragraph id="H8B85859E770B42C18946E03577450352"><enum>(2)</enum><text>all incineration is conducted in accordance with the requirements of the Clean Air Act (42 USC 7401 et seq.), including controlling hydrogen fluoride;</text></paragraph>

<paragraph id="H4CFF9BDD7D094948B31C6CBD7C6116B9"><enum>(3)</enum><text>any materials containing PFAS that are designated for disposal are stored in accordance with the requirement under part 264 of title 40, Code of Federal Regulations; and</text></paragraph>

<paragraph id="HF4B533CC5BED45C8ACBF7BFAB412E7C0"><enum>(4)</enum><text>all incineration is conducted at a facility that has been permitted to receive waste regulated under subtitle C of the Solid Waste Disposal Act (42 USC 6921 et seq.).</text></subsection>

<subsection id="H2AEB767D3A564290976E15B79E22A1DC"><enum>(b)</enum><header>Scope of application</header><text>The requirements in subsection (a) only apply to all legacy AFFF formulations containing PFAS, materials contaminated by AFFF release, and spent filters or other PFAS contaminated materials resulting from site remediation or water filtration thatâ€"</text>

<paragraph id="H8E7E365D3A6C41EA8C0B5F16E64360F9"><enum>(1)</enum><text>have been used by the Department of Defense or a military department; or</text></paragraph>

<paragraph id="HC26ACC3254844B46A780FAC870BF1134"><enum>(2)</enum><text>are being discarded for disposal by means of incineration by the Department of Defense or a military department; or</text></paragraph>

<paragraph id="HD328049932E1414A8FFB69E912F57DB0"><enum>(3)</enum><text>are being removed from sites or facilities owned or operated by the Department of Defense.</text></paragraph></subsection></section>

<section id="HC5DD454C4D0C436D9FCB2E76A03F8A22"><enum>331.</enum><header>Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern</header>

<subsection id="H71AE55895C444EA285662973451FE611"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall seek to enter into agreements with municipalities or municipal drinking water utilities located adjacent to military installations under which both the Secretary and the municipalities and utilities would share monitoring data relating to perfluoroalkyl substances, polyfluoroalkyl substances, and other emerging contaminants of concern collected at the military installation.</text></subsection>

<subsection id="H4A45BB2A5A284B0A93496EFFB3CACA40"><enum>(b)</enum><header>Publicly available website</header><text display-inline="yes-display-inline">The Secretary of Defense shall maintain a publicly available website that provides a clearinghouse for information about the exposure of members of the Armed Forces, their families, and their communities to per- and polyfluoroalkyl substances. The information provided on the website shall include information on testing, clean-up, and recommended available treatment methodologies.</text></subsection>

<subsection id="H5084C6CBCDD74CF59F84800219DBF505"><enum>(c)</enum><header>Public communication</header><text display-inline="yes-display-inline">An agreement under subsection (a) does not negate the responsibility of the Secretary to communicate with the public about drinking water contamination from perfluoroalkyl substances, polyfluoroalkyl substances, and other contaminants.</text></subsection>

<subsection id="HB4F29C7F2C5B4AC8A1A6E089201006C6"><enum>(d)</enum><header>Military

WASHSTATEC014724

installation defined</header><text>In this section, the term <quote>military installation</quote> has the meaning given that term in section 2801(c) of title 10, United States Code.</text></subsection></section>

<section id="H8487C1FF730E417F96859C3AFEFF5919"><enum>332.</enum><header>Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances</header>

<subsection id="HA3AF351C17A94378BD6397907721CF78"><enum>(a)</enum><header>Cooperative agreements</header>

<paragraph id="H84F7FEE79659442E8A008FD5DC314C3C"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Upon request from the Governor or chief executive of a State, the Secretary of Defense shall work expeditiously, pursuant to section 2701(d) of title 10, United States Code, to finalize a cooperative agreement, or amend an existing cooperative agreement to address testing, monitoring, removal, and remedial actions relating to the contamination or suspected contamination of drinking, surface, or ground water from PFAS originating from activities of the Department of Defense by providing the mechanism and funding for the expedited review and approval of documents of the Department related to PFAS investigations and remedial actions from an active or decommissioned military installation, including a facility of the National Guard.</text></paragraph>

<paragraph id="HEE507D8DDB394C15AB133F48FEB824FA"><enum>(2)</enum><header>Minimum standards</header><text display-inline="yes-display-inline">A cooperative agreement finalized or amended under paragraph (1) shall meet or exceed the most stringent of the following standards for PFAS in any environmental media:</text>

<subparagraph id="HCB8E1BF451D94846A000D660BDB84DDC"><enum>(A)</enum><text display-inline="yes-display-inline">An enforceable State standard, in effect in that State, for drinking, surface, or ground water, as described in section 121(d)(2)(A)(ii) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9621(d)(2)(A)(ii)).</text></subparagraph>

<subparagraph id="HC33BBE46BE1348BA8D070FA30A60E963"><enum>(B)</enum><text display-inline="yes-display-inline">An enforceable Federal standard for drinking, surface, or ground water, as described in section 121(d)(2)(A)(i) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9621(d)(2)(A)(i)).</text></subparagraph>

<subparagraph id="HB483976980474C5C8B3F9C3DD827CA01"><enum>(C)</enum><text display-inline="yes-display-inline">A health advisory under section 1412(b)(1)(F) of the Safe Drinking Water Act (42 U.S.C. 300g–1(b)(1)(F)).</text></subparagraph></paragraph>

<paragraph id="H2B0F2D0B4E7F4E71A70F72A3B2746DD2"><enum>(3)</enum><header>Other authority</header><text display-inline="yes-display-inline">In addition to the requirements for a cooperative agreement under paragraph (1), when otherwise authorized to expend funds for the purpose of addressing ground or surface water contaminated by a perfluorinated compound, the Secretary of Defense may, to expend those funds, enter into a grant agreement, cooperative agreement, or contract with—</text>

<subparagraph id="HC22E5C060A1F44DC948AB37883E3C39C"><enum>(A)</enum><text>the local water authority with jurisdiction over the contamination site, including—</text>

<clause id="H8FE8F5637B544D19A276A31DD6C74BE5"><enum>(i)</enum><text>a public water system (as defined in section 1401 of the Safe Drinking Water Act (42 U.S.C. 300f)); and</text></clause>

<clause id="HC69CC13439474A549815AA837DE39B7D"><enum>(ii)</enum><text>a publicly owned treatment works (as defined in section 212 of the Federal Water Pollution Control Act (33 U.S.C. 1292)); or</text></clause></subparagraph>

<subparagraph id="H7BC34C563A41492B9E3AC3C7B9CC122E"><enum>(B)</enum><text>a State, local, or Tribal government.</text></subparagraph></paragraph></subsection>

<subsection id="H96D03481D3DB42ED9232A925F3262BC3"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Beginning on February 1, 2020, if a cooperative agreement is not finalized or amended under subsection (a) within one year after the request from the Governor or chief executive under that subsection, and annually thereafter, the Secretary of Defense shall submit to the appropriate committees and

WASHSTATEC014725

Members of Congress a reportâ€"</text>

<paragraph id="H17985638F34E418EAC23EF193B3F4C21"><enum>(1)</enum><text display-inline="yes-display-inline">explaining why the agreement has not been finalized or amended, as the case may be; and</text></paragraph>

<paragraph id="HC1CA2D73674941C4B9F0B056E65D62F4"><enum>(2)</enum><text display-inline="yes-display-inline">setting forth a projected timeline for finalizing or amending the agreement.</text></paragraph></subsection>

<subsection id="H7781DBEEAD9F4C0DAE5E861D074E1641"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H92361C3C323F4CC28A5325351AABB712"><enum>(1)</enum><header>Appropriate committees and Members of Congress</header><text>The term <quote>appropriate committees and Members of Congress</quote> meansâ€"</text>

<subparagraph id="H4876FBF452714B8A9AAF27C863609952"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional defense committees;</text></subparagraph>

<subparagraph id="H9D101E0C39904F338A8398F785A873AD"><enum>(B)</enum><text display-inline="yes-display-inline">the Senators who represent a State impacted by PFAS contamination described in subsection (a)(1); and</text></subparagraph>

<subparagraph id="H9BCA4619A4B44AE79B134BAF0E387C71"><enum>(C)</enum><text display-inline="yes-display-inline">the Members of the House of Representatives who represent a district impacted by such contamination.</text></subparagraph></paragraph>

<paragraph id="HEC264591A8CD4617BC7F155F70309C74"><enum>(2)</enum><header>Fully fluorinated carbon atom</header><text display-inline="yes-display-inline">The term <quote>fully fluorinated carbon atom</quote> means a carbon atom on which all the hydrogen substituents have been replaced by fluorine.</text></paragraph>

<paragraph id="HEB39224F7CD94E6C8C64FECFB3B9FD70"><enum>(3)</enum><header>PFAS</header><text display-inline="yes-display-inline">The term <quote>PFAS</quote> means perfluoroalkyl and polyfluoroalkyl substances that are man-made chemicals with at least one fully fluorinated carbon atom.</text></paragraph>

<paragraph id="H88CB01E7B6144F619137993C7ED013E6"><enum>(4)</enum><header>State</header><text display-inline="yes-display-inline">The term <quote>State</quote> has the meaning given the term in section 101 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601).</text></paragraph></subsection></section>

<section id="H1106BF4720CD40D58A607274BE7CA4E0"><enum>333.</enum><header>Plan to phase out use of burn pits</header><text display-inline="no-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan to phase out the use of the burn pits identified in the Department of Defense Open Burn Pit Report to Congress dated April 2019.</text></section>

<section id="H5D42EB4DC85B4D09A3C4D9F3D0E53CFD"><enum>334.</enum><header>Information relating to locations of burn pit use</header><text display-inline="no-display-inline">The Secretary of Defense shall provide to the Secretary of Veterans Affairs and to Congress a list of all locations where open-air burn pits have been used by the Secretary of Defense, for the purposes of augmenting the research, healthcare delivery, disability compensation, and other activities of the Secretary of Veterans Affairs.</text></section>

<section id="HCF79632CF0E9440BBAC51FEB8FAEA284"><enum>335.</enum><header>Data quality review of radium testing conducted at certain locations of the Department of the Navy</header>

<subsection id="H08E8E024292145CA9305665B336CEC45"><enum>(a)</enum><header>Review of radium testing</header><text display-inline="yes-display-inline">Except as provided in subsection (b), the Secretary of the Navy shall provide for an independent third-party data quality review of all radium testing completed by contractors of the Department of the Navy at a covered location.</text></subsection>

WASHSTATEC014726

```
<subsection
id="HF50A9D3F13C248BD8621FAD6DCCF46B0"><enum>(b)</enum><header>Exception</header><text>
In the case of a covered location for which an independent third-party data quality
review of all radium testing completed by contractors of the Department has been
conducted prior to the date of the enactment of this Act, the requirement under
subsection (a) shall not apply if the Secretary of the Navy submits to the
congressional defense committees a report containingâ€"</text>

<paragraph id="H5057CB515C9843CF811FE1B12B3C78F2"><enum>(1)</enum><text>a certification
that such review has been conducted for such covered location; and</text></paragraph>

<paragraph id="H19AC7B8EF88945B9A8C37C1DB4DEC637"><enum>(2)</enum><text>a description
of the results of such review.</text></paragraph></subsection>

<subsection id="H7E5A9BCC2570470B9F98E1EBA3B7A23B"><enum>(c)</enum><header>Covered
location defined</header><text>In this section, the term <term>covered location</term>
means any of the following:</text>

<paragraph id="H1D0D6C67CAF74D93B51E051BCA4F989F"><enum>(1)</enum><text display-
inline="yes-display-inline">Naval Weapons Industrial Reserve Plant, Bethpage, New
York.</text></paragraph>

<paragraph id="H04805CDD253041F09B056F72B1869E64"><enum>(2)</enum><text>Hunterâ€™s
Point Naval Shipyard, San Francisco,
California.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H7A502C7BF13F46F99633EE5405C60E19" section-type="subsequent-
section"><enum>336.</enum><header display-inline="yes-display-inline">Reimbursement of
Environmental Protection Agency for certain costs in connection with the Twin Cities
Army Ammunition Plant, Minnesota</header>

<subsection commented="no" display-inline="no-display-inline"
id="HDF382C6EB76A48E4A295B4DAA1E86D8A"><enum>(a)</enum><header display-inline="yes-
display-inline">Transfer amount</header><text display-inline="yes-display-
inline">Notwithstanding section 2215 of title 10, United States Code, the Secretary of
Defense may transfer to the Administrator of the Environmental Protection
Agencyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H9B0A2ADA49EE4DF193069203DA3D14A6"><enum>(1)</enum><text display-inline="yes-
display-inline">in fiscal year 2020, not more than $890,790; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H212500FF60E64604B6F859F8C658E57E"><enum>(2)</enum><text display-inline="yes-
display-inline">in each of fiscal years 2021 through 2026, not more than
$150,000.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4DE78A98ECB64E35908E4D5410C15EE9"><enum>(b)</enum><header display-inline="yes-
display-inline">Purpose of reimbursement</header><text display-inline="yes-display-
inline">The amount authorized to be transferred under subsection (a) is to reimburse
the Environmental Protection Agency for costs the Agency has incurred and will incur
relating to the response actions performed at the Twin Cities Army Ammunition Plant,
Minnesota, through September 30, 2025.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H77541EE635754E9DB273D38DAC32D3AE"><enum>(c)</enum><header display-inline="yes-
display-inline">Interagency agreement</header><text display-inline="yes-display-
inline">The reimbursement described in subsection (b) is intended to satisfy certain
terms of the interagency agreement entered into by the Department of the Army and the
Environmental Protection Agency for the Twin Cities Army Ammunition Plant that took
effect in December 1987 and that provided for the recovery of expenses by the Agency
from the Department of the Army.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H8306AF43025C4CB8A34B174BBD7CBC94" section-type="subsequent-
section"><enum>337.</enum><header display-inline="yes-display-inline">Pilot program for
availability of working-capital funds for increased combat capability through energy
optimization</header>
```

```
<subsection commented="no" display-inline="no-display-inline"
id="H7C8C2EAE435D46EFBD77CB306FB158E2"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-
inline">Notwithstanding section 2208 of title 10, United States Code, the Secretary of
Defense and the military departments may use a working capital fund established
pursuant to that section for expenses directly related to conducting a pilot program
for energy optimization initiatives described in subsection (b).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HDC00CAFED9C04010B72A1F159AE93B05"><enum>(b)</enum><header display-inline="yes-
display-inline">Energy optimization initiatives</header><text display-inline="yes-
display-inline">Energy optimization initiatives covered by the pilot program include
the research, development, procurement, installation, and sustainment of technologies
or weapons system platforms, and the manpower required to do so, that would improve the
efficiency and maintainability, extend the useful life, lower maintenance costs, or
provide performance enhancement of the weapon system platform or major end
item.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC675BFBA92C846C596FF5C19CCFE23A6"><enum>(c)</enum><header display-inline="yes-
display-inline">Limitation on certain projects</header><text display-inline="yes-
display-inline">Funds may not be used pursuant to subsection (a) forâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H99B52C526F2E47E591F5904FC0B6DE94"><enum>(1)</enum><text display-inline="yes-
display-inline">any product improvement that significantly changes the performance
envelope of an end item; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5453AA977ECA460BA14181D287B9F4E2"><enum>(2)</enum><text display-inline="yes-
display-inline">any single component with an estimated total cost in excess of
$10,000,000.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H8DE08C95945A46C7AE3E13B5A7A2275E"><enum>(d)</enum><header display-inline="yes-
display-inline">Limitation in fiscal year pending timely report</header><text display-
inline="yes-display-inline">If during any fiscal year the report required by paragraph
(1) of subsection (e) is not submitted by the date specified in paragraph (2) of that
subsection, funds may not be used pursuant to subsection (a) during the
periodâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H131CC4C48C8F400288A6E5302BFF9479"><enum>(1)</enum><text display-inline="yes-
display-inline">beginning on the date specified in such paragraph (2);
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9D9731C644A74FA1A5B014CAE638F4AE"><enum>(2)</enum><text display-inline="yes-
display-inline">ending on the date of the submittal of the
report.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD4E95A4ED6A74CDBAC3FB4BE1EFB018A"><enum>(e)</enum><header display-inline="yes-
display-inline">Annual report</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H7CEDEF786C8D495AA93101A53273B568"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of Defense shall submit an annual report to the congressional defense
committees on the use of the authority under subsection (a) during the preceding fiscal
year.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H26DF36D37A854C189C2895B9B8C04BFD"><enum>(2)</enum><header display-inline="yes-
display-inline">Deadline for submittal</header><text display-inline="yes-display-
inline">The report required by paragraph (1) in a fiscal year shall be submitted not
later than 60 days after the date of the submittal to Congress of the budget of the
President for the succeeding fiscal year pursuant to section 1105 of title 31, United
States Code.</text></paragraph>
```

WASHSTATEC014728

```
<paragraph commented="no" display-inline="no-display-inline"
id="H923AE694568A4C4F8CC20A53051081AA"><enum>(3)</enum><header display-inline="yes-
display-inline">Recommendation</header><text display-inline="yes-display-inline">In the
case of the report required to be submitted under paragraph (1) during fiscal year
2020, the report shall include the recommendation of the Secretary of Defense and the
military departments regarding whether the authority under subsection (a) should be
made permanent.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H7C81872899B448CEB764F8C811C113E8"><enum>(f)</enum><header display-inline="yes-
display-inline">Sunset</header><text display-inline="yes-display-inline">The authority
under subsection (a) shall expire on October 1, 2024.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H0048830F852349CFA1D1A1992539295A" section-type="subsequent-
section"><enum>338.</enum><header display-inline="yes-display-inline">Report on efforts
to reduce high energy intensity at military installations</header>

<subsection commented="no" display-inline="no-display-inline"
id="H9B9CDD6EBA7F4B348CF860214FFBB70F"><enum>(a)</enum><header display-inline="yes-
display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HEF18978CC2384B37B7792EB1E16B9388"><enum>(1)</enum><header display-inline="yes-
display-inline">Report required</header><text display-inline="yes-display-inline">Not
later than September 1, 2020, the Under Secretary of Defense for Acquisition and
Sustainment, in conjunction with the assistant secretaries responsible for
installations and environment for the military departments and the Defense Logistics
Agency, shall submit to the congressional defense committees a report detailing the
efforts to achieve cost savings at military installations with high energy
intensity.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB59A2A42F1F24C8D98CA19937FC9976F"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H30019132D5F04EE0B212AC784291E619"><enum>(A)</enum><text display-inline="yes-
display-inline">A comprehensive, installation-specific assessment of feasible and
mission-appropriate energy initiatives supporting energy production and consumption at
military installations with high energy intensity.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H42F7525F93CC4DB78DAC0E47DC57F6C6"><enum>(B)</enum><text display-inline="yes-
display-inline">An assessment of current sources of energy in areas with high energy
intensity and potential future sources that are technologically feasible, cost-
effective, and mission-appropriate for military installations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HCE7B77F87BE9457B924B8D2835753E5C"><enum>(C)</enum><text display-inline="yes-
display-inline">A comprehensive implementation strategy to include required investment
for feasible energy efficiency options determined to be the most beneficial and cost-
effective, where appropriate, and consistent with priorities of the Department of
Defense.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H384E4A04E8AD418D93EF2B2A6C033821"><enum>(D)</enum><text display-inline="yes-
display-inline">An explanation on how the military departments are working
collaboratively in order to leverage lessons learned on potential energy efficiency
solutions.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE274A97CC59341F38411EB19CE7A22D8"><enum>(E)</enum><text display-inline="yes-
display-inline">An assessment of the extent to which activities administered under the
Federal Energy Management Program of the Department of Energy could be used to assist
with the implementation strategy under subparagraph (C).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE228230D37EB43EE8A88E465F79A5A61"><enum>(F)</enum><text display-inline="yes-
```

WASHSTATEC014729

display-inline">An assessment of State and local partnership opportunities that could achieve efficiency and cost savings, and any legislative authorities required to carry out such partnerships or agreements.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H45D9FC46A05B41659890024ED47C8C58"><enum>(3)</enum><header display-inline="yes-display-inline">Coordination with State, local, and other entities</header><text display-inline="yes-display-inline">In preparing the report required under paragraph (1), the Under Secretary of Defense for Acquisition and Sustainment may work in conjunction and coordinate with the States containing areas of high energy intensity, local communities, and other Federal agencies.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFA53CB98405A4148A11E55C45F6F7544"><enum>(b)</enum><header display-inline="yes-display-inline">Definition</header><text display-inline="yes-display-inline">In this section, the term <term>high energy intensity</term> means costs for the provision of energy by kilowatt of electricity or British Thermal Unit of heat or steam for a military installation in the United States that is in the highest 20 percent of all military installations for a military department.</text></subsection></section></subtitle>

<subtitle commented="no" id="H70146F010EA04AA897D5D060A45DABDB" level-type="subsequent" style="OLC"><enum>C</enum><header display-inline="yes-display-inline">Treatment of Contaminated Water Near Military Installations</header>

<section commented="no" display-inline="no-display-inline" id="H5BA4D3D9FCA7486BAA3B5ABF0D85F7CD" section-type="subsequent-section"><enum>341.</enum><header display-inline="yes-display-inline">Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote><short-title>Prompt and Fast Action to Stop Damages Act of 2019</short-title></quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HFE00354E68074FD5A068201E500ECCF8" section-type="subsequent-section"><enum>342.</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="no-display-inline">In this subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFC06880F2AA849CCB4082973FB97CE63"><enum>(1)</enum><header display-inline="yes-display-inline">PFOA</header><text display-inline="yes-display-inline">The term <term>PFOA</term> means perfluorooctanoic acid.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE5B342F3FDD2430C9A775BDF0097073E"><enum>(2)</enum><header display-inline="yes-display-inline">PFOS</header><text display-inline="yes-display-inline">The term <term>PFOS</term> means perfluorooctane sulfonate.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H8463650D8DCE4C898C41251FE3A9430A" section-type="subsequent-section"><enum>343.</enum><header display-inline="yes-display-inline">Provision of water uncontaminated with perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes</header>

<subsection commented="no" display-inline="no-display-inline" id="H69ED24F9365E4D13A226D3CDB6F15AEB"><enum>(a)</enum><header display-inline="yes-display-inline">Authority</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7C64158257FE49D892BF4F2AD8E92D85"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Using amounts authorized to be appropriated or otherwise made available for operation and maintenance for the military department concerned, or for operation and maintenance Defense-wide in the case of the Secretary of Defense, the Secretary concerned may provide water sources uncontaminated with perfluoroalkyl and polyfluoroalkyl substances, including PFOA and PFOS, or treatment of contaminated waters, for agricultural purposes used to produce products destined for human consumption in an area in which a water source has been determined pursuant to paragraph (2) to be contaminated with such compounds by reason of activities on a military installation under the jurisdiction of the Secretary concerned.</text></paragraph>

WASHSTATEC014730

```
<paragraph commented="no" display-inline="no-display-inline"
id="H004B4A27B2174F33B4FCC2DEA125E7DB"><enum>(2)</enum><header display-inline="yes-
display-inline">Applicable standard</header><text display-inline="yes-display-
inline">For purposes of paragraph (1), an area is determined to be contaminated with
PFOA or PFOS ifâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HFC709BE808D74D75B75BA32D2AA28F9F"><enum>(A)</enum><text display-inline="yes-
display-inline">the level of contamination is above the Lifetime Health Advisory for
contamination with such compounds issued by the Environmental Protection Agency and
printed in the Federal Register on May 25, 2016; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H11B588B5610644B987B473850FA0A4BF"><enum>(B)</enum><text display-inline="yes-
display-inline">on or after the date the Food and Drug Administration sets a standard
for PFOA and PFOS in raw agricultural commodities and milk, the level of contamination
is above such standard.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H38A1C51BF2EA4551A80A99D14A7F78E6"><enum>(b)</enum><header display-inline="yes-
display-inline">Secretary concerned defined</header><text display-inline="yes-display-
inline">In this section, the term <term>Secretary concerned</term> means the
following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HEAC3B973A72A47C99C7E9B093776F3CC"><enum>(1)</enum><text display-inline="yes-
display-inline">The Secretary of the Army, with respect to the Army.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H67A3B9A163AC4CA68D7DE35B387B36A0"><enum>(2)</enum><text display-inline="yes-
display-inline">The Secretary of the Navy, with respect to the Navy, the Marine Corps,
and the Coast Guard (when it is operating as a service in the Navy).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7FE4D6FA832C4609A8E73CD9E0E90F3E"><enum>(3)</enum><text display-inline="yes-
display-inline">The Secretary of the Air Force, with respect to the Air
Force.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB24FD9E173BD4D30BEC1AB3DD6BA6C67"><enum>(4)</enum><text display-inline="yes-
display-inline">The Secretary of Defense, with respect to the Defense
Agencies.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H3B9D849C95EC4DECA02C8D0A6AF8468A" section-type="subsequent-
section"><enum>344.</enum><header display-inline="yes-display-inline">Acquisition of
real property by Air Force</header>

<subsection commented="no" display-inline="no-display-inline"
id="HA778E54E5A9B4DBEA3710069F60CC6A6"><enum>(a)</enum><header display-inline="yes-
display-inline">Authority</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HE9C9A3DD34B341B79D422183C3FC2BB3"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of the Air Force may acquire one or more parcels of real property within the
vicinity of an Air Force base that has shown signs of contamination from PFOA and PFOS
due to activities on the base and which would extend the contiguous geographic
footprint of the base and increase the force protection standoff near critical
infrastructure and runways.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H38AD40A7E7444E46B7A5B58BBFC35179"><enum>(2)</enum><header display-inline="yes-
display-inline">Improvements and personal property</header><text display-inline="yes-
display-inline">The authority under paragraph (1) to acquire real property described in
that paragraph shall include the authority to purchase improvements and personal
property located on that real property.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H40F898CEEAAF4595826367C84736A23E"><enum>(3)</enum><header display-inline="yes-
```

display-inline">Relocation expenses</header><text display-inline="yes-display-
inline">The authority under paragraph (1) to acquire real property described in that
paragraph shall include the authority to provide Federal financial assistance for
moving costs, relocation benefits, and other expenses incurred in accordance with the
Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (42
U.S.C. 4601 et seq.).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H14E55E8E84FC4078A641D152C557EF4F"><enum>(b)</enum><header display-inline="yes-
display-inline">Environmental activities</header><text display-inline="yes-display-
inline">The Air Force shall conduct such activities at a parcel or parcels of real
property acquired under subsection (a) as are necessary to remediate contamination from
PFOA and PFOS related to activities at the Air Force base.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H808FC1D724BE4509AB1ABE2F52B71EE7"><enum>(c)</enum><header display-inline="yes-
display-inline">Funding</header><text display-inline="yes-display-inline">Funds for the
land acquisitions authorized under subsection (a) shall be derived from amounts
authorized to be appropriated for fiscal year 2020 for military construction or the
unobligated balances of appropriations for military construction that are enacted after
the date of the enactment of this Act.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H8EFB4CD3C50948BBB8FE128827DB790B"><enum>(d)</enum><header display-inline="yes-
display-inline">Rule of construction</header><text display-inline="yes-display-
inline">The authority under this section constitutes authority to carry out land
acquisitions for purposes of section 2802 of title 10, United States
Code.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H78A33297694C445F83134C8F097EA7EF" section-type="subsequent-
section"><enum>345.</enum><header display-inline="yes-display-inline">Remediation
plan</header>

<subsection commented="no" display-inline="no-display-inline"
id="H69D25A0CDB594258A7BC11B9AD734DD4"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Secretary of Defense
shall submit to Congress a remediation plan for cleanup of all water at or adjacent to
a military installation that is contaminated with PFOA or PFOS.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H05465D4909FC4CAD93DDBFC04261AEDE"><enum>(b)</enum><header display-inline="yes-
display-inline">Study</header><text display-inline="yes-display-inline">In preparing
the remediation plan under subsection (a), the Secretary shall conduct a study on the
contamination of water at military installations with PFOA or PFOS.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H834810AFEF944A7C86AC32EA6AC73D61"><enum>(c)</enum><header display-inline="yes-
display-inline">Budget amount</header><text display-inline="yes-display-inline">The
Secretary shall ensure that each budget of the President submitted to Congress under
section 1105(a) of title 31, United States Code, requests funding in amounts necessary
to address remediation efforts under the remediation plan submitted under subsection
(a).</text></subsection></section></subtitle>

<subtitle id="H4BBC505F4A0441BBBA6B56DBF7E148EC"><enum>D</enum><header>Logistics and
Sustainment</header>

<section id="H268D530F4DDD44B0A69C7A5208B5356F" section-type="subsequent-section"
display-inline="no-display-inline"><enum>351.</enum><header>Materiel readiness metrics
and objectives</header>

<subsection id="H332641920220461DA349569C48C25B50"><enum>(a)</enum><header>Annual
report on major weapons systems sustainment</header>

<paragraph id="H42567B8560E44AD3AF21275855961660"><enum>(1)</enum><header>In
general</header><text>Chapter 2 of title 10, United States Code, is amended by
inserting after section 117 the following new section:</text></paragraph>

<quoted-block style="USC" id="HF1C8A32528934C3B91D95085EE4D81F9" display-inline="no-

```
display-inline">

<section id="H353CA9D534D443DC990DE79B8CD48C27"><enum>118.</enum><header>Annual report
on major weapons systems sustainment</header><text display-inline="no-display-
inline">Not later than five days after the date on which the Secretary of Defense
submits to Congress the materials in support of the budget of the President for a
fiscal year, the Secretary of Defense shall submit to the congressional defense
committees an annual report on major weapons systems sustainment for the period covered
by the future years defense program specified by section 221 of this title. Such report
shall includeâ€"</text>

<paragraph id="HA496B6B49D37446A82C8B6CC0F57E8A7"><enum>(1)</enum><text>an assessment
of the materiel availability, materiel reliability, and mean down time metrics for each
major weapons system;</text></paragraph>

<paragraph id="H031528E3545E4C46B4124C3C630E912B"><enum>(2)</enum><text>a detailed
explanation of any factors that could preclude the Department of Defense or any of the
military departments from meeting applicable readiness goals or objectives;
and</text></paragraph>

<paragraph id="H31E2761A29CD4D18A1F190BB699D9AA1"><enum>(3)</enum><text display-
inline="yes-display-inline">an assessment of the validity and effectiveness of the
definitions used to determine defense readiness, including the terms <quote>major
weapons system</quote>, <quote>covered asset</quote>, <quote>total and required
inventory</quote>, <quote>materiel and operational availability</quote>,
<quote>materiel and operational capability</quote>, <quote>materiel and operational
reliability</quote>.</text></paragraph></section><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>

<paragraph id="HF8DD2F04B2C54C26B63FA89193752803"><enum>(2)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of such chapter is
amended by inserting after the item relating to section 117 the following new
item:</text>

<quoted-block style="USC" id="H8A81572C81514918886105670A0AD4C8" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">118. Annual report on major weapons systems
sustainment.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection id="H4FA86DA99E4A401EAF3B028D459E8B65"><enum>(b)</enum><header>Assessment
of materiel readiness and weapons system sustainment</header>

<paragraph id="H1C3C5372C24D42CAA3C2094728DB653B"><enum>(1)</enum><header>Assessment
required</header><text display-inline="yes-display-inline">Not later than March 1,
2020, the Secretary of Defense shall complete a comprehensive assessment of the
materiel readiness and weapons systems sustainment of the Department of Defense across
the Department organic industrial base and industry partners.</text></paragraph>

<paragraph id="H5E9CAE60624D4EBDBA641D75D9A9CCB" display-inline="no-display-
inline"><enum>(2)</enum><header>Contents</header><text>The assessment required by
paragraph (1) shall includeâ€"</text>

<subparagraph id="H52D2591B8F364E4D8BC45D949DF1B3E8"><enum>(A)</enum><text>an
assessment of the overall readiness strategy of the Department of Defense and the
capability of such strategy to measure, track, and assess the readiness of major
weapons systems;</text></subparagraph>

<subparagraph id="H8941693F6A514EE09C561BAB09BB102F"><enum>(B)</enum><text>an
assessment of the use of objectives and metrics;</text></subparagraph>

<subparagraph id="H9A6A13D422854799A4DF2A1B30FD2FE8"><enum>(C)</enum><text>a
description of applicable reporting requirements; and</text></subparagraph>

<subparagraph id="H51ECDA81E6044760829B7ED84C921D47"><enum>(D)</enum><text>applicable
definitions and common usage of relevant terms, including the terms <quote>major
weapons system</quote>, <quote>covered asset</quote>, <quote>total and required
inventory</quote>, <quote>materiel and operational availability</quote>,
```

```
<quote>materiel and operational capability</quote>, <quote>materiel and operational
reliability</quote>, and <quote>maintenance
costs</quote>.</text></subparagraph></paragraph>

<paragraph id="HC1C204E5F7C14E588016CD3D30DDD9CB" display-inline="no-display-
inline"><enum>(3)</enum><header>Submission to Congress</header><text display-
inline="yes-display-inline">The Secretary shall provide to the congressional defense
committeesâ€"</text>

<subparagraph id="HA7F78787D8A549E8B43A3A259D0E8F80"><enum>(A)</enum><text>a briefing
on the assessment required by paragraph (1) by not later than March 1, 2020;
and</text></subparagraph>

<subparagraph id="HCF8E705017F94B8B9AEF0EE87DBEED9E"><enum>(B)</enum><text>a final
report on such assessment by not later than April 1,
2020.</text></subparagraph></paragraph></subsection></section>

<section id="H8BFD398FA08B4388B469AA7C17D67420"><enum>352.</enum><header>Clarification
of authority regarding use of working-capital funds for unspecified minor military
construction projects related to revitalization and recapitalization of defense
industrial base facilities</header><text display-inline="no-display-inline">Section
2208(u) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H7A2CFAEFD1E649B79895964F94B9D9FB"><enum>(1)</enum><text>in paragraph
(1), by striking <quote>carry out</quote> and inserting <quote>fund</quote>;
</text></paragraph>

<paragraph id="HF1D8806EAFD24ADFBAD4B82F708E0F0F"><enum>(2)</enum><text>in paragraph
(2)â€"</text>

<subparagraph id="H0D9F097DCF1E4935A9FA9CACC753318A"><enum>(A)</enum><text>by striking
<quote>Section 2805</quote> and inserting <quote>(A) Except as provided in subparagraph
(B), section 2805</quote>;</text></subparagraph>

<subparagraph id="H22AA5753931544E6A9AEAD90701D6D58"><enum>(B)</enum><text>by striking
<quote>carried out with</quote> and inserting <quote>funded using</quote>;
and</text></subparagraph>

<subparagraph id="HA4FF66A72F024DE7B427EC78B6DA60F3"><enum>(C)</enum><text>by adding at
the end the following new subparagraph:</text>

<quoted-block style="OLC" id="HB99662FE9218461BAF8CA5CB3E2F6A1C" display-inline="no-
display-inline">

<subparagraph id="HEE437B867E0A4EC3BA78481BA5E09352" indent="up2"><enum>(B)</enum><text
display-inline="yes-display-inline">For purposes of applying subparagraph (A), the
dollar limitation specified in subsection (a)(2) of section 2805 of this title, subject
to adjustment as provided in subsection (f) of such section, shall apply rather than
the dollar limitation specified in subsection (c) of such
section.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph id="H8EB1BFD83365413DBF0A6E3743F2A774"><enum>(3)</enum><text display-
inline="yes-display-inline">in paragraph (4), by striking <quote>carry out</quote> and
inserting <quote>fund</quote>.</text></paragraph></section>

<section id="H565D9F3E1D544EDAA883EB73632912E9"><enum>353.</enum><header>Modification
to limitation on length of overseas forward deployment of naval vessels</header><text
display-inline="no-display-inline">Section 323 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"</text>

<paragraph id="H0CECDB44279B4A7D9BD9EE2A547B1C86"><enum>(1)</enum><text display-
inline="yes-display-inline">by redesignating subsection (c) as subsection (d);
and</text></paragraph>

<paragraph id="H64863F8CBEFC48CDA8AA4E0A73008A0A"><enum>(2)</enum><text>by inserting
after subsection (b) the following new subsection (c):</text>

<quoted-block display-inline="no-display-inline" id="H4C097AD9AE0140A08E4ACEB89C39680F"
style="OLC">

<subsection id="HC7BA006BEC3643139B9CB9A5460211AD"><enum>(c)</enum><header>Extension of
```

limitation on length of overseas forward deployment for U.S.S. Shiloh (CGâ€"<enum-in-header>67</enum-in-header>)</header><text>Notwithstanding subsection (b), the Secretary of the Navy shall ensure that the U.S.S. Shiloh (CGâ€"67) is assigned a homeport in the United States by not later than September 30, 2023.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H87EEE231591F4975B1FCC302BA7AA444" section-type="subsequent-section"><enum>354.</enum><header display-inline="yes-display-inline">Extension of temporary installation reutilization authority for arsenals, depots, and plants</header><text display-inline="no-display-inline">Section 345(d) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2667 note) is amended by striking <quote>September 30, 2020</quote> and inserting <quote>September 30, 2025</quote>.</text></section>

<section id="H4A6D95FFE121422495BFCA77F4AD07CD" section-type="subsequent-section"><enum>355.</enum><header>Fâ€"35 Joint Strike Fighter sustainment</header>

<subsection id="H1267957826C74A7F95DF60A01644994D"><enum>(a)</enum><header>Limitation on use of funds</header><text display-inline="yes-display-inline">Of the amounts authorized to be appropriated or otherwise made available in this Act for the Office of the Under Secretary of Defense for Acquisition and Sustainment for fiscal year 2020, not more than 75 percent may be obligated or expended until the date on which the Under Secretary submits the report required by subsection (b).</text></subsection>

<subsection id="H56E3C2EF82C04D7E835B21B6F8910A5A"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on steps being taken to improve the availability and accountability of Fâ€"35 parts within the supply chain. At a minimum, the report shall include a detailed plan for each of the following elements:</text>

<paragraph id="H41DBB1FD5F8C412384C0C1B4EB6FA886"><enum>(1)</enum><text display-inline="yes-display-inline">How the accountable property system of record will be updated with information from the prime contractors supplying such parts on required cost and related data with respect to the parts and how the Fâ€"35 Program Office will ensure such contractors are adhering to contractual requirements for the management, reporting, visibility, and accountability of all such parts supplied by the prime contractors.</text></paragraph>

<paragraph id="H04C1697A81364370904993D326D49C8A"><enum>(2)</enum><text>How the accountability property system of record will have interfaces that allow the Fâ€"35 Program Office and other authorized entities to have proper accountability of assets in accordance with applicable Department of Defense Instructions, Department of Defense Manuals, and other applicable regulations.</text></paragraph>

<paragraph id="H503F2B1150BA45ECAE3F2F6B32C17570"><enum>(3)</enum><text>How the Fâ€"35 Program Office, in coordination with the military departments, will ensure business rules for the prioritization of Fâ€"35 parts across all program participants are sufficient, effective, and responsive.</text></paragraph>

<paragraph id="H14F1D8406B124DEBB0F318E7EF8766BD"><enum>(4)</enum><text>Steps being taken to ensure parts within the base, afloat, and deployment spares packages are compatible for deploying Fâ€"35 aircraft and account for updated parts demand.</text></paragraph></subsection></section>

<section id="H76293D5404894419B87923D1F9CCADCC" section-type="subsequent-section"><enum>356.</enum><header>Report on strategic policy for prepositioned materiel and equipment</header><text display-inline="no-display-inline">Not later than March 1, 2020, the Assistant Secretary of Defense for Sustainment, in coordination with the Joint Staff, shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the implementation plan for prepositioned materiel and equipment required by section 321(b) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 127 Stat. 730; 10 U.S.C. 2229 note). Such report shall include each of the following:</text>

<paragraph id="H34A5883CB2E24BE68CDD98D12E4EEBAC"><enum>(1)</enum><text display-inline="yes-display-inline">A comprehensive list of the prepositioned materiel and equipment programs of the Department of Defense.</text></paragraph>

```
<paragraph id="HED1D3FFC314844AABD1DFE439067042C"><enum>(2)</enum><text>A detailed
description of how the plan will be implemented.</text></paragraph>

<paragraph id="H51CE43C829ED47C6BA0F5C41EB2B699B"><enum>(3)</enum><text>A description
of the resources required to implement the plan, including the amount of funds and
personnel.</text></paragraph>

<paragraph id="H71BE33BEDFBA4D6A93C2C559F5C35644"><enum>(4)</enum><text>A description
of how the plan will be reviewed and assessed to monitor progress.</text></paragraph>

<paragraph id="H8D8B10D3BFDF4296A9B38BA021CDAF11"><enum>(5)</enum><text>Guidance on
applying a consistent definition of prepositioning across the Department, including the
military departments, the combatant commands, and the Defense
Agencies.</text></paragraph>

<paragraph id="H5CC07AE5F2E44ECCB10A8CB1B114208A"><enum>(6)</enum><text>A detailed
description of how the Secretary will implement a joint oversight approach of the
prepositioning programs of the military departments.</text></paragraph></section>

<section id="H5D2ABB79E47D4D9786711AB6BDAFD9E7"
commented="no"><enum>357.</enum><header>Pilot program to train skilled technicians in
critical shipbuilding skills</header>

<subsection id="H29782A348D334858A53A824B6C92AC75"
commented="no"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-
display-inline">The Secretary of the Navy may carry out a pilot program to train
individuals to become skilled technicians in critical shipbuilding skills such as
welding, metrology, quality assurance, machining, and additive
manufacturing.</text></subsection>

<subsection id="H92B4FECA97614EDCAE860F65E362278C"
commented="no"><enum>(b)</enum><header>Partnerships</header><text display-inline="yes-
display-inline">In carrying out the pilot program under this section, the Secretary may
partner with existing Federal or State projects relating to investment and
infrastructure in training and education or workforce development, such as the National
Network for Manufacturing Innovation, the Industrial Base Analysis and Sustainment
program of the Department of Defense, and the National Maritime Educational
Council.</text></subsection>

<subsection id="H1CB5F319A978447BA40D9C7E9E387FB9"
commented="no"><enum>(c)</enum><header>Termination</header><text display-inline="yes-
display-inline">The authority to carry out a pilot program under this section shall
terminate on September 30, 2025.</text></subsection>

<subsection id="HD647DFFF938F492E897D76C2B08949E0"
commented="no"><enum>(d)</enum><header>Briefings</header><text display-inline="yes-
display-inline">If the Secretary carries out a pilot program under this section, the
Secretary shall provide briefings to the Committees on Armed Services of the Senate and
the House of Representatives as follows:</text>

<paragraph id="H8C570387EA4841C6AB0402527C92D1C6"
commented="no"><enum>(1)</enum><text>Not later than 30 days before beginning to
implement the pilot program, the Secretary shall provide a briefing on the plan, cost
estimate, and schedule for the pilot program.</text></paragraph>

<paragraph id="H2A890F8A0564491B95C69F615745F1D2"
commented="no"><enum>(2)</enum><text>Not less frequently than annually during the
period when the pilot program is carried out, the Secretary shall provide briefings on
the progress of the Secretary in carrying out the pilot
program.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H14D65977F79C47F0AEB6A432837D1713" section-type="subsequent-
section"><enum>358.</enum><header display-inline="yes-display-inline">Requirement for
military department inter-service depot maintenance</header>

<subsection id="H236278F49F5F4F17BD94B72B1D29CE63"><enum>(a)</enum><header>Joint
process for technical compliance and quality control</header><text display-inline="yes-
display-inline">If the Secretary of a military department transfers any maintenance
action on a platform to a depot under the jurisdiction of the Secretary of another
military department, the two Secretaries shall develop and implement a process to
```

ensure the technical compliance and quality control for the work performed.</text></subsection>

<subsection id="HA77845C31E4D4029982031441ADDE1A9"><enum>(b)</enum><header>Requirements</header><text>A process developed under subsection (a) shall include the following requirementsâ€"</text>

<paragraph id="HB9F1E39C8C0942C6828D2B641B738BF1"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of the military department with jurisdiction over the depot to which the maintenance action is transferred shallâ€"</text>

<subparagraph id="HD251A4B266144066B8FD22E566C2D78B"><enum>(A)</enum><text>ensure that the technical specifications, requirements, and standards for work to be performed are provided to such action or depot; and</text></subparagraph>

<subparagraph id="H3548ACD5C8B64AD6A907C574EDEF501A"><enum>(B)</enum><text>implement procedures to ensure that completed work complies with such specifications, requirements and standards.</text></subparagraph></paragraph>

<paragraph id="HAD4A0DFBFC5D4879B79DA0460C12E5FC"><enum>(2)</enum><text>The Secretary who transfers the maintenance activity or depot shall ensure thatâ€"</text>

<subparagraph id="H2A6479ACC2FE4849B0B69A5B3E5DC352"><enum>(A)</enum><text>the technical specifications and requirements are clearly understood; and</text></subparagraph>

<subparagraph id="HD0D29D8BC0444176AC4007517A266C0E"><enum>(B)</enum><text>the work performed is completed to the technical specifications, requirements, and standards prescribed under paragraph (1), and that the Secretary of the military department with jurisdiction over the depot is informed of any shortcoming or discrepancy.</text></subparagraph></paragraph></subsection>

<subsection id="HFFD448A6E0C54A32B3EE7F157E5B538E"><enum>(c)</enum><header>Reports</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report containing a certification that sufficient policy and procedures are in place to ensure quality control when the depot or maintenance activities of one military department support another. The report shall include a description of known shortfalls in existing policies and procedures and actions the Department of Defense is taking to address such shortfalls.</text></subsection></section>

<section id="HD1935972E37343E9BD67BB1E38BFB7F2"><enum>359.</enum><header>Strategy to improve infrastructure of certain depots of the Department of Defense</header>

<subsection id="H8695F908BB6C41928FCA970B91EEE2B6"><enum>(a)</enum><header>Strategy required</header><text>Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a comprehensive strategy for improving the depot infrastructure of the military departments with the objective of ensuring that all covered depots have the capacity and capability to support the readiness and material availability goals of current and future weapon systems of the Department of Defense.</text></subsection>

<subsection id="H412A77AD1FBF40F685B42B750C648CD2"><enum>(b)</enum><header>Elements</header><text>The strategy under subsection (a) shall include the following:</text>

<paragraph id="H34537C2542604CFAA1508CC29ED9CE8A"><enum>(1)</enum><text>A comprehensive review of the conditions and performance at each covered depot, including the following:</text>

<subparagraph id="HAC831E81729E4986A000D50FA633DFBA"><enum>(A)</enum><text>An assessment of the current status of the following elements:</text>

<clause id="H3F4C653B5AE543A693E1D3DDA780AB5F"><enum>(i)</enum><text>Cost and schedule performance of the depot.</text></clause>

<clause id="H8B5CE9F58C934E01B60E894DB3FBA33E"><enum>(ii)</enum><text>Material availability of weapon systems supported at the depot and the impact of the performance

of the depot on that availability.</text></clause>

<clause id="H5B41C8D9623B469D804A3ABEFFA4CC64"><enum>(iii)</enum><text>Work in progress and non-operational items awaiting depot maintenance.</text></clause>

<clause id="H904A456E04B1429AAC433C4EE0084ED7"><enum>(iv)</enum><text>The condition of the depot.</text></clause>

<clause id="H631FCDCF52BE4F528EE44DD57DAD2F0F"><enum>(v)</enum><text>The backlog of restoration and modernization projects at the depot.</text></clause>

<clause id="HE5E2CF39CBBD4B8087ACA177C582D870"><enum>(vi)</enum><text>The condition of equipment at the depot.</text></clause>

<clause id="HA1A79928DC914F9FBD2C0AC18DF3E622"><enum>(vii)</enum><text>the vulnerability of the depot to adverse environmental conditions and, if necessary, the investment required to withstand those conditions.</text></clause></subparagraph>

<subparagraph id="HAF3A0925AF49476F944AB2EB163015FA"><enum>(B)</enum><text>An identification of analytically based goals relating to the elements identified in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="H58A37F0958C3409FA504CAD2072A940A"><enum>(2)</enum><text>A business-case analysis that assesses investment alternatives comparing cost, performance, risk, and readiness outcomes and recommends an optimal investment approach across the Department of Defense to ensure covered depots efficiently and effectively meet the readiness goals of the Department, including an assessment of the following alternatives:</text>

<subparagraph id="H2D9EA180B7AE439486AF9AE34D5CE22B"><enum>(A)</enum><text>The minimum investment necessary to meet investment requirements under section 2476 of title 10, United States Code.</text></subparagraph>

<subparagraph id="HAE313A64145546DBA793D6DB64E7864B"><enum>(B)</enum><text>The investment necessary to ensure the current inventory of facilities at covered depots can meet the mission-capable, readiness, and contingency goals of the Secretary of Defense.</text></subparagraph>

<subparagraph id="H1A4C2801960A4D1E8EFED27FD461C844"><enum>(C)</enum><text>The investment necessary to execute the depot infrastructure optimization plans of each military department.</text></subparagraph>

<subparagraph id="HD75339F952134FD286B22DFDF68A4010"><enum>(D)</enum><text>Any other strategies for investment in covered depots, as identified by the Secretary.</text></subparagraph></paragraph>

<paragraph id="H98CE504C37AC447B865563A8B9F123A0"><enum>(3)</enum><text>A plan to improve conditions and performance of covered depots that identifies the following:</text>

<subparagraph id="H64AAE1503DD0455CAAA02937B3100CBD"><enum>(A)</enum><text>The approach of the Secretary of Defense for achieving the goals outlined in paragraph (1)(B).</text></subparagraph>

<subparagraph id="H3F10DFDC2D5F4322A8C94D61C8C8146E"><enum>(B)</enum><text>The resources and investments required to implement the plan.</text></subparagraph>

<subparagraph id="H9A46E7DE4A21468DAC841B47F20616F7"><enum>(C)</enum><text>The activities and milestones required to implement the plan.</text></subparagraph>

<subparagraph id="H38B06E498DE84469A9F0225E78B92121"><enum>(D)</enum><text>A results-oriented approach to assessâ€"</text>

<clause id="HECE6E250011547098B01D79D55554B71"><enum>(i)</enum><text>the progress of each military department in achieving such goals; and</text></clause>

<clause id="HC75BF471A4114FB49FCEFE552960024B"><enum>(ii)</enum><text>the progress of the Department in implementing the plan.</text></clause></subparagraph>

<subparagraph id="H104FDAFF16534B42A871E1A9C175C094"><enum>(E)</enum><text>Organizational roles and responsibilities for implementing the plan.</text></subparagraph>

<subparagraph id="H47205AAFD2AC4AC99DB1E4AA66A178B7"><enum>(F)</enum><text>A process

for conducting regular management review and coordination of the progress of each military department in implementing the plan and achieving such goals.</text></subparagraph>

<subparagraph id="H8C789D488C9947AA80A966E4CEB5C286"><enum>(G)</enum><text>The extent to which the Secretary has addressed recommendations made by the Comptroller General of the United States relating to depot operations during the five-year period preceding the date of submittal of the strategy under this section.</text></subparagraph>

<subparagraph id="H70FDDF75EC2245A29FD0DBAF17668909"><enum>(H)</enum><text>Risks to implementing the plan and mitigation strategies to address those risks.</text></subparagraph></paragraph></subsection>

<subsection id="HAA62AAAF23C84D1F990E5C346E3401DD"><enum>(c)</enum><header>Annual report on progress</header><text>As part of the annual budget submission of the President under section 1105(a) of title 31, United States Code, the Secretary of Defense shall submit to the congressional defense committees a report describing the progress made inâ€"</text>

<paragraph id="H9266823B3278482EA8B12894E5439CB1"><enum>(1)</enum><text>implementing the strategy under subsection (a); and</text></paragraph>

<paragraph id="H3AE8D38581204A409296099B1E8E38AE"><enum>(2)</enum><text>achieving the goals outlined in subsection (b)(1)(B).</text></paragraph></subsection>

<subsection id="H965298927E1C47B5BCD68B2B70E364C3"><enum>(d)</enum><header>Comptroller General reports</header>

<paragraph id="H51C608D9E8314A199B5A02DD77F64163"><enum>(1)</enum><header>Assessment of strategy</header><text>Not later than January 1, 2021, the Comptroller General of the United States shall submit to the congressional defense committees a report assessing the extent to which the strategy under subsection (a) meets the requirements of this section.</text></paragraph>

<paragraph id="H0B14542774B3451980F8739F19DDF76D"><enum>(2)</enum><header>Assessment of implementation</header><text>Not later than April 1, 2022, the Comptroller General shall submit to the congressional defense committees a report setting forth an assessment of the extent to which the strategy under subsection (a) has been effectively implemented by each military department and the Secretary of Defense.</text></paragraph></subsection>

<subsection id="HB1522BDD7F0E430383BCCCC4C4813CB6"><enum>(e)</enum><header>Covered depot defined</header><text>In this section, the term <term>covered depot</term> has the meaning given that term in section 2476(e) of title 10, United States Code.</text></subsection></section></subtitle>

<subtitle id="H3307DCCAFB5146B59359B1A615E659ED"><enum>E</enum><header>Reports</header>

<section id="H7EB10842648B48669F7A1A85F85BA33A" section-type="subsequent-section"><enum>361.</enum><header>Readiness reporting</header>

<subsection id="H956BD3EAC4B14AD3BEEBB715A57756F7"><enum>(a)</enum><header>Readiness reporting system</header><text display-inline="yes-display-inline">Section 117 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H5CDDA0F0906A41A78DE210B89E74A355"><enum>(1)</enum><text>by striking subsections (d) through (g); and</text></paragraph>

<paragraph id="H21A02217EAD24BA6ACDF57FFAF93CC16"><enum>(2)</enum><text>by redesignating subsection (h) as subsection (d).</text></paragraph></subsection>

<subsection id="H1C1B4BA1871846B2830A82D32F0C562C"><enum>(b)</enum><header>Quarterly reports</header><text>Section 482 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H2C320217FF704B6293207A8DA40A2EE8"><enum>(1)</enum><text>in the section heading, by striking <quote><header-in-text level="section" style="USC">Quarterly reports: personnel and unit readiness</header-in-text></quote> and inserting <quote><header-in-text level="section" style="USC">Readiness reports</header-in-text></quote>;</text></paragraph>

<paragraph id="H6602113F85A246999E7B4D6B6B7A6E23"><enum>(2)</enum><text>in subsection (a)â€"</text>

```
<subparagraph id="HDB30A689219545C6B526241125488010"><enum>(A)</enum><text>In the
subsection heading, by striking <quote><header-in-text level="subsection"
style="USC">Quarterly Reports Required</header-in-text></quote> and inserting
<quote><header-in-text level="subsection" style="USC">Reports and briefings</header-in-
text></quote>;</text></subparagraph>

<subparagraph id="H672C70BCF10E436C8351A2CA0A2F624E"><enum>(B)</enum><text>In the first
sentenceâC"</text>

<clause id="H18DF3A5E8AD945B0BF86C11A9CD8882C"><enum>(i)</enum><text>by striking
<quote>Not later</quote> and inserting <quote>(1) Not later</quote>;
and</text></clause>

<clause id="H55ECBC8A1A914DD4B70C19AD224B6B54"><enum>(ii)</enum><text>by striking
<quote>each calendar-year quarter</quote> and inserting <quote>the second and fourth
quarter of each calendar year</quote>; </text></clause></subparagraph>

<subparagraph id="H88B9FEF9A26B4C26A87015AC6654ABED"><enum>(C)</enum><text>by striking
the second and third sentences and inserting <quote>The Secretary of Defense shall
submit each such report in writing and shall also submit a copy of each such report to
the Chairman of the Joint Chiefs of Staff.</quote>; and</text></subparagraph>

<subparagraph id="H8693EDF4E363476C8D7F3C46C845C282"><enum>(D)</enum><text>by adding at
the end the following new paragraphs:</text>

<quoted-block style="USC" id="HEB07186D7E7E4BAD893E8C0069B2303D" display-inline="no-
display-inline">

<paragraph id="H77A3B59F0F9D44F984DB5CFCCB1D5D50" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">Not later than 30 days after the end of the first
and third quarter of each calendar year, the Secretary of Defense shall provide to
Congress a briefing regarding the military readiness of the active and reserve
components. </text></paragraph>

<paragraph id="HE8293F9D478F47D2A8843779C92F94DA" commented="no" display-inline="no-
display-inline" indent="up1"><enum>(3)</enum><text display-inline="yes-display-
inline">Each report under this subsection shall contain the elements required by
subsection (b) for the quarter covered by the report, and each briefing shall address
any changes to the elements described in subsection (b) since the submittal of the most
recently submitted report.</text></paragraph><after-quoted-block>;</after-quoted-
block></quoted-block></subparagraph></paragraph>

<paragraph id="HC9021FFBC3D74D58B7C75D6395EED74F"><enum>(3)</enum><text>by striking
subsection (b) and inserting the following:</text>

<quoted-block style="USC" id="H02330800C8D34CF6A17A8E9FFA383136" display-inline="no-
display-inline">

<subsection id="H3647F55E0CF443299F60070AF309EDCC"><enum>(b)</enum><header>Required
elements</header><text display-inline="yes-display-inline">The elements described in
this subsection are each of the following:</text>

<paragraph id="HFE7593CDD928499E9E7CD4962EFEDFCB"><enum>(1)</enum><text>A description
of each readiness problem or deficiency that affects the ground, sea, air, space,
cyber, or special operations forces, and any other area determined appropriate by the
Secretary of Defense.</text></paragraph>

<paragraph id="HD81419BDBF994ECEA390718BC58AE62D"><enum>(2)</enum><text display-
inline="yes-display-inline">The key contributing factors, indicators, and other
relevant information related to each identified problem or
deficiency.</text></paragraph>

<paragraph id="HA13A1B2889FE43D6A9A09A01C3F201FC"><enum>(3)</enum><text>The short-term
mitigation strategy the Department will employ to address each readiness problem or
deficiency until a resolution is in place, as well as the timeline, cost, and any
legislative remedies required to support the resolution.</text></paragraph>

<paragraph id="H51F2E255096F4852B21AAF64A701C258"><enum>(4)</enum><text>A summary of
combat readiness ratings for the key force elements assessed, including specific
information on personnel, supply, equipment, and training problems or deficiencies that
affect the combat readiness ratings for each force element.</text></paragraph>
```

WASHSTATEC014740

```
<paragraph id="HBE0F8DACF67A4E97BB9534C8936469EC"><enum>(5)</enum><text>A summary of
each upgrade or downgrade of the combat readiness of a unit that was issued by the
commander of the unit, together with the rationale of the commander for the issuance of
such upgrade or downgrade.</text></paragraph>

<paragraph id="H7B93D803467E40D2A139D4571CBC3985"><enum>(6)</enum><text>A summary of
the readiness of supporting capabilities, including infrastructure, prepositioned
equipment and supplies, and mobility assets, and other supporting logistics
capabilities.</text></paragraph>

<paragraph id="H7A277C9328A5473EBB2B4BAFC0182965"><enum>(7)</enum><text>A summary of
the readiness of the combat support and related agencies, any readiness problem or
deficiency affecting any mission essential tasks of any such agency, and actions
recommended to address any such problem or deficiency.</text></paragraph>

<paragraph id="HBB91B88CD1784EFD971616C6A2A74304"><enum>(8)</enum><text display-
inline="yes-display-inline">A list of all Class A, Class B, and Class C mishaps that
occurred in operations related to combat support and training events involving
aviation, ground, or naval platforms, weapons, space, or Government vehicles, as
defined by Department of Defense Instruction 6055.07, or a successor
instruction.</text></paragraph>

<paragraph id="HC921BCB2005B473393E8EBEA7D9B6232"><enum>(9)</enum><text display-
inline="yes-display-inline">Information on the extent to which units of the armed
forces have removed serviceable parts, supplies, or equipment from one vehicle, vessel,
or aircraft in order to render a different vehicle, vessel, or aircraft
operational.</text></paragraph>

<paragraph id="H62E648F2486146818554173CDEF0131A"><enum>(10)</enum><text>Such other
information as determined necessary or appropriate by the Secretary of
Defense.</text></paragraph></subsection><after-quoted-block>;</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H578DACC935F147F58F890DF52097D5C3"><enum>(4)</enum><text display-
inline="yes-display-inline">by striking subsections (d) through (h) and subsection
(j);</text></paragraph>

<paragraph id="H65C2DCF4804F491092D854574DDC374D"><enum>(5)</enum><text>by
redesignating subsection (i) as subsection (e); and</text></paragraph>

<paragraph id="HB659EA4E276F43CF9A712DFCABE7C196"><enum>(6)</enum><text>by inserting
after subsection (c) the following new subsections (d):</text>

<quoted-block style="USC" id="HE9C86C077A9749FB9C4EDB5ADEB262D4" display-inline="no-
display-inline">

<subsection id="H0560DA68507F4530A0F88060F238C46C"><enum>(d)</enum><header>Semi-Annual
joint force readiness review</header>

<paragraph id="H10F1852971E548D68B64A1919B6B6742" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than 30
days after the last day of the first and third quarter of each calendar year, the
Chairman of the Joint Chiefs of Staff shall submit to Congress a written report on the
capability of the armed forces, the combat support and related agencies, operational
contract support, and the geographic and functional combatant commands to execute their
wartime missions based upon their posture and readiness as of the time the review is
conducted.</text></paragraph>

<paragraph id="H5CA3DB12C99643DA898F6F950C04F887" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">The Chairman shall produce the report required
under this subsection using information derived from the quarterly reports required by
subsection (a).</text></paragraph>

<paragraph id="HB6BE1254DB8B404499E144DD1D273444" indent="up1"><enum>(3)</enum><text
display-inline="yes-display-inline">Each report required by this subsection shall
include an assessment by each commander of a geographic or functional combatant command
of the readiness of the command to conduct operations in a multidomain battle that
integrates ground, sea, air, space, cyber, and special operations
forces.</text></paragraph>

<paragraph id="H87CAB8E934754F4082733DF7A9E26A2A"
```

indent="up1"><enum>(4)</enum><text>The Chairman shall submit to the Secretary of Defense a copy of each report under this subsection.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H55A2757C720348929C5F1198500CE7A3"><enum>(c)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 23 of such title is amended by striking the item relating to section 482 and inserting the following new item:</text>

<quoted-block style="USC" id="H423A84A6EC9F41E4A29821D9092BE129" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">482. Readiness reports.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HFAEE702823014B02969B0567EC7B4902"><enum>362.</enum><header>Technical correction to deadline for transition to Defense Readiness Reporting System Strategic</header><text display-inline="no-display-inline">Section 358(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>October 1, 2019</quote> and inserting <quote>October 1, 2020</quote>.</text></section>

<section id="HEB4EF347AA914BCB94BAE7669367A247"><enum>363.</enum><header>Report on Navy ship depot maintenance budget</header>

<subsection id="HF073C11B46E84C3CB35A3997E7FF1134"><enum>(a)</enum><header>In general</header><text>Not later than March 1 of each of 2020, 2021, and 2022, the Secretary of the Navy shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the Operation and Maintenance, Ship Depot Maintenance budget sub-activity group.</text></subsection>

<subsection id="H39DF8594AAB04FCA85DE606D7493EE70"><enum>(b)</enum><header>Elements</header><text>The report required under subsection (a) shall include each of the following elements:</text>

<paragraph id="H0CC307B24F8544DC9FC1EA4351D3CB01"><enum>(1)</enum><text>A breakdown of funding, categorized by class of ship, requested for ship and submarine maintenance.</text></paragraph>

<paragraph id="H7044EACB54E84389899000E9B109DE8D"><enum>(2)</enum><text>A description of how the requested funding, categorized by class of ship, compares to the identified ship maintenance requirement.</text></paragraph>

<paragraph id="HDFD4CCA537264EB0B247426EF64E7BAF"><enum>(3)</enum><text>The amount of funds appropriated for each class of ship for the preceding fiscal year.</text></paragraph>

<paragraph id="HD372436E08FF4B498A884E31CCC30000"><enum>(4)</enum><text>The amount of funds obligated and expended for each class of ship for each of the three preceding fiscal years.</text></paragraph>

<paragraph id="H6A5360C29E6A460792FA05AB09657EE4"><enum>(5)</enum><text>The cost, categorized by class of ship, of unplanned growth work for each of the three preceding fiscal years.</text></paragraph></subsection></section>

<section id="H64FBBA345FA04297AAE0CD880BE481CB"><enum>364.</enum><header>Report on Runit Dome</header>

<subsection id="HC096EC75608F40339B794D724A658B2B"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Energy shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the status of the Runit Dome in the Marshal Islands.</text></subsection>

<subsection id="H1F5D864B266F4509BF355E64F76BAF27"><enum>(b)</enum><header>Matters for inclusion</header><text>The report required by subsection (a) shall include each of the following:</text>

```
<paragraph id="HE342CE0B545E408B836B28D641939858"><enum>(1)</enum><text>A detailed plan
to repair the dome to ensure that it does not have any harmful effects to the local
population, environment, or wildlife, including the projected costs of implementing
such plan.</text></paragraph>

<paragraph id="H9FA4A2E4D4A0404188283341DD4FA6BD"><enum>(2)</enum><text>The effects on
the environment that the dome has currently and is projected to have in 5 years, 10
years, and 20 years.</text></paragraph>

<paragraph id="HE0E856B9B99D4900966E2271820EAB8C"><enum>(3)</enum><text>An assessment
of the current condition of the outer constructs of the dome.</text></paragraph>

<paragraph id="H2B6D0CDD7A1C47FBB36BBF5812C7AC01"><enum>(4)</enum><text>An assessment
of the current and long-term safety to local humans posed by the site.
</text></paragraph>

<paragraph id="H649D0EBCBB844582A2B62FB5D576B97C"><enum>(5)</enum><text>An assessment
of how rising sea levels might affect the dome.</text></paragraph>

<paragraph id="H3F7B891426C24B749D179C3888729B35"><enum>(6)</enum><text>A summary of
interactions between the Government of the United States and the government of the
Marshall Islands about the dome.</text></paragraph></subsection>

<subsection id="H2A051009DA3943D385964C7D1E392DD5"><enum>(c)</enum><header>Form of
report</header><text display-inline="yes-display-inline">The report required by
subsection (a) shall be submitted in unclassified form and made publicly
available.</text></subsection></section>

<section id="H4A335F28FCA44A9491D7DC1378037442"><enum>365.</enum><header>Prohibition on
subjective upgrades by commanders of unit ratings in monthly readiness reporting on
military units</header>

<subsection id="H50890A9EB85D45DC95109B287EE461AF"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Chairman of the Joint
Chiefs of Staff shall modify Chairman of the Joint Chiefs of Staff Instruction (CJCSI)
3401.02B, on Force Readiness Reporting, to prohibit the commander of a military unit
who is responsible for monthly reporting of the readiness of the unit under the
instruction from making any upgrade of the overall rating of the unit (commonly
referred to as the <quote>C-rating</quote>) for such reporting purposes based in whole
or in part on subjective factors.</text></subsection>

<subsection
id="H73B2010A325A4CED80CD60BD3A36E56D"><enum>(b)</enum><header>Waiver</header>

<paragraph id="HABFA34958A8D4BD0BFFFAC4DC1BF56CA"><enum>(1)</enum><header>In
general</header><text>The modification required by subsection (a) shall authorize an
officer in a general or flag officer grade in the chain of command of a commander
described in that subsection to waive the prohibition described in that subsection in
connection with readiness reporting on the unit concerned if the officer considers the
waiver appropriate in the circumstances.</text></paragraph>

<paragraph id="HA39B9B8A556248238670FFCB8A3AC0DF"><enum>(2)</enum><header>Reporting on
waivers</header><text>Each report on personnel and unit readiness submitted to Congress
for a calendar year quarter pursuant to section 482 of title 10, United States Code,
shall include information on each waiver, if any, issued pursuant to paragraph (1)
during such calendar year quarter.</text></paragraph></subsection></section>

<section id="H33F3753E99D346AE8F7F09FA64EB9906"><enum>366.</enum><header>Requirement to
include foreign language proficiency in readiness reporting systems of Department of
Defense</header><text display-inline="no-display-inline">Not later than 90 days after
the date of the enactment of this Act, the Secretary of Defense and the Secretary of
each military department shall include in the Global Readiness and Force Management
Enterprise, for the appropriate billets with relevant foreign language requirements,
measures of foreign language proficiency as a mandatory element of unit readiness
reporting, to include the Defense Readiness Reporting Systems-Strategic (DRRS-S) and
all other subordinate systems that report readiness data.</text></section></subtitle>

<subtitle id="HD748A1DFBBC24F5381DB18DA2E4A7E08"><enum>F</enum><header>Other
Matters</header>

<section id="HCDAEF26E548644D09F3E84AAD5F5DE0A"><enum>371.</enum><header>Prevention of
```

encroachment on military training routes and military operations areas</header><text display-inline="no-display-inline">Section 183a of title 10, United States Code, is amended—"</text>

<paragraph id="H19A5567FF95A432DA8D04E0E0A994C11"><enum>(1)</enum><text>in subsection (c)(6), in the second sentence—"</text>

<subparagraph id="H956B1D8C846E41F2B1C23251E3691BD6"><enum>(A)</enum><text>by striking <quote>radar or airport surveillance radar operated</quote> and inserting <quote>radar, airport surveillance radar, or wide area surveillance over-the-horizon radar operated</quote>; and</text></subparagraph>

<subparagraph id="H9C922338CC3C4FBFAF423E1E46991881"><enum>(B)</enum><text>by inserting <quote>Any setback for a project pursuant to the previous sentence shall not be more than what is determined to be necessary by a technical analysis conducted by the Lincoln Laboratory at the Massachusetts Institute of Technology or any successor entity.</quote> after <quote>mitigation options.</quote>;</text></subparagraph></paragraph>

<paragraph id="H6F477D037A3E4E52B3D77C5B501A5C74"><enum>(2)</enum><text>in subsection (d)—"</text>

<subparagraph id="H47758687070846E1AEC1C8B0799450F2"><enum>(A)</enum><text>in paragraph (2)(E), by striking <quote>to a Deputy Secretary of Defense, an Under Secretary of Defense, or a Principal Deputy Under Secretary of Defense</quote> and inserting <quote>to the Deputy Secretary of Defense, an Under Secretary of Defense, or a Deputy Under Secretary of Defense</quote>;</text></subparagraph>

<subparagraph commented="no" id="H9AF60C72BC294F5E86452DA41CF57827"><enum>(B)</enum><text>by redesignating paragraph (3) as paragraph (4); and</text></subparagraph>

<subparagraph commented="no" id="H263DC3965D1146F3AD271B0833B2CA36"><enum>(C)</enum><text>by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block display-inline="no-display-inline" id="H88C3DCCB7A9245BC875AB15A058660A7" style="OLC">

<paragraph id="HAD93830EA1514BA5B18967ED3D39E461" indent="up1"><enum>(3)</enum><text>The governor of a State may recommend to the Secretary of Defense additional geographical areas of concern within that State. Any such recommendation shall be submitted for notice and comment pursuant to paragraph (2)(C).</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB199E16D42CB4C4E81C5436F22C7065F"><enum>(3)</enum><text>in subsection (e)(3), by striking <quote>an under secretary of defense, or a deputy under secretary of defense</quote> and inserting <quote>an Under Secretary of Defense, or a Deputy Under Secretary of Defense</quote>;</text></paragraph>

<paragraph id="HAEE6D1872B2244359CC20D0C3B6CA4BB"><enum>(4)</enum><text>in subsection (f), in the first sentence, by striking <quote>from an applicant for a project filed with the Secretary of Transportation pursuant to section 44718 of title 49</quote> and inserting <quote>from an entity requesting a review by the Clearinghouse under this section</quote>; and</text></paragraph>

<paragraph id="HC9045BB67F6A48A8A3179118B55F77E9"><enum>(5)</enum><text>in subsection (h)—"</text>

<subparagraph id="H0D098E0421854152A7BF72DDA70DB4BF"><enum>(A)</enum><text>by redesignating paragraphs (3), (4), (5), (6), and (7) as paragraphs (4), (5), (6), (7), and (9), respectively;</text></subparagraph>

<subparagraph id="HF385B9E380D44ED69778380BCBADE8DF"><enum>(B)</enum><text>by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block display-inline="no-display-inline" id="H57B5001783BD489A874DB918A763CC52" style="OLC">

<paragraph id="H1CB751C027DB4801B7B8FD0CA5E51FC4"><enum>(3)</enum><text>The term <term>governor</term>, with respect to a State, means the chief executive officer of

WASHSTATEC014744

the State.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HDCF6696B15F046318BD4631DF51B95E9"><enum>(C)</enum><text>in paragraph (7), as redesignated by subparagraph (A), by striking <quote>by the Federal Aviation Administration</quote> and inserting <quote>by the Administrator of the Federal Aviation Administration</quote>; and</text></subparagraph>

<subparagraph id="H9ADD3B2C05494698BAF2A5C948258C65"><enum>(D)</enum><text>by inserting after paragraph (7), as redesignated by subparagraph (A), the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H65837D072FCE4FFDBFA022650ACB7979" style="OLC">

<paragraph id="H4FB1F9FC954A4C79BB587940EA86B616"><enum>(8)</enum><text>The term <term>State</term> means the several States, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, Guam, the United States Virgin Islands, and American Samoa.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></section>

<section id="HA3926C5DD82D47B998A918D57CD6ACE3"><enum>372.</enum><header>Expansion and enhancement of authorities on transfer and adoption of military animals</header>

<subsection id="H24E9593D29E349BFB73AE583071BCA1B"><enum>(a)</enum><header>Transfer and adoption generally</header><text>Section 2583 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HCFED7C0058AC4163A9969D0D9225573F"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H3D38575DD68942CC85DDE95D09B7085A"><enum>(A)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">transfer or</header-in-text></quote> before <quote><header-in-text level="subsection" style="OLC">adoption</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="HCEB530CFE6BF4CF1B0ECDCFC32DA8B8D"><enum>(B)</enum><text>by striking <quote>adoption</quote> each place it appears and inserting <quote>transfer or adoption</quote>;</text></subparagraph></paragraph>

<paragraph id="H54489875D1A441BFBEFF7F297AE40A7C"><enum>(2)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HC9D357A9D238405CBCA2EB46C39F7B94"><enum>(A)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">transfer or</header-in-text></quote> before <quote><header-in-text level="subsection" style="OLC">adoption</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="HB201188BFA7E44089D30DF9069F0C103"><enum>(B)</enum><text>in the first sentence, by striking <quote>adoption</quote> and inserting <quote>transfer or adoption</quote>; and</text></subparagraph>

<subparagraph id="HF3C7C5B70B344B81838F0828F1B27CC6"><enum>(C)</enum><text>in the second sentence, striking <quote>adoptability</quote> and inserting <quote>transferability or adoptability</quote>;</text></subparagraph></paragraph>

<paragraph id="H279D2DA2699140A7B522B16E83EE4BC1"><enum>(3)</enum><text>in subsection (c)(1)â€"</text>

<subparagraph id="H50AC41EF0B4248FCBC71F62D080E2508"><enum>(A)</enum><text>in the matter preceding subparagraph (A)â€"</text>

<clause id="HCF82204FF281447F84CA660CD755AA89"><enum>(i)</enum><text>by inserting <quote>transfer or</quote> before <quote>adoption</quote>; and</text></clause>

<clause id="H721473FD86B445FB8E5666A47CBB0854"><enum>(ii)</enum><text>by inserting <quote>, by</quote> after <quote>recommended priority</quote>;</text></clause></subparagraph>

<subparagraph id="H4C1CE24394D1420F9242428B9B86805C"><enum>(B)</enum><text>in

subparagraphs (A) and (B), by inserting <quote>adoption</quote> before
<quote>by</quote>;</text></subparagraph>

<subparagraph id="H17A2C80C1170437E9577884A2C2BEE6D"><enum>(C)</enum><text>in
subparagraph (B), by inserting <quote>or organizations</quote> after
<quote>persons</quote>; and</text></subparagraph>

<subparagraph id="H790802A76E3B4244B7B24EB5D2BCEC5F"><enum>(D)</enum><text>in
subparagraph (C), by striking <quote>by</quote> and inserting <quote>transfer
to</quote>; and</text></subparagraph></paragraph>

<paragraph id="H6CC6F06AE2924F93A7D785EAECB7429E"><enum>(4)</enum><text>in subsection
(e)â€"</text>

<subparagraph id="H99DFA4125D1C4404B2B0AA1AEB36C730"><enum>(A)</enum><text>in the
subsection heading, by inserting <quote><header-in-text level="subsection"
style="OLC">or adopted</header-in-text></quote>after <quote><header-in-text
level="subsection" style="OLC">transferred</header-in-
text></quote>;</text></subparagraph>

<subparagraph id="HFEDDFF71F775496798773CAE1C71EF6B"><enum>(B)</enum><text>in
paragraphs (1) and (2), by striking <quote>transferred</quote> each place it appears
and inserting <quote>transferred or adopted</quote>; and</text></subparagraph>

<subparagraph id="HC5DECE04C075413BB655687E77CD1323"><enum>(C)</enum><text>in paragraph
(2), by striking <quote>transfer</quote> each place it appears and inserting
<quote>transfer or adoption</quote>.</text></subparagraph></paragraph></subsection>

<subsection id="H3772D8509D8B4907A94D5E6002529179"><enum>(b)</enum><header>Veterinary
screening and care for military working dogs to be retired</header><text>Such section
is further amendedâ€"</text>

<paragraph id="H41C71BB6B06C42CC86529D9A9C167962"><enum>(1)</enum><text>by
redesignating subsections (f), (g), and (h) as subsections (g), (h), and (i),
respectively; and</text></paragraph>

<paragraph id="H1F932E72B0C54F2285D06A21F0CADBDD"><enum>(2)</enum><text>by inserting
after subsection (e) the following new subsection (f):</text>

<quoted-block display-inline="no-display-inline" id="HB1537A7BC56C40D09073BAE60E989943"
style="OLC">

<subsection id="HB5F4C839D69A4EF7A3BF8AA46BC34ECD"><enum>(f)</enum><header>Veterinary
screening and care for military working dogs To be retired</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H726FDD39F77B486FB267E79C2B4B04E2"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H2F0F5D830B7042CEBD08DEE572FA47BB"><enum>(A)</enum><text>If the Secretary of the
military department concerned determines that a military working dog should be retired,
such Secretary shall transport the dog to the Veterinary Treatment Facility at Lackland
Air Force Base, Texas.</text></subparagraph>

<subparagraph id="H56D01313DCB9424A9BF262735E33F53A"
indent="up2"><enum>(B)</enum><text>In the case of a contract working dog to be retired,
transportation required by subparagraph (A) is satisfied by the transfer of the dog to
the 341st Training Squadron at the end of the dog's service life as required by section
2410r of this title and assignment of the dog to the Veterinary Treatment Facility
referred to in that subparagraph.</text></subparagraph></paragraph>

<paragraph id="HB9E597DF7DEB4C85858796E6001D2CB7" indent="up1"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="HC60BED1F70AE45E6815220136DA91940"><enum>(A)</enum><text>The Secretary of Defense
shall ensure that each dog transported as described in paragraph (1) to the Veterinary
Treatment Facility referred to in that paragraph is provided with a full veterinary
screening, and necessary veterinary care (including surgery for any mental, dental, or
stress-related illness), before transportation of the dog in accordance with subsection
(g).</text></subparagraph>

<subparagraph id="H73FBCBFA695741BAB01D9F23ABC2A6D0"

indent="up1"><enum>(B)</enum><text>For purposes of this paragraph, stress-related illness includes illness in connection with post-traumatic stress, anxiety that manifests in a physical ailment, obsessive compulsive behavior, and any other stress-related ailment.</text></subparagraph></paragraph>

<paragraph id="H3A375BE0556842F0BA45D164712C8CBC" indent="up1"><enum>(3)</enum><text>Transportation is not required under paragraph (1), and screening and care is not required under paragraph (2), for a military working dog located outside the United States if the Secretary of the military department concerned determines that transportation of the dog to the United States would not be in the best interests of the dog for medical reasons.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HBD6741C5BC4E4F839C183688E03AD354"><enum>(c)</enum><header>Coordination of screening and care requirements with transportation requirements</header><text>Subsection (g) of such section, as redesignated by subsection (b)(1) of this section, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HEDAB973259DB426FB45AA376BE54F6A4" style="OLC">

<subsection id="HC944954E44F94FC08A0A399CC596CED4"><enum>(g)</enum><header>Transportation of retiring military working dogs</header><text>Upon completion of veterinary screening and care for a military working dog to be retired pursuant to subsection (f), the Secretary of the military department concerned shallâ€"</text>

<paragraph id="H755FAA9C834145FE8803EA66E447AA27"><enum>(1)</enum><text>if the dog was at a location outside the United States immediately prior to transportation for such screening and care and a United States citizen or member of the armed forces living abroad agrees to adopt the dog, transport the dog to such location for adoption; or</text></paragraph>

<paragraph id="H1C13B2A33D1846488BB7D79FB76417CB"><enum>(2)</enum><text>for any other dog, transport the dogâ€"</text>

<subparagraph id="H9174FC6293104BA49E8CE4A9A114C73A"><enum>(A)</enum><text>to the 341st Training Squadron;</text></subparagraph>

<subparagraph id="H1BF52BA3D12D40B1A0E864535668CCB6"><enum>(B)</enum><text>to another location within the United States for transfer or adoption under this section.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H646A085781184E9DB8F5E847BEA2055A"><enum>(d)</enum><header>Preservation of policy on transfer of military working dogs to law enforcement agencies</header><text>Subsection (h) of such section, as so redesignated, is amended in paragraph (3) by striking <quote>adoption of military working dogs</quote> and all that follows through the period at the end and inserting <quote>transfer of military working dogs to law enforcement agencies before the end of the dogsâ€™ useful working lives.</quote>.</text></subsection>

<subsection id="H96CCB7E6B35943F2837C1693B99D4AEA"><enum>(e)</enum><header>Clarification of horses treatable as military animals</header><text>Subsection (i) of such section, as so redesignated, is amended by striking paragraph (2) and inserting the following new paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HB0ECAD323CCA49718C895DDA1166E6E0" style="OLC">

<paragraph id="H63BBE72D96B3415D87AD931BD5E7596E"><enum>(2)</enum><text>An equid (horse, mule, or donkey) owned by the Department of Defense.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H8F432C2AA3194AA6982674CEC9036616"><enum>(f)</enum><header>Contract term for contract working dogs</header><text>Section 2410r(a) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H37440E5D4E374571ABD157399A08FEE5"><enum>(1)</enum><text>by inserting <quote>, and shall contain a contract term,</quote> after <quote>shall

WASHSTATEC014747

require</quote>;</text></paragraph>

<paragraph id="HCBA06A315E7A406DA52444849684F94C"><enum>(2)</enum><text>by inserting <quote>and assigned for veterinary screening and care in accordance with section 2583 of this title</quote> after <quote>341st Training Squadron</quote>; and</text></paragraph>

<paragraph id="H0013FDDEF69542AAA91C2D25ED8CA49B"><enum>(3)</enum><text>by striking <quote>section 2583 of this title</quote> and inserting <quote>such section</quote>.</text></paragraph></subsection></section>

<section id="H4629760C93C9497EB4AFD057906349B0"><enum>373.</enum><header>Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities</header><text display-inline="no-display-inline">Section 2642(b) of title 10, United States Code, is amended by striking <quote>October 1, 2019</quote> and inserting <quote>October 1, 2024</quote>.</text></section>

<section id="HB06442574BD049DF97959281B5F96601" section-type="subsequent-section"><enum>374.</enum><header>Extension of authority of Secretary of Transportation to issue non-premium aviation insurance</header><text display-inline="no-display-inline">Section 44310(b) of title 49, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>September 30, 2023</quote>.</text></section>

<section id="HD638DD8B6F084849905BA7ADC32035F1" section-type="subsequent-section"><enum>375.</enum><header>Defense personal property program</header>

<subsection id="H36C40DBE5E024DE8AB3197EAACF7D31B"><enum>(a)</enum><header>Report on Personal Property Program Improvement Action Plan</header>

<paragraph id="H5DA7A4BD32EB4400842F763ADE437B7D"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Personnel and Readiness shall jointly submit to the congressional defense committees a report on implementation of the Personal Property Program Improvement Action Plan that was developed by the Personnel Relocation/Household Goods Movement Cross-Functional Team.</text></paragraph>

<paragraph id="HC3842D4A406D4EB9B5E7F0262C0F35BC"><enum>(2)</enum><header>Contents of report</header><text>The report required under paragraph (1) shall include updated information on the efforts of the Department of Defense to—</text>

<subparagraph id="H2AA2379DF0E54D1886CC31D9120A6506"><enum>(A)</enum><text>integrate permanent-change-of-station orders with transportation systems;</text></subparagraph>

<subparagraph id="H84B3D4FAB03D4C2285031AC64628CDE7"><enum>(B)</enum><text>reduce the number of report dates during peak moving season;</text></subparagraph>

<subparagraph id="HE28CEC6826834393B46652E828CB8C6A"><enum>(C)</enum><text>synchronize the communication of information about orders to all parties involved, including industry;</text></subparagraph>

<subparagraph id="H0516BCAB03D44B0B97B76D0BD6397409"><enum>(D)</enum><text>improve lead time for permanent-change-of-station orders;</text></subparagraph>

<subparagraph id="H333D2B82C6384E969B65BFDB907F928C"><enum>(E)</enum><text>meet quality assurance inspection standards;</text></subparagraph>

<subparagraph id="HA762C5283BF94B3CB58A9F0B3F95B898"><enum>(F)</enum><text>improve the claims review process; and</text></subparagraph>

<subparagraph id="HD692A00E6E4C4DD3AA2C6D956A7C5B38"><enum>(G)</enum><text>incorporate predictive analytics to anticipate potentially problematic shipments.</text></subparagraph></paragraph>

<paragraph id="H3B09F3BF6BC540A999B46020EEFBE112"><enum>(3)</enum><header>Briefing</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment and the Assistant Secretary of Defense for Personnel and Readiness shall jointly provide to the congressional defense committees a briefing on the report required under

this subsection.</text></paragraph></subsection>

<subsection id="H3B0DA22B468D41D3ADF6EA5FB77CC263"><enum>(b)</enum><header>Business case analysis</header><text>Not later than 30 days after the date of the enactment of this Act, the Commander of United States Transportation Command shall submit to the congressional defense committees a business case analysis for the proposed award of a global household goods contract for the defense personal property program.</text></subsection>

<subsection id="HADC9123244C243E2813225F7C8E3C010"><enum>(c)</enum><header>GAO report</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the Commander of United States Transportation Command submits the business case analysis required by subsection (b), the Comptroller General of the United States shall submit to the congressional defense committees a report on a comprehensive study conducted by the Comptroller General that includesâ€"</text>

<paragraph id="H6A6A00155E7740BB8164C64FBA3C1DD2"><enum>(1)</enum><text>an analysis of the effects that the outsourcing of the management and oversight of the movement of household goods to a private entity or entities would have on members of the Armed Forces and their families;</text></paragraph>

<paragraph id="H1FB24774D1AB4675A2630F14DC797960"><enum>(2)</enum><text>a comprehensive cost-benefit analysis; and</text></paragraph>

<paragraph id="HA7C679628337453CB70B385D8CD4F3A0"><enum>(3)</enum><text>recommendations for changes to the strategy of the Department of Defense for the defense personal property program.</text></paragraph></subsection>

<subsection id="H998DD2E9B5DC450DB5EC19729302FB37"><enum>(d)</enum><header>Limitation</header><text display-inline="yes-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense for fiscal year 2020 may be used to enter into a global household goods contract until April 1, 2020.</text></subsection>

<subsection id="H9A45487BBE7D485D8AABFA892DBC53D5"><enum>(e)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H3F8AB6752F7E40518FCA25765DA3F22A"><enum>(1)</enum><text>The term <quote>global household goods contract</quote> means the solicitation managed by United States Transportation Command to engage a private entity to manage the defense personal property program.</text></paragraph>

<paragraph id="H8C9A9D92EE124D8AB292B1B7478F3843"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>defense personal property program</quote> means the Department of Defense program used to manage the shipment of the baggage and household effects of members of the Armed Forces under section 476 of title 37, United States Code.</text></paragraph></subsection></section>

<section id="HB4AD1778FBF34112B8E917773CD0E26D" section-type="subsequent-section"><enum>376.</enum><header>Public events about Red Hill Bulk Fuel Storage Facility</header>

<subsection id="H5E55B96D63654BDDB79DA26121D434CD"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">At least once every calendar quarter, the Secretary of the Navy, or the designee of the Secretary, shall hold an event that is open to the public at which the Secretary shall provide up-to-date information about the Red Hill Bulk Fuel Storage Facility.</text></subsection>

<subsection id="HB1AEF61D5D3B4CC995705C8F4D948895"><enum>(b)</enum><header>Termination</header><text display-inline="yes-display-inline">The requirement to hold events under subsection (a) shall terminate on the earlier of the following dates:</text>

<paragraph id="H1A2291E8840F400F9B8B8590C87EADE8"><enum>(1)</enum><text>September 30, 2025.</text></paragraph>

<paragraph id="H94B7A58F44204A24A0E71FFB969258FA"><enum>(2)</enum><text>The date on which the Red Hill Bulk Fuel Storage Facility ceases

WASHSTATEC014749

operation.</text></paragraph></subsection></section>

<section id="HA619F78FD624458F966F316225385100"><enum>377.</enum><header>Sense of Congress regarding Innovative Readiness Training program</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H6CADFD855AC94C3E9A362CFF2A6BF880"><enum>(1)</enum><text>the Innovative Readiness Training program is an effective training program for members of the Armed Forces and is highly beneficial to civilian-military relationships with local American communities;</text></paragraph>

<paragraph id="H7EDB37E426BF42368B37A5BA3B4B556D"><enum>(2)</enum><text>due to the geographic complexities and realities of non-contiguous States and territories, Innovative Readiness Training has lent greater benefit to such States and territories while providing unique and realistic training opportunities and deployment readiness for members of the Armed Forces;</text></paragraph>

<paragraph id="HD42A75B8ABB9414FBA2084A893483FDE"><enum>(3)</enum><text>the Department of Defense should pursue continued Innovative Readiness Training opportunities, and, where applicable, strongly encourage the use of Innovative Readiness Training in non-contiguous States and territories; and</text></paragraph>

<paragraph id="HCAD744EA3E7340BDB1E5A9E815D11DAF"><enum>(4)</enum><text>in considering whether to recommend a project, the Secretary should consider the benefits of the project to the economy of a region damaged by natural disasters.</text></paragraph></section>

<section id="H708F42274763459095C0E3EF5C4685D9" section-type="subsequent-section"><enum>378.</enum><header>Detonation chambers for explosive ordnance disposal</header>

<subsection id="HBC7AFF6C2A064816952FD610A9AB4033"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of the Navy shall purchase and operate a portable closed detonation chamber and water jet cutting system to be deployed at a former naval bombardment area located outside the continental United States that is part of an active remediation program using amounts made available for environmental restoration, Navy. Upon a determination by the Secretary of the Navy that the chamber has completed the mission of destroying appropriately sized munitions at such former naval bombardment area, the Secretary may deploy the chamber to another location.</text></subsection>

<subsection id="H6D5687B201254A10B7EF3CA3B8EB0901"><enum>(b)</enum><header>Authorization of appropriations</header><text display-inline="yes-display-inline">There is authorized to be appropriated for fiscal year 2020 $10,000,000 to carry out subsection (a).</text></subsection></section></subtitle></title>

<title id="HC413933C93DD44F780DACCEE4A24F839"><enum>IV</enum><header>MILITARY PERSONNEL AUTHORIZATIONS</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HC413933C93DD44F780DACCEE4A24F839" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H8F5D7E999D9D42A58D1F40349CD7E6E9" level="subtitle">Subtitle Aâ€"Active Forces</toc-entry>

<toc-entry idref="H5D671D0BA85841A18579225B9D09E74C" level="section">Sec.â€,401.â€,End strengths for active forces.</toc-entry>

<toc-entry idref="H2C243D8BC16E4528B3EAD3C51D47AF73" level="section">Sec.â€,402.â€,Revisions in permanent active duty end strength minimum levels.</toc-entry>

<toc-entry idref="H8D2BBF8448FB4D6F983C62ABA7F75B0C" level="subtitle">Subtitle Bâ€"Reserve Forces</toc-entry>

<toc-entry idref="H597BA85783794D98A486F0175AF76EDF" level="section">Sec.â€,411.â€,End strengths for Selected Reserve.</toc-entry>

<toc-entry idref="HBE201549089749D99611998606E2C775" level="section">Sec.â€,412.â€,End strengths for Reserves on active duty in support of the reserves.</toc-entry>

<toc-entry idref="H187AD56036A94E4E82BCF480659E3F4E" level="section">Sec.â€‹413.â€‹End strengths for military technicians (dual status).</toc-entry>

<toc-entry idref="H73D614BD55A74D039A929123089A3824" level="section">Sec.â€‹414.â€‹Maximum number of reserve personnel authorized to be on active duty for operational support.</toc-entry>

<toc-entry idref="H3F22939AB0BF415088EA195555D674A1" level="section">Sec.â€‹415.â€‹Authorized strengths for Marine Corps Reserves on active duty.</toc-entry>

<toc-entry idref="H504046A09A5444DFB679588D323ABC72" level="section">Sec.â€‹416.â€‹Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard.</toc-entry>

<toc-entry idref="HE0408E38AAAF4A4C858C0EA69B43822A" level="subtitle">Subtitle Câ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="H4697418DFA4F4A1A815C11EA11C44A3C" level="section">Sec.â€‹421.â€‹Military personnel.</toc-entry></toc>

<subtitle id="H8F5D7E999D9D42A58D1F40349CD7E6E9"><enum>A</enum><header>Active Forces</header>

<section id="H5D671D0BA85841A18579225B9D09E74C"><enum>401.</enum><header>End strengths for active forces</header><text display-inline="no-display-inline">The Armed Forces are authorized strengths for active duty personnel as of September 30, 2020, as follows:</text>

<paragraph id="H48BF6D36AF71451886BA427BCDECB9FD"><enum>(1)</enum><text>The Army, 480,000.</text></paragraph>

<paragraph id="HAAA55E30B10B422C9439821F4F587853"><enum>(2)</enum><text>The Navy, 340,500.</text></paragraph>

<paragraph id="HFDE5CBC9589B462581C1D9DE81804571"><enum>(3)</enum><text>The Marine Corps, 186,200.</text></paragraph>

<paragraph id="H376C7AD7A9954DAAAB95406647F0623A"><enum>(4)</enum><text>The Air Force, 332,800.</text></paragraph></section>

<section id="H2C243D8BC16E4528B3EAD3C51D47AF73"><enum>402.</enum><header>Revisions in permanent active duty end strength minimum levels</header><text display-inline="no-display-inline">Section 691(b) of title 10, United States Code, is amended by striking paragraphs (1) through (4) and inserting the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="HC57E5E5B446A4E31A969F1314F7A73FC" style="OLC">

<paragraph id="H0EE402DCA83A4720A4B084A64D87630C"><enum>(1)</enum><text>For the Army, 480,000.</text></paragraph>

<paragraph id="H4A7F1FBC2AEB43229F552F86F4A2A81A"><enum>(2)</enum><text>For the Navy, 340,500.</text></paragraph>

<paragraph id="H38A68D459CDC4167A7DFDF398E5215AD"><enum>(3)</enum><text>For the Marine Corps, 186,200.</text></paragraph>

<paragraph id="HF9ED1E7AD5F74C1DA65FA174C54A20EA"><enum>(4)</enum><text>For the Air Force, 332,800.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="H8D2BBF8448FB4D6F983C62ABA7F75B0C"><enum>B</enum><header>Reserve Forces</header>

<section id="H597BA85783794D98A486F0175AF76EDF"><enum>411.</enum><header>End strengths for Selected Reserve</header>

<subsection id="H04E6FE2C656C43E386539BBAEDC6E8B6"><enum>(a)</enum><header>In general</header><text>The Armed Forces are authorized strengths for Selected Reserve personnel of the reserve components as of September 30, 2020, as follows:</text>

WASHSTATEC014751

```
<paragraph id="H099188C4B3D9493CB2E7F4CAC2730223"><enum>(1)</enum><text>The Army
National Guard of the United States, 336,000.</text></paragraph>

<paragraph id="H9F20781252484A14875B899766E0A326"><enum>(2)</enum><text>The Army
Reserve, 189,500.</text></paragraph>

<paragraph id="HAF1B8A356BA445EF8670AA6C1F3BB460"><enum>(3)</enum><text>The Navy
Reserve, 59,000.</text></paragraph>

<paragraph id="HA93086DBAAC1479E94C5267E993BC4C7"><enum>(4)</enum><text>The Marine
Corps Reserve, 38,500.</text></paragraph>

<paragraph id="HE13367091E15484E8558E6C211510013"><enum>(5)</enum><text>The Air
National Guard of the United States, 107,700.</text></paragraph>

<paragraph id="H645F083F58DA4E7F91D3D9E22D81D608"><enum>(6)</enum><text>The Air Force
Reserve, 70,100.</text></paragraph>

<paragraph id="H9CDDFC51FA0A4ED59B924604CAE92C4B"><enum>(7)</enum><text>The Coast Guard
Reserve, 7,000.</text></paragraph></subsection>

<subsection id="HE4F7D4F220BB47AAA0705C7E92698808"><enum>(b)</enum><header>End strength
reductions</header><text>The end strengths prescribed by subsection (a) for the
Selected Reserve of any reserve component shall be proportionately reduced byâ€"</text>

<paragraph id="H01B29C11898A4EAC95DE7248E0C762BC"><enum>(1)</enum><text>the total
authorized strength of units organized to serve as units of the Selected Reserve of
such component which are on active duty (other than for training) at the end of the
fiscal year; and</text></paragraph>

<paragraph id="H119B69C7B37D48479961B92EBAEC5A6D"><enum>(2)</enum><text>the total
number of individual members not in units organized to serve as units of the Selected
Reserve of such component who are on active duty (other than for training or for
unsatisfactory participation in training) without their consent at the end of the
fiscal year.</text></paragraph></subsection>

<subsection id="H52E8AD5C50B343EBB2DF44A8392476C2"><enum>(c)</enum><header>End strength
increases</header><text>Whenever units or individual members of the Selected Reserve of
any reserve component are released from active duty during any fiscal year, the end
strength prescribed for such fiscal year for the Selected Reserve of such reserve
component shall be increased proportionately by the total authorized strengths of such
units and by the total number of such individual members.</text></subsection></section>

<section id="HBE201549089749D99611998606E2C775"><enum>412.</enum><header>End strengths
for Reserves on active duty in support of the reserves</header><text display-
inline="no-display-inline">Within the end strengths prescribed in section 411(a), the
reserve components of the Armed Forces are authorized, as of September 30, 2020, the
following number of Reserves to be serving on full-time active duty or full-time duty,
in the case of members of the National Guard, for the purpose of organizing,
administering, recruiting, instructing, or training the reserve components:</text>

<paragraph id="H633350BCED194B45A3C210A46B28DD4A"><enum>(1)</enum><text>The Army
National Guard of the United States, 30,595.</text></paragraph>

<paragraph id="H857E5E0726314361BEDE5FB1724FECFC"><enum>(2)</enum><text>The Army
Reserve, 16,511.</text></paragraph>

<paragraph id="H7E830A5A70964F04A347D27536C3343B"><enum>(3)</enum><text>The Navy
Reserve, 10,155.</text></paragraph>

<paragraph id="H261B71D7ED8E40338BE1A6273FEE5BAC"><enum>(4)</enum><text>The Marine
Corps Reserve, 2,386.</text></paragraph>

<paragraph id="H2618DF45393A4740AC26ECC9CCC3861A"><enum>(5)</enum><text>The Air
National Guard of the United States, 22,637.</text></paragraph>

<paragraph id="H363703EFA6E14A0DABBFAC07C42A7153"><enum>(6)</enum><text>The Air Force
Reserve, 4,431.</text></paragraph></section>

<section id="H187AD56036A94E4E82BCF480659E3F4E"><enum>413.</enum><header>End strengths
for military technicians (dual status)</header>
```

WASHSTATEC014752

```
<subsection id="HBC6D8DBD223C44EFBA72F76C20DB52AC"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The minimum number of
military technicians (dual status) as of the last day of fiscal year 2020 for the
reserve components of the Army and the Air Force (notwithstanding section 129 of title
10, United States Code) shall be the following:</text>

<paragraph id="H7D51C1399F3C472BB5A1BC50DE68CF58"><enum>(1)</enum><text>For the Army
National Guard of the United States, 22,294.</text></paragraph>

<paragraph id="H73B5980C2AF04F5381739F266AB71B40"><enum>(2)</enum><text>For the Army
Reserve, 6,492.</text></paragraph>

<paragraph id="H89596E59DA604E928F9F643DC1414827"><enum>(3)</enum><text>For the Air
National Guard of the United States, 13,569.</text></paragraph>

<paragraph id="H0B0E766360194DEDB7B75B7A9AD404D2"><enum>(4)</enum><text>For the Air
Force Reserve, 8,938.</text></paragraph></subsection>

<subsection
id="H3B3207C861204CEA94EC0813FF6A4388"><enum>(b)</enum><header>Limitation</header><text
display-inline="yes-display-inline">Under no circumstances may a military technician
(dual status) employed under the authority of this section be coerced by a State into
accepting an offer of realignment or conversion to any other military status, including
as a member of the Active, Guard, and Reserve program of a reserve component. If a
military technician (dual status) declines to participate in such realignment or
conversion, no further action may be taken against the individual or the
individualâ€™s position.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H90F44D6CBD6A4ED29C476FB621135539"><enum>(c)</enum><header display-inline="yes-
display-inline">Adjustment of authorized strength</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H9FDB5C83091043299FA9250B18B6655F"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">If, at the
end of fiscal year 2019, the Air National Guard of the United States does not meet its
full-time support realignment goals for such fiscal year (as presented in the
justification materials of the Department of Defense in support of the budget of the
President for such fiscal year under section 1105 of title 31, United States Code), the
authorized number of military technicians (dual status) of the Air National Guard of
the United States under subsection (a)(3) shall be increased by the number equal to the
difference betweenâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA9FF512C3CCF408EB234281B3B199AB6"><enum>(A)</enum><text display-inline="yes-
display-inline">3,190, which is the number of military technicians (dual status)
positions in the Air National Guard of the United States sought to be converted to the
Active, Guard, and Reserve program of the Air National Guard during fiscal year 2019;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H581E9C4ADA7A46F39F113F767F2ED514"><enum>(B)</enum><text display-inline="yes-
display-inline">the number of realigned positions achieved in the Air National Guard by
the end of fiscal year 2019.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H01A7A3177DE544D986CF9DB2EB120B57"><enum>(2)</enum><header display-inline="yes-
display-inline">Limitation</header><text display-inline="yes-display-inline">The
increase under paragraph (1) in the authorized number of military technician (dual
status) positions described in that paragraph may not exceed 2,292.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H95750E17A7584366881301B7EDA3B80"><enum>(3)</enum><header display-inline="yes-
display-inline">Decrease in authorized number of ANGUS Reserves on active duty in
support of the reserves</header><text display-inline="yes-display-inline">In the event
of an adjustment to the authorized number military technicians (dual status) of the Air
National Guard of the United States under this subsection, the number of members of the
Air National Guard of the United States authorized by section 412(5) to be on active
duty as of September 30, 2020, shall be decreased by the number equal to the number of
such adjustment.</text></paragraph></subsection>
```

```
<subsection commented="no" display-inline="no-display-inline"
id="HDD12AB16601C46F9AD8B098823D46442"><enum>(d)</enum><header display-inline="yes-
display-inline">Certification</header><text display-inline="yes-display-inline">Not
later than January 1, 2020, the Chief of the National Guard Bureau shall certify to the
Committees on Armed Services of the Senate and House of Representatives the number of
positions realigned from a military technician (dual status) position to a position in
the Active, Guard, and Reserve program of a reserve component in fiscal year
2019.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H96ECFF21D8004C92BA44BF4879DF29E0"><enum>(e)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In
subsections (b), (c), and (d):</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HF86F6000F7EF40B3A6FCDCD4A7FD2B55"><enum>(1)</enum><text display-inline="yes-
display-inline">The term <term>realigned position</term> means any military technician
(dual status) position which has been converted or realigned to a position in an
Active, Guard, and Reserve program of a reserve component under the full time support
rebalancing plan of the Armed Force concerned, regardless of whether such position is
encumbered.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE65CB58EF6D64080B7CFFB754B6F8420"><enum>(2)</enum><text display-inline="yes-
display-inline">The term <term>Active, Guard, and Reserve program</term>, in the case
of a reserve component, means the program of the reserve component under which Reserves
serve on full-time active duty or full-time duty, in the case of members of the
National Guard, for the purpose of organizing, administering, recruiting, instructing,
or training such reserve component.</text></paragraph></subsection></section>

<section id="H73D614BD55A74D039A929123089A3824"><enum>414.</enum><header>Maximum number
of reserve personnel authorized to be on active duty for operational
support</header><text display-inline="no-display-inline">During fiscal year 2020, the
maximum number of members of the reserve components of the Armed Forces who may be
serving at any time on full-time operational support duty under section 115(b) of title
10, United States Code, is the following:</text>

<paragraph id="HFBE144CB862F4B3D866466C573F79DC4"><enum>(1)</enum><text>The Army
National Guard of the United States, 17,000.</text></paragraph>

<paragraph id="H0379D43DC846438E8526A2BB60F12398"><enum>(2)</enum><text>The Army
Reserve, 13,000.</text></paragraph>

<paragraph id="H136F965040894ADEBA825E3BE5687E8E"><enum>(3)</enum><text>The Navy
Reserve, 6,200.</text></paragraph>

<paragraph id="HEB8EC19532CA4D1584135BB7CA48ECA9"><enum>(4)</enum><text>The Marine
Corps Reserve, 3,000.</text></paragraph>

<paragraph id="H2416D556FB304A609078B1ED26C89B0C"><enum>(5)</enum><text>The Air
National Guard of the United States, 16,000.</text></paragraph>

<paragraph id="HCE6A5E5FE89E40C3AA6ABB63A3FFD413"><enum>(6)</enum><text>The Air Force
Reserve, 14,000.</text></paragraph></section>

<section id="H3F22939AB0BF415088EA195555D674A1" display-inline="no-display-inline"
section-type="subsequent-section"><enum>415.</enum><header>Authorized strengths for
Marine Corps Reserves on active duty</header>

<subsection
id="H58602A38E9CF410A8716514A4931B71D"><enum>(a)</enum><header>Officers</header><text>S
ection 12011(a)(1) of title 10, United States Code, is amended by striking those parts
of the table pertaining to the Marine Corps Reserve and inserting the
following:</text></subsection>

<subsection id="H9C52501C64F5457882AF873E4CA03384"><enum/><text>â€œMarine Corps
Reserve:</text>

<table align-to-level="section" blank-lines-before="1" colsep="0" frame="none" line-
rules="no-gen" rowsep="0" rule-weights="0.0.0.0.0.0" table-template-name="Generic: 1
text, 3 num" table-type="">
```

```
<tgroup cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="10.10.12"><colspec coldef="txt" colname="column1" colwidth="135pts" min-data-
value="115"/><colspec align="center" coldef="fig" colname="column2" colwidth="56pts"
min-data-value="10"/><colspec align="center" coldef="fig" colname="column3"
colwidth="56pts" min-data-value="10"/><colspec align="center" coldef="fig"
colname="column4" colwidth="56pts" min-data-value="10"/>

<tbody>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,000</entry><entry align="right" colname="column2">99</entry><entry
colname="column3">63</entry><entry align="right" colname="column4">20</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,200</entry><entry align="right" colname="column2">103</entry><entry
colname="column3">67</entry><entry align="right" colname="column4">21</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,300</entry><entry align="right" colname="column2">107</entry><entry
colname="column3">70</entry><entry align="right" colname="column4">22</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,400</entry><entry align="right" colname="column2">111</entry><entry
colname="column3">73</entry><entry align="right" colname="column4">23</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,500</entry><entry align="right" colname="column2">114</entry><entry
colname="column3">76</entry><entry align="right" colname="column4">24</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,600</entry><entry align="right" colname="column2">117</entry><entry
colname="column3">79</entry><entry align="right" colname="column4">25</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,700</entry><entry align="right" colname="column2">120</entry><entry
colname="column3">82</entry><entry align="right" colname="column4">26</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,800</entry><entry align="right" colname="column2">123</entry><entry
colname="column3">85</entry><entry align="right" colname="column4">27</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,900</entry><entry align="right" colname="column2">126</entry><entry
colname="column3">88</entry><entry align="right" colname="column4">28</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,000</entry><entry align="right" colname="column2">129</entry><entry
colname="column3">91</entry><entry align="right" colname="column4">29</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,100</entry><entry align="right" colname="column2">132</entry><entry
colname="column3">94</entry><entry align="right" colname="column4">30</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,200</entry><entry align="right" colname="column2">134</entry><entry
colname="column3">97</entry><entry align="right" colname="column4">31</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,300</entry><entry align="right" colname="column2">136</entry><entry
colname="column3">100</entry><entry align="right" colname="column4">32</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,400</entry><entry align="right" colname="column2">143</entry><entry
colname="column3">105</entry><entry align="right" colname="column4">34</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,500</entry><entry align="right" colname="column2">149</entry><entry
align="right" colname="column3">109</entry><entry align="right"
colname="column4">35</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,600</entry><entry align="right" colname="column2">155</entry><entry
```

```
align="right" colname="column3">113</entry><entry align="right"
colname="column4">36</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,700</entry><entry align="right" colname="column2">161</entry><entry
align="right" colname="column3">118</entry><entry align="right"
colname="column4">37</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,800</entry><entry align="right" colname="column2">167</entry><entry
align="right" colname="column3">122</entry><entry align="right"
colname="column4">39</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,900</entry><entry align="right" colname="column2">173</entry><entry
align="right" colname="column3">126</entry><entry align="right"
colname="column4">41</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">3,000</entry><entry align="right" colname="column2">179</entry><entry
align="right" colname="column3">130</entry><entry align="right"
colname="column4">42â€.</entry></row></tbody></tgroup></table></subsection>

<subsection id="H5B0D0BB0717F48D5BABD03C116B0EE30"><enum>(c)</enum><header>Senior
enlisted members</header><text>Section 12012(a) of title 10, United States Code, is
amended by striking those parts of the table pertaining to the Marine Corps Reserve and
inserting the following:</text></subsection>

<subsection id="H2ADED6DCAEF145729B8297E25B5B27C2"><enum/><text>â€œMarine Corps
Reserve:</text>

<table align-to-level="section" blank-lines-before="1" colsep="0" frame="none" line-
rules="no-gen" rowsep="0" rule-weights="0.0.0.0.0.0" table-template-name="Generic: 1
text, 2 num" table-type="">

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="10.10.12"><colspec coldef="txt" colname="column1" colwidth="202pts" min-data-
value="180"/><colspec align="center" coldef="fig" colname="column2" colwidth="56pts"
min-data-value="10"/><colspec align="center" coldef="fig" colname="column3"
colwidth="56pts" min-data-value="10"/>

<tbody>
<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,100</entry><entry align="right" colname="column2">50</entry><entry
align="right" colname="column3">11</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,200</entry><entry align="right" colname="column2">55</entry><entry
align="right" colname="column3">12</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,300</entry><entry align="right" colname="column2">60</entry><entry
align="right" colname="column3">13</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,400</entry><entry align="right" colname="column2">65</entry><entry
align="right" colname="column3">14</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,500</entry><entry align="right" colname="column2">70</entry><entry
align="right" colname="column3">15</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,600</entry><entry align="right" colname="column2">75</entry><entry
align="right" colname="column3">16</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,700</entry><entry align="right" colname="column2">80</entry><entry
align="right" colname="column3">17</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
```

WASHSTATEC014756

```
hierarchy="1">1,800</entry><entry align="right" colname="column2">85</entry><entry
align="right" colname="column3">18</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">1,900</entry><entry align="right" colname="column2">89</entry><entry
align="right" colname="column3">19</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,000</entry><entry align="right" colname="column2">93</entry><entry
align="right" colname="column3">20</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,100</entry><entry align="right" colname="column2">96</entry><entry
align="right" colname="column3">21</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,200</entry><entry align="right" colname="column2">99</entry><entry
align="right" colname="column3">22</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,300</entry><entry align="right" colname="column2">101</entry><entry
align="right" colname="column3">23</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,400</entry><entry align="right" colname="column2">106</entry><entry
align="right" colname="column3">24</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,500</entry><entry align="right" colname="column2">112</entry><entry
align="right" colname="column3">25</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,600</entry><entry align="right" colname="column2">116</entry><entry
align="right" colname="column3">26</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,700</entry><entry align="right" colname="column2">121</entry><entry
align="right" colname="column3">27</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,800</entry><entry align="right" colname="column2">125</entry><entry
align="right" colname="column3">28</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">2,900</entry><entry align="right" colname="column2">130</entry><entry
align="right" colname="column3">29</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-
hierarchy="1">3,000</entry><entry align="right" colname="column2">134</entry><entry
align="right"
colname="column3">30â€.</entry></row></tbody></tgroup></table></subsection><continuatio
n-text continuation-text-level="section"/></section>

<section id="H504046A09A5444DFB679588D323ABC72"><enum>416.</enum><header>Modification
of authorized strength of Air Force Reserve serving on full-time reserve component duty
for administration of the reserves or the National Guard</header>

<subsection id="H1DECEA277D2B4589A4AE3A1986E3B0EF"><enum>(a)</enum><header>In
general</header><text>The table in section 12011(a)(1) of title 10, United States Code,
is amended by striking the matter relating to the Air Force Reserve and inserting the
following new matter:</text>

<quoted-block display-inline="no-display-inline" id="HB1711E51467C42DB9D21025A7BA3BC57"
style="OLC">

<table align-to-level="section" blank-lines-before="1" colsep="0" frame="none" line-
rules="no-gen" rowsep="0" rule-weights="0.0.0.0.0.0" table-template-name="Generic: 1
text, 3 num" table-type="">

<tgroup cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="10.10.12"><colspec coldef="txt" colname="column1" colwidth="135pts" min-data-
value="115"/><colspec coldef="fig" colname="column2" colwidth="56pts" min-data-
```

```
value="10"/><colspec coldef="fig" colname="column3" colwidth="56pts" min-data-
value="10"/><colspec coldef="fig" colname="column4" colwidth="56pts" min-data-
value="10"/><thead>

<row><entry align="left" colname="column1" morerows="0" namest="column1">Air Force
Reserve</entry><entry align="center" colname="column2" morerows="0"
namest="column2"/><entry align="center" colname="column3" morerows="0"
namest="column3"/><entry align="center" colname="column4" morerows="0"
namest="column4"/></row></thead>

<tbody>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">1,000</entry><entry align="right"
colname="column2">166</entry><entry colname="column3">170</entry><entry align="right"
colname="column4">100</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">1,500</entry><entry align="right"
colname="column2">245</entry><entry align="right" colname="column3">251</entry><entry
align="right" colname="column4">143</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">2,000</entry><entry align="right"
colname="column2">322</entry><entry align="right" colname="column3">330</entry><entry
align="right" colname="column4">182</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">2,500</entry><entry align="right"
colname="column2">396</entry><entry align="right" colname="column3">406</entry><entry
align="right" colname="column4">216</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">3,000</entry><entry align="right"
colname="column2">467</entry><entry align="right" colname="column3">479</entry><entry
align="right" colname="column4">246</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">3,500</entry><entry align="right"
colname="column2">536</entry><entry align="right" colname="column3">550</entry><entry
align="right" colname="column4">271</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">4,000</entry><entry align="right"
colname="column2">602</entry><entry align="right" colname="column3">618</entry><entry
align="right" colname="column4">292</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">4,500</entry><entry align="right"
colname="column2">665</entry><entry align="right" colname="column3">683</entry><entry
align="right" colname="column4">308</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">5,000</entry><entry align="right"
colname="column2">726</entry><entry align="right" colname="column3">746</entry><entry
align="right" colname="column4">320</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">5,500</entry><entry align="right"
colname="column2">784</entry><entry align="right" colname="column3">806</entry><entry
align="right" colname="column4">325</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">6,000</entry><entry align="right"
colname="column2">840</entry><entry align="right" colname="column3">864</entry><entry
align="right" colname="column4">327</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">7,000</entry><entry align="right"
colname="column2">962</entry><entry align="right" colname="column3">990</entry><entry
align="right" colname="column4">347</entry></row>
```

WASHSTATEC014758

```
<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">8,000</entry><entry align="right"
colname="column2">1,087</entry><entry align="right"
colname="column3">1,110</entry><entry align="right" colname="column4">356</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1">10,000</entry><entry align="right"
colname="column2">1,322</entry><entry align="right"
colname="column3">1,362</entry><entry align="right"
colname="column4">395</entry></row></tbody></tgroup></table><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HFDBA1B352A5E42A29A5A0C30EA21A8E8"><enum>(b)</enum><header>Effective
date</header><text>The amendment made by subsection (a) shall take effect on October 1,
2019, and shall apply with respect to fiscal years beginning on or after that
date.</text></subsection></section></subtitle>

<subtitle id="HE0408E38AAAF4A4C858C0EA69B43822A"><enum>C</enum><header>Authorization of
Appropriations</header>

<section id="H4697418DFA4F4A1A815C11EA11C44A3C"><enum>421.</enum><header>Military
personnel</header>

<subsection
id="H4A1DD090AA214593B8E1925C40530F27"><enum>(a)</enum><header>Authorization of
appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal
year 2020 for the use of the Armed Forces and other activities and agencies of the
Department of Defense for expenses, not otherwise provided for, for military personnel,
as specified in the funding table in section 4401.</text></subsection>

<subsection id="HF6F723FFAC3A4283BA2FDC225508F104"><enum>(b)</enum><header>Construction
of authorization</header><text>The authorization of appropriations in subsection (a)
supersedes any other authorization of appropriations (definite or indefinite) for such
purpose for fiscal year 2020.</text></subsection></section></subtitle></title>

<title id="HD7D5EA06CB1D47BB8D9C2D58947296E2"><enum>V</enum><header>MILITARY PERSONNEL
POLICY</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="HD7D5EA06CB1D47BB8D9C2D58947296E2" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HF14570F8B4274E628344E8074522BF13" level="subtitle">Subtitle
A&#x2014;Officer Personnel Policy</toc-entry>

<toc-entry idref="HD6F6952BFB85496A8F94FFC7AC520069"
level="section">Sec. 501. Maker of original appointments in a regular or reserve
component of commissioned officers previously subject to original appointment in other
type of component.</toc-entry>

<toc-entry idref="H697497B98A1B41209CB30411CDF643C9"
level="section">Sec. 502. Furnishing of adverse information on officers to
promotion selection boards.</toc-entry>

<toc-entry idref="HB577E172099344379BF1C98758A9B4F7"
level="section">Sec. 503. Limitation on number of officers recommendable for
promotion by promotion selection boards.</toc-entry>

<toc-entry idref="H5E71D4CFB6834C08B36696382C8C8C54"
level="section">Sec. 504. Expansion of authority for continuation on active duty of
officers in certain military specialties and career tracks.</toc-entry>

<toc-entry idref="HDC3A9A36533344AB99EA695BEA88BE1B"
level="section">Sec. 505. Management policies for joint qualified officers.</toc-
entry>

<toc-entry idref="H24567B729B3D4C588B3BCB52520ADBA7"
level="section">Sec. 506. Modification of authorities on management of deployments
of members of the Armed Forces and related unit operating and personnel tempo
matters.</toc-entry>

<toc-entry idref="H6E04E371A6934ECB80332D97A198C999"
```

level="section">Sec.â€,507.â€,Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations.</toc-entry>

<toc-entry idref="HCCB642B3C9074507B5E253FA4B78E01A" level="section">Sec.â€,508.â€,Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades.</toc-entry>

<toc-entry idref="HAE9BFA6AD3174991B8774BC3A245721D" level="section">Sec.â€,509.â€,Higher grade in retirement for officers following reopening of determination or certification of retired grade.</toc-entry>

<toc-entry idref="H77186C86AF9A48059C27B223FC5905C2" level="section">Sec.â€,510.â€,Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list.</toc-entry>

<toc-entry idref="HE6722DDD649D4FCB81AB29B2DF13225A" level="section">Sec.â€,510A.â€,Availability on the internet of certain information about officers serving in general or flag officer grades.</toc-entry>

<toc-entry idref="HA7485CA9E4C84466A8D525BD3541FEDF" level="section">Sec.â€,510B.â€,Functional badge or insignia upon commission for chaplains.</toc-entry>

<toc-entry idref="H2EFF90EEA427473DAF96884F90AE605C" level="subtitle">Subtitle Bâ€"Reserve Component Management</toc-entry>

<toc-entry idref="HF03EA112ACA04A3AA743EAF49D0AED2B" level="section">Sec.â€,511.â€,Modification of grade level threshold for Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="HBA203E601FC94E4884C81432E3EABB87" level="section">Sec.â€,512.â€,Inclusion of STEM in courses of instruction for the Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="H4F21DDAD6D524197B8FC20115837F58C" level="section">Sec.â€,513.â€,Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units.</toc-entry>

<toc-entry idref="H9ABA74967C3C40E0BE147CD679B24ED5" level="section">Sec.â€,514.â€,Clarification of eligibility to serve as Commander, Marine Forces Reserve.</toc-entry>

<toc-entry idref="H544A9AFAB8A74891B98BE55DB861E502" level="section">Sec.â€,515.â€,Extension and periodic evaluation of suicide prevention and resilience program for the reserve components.</toc-entry>

<toc-entry idref="H984360B3543344519CADFA3216508FFF" level="section">Sec.â€,516.â€,Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components.</toc-entry>

<toc-entry idref="H7AAEAD7A0BD040CFBDFD1B852B07D92B" level="section">Sec.â€,517.â€,Modernization of inspection authorities applicable to the National Guard.</toc-entry>

<toc-entry idref="H869CDA9CC459463F9E6472681800693A" level="section">Sec.â€,518.â€,Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers.</toc-entry>

<toc-entry idref="HC1E08DA5F7F34735860B1E8BF696B92E" level="section">Sec.â€,519.â€,Coast Guard Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="H37A7979AF881491C869AA4780A8FEA30" level="section">Sec.â€,520.â€,Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units.</toc-entry>

<toc-entry idref="HBC0C55E1EC6E4A9EB0A2E7924D46C0AA" level="section">Sec.â€,520A.â€,Report on methods to enhance domestic response to large scale, complex and catastrophic disasters.</toc-entry>

```
<toc-entry idref="H4A373242C8D34AFFBDE035B3714C2219"
level="section">Sec.â€,520B.â€,Report and briefing on the Senior Reserve Officers'
Training Corps.</toc-entry>

<toc-entry idref="H41C9109731694547B24421AF49760FEF"
level="section">Sec.â€,520C.â€,Sense of Congress on increase in number of Junior
Reserve Officers' Training Corps units.</toc-entry>

<toc-entry idref="H081ECE65A035452A9058E4A72CE4D800" level="subtitle">Subtitle
Câ€"General Service Authorities and Correction of Military Records</toc-entry>

<toc-entry idref="H968B8EBA8C7242D8984FBB16CC03B34A"
level="section">Sec.â€,521.â€,Advice and counsel of trauma experts in review by boards
for correction of military records and discharge review boards of certain claims.</toc-
entry>

<toc-entry idref="H3661DFA1F665406F8BDAEF6DDB2133D1"
level="section">Sec.â€,522.â€,Reduction in required number of members of discharge
review boards.</toc-entry>

<toc-entry idref="H0075F1AF00EB4132BAD8171E3BFFABCD"
level="section">Sec.â€,523.â€,Establishment of process to review a request for upgrade
of discharge or dismissal.</toc-entry>

<toc-entry idref="HA92E1D0105AE4A33A8BFB2F84FC058AB"
level="section">Sec.â€,524.â€,Prohibition on reduction in the number of personnel
assigned to duty with a service review agency.</toc-entry>

<toc-entry idref="HCD19F825CD024A8194A5C8FC407EA4E1"
level="section">Sec.â€,525.â€,Training of members of boards for correction of military
records and discharge review boards on sexual trauma, intimate partner violence,
spousal abuse, and related matters.</toc-entry>

<toc-entry idref="H472747A1520148D28A5A86A2DD47BC8C" level="section">Sec.â€,526.â€,Time
requirements for certification of honorable service.</toc-entry>

<toc-entry idref="HCD78A65305254E2CA3B00E485775E90A"
level="section">Sec.â€,527.â€,Correction of certain discharge characterizations.</toc-
entry>

<toc-entry idref="H93C2F89BF3D945839780D1108E5C0486"
level="section">Sec.â€,528.â€,Development of guidelines for use of unofficial sources
of information to determine eligibility of members and former members of the Armed
Forces for decorations when the service records are incomplete because of damage to the
official record.</toc-entry>

<toc-entry idref="H5921E6689EA3483EB73272C8B095A0E5"
level="section">Sec.â€,529.â€,Strategic plan for diversity and inclusion.</toc-entry>

<toc-entry idref="HEF3BA064B814417CBB235CB223777C97"
level="section">Sec.â€,530.â€,Study regarding screening individuals who seek to enlist
in the Armed Forces.</toc-entry>

<toc-entry idref="H020A0FDB94BD49B190DFF5AE6B16E1E6"
level="section">Sec.â€,530A.â€,Feasibility study regarding notification to Secretary of
Homeland Security of honorable discharges of non-citizens.</toc-entry>

<toc-entry idref="H6353313867E44EAB8490826FABCA693C"
level="section">Sec.â€,530B.â€,Sense of Congress regarding accession physicals.</toc-
entry>

<toc-entry idref="H722B8D6F41744F95B5F03639340865BE" level="subtitle">Subtitle
Dâ€"Military Justice</toc-entry>

<toc-entry idref="H54EE3138FC1E412088C9CB730E4B0DFC"
level="section">Sec.â€,531.â€,Expansion of pre-referral matters reviewable by military
judges and military magistrates in the interest of efficiency in military
justice.</toc-entry>

<toc-entry idref="H63D1B9A685A9447C969332E934C3636B"
level="section">Sec.â€,532.â€,Command influence.</toc-entry>
```

<toc-entry idref="HA108BEF74F6841838B98629248E20134"
level="section">Sec.â€,533.â€,Statute of limitations for certain offenses.</toc-entry>

<toc-entry idref="H18D4C08B36B4482496C3110137F13448"
level="section">Sec.â€,534.â€,Public access to dockets, filings, and court records of
courts-martial or other records of trial of the military justice system.</toc-entry>

<toc-entry idref="H95E18E215FD34B1FA1C0AF87B5316FA3"
level="section">Sec.â€,535.â€,Extension of Defense Advisory Committee on Investigation,
Prosecution, and Defense of Sexual Assault in the Armed Forces.</toc-entry>

<toc-entry idref="HC20248B15A82430699D1718EE69EF6B3"
level="section">Sec.â€,536.â€,Authority for return of personal property to victims of
sexual assault who file a Restricted Report before conclusion of related
proceedings.</toc-entry>

<toc-entry idref="H0D5F3FB3310C4EAFAAF6B402851153F6"
level="section">Sec.â€,537.â€,Guidelines on sentences for offenses committed under the
Uniform Code of Military Justice.</toc-entry>

<toc-entry idref="H4C9620E9B0194B24868081F7E44774B7"
level="section">Sec.â€,538.â€,Notification of significant events and documentation of
preference for prosecution jurisdiction for victims of sexual assault.</toc-entry>

<toc-entry idref="H5C6DC13609B9495CA3B1D72D5FCA61C6"
level="section">Sec.â€,539.â€,Increase in number of digital forensic examiners for
certain military criminal investigative organizations.</toc-entry>

<toc-entry idref="H7ADD90D57FAB4FC888A0395785E1F0E0"
level="section">Sec.â€,540.â€,Increase in investigative personnel and Victim Witness
Assistance Program liaisons.</toc-entry>

<toc-entry idref="H97063B3E338C4DE182CD812C7832D949"
level="section">Sec.â€,540A.â€,Training for sexual assault initial disposition
authorities on exercise of disposition authority for sexual assault and collateral
offenses.</toc-entry>

<toc-entry idref="H00B9C359B7544CF0921855B55ADF1D5F"
level="section">Sec.â€,540B.â€,Training for commanders in the Armed Forces on their
role in all stages of military justice in connection with sexual assault.</toc-entry>

<toc-entry idref="HD3C2B019B1C145D3AC791821DDFA16F5"
level="section">Sec.â€,540C.â€,Timely disposition of nonprosecutable sex-related
offenses.</toc-entry>

<toc-entry idref="H0A9F25318B6B487B862FA6B7B4BBC435"
level="section">Sec.â€,540D.â€,Department of Defense-wide policy and military
department-specific programs on reinvigoration of the prevention of sexual assault
involving members of the Armed Forces.</toc-entry>

<toc-entry idref="H9B8754619A434D22A6DDA0E8C26477CA"
level="section">Sec.â€,540E.â€,Recommendations on separate punitive article in the
Uniform Code of Military Justice on sexual harassment.</toc-entry>

<toc-entry idref="H58D6BEAB95524C23AF149C2A20971FAB"
level="section">Sec.â€,540F.â€,Report on military justice system involving alternative
authority for determining whether to prefer or refer changes for felony offenses under
the Uniform Code of Military Justice.</toc-entry>

<toc-entry idref="H36091769AB5E43C8B759610DDD70D00F"
level="section">Sec.â€,540G.â€,Report on standardization among the military departments
in collection and presentation of information on matters within the military justice
system.</toc-entry>

<toc-entry idref="H136C90EEBFD242418372F5077D07FA06"
level="section">Sec.â€,540H.â€,Report on expansion of Air Force safe to report policy
across the Armed Forces.</toc-entry>

<toc-entry idref="H29D6A7AADD4A4842A6F898D7A041C162"
level="section">Sec.â€,540I.â€,Assessment of racial, ethnic, and gender disparities in
the military justice system.</toc-entry>

WASHSTATEC014762

```
<toc-entry idref="H5EB28F3BC8D14B56A6ECD530CD9FD3C5"
level="section">Sec.â€‹540J.â€‹Pilot programs on defense investigators in the military
justice system.</toc-entry>

<toc-entry idref="H436974080FDE4CC4B7366AEF8453DB01"
level="section">Sec.â€‹540K.â€‹Report on preservation of recourse to restricted report
on sexual assault for victims of sexual assault following certain victim or third-party
communications.</toc-entry>

<toc-entry idref="H0538C16072904B8BA0DC53E386284DB0"
level="section">Sec.â€‹540L.â€‹Report on establishment of guardian ad litem program for
certain military dependents who are a victim or witness of an offense under the Uniform
Code of Military Justice involving abuse or exploitation.</toc-entry>

<toc-entry idref="H492BDF2E2C7641C489323DDB972BB16D"
level="section">Sec.â€‹540M.â€‹Comptroller General of the United States report on
implementation by the Armed Forces of recent statutory requirements on sexual assault
prevention and response in the military.</toc-entry>

<toc-entry idref="H4BEC621ABEA04DDDB841E26D4CD70A1C"
level="section">Sec.â€‹540N.â€‹Sense of Congress on the Port Chicago 50.</toc-entry>

<toc-entry idref="H6FC433CFC15F4F1B96D832D431AE8501" level="subtitle">Subtitle
Eâ€"Other Legal Matters</toc-entry>

<toc-entry idref="H8E6C5FD9CF0440A8BF747EC4783D8BFA"
level="section">Sec.â€‹541.â€‹Improvement of certain Special Victims' Counsel
authorities.</toc-entry>

<toc-entry idref="H11AE2F43E08A4AA0A16DDF123C100071"
level="section">Sec.â€‹542.â€‹Availability of Special Victims' Counsel at military
installations.</toc-entry>

<toc-entry idref="HCDBB5730D64743BFA930C99EDB9A55C0"
level="section">Sec.â€‹543.â€‹Notification of issuance of military protective order to
civilian law enforcement.</toc-entry>

<toc-entry idref="H37AFA273A8B84BF2960010E06AFC48C8"
level="section">Sec.â€‹544.â€‹Copyright protection for civilian faculty of certain
accredited institutions.</toc-entry>

<toc-entry idref="HF31A61657FF749F18D28B89AA6E0DAD1"
level="section">Sec.â€‹545.â€‹Termination of leases of premises and motor vehicles of
servicemembers who incur catastrophic injury or illness or die while in military
service.</toc-entry>

<toc-entry idref="HDA25310038BF42C180BBABA29768E9EE"
level="section">Sec.â€‹546.â€‹Military orders required for termination of leases
pursuant to the Servicemembers Civil Relief Act.</toc-entry>

<toc-entry idref="H0A34BE1D434A4617B2A08822C3622374"
level="section">Sec.â€‹547.â€‹Preservation of right to bring class action under
Servicemembers Civil Relief Act.</toc-entry>

<toc-entry idref="H07887B97B1B54AC8B1D533176F05847C"
level="section">Sec.â€‹548.â€‹Legal counsel for victims of alleged domestic violence
offenses.</toc-entry>

<toc-entry idref="HD95609246F474DDF98C66243A075D4CB"
level="section">Sec.â€‹549.â€‹Notice to victims of alleged sexual assault of pendency
of further administrative action following a determination not to refer to trial by
court-martial.</toc-entry>

<toc-entry idref="H1893530D94DA41C2AE512462D0E85432"
level="section">Sec.â€‹550.â€‹Treatment of information in Catch a Serial Offender
Program for certain purposes.</toc-entry>

<toc-entry idref="HB068F6953FEB4B9D84361AD701FC9AB4"
level="section">Sec.â€‹550A.â€‹Policies and procedures on registration at military
installations of civilian protective orders applicable to members of the Armed Forces
assigned to such installations and certain other individuals.</toc-entry>
```

WASHSTATEC014763

<toc-entry idref="H31B6F03E8D974935A44DA96827D8E0BF"
level="section">Sec.â€‚550B.â€‚Defense Advisory Committee for the Prevention of Sexual
Misconduct.</toc-entry>

<toc-entry idref="H1E288A418F104DC19FBCAEF0964A8E1A"
level="section">Sec.â€‚550C.â€‚Training for Special Victims' Counsel on civilian
criminal justice matters in the States of the military installations to which
assigned.</toc-entry>

<toc-entry idref="HDD32161FF18C49AABC18319B5725C91B"
level="section">Sec.â€‚550D.â€‚Enhancing the capability of military criminal
investigative organizations to prevent and combat child sexual exploitation.</toc-
entry>

<toc-entry idref="H54A48E21EB214F32AB5879BBB8C08FCF"
level="section">Sec.â€‚550E.â€‚Feasibility study on establishment of database of
military protective orders.</toc-entry>

<toc-entry idref="HECB1960172D84E13A770A72A2E5F6965" level="section">Sec.â€‚550F.â€‚GAO
review of USERRA and SCRA.</toc-entry>

<toc-entry idref="H1D3AA4E92EEC4149AEF045982D7A107A" level="subtitle">Subtitle
Fâ€"Member Education</toc-entry>

<toc-entry idref="HCE801BACFAF54D73905D6A10E3B66FEF"
level="section">Sec.â€‚551.â€‚Authority for detail of certain enlisted members of the
Armed Forces as students at law schools.</toc-entry>

<toc-entry idref="H2F9DD54534EF409AA31320D8750F0D61"
level="section">Sec.â€‚552.â€‚Inclusion of Coast Guard in Department of Defense
STARBASE Program.</toc-entry>

<toc-entry idref="H9171BD9E9EBD47DBAB9FFBDA53AB5C04"
level="section">Sec.â€‚553.â€‚Degree granting authority for United States Army Armament
Graduate School; limitation on establishment of certain educational institutions.</toc-
entry>

<toc-entry idref="H205501C594D145329436C5B2F6E69A0D"
level="section">Sec.â€‚554.â€‚Prohibition on off-duty employment for cadets and
midshipmen completing obligated service after graduation.</toc-entry>

<toc-entry idref="H95110FE279B24640815F2F609495EE57"
level="section">Sec.â€‚555.â€‚Consideration of request for transfer of a cadet or
midshipman at a military service academy who is the victim of a sexual assault or
related offense.</toc-entry>

<toc-entry idref="H1E695FF32DCA42EF8E84A8562984440B"
level="section">Sec.â€‚556.â€‚Redesignation of the Commandant of the United States Air
Force Institute of Technology as the Director and Chancellor of such Institute.</toc-
entry>

<toc-entry idref="H4EEE86A7411948E0B779CFE4BE532979"
level="section">Sec.â€‚557.â€‚Eligibility of additional enlisted members for associate
degree programs of the Community College of the Air Force.</toc-entry>

<toc-entry idref="HC273FA927EF149C6B98F95554C96DC06"
level="section">Sec.â€‚558.â€‚Speech disorders of cadets and midshipmen.</toc-entry>

<toc-entry idref="HD90E830015B34EAE899375E7DDEEE56E"
level="section">Sec.â€‚559.â€‚Requirement to continue provision of tuition assistance
for members of the Armed Forces.</toc-entry>

<toc-entry idref="HC3D2C8802DEB494DA597F7A9D8B9C957"
level="section">Sec.â€‚560.â€‚Information on institutions of higher education
participating in the Department of Defense Tuition Assistance Program.</toc-entry>

<toc-entry idref="HF7ED5AAA8AFC41729B1B670D8ABC1ED6"
level="section">Sec.â€‚560A.â€‚Inclusion of information on free credit monitoring in
annual financial literacy briefing.</toc-entry>

<toc-entry idref="HCFD0519704AE46CA821AF6129133F4CF"
level="section">Sec.â€‚560B.â€‚Programs to facilitate the award of private pilot's

certificates.</toc-entry>

&lt;toc-entry idref="H842E3C84A1B747168CFAEDD3EDCDB9B3" level="subtitle"&gt;Subtitle
Gâ€"Member Training and Transition</toc-entry&gt;

&lt;toc-entry idref="HF153443E7D8E456D938F557DE29F3388"
level="section"&gt;Sec.â€‚561.â€‚Requirement to provide information regarding benefits
claims to members during TAP counseling.</toc-entry&gt;

&lt;toc-entry idref="H013B43DC914947AB8F6D172E8B206C5E"
level="section"&gt;Sec.â€‚562.â€‚Participation of other Federal agencies in the
SkillBridge apprenticeship and internship program for members of the Armed
Forces.</toc-entry&gt;

&lt;toc-entry idref="H83AFF5C4ED7D4B19B345B4A42A81451B"
level="section"&gt;Sec.â€‚563.â€‚First modification of elements of report on the improved
Transition Assistance Program.</toc-entry&gt;

&lt;toc-entry idref="H7EF300DF59F34E749FB1373D7045FDFF"
level="section"&gt;Sec.â€‚564.â€‚Second modification of elements of report on the improved
Transition Assistance Program.</toc-entry&gt;

&lt;toc-entry idref="HE3D3CD33DAC344059633AC4800D62257"
level="section"&gt;Sec.â€‚565.â€‚Prohibition on gender-segregated training at Marine Corps
Recruit Depots.</toc-entry&gt;

&lt;toc-entry idref="HF5780DB72E214C378F1B689B141D965B"
level="section"&gt;Sec.â€‚566.â€‚Assessment of deaths of recruits under the jurisdiction
of the Secretaries of the military departments.</toc-entry&gt;

&lt;toc-entry idref="HD02768B2FA4B440E84E0BADC13D8DDBD"
level="section"&gt;Sec.â€‚567.â€‚Review of Department of Defense training programs
regarding disinformation campaigns.</toc-entry&gt;

&lt;toc-entry idref="H57E90C1B5CE64C31ACD4B69FCFE9F0FF"
level="section"&gt;Sec.â€‚568.â€‚Command matters in connection with transition assistance
programs.</toc-entry&gt;

&lt;toc-entry idref="HA0F34C22A3AC48EF952C77F6CED0962A"
level="section"&gt;Sec.â€‚569.â€‚Machine readability and electronic transferability of
Certificate of Release or Discharge from Active Duty (DD Form 214).</toc-entry&gt;

&lt;toc-entry idref="HB3C2EB794C8E48E08634C89A8D9DC698"
level="section"&gt;Sec.â€‚570.â€‚Records of service for Reserves.</toc-entry&gt;

&lt;toc-entry idref="H5FFD1F9DFB194288B791260BD6214E34"
level="section"&gt;Sec.â€‚570A.â€‚Limitations and requirements in connection with
separations for members of the Armed Forces who suffer from mental health conditions in
connection with a sex-related, intimate partner violence-related, or spousal-abuse
offense.</toc-entry&gt;

&lt;toc-entry idref="HC3C77D036422443FACEF9B9875CCD48A"
level="section"&gt;Sec.â€‚570B.â€‚Prohibition on involuntary separation of certain members
of the Armed Forces; consideration of military service in removal determinations.</toc-
entry&gt;

&lt;toc-entry idref="H81799B683C6F44D0BC97B5BF2053F848"
level="section"&gt;Sec.â€‚570C.â€‚Inclusion of question regarding immigration status on
preseparation counseling checklist (DD Form 2648).</toc-entry&gt;

&lt;toc-entry idref="HA7D73E874A8D4D878890763053EB030A"
level="section"&gt;Sec.â€‚570D.â€‚Counseling for members of the Armed Forces who are not
citizens of the United States on naturalization in the United States.</toc-entry&gt;

&lt;toc-entry idref="HBD9894ABF05340BB92D64C98FAC1B6A1"
level="section"&gt;Sec.â€‚570E.â€‚Pilot program on information sharing between Department
of Defense and designated relatives and friends of members of the Armed Forces
regarding the experiences and challenges of military service.</toc-entry&gt;

&lt;toc-entry idref="H0A463061300348F9A206EBB8AD70AB26"
level="section"&gt;Sec.â€‚570F.â€‚Connections of members retiring or separating from the
Armed Forces with community-based organizations and related entities.</toc-entry&gt;

WASHSTATEC014765

<toc-entry idref="H59E144563C3E4F8C90B5E2E5976158FA"
level="section">Sec.â€,570G.â€,Pilot program regarding online application for the
Transition Assistance Program.</toc-entry>

<toc-entry idref="H58D6DA5BA65E4EBC9821F3B88AF7181D" level="subtitle">Subtitle
Hâ€"Military Family Readiness and Dependentsâ€™ Education</toc-entry>

<toc-entry idref="H195B31F5831E448B81DA37D9531F8CD6"
level="section">Sec.â€,571.â€,Authorizing members to take leave for a birth or adoption
in more than one increment.</toc-entry>

<toc-entry idref="H021E77C23AC74E6A8957E7B0E4B00880"
level="section">Sec.â€,572.â€,Deferred deployment for members who give birth.</toc-
entry>

<toc-entry idref="HC5D344D5690D43F481027C2A7A934335"
level="section">Sec.â€,573.â€,Authority of the Secretary concerned to transport remains
of a covered decedent to no more than two places selected by the person designated to
direct disposition of the remains.</toc-entry>

<toc-entry idref="H3A5DB6CC8767408FA1654EE075212CBA"
level="section">Sec.â€,574.â€,Military funeral honors matters.</toc-entry>

<toc-entry idref="HB40B1A12743C4B2CBFBA9E85BA8A8B56"
level="section">Sec.â€,575.â€,Improvement of occupational license portability for
relocated spouses of members of the uniformed services.</toc-entry>

<toc-entry idref="H2428EAADF6624BC3B0E588FEB65F3F43"
level="section">Sec.â€,576.â€,Continued eligibility for education and training
opportunities for spouses of promoted members.</toc-entry>

<toc-entry idref="H463FC65E299746A1B1AB093E25078142"
level="section">Sec.â€,577.â€,Modification to authority to reimburse for State
licensure and certification costs of a spouse of a servicemember arising from
relocation.</toc-entry>

<toc-entry idref="H86547EA0CF7C4F04A9F78220DF1B772C"
level="section">Sec.â€,578.â€,Clarification regarding eligibility to transfer
entitlement under Post-9/11 Educational Assistance Program.</toc-entry>

<toc-entry idref="H0E406E8C9DE64F3BAE36D92CF2492F8F"
level="section">Sec.â€,579.â€,Annual State report card.</toc-entry>

<toc-entry idref="HCFC66B52B91142B18989AD7E1E70CC90"
level="section">Sec.â€,580.â€,Improvements to child care for members of the Armed
Forces.</toc-entry>

<toc-entry idref="H68AD3189914A4DBD8A54C67243A9101E"
level="section">Sec.â€,580A.â€,Transportation of remains of casualties; travel expenses
for next of kin.</toc-entry>

<toc-entry idref="H52424B0687F04C7BBEF346682995E0CB"
level="section">Sec.â€,580B.â€,Meetings of officials of the Department of Defense with
representative groups of survivors of deceased members of the Armed Forces.</toc-entry>

<toc-entry idref="HF1EF6436196A4B81AB69948A4929F7F8"
level="section">Sec.â€,580C.â€,Information and opportunities for registration for
voting and absentee ballot requests for members of the Armed Forces undergoing
deployment overseas.</toc-entry>

<toc-entry idref="H7F2AB81B37B14274A86A6EB735125DEA"
level="section">Sec.â€,580D.â€,Study on two-way military ballot barcode tracking.</toc-
entry>

<toc-entry idref="H16160A2C3374422A8A349B0D4DCBCEC4"
level="section">Sec.â€,580E.â€,Assistance to schools with military dependent
students.</toc-entry>

<toc-entry idref="HFF0DA8E81268423D8B27F9ABAECB98E1"
level="section">Sec.â€,580F.â€,First expansion of the My Career Advancement Account
program for military spouses.</toc-entry>

WASHSTATEC014766

<toc-entry idref="H8B8EF1340E1D485CAE52526BFD5D03F1"
level="section">Sec.â€,580G.â€,Second expansion of the My Career Advancement Account
program for military spouses.</toc-entry>

<toc-entry idref="H71EC4661A7114F998797919ED04BF446"
level="section">Sec.â€,580H.â€,Report on training and support available to military
spouses.</toc-entry>

<toc-entry idref="HF678FCA4DE3D41ABBAFEAE9FAAD8F329"
level="section">Sec.â€,580I.â€,Riâ„¢katak Guest Student Program at United States Army
Garrisonâˆ'Kwajalein Atoll.</toc-entry>

<toc-entry idref="HBC30A4E29D214654BA941BAE578468D8" level="subtitle">Subtitle
Iâ€"Decorations and Awards</toc-entry>

<toc-entry idref="H5F9BB246CE294A1CA0125A706E900A4F"
level="section">Sec.â€,581.â€,Modification of authorities on eligibility for and
replacement of gold star lapel buttons.</toc-entry>

<toc-entry idref="H043D3C16B446462DBE9154CF956F5BF0"
level="section">Sec.â€,582.â€,Standardization of honorable service requirement for
award of military decorations.</toc-entry>

<toc-entry idref="H4CD26FA1210F4D069E6CDE6EB7B5C67C"
level="section">Sec.â€,583.â€,Authorization for award of the Medal of Honor to John J.
Duffy for acts of valor in Vietnam.</toc-entry>

<toc-entry idref="H32ED15908F9148F581D80476DB22BDC3"
level="section">Sec.â€,584.â€,Review of World War I valor medals.</toc-entry>

<toc-entry idref="H038A97413575438F87B183FB13A57402" level="subtitle">Subtitle
Jâ€"Miscellaneous Reports and Other Matters</toc-entry>

<toc-entry idref="H26E65DFF77A74170BD0A7172ACF831DD"
level="section">Sec.â€,591.â€,Clarification of the term <quote>assault</quote> for
purposes of Workplace and Gender Relations Surveys.</toc-entry>

<toc-entry idref="HA7D24AEE5C094032B44C0FEEAEB2D96B"
level="section">Sec.â€,592.â€,Inclusion of certain veterans on temporary disability or
permanent disabled retirement lists in military adaptive sports programs.</toc-entry>

<toc-entry idref="H31D7C803E17048478C1776788151AB21"
level="section">Sec.â€,593.â€,Questions in surveys regarding extremist activity in the
workplace.</toc-entry>

<toc-entry idref="H6967AA7350014A9AA66F29EAAB9530F7"
level="section">Sec.â€,594.â€,Study on best practices for providing financial literacy
education for separating members of the Armed Forces.</toc-entry>

<toc-entry idref="H12A52A996E03418AAE77BF8D0E6B4D32"
level="section">Sec.â€,595.â€,Report on oversight of authorized strengths of certain
grades of commissioned regular and reserve officers of the Armed Forces.</toc-entry>

<toc-entry idref="HD0F934FEE5F347ADB9A8B59C434991C1"
level="section">Sec.â€,596.â€,Report on certain waivers.</toc-entry>

<toc-entry idref="HB50E871D22224F598F1136F54B78B89A"
level="section">Sec.â€,597.â€,Notifications on manning of afloat naval forces.</toc-
entry>

<toc-entry idref="HC395FE8C84494BEC90F39ED2CE21EEF1"
level="section">Sec.â€,598.â€,Report regarding use of aerial systems of the Department
of Defense to support agencies of States, Territories, and the Federal
Government.</toc-entry>

<toc-entry idref="HEBAA5BE40FF8435BA1095534EBBCF698"
level="section">Sec.â€,599.â€,Information for members of the Armed Forces on
availability of services of the Department of Veterans Affairs relating to sexual
trauma.</toc-entry>

<toc-entry idref="HC97A71EF79FA497FBF8508DE802D0E63"
level="section">Sec.â€,599A.â€,Authority to issue an honorary promotion to Colonel

Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general.</toc-entry>

<toc-entry idref="H0597BC12216545A998299D73FE8C9778" level="section">Sec.â€¯599B.â€¯Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel.</toc-entry>

<toc-entry idref="HC9C6BA4CA0AC4B728E5A8BE6CCDE1D2F" level="section">Sec.â€¯599C.â€¯Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States.</toc-entry> </toc>

<subtitle id="HF14570F8B4274E628344E8074522BF13"><enum>A</enum><header>Officer Personnel Policy</header>

<section id="HD6F6952BFB85496A8F94FFC7AC520069"><enum>501.</enum><header>Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component</header>

<subsection id="H06D7BD905BF346B8B124892EBDF199A0"><enum>(a)</enum><header>Maker of regular appointments in transfer from reserve active-status list to active-duty list</header><text>Section 531(c) of title 10, United States Code, is amended by striking <quote>the Secretary concerned</quote> and inserting <quote>the Secretary of Defense</quote>.</text></subsection>

<subsection id="HC7FDEC1818C443619F1C7038C96205A2"><enum>(b)</enum><header>Maker of reserve appointments in transfer from active-duty list to reserve active-status list</header><text>Section 12203(b) of such title is amended by striking <quote>the Secretary concerned</quote> and inserting <quote>the Secretary of Defense</quote>.</text></subsection>

<subsection id="HD77EB170A8F241DFBDC53666CB9B44C9"><enum>(c)</enum><header>Report</header><text>Not later than April 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:</text>

<paragraph id="H0554278245E5476CACC02179A4EBB75C"><enum>(1)</enum><text>The average number per fiscal year, during fiscal years 2010 through 2019, of transfers of appointment from regular officer to reserve officer in the Armed Forces, set forth by each of transfers requiring and transfers not requiring appointment by and with the advice and consent of the Senate.</text></paragraph>

<paragraph id="H84CE0B2B29594E5E8EBD597F31C25A6E"><enum>(2)</enum><text>The average amount of time required per fiscal year, during such fiscal years, for completion of a transfer of appointment from regular officer to reserve officer in situations not requiring appointment by and with the advice and consent of the Senate.</text></paragraph>

<paragraph id="H6EEA11DBB875423DBAEA085ADD591B29"><enum>(3)</enum><text>An assessment of the number of officers who experience a break-in-service due to delays in transfer of appointment from regular officer to reserve officer as a result of the requirement for appointment by and with the advice and consent of the Senate.</text></paragraph>

<paragraph id="HAC0D4040E5194F7CB9B70728C31A688D"><enum>(4)</enum><text>An assessment of the feasibility and advisability of each of the following:</text>

<subparagraph id="H83A8997A5937410DB2AB8E7A14E09558"><enum>(A)</enum><text>Appointment of regular officers as both a regular officer and a reserve officer immediately upon commissioning.</text></subparagraph>

<subparagraph id="HC44C743AE84E4930995D6FBBCB49046F"><enum>(B)</enum><text>Consolidation of the provisions of title 10, United States Code, relating to appointment as a regular or reserve officer in a manner designed to facilitate and improve officer retention.</text></subparagraph></paragraph>

<paragraph id="H9B14AB956E8940368B758ADE8AD05AEC"><enum>(5)</enum><text>Such other recommendations for legislative or administrative action as the Secretary considers appropriate to improve the rapid transfer of appointment of an officer from regular

WASHSTATEC014768

status to reserve status.</text></paragraph></subsection></section>

<section id="H697497B98A1B41209CB30411CDF643C9"><enum>502.</enum><header>Furnishing of adverse information on officers to promotion selection boards</header>

<subsection id="H3EC8925414E14854818E99D14CD93FE4"><enum>(a)</enum><header>Expansion of grades of officers for which information is furnished</header><text>Section 615(a)(3) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H9291DF646D9649C08B13675BFBD89B28"><enum>(1)</enum><text>by inserting <quote>(A)</quote> after <quote>(3)</quote>;</text></paragraph>

<paragraph id="H9BF264AFC7FF41D4889F148CF1F2BB0C"><enum>(2)</enum><text>in subparagraph (A), as designated by paragraph (1), by striking <quote>a grade above colonel or, in the case of the Navy, captain</quote> and inserting <quote>a grade specified in subparagraph (B)</quote>; and</text></paragraph>

<paragraph id="H84935F8F92B14CE49D417D6C486A8A70"><enum>(3)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="HDA2632F5FEB7490D8E7F7A073B0BE235" style="OLC">

<subparagraph id="HA63ED5B944B6416A9CE4B8593AC73931" indent="up2"><enum>(B)</enum><text>A grade specified in this subparagraph is as follows:</text>

<clause id="H0DFE2F8795EE46B788A690B08DF7464E"><enum>(i)</enum><text>In the case of a regular officer, a grade above captain or, in the case of the Navy, lieutenant.</text></clause>

<clause id="HC9BF59E69DFC42CD9769F7A526903A68"><enum>(ii)</enum><text>In the case of a reserve officer, a grade above lieutenant colonel or, in the case of the Navy, commander.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H55990ABA95ED4ED3A0D924E643F1B72A"><enum>(b)</enum><header>Furnishing at every phase of consideration</header><text>Such section is further amended by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H4B7CB48125034578A31725EB963BD726" style="OLC">

<subparagraph id="HCB5D02DF4E9646B48EB982890E3A8579" indent="up2"><enum>(C)</enum><text>The standards and procedures referred to in subparagraph (A) shall require the furnishing to the selection board, and to each individual member of the board, the information described in that subparagraph with regard to an officer in a grade specified in subparagraph (B) at each stage or phase of the selection board, concurrent with the screening, rating, assessment, evaluation, discussion, or other consideration by the board or member of the official military personnel file of the officer, or of the officer.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H08AC2045E49F41D0A854C9B50E9DEA97"><enum>(c)</enum><header>Effective date</header><text>The amendments made by this section shall take effect on the date of the enactment of this Act, and shall apply with respect to the proceedings of promotion selection boards convened under section 611(a) of title 10, United States Code, after that date.</text></subsection></section>

<section id="HB577E172099344379BF1C98758A9B4F7"><enum>503.</enum><header>Limitation on number of officers recommendable for promotion by promotion selection boards</header>

<subsection id="HC829FE5173A74B6188A139CFE98A0775"><enum>(a)</enum><header>In general</header><text>Section 616 of title 10, United States Code is amendedâ€"</text>

<paragraph id="H7AF5ED9218EF4294A879EEF67EE54DFB"><enum>(1)</enum><text>by redesignating subsections (d), (e), (f), and (g) as subsections (e), (f), (g), and (h), respectively; and</text></paragraph>

<paragraph id="H2353A390E52D4C2C8C24240C32CB1F70"><enum>(2)</enum><text>by inserting after subsection (c) the following new subsection (d):</text>

WASHSTATEC014769

&lt;quoted-block display-inline="no-display-inline" id="HFD3854A7A92B43E4B84CE47F369FD481" style="OLC"&gt;

&lt;subsection id="HCD214939D3FD48CB8D6819080BF5A021"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;text&gt;The number of officers recommended for promotion by a selection board convened under section 611(a) of this title may not exceed the number equal to 95 percent of the number of officers included in the promotion zone established under section 623 of this title for consideration by the board.&lt;/text&gt;&lt;/subsection&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H00ABDC8677194E298E3951FB6048233A"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Effective date&lt;/header&gt;&lt;text&gt;The amendments made by this section shall take effect on the date of the enactment of this Act, and shall apply with respect to consideration by promotion selection boards convened under section 611(a) of title 10, United States Code, of promotion zones that are established under section 623 of that title on or after that date.&lt;/text&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section commented="no" display-inline="no-display-inline" id="H5E71D4CFB6834C08B36696382C8C8C54" section-type="subsequent-section"&gt;&lt;enum&gt;504.&lt;/enum&gt;&lt;header display-inline="yes-display-inline"&gt;Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks&lt;/header&gt;&lt;text display-inline="no-display-inline"&gt;Section 637a(a) of title 10, United States Code, is amended by inserting &lt;quote&gt;separation or&lt;/quote&gt; after &lt;quote&gt;provided for the&lt;/quote&gt;.&lt;/text&gt;&lt;/section&gt;

&lt;section id="HDC3A9A36533344AB99EA695BEA88BE1B"&gt;&lt;enum&gt;505.&lt;/enum&gt;&lt;header&gt;Management policies for joint qualified officers&lt;/header&gt;&lt;text display-inline="no-display-inline"&gt;Section 661(d)(3)(B) of title 10, United States Code, is amended in the third sentence by inserting â€œor a designee of the Chairman who is an officer of the armed forces in grade Oâ€"9 or higherâ€ before the period.&lt;/text&gt;&lt;/section&gt;

&lt;section id="H24567B729B3D4C588B3BCB52520ADBA7"&gt;&lt;enum&gt;506.&lt;/enum&gt;&lt;header&gt;Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters&lt;/header&gt;

&lt;subsection id="H552EC5FC22C14FEAB29C302BF4DB42F6"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Limitation on scope of delegations of approval of exceptions to deployment thresholds&lt;/header&gt;&lt;text&gt;Paragraph (3) of section 991(a) of title 10, United States Code, is amended by striking &lt;quote&gt;be delegated toâ€"&lt;/quote&gt; and all that follows and inserting &lt;quote&gt;be delegated to a civilian officer of the Department of Defense appointed by the President, by and with the advice and consent of the Senate.&lt;/quote&gt;.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H4E0192531E984360BFEB071A23200A83"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Separate policies on dwell time for regular and reserve members&lt;/header&gt;&lt;text&gt;Paragraph (4) of such section is amendedâ€"&lt;/text&gt;

&lt;paragraph id="HB30A586E3C4649D89DEBCE97B3B38AF3"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;by striking &lt;quote&gt;addresses the amount&lt;/quote&gt; and inserting â€œaddresses each of the following:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="HAE6784F40832424084B6863EE9D6A020" style="OLC"&gt;

&lt;subparagraph id="HEA1565BA25564231B318DE8ED6D72367" indent="up1"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;The amount.&lt;/text&gt;&lt;/subparagraph&gt;&lt;after-quoted-block&gt;;&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;

&lt;paragraph id="H312AEC11927C4D90BF81F2BF46847FC1"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;in subparagraph (A), as designated by paragraph (1), by inserting &lt;quote&gt;regular&lt;/quote&gt; before &lt;quote&gt;member&lt;/quote&gt;; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HBEB8F00F22AE46348A47E91BFD0D76AE"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;by adding at the end the following new subparagraph:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="H67B6D07F1B0347BBBD4C9DB28A2AA578" style="OLC"&gt;

&lt;subparagraph id="HEAE359A437E4407BBB00B01411C0319B" indent="up1"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;The amount of dwell time a reserve member of the armed forces remains at the memberâ€™s permanent duty station after completing a

```
deployment of 30 days or more in length.</text></subparagraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H6E04E371A6934ECB80332D97A198C999" section-type="subsequent-
section"><enum>507.</enum><header display-inline="yes-display-inline">Personnel tempo
of the Armed Forces and the United States Special Operations Command during periods of
inapplicability of high-deployment limitations</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3462DBB182884F538486D82071CFCE0B"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Section
991(d) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H7DFC230E72C94558834FC9ED58CF070A"><enum>(1)</enum><text display-inline="yes-
display-inline">by inserting <quote>(1)</quote> before <quote>The Secretary</quote>;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H68EDE3E47C784E4AB6BD9A6B348648FC"><enum>(2)</enum><text display-inline="yes-
display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HCF97A72C68394B07B3FAA3AEE93731AE"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H030A01CD283D461CB8D7E8E05E6111FE" indent="up1"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H2AE7CE486AAD4745AD4B973DF4BBE83B"><enum>(A)</enum><text display-inline="yes-
display-inline">Whenever a waiver is in effect under paragraph (1), the member or group
of members covered by the waiver shall be subject to specific and measurable deployment
thresholds established and maintained for purposes of this
subsection.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7CFD3F3308504FA7917FDB99CA08E422" indent="up1"><enum>(B)</enum><text display-
inline="yes-display-inline">Thresholds under this paragraph may be applicableâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HC2D9383B50BA474A9727DE9F9AD79CBB"><enum>(i)</enum><text display-inline="yes-
display-inline">uniformly, Department of Defense-wide; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H8D7661E0068049A19C8D348B71FB9320"><enum>(ii)</enum><text display-inline="yes-
display-inline">separately, with respect to each armed force or the United States
Special Operations Command.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA59CFF78347D4733A8BD16AB96D4CEFB" indent="up1"><enum>(C)</enum><text display-
inline="yes-display-inline">If thresholds under this paragraph are applicable
Department-wide, such thresholds shall be established and maintained by the Under
Secretary of Defense for Personnel and Readiness. If such thresholds are applicable
only to one armed force or the United States Special Operations Command, such thresholds
shall be established and maintained respectively by the Secretary of the Army, the
Secretary of the Navy (other than with respect to the Marine Corps), the Secretary of
the Air Force, the Commandant of the Marine Corps (with respect to the Marine Corps),
and the Commander of the United States Special Operations Command, as
applicable.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF374CD85739D45BCB253FEC92FAB4C56" indent="up1"><enum>(D)</enum><text display-
inline="yes-display-inline">In undertaking recordkeeping for purposes of subsection
(c), the Under Secretary shall, in conjunction with the officials and officers referred
to in subparagraph (C), collect complete and reliable personnel tempo data of members
described in subparagraph (A) in order to ensure that the Department, the armed forces,
and the United States Special Operations Command fully and completely monitor personnel
tempo under any waiver authorized under paragraph (1) and the effect of such waiver on
the armed forces.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
```

WASHSTATEC014771

```
block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HA6176B45731041F0BC69849EC9CCAF02"><enum>(b)</enum><header display-inline="yes-
display-inline">Deadline for implementation</header><text display-inline="yes-display-
inline">Paragraph (2) of section 991(d) of title 10, United States Code, as added by
subsection (a), shall be fully implemented by not later than March 1,
2020.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HCCB642B3C9074507B5E253FA4B78E01A" section-type="subsequent-
section"><enum>508.</enum><header display-inline="yes-display-inline">Permanent
authority to defer past age 64 the retirement of chaplains in general and flag officer
grades</header><text display-inline="no-display-inline">Section 1253(c) of title 10,
United States Code, is amended by striking paragraph (3).</text></section>

<section id="HAE9BFA6AD3174991B8774BC3A245721D"><enum>509.</enum><header>Higher grade
in retirement for officers following reopening of determination or certification of
retired grade</header>

<subsection id="HD18A7EF10EE643E19E2D183DE420B7D2"><enum>(a)</enum><header>Advice and
consent of Senate required for higher grade</header><text>Section 1370(f) of title 10,
United States Code, is amendedâ€"</text>

<paragraph id="HF43C59EC746247969E8CD598F9FE2FB7"><enum>(1)</enum><text>by
redesignating paragraph (5) as paragraph (6); and</text></paragraph>

<paragraph id="H47EC98BB79A045B4846EC0493A17C029"><enum>(2)</enum><text>by inserting
after paragraph (4) the following new paragraph (5):</text>

<quoted-block display-inline="no-display-inline" id="H829B245C56304629BE587681ADABBDDA"
style="OLC">

<paragraph id="HA3EF34AF6D51446FA1214ED16CCA8F2F" indent="up1"><enum>(5)</enum><text>If
the retired grade of an officer is proposed to be increased through the reopening of
the determination or certification of officer's retired grade, the increase in the
retired grade shall be made by the Secretary of Defense, by and with the advice and
consent of the Senate.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection
id="HF4456DFCA3B34499948B41744782F0EF"><enum>(b)</enum><header>Recalculation of retired
pay</header><text>Paragraph (6) of such section, as redesignated by subsection (a)(1),
is amendedâ€"</text>

<paragraph id="H0DFCF5D06508447497A6B4C5585D9FE1"><enum>(1)</enum><text>by inserting
<quote>or increased</quote> after <quote>reduced</quote>;</text></paragraph>

<paragraph id="H45DD8506AD19484C89F0CE10639228D8"><enum>(2)</enum><text>by inserting
<quote>as a result of the reduction or increase</quote> after <quote>any modification
of the retired pay of the officer</quote>;</text></paragraph>

<paragraph id="H9969058D28004432A34DD70D2810189C"><enum>(3)</enum><text>by inserting
<quote>or increase</quote> after <quote>the reduction</quote>; and</text></paragraph>

<paragraph id="H5FC48EC9A3DF410EB9874640C0DF78FB"><enum>(4)</enum><text>by adding at
the end the following new sentence: <quote>An officer whose retired grade is increased
as described in the preceding sentence shall not be entitled to an increase in retired
pay for any period before the effective date of the
increase.</quote>.</text></paragraph></subsection>

<subsection id="H25E6AAA7A29841A49CA08C5630EDC71A"><enum>(c)</enum><header>Effective
date</header><text>The amendments made by this section shall take effect on the date of
the enactment of this Act, and shall apply to an increase in the retired grade of an
officer that occurs through a reopening of the determination or certification of the
officer's retired grade on or after that date, regardless of when the officer
retired.</text></subsection></section>

<section id="H77186C86AF9A48059C27B223FC5905C2"><enum>510.</enum><header>Authority of
promotion boards to recommend that officers of particular merit be placed higher on
promotion list</header>
```

```
<subsection id="H7969CC571A9744AD9B100305897AC1CE"><enum>(a)</enum><header>In
general</header><text>Section 14108 of title 10, United States Code, is amended by
adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H9F1817EBE38749CC85E9B9D2747324D5"
style="OLC">

<subsection id="H62952738CCCD4C9096CA4A17C3467C6D"><enum>(f)</enum><header>Higher
placement of officers of particular merit on promotion list</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="HE2BD602733EF46B29D6A89488FCB0C37"><enum>(1)</enum><text>In selecting officers to
be recommended for promotion, a promotion board may, when authorized by the Secretary
concerned, recommend that officers of particular merit, from among those officers
selected for promotion, be placed higher on the promotion list established by the
Secretary under section 14308(a) of this title.</text></paragraph>

<paragraph id="HD0E6739064294E5C9DC8A06A23D3F911" indent="up1"><enum>(2)</enum><text>A
promotion board may make a recommendation under paragraph (1) only if an officer
receives the recommendation ofâ€"</text>

<subparagraph id="H27DA32E222EF47EF8A42BFB4E7E37864"><enum>(A)</enum><text>a majority
of the members of the promotion board; or</text></subparagraph>

<subparagraph id="H2E743FC86020493DA2E3BAB7BB5A190D"><enum>(B)</enum><text>an
alternative requirement established by the Secretary concerned and furnished to the
promotion board as part of the guidelines under section 14107 of this
title.</text></subparagraph></paragraph>

<paragraph id="H3CC0AFA426DE45C58E3BAA216752B6F3"
indent="up1"><enum>(3)</enum><text>For officers who receive recommendations under
paragraph (1), the board shall recommend the order in which those officers should be
placed on the promotion list.</text></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HC5BD882421E648D7801F8F5A4B2F50AF"><enum>(b)</enum><header>Reports
regarding recommendations that officers of particular merit be placed higher on
promotion list</header><text>Section 14109 of such title is amended by adding at the
end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="HE8F9805F9DEF466EBDB42E0A21223AE9"
style="OLC">

<subsection id="HC965BCFA1EB948EFBE896364ABA9613C"><enum>(d)</enum><header>Report of
officers recommended for higher placement on promotion list</header><text>A promotion
board convened under section 14101(a) of this title shall, when authorized under
section 14108(f) of this title, include in its report to the Secretary
concernedâ€"</text>

<paragraph id="H2CABA24F14F9425E812C5DC76EA8D8C8"><enum>(1)</enum><text>the names of
those officers the promotion board recommends be placed higher on the promotion list;
and</text></paragraph>

<paragraph id="H53B1D2AFDA9C494394FA9909028C215D"><enum>(2)</enum><text>the order in
which the promotion board recommends those officers should be placed on the promotion
list.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H572D12BB7BC644DF81E8CA25BB667978"><enum>(c)</enum><header>Officers of
particular merit appearing higher on promotion list</header><text>Section 14308(a) of
such title is amended in the first sentence by inserting â€œor based on particular
merit, as determined by the promotion boardâ€ before the
period.</text></subsection></section>

<section id="HE6722DDD649D4FCB81AB29B2DF13225A"><enum>510A.</enum><header>Availability
on the internet of certain information about officers serving in general or flag
officer grades</header>

<subsection id="H7A9A474148604ABFB3C8B4C96CF5514D"><enum>(a)</enum><header>Availability
required</header>

<paragraph id="H6EB6E03B1933491482A51D80089F9A31"><enum>(1)</enum><header>In
```

general</header><text>The Secretary of each military department shall make available on an internet website of such department available to the public the information specified in paragraph (2) on each officer in a general or flag officer grade under the jurisdiction of such Secretary, including any such officer on the reserve active-status list.</text></paragraph>

<paragraph id="HB504CFFE622442FCB645C01DF1AFF21A"><enum>(2)</enum><header>Information</header><text>The information on an officer specified by this paragraph to be made available pursuant to paragraph (1) is the information as follows:</text>

<subparagraph id="H319B5DD46EDE4924AAD1EC5A1BB967BA"><enum>(A)</enum><text>The officer's name.</text></subparagraph>

<subparagraph id="HBED326411C684AFEA261D7A5B8B79078"><enum>(B)</enum><text>The officer's current grade, duty position, command or organization, and location of assignment.</text></subparagraph>

<subparagraph id="HFC91ECF5FD1648A9AEF48BA99361DC7C"><enum>(C)</enum><text>A summary list of the officer's past duty assignments while serving in a general or flag officer grade.</text></subparagraph></paragraph></subsection>

<subsection id="H99F10A0E615D401BA9BD9DA76351A4C9"><enum>(b)</enum><header>Additional public notice on certain officers</header><text>Whenever an officer in a grade of O—7 or above is assigned to a new billet or reassigned from a current billet, the Secretary of the military department having jurisdiction of such officer shall make available on an internet website of such department available to the public a notice of such assignment or reassignment.</text></subsection>

<subsection id="H6E6E8BCDCA884EBC8EFCF9E0AB0683CD"><enum>(c)</enum><header>Limitation on withholding of certain information or notice</header>

<paragraph id="HAF4D6BB73DC2452EA5CAF331A9CE96E1"><enum>(1)</enum><header>Limitation</header><text>The Secretary of a military department may not withhold the information or notice specified in subsections (a) and (b) from public availability pursuant to subsection (a), unless and until the Secretary notifies the Committees on Armed Services of the Senate and House of Representatives in writing of the information or notice that will be so withheld, together with justification for withholding the information or notice from public availability.</text></paragraph>

<paragraph id="HA1EADCBAE87E4DCC9DB0DA234F535707"><enum>(2)</enum><header>Limited duration of withholding</header><text>The Secretary concerned may withhold from the public under paragraph (1) information or notice on an officer only on the basis of individual risk or national security, and may continue to withhold such information or notice only for so long as the basis for withholding remains in force.</text></paragraph></subsection></section>

<section id="HA7485CA9E4C84466A8D525BD3541FEDF"><enum>510B.</enum><header>Functional badge or insignia upon commission for chaplains</header><text display-inline="no-display-inline">A military chaplain shall receive a functional badge or insignia upon commission.</text></section></subtitle>

<subtitle id="H2EFF90EEA427473DAF96884F90AE605C"><enum>B</enum><header>Reserve Component Management</header>

<section id="HF03EA112ACA04A3AA743EAF49D0AED2B"><enum>511.</enum><header>Modification of grade level threshold for Junior Reserve Officers' Training Corps</header><text display-inline="no-display-inline">Section 2031(b)(1) of title 10, United States Code, is amended by striking <quote>above the 8th grade</quote> each place it appears and inserting <quote>above the 7th grade and physically co-located with the 9th grade participating unit</quote>.</text></section>

<section id="HBA203E601FC94E4884C81432E3EABB87" section-type="subsequent-section"><enum>512.</enum><header>Inclusion of STEM in courses of instruction for the Junior Reserve Officers' Training Corps</header>

<subsection id="HF478D24580A34F4080E362D864CBA62F"><enum>(a)</enum><header>In general</header><text>Section 2031(b)(3) of title 10, United States Code, is amended by inserting <quote>and which may include instruction or activities in the fields of science, technology, engineering, and mathematics</quote> after

```
<quote>duration</quote>.</text></subsection>

<subsection id="H13490C0823294C7DA57968DA39AE171A"><enum>(b)</enum><header>Effective
date</header><text display-inline="yes-display-inline">The amendment made by subsection
(a) shall take effect 180 days after the date of the enactment of this Act.
</text></subsection></section>

<section id="H4F21DDAD6D524197B8FC20115837F58C"><enum>513.</enum><header>Inclusion of
homeschooled students in Junior Reserve Officers' Training Corps units</header><text
display-inline="no-display-inline">Section 2031 of title 10, United States Code, is
amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H7E5A0910E5084B8EA3D21C1F4521FB86"
style="OLC">

<subsection id="H5B9EE54B5F984D068FA5611BBEF605B5"><enum>(g)</enum>

<paragraph commented="no" display-inline="yes-display-inline"
id="HA705F449C70B4D178EC94580658D6BD2"><enum>(1)</enum><text>Each public secondary
educational institution that maintains a unit under this section shall permit
membership in the unit to homeschooled students residing in the area served by the
institution who are qualified for membership in the unit (but for lack of enrollment in
the institution).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBE6BE7375BB04E8E8DFB5DA61CA77E08" indent="up1"><enum>(2)</enum><text>A student who
is a member of a unit pursuant to this subsection shall count toward the satisfaction
by the institution concerned of the requirement in subsection (b)(1) relating to the
minimum number of student members in the unit necessary for the continuing maintenance
of the unit.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section id="H9ABA74967C3C40E0BE147CD679B24ED5" section-type="subsequent-
section"><enum>514.</enum><header>Clarification of eligibility to serve as Commander,
Marine Forces Reserve</header>

<subsection id="H961CB60BD4FD4385AFFFDC219D29483E" display-inline="no-display-
inline"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-
inline">Section 8084(b)(1) of title 10, United States Code, is amended by striking
<quote>general officers of the Marine Corps (as defined in section 8001(2))</quote> and
inserting <quote>general officers of the Marine Corps
Reserve</quote>.</text></subsection>

<subsection id="H9C33BBEFA34E4FD38BFAEB670F8F5A99"><enum>(b)</enum><header>Effective
date</header><text>The amendment made by subsection (a) shall take effect on the date
that is one year after the date of the enactment of this Act and shall apply to
appointments made after such date.</text></subsection></section>

<section id="H544A9FAB8A74891B98BE55DB861E502"><enum>515.</enum><header>Extension and
periodic evaluation of suicide prevention and resilience program for the reserve
components</header><text display-inline="no-display-inline">Section 10219 of title 10,
United States Code, is amendedâ€"</text>

<paragraph id="H6AA675BB15624B5A94137DC700DCDEBD"><enum>(1)</enum><text>by
redesignating subsection (g) as subsection (h);</text></paragraph>

<paragraph id="H2AF63E5DBCC148A2B5EDFE289C96A483"><enum>(2)</enum><text display-
inline="yes-display-inline">in subsection (h), as redesignated by paragraph (1), by
striking <quote>2020</quote> and inserting <quote>2025</quote>; and</text></paragraph>

<paragraph id="H0665D3671F5B4D7EB2C1DFFE1309E048"><enum>(3)</enum><text>by inserting
after subsection (f) the following new subsection (g):</text>

<quoted-block style="USC" id="HEC519D4D0F464F1583054701BE865487" display-inline="no-
display-inline">

<subsection id="H4CA060E3E93D436E8DBDBD3BBFFC3740"><enum>(g)</enum><header>Triennial
evaluation</header><text display-inline="yes-display-inline">The Secretary shall
evaluate the program every third year beginning in 2022 until the program terminates to
determine whether the program effectivelyâ€"</text>

<paragraph id="H0ABA72873E7A4CFF9055FC61D1442AF4"><enum>(1)</enum><text>provides
```

```
training and assistance under subsections (b), (c), and (d); and</text></paragraph>

<paragraph id="H39357CF684114A7F89804B391F30F84C"><enum>(2)</enum><text>implements
subsection (e).</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section id="H984360B3543344519CADFA3216508FFF" section-type="subsequent-
section"><enum>516.</enum><header>Authority to defer mandatory separation at age 68 of
officers in medical specialties in the reserve components<text display-
inline="no-display-inline">Section 14703(b) of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="H6CADFCCD061D4AC09A71CC7093987696"><enum>(1)</enum><text display-
inline="yes-display-inline">by striking <quote>An</quote> and inserting <quote><header-
in-text level="paragraph" style="USC"><enum-in-header>(1) </enum-in-header></header-in-
text>Subject to paragraph (2), an</quote>; and</text></paragraph>

<paragraph id="H9EFBAF3D84F04516AD1568F67CBC12EF"><enum>(2)</enum><text>by adding at
the end the following new paragraph (2):</text></paragraph>

<quoted-block display-inline="no-display-inline" id="HCEBB0FC308964D908B3E83736AC8AC72"
style="USC">

<paragraph id="HDF39C52533A44EAE842F2A8B2BCAEE87" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">The Secretary concerned may, with the consent of
the officer, retain in an active status an officer in a medical specialty described in
subsection (a) beyond the date described in paragraph (1) of this subsection if the
Secretary concerned determines that such retention is necessary to the military
department concerned. Each such retention shall be made on a case-by-case basis and for
such period as the Secretary concerned determines
appropriate.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></section>

<section id="H7AAEAD7A0BD040CFBDFD1B852B07D92B"
commented="no"><enum>517.</enum><header>Modernization of inspection authorities
applicable to the National Guard</header>

<subsection id="H0B2D47C09EC44BA8B6CF68241D04C299"
commented="no"><enum>(a)</enum><header>Modernization of inspection authorities of
Secretaries of the Army and Air Force</header><text>Subsection (a) of section 105 of
title 32, United States Code, is amendedâ€"</text>

<paragraph id="H7153D427203A49A98C1A53BEA1182663"
commented="no"><enum>(1)</enum><text>in the matter preceding paragraph (1)â€"</text>

<subparagraph id="HEEA8A26B3A8C4E17BD2CCE821C8C61CE"
commented="no"><enum>(A)</enum><text>by striking <quote>by him, the Secretary of the
Army shall have</quote> and inserting <quote>by such Secretary, the Secretary of the
Army and the Secretary of the Air Force shall each have</quote>;</text></subparagraph>

<subparagraph id="H31D9D0FBF94649A580D9F9082FA00EB5"
commented="no"><enum>(B)</enum><text>by striking <quote>, if necessary,</quote>;
and</text></subparagraph>

<subparagraph id="H9170233D1B0F46ED98CA263D6445789F"
commented="no"><enum>(C)</enum><text>by striking <quote>the Regular Army</quote> and
inserting <quote>the Regular Army or the Regular Air
Force</quote>;</text></subparagraph></paragraph>

<paragraph id="H419F10E18E734F47B0C0697862CDFBE9"
commented="no"><enum>(2)</enum><text>by striking <quote>Army National Guard</quote>
each place it appears and inserting <quote>Army National Guard or Air National
Guard</quote>; and</text></paragraph>

<paragraph id="H9AC2D73A045049B794AFB7421EA692B7"
commented="no"><enum>(3)</enum><text>by striking the flush matter following paragraph
(7).</text></paragraph></subsection>

<subsection id="H19B522E3CFF74F39A4032D3CF0D886E3"
commented="no"><enum>(b)</enum><header>Inspection authority of Chief of the National
Guard Bureau on behalf of Secretaries</header><text>Such section is further amended by
```

WASHSTATEC014776

adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="HBDF6F21562C94EC7A83879356E8858BB" style="OLC">

<subsection id="H0205DA0C9BEE40A4B78AD4C38B74A816" commented="no"><enum>(c)</enum><text>The Chief of the National Guard Bureau may have an inspection described in subsection (a) made by inspectors general, or by commissioned officers of the Army National Guard of the United States or the Air National Guard of the United States detailed for that purpose, on behalf of the Secretary of the Army or the Secretary of the Air Force. Any such inspection may be made only with the approval of the Secretary of the Army or the Secretary of the Air Force, as applicable.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H869CDA9CC459463F9E6472681800693A"><enum>518.</enum><header>Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers</header><text display-inline="no-display-inline">Section 708(a) of title 32, United States Code, is amended in the first sentence by inserting <quote>, in consultation with the Chief of the National Guard Bureau,</quote> after <quote>shall</quote>.</text></section>

<section id="HC1E08DA5F7F34735860B1E8BF696B92E" section-type="subsequent-section" display-inline="no-display-inline"><enum>519.</enum><header>Coast Guard Junior Reserve Officersâ€™ Training Corps</header>

<subsection id="H4F787BCA4A4D488AA4F3C35A4AF7F70D"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 3 of title 14, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="HF7D9FE2FDE484A32A928D6B949361E10" display-inline="no-display-inline">

<section id="H811E739CCD2A4A73AE40663176532C7E"><enum>320.</enum><header>Coast Guard Junior Reserve Officersâ€™ Training Corps</header>

<subsection id="H9096EBBA4BA24F0B9CCA9E9747F37E24"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The Secretary of the department in which the Coast Guard is operating may establish and maintain a Junior Reserve Officers' Training Corps, organized into units, at public and private secondary educational institutions.</text></subsection>

<subsection id="H2703A71AB74948DAA084F43330A3FE9F"><enum>(b)</enum><header>Applicability</header><text display-inline="yes-display-inline">Except as provided in subsection (c), the provisions of chapter 102 of title 10 shall apply to a Junior Reserve Officersâ€™ Training Corps established and maintained under this section in the same manner that such provisions apply to the Junior Reserve Officersâ€™ Training Corps of each military department. For purposes of the application of such provisions to this sectionâ€"</text>

<paragraph id="H2D0E10A147C04265867F3D73C87BB16A"><enum>(1)</enum><text display-inline="yes-display-inline">any reference in such provisions to a <quote>military department</quote> shall be treated as a reference to the department in which the Coast Guard is operating; and</text></paragraph>

<paragraph id="H998A3234B9154A65BDF59C0B4B16B794"><enum>(2)</enum><text>any reference in such provisions to a <quote>Secretary of a military department</quote>, a <quote>Secretary concerned</quote>, or the <quote>Secretary of Defense</quote> shall be treated as a reference to the Secretary of the department in which the Coast Guard is operating.</text></paragraph></subsection>

<subsection id="H35F1387D72BA4B2687D058ECD6DD85BE"><enum>(c)</enum><header>Exception</header><text display-inline="yes-display-inline">The requirements of chapter 102 of title 10 shall not apply to a unit of the Junior Reserve Officersâ€™ Training Corps established by the Secretary of the department in which the Coast Guard is operating before the date of the enactment of this section unless the Secretary determines it is appropriate to apply such requirements to such unit.</text></subsection></section><after-quoted-

```
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H19E8E91004394DC9ACE336699C76B67D"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of such chapter is
amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H16263E9105E24417A8F55B332AC9880F" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">320. Coast Guard Junior Reserve Officers' Training
Corps.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H37A7979AF881491C869AA4780A8FEA30" section-type="subsequent-
section"><enum>520.</enum><header display-inline="yes-display-inline">Repeal of
requirement for review of certain Army Reserve officer unit vacancy promotions by
commanders of associated active duty units</header><text display-inline="no-display-
inline">Section 1113 of the Army National Guard Combat Readiness Reform Act of 1992
(Public Law 102'484; 10 U.S.C. 10105 note) is repealed.</text></section>

<section id="HBC0C55E1EC6E4A9EB0A2E7924D46C0AA"><enum>520A.</enum><header>Report on
methods to enhance domestic response to large scale, complex and catastrophic
disasters</header>

<subsection id="H0EBB5940227B4CDE93170877FDC11B8C"><enum>(a)</enum><header>In
general</header><text>Not later than 180 days after the date of the enactment of this
Act, the Secretary of Defense, in consultation and coordination with the Federal
Emergency Management Agency, the National Security Council, the Council of Governors,
and the National Governors Association, shall submit to the congressional defense
committees, the Committee on Homeland Security of the House of Representatives, and the
Committee on Homeland Security and Governmental Affairs of the Senate a report on the
plan of the Department to establish policy and processes to implement the authority
under section 502 of title 32, United States Code. The report shall include a detailed
examination of the policy framework consistent with existing authorities, identify
major statutory or policy impediments to implementation, and make recommendations for
legislation as appropriate.</text></subsection>

<subsection
id="H163C13A12AA4409999C04732CBFE2729"><enum>(b)</enum><header>Contents</header><text>T
he report submitted under subsection (a) shall include a description of'"</text>

<paragraph id="H43EB3D26FBFB49A39CFC86D790C2ED30"><enum>(1)</enum><text>the current
policy and processes whereby governors can request activation of the National Guard
under title 32, United States Code, as part of the response to large scale, complex,
catastrophic disasters that are supported by the Federal Government and, if no formal
process exists in policy, the Secretary of Defense shall provide a timeline and plan to
establish such a policy, including consultation with the Council of Governors and the
National Governors Association;</text></paragraph>

<paragraph id="H5F927DA2A43B43C8B2CC87FD97DD5174"><enum>(2)</enum><text>the Secretary
of Defense's assessment, informed by consultation with the Federal Emergency
Management Agency, the National Security Council, the Council of Governors, and the
National Governors Association, regarding the sufficiency of current authorities for
the reimbursement of National Guard and Reserve manpower during large scale, complex,
catastrophic disasters under title 10 and title 32, United States Code, and
specifically whether reimbursement authorities are sufficient to ensure that military
training and readiness are not degraded to fund disaster response, or whether invoking
such reimbursement authorities degrades the effectiveness of the Disaster Relief
Fund;</text></paragraph>

<paragraph id="H4036F22F6BB44B199D5B17AE88C291C4"><enum>(3)</enum><text>the Department
of Defense's plan to ensure there is parallel and consistent policy in the
application of the authorities granted under section 12304a of title 10, United States
Code, and section 502(f) of title 32, United States Code, including'"</text>

<subparagraph id="H87401913E19441D9A84D5424385E5A10"><enum>(A)</enum><text>a
description of the disparities between benefits and protections under Federal law
```

WASHSTATEC014778

versus State active duty;</text></subparagraph>

<subparagraph id="H7023AEE166FC4BB2BEF90F15633C3B4C"><enum>(B)</enum><text>recommended solutions to achieve parity at the Federal level; and</text></subparagraph>

<subparagraph id="H843F72F88C25449B8AA9D46B393DC225"><enum>(C)</enum><text>recommended changes at the State level, if appropriate; and</text></subparagraph></paragraph>

<paragraph id="H018D68244F9242868DF378D431A73F53"><enum>(4)</enum><text>the Department of Defenseâ€™s plan to ensure there is parity of benefits and protections for military members employed as part of the response to large scale, complex, catastrophic disasters under title 32 or title 10, United States Code, and recommendations for addressing any shortfalls.</text></paragraph></subsection></section>

<section id="H4A373242C8D34AFFBDE035B3714C2219"><enum>520B.</enum><header>Report and briefing on the Senior Reserve Officers' Training Corps</header>

<subsection id="HB92E75677564495994E709BECA51543F"><enum>(a)</enum><header>Report on various expansions of the Corps</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:</text>

<paragraph id="H3AE6622E06D9471B987B016A763FE492"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the feasibility and advisability of distance learning programs for the Senior Reserve Officers' Training Corps for students at educational institutions who reside outside the viable range for a cross-town program.</text></paragraph>

<paragraph id="H5C384BB1DA644C1598D1841E5288DDD6"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment of the feasibility and advisability of expanding the eligibility of institutions authorized to maintain a unit of the Senior Reserve Officers' Training Corps to include community colleges.</text></paragraph></subsection>

<subsection id="HF19AFBCD500B4DC4A66A0CF70A95CB38"><enum>(b)</enum><header>Briefing on long-term effects on the Corps of the operation of certain recent prohibitions</header>

<paragraph id="H0682594C5F34471C80258DFE4D10F97F"><enum>(1)</enum><header>Briefing required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall brief the congressional defense committees on the effects of the prohibitions in section 8032 of the Department of Defense Appropriations Act, 2019 (division A of Public Law 115â€"245) on the long-term viability of the Senior Reserve Officers' Training Corps.</text></paragraph>

<paragraph id="H5752602D3F8340F3958EAF646923E4B7"><enum>(2)</enum><header>Elements</header><text>The matters addressed by the briefing under paragraph (1) shall include an assessment of the effects of the prohibitions described in paragraph (1) on the following:</text>

<subparagraph id="H32149E1236C44DCFB45B0AD0D6265828"><enum>(A)</enum><text>Readiness.</text></subparagraph>

<subparagraph id="H3664146E190B491CA4C51CCD53A61D57"><enum>(B)</enum><text>The efficient manning and administration of Senior Reserve Officers' Training Corps units.</text></subparagraph>

<subparagraph id="H07F3989FC36A41538B6D707EBE6185D7"><enum>(C)</enum><text>The ability of the Armed Forces to commission on a yearly basis the number and quality of new officers they need and that are representative of the nation as a whole.</text></subparagraph>

<subparagraph id="H6727E09707D44F4D80B28692CF4BE40F"><enum>(D)</enum><text>The availability of Senior Reserve Officers' Training Corps scholarships in rural areas.</text></subparagraph>

<subparagraph id="H016004CB1CE34E08AF57E9BCAB9A3AFF"><enum>(E)</enum><text>Whether the Senior Reserve Officers' Training Corps program produces officers representative of the demographic and geographic diversity of the United States, especially with respect to

urban areas, and whether restrictions on establishing or disestablishing units of the Corps affects the diversity of the officer corps of the Armed Forces.</text></subparagraph></paragraph></subsection></section>

<section id="H41C9109731694547B24421AF49760FEF" section-type="subsequent-section"><enum>520C.</enum><header>Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units</header><text display-inline="no-display-inline">It is the sense of Congress that the Junior Reserve Officers' Training Corps was supported in the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) and should be increased in fiscal year 2020 to include not fewer than 3,700 units nationwide.</text></section></subtitle>

<subtitle id="H081ECE65A035452A9058E4A72CE4D800"><enum>C</enum><header>General Service Authorities and Correction of Military Records</header>

<section id="H968B8EBA8C7242D8984FBB16CC03B34A"><enum>521.</enum><header>Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims</header>

<subsection id="H915818C2A2A34D88AFF66BA051B5479C"><enum>(a)</enum><header>Boards for correction of military records</header><text>Section 1552(g) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HAC65F756EA1A42AB95AFB34655A40AF2"><enum>(1)</enum><text>by inserting <quote>(1)</quote> after <quote>(g)</quote>; and</text></paragraph>

<paragraph id="HB84BD2B873624D82A79EDA9D2F7A838D"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HA1FA2DBAF4C24362B329EC1C89179F9C" style="OLC">

<paragraph id="H69379E0668B04ACFB18B27FFA866D366" indent="up1"><enum>(2)</enum><text>If a board established under subsection (a)(1) is reviewing a claim described in subsection (h), the board shall seek advice and counsel in the review from a psychiatrist, psychologist, or social worker with training on mental health issues associated with post-traumatic stress disorder or traumatic brain injury or other trauma as specified in the current edition of the Diagnostic and Statistical Manual of Mental Disorders published by the American Psychiatric Association.</text></paragraph>

<paragraph id="HDB25386A51BA45B0AC51727055228DC0" indent="up1"><enum>(3)</enum><text>If a board established under subsection (a)(1) is reviewing a claim in which sexual trauma, intimate partner violence, or spousal abuse is claimed, the board shall seek advice and counsel in the review from an expert in trauma specific to sexual assault, intimate partner violence, or spousal abuse, as applicable.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H676D358E297D4D569D9D55249769CBA8"><enum>(b)</enum><header>Discharge review boards</header><text>Section 1553(d)(1) of such title is amendedâ€"</text>

<paragraph id="HB061117F089E4D5D8C2CEBBA95D9B7EF"><enum>(1)</enum><text>by inserting <quote>(A)</quote> after <quote>(1)</quote>; and</text></paragraph>

<paragraph id="H36C38E65BD5D4761AEB23119F12D6F11"><enum>(2)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="HA35C6B21C56C483AB2B6A1C01EFA14E7" style="OLC">

<subparagraph id="H735EEB03F76E49408EDCEB6B478A5EFA" indent="up2"><enum>(B)</enum><text>In the case of a former member described in paragraph (3)(B) who claims that the former member's post-traumatic stress disorder or traumatic brain injury as described in that paragraph in based in whole or in part on sexual trauma, intimate partner violence, or spousal abuse, a board established under this section to review the former member's discharge or dismissal shall seek advice and counsel in the review from a psychiatrist, psychologist, or social worker with training on mental health issues associated with post-traumatic stress disorder or traumatic brain injury or other trauma as specified in the current edition of the Diagnostic and Statistical Manual of Mental Disorders published by the American Psychiatric Association.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

WASHSTATEC014780

```
<section commented="no" display-inline="no-display-inline"
id="H3661DFA1F665406F8BDAEF6DDB2133D1" section-type="subsequent-
section"><enum>522.</enum><header display-inline="yes-display-inline">Reduction in
required number of members of discharge review boards</header><text display-inline="no-
display-inline">Section 1553(a) of title 10, United States Code, is amended by striking
<quote>five</quote> and inserting <quote>not fewer than three</quote>.</text></section>

<section id="H0075F1AF00EB4132BAD8171E3BFFABCD" section-type="section-
one"><enum>523.</enum><header>Establishment of process to review a request for upgrade
of discharge or dismissal</header>

<subsection
id="H37A6AE0A086B4BA79C27753B1B6CCACA"><enum>(a)</enum><header>Establishment</header><t
ext display-inline="yes-display-inline">Chapter 79 of title 10, United States Code, is
amended by inserting after section 1553 the following new section 1553a: </text>

<quoted-block style="USC" id="H39DC2D56B1EC49F1A9D921B0D3AC14A3" display-inline="no-
display-inline">

<section id="HEEAEAC67B3324B01BF55CF801B20AFC7"><enum>1553a.</enum><header>Review of a
request for upgrade of discharge or dismissal</header>

<subsection
id="H1CCABF682BF7465B965AE775EC0A919A"><enum>(a)</enum><header>Establishment</header><t
ext>The Secretary of Defense shall establish a process by which to conduct a final
review of a request for an upgrade in the characterization of a discharge or
dismissal.</text></subsection>

<subsection
id="H2FEB164546A64CFE8DA8B7853E52EDE1"><enum>(b)</enum><header>Consideration;
recommendation</header>

<paragraph id="H9A336FFA35064B608B3EF6CB367E5DE4" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">Upon the request of a
petitioner, the Secretary of Defense shall review the findings and decisions of the
boards established under sections 1552 and 1553 of this title regarding the final
review of a request for an upgrade in the characterization of a discharge or
dismissal.</text></paragraph>

<paragraph id="H780580CB09CE458AA1891CA996A17F29" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">The Secretary of Defense may recommend that the
Secretary of the military department concerned upgrade the characterization of the
discharge or dismissal of the petitioner if the Secretary of Defense determines that
such recommendation is appropriate after review under paragraph
(1).</text></paragraph></subsection>

<subsection
id="H20266DE64CF64E9BA4409D12F6E21547"><enum>(c)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H2F9380EA1991458CAFCE07A3AFCA8228"><enum>(1)</enum><text display-
inline="yes-display-inline">The term <quote>final review of a request for an upgrade in
the characterization of a discharge or dismissal</quote> means a request by a
petitioner for an upgrade to the characterization of a discharge or dismissalâ€"</text>

<subparagraph id="HD7EBD55C280A42318A0CB940EB91DBBD"><enum>(A)</enum><text>that was not
granted under sections 1552 and 1553 of this title; and</text></subparagraph>

<subparagraph id="H852AAA0EEE3C47AD86F662187D901BB8"><enum>(B)</enum><text display-
inline="yes-display-inline">regarding which the Secretary of Defense determines the
petitioner has exhausted all remedies available to the petitioner under sections 1552
and 1553 of this title.</text></subparagraph></paragraph>

<paragraph id="H06D1D1018CB14757975B271C87DB3DAE"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <quote>petitioner</quote> means a member or former
member of the armed forces (or if the member or former member is dead, the surviving
spouse, next of kin, or legal representative of the member or former member) whose
request for an upgrade to the characterization of a discharge or dismissal was not
granted under sections 1552 and 1553 of this
title.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>
```

```
<subsection id="H0BAC97A3E1214B0EB4B85417F4A765F5"><enum>(b)</enum><header>Technical
and conforming amendments</header>

<paragraph id="H5C02ECEDBDA44057BCD1E615FB15DA35"><enum>(1)</enum><header>Table of
sections</header><text>The table of sections at the beginning of such chapter is
amended by inserting after the item relating to section 1553 the following new
item:</text>

<quoted-block style="USC" id="HE61FA5751EF24871A45E22F930172D2D" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">1553a. Review of a request for upgrade of discharge or
dismissal.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph id="H0C125C42CADF44F9819005ECD7A9269D"><enum>(2)</enum><header>Conforming
amendments</header>

<subparagraph id="H2BEDE46D2D864B9C91165DFE6A033168"><enum>(A)</enum><text>Section
1552(a)(4) of such title is amended to read as follows:</text>

<quoted-block style="USC" id="H62D961679789445E8E287E5E93C8A510" display-inline="no-
display-inline">

<paragraph id="HD91E518978CC465CB1D8E7E1D96F4AFA" indent="up1"><enum>(4)</enum>

<subparagraph id="H898D97DA500B41919A137B724C50D7F2" display-inline="yes-display-
inline"><enum>(A)</enum><text display-inline="yes-display-inline">Subject to
subparagraph (B), a correction under this section is final and conclusive on all
officers of the United States except when procured by fraud.</text></subparagraph>

<subparagraph id="HA707E73116FD4CE19F84FD7AC9BDA3E9" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">If a board established under this section does not
grant a request for an upgrade to the characterization of a discharge or dismissal,
that declination may be considered under section 1553a of this
title.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subparagraph>

<subparagraph id="HF4D4D0CF7BBA4EEE8D662B700B752D46"><enum>(B)</enum><text>Section
1553(b) of such title is amendedâ€"</text>

<clause id="H4D71F29EA3E74AC8998F5C1D508C0FA5"><enum>(i)</enum><text>by inserting
<quote><header-in-text level="paragraph" style="USC"><enum-in-header>(1)</enum-in-
header></header-in-text></quote> before <quote>A board</quote>; and</text></clause>

<clause id="H77A8C65CD5F04B7EA990C20478F82F95"><enum>(ii)</enum><text>by adding at the
end the following new paragraph:</text>

<quoted-block style="USC" id="H0BE3736F51744FE8ADCC0F3DA3123CE1" display-inline="no-
display-inline">

<paragraph id="HB7838CFDC5E64A08A1F0ADF2550B7CF3" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">If a board established under this section does not
grant a request for an upgrade to the characterization of a discharge or dismissal,
that declination may be considered under section 1552 or section 1553a of this title,
as applicable.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></clause></subparagraph></paragraph></subsection>

<subsection
id="H049A7609413D4EE7B91125F6518A4BFD"><enum>(c)</enum><header>Deadline</header><text
display-inline="yes-display-inline">The Secretary of Defense shall implement section
1553a of such title, as added by subsection (a), not later than January 1,
2021.</text></subsection>

<subsection id="H45825BAEDF71436EAB202AEEFCC52130" display-inline="no-display-
inline"><enum>(d)</enum><header>Resources</header><text display-inline="yes-display-
inline">In establishing and implementing the process under such section 1553a, the
Secretary of Defense shall, to the maximum extent practicable, use existing
organizations, boards, processes, and personnel of the Department of
Defense.</text></subsection>
```

```
<subsection
id="HE43335C2AB8D4A7AA189EEF680E0CEDB"><enum>(e)</enum><header>Reporting</header>

<paragraph
id="H754F95F30E6E41578E0A5BB5A550AF57"><enum>(1)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than January 1, 2022, the Secretary of
Defense shall submit to the Committees on Armed Services of the Senate and the House of
Representatives a report regarding the process established under such section 1553a.
The report shall include, with respect to considerations under such process since
implementation, the following:</text>

<subparagraph id="HE6DE9528F97C450FA2333E37F640910A"><enum>(A)</enum><text display-
inline="yes-display-inline">The number of requests considered.</text></subparagraph>

<subparagraph id="HC99A1AF3ABFB40D5B2BFD1943B2A91D0"><enum>(B)</enum><text display-
inline="yes-display-inline">The number of upgrades to the characterization of a
discharge or dismissal granted pursuant to such process, including the most common
reasons for such upgrades.</text></subparagraph>

<subparagraph id="HFC4AFE6748D74A2FA1400C494BE2E2E6"><enum>(C)</enum><text display-
inline="yes-display-inline">The number of upgrades to the characterization of a
discharge or dismissal declined pursuant to such process, including the most common
reasons for such declinations.</text></subparagraph></paragraph>

<paragraph id="HF311510B5B754E3DA6C1400C490BD82B"><enum>(2)</enum><header>Online
publication</header><text>On October 1, 2022, and annually thereafter, the Secretary
shall publish the information described in paragraph (1) with regards to the
immediately preceding fiscal year on a website of the Department of Defense that is
accessible by the public.</text></paragraph></subsection></section>

<section id="HA92E1D0105AE4A33A8BFB2F84FC058AB" section-type="subsequent-
section"><enum>524.</enum><header>Prohibition on reduction in the number of personnel
assigned to duty with a service review agency</header>

<subsection
id="H752860C7D56B4599A549C1BD562337E6"><enum>(a)</enum><header>Prohibition</header><tex
t display-inline="yes-display-inline">Section 1559(a) of title 10, United States Code,
is amendedâ€"</text>

<paragraph id="HC81AEDE4B0DA4671A27CC9C04179A3C1"><enum>(1)</enum><text>by striking
<quote>December 31, 2019</quote> and inserting <quote>December 31,
2025</quote>;</text></paragraph>

<paragraph id="HD6F06CF048AB4ACFBEEA01266D5569D4"><enum>(2)</enum><text>by striking
<quote>that agency untilâ€"</quote> and inserting <quote>that agency.</quote>; and
</text></paragraph>

<paragraph id="HDB1DB24F2CBB41BEA44F9A54C78F4A7A"><enum>(3)</enum><text display-
inline="yes-display-inline">by striking subsections (1) and
(2).</text></paragraph></subsection>

<subsection
id="H9613239A24564510923560B325A72196"><enum>(b)</enum><header>Report</header>

<paragraph id="HC04FCEBED98E4273BFB4AB780FDF8DA5"><enum>(1)</enum><header>Report
required</header><text display-inline="yes-display-inline">Not later than 180 days
after the enactment of this Act, the Secretary of each military department shall submit
a report to the Committees on Armed Services of the Senate and House of Representatives
that details a plan toâ€"</text>

<subparagraph id="HC1494C4C0EDB4926AC32497F0D504CEA"><enum>(A)</enum><text>reduce the
backlog of applications before the service review agency of the military department
concerned; and</text></subparagraph>

<subparagraph id="H74BC15419C784AAAA12096C6F9CF1C49"><enum>(B)</enum><text display-
inline="yes-display-inline">maintain the resources required to meet the timeliness
standards for disposition of applications before the Corrections Boards under section
1557 of title 10, United States Code, not later than October 1,
2021.</text></subparagraph></paragraph>

<paragraph
```

WASHSTATEC014783

```
id="HF5A194740C7F40088C2858D314AA4339"><enum>(2)</enum><header>Elements</header><text>E
ach report under this subsection shall include the following:</text>

<subparagraph id="H8F8EC1B9895F4B1BA9BAACF206847CE3"><enum>(A)</enum><text display-
inline="yes-display-inline">A description of the current backlog of applications before
the service review agency of the military department concerned.</text></subparagraph>

<subparagraph id="H03F134BE62F646B495733C2FBFC1CF40"><enum>(B)</enum><text display-
inline="yes-display-inline">The number of personnel required to meet the deadline
described in paragraph (1)(B).</text></subparagraph>

<subparagraph id="HD715D04ADC144A3BAF3024243CF8D411"><enum>(C)</enum><text display-
inline="yes-display-inline">The plan of the Secretary concerned to modernize the
application and review system of the service review agency of the military department
concerned.</text></subparagraph></paragraph></subsection></section>

<section id="HCD19F825CD024A8194A5C8FC407EA4E1"><enum>525.</enum><header>Training of
members of boards for correction of military records and discharge review boards on
sexual trauma, intimate partner violence, spousal abuse, and related matters</header>

<subsection id="H91C3BCE569394588BC55E116F53928C9"><enum>(a)</enum><header>Boards for
correction of military records</header><text>The curriculum of training for members of
boards for the correction of military records under section 534(c) of the National
Defense Authorization Act for Fiscal Year 2017 (10 U.S.C. 1552 note) shall include
training on each of the following:</text>

<paragraph id="H912E7653B26849B7A72294C383E395AE"><enum>(1)</enum><text>Sexual
trauma.</text></paragraph>

<paragraph id="HA517CA7B4E6B4AB48AC21DDA115F9E92"><enum>(2)</enum><text>Intimate
partner violence.</text></paragraph>

<paragraph id="H5A388FB2C9674C099D07AFFF6F57AB7C"><enum>(3)</enum><text>Spousal
abuse.</text></paragraph>

<paragraph id="HB6328B86AAFF4833A2EC469E57BFDF2F"><enum>(4)</enum><text>The various
responses of individuals to trauma.</text></paragraph></subsection>

<subsection id="HE541838BCF2C4B4A955BACE07C51BBF8"><enum>(b)</enum><header>Discharge
review boards</header>

<paragraph id="H51DB2F501C2247EB8633E705DB682DBA"><enum>(1)</enum><header>In
general</header><text>Each Secretary concerned shall develop and provide training for
members of discharge review boards under section 1553 of title 10, United States Code,
that are under the jurisdiction of such Secretary on each of the following:</text>

<subparagraph id="H5A71D93634224FCC8A321D0CB5E086FF"><enum>(A)</enum><text>Sexual
trauma.</text></subparagraph>

<subparagraph id="HBA73BA86C0144B04BFF91BE51A37DF5F"><enum>(B)</enum><text>Intimate
partner violence.</text></subparagraph>

<subparagraph id="HB660B9824FCD4B86B7CA6A2F0698A210"><enum>(C)</enum><text>Spousal
abuse.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6BC783212DC84D6A935022251B3258C9"><enum>(D)</enum><text>The various responses of
individuals to trauma.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB402BDABB0B4494297B58CE77C010B82"><enum>(2)</enum><header>Uniformity of
training</header><text>The Secretary of Defense and the Secretary of Homeland Security
shall jointly ensure that the training developed and provided pursuant to this
subsection is, to the extent practicable, uniform.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H05F6BFA16DFC46A7BC2E83F564135DFD"><enum>(3)</enum><header>Secretary concerned
defined</header><text>In this subsection, the term <term>Secretary concerned</term> has
the meaning given that term in section 101(a)(9) of title 10, United States
Code.</text></paragraph></subsection></section>

<section id="H472747A1520148D28A5A86A2DD47BC8C" section-type="subsequent-
```

WASHSTATEC014784

section"><enum>526.</enum><header>Time requirements for certification of honorable service</header><text display-inline="no-display-inline">The Secretary of Defense shall publish regulations for submission and processing of a completed United States Citizenship and Immigration Services Form Nâ€"426, by a member of the Armed Forces. Such regulations shall designate the appropriate level for the certifying officer as well as establish time requirements for the form to be returned to the member of the Armed Forces.</text></section>

<section id="HCD78A65305254E2CA3B00E485775E90A"><enum>527.</enum><header>Correction of certain discharge characterizations</header>

<subsection id="HA492A6E668FB45FA828B2AB11DB796A4"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">In accordance with this section, and in a manner that is consistent across the military departments to the greatest extent practicable, the appropriate board shall, at the request of a covered member or the authorized representative of a covered memberâ€"</text>

<paragraph id="H2381EE75093D4E2E95AC2CD9054F856C"><enum>(1)</enum><text>review the discharge characterization of that covered member; and</text></paragraph>

<paragraph id="HB6CBC6A3FA884F5DB63041DDBABF81B7"><enum>(2)</enum><text display-inline="yes-display-inline">change the discharge characterization of that covered member to honorable if the appropriate board determines such change to be appropriate after review under paragraph (1).</text></paragraph></subsection>

<subsection id="H78C90F3367EB4F12BB9F9B290A42C824"><enum>(b)</enum><header>Appeal</header><text display-inline="yes-display-inline">A covered member or the authorized representative of that covered member may seek review of a decision by the appropriate board not to change the discharge characterization of that covered member. Such review may be made pursuant to section 1552 of title 10, United States Code, section 1553 of such title, or any other process established by the Secretary of Defense for such purpose.</text></subsection>

<subsection id="H73C3D6CD9E5543EFB4714EE6FDECD75A"><enum>(c)</enum><header>Change of records</header><text display-inline="yes-display-inline">For each covered member whose discharge characterization is changed under subsection (a) or (b), the Secretary of the military department concerned shall issue to the covered member or the authorized representative of the covered member a corrected Certificate of Release or Discharge from Active Duty (DD Form 214), or other like form regularly used by an Armed Force thatâ€"</text>

<paragraph id="H12C4DCA36182468E9B94C3736AAAF93D"><enum>(1)</enum><text>reflects the upgraded discharge characterization of the covered member; and</text></paragraph>

<paragraph id="H4CD71D85488740AC91B091544EB955DC"><enum>(2)</enum><text>does not reflect the sexual orientation of the covered member or the original stated reason for the discharge or dismissal of that covered member.</text></paragraph></subsection>

<subsection id="HADD8D5CDD3954723A52732F0403AC551"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H097FB99BBB884E71B1ADDECE1771C4C5"><enum>(1)</enum><text>The term <quote>appropriate board</quote> means a board for the correction of military or naval records under section 1552 of title 10, United States Code, or a discharge review board under section 1553 of such title, as the case may be.</text></paragraph>

<paragraph id="H3BE4024F6A704F63A7837BE943B1A14E"><enum>(2)</enum><text>The term <quote>authorized representative</quote> means an heir or legal representative of a covered member.</text></paragraph>

<paragraph id="HBBCA1A71877D4F2F8F233DA34E83756F"><enum>(3)</enum><text>The term <quote>covered member</quote> means any former member of the Armed Forces who was discharged from the Armed Forces because of the sexual orientation of that member.</text></paragraph>

<paragraph id="H4FE372FA98C24823958422219B808B2F"><enum>(4)</enum><text>The term <quote>discharge characterization</quote> means the characterization assigned to the service of a covered member on the discharge or dismissal of that covered member from service in the Armed Forces.</text></paragraph></subsection></section>

```
<section id="H93C2F89BF3D945839780D1108E5C0486"><enum>528.</enum><header>Development of
guidelines for use of unofficial sources of information to determine eligibility of
members and former members of the Armed Forces for decorations when the service records
are incomplete because of damage to the official record</header>

<subsection id="H7BF24F0F8DFB45C5B1EF97B81C7BB4CF"><enum>(a)</enum><header>Guidelines
required</header><text display-inline="yes-display-inline">The Secretary of Defense
shall develop guidelines regarding the use by the Secretaries of the military
departments of unofficial sources of information, including eyewitness statements, to
determine the eligibility of a member or former member of the Armed Forces for
decorations when the service records of the member are incomplete because of damage to
the records as a result of the 1973 fire at the National Personnel Records Center in
St. Louis, Missouri, or any subsequent incident while the records were in the
possession of the Department of Defense.</text></subsection>

<subsection id="HD5317103F14C4A1EA05C848F9C573BCA"><enum>(b)</enum><header>Time for
completion</header><text>The Secretary of Defense shall complete development of the
guidelines not later than one year after the date of the enactment of this
Act.</text></subsection></section>

<section id="H5921E6689EA3483EB73272C8B095A0E5" section-type="subsequent-
section"><enum>529.</enum><header>Strategic plan for diversity and inclusion</header>

<subsection id="HB6A7445D8DE541749F53E74B310937E1"><enum>(a)</enum><header>Plan
required</header><text display-inline="yes-display-inline">The Secretary of Defense
shall design and implement a five-year strategic plan for diversity and inclusion in
the Department of Defense.</text></subsection>

<subsection
id="H735F336B9F854104A18EAED87CACFC4A"><enum>(b)</enum><header>Elements</header><text
display-inline="yes-display-inline">The strategic plan under this sectionâ€"</text>

<paragraph id="H5B9517AFA76F42068A582311BDE5FFBA"><enum>(1)</enum><text display-
inline="yes-display-inline">shall incorporate existing efforts to promote diversity and
inclusion within the Department; and</text></paragraph>

<paragraph id="H713011D312C44F2CBCDD18FAA86CEBCB"><enum>(2)</enum><text display-
inline="yes-display-inline">may not conflict with the objectives of the 2018 National
Military Strategy.</text></paragraph></subsection>

<subsection
id="HECC050CE30834F1E8CBB251E3E33F4A3"><enum>(c)</enum><header>Deadline</header><text>T
he Secretary shall implement the strategic plan under this section not later than one
year after the date of the enactment of this Act.</text></subsection></section>

<section id="HEF3BA064B814417CBB235CB223777C97"><enum>530.</enum><header>Study
regarding screening individuals who seek to enlist in the Armed Forces</header>

<subsection
id="HA86CB1C3923A4228A6973236701C1D8C"><enum>(a)</enum><header>Study</header><text
display-inline="yes-display-inline">The Secretary of Defense shall study the
feasibility of, in background investigations and security and suitability screenings of
individuals who seek to enlist in the Armed Forcesâ€"</text>

<paragraph id="HA7F464BA52C244C2921CA304AD7B0D5F"><enum>(1)</enum><text>screening for
extremist and gang-related activity; and</text></paragraph>

<paragraph id="H8D8CAF58805C4803B801E34824268F60"><enum>(2)</enum><text>using the
following resources of the Federal Bureau of Investigation:</text>

<subparagraph id="H4CCFD8123EC44364862630BC112DA16F"><enum>(A)</enum><text display-
inline="yes-display-inline">The Tattoo and Graffiti Identification
Program.</text></subparagraph>

<subparagraph id="H2793D3E821EA4FC6BFA0F3867DC30459"><enum>(B)</enum><text display-
inline="yes-display-inline">The National Gang Intelligence
Center.</text></subparagraph></paragraph></subsection>

<subsection id="H1F9C5C341DF84103919C971787CE8C08"><enum>(b)</enum><header>Report
required</header><text display-inline="yes-display-inline">Not later than 180 days
after the date of the enactment of this Act, the Secretary shall submit an unclassified
```

report in writing to the Committees on Armed Services of the Senate and House of Representatives containing conclusions of the Secretary regarding the study under subsection (a).</text></subsection></section>

<section id="H020A0FDB94BD49B190DFF5AE6B16E1E6"><enum>530A.</enum><header>Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens</header>

<subsection id="H2A1902AEDD0F4151B3652594E52E9CDD"><enum>(a)</enum><header>Study required</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Secretary of Homeland Security, shall study the feasibility of providing the Secretary of Homeland Security with a copy of the Certificate of Release or Discharge from Active Duty (DD Form 214) or National Guard Report of Separation and Record of Service (NGB-22) for each individual who is not a citizen of the United States who is honorably discharged from the Armed Forces so the Secretary of Homeland Security may note such discharge in an Iâ€"213 Record of Deportable/Inadmissible Alien for that individual.</text></subsection>

<subsection id="HEB0ED406DBE240C99BEA9DD599997213"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the committees on Armed Services of the Senate and House of Representatives a report regarding the results of the study under this section.</text></subsection></section>

<section id="H6353313867E44EAB8490826FABCA693C" section-type="subsequent-section"><enum>530B.</enum><header>Sense of Congress regarding accession physicals</header><text display-inline="no-display-inline">It is the sense of Congress that the Secretary of Defense should explore alternatives to centralized accession physicals at Military Entrance Processing Stations, including conducting physicals through community health care providers, in order to reduce transportation costs, increase efficiency in processing times, and free recruiters to focus on the core of the recruiting mission.</text></section></subtitle>

<subtitle id="H722B8D6F41744F95B5F03639340865BE"><enum>D</enum><header>Military Justice</header>

<section id="H54EE3138FC1E412088C9CB730E4B0DFC"><enum>531.</enum><header>Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice</header>

<subsection id="H6204450DE45243A7A1AB866C75C91913"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subsection (a) of section 830a of title 10, United States Code (article 30a of the Uniform Code of Military Justice), is amended by striking paragraphs (1) and (2) and inserting the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="HF4DA6FC958814730A0FDCE78CD7B791C" style="OLC">

<paragraph id="H543860D5BA5F46EAA537CC20C649F6DC" indent="up1"><enum>(1)</enum><text>The President shall prescribe regulations for matters relating to proceedings conducted before referral of charges and specifications to court-martial for trial, including the following:</text>

<subparagraph id="H2417E248852F417A9C1636F86CBD73E6"><enum>(A)</enum><text>Pre-referral investigative subpoenas.</text></subparagraph>

<subparagraph id="H65033F4FB5094BD18CEDC2364784C847"><enum>(B)</enum><text>Pre-referral warrants or orders for electronic communications.</text></subparagraph>

<subparagraph id="H7558398A49D14DB6A9DF102F873EA26C"><enum>(C)</enum><text>Pre-referral matters referred by an appellate court.</text></subparagraph>

<subparagraph id="H1B43DD10592042F8892FC32DF1BD5CD2"><enum>(D)</enum><text>Pre-referral matters under subsection (c) or (e) of section 806b of this title (article 6b).</text></subparagraph>

<subparagraph id="H09D69BAA69FE41B1951CDE9E9F1A8AEF"><enum>(E)</enum><text>Pre-referral matters relating to the following:</text>

```
<clause id="H2625EE86C9D445D7814C15F4D64B89B7"><enum>(i)</enum><text>Pre-trial
confinement of an accused.</text></clause>

<clause id="HE57453C427D043AE95EA2D018C4BCC55"><enum>(ii)</enum><text>The mental
capacity or mental responsibility of an accused.</text></clause>

<clause id="H92592528CB94444EBEB924F82ED1D192"><enum>(iii)</enum><text>A request for an
individual military counsel.</text></clause></subparagraph></paragraph>

<paragraph id="H62A775EE29314DED8BAB21C2310E982C" indent="up1"><enum>(2)</enum><text>In
addition to the matters specified in paragraph (1), the regulations prescribed under
that paragraph shallâ€"</text>

<subparagraph id="H4F115346D21541E7A64E83FDB2564733"><enum>(A)</enum><text>set forth
the matters that a military judge may rule upon in such
proceedings;</text></subparagraph>

<subparagraph id="H6F0CEA6D587E4E38A1E73720069AC618"><enum>(B)</enum><text>include
procedures for the review of such rulings;</text></subparagraph>

<subparagraph id="HDCC6EC7EB5C44A34B6A24F265427F90D"><enum>(C)</enum><text>include
appropriate limitations to ensure that proceedings under this section extend only to
matters that would be subject to consideration by a military judge in a general or
special court-martial; and</text></subparagraph>

<subparagraph id="HD6D968220B914215BCE64EE8388F7A03"><enum>(D)</enum><text>provide such
limitations on the relief that may be ordered under this section as the President
considers appropriate.</text></subparagraph></paragraph><after-quoted-block>.</after-
quoted-block></quoted-block></subsection>

<subsection id="H6061A85BB57A4C229F85DA9602C9861E"><enum>(b)</enum><header>Conforming
and clerical amendments</header>

<paragraph id="HE24E9021F18A4466AC5352CCB424AE1D"><enum>(1)</enum><header>Heading
amendment</header><text>The heading of such section is amended to read as
follows:</text>

<quoted-block display-inline="no-display-inline" id="H3D32CF991759495E82B86F4014BD2C47"
style="USC">

<section id="H19745E04DB784CF58CBB047FFEA3274A"><enum>830a. Art
30a.</enum><header>Proceedings conducted before referral</header></section><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HECA1C99F8AAE461F9ECC8DF375F35373"><enum>(2)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of subchapter VI of
chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), is
amended by striking the item relating to section 830a (article 30a) and inserting the
following new item:</text>

<quoted-block id="HD44D1E77EF2D4499B17CC7C3E640045E" style="USC">

<toc>

<toc-entry idref="H19745E04DB784CF58CBB047FFEA3274A" level="section">830a. 30a.
Proceedings conducted before referral.</toc-entry></toc><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph></subsection></section>

<section id="H63D1B9A685A9447C969332E934C3636B" section-type="subsequent-
section"><enum>532.</enum><header>Command influence</header>

<subsection id="H9A62549CC5D04A27B57AB0DA25124A4E"><enum>(a)</enum><header>In
general</header><text>Section 837 of title 10, United States Code (article 37 of the
Uniform Code of Military Justice), is amendedâ€"</text>

<paragraph id="HC7A4DADDEE334AE8BC72593BD2CA1EA8"><enum>(1)</enum><text display-
inline="yes-display-inline">by striking <quote><header-in-text level="section"
style="USC">Unlawfully influencing action of court</header-in-text></quote> and
inserting <quote><header-in-text level="section" style="USC">Command influence</header-
in-text></quote>;</text></paragraph>

<paragraph id="H64097ACBB54441BC8073253B521D44B1"><enum>(2)</enum><text>by amending
```

subsection (a) to read as follows:</text>

<quoted-block style="USC" id="H80F530F0D7A34E5EBCC3EC4D0DAE24DF" display-inline="no-display-inline">

<subsection id="H83244B4D1FEF429BA2F53B7A8CE0FA85"><enum>(a)</enum>

<paragraph id="H42754E5452764D9BB28E6D8DF82F2928" display-inline="yes-display-inline"><enum>(1)</enum><text>No court-martial convening authority, nor any other commanding officer, may censure, reprimand, or admonish the court or any member, military judge, or counsel thereof, with respect to the findings or sentence adjudged by the court, or with respect to any other exercise of its or his functions in the conduct of the proceeding.</text></paragraph>

<paragraph id="HF363B3FCA69947D498B0780F49DF2CD9" indent="up1"><enum>(2)</enum><text>No court-martial convening authority, nor any other commanding officer, may deter or attempt to deter a potential witness from participating in the investigatory process or testifying at a court-martial. The denial of a request to travel at government expense or refusal to make a witness available shall not by itself constitute unlawful command influence.</text></paragraph>

<paragraph id="H01BDB8EF1BF149C381D127DBB0F14342" indent="up1"><enum>(3)</enum><text>No person subject to this chapter may attempt to coerce or, by any unauthorized means, attempt to influence the action of a court-martial or any other military tribunal or any member thereof, in reaching the findings or sentence in any case, or the action of any convening, approving, or reviewing authority or preliminary hearing officer with respect to such acts taken pursuant to this chapter as prescribed by the President.</text></paragraph>

<paragraph id="H4B091C3BE3D648A38D1F14C9F3DFCC64" display-inline="no-display-inline" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">Conduct that does not constitute a violation of paragraphs (1) through (3) may include, for exampleâ€"</text>

<subparagraph id="H035E99848BB74F98A87B0D1BB4886AF9" display-inline="no-display-inline"><enum>(A)</enum><text>general instructional or informational courses in military justice if such courses are designed solely for the purpose of instructing persons on the substantive and procedural aspects of courts-martial;</text></subparagraph>

<subparagraph id="H351FFDDA329F43A795E2488073BC036B"><enum>(B)</enum><text>statements regarding criminal activity or a particular criminal offense that do not advocate a particular disposition, or a particular court-martial finding or sentence, or do not relate to a particular accused; or</text></subparagraph>

<subparagraph id="H540BB72C034F4AC4B4461CF9D70D601E"><enum>(C)</enum><text display-inline="yes-display-inline">statements and instructions given in open court by the military judge or counsel.</text></subparagraph></paragraph>

<paragraph id="H3D3F1AFEC9954B7793016B7C052BB802" indent="up1"><enum>(5)</enum></enum>

<subparagraph id="H1A1668F5876D4F7497F0875267B7B90B" display-inline="yes-display-inline"><enum>(A)</enum><text>Notwithstanding paragraphs (1) through (3), but subject to subparagraph (B)â€"</text>

<clause id="HE21D74A6970A4CD3A511EAA83648B51A" indent="up1"><enum>(i)</enum><text>a superior convening authority or officer may generally discuss matters to consider regarding the disposition of alleged violations of this chapter with a subordinate convening authority or officer; and</text></clause>

<clause id="HB36BBBC34AC946CEA7E285BADB89902D" indent="up1"><enum>(ii)</enum><text>a subordinate convening authority or officer may seek advice from a superior convening authority or officer regarding the disposition of an alleged offense under this chapter.</text></clause></subparagraph>

<subparagraph id="H5991DFD3FA7D4B9787728FA48E585B92" indent="up1"><enum>(B)</enum><text>No superior convening authority or officer may direct a subordinate convening authority or officer to make a particular disposition in a specific case or otherwise substitute the discretion of such authority or such officer for that of the subordinate convening authority or officer.</text></subparagraph></paragraph></subsection><after-quoted-block>;</after-

```
quoted-block></quoted-block></paragraph>

<paragraph id="H484DED3D300F4D8F9AF02AB6EF65F733"><enum>(3)</enum><text>in subsection
(b)â€"</text>

<subparagraph id="H31CE12A754FC46529A02BF96BE6F9F86"><enum>(A)</enum><text>by striking
<quote>advanced, in grade</quote> and inserting <quote>advanced in grade</quote>;
and</text></subparagraph>

<subparagraph id="H98008A8821C84620AA35F1050BA704CD"><enum>(B)</enum><text>by striking
<quote>accused before a court-martial</quote> and inserting <quote>person in a court-
martial proceeding</quote>; and</text></subparagraph></paragraph>

<paragraph id="HF08F001389324D4F93DBE273B46EE7F3"><enum>(4)</enum><text>by adding at
the end the following new subsections:</text>

<quoted-block style="USC" id="H4A195DAC48314411B7FA7682F74A9DBB" display-inline="no-
display-inline">

<subsection id="HA2A061FF61074406BDE70391785E8B85"><enum>(c)</enum><text>No finding or
sentence of a court-martial may be held incorrect on the ground of a violation of this
section unless the violation materially prejudices the substantial rights of the
accused.</text></subsection>

<subsection id="HE3818A72B8684D3BB9EA2C2CEB02B423"><enum>(d)</enum>

<paragraph id="H5B96F8577E054694A03A372D36EDDD65" display-inline="yes-display-
inline"><enum>(1)</enum><text>A superior convening authority or commanding officer may
withhold the authority of a subordinate convening authority or officer to dispose of
offenses in individual cases, types of cases, or generally.</text></paragraph>

<paragraph id="H2409CC2D9B754E2CAC0B5F3FA05D83CB"
indent="up1"><enum>(2)</enum><text>Except as provided in paragraph (1) or as otherwise
authorized by this chapter, a superior convening authority or commanding officer may
not limit the discretion of a subordinate convening authority or officer to act with
respect to a case for which the subordinate convening authority or officer has
authority to dispose of the offenses.</text></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H9EA47ED66F9A450EAF3AA0392BCBA1F3"><enum>(b)</enum><header>Clerical
amendment</header><text display-inline="yes-display-inline">The table of sections at
the beginning subchapter VII of chapter 47 of title 10, United States Code (the Uniform
Code of Military Justice), is amended by striking the item relating to section 837
(article 37) and inserting the following new item:</text>

<quoted-block style="USC" id="HF8847D64E96E40E08D56480113AA36FE" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">837. Art. 37. Command influence.</toc-entry></toc><after-
quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HCCFC1DB9F4134BA6BD56C45FEC30678A"><enum>(c)</enum><header>Effective
date</header><text>The amendments made by subsections (a) and (b) shall take effect on
the date of the enactment of this Act and shall apply with respect to violations of
section 837 of title 10, United States Code (article 37 of the Uniform Code of Military
Justice), committed on or after such date.</text></subsection></section>

<section id="HA108BEF74F6841838B98629248E20134" section-type="subsequent-
section"><enum>533.</enum><header>Statute of limitations for certain offenses</header>

<subsection id="H3B30C042F5954487A23F86C90AEB6B5B"><enum>(a)</enum><header>In
general</header><text>Section 843 of title 10, United States Code (article 43 of the
Uniform Code of Military Justice), is amendedâ€"</text>

<paragraph id="H5769E3BB463240218A3E076B4DB5C7AA"><enum>(1)</enum><text>in subsection
(a), by inserting <quote>maiming of a child, kidnapping of a child,</quote> after
<quote>sexual assault of a child,</quote> and</text></paragraph>

<paragraph id="H3D36836B31E84FA0B7A1A8322CD320B2"><enum>(2)</enum><text>in subsection
(b)(2)(B)â€"</text>
```

```
<subparagraph id="HD987EE01C0764DA3A8A5B16AA8CFE5F1"><enum>(A)</enum><text>by striking
clauses (ii) and (iv); and</text></subparagraph>

<subparagraph id="H0BA7CDC468AE4E9F963F063FCBA9A033"><enum>(B)</enum><text>by
redesignating clause (iii) as clause
(ii).</text></subparagraph></paragraph></subsection>

<subsection id="HCB3B367CB6BA4E228C34C91A85AEBBEE"><enum>(b)</enum><header>Effective
date</header><text>The amendments made by subsection (a) shall take effect on the date
of the enactment of this Act and shall apply with respect to the prosecution of
offenses committed before, on, or after the date of the enactment of this Act if the
applicable limitation period has not yet expired.</text></subsection></section>

<section id="H18D4C08B36B4482496C3110137F13448"><enum>534.</enum><header>Public access
to dockets, filings, and court records of courts-martial or other records of trial of
the military justice system</header>

<subsection id="H05A95B55C8C54C0EBFD119D3A309AB8B"><enum>(a)</enum><header>In
general</header><text>Section 940a of title 10, United States Code (article 140a of the
Uniform Code of Military Justice), is amendedâ€"</text>

<paragraph id="HD5ABD8360903414AAF6FEA46E026DFF6"><enum>(1)</enum><text>by striking
<quote>The Secretary of Defense</quote> and inserting <quote>(a) <header-in-text
level="subsection" style="OLC">In general</header-in-text>.â€"The Secretary of Defense,
in consultation with the Secretary of Homeland Security,</quote>;</text></paragraph>

<paragraph id="HA5FC47F41CAD4950850328C4B1A66047"><enum>(2)</enum><text>in subsection
(a), as designated by paragraph (1)â€"</text>

<subparagraph id="H3622189F3D514292BAC4F5AA4DB9CA0C"><enum>(A)</enum><text>in the
matter preceding paragraph (1), by inserting <quote>(including with respect to the
Coast Guard)</quote> after <quote>military justice system</quote>;
and</text></subparagraph>

<subparagraph id="H4CD4663B0BC24775AE021ACB250F7DE6"><enum>(B)</enum><text>in paragraph
(4), by inserting <quote>public</quote> before <quote>access to docket
information</quote>; and</text></subparagraph></paragraph>

<paragraph id="HF0A4FC231773475194BEF1B9C0AF3EB3"><enum>(3)</enum><text>by adding at
the end the following new subsections:</text>

<quoted-block display-inline="no-display-inline" id="H5DE350CB8FB847B896B1F9A8EB5F7C44"
style="OLC">

<subsection id="HC7360A8853864137A0F71FF5B5F7A211"><enum>(b)</enum><header>Protection
of certain personally identifiable information</header><text>Records of trial, docket
information, filings, and other records made publicly accessible in accordance with the
uniform standards and criteria for conduct established by the Secretary under
subsection (a) shall restrict access to personally identifiable information of minors
and victims of crime (including victims of sexual assault and domestic violence), as
practicable to the extent such information is restricted in electronic filing systems
of Federal and State courts.</text></subsection>

<subsection
id="H58B90036C564422C8F6A53A8B3196FC8"><enum>(c)</enum><header>Inapplicability to
certain dockets and records</header><text>Nothing in this section shall be construed to
provide public access to docket information, filings, or records that are classified,
subject to a judicial protective order, or ordered sealed.</text></subsection><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H75F5ABD6E6BC4D299B713EE1429943F5"><enum>(b)</enum><header>Existing
standards and criteria</header><text>The Secretary of Homeland Security shall apply to
the Coast Guard the standards and criteria for conduct established by the Secretary of
Defense under section 940a of title 10, United States Code (article 140a of the Uniform
Code of Military Justice), as in effect on the day before the date of the enactment of
this Act, until such time as the Secretary of Defense, in consultation with the
Secretary of Homeland Security, prescribes revised standards and criteria for conduct
under such section that implement the amendments made by subsection (a) of this
section.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
```

id="H95E18E215FD34B1FA1C0AF87B5316FA3" section-type="subsequent-section"><enum>535.</enum><header display-inline="yes-display-inline">Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces</header><text display-inline="no-display-inline">Section 546(f)(1) of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (10 U.S.C. 1561 note) is amended by striking <quote>five</quote> and inserting <quote>10</quote>.</text></section>

<section id="HC20248B15A82430699D1718EE69EF6B3"><enum>536.</enum><header>Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings</header><text display-inline="no-display-inline">Section 586 of the National Defense Authorization Act for Fiscal Year 2012 (10 U.S.C. 1561 note) is amendedâ€"</text>

<paragraph id="H48753EF7769F4C2A8316582CCBA11BBE"><enum>(1)</enum><text>by redesignating subsection (f) as subsection (e);</text></paragraph>

<paragraph id="HF10924A3A5B543FB99F9E060D64D43A0"><enum>(2)</enum><text>in subsection (e), as so redesignated, in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">in unrestricted reporting cases</header-in-text></quote> after <quote><header-in-text level="subsection" style="OLC">proceedings</header-in-text></quote>; and</text></paragraph>

<paragraph id="H457C45834F6545BDBBCA51CE5D570BB3"><enum>(3)</enum><text>by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H59F733143D1B47CAA783094D607BD701" style="OLC">

<subsection id="H0D57ED8E5B2F468E9BD2D913C1737127"><enum>(f)</enum><header>Return of personal property in restricted reporting cases</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H634123B45082478E9117188CA887063B"><enum>(1)</enum><text>The Secretary of Defense shall prescribe procedures under which a victim who files a restricted report on an incident of sexual assault may request, at any time, the return of any personal property of the victim obtained as part of the sexual assault forensic examination.</text></paragraph>

<paragraph id="H334AFFB072344EC5A39562C7AE94A87E" indent="up1"><enum>(2)</enum><text>The procedures shall ensure thatâ€"</text>

<subparagraph id="H43AE621C6E444FB794FFF9580E0A8DC7"><enum>(A)</enum><text>a request of a victim under paragraph (1) may be made on a confidential basis and without affecting the restricted nature of the restricted report; and</text></subparagraph>

<subparagraph id="H515E5E34177B4BD8958F5F60543DC3FF"><enum>(B)</enum><text>at the time of the filing of the restricted report, a Sexual Assault Response Coordinator or Sexual Assault Prevention and Response Victim Advocateâ€"</text>

<clause id="HB07C839F88BB4FA7A83C116E1EB24B76"><enum>(i)</enum><text>informs the victim that the victim may request the return of personal property as described in paragraph (1); and</text></clause>

<clause id="HF4AC59C0F46349A3ACA276328281FE63"><enum>(ii)</enum><text>advises the victim that such a request for the return of personal property may negatively impact a subsequent case adjudication, if the victim later decides to convert the restricted report to an unrestricted report.</text></clause></subparagraph></paragraph>

<paragraph id="HD1258302407A4B4B9359863C7242204D" indent="up1"><enum>(3)</enum><text>Except with respect to personal property returned to a victim under this subsection, nothing in this subsection shall affect the requirement to retain a sexual assault forensic examination (SAFE) kit for the period specified in subsection (c)(4)(A).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H0D5F3FB3310C4EAFAAF6B402851153F6" section-type="subsequent-section"><enum>537.</enum><header>Guidelines on sentences for offenses committed under the Uniform Code of Military Justice</header>

<subsection id="HACE30DA86F1444AE9B894B14D632FCD6"><enum>(a)</enum><header>Development

of guidelines</header><text display-inline="yes-display-inline">Not later than the date specified in subsection (d), the Secretary of Defense shall develop nonbinding guidelines on sentences for offenses under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice). The guidelines shall provide the sentencing authority with a suggested range of punishments, including suggested ranges of confinement, that will generally be appropriate for a violation of each offense under such chapter.</text></subsection>

<subsection id="H6508DECEA1974E57826F55EDC183D25C"><enum>(b)</enum><header>Sentencing data</header><text display-inline="yes-display-inline">In developing the guidelines for sentences under subsection (a), the Secretary of Defense shall take into account the sentencing data collected by the Military Justice Review Panel pursuant to section 946(f)(2) of title 10, United States Code (article 146(f)(2) of the Uniform Code of Military Justice).</text></subsection>

<subsection id="H90CA74A6686946B38B9DEEE56AE77EEB"><enum>(c)</enum><header>Submittal to Congress</header><text display-inline="yes-display-inline">Not later than the date specified in subsection (d), the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives—"</text>

<paragraph id="H2A616CC03AB94838BE74440FA9DC06D5"><enum>(1)</enum><text>the guidelines for sentences developed under subsection (a); and</text></paragraph>

<paragraph id="HCBFCAB547BF347B8B60E3C26D225C22F"><enum>(2)</enum><text>an assessment of the feasibility and advisability of implementing such guidelines in panel sentencing cases.</text></paragraph></subsection>

<subsection id="HA6B8BB6118B1405FA8F53061E7824AD6"><enum>(d)</enum><header>Date specified</header><text display-inline="yes-display-inline">The date specified in this subsection is the date that is not later than one year after the date on the which the first report of the Military Justice Review Panel is submitted to the Committees on Armed Services of the Senate and the House of Representatives pursuant to section 946(f)(5) of title 10, United States Code (article 146(f)(5) of the Uniform Code of Military Justice).</text></subsection></section>

<section id="H4C9620E9B0194B24868081F7E44774B7"><enum>538.</enum><header>Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault</header>

<subsection id="H8E1C7673471E46B6B73EA601B2F21EBD"><enum>(a)</enum><header>Notification to victims of events in military justice process</header>

<paragraph id="HC35A3BBF86D84831BF7D306A49D3A4C6"><enum>(1)</enum><header>Notification required</header><text>A member of the Armed Forces who is the victim of an alleged sexual assault by another member of the Armed Forces shall receive notification of each significant event in the military justice process that relates to the investigation, prosecution, and confinement of such other member for such assault.</text></paragraph>

<paragraph id="H83ACD2CCA6AE4AD7B9C6F240275538AD"><enum>(2)</enum><header>Documentation</header><text>Appropriate documentation of each notification made pursuant to paragraph (1) shall be created and maintained in an appropriate system of records of the military department concerned.</text></paragraph></subsection>

<subsection id="HC5834E36C1EF45C393C85F33EFFD0C96"><enum>(b)</enum><header>Documentation of victim—"s preference for prosecution jurisdiction</header><text display-inline="yes-display-inline">In the case of a member of the Armed Forces who is the victim of an alleged sexual assault committed by another member of the Armed Forces who is subject to prosecution for such offense both by court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), and by a civilian court under Federal or State law, appropriate documentation of the preference, if any, of such victim for prosecution of such offense by court-martial or by a civilian court as provided for by Rule for Courts-Martial 306(e) (as set forth in the Manual for Courts-Martial, 2019 edition, or any successor rule), shall be created and maintained in an appropriate system of records of the military department concerned.</text></subsection>

<subsection id="H67A6817798434F109A37D68E6A2BF6A2"><enum>(c)</enum><header>Regulations</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of

Defense shall prescribe regulations implementing this
section.</text></section>

<section id="H5C6DC13609B9495CA3B1D72D5FCA61C6"><enum>539.</enum><header>Increase in
number of digital forensic examiners for certain military criminal investigative
organizations</header>

<subsection id="H73FFE9CD86A34DBAA5F9A2B1BBB152E4"><enum>(a)</enum><header>In
general</header><text>Each Secretary of a military department shall take appropriate
actions to increase the number of digital forensic examiners in each military criminal
investigative organization specified in subsection (b) under the jurisdiction of such
Secretary by not fewer than 10 from the authorized number of such examiners for such
organization as of September 30, 2019.</text></subsection>

<subsection id="HF9227F69853B40FB838DC5050A2A0921"><enum>(b)</enum><header>Military
criminal investigative organizations</header><text>The military criminal investigative
organizations specified in this subsection are the following:</text>

<paragraph id="HD5A8C8010AEA4D33BAAB46394863FB9B"><enum>(1)</enum><text>The Army
Criminal Investigation Command.</text></paragraph>

<paragraph id="H0ADD1BBC2199433C8E439B1FCC9943D9"><enum>(2)</enum><text>The Naval
Criminal Investigative Service.</text></paragraph>

<paragraph id="HD250874549CB442F8C1F13BCE5D44F0D"><enum>(3)</enum><text>The Air Force
Office of Special Investigations.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCD6F96FDE57B469AB106189C1E6273C8"><enum>(c)</enum><header display-inline="yes-
display-inline">Funding</header><text display-inline="yes-display-inline">Funds for
additional digital forensic examiners as required by subsection (a) for fiscal year
2020, including for compensation, initial training, and equipment, shall be derived
from amounts authorized to be appropriated for that fiscal year for the Armed Force
concerned for operation and maintenance.</text></subsection></section>

<section id="H7ADD90D57FAB4FC888A0395785E1F0E0" section-type="subsequent-
section"><enum>540.</enum><header>Increase in investigative personnel and Victim
Witness Assistance Program liaisons</header>

<subsection id="H0A0C019CF1EF4F498EE1A8084ECBBB55"><enum>(a)</enum><header>Military
criminal investigative services</header><text display-inline="yes-display-inline">Not
later than one year after the date of the enactment of this Act, the Secretary of each
military department shall increase the number of personnel assigned to the military
criminal investigative services of the department with the goal of ensuring, to the
extent practicable, that the investigation of any sex-related offense is completed not
later than six months after the date on which the investigation is initiated. An
investigation shall be considered completed for purposes of the preceding sentence when
the active phase of the investigation is sufficiently complete to enable the
appropriate authority to reach a decision with respect to the disposition of charges
for the sex-related offense.</text></subsection>

<subsection id="HA55173D6067B488189322A469C438CFC"><enum>(b)</enum><header> Victim
Witness Assistance Program liaisons</header><text display-inline="yes-display-
inline">Not later than one year after the date of the enactment of this Act, the
Secretary of each military department shall increase the number of personnel serving as
Victim Witness Assistance Program liaisons to address personnel shortages in the Victim
Witness Assistance Program.</text></subsection>

<subsection id="HA14B49588CC54B3FBBA8AB4F897315C2"><enum>(c)</enum><header>Rule of
construction</header><text display-inline="yes-display-inline">Nothing in this section
shall be construed to create any right or benefit, substantive or procedural,
enforceable at law or in equity by any party against the United States, its
departments, agencies, or entities, its officers, employees, or agents, or any other
person.</text></subsection></section>

<section id="H97063B3E338C4DE182CD812C7832D949" section-type="subsequent-
section"><enum>540A.</enum><header>Training for sexual assault initial disposition
authorities on exercise of disposition authority for sexual assault and collateral
offenses</header>

<subsection id="H46ABDB5983014280B237E4BA6F9E6E62"><enum>(a)</enum><header>In

general</header><text display-inline="yes-display-inline">The training for sexual assault initial disposition authorities on the exercise of disposition authority under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), shall include comprehensive training on the exercise of disposition authority with respect to cases for which disposition authority is withheld to such authorities pursuant to the memorandum described in subsection (b) for the purpose of promoting confidence and trust in the military justice process with respect to such cases.</text></subsection>

<subsection id="H0130CDD00BAC4B4FA8E321B51D4F6946"><enum>(b)</enum><header>Memorandum described</header><text>The memorandum described in this subsection is the memorandum of the Secretary of Defense titled <quote>Withholding Initial Disposition Authority Under the Uniform Code of Military Justice in Certain Sexual Assault Cases</quote> and dated April 20, 2012, or any successor memorandum.</text></subsection></section>

<section id="H00B9C359B7544CF0921855B55ADF1D5F"><enum>540B.</enum><header>Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault</header>

<subsection id="H0AAB75DDD1CB4CC38797936BAE444544"><enum>(a)</enum><header>In general</header><text>The training provided commanders in the Armed Forces shall include comprehensive training on the role of commanders in all stages of military justice in connection with sexual assaults by members of the Armed Forces.</text></subsection>

<subsection id="HDF84014281074CA7BB00F4603BAC505F"><enum>(b)</enum><header>Elements To be covered</header><text>The training provided pursuant to subsection (a) shall include training on the following:</text>

<paragraph id="H9BCA5C79C86749CCB869FAA699F81F3C"><enum>(1)</enum><text>The role of commanders in each stage of the military justice process in connection with sexual assault committed by a member of the Armed Forces, including investigation and prosecution.</text></paragraph>

<paragraph id="H28550B1AB1C1450CA3178FE23A4481A2"><enum>(2)</enum><text>The role of commanders in assuring that victims of sexual assault described in paragraph (1) are informed of, and have the opportunity to obtain, assistance available for victims of sexual assault by law.</text></paragraph>

<paragraph id="H9060F576630049DD88FBD91A6317CE43"><enum>(3)</enum><text>The role of commanders in assuring that victims of sexual assault described in paragraph (1) are afforded the rights and protections available to victims by law.</text></paragraph>

<paragraph id="H24A56DE57CA242A38B709895017E70A5"><enum>(4)</enum><text>The role of commanders in preventing retaliation against victims, their family members, witnesses, first responders, and bystanders for their their complaints, statements, testimony, and status in connection with sexual assault described in paragraph (1), including the role of commanders in ensuring that subordinates in the command are aware of their responsibilities in preventing such retaliation.</text></paragraph>

<paragraph id="H40F48A98E6E846E693A031F8094A6598"><enum>(5)</enum><text>The role of commanders in establishing and maintaining a healthy command climate in connection with reporting on sexual assault described in paragraph (1), and in the response of the commander, subordinates in the command, and other personnel in the command to such sexual assault, such reporting, and the military justice process in connection with such sexual assault.</text></paragraph>

<paragraph id="H9DE9787B013D482096F8BDBE0725029C"><enum>(6)</enum><text>Any other matters on the role of commanders in connection with sexual assault described in paragraph (1) that the Secretary of Defense considers appropriate for purposes of this section.</text></paragraph></subsection>

<subsection id="H565D17ACDE4447DAB4C9D816743D6FE0"><enum>(c)</enum><header>Incorporation of best practices</header>

<paragraph id="H00EC282599B34581AA79150AD6D3D2F0"><enum>(1)</enum><header>In general</header><text>The training provided pursuant to subsection (a) shall incorporate best practices on all matters covered by the training.</text></paragraph>

<paragraph

WASHSTATEC014795

id="HF6CA65044B0F4FDCBCF6EB50BD4CC809"><enum>(2)</enum><header>Identification of best practices</header><text>The Secretaries of the military departments shall, acting through the training and doctrine commands of the Armed Forces, undertake from time to time surveys and other reviews of the matters covered by the training provided pursuant to subsection (a) in order to identify and incorporate into such training the most current practicable best practices on such matters.</text></paragraph></subsection>

<subsection id="HB388D9EC7ECD47EEAD088D3C399A0BDB"><enum>(d)</enum><header>Uniformity</header><text>The Secretary of Defense shall ensure that the training provided pursuant to subsection (a) is, to the extent practicable, uniform across the Armed Forces.</text></subsection></section>

<section id="HD3C2B019B1C145D3AC791821DDFA16F5"><enum>540C.</enum><header>Timely disposition of nonprosecutable sex-related offenses</header>

<subsection id="H319DD76E660F4098BFDBE05C94B03E23"><enum>(a)</enum><header>Policy required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop and implement a policy to ensure the timely disposition of nonprosecutable sex-related offenses.</text></subsection>

<subsection id="HCD406601DABD41EA828B4B8F1B5C1C4C"><enum>(b)</enum><header>Nonprosecutable sex-related offense defined</header><text display-inline="yes-display-inline">In this section, the term <term>nonprosecutable sex-related offense</term> means an alleged sex-related offense (as that term is defined in section 1044e(g) of title 10, United States Code) that a court-martial convening authority has declined to refer for trial by a general or special court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), due to a determination that there is insufficient evidence to support prosecution of the sex-related offense.</text></subsection></section>

<section id="H0A9F25318B6B487B862FA6B7B4BBC435"><enum>540D.</enum><header>Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces</header>

<subsection id="H1A64ED0889D04F41BD104F09990A3B9B"><enum>(a)</enum><header>Policy required</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop and issue a comprehensive policy for the Department of Defense to reinvigorate the prevention of sexual assault involving members of the Armed Forces.</text></subsection>

<subsection id="HCD3EAA8D9C76464C8C6E681D59C9DF7B"><enum>(b)</enum><header>Policy elements</header>

<paragraph id="H50C867BF2BD34F7BA393169255BE15DC"><enum>(1)</enum><header>In general</header><text>The policy required by subsection (a) shall include the following:</text>

<subparagraph id="H81864BF711D048DCB5C23744A64370D7"><enum>(A)</enum><text>Education and training for members of the Armed Forces on the prevention of sexual assault.</text></subparagraph>

<subparagraph id="H79686C60931C4B63B24247BF4C311932"><enum>(B)</enum><text>Elements for programs designed to encourage and promote healthy relationships among members of the Armed Forces.</text></subparagraph>

<subparagraph id="H7757A6F407F2480C881F2918A0EA0F27"><enum>(C)</enum><text>Elements for programs designed to empower and enhance the role of non-commissioned officers in the prevention of sexual assault.</text></subparagraph>

<subparagraph id="H4245594E799844A38B8F0D2073A7D8A5"><enum>(D)</enum><text>Elements for programs to foster social courage among members of the Armed Forces to encourage and promote intervention in situations in order to prevent sexual assault.</text></subparagraph>

<subparagraph id="HEF32FA4C566A4600973A7D71C8FAF9C9"><enum>(E)</enum><text>Processes and mechanisms designed to address behaviors among members of the Armed Forces that are included in the continuum of harm that frequently results in sexual assault.</text></subparagraph>

<subparagraph id="H8A31177CEE4941538BE20AE87B4BFBE4"><enum>(F)</enum><text>Elements for programs designed to address alcohol abuse, including binge drinking, among members of the Armed Forces.</text></subparagraph>

<subparagraph id="H64F0188A9CCC40D59F95D96838174A1F"><enum>(G)</enum><text>Such other elements, processes, mechanisms, and other matters as the Secretary of Defense considers appropriate.</text></subparagraph></paragraph>

<paragraph id="H25CEBE93F8CD415486BB25E936B37AB6"><enum>(2)</enum><header>Continuum of harm resulting in sexual assault</header><text>For purposes of paragraph (1)(E), the continuum of harm that frequently results in sexual assault includes hazing, sexual harassment, and related behaviors (including language choices, off-hand statements, jokes, and unconscious attitudes or biases) that create a permissive climate for sexual assault.</text></paragraph></subsection>

<subsection id="H81E4247AF2134D3BB4374667F152094C"><enum>(c)</enum><header>Programs required</header><text>Not later than 180 days after the issuance of the policy required by subsection (a), each Secretary of a military department shall develop and implement for each Armed Force under the jurisdiction of such Secretary a program to reinvigorate the prevention of sexual assaults involving members of the Armed Forces. Each program shall include the elements, processes, mechanisms, and other matters developed by the Secretary of Defense pursuant to subsection (a) tailored to the requirements and circumstances of the Armed Force or Armed Forces concerned.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H9B8754619A434D22A6DDA0E8C26477CA" section-type="subsequent-section"><enum>540E.</enum><header display-inline="yes-display-inline">Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing such recommendations as the Secretary considers appropriate with respect to the establishment of a separate punitive article in chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), on sexual harassment.</text></section>

<section id="H58D6BEAB95524C23AF149C2A20971FAB"><enum>540F.</enum><header>Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice</header>

<subsection id="HE79B5A44E57F4886824D9CD57AAA4324"><enum>(a)</enum><header>Report required</header>

<paragraph id="H2BE03CFBF038487DAFC872FF2D51A384"><enum>(1)</enum><header>In general</header><text>Not later than 300 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the results of a study, conducted for purposes of the report, on the feasibility and advisability of an alternative military justice system in which determinations as to whether to prefer or refer charges for trial by court-martial for any offense specified in paragraph (2) is made by a judge advocate in grade O€"6 or higher who has significant experience in criminal litigation and is outside of the chain of command of the member subject to the charges rather than by a commanding officer of the member who is in the chain of command of the member.</text></paragraph>

<paragraph id="HBEF18508EE0948FA90D4FD94C80C64E5"><enum>(2)</enum><header>Specified offense</header><text>An offense specified in this paragraph is any offense under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), for which the maximum punishment authorized includes confinement for more than one year.</text></paragraph></subsection>

<subsection id="HFCBE3516A6F14422BDC96F823B8F1A2F"><enum>(b)</enum><header>Elements</header><text>The study required for purposes of the report under subsection (a) shall address the following:</text>

<paragraph id="H9593186E11084649884B4A444C43D89A"><enum>(1)</enum><text>Relevant procedural, legal, and policy implications and considerations of the alternative

military justice system described in subsection (a).</text></paragraph>

<paragraph id="H12270709F0834BD8B5DD8D32BDA2AD5F"><enum>(2)</enum><text>An analysis of the following in connection with the implementation and maintenance of the alternative military justice system:</text>

<subparagraph id="H4C826DE102AF41E2B687C771FBF23AC3"><enum>(A)</enum><text>Legal personnel requirements.</text></subparagraph>

<subparagraph id="HF992BC1B13734147966DBD1CD23F2C52"><enum>(B)</enum><text>Changes in force structure.</text></subparagraph>

<subparagraph id="H002F33BAD25B4571BED1BEFC9549EA07"><enum>(C)</enum><text>Amendments to law.</text></subparagraph>

<subparagraph id="HECE3B7B1B5DB4F258C538026D7342825"><enum>(D)</enum><text>Impacts on the timeliness and efficiency of legal processes and court-martial adjudications.</text></subparagraph>

<subparagraph id="H8D61E7DF98F34064B2E0AB1D884E0F49"><enum>(E)</enum><text>Potential legal challenges to the system.</text></subparagraph>

<subparagraph id="H7D589A999347457AA43FAEC8D0FF0508"><enum>(F)</enum><text>Potential changes in prosecution and conviction rates.</text></subparagraph>

<subparagraph id="H214B7D9C6C5C4B80BB7323FE9B56A9AB"><enum>(G)</enum><text>Potential impacts on the preservation of good order and discipline, including the ability of a commander to carry out nonjudicial punishment and other administrative actions.</text></subparagraph>

<subparagraph id="H4D375DB1066547BA9A3EA5D72D5A6332"><enum>(H)</enum><text>Such other considerations as the Secretary considers appropriate.</text></subparagraph></paragraph>

<paragraph id="HBEEAAC08F3444670B315AB3FEF5C1B3A"><enum>(3)</enum><text>A comparative analysis of the military justice systems of relevant foreign allies with the current military justice system of the United States and the alternative military justice system, including whether or not approaches of the military justice systems of such allies to determinations described in subsection (a) are appropriate for the military justice system of the United States.</text></paragraph>

<paragraph id="H7238BC608E6047E69ED577CD060904F1"><enum>(4)</enum><text>An assessment of the feasibility and advisability of conducting a pilot program to assess the feasibility and advisability of the alternative military justice system, and, if the pilot program is determined to be feasible and advisableâ€"</text>

<subparagraph id="H565F10D35D104220AC5F36CC637DEC31"><enum>(A)</enum><text>an analysis of potential legal issues in connection with the pilot program, including potential issues for appeals; and</text></subparagraph>

<subparagraph id="H52009EAC578C466481FF624C8A141D51"><enum>(B)</enum><text>recommendations on the following:</text>

<clause id="H7FF79BE6DD5A40D4AE88C651DF8F658F"><enum>(i)</enum><text>The populations to be subject to the pilot program.</text></clause>

<clause id="HA6CB3BB75C5440018BC428536E969438"><enum>(ii)</enum><text>The duration of the pilot program.</text></clause>

<clause id="HEBEF6EEC0B79424A8C566DB03947C240"><enum>(iii)</enum><text>Metrics to measure the effectiveness of the pilot program.</text></clause>

<clause id="HC1EE1EA35C13412F883602546884C1B8"><enum>(iv)</enum><text>The resources to be used to conduct the pilot program.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H36091769AB5E43C8B759610DDD70D00F"><enum>540G.</enum><header>Report on standardization among the military departments in collection and presentation of information on matters within the military justice system</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the

WASHSTATEC014798

military departments, submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:</text>

<paragraph id="H2188620E71BC40FCACD3B1197EA0B5FE"><enum>(1)</enum><text display-inline="yes-display-inline">A plan for actions to provide for standardization, to the extent practicable, among the military departments in the collection and presentation of information on matters within their military justice systems, including information collected and maintained for purposes of section 940a of title 10, United States Code (article 140a of the Uniform Code of Military Justice), and such other information as the Secretary considers appropriate.</text></paragraph>

<paragraph id="HA2C62A8B352D416ABD54766C37698019"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment of the feasibility and advisability of establishing and maintaining a single, Department of Defense-wide data management system for the standardized collection and presentation of information described in paragraph (1).</text></paragraph></section>

<section id="H136C90EEBFD242418372F5077D07FA06"><enum>540H.</enum><header>Report on expansion of Air Force safe to report policy across the Armed Forces</header>

<subsection id="H8220EE9534A14C21BF3492DB6CAC112A"><enum>(a)</enum><header>Report</header><text>Not late than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth an assessment of the feasibility and advisability of expanding the applicability of the safe to report policy described in subsection (b) so that the policy applies across the Armed Forces.</text></subsection>

<subsection id="H28BB154B4AFE48D1A573C1099C14990F"><enum>(b)</enum><header>Safe to report policy</header><text>The safe to report policy described in this subsection is the policy, currently applicable in the Air Force alone, under which a member of the Armed Forces who is the victim of an alleged sexual assault committed by another member of the Armed Forces, but who may have committed minor collateral misconduct at or about the time of such alleged sexual assault, or whose minor collateral misconduct at or about such time is discovered only as a result of the investigation into such alleged sexual assault, may report such alleged sexual assault to proper authorities without fear or receipt of discipline in connection with such minor collateral misconduct.</text></subsection></section>

<section id="H29D6A7AADD4A4842A6F898D7A041C162"><enum>540I.</enum><header>Assessment of racial, ethnic, and gender disparities in the military justice system</header>

<subsection id="H6D4C6CA0109746C49ED3C77140078AE3"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide for the carrying out of the activities described in subsections (b) and (c) in order to improve the ability of the Department of Defense to detect and address racial, ethnic, and gender disparities in the military justice system.</text></subsection>

<subsection id="H4E49BB649DE6434EB59AC8CC0A7D1A53"><enum>(b)</enum><header>Secretary of Defense and related activities</header><text>The activities described in this subsection are the following, to be commenced or carried out (as applicable) by not later than 180 days after the date of the enactment of this Act:</text>

<paragraph id="H48726CF5D19A4664833CC054A7683516"><enum>(1)</enum><text display-inline="yes-display-inline">For each court-martial conducted by an Armed Force after the date of the enactment of this Act, the Secretary of Defense shall require the head of the Armed Force concernedâ€"</text>

<subparagraph id="H30D40218962144BC9444136124EFE9BF"><enum>(A)</enum><text>to record the race, ethnicity, and gender of the victim and the accused, and such other demographic information about the victim and the accused as the Secretary considers appropriate;</text></subparagraph>

<subparagraph id="H0516C5B06C0D45379E28E20E0D68C58C"><enum>(B)</enum><text>to include data based on the information described in subparagraph (A) in the annual military justice reports of the Armed Force.</text></subparagraph></paragraph>

<paragraph id="HA352904804FE4516808614A545CC6295"><enum>(2)</enum><text>The Secretary of Defense, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, shall issue guidance thatâ€"</text>

<subparagraph id="HBD3F23E515B04FECBF9F52EA801FFCCA"><enum>(A)</enum><text>establishes criteria to determine when data indicating possible racial, ethnic, or gender disparities in the military justice process should be further reviewed; and</text></subparagraph>

<subparagraph id="H90C4905286BF41A1B756B384FBADD1D6"><enum>(B)</enum><text>describes how such a review should be conducted.</text></subparagraph></paragraph>

<paragraph id="HF23B2724CAF54D1B9E1944BD8DA84DCF"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, shallâ€"</text>

<subparagraph id="HEF011E6C4AEA492FB3670360438A484F"><enum>(A)</enum><text>conduct an evaluation to identify the causes of any racial, ethnic, or gender disparities identified in the military justice system;</text></subparagraph>

<subparagraph id="H26B3CBF6C7104087B0FCD376D701266B"><enum>(B)</enum><text>take steps to address the causes of any such disparities, as appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="HFAB8BD35E28F48B689A426A2B34D3621"><enum>(c)</enum><header>DACâ€"IPAD activities</header>

<paragraph id="HA48B3F8D1E8E46DFB2738DA3FA4065D8"><enum>(1)</enum><header>In general</header><text>The activities described in this subsection are the following, to be conducted by the independent committee DACâ€"IPAD:</text>

<subparagraph id="H9AB83CAC439F4A24966B41C1CA99B76A"><enum>(A)</enum><text>A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces accused of a penetrative sexual assault offense or contact sexual assault offense in an unrestricted report made pursuant to Department of Defense Instruction 6495.02, including an unrestricted report involving a spouse or intimate partner, in all cases completed in each fiscal year assessed.</text></subparagraph>

<subparagraph id="HFD36C29515834CBF908815CCA07F6B00"><enum>(B)</enum><text>A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces against whom charges were preferred pursuant to Rule for Courts-Martial 307 for a penetrative sexual assault offense or contact sexual assault offense in all cases completed in each fiscal year assessed.</text></subparagraph>

<subparagraph id="H3B15B3F87F2348D88D9CFADCDD28F8F6"><enum>(C)</enum><text>A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces who were convicted of a penetrative sexual assault offense or contact sexual assault offense in all cases completed in each fiscal year assessed.</text></subparagraph></paragraph>

<paragraph id="H2B834C7A294F4ABB80E250416A000153"><enum>(2)</enum><header>Information from Federal agencies</header>

<subparagraph id="H0CD086BBA9BF4C4F9F4535209847CFC2"><enum>(A)</enum><header>In general</header><text>Upon request by the chair of the committee, a department or agency of the Federal Government shall provide information that the committee considers necessary to conduct reviews and assessments required by paragraph (1), including military criminal investigation files, charge sheets, records of trial, and personnel records.</text></subparagraph>

<subparagraph id="H1A290D46F9BF4C7AA156FF0FB9B2722C"><enum>(B)</enum><header>Handling, storage, and return</header><text>The committee shall handle and store all records received and reviewed under this subsection in accordance with applicable privacy laws and Department of Defense policy, and shall return all records so received in a timely manner.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC3052A1FC80B4127BC4621CC6A955895"><enum>(3)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the committee shall submit to the

Secretary of Defense, and to the Committees on Armed Services of the Senate and the House of Representatives, a report setting forth the results of the reviews and assessments required by paragraph (1). The report shall include such recommendations for legislative or administrative action as the committee considers appropriate in light of such results.</text></paragraph>

<paragraph id="H84F2D5846002429AA8AC3F213666CFA0"><enum>(4)</enum><header>Definitions</header><text>In this subsection:</text>

<subparagraph id="HE2055B229AAF4649AF0BF3FD3D11DEEF"><enum>(A)</enum><text>The term <term>independent committee DAC–IPAD</term> means the independent committee established by the Secretary of Defense under section 546 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3374), commonly known as the <quote>DAC-IPAD</quote>.</text></subparagraph>

<subparagraph id="H17F605F765B64F15A628ED9F14E7BF73"><enum>(B)</enum><text>The term <term>case</term> means an unrestricted report of any penetrative sexual assault offense or contact sexual assault offense made against a member of the Armed Forces pursuant to Department of Defense Instruction 6495.02, including any unrestricted report involving a spouses or intimate partner for which an investigation has been opened by a criminal investigative organization.</text></subparagraph>

<subparagraph id="H411092CE14A54EA292477C309C4AAF8E"><enum>(C)</enum><text>The term <term>completed</term>, with respect to a case, means that the case was tried to verdict, dismissed without further action, or dismissed and then resolved by non-judicial or administrative proceedings.</text></subparagraph>

<subparagraph id="H1E6C2A1E516F4900A22F30F016583200"><enum>(D)</enum><text>The term <term>contact sexual assault offense</term> means aggravated sexual contact, abusive sexual contact, wrongful sexual contact, and attempts to commit such offenses under the Uniform Code of Military Justice.</text></subparagraph>

<subparagraph id="HEAC5F70278824515A80415D41566182D"><enum>(E)</enum><text>The term <term>penetrative sexual assault offense</term> means rape, aggravated sexual assault, sexual assault, forcible sodomy, and attempts to commit such offenses under the Uniform Code of Military Justice.</text></subparagraph></paragraph></subsection></section>

<section id="H5EB28F3BC8D14B56A6ECD530CD9FD3C5" section-type="subsequent-section"><enum>540J.</enum><header>Pilot programs on defense investigators in the military justice system</header>

<subsection id="H1DC831698CC64ECC9726FA8CEC98E4F3"><enum>(a)</enum><header>In general</header><text>Each Secretary of a military department shall carry out a pilot program on defense investigators within the military justice system under the jurisdiction of such Secretary in order to do the following:</text>

<paragraph id="H70D964B758AD4EF9A018FB78FA9D176D"><enum>(1)</enum><text>Determine whether the presence of defense investigators within such military justice system will—</text>

<subparagraph id="H62037D5422CA4193A015616D4ADD58A8"><enum>(A)</enum><text>make such military justice system more effective in providing an effective defense for the accused; and</text></subparagraph>

<subparagraph id="HB5F2DD61735D4893955787E8D87B2F6F"><enum>(B)</enum><text>make such military justice system more fair and efficient.</text></subparagraph></paragraph>

<paragraph id="HCF2B00F4EF174E71BCDC236D99E0BE45"><enum>(2)</enum><text>Otherwise assess the feasibility and advisability of defense investigators as an element of such military justice system.</text></paragraph></subsection>

<subsection id="HB4374FC419374D64AE4F9A99D5CF8C0D"><enum>(b)</enum><header>Elements</header>

<paragraph id="HFFCF891275D8441583906DAC14540262"><enum>(1)</enum><header>Interview of victim</header><text>A defense investigator may question a victim under a pilot program only upon a request made through the Special Victims' Counsel or other counsel if the victim does not have such counsel.</text></paragraph>

<paragraph id="H4CBA30AA5117473DA09B69DF07A1C391"><enum>(2)</enum><header>Uniformity across military justice systems</header><text>The Secretary of Defense shall ensure that the personnel and activities of defense investigators under the pilot programs are, to the extent practicable, uniform across the military justice systems of the military departments.</text></paragraph></subsection>

<subsection id="H885378799B4D40BAA4CC796235957A97"><enum>(c)</enum><header>Report</header>

<paragraph id="H2BD8809975384ACCB879D5FC3F213EE7"><enum>(1)</enum><header>In general</header><text>Not later than three years after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments, submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot programs under subsection (a).</text></paragraph>

<paragraph id="HCA7F426AEA024BABB4069AE0C561AF71"><enum>(2)</enum><header>Elements</header><text>The report required by paragraph (1) shall include the following:</text>

<subparagraph id="HB01DF00E419A47BE99782120BE4D1DD4"><enum>(A)</enum><text>A description of each pilot program, including the personnel and activities of defense investigators under such pilot program.</text></subparagraph>

<subparagraph id="H2AC1B695DEFC4904B56193F2680B124A"><enum>(B)</enum><text>An assessment of the feasibility and advisability of establishing and maintaining defense investigators as an element of the military justice systems of the military departments.</text></subparagraph>

<subparagraph id="H33980C1618EA469C974288A45C98D2B3"><enum>(C)</enum><text>If the assessment under subparagraph (B) is that the establishment and maintenance of defense investigators as an element of the military justice systems of the military departments is feasible and advisable, such recommendations for legislative and administrative action as the Secretary of Defense considers appropriate to establish and maintain defense investigators as an element of the military justice systems.</text></subparagraph>

<subparagraph id="H7F3531A927B54CA7BB8B4D47FF3D025C"><enum>(D)</enum><text>Any other matters the Secretary of Defense considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="H436974080FDE4CC4B7366AEF8453DB01"><enum>540K.</enum><header>Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications</header>

<subsection id="HDA47F4AFC3864D9E925F5600FB0FBAAD"><enum>(a)</enum><header>Report required</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report making findings and recommendations on the feasibility and advisability of a policy for the Department of Defense that would permit a victim of a sexual assault, that is or may be investigated as a result of a communication described in subsection (b), which victim is a member of the Armed Forces or an adult dependent of a member of the Armed Forces, to have the reporting on the sexual assault be treated as a restricted report without regard to the party initiating or receiving such communication.</text></subsection>

<subsection id="H4324FB43040F412FAF17E91F93F75571"><enum>(b)</enum><header>Communications</header><text>A communication described in this subsection is a communication reporting a sexual assault as follows:</text>

<paragraph id="HB0F5380DE1C7456080416A55B4A68C66"><enum>(1)</enum><text>By the victim to a member of the Armed Forces, whether a commissioned officer or a noncommissioned officer, in the chain of command of the victim or the victim's military sponsor.</text></paragraph>

<paragraph id="HCE16C80C3EF14683B29627AE19D21B46"><enum>(2)</enum><text>By the victim to military law enforcement personnel or personnel of a military criminal investigative organization (MCIO).</text></paragraph>

<paragraph id="H6034CEE1E7AF42049C9B8993BB13948D"><enum>(3)</enum><text>By any

WASHSTATEC014802

```
individual other than victim.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD014430E2455442490BB3FF0A076A086"><enum>(c)</enum><header display-inline="yes-
display-inline">Scope of findings and recommendations</header><text display-
inline="yes-display-inline">The report required by subsection (a) may include
recommendations for new provisions of statute or regulations, or modification of
current statute or regulations, that may be required to put into effect the findings
and recommendations described in subsection (a).</text></subsection>

<subsection
id="HD8BDAD9F508F4A8687DFB65833624DBF"><enum>(d)</enum><header>Consultation</header><te
xt>In preparing the report required by subsection (a), the Secretary shall consult with
the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual
Assault in the Armed Forces (DACâ€"IPAD) under section 546 of the Carl Levin and Howard
P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015
(10 U.S.C. 1561 note).</text></subsection></section>

<section id="H0538C16072904B8BA0DC53E386284DB0"><enum>540L.</enum><header>Report on
establishment of guardian ad litem program for certain military dependents who are a
victim or witness of an offense under the Uniform Code of Military Justice involving
abuse or exploitation</header>

<subsection commented="no" display-inline="no-display-inline"
id="HEF274BC33EF24B9CA95533F073F66D6C"><enum>(a)</enum><header>Report required</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H76A4F3EC05E94E4ABEDC7FF9D9E66106"><enum>(1)</enum><header>In
general</header><text>Not later than one year after the date of the enactment of this
Act, the Secretary of Defense shall submit to the Committees on Armed Services of the
Senate and the House of Representatives a report setting forth an assessment of the
feasibility and advisability of establishing a guardian ad litem program for military
dependents described in paragraph (2) who are a victim or witness of an offense under
chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), that
involves an element of abuse or exploitation in order to protect the best interests of
such dependents in a court-martial of such offense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H39689246FAE94382960A591CA5A3581E"><enum>(2)</enum><header>Covered
dependents</header><text>The military dependents described in this paragraph are as
follows:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2C0EF48C1DCE4829AB2D10DB0FBF877E"><enum>(A)</enum><text>Military dependents under
12 years of age.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H68606D66C71340D18B55228749E99484"><enum>(B)</enum><text>Military dependents who
lack mental or other capacity.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE1FC7A6F4F0D4FC4B18C93CC297CCFD7"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H1FD337CED6D244718871D96F3045B857"><enum>(1)</enum><text>An assessment of the
feasibility and advisability of establishing a guardian ad litem program as described
in subsection (a).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE10A4BAEB2ED41B3A6FF68BE2B9CBAC7"><enum>(2)</enum><text>If establishment of the
guardian ad litem program is considered feasible and advisable, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H89E14F9D56D34A68B0F3C421713CA252"><enum>(A)</enum><text>A description of
administrative requirements in connection with the program, including the
following:</text>

<clause commented="no" display-inline="no-display-inline"
id="H3BAB0DCE7AC54137AB4B39FC71A79D48"><enum>(i)</enum><text>Any memoranda of
understanding between the Department of Defense and State and local authorities
```

required for purposes of the program.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H5D2AD9021B3E4E1A909C2042C253F372"><enum>(ii)</enum><text>The personnel, funding,
and other resources required for purposes of the
program.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8772658EEAAA43438ECE4744A077CBDB"><enum>(B)</enum><text>Best practices for the
program (as determined in consultation with appropriate civilian experts on child
advocacy).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H57D455D775C7437A8700583D65301FFE"><enum>(C)</enum><text>Such recommendations for
legislative and administration action to implement the program as the Secretary
considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="H492BDF2E2C7641C489323DDB972BB16D"><enum>540M.</enum><header>Comptroller
General of the United States report on implementation by the Armed Forces of recent
statutory requirements on sexual assault prevention and response in the
military</header>

<subsection id="HF933FD66F3574CEBB308D699613C4D87"><enum>(a)</enum><header>Report
required</header><text>The Comptroller General of the United States shall submit to the
Committees on Armed Services of the Senate and the House of Representatives a report,
in writing, on a study, conducted by the Comptroller General for purposes of the
report, on the implementation by the Armed Forces of statutory requirements on sexual
assault prevention and response in the military in the National Defense Authorization
Act for Fiscal Year 2004 (Public Law 108â€"136) and each succeeding national defense
authorization Act through the John S. McCain National Defense Authorization Act for
Fiscal Year 2019 (Public Law 115â€"232).</text></subsection>

<subsection
id="H1017729BC01E48D3B64A77E4241075A7"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include the following:</text>

<paragraph id="HC2EDB343238C4810813AC0BDF8A76409"><enum>(1)</enum><text>A list and
citation of each statutory requirement (whether codified or uncodified) on sexual
assault prevention and response in the military in each national defense authorization
Act specified in paragraph (1), includingâ€"</text>

<subparagraph id="H95C864EA64C949C38351976A5FB46155"><enum>(A)</enum><text>whether such
statutory requirement is still in force; and</text></subparagraph>

<subparagraph id="HC3C87E0AF49043B98ED87D0F534C53A4"><enum>(B)</enum><text>if such
statutory requirement is no longer in force, the date of the repeal or expiration of
such requirement.</text></subparagraph></paragraph>

<paragraph id="H19F8462898D84AB49A3DDDD333A52ADF"><enum>(2)</enum><text>For each
statutory requirement listed pursuant to paragraph (1), the following:</text>

<subparagraph id="HD571A7DDAFA84A5DB99C95F9AB2E4D86"><enum>(A)</enum><text>An
assessment of the extent to which such requirement was implemented, or is currently
being implemented, as applicable, by each Armed Force to which such requirement applied
or applies.</text></subparagraph>

<subparagraph id="H29137E6B205A4BE6A78C3389D3229CF3"><enum>(B)</enum><text>A
description and assessment of the actions taken by each of the Department of Defense,
the military department concerned, and the Armed Force concerned to assess and
determine the effectiveness of actions taken pursuant to such requirement in meeting
its intended objective.</text></subparagraph></paragraph>

<paragraph id="H3EFE21BBF21C4A148B14B109263804D5"><enum>(3)</enum><text>Any other
matters in connection with the statutory requirements specified in subsection (a), and
the implementation of such requirements by the Armed Forces, that the Comptroller
General considers appropriate.</text></paragraph></subsection>

<subsection
id="H93517776869E4CB8B3177FA73E2872F7"><enum>(c)</enum><header>Briefings</header><text>
Not later than May 1, 2020, the Comptroller General shall provide to the committees
referred to in subsection (a) one or more briefings on the status of the study required

WASHSTATEC014804

by subsection (a), including any preliminary findings and recommendations of the Comptroller General as a result of the study as of the date of such briefing.</text></subsection></section>

<section id="H4BEC621ABEA04DDDB841E26D4CD70A1C"><enum>540N.</enum><header>Sense of Congress on the Port Chicago 50</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H6E79E78F68D9465285856112D4707255"><enum>(1)</enum><text>the American people should recognize the role of racial bias during the era in which the prosecution and convictions of the Port Chicago 50 took place for mutiny following the deadliest home-front disaster in World War II, in which 320 were killed on July 17, 1944, during a munitions explosion; and</text></paragraph>

<paragraph id="HDD1FEC75FD3E4F3196708B277C5A1DFF"><enum>(2)</enum><text>in light of the well-documented challenges associated with uniformed service by African Americans during this era, the Secretary of the Navy should, as appropriate, recommend executive action in favor of the 49 remaining Sailors with general court-martial convictions and the 207 remaining Sailors with summary court-martial convictions.</text></paragraph></section></subtitle>

<subtitle id="H6FC433CFC15F4F1B96D832D431AE8501"><enum>E</enum><header>Other Legal Matters</header>

<section id="H8E6C5FD9CF0440A8BF747EC4783D8BFA"><enum>541.</enum><header>Improvement of certain Special Victims' Counsel authorities</header>

<subsection id="H18B1BBA74C244507B6221CD91B5F67F7"><enum>(a)</enum><header>Enhancement of legal consultation and assistance in connection with potential victim benefits</header><text>Paragraph (8)(D) of subsection (b) of section 1044e of title 10, United States Code, is amended by striking <quote>and other</quote> and inserting <quote>, section 1408(h) of this title, and other</quote>.</text></subsection>

<subsection id="HD535F425547C4298B448F9E4C5A40700"><enum>(b)</enum><header>Expansion of legal assistance authorized to Include consultation and assistance for retaliation</header><text>Subsection (b) of such section is amended furtherâ€"</text>

<paragraph id="H99B391ED50F941A9A3EC7FCA72D30145"><enum>(1)</enum><text>by redesignating paragraph (10) as paragraph (11); and</text></paragraph>

<paragraph id="HD849BF9D5BB143B48C7FE42AD6C48EDE"><enum>(2)</enum><text>by inserting after paragraph (9) the following new paragraph (10):</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H45D4A7FA9F47465D864F094508F4B24B" style="OLC">

<paragraph id="HB4B8CC088E9F43AB8545B81BB2ADB11D"><enum>(10)</enum><text>Legal consultation and assistance in connection with an incident of retaliation, whether such incident occurs before, during, or after the conclusion of any criminal proceedings, includingâ€"</text>

<subparagraph id="H8B8B33205A1343F39729CC83AE10B43E"><enum>(A)</enum><text>in understanding the rights and protections afforded to victims of retaliation;</text></subparagraph>

<subparagraph id="HAF848B7E6EAE4F1EB81E1DE48E380E38"><enum>(B)</enum><text>in the filing of complaints; and</text></subparagraph>

<subparagraph id="H949E7F7F412540A69EBA33D012B9F5D6"><enum>(C)</enum><text>in any resulting military justice proceedings.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HD58AF002C4AB4E37BF72810A39E4C29D"><enum>(c)</enum><header>Staffing caseload levels</header><text>Such section is further amendedâ€"</text>

<paragraph id="H82D8E5F234F54C9792B6E57669D4F517"><enum>(1)</enum><text>by redesignating subsections (g) and (h) as subsections (h) and (i), respectively; and</text></paragraph>

<paragraph id="H2566211BDAB54373923E7BAA75203B70"><enum>(2)</enum><text>by inserting after subsection (f) the following new subsection (g):</text></paragraph>

WASHSTATEC014805

```
<quoted-block display-inline="no-display-inline" id="H19A1FBFF03D149CBAA4ACF0FB65E0A69"
style="OLC">

<subsection id="H333A1B7211C1482AB85F6BE6ADD0A420"><enum>(g)</enum><header>Staffing
caseload levels</header><text>Commencing not later than four years after the date of
the enactment of the National Defense Authorization Act for Fiscal Year 2020, each
Secretary concerned shall ensure that the number of Special Victims' Counsel serving
in each military department (and with respect to the Coast Guard) is sufficient to
ensure that the average caseload of a Special Victims' Counsel does not exceed, to
the extent practicable, 25 cases any given time.</text></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H11AE2F43E08A4AA0A16DDF123C100071"><enum>542.</enum><header>Availability
of Special Victims' Counsel at military installations</header>

<subsection id="H83DEDCD246E842C9B2F98F65B3CBE187"><enum>(a)</enum><header>Deadline for
availability</header><text>Section 1044e(f) of title 10, United States Code, is amended
by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H4BB3DB45A5EB4ADA8480F63FA1D18BEB"
style="OLC">

<paragraph id="H596D813D1D684A7988EF8DB397F2B5CC" indent="up1"><enum>(4)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H08327F49A363443B9E7744EDF5892039"><enum>(A)</enum><text>Subject to subparagraph
(B), if a Special Victims' Counsel is not available at a military installation for
access by a member of the armed forces who requests access to a Special Victims'
Counsel, a Special Victims' Counsel shall be made available at such installation for
access by such member by not later than 72 hours after such
request.</text></subparagraph>

<subparagraph id="HE5B0191F94BF4A5594221A87656A130F"
indent="up1"><enum>(B)</enum><text>If the Secretary concerned determines that, due to
exigent circumstances related to military activities, a Special Victims' Counsel
cannot be made available to a member of the armed forces within the time period
required by subparagraph (A), the Secretary concerned shall ensure that a Special
Victims' Counsel is made available to such member as soon as is practical under such
circumstances.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H056704893BB44CD3BD584BD681E4775F"><enum>(b)</enum><header>Report on
civilian support of SVCs</header><text>Not later than 180 days after the date of the
enactment of this Act, each Secretary of a military department shall submit to the
Committees on Armed Services of the Senate and the House of Representatives a report
setting forth the assessment of such Secretary of the feasibility and advisability of
establishing and maintaining for each Special Victims' Counsel under the jurisdiction
of such Secretary one or more civilian positions for the purpose of—</text>

<paragraph id="H06620AF333814B4E9E38CE1EF416D1DC"><enum>(1)</enum><text>providing
support to such Special Victims' Counsel; and</text></paragraph>

<paragraph id="H766A3BCB02014D89B1982BF2B50A6055"><enum>(2)</enum><text>ensuring
continuity and the preservation of institutional knowledge in transitions between the
service of individuals as such Special Victims'
Counsel.</text></paragraph></subsection></section>

<section id="HCDBB5730D64743BFA930C99EDB9A55C0" section-type="subsequent-
section"><enum>543.</enum><header>Notification of issuance of military protective order
to civilian law enforcement</header>

<subsection id="HFC98950A707441BF94CF54D0B057B3C4"><enum>(a)</enum><header>Notification
of issuance</header><text display-inline="yes-display-inline">Section 1567a of title
10, United States Code, is amended—</text>

<paragraph id="HCF299B4EFF8C44459EE0F93DA0BB78EC"><enum>(1)</enum><text>in subsection
(a), by striking <quote>and any individual involved in the order does not reside on a
military installation at any time during the duration of the military protective order,
the commander of the military installation shall notify</quote> and inserting <quote>,
the commander of the unit to which the member is assigned shall, not later than seven
days after the date of the issuance of the order, notify</quote>;</text></paragraph>
```

WASHSTATEC014806

```
<paragraph id="HDB9E4F9BEF804E8487FE5BB63A1598C0"><enum>(2)</enum><text>by
redesignating subsection (b) as subsection (c);</text></paragraph>

<paragraph id="HC2FC2D047898425B933975D56391826B"><enum>(3)</enum><text>by inserting
after subsection (a) the following new subsection (b);</text></paragraph>

<quoted-block style="USC" id="HB87C0013D1D245EFB0D6FFF36BC5AAFC" display-inline="no-
display-inline">

<subsection id="HE103503C90344BE48B4B41D6501E192C"><enum>(b)</enum><header>Notification
in event of transfer</header><text display-inline="yes-display-inline">In the event
that a member of the armed forces against whom a military protective order is issued is
transferred to another unitâ€"</text>

<paragraph id="HECBF1EFE958548C68B1D6E5D112669BB"><enum>(1)</enum><text display-
inline="yes-display-inline">not later than the date of the transfer, the commander of
the unit from which the member is transferred shall notify the commander of the unit to
which the member is transferred ofâ€"</text>

<subparagraph id="H32F7BDC9B8BF4F24BA3446C600151620"><enum>(A)</enum><text>the issuance
of the protective order; and</text></subparagraph>

<subparagraph id="H30D81C2D7208496992109EC91240C476"><enum>(B)</enum><text>the
individuals involved in the order; and</text></subparagraph></paragraph>

<paragraph id="HF42B7A33EE5C44E494A9447BFBA0CBE7"><enum>(2)</enum><text display-
inline="yes-display-inline">not later than seven days after receiving the notice under
paragraph (1), the commander of the unit to which the member is transferred shall
provide notice of the order to the appropriate civilian authorities in accordance with
subsection (a).</text></paragraph></subsection><after-quoted-block>; and</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H64D5972A93544DDBB5C6A58876D694E3"><enum>(4)</enum><text>in subsection
(c), as so redesignated, by striking <quote>commander of the military
installation</quote> and inserting <quote>commander of the unit to which the member is
assigned</quote>.</text></paragraph></subsection>

<subsection id="H77E888B4D57D41D19EDF821CCF611CE2"><enum>(b)</enum><header>Annual
report required</header><text display-inline="yes-display-inline">Not later than March
1, 2021, and each year thereafter through 2025, the Secretary of Defense shall submit
to the congressional defense committees a report that identifiesâ€"</text>

<paragraph id="H684036C071DC4928B6F2EBF8095E7025"><enum>(1)</enum><text display-
inline="yes-display-inline">the number of military protective orders issued in the
calendar year preceding the year in which the report is submitted;
and</text></paragraph>

<paragraph id="HB2F5813AB20B47E58E6D2D7D8D70A396"><enum>(2)</enum><text display-
inline="yes-display-inline">the number of such orders that were reported to appropriate
civilian authorities in accordance with section 1567a(a) of title 10, United States
Code, in such preceding year.</text></paragraph></subsection></section>

<section id="H37AFA273A8B84BF2960010E06AFC48C8" section-type="subsequent-
section"><enum>544.</enum><header>Copyright protection for civilian faculty of certain
accredited institutions</header><text display-inline="no-display-inline">Section 105 of
title 17, United States Code, is amendedâ€"</text>

<paragraph id="H50CA56D9F6E549598060638A1D695696"><enum>(1)</enum><text>by inserting
<quote><header-in-text level="subsection" style="USC"><enum-in-header>(a) In
general.â€"</enum-in-header></header-in-text></quote> before <quote>Copyright</quote>;
and</text></paragraph>

<paragraph id="HAAD92F3E54D94C10A8B2B0F56876A711"><enum>(2)</enum><text>by adding at
the end the following:</text>

<quoted-block id="HD9AE60837A7B4455AD884061920F366E" style="USC">

<subsection id="HF8982D487E434DF585793B05D4AF09A9"><enum>(b)</enum><header>Copyright
protection of certain of works</header><text display-inline="yes-display-
inline">Subject to subsection (c), the covered author of a covered work owns the
copyright to that covered work.</text></subsection>
```

```
<subsection id="H2F4DFD7DFDFC4AF094EA7EA95B8B520F"><enum>(c)</enum><header>Use by
Federal Government</header><text>The Secretary of Defense may direct the covered author
of a covered work to provide the Federal Government with an irrevocable, royalty-free,
world-wide, nonexclusive license to reproduce, distribute, perform, or display such
covered work for purposes of the United States Government.</text></subsection>

<subsection
id="HA68414D5931F43769B7AC233974576FA"><enum>(c)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section:</text>

<paragraph id="H9A5ADA596EDB4EE38AB4096326B9B485"><enum>(1)</enum><text display-
inline="yes-display-inline">The term <quote>covered author</quote> means a civilian
member of the faculty of a covered institution.</text></paragraph>

<paragraph id="H83DB49E8AB0B45DC8FBA936AC16A2281"><enum>(2)</enum><text>The term
<quote>covered institution</quote> means the following:</text>

<subparagraph id="H2F70006817F741F8A670B13F178E1E17"><enum>(A)</enum><text>National
Defense University.</text></subparagraph>

<subparagraph id="H02F8E2961B7B47A3B443A61D4D966390"><enum>(B)</enum><text>United
States Military Academy.</text></subparagraph>

<subparagraph id="H152D7D62C0BB41419A34B7AE2FE74CEA"><enum>(C)</enum><text>Army War
College.</text></subparagraph>

<subparagraph id="HCDB413503B084120856AF39518EA7DFA"><enum>(D)</enum><text>United
States Army Command and General Staff College.</text></subparagraph>

<subparagraph id="HE5BD42C96DAB4C479F8021ED4F955CC2"><enum>(E)</enum><text>United
States Naval Academy.</text></subparagraph>

<subparagraph id="H56CB523AF59843EF9CE8660B2224155C"><enum>(F)</enum><text>Naval War
College.</text></subparagraph>

<subparagraph id="HB98F1A5F712E4A77B4359CBCC0D930F8"><enum>(G)</enum><text display-
inline="yes-display-inline">Naval Post Graduate School.</text></subparagraph>

<subparagraph id="H53312BBDC442456C8A42592920E557D2"><enum>(H)</enum><text>Marine Corps
University.</text></subparagraph>

<subparagraph id="H2CBBA7F02F8147A5B725343A3648D2E0"><enum>(I)</enum><text>United
States Air Force Academy.</text></subparagraph>

<subparagraph id="H459622284F9A45588FB5D5E0AAEC03AC"><enum>(J)</enum><text>Air
University.</text></subparagraph>

<subparagraph id="HF80EA950B43B4CEC8D3A3BEE7A3742AB"><enum>(K)</enum><text display-
inline="yes-display-inline">Defense Language Institute.</text></subparagraph>

<subparagraph id="H2026E0717201446AA55E13C9AEA06BBD"><enum>(L)</enum><text>United
States Coast Guard Academy.</text></subparagraph></paragraph>

<paragraph id="HB356B3129E3D460DAE33C207C4126A12"><enum>(3)</enum><text display-
inline="yes-display-inline">The term <quote>covered work</quote> means a literary work
produced by a covered author in the course of employment at a covered institution for
publication by a scholarly press or journal.</text></paragraph></subsection><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HF31A61657FF749F18D28B89AA6E0DAD1" section-type="subsequent-
section"><enum>545.</enum><header>Termination of leases of premises and motor vehicles
of servicemembers who incur catastrophic injury or illness or die while in military
service</header>

<subsection id="H394EF98FE94249528B7417F5A1A7FA05"><enum>(a)</enum><header>Catastrophic
injuries and illnesses</header><text display-inline="yes-display-inline">Subsection (a)
of section 305 of the Servicemembers Civil Relief Act (50 U.S.C. 3955), as amended by
section 301 of the Veterans Benefits and Transition Act of 2018 (Public Law 115â€"407),
is further amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HA1CB3A7A541C4EE38BA7323547EE871F"
style="OLC"></text>
```

WASHSTATEC014808

```
<paragraph id="H3957DAFDDECD407C8B18FDBDEA584FA8"><enum>(4)</enum><header>Catastrophic
injury or illness of lessee</header><text>The spouse of the lessee on a lease described
in subsection (b) may terminate the lease during the one-year period beginning on the
date on which the lessee incurs a catastrophic injury or illness (as that term is
defined in section 439(g) of title 37, United States Code), if the lessee incurs the
catastrophic injury or illness during a period of military service or while performing
full-time National Guard duty, active Guard and Reserve duty, or inactive-duty training
(as such terms are defined in section 101(d) of title 10, United States
Code).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE049C496C89B42F09919027FB2672398"><enum>(b)</enum><header>Deaths</header><text>Par
agraph (3) of such subsection is amended by striking <quote>in subsection
(b)(1)</quote> and inserting <quote>in subsection
(b)</quote>.</text></subsection></section>

<section id="HDA25310038BF42C180BBABA29768E9EE" section-type="subsequent-
section"><enum>546.</enum><header>Military orders required for termination of leases
pursuant to the Servicemembers Civil Relief Act</header><text display-inline="no-
display-inline">Section 305(i) of the Servicemembers Civil Relief Act (50 U.S.C. 3955)
is amendedâ€"</text>

<paragraph id="H5BF11C5B9D3B471098A90C184A4DCE3E"><enum>(1)</enum><text display-
inline="yes-display-inline">in paragraph (1), by inserting <quote>(including orders for
separation or retirement)</quote> after <quote>official military orders</quote>;
and</text></paragraph>

<paragraph id="H6D766E3E13B84044B4873CF438A8B392"><enum>(2)</enum><text display-
inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" id="H24EAA763D03248D2A8282C25C3FD41C0" display-inline="no-
display-inline">

<paragraph id="H8E9EA39793DB435E966C6F7DB1BC1A65"><enum>(3)</enum><header>Permanent
change of station</header><text display-inline="yes-display-inline">The term
<quote>permanent change of station</quote> includes separation or retirement from
military service.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></section>

<section id="H0A34BE1D434A4617B2A08822C3622374"><enum>547.</enum><header>Preservation
of right to bring class action under Servicemembers Civil Relief Act</header>

<subsection id="H8E26E049C79440C296F0D817BAFEC4FB"><enum>(a)</enum><header>In
general</header><text>Section 802(a) of the Servicemembers Civil Relief Act (50 U.S.C.
4042(a)) is amendedâ€"</text>

<paragraph id="H396CBC3281094728B57769BA9B9DA3E7"><enum>(1)</enum><text>in paragraph
(1), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HEEE44710F34F4A5996D9D4D2BB136824"><enum>(2)</enum><text>in paragraph
(2), by striking the period at the end and inserting <quote>; and</quote>;
and</text></paragraph>

<paragraph id="H794FA17C79BB4ECA8BB0833FD5AB7F19"><enum>(3)</enum><text>by adding at
the end the following new paragraph:</text>

<quoted-block id="HD8FB0A682ED64485A989522E5FDDF243" style="OLC">

<paragraph id="HF59C522AE5504F5E9B0643EC4F0C63B4"><enum>(3)</enum><text>be a
representative party on behalf of members of a class or be a member of a class, in
accordance with the Federal Rules of Civil Procedure, notwithstanding any previous
agreement to the contrary.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection
id="HD65E53FE1EAA47DB8588EABDA235EC88"><enum>(b)</enum><header>Construction</header><te
xt>The amendments made by subsection (a) shall not be construed to imply that a person
aggrieved by a violation of such Act did not have a right to bring a civil action as a
representative party on behalf of members of a class or be a member of a class in a
civil action before the date of the enactment of this
```

WASHSTATEC014809

Act.</text></subsection></section>

<section id="H07887B97B1B54AC8B1D533176F05847C" section-type="subsequent-section"><enum>548.</enum><header>Legal counsel for victims of alleged domestic violence offenses</header>

<subsection id="HEC5AC13DB7884C92921121D31B2976D9"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than December 1, 2020, the Secretary of Defense shall carry out a program to provide legal counsel (referred to in this section as <quote>Counsel</quote>) to victims of alleged domestic violence offenses who are otherwise eligible for military legal assistance under section 1044 of title 10, United States Code. </text></subsection>

<subsection id="HBD4BD322109442FF8C4CBB4545974117"><enum>(b)</enum><header>Form of implementation</header><text>The program required under subsection (a) may be carried out as part of another program of the Department of Defense or through the establishment of a separate program.</text></subsection>

<subsection id="H9EFAC7126C82468BB2C2CDB815988E2A"><enum>(c)</enum><header>Training and terms</header><text>The Secretary of Defense shall ensure that Counselâ€"</text>

<paragraph id="H24AF90A83F0D4C8DA24D71AEFE7B02F0"><enum>(1)</enum><text>receive specialized training in legal issues commonly associated with alleged domestic violence offenses; and</text></paragraph>

<paragraph id="HCB73AD332EE240F49BCCEC1B0C591406"><enum>(2)</enum><text>to the extent practicable, serve as Counsel for a period of not less than 2 years.</text></paragraph></subsection>

<subsection id="H1ED9AB5A58D644DDAAFBDA02AE85DE07"><enum>(d)</enum><header>Attorney-client relationship</header><text>The relationship between a Counsel and a victim in the provision of legal advice and assistance shall be the relationship between an attorney and client.</text></subsection>

<subsection id="H9C873735196649949F24A1DC29C553FA"><enum>(e)</enum><header>Paralegal support</header><text>The Secretary of Defense shall ensure that sufficient trained paralegal support is provided to Counsel under the program.</text></subsection>

<subsection id="H9BF1F43E5ABB4FDBB20BFD83DD442096"><enum>(f)</enum><header>Report required</header>

<paragraph id="HAA991FE51FDA4AD8B44B4970EC7193E0"><enum>(1)</enum><header>In general</header><text>Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the implementation of the program under subsection (a).</text></paragraph>

<paragraph id="H6F2129B1934F14B72E0BA15C03C78E"><enum>(2)</enum><header>Elements</header><text>The report required under paragraph (1) shall include the following:</text>

<subparagraph id="H16B433C69AF8406DBA3822C1B14DB16B"><enum>(A)</enum><text>A description and assessment of the manner in which the Department of Defense will implement the program required under subsection (a).</text></subparagraph>

<subparagraph id="HA19CB23689E94F5097801A61D673A76F"><enum>(B)</enum><text display-inline="yes-display-inline">An explanation of whether the program will be carried out as part of another program of the Department or through the establishment of a separate program.</text></subparagraph>

<subparagraph id="H42291F179C8E4C82A1F7619BE2441122"><enum>(C)</enum><text display-inline="yes-display-inline">A comprehensive description of the additional personnel, resources, and training that will be required to implement the program, including identification of the specific number of additional billets that will be needed to staff the program.</text></subparagraph>

<subparagraph id="HA6B5B386FFD447FC9577F3DF9D68D789"><enum>(D)</enum><text>Recommendations for any modifications to law that may be necessary to effectively and efficiently implement the program.</text></subparagraph></paragraph></subsection>

<subsection id="H72C81A4B9D704983BF3E202C7F8E8708"><enum>(g)</enum><header>Alleged

domestic violence offense defined</header><text>In this section, the term <quote>alleged domestic violence offense</quote> means any allegation ofâ€"</text>

<paragraph id="H1231DC3079BC4D7092823DF73CA41C8E"><enum>(1)</enum><text>a violation of section 928(b), 928b(1), 928b(5), or 930 of title 10, United States Code (article 128(b), 128b(1), 128b(5), or 130 of the Uniform Code of Military Justice), when committed against a spouse, intimate partner, or immediate family member;</text></paragraph>

<paragraph id="HCACEFFD23BE94DBF89553881A6DC35EB"><enum>(2)</enum><text>a violation of any other provision of subchapter X of chapter 47 of such title (the Uniform Code of Military Justice), when committed against a spouse, intimate partner, or immediate family member; or</text></paragraph>

<paragraph id="HE569DE3014D840DB9780903411DDFA5C"><enum>(3)</enum><text>an attempt to commit an offense specified in paragraph (1) or (2) as punishable under section 880 of such title (article 80 of the Uniform Code of Military Justice).</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD95609246F474DDF98C66243A075D4CB" section-type="subsequent-section"><enum>549.</enum><header display-inline="yes-display-inline">Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial</header><text display-inline="no-display-inline">Under regulations prescribed by the Secretary of Defense, upon a determination not to refer a case of alleged sexual assault for trial by court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), the commander making such determination shall periodically notify the victim of the status of a final determination on further action on such case, whether non-judicial punishment under section 815 of such title (article 15 of the Uniform Code of Military Justice), other administrative action, or no further action. Such notifications shall continue not less frequently than monthly until such final determination.</text></section>

<section id="H1893530D94DA41C2AE512462D0E85432"><enum>550.</enum><header>Treatment of information in Catch a Serial Offender Program for certain purposes</header>

<subsection id="H6D88C1803CAB43EEB1E36EA0F0F81E4D"><enum>(a)</enum><header>Treatment under FOIA</header><text>Victim disclosures under the Catch a Serial Offender Program shall be withheld from public disclosure under paragraph (b)(3) of section 552 of title 5, United States Code (commonly referred to as the <quote>Freedom of Information Act</quote>).</text></subsection>

<subsection id="HEBD697C092A5417F81385047251C2985"><enum>(b)</enum><header>Preservation of Restricted Report</header><text>The transmittal or receipt in connection with the Catch a Serial Offender Program of a report on a sexual assault that is treated as a restricted report shall not operate to terminate its treatment or status as a restricted report.</text></subsection></section>

<section id="HB068F6953FEB4B9D84361AD701FC9AB4"><enum>550A.</enum><header>Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals</header>

<subsection id="H9B3CE4370D2B480AB50C2EE38F881491"><enum>(a)</enum><header>Policies and procedures required</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments, establish policies and procedures for the registration at military installations of any civilian protective orders described in subsection (b), including the duties and responsibilities of commanders of installations in the registration process.</text></subsection>

<subsection id="HE48213AE2EC04B3A81CBE89C661A4C9C"><enum>(b)</enum><header>Civilian protective orders</header><text>A civilian protective order described in this subsection is any civilian protective order as follows:</text>

<paragraph id="H0DC29731139E47CE96BC1D3FB97743B7"><enum>(1)</enum><text>A civilian protective order against a member of the Armed Forces assigned to the installation concerned.</text></paragraph>

<paragraph id="H73F84E43F8CA405CA6A07D1334804F4C"><enum>(2)</enum><text>A civilian protective order against a civilian employee employed at the installation concerned.</text></paragraph>

<paragraph id="H587C980A82704D628A752A0A28A9B2CC"><enum>(3)</enum><text>A civilian protective order against the civilian spouse or intimate partner of a member of the Armed Forces on active duty and assigned to the installation concerned, or of a civilian employee described in paragraph (2), which order provides for the protection of such member or employee.</text></paragraph></subsection>

<subsection id="HF6173F344CB147DCBDBB72488BF83169"><enum>(c)</enum><header>Particular elements</header><text>The policies and procedures required by subsection (a) shall include the following:</text>

<paragraph id="H2ED6AA51F1984BFEB3694F2C9A2B64DC"><enum>(1)</enum><text>A requirement for notice between and among the commander, military law enforcement elements, and military criminal investigative elements of an installation when a member of the Armed Forces assigned to such installation, a civilian employee employed at such installation, a civilian spouse or intimate partner of a member assigned to such installation, or a civilian spouse or intimate partner of a civilian employee employed at such installation becomes subject to a civilian protective order.</text></paragraph>

<paragraph id="H118C3E86A2584322A2C407AC126E18A1"><enum>(2)</enum><text>A statement of policy that failure to register a civilian protective order may not be a justification for the lack of enforcement of such order by military law enforcement and other applicable personnel who have knowledge of such order.</text></paragraph></subsection>

<subsection id="H0A83A859CEBF4E7ABD0D68898ADEAF63"><enum>(d)</enum><header>Letter</header><text>As soon as practicable after establishing the policies and procedures required by subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a letter that includes the following:</text>

<paragraph id="H3A6C0A1B5257459C8E19036EB82B919E"><enum>(1)</enum><text>A detailed description of the policies and procedures.</text></paragraph>

<paragraph id="H419EB005E56C45619AD328E038D4E76F"><enum>(2)</enum><text>A certification by the Secretary that the policies and procedures have been implemented on each military installation.</text></paragraph></subsection></section>

<section id="H31B6F03E8D974935A44DA96827D8E0BF" display-inline="no-display-inline" section-type="subsequent-section"><enum>550B.</enum><header>Defense Advisory Committee for the Prevention of Sexual Misconduct</header>

<subsection id="HC118EB71C35A41229E4E120BEC5C72E7"><enum>(a)</enum><header>Establishment required</header>

<paragraph id="H0414273868E7430C914F327DD31B4F38"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall establish and maintain within the Department of Defense an advisory committee to be known as the <quote>Defense Advisory Committee for the Prevention of Sexual Misconduct</quote> (in this section referred to as the <quote>Advisory Committee</quote>).</text></paragraph>

<paragraph id="H2654B62C76A3403EB41F6BD11223B499"><enum>(2)</enum><header>Deadline for establishment</header><text>The Secretary shall establish the Advisory Committee not later than one year after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection id="H0C585861DE05473B9BB8E44715531FE6"><enum>(b)</enum><header>Membership</header>

<paragraph id="H6AE9AD68B1FF4E0EA6F07B51841C546D"><enum>(1)</enum><header>In general</header><text>The Advisory Committee shall consist of not more than 20 members, appointed by the Secretary from among individuals who have an expertise appropriate for the work of the Advisory Committee, including at least one individual with each expertise as follows:</text>

<subparagraph id="H3CF34A584AA74D6C82EBA76D4D172A4B"><enum>(A)</enum><text>Expertise in the prevention of sexual assault and behaviors on the sexual assault continuum of harm.</text></subparagraph>

```
<subparagraph id="H461C294F79A044E9B05330C830AB163A"><enum>(B)</enum><text display-
inline="yes-display-inline">Expertise in adverse behaviors, including the prevention of
suicide and the prevention of substance abuse.</text></subparagraph>

<subparagraph id="H6236D52733D4478A9FC297F33A4D1E6E"><enum>(C)</enum><text>Expertise in
the change of culture of large organizations.</text></subparagraph>

<subparagraph id="H8E99928A21DC4D0CB48C712F9BBD8621"><enum>(D)</enum><text>Expertise in
implementation science.</text></subparagraph></paragraph>

<paragraph id="H7D130CC3453E409286CCE16C8F5D381E"><enum>(2)</enum><header>Background of
individuals</header><text>Individuals appointed to the Advisory Committee may include
individuals with expertise in sexual assault prevention efforts of institutions of
higher education, public health officials, and such other individuals as the Secretary
considers appropriate.</text></paragraph>

<paragraph id="H3987225C145C4396A90499907D977828"><enum>(3)</enum><header>Prohibition
on membership of members of Armed Forces on active duty</header><text>A member of the
Armed Forces serving on active duty may not serve as a member of the Advisory
Committee.</text></paragraph></subsection>

<subsection
id="H214913FD137D4EA8B6B7E552808CF07D"><enum>(c)</enum><header>Duties</header>

<paragraph id="HE9F2E7FC6AD2492381BF30EF3743FA63"><enum>(1)</enum><header>In
general</header><text>The Advisory Committee shall advise the Secretary on the
following:</text>

<subparagraph id="H07A6B7690C174A0C9EFB17BFA74C6384"><enum>(A)</enum><text>The
prevention of sexual assault (including rape, forcible sodomy, other sexual assault,
and other sexual misconduct (including behaviors on the sexual assault continuum of
harm)) involving members of the Armed Forces.</text></subparagraph>

<subparagraph id="HEA6A126BA8484AAD946DC5C288FE8F1E"><enum>(B)</enum><text>The
policies, programs, and practices of each military department, each Armed Force, and
each military service academy for the prevention of sexual assault as described in
subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="H29547376521F4C2AB7172B14A5F0CAA6"><enum>(2)</enum><header>Basis for
provision of advice</header><text>For purposes of providing advice to the Secretary
pursuant to this subsection, the Advisory Committee shall review, on an ongoing basis,
the following:</text>

<subparagraph id="HFDBBD75C64F34AEFAE3F00B71184E661"><enum>(A)</enum><text>Closed cases
involving allegations of sexual assault described in paragraph
(1).</text></subparagraph>

<subparagraph id="H470AF3DC3CE8406684D087EF5A4CAD64"><enum>(B)</enum><text>Efforts of
institutions of higher education to prevent sexual assault among
students.</text></subparagraph>

<subparagraph id="HEA5F87FFCAB64E62ADB006F4CCD01E10"><enum>(C)</enum><text>Any other
information or matters that the Advisory Committee or the Secretary considers
appropriate.</text></subparagraph></paragraph>

<paragraph id="H85025E4EEE5347498EAA10352B99BF75"><enum>(3)</enum><header>Coordination
of efforts</header><text>In addition to the reviews required by paragraph (2), for
purposes of providing advice to the Secretary the Advisory Committee shall also consult
and coordinate with the Defense Advisory Committee on Investigation, Prosecution, and
Defense of Sexual Assault in the Armed Forces (DAC-IPAD) on matters of joint interest
to the two Advisory Committees.</text></paragraph></subsection>

<subsection id="H8721D72FB0F6426C989C6964BD8F275A"><enum>(d)</enum><header>Annual
report</header><text>Not later than March 30 each year, the Advisory Committee shall
submit to the Secretary and the Committees on Armed Services of the Senate and the
House of Representatives a report on the activities of the Advisory Committee pursuant
to this section during the preceding year.</text></subsection>

<subsection id="H3E52E07E2B23493AA0CBC60E4C107D5E"><enum>(e)</enum><header>Sexual
assault continuum of harm</header><text>In this section, the term <term>sexual assault
continuum of harm</term> includesâ€"</text>
```

```
<paragraph id="H62263C000E784230B2E8269290AE6EE4"><enum>(1)</enum><text>inappropriate
actions (such as sexist jokes), sexual harassment, gender discrimination, hazing, cyber
bullying, or other behavior that contributes to a culture that is tolerant of, or
increases risk for, sexual assault; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6EB054A480ED4B2885FA3D66AF929DCD"><enum>(2)</enum><text>maltreatment or ostracism
of a victim for a report of sexual misconduct.</text></paragraph></subsection>

<subsection
id="H355DE91FDF1B4460927CA06A7F689DD6"><enum>(f)</enum><header>Termination</header>

<paragraph id="H69EB860D51E84029B45F9133414DD125"><enum>(1)</enum><header>In
general</header><text>Except as provided in paragraph (2), the Advisory Committee shall
terminate on the date that is five years after the date of the establishment of the
Advisory Committee pursuant to subsection (a).</text></paragraph>

<paragraph
id="H3D4045E565374397B9DB4FC61F11F6C0"><enum>(2)</enum><header>Continuation</header><te
xt display-inline="yes-display-inline">The Secretary of Defense may continue the
Advisory Committee after the termination date applicable under paragraph (1) if the
Secretary determines that continuation of the Advisory Committee after that date is
advisable and appropriate. If the Secretary determines to continue the Advisory
Committee after that date, the Secretary shall notify the Committees on the Armed
Services of the Senate and House of
Representatives.</text></paragraph></subsection></section>

<section id="H1E288A418F104DC19FBCAEF0964A8E1A"><enum>550C.</enum><header>Training for
Special Victims' Counsel on civilian criminal justice matters in the States of the
military installations to which assigned</header>

<subsection
id="H8A3884FC0DDD41328F5EF9AE3AA8A90E"><enum>(a)</enum><header>Training</header>

<paragraph id="HEF9531D311FA4440978ED0A9A93E52CD"><enum>(1)</enum><header>In
general</header><text>Except as provided in subsection (c), upon the assignment of a
Special Victims' Counsel (including a Victim Legal Counsel of the Navy) to a military
installation in the United States, such Counsel shall be provided appropriate training
on the law and policies of the State or States in which such military installation is
located with respect to the criminal justice matters specified in paragraph (2). The
purpose of the training is to assist such Counsel in providing victims of alleged sex-
related offenses with information necessary to make an informed decision regarding
preference as to the jurisdiction (whether court-martial or State court) in which such
offenses will be prosecuted.</text></paragraph>

<paragraph id="H56C433E38FDB425EBD35B2ADA4B04307"><enum>(2)</enum><header>Criminal
justice matters</header><text>The criminal justice matters specified in this paragraph,
with respect to a State, are the following:</text>

<subparagraph id="H3DD2B9D247F649EC8C4469D4F213AD41"><enum>(A)</enum><text>Victim
rights.</text></subparagraph>

<subparagraph id="HD3682DEF04194769BDE2123987B151D6"><enum>(B)</enum><text>Prosecution
of criminal offenses.</text></subparagraph>

<subparagraph id="H99ED2F04916B4497A7D11782B6574320"><enum>(C)</enum><text>Sentencing
for conviction of criminal offenses.</text></subparagraph>

<subparagraph id="HA89E8B4613024B60A98CF53A60AA1E37"><enum>(D)</enum><text>Protective
orders.</text></subparagraph></paragraph></subsection>

<subsection id="H4DC4687B705840C0B5A693ED7C70E0F9"><enum>(b)</enum><header>Alleged sex-
related offense defined</header><text>In this section, the term <term>alleged sex-
related offense</term> means any allegation ofâ€"</text>

<paragraph id="HF3DA4B6604454014B000E1256212EB19"><enum>(1)</enum><text>a violation of
section 920, 920b, 920c, or 930 of title 10, United States Code (article 120, 120b,
120c, or 130 of the Uniform Code of Military Justice); or</text></paragraph>

<paragraph id="HA5B466628A0444A1BC07F2D5F824C07C"><enum>(2)</enum><text>an attempt to
commit an offense specified in a paragraph (1) as punishable under section 880 of title
```

10, United States Code (article 80 of the Uniform Code of Military Justice).</text></paragraph></subsection>

<subsection id="H4F3745698DD54A979415BCFDBC41369E"><enum>(c)</enum><header>Exception</header><text>The requirements of this section do not apply to a Special Victims' Counsel of the Coast Guard.</text></subsection></section>

<section id="HDD32161FF18C49AABC18319B5725C91B"><enum>550D.</enum><header>Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation</header>

<subsection id="H3D431E0A588E4BCAB54C8031CB3CB92E"><enum>(a)</enum><header>In general</header><text>Beginning not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish and carry out an initiative to enhance the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.</text></subsection>

<subsection id="HDA15BC17BE3F42209E0756B334D436B0"><enum>(b)</enum><header>Activities</header><text>In establishing and carrying out the initiative under subsection (a), the Secretary of Defense may'</text>

<paragraph id="HBB5964A885624E89ADFE9515E67E1EEE"><enum>(1)</enum><text>work with internal and external functional experts to train the personnel of military criminal investigative organizations across the Department regarding'</text>

<subparagraph id="H92D7FFC017074D0C9F08302A0F2EF99B"><enum>(A)</enum><text>technologies, tools, and techniques, including digital forensics, to enhance the investigation of child sexual exploitation; and</text></subparagraph>

<subparagraph id="H01AA7BDC0A3440A59DF99C33EC4F4C41"><enum>(B)</enum><text>evidence-based forensic interviewing of child victims, and the referral of child victims for trauma-informed mental and medical health care, and other treatment and support services;</text></subparagraph></paragraph>

<paragraph id="HEC3FF218E87546C88AD360FA32300627"><enum>(2)</enum><text>to the extent authorized by law, collaborate with Federal, State, local, and other civilian law enforcement agencies on issues relating to child sexual exploitation, including by'</text>

<subparagraph id="HCB52546AA7AE4DAC897F8125C50C1A55"><enum>(A)</enum><text>participating in task forces established by such agencies for the purpose of preventing and combating child sexual exploitation; </text></subparagraph>

<subparagraph id="H16FB42CC0BDD44429AA3E3A94B32626F"><enum>(B)</enum><text>establishing cooperative agreements to facilitate co-training and collaboration with such agencies; and</text></subparagraph>

<subparagraph id="HF2E4C3B8E236451294C3C95D7A961987"><enum>(C)</enum><text>ensuring that streamlined processes for the referral of child sexual exploitation cases to other agencies and jurisdictions, as appropriate, are fully operational;</text></subparagraph></paragraph>

<paragraph id="H4AB17C02C64145C0A6648208FCD38709"><enum>(3)</enum><text>as appropriate, assist in educating the military community on the prevention and response to child sexual exploitation; and</text></paragraph>

<paragraph id="H59C81E7148F4433195E5F61EE0375308"><enum>(4)</enum><text display-inline="yes-display-inline">carry out such other activities as the Secretary determines to be relevant.</text></paragraph></subsection></section>

<section id="H54A48E21EB214F32AB5879BBB8C08FCF"><enum>550E.</enum><header>Feasibility study on establishment of database of military protective orders</header>

<subsection id="HD10B5AB2386348838A43417139A02516"><enum>(a)</enum><header>Study</header><text>The Secretary of Defense shall conduct a study on the feasibility of establishing a database of military protective orders issued by military commanders against

individuals suspected of having committed an offense of domestic violence under section 928b of title 10, United States Code (article 128b of the Uniform Code of Military Justice). The study shall include an examination of each of the following:</text>

<paragraph id="H0360ECC7017E44CF8B5AE58B0A1831FE"><enum>(1)</enum><text display-inline="yes-display-inline">The feasibility of creating a database to record, track, and report such military protective orders to the National Instant Criminal Background Check System.</text></paragraph>

<paragraph id="HE5A445D4EAE24687B5BF691477DE9133"><enum>(2)</enum><text display-inline="yes-display-inline">The feasibility of establishing a process by which a military judge or magistrate may issue a protective order against an individual suspected of having committed such an offense.</text></paragraph>

<paragraph id="H6E173B323D6F48CBB058DD8A66BC81B6" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">How the database and process described in paragraphs (1) and (2), respectively, may differ from analogous civilian databases and processes, including with regard to due process and other procedural protections.</text></paragraph></subsection>

<subsection id="H9730FBE5427043D68F28FC1F2DA3AD52"><enum>(b)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the results of the study conducted under subsection (a).</text></subsection></section>

<section id="HECB1960172D84E13A770A72A2E5F6965" section-type="subsequent-section"><enum>550F.</enum><header>GAO review of USERRA and SCRA</header>

<subsection id="H963D59A6144D4D6795581CFEA039A5D0"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than January 31, 2021, the Comptroller General of the United States shall conduct a review and submit a report to the Committees on Armed Services of the Senate and House of Representatives regarding what the Comptroller General determines are the effects of the common commercial and governmental practices of including a mandatory arbitration clause in employment and consumer agreements, on the ability of servicemembers to assert claims under and secure redress for violations ofâ€"</text>

<paragraph id="H5BEAD6D5E5FE4D4594C7AE4F1AD3E8D4"><enum>(1)</enum><text>chapter 43 of title 38, United States Code (commonly referred to as the <quote>Uniformed Services Employment and Reemployments Rights Act of 1994</quote> and referred to in this section as <quote>USERRA</quote>); and</text></paragraph>

<paragraph id="H009F47E19E534800991C87B6F8258926"><enum>(2)</enum><text>the Servicemembers Civil Relief Act (50 U.S.C. 3901 et seq. (referred to in this section as <quote>SCRA</quote>)).</text></paragraph></subsection>

<subsection id="H047AFEAE1ADB4AC7A3C022C5F9F88E44"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The report under this section shall include the following:</text>

<paragraph id="HDC7B127D8C0F43FDBC8FC80804FBD8B0"><enum>(1)</enum><text>Each process by which a servicemember may assert a claim under USERRA or SCRA, includingâ€"</text>

<subparagraph id="H3CDC0DA743444C7FA3AFA345B53F7283"><enum>(A)</enum><text>administrative assistance;</text></subparagraph>

<subparagraph id="H9E967B057A054E76B74FEC6D066D305D"><enum>(B)</enum><text>support, and dispute resolution processes provided by Federal and State agencies;</text></subparagraph>

<subparagraph id="H2B94215976CD45DE9D01F17D885A62CB"><enum>(C)</enum><text>arbitration; and</text></subparagraph>

<subparagraph id="H04EDAAF687D343908475FECE0484A583"><enum>(D)</enum><text>litigation.</text></subparagraph></paragraph>

<paragraph id="HA83591BAAA894E6F9F9B55E3CC1C98B7"><enum>(2)</enum><text display-

WASHSTATEC014816

inline="yes-display-inline">With regards to each process identified under paragraph (1), an evaluation ofâ€"</text>

<subparagraph id="HE28BBA4EB75D4D9CA911CBB9FC9D2528"><enum>(A)</enum><text>the flexibility the process affords to the servicemember and other parties to the process;</text></subparagraph>

<subparagraph id="H4C19D1E0057648FAB018789823D6B086"><enum>(B)</enum><text>the burden on the servicemember and other parties to the process;</text></subparagraph>

<subparagraph id="HDC824EF02B5D42ABAB68A59F31043256"><enum>(C)</enum><text>the financial cost of the process to the servicemember and the other parties;</text></subparagraph>

<subparagraph id="HFB76850342FA4837A6F07D5E32A25400"><enum>(D)</enum><text>the speed of each process, including the rate at which each claim pursued under such process is resolved; </text></subparagraph>

<subparagraph id="H06DC3B61BFE7453EBA7008ED1B98D548"><enum>(E)</enum><text>the confidentiality of each process; and</text></subparagraph>

<subparagraph id="HF702FD135A314579B4BB3B0512060E83"><enum>(F)</enum><text>the effects of the process.</text></subparagraph></paragraph>

<paragraph id="HEE018DD4838C45C0B38ECE05015F674C"><enum>(3)</enum><text display-inline="yes-display-inline">Based on data regarding the results of past actions to enforce servicemember rights and benefits under USERRA and SCRA, including data of the Departments of Defense and Labor regarding dispute resolution under USERRA and data of the Department of Justice regarding litigation under SCRAâ€"</text>

<subparagraph id="HB0EBBC487FDC4782B64BD870D957A36D"><enum>(A)</enum><text>an analysis of the extent to which each of the processes identified in paragraph (1) has been employed to address claims under USERRA or SCRA and</text></subparagraph>

<subparagraph id="H47AD4CC134FC460AAE699B5FA52A3EB2"><enum>(B)</enum><text>the extent to which each such process achieved a final disposition favorable to the servicemember.</text></subparagraph></paragraph>

<paragraph id="H3C9B50F53838432BACBF290C31446109"><enum>(4)</enum><text>An assessment of general societal trends in the use of mandatory arbitration clauses in employment and consumer agreements, including any trend in a specific industry or employment sector that relies on mandatory arbitration in such contracts and agreements.</text></paragraph>

<paragraph id="H799C1B33759A49D697C3AE55AEB18479"><enum>(5)</enum><text>An assessment and explanation of any effectâ€"</text>

<subparagraph id="H50A231BBBFEA47EA953823663B02780B"><enum>(A)</enum><text>of the use of mandatory arbitration clauses in employment or consumer agreements on military readiness and deployability.</text></subparagraph>

<subparagraph id="HD16BC2AD9761488AAAE06BB2C83666EE"><enum>(B)</enum><text>of USERRA or SCRA on the willingness of employers to employ, and consumer service businesses to provide services to servicemembers and their families.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="H1D3AA4E92EEC4149AEF045982D7A107A"><enum>F</enum><header>Member Education</header>

<section commented="no" display-inline="no-display-inline" id="HCE801BACFAF54D73905D6A10E3B66FEF"><enum>551.</enum><header>Authority for detail of certain enlisted members of the Armed Forces as students at law schools</header>

<subsection id="H4E9AB977CF774889AA237837E061EF0E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2004 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H04381A84958041F1A9D04548CCF9CC8B"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)â€"</text>

<subparagraph id="H4200CB03B39C468DA37731262F30FCC0"><enum>(A)</enum><text display-inline="yes-display-inline">by inserting <quote>and enlisted members</quote> after

WASHSTATEC014817

```
<quote>commissioned officers</quote>;</text></subparagraph>

<subparagraph id="H7BE2A3CD85E473A9D7E8C02A87F0551"><enum>(B)</enum><text>by striking
<quote>bachelor of laws or</quote>; and</text></subparagraph>

<subparagraph id="HA06061896C0944E7B664FEEDD94107C1"><enum>(C)</enum><text>by inserting
<quote>and enlisted members</quote> after <quote>twenty-five
officers</quote>;</text></subparagraph></paragraph>

<paragraph id="H4A7DB1EA9BD94BF4930EE24481D3413B"><enum>(2)</enum><text>in subsection
(b)â€"</text>

<subparagraph id="HEFA2518A164C445C88AECA61A5C75D7E"><enum>(A)</enum><text>in the
matter preceding paragraph (1), by inserting <quote>or enlisted member</quote> after
<quote>officer</quote>;</text></subparagraph>

<subparagraph id="HF3C90FC108474BD49836154D7420DAED"><enum>(B)</enum><text>by striking
paragraph (1) and inserting the following new paragraph (1):</text>

<quoted-block display-inline="no-display-inline" id="H7F491593A39D42EF9688DBA437FBD4F4"
style="OLC">

<paragraph
id="H58DECC7FA3DB4795ACBEF2ADCAF281F2"><enum>(1)</enum><text>eitherâ€"</text>

<subparagraph id="H4B2A9317C4234EF1A09C14AA7A17A3CF"><enum>(A)</enum><text>have served
on active duty for a period of not less than two years nor more than six years and be
an officer in the pay grade Oâ€"3 or below as of the time the training is to begin;
or</text></subparagraph>

<subparagraph id="H157CE5FA2781494ABAA9EDEF7A21F917"><enum>(B)</enum><text>have served
on active duty for a period of not less than four years nor more than eight years and
be an enlisted member in the pay grade Eâ€"5, Eâ€"6, or Eâ€"7 as of the time the
training is to begin;</text></subparagraph></paragraph><after-quoted-block>;</after-
quoted-block></quoted-block></subparagraph>

<subparagraph id="HCB578F1CD80146F6BCA03B0B37C07D35"><enum>(C)</enum><text>by
redesignating paragraph (2) as paragraph (3);</text></subparagraph>

<subparagraph id="HB681FBD6CD0E4BD6B8B5CF4A82D1A806"><enum>(D)</enum><text>by inserting
after paragraph (1), as amended by subparagraph (B), the following new paragraph
(2):</text>

<quoted-block display-inline="no-display-inline" id="HDA3443B86A5C4AE682AC57E7F8B28F94"
style="OLC">

<paragraph id="H8D050A802E6D41FAA2D2F3F14FAEAABC"><enum>(2)</enum><text>in the case of
an enlisted member, meet all requirements for acceptance of a commission as a
commissioned officer in the armed forces; and</text></paragraph><after-quoted-block>;
and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HB80163641164424AA4BCA22C419C364A"><enum>(E)</enum><text>in
subparagraph (B) of paragraph (3), as redesignated by subparagraph (C) of this
paragraph, by striking <quote>or law
specialist</quote>;</text></subparagraph></paragraph>

<paragraph id="HF029964A7EB448CE8A0E285C4CBD128E"><enum>(3)</enum><text>in subsection
(c)â€"</text>

<subparagraph id="H014B508C6E204E6594CD0698CFEBE712"><enum>(A)</enum><text>in the first
sentence, by inserting <quote>and enlisted members</quote> after
<quote>Officers</quote>; and</text></subparagraph>

<subparagraph id="H105EC6CFC7A04BA6943361F97F15F5F2"><enum>(B)</enum><text>in the
second sentence, by inserting <quote>or enlisted member</quote> after
<quote>officer</quote> each place it appears;</text></subparagraph></paragraph>

<paragraph id="HC2922E5840594E8E844DF021FD80532F"><enum>(4)</enum><text>in subsection
(d), by inserting <quote>and enlistment members</quote> after
<quote>officers</quote>;</text></paragraph>

<paragraph id="H51507846652E445F9C19BD63B14F5979"><enum>(5)</enum><text>in subsection
```

WASHSTATEC014818

(e), by inserting <quote>or enlistment member</quote> after <quote>officer</quote>; and</text></paragraph>

<paragraph id="HD64088F8E5244602A5B7F6538677EA65"><enum>(6)</enum><text>in subsection (f), by inserting <quote>or enlisted member</quote> after <quote>officer</quote>.</text></paragraph></subsection>

<subsection id="HF2F88503F85644E89DAADEABC047180D"><enum>(b)</enum><header>Conforming and clerical amendments</header>

<paragraph id="HDAD04E56E64A436F959A4C92F31DDB9C"><enum>(1)</enum><header>Heading amendment</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H85780C04F12844259EFABC51F7603526" style="USC">

<section id="H43F1906FE740422B9457BFF5AD728417"><enum>2004.</enum><header>Detail as students at law schools; commissioned officers; certain enlisted members</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H4D7FFB466ACD450D86108AB44952B782"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 101 of such title is amended by striking the item relating to section 2004 and inserting the following new item:</text>

<quoted-block id="H9874C9258F4E43EBA28E77C82D76B664" style="USC">

<toc>

<toc-entry idref="H43F1906FE740422B9457BFF5AD728417" level="section">2004. Detail as students at law schools; commissioned officers; certain enlisted members.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H2F9DD54534EF409AA31320D8750F0D61"><enum>552.</enum><header>Inclusion of Coast Guard in Department of Defense STARBASE Program</header><text display-inline="no-display-inline">Section 2193b of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HB15B913C771D4F0EA72623053AA3CC73"><enum>(1)</enum><text>in subsection (a), by inserting <quote>and the Secretary of the Department in which the Coast Guard is operating</quote> after <quote>military departments</quote>; and</text></paragraph>

<paragraph id="H9EC08E868E3A48E998CF6E6CD4DD4B88"><enum>(2)</enum><text>in subsection (f), by striking <quote>and the Secretaries of the military departments</quote> and inserting <quote>, the Secretaries of the military departments, and the Secretary of the Department in which the Coast Guard is operating</quote>.</text></paragraph></section>

<section id="H9171BD9E9EBD47DBAB9FFBDA53AB5C04" section-type="subsequent-section"><enum>553.</enum><header>Degree granting authority for United States Army Armament Graduate School; limitation on establishment of certain educational institutions</header>

<subsection id="HABC6AF4083F244F1BDA4CFDAF54AA96D"><enum>(a)</enum><header>Degree granting authority for United States Army Armament Graduate School</header>

<paragraph id="H7E17BF4BA77542689F46AD2BEB0054DF"><enum>(1)</enum><header>In general</header><text>Chapter 751 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H3730DEF3BE1C48BFAE8FD66791274D53" display-inline="no-display-inline">

<section id="HDCBF0FF93162448B9A0FC7E16F3A8C75"><enum>7422.</enum><header>Degree granting authority for United States Army Armament Graduate School</header>

<subsection id="HAEE5D13BBE924BDABFC18C2656F0A4F1"><enum>(a)</enum><header>Authority</header><text display-inline="yes-display-inline">Under regulations prescribed by the Secretary of the Army, the Chancellor of the United States Army Armament Graduate School may, upon

the recommendation of the faculty and provost of the school, confer appropriate degrees upon graduates who meet the degree requirements.</text></subsection>

<subsection id="HE05D02A5242A4BEDBD29044BC7CC6B2B"><enum>(b)</enum><header>Limitation</header><text display-inline="yes-display-inline">A degree may not be conferred under this section unlessâ€"</text>

<paragraph id="H3C46E32362AE4F7D8201A6890FA7C8C3"><enum>(1)</enum><text display-inline="yes-display-inline">the Secretary of Education has recommended approval of the degree in accordance with the Federal Policy Governing Granting of Academic Degrees by Federal Agencies; and</text></paragraph>

<paragraph id="H64CCA01803214EC0BEFF6508DB0A5A58"><enum>(2)</enum><text display-inline="yes-display-inline">the United States Army Armament Graduate School is accredited by the appropriate civilian academic accrediting agency or organization to award the degree, as determined by the Secretary of Education.</text></paragraph></subsection>

<subsection id="HF1C9464C76144AC2BC63BB598D8AEF07"><enum>(c)</enum><header>Congressional notification requirements</header>

<paragraph id="H0E49D148E4844D7C99C2FE7C6476F8A5" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">When seeking to establish degree granting authority under this section, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representativesâ€"</text>

<subparagraph id="H6BF5B62B7ABB46F59188EDD72870593F" indent="up1"><enum>(A)</enum><text display-inline="yes-display-inline">a copy of the self-assessment questionnaire required by the Federal Policy Governing Granting of Academic Degrees by Federal Agencies, at the time the assessment is submitted to the Department of Educationâ€™s National Advisory Committee on Institutional Quality and Integrity; and</text></subparagraph>

<subparagraph id="HE91371B499D646CFAF2F34ABE63DC045" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">the subsequent recommendations and rationale of the Secretary of Education regarding the establishment of the degree granting authority.</text></subparagraph></paragraph>

<paragraph id="H8162A413DF624418BD4D7D01BC22FCF5" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Upon any modification or redesignation of existing degree granting authority, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report containing the rationale for the proposed modification or redesignation and any subsequent recommendation of the Secretary of Education on the proposed modification or redesignation.</text></paragraph>

<paragraph id="HC1CBB80A7EAF4720AF0207E8DED3D248" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report containing an explanation of any action by the appropriate academic accrediting agency or organization not to accredit the United States Army Armament Graduate School to award any new or existing degree.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></paragraph>

<paragraph id="HA540E7FE45254110ADF70BE8F0E47516"><enum>(2)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of such chapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H817847DA0EFF49C69E196224854EC3EB" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">7422. Degree granting authority for United States Army Armament Graduate School.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

```
<subsection
id="H6BC8C9AB648E4ADF908EF19F0C2DFC97"><enum>(b)</enum><header>Limitation</header>

<paragraph id="H269BCA4627554904A3AEA69ECF2CB2342"><enum>(1)</enum><header>In
general</header><text>Chapter 101 of title 10, United States Code, is amended by adding
at the end the following new section:</text>

<quoted-block style="USC" id="H32A6D309C66A4F9784CF4B837813D183" display-inline="no-
display-inline">

<section id="H433E950E74204F23AE9AE9FE91E63185"><enum>2017.</enum><header>Limitation on
establishment of postsecondary educational institutions pending notice to
Congress</header>

<subsection
id="HAF02BC2BF13C448F8F56C74F47E80AB3"><enum>(a)</enum><header>Limitation</header><text
display-inline="yes-display-inline">The Secretary of Defense may not establish a
postsecondary educational institution within the Department of Defense until a period
of one year has elapsed following the date on which the Secretary notifies the
congressional defense committees of the intent of the Secretary to establish the
institution.</text></subsection>

<subsection
id="H816AD10A925D48B19E74312BAB04FD83"><enum>(b)</enum><header>Postsecondary
educational institution defined</header><text>In this section, the term
<quote>postsecondary educational institution</quote> means a school or other
educational institution that is intended to provide students with a course of
instruction that is comparable, in length and academic rigor, to a course of
instruction for which an associate’s, bachelor’s, or graduate degree may be
awarded.</text></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H6148A00395584E1F9099FAA01ADB8398" display-inline="no-display-
inline"><enum>(2)</enum><header>Clerical amendment</header><text display-inline="yes-
display-inline">The table of sections at the beginning of such chapter is amended by
adding at the end the following new item:</text>

<quoted-block style="USC" id="H8C51C061829F49DF855273779B5A94D9" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2017. Limitation on establishment of postsecondary
educational institutions pending notice to Congress.</toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph
id="H416AD742FC97450E9CF3AAFBF1CFF8ED"><enum>(3)</enum><header>Applicability</header><t
ext display-inline="yes-display-inline">Section 2017 of title 10, United States Code,
as added by paragraph (1), shall apply with respect to postsecondary educational
institutions intended to be established by the Secretary of Defense on or after the
date of the enactment of this Act.</text></paragraph></subsection></section>

<section id="H205501C594D145329436C5B2F6E69A0D"><enum>554.</enum><header>Prohibition on
off-duty employment for cadets and midshipmen completing obligated service after
graduation</header>

<subsection id="H09348C3C6426494EABE53156E1DA2E7E"><enum>(a)</enum><header>Military
Academy</header><text display-inline="yes-display-inline">Section 7448(a)(5)(A) of
title 10, United States Code, is amended by inserting <quote>or seek or accept approval
for off-duty employment while completing the cadet’s commissioned service
obligation</quote> before <quote>to obtain employment</quote>.</text></subsection>

<subsection id="H7760C102D56647AAA1403F9D58741A13"><enum>(b)</enum><header>Naval
Academy</header><text display-inline="yes-display-inline">Section 8459(a)(5)(A) of
title 10, United States Code, is amended by inserting <quote>or seek or accept approval
for off-duty employment while completing the midshipman’s commissioned service
obligation</quote> before <quote>to obtain employment</quote>.</text></subsection>

<subsection id="HD09FF03D835A464A86540B8281D52FB9"><enum>(c)</enum><header>Air Force
Academy</header><text display-inline="yes-display-inline">Section 9448(a)(5)(A) of
```

WASHSTATEC014821

```
title 10, United States Code, is amended by inserting <quote>or seek or accept approval
for off-duty employment while completing the cadetâ€™s commissioned service
obligation</quote> before <quote>to obtain
employment</quote>.</text></subsection></section>

<section id="H95110FE279B24640815F2F609495EE57"><enum>555.</enum><header>Consideration
of request for transfer of a cadet or midshipman at a military service academy who is
the victim of a sexual assault or related offense</header>

<subsection id="H01DDE567F23742F3B6F67947D3EA322C"><enum>(a)</enum><header>United
States Military Academy</header><text>Section 7461 of title 10, United States Code, is
amended by adding at the end the following new subsection:</text>

<quoted-block id="H2B874A40C0CA4041891CF49391E6CDB9" style="USC">

<subsection
id="H0D9EBA38AA4948BDB54361EFE5961B25"><enum>(e)</enum><header>Consideration of request
for transfer for a cadet who is the victim of a sexual assault or related
offense</header>

<paragraph id="HF01A9D63EA60466FAD65ADA5D34BCD5A" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of the
Army shall provide for timely consideration of and action on a request submitted by a
cadet appointed to the United States Military Academy who is the victim of an alleged
sexual assault or other offense covered by section 920, 920c, or 930 of this title
(article 120, 120c, or 130 of the Uniform Code of Military Justice) for transfer to
another military service academy or to enroll in a Senior Reserve Officersâ€™ Training
Corps program affiliated with another institution of higher
education.</text></paragraph>

<paragraph id="H9E969413E8F349498E174BCF04E2DEDD"
indent="up1"><enum>(2)</enum><text>The Secretary of the Army shall prescribe
regulations to carry out this subsection, within guidelines provided by the Secretary
of Defense thatâ€”</text>

<subparagraph id="H4307B37C216C4149904D69D865148503"><enum>(A)</enum><text display-
inline="yes-display-inline">provide that the Superintendent of the United States
Military Academy shall ensure that any cadet who has been appointed to the United
States Military Academy and who is a victim of an alleged sexual assault or other
offense referred to in paragraph (1), is informed of the right to request a transfer
pursuant to this section, and that any formal request submitted by a cadet is processed
as expeditiously as practicable through the chain of command for review and action by
the Superintendent;</text></subparagraph>

<subparagraph id="HACC63FF97214425BA8E38413B8B6281B"><enum>(B)</enum><text display-
inline="yes-display-inline">direct the Superintendent of the United States Military
Academy, in coordination with the Superintendent of the military service academy to
which the cadet requests to transferâ€”</text>

<clause id="H72BF0F0EFD20432DBC54EF04FE7D0357"><enum>(i)</enum><text>to take action on
a request for transfer under this subsection not later than 72 hours after receiving
the formal request from the cadet;</text></clause>

<clause id="H1FBF0FC5835E4EDAAC23D23B10398242"><enum>(ii)</enum><text>to approve such
request for transfer unless there are exceptional circumstances that require denial of
the request; and</text></clause>

<clause id="H4F09CC0636F64E6F8760D526D107057F"><enum>(iii)</enum><text>upon approval of
such request, to take all necessary and appropriate action to effectuate the transfer
of the cadet to the military service academy concerned as expeditiously as possible;
and</text></clause></subparagraph>

<subparagraph id="H6FD5095E640D4E31A1C317F3120592C3"><enum>(C)</enum><text display-
inline="yes-display-inline">direct the Superintendent of the United States Military
Academy, in coordination with the Secretary of the military department that sponsors
the Senior Reserve Officersâ€™ Training Corps program at the institution of higher
education to which the cadet requests to transferâ€”</text>

<clause id="HFB5DF3555B2A43E391BC1C3BA67DBA69"><enum>(i)</enum><text>to take action on
a request for transfer under this subsection not later than 72 hours after receiving
the formal request from the cadet;</text></clause>
```

WASHSTATEC014822

```
<clause id="H5FD6A1BF4D1A4C0B825330FF66D78EA5"><enum>(ii)</enum><text>subject to the
cadetâ€™s acceptance for admission to the institution of higher education to which the
cadet wishes to transfer, to approve such request for transfer unless there are
exceptional circumstances that require denial of the application; and</text></clause>

<clause id="HEC3BF27899EF44AA8653B2266CFA9EA6" commented="no"><enum>(iii)</enum><text
display-inline="yes-display-inline">to take all necessary and appropriate action to
effectuate the cadetâ€™s enrollment in the institution of higher education to which the
cadet wishes to transfer and to process the cadet for participation in the relevant
Senior Reserve Officersâ€™ Training Corps program as expeditiously as
possible.</text></clause></subparagraph></paragraph>

<paragraph id="H607026E657DF46DA8BADAF480BF383CB" indent="up1"><enum>(3)</enum><text
display-inline="yes-display-inline">If the Superintendent of the United States Military
Academy denies a request for transfer under this subsection, the cadet may request
review of the denial by the Secretary of the Army, who shall take action on such
request not later than 72 hours after receipt of the formal request for
review.</text></paragraph>

<paragraph id="H7A6B5B78705E4FE786250AD631084E6C"
indent="up1"><enum>(4)</enum><text>The Secretary concerned shall ensure that all
records of any request, determination, transfer, or other action under this subsection
remain confidential, consistent with applicable law and regulation.</text></paragraph>

<paragraph id="H4809D3A5CC2243CA9CE0241DD24ACC00" indent="up1"><enum>(5)</enum><text
display-inline="yes-display-inline">A cadet who transfers under this subsection may
retain the cadetâ€™s appointment to the United States Military Academy or may be
appointed to the military service academy to which the cadet transfers without regard
to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this
title.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="HA7D12FDEF1FE40FABFBFEE0BB1A79480"><enum>(b)</enum><header>United
States Naval Academy</header><text display-inline="yes-display-inline">Section 8480 of
title 10, United States Code, is amended by adding at the end the following new
subsection:</text>

<quoted-block id="HFBB9F0DE9A614C72BCD5697ABB80508F" style="USC">

<subsection
id="H628F45936B2D4BC3BE02BEA127719BF7"><enum>(e)</enum><header>Consideration of request
for transfer of a midshipman who is the victim of a sexual assault or related
offense</header>

<paragraph id="H870894EFEED44DDD9E0E31C7A9B8EA8C" display-inline="yes-display-
inline"><enum>(1)</enum><text>The Secretary of the Navy shall provide for timely
consideration of and action on a request submitted by a midshipman appointed to the
United States Naval Academy who is the victim of an alleged sexual assault or other
offense covered by section 920, 920c, or 930 of this title (article 120, 120c, or 130
of the Uniform Code of Military Justice) for transfer to another military service
academy or to enroll in a Senior Reserve Officersâ€™ Training Corps program affiliated
with another institution of higher education.</text></paragraph>

<paragraph id="H404167EF0E9346E3AD0AB83ED34E335F"
indent="up1"><enum>(2)</enum><text>The Secretary of the Navy shall prescribe
regulations to carry out this subsection, within guidelines provided by the Secretary
of Defense thatâ€"</text>

<subparagraph id="H15953B8AD8294EADB41BB1EDE019F941"><enum>(A)</enum><text display-
inline="yes-display-inline">provide that the Superintendent of the United States Naval
Academy shall ensure that any midshipman who has been appointed to the United States
Naval Academy and who is a victim of an alleged sexual assault or other offense
referred to in paragraph (1), is informed of the right to request a transfer pursuant
to this section, and that any formal request submitted by a midshipman is processed as
expeditiously as practicable through the chain of command for review and action by the
Superintendent;</text></subparagraph>

<subparagraph id="H957821E2FE80471C9AF49393083EDD2C"><enum>(B)</enum><text display-
inline="yes-display-inline">direct the Superintendent of the United States Naval
Academy, in coordination with the Superintendent of the military service academy to
```

which the midshipman requests to transferâ€"</text>

<clause id="H7D160A8472A04010B3D48058BFB26233"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the midshipman;</text></clause>

<clause id="HCF724AD43E454A4786806EA4A0AD2F36"><enum>(ii)</enum><text>to approve such request for transfer unless there are exceptional circumstances that require denial of the request; and</text></clause>

<clause id="H644784EE863E40789D9844B9A213E150"><enum>(iii)</enum><text>upon approval of such request, to take all necessary and appropriate action to effectuate the transfer of the midshipman to the military service academy concerned as expeditiously as possible; and</text></clause></subparagraph>

<subparagraph id="HA0ECED182E77422AB6795BB45E70A54D"><enum>(C)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Naval Academy, in coordination with the Secretary of the military department that sponsors the Senior Reserve Officersâ€™ Training Corps program at the institution of higher education to which the midshipman requests to transferâ€"</text>

<clause id="H6B62EA5CFF5E468A93FB34E4223F0240"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the midshipman;</text></clause>

<clause id="HAD69F0D982EE4BC5A7F2B544D75301D8"><enum>(ii)</enum><text>subject to the midshipmanâ€™s acceptance for admission to the institution of higher education to which the midshipman wishes to transfer, to approve such request for transfer unless there are exceptional circumstances that require denial of the application; and</text></clause>

<clause id="H767E5E1D86024EDBA6B407B28710CAA3" commented="no"><enum>(iii)</enum><text display-inline="yes-display-inline">to take all necessary and appropriate action to effectuate the midshipmanâ€™s enrollment in the institution of higher education to which the midshipman wishes to transfer and to process the midshipman for participation in the relevant Senior Reserve Officersâ€™ Training Corps program as expeditiously as possible.</text></clause></subparagraph></paragraph>

<paragraph id="H62DA0AE9B5CF4D7CB89A6C2CEF855709" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">If the Superintendent of the United States Naval Academy denies a request for transfer under this subsection, the midshipman may request review of the denial by the Secretary of the Navy, who shall take action on such request not later than 72 hours after receipt of the formal request for review.</text></paragraph>

<paragraph id="H632F2871091B47B58FAA215B36D9B17E" indent="up1"><enum>(4)</enum><text>The Secretary concerned shall ensure that all records of any request, determination, transfer, or other action under this subsection remain confidential, consistent with applicable law and regulation.</text></paragraph>

<paragraph id="H246094013C7C4938887E3682C41B2930" indent="up1"><enum>(5)</enum><text display-inline="yes-display-inline">A midshipman who transfers under this subsection may retain the midshipmanâ€™s appointment to the United States Naval Academy or may be appointed to the military service academy to which the midshipman transfers without regard to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this title.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HBB64A032B61A46658CDC27F4B24A7430"><enum>(c)</enum><header>United States Air Force Academy</header><text display-inline="yes-display-inline">Section 9461 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block id="H983DBEA26B0B486CAA179FB260683B94" style="USC">

<subsection id="H410393C7A45B43A9BE664BEB9401BF09"><enum>(e)</enum><header>Consideration of request for transfer of a cadet who is the victim of a sexual assault or related offense</header>

<paragraph id="HB7A3769E0CFA453B9CC987F79EE94883" display-inline="yes-display-

inline"><enum>(1)</enum><text>The Secretary of the Air Force shall provide for timely consideration of and action on a request submitted by a cadet appointed to the United States Air Force Academy who is the victim of an alleged sexual assault or other offense covered by section 920, 920c, or 930 of this title (article 120, 120c, or 130 of the Uniform Code of Military Justice) for transfer to another military service academy or to enroll in a Senior Reserve Officersâ€™ Training Corps program affiliated with another institution of higher education.</text></paragraph>

<paragraph id="HA77738FC9AF44AEB91F206D33BDD12C0" indent="up1"><enum>(2)</enum><text>The Secretary of the Air Force shall prescribe regulations to carry out this subsection, within guidelines provided by the Secretary of Defense thatâ€"</text>

<subparagraph id="HB6A13668F0F6407291E1D275F8B07DBD"><enum>(A)</enum><text display-inline="yes-display-inline">provide that the Superintendent of the United States Air Force Academy shall ensure that any cadet who has been appointed to the United States Air Force Academy and who is a victim of an alleged sexual assault or other offense referred to in paragraph (1), is informed of the right to request a transfer pursuant to this section, and that any formal request submitted by a cadet is processed as expeditiously as practicable through the chain of command for review and action by the Superintendent;</text></subparagraph>

<subparagraph id="HB646395A49B2439580A1EC807D47752C"><enum>(B)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Air Force Academy, in coordination with the Superintendent of the military service academy to which the cadet requests to transferâ€"</text>

<clause id="HBB7EA9EF008D493DAFFAE1A44695B186"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;</text></clause>

<clause id="H3973843DAD82461BBBB2B65B344C8A5E"><enum>(ii)</enum><text>to approve such request for transfer unless there are exceptional circumstances that require denial of the request; and</text></clause>

<clause id="HF39EBE0116834BD9A1C566ACFFC411C5"><enum>(iii)</enum><text>upon approval of such request, to take all necessary and appropriate action to effectuate the transfer of the cadet to the military service academy concerned as expeditiously as possible; and</text></clause></subparagraph>

<subparagraph id="HE457AE87DDBC44ABBAD2810E8EC0512C"><enum>(C)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Air Force Academy, in coordination with the Secretary of the military department that sponsors the Senior Reserve Officersâ€™ Training Corps program at the institution of higher education to which the cadet requests to transferâ€"</text>

<clause id="H2194A909E23A4785A8492ECCB409D6E7"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;</text></clause>

<clause id="H837DC468580142A3AB0D370B9F888085"><enum>(ii)</enum><text>subject to the cadetâ€™s acceptance for admission to the institution of higher education to which the cadet wishes to transfer, to approve such request for transfer unless there are exceptional circumstances that require denial of the application; and</text></clause>

<clause id="HE1C3E3642EE34BF389EBB500D3A8A651" commented="no"><enum>(iii)</enum><text display-inline="yes-display-inline">to take all necessary and appropriate action to effectuate the cadetâ€™s enrollment in the institution of higher education to which the cadet wishes to transfer and to process the cadet for participation in the relevant Senior Reserve Officersâ€™ Training Corps program as expeditiously as possible.</text></clause></subparagraph></paragraph>

<paragraph id="HD2D08886707547389246C505B76533B8" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">If the Superintendent of the United States Air Force Academy denies a request for transfer under this subsection, the cadet may request review of the denial by the Secretary of the Air Force, who shall take action on such request not later than 72 hours after receipt of the formal request for review.</text></paragraph>

<paragraph id="HC77157A3A3394713B185A69CB877F949"

indent="up1"><enum>(4)</enum><text>The Secretary concerned shall ensure that all
records of any request, determination, transfer, or other action under this subsection
remain confidential, consistent with applicable law and regulation.</text></paragraph>

<paragraph id="HF5FBCFC1B9C548BCB54B647B93072D26" indent="up1"><enum>(5)</enum><text
display-inline="yes-display-inline">A cadet who transfers under this subsection may
retain the cadetâ€™s appointment to the United States Air Force Academy or may be
appointed to the military service academy to which the cadet transfers without regard
to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this
title.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="H1E695FF32DCA42EF8E84A8562984440B" section-type="subsequent-
section"><enum>556.</enum><header>Redesignation of the Commandant of the United States
Air Force Institute of Technology as the Director and Chancellor of such
Institute</header>

<subsection
id="HDF4250B6E3844569BA3764F43709D885"><enum>(a)</enum><header>Redesignation</header><t
ext display-inline="yes-display-inline">Section 9414b(a) of title 10, United States
Code, is amendedâ€"</text>

<paragraph id="H06E852C13ECB4F80B51F5B5B9002094C"><enum>(1)</enum><text>in the
subsection heading, by striking <quote><header-in-text level="subsection"
style="USC">Commandant</header-in-text></quote> and inserting <quote><header-in-text
level="subsection" style="OLC">Director and Chancellor</header-in-
text></quote>;</text></paragraph>

<paragraph id="H750A63CC5E2B4F678F5CA87FFDCBE144"><enum>(2)</enum><text display-
inline="yes-display-inline">by striking <quote>Commandant</quote> each place it appears
and inserting <quote>Director and Chancellor</quote>; and</text></paragraph>

<paragraph id="HC2E45B08A6674630AA166844AFFF42E8"><enum>(3)</enum><text display-
inline="yes-display-inline">in the heading of paragraph (3), by striking
<quote><header-in-text level="paragraph" style="OLC">Commandant</header-in-
text></quote> and inserting <quote><header-in-text level="appropriations-intermediate"
style="OLC">Director and Chancellor</header-in-
text></quote>.</text></paragraph></subsection>

<subsection id="HF288AA51C7884433ADE2C402D20D1C4E"><enum>(b)</enum><header>Conforming
amendments</header><text display-inline="yes-display-inline">Section 9414(f) of such
title is amended by striking <quote>Commandant</quote> both places it appears and
inserting <quote>Director and Chancellor</quote>.</text></subsection>

<subsection
id="HD69A61C89EBF4A3CBBCE51CE3141D10C"><enum>(c)</enum><header>References</header><text
display-inline="yes-display-inline">Any reference in any law, regulation, map,
document, paper, or other record of the United States to the Commandant of the United
States Air Force Institute of Technology shall be deemed to be a reference to the
Director and Chancellor of the United States Air Force Institute of
Technology.</text></subsection></section>

<section id="H4EEE86A7411948E0B779CFE4BE532979" section-type="subsequent-
section"><enum>557.</enum><header>Eligibility of additional enlisted members for
associate degree programs of the Community College of the Air Force</header><text
display-inline="no-display-inline">Section 9415(b) of title 10, United States Code, is
amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H99C7EFDD22684312B92613FA3870569F"
style="USC">

<paragraph id="H0D6B3FAE10AD40E5955FF0DEA2ACA002"><enum>(3)</enum><text display-
inline="yes-display-inline">Enlisted members of the armed forces other than the Air
Force who are participating in Community College of the Air Force affiliated joint-
service training and education courses.</text></paragraph><after-quoted-block>.</after-
quoted-block></quoted-block></section>

<section id="HC273FA927EF149C6B98F95554C96DC06"><enum>558.</enum><header>Speech
disorders of cadets and midshipmen</header>

<subsection

```
id="HCA76C71206F74EB18079CACEA91614DA"><enum>(a)</enum><header>Testing</header><text
display-inline="yes-display-inline">The Superintendent of a military service academy
shall provide testing for speech disorders to incoming cadets or midshipmen under the
jurisdiction of that Superintendent.</text></subsection>

<subsection
id="HC00AA3B2202C43C1A8CA1AEA36718372"><enum>(b)</enum><header>No effect on
admission</header><text display-inline="yes-display-inline">The testing under
subsection (a) may not have any effect on admission to a military service
academy.</text></subsection>

<subsection
id="HC5683CD0CECF4866A38DB6C1E43ED87F"><enum>(c)</enum><header>Results</header><text
display-inline="yes-display-inline">The Superintendent shall provide each cadet or
midshipman under the jurisdiction of that Superintendent the result of the testing
under subsection (a) and a list of warfare unrestricted line officer positions and
occupation specialties that require successful performance on the speech
test.</text></subsection>

<subsection
id="H1DDA8E6B85534E818BEB201F29E33866"><enum>(d)</enum><header>Therapy</header><text
display-inline="yes-display-inline">The Superintendent shall furnish speech therapy to
a cadet or midshipman under the jurisdiction of that Superintendent at the election of
the cadet or midshipman.</text></subsection>

<subsection
id="HBE7EDC74D4784C669CCA7900B13841A8"><enum>(e)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this Act, the Secretaries of the military departments shall submit to the
Committees on Armed Services of the Senate and the House of Representatives a joint
report that includes the following:</text>

<paragraph id="H1B403894E3444D49AA0E8CC6AFE914E7" commented="no"><enum>(1)</enum><text
display-inline="yes-display-inline">The number of cadets or midshipmen with an
identified speech disorder in each military service academy.</text></paragraph>

<paragraph id="HDD864838FE1046FEAD37E1F29C856626" commented="no"><enum>(2)</enum><text
display-inline="yes-display-inline">A list of the health care and administrative
resources related to speech disorders available to cadets and midshipmen described in
paragraph (1).</text></paragraph>

<paragraph id="H2D677FEF4E4346C6BCECAB46FDD776F7" commented="no"><enum>(3)</enum><text
display-inline="yes-display-inline">A list of positions and specialties described in
subsection (c) pursued by the cadets and midshipmen described in paragraph (1) at the
time of graduation.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD90E830015B34EAE899375E7DDEEE56E" section-type="subsequent-
section"><enum>559.</enum><header display-inline="yes-display-inline">Requirement to
continue provision of tuition assistance for members of the Armed Forces</header><text
display-inline="no-display-inline">The Secretary of each military department shall
carry out tuition assistance programs for members of an Armed Force under the
jurisdiction of that Secretary during fiscal year 2020 using an amount not less than
the sum of any amounts appropriated for tuition assistance for members of that Armed
Force for fiscal year 2020.</text></section>

<section id="HC3D2C8802DEB494DA597F7A9D8B9C957"><enum>560.</enum><header>Information on
institutions of higher education participating in the Department of Defense Tuition
Assistance Program</header>

<subsection id="HB13E741349374BE3870AC5BEA5B8CC16"><enum>(a)</enum><header>List of
participating institutions</header><text>The Secretary of Defense shall make available,
on a publicly accessible website of the Department of Defense, a list that
identifiesâ€"</text>

<paragraph id="H938B50372BC344528506CC7F2FD6FD29"><enum>(1)</enum><text>each
institution of higher education that receives funds under the Department of Defense
Tuition Assistance Program; and</text></paragraph>

<paragraph id="H7E60D3D5FF6B409885711BD1548F9115"><enum>(2)</enum><text>the amount of
such funds received by the institution.</text></paragraph></subsection>
```

WASHSTATEC014827

```
<subsection id="HD2FE089DAE4C4612ADFD40EF16340FC6"><enum>(b)</enum><header>Annual
updates</header><text>The Secretary of Defense shall update the list described in
subsection (a) not less frequently than once annually. </text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HF7ED5AAA8AFC41729B1B670D8ABC1ED6" section-type="subsequent-
section"><enum>560A.</enum><header display-inline="yes-display-inline">Inclusion of
information on free credit monitoring in annual financial literacy
briefing</header><text display-inline="no-display-inline">The Secretary of each
military department shall ensure that the annual financial literacy education briefing
provided to members of the Armed Forces includes information on the availability of
free credit monitoring services pursuant to section 605A(k) of the Fair Credit
Reporting Act (15 U.S.C. 1681câ€"1(k)).</text></section>

<section id="HCFD0519704AE46CA821AF6129133F4CF" section-type="subsequent-
section"><enum>560B.</enum><header>Programs to facilitate the award of private pilot's
certificates</header>

<subsection id="HDC4BAC6BD2D946328EC4D32E689635B2"><enum>(a)</enum><header>Programs
authorized</header><text display-inline="yes-display-inline">Each Secretary of a
military department may carry out a program under which qualified participants may
obtain a private pilot's certificate through an institution of higher education with an
accredited aviation program that is approved by such Secretary pursuant to subsection
(c).</text></subsection>

<subsection id="H3BD09DA5AEB240468F5DCEF53D953DDA"><enum>(b)</enum><header>Participant
qualifications and types of assistance</header>

<paragraph id="H498DC3E9073C4A44A29ECC4B8F63994B"><enum>(1)</enum><header>In
general</header><text>In carrying out a program under subsection (a), the Secretary of
a military department shall prescribeâ€"</text>

<subparagraph id="H31306CF7C2094C8191C55EDD8E70680B"><enum>(A)</enum><text>the
standards to be met for participation in the program; and</text></subparagraph>

<subparagraph id="H6E3AA6CB7D9D4056B716C5B684D2503D"><enum>(B)</enum><text>the types of
assistance, if any, to be provided to individuals who participate in the
program.</text></subparagraph></paragraph>

<paragraph id="HCE3E4399169C46E58536FA36DB8FC1EA"><enum>(2)</enum><header>Uniformity
across military departments</header><text>To the extent practicable, the standards and
types of assistance prescribed under paragraph (1) shall be uniform across the military
departments.</text></paragraph></subsection>

<subsection id="H7B2A2488E93248AE8AFE4239B2216A2D"><enum>(c)</enum><header>Approved
institutions of higher education</header>

<paragraph id="H6C4D9083CD6046B4920AA566E8F8E475"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">In carrying out a program
under subsection (a), the Secretary of a military department shall maintain a list of
institutions of higher education (as that term is defined in section 101 of the Higher
Education Act of 1965 (20 U.S.C. 1001)) through which an individual participating in
the program may obtain a private pilot's certificate.</text></paragraph>

<paragraph
id="HC7DF253C512D4EDFB478D89E5CDCB564"><enum>(2)</enum><header>Qualifications and
standards</header><text display-inline="yes-display-inline">Any institution of higher
education included on a list under paragraph (1), and any course of instruction toward
obtaining a private pilot's certificate offered by such institution, shall meet such
qualifications and standards as the Secretary shall prescribe for purposes of the
program. Such qualifications and standards shall include a requirement that any
institution included on the list award, to individual participating in the program,
academic credit at such institution for any portion of course work completed on the
ground school course of instruction of such institution in connection with obtaining a
private pilot's certificate, regardless of whether the participant fully completed the
ground school course of instruction.</text></paragraph></subsection>

<subsection id="H7C49EFDB51D0407BBFC0981DBA8CA0E4"><enum>(d)</enum><header>Annual
reports on programs</header>

<paragraph id="H00D0639068A247239318DC55E34518A6"><enum>(1)</enum><header>In
```

WASHSTATEC014828

general</header><text>Not later than February 28, 2021, and each year thereafter, each Secretary of a military department shall submit to Congress a report on the program, if any, carried out by such Secretary under subsection (a) during the preceding calendar year.</text></paragraph>

<paragraph id="H7F44E70EA1C34561BCECB5ACB457A8DF"><enum>(2)</enum><header>Elements</header><text>Each report under paragraph (1) shall include, for the program and year covered by such report, the following:</text>

<subparagraph id="HDD0C5F6C2BE44B1BA25861F350B123AC"><enum>(A)</enum><text>The total number of participants in the program.</text></subparagraph>

<subparagraph id="H0671045795554300BE1AAC78D2D16873"><enum>(B)</enum><text display-inline="yes-display-inline">The number of private pilot's certificates awarded to participants in the program.</text></subparagraph>

<subparagraph id="H71ED748938F04240B6813F231250D016"><enum>(C)</enum><text>The number of participants in the program who fully completed a ground school course of instruction in connection with obtaining a private pilot's certificate.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="H842E3C84A1B747168CFAEDD3EDCDB9B3"><enum>G</enum><header>Member Training and Transition</header>

<section id="HF153443E7D8E456D938F557DE29F3388"><enum>561.</enum><header>Requirement to provide information regarding benefits claims to members during TAP counseling</header><text display-inline="no-display-inline">Section 1142(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HD11A8230C4CC4153A06CF865B18BFA6E" style="USC">

<paragraph id="H8A87D59F2C5E4248B9B201D708BE3A72"><enum>(19)</enum><text display-inline="yes-display-inline">Information regarding how to file claims for benefits available to the member under laws administered by the Secretaries of Defense and Veterans Affairs.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H013B43DC914947AB8F6D172E8B206C5E"><enum>562.</enum><header>Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces</header><text display-inline="no-display-inline">Section 1143(e) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H955F5D7877534407A202D823D1C4FCA9"><enum>(1)</enum><text>by redesignating paragraph (3) as paragraph (4); and</text></paragraph>

<paragraph id="H32CAA04DF9644C1795849DB291B07AAD"><enum>(2)</enum><text>by inserting after paragraph (2) the following new paragraph (3):</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H15EE2AC22EE342DAA6AE1062D36B2427" style="OLC">

<paragraph id="H386D53D051744CD49D4D43697C4CDA5A" indent="up1"><enum>(3)</enum><text>Any program under this subsection may be carried out at, through, or in consultation with such other departments or agencies of the Federal Government as the Secretary of the military department concerned considers appropriate.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H83AFF5C4ED7D4B19B345B4A42A81451B"><enum>563.</enum><header>First modification of elements of report on the improved Transition Assistance Program</header><text display-inline="no-display-inline">Section 552(b)(4) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by adding at the end the following:</text>

<quoted-block style="OLC" id="H4E17EDDA9CF64385AC023252D23CB371" display-inline="no-display-inline">

<subparagraph id="HEE26A94208B047E48D046A87C1960551"><enum>(E)</enum><text display-inline="yes-display-inline">The evaluation of the Secretary regarding the effectiveness

WASHSTATEC014829

of the Transition Assistance Program for all members of the Armed
Forces.</text></subparagraph>

<subparagraph id="HA817BBC0B80B4A298582ACAECBEF9B11"><enum>(F)</enum><text display-
inline="yes-display-inline">The evaluation of the Secretary regarding the effectiveness
of the Transition Assistance Program specifically for female members of the Armed
Forces.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-
block></section>

<section id="H7EF300DF59F34E749FB1373D7045FDFF"><enum>564.</enum><header>Second
modification of elements of report on the improved Transition Assistance
Program</header><text display-inline="no-display-inline">Section 552(b)(4) of the John
S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law
115â€"232), as amended by section 563 of this Act, is further amendedâ€"</text>

<paragraph id="H69C985CD446C4716A8DF80F8005B8569"><enum>(1)</enum><text>by
redesignating subparagraphs (A) through (F) as subparagraphs (B) through (G),
respectively;</text></paragraph>

<paragraph id="H156A6FD2938445F595B03BA2DFD37163"><enum>(2)</enum><text>by inserting
before subparagraph (B), as redesignated by paragraph (1), the following new
subparagraph (A):</text>

<quoted-block display-inline="no-display-inline" id="H24D0FA0980A144BB85EC4F4617453F89"
style="OLC">

<subparagraph id="H14D03EA26531472AA906CDBFF71E1E28"><enum>(A)</enum><text>The total
number of members eligible to attend Transition Assistance Program
counseling.</text></subparagraph><after-quoted-block>; and</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H26AAF4378FC44236A940C89EEFB2E39E"><enum>(3)</enum><text>by adding at
the end the following new subparagraphs:</text>

<quoted-block display-inline="no-display-inline" id="HFB306622E00D44FCABD2C5902C1CE53A"
style="OLC">

<subparagraph id="HA82EED367B3B402C8C6C74D32072C82D"><enum>(H)</enum><text>The number
of members who participated in programs under section 1143(e) of title 10, United
States Code (commonly referred to as <quote>Job Training, Employment Skills,
Apprenticeships and Internships (JTEST-AI)</quote> or <quote>Skill
Bridge</quote>).</text></subparagraph>

<subparagraph id="HA565C8F9072E4492939245C05C6E61EF"><enum>(I)</enum><text>Such other
information as is required to provide Congress with a comprehensive description of the
participation of the members in the Transition Assistance Program and programs
described in subparagraph (H).</text></subparagraph><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph></section>

<section id="HE3D3CD33DAC344059633AC4800D62257" section-type="subsequent-
section"><enum>565.</enum><header>Prohibition on gender-segregated training at Marine
Corps Recruit Depots</header>

<subsection id="H2C4B5CAB9CA24965A7F6BC08607B45DF"><enum>(a)</enum><header>Parris
Island</header>

<paragraph
id="H36347CBE21E348E5B59B86F645B3D541"><enum>(1)</enum><header>Prohibition</header><tex
t display-inline="yes-display-inline">Subject to paragraph (2), training at the Marine
Corps Recruit Depot, Parris Island, South Carolina, may not be segregated based on
gender.</text></paragraph>

<paragraph
id="H3364BF5988DF42BE9DB0B444FB9F20DA"><enum>(2)</enum><header>Deadline</header><text>T
he Commandant of the Marine Corps shall carry out this subsection not later than five
years after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection id="H06FA381966774A2C8B9699FB1D104296"><enum>(b)</enum><header>San
Diego</header>

<paragraph
id="H7E851E58966A407786250191C7204DAF"><enum>(1)</enum><header>Prohibition</header><tex

t display-inline="yes-display-inline">Subject to paragraph (2), training at the Marine Corps Recruit Depot, San Diego, California, may not be segregated based on gender.</text></paragraph>

<paragraph id="H3233EE6AAA564ED1BEB4849DBED4951C"><enum>(2)</enum><header>Deadline</header><text>The Commandant of the Marine Corps shall carry out this subsection not later than eight years after the date of the enactment of this Act.</text></paragraph></subsection></section>

<section id="HF5780DB72E214C378F1B689B141D965B"><enum>566.</enum><header>Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments</header>

<subsection id="H6F781DB03122485BA52C72BF3F4B0787"><enum>(a)</enum><header>Assessment</header><text>The Inspector General of the Department of Defense shall conduct an assessment of the deaths of recruits at facilities under the jurisdiction of the Secretaries of the military departments, and the effectiveness of the current medical protocols on the training bases.</text></subsection>

<subsection id="H23B6450665B644528206A3A55BD9434C"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than September 30, 2020, the Inspector General shall submit to the Committees on Armed Services of the Senate and the House of Representative a report containing the results of the assessment conducted under subsection (a). The report shall include the following:</text>

<paragraph id="HF862F87551664F58B100CBFEF3053F7E"><enum>(1)</enum><text>The number of recruits who died during basic training in the five years preceding the date of the report.</text></paragraph>

<paragraph id="H5D4E789E98FC4B87B45A546562EF1D15"><enum>(2)</enum><text>The causes of deaths described in paragraph (1).</text></paragraph>

<paragraph id="H04111AF25C88450FBCA5B98E349444EE"><enum>(3)</enum><text display-inline="yes-display-inline">The types of medical treatment that was provided to recruits described in paragraph (1).</text></paragraph>

<paragraph id="HE5173C75AF424C9B9106BF6B3A906622"><enum>(4)</enum><text display-inline="yes-display-inline">Whether any of the deaths identified under paragraph (1) were found to be a result of medical negligence.</text></paragraph>

<paragraph id="H96A4CFD5D12B468E83C2D783BEF8E417"><enum>(5)</enum><text display-inline="yes-display-inline">A description of medical capabilities and personnel available to the recruits at each facility.</text></paragraph>

<paragraph id="H65AD423E2B024E02A4486BF2D2FA1456"><enum>(6)</enum><text>A description of medical resources accessible to the recruits at the company level at each facility.</text></paragraph>

<paragraph id="H923B27507BD746C09EA8DFCC11611B95"><enum>(7)</enum><text display-inline="yes-display-inline">A description of 24-hour medical resources available to recruits at each facility.</text></paragraph>

<paragraph id="H95F2BD38D93D479597AFEEA8D3643F8C"><enum>(8)</enum><text>An evaluation of the guidelines and resources in place to monitor sick recruits.</text></paragraph>

<paragraph id="H0E5BEA75E49646809876D15F0E34C1BA"><enum>(9)</enum><text>An evaluation of how supervisors evaluate and determine whether a sick recruit should continue training or further seek medical assistance.</text></paragraph>

<paragraph id="HA028F0B3BAE14F99A0C60C55162494F3"><enum>(10)</enum><text display-inline="yes-display-inline">An evaluation of how the Secretaries of the military departments can increase visibility of the comprehensive medical status of a sick recruit to instructors and supervisors in order to provide better situational awareness of the such medical status.</text></paragraph>

<paragraph id="H16B49A9004344AE29D2EEDB37709C3D2"><enum>(11)</enum><text>An evaluation of how to improve medical care for recruits.</text></paragraph></subsection></section>

<section id="HD02768B2FA4B440E84E0BADC13D8DDBD"><enum>567.</enum><header>Review of

Department of Defense training programs regarding disinformation campaigns</header>

<subsection
id="H6E32EC10A1C44A6E95EEB53C49506C6C"><enum>(a)</enum><header>Review</header><text
display-inline="yes-display-inline">Not later than 120 days after the enactment of this
Act, the Secretary of Defense shall conduct a review of existing programs, tools, and
resources of the Department of Defense for training members of the Armed Forces and
employees of the Department regarding the threat of disinformation campaigns
specifically targeted at such individuals and the families of such
individuals.</text></subsection>

<subsection id="HD793B4819AB34AB59BA77EA59A4D0445"><enum>(b)</enum><header>Report
required</header><text display-inline="yes-display-inline">Not later than 270 days
after the enactment of this Act, the Secretary of Defense shall submit a report to the
congressional defense committees regarding the programs, tools, and resources
identified under subsection (a).</text></subsection></section>

<section id="H57E90C1B5CE64C31ACD4B69FCFE9F0FF"><enum>568.</enum><header>Command
matters in connection with transition assistance programs</header><text display-
inline="no-display-inline">The training provided a commander of a military installation
in connection with the commencement of assignment to the installation shall include a
module on the covered transition assistance programs available for members of the Armed
Forces assigned to the installation.</text></section>

<section id="HA0F34C22A3AC48EF952C77F6CED0962A"><enum>569.</enum><header>Machine
readability and electronic transferability of Certificate of Release or Discharge from
Active Duty (DD Form 214)</header>

<subsection id="H5C607490EB094AFE913B02C4882BC788"><enum>(a)</enum><header>Modification
required</header><text display-inline="yes-display-inline">The Secretary of Defense
shall modify the Certificate of Release or Discharge from Active Duty (DD Form 214)
toâ€"</text>

<paragraph id="H0E7D8A3A90574464954169769A6CF2C3"><enum>(1)</enum><text>be machine
readable and electronically transferable; and</text></paragraph>

<paragraph id="HC8C71EAFC02D424E8621DF5BAD4BFAD6"><enum>(2)</enum><text display-
inline="yes-display-inline">include a specific block explicitly identified as the
location in which a member of the Armed Forces may provide one or more email addresses
by which the member may be contacted after discharge or release from active
duty.</text></paragraph></subsection>

<subsection id="HD2C6EC4118B3487C9621E71CD8381C9A"><enum>(b)</enum><header>Deadline for
modification</header><text display-inline="yes-display-inline">The Secretary of Defense
shall release a revised Certificate of Release or Discharge from Active Duty (DD Form
214), modified pursuant to subsection (a), not later than four years after the date of
the enactment of this Act.</text></subsection>

<subsection
id="HFA9F070C1A334B30A9AF7F30FF6599A5"><enum>(c)</enum><header>Report</header><text>Not
later than 180 days after the date of the enactment of this Act, the Secretary of
Defense shall submit a report to Congress regarding the following:</text>

<paragraph id="HD1F926BF777745C08EC0036DF9603A9F"><enum>(1)</enum><text display-
inline="yes-display-inline">What systems of the Department of Defense require an
individual to manually enter information from DD Form 214.</text></paragraph>

<paragraph id="HBDC2E14A231C41FDB270214FFF85BD89"><enum>(2)</enum><text display-
inline="yes-display-inline">What activities of the Department of Defense require a
veteran or former member of the Armed Forces to provide a physical copy of DD Form
214.</text></paragraph>

<paragraph id="H35F80DE2A52F447F85997A380B56EC4F"><enum>(3)</enum><text>The order of
priority for modernizing items identified under paragraphs (1) and (2) as determined by
the Secretary.</text></paragraph>

<paragraph id="H1C0089C2398C46DD8071D25F0B31EABC"><enum>(4)</enum><text display-
inline="yes-display-inline">The estimated cost, as determined by the Secretary, to
automate items identified under paragraphs (1) and
(2).</text></paragraph></subsection></section>

WASHSTATEC014832

```
<section id="HB3C2EB794C8E48E08634C89A8D9DC698" section-type="subsequent-
section"><enum>570.</enum><header>Records of service for Reserves</header>

<subsection
id="H7DC1B8D478A8469C9CE91C99B51A7D0D"><enum>(a)</enum><header>Establishment</header><t
ext display-inline="yes-display-inline">Not later than September 30, 2020, the
Secretary of Defense shall establish and implement a standard record of service for
members of the reserve components of the Armed Forces, similar to DD Form 214, that
summarizes the record of service of each such member, including dates of active duty
service.</text></subsection>

<subsection
id="HA9954681B3034F10926B3663015C8B44"><enum>(b)</enum><header>Coordination</header><te
xt display-inline="yes-display-inline">In carrying out this section, the Secretary of
Defense shall coordinate with the Secretary of Veterans Affairs to ensure that the
record established under this section is acceptable as proof of service for former
members of the reserve components of the Armed Forces who are eligible for benefits
under laws administered by the Secretary of Veterans Affairs to receive such
benefits.</text></subsection></section>

<section id="H5FFD1F9DFB194288B791260BD6214E34"><enum>570A.</enum><header>Limitations
and requirements in connection with separations for members of the Armed Forces who
suffer from mental health conditions in connection with a sex-related, intimate partner
violence-related, or spousal-abuse offense</header>

<subsection id="H30F7C3B3A5F7458BA92651883FE3B3D8"><enum>(a)</enum><header>Confirmation
of diagnosis of condition required before separation</header><text>Before a member of
the Armed Forces who was the victim of a sex-related offense, an intimate partner
violence-related offense, or a spousal-abuse offense during service in the Armed Forces
(whether or not such offense was committed by another member of the Armed Forces), and
who has a mental health condition not amounting to a physical disability, is separated,
discharged, or released from the Armed Forces based solely on such condition, the
diagnosis of such condition must beâ€"</text>

<paragraph id="HC95AD8DD793B4C14B02297326C00EEDB"><enum>(1)</enum><text>corroborated by
a competent mental health care professional at the peer level or a higher level of the
health care professional making the diagnosis; and</text></paragraph>

<paragraph id="HB8E0D3B54D6B4F8DB9C36B2D4A5B30C6"><enum>(2)</enum><text>endorsed by the
Surgeon General of the military department concerned.</text></paragraph></subsection>

<subsection id="H7A02BB07CB1C42FFB9C05FB8F8647E2F"><enum>(b)</enum><header>Narrative
reason for separation if mental health condition present</header><text>If the narrative
reason for separation, discharge, or release from the Armed Forces of a member of the
Armed Forces is a mental health condition that is not a disability, the appropriate
narrative reason for the separation, discharge, or release shall be a condition, not a
disability, or Secretarial authority.</text></subsection>

<subsection
id="H3749AD39CCD3475D8746B20A22F398CF"><enum>(c)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H0CDD361192174AA184F064B2592B26BA"><enum>(1)</enum><text>The term
<term>intimate partner violence-related offense</term> means the following:</text>

<subparagraph id="HA5DD0B2D708240FF873776D0E5EF4980"><enum>(A)</enum><text>An offense
under section 928 or 930 of title 10, United States Code (article 128 or 130 of the
Uniform Code of Military Justice).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7862EBECF695439985375074A03C08C7"><enum>(B)</enum><text display-inline="yes-
display-inline">An offense under State law for conduct identical or substantially
similar to an offense described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="HE9BA287D70A349A9B6A1FEF3CE1F1103"><enum>(2)</enum><text>The term
<term>sex-related offense</term> means the following:</text>

<subparagraph id="H6A9A6008D06B4409AB8618860A6C04A7"><enum>(A)</enum><text>An offense
under section 920 or 920b of title 10, United States Code (article 120 or 120b of the
Uniform Code of Military Justice).</text></subparagraph>
```

WASHSTATEC014833

```
<subparagraph id="H9BAF6F5330B546B59601C15647C2E586"><enum>(B)</enum><text>An offense
under State law for conduct identical or substantially similar to an offense described
in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="HE63BD59A7E504E918C01D8B4DC9DE60B"><enum>(3)</enum><text>The term
<term>spousal-abuse offense</term> means the following:</text>

<subparagraph id="HA61BA029F5E04114A1ECA196CA9B4BED"><enum>(A)</enum><text>An offense
under section 928 of title 10, United States Code (article 128 of the Uniform Code of
Military Justice).</text></subparagraph>

<subparagraph id="H8F03C0C3A7E444A391E777B21BDC9B62"><enum>(B)</enum><text>An offense
under State law for conduct identical or substantially similar to an offense described
in subparagraph (A).</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD08ECC93F9394A67ABD8DDD4F8B2F8CF"><enum>(d)</enum><header>Effective
date</header><text>This section shall take effect 180 days after the date of the
enactment of this Act, and shall apply with respect to separations, discharges, and
releases from the Armed Forces that occur on or after that effective
date.</text></subsection></section>

<section id="HC3C77D036422443FACEF9B9875CCD48A"><enum>570B.</enum><header>Prohibition
on involuntary separation of certain members of the Armed Forces; consideration of
military service in removal determinations</header>

<subsection id="HA5607B6A849A46E2B56A65452BC59236"><enum>(a)</enum><header>Prohibition
on involuntary separation</header>

<paragraph id="H9044D0D4AE6D4C8EBA44E0F21C08B508"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">No member of the Armed Forces
may be involuntarily separated from the Armed Forces solely because that member is a
covered member.</text></paragraph>

<paragraph id="H960862F906B5499081083660D23E1905"><enum>(2)</enum><header>Covered
member defined</header><text display-inline="yes-display-inline">In this subsection,
the term <quote>covered member</quote> means a member of the Armed Forces whoâ€"</text>

<subparagraph id="HED7F9A84C11741E3AFF1F70E0A7B1034"><enum>(A)</enum><text display-
inline="yes-display-inline">possesses a current and valid employment authorization
document that was issued pursuant to the memorandum of the Secretary of Homeland
Security dated June 15, 2012, and entitled <quote>Exercising Prosecutorial Discretion
with Respect to Individuals who Came to the United States as Children</quote>;
or</text></subparagraph>

<subparagraph id="H677A1D5D07634C95A0EF9BABB91ABC96"><enum>(B)</enum><text display-
inline="yes-display-inline">is currently in a temporary protected status under section
244 of the Immigration and Nationality Act (8 U.S.C.
1254a).</text></subparagraph></paragraph></subsection>

<subsection
id="H730811DF922A4CD483FF62B43521517A"><enum>(b)</enum><header>Consideration of
military service in removal determinations</header>

<paragraph id="HB0CCA8B6564A4E0BAAB1D5F95F210DBC"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">With regards to an
individual, an immigration officer shall take into consideration evidence of military
service by that individual in determining whetherâ€"</text>

<subparagraph id="HC6D7F2F733BB45D3B2AA1389AEB26C54"><enum>(A)</enum><text>to issue to
that individual a notice to appear in removal proceedings, an administrative order of
removal, or a reinstatement of a final removal order; and</text></subparagraph>

<subparagraph id="HAD6A8D8C847F42968F17D9BF62276B3A"><enum>(B)</enum><text>to execute a
final order of removal regarding that individual.</text></subparagraph></paragraph>

<paragraph
id="H024ACE0256E344C9A5D55D24FF7FF39B"><enum>(2)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this subsection:</text>

<subparagraph id="H241FC4C206F04D149623E66FD750466C"><enum>(A)</enum><text display-
inline="yes-display-inline">The term <quote>evidence of service</quote> means evidence
```

that an individual served as a member of the Armed Forces, and the characterization of each period of service of that individual in the Armed Forces.</text></subparagraph>

<subparagraph id="H2DC853081D2A4EF5962FFFEF12ECBC28"><enum>(B)</enum><text>The term <quote>immigration officer</quote> has the meaning given that term in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.).</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H81799B683C6F44D0BC97B5BF2053F848" section-type="subsequent-section"><enum>570C.</enum><header display-inline="yes-display-inline">Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648)</header><text display-inline="no-display-inline">Not later than September 30, 2020, the Secretary of Defense shall modify the preseparation counseling checklist for active component, active guard reserve, active reserve, full time support, and reserve program administrator service members (DD Form 2648) to include a specific block wherein a member of the Armed Forces may indicate that the member would like to receive information regarding the immigration status of that member and expedited naturalization.</text></section>

<section id="HA7D73E874A8D4D878890763053EB030A"><enum>570D.</enum><header>Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States</header>

<subsection id="H609A6DE18EAB456CA0AFA6A885B8A7E5"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary concerned shall furnish to covered individuals under the jurisdiction of that Secretary counseling regarding how to apply for naturalization in the United States.</text></subsection>

<subsection id="HA5355E0C7F954C1BB0745DD7FA1CB9F1"><enum>(b)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H683A58B7DE3A401A9C6B9C2D1C914347"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>covered individual</quote> means a member of the Armed Forces who is not a citizen of the United States.</text></paragraph>

<paragraph id="H5907C9D53F8049958442FBD560318246"><enum>(2)</enum><text>The term <term>Secretary concerned</term> has the meaning given that term in section 101(a)(9) of title 10, United States Code.</text></paragraph></subsection></section>

<section id="HBD9894ABF05340BB92D64C98FAC1B6A1"><enum>570E.</enum><header>Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service</header>

<subsection id="HDBBC39B5F8394CBB843CFF6A9D3E0922"><enum>(a)</enum><header>Pilot program required</header>

<paragraph commented="no" id="H6174BE1073D74F809C81C55409012D33"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with the American Red Cross to carry out a pilot program under which the American Red Cross—</text>

<subparagraph id="H92D86A6FA02E4BC4A21F9361586B91FA"><enum>(A)</enum><text>encourages a member of the Armed Forces, upon the enlistment or appointment of such member, to designate up to 10 persons to whom information regarding the military service of such member shall be disseminated using contact information obtained under paragraph (6); and</text></subparagraph>

<subparagraph commented="no" id="H032120F668BF405D9E7A3A857E3950B0"><enum>(B)</enum><text>provides such persons, within 30 days after the date on which such persons are designated under subparagraph (A), the option to elect to receive such information regarding military service.</text></subparagraph></paragraph>

<paragraph commented="no" id="HCE5F565B75C34B689F94B9C3B317CD7F"><enum>(2)</enum><header>Dissemination</header><text>The Secretary shall disseminate information described in paragraph (1)(A) under the

WASHSTATEC014835

pilot program on a regular basis.</text></paragraph>

<paragraph id="H572FD1118CD843B38ECD49B5ABF38590"><enum>(3)</enum><header>Types of information</header><text display-inline="yes-display-inline">The types of information to be disseminated under the pilot program to persons who elect to receive such information shall include information regarding—</text>

<subparagraph id="HB5CE53796A22425EA17F9C2C68B5EF7C"><enum>(A)</enum><text display-inline="yes-display-inline">aspects of daily life and routine experienced by members of the Armed Forces;</text></subparagraph>

<subparagraph id="H9B683518113242EBA485045F03B6A506"><enum>(B)</enum><text>the challenges and stresses of military service, particularly during and after deployment as part of a contingency operation;</text></subparagraph>

<subparagraph id="HE2BA782BC5B844DCB6FF6308B0CCDB88"><enum>(C)</enum><text>the services available to members of the Armed Forces and the dependents of such members to cope with the experiences and challenges of military service;</text></subparagraph>

<subparagraph id="H4EF10216D8A34B44B492518889B68685"><enum>(D)</enum><text>benefits administered by the Department of Defense for members of the Armed Forces and the dependents of such members;</text></subparagraph>

<subparagraph id="H1DFEB7E5463B44A2A351219685B3767B"><enum>(E)</enum><text>a toll-free telephone number through which such persons who elect to receive information under the pilot program may request information regarding the program; and</text></subparagraph>

<subparagraph id="HC5556870F7D9473AB8742D30A60D504E"><enum>(F)</enum><text>such other information as the Secretary determines to be appropriate.</text></subparagraph></paragraph>

<paragraph id="H24541E431448491BADDD48B2FADEF2EA"><enum>(4)</enum><header>Privacy of information</header><text display-inline="yes-display-inline">In carrying out the pilot program, the Secretary may not disseminate information under paragraph (3) in violation of laws and regulations pertaining to the privacy of members of the Armed Forces, including requirements pursuant to—</text>

<subparagraph id="H5756300D8CA7498B9A54AF93ADC4BB85"><enum>(A)</enum><text>section 552a of title 5, United States Code; and</text></subparagraph>

<subparagraph id="H7ED3AD7A44F14DBA8A6BD85D2F9AB7FA"><enum>(B)</enum><text>the Health Insurance Portability and Accountability Act of 1996 (Public Law 104–191).</text></subparagraph></paragraph>

<paragraph id="HCA76B2EBB55C4E899A8910A331E26877"><enum>(5)</enum><header>Notice and Modifications</header><text display-inline="yes-display-inline">In carrying out the pilot program, the Secretary shall, with respect to a member of the Armed Forces—</text>

<subparagraph id="HABEE6527088248D2BAA33198D9AFDDE8"><enum>(A)</enum><text>ensure that such member is notified of the ability to modify designations made by such member under paragraph (1)(A); and</text></subparagraph>

<subparagraph id="H046BDCABC68C40B5968ED3EEED4B9295"><enum>(B)</enum><text>upon the request of a member, authorize such member to modify such designations at any time.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCF629B50E20045E19DDBF33B4C2B48DB"><enum>(6)</enum><header display-inline="yes-display-inline">Contact information</header><text display-inline="yes-display-inline">In making a designation under the pilot program, a member of the Armed Forces shall provide necessary contact information, specifically including an email address, to facilitate the dissemination of information regarding the military service of the member.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H10E67D09436249498BF22E580C2DBB68"><enum>(7)</enum><header>Opt-in and opt-out of program</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H9CC7C68EE739443C825F7C826B368F7B"><enum>(A)</enum><header>Opt-in by members</header><text>A member may participate in the pilot program only if the member

voluntarily elects to participate in the program. A member seeking to make such an election shall make such election in a manner, and by including such information, as the Secretary and the Red Cross shall jointly specify for purposes of the pilot program.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1FCE45FF0F56408692DCFC08EBADB76C"><enum>(B)</enum><header>Opt-in by designated recipients</header><text>A person designated pursuant to paragraph (1)(A) may receive information under the pilot program only if the person makes the election described in paragraph (1)(B).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H30C3994CC4644188B6A7542F9DDF4757"><enum>(C)</enum><header>Opt-out</header><text>In carrying out the pilot program, the Secretary shall, with respect to a person who has elected to receive information under such pilot program, cease disseminating such information to that person upon request of such person.</text></subparagraph></paragraph></subsection>

<subsection id="H2D029BE00D7A4BF6AA57AD831F3086B7"><enum>(b)</enum><header>Survey and report on pilot program</header>

<paragraph id="H5291841F999442B59CA6F247B22C8AED"><enum>(1)</enum><header>Survey</header><text display-inline="yes-display-inline">Not later than two years after the date on which the pilot program commences, the Secretary, in consultation with the American Red Cross, shall administer a survey to persons who elected to receive information under the pilot program for the purpose of receiving feedback regarding the quality of information disseminated under this section, including whether such information appropriately reflects the military career progression of members of the Armed Forces.</text></paragraph>

<paragraph id="H4B72529F0148451F90FF91D5E5F39C66"><enum>(2)</enum><header>Report</header><text>Not later than three years after the date on which the pilot program commences, the Secretary shall submit to the congressional defense committees a final report on the pilot program which includes€"</text>

<subparagraph id="HDBE8EE1154D3464A89C2FBC126FB10F5"><enum>(A)</enum><text>the results of the survey administered under paragraph (1);</text></subparagraph>

<subparagraph id="HDD2D9D7D7E20405ABAE4ECE056FA9CB0"><enum>(B)</enum><text>a determination as to whether the pilot program should be made permanent; and</text></subparagraph>

<subparagraph id="HF2E1E29213B448F5836FBCE3A50D85F4"><enum>(C)</enum><text>recommendations as to modifications necessary to improve the program if made permanent.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H36C762CF04E74B1AB20E2E8511A9B25B"><enum>(c)</enum><header>Termination of pilot program</header><text>The pilot program shall terminate upon submission of the report required by subsection (b)(2).</text></subsection></section>

<section id="H0A463061300348F9A206EBB8AD70AB26"><enum>570F.</enum><header>Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities</header>

<subsection id="H8C23F7138B844455AF24A10C256DA6A0"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense and the Secretary of Veterans Affairs shall jointly seek to enter into memoranda of understanding or other agreements with State veterans agencies under which information from Department of Defense Form DD€"2648 on individuals undergoing retirement, discharge, or release from the Armed Forces is transmitted to one or more State veterans agencies, as elected by such individuals, to provide or connect veterans to benefits or services as follows:</text>

<paragraph id="H3637C20E85774B37AE47A8E57A3A4535"><enum>(1)</enum><text>Assistance in preparation of resumes.</text></paragraph>

<paragraph id="H1B610454F2E945AFB4B6BB32599676CA"><enum>(2)</enum><text>Training for employment interviews.</text></paragraph>

WASHSTATEC014837

&lt;paragraph id="H23F01BA0028D4D808AC49392B3DB348C"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;Employment recruitment training.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H7C8812BFEA154D46AB43D0D7503F2B61"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text&gt;Other services leading directly to a successful transition from military life to civilian life.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HB5D4762A40F74278A2A7CF8BBDD18825"&gt;&lt;enum&gt;(5)&lt;/enum&gt;&lt;text&gt;Healthcare, including care for mental health.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H14A4A8DC157447AFB03947BA811958E7"&gt;&lt;enum&gt;(6)&lt;/enum&gt;&lt;text&gt;Transportation or transportation-related services.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H1EC4CDDCF7BB406C82969E5DF6885A3E"&gt;&lt;enum&gt;(7)&lt;/enum&gt;&lt;text&gt;Housing.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H98A931928E424D9A9C35D07214F6A7AD"&gt;&lt;enum&gt;(8)&lt;/enum&gt;&lt;text&gt;Such other benefits or services as the Secretaries jointly consider appropriate for purposes of this section.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H10AD12213C3D4FC4AB64CEDCB7BFBC74"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Information transmitted&lt;/header&gt;&lt;text&gt;The information transmitted on individuals as described in subsection (a) shall be such information on Form DDâ€"2648 as the Secretaries jointly consider appropriate to facilitate community-based organizations and related entities in providing or connecting such individuals to benefits and services as described in subsection (a).&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H448A805CC84446F18FF5A23F034711CD"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Modification of Form DDâ€"2648&lt;/header&gt;&lt;text&gt;The Secretary of Defense shall make such modifications to Form DDâ€"2648 as the Secretary considers appropriate to allow an individual filling out the form to indicate an email address at which the individual may be contacted to receive or be connected to benefits or services described in subsection (a).&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H93EE88B60B03472BB37C958B0694F883"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header&gt;Voluntary participation&lt;/header&gt;&lt;text&gt;Information on an individual may be transmitted to and through a State veterans agency as described in subsection (a) only with the consent of the individual. In giving such consent, an individual shall specify the following:&lt;/text&gt;

&lt;paragraph id="H3F5500E69DFC4CC1AC96E4E98B782C20"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;The State veterans agency or agencies elected by the individual to transmit such information as described in subsection (a).&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HFEC826BFD2314C569F3F111191331038"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;The benefits and services for which contact information shall be so transmitted.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H53571382CA83404C8DD590C1297395D7"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;Such other information on the individual as the individual considers appropriate in connection with the transmittal.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H59E144563C3E4F8C90B5E2E5976158FA"&gt;&lt;enum&gt;570G.&lt;/enum&gt;&lt;header&gt;Pilot program regarding online application for the Transition Assistance Program&lt;/header&gt;

&lt;subsection id="HDFBAAFDFF0FE4701A2572CBF852E592A"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Establishment&lt;/header&gt;&lt;text&gt;The Secretary of Defense, the Secretary of Veterans Affairs, and the Secretary of Labor may jointly carry out a pilot program that creates a one-stop source for online applications for the purposes of assisting members of the Armed Forces and Veterans participating in the Transition Assistance Program (in this section referred to as &lt;quote&gt;TAP&lt;/quote&gt;).&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="HEE4CD2F3E5D641F992EEF12C0725C8CD"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Data sources&lt;/header&gt;&lt;text&gt;If the Secretaries carry out the pilot program, any online application developed under such program shall, in part, aggregate existing data from government resources and the private sector under one uniform resource locator for the purpose of assisting members of the Armed Forces and veterans participating in TAP.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection

WASHSTATEC014838

id="HB63EB8AB82EF4BCEBAAFE6DAEC473C0C"><enum>(c)</enum><header>Availability; accessibility</header><text display-inline="yes-display-inline">Any online application developed under a pilot program shall, to the extent feasible beâ€"</text>

<paragraph id="H06C270D5ECA049678F7DE5A297A08C14"><enum>(1)</enum><text>widely available as a mobile application; and</text></paragraph>

<paragraph id="H4B7A52F601124BEF8073A977A991C33E"><enum>(2)</enum><text>easily accessible by veterans, members of the Armed Forces, and employers.</text></paragraph></subsection>

<subsection id="HEED88C9DB3AF4D55B9E9AF8492ADFD02"><enum>(d)</enum><header>Assessments</header>

<paragraph id="HFBB5B7A965864F4CBBD52BA979950164"><enum>(1)</enum><header>Interim assessments</header><text>Not later than the dates that are one and two years after the date of the commencement of any pilot program under this section, the Secretaries shall jointly assess the pilot program.</text></paragraph>

<paragraph id="HC4999E4C0183412A8303B4C6D88E32EA"><enum>(2)</enum><header>Final assessment</header><text>Not later than the date that is three years after the date of the commencement of any pilot program under this section, the Secretaries shall jointly carry out a final assessment of the pilot program.</text></paragraph>

<paragraph id="H469E534DBA1C438C832F093F8096DE50"><enum>(3)</enum><header>Purpose</header><text>The general objective of each assessment under this subsection shall be to determine if the online application under the pilot program helps participants in TAP to accomplish the goals of TAP, accounting for the individual profiles of participants, including military experience and geographic location.</text></paragraph></subsection>

<subsection id="H08D5D7115B174BBCACFBC5CB09800DE9"><enum>(e)</enum><header>Briefing</header><text display-inline="yes-display-inline">If the Secretaries carry out the pilot program, the Secretary of Defense shall provide to the Committees on Armed Services of the Senate and House of Representatives a briefing on findings regarding the pilot program, including any recommendations for legislation.</text></subsection>

<subsection id="HB0EF25683B3940789CD619974166491E"><enum>(f)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HC089345E843940DCB57992512F46831B"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>mobile application</quote> means a software program that runs on the operating system of a mobile device.</text></paragraph>

<paragraph id="H8A41B6F8C46B41EAB0CEEB240CEC4E3C"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>mobile device</quote> means a smartphone, tablet computer, or similar portable computing device that transmits data over a wireless connection.</text></paragraph></subsection></section></subtitle>

<subtitle id="H58D6DA5BA65E4EBC9821F3B88AF7181D"><enum>H</enum><header>Military Family Readiness and Dependentsâ€™ Education</header>

<section id="H195B31F5831E448B81DA37D9531F8CD6"><enum>571.</enum><header>Authorizing members to take leave for a birth or adoption in more than one increment</header><text display-inline="no-display-inline">Paragraph (5) of section 701(i) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HDC728FFBE7884C94A6B88D48E672DDB6"><enum>(1)</enum><text>by striking <quote>only in one increment</quote> and inserting <quote>in more than one increment</quote>; and</text></paragraph>

<paragraph id="HB94D505D79904872842CD9BC3D47A75A"><enum>(2)</enum><text>by inserting <quote>in accordance with regulations prescribed by the Secretary concerned</quote> before the period.</text></paragraph></section>

<section id="H021E77C23AC74E6A8957E7B0E4B00880"><enum>572.</enum><header>Deferred deployment for members who give birth</header><text display-inline="no-display-inline">Section 701 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

```
<quoted-block style="OLC" id="H58CB820692C4435ABEC17E84D4D1A091" display-inline="no-
display-inline">

<subsection id="H3D9457FE5F9348D78A44449622CB403C"><enum>(l)</enum><text display-
inline="yes-display-inline">A member of the armed forces who gives birth while on
active duty may be deployed during the period of 12 months beginning on the date of
such birth only with the approval of a health care provider employed at a military
medical treatment facility andâ€"</text>

<paragraph id="H6369A4F1DA28448881CB78CCF528CAC8"><enum>(1)</enum><text>at the election
of such member; or </text></paragraph>

<paragraph id="HF446FC86E7594878B8855B7DE03BBA6C"><enum>(2)</enum><text display-
inline="yes-display-inline">in the interest of national security, as determined by the
Secretary of Defense.</text></paragraph></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></section>

<section id="HC5D344D5690D43F481027C2A7A934335"><enum>573.</enum><header>Authority of
the Secretary concerned to transport remains of a covered decedent to no more than two
places selected by the person designated to direct disposition of the remains</header>

<subsection
id="H2C1951A2F9F14C0F851C3696B3A54E7E"><enum>(a)</enum><header>Authority</header><text
display-inline="yes-display-inline">Section 1482(a)(8) of title 10, United States Code,
is amended to read as follows:</text>

<quoted-block style="USC" display-inline="no-display-inline"
id="HF7576284D5DF4C2794B11AA42EC8700D">

<paragraph id="HDD363FAB541F498193552DD3D283FF58"><enum>(8)</enum>

<subparagraph id="HBCF3E019D68749DA9B3A91E9D99B1D71" display-inline="yes-display-
inline"><enum>(A)</enum><text display-inline="yes-display-inline">Transportation of the
remains, and travel and transportation allowances as specified in regulations
prescribed under section 464 of title 37 for an escort of one person, to the place,
subject to subparagraph (B), selected by the person designated to direct disposition of
the remains or, if such a selection is not made, to a national or other cemetery which
is selected by the Secretary and in which burial of the decedent is
authorized.</text></subparagraph>

<subparagraph id="H63DC7525E00148C08E6BAD49D611E875" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">The person designated to direct disposition of the
remains may select two places under subparagraph (A) if the second place is a national
cemetery. If that person selects two places, the Secretary concerned may pay for
transportation to the second place only by means of reimbursement under subsection
(b).</text></subparagraph>

<subparagraph id="H79FEF43C62304B71AB0307F2610EEEC2" indent="up1"><enum>(C)</enum><text
display-inline="yes-display-inline">When transportation of the remains includes
transportation by aircraft under section 562 of the John Warner National Defense
Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 10 U.S.C. 1482 note), the
Secretary concerned shall provide, to the maximum extent practicable, for delivery of
the remains by air to the commercial, general aviation, or military airport nearest to
the place selected by the designee.</text></subparagraph></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H65786F7FBAFC4311B3617935452B6C58"><enum>(b)</enum><header>Military
escort and honor guard only to first location</header><text display-inline="yes-
display-inline">Section 562(b) of the John Warner National Defense Authorization Act
for Fiscal Year 2007 (Public Law 109â€"364; 10 U.S.C. 1482 note) is amended by adding
at the end the following: <quote>If the person designated to direct disposition of the
remains selects two places under such section, the term means only the first of those
two places.</quote>.</text></subsection></section>

<section id="H3A5DB6CC8767408FA1654EE075212CBA"><enum>574.</enum><header>Military
funeral honors matters</header>

<subsection id="HBA4F77ACB2DE41109FE0EB7948328B12"><enum>(a)</enum><header>Full
military honors ceremony for certain veterans</header><text display-inline="yes-
display-inline">Section 1491(b) of title 10, United States Code, is amended by adding
at the end the following:</text>
```

WASHSTATEC014840

```
<quoted-block display-inline="no-display-inline" id="HCC4902628CBD417BA07068FB2A07623E"
style="USC">

<paragraph id="H9854354B02AD42B5AFD45A1B1EDB6DE0" indent="up1"><enum>(3)</enum><text
display-inline="yes-display-inline">The Secretary concerned shall provide full military
honors (as determined by the Secretary concerned) for the funeral of a veteran
whoâ€"</text>

<subparagraph id="H747993AE211B46FEBA3ADC2A47E23D6F"><enum>(A)</enum><text>is first
interred or first inurned in Arlington National Cemetery on or after the date of the
enactment of the National Defense Authorization Act for Fiscal Year
2020;</text></subparagraph>

<subparagraph id="H968F2BC29F9F4CD8895F3F84B69019EA"><enum>(B)</enum><text>was awarded
the medal of honor or the prisoner-of-war medal; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA47DF0CCFFCC419D8922E3BDDF56E825"><enum>(C)</enum><text>is not entitled to full
military honors by the grade of that veteran.</text></subparagraph></paragraph><after-
quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H4EE76225F66E47B1A35E0C14D5718937"><enum>(b)</enum><header>Full
military funeral honors for veterans at military installations</header>

<paragraph id="H59C3E0AEF41F4BD1844132F4407C9934"><enum>(1)</enum><header>Installation
plans for honors required</header><text>The commander of each military installation at
or through which a funeral honors detail for a veteran is provided pursuant to section
1491 of title 10, United States Code (as amended by subsection (a)), shall maintain and
carry out a plan for the provision, upon request, of full military funeral honors at
funerals of veterans for whom a funeral honors detail is authorized in that
section.</text></paragraph>

<paragraph
id="H932F3021A650484A8658A3F675F26E64"><enum>(2)</enum><header>Elements</header><text>E
ach plan of an installation under paragraph (1) shall include the following:</text>

<subparagraph id="H0EDFB22A4F7F405FBEA60ED10306273B"><enum>(A)</enum><text>Mechanisms
to ensure compliance with the requirements applicable to the composition of funeral
honors details in section 1491(b) of title 10, United States Code (as so
amended).</text></subparagraph>

<subparagraph id="H8E2D8C69410D4A2D9087CFC5B8190334"><enum>(B)</enum><text>Mechanisms
to ensure compliance with the requirements for ceremonies for funerals in section
1491(c) of such title.</text></subparagraph>

<subparagraph id="HAEA3E246A995497B91B52DF7A3B70D84"><enum>(C)</enum><text>In addition
to the ceremonies required pursuant to subparagraph (B), the provision of a gun salute,
if otherwise authorized, for each funeral by appropriate personnel, including personnel
of the installation, members of the reserve components of the Armed Forces residing in
the vicinity of the installation who are ordered to funeral honors duty, or members of
veterans organizations or other organizations referred to in section 1491(b)(2) of such
title.</text></subparagraph>

<subparagraph id="H01B726CED9CF4B97AA632AB229E65F05"><enum>(D)</enum><text>Mechanisms
for the provision of support authorized by section 1491(d) of such
title.</text></subparagraph>

<subparagraph id="H0ABAAB11E8A5449F93CD03D804B23FE8"><enum>(E)</enum><text>Such other
mechanisms and activities as the Secretary concerned considers appropriate in order to
assure that full military funeral honors are provided upon request at funerals of
veterans.</text></subparagraph></paragraph>

<paragraph
id="H7AE6DA65D8C0448C842F8367091FB208"><enum>(3)</enum><header>Definitions</header><tex
t>In this subsection:</text>

<subparagraph id="H353042C01ABE4F21952AD280457A0585"><enum>(A)</enum><text>The term
<term>Secretary concerned</term> has the meaning given that term in section 101(a)(9)
of title 10, United States Code.</text></subparagraph>

<subparagraph id="H9126EC97AD92457FB95B46A25785C748"><enum>(B)</enum><text>The term
```

WASHSTATEC014841

```
<term>veteran</term> has the meaning given that term in section 1491(h) of title 10,
United States Code.</text></subparagraph></paragraph></subsection></section>

<section id="HB40B1A12743C4B2CBFBA9E85BA8A8B56"><enum>575.</enum><header>Improvement of
occupational license portability for relocated spouses of members of the uniformed
services</header><text display-inline="no-display-inline">Section 1784 of title 10,
United States Code, is amended by adding at the end the following new
subsection:</text>

<quoted-block display-inline="no-display-inline" id="H905560296361408588362D9A07FE065B"
style="OLC">

<subsection id="HD1FC4AA4FE624BEB9245EAB328823080"><enum>(h)</enum><header>Improvement
of occupational license portability through interstate compacts</header>

<paragraph id="H01AAFCDA14C94A48B0621565E8803C21"><enum>(1)</enum><header>In
general</header><text>The Secretary of Defense shall seek to enter into a cooperative
agreement with the Council of State Governments to assist with funding of the
development of interstate compacts on licensed occupations in order to alleviate the
burden associated with relicensing in such an occupation by spouse of a members of the
armed forces in connection with a permanent change of duty station of members to
another State.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAD4F2EF075B9419497E884CF72A83FB8"><enum>(2)</enum><header display-inline="yes-
display-inline">Limitation on assistance per compact</header><text display-inline="yes-
display-inline">The amount provided under paragraph (1) as assistance for the
development of any particular interstate compact may not exceed
$1,000,000.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9F817CFA8C014CFC82E86E9D8BED0E55"><enum>(3)</enum><header display-inline="yes-
display-inline">Limitation on total amount of assistance</header><text display-
inline="yes-display-inline">The total amount of assistance provided under paragraph (1)
in any fiscal year may not exceed $4,000,000.</text></paragraph>

<paragraph id="HADEB70B37FA64EE2ACBFD97873592763"><enum>(4)</enum><header>Annual
report</header><text>Not later than February 28 each year, the Secretary shall submit
to the Committees on Armed Services of the Senate and the House of Representatives a
report on interstate compacts described in paragraph (1) developed through assistance
provided that paragraph. Each report shall set forth the following:</text>

<subparagraph id="H0A374F4349BD42B1B3224A969D047DD1"><enum>(A)</enum><text>Any
interstate compact developed during the preceding calendar year, including the
occupational licenses covered by such compact and the States agreeing to enter into
such compact.</text></subparagraph>

<subparagraph id="HF1402AEAF71C4D4DB0C6ABE0B364F8A9"><enum>(B)</enum><text>Any
interstate compact developed during a prior calendar year into which one or more
additional States agreed to enter during the preceding calendar
year.</text></subparagraph></paragraph>

<paragraph
id="HECB3880336A84A3FB6282CB7F82A1E9A"><enum>(5)</enum><header>Expiration</header><text
>The authority to enter into a cooperative agreement under paragraph (1), and to
provide assistance described in that paragraph pursuant to such cooperative agreement,
expire on September 30, 2024.</text></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></section>

<section id="H2428EAADF6624BC3B0E588FEB65F3F43"><enum>576.</enum><header>Continued
eligibility for education and training opportunities for spouses of promoted
members</header><text display-inline="no-display-inline">Section 1784a(b) of title 10,
United States Code, is amended—</text>

<paragraph id="HFF8DA7366E5F4E5C9932DC8E811F3A25"><enum>(1)</enum><text>by inserting
<quote>(1)</quote> before <quote>Assistance</quote>; and</text></paragraph>

<paragraph id="HA8ED785DA7E043C895213B600E306F1B"><enum>(2)</enum><text>by adding at
the end the following new paragraph:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H6EDFBD826AA64C60A8ED06FF36BA78EB"
```

```
style="OLC">

<paragraph id="HF4BA645447EF4128BE8351699C4C4ACE" indent="up1"><enum>(2)</enum><text>A
spouse who is eligible for a program under this section and begins a course of
education or training for a degree, license, or credential described in subsection (a)
may not become ineligible to complete such course of education or training solely
because the member to whom the spouse is married is promoted to a higher
grade.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></section>

<section id="H463FC65E299746A1B1AB093E25078142" section-type="subsequent-
section"><enum>577.</enum><header>Modification to authority to reimburse for State
licensure and certification costs of a spouse of a servicemember arising from
relocation</header><text display-inline="no-display-inline">Section 476(p) of title 37,
United States Code, is amendedâ€"</text>

<paragraph id="H074C3A94BE74499485C9BDD4880B9856"><enum>(1)</enum><text>in paragraph
(1), by striking <quote>armed forces</quote> and inserting <quote>uniformed
services</quote>;</text></paragraph>

<paragraph id="H3E9DEB0D8C9B4D46B470946DD5FC579E"><enum>(2)</enum><text display-
inline="yes-display-inline">in paragraph (2), by striking <quote>$500</quote> and
inserting <quote>$1,000</quote>; </text></paragraph>

<paragraph id="HCA21A840840D481A9BE9A60E9D72DD4B"><enum>(3)</enum><text>in paragraph
(3)â€"</text>

<subparagraph id="HE9E82605140B449FB6120E1A0CBCF335"><enum>(A)</enum><text display-
inline="yes-display-inline">in subparagraph (A), by striking
<quote>and</quote>;</text></subparagraph>

<subparagraph id="HAA271CD9C12E416A9D7F9D298724E651"><enum>(B)</enum><text display-
inline="yes-display-inline">in subparagraph (B), by striking the period and inserting
<quote>; and</quote>; and</text></subparagraph>

<subparagraph id="H600D54B406224D7080B21CD3DF272831"><enum>(C)</enum><text>by adding at
the end the following new subparagraph:</text>

<quoted-block style="USC" id="H7EFA8F98932F486EB27D1DBCC38387CF" display-inline="no-
display-inline">

<subparagraph id="HFE603ACD23F443B5B3F2ED2E5C8EB542" indent="up1"><enum>(C)</enum><text
display-inline="yes-display-inline">an analysis of whether the maximum reimbursement
amount under paragraph (2) is sufficient to cover the average costs of relicensing
described in paragraph (1).</text></subparagraph><after-quoted-block>; and</after-
quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H206CEC34674F410BB4D00A61DA4013EE"><enum>(4)</enum><text>in paragraph
(4), by striking <quote>December 31, 2022</quote> and inserting <quote>December 31,
2024</quote>.</text></paragraph></section>

<section id="H86547EA0CF7C4F04A9F78220DF1B772C" section-type="subsequent-
section"><enum>578.</enum><header>Clarification regarding eligibility to transfer
entitlement under Post-9/11 Educational Assistance Program</header><text display-
inline="no-display-inline">Section 3319(j) of title 38, United States Code, is amended
by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HAF0B00DC59A347F092686EC5B44B4456"
style="USC">

<paragraph display-inline="no-display-inline" id="H9E230314B680471A837D5773DB1B5D3C"
indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of
Defense may not prescribe any regulation that would provide for a limitation on
eligibility to transfer unused education benefits to family members based on a maximum
number of years of service in the Armed Forces.</text></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline"
id="H0E406E8C9DE64F3BAE36D92CF2492F8F" section-type="subsequent-
section"><enum>579.</enum><header display-inline="yes-display-inline">Annual State
report card</header><text display-inline="no-display-inline">Section 1111(h)(1)(C)(ii)
```

of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 6311(h)(1)(C)(ii)) is amended by striking <quote>on active duty (as defined in section 101(d)(5) of such title)</quote>.</text></section>

<section id="HCFC66B52B91142B18989AD7E1E70CC90" section-type="subsequent-section" commented="no"><enum>580.</enum><header>Improvements to child care for members of the Armed Forces</header>

<subsection id="H214DBF5B41F54FC493C0C3E5FF0ADC01" commented="no"><enum>(a)</enum><header>Clarifying technical amendment to direct hire authority of the Department of Defense for child care services providers for department child development centers</header><text display-inline="yes-display-inline">Section 559(e) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 1792 note) is amended by inserting <quote>(including family childcare coordinator services and school age childcare coordinator services)</quote> after <quote>childcare services</quote>.</text></subsection>

<subsection id="H88466BF9BA854BAEA9420DE9A4C644EF" commented="no"><enum>(b)</enum><header>Assessment of financial assistance provided to civilian child care providers</header>

<paragraph id="H6E7493EE01424CD7B2EF9789C007C104" commented="no"><enum>(1)</enum><header>Assessment</header><text display-inline="yes-display-inline">The Secretary of Defense shall assess the maximum amount of financial assistance provided to eligible civilian providers of child care services or youth program services that furnish such service for members of the armed forces and employees of the United States under section 1798 of title 10, United States Code. Such assessment shall include the following:</text>

<subparagraph id="H7617FE218A5C4F3F968ACF487A0D5CDA" commented="no"><enum>(A)</enum><text>The determination of the Secretary whether the maximum allowable financial assistance should be standardized across the Armed Forces.</text></subparagraph>

<subparagraph id="HF1E385929639481AAE2145EE73ECC333" commented="no"><enum>(B)</enum><text>Whether the maximum allowable amount adequately accounts for high-cost duty stations.</text></subparagraph></paragraph>

<paragraph id="H8330410F01E9442C98FD3072BE36645A" commented="no"><enum>(2)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than June 1, 2020, the Secretary of Defense shall submit a report to the Committees on Armed Services of the Senate and the House of Representatives regarding the results of the assessment under paragraph (1) and any actions taken by the Secretary to remedy identified shortfalls in assistance described in that paragraph.</text></paragraph></subsection>

<subsection id="H8FDE97BA4B894C5884852CA2FB696B49" commented="no"><enum>(c)</enum><header>Reduction in wait lists for child care at military installations</header>

<paragraph id="HCAA4EC0694564C0BA3237FAC9DD0DD92" commented="no"><enum>(1)</enum><header>Remedial action</header><text display-inline="yes-display-inline">The Secretary of Defense shall take steps the Secretary determines necessary to reduce the waiting lists for child care at military installations to ensure that members of the Armed Forces have meaningful access to child care during tours of duty.</text></paragraph>

<paragraph id="H75EC8A4C29F94640ADB3D3565BB94AFB" commented="no"><enum>(2)</enum><header>Report</header><text>Not later than June 1, 2020, the Secretary of Defense shall provide a report to the Committees on Armed Forces of the Senate and the House of Representative regardingâ€"</text>

<subparagraph id="H8E7B5B990C2F491990B494935546E332" commented="no"><enum>(A)</enum><text>action taken under paragraph (1); and</text></subparagraph>

<subparagraph id="H448A6C6A38BA4777AD57022945C3A4BA" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">any additional resources (including additional funding for and child care facilities and workers) the Secretary determines necessary to increase access described in paragraph

WASHSTATEC014844

(1).</text></subparagraph></paragraph></subsection>

<subsection id="H67D8C3E2B5F54646BA15CA6BDD1F32A6"><enum>(d)</enum><header>GAO review</header><text display-inline="yes-display-inline">The Comptroller General of the United States shall conduct a review of the assessments, actions, and determinations of the Secretary under subsections (b)(1) and (c). Not later than December 1, 2020, the Comptroller General shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report regarding the review performed under this subsection.</text></subsection>

<subsection id="H51C1C0010FDD4E64809F02B8F9F7C972" commented="no"><enum>(e)</enum><header>Assessment of accessibility of websites of the Department of Defense related to child care and spousal employment</header>

<paragraph id="H637717CCDEA54A2DAC0D908F2F018766" commented="no"><enum>(1)</enum><header>Assessment</header><text>The Secretary of Defense shall review the functions and accessibility of websites of the Department of Defense designed for members of the Armed Forces and the families of such members to access information and services offered by the Department regarding child care, spousal employment, and other family matters.</text></paragraph>

<paragraph id="H16F74E8AAF0B4BEBBD71493E7107AE57" commented="no"><enum>(2)</enum><header>Report</header><text>Not later than March 1, 2020, the Secretary of Defense shall provide a briefing to the Committees on Armed Services of the Senate and the House of Representatives regarding the results of the assessment under paragraph (1) and actions taken to enhance accessibility of the websites.</text></paragraph></subsection>

<subsection id="H7546619256574C2D8CEA8038EA3524B5" commented="no"><enum>(f)</enum><header>Portability of background investigations for child care providers</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall ensure that the background investigation and training certification for a child care provider employed by the Department of Defense in a facility of the Department may be transferred to another facility of the Department, without regard to which Secretary of a military department has jurisdiction over either such facility.</text></subsection></section>

<section id="H68AD3189914A4DBD8A54C67243A9101E" section-type="subsequent-section"><enum>580A.</enum><header>Transportation of remains of casualties; travel expenses for next of kin</header>

<subsection id="HCD6A0B6E7BEC4D65AAD8C1B776E94655"><enum>(a)</enum><header>Transportation for remains of a member who dies not in a theater of combat operations</header><text>Section 562 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 10 U.S.C. 1482 note), as amended by section 573 of this Act, is further amendedâ€"</text>

<paragraph id="H2A81DB62E1D144CBA0D017FFF331F426"><enum>(1)</enum><text>in the heading, by striking <quote><header-in-text level="section" style="OLC">dying in a theater of combat operations</header-in-text></quote>; and</text></paragraph>

<paragraph id="HC650487A2D094A3D9078C832A138165B"><enum>(2)</enum><text>in subsection (a), by striking <quote>in a combat theater of operations</quote> and inserting <quote>outside of the United States</quote>.</text></paragraph></subsection>

<subsection id="H957658BCAF8E4F5C983A3306F65778C0"><enum>(b)</enum><header>Transportation for family</header><text>The Secretary of Defense shall extend travel privileges via Invitational Travel Authorization to family members of members of the Armed Forces who die outside of the United States and whose remains are returned to the United States through the mortuary facility at Dover Air Force Base, Delaware.</text></subsection></section>

<section id="H52424B0687F04C7BBEF346682995E0CB" section-type="subsequent-section"><enum>580B.</enum><header>Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces</header>

```
<subsection id="H1866BF64CE1B4FEDB4CD97AB6EC4B09F"><enum>(a)</enum><header>Chiefs of
the Armed Forces</header><text display-inline="yes-display-inline">The Secretary of
Defense shall direct the chiefs of the Armed Forces to meet periodically with
representative groups of survivors of deceased members of the Armed Forces to receive
feedback from those survivors regarding issues affecting such survivors. The Chief of
the National Guard Bureau shall meet with representative groups of survivors of
deceased members of the Air National Guard and the Army National
Guard.</text></subsection>

<subsection id="H376B2EA6CFDB49F6AA82532177ECD21F"><enum>(b)</enum><header>Under
Secretary of Defense for Personnel and Readiness</header><text display-inline="yes-
display-inline">The Under Secretary of Defense for Personnel and Readiness shall meet
periodically with representative groups of survivors of deceased members of the Armed
Forces to discuss policies of the Department of Defense regarding military casualties
and Gold Star families.</text></subsection>

<subsection
id="H42F2160030364F4B91CB62B4A8C6D2C5"><enum>(c)</enum><header>Briefing</header><text
display-inline="yes-display-inline">Not later than April 1, 2020, the Under Secretary
of Defense for Personnel and Readiness shall brief the Committee on Armed Services of
the House of Representatives regarding policies established and the results of the
meetings under subsection (b).</text></subsection></section>

<section id="HF1EF6436196A4B81AB69948A4929F7F8"><enum>580C.</enum><header>Information
and opportunities for registration for voting and absentee ballot requests for members
of the Armed Forces undergoing deployment overseas</header>

<subsection id="H988595E3590742F3A9C41637F0B632A3"><enum>(a)</enum><header>In
general</header><text>Not later than 45 days prior to a general election for Federal
office, a member of the Armed Forces shall, upon request, be provided with the
following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H8E874ADDCC234C3286310F020DE18985"><enum>(1)</enum><text display-inline="yes-
display-inline">A Federal write-in absentee ballot prescribed pursuant to section 103
of the Uniformed and Overseas Citizens Absentee Voting Act (52 U.S.C. 20303), together
with instructions on the appropriate use of the ballot with respect to the State in
which the member is registered to vote.</text></paragraph>

<paragraph id="H24362E4307AB4AFAAE15F54C4BC09851"><enum>(2)</enum><text>In the case of
a member intending to vote in a State that does not accept the Federal write-in
absentee ballot as a simultaneous application and acceptable ballot for Federal
elections, instructions on, and an opportunity to fill out, the official post card form
for absentee voter registration application and absentee ballot application prescribed
under section 101(b)(2) of the Uniformed and Overseas Citizens Absentee Voting Act (52
U.S.C. 20301(b)(2)).</text></paragraph></subsection>

<subsection id="HD8907F3BA88D4F629DDA4FD2EFDD1342"><enum>(b)</enum><header>Personnel
responsible of discharge</header><text>Ballots and instructions pursuant to paragraph
(1) of subsection (a), and briefings and forms pursuant to paragraph (2) of such
subsection, shall be provided by Voting Assistance Officers or such other personnel as
the Secretary of the military department concerned shall
designate.</text></subsection></section>

<section id="H7F2AB81B37B14274A86A6EB735125DEA"><enum>580D.</enum><header>Study on two-
way military ballot barcode tracking</header>

<subsection
id="H30AF4A62AD8242D789E19192ED11B027"><enum>(a)</enum><header>Study</header><text>The
Director of the Federal Voting Assistance Program of the Department of Defense shall
conduct a study on the feasibility of a pilot program providing full ballot tracking of
overseas military absentee ballots through the mail stream in a manner that is similar
to the 2016 Military Ballot Tracking Pilot Program conducted by the Federal Voting
Assistance Program.</text></subsection>

<subsection
id="H5B97127E849E437F9287DA5462956041"><enum>(b)</enum><header>Report</header><text>Not
later than one year after the date of the enactment of this Act, the Director shall
submit to Congress a report on the results of the study conducted under subsection (a).
The report shall includeâ€"</text>
```

```
<paragraph id="H9B44D8468BE145738F25ADC60CABDBFD"><enum>(1)</enum><text>an estimate of
the costs and requirements needed to conduct the pilot program described in subsection
(a);</text></paragraph>

<paragraph id="H03E78C5A42D542CC95EC4C57BF995265"><enum>(2)</enum><text>a description
of the organizations that would provide substantial support for the pilot
program;</text></paragraph>

<paragraph id="H034B24DC76234433A43489C050444E91"><enum>(3)</enum><text>a time line for
the phased implementation of the pilot program to all military personnel actively
serving overseas;</text></paragraph>

<paragraph id="H19952ED1981E4138B93F993569658508"><enum>(4)</enum><text>a method to
determine under the pilot program if a ballot was counted, and a way to provide such
information to the member of the Armed Forces casting the vote; and</text></paragraph>

<paragraph id="H528B912917C64330B840B7CB1B594589"><enum>(5)</enum><text>a description
of the efforts being undertaken to ensure a reliable and secure military ballot
tracking system.</text></paragraph></subsection></section>

<section id="H16160A2C3374422A8A349B0D4DCBCEC4" section-type="subsequent-
section"><enum>580E.</enum><header>Assistance to schools with military dependent
students</header>

<subsection id="H3FCA8D21F4CB47BBA2CFC3385FAB7E9F"><enum>(a)</enum><header>Impact aid
for children with severe disabilities</header>

<paragraph id="H6309AA0145324BF3A4A8C57E3E11BC84"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Of the amount authorized to
be appropriated for fiscal year 2020 by section 301 and available for operation and
maintenance for Defense-wide activities as specified in the funding table in section
4301, $10,000,000 shall be available for payments under section 363 of the Floyd D.
Spence National Defense Authorization Act for Fiscal Year 2001 (Public Law 106â€"398;
20 U.S.C. 7703a).</text></paragraph>

<paragraph id="H9D4000926D2E4A49B87D2948955E46A3"><enum>(2)</enum><header>Use of
certain amount</header><text display-inline="yes-display-inline">Of the amount
available under paragraph (1) for payments as described in that paragraph, $5,000,000
shall be available for such payments to local educational agencies determined by the
Secretary of Defense, in the discretion of the Secretary, to have higher concentrations
of military children with severe disabilities. </text></paragraph></subsection>

<subsection id="H3D104A1A396B49958AEF7A47DACC82FD"><enum>(b)</enum><header>Assistance
to schools with significant numbers of military dependent students</header><text
display-inline="yes-display-inline">Of the amount authorized to be appropriated for
fiscal year 2020 by section 301 and available for operation and maintenance for
Defense-wide activities as specified in the funding table in section 4301, $40,000,000
shall be available only for the purpose of providing assistance to local educational
agencies under subsection (a) of section 572 of the National Defense Authorization Act
for Fiscal Year 2006 (Public Law 109â€"163; 20 U.S.C. 7703b).</text></subsection>

<subsection id="H7ED48C89216E4E9B9CA4EF996A7F3793"><enum>(c)</enum><header>Local
educational agency defined</header><text display-inline="yes-display-inline">In this
section, the term <quote>local educational agency</quote> has the meaning given that
term in section 7013(9) of the Elementary and Secondary Education Act of 1965 (20
U.S.C. 7713(9)).</text></subsection></section>

<section id="HFF0DA8E81268423D8B27F9ABAECB98E1"><enum>580F.</enum><header>First
expansion of the My Career Advancement Account program for military
spouses</header><text display-inline="no-display-inline">The Secretary of Defense shall
modify the My Career Advancement Account program of the Department of Defense to ensure
that military spouses participating in the program may receive financial assistance for
the pursuit of a license, certification, or Associateâ€™s degree in any career field or
occupation.</text></section>

<section id="H8B8EF1340E1D485CAE52526BFD5D03F1"><enum>580G.</enum><header>Second
expansion of the My Career Advancement Account program for military
spouses</header><text display-inline="no-display-inline">The spouse of a member of the
Coast Guard may participate in the My Career Advancement Account program of the
Department of Defense if the Coast Guard reimburses the Department of
```

Defense.</text></section>

<section id="H71EC4661A7114F998797919ED04BF446"><enum>580H.</enum><header>Report on training and support available to military spouses</header>

<subsection id="H72BA79189B214DA6B61E683AFBFFBF4B"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Personnel and Readiness shall submit to the committees on Armed Services of the Senate and the House of Representatives shall submit a report that includes a description of the following:</text>

<paragraph id="H7D74C69B29F646D5BA16C51C2FEFBDE1"><enum>(1)</enum><text display-inline="yes-display-inline">Financial literacy programs currently designed specifically for military spouses.</text></paragraph>

<paragraph id="HA4363F74750F4990B394901BC157E4A7"><enum>(2)</enum><text>Efforts to evaluate the effectiveness of financial literacy programs.</text></paragraph></subsection>

<subsection id="H01F9B64FE095482F9B7DF98A7971E49F"><enum>(b)</enum><header>Public availability</header><text>The report submitted under subsection (a) shall be made available on a publicly accessible website of the Department of Defense.</text></subsection></section>

<section id="HF678FCA4DE3D41ABBAFEAE9FAAD8F329"><enum>580I.</enum><header>Riâ€™katak Guest Student Program at United States Army Garrisonâˆ'Kwajalein Atoll</header>

<subsection id="HC91E04ADE3A04F438B035787553206A2"><enum>(a)</enum><header>Program authorized</header><text>The Secretary of the Army may conduct an assistance program to educate up to five local national students per grade, per academic year, on a space-available basis at the contractor-operated schools on United States Army Garrisonâ€"Kwajalein Atoll. The program shall be known as the <quote>Riâ€™katak Guest Student Program</quote>.</text></subsection>

<subsection id="HF28735E206434437B38B406479291BCA"><enum>(b)</enum><header>Student assistance</header><text>Assistance that may be provided to students participating in the program carried out pursuant to subsection (a) includes the following:</text>

<paragraph id="H771214C6A07642688B6B1F695FE43F26"><enum>(1)</enum><text>Classroom instruction.</text></paragraph>

<paragraph id="HD37D3B2A1C934B9FB84229929AC48069"><enum>(2)</enum><text>Extracurricular activities.</text></paragraph>

<paragraph id="H4EC1CB4B7F8849C7B4D1E7326DE0C0F8"><enum>(3)</enum><text>Student meals.</text></paragraph>

<paragraph id="H3A3A642BE83347929E686D07BFBBC82C"><enum>(4)</enum><text>Transportation.</text></paragraph></subsection></section></subtitle>

<subtitle id="HBC30A4E29D214654BA941BAE578468D8"><enum>I</enum><header>Decorations and Awards</header>

<section id="H5F9BB246CE294A1CA0125A706E900A4F"><enum>581.</enum><header>Modification of authorities on eligibility for and replacement of gold star lapel buttons</header>

<subsection id="H23D95F8244934AF39A37AC63801B2C66"><enum>(a)</enum><header>Expansion of authority To determine next of kin for issuance</header><text>Section 1126 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H08291B3396434544B27C1FA0DEA95FCD"><enum>(1)</enum><text>in subsection (a), by striking <quote>widows, parents, and</quote> in the matter preceding paragraph (1);</text></paragraph>

<paragraph id="H4749082F5BFA4CB3A0347D5F4CBC013B"><enum>(2)</enum><text>in subsection (b), by striking <quote>the widow and to each parent and</quote> and inserting <quote>each</quote>; and</text></paragraph>

<paragraph id="H81B982909CA14491AF9DDDE0CD14672E"><enum>(3)</enum><text>in subsection (d)â€"</text>

```
<subparagraph id="HF387A7B3340743D4B5FD828FC45BBB05"><enum>(A)</enum><text>by striking
paragraphs (1), (2), (3), and (4) and inserting the following new paragraph (1):</text>

<quoted-block display-inline="no-display-inline" id="HD3EF62CD3FDE400DB299BF2D838EEAAE"
style="OLC">

<paragraph id="H766B78A8139440AAB58C4F4A0F98C8D0"><enum>(1)</enum><text>The term
<term>next of kin</term> means individuals standing in such relationship to members of
the armed forces described in subsection (a) as the Secretaries concerned shall jointly
specify in regulations for purposes of this section.</text></paragraph><after-quoted-
block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HFB15A9B7E01A4EF7B020C9EE97F2837C"><enum>(B)</enum><text>by
redesignating paragraphs (5), (6), (7), and (8) as paragraphs (2), (3), (4), and (5),
respectively.</text></subparagraph></paragraph></subsection>

<subsection
id="H103AA5E683D449F3A41B16ADBCEF8182"><enum>(b)</enum><header>Replacement</header><tex
t>Subsection (c) of such section is amended by striking <quote>and payment</quote> and
all that follows and inserting <quote>and without
cost.</quote>.</text></subsection></section>

<section
id="H043D3C16B446462DBE9154CF956F5BF0"><enum>582.</enum><header>Standardization of
honorable service requirement for award of military decorations</header>

<subsection id="HAF0A52632C7749DE9CB7020A2ECEC6F2"><enum>(a)</enum><header>Honorable
service requirement</header>

<paragraph id="H91FF3FA4AF034123AA37843E81CFBB22"><enum>(1)</enum><header>In
general</header><text>Chapter 57 of title 10, United States Code, is amended by adding
at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H6B8E06B8DAC940D79522B7529DD0E963"
style="USC">

<section id="H7003FE76664E431EBF67B6E3B98DD476"><enum>1136.</enum><header>Honorable
service requirement for award of military decorations</header><text display-inline="no-
display-inline">No military decoration, including a medal, cross, or bar, or an
associated emblem or insignia, may be awarded or presented to any person, or to a
representative of the person, if the service of the person after the person
distinguished himself or herself has not been honorable.</text></section><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6890001BA6C84CFAAC47C426B26938D5"><enum>(2)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of chapter 57 of such
title is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HB80EA80DC77B4C4EB6EE17720E80CB1C"
style="OLC">

<toc>

<toc-entry bold="off" level="section">1136. Honorable service requirement for award of
military decorations.</toc-entry></toc><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection id="H019DAC4581CF43299DD5595E3B6A4136"><enum>(b)</enum><header>Conforming
amendments</header><text>Title 10, United States Code, is further amended as
follows:</text>

<paragraph id="H06A648EFE5944349B367497CF95E289A"><enum>(1)</enum><text>In section
7274â€"</text>

<subparagraph id="H4D53BCCC336F4BCD9AAF1FCAB273A06C"><enum>(A)</enum><text>in
subsection (b), in the matter preceding paragraph (1), by striking <quote>subsection
(d)</quote> and inserting <quote>subsection (c)</quote>;</text></subparagraph>

<subparagraph id="HF55F3A8181B34942B23B66EB74E138B2"><enum>(B)</enum><text>by striking
subsection (c); and</text></subparagraph>

<subparagraph id="HE61A2852D4594EBBAC97182E18A616D8"><enum>(C)</enum><text>by
```

WASHSTATEC014849

```
redesignating subsection (d) as subsection (c).</text></subparagraph></paragraph>

<paragraph id="H4B8D4550ABB8490B8497B3F5C533BDA9"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="HBD47991C0D264D22A838DACEC60E2789"><enum>(A)</enum><text>Section 8299 is
repealed.</text></subparagraph>

<subparagraph id="H05DDF48C20694FC0A81C25880BA7AD7C"
indent="up1"><enum>(B)</enum><text>The table of sections at the beginning of chapter
837 is amended by striking the item relating to section
8299.</text></subparagraph></paragraph>

<paragraph id="H7A7324614B7645F18DA8848BEB7223B3"><enum>(3)</enum><text>In section
9274â€"</text>

<subparagraph id="H5C8BB8C1839B4404851A03B987884888"><enum>(A)</enum><text>in
subsection (b), in the matter preceding paragraph (1), by striking <quote>subsection
(d)</quote> and inserting <quote>subsection (c)</quote>;</text></subparagraph>

<subparagraph id="HEC1B30365CBF47B6937976FB34156D56"><enum>(B)</enum><text>by striking
subsection (c); and</text></subparagraph>

<subparagraph id="HCB32F2BB936B4FD0AC18B4888A3F9173"><enum>(C)</enum><text>by
redesignating subsection (d) as subsection (c).</text></subparagraph></paragraph>

<paragraph id="H69F8D0F44040453B83AC9F44B529B02D"><enum>(4)</enum><text>In section
9279, by striking subsection (c).</text></paragraph></subsection></section>

<section id="H4CD26FA1210F4D069E6CDE6EB7B5C67C"><enum>583.</enum><header>Authorization
for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam</header>

<subsection id="HC082ABA804034750B370C7EF4C19BE0F"><enum>(a)</enum><header>Waiver of
time limitations</header><text>Notwithstanding the time limitations specified in
section 7274 of title 10, United States Code, or any other time limitation with respect
to the awarding of certain medals to persons who served in the Armed Forces, the
President may award the Medal of Honor under section 7271 of such title to John J.
Duffy for the acts of valor in Vietnam described in subsection (b).</text></subsection>

<subsection id="H403B218D1B454060AC090CFBEE1BB894"><enum>(b)</enum><header>Acts of
valor described</header><text>The acts of valor referred to in subsection (a) are the
actions of John J. Duffy on April 14 and 15, 1972, in Vietnam for which he was
previously awarded the Distinguished-Service Cross.</text></subsection></section>

<section id="H32ED15908F9148F581D80476DB22BDC3" section-type="subsequent-
section"><enum>584.</enum><header>Review of World War I valor medals</header>

<subsection id="H4F79D458A6C0462C894AD444786DBAE3"><enum>(a)</enum><header>Review
required</header><text>Each Secretary concerned shall review the service records of
World War I veterans described in subsection (b) under the jurisdiction of such
Secretary in order to determine whether any such veteran should be awarded the Medal of
Honor for valor during World War I.</text></subsection>

<subsection id="H0DCFB85827E947AD80B0823F6B84DA5B"><enum>(b)</enum><header>Covered
World War I veterans</header><text>The World War I veterans whose service records may
be reviewed under subsection (a) are the following:</text>

<paragraph id="HD289D5C2265648CCA4441C62A16EB0F9"><enum>(1)</enum><text>African
American war veterans, Asian American war veterans, Hispanic American war veterans,
Jewish American war veterans, and Native American war veterans who were awarded the
Distinguished Service Cross or the Navy Cross for an action that occurred between April
6, 1917, and November 11, 1918.</text></paragraph>

<paragraph id="HCEA408D01DE74708B357BC4AB9878A78"><enum>(2)</enum><text display-
inline="yes-display-inline">African American war veterans, Asian American war veterans,
Hispanic American war veterans, Jewish American war veterans, and Native American war
veterans who were awarded the Croix de Guerre with Palm (that is, awarded at the Army
level or above) by the Government of France for an action that occurred between April
6, 1917, and November 11, 1918.</text></paragraph>

<paragraph id="H3803E363BA4A4D51972781A2FCCED3C3"><enum>(3)</enum><text display-
inline="yes-display-inline">African American war veterans, Asian American war veterans,
```

Hispanic American war veterans, Jewish American war veterans, and Native American war veterans who were recommended for a Medal of Honor for actions that occurred from April 6, 1917, to November 11, 1918, if the Department of Defense possesses or receives records relating to such recommendation.</text></paragraph></subsection>

<subsection id="H2A89F995237A409FB565544D86801520"><enum>(c)</enum><header>Recommendation based on review</header><text>If a Secretary concerned determines, based upon the review under subsection (a), that the award of the Medal of Honor to a covered World War I veteran is warranted, such Secretary shall submit to the President a recommendation that the President award the Medal of Honor to that veteran.</text></subsection>

<subsection id="H3A80135EF6624CA7B31C1F8F64A103CD"><enum>(d)</enum><header>Authority To award Medal of Honor</header><text>The Medal of Honor may be awarded to a World War I veteran in accordance with a recommendation of a Secretary concerned under subsection (c).</text></subsection>

<subsection id="H898C29938D2B44859C5CC18C57866B8F"><enum>(e)</enum><header>Waiver of time limitations</header><text>An award of the Medal of Honor may be made under subsection (d) without regard toâ€"</text>

<paragraph id="H337092E43215490196CA87A327F2ED89"><enum>(1)</enum><text>section 7274 or 8298 of title 10, United States Code, as applicable; and</text></paragraph>

<paragraph id="H08F72B7CC6EE472B88EB5FC4171A642F"><enum>(2)</enum><text>any regulation or other administrative restriction onâ€"</text>

<subparagraph id="H625C160023204A0F9EEB1752D3E8DD34"><enum>(A)</enum><text>the time for awarding the Medal of Honor; or</text></subparagraph>

<subparagraph id="H5A942C97CA0D4CEF91DB6D2954B4040A"><enum>(B)</enum><text>the awarding of the Medal of Honor for service for which a Distinguished Service Cross or Navy Cross has been awarded.</text></subparagraph></paragraph></subsection>

<subsection id="HB3309FD893004B1186C7CBB7E8F1C804"><enum>(f)</enum><header>Deadline</header><text>The review under subsection (a) shall terminate not later than five years after the date of the enactment of this Act.</text></subsection>

<subsection id="HDABDD5CB698C4D93BC9DC016CDABF898"><enum>(g)</enum><header>Definitions</header>

<paragraph id="H97D8E9A23A16425B9A20E59825A52419"><enum>(1)</enum><header>In general</header><text>In this section:</text>

<subparagraph id="H016801C973134106B5790D92F3D71885"><enum>(A)</enum><header>African American war veteran</header><text>The term <quote>African American war veteran</quote> means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself as of African descent on his military personnel records.</text></subparagraph>

<subparagraph id="H41AEDA09F99F4C899DB4386108F5A239"><enum>(B)</enum><header>Asian American war veteran</header><text>The term <quote>Asian American war veteran</quote> means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself racially, nationally, or ethnically as originating from a country in Asia on his military personnel records.</text></subparagraph>

<subparagraph id="H2B21D2055EAC4BC697012806584967B1"><enum>(C)</enum><header>Hispanic American war veteran</header><text>The term <quote>Hispanic American war veteran</quote> means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself racially, nationally, or ethnically as originating from a country where Spanish is an official language on his military personnel records.</text></subparagraph>

<subparagraph id="H67D034A0139C45A78AEDA6E42E9707D4"><enum>(D)</enum><header>Jewish American war veteran</header><text>The term <quote>Jewish American war veteran</quote> mean any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself as Jewish on his military personnel records.</text></subparagraph>

WASHSTATEC014851

```
<subparagraph id="H0DDA4C45F8E84CF299A3AA7C4166270C"><enum>(E)</enum><header>Native
American war veteran</header><text>The term <quote>Native American war veteran</quote>
means any person who served in the United States Armed Forces between April 6, 1917,
and November 11, 1918, and who identified himself as a member of a federally recognized
tribe within the modern territory of the United States on his military personnel
records.</text></subparagraph>

<subparagraph id="H0378677C89FD42669F0AE37CC3ACDAA9"><enum>(F)</enum><header>Secretary
concerned</header><text>The term <quote>Secretary concerned</quote> meansâ€"</text>

<clause id="H18A4557109414D21BA7DD7230CD8ADB0"><enum>(i)</enum><text>the Secretary of
the Army, in the case of members of the Armed Forces who served in the Army between
April 6, 1917, and November 11, 1918; and</text></clause>

<clause id="H28EB5F4C9C534E9ABD61E328AB53EBF7"><enum>(ii)</enum><text>the Secretary of
the Navy, in the case of members of the Armed Forces who served in the Navy or the
Marine Corps between April 6, 1917, and November 11,
1918.</text></clause></subparagraph></paragraph>

<paragraph id="HAFA6FE363A764F40873FCCE41A952A42"><enum>(2)</enum><header>Application
of definitions of origin</header><text>If the military personnel records of a person do
not reflect the personâ€™s membership in one of the groups identified in subparagraphs
(B) through (F) of paragraph (1) but historical evidence exists that demonstrates the
personâ€™s Jewish faith held at the time of service, or that the person identified
himself as of African, Asian, Hispanic, or Native American descent, the person may be
treated as being a member of the applicable group by the Secretary concerned for
purposes of this section.</text></paragraph></subsection></section></subtitle>

<subtitle id="H038A97413575438F87B183FB13A57402"><enum>J</enum><header>Miscellaneous
Reports and Other Matters</header>

<section id="H26E65DFF77A74170BD0A7172ACF831DD" section-type="subsequent-
section"><enum>591.</enum><header>Clarification of the term <quote>assault</quote> for
purposes of Workplace and Gender Relations Surveys</header>

<subsection id="HAE5FAF86F3B4431D9020D8B3B1565955"><enum>(a)</enum><header>Surveys of
members of the Armed Forces</header><text display-inline="yes-display-inline">Section
481 of title 10, United States Code, is amended by inserting <quote>(including unwanted
sexual contact)</quote> after <quote>assault</quote> each place it
appears.</text></subsection>

<subsection id="H24EA8CD7E30B44C2AF5C25B605B732D9"><enum>(b)</enum><header>Surveys of
civilian employees of the Department of Defense</header><text display-inline="yes-
display-inline">Section 481a of title 10, United States Code, is amended by inserting
<quote>(including unwanted sexual contact)</quote> after <quote>assault</quote> each
place it appears.</text></subsection>

<subsection id="HE19899E3CCC449F6B7CF23FDC1865C30"><enum>(c)</enum><header>Effective
date</header><text display-inline="yes-display-inline">The amendments made by
subsections (a) and (b) shall take effect on the date of the enactment of this Act and
shall apply with respect to surveys under sections 481 and 481a of title 10, United
States Code, that are initiated after such date.</text></subsection></section>

<section id="HA7D24AEE5C094032B44C0FEEAEB2D96B"><enum>592.</enum><header>Inclusion of
certain veterans on temporary disability or permanent disabled retirement lists in
military adaptive sports programs</header>

<subsection id="H2FAAA38302FE4587BB35293AC4A7E633"><enum>(a)</enum><header>Inclusion of
certain veterans</header><text>Subsection (a)(1) of section 2564a of title 10, United
States Code, is amended by striking <quote>for members of the armed forces who</quote>
and all that follows through the period at the end and inserting the following:
â€œforâ€"</text>

<quoted-block display-inline="no-display-inline" id="H6216FA4AECC74467A6D2A5E2665572B9"
style="OLC">

<subparagraph id="HE056704EDF38443B81512E4401DE1C79"><enum>(A)</enum><text>any member
of the armed forces who is eligible to participate in adaptive sports because of an
injury, illness, or wound incurred in the line of duty in the armed forces;
and</text></subparagraph>
```

```
<subparagraph id="HC651A269877742D0BE9D28DA389C7776"><enum>(B)</enum><text>any veteran
(as defined in section 101 of title 38), during the one-year period following the
veteranâ€™s date of separation, whoâ€"</text>

<clause id="H5A2C6F2A8F42489080F42EDDBA37FDF0"><enum>(i)</enum><text>is on the
Temporary Disability Retirement List or Permanently Disabled Retirement
List;</text></clause>

<clause id="H6CC5CCBD7DD749F0B43F8F5DB554A957"><enum>(ii)</enum><text>is eligible to
participate in adaptive sports because of an injury, illness, or wound incurred in the
line of duty in the armed forces; and</text></clause>

<clause id="HFAC9E4ABDE8243638C7038F38F21EBE2"><enum>(iii)</enum><text>was enrolled in
the program authorized under this section prior to the veteranâ€™s date of
separation.</text></clause></subparagraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H0ACFC3331CDF42E4BF043C50F515C54F"><enum>(b)</enum><header>Conforming
amendment</header><text>Subsection (b) of such section is amended by inserting
<quote>and veterans</quote> after <quote>members</quote>.</text></subsection>

<subsection id="HAB60515B892A4E89A05EF77FA73F7F68"><enum>(c)</enum><header>Clerical
amendments</header>

<paragraph id="H1EF06AA7D5F54EC1AB3F621AC1F765B7"><enum>(1)</enum><header>Heading
amendment</header><text>The heading of such section is amended to read as
follows:</text>

<quoted-block display-inline="no-display-inline" id="HB1B5FD4B3FB240D88A6D2547CAE8A0A4"
style="USC">

<section id="H4B6AC6AC65FF4AD5B82632612D59806F"><enum>2564a.</enum><header>Provision of
assistance for adaptive sports programs: members of the armed forces; certain
veterans</header></section><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph id="H47FA4441EC6E49C49EE2F72AE4D7F9FE"><enum>(2)</enum><header>Table of
section</header><text>The table of sections at the beginning of chapter 152 of such
title is amended by striking the item relating to section 2564a and inserting the
following new item:</text>

<quoted-block id="H6F7F8A2A16CF4299A449E35C4B962954" style="USC">

<toc>

<toc-entry idref="H4B6AC6AC65FF4AD5B82632612D59806F" level="section">2564a. Provision
of assistance for adaptive sports programs: members of the armed forces; certain
veterans.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection></section>

<section id="H31D7C803E17048478C1776788151AB21"><enum>593.</enum><header>Questions in
surveys regarding extremist activity in the workplace</header><text display-inline="no-
display-inline">The Secretary of Defense shall include in appropriate surveys
administered by the Department of Defense questions regarding whether respondents have
everâ€"</text>

<paragraph id="HA73BDA4ED736445186B682510A32CAD2"><enum>(1)</enum><text>experienced or
witnessed extremist activity in the workplace; or</text></paragraph>

<paragraph id="HBD94251171A54E74A3D5CEC9A98A9FF9"><enum>(2)</enum><text>reported such
activity.</text></paragraph></section>

<section id="H6967AA7350014A9AA66F29EAAB9530F7"><enum>594.</enum><header>Study on best
practices for providing financial literacy education for separating members of the
Armed Forces</header>

<subsection id="H97E2CC466E734632B283A3AECCCA8373"><enum>(a)</enum><header>Study
required</header><text display-inline="yes-display-inline">The Secretary of Defense,
and with respect to members of the Coast Guard, in coordination with the Secretary of
the Department in which the Coast Guard is operating when it is not operating as a
service in the Navy, shall conduct a study on the best practices to provide financial
literacy education for separating members of the Armed Forces. </text></subsection>
```

WASHSTATEC014853

```
<subsection
id="H7EF23A3FC0444BAEBDAAA2F91DE60E5B"><enum>(b)</enum><header>Elements</header><text>T
he study required by subsection (a) shall includeâ€"</text>

<paragraph id="HE512B04AFB904E93B92955AE07AA9E31"><enum>(1)</enum><text>an examination,
recommendations, and reporting on best practices for providing financial literacy
education to separating members of the Armed Forces; and</text></paragraph>

<paragraph id="H8615E5B168EE48A5A44FA6070EACA3D3"><enum>(2)</enum><text>detailed
current financial literacy programs for separating members of the Armed
Forces.</text></paragraph></subsection>

<subsection
id="HA85518F6ED3F4400B24659690C9155BD"><enum>(c)</enum><header>Consultation</header><te
xt>In conducting the study required by subsection (a), the Secretaries shall consult
with the Financial Literacy and Education Commission of the Department of the
Treasury.</text></subsection>

<subsection
id="H5D71D4387CE8405384E527620D2F787E"><enum>(d)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 120 days after the date of the
enactment of this Act, the Secretary of Defense shall submit to the committees on Armed
Services of the Senate and the House of Representatives a report on the study under
subsection (a).</text></subsection>

<subsection id="HA90D13E0836A448891F95FC5C023B21C"><enum>(e)</enum><header>Financial
literacy defined</header><text>In this section, the term <quote>financial
literacy</quote> means education regarding personal finance including the insurance,
credit, loan, banking, career training and education benefits available to
veterans.</text></subsection></section>

<section id="H12A52A996E03418AAE77BF8D0E6B4D32"><enum>595.</enum><header>Report on
oversight of authorized strengths of certain grades of commissioned regular and reserve
officers of the Armed Forces</header>

<subsection id="H496EA82201974328903937E9C6040F4"><enum>(a)</enum><header>Report
required</header><text>Not later than April 1, 2020, the Secretary of Defense shall
submit to the Committees on Armed Services of the Senate and the House of
Representatives a report on oversight of the authorized strengths of commissioned
regular officers of the Armed Forces and commissioned reserve officers of the Armed
Forces in the grades as follows:</text>

<paragraph id="H899E8C6A88674749B292F1908AD3BC14"><enum>(1)</enum><text>The grades of
major, lieutenant colonel, and colonel in the Army, the Air Force, and the Marine
Corps.</text></paragraph>

<paragraph id="HD2A730D6A1C64158BD846755B9D780FF"><enum>(2)</enum><text>The grades of
lieutenant commander, commander, and captain in the
Navy.</text></paragraph></subsection>

<subsection
id="HFF95F436F0DE4CD9AC2333B3372332BB"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include the following:</text>

<paragraph id="H5CEE0A3177F1417AB92B960A8D07946C"><enum>(1)</enum><text>Such
recommendations as the Secretary considers appropriate on mechanisms to improve
Department of Defense oversight, and oversight by Congress, of the authorized strengths
of commissioned officers in the grades specified in subsection (a), including the
following:</text>

<subparagraph id="H79D39A6340FB40CBA47EF4AA4185CC61"><enum>(A)</enum><text>An analysis
of the history of each military department in complying with the authorized strengths
and strengths in grade specified in sections 523 and 12005 of title 10, United States
Code, including a description ofâ€"</text>

<clause id="H98D0CA7F6CF248ED996E13526F697CAB"><enum>(i)</enum><text>the number of
officers in each grade and Armed Force concerned as of the end of each fiscal year
between fiscal year 2010 and fiscal year 2019; and</text></clause>

<clause id="H426124F4195D487A92A0D4C2224A1310"><enum>(ii)</enum><text>the number of
officers authorized for such grade and Armed Force as of the end of such fiscal year
```

under the applicable section.</text></clause></subparagraph>

<subparagraph id="H4A0BFB1DB35A4E4883C0C3819FB37119"><enum>(B)</enum><text>An assessment of the feasibility and advisability of submitting to Congress each year a request for an authorization for officers serving in the grades currently covered by the tables in section 523 of title 10, United States Code.</text></subparagraph>

<subparagraph id="H1132C15D0F3849D1ADCCB6E067B62FEF"><enum>(C)</enum><text>An assessment of the feasibility and advisability of submitting to Congress each year a proposal for legislation to update the tables in such section.</text></subparagraph>

<subparagraph id="HD3B6F19CF59A4462923F273172C7091E"><enum>(D)</enum><text>An assessment of the advisability of converting the authorization for end strengths for regular officers in the grades specified in subsection (a) to a percentage-based approach like that currently utilized for reserve officers in section 12005 of title 10, United States Code.</text></subparagraph></paragraph>

<paragraph id="HAEE4234FAFE34986BD43BD90B705E7F8"><enum>(2)</enum><text>Such other recommendations as the Secretary considers appropriate to improve the effectiveness of the oversight by Congress of the number of commissioned regular and reserve officers of the Armed Forces in the grades specified in subsection (a).</text></paragraph></subsection></section>

<section id="HD0F934FEE5F347ADB9A8B59C434991C1"><enum>596.</enum><header>Report on certain waivers</header>

<subsection id="HBE32A2159D1645C3997D4494E6379A1B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, and annually thereafter during the two subsequent calendar years, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report identifying, with respect to the reporting period for such report, and disaggregated by Armed Force, the following:</text>

<paragraph id="H0E254F74E7684239A221DE8F89FE9057"><enum>(1)</enum><header>Accession and commission</header>

<subparagraph id="H419DF4410ED34679B964E12E52871C09"><enum>(A)</enum><text display-inline="yes-display-inline">The number of individuals who were processed by a Secretary of a military department for a medical accession or commissioning qualification determination on or after April 12, 2019.</text></subparagraph>

<subparagraph id="H1D7B21530D7545B28F4A82B4C564C920"><enum>(B)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (A), the number of such individuals who were found medically disqualified pursuant to the standards established in DTMâ€"19â€"004 regarding enlistment in or commission as an officer of an Armed Force under the jurisdiction of the Secretary of a military department.</text></subparagraph>

<subparagraph id="H5E1CE9CC375E4F1E9C55B697A55D6723"><enum>(C)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (A), the number of such individualsâ€"</text>

<clause id="HA99ACAE1DB124759A5987191A0BD06CA"><enum>(i)</enum><text display-inline="yes-display-inline">described in section I.b.(1), 1.b(2), 1.b(3), or II.b.(1) of attachment 3 to DTMâ€"19â€"004; and</text></clause>

<clause id="HE5BD02D89B7A4DF5BC69A2EB977E4F08"><enum>(ii)</enum><text display-inline="yes-display-inline">who did not require a waiver or exception to standards described in subparagraph (B).</text></clause></subparagraph>

<subparagraph id="HA26A98A9D9F74855A581D7677AF56818"><enum>(D)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (C), the number of such individuals who enlisted or were commissioned.</text></subparagraph>

<subparagraph id="H75D1B62BC3624AADB9BC740CEB8DF7F2"><enum>(E)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (B), the number of such individuals who were considered for a waiver or exception to standards described in subparagraph (B).</text></subparagraph>

<subparagraph id="H6EFDE4E9F1604B868B14D6486BB978F6" display-inline="no-display-

```
inline"><enum>(F)</enum><text display-inline="yes-display-inline">Of the individuals
described in subparagraph (E), the number of such individuals who were denied such a
waiver or exception.</text></subparagraph>

<subparagraph id="H59DF5A5A3D274F7580C407DEBF706B6A"><enum>(G)</enum><text display-
inline="yes-display-inline">Of the individuals described in subparagraph (E), the
number of such individuals who received such a waiver or
exception.</text></subparagraph>

<subparagraph id="H7FF4E37293144DC096618FC99F1BA25D" display-inline="no-display-
inline"><enum>(H)</enum><text display-inline="yes-display-inline">Of the individuals
described in subparagraph (G), the number of such individuals who enlisted or were
commissioned.</text></subparagraph></paragraph>

<paragraph
id="H74D1B0459C554557B0233D47BECE20FF"><enum>(2)</enum><header>Retention</header>

<subparagraph id="H7DBCB4CCEBF848BE860522978E231947"><enum>(A)</enum><text display-
inline="yes-display-inline">The number of members of each Armed Force under the
jurisdiction of the Secretary of a military department who received a diagnosis of
gender dysphoria on or after April 12, 2019.</text></subparagraph>

<subparagraph id="H74718690EEF24288BB3C0ECC7345EFD9"><enum>(B)</enum><text display-
inline="yes-display-inline">Of the members described in subparagraph (A), the number of
members who wereâ€"</text>

<clause id="H32C96768F2474CCFADA126EBF8514AA9"><enum>(i)</enum><text>referred to the
Disability Evaluation System; or</text></clause>

<clause id="H03A769F44638404486B2F00F8B0C447E"><enum>(ii)</enum><text>subject to
processing for administrative separation based on conditions and circumstances not
constituting a physical disability that interfered with assignment to or performance of
duty.</text></clause></subparagraph>

<subparagraph id="H8FB250C736B44C7FB1C41ACA97EB3998"><enum>(C)</enum><text display-
inline="yes-display-inline">Of the members described in subparagraph (A), the number of
members who were subsequently considered for a waiver or exception to standards
established in DTMâ€"19â€"004 to permit those members to serve in other than the
biological sex of each such member.</text></subparagraph>

<subparagraph id="H7FB932A2B4DB40D1B1376713D93386A3"><enum>(D)</enum><text display-
inline="yes-display-inline">Of the members described in subparagraph (C), the number of
members who were granted such a waiver or exception.</text></subparagraph>

<subparagraph id="H198F4729EAFE45D696E035AA6C130419"><enum>(E)</enum><text>Of the
members described in subparagraph (C), the number of members who were denied such a
waiver or exception.</text></subparagraph>

<subparagraph id="H4FAD8A76C8CC413EAAE2D57EE13DFA5A"><enum>(F)</enum><text display-
inline="yes-display-inline">Of the members described in subparagraph (E), the number of
members who were discharged because of such denial, aggregated by characterization of
discharge.</text></subparagraph></paragraph></subsection>

<subsection id="H0AE5C6152617441F89CD0A7D7C72A120"><enum>(b)</enum><header>Protection
of certain information</header><text>No report submitted under this section may contain
any personally identifiable information or protected health information of any
individual.</text></subsection>

<subsection id="H0EA987E7232F40A48AA704BCF870DB34" display-inline="no-display-
inline"><enum>(c)</enum><header>Definitions</header><text display-inline="yes-display-
inline">In this section:</text>

<paragraph id="H0B49387754D44D7CB39195DC36FF9CF7"><enum>(1)</enum><text display-
inline="yes-display-inline">The term <quote>DTMâ€"19â€"004</quote> means the
memorandumâ€"</text>

<subparagraph id="HF6068195AAD94CD1853A69207ACD6BC4"><enum>(A)</enum><text>issued by
the Office of the Deputy Secretary of Defense;</text></subparagraph>

<subparagraph id="H9C4328EA04F944C998F68C88FDB534A6"><enum>(B)</enum><text>dated March
12, 2019; and</text></subparagraph>
```

```
<subparagraph id="H2F19ABEB640A4983BB1653CCA0884820"><enum>(C)</enum><text>with the
subject heading <quote>Directive-type Memorandum (DTM)â€"19â€"004â€"Military Service by
Transgender Persons and Persons with Gender
Dysphoria</quote>.</text></subparagraph></paragraph>

<paragraph id="H86238992ABDB42690C7618FA836B0A19"><enum>(2)</enum><text display-
inline="yes-display-inline">The terms <quote>exempt individuals</quote> and
<quote>nonexempt individuals</quote> have the meanings given those terms in attachment
3 to DTMâ€"19â€"004.</text></paragraph>

<paragraph id="H647A5DE25B544D13AB96FE07AEFC7C44"><enum>(3)</enum><text>The term
<quote>reporting period</quote> means, with respect to a report submitted under
subsection (a), the calendar year most recently completed before the date on which such
report is to be submitted.</text></paragraph></subsection></section>

<section id="HB50E871D22224F598F1136F54B78B89A"><enum>597.</enum><header>Notifications
on manning of afloat naval forces</header>

<subsection id="H02D24139A3B546BBBB494A92E498F304"><enum>(a)</enum><header>In
general</header><text>The Secretary of the Navy shall notify the congressional defense
committees, in writing, not later than 30 days after the end of each fiscal year
quarter, of each covered ship (if any) that met either condition as follows:</text>

<paragraph id="H6D9EB94B016F4C548B1216F306C7903C"><enum>(1)</enum><text>The manning fit
for such ship was less than 87 percent for more than 14 days during such fiscal year
quarter.</text></paragraph>

<paragraph id="H5A331D7728894C2498AFE92D959E450D"><enum>(2)</enum><text>The manning
fill for such ship was less than 90 percent for more than 14 days during such fiscal
year quarter.</text></paragraph></subsection>

<subsection
id="HA730BA0ABFCC40A1AFE07A84638D141E"><enum>(b)</enum><header>Elements</header><text>T
he notification required by subsection (a) shall include, with respect to a covered
ship, the following:</text>

<paragraph id="H91B6285A40944DEDA5952970A731E1E9"><enum>(1)</enum><text>The name and
hull number of the ship.</text></paragraph>

<paragraph id="HBA96359EE637433282F17CBF91EE84A4"><enum>(2)</enum><text>The homeport
location of the ship.</text></paragraph>

<paragraph id="H79181D8B7D1D42A8AA245AC082AFD992"><enum>(3)</enum><text>The current
manning fit and fill of the ship.</text></paragraph>

<paragraph id="H2AE1D6DB8265481C926B1AF74F80D7AF"><enum>(4)<italic/></enum><text>If the
lowest level of manning fit or manning fill for the ship occurred during the fiscal
year quarter concerned, the level concerned and the date on which such level
occurred.</text></paragraph>

<paragraph id="HF7E673E4C97944829D6B2EDFAD9439B5"><enum>(5)</enum><text>If the lowest
level of manning fit or manning fill for the ship is projected to occur after the
fiscal year quarter concerned, the projected level and the date on which such level is
projected to occur.</text></paragraph>

<paragraph id="H0037C12D9A7D452DB39C90F04F12F4E4"><enum>(6)</enum><text>If not achieved
as of the date of the notification the projected date on which the Navy will achieve a
manning fit and fill at least 87 percent and 90 percent, respectively, for the
ship.</text></paragraph>

<paragraph id="HD92962402C524D93A5E67F3EC673AD51"><enum>(7)</enum><text>If not achieved
as of the date of the notification, the projected date on which the Navy will achieve a
manning fit and fill of at least 92 percent and 95 percent, respectively, for the
ship.</text></paragraph>

<paragraph id="H6EA0A675BCC94DF3B9CAAB2A6CBF59A6"><enum>(8)</enum><text>A description
of the reasons the Navy has not achieved, or will not achieve, as applicable, manning
fit and fill of at least 87 percent and 90 percent, respectively, for the ship,
including a detailed description of the specific ratings or skillset areas that must be
manned to achieve those percentages.</text></paragraph>

<paragraph id="HBDC607C389FC4D1696C1981A02FF77A8"><enum>(9)</enum><text>A description
```

of corrective actions the Navy is taking to improve manning fit or manning fill on the ship.</text></subsection>

<subsection id="H534E842A2400437DBBB1FA45EAEB6E50"><enum>(c)</enum><header>Special rule</header><text>For purposes of determining whether a percentage of manning fit or manning fill has been achieved, a sailor in a more senior paygrade may count as filling the billet of a more junior paygrade, but a sailor in a more junior paygrade may not count as filling the billet of a more senior paygrade.</text></subsection>

<subsection id="H7C4FE0C4FB7A40009DF9A84F3BFF504B"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HA48E293AB7F8437A92AA82596D44D1AD"><enum>(1)</enum><header>Manning fit</header><text>The term <term>manning fit</term>, in the case of a ship, means the skills (rating), specialty skills (Navy Enlisted Classifications), and experience (paygrade) for the ship when compared with the ship manpower document requirement and billets authorized for such skills and experience.</text></paragraph>

<paragraph id="HCF2BBB0B1FCB490E8B0510DC26BA3594"><enum>(2)</enum><header>Manning fill</header><text>The term <term>manning fill</term>, in the case of a ship, means the total number of military personnel assigned to the ship by rating when compared with the ship manpower document requirement and billets authorized for the ship by rating.</text></paragraph>

<paragraph id="H23A96F50F79F4D728871129457F8078D"><enum>(3)</enum><header>Covered ship</header><text>The term <term>covered ship</term> means a commissioned battle force ship that is included in the battle force count of the Naval Vessel Register.</text></paragraph></subsection>

<subsection id="H8D8BECA60BDA4A4AA1D7C6E15C42AFD4"><enum>(e)</enum><header>Sunset</header><text>The requirement to submit notifications under subsection (a) with respect to fiscal year quarters shall cease beginning with fiscal year quarters in fiscal year 2025.</text></subsection>

<subsection id="H5A86015049DB40C2AEB5841FA50079F9"><enum>(f)</enum><header>Repeal of superseded requirements</header><text>Section 525 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1757; 10 U.S.C. 8013 note) is repealed.</text></subsection></section>

<section id="HC395FE8C84494BEC90F39ED2CE21EEF1" section-type="subsequent-section"><enum>598.</enum><header>Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government</header>

<subsection id="H3460830505E64C05883ED7304D2ACA6A"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Chief of the National Guard Bureau, shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report regarding the requirements, policies, and procedures governing the use of manned and unmanned aerial systems of the Department of Defense to support State and Federal agencies.</text></subsection>

<subsection id="H662D121EEAAA458D90C9C76400A67DBE"><enum>(b)</enum><header>Elements</header><text>The report under subsection (a) shall include the following:</text>

<paragraph id="HF311AFDCB30247A888702A2EABBA4897"><enum>(1)</enum><text display-inline="yes-display-inline">A description of requirements for providing support to State and Federal agencies that the Secretary considers appropriate for planning, programming and budgeting resources.</text></paragraph>

<paragraph id="H787C38077DA8489EA2E995CEA9804EEB"><enum>(2)</enum><text display-inline="yes-display-inline">A description of manned and unmanned aerial systems that the Secretary regularly provides to support State and Federal agencies, including examples of support provided, and length of time to approve requests.</text></paragraph>

<paragraph id="H0FC31CC3134A49EDA1B058BF78D0E976"><enum>(3)</enum><text display-

WASHSTATEC014858

inline="yes-display-inline">A list of requests for such aerial systems from State and
Federal agencies during fiscal year 2019 that the Secretary denied and the reason each
such request was disapproved.</text></paragraph>

<paragraph id="H32C2AEBC6C5544CEA753D62C8CA34D9F"><enum>(4)</enum><text display-
inline="yes-display-inline">An overview of current policies and procedures governing
the use of such aerial systems by States and Federal agencies, includingâ€"</text>

<subparagraph id="HF3456EA9DD7F41A09C7EB36A14E35EAE"><enum>(A)</enum><text display-
inline="yes-display-inline">procedures a State or Federal agency must follow to obtain
use of such aerial systems for natural disasters and search and rescue
operations;</text></subparagraph>

<subparagraph id="HA6ADD6F7FB9C46EFBE43FC7760E259BD"><enum>(B)</enum><text>the typical
amount of time needed to process such requests, and whether such procedures can be
streamlined; and</text></subparagraph>

<subparagraph id="H65F2F7EFB4774B75A7A6BE3AA7B095D1"><enum>(C)</enum><text>to what
extent different policies and procedures apply to unmanned aerial systems versus manned
aerial systems.</text></subparagraph></paragraph>

<paragraph id="H911429BED37748CA80D0264478D8274E"><enum>(5)</enum><text display-
inline="yes-display-inline">A description of the different categories of unmanned
aerial systems of the Department of Defense, how such categories are managed, and
whether the criteria for such categories affect the ability of the Secretary to use
unmanned aerial systems to support State or Federal agencies.</text></paragraph>

<paragraph id="H00C0F12F755D45D1B9B0E8480FAE1B30"><enum>(6)</enum><text display-
inline="yes-display-inline">An explanation of any restrictions on the use of such
unmanned aerial systems underâ€"</text>

<subparagraph id="H169E1FA047DA4579BE8E1CE56168E06D"><enum>(A)</enum><text>the
<quote>Guidance for the Domestic Use of Unmanned Aircraft Systems in U.S. National
Airspace</quote>, dated August 18, 2018; </text></subparagraph>

<subparagraph id="H51438974910242F6936EF62133A9B05F"><enum>(B)</enum><text>Department
of Defense Instruction 3025.18 <quote>Defense Support to Civil Authorities</quote>;
and</text></subparagraph>

<subparagraph id="H819D0F30204D4FF68E79BC69E7696CAD"><enum>(C)</enum><text display-
inline="yes-display-inline">other relevant guidance of the Department of
Defense.</text></subparagraph></paragraph>

<paragraph id="H604E56A7F929468C8E0ABD41561B3547"><enum>(7)</enum><text>Whether
restrictions described in paragraph (6) apply differently to regular members of the
Armed Forces serving on active duty and to members of the National
Guard.</text></paragraph>

<paragraph id="H6119E031B3E24469A0F4B599437D1108"><enum>(8)</enum><text display-
inline="yes-display-inline">Whether members of the National Guard may operate the
different categories of such unmanned aerial systems when operating under section
502(f) of title 32, United States Code.</text></paragraph>

<paragraph id="HD5A238D134C24420BF2D48373D30F601"><enum>(9)</enum><text display-
inline="yes-display-inline">An analysis of how the Secretary may improve access to and
knowledge of States and Federal agencies regarding the availability of such unmanned
aerial systems and related request procedures.</text></paragraph>

<paragraph id="HF0FA7B63F181416986D31B34F14C7CAF"><enum>(10)</enum><text display-
inline="yes-display-inline">Whetherâ€"</text>

<subparagraph id="HB1F30E129A7540BF922A23DD6E05AAB1"><enum>(A)</enum><text display-
inline="yes-display-inline">the Secretary has been unable to provide an unmanned aerial
system to support to a State agency at the request of such State agency;
and</text></subparagraph>

<subparagraph id="H60F848A769184F738094AF63AF1B9E64"><enum>(B)</enum><text display-
inline="yes-display-inline">the Secretary has plans to make more unmanned aerial
systems available to fulfil such requests.</text></subparagraph></paragraph>

<paragraph id="H23567B8FB76D41C199508B7F46B904D2"><enum>(11)</enum><text>Any other
matters the Secretary determines appropriate.</text></paragraph></subsection>

```
<subsection
id="H2C5E494DD0F045B78686D37D5D54558A"><enum>(c)</enum><header>Form</header><text>The
report required by subsection (a) shall be submitted in unclassified form, but may
include a classified annex.</text></subsection>

<subsection id="HBBED6D62B882422FB9A7CF5DAD360955"><enum>(d)</enum><header>State
defined</header><text>In this section, the term <quote>State</quote> has the meaning
given that term in section 901 of title 32, United States
Code.</text></subsection></section>

<section id="HEBAA5BE40FF8435BA1095534EBBCF698"><enum>599.</enum><header>Information
for members of the Armed Forces on availability of services of the Department of
Veterans Affairs relating to sexual trauma</header>

<subsection id="H4040D5A20C68450F84C9CE812E6BA40E"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense
shall inform members of the Armed Forces, using mechanisms available to the Secretary,
of the eligibility of such members for services of the Department of Veterans Affairs
relating to sexual trauma.</text></subsection>

<subsection id="HFD3792C287C943D7B10D5F7B0784EA23"><enum>(b)</enum><header>Information
from sexual assault response coordinators</header><text>The Secretary of Defense shall
ensureâ€"</text>

<paragraph id="HDDDEEB1DB5A94CD5AF1A055CF7135401"><enum>(1)</enum><text>that Sexual
Assault Response Coordinators and uniformed victims advocates of the Department of
Defense advise members of the Armed Forces who report instances of sexual trauma
regarding the eligibility of such members for services at the Department of Veterans
Affairs; and</text></paragraph>

<paragraph id="H841805F56BD442819CAC59528685D860"><enum>(2)</enum><text>that such
information is included in mandatory training
materials.</text></paragraph></subsection>

<subsection id="H6A6D6B18CA1B4ED28A502ACB4E8ED92E"><enum>(c)</enum><header>Sexual
trauma defined</header><text>In this section, the term <quote>sexual trauma</quote>
means psychological trauma described in section 1720D(a)(1) of title 38, United States
Code.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HC97A71EF79FA497FBF8508DE802D0E63" section-type="subsequent-
section"><enum>599A.</enum><header display-inline="yes-display-inline">Authority to
issue an honorary promotion to Colonel Charles E. McGee, United States Air Force
(ret.), to the grade of brigadier general</header>

<subsection id="H07A6863C5E9648CF9BB22C8AABC896BC"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Pursuant to section 1563 of
title 10, United States Code, the President may issue to Colonel Charles E. McGee,
United States Air Force (retired), a distinguished Tuskegee Airman, an honorary
promotion to the grade of brigadier general.</text></subsection>

<subsection id="H183F130D88E245608E85BB97B6D41E90"><enum>(b)</enum><header>Additional
benefits not to accrue</header><text display-inline="yes-display-inline">The
advancement of Charles E. McGee on the retired list of the Air Force under subsection
(a) shall not affect the retired pay or other benefits from the United States to which
Charles E. McGee is entitled based upon his military service, or affect any benefits to
which any other person is or may become entitled based on such military service.
</text></subsection></section>

<section id="H0597BC12216545A998299D73FE8C9778"><enum>599B.</enum><header>Authority to
issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United
States Air Force (ret.), to the grade of colonel</header>

<subsection id="H7E97DA4957034D9CB489F6DAC13A69E7"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Pursuant to section 1563 of
title 10, United States Code, the President may issue to Lieutenant Colonel Richard E.
Cole, United States Air Force (retired), an honorary and posthumous promotion to the
grade of colonel.</text></subsection>

<subsection id="H205FB99728C7443993013DA922B4BD86"><enum>(b)</enum><header>Additional
benefits not to accrue</header><text display-inline="yes-display-inline">The
```

advancement of Richard E. Cole on the retired list of the Air Force under subsection
(a) shall not affect the retired pay or other benefits from the United States to which
Richard E. Cole would have been entitled based upon his military service, or affect any
benefits to which any other person is or may become entitled based on such military
service.</text></subsection></section>

<section id="HC9C6BA4CA0AC4B728E5A8BE6CCDE1D2F"><enum>599C.</enum><header>Sense of
Congress on the honorable and distinguished service of General Joseph F. Dunford,
United States Marine Corps, to the United States</header><text display-inline="no-
display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H812B126DC9C347FC8D1B056F125CDB1F"><enum>(1)</enum><text>the United
States deeply appreciates the decades of honorable service of General Joseph F.
Dunford, United States Marine Corps; and</text></paragraph>

<paragraph id="H49FB2F19EC30480CB55B4CF810DFDAD7"><enum>(2)</enum><text>the
indispensable leadership of General Dunford and his dedication to the men and women of
the Armed Forces demonstrates the finest example of service to the United
States.</text></paragraph></section> </subtitle></title>

<title id="H55F6DADE6C3249EFBCF5193FD9003281"><enum>VI</enum><header>MILITARY
COMPENSATION</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H55F6DADE6C3249EFBCF5193FD9003281" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H8278619F3F984DDDA12B5DBDF258AEA0" level="subtitle">Subtitle Aâ€"Pay
and Allowances</toc-entry>

<toc-entry idref="HA6F3714C9893421EB9545096F96D1C3F"
level="section">Sec.â€¯601.â€¯Clarification of continuation of pays during
hospitalization and rehabilitation resulting from wounds, injury, or illness incurred
while on duty in a hostile fire area or exposed to an event of hostile fire or other
hostile action.</toc-entry>

<toc-entry idref="HA78001E36B3546DE94762D9ACD83F1F1"
level="section">Sec.â€¯602.â€¯Continued entitlements while a member of the Armed Forces
participates in a career intermission program.</toc-entry>

<toc-entry idref="HC2A37AA72E8442ACA9706F8DECA10F77"
level="section">Sec.â€¯603.â€¯Exemption from repayment of voluntary separation
pay.</toc-entry>

<toc-entry idref="H7DB1F7DD40114384996EA228014BD2A5"
level="section">Sec.â€¯604.â€¯Consideration of service on active duty to reduce age of
eligibility for retired pay for non-regular service.</toc-entry>

<toc-entry idref="HEF7C6B1A2CB64A069E666821216C6707"
level="section">Sec.â€¯605.â€¯Temporary adjustment of rates of basic allowance for
housing following determination that local civilian housing costs significantly differ
from such rates.</toc-entry>

<toc-entry idref="HAB53FDC0E4B64357BA90B7585EBD77FF"
level="section">Sec.â€¯606.â€¯Reinvestment of travel refunds by the Department of
Defense.</toc-entry>

<toc-entry idref="H72268D788E0F42B595979AEE34A2F190"
level="section">Sec.â€¯607.â€¯Addition of partial dislocation allowance to allowable
travel and transportation expenses for servicemembers.</toc-entry>

<toc-entry idref="H904F35FE8A724D699A3C02043507F094"
level="section">Sec.â€¯608.â€¯Reductions on account of earnings from work performed
while entitled to an annuity supplement.</toc-entry>

<toc-entry idref="H274B5893082F4164AA8359226A190411"
level="section">Sec.â€¯609.â€¯Increase in basic pay.</toc-entry>

<toc-entry idref="H4B339E03448F411FA7C32684DE05039C" level="subtitle">Subtitle
Bâ€"Bonuses and Special Incentive Pays</toc-entry>

<toc-entry idref="H07B9328EBC8A491BA5FE45A481AE49AE" level="section">Sec.â€¯611.â€¯One-

year extension of certain expiring bonus and special pay authorities.</toc-entry>

<toc-entry idref="HB4E55BEDB5C242AD9BFB05049D474638" level="subtitle">Subtitle Câ€"Family and Survivor Benefits</toc-entry>

<toc-entry idref="H4365EC3922CD4571945C767EC8D80FE6" level="section">Sec.â€¯621.â€¯Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members.</toc-entry>

<toc-entry idref="H5BBBB5085C73471DAA8FDA4444989A3B" level="section">Sec.â€¯622.â€¯Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation.</toc-entry>

<toc-entry idref="H8AF7DD4F472E4DC1ACDE941219DF6200" level="section">Sec.â€¯623.â€¯Death gratuity for ROTC graduates.</toc-entry>

<toc-entry idref="H3675670827CD4235A9D0CC94775E634C" level="section">Sec.â€¯624.â€¯Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty.</toc-entry>

<toc-entry idref="H37256B23E18945F9A2168D6541EBDB7E" level="section">Sec.â€¯625.â€¯Casualty assistance for survivors of deceased ROTC graduates.</toc-entry>

<toc-entry idref="H4292AE65C2324651955F9FCBFB7A548B" level="subtitle">Subtitle Dâ€"Defense Resale Matters</toc-entry>

<toc-entry idref="H6B989889B77244A58519F9A58FA59232" level="section">Sec.â€¯631.â€¯Defense resale system matters.</toc-entry>

<toc-entry idref="H75A2C749BA8A48FF848ACC8E7AAE3153" level="section">Sec.â€¯632.â€¯Procurement by commissary stores of certain locally sourced products.</toc-entry>

<toc-entry idref="H547F92B6926E4D14BE64C790C2D27A4B" level="section">Sec.â€¯633.â€¯GAO review of defense resale optimization study.</toc-entry>

<toc-entry idref="H8CE0DBDFB6FC405A890F561F0E2BCEAF" level="subtitle">Subtitle Eâ€"Morale, Welfare, and Recreation Privileges</toc-entry>

<toc-entry idref="H0CAB88B67130453CBAAF01FE338CB875" level="section">Sec.â€¯641.â€¯Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave.</toc-entry>

<toc-entry idref="H0369CA0471DA427FB8D430FC37E89F0D" level="section">Sec.â€¯642.â€¯Extension of pilot program on a Government lodging program.</toc-entry>

<toc-entry idref="H9D968CD3432C49349463516737232300" level="subtitle">Subtitle Fâ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H521C869E9B444A76849F8ED75707C8A8" level="section">Sec.â€¯651.â€¯Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes.</toc-entry>

<toc-entry idref="H4DACD40601524EFD8C2082F3B832A385" level="section">Sec.â€¯652.â€¯Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories.</toc-entry>

<toc-entry idref="H1C323BA849CF497C8EEA7C6A236634AB" level="section">Sec.â€¯653.â€¯Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components.</toc-entry>

<toc-entry idref="HF9864EA045244CF5A94E91F18BF3E099" level="section">Sec.â€¯654.â€¯Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered

by the Secretary of Veterans Affairs.</toc-entry>

<toc-entry idref="H50C0DD5AA5E849209AB0EC3C7F8F80DF"
level="section">Sec.â€¯655.â€¯Report on implementation of contributions to the
Department of Defense Military Retirement Fund based on pay costs per Armed Force
rather than on Armed Forces-wide basis.</toc-entry>

<toc-entry idref="HBA344453582B40519AE3BCAD4852FDB3"
level="section">Sec.â€¯656.â€¯Report on food insecurity among members of the Armed
Forces and their dependents.</toc-entry></toc>

<subtitle id="H8278619F3F984DDDA12B5DBDF258AEA0"><enum>A</enum><header>Pay and
Allowances</header>

<section id="HA6F3714C9893421EB9545096F96D1C3F"><enum>601.</enum><header>Clarification
of continuation of pays during hospitalization and rehabilitation resulting from
wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to
an event of hostile fire or other hostile action</header><text display-inline="no-
display-inline">Section 372(b)(1) of title 37, United States Code, is amended to read
as follows:</text>

<quoted-block style="USC" id="H22993F5CDFAE4F97AB77EDE417752DC2" display-inline="no-
display-inline">

<paragraph id="H3AB60CFFD6FC43E7AC13AA72D7E14A22"><enum>(1)</enum><text display-
inline="yes-display-inline">The date on which the member is returned for assignment to
other than a medical or patient unit for duty; however, in the case of a member under
the jurisdiction of a Secretary of a military department, the date on which the member
is determined fit for duty.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section id="HA78001E36B3546DE94762D9ACD83F1F1"><enum>602.</enum><header>Continued
entitlements while a member of the Armed Forces participates in a career intermission
program</header><text display-inline="no-display-inline">Section 710(h) of title 10,
United States Code, is amendedâ€"</text>

<paragraph id="H05A1CA50812C498E95B62C665669B119"><enum>(1)</enum><text display-
inline="yes-display-inline">in paragraph (1), by striking â€œ; andâ€ and inserting a
semicolon;</text></paragraph>

<paragraph id="HB72A233F427B4A2E8D26A6BE5CC76FB9"><enum>(2)</enum><text display-
inline="yes-display-inline">in paragraph (2), by striking the period and inserting a
semicolon; and</text></paragraph>

<paragraph id="H9C67FFB2587544DDB429237006F016F3"><enum>(3)</enum><text display-
inline="yes-display-inline">by adding at the end the following new paragraphs:</text>

<quoted-block style="USC" id="HDEDD0BFA03F74D559F44DB82E50041BC" display-inline="no-
display-inline">

<paragraph id="H1C42D9C0C2F641F5B65384B592C62B87"><enum>(3)</enum><text display-
inline="yes-display-inline">the entitlement of the member and of the survivors of the
member to all death benefits under the provisions of chapter 75 of this
title;</text></paragraph>

<paragraph id="H9F0E70CDB506496A953392DFEE0DF2ED"><enum>(4)</enum><text display-
inline="yes-display-inline">the provision of all travel and transportation allowances
for the survivors of deceased members to attend burial ceremonies under section 481f of
title 37; and</text></paragraph>

<paragraph id="H937F8CE6FB894B9E876673CAC2842547"><enum>(5)</enum><text display-
inline="yes-display-inline">the eligibility of the member for general benefits as
provided in part II of title 38.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section id="HC2A37AA72E8442ACA9706F8DECA10F77" section-type="subsequent-
section"><enum>603.</enum><header>Exemption from repayment of voluntary separation
pay</header><text display-inline="no-display-inline">Section 1175a(j) of title 10,
United States Code, is amendedâ€"</text>

<paragraph id="H25D357E9F9A84B3BADF90E372C5D4DC1"><enum>(1)</enum><text display-
inline="yes-display-inline">in paragraph (1), by striking <quote>paragraphs (2) and

```
(3)</quote> and inserting <quote>paragraphs (2), (3), and
(4)</quote>;</text></paragraph>

<paragraph id="H4F5BC1FB69DC4572BDADD09E151F9B82"><enum>(2)</enum><text>by
redesignating paragraph (4) as paragraph (5); and</text></paragraph>

<paragraph id="H02180B9AB08B4ECF952F31A6D803FBA3"><enum>(3)</enum><text>by inserting
after paragraph (3) the following new paragraph:</text></paragraph>

<quoted-block style="OLC" id="HECA31990ACF441B486DF5226E470D0DA" display-inline="no-
display-inline">

<paragraph id="H642B4518A12843789034CD3070FD3A00" indent="up1"><enum>(4)</enum><text
display-inline="yes-display-inline">This subsection shall not apply to a member
whoâ€"</text>

<subparagraph id="H61E9B4C1D3FB473083911A829A2C7DC7"><enum>(A)</enum><text display-
inline="yes-display-inline">is involuntarily recalled to active duty or full-time
National Guard duty; and</text></subparagraph>

<subparagraph id="H8210CF5AC9604BB7973CD1002554A3F1"><enum>(B)</enum><text display-
inline="yes-display-inline">in the course of such duty, incurs a service-connected
disability rated as total under section 1155 of title
38.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section id="H7DB1F7DD40114384996EA228014BD2A5" section-type="subsequent-
section"><enum>604.</enum><header>Consideration of service on active duty to reduce age
of eligibility for retired pay for non-regular service</header><text display-
inline="no-display-inline">Section 12731(f)(2)(B)(i) of title 10, United States Code,
is amended by striking <quote>under a provision of law referred to in section
101(a)(13)(B) or under section 12301(d)</quote> and inserting <quote>under section
12301(d) or 12304b of this title, or under a provision of law referred to in section
101(a)(13)(B)</quote>.</text></section>

<section id="HEF7C6B1A2CB64A069E666821216C6707" section-type="subsequent-
section"><enum>605.</enum><header>Temporary adjustment of rates of basic allowance for
housing following determination that local civilian housing costs significantly differ
from such rates</header><text display-inline="no-display-inline">Section 403(b) of
title 37, United States Code, is amended by adding at the end the following new
paragraph:</text>

<quoted-block style="USC" id="H53A7A645A623442185BA4C4770DA8945" display-inline="no-
display-inline">

<paragraph id="HBE96357135D34724A7CA7D9563E2D264" indent="up1"><enum>(8)</enum></text>

<subparagraph id="H63C8750909F648738AA91166528580C6" display-inline="yes-display-
inline"><enum>(A)</enum><text display-inline="yes-display-inline">The Secretary of
Defense may prescribe a temporary adjustment in the current rates of basic allowance
for housing for a military housing area or a portion thereof (in this paragraph,
<quote>BAH rates</quote>) if the Secretary determines that the actual costs of adequate
housing for civilians in that military housing area or portion thereof differs from the
current BAH rates by more than 20 percent.</text></subparagraph>

<subparagraph id="HC4FEE62C357F4C31BCC1B12DBB49D14D" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">Any temporary adjustment in BAH rates under this
paragraph shall remain in effect only until the effective date of the first adjustment
of BAH rates for the affected military housing area that occurs after the date of the
adjustment under this paragraph.</text></subparagraph>

<subparagraph id="H1C76959D1C614BF588947AB99E84F965"
indent="up1"><enum>(C)</enum><text>This paragraph shall cease to be effective on
September 30, 2022.</text></subparagraph></paragraph><after-quoted-block>.</after-
quoted-block></quoted-block></section>

<section id="HAB53FDC0E4B64357BA90B7585EBD77FF"><enum>606.</enum><header>Reinvestment
of travel refunds by the Department of Defense</header>

<subsection id="HC1A117669C614B898FE1FB3A4100A434"><enum>(a)</enum><header>Refunds for
official travel</header><text>Subchapter I of chapter 8 of title 37, United States
```

Code, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HEE1A6E8492664330B23F38F32E444EA0" style="USC">

<section id="HD87C95B847884575988520649863D63E"><enum>456.</enum><header>Managed travel program refunds</header>

<subsection id="HF9B19FD4BB114E35994C53F3D6F75F59"><enum>(a)</enum><header>Credit of refunds</header><text>The Secretary of Defense may credit refunds attributable to Department of Defense managed travel programs as a direct result of official travel to such operation and maintenance or research, development, test, and evaluation accounts of the Department as designated by the Secretary that are available for obligation for the fiscal year in which the refund or amount is collected.</text></subsection>

<subsection id="H4F4CDFEF93084D00AA0080282DDE6C40"><enum>(b)</enum><header>Use of refunds</header><text>Refunds credited under subsection (a) may only be used for official travel or operations and efficiency improvements for improved financial management of official travel.</text></subsection>

<subsection id="H28F6C2D9780548249B52E0217F543BB5"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H15B54C6C56A74CDDA601CB50884A3A9E"><enum>(1)</enum><header>Managed travel program</header><text>The term <term>managed travel program</term> includes air, rental car, train, bus, dining, lodging, and travel management, but does not include rebates or refunds attributable to the use of the Government travel card, the Government Purchase Card, or Government travel arranged by Government Contracted Travel Management Centers.</text></paragraph>

<paragraph id="H13F514D7BBFE48EEB44B56DCC2116ED7"><enum>(2)</enum><header>Refund</header><text>The term <term>refund</term> includes miscellaneous receipts credited to the Department identified as a refund, rebate, repayment, or other similar amounts collected.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HE58374F573964202A2887C4702A1A3AB"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 8 of such title is amended by inserting after the item relating to section 455 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HE526DF07E95045F5A5176C14C17F7D14" style="OLC">

<toc>

<toc-entry bold="off" level="section">456. Managed travel program refunds.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></quoted-block></subsection>

<subsection id="H09936BEDD2D645ED83E32116391D426B"><enum>(c)</enum><header>Clarification on retention of travel promotional items</header><text>Section 1116(a) of the National Defense Authorization Act for Fiscal Year 2002 (Public Law 107â€"107; 5 U.S.C. 5702 note) is amendedâ€"</text>

<paragraph id="HB73A97374E16434BB01DF9735FA3AD4A"><enum>(1)</enum><text>by striking <quote><header-in-text level="subsection" style="OLC">Definition</header-in-text>.â€"In this section, the term</quote> and inserting the following: <header-in-text level="subsection" style="OLC">â€œDefinitions</header-in-text>.â€"In this section:</text>

<quoted-block display-inline="no-display-inline" id="HAFB3B1C370F248E9AB4B7AB4149529AA" style="OLC">

<paragraph id="HBBD85ED7CC694EFBAC6E15C0D02B9354"><enum>(1)</enum><text>The term</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HB61DD7EA52C446409A499D48A960FE5A"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

```
<quoted-block display-inline="no-display-inline" id="HED4957B9C21A4FF78096FA791685D58E"
style="OLC">

<paragraph id="HD048CAA308A94070BBAD4A184B1978D2"><enum>(2)</enum><text>The term
<term>general public</term> includes the Federal Government or an
agency.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection></section>

<section id="H72268D788E0F42B595979AEE34A2F190"><enum>607.</enum><header>Addition of
partial dislocation allowance to allowable travel and transportation expenses for
servicemembers</header>

<subsection id="H81D85432BE38487CB8AA608E1CF6F034"><enum>(a)</enum><header>Current
authority</header><text display-inline="yes-display-inline">Section 477(f)(1) of title
37, United States Code, is amended by striking
<quote>family</quote>.</text></subsection>

<subsection id="HC464DFCA3CA04B799435561D24411166"><enum>(b)</enum><header>Future
authority</header><text display-inline="yes-display-inline">Section 452(c) of title 37,
United States Code, is amendedâ€"</text>

<paragraph id="HED45E769B330437690AC15AD205E05F8"><enum>(1)</enum><text>by
redesignating paragraph (3) as paragraph (4); and</text></paragraph>

<paragraph id="H14E9A5E6F10D4D83AE7C6CA550DF02D5"><enum>(2)</enum><text>by inserting
after paragraph (2) the following new paragraph (3):</text>

<quoted-block style="USC" id="H9127BC73739E4008A6023D26EDDB75D2" display-inline="no-
display-inline">

<paragraph id="H0B6596809E664650BA705DFC6DB6172E" display-inline="no-display-
inline"><enum>(3)</enum><text>A partial dislocation allowance paid to a member ordered
to occupy or vacate housing provided by the United States.</text></paragraph><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H904F35FE8A724D699A3C02043507F094"><enum>608.</enum><header>Reductions on
account of earnings from work performed while entitled to an annuity
supplement</header><text display-inline="no-display-inline">Section 8421a(c) of title
5, United States Code, is amendedâ€"</text>

<paragraph id="HE78E79EB991A41A88BE33AF1EB6F8759"><enum>(1)</enum><text>by striking
<quote>full-time as an air traffic control instructor</quote> and inserting <quote>as
an air traffic control instructor, or supervisor thereof,</quote>;
and</text></paragraph>

<paragraph id="H44C31373B3F944318EE882728D2AAE8F"><enum>(2)</enum><text>by inserting
<quote>or supervisor</quote> after <quote>an
instructor</quote>.</text></paragraph></section>

<section id="H274B5893082F4164AA8359226A190411" display-inline="no-display-inline"
section-type="subsequent-section"><enum>609.</enum><header>Increase in basic
pay</header><text display-inline="no-display-inline">Effective on January 1, 2020, the
rates of monthly basic pay for members of the uniformed services are increased by 3.1
percent.</text></section></subtitle>

<subtitle id="H4B339E03448F411FA7C32684DE05039C"><enum>B</enum><header>Bonuses and
Special Incentive Pays</header>

<section id="H07B9328EBC8A491BA5FE45A481AE49AE"><enum>611.</enum><header>One-year
extension of certain expiring bonus and special pay authorities</header>

<subsection commented="no" display-inline="no-display-inline"
id="H6A446D1F5BC74CF69B2D18136896E600"><enum>(a)</enum><header display-inline="yes-
display-inline">Authorities relating To reserve forces</header><text display-
inline="yes-display-inline">Section 910(g) of title 37, United States Code, relating to
income replacement payments for reserve component members experiencing extended and
frequent mobilization for active duty service, is amended by striking <quote>December
31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></subsection>

<subsection id="H1A19E7E195AE434DAAD53CF9E1C04D95"><enum>(b)</enum><header>Title 10
authorities relating to health care professionals</header><text>The following sections
of title 10, United States Code, are amended by striking <quote>December 31,
```

WASHSTATEC014866

2019</quote> and inserting <quote>December 31, 2020</quote>:</text>

<paragraph id="HD66E3CCFDAA0424687DD922380EF77FA"><enum>(1)</enum><text>Section 2130a(a)(1), relating to nurse officer candidate accession program.</text></paragraph>

<paragraph id="H940A8C8E8E8E4BDD82AA4446EC5BFE18"><enum>(2)</enum><text>Section 16302(d), relating to repayment of education loans for certain health professionals who serve in the Selected Reserve.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H97E4047FAB014BEB848826D79DC3BF1E"><enum>(c)</enum><header display-inline="yes-display-inline">Authorities relating to nuclear officers</header><text display-inline="yes-display-inline">Section 333(i) of title 37, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></subsection>

<subsection id="H90507CBB8AA2449194465746F5C1CBD9"><enum>(d)</enum><header>Authorities relating to title 37 consolidated special pay, incentive pay, and bonus authorities</header><text>The following sections of title 37, United States Code, are amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>:</text>

<paragraph id="HB92B6E5EF7294724ACF439DE4B47E50F"><enum>(1)</enum><text>Section 331(h), relating to general bonus authority for enlisted members.</text></paragraph>

<paragraph id="H6109A0CA5823416AB70976368DE5DC6C"><enum>(2)</enum><text>Section 332(g), relating to general bonus authority for officers.</text></paragraph>

<paragraph id="HDE0240532F5149CB8D46EC49B08CC32B"><enum>(3)</enum><text>Section 334(i), relating to special aviation incentive pay and bonus authorities for officers.</text></paragraph>

<paragraph id="HEB4172F72BFC4FF182204F1D3D7D86D5"><enum>(4)</enum><text>Section 335(k), relating to special bonus and incentive pay authorities for officers in health professions.</text></paragraph>

<paragraph id="H66D138B901744A629B226087B473E245"><enum>(5)</enum><text>Section 336(g), relating to contracting bonus for cadets and midshipmen enrolled in the Senior Reserve Officers€™ Training Corps.</text></paragraph>

<paragraph id="H30AC0980EB714EB09B0C8D1695064A37"><enum>(6)</enum><text>Section 351(h), relating to hazardous duty pay.</text></paragraph>

<paragraph id="H07182C7D19CB4FD9A745CE6F631D643A"><enum>(7)</enum><text>Section 352(g), relating to assignment pay or special duty pay.</text></paragraph>

<paragraph id="H34CFBEB8944544428CB50353ED588D66"><enum>(8)</enum><text>Section 353(i), relating to skill incentive pay or proficiency bonus.</text></paragraph>

<paragraph id="H782299B0D9E0486FA634EE9FD1914CF0"><enum>(9)</enum><text>Section 355(h), relating to retention incentives for members qualified in critical military skills or assigned to high priority units.</text></paragraph></subsection>

<subsection id="HB4CED068CB3E4FDBA13EF99699E4624B"><enum>(e)</enum><header>Authority to provide temporary increase in rates of basic allowance for housing</header><text>Section 403(b)(7)(E) of title 37, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></subsection></section></subtitle>

<subtitle id="HB4E55BEDB5C242AD9BFB05049D474638"><enum>C</enum><header>Family and Survivor Benefits</header>

<section id="H4365EC3922CD4571945C767EC8D80FE6"><enum>621.</enum><header>Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members</header><text display-inline="no-display-inline">Section 1059(m) of title 10, United States Code, is amended€"</text>

<paragraph id="H9659E9BF96CB4E0091DCA52BB4B4466D"><enum>(1)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">members or</header-in-text></quote> after <quote><header-in-text level="subsection" style="OLC">dependents of</header-in-text></quote>;</text></paragraph>

```
<paragraph id="H7957FDC26C894936B81D21ACCA74C4EF"><enum>(2)</enum><text>by inserting
<quote>member or</quote> before <quote>former member</quote> each place it
appears;</text></paragraph>

<paragraph id="H5ACE0D50FE564CE5BA2A469A7548AD01"><enum>(3)</enum><text>by
redesignating paragraph (3) as paragraph (4); and</text></paragraph>

<paragraph id="HD8C4E767C67740CEAAA810BAF7A41F4B"><enum>(4)</enum><text>by inserting
after paragraph (2) the following new paragraph (3):</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H981620D886EA48E89EB29BE20E901778"
style="OLC">

<paragraph id="H573DF5D72302497BB13DC447E12E6E9B"
indent="up1"><enum>(3)</enum><text>For purposes of the provision of benefits under this
section pursuant to this subsection, a member shall be considered separated from active
duty upon the earliest ofâ€"</text>

<subparagraph id="H17A19E1CF24D4975972758A0FB498A9B"><enum>(A)</enum><text>the date an
administrative separation is initiated by a commander of the
member;</text></subparagraph>

<subparagraph id="H0D4B9833B1DA43B49A799B47F080CEF3"><enum>(B)</enum><text>the date the
court-martial sentence is adjudged if the sentence, as adjudged, includes a dismissal,
dishonorable discharge, bad conduct discharge, or forfeiture of all pay and allowances;
or</text></subparagraph>

<subparagraph id="H900B4AFEFBAD443BA589819C35BD0705"><enum>(C)</enum><text>the date the
memberâ€™s term of service expires.</text></subparagraph></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></section>

<section display-inline="no-display-inline"
id="H5BBBB5085C73471DAA8FDA4444989A3B"><enum>622.</enum><header>Phase-out of reduction
of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity
compensation</header>

<subsection id="HCE45429BA5704EF58F6A4F5DDAD52AEA"><enum>(a)</enum><header>Phase-
out</header><text display-inline="yes-display-inline">Subchapter II of chapter 73 of
title 10, United States Code, is amended as follows:</text>

<paragraph id="H9727B8D5BE8F42538737100574169A47"><enum>(1)</enum><header>In
general</header><text>In section 1450(c)(1)â€"</text>

<subparagraph id="H700996AA33984BF8A678F29B7ADA3126"><enum>(A)</enum><text>by striking
<quote>that the annuity otherwise payable under this section would exceed that
compensation.</quote> and inserting <quote>calculated as follows:</quote>;
and</text></subparagraph>

<subparagraph id="H5E62953E5B434547AFBC8F618FFA6B98"><enum>(B)</enum><text>by adding at
the end the following:</text>

<quoted-block style="USC" id="H03E398C464DB4C00B4676426A31F2ED6" display-inline="no-
display-inline">

<subparagraph id="HBE13A9FCE0A54701B11EC139B25BECCB"><enum>(A)</enum><text display-
inline="yes-display-inline">During the period beginning on January 1, 2020, and ending
on December 31, 2020, the amount that the annuity otherwise payable under this section
would exceed such dependency and indemnity compensation.</text></subparagraph>

<subparagraph id="H08EB4372B8254710B820A470DFF6B321"><enum>(B)</enum><text display-
inline="yes-display-inline">During the period beginning on January 1, 2021, and ending
on December 31, 2021, the amount that the annuity otherwise payable under this section
would exceed two-thirds of such dependency and indemnity
compensation.</text></subparagraph>

<subparagraph id="HBC1747F1298746BA8BA7610BE8A449DD"><enum>(C)</enum><text>During the
period beginning on January 1, 2022, and ending on December 31, 2022, the amount that
the annuity otherwise payable under this section would exceed one-third of such
dependency and indemnity compensation.</text></subparagraph>

<subparagraph id="H29ABB16B48AC4BE68E10F54165A214EB"><enum>(D)</enum><text>On and after
January 1, 2023, the full amount of the annuity under this
```

WASHSTATEC014868

section.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H0A9BBA656F2143FFBCA8F063C3225714"><enum>(2)</enum><header>Conforming amendment</header><text>In section 1451(c)(2), by inserting <quote>a portion (calculated under section 1450(c) of this title) of</quote> before <quote>the amount</quote>.</text></paragraph></subsection>

<subsection id="H6B4D32A90A07495280CCB408DFD90D54"><enum>(b)</enum><header>Prohibition on retroactive benefits</header><text>No benefits may be paid to any person for any period before the effective date provided under subsection (f) by reason of the amendments made by subsection (a).</text></subsection>

<subsection id="H624E1AD2FC5145A0BCEE3114DF823366"><enum>(c)</enum><header>Prohibition on recoupment of certain amounts previously refunded to SBP recipients</header><text>A surviving spouse who is or has been in receipt of an annuity under the Survivor Benefit Plan under subchapter II of chapter 73 of title 10, United States Code, that is in effect before the effective date provided under subsection (f) and that is adjusted by reason of the amendments made by subsection (a) and who has received a refund of retired pay under section 1450(e) of title 10, United States Code, shall not be required to repay such refund to the United States.</text></subsection>

<subsection id="H0DF4512FD46240A0A8332BFC85F50718"><enum>(d)</enum><header>Repeal of authority for optional annuity for dependent children</header><text>Section 1448(d)(2) of such title is amended—"</text>

<paragraph id="H3BE07CEB3531421E9BC5FD318FB50C07"><enum>(1)</enum><text>by striking <quote><header-in-text level="paragraph" style="OLC">Dependent children</header-in-text>.—"</quote> and all that follows through <quote>In the case of a member described in paragraph (1),</quote> and inserting <quote><header-in-text level="paragraph" style="OLC">Dependent children</header-in-text>.—"In the case of a member described in paragraph (1),</quote>; and</text></paragraph>

<paragraph id="HB79697FC05D94B5DA183322AC9D83CA5"><enum>(2)</enum><text>by striking subparagraph (B).</text></paragraph></subsection>

<subsection id="HB1E7C3CEFF4045FEB1622903492F8E34"><enum>(e)</enum><header>Restoration of eligibility for previously eligible spouses</header><text>The Secretary of the military department concerned shall restore annuity eligibility to any eligible surviving spouse who, in consultation with the Secretary, previously elected to transfer payment of such annuity to a surviving child or children under the provisions of section 1448(d)(2)(B) of title 10, United States Code, as in effect on the day before the effective date provided under subsection (f). Such eligibility shall be restored whether or not payment to such child or children subsequently was terminated due to loss of dependent status or death. For the purposes of this subsection, an eligible spouse includes a spouse who was previously eligible for payment of such annuity and is not remarried, or remarried after having attained age 55, or whose second or subsequent marriage has been terminated by death, divorce or annulment.</text></subsection>

<subsection id="H55084D73127C4BAE919957C22443EE5D"><enum>(f)</enum><header>Effective date</header><text display-inline="yes-display-inline">This section and the amendments made by this section shall take effect on the first day of the first month that begins after the date of the enactment of this Act, except subsections (d) and (e) of this section and the amendments made thereby shall take effect on January 1, 2023.</text></subsection></section>

<section id="H8AF7DD4F472E4DC1ACDE941219DF6200" section-type="subsequent-section"><enum>623.</enum><header>Death gratuity for ROTC graduates</header>

<subsection id="HF618D7E309A34EA08B37BDEBE6ECB490"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 1475(a)(4) of title 10, United States Code, is amended by adding <quote>; or a graduate of a reserve officers' training corps who has received a commission but has yet to receive a first duty assignment; or</quote> at the end.</text></subsection>

<subsection id="HE795109F67D8488E9E0E9EDF136DE714"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendment under subsection (a) applies to deaths that occur on or after the date of the enactment of this Act.</text></subsection></section>

```
<section id="H3675670827CD4235A9D0CC94775E634C" section-type="subsequent-section"
commented="no"><enum>624.</enum><header>Expansion of authority to provide financial
assistance to civilian providers of child care services or youth program services who
provide such services to survivors of members of the Armed Forces who die in combat in
the line of duty</header><text display-inline="no-display-inline">Section 1798(a) of
title 10, United States Code, is amended by inserting <quote>, survivors of members of
the armed forces who die in combat-related incidents in the line of duty,</quote> after
<quote>armed forces</quote>.</text></section>

<section id="H37256B23E18945F9A2168D6541EBDB7E"><enum>625.</enum><header>Casualty
assistance for survivors of deceased ROTC graduates</header><text display-inline="no-
display-inline">Section 633 of the National Defense Authorization Act for Fiscal Year
2014 (10 U.S.C. 1475 note) is amended by adding at the end the following new
subsection:</text>

<quoted-block style="OLC" id="HFEF6B76286444270801EDEE1D9DE4B6D" display-inline="no-
display-inline">

<subsection id="HBDCFDF6DF60F4636AC51D1F13B2F3272"><enum>(c)</enum><header>ROTC
graduates</header>

<paragraph id="HE5CD3D93C1E64F3184B0E5CBCE76F039"><enum>(1)</enum><header>Treated as
members</header><text>For purposes of this section, a graduate of a reserve officers'
training corps who receives a commission and who dies before receiving a first duty
assignment shall be treated as a member of the Armed Forces who dies while on active
duty.</text></paragraph>

<paragraph id="H6D41AA3850C647DF9284FDDE414A2615"><enum>(2)</enum><header>Effective
date</header><text display-inline="yes-display-inline">This subsection applies to
deaths on or after the date of the enactment of the National Defense Authorization Act
for Fiscal Year 2020.</text></paragraph></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></section></subtitle>

<subtitle id="H4292AE65C2324651955F9FCBFB7A548B"><enum>D</enum><header>Defense Resale
Matters</header>

<section id="H6B989889B77244A58519F9A58FA59232"><enum>631.</enum><header>Defense resale
system matters</header>

<subsection id="H1B40E21C890F41F1AC21A2579699C11F"><enum>(a)</enum><header>In
general</header><text>The Under Secretary of Defense for Personnel and Readiness shall,
in coordination with the Chief Management Officer of the Department of Defense,
maintain oversight of business transformation efforts of the defense commissary system
and the exchange stores system in order to ensure the following:</text>

<paragraph id="H099DD44068924B829283429AC570BF7C"><enum>(1)</enum><text>Development of
an intercomponent business strategy that maximizes efficiencies and results in a viable
defense resale system in the future.</text></paragraph>

<paragraph id="H26F0544A25BA4D68A41ED19B87914B9E"><enum>(2)</enum><text>Preservation of
patron savings and satisfaction from and in the defense commissary system and exchange
stores system.</text></paragraph>

<paragraph id="HB778A5742D5C469892CF9D9CDDFE985C"><enum>(3)</enum><text>Sustainment of
financial support of the defense commissary and exchange systems for morale, welfare,
and recreation (MWR) services of the Armed Forces.</text></paragraph></subsection>

<subsection id="HCCC25C7DC6F346D9913D7A2DF5BBB1A5"><enum>(b)</enum><header>Executive
Resale Board advice on operations of systems</header><text>The Executive Resale Board
of the Department of Defense shall advise the Under Secretary on the implementation of
sustainable, complementary operations of the defense commissary system and the exchange
stores system.</text></subsection>

<subsection id="H721D251EC2524F1283946E2FE45C0EE4"><enum>(c)</enum><header>Information
technology modernization</header><text>The Secretary of Defense shall, acting through
the Under Secretary and with advice from the Executive Resale Board, require the
Defense Commissary Agency and the Military Exchange Service to do as follows:</text>

<paragraph id="H41B08CA5661A46AB91883B290EFEC2F6"><enum>(1)</enum><text>Field new
technologies and best business practices for information technology for the defense
resale system.</text></paragraph>
```

```
<paragraph id="H85C6EA974145494FAD34EF67269055B2"><enum>(2)</enum><text>Implement
cutting-edge marketing opportunities across the defense resale
system.</text></paragraph></subsection>

<subsection id="H3312D01480764601BE4D8568DB8EB7DB"><enum>(d)</enum><header>Inclusion of
advertising in operating expenses of commissary stores</header><text>Section 2483(b) of
title 10, United States Code, is amended by adding at the end the following
paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H5E18F2CD346F4D1D9B3F740488CA7B1C"
style="OLC">

<paragraph id="H56F0B35687C14F538B9028BED53638FE"><enum>(7)</enum><text>Advertising of
commissary sales on materials available within commissary stores and at other on-base
locations.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H75A2C749BA8A48FF848ACC8E7AAE3153" section-type="subsequent-
section"><enum>632.</enum><header display-inline="yes-display-inline">Procurement by
commissary stores of certain locally sourced products</header><text display-inline="no-
display-inline">The Secretary of Defense shall ensure that the dairy products and
fruits and vegetables procured for commissary stores under the defense commissary
system are, to the extent practicable and while maintaining mandated patron savings,
locally sourced in order to ensure the availability of the freshest possible dairy
products and fruits and vegetables for patrons of the stores.</text></section>

<section id="H547F92B6926E4D14BE64C790C2D27A4B" section-type="subsequent-
section"><enum>633.</enum><header>GAO review of defense resale optimization
study</header>

<subsection
id="H26368A66F165470980737BAA061E6DAA"><enum>(a)</enum><header>Review</header><text
display-inline="yes-display-inline">The Comptroller General of the United States shall
conduct a review of the business case analysis performed as part of the defense resale
optimization study conducted by the Reform Management Group, titled <quote>Study to
Determine the Feasibility of Consolidation of the Defense Resale Entities</quote> and
dated December 4, 2018.</text></subsection>

<subsection id="H72696FF1839341368360E6948BEF84BE"><enum>(b)</enum><header>Reports
required; elements</header><text display-inline="yes-display-inline">Not later than
March 1, 2020, and June 1, 2020, the Comptroller General shall submit to the Committees
on Armed Services of the Senate and the House of Representatives an interim report and
a final report, respectively, regarding the review performed under this section. Each
report shall include evaluations of the following:</text>

<paragraph id="HEDBFAAB3C0174A6889ED122054C9246E"><enum>(1)</enum><text display-
inline="yes-display-inline">The descriptions and justifications for the assumptions,
analytical choices and data used by the Reform Management Group to calculate:</text>

<subparagraph
id="HF9301C8E33324F2B8D2EBBB73331528F"><enum>(A)</enum><text>Pricing.</text></subparagr
aph>

<subparagraph id="H43FE537F2BA647EBB0EF65C38D5763CC"><enum>(B)</enum><text>Sales
assumptions.</text></subparagraph>

<subparagraph id="H5852A90A3B914476B15C6033D0BB976E"><enum>(C)</enum><text>Accuracy of
methods employed to measure patron savings levels.</text></subparagraph></paragraph>

<paragraph id="HC3829383575B4A38917079A6DC17C363"><enum>(2)</enum><text display-
inline="yes-display-inline">The timetable for consolidation of military exchanges and
commissaries.</text></paragraph>

<paragraph id="H7AD87B08B1884271B515DC12DFFC81F4"><enum>(3)</enum><text display-
inline="yes-display-inline">The recommendations for consolidation developed as part of
the business case analysis, including the overall cost of
consolidation.</text></paragraph>

<paragraph id="H813FB91D8904413986928E3DE777664C"><enum>(4)</enum><text display-
inline="yes-display-inline">The budget and oversight implications of merging non-
```

appropriated funds and appropriated funds to implement the recommended reforms.</text></paragraph>

<paragraph id="HF13AF9515E9540BD86699C268FCFCE2D"><enum>(5)</enum><text display-inline="yes-display-inline">The extent to which the Reform Management Group coordinated with the Secretaries of the military departments and the chiefs of the Armed Forces in preparing the study.</text></paragraph>

<paragraph id="H8224EC47CA9D474C83B922B279A2D1E4"><enum>(6)</enum><text display-inline="yes-display-inline">The extent to which the Reform Management Group addressed concerns of the Secretaries of the military departments and the chiefs of the Armed Forces in the study.</text></paragraph>

<paragraph id="H8B34B71314AD45B1A325888BF360DDF0"><enum>(7)</enum><text display-inline="yes-display-inline">If the recommendations in the business case analysis were implementedâ€''</text>

<subparagraph id="H2C8E7CC211144AF58A482AFCA9C02F2D"><enum>(A)</enum><text>the ability of military exchanges and commissaries to provide earnings to support on-base morale, welfare, and recreation programs; and</text></subparagraph>

<subparagraph id="H165548E7807A4F94BAE559FAD700F509"><enum>(B)</enum><text display-inline="yes-display-inline">the financial viability of the military exchanges and commissaries.</text></subparagraph></paragraph></subsection>

<subsection id="H81C3E84A3E1948B082E239E29E32039A"><enum>(c)</enum><header>Delay on consolidation</header><text display-inline="yes-display-inline">The Secretary of Defense may not take any action to consolidate military exchanges and commissaries until the Committees on Armed Services of the Senate and the House of Representatives notify the Secretary in writing of receipt and acceptance of the findings of the Comptroller General in the reports required under this section.</text></subsection></section></subtitle>

<subtitle id="H8CE0DBDFB6FC405A890F561F0E2BCEAF"><enum>E</enum><header>Morale, Welfare, and Recreation Privileges</header>

<section id="H0CAB88B67130453CBAAF01FE338CB875" section-type="subsequent-section"><enum>641.</enum><header>Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave</header>

<subsection id="HDE2B1749D4C6498FAEAB6D6971F4176F"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 1065 of title 10, United States Code, as added by section 621 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€''232), is amendedâ€''</text>

<paragraph id="HAFD556A3916B48759C21B82D6A19F01D"><enum>(1)</enum><text>in the heading, by striking <quote><header-in-text level="section" style="USC">veterans and caregivers for veterans</header-in-text></quote> and inserting <quote><header-in-text level="section" style="USC">veterans, caregivers for veterans, and Foreign Service officers</header-in-text></quote>;</text></paragraph>

<paragraph id="HBFC0535A4F8C4DFD9C6AF5D539A14807"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subsections (f) and (g) as subsections (g) and (h), respectively;</text></paragraph>

<paragraph id="H87C56C24E3C447B9BAF80C5B4C6E0804"><enum>(3)</enum><text>by inserting after subsection (e) the following new subsection (f):</text>

<quoted-block style="USC" id="H2555F6222935449AB2A5F77E796E3D99" display-inline="no-display-inline">

<subsection id="HD9B00E6DCF314042B430DB10632F1EE9"><enum>(f)</enum><header>Eligibility of Foreign Service officers on mandatory home leave</header><text display-inline="yes-display-inline">A Foreign Service officer on mandatory home leave may be permitted to use military lodging referred to in subsection (h).</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H8621542661DD4DC2B2909978C78BA6BD"><enum>(4)</enum><text>in subsection (h), as redesignated by paragraph (2), by adding at the end the following new paragraphs:</text>

<quoted-block style="USC" id="H53BEEB6E6A664E6EBEC2C9F59C499D7D" display-inline="no-

WASHSTATEC014872

display-inline">

<paragraph id="H3DC7947016A14F7DA7C97C79BA20A7B0"><enum>(5)</enum><text display-inline="yes-display-inline">The term <quote>Foreign Service officer</quote> has the meaning given that term in section 103 of the Foreign Service Act of 1980 (22 U.S.C. 3903).</text></paragraph>

<paragraph id="HE2EBC525023A4D0FBECCB10E39462F2E"><enum>(6)</enum><text display-inline="yes-display-inline">The term <quote>mandatory home leave</quote> means leave under section 903 of the Foreign Service Act of 1980 (22 U.S.C. 4083).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA795EF87C3D24C3584370DBB00F2AB96"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by this section shall take effect on January 1, 2020, as if originally incorporated in section 621 of Public Law 115â€232.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H0369CA0471DA427FB8D430FC37E89F0D" section-type="subsequent-section"><enum>642.</enum><header display-inline="yes-display-inline">Extension of pilot program on a Government lodging program</header><text display-inline="no-display-inline">Section 914(b) of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (5 U.S.C. 5911 note) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></section></subtitle>

<subtitle id="H9D968CD3432C49349463516737232300"><enum>F</enum><header>Reports and Other Matters</header>

<section id="H521C869E9B444A76849F8ED75707C8A8"><enum>651.</enum><header>Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes</header>

<subsection id="HFC4C765805044DC5A68FC0772E8B19C9"><enum>(a)</enum><header>Annual reports</header><text>Section 908 of title 37, United States Code is amendedâ€"</text>

<paragraph id="HBB66A19029B849E9900892073EC77583"><enum>(1)</enum><text>by redesignating subsection (c) as subsection (d); and</text></paragraph>

<paragraph id="H1FB8AADC9B7A450D9B39EC0C3E67792B"><enum>(2)</enum><text>by inserting after subsection (b) the following new subsection (c):</text>

<quoted-block id="HEF57980F445E4968AD3B297B60A53D18" style="OLC">

<subsection id="HB3095726BE8D436C872E2FA7559963F9"><enum>(c)</enum><header>Annual reports on approvals for retired general and flag officers</header><text display-inline="yes-display-inline">Not later than January 31 each year, the Secretaries of the military departments, after consulting with the Secretary of State, shall jointly submit to the Committees on Armed Services of the Senate and House of Representatives a report on each approval under subsection (b) for employment or compensation described in subsection (a) for a retired member of the armed forces in general or flag officer grade that was issued during the preceding year.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H1427417006CC465CBEF29F617E9472B7"><enum>(b)</enum><header>Scope of first report</header><text>The first report submitted pursuant to subsection (c) of section 908 of title 37, United States Code (as amended by subsection (a) of this section), after the date of the enactment of this Act shall cover the five-year period ending with the year before the year in which such report is submitted.</text></subsection></section>

<section id="H4DACD40601524EFD8C2082F3B832A385"><enum>652.</enum><header>Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories</header><text display-inline="no-display-inline">Not later than February 1, 2020, the Secretary of Defense shall submit a report to the congressional defense committees regarding the recommendation of the Secretary whether members of the uniformed services located in the territories of the United States and who receive the overseas housing allowance should instead receive the basic allowance for housing to ensure the most appropriate housing compensation for such members and their families.</text></section>

WASHSTATEC014873

```
<section id="H1C323BA849CF497C8EEA7C6A236634AB"><enum>653.</enum><header>Report on
extension to members of the reserve components of the Armed Forces of special and
incentive pays for members of the Armed Forces not currently payable to members of the
reserve components</header>

<subsection id="H8F170563DFFD456BA90B0D6C9FCEC03D"><enum>(a)</enum><header>Report
required</header><text>Not later than one year after the date of the enactment of this
Act, the Secretary of Defense shall submit to the congressional defense committees a
report setting forth the results of a study, conducted by the Secretary for purposes of
the report, on the feasability and advisability of paying eligible members of the
reserve components of the Armed Forces any special or incentive pay for members of the
Armed Forces that is not currently payable to members of the reserve
components.</text></subsection>

<subsection
id="H3F5431678BEC40B6878F12FE9A7ADA88"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall set forth the following:</text>

<paragraph id="HB201305C9A7F4B88A13448C87440DED5"><enum>(1)</enum><text>An estimate of
the yearly cost of paying members of the reserve components risk pay and flight pay
under sections 334, 334a, and 351 of title 37, United States Code, at the same rate as
members on active duty, regardless of the number of periods of instruction or
appropriate duty participated in, so long as there is at least one such period of
instruction or appropriate duty in the month.</text></paragraph>

<paragraph id="H663A03D6CD4E435D85E92D65842A1696"><enum>(2)</enum><text>A statement of
the number of members of the reserve components who qualify or potentially qualify for
hazardous duty incentive pay based on current professions or required duties, broken
out by hazardous duty categories set forth in section 351 of title 37, United States
Code.</text></paragraph>

<paragraph id="H9EE74D28859141F68BB31D3146DE6B70"><enum>(3)</enum><text>If the
Secretary determines that payment to eligible members of the reserve components of any
special or incentive pay for members of the Armed Forces that is not currently payable
to members of the reserve components is feasible and advisable, such recommendations as
the Secretary considers appropriate for legislative or administrative action to
authorize such payment.</text></paragraph></subsection></section>

<section id="HF9864EA045244CF5A94E91F18BF3E099" section-type="subsequent-
section"><enum>654.</enum><header>Study regarding recoupment of separation pay, special
separation benefits, and voluntary separation incentive payments from members of the
Armed Forces and veterans who receive disability compensation under laws administered
by the Secretary of Veterans Affairs</header>

<subsection
id="H9A5FC903E44242E29FEA404BD8E836A3"><enum>(a)</enum><header>Study</header><text
display-inline="yes-display-inline">The Secretary of Defense, in consultation with the
Secretary of Veterans Affairs, shall conduct a study to determine, with regards to
members of the Armed Forces and veterans whose separation pay, special separation
benefits, and voluntary separation incentive payments either Secretary recoups because
such members and veterans subsequently receive disability compensation under laws
administered by the Secretary of Veterans Affairsâ€"</text>

<paragraph id="HE64DA0084C0E43C1911211E9EE882080"><enum>(1)</enum><text display-
inline="yes-display-inline">how many such members and veterans are affected by such
recoupment; and</text></paragraph>

<paragraph id="HE4CC8BDE0B992426DB42A1C6836A01A34"><enum>(2)</enum><text>the aggregated
amount of additional money such members and veterans would receive but for such
recoupment.</text></paragraph></subsection>

<subsection id="H624DD4C9F3264B8780FA1459F0EAE300"><enum>(b)</enum><header>Report
required</header><text display-inline="yes-display-inline">Not later than September 30,
2020, the Secretary of Defense shall submit to the Committees on Armed Services and
Veteransâ€™ Affairs of the Senate and House of Representatives a report regarding the
results of the study under subsection (a).</text></subsection></section>

<section id="H50C0DD5AA5E849209AB0EC3C7F8F80DF"><enum>655.</enum><header>Report on
implementation of contributions to the Department of Defense Military Retirement Fund
based on pay costs per Armed Force rather than on Armed Forces-wide basis</header>
```

```
<subsection id="H6B52D43582B24D8DAFCE6C0C7A57457B"><enum>(a)</enum><header>Report
required</header>

<paragraph id="H4699397BB5624F6BBCE20FE4EF86BBDF"><enum>(1)</enum><header>In
general</header><text>Not later than April 1, 2020, the Secretary of Defense shall, in
consultation with the Secretaries of the military departments, submit to the
congressional defense committees a report setting forth a plan for the implementation
of the amendments described in paragraph (2) as if such amendments would apply with
respect to determinations of contributions to the Department of Defense Military
Retirement Fund under chapter 74 of title 10, United States Code, and payments into the
Fund, beginning with fiscal year 2025.</text></paragraph>

<paragraph id="H4B5B8BC62C394258B43A8AAD2F775557"><enum>(2)</enum><header>Covered
amendments</header><text>The amendments described in this paragraph are the amendments
proposed to be made by section 631 of S.1790 of the 116th Congress, as reported to the
Senate by the Committee on Armed Services of the Senate on June 11,
2019.</text></paragraph></subsection>

<subsection
id="H9ADBA244DDF344F2B9EFEB6C554B10A1"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include the following:</text>

<paragraph id="H810A95F8B84140E29941C2AC80384660"><enum>(1)</enum><text>A plan to
implement the amendments described in paragraph (2) of subsection (a) in the manner
described in paragraph (1) of that subsection.</text></paragraph>

<paragraph id="HCC70DF608EAF48B48DAB8B8D2FC33353"><enum>(2)</enum><text>A timeline for
actions required to implement such amendments in that manner.</text></paragraph>

<paragraph id="H5562599A3E30462BB201A91E78FB4F14"><enum>(3)</enum><text>An assessment
of the impact of the implementation of such amendments in that manner on each of the
following:</text>

<subparagraph id="HBA15E530D5D34824BADE136619853615"><enum>(A)</enum><text>The
budgeting of the military departments.</text></subparagraph>

<subparagraph id="H59750FA9AB484D0682839B97A30FB1E4"><enum>(B)</enum><text>The efforts
of the Department of Defense to achieve audits of its financial
statements.</text></subparagraph>

<subparagraph id="H460840FD3EBE47009DDB644A88F282AB"><enum>(C)</enum><text>Decisions on
military manning of the Armed Forces.</text></subparagraph>

<subparagraph id="HE12C5DFBE47E43D898305EC4F4337088"><enum>(D)</enum><text>The cost and
complexity of tracking contributions to the Department of Defense Military Retirement
Fund.</text></subparagraph></paragraph></subsection></section>

<section id="HBA344453582B40519AE3BCAD4852FDB3"><enum>656.</enum><header>Report on food
insecurity among members of the Armed Forces and their dependents</header>

<subsection id="HBBDBD9330CD34B74B64C16D6590264DA"><enum>(a)</enum><header>Report
required</header><text>Not later than May 1, 2020, the Secretary of Defense shall
submit to the Committees on Armed Services of the Senate and the House of
Representatives a report on food insecurity among members of the Armed Forces and their
dependents.</text></subsection>

<subsection
id="HD4DEEF37425B4F63965E546C5DE5A85A"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include the following:</text>

<paragraph id="HA6C82804861A4CE7A7DC45EC81044F81"><enum>(1)</enum><text>An assessment
of the current extent of food insecurity among members of the Armed Forces and their
dependents, including a description and analysis of the following:</text>

<subparagraph id="HFCE7F5C11E684AAD9EFD9C623CDB9163"><enum>(A)</enum><text>Use of food
assistance by members and their dependents, as revealed in data of the Department of
Defense and other data available to the Department.</text></subparagraph>

<subparagraph id="HB4EFACC36D0845A088093CDFBA6D3C34"><enum>(B)</enum><text>Use of free
and reduced price school meals by dependents.</text></subparagraph>

<subparagraph id="H0993AC9FA97144768D8367EFE3CF6966"><enum>(C)</enum><text>Use of food
```

banks or similar assistance by members and their dependents.</text></subparagraph></paragraph>

<paragraph id="H7DFA838126C24F8C83E3BA43C59CB605"><enum>(2)</enum><text>A description and assessment of the barriers, if any, to qualification for or access to adequate food assistance of any type by members of the Armed Forces and their dependents.</text></paragraph>

<paragraph id="HCC6097FDF934455AAD589D5128AB3E4C"><enum>(3)</enum><text>A description of the number of members of the Armed Forces overseas who enrolled in the Family Supplemental Subsistence Allowance (FSSA) program under section 402a of title 37, United States Code, during the five-fiscal year period ending with fiscal year 2019, and of the cost to the Department of such enrollment during each fiscal year concerned.</text></paragraph>

<paragraph id="H7A4EBEC271EC4E79B0FC32613F62CEF4"><enum>(4)</enum><text>An assessment of the effectiveness of the Family Supplemental Subsistence Allowance program for members of the Armed Forces overseas.</text></paragraph>

<paragraph id="HBB3063EC4C834327A07315740F563D53"><enum>(5)</enum><text>A description and assessment of the participation of members of the Armed Forces in the Supplemental Nutrition Assistance Program (SNAP), including with respect to the following:</text>

<subparagraph id="HEEBFF821DE0842719858F1B249484EF5"><enum>(A)</enum><text>Coordination between the Department of Defense and the Department of Agriculture for purposes of determining the numbers of members currently participating in the program.</text></subparagraph>

<subparagraph id="HE66AD129DE6E4919BCB7EAB54E859E1B"><enum>(B)</enum><text>Career stigma for members resulting from participation in the program.</text></subparagraph>

<subparagraph id="HC9F98DFE01D647BC9E17486CA5C4AF39"><enum>(C)</enum><text>Adverse consequences for member personal financial management resulting from participation in the program.</text></subparagraph>

<subparagraph id="HE61DD3E43B3E45859D29A0E06537CF82"><enum>(D)</enum><text>Other support available to and used by members to meet basic needs requirements.</text></subparagraph></paragraph>

<paragraph id="H10C9E2045EB0463D9F16AB8E35FF41B8"><enum>(6)</enum><text>An assessment of food insecurity among members of the Armed Forces who reside in on-post housing (and thus do not receive basic allowance for housing (BAH)) and their dependents, including eligibility of such members for and participation in the Supplemental Nutrition Assistance Program.</text></paragraph>

<paragraph id="HB0FAD7B7F70E417C884982600EB95F99"><enum>(7)</enum><text>An assessment of the feasability and advisability of a basic needs allowance for low-income members of the Armed Forces (including an allowance calculated both with and without basic allowance for housing included in the determination of member gross household income), including with respect to the following:</text>

<subparagraph id="HFB6AFAEFE47045ED99609DF019EE13E2"><enum>(A)</enum><text>The maximum member gross household income for eligibility for the allowance.</text></subparagraph>

<subparagraph id="HA0D67E07D0CD4143B98B745B85F8E3A4"><enum>(B)</enum><text>The number of members who would be eligible for the allowance.</text></subparagraph>

<subparagraph id="HF74C3B47A7334327B9B4B2781FD1CF98"><enum>(C)</enum><text>The optimal average annual amount of the allowance.</text></subparagraph>

<subparagraph id="H55555AA7F5D24616837FCC18D5527F6F"><enum>(D)</enum><text>The total annual cost of paying the allowance.</text></subparagraph>

<subparagraph id="H2DAAAC10434F43E0BBD9EC3C96F9AD8D"><enum>(E)</enum><text>Whether particular geographic locations would include large number of members eligible for the allowance.</text></subparagraph>

<subparagraph id="H570F848CDD514AB0B48AF030FD4054B4"><enum>(F)</enum><text>The effects of payment of the allowance on recruitment and retention of members, and on member morale and conduct.</text></subparagraph></paragraph>

<paragraph id="H69DD1418186645149C4F30ABE7E57368"><enum>(8)</enum><text>Any other

WASHSTATEC014876

recommendations for policies, programs, and activities to address food insecurity among members of the Armed Forces and their dependents that the Secretary considers appropriate.</text></paragraph></subsection></section></subtitle></title>

<title id="H611C8757C36B472EB80AE532039C0A9A" style="OLC"><enum>VII</enum><header>Health Care Provisions</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H611C8757C36B472EB80AE532039C0A9A" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HDB71DD9A729049089000D5EE6B4CF009" level="subtitle">Subtitle A—TRICARE and Other Health Care Benefits</toc-entry>

<toc-entry idref="H25C4CC73E65E4839B22583ED463E7C59" level="section">Sec. 701. Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve.</toc-entry>

<toc-entry idref="HAB2170A896ED4C148C67A4D8303BF3FE" level="section">Sec. 702. TRICARE payment options for retirees and their dependents.</toc-entry>

<toc-entry idref="H9AD5CF276E5B40B68FC3539619AE86E6" level="section">Sec. 703. Lead level screening and testing for children.</toc-entry>

<toc-entry idref="HFCDAAFCC3631498E8A4AB0C1FBF6EBEF" level="section">Sec. 704. Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations.</toc-entry>

<toc-entry idref="H6DE055731C6B46D8BDF5EFBF0684CEEB" level="section">Sec. 705. Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas.</toc-entry>

<toc-entry idref="H87AA88D707394BF78BBCBA6FEAB55962" level="section">Sec. 706. Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation.</toc-entry>

<toc-entry idref="H9DE9049F7A35415B91131B4E66EE8434" level="section">Sec. 707. Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances.</toc-entry>

<toc-entry idref="HB35916EF28EE48809B608C28464CC84A" level="subtitle">Subtitle B—Health Care Administration</toc-entry>

<toc-entry idref="H040831C5486A4F64AFD7515F5A25C167" level="section">Sec. 711. Modification of organization of military health system.</toc-entry>

<toc-entry idref="H8A29534D3A014E5FBE2D74D78813DECA" level="section">Sec. 712. Support by military health system of medical requirements of combatant commands.</toc-entry>

<toc-entry idref="H507A4DF18329480295C83CF539FC9695" level="section">Sec. 713. Requirements for certain prescription drug labels.</toc-entry>

<toc-entry idref="HF26E19826A494913924CB798E706FD07" level="section">Sec. 714. Officers authorized to command Army dental units.</toc-entry>

<toc-entry idref="H6CE1BBA8D0A44FED8CDA8D976A04ABE8" level="section">Sec. 715. Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs.</toc-entry>

<toc-entry idref="HC5EF74E6289B423EA24938DBFBB26591" level="section">Sec. 716. Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program.</toc-entry>

WASHSTATEC014877

<toc-entry idref="H56CE31EB3E864A25BACA5BB00CD7EAEC"
level="section">Sec.â€¯717.â€¯Inclusion of blast exposure history in medical records of
members of the Armed Forces.</toc-entry>

<toc-entry idref="H59EA4E771C3D43E08052C65EC24CD6E1"
level="section">Sec.â€¯718.â€¯Comprehensive policy for provision of mental health care
to members of the Armed Forces.</toc-entry>

<toc-entry idref="HF818CA83CC1E4E6EB581897A0953A90F"
level="section">Sec.â€¯719.â€¯Limitation on the realignment or reduction of military
medical manning end strength.</toc-entry>

<toc-entry idref="HBA775F7F6BA64274863D47DE1CB706F8"
level="section">Sec.â€¯720.â€¯Strategy to recruit and retain mental health
providers.</toc-entry>

<toc-entry idref="HF5584F73F9024F29BDD10F16D3CEE178"
level="section">Sec.â€¯721.â€¯Development of partnerships to improve combat casualty
care for personnel of the Armed Forces.</toc-entry>

<toc-entry idref="H449500423F0E4A6DB3634FAC3DD93ADE"
level="section">Sec.â€¯722.â€¯Modification to referrals for mental health
services.</toc-entry>

<toc-entry idref="H9266D0DBC1B74AA9B04D8DA665C3D7DC" level="subtitle">Subtitle
Câ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H770AABB98D5F4313A2C2C0096FD03C0C"
level="section">Sec.â€¯731.â€¯Authorization of claims by members of the uniformed
services against the United States for personal injury or death caused by medical
malpractice.</toc-entry>

<toc-entry idref="H71F1E62DFDE54DAEB1D0F49BD98E2DFA"
level="section">Sec.â€¯732.â€¯Extension and clarification of authority for Joint
Department of Defense-Department of Veterans Affairs Medical Facility Demonstration
Fund.</toc-entry>

<toc-entry idref="H332FC005F84441CABBD103C514E1D006"
level="section">Sec.â€¯733.â€¯Appointment of non-ex officio members of the Henry M.
Jackson Foundation for the Advancement of Military Medicine.</toc-entry>

<toc-entry idref="HCF6714C859244D25AF7FC1DDDFC29201"
level="section">Sec.â€¯734.â€¯Establishment of Academic Health System in National
Capital Region.</toc-entry>

<toc-entry idref="HDE7AFD3B1C7E4DA2BC4AF0BB5CD35E21"
level="section">Sec.â€¯735.â€¯Provision of veterinary services by veterinary
professionals of the Department of Defense in emergencies.</toc-entry>

<toc-entry idref="HD0ADA24EC0FD47E0B7200A2F0B60D69C"
level="section">Sec.â€¯736.â€¯Three-year extension of authority to continue the DOD-VA
Health Care Sharing Incentive Fund.</toc-entry>

<toc-entry idref="HD8DDD52612B54A04AB74F18F6D99749A"
level="section">Sec.â€¯737.â€¯Preservation of resources of the Army Medical Research
and Materiel Command and continuation as Center of Excellence.</toc-entry>

<toc-entry idref="H84EF8726780544F5888F87037654DE31"
level="section">Sec.â€¯738.â€¯Encouragement of participation in Womenâ€™s Health
Transition Training pilot program.</toc-entry>

<toc-entry idref="H94E1A654CA28448EBCE1F17EBAC68149"
level="section">Sec.â€¯739.â€¯National Guard suicide prevention pilot program.</toc-
entry>

<toc-entry idref="HD709D5C18502467DA0F76464B55AA7E3"
level="section">Sec.â€¯740.â€¯Pilot Program on civilian and military partnerships to
enhance interoperability and medical surge capability and capacity of National Disaster
Medical System.</toc-entry>

<toc-entry idref="H0F21DA45117946C49047C84069B4685B"
level="section">Sec.â€¯741.â€¯Reports on suicide among members of the Armed Forces and

suicide prevention programs and activities of the Department of Defense.</toc-entry>

<toc-entry idref="H488E82FD92EE4DE79EFA652D3BC07DDA"
level="section">Sec.â€,742.â€,Modification of requirements for longitudinal medical
study on blast pressure exposure of members of the Armed Forces and collection of
exposure information.</toc-entry>

<toc-entry idref="H7D400FCF5D8D47E89237C12DC0E6C0E1"
level="section">Sec.â€,743.â€,Study and plan on the use of military-civilian integrated
health delivery systems.</toc-entry>

<toc-entry idref="H34DF2B3BC7B7405B8C6A4CD408CC911E"
level="section">Sec.â€,744.â€,Study on case management in the military health
system.</toc-entry>

<toc-entry idref="HC067599C2F934FA8B32B559B7F0D9E8E"
level="section">Sec.â€,745.â€,Report on Global Health Security Strategy and the
National Biodefense Security.</toc-entry>

<toc-entry idref="H38B5F9220D9C4F09AF93A54B0A2C830F"
level="section">Sec.â€,746.â€,Study on establishment of wounded warrior service dog
program.</toc-entry>

<toc-entry idref="H6BFA256E6A3D4926AAF14DDBEC0ABFE7" level="section">Sec.â€,747.â€,GAO
report on Department of Defense quality assurance program and impacts of medical
malpractice actions.</toc-entry>

<toc-entry idref="HCFCD5C523F114D4086F3A7590D967FD4"
level="section">Sec.â€,748.â€,Reports on Millennium Cohort Study relating to women
members of the Armed Forces.</toc-entry>

<toc-entry idref="H70775172973C448ABC671CA3A1E6DA6D"
level="section">Sec.â€,749.â€,Study on effects of sleep deprivation on readiness of
members of the Armed Forces.</toc-entry>

<toc-entry idref="HCFF7B9F8E7684D2E9FEAD4C556E8DE35"
level="section">Sec.â€,750.â€,Study and report on traumatic brain injury mitigation
efforts.</toc-entry></toc>

<subtitle id="HDB71DD9A729049089000D5EE6B4CF009"
style="OLC"><enum>A</enum><header>TRICARE and Other Health Care Benefits</header>

<section id="H25C4CC73E65E4839B22583ED463E7C59"><enum>701.</enum><header>Modification
of eligibility for TRICARE Reserve Select for certain members of the Selected
Reserve</header><text display-inline="no-display-inline">Section 1076a(a)(2) of title
10, United States Code, is amended by striking <quote>Paragraph (1) does not
apply</quote> and inserting <quote>During the period preceding January 1, 2030,
paragraph (1) does not apply</quote>.</text></section>

<section id="HAB2170A896ED4C148C67A4D8303BF3FE"><enum>702.</enum><header>TRICARE
payment options for retirees and their dependents</header>

<subsection id="H07D553E128444DFD96D580948F22C90E"><enum>(a)</enum><header>In
general</header><text>Section 1099 of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="H63DA1F1B4E9E43B387CBD6BD683029A9"><enum>(1)</enum><text>by
redesignating subsection (d) as subsection (e); and</text></paragraph>

<paragraph id="H88E1C945A3564DB099AFC42BD21350DD"><enum>(2)</enum><text>by inserting
after subsection (c) the following new subsection (d):</text>

<quoted-block display-inline="no-display-inline" id="H2A07C0EB8D2140C585F65CB9AE40F7DD"
style="OLC">

<subsection id="H5B695A12C0224E0AA686963AD6EEF6CC"><enum>(d)</enum><header>Payment
options</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="HA658A7A3A77B48248F39280A05620E4D"><enum>(1)</enum><text>A member or former member
of the uniformed services, or a dependent thereof, eligible for medical care and dental
care under section 1074(b) or 1076 of this title shall pay a premium for coverage under

this chapter.</text></paragraph>

<paragraph id="H517574FD931D4198BEBB53871B5074E9" indent="up1"><enum>(2)</enum><text>To the maximum extent practicable, a premium owed by a member, former member, or dependent under paragraph (1) shall be withheld from the retired, retainer, or equivalent pay of the member, former member, or dependent. In all other cases, a premium shall be paid in a frequency and method determined by the Secretary.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H7E59378903DD43E6BE9C94AE205EC5E6"><enum>(b)</enum><header>Conforming and clerical amendments</header>

<paragraph id="HDA5CADC4100D4D2D889D5510655884AB"><enum>(1)</enum><header>Conforming amendments</header><text>Section 1097a of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HCEA2D7E9816F44F5A92A788F03FBC48E"><enum>(A)</enum><text>by striking subsection (c); and</text></subparagraph>

<subparagraph id="HDB8413BAD7F746E493BAD7E8BBF00BA1"><enum>(B)</enum><text>by redesignating subsections (d), (e), and (f) as subsections (c), (d), and (e), respectively.</text></subparagraph></paragraph>

<paragraph id="H6C63E988CF4C4EA8816524D605EC8999"><enum>(2)</enum><header>Heading amendments</header>

<subparagraph id="H508950275729467D9E2B1F601F8F360C"><enum>(A)</enum><header>Automatic enrollments</header><text>The heading for section 1097a of such title is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HA5F996F00C264B9A9574679BCC172584" style="USC">

<section id="H804C6240ECF2425483BA1FEDE975D80B"><enum>1097a.</enum><header>TRICARE Prime: automatic enrollments</header></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H23710B697729449BA94E20ADBD67AACA"><enum>(B)</enum><header>Enrollment system and payment options</header><text>The heading for section 1099 of such title is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H123CDC5737714A26A81A44CCE5B12406" style="USC">

<section id="H2AA2974F76F44D9D937CD2CD61BA6340"><enum>1099.</enum><header>Health care enrollment system and payment options</header></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H171A8272F2084FA7B9F56723B8CA26A1"><enum>(3)</enum><header>Clerical amendments</header><text>The table of sections at the beginning of chapter 55 of such title is amendedâ€"</text>

<subparagraph id="H6EAD1B5937E54F7F99AD3C7C46051FF0"><enum>(A)</enum><text>by striking the item relating to section 1097a and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HE29524D8D2FA43CDB852D4E8476F18FE" style="OLC">

<toc>

<toc-entry bold="off" level="section">1097a. TRICARE Prime: automatic enrollments.</toc-entry></toc><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H0A77EED059494458AE1E5902DB0A8959"><enum>(B)</enum><text>by striking the item relating to section 1099 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H0FB07886A92D4EBA85AF2E41524744CA" style="OLC">

<toc>

```
<toc-entry bold="off" level="section">1099. Health care enrollment system and payment
options.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph></subsection>

<subsection id="H34C71D65E6F64C98BAF20443611BDEB9"><enum>(c)</enum><header>Effective
date</header><text>The amendments made by this section shall apply to health care
coverage beginning on or after January 1, 2021.</text></subsection></section>

<section id="H9AD5CF276E5B40B68FC3539619AE86E6"><enum>703.</enum><header>Lead level
screening and testing for children</header>

<subsection
id="HC6497FB31E614B2FBB663D8C68F4089E"><enum>(a)</enum><header>Comprehensive screening,
testing, and reporting guidelines</header>

<paragraph id="H8B6FFF8CE0B64961B0CA923F93F9D6AC"><enum>(1)</enum><header>In
general</header><text>The Secretary of Defense shall establish clinical practice
guidelines for health care providers employed by the Department of Defense on
screening, testing, and reporting of blood lead levels in children.</text></paragraph>

<paragraph id="HCEE64717AFC94373887D3E6272400363"><enum>(2)</enum><header>Use of CDC
recommendations</header><text>Guidelines established under paragraph (1) shall reflect
recommendations made by the Centers for Disease Control and Prevention with respect to
the screening, testing, and reporting of blood lead levels in
children.</text></paragraph>

<paragraph id="H0B068BC307674DCB83145CCB230E0839"><enum>(3)</enum><header>Dissemination
of guidelines</header><text>Not later than one year after the date of the enactment of
this Act, the Secretary shall disseminate the clinical practice guidelines established
under paragraph (1) to health care providers of the Department of
Defense.</text></paragraph></subsection>

<subsection id="H9D773C04B7DD4A668E1E8734FB116B9D"><enum>(b)</enum><header>Care
provided in accordance with CDC guidance</header><text>The Secretary shall ensure that
any care provided by the Department of Defense to a child for an elevated blood lead
level shall be carried out in accordance with applicable guidance issued by the Centers
for Disease Control and Prevention.</text></subsection>

<subsection id="H66CDE292BBE9402F9B8B7C7DF9B63915"><enum>(c)</enum><header>Sharing of
results of testing</header>

<paragraph id="H292516AE0DBF41B8AD572EB14114B7D1"><enum>(1)</enum><header>In
general</header><text>With respect to a child who receives from the Department of
Defense a test for an elevated blood lead levelâ€"</text>

<subparagraph id="H78BE85B5AAAF4C69BAD16CB681F7C1CB"><enum>(A)</enum><text>the
Secretary shall provide the results of the test to the parent or guardian of the child;
and</text></subparagraph>

<subparagraph
id="H247D7735309246E58E8DAAA1BA24B6E0"><enum>(B)</enum><text>notwithstanding any
requirements for the confidentiality of health information under the Health Insurance
Portability and Accountability Act of 1996 (Public Law 104â€"191), if the results of
the test show an abnormal blood lead level or elevated blood lead level, the Secretary
shall provide those results and the address at which the child resides toâ€"</text>

<clause id="H13E6DFBA734B446E85BD01E05E499692"><enum>(i)</enum><text>the relevant
health department of the State in which the child resides if the child resides in the
United States; or</text></clause>

<clause id="H29247D5E22C548E1B2168B1E3240DA3D"><enum>(ii)</enum><text>if the child
resides outside the United Statesâ€"</text>

<subclause id="H30DB1F778D024F30B5453EF4E3F3CC81"><enum>(I)</enum><text>the Centers for
Disease Control and Prevention;</text></subclause>

<subclause id="H7ABE8BDB9E864835A2B70F5C99600F5A"><enum>(II)</enum><text>the
appropriate authority of the country in which the child resides; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HBC97240F919445D4AA4151E0CC14C3B6"><enum>(III)</enum><text display-inline="yes-
display-inline">the primary provider of health care for the child for follow-
```

up.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="H70785CF6A7C047DE89872F99948CAE8D"><enum>(2)</enum><header>State defined</header><text>In this subsection, the term <term>State</term> means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.</text></paragraph></subsection>

<subsection id="HAF75CA9F288044A39A4D67AE5AF97525"><enum>(d)</enum><header>Report</header><text>Not later than January 1, 2021, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report detailing, with respect to the period beginning on the date of the enactment of this Act and ending on the date of the report, the following:</text>

<paragraph id="H83082B03374B44DDA4FDD8BA73741E73"><enum>(1)</enum><text>The number of children who were tested by the Department of Defense for the level of lead in the blood of the child, and of such number, the number who were found to have an elevated blood lead level.</text></paragraph>

<paragraph id="H0EFFC449018E4DBFB5EB5118B6F05594"><enum>(2)</enum><text>The number of children who were screened by the Department of Defense for an elevated risk of lead exposure.</text></paragraph></subsection>

<subsection id="H60AF35126CF4414C974CB3E80796CC1D"><enum>(e)</enum><header>Comptroller General report</header><text>Not later than January 1, 2022, the Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the effectiveness of screening and testing for lead exposure and elevated blood lead levels under chapter 55 of title 10, United States Code.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6465C6F1F3BA4A99B80B904FFBD986D4"><enum>(f)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section, the terms <term>abnormal blood lead level</term> and <term>elevated blood lead level</term> have the meanings given those terms by the Centers for Disease Control and Prevention.</text></section>

<section id="HFCDAAFCC3631498E8A4AB0C1FBF6EBEF" section-type="subsequent-section"><enum>704.</enum><header>Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations</header>

<subsection id="H0373A3D10956417298D8BBF084D1D7FF"><enum>(a)</enum><header>Periodic health assessment</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that any periodic health assessment provided to members of the Armed Forces includes an evaluation of whether the member has been—</text>

<paragraph id="H0761BF3C8CFC41069922D481B5741227"><enum>(1)</enum><text display-inline="yes-display-inline">based or stationed at a location where an open burn pit was used; or</text></paragraph>

<paragraph id="H2929DC51B4DA4FAF95368D07F7B0528D"><enum>(2)</enum><text>exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the Airborne Hazards and Open Burn Pit Registry.</text></paragraph></subsection>

<subsection id="HA022AFC0BFAB4A05A91BEFF804CEB102"><enum>(b)</enum><header>Separation history and physical examinations</header><text display-inline="yes-display-inline">Section 1145(a)(5) of title 10, United States Code, is amended by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H616D324821DF450E8AE6BBDA90406F5F" style="USC">

<subparagraph id="H749325D77E72457BB0E8267FB260C9E5" indent="up2"><enum>(C)</enum><text display-inline="yes-display-inline">The Secretary concerned shall ensure that each physical examination of a member under subparagraph (A) includes an assessment of whether the member was—</text>

<clause id="HB7F35BA593084D98A1AAB3DCFA1E3910"><enum>(i)</enum><text>based or stationed at a location where an open burn pit, as defined in subsection (c) of section 201 of

the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112â€"260; 38 U.S.C. 527 note), was used; or</text></clause>

<clause id="HBD777FBE985846E2B379A5A187EE46E0"><enum>(ii)</enum><text display-inline="yes-display-inline">exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the registry established by the Secretary of Veterans Affairs under such section 201.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HEFE72B724AD64ECD91030E642B9F63F5"><enum>(c)</enum><header>Deployment assessments</header><text display-inline="yes-display-inline">Section 1074f(b)(2) of title 10, United States Code, is amended by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="HEBBAEA49038445DB9EFE15AACCDBA1B3" style="USC">

<subparagraph id="HFE5650AB4F1B4A4E9139306910C144DC" indent="up1"><enum>(D)</enum><text display-inline="yes-display-inline">An assessment of whether the member wasâ€"</text>

<clause id="H82D4ED7CDE1F48EF910C912DFF58FC76"><enum>(i)</enum><text>based or stationed at a location where an open burn pit, as defined in subsection (c) of section 201 of the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112â€"260; 38 U.S.C. 527 note), was used; or</text></clause>

<clause id="H69DC77FBD5104DFD976CFC786C4825C7"><enum>(ii)</enum><text display-inline="yes-display-inline">exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the registry established by the Secretary of Veterans Affairs under such section 201.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H816C8CEC5268416B8282FB283AB33B8C"><enum>(d)</enum><header>Sharing of information</header>

<paragraph id="H51B33820C328468885982609F1269019"><enum>(1)</enum><header>DODâ€"VA</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of Veterans Affairs shall jointly enter into a memorandum of understanding providing for the sharing by the Department of Defense with the Department of Veterans Affairs of the results of covered evaluations regarding the exposure by a member of the Armed Forces to toxic airborne chemicals or other airborne contaminants.</text></paragraph>

<paragraph id="H82EAAB59E23F41EDAFEC0329C4E68B82"><enum>(2)</enum><header>Registry</header><text display-inline="yes-display-inline">If a covered evaluation of a member of the Armed Forces establishes that the member was based or stationed at a location where an open burn pit was used or that the member was exposed to toxic airborne chemicals or other airborne contaminants, the member shall be enrolled in the Airborne Hazards and Open Burn Pit Registry unless the member elects to not so enroll.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H337F02A1CD70471890774BD41410E940"><enum>(e)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section may be construed to preclude eligibility for benefits under the laws administered by the Secretary of Veterans Affairs by reason of the open burn pit exposure history of a veteran not being recorded in a covered evaluation.</text></subsection>

<subsection id="HF26988F35E0947868952BD12F6B749AD"><enum>(f)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H248D29FA354A4931B6BF52E85730ED81"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>Airborne Hazards and Open Burn Pit Registry</term> means the registry established by the Secretary of Veterans Affairs under section 201 of the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112â€"260; 38 U.S.C. 527 note).</text></paragraph>

```
<paragraph id="HDDB56EE2E7134A1093FBA4052C1BB934"><enum>(2)</enum><text>The term
<term>covered evaluation</term> meansâ€"</text>

<subparagraph id="H6CEEC112EFE64897A427F5058771D14D"><enum>(A)</enum><text display-
inline="yes-display-inline">a periodic health assessment conducted in accordance with
subsection (a);</text></subparagraph>

<subparagraph id="H15A58F7BA283455BBD3B6286D1619E98"><enum>(B)</enum><text display-
inline="yes-display-inline">a separation history and physical examination conducted
under section 1145(a)(5) of title 10, United States Code, as amended by this section;
and</text></subparagraph>

<subparagraph id="H670D212E3F7343228BE8611667C62B71"><enum>(C)</enum><text>a deployment
assessment conducted under section 1074f(b)(2) of such title, as amended by this
section.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0CECACFB2F794EBFA797BF397FB7569D"><enum>(3)</enum><text display-inline="yes-
display-inline">The term <term>open burn pit</term> has the meaning given that term in
section 201(c) of the Dignified Burial and Other Veterans' Benefits Improvement Act of
2012 (Public Law 112â€"260; 38 U.S.C. 527
note).</text></paragraph></subsection></section>

<section id="H6DE055731C6B46D8BDF5EFBF0684CEEB"><enum>705.</enum><header>Enhancement of
recordkeeping with respect to exposure by members of the Armed Forces to certain
occupational and environmental hazards while deployed overseas</header>

<subsection id="H6EC7B6ACF65D497E84A5EB2F766FDD50"><enum>(a)</enum><header>Inclusion in
medical tracking system of occupational and environmental health risks in deployment
area</header>

<paragraph id="H1DB4B965B2584B9AB24DEB064DF6D5EB"><enum>(1)</enum><header>Elements of
medical tracking system</header><text display-inline="yes-display-inline">Subsection
(b)(1)(A) of section 1074f of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HEB4A139C8EE84F3A96166BB06D78CB1F"><enum>(A)</enum><text>in clause
(ii), by striking <quote>and</quote> at the end;</text></subparagraph>

<subparagraph id="H41F2FC6EABD74917B204FC4C48475F7C"><enum>(B)</enum><text>in clause
(iii), by striking the period at the end and inserting <quote>; and</quote>;
and</text></subparagraph>

<subparagraph id="HD5F36AA56A85456CAD376DB5E51FD4A7"><enum>(C)</enum><text>by adding at
the end the following new clause:</text>

<quoted-block display-inline="no-display-inline" id="HF847D23A916049D4AE8B9101DEAABA5E"
style="USC">

<clause id="HCA7B2347DA1147689DF66CD91FAFCA35" indent="up2"><enum>(iv)</enum><text
display-inline="yes-display-inline">accurately record any exposure to occupational and
environmental health risks during the course of their
deployment.</text></clause><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph
id="HB26E604D4E044FAB89A8AAF554F47278"><enum>(2)</enum><header>Recordkeeping</header><t
ext>Subsection (c) of such section is amended by inserting after <quote>deployment
area</quote> the following: <quote>(including the results of any assessment performed
by the Secretary of occupational and environmental health risks for such
area)</quote>.</text></paragraph></subsection>

<subsection
id="H65E011823D864C0E8AB3F41522072422"><enum>(b)</enum><header>Postdeployment medical
examination and reassessments</header><text display-inline="yes-display-inline">Section
1074f of title 10, United States Code, as amended by subsection (a), is further amended
by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="HFF8D293456AA458BA2F9F3160E0731C8"
style="OLC">

<subsection id="H65E32F6948F24DA8BA27DC78F0F9F6CD"><enum>(g)</enum><header>Additional
requirements for postdeployment medical examinations and health reassessments</header>
```

WASHSTATEC014884

```
<paragraph commented="no" display-inline="yes-display-inline"
id="H9327A315968C4393BEF21BE261A7C954"><enum>(1)</enum><text display-inline="yes-
display-inline">The Secretary of Defense shall standardize and make available to a
provider that conducts a postdeployment medical examination or reassessment under the
system described in subsection (a) questions relating to occupational and environmental
health exposure.</text></paragraph>

<paragraph id="H00F41C6B06C54C2BB0A20E05C1452009" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">The Secretary, to the extent practicable, shall
ensure that the medical record of a member includes information on the external cause
relating to a diagnosis of the member, including by associating an external cause code
(as issued under the International Statistical Classification of Diseases and Related
Health Problems, 10th Revision (or any successor
revision)).</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H97A18F17C46048C5B8FA01D8F46AD71C"><enum>(c)</enum><header>Access to
information in burn pit registry</header>

<paragraph id="H24FD08161C4E40BA9D29984C51CB8408"><enum>(1)</enum><header>In
general</header><text>The Secretary of Defense shall ensure that all medical personnel
of the Department of Defense have access to the information contained in the burn pit
registry.</text></paragraph>

<paragraph id="H909BA69C11EA48E58DE5B7BE0660BC5A"><enum>(2)</enum><header>Burn pit
registry defined</header><text display-inline="yes-display-inline">In this subsection,
the term <term>burn pit registry</term> means the registry established under section
201 of the Dignified Burial and Other Veteransâ€™ Benefits Improvement Act of 2012
(Public Law 112â€"260; 38 U.S.C. 527 note).</text></paragraph></subsection></section>

<section id="H87AA08D707394BF78BBCBA6FEAB55962"><enum>706.</enum><header>Modifications
to post-deployment mental health assessments for members of the Armed Forces deployed
in support of a contingency operation</header>

<subsection id="HD4DEB4B71D83400B90219D6298E5BB6F"><enum>(a)</enum><header>Required
assessments</header><text display-inline="yes-display-inline">Section 1074m(a)(1) of
title 10, United States Code, is amended by striking subparagraphs (C) and (D) and
inserting the following new subparagraphs:</text>

<quoted-block style="USC" id="H7BBA89607DB846E890E532B29AB3641E" display-inline="no-
display-inline">

<subparagraph id="HC7C6EC6D1F604DC9A2847A02A1D79B14"><enum>(C)</enum><text display-
inline="yes-display-inline">Subject to paragraph (3) and subsection (d), once during
the period beginning on the date of redeployment from the contingency operation and
ending on the date that is 21 days after the date on which the post-deployment leave of
the member terminates.</text></subparagraph>

<subparagraph id="HD82E0A237B2E423F97FF24F3B33AEF8C"><enum>(D)</enum><text>Subject to
subsection (d), not less than once annuallyâ€"</text>

<clause id="HA6DA628A13774718A020555D03B5DE49"><enum>(i)</enum><text>beginning 21 days
after the date on which the post-deployment leave of the member terminates;
or</text></clause>

<clause id="HFB86026ADC0A43B3B113ED87673D82B5"><enum>(ii)</enum><text>if the assessment
required by subparagraph (C) is performed during the period specified in paragraph (3),
beginning 180 days after the date of redeployment from the contingency
operation.</text></clause></subparagraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection
id="H5C923AE90CFE4A8E85CA0738EEB222AF"><enum>(b)</enum><header>Exceptions</header><text
>Section 1074m(a) of such title, as amended by subsection (a), is further amended by
striking paragraph (2) and inserting the following new paragraphs:</text>

<quoted-block style="USC" id="HA6B76FA3BE0A44AB94D466212EE50ACC" display-inline="no-
display-inline">

<paragraph id="HC191DA769B0841BA8A95F2A05C40655C" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">A mental health assessment is not required for a
```

member of the armed forces under subparagraphs (C) and (D) of paragraph (1) (including an assessment performed pursuant to paragraph (3)) if the Secretary determines that providing such assessment to the member during the time periods under such subparagraphs would remove the member from forward deployment or put members or operational objectives at risk.</text></paragraph>

<paragraph id="H3CEC9A71321846AF8A504D2DE1FB54DD" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">A mental health assessment required under subparagraph (C) of paragraph (1) may be provided during the period beginning 90 days after the date of redeployment from the contingency operation and ending 180 days after such redeployment date if the Secretary determines thatâ€"</text>

<subparagraph id="HCACAE5E9A2D243CF81D884D18D1181E0"><enum>(A)</enum><text display-inline="yes-display-inline">an insufficient number of personnel are available to perform the assessment during the time period under such subparagraph; or</text></subparagraph>

<subparagraph id="H8DC4116162554442AB28236FCAE519FD"><enum>(B)</enum><text display-inline="yes-display-inline">an administrative processing issue exists upon the return of the member to the home unit or duty station that would prohibit the effective performance of the assessment during such time period.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H854C9D2D63B247AE915CFE41DCC99A70"><enum>(c)</enum><header>Elimination of sunset for assessments during deployment</header><text display-inline="yes-display-inline">Section 1074m(a)(1)(B) of such title is amended by striking <quote>Until January 1, 2019, once</quote> and inserting <quote>Once</quote>.</text></subsection>

<subsection id="HBE15A48E74BE476EBB6D446958B58914"><enum>(d)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by subsections (a) and (b) shall apply with respect to a date of redeployment that is on or after January 1, 2020.</text></subsection></section>

<section id="H9DE9049F7A35415B91131B4E66E8434"><enum>707.</enum><header>Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances</header>

<subsection id="HDAE68EF0052242469EA1F7A3947AD280"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Beginning on October 1, 2020, the Secretary of Defense shall provide blood testing to determine and document potential exposure to perfluoroalkyl and polyfluoroalkyl substances (commonly known as <quote>PFAS</quote>) for each firefighter of the Department of Defense during the annual physical exam conducted by the Department for each such firefighter.</text></subsection>

<subsection id="H06EE3946EFB946B09230B89790762EEF"><enum>(b)</enum><header>Firefighter defined</header><text>In this section, the term <term>firefighter</term> means someone whose primary job or military occupational specialty is being a firefighter.</text></subsection></section></subtitle>

<subtitle id="HB35916EF28EE48809B608C28464CC84A" style="OLC"><enum>B</enum><header>Health Care Administration</header>

<section id="H040831C5486A4F64AFD7515F5A25C167"><enum>711.</enum><header>Modification of organization of military health system</header>

<subsection id="H8ADFD215CE4B43D1B7DC41AD1A87EC0E"><enum>(a)</enum><header>Administration of military medical treatment facilities</header><text>Subsection (a) of section 1073c of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H48F5DA6EB19749148BB3B5DEC0DBBFB6"><enum>(1)</enum><text>in paragraph (1)â€"</text>

<subparagraph id="H47B02349A505479D97069F1792C5C26E"><enum>(A)</enum><text>by redesignating subparagraphs (A), (B), (C), (D), (E), and (F) as subparagraphs (C), (D), (E), (G), (H), and (I), respectively;</text></subparagraph>

<subparagraph id="H5D80C47F5C0045788D322829A1EB95C0"><enum>(B)</enum><text>by inserting before subparagraph (C), as redesignated by subparagraph (A) of this paragraph, the

following new subparagraphs:</text>

<quoted-block display-inline="no-display-inline" id="HCD67FA42A08E475EBC298A09BB194096" style="OLC">

<subparagraph id="HD1A6740BCEEE49ACABA0303E2CF08617" indent="up1"><enum>(A)</enum><text>provision and delivery of health care within each such facility;</text></subparagraph>

<subparagraph id="H5E65233C8DCF4F7C8C4A085E1FE11E9D" indent="up1"><enum>(B)</enum><text>management of privileging, scope of practice, and quality of health care provided within each such facility;</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HC1F4F5351025458F912B6ECEA7C4E9D7"><enum>(C)</enum><text>by inserting after subparagraph (E), as so redesignated, the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H6AABACB02CB64B4EAE411E63EC8F298F" style="OLC">

<subparagraph id="H87511E1927CC4D0D9F3E6A3580CD82E9" indent="up1"><enum>(F)</enum><text>supply and equipment;</text></subparagraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H1D9AB80861754F87B5283554E31CEDD1"><enum>(2)</enum><text>in paragraph (2)â€"</text>

<subparagraph id="H2F773784DF2D48ECB4C4914C6A4ECC81"><enum>(A)</enum><text>by redesignating subparagraphs (D), (E), (F), and (G) as subparagraphs (E), (F), (H), and (I), respectively;</text></subparagraph>

<subparagraph id="H3F24080B5A494F1EA430809D821AB945"><enum>(B)</enum><text>by inserting after subparagraph (C) the following new subparagraph (D):</text>

<quoted-block display-inline="no-display-inline" id="HB6780A6F9B0F45D3AAE5BEB816AF9D0F" style="OLC">

<subparagraph id="H3D4E9E80521E4181B71FCFAD5AD2FE7B" indent="up1"><enum>(D)</enum><text>to identify the capacity of each military medical treatment facility to support clinical readiness standards of health care providers established by the Secretary of a military department or the Assistant Secretary of Defense for Health Affairs;</text></subparagraph><after-quoted-block> and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H5F1B8FAA330A4D08A84E041F172E5168"><enum>(C)</enum><text>by striking subparagraph (F), as redesignated by subparagraph (A) of this paragraph, and inserting the following new subparagraphs:</text>

<quoted-block display-inline="no-display-inline" id="HC8984DD6B5474E3F805A7E3226C99993" style="OLC">

<subparagraph id="HFE44772CAF8B4BF89DEF79F54E5DA01D" indent="up1"><enum>(F)</enum><text>to determine, in coordination with each Secretary of a military department, manning, including joint manning, assigned to military medical treatment facilities and intermediary organizations;</text></subparagraph>

<subparagraph id="H98B194B1DE404B199AB9F0CB7D01B023" indent="up1"><enum>(G)</enum><text>to select, after considering nominations from the Secretaries of the military departments, commanders or directors of military medical treatment facilities;</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HE68E206FFEC2403197FBBC08DA0B76E4"><enum>(3)</enum><text>in paragraph (3)â€"</text>

<subparagraph id="H7C2169CF6B4F46AE893E108C4D5D9C2A"><enum>(A)</enum><text>in subparagraph (A)â€"</text>

<clause id="H5E29A46D155C449B8966E73E6899E412"><enum>(i)</enum><text>by inserting <quote>on behalf of the military departments,</quote> before <quote>ensuring</quote>; and</text></clause>

```
<clause id="HFCC27D98FE1A4A718A75F9A678F231B6"><enum>(ii)</enum><text>by striking
<quote>and civilian employees</quote>; and</text></clause></subparagraph>

<subparagraph id="H2FF97849BAAD45CEBC51F72B8C00D1FF"><enum>(B)</enum><text>in
subparagraph (B), by inserting <quote>on behalf of the Defense Health Agency,</quote>
before <quote>furnishing</quote>.</text></subparagraph></paragraph></subsection>

<subsection id="H4BA8926E650947438BB62B67817FAF67"><enum>(b)</enum><header>DHA
Assistant Director</header><text>Subsection (b)(2) of such section is amended by
striking <quote>equivalent education and experience</quote> and all that follows and
inserting <quote>the education and experience to perform the responsibilities of the
position.</quote>.</text></subsection>

<subsection id="H964273B5349D4933911E116DEFE2826A"><enum>(c)</enum><header>DHA Deputy
Assistant Directors</header><text>Subsection (c) of such section is amendedâ€"</text>

<paragraph id="HDECB2177EA4A45D3907E0ED317911996"><enum>(1)</enum><text>in paragraph
(2)(B), by striking <quote>across the military health system</quote> and inserting
<quote>at military medical treatment facilities</quote>; and</text></paragraph>

<paragraph id="HD0503DF95F864443A394D41BEF8DF4F4"><enum>(2)</enum><text>in paragraph
(4)(B), by inserting <quote>at military medical treatment facilities</quote> before the
period at the end.</text></paragraph></subsection>

<subsection id="H412BF14FBA23436BA78CC12245A108B0"><enum>(d)</enum><header>Treatment of
Department of Defense for purposes of personnel assignment</header><text>Such section
is amendedâ€"</text>

<paragraph id="HD444D56A19C64A0B8AC5F92774519F39"><enum>(1)</enum><text>by
redesignating subsection (f) as subsection (g); and</text></paragraph>

<paragraph id="H9C2EA7F2369A471E801451CDDD742C5D"><enum>(2)</enum><text>by inserting
after subsection (e) the following new subsection (f):</text>

<quoted-block display-inline="no-display-inline" id="HF3B7FD668625446A98A16684B0EB09BC"
style="OLC">

<subsection id="H1A572D6B985249358130C6ADBDA8DF45"><enum>(f)</enum><header>Treatment of
Department of Defense for purposes of personnel assignment</header><text>In
implementing this sectionâ€"</text>

<paragraph id="H44D32570538F4789BA570E4B1A8718E3"><enum>(1)</enum><text>the Department
of Defense shall be considered a single agency for purposes of civilian personnel
assignment under title 5; and</text></paragraph>

<paragraph id="H33477A8FB3004EEEAA5F072AF341E407"><enum>(2)</enum><text>the Secretary
of Defense may reassign any employee of a component of the Department of Defense or a
military department in a position in the civil service (as defined in section 2101 of
title 5) to any other component of the Department of Defense or military
department.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection id="H4D6B69E131134E46AB0C2F8C44D2FA7B"><enum>(e)</enum><header>Military
medical treatment facility</header><text>Subsection (g) of such section, as
redesignated by subsection (d)(1), is amended by adding at the end the following new
paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H16F0EE059C774335A292E4EBA4C03519"
style="OLC">

<paragraph id="H4155F0F6E632458CAD59C04433A50D7B"><enum>(3)</enum><text>The term
<term>military medical treatment facility</term> meansâ€"</text>

<subparagraph id="H11CC5DD58EF44AB4A010E198F92F8476"><enum>(A)</enum><text>any fixed
facility of the Department of Defense that is outside of a deployed environment and
used primarily for health care; and</text></subparagraph>

<subparagraph id="H1B8789D1588E4C9D8F08746BC2CC4567"><enum>(B)</enum><text>any other
location used for purposes of providing health care services as designated by the
Secretary of Defense.</text></subparagraph></paragraph><after-quoted-block>.</after-
quoted-block></quoted-block></subsection>
```

WASHSTATEC014888

&lt;subsection id="HFB868B8B4844408B9AF359D7E206E74E"&gt;&lt;enum&gt;(f)&lt;/enum&gt;&lt;header&gt;Technical amendments&lt;/header&gt;&lt;text&gt;Subsection (a) of such section is amendedâ€"&lt;/text&gt;

&lt;paragraph id="HB46FE50DAD384832B8EAD0B22822E1C2"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;in paragraph (1), by striking &lt;quote&gt;paragraph (4)&lt;/quote&gt; and inserting &lt;quote&gt;paragraph (5)&lt;/quote&gt;;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HEA6EF576EEC54A1A9E4E790BA759D664"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;by redesignating paragraph (5) as paragraph (6);&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H527E130657A046648747F162A5507C01"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;by redesignating the first paragraph (4) as paragraph (5); and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HCC693EE251A84B34B80040E45FD5A710"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text&gt;by moving the second paragraph (4) so as to appear before paragraph (5), as redesignated by paragraph (3) of this subsection.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H8A29534D3A014E5FBE2D74D78813DECA"&gt;&lt;enum&gt;712.&lt;/enum&gt;&lt;header&gt;Support by military health system of medical requirements of combatant commands&lt;/header&gt;

&lt;subsection id="H236A54945AE9435194BE86A406D8590F"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"&lt;/text&gt;

&lt;paragraph id="H5D2FE24EF378431F9AFBFF5B425B7200"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;in subsection (a), by amending paragraph (1) to read as follows:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="H9002727535B24A02AF3ACEBEDC5ECD6A" style="OLC"&gt;

&lt;paragraph id="H2636C5B298B745389CFCF5CAC2B73984"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;The Secretary of Defense shall, acting through the Secretaries of the military departments, the Defense Health Agency, and the Joint Staff, implement an organizational framework of the military health system that effectively and efficiently implements chapter 55 of title 10, United States Code, to maximize the readiness of the medical force, promote interoperability, and integrate medical capabilities of the Armed Forces in order to enhance joint military medical operations in support of requirements of the combatant commands.&lt;/text&gt;&lt;/paragraph&gt;&lt;after-quoted-block&gt;;&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;

&lt;paragraph id="H1E8FEEA65AE9440A8097A04E40EC12E1"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;in subsection (e), by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively, and by moving such paragraphs so as to appear at the end of subsection (d);&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H496CED4D1AD4486B93DCCA2778591A61"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;by striking subsection (e), as amended by paragraph (2) of this subsection;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H25EC23A0995F4CAFA856C180BA05EE06"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text&gt;by redesignating subsections (b) through (d) as subsections (c) through (e), respectively;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HB517BCB47BE74215816913983D8BCD45"&gt;&lt;enum&gt;(5)&lt;/enum&gt;&lt;text&gt;by inserting after subsection (a) the following new subsection (b):&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="HD6714327BC234C25A7724537D3EA0FC2" style="OLC"&gt;

&lt;subsection id="H5B3C171F1B854F54B3866CEB1F08A899"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Additional duties of Surgeons General of the Armed Forces&lt;/header&gt;&lt;text&gt;The Surgeons General of the Armed Forces shall have the following duties:&lt;/text&gt;

&lt;paragraph id="HAD80316F2B9D4B2B886551C05B95B51F"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;To ensure the readiness for operational deployment of medical and dental personnel and deployable medical or dental teams or units of the Armed Force or Armed Forces concerned.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H6B5B0824203843BBB957EB77FB5CA8BA"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;To meet medical readiness standards, subject to standards and metrics established by the Assistant Secretary of Defense for Health Affairs.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HF0E9EA10B4D04D42848A6A4612C81533"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;With respect to uniformed medical and dental personnel of the military department concernedâ€"&lt;/text&gt;

&lt;subparagraph id="H3A9BC4F040FE4C45B78A9C2D67FC7788"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;to assign such personnelâ€"&lt;/text&gt;

&lt;clause id="HD956C79656E5492BB40158C8FECD6F23"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;primarily to military medical treatment facilities, under the operational control of the commander or director of the facility; or&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H649E1F8978CA40A3A336ECDA732E7431"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;secondarily to partnerships with civilian or other medical facilities for training activities specific to such military department; and&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HB4EF040507424677931C9EDB4ADB3E7C"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;to maintain readiness of such personnel for operational deployment.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H4DBD2B35F76542B0B55B2D399A6B69F3"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text&gt;To provide logistical support for operational deployment of medical and dental personnel and deployable medical or dental teams or units of the Armed Force or Armed Forces concerned.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H451B0762C8DB4A849C2021EC0C71223A"&gt;&lt;enum&gt;(5)&lt;/enum&gt;&lt;text&gt;To oversee mobilization and demobilization in connection with the operational deployment of medical and dental personnel of the Armed Force or Armed Forces concerned.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H4732AE2084224F6FBE1DB6AE167E5552"&gt;&lt;enum&gt;(6)&lt;/enum&gt;&lt;text&gt;To develop operational medical capabilities required to support the warfighter, and to develop policy relating to such capabilities.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H5F986120CF71403A9F3EF2CF4A3A0023"&gt;&lt;enum&gt;(7)&lt;/enum&gt;&lt;text&gt;To provide health professionals to serve in leadership positions across the military healthcare system.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H417D0BAF4D414AF6963660FD456AD5C4"&gt;&lt;enum&gt;(8)&lt;/enum&gt;&lt;text&gt;To deliver operational clinical services under the operational control of the combatant commandsâ€"&lt;/text&gt;

&lt;subparagraph id="H47B9E295A2BC4FC184F516B0384DA625"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;on ships and planes; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H8C8DF315D6B049428BC901782439AB6C"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;on installations outside of military medical treatment facilities.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="HBA59994BCA3E47B1AD2408ADD9EC1894"&gt;&lt;enum&gt;(9)&lt;/enum&gt;&lt;text&gt;To manage privileging, scope of practice, and quality of health care in the settings described in paragraph (8).&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;after-quoted-block&gt;;&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;

&lt;paragraph id="HF27D1B04C35043FFA97CB084827BCAA3"&gt;&lt;enum&gt;(6)&lt;/enum&gt;&lt;text&gt;in subsection (c), as redesignated by paragraph (4) of this subsectionâ€"&lt;/text&gt;

&lt;subparagraph id="HF7908AD564A046B09F4942F8E02A8492"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;in the subsection heading, by inserting &lt;quote&gt;&lt;header-in-text level="subsection" style="OLC"&gt;Agency&lt;/header-in-text&gt;&lt;/quote&gt; before &lt;quote&gt;&lt;header-in-text level="subsection" style="OLC"&gt;regions&lt;/header-in-text&gt;&lt;/quote&gt;; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HDEF7115C077B43DE9BDCBB13D61432FF"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;in paragraph (1)â€"&lt;/text&gt;

&lt;clause id="H12E47305D8B84EB087BAE05AA3220A17"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;in the paragraph heading, by inserting &lt;quote&gt;&lt;header-in-text level="paragraph" style="OLC"&gt;Agency&lt;/header-in-text&gt;&lt;/quote&gt; before &lt;quote&gt;&lt;header-in-text level="paragraph" style="OLC"&gt;regions&lt;/header-in-text&gt;&lt;/quote&gt;; and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="HA8E557AC249E406DB7D8372BEFE285B1"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;by striking &lt;quote&gt;defense health&lt;/quote&gt; and inserting &lt;quote&gt;Defense Health Agency&lt;/quote&gt;;&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

WASHSTATEC014890

&lt;paragraph id="H50F30E597D214D7C8A3547CD8152D44C"&gt;&lt;enum&gt;(7)&lt;/enum&gt;&lt;text&gt;in subsection (d), as redesignated by paragraph (4) of this subsection—"&lt;/text&gt;

&lt;subparagraph id="HCF6F193731FB4F6F9BF503D6212C17F4"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;in the subsection heading, by inserting &lt;quote&gt;&lt;header-in-text level="subsection" style="OLC"&gt;Agency&lt;/header-in-text&gt;&lt;/quote&gt; before &lt;quote&gt;&lt;header-in-text level="subsection" style="OLC"&gt;regions&lt;/header-in-text&gt;&lt;/quote&gt;;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H2AE36306D4D146E09550CA4BB522413A"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;in the matter preceding paragraph (1), by striking &lt;quote&gt;defense health&lt;/quote&gt; and inserting &lt;quote&gt;Defense Health Agency&lt;/quote&gt;; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H2DB9B6A5CED241749895279D8CF312A1"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;in paragraph (3), by striking &lt;quote&gt;subsection (b)&lt;/quote&gt; and inserting &lt;quote&gt;subsection (c)&lt;/quote&gt;; and&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H8BF0A31BD1A24EB0BD72951087133A40"&gt;&lt;enum&gt;(8)&lt;/enum&gt;&lt;text&gt;in subsection (e), as redesignated by paragraph (4) of this subsection—"&lt;/text&gt;

&lt;subparagraph id="H504CB1377BA94CA6937FD5EFB5015DFA"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;in paragraph (2)—"&lt;/text&gt;

&lt;clause id="HAAE4D90421C6481F89C69E05D4587615"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;by amending subparagraph (A) to read as follows:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="HE076E1BA8DC74F4D9E51DA2EEBBD181D" style="OLC"&gt;

&lt;subparagraph id="H506857C0FCBF4A6BA82511CFEE1BC33F"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;The Secretaries of the military departments shall coordinate with the Chairman of the Joint Chiefs of Staff to direct resources allocated to the military departments to support requirements related to readiness and operational medicine support that are established by the combatant commands and validated by the Joint Staff.&lt;/text&gt;&lt;/subparagraph&gt;&lt;after-quoted-block&gt;; and&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/clause&gt;

&lt;clause id="HA2F2253C34454F2B8859F5F200C7AD75"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;in subparagraph (B), in the matter preceding clause (i), by striking &lt;quote&gt;Based on&lt;/quote&gt; and all that follows through &lt;quote&gt;shall—"&lt;/quote&gt; and inserting &lt;quote&gt;The Director of the Defense Health Agency, in coordination with the Assistant Secretary of Defense for Health Affairs, shall—"&lt;/quote&gt;;&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H69BC7951836D41B488DE802A3A9EC0C9"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;in paragraph (3), as moved and redesignated by paragraph (2) of this subsection, in the second sentence—"&lt;/text&gt;

&lt;clause id="H6211CDDE592E49D3A1BF20F82A46A181"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;by inserting &lt;quote&gt;primarily&lt;/quote&gt; before &lt;quote&gt;through&lt;/quote&gt;; and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="HFD1ED0C54DED4267B36C78E88B1A4ADA"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;by inserting&lt;quote&gt;, in coordination with the Secretaries of the military departments,&lt;/quote&gt; after &lt;quote&gt;the Defense Health Agency&lt;/quote&gt;; and&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H297EAE9CA2D1472892F14C725CC3A3B0"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;by adding at the end the following:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="H0E953D85D9FA47A5A6CFA6966F791CE7" style="OLC"&gt;

&lt;paragraph id="H6D1C3537247943C0A2C771ADC662CC12"&gt;&lt;enum&gt;(5)&lt;/enum&gt;&lt;header&gt;Manpower&lt;/header&gt;

&lt;subparagraph id="H2200DCAD397646F996EE107D6E427BC3"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;header&gt;Administrative control of military personnel&lt;/header&gt;&lt;text&gt;Each Secretary of a military department shall exercise administrative control of members of the Armed Forces assigned to military medical treatment facilities, including personnel assignment and issuance of military orders.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H30B7F7AF63264395B2BC014D5A9AD42A"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;header&gt;Oversight of certain personnel by the Director of the Defense Health Agency&lt;/header&gt;&lt;text&gt;In

WASHSTATEC014891

situations in which members of the Armed Forces provide health care services at a military medical treatment facility, the Director of the Defense Health Agency shall maintain operational control over such members and oversight for the provision of care delivered by such members through policies, procedures, and privileging responsibilities of the military medical treatment facility.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H836FB9F67FF0489698DB0064E3BBB59B"><enum>(b)</enum><header>Conforming amendments</header>

<paragraph id="HA5C303CF0D6C4B7B90AB52C641F4912A"><enum>(1)</enum><header>Heading amendment</header><text>The heading for section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H78D67BB9D1784BFDB1ABF1ED27191420" style="OLC">

<section id="H80EABED941ED409D8749E95B8BB1DF04"><enum>712.</enum><header>Support by military healthcare system of medical requirements of combatant commands</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HD30E67B1716F43CE9C64C4EE9C0ADB09"><enum>(2)</enum><header>Clerical amendment</header><text>The table of contents for such Act is amended by striking the item relating to section 712 and inserting the following new item:</text>

<quoted-block id="HE1FF3DB59AFA4E729666D7E698FBC74A" style="OLC">

<toc>

<toc-entry idref="H80EABED941ED409D8749E95B8BB1DF04" level="section">Sec. 712. Support by military healthcare system of medical requirements of combatant commands.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H507A4DF18329480295C83CF539FC9695"><enum>713.</enum><header>Requirements for certain prescription drug labels</header>

<subsection id="HDD63F3A77FFC4183AA50FFF0071F42A9"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">Section 1074g of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H4D45D9349F1749609FD6E9F9482C01E8"><enum>(1)</enum><text>by redesignating subsections (h) and (i) as subsections (i) and (j), respectively; and</text></paragraph>

<paragraph id="H4F24CAE5873F4C919E1AAE294ADD4A13"><enum>(2)</enum><text>by inserting after subsection (g) the following new subsection (h):</text>

<quoted-block style="USC" id="H1BA6C0D0E6F94089BCA733DE0EDC338B" display-inline="no-display-inline">

<subsection id="H5647854F685D414190C8ED1FB690DA98"><enum>(h)</enum><header>Labeling</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that drugs made available through the facilities of the armed forces under the jurisdiction of the Secretary include labels and other labeling that are in compliance with the requirements of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et seq.).</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H4274748B60A142688286C7B6326329C4"><enum>(b)</enum><header>Conforming amendment</header><text>Subsection (b)(1) of such section is amended by striking <quote>under subsection (h)</quote> and inserting <quote>under subsection (j)</quote>.</text></subsection>

<subsection id="HC1D7014E642C40C29C2A7F5ECA3294C1"><enum>(c)</enum><header>Implementation</header><text display-inline="yes-display-inline">Beginning not later than 90 days after the

```
date of the enactment of this Act, the Secretary of Defense shall implement subsection
(h) of section 1074g of title 10, United States Code, as added by subsection
(a).</text></subsection></section>

<section id="HF26E19826A494913924CB798E706FD07" section-type="subsequent-
section"><enum>714.</enum><header>Officers authorized to command Army dental
units</header><text display-inline="no-display-inline">Section 7081(d) of title 10,
United States Code, is amended by striking <quote>Dental Corps Officer</quote> and
inserting <quote>commissioned officer of the Army Medical
Department</quote>.</text></section>

<section id="H6CE1BBA8D0A44FED8CDA8D976A04ABE8" display-inline="no-display-inline"
section-type="subsequent-section"><enum>715.</enum><header>Improvements to interagency
program office of the Department of Defense and the Department of Veterans
Affairs</header>

<subsection
id="HAB7DF097926E41378E71F107C164176C"><enum>(a)</enum><header>Leadership</header><text
display-inline="yes-display-inline">Subsection (c) of section 1635 of the Wounded
Warrior Act (title XVI of Public Law 110â€"181; 10 U.S.C. 1071 note) is amended to read
as follows:</text>

<quoted-block id="HE58C2ED8C77446F9A22746DC57CAA719" style="OLC">

<subsection
id="H29B2EA0377B344C497368075B0FD2DCA"><enum>(c)</enum><header>Leadership</header>

<paragraph
id="H6A4BF32085B7496C8CE00A16542E601B"><enum>(1)</enum><header>Director</header><text
display-inline="yes-display-inline">The Director of the Office shall be the head of the
Office.</text></paragraph>

<paragraph id="H89AB2EF333DA41379E6EDD1F9DA9D989"><enum>(2)</enum><header>Deputy
director</header><text display-inline="yes-display-inline">The Deputy Director of the
Office shall be the deputy head of the Office and shall assist the Director in carrying
out the duties of the Director.</text></paragraph>

<paragraph
id="H5991027C6F8747D6A2751DE973DF3BB9"><enum>(3)</enum><header>Reporting</header><text
display-inline="yes-display-inline">The Director shall report directly to the Deputy
Secretary of Defense and the Deputy Secretary of Veterans Affairs.</text></paragraph>

<paragraph
id="H1F3A04D73C8142E683DEECF6A25F1222"><enum>(4)</enum><header>Appointments</header>

<subparagraph id="H32DE5B074088407B9032623ACA632793" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><header>Director</header><text display-inline="yes-
display-inline">The Director shall be appointed by the Secretary of Defense, with the
concurrence of the Secretary of Veterans Affairs, for a fixed term of four years. For
the subsequent term, the Secretary of Veterans Affairs, with the concurrence of the
Secretary of Defense, shall appoint the Director for a fixed term of four years, and
thereafter, the appointment of the Director for a fixed term of four years shall
alternate between the Secretaries.</text></subparagraph>

<subparagraph id="H68111F43E54E4EF88426DECC7761F07D" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><header>Deputy director</header><text display-
inline="yes-display-inline">The Deputy Director shall be appointed by the Secretary of
Veterans Affairs, with the concurrence of the Secretary of Defense, for a fixed term of
four years. For the subsequent term, the Secretary of Defense, with the concurrence of
the Secretary of Veterans Affairs, shall appoint the Deputy Director for a fixed term
of four years, and thereafter, the appointment of the Deputy Director for a fixed term
of four years shall alternate between the Secretaries.</text></subparagraph>

<subparagraph id="HE96E7587E8F1429DAF9C7C2A1C311D2"><enum>(C)</enum><header>Minimum
Qualifications</header><text display-inline="yes-display-inline">The Secretary of
Defense and the Secretary of Veterans Affairs shall jointly develop qualification
requirements for the Director and the Deputy Director. Such requirements shall ensure
that, at a minimum, the Director and Deputy Director, individually or together, meet
the following qualifications:</text>

<clause id="H16BCE5278D4A47BF8E66A96AB4C46903"><enum>(i)</enum><text>Significant
```

experience at a senior management level fielding enterprise-wide technology in a health care setting, or business systems in the public or private sector.</text></clause>

<clause id="H840EBC16698A4C4D8BA3D239E041D22E"><enum>(ii)</enum><text>Credentials for enterprise-wide program management.</text></clause>

<clause id="H1B50E09AC3D14591B5528AD9E55ABB1B"><enum>(iii)</enum><text>Significant experience leading implementation of complex organizational change by integrating the input of experts from various disciplines, such as clinical, business, management, informatics, and technology.</text></clause></subparagraph></paragraph>

<paragraph id="H1E083E34550942AF838C3798FAE4FBBD"><enum>(5)</enum><header>Succession</header><text>The Secretary of Defense and the Secretary of Veterans Affairs shall jointly develop a leadership succession process for the Office.</text></paragraph>

<paragraph id="H6D1CE94A375A4E2FA458D5FAAC761C20"><enum>(6)</enum><header>Additional guidance</header><text>The Department of Veterans Affairs-Department of Defense Joint Executive Committee may provide guidance in the discharge of the functions of the Office under this section.</text></paragraph>

<paragraph id="H484AEB0C77D1455FB1242B0CA0473ED1"><enum>(7)</enum><header>Information to Congress</header><text>Upon request by any of the appropriate committees of Congress, the Director and the Deputy Director shall testify before such committee, or provide a briefing or otherwise provide requested information to such committee, regarding the discharge of the functions of the Office under this section.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H35B41BFA291455892265231269B8382"><enum>(b)</enum><header>Authority</header><text display-inline="yes-display-inline">Paragraph (1) of subsection (b) of such section is amended by adding at the end the following new sentence: <quote>The Office shall carry out decision making authority delegated to the Office by the Secretary of Defense and the Secretary of Veterans Affairs with respect to the definition, coordination, and management of functional, technical, and programmatic activities that are jointly used, carried out, and shared by the Departments.</quote>. </text></subsection>

<subsection id="H176D998A967A4D5386C731D655DBEAE6"><enum>(c)</enum><header>Purposes</header><text display-inline="yes-display-inline">Paragraph (2) of subsection (b) of such section is amended by adding at the end the following new subparagraphs:</text>

<quoted-block style="OLC" id="H43B61786938246AAA4CE87DD2FB9189A" display-inline="no-display-inline">

<subparagraph id="HA64F4E0307C249E7A9EF2BEB940C4D90"><enum>(C)</enum><text display-inline="yes-display-inline">To develop and implement a comprehensive interoperability strategy, which shall include—"</text>

<clause id="H437B7B4180374AF7A24A6CF48D8A5F5A"><enum>(i)</enum><text display-inline="yes-display-inline">the Electronic Health Record Modernization Program of the Department of Veterans Affairs; and</text></clause>

<clause id="H755EEF2F1E87452A87ABEA71ABB5A13E"><enum>(ii)</enum><text>the Healthcare Management System Modernization Program of the Department of Defense.</text></clause></subparagraph>

<subparagraph id="H0C94957A5320480DA08666C5A3571D75"><enum>(D)</enum><text display-inline="yes-display-inline">To pursue the highest level of interoperability for the delivery of health care by the Department of Defense and the Department of Veterans Affairs.</text></subparagraph>

<subparagraph id="H8F9EAB000E4E4D169C92C70DBEE880C5"><enum>(E)</enum><text>To accelerate the exchange of health care information between the Departments, and advances in the health information technology marketplace, in order to support the delivery of health care by the Departments.</text></subparagraph>

<subparagraph id="HD5A783E4EC8C477386F0FF2CF5F6C493"><enum>(F)</enum><text>To collect the operational and strategic requirements of the Departments relating to the strategy under subsection (a) and communicate such requirements and activities to the Office of

WASHSTATEC014894

the National Coordinator for Health Information Technology of the Department of Health and Human Services for the purpose of implementing title IV of the 21st Century Cures Act (division A of Public Law 114â€"255), and the amendments made by that title, and other objectives of the Office of the National Coordinator for Health Information Technology.</text></subparagraph>

<subparagraph id="HCAC3C819F8744C0EBF0249F8B6DF9EAE"><enum>(G)</enum><text>To plan for and effectuate the broadest possible implementation of standards, specifically with respect to the Fast Healthcare Interoperability Resources standard or successor standard, the evolution of such standards, and the obsolescence of such standards.</text></subparagraph>

<subparagraph id="H0D34EBD764A6400F8F2F91DDCDE73AF0"><enum>(H)</enum><text display-inline="yes-display-inline">To actively engage with national and international health standards setting organizations, including by taking membership in such organizations, to ensure that standards established by such organizations meet the needs of the Departments pursuant to the strategy under subsection (a), and oversee and approve adoption of and mapping to such standards by the Departments. </text></subparagraph>

<subparagraph id="H7BCCDEB21C174FE89CBF052EE213B95B"><enum>(I)</enum><text display-inline="yes-display-inline">To express the content and format of health data of the Departments using a common language to improve the exchange of data between the Departments and with the private sector, and to ensure that clinicians of the Departments have access to integrated, computable, comprehensive health records of patients.</text></subparagraph>

<subparagraph id="HD3FD9A4FDF8748B585FA2C323DA94096"><enum>(J)</enum><text display-inline="yes-display-inline">To inform the Chief Information Officer of the Department of Defense and the Chief Information Officer of the Department of Veterans Affairs of any activities of the Office affecting or relevant to cybersecurity.</text></subparagraph>

<subparagraph id="HC6C259F55F084CCB9E134DFFE66152A2"><enum>(K)</enum><text display-inline="yes-display-inline">To establish an environment that will enable and encourage the adoption by the Departments of innovative technologies for health care delivery.</text></subparagraph>

<subparagraph id="HF0DE4005B4A346F0BAAD9461758A60C3"><enum>(L)</enum><text display-inline="yes-display-inline">To leverage data integration to advance health research and develop an evidence base for the health care programs of the Departments.</text></subparagraph>

<subparagraph id="HD89761B5D2054B1BBB0F0A9A3BA12BF7"><enum>(M)</enum><text>To prioritize the use of open systems architecture by the Departments.</text></subparagraph>

<subparagraph id="H3504E53A47BB42D78BA8DDA0C7A1B68E"><enum>(N)</enum><text>To ensure ownership and control by patients of personal health information and data in a manner consistent with applicable law.</text></subparagraph>

<subparagraph id="H945B75C821DF475B95784DBD2DEE660F"><enum>(O)</enum><text display-inline="yes-display-inline">To prevent contractors of the Departments or other non-departmental entities from owning or having exclusive control over patient health data, for the purposes of protecting patient privacy and enhancing opportunities for innovation. </text></subparagraph>

<subparagraph id="HB575497933084A339E5FA60126D4C7B7"><enum>(P)</enum><text display-inline="yes-display-inline">To implement a single lifetime longitudinal personal health record between the Department of Defense and the Department of Veterans Affairs.</text></subparagraph>

<subparagraph id="HA1C2FF12A42F42CF87C2CCA27800E9EC"><enum>(Q)</enum><text display-inline="yes-display-inline">To attain interoperability capabilitiesâ€"</text>

<clause id="H90CA0011C17A451C85130D3F5B31D77E"><enum>(i)</enum><text>sufficient to enable the provision of seamless health care by health care facilities and providers of the Departments, as well as private sector facilities and providers contracted by the Departments; and</text></clause>

<clause id="HC9D904F667394B4AA8959190D510AD2E" commented="no"><enum>(ii)</enum><text>that are more adaptable and far reaching than

those achievable through biodirectional information exchange between electronic health records of the exchange of read-only data alone. </text></clause></subparagraph>

<subparagraph id="H006E4D88752D4E1887CCB81FC16E97D3"><enum>(R)</enum><text>To make maximum use of open-application program interfaces and the Fast Healthcare Interoperability Resources standard (or successor standard).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H0AA4F5A7FE5B470082F353391CFE11FE"><enum>(d)</enum><header>Implementation milestones</header><text>Subsection (e) of such section is amended to read as follows:</text>

<quoted-block style="OLC" id="H653DD48FD83643F3A7F73D651605A031" display-inline="no-display-inline">

<subsection id="H54911A52064A40A5B02C5E2CDF4CDB57"><enum>(e)</enum><header>Implementation milestones</header>

<paragraph id="H1D6B6850FBFA429398081D6208F33C51"><enum>(1)</enum><header>Evaluation</header><text display-inline="yes-display-inline">With respect to the electronic health record systems of the Department of Defense and the Department of Veterans Affairs, the Office shall seek to enter into an agreement with an independent entity to conduct an evaluation by not later than October 1, 2021 of the following:</text>

<subparagraph id="HF97BBDF56BC44D5EA1A847EFFA0EFA8A"><enum>(A)</enum><text display-inline="yes-display-inline">Whether a clinician of the Department of Defense, can access, and meaningfully interact with, a complete patient health record of a veteran, from a military medical treatment facility.</text></subparagraph>

<subparagraph id="HBFE114038CE54F0EA212346111F8616C"><enum>(B)</enum><text display-inline="yes-display-inline">Whether a clinician of the Department of Veterans Affairs can access, and meaningfully interact with, a complete patient health record of a member of the Armed Forces serving on active duty, from a medical center of the Department of Veterans Affairs.</text></subparagraph>

<subparagraph id="H49E8484F819C4636A6E92B3029E06DB0"><enum>(C)</enum><text display-inline="yes-display-inline">Whether clinicians of the Departments can access, and meaningfully interact with, the data elements of the health record of a patient who is a veteran or is a member of the Armed Forces which are generated when the individual receives health care from a community care provider of the Department of Veterans Affairs or a TRICARE program provider of the Department of Defense.</text></subparagraph>

<subparagraph id="HD9862FFD877847EF90BE119933F6A101"><enum>(D)</enum><text display-inline="yes-display-inline">Whether a community care provider of the Department of the Veterans Affairs and a TRICARE program provider of the Department of Defense on a Health Information Exchange-supported electronic health record can access patient health records of veterans and active-duty members of the Armed Forces from the system of the provider.</text></subparagraph>

<subparagraph id="HFA6E4CDCE56647039662E05667546E22"><enum>(E)</enum><text display-inline="yes-display-inline">An assessment of interoperability between the legacy electronic health record systems and the future electronic health record systems of the Department of Veterans Affairs and the Department of Defense.</text></subparagraph>

<subparagraph id="H95939B5BCFA2494FB183B25D92493896"><enum>(F)</enum><text display-inline="yes-display-inline">An assessment of the use of interoperable content betweenâ€"</text>

<clause id="HDDCB546A36814F01BC86F92FEE4C7422"><enum>(i)</enum><text>the legacy electronic health record systems and the future electronic health record systems of the Department of Veterans Affairs and the Department of Defense; and</text></clause>

<clause id="HE6F60D405BF649D8AD4121A71922B795"><enum>(ii)</enum><text>third-party applications.</text></clause></subparagraph></paragraph>

<paragraph id="H352D0D39AD5749D282E4DEEB03292CC6"><enum>(2)</enum><header>System

WASHSTATEC014896

configuration management</header><text>The Office shall–"</text>

<subparagraph id="H404B42C335DD4BFA936C8A727779D7BF"><enum>(A)</enum><text display-inline="yes-display-inline">maintain the common configuration baseline for the electronic health record systems of the Department of Defense and the Department of Veterans Affairs; and</text></subparagraph>

<subparagraph id="H615D660E28DA48D4B5500D7A4729892C"><enum>(B)</enum><text display-inline="yes-display-inline">continually evaluate the state of configuration and the impacts on interoperability; and</text></subparagraph>

<subparagraph id="HA7D6D0EEEB57498CAE52F0314A100104"><enum>(C)</enum><text>promote the enhancement of such electronic health records systems.</text></subparagraph></paragraph>

<paragraph id="H35F091693128463E9C134E0EDA32D386"><enum>(3)</enum><header>Consultation</header>

<subparagraph id="HFA4B7F5523F84CDDA8C87F6E382FC58C"><enum>(A)</enum><header>Annual meeting required</header><text>Not less than once per year, the Office shall convene a meeting of clinical staff from the Department of Defense, the Department of Veterans Affairs, the Coast Guard, community providers, and other leading clinical experts, for the purpose of assessing the state of clinical use of the electronic health record systems and whether the systems are meeting clinical and patient needs.</text></subparagraph>

<subparagraph id="H349927AD53E24FBCBF515AE8D4F9548C"><enum>(B)</enum><header>Recommendations</header><text>Clinical staff participating in a meeting under subparagraph (A) shall make recommendations to the Office on the need for any improvements or concerns with the electronic health record systems.</text></subparagraph></paragraph>

<paragraph id="H1B4355889ACB4294A735EE0B46707764"><enum>(4)</enum><header>Clinical and patient satisfaction survey</header><text display-inline="yes-display-inline">Beginning October 1, 2021, and on at least a biannual basis thereafter until 2025 at the earliest, the Office shall undertake a clinician and patient satisfaction survey regarding clinical use and patient experience with the electronic health record systems of the Department of Defense and the Department of Veterans Affairs.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H2BCC880CD48A459D85D63225E32CE110"><enum>(e)</enum><header>Resources and staffing</header><text display-inline="yes-display-inline">Subsection (g) of such section is amended–"</text>

<paragraph id="H18EA22635F26483BABB4A2FCC4E14C03"><enum>(1)</enum><text>in paragraph (1), by inserting before the period at the end the following: <quote>, including the assignment of clinical or technical personnel of the Department of Defense or the Department of Veterans Affairs to the Office</quote>; and</text></paragraph>

<paragraph id="H688A3623E7D849D9AF2423F8D97ECDA0"><enum>(2)</enum><text>by adding at the end the following new paragraphs:</text>

<quoted-block style="appropriations" id="H0ADB0EA096D74E328B0C3DF8BB230A14" display-inline="no-display-inline">

<paragraph id="H1EBC8736776C43649CEFB9D617929C5A"><enum>(3)</enum><header>Cost sharing</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of Veterans shall enter into an agreement on cost sharing and providing resources for the operations and staffing of the Office.</text></paragraph>

<paragraph id="H3C7DB69EE1294135917404869801B5BC" commented="no"><enum>(4)</enum><header>Hiring authority</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of Veterans Affairs shall delegate to the Director the authority under title 5, United States Code, regarding appointments in the competitive service to hire personnel of the Office.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H618821A73E424BD3B1530778FE039F11"><enum>(f)</enum><header>Reports</header><text>Su

bsection (h) of such section is amended to read as follows:</text>

<quoted-block style="OLC" id="HF1553969FAED4B6F858664A625E1BF2C" display-inline="no-display-inline">

<subsection id="HB086392AE21C44CFBACDAFFDE8856FC6"><enum>(h)</enum><header>Reports</header>

<paragraph id="H20BBA733482F463FB6DB60A837F89FAC"><enum>(1)</enum><header>Annual reports</header><text>Not later than September 30, 2020, and each year thereafter through 2024, the Director shall submit to the Secretary of Defense and the Secretary of Veterans Affairs, and to the appropriate committees of Congress, a report on the activities of the Office during the preceding calendar year. Each report shall include the following:</text>

<subparagraph id="HA076DFB6E0BC44CCB503AF08C36AD1BD"><enum>(A)</enum><text display-inline="yes-display-inline">A detailed description of the activities of the Office during the year covered by such report, including a detailed description of the amounts expended and the purposes for which expended.</text></subparagraph>

<subparagraph id="H4221B9491F94436E8BC4FCC96252FB8A"><enum>(B)</enum><text>With respect to the objectives of the strategy under paragraph (2)(C) of subsection (b), and the purposes of the Office under such subsectionâ€"</text>

<clause id="H1FA9528353C145379A4DFCE0E57A3E6C"><enum>(i)</enum><text>a discussion, description, and assessment of the progress made by the Department of Defense and the Department of Veterans Affairs during the preceding calendar year; and</text></clause>

<clause id="HA90EA6F120604D57A428105E14E0424D"><enum>(ii)</enum><text>a discussion and description of the goals of the Department of Defense and the Department of Veterans Affairs for the following calendar year, including updates to strategies and plans.</text></clause></subparagraph>

<subparagraph id="H4AFDDBF9E7C74ACF9FB52B8EE98D1D11"><enum>(C)</enum><text>A detailed financial summary of the activities of the Office, including the funds allocated to the Office by each Department, the expenditures made, and an assessment as to whether the current funding is sufficient to carry out the activities of the Office.</text></subparagraph>

<subparagraph id="H8F8F0244A9FB4020BA15FA12118BBA56"><enum>(D)</enum><text>A detailed description of the status of each of the implementation milestones, including the nature of the evaluation, methodology for testing, and findings with respect to each milestone under subsection (e).</text></subparagraph>

<subparagraph id="H6761F85CF0ED4C48A1B2278863EE2607"><enum>(E)</enum><text>A detailed description of the state of the configuration baseline, including any activities which decremented or enhanced the state of configuration under subsection (e).</text></subparagraph>

<subparagraph id="H42D68CB1BC6B4218802B283A8FD49F1E"><enum>(F)</enum><text display-inline="yes-display-inline">With respect to the annual meeting required under subsection (e)(3)â€"</text>

<clause id="H1FA6CD76B4724430BC9CB3F4CDB957C5"><enum>(i)</enum><text>a detailed description of activities, assessments, and recommendations relating to such meeting; and</text></clause>

<clause id="HC008C906165D4AFA9342B2F68D0A878C"><enum>(ii)</enum><text>the response of the Office to any such recommendations.</text></clause></subparagraph></paragraph>

<paragraph id="HC2D70A53CA6843D38D2A3015E04B63F7"><enum>(2)</enum><header>Availability</header><text>Each report under this subsection shall be made publicly available.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA7A203AF5A76486BB6CDB70F146EE0A3"><enum>(g)</enum><header>Definitions</header><text>Such section is further amended by adding at the end the following new subsection (k):</text>

<quoted-block style="OLC" id="H30FE59611CFD489081B1F4A00CD5AE96" display-inline="no-

WASHSTATEC014898

```
display-inline">

<subsection
id="HC8B968EB15C74AE98FFCDF63237AA778"><enum>(k)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section:</text>

<paragraph id="H2F9DAD77777F4CC3A7088546E29C979A"><enum>(1)</enum><text display-
inline="yes-display-inline">The term <quote>appropriate congressional
committees</quote> meansâ€"</text>

<subparagraph id="HD0087279D1744D8BB5EF6E15CDBE740A"><enum>(A)</enum><text>the
congressional defense committees; and</text></subparagraph>

<subparagraph id="HFCFDA91279D74167870228C2F7A3A318"><enum>(B)</enum><text display-
inline="yes-display-inline">the Committees on Veteransâ€™ Affairs of the House of
Representatives and the Senate.</text></subparagraph></paragraph>

<paragraph id="HBF82E15B41654227876C5D40AF259B59"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <quote>configuration baseline</quote> means a
fixed reference in the development cycle or an agreed-upon specification of a product
at a point in time that serves as a documented basis for defining incremental change in
all aspects of an information technology product.</text></paragraph>

<paragraph id="H15C9F22E0D6E415FAF30FE26789073D9"><enum>(3)</enum><text display-
inline="yes-display-inline">The term <quote>Electronic Health Record Modernization
Program</quote> has the meaning given that term in section 503 of the Veterans Benefits
and Transition Act of 2018 (Public Law 115â€"407; 132 Stat. 5376).</text></paragraph>

<paragraph id="HCBA3D27AF3864F97877929A8668E2D5B"><enum>(4)</enum><text display-
inline="yes-display-inline">The term <quote>interoperability</quote> means the ability
of different information systems, devices, or applications to connect, regardless of
the technology platform or the location where care is providedâ€"</text>

<subparagraph id="H3C98CEEABF6546CEA10D577F8E4EEE88"><enum>(A)</enum><text>in a
coordinated and secure manner, within and across organizational boundaries, and across
the complete spectrum of care, including all applicable care
settings;</text></subparagraph>

<subparagraph id="H9791F943A64C46B48AD1ABE3BCDA7CCB"><enum>(B)</enum><text>with
relevant stakeholders, including the person whose information is being shared, to
access, exchange, integrate, and use computable data regardless of the origin or
destination of the data or the applications employed;</text></subparagraph>

<subparagraph id="HC919D30C545F4BA3AF93822F470B14F6"><enum>(C)</enum><text display-
inline="yes-display-inline">with the capability to reliably exchange information
without error;</text></subparagraph>

<subparagraph id="H8AC2BA2D3AF5437FAA281C01EF246F02"><enum>(D)</enum><text display-
inline="yes-display-inline">with the ability to interpret and to make effective use of
such exchanged information; </text></subparagraph>

<subparagraph id="H6DB5FFDAADE94B0389A155C44BFD5EE8"><enum>(E)</enum><text display-
inline="yes-display-inline">with the ability for information that can be used to
advance patient care to move between health care entities; and</text></subparagraph>

<subparagraph id="HB68C92B297A2464DAEDCDAD651F88CE2"><enum>(F)</enum><text>without
additional intervention by the end user.</text></subparagraph></paragraph>

<paragraph id="H3C869D3079A848078BC183F793538552"><enum>(5)</enum><text display-
inline="yes-display-inline">The term <quote>meaningfully interact</quote> means the
ability to view, consume, act upon, and edit information in a clinical setting to
facilitate high-quality clinical decision making.</text></paragraph>

<paragraph id="H64BBC806D2524E3A989279241DC90240"><enum>(6)</enum><text display-
inline="yes-display-inline">The term <quote>seamless health care</quote> means health
care which is optimized through access by patients and clinicians to integrated,
relevant, and complete information about the clinical experiences of the patient,
social and environmental determinants of health, and health trends over time, in order
to enable patients and clinicians toâ€"</text>

<subparagraph id="HEA12F380B11C4330B0C8848F4BCD58D8"><enum>(A)</enum><text>move
efficiently within and across organizational boundaries;</text></subparagraph>
```

```
<subparagraph id="H45394198D05A4D86A030168F1AB60D02"><enum>(B)</enum><text>make high-
quality decisions; and</text></subparagraph>

<subparagraph id="HBD8EE6A5E1B84FF99C7A63CE621045B6"><enum>(C)</enum><text>effectively
carry out complete plans of care.</text></subparagraph></paragraph>

<paragraph id="HDC34F865FAEC43A6ADF7430EE52DFBA1"><enum>(7)</enum><text>The term
<quote>Secretary concerned</quote> meansâ€"</text>

<subparagraph id="HA5C4314800014B8095F48ABCE681B4F6"><enum>(A)</enum><text display-
inline="yes-display-inline">the Secretary of Defense, with respect to matters
concerning the Department of Defense;</text></subparagraph>

<subparagraph id="H501266133A234E8CA7C927F74B571A73"><enum>(B)</enum><text display-
inline="yes-display-inline">the Secretary of Veterans Affairs, with respect to matters
concerning the Department of Veterans Affairs; and</text></subparagraph>

<subparagraph id="H1ED76AB5B4BC43829A108F1ABF34D88B"><enum>(C)</enum><text display-
inline="yes-display-inline">the Secretary of Homeland Security, with respect to matters
concerning the Coast Guard when it is not operating as a service in the Department of
the Navy.</text></subparagraph></paragraph>

<paragraph id="H64E8987041854F3E8B28F4ADE67230C5"><enum>(8)</enum><text>The term
<quote>TRICARE program</quote> has the meaning given that term in section 1072 of title
10, United States Code.</text></paragraph></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></subsection>

<subsection
id="HC81039DBD5114504B3218BEA9ACA91DC"><enum>(h)</enum><header>Interoperability
strategy</header>

<paragraph id="H9834116D75554D3EB9D07C019B6A253A"><enum>(1)</enum><header>Report
required</header><text>Not later than 270 days after the date of the enactment of this
Act, the Director shall submit to each Secretary concerned and to the appropriate
congressional committees a report that contains a comprehensive interoperability
strategy with respect to electronic health records jointly developed by the Secretary
of Defense and Secretary of Veterans Affairs, including any accompanying or associated
implementation plans and supporting plans.</text></paragraph>

<paragraph
id="HB42C1510DD8B44DEA16724326C8BF7E8"><enum>(2)</enum><header>Elements</header><text
display-inline="yes-display-inline">The comprehensive interoperability strategy under
paragraph (1) shall discuss the purposes described in paragraphs (K) through (R) of
section 1635(b)(2) of the Wounded Warrior Act (title XVI of Public Law 110â€"181; 10
U.S.C. 1071 note), as amended by subsection (c).</text></paragraph>

<paragraph
id="HF8D95E1F273441F6B9202953BC4DDABF"><enum>(3)</enum><header>Definitions</header><tex
t>In this subsection:</text>

<subparagraph id="H988E9C6DE1004970B7DF60A7625CEEF0"><enum>(A)</enum><text>The term
<quote>appropriate congressional committees</quote> meansâ€"</text>

<clause id="HDACB805C7A924236BFE16B661708CDA8"><enum>(i)</enum><text>the Committees on
Armed Services of the Senate and the House of Representatives; and</text></clause>

<clause id="HD05FF45F493845BF89155FACD55E0455"><enum>(ii)</enum><text>the Committees on
Veteransâ€™ Affairs of the Senate and the House of
Representatives.</text></clause></subparagraph>

<subparagraph id="H4074C4C873DE49C28716C34441FA9C01"><enum>(B)</enum><text display-
inline="yes-display-inline">The term <quote>Director</quote> means the individual
described in section 1635(c) of the Wounded Warrior Act (title XVI of Public Law
110â€"181; 10 U.S.C. 1071 note), as amended by subsection (a).</text></subparagraph>

<subparagraph id="H2D1FDC5C91C04BC998B21467E1AD3361"><enum>(C)</enum><text>The term
<quote>interoperability</quote> has the meaning given that term in subsection (k) of
such section, as added by subsection
(g).</text></subparagraph></paragraph></subsection>

<subsection id="H53DCDBC673B540FDB73064D1101A3CEA"><enum>(i)</enum><header>Conforming
repeal</header><text display-inline="yes-display-inline">Section 713 of the National
```

WASHSTATEC014900

Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 10 U.S.C. 1071 note) is repealed.</text></subsection></section>

<section id="HC5EF74E6289B423EA24938DBFBB26591"><enum>716.</enum><header>Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program</header><text display-inline="no-display-inline">Section 705(c)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1073a note) is amended, in the matter preceding subparagraph (A), by striking <quote>, other than overseas medical support contracts</quote>.</text></section>

<section id="H56CE31EB38E864A25BACA5BB00CD7EAEC" section-type="subsequent-section"><enum>717.</enum><header>Inclusion of blast exposure history in medical records of members of the Armed Forces</header>

<subsection id="H8E796C7E64B9426BA3990FDF049373FF"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">If a covered incident occurs with respect to a member of the Armed Forces, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall document blast exposure history in the medical record of the member to assist in determining whether a future illness or injury of the member is service-connected and inform future blast exposure risk mitigation efforts of the Department of Defense.</text></subsection>

<subsection id="H4FDF91AC4F1F49D58CAC0B24290B30C0"><enum>(b)</enum><header>Elements</header><text>A blast exposure history under subsection (a) shall include, at a minimum, the following:</text>

<paragraph id="HA9DA2B0D1F3143F2AE4C7DD305B532EB"><enum>(1)</enum><text>The date of the exposure.</text></paragraph>

<paragraph id="H2E0353DBCAC843A2860A9ADF1DECCCB5"><enum>(2)</enum><text>The duration of the exposure, and, if known, the measured blast pressure experienced by the individual during such exposure.</text></paragraph>

<paragraph id="HAD72E55A7F874B2283A1EB96DD2B8690"><enum>(3)</enum><text>Whether the exposure occurred during combat or training.</text></paragraph></subsection>

<subsection id="HF679DF16BC46452096762BC7DF26D1A8"><enum>(c)</enum><header>Report</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the types of information included in a blast exposure history under subsection (a).</text></subsection>

<subsection id="H586F168B3FAD43969E5A9AD5C6F4CA75"><enum>(d)</enum><header>Covered incident defined</header><text>In this section, the term <quote>covered incident</quote> means a concussive event or injury that requires a military acute concussive evaluation by a skilled health care provider.</text></subsection></section>

<section id="H59EA4E771C3D43E08052C65EC24CD6E1" section-type="subsequent-section"><enum>718.</enum><header>Comprehensive policy for provision of mental health care to members of the Armed Forces</header>

<subsection id="HBCD5ABFCDACD467FA177603A71DC54D6"><enum>(a)</enum><header>Policy required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Under Secretary of Defense for Personnel and Readiness, shall develop and implement a comprehensive policy for the provision of mental health care to members of the Armed Forces.</text></subsection>

<subsection id="HBEF5DE1B43D641CDBD205ABBC71E3A68"><enum>(b)</enum><header>Elements</header><text>The policy under subsection (a) shall address each of the following:</text>

<paragraph id="HCDF059CF7E9F44FB8701D898CC28CAF8"><enum>(1)</enum><text>The compliance with health professionals in the military health system engaged in the provision of health care services to members with clinical practice guidelines forâ€"</text>

<subparagraph id="H7F8546CA72EF47129C3F7AAFDDFAA862"><enum>(A)</enum><text>suicide prevention;</text></subparagraph>

```
<subparagraph id="H362AC09726CD4EA8BF48683AB8222EA9"><enum>(B)</enum><text display-
inline="yes-display-inline">medication-assisted therapy for alcohol use disorders;
and</text></subparagraph>

<subparagraph id="H939129DE5EA34F8990E0392FD6AFC696"><enum>(C)</enum><text display-
inline="yes-display-inline">medication-assisted therapy for opioid use
disorders.</text></subparagraph></paragraph>

<paragraph id="H0A8E7E0D74FB4268AE76EB4229E7AD3C"><enum>(2)</enum><text display-
inline="yes-display-inline">The access and availability of mental health care services
to members who are victims of sexual assault or domestic violence.</text></paragraph>

<paragraph id="H2DF8847C2F1F4D1196B5D6AC3ED9D12B"><enum>(3)</enum><text display-
inline="yes-display-inline">The availability of naloxone reversal capability on
military installations.</text></paragraph>

<paragraph id="HD07C7F96D3C54116B216BF48A8ABFEDD"><enum>(4)</enum><text display-
inline="yes-display-inline">The promotion of referrals of members by civilian health
care providers to military medical treatment facilities when such members areâ€"</text>

<subparagraph id="HBC07FEB9EDF14579AB4122F3CB593CC9"><enum>(A)</enum><text>at high risk
for suicide and diagnosed with a psychiatric disorder; or</text></subparagraph>

<subparagraph id="HB791CCA5B1F64A10B787999205CA4B8F"><enum>(B)</enum><text display-
inline="yes-display-inline">receiving treatment for opioid use
disorders.</text></subparagraph></paragraph>

<paragraph id="H3DDC45F9DD8F4D999307448EAD709193"><enum>(5)</enum><text display-
inline="yes-display-inline">The provision of comprehensive behavioral health treatment
to members of the reserve components that takes into account the unique challenges
associated with the deployment pattern of such members and the difficulty such members
encounter post-deployment with respect to accessing such treatment in civilian
communities.</text></paragraph></subsection>

<subsection
id="HE090EEE581B74DBC93F3BAB3E35865F3"><enum>(c)</enum><header>Consideration</header><t
ext>In developing the policy under subsection (a), the Secretary of Defense shall
solicit and consider recommendations from the Secretaries of the military departments
and the Chairman of the Joint Chiefs of Staff regarding the feasibility of
implementation and execution of particular elements of the policy.</text></subsection>

<subsection id="HD69BD4EED53044CDBCC61ADE63A1A0AE"
commented="no"><enum>(d)</enum><header>Report</header><text display-inline="yes-
display-inline">Not later than 18 months after the date of the enactment of this Act,
the Secretary of Defense shall submit to the Committees on Armed Services of the Senate
and the House of Representatives a report on the implementation of the policy under
subsection (a).</text></subsection></section>

<section id="HF818CA83CC1E4E6EB581897A0953A90F" section-type="subsequent-
section"><enum>719.</enum><header>Limitation on the realignment or reduction of
military medical manning end strength</header>

<subsection
id="H8C78BF40152840C9B4321B9EC028BE2A"><enum>(a)</enum><header>Limitation</header><text
>Except as provided by subsection (d), the Secretary of Defense and the Secretaries
concerned may not realign or reduce military medical end strength authorizations
untilâ€"</text>

<paragraph id="H95CA06ADE60C4599B8B5D22EF6C6EB33"><enum>(1)</enum><text>each review is
conducted under paragraph (1) of subsection (b);</text></paragraph>

<paragraph id="H625623555C454D208BA3C1EAE95E949A"><enum>(2)</enum><text>each analysis
is conducted under paragraph (2) of such subsection;</text></paragraph>

<paragraph id="H232F53051E574626955B58AA2B9C5BC7"><enum>(3)</enum><text>the measurement
is developed under paragraph (3) of such subsection;</text></paragraph>

<paragraph id="H20D6316DD6D04AB5B4F6733C7B55C6C6"><enum>(4)</enum><text>each plan and
forum is provided under paragraph (4) of such subsection; and</text></paragraph>

<paragraph id="H7D4CB0A8B56D49C580AD6B3F9A4E82A3"><enum>(5)</enum><text>a period of 90
days elapses following the date on which the Secretary submits the report under
```

subsection (c).</text></paragraph></subsection>

<subsection id="H4FE35702575F4DAB82D82E84FA3F21F5"><enum>(b)</enum><header>Reviews, analyses, and other information</header>

<paragraph id="H3889F420E1B34A5E813EFA81EE1A6E6E"><enum>(1)</enum><header>Review</header><text display-inline="yes-display-inline">Each Secretary concerned, in coordination with the Chairman of the Joint Chiefs of Staff, shall conduct a review of the medical manpower requirements of the military department of the Secretary that accounts for all national defense strategy scenarios.</text></paragraph>

<paragraph id="H57AAD0BB5E054689A4700C1E093689A1"><enum>(2)</enum><header>Analyses</header><text display-inline="yes-display-inline">With respect to each military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction, the Secretary concerned shall conduct an analysis thatâ€"</text>

<subparagraph id="H9EDAB9AD7A7F4759BBCE3B336B6B7C9C"><enum>(A)</enum><text>identifies affected billets; and</text></subparagraph>

<subparagraph id="H6BF5432893F34AEAA543055FE81DA456"><enum>(B)</enum><text>includes a plan for mitigating any potential gap in health care services caused by such realignment or reduction.</text></subparagraph></paragraph>

<paragraph id="HF61C9BF372F3499C8A4067A24CCC07AF"><enum>(3)</enum><header>Measurement</header><text>The Secretary of Defense shallâ€"</text>

<subparagraph id="HFADDEC70E63F4B7A976527C8FA131F7A"><enum>(A)</enum><text display-inline="yes-display-inline">develop a standard measurement for network adequacy to determine the capacity of the local health care network to provide care for covered beneficiaries in the area of a military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction; and</text></subparagraph>

<subparagraph id="H6AA7B0B3A50040AC8001D1618B798E72" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">use such measurement in carrying out this section and otherwise evaluating proposed military medical end strength realignment or reductions.</text></subparagraph></paragraph>

<paragraph id="H79D17ED815DB40A3A4589339E465EF30"><enum>(4)</enum><header>Outreach</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide to each member of the Armed Forces and covered beneficiary located in the area of a military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction the following:</text>

<subparagraph id="H8658C09FDE2E4B9CAD4CE64453B275A5"><enum>(A)</enum><text>A transition plan for continuity of health care services. </text></subparagraph>

<subparagraph id="H2BFAB1C6A34B4F72865CA388D61C8D99"><enum>(B)</enum><text>A public forum to discuss the concerns of the member and covered beneficiary regarding such proposed realignment or reduction.</text></subparagraph></paragraph></subsection>

<subsection id="H2F7A382BA1684D0EA350029C8C81197C"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report on the proposed military medical end strength realignments or reductions, includingâ€"</text>

<paragraph id="H2F924D8758E04E22AC3662B34444A7B4" commented="no"><enum>(1)</enum><text>the reviews, analyses, and other information developed under subsection (b); and</text></paragraph>

<paragraph id="H0ED1B66651854EF99B8D912877530B4A"><enum>(2)</enum><text>a description of the actions the Secretary plans to take with respect to such proposed realignments or reductions.</text></paragraph></subsection>

<subsection

id="H1C2D6350E87F410A950E49F7090EEABA"><enum>(d)</enum><header>Exception</header>

<paragraph id="HB3A3A7CE93F54080AB77227DB0BD1E65"><enum>(1)</enum><header>In general</header><text>The limitation in subsection (a) shall not applyâ€"</text>

<subparagraph id="H139A681724144F18A7F8CC4CE3ACB723"><enum>(A)</enum><text>to administrative billets of a medical department of a military department that have remained unfilled since at least October 1, 2018;</text></subparagraph>

<subparagraph id="HB044CF6DC0284FB78DF612D14D4B35F5"><enum>(B)</enum><text>to billets identified as non-clinical in the budget of the President for fiscal year 2020 submitted to Congress pursuant to section 1105 of title 31, United States Code, except that the amount of such billets shall not exceed 1,700; and</text></subparagraph>

<subparagraph id="HD8591FA5C58940B1A53713ECB68544E4"><enum>(C)</enum><text display-inline="yes-display-inline">to medical headquarters billets of the military departments not assigned or directly supporting to operational commands.</text></subparagraph></paragraph>

<paragraph id="HF6F9D4FA049245A7B4C465BEF5EB7953"><enum>(2)</enum><header>Determination prior to realignment or reduction</header><text>The Secretary concerned may realign or reduce a billet described in paragraph (1) if the Secretary determines that such realignment or reduction does not affect the provision of health care services to members of the Armed Forces or covered beneficiaries.</text></paragraph></subsection>

<subsection id="H143F3BF3BB214712B1A23C6F826021DF"><enum>(e)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HBD2D6DD0D8E74227A13812701700DEE5"><enum>(1)</enum><text>The term <quote>covered beneficiary</quote> has the meaning given that term in section 1072 of title 10, United States Code. </text></paragraph>

<paragraph id="HEA867822F581410FB2B5CDF27FBBB92F" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>proposed military medical end strength realignment or reduction</quote> means a realignment or reduction of military medical end strength authorizations as proposed by the budget of the President for fiscal year 2020 submitted to Congress pursuant to section 1105 of title 31, United States Code.</text></paragraph>

<paragraph id="HE06AEC6D67E147E8A65BAB9C2A373051"><enum>(3)</enum><text>The term <quote>Secretary concerned</quote> meansâ€"</text>

<subparagraph id="H0FF16B0961734288BB2B3BE169466E46"><enum>(A)</enum><text display-inline="yes-display-inline">the Secretary of the Army, with respect to matters concerning the Army;</text></subparagraph>

<subparagraph id="HE6517DFC82584FF69317908758070551"><enum>(B)</enum><text>the Secretary of the Navy, with respect to matters concerning the Navy, the Marine Corps, and the Coast Guard when it is operating as a service in the Department of the Navy; and</text></subparagraph>

<subparagraph id="H2EBD69EECFD843478C4E79946E52C7EE"><enum>(C)</enum><text display-inline="yes-display-inline">the Secretary of the Air Force, with respect to matters concerning the Air Force.</text></subparagraph></paragraph></subsection></section>

<section id="HBA775F7F6BA64274863D47DE1CB706F8" display-inline="no-display-inline" section-type="subsequent-section"><enum>720.</enum><header>Strategy to recruit and retain mental health providers</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report thatâ€"</text>

<paragraph id="H0C75C124B3EC46E9B5542D469D893B2C"><enum>(1)</enum><text>describes the shortage of mental health providers of the Department of Defense;</text></paragraph>

<paragraph id="H22E26183D09C4D11972F7BDF6417AFDD"><enum>(2)</enum><text>explains the reasons for such shortage;</text></paragraph>

<paragraph id="H22F24F73D1194153B388BF2702EC0410"><enum>(3)</enum><text>explains the effect of such shortage on members of the Armed Forces; and</text></paragraph>

WASHSTATEC014904

<paragraph id="H115164D971514198BC68235F5F07D75F"><enum>(4)</enum><text display-inline="yes-display-inline">contains a strategy to better recruit and retain mental health providers, including with respect to psychiatrists, psychologists, mental health nurse practitioners, licensed social workers, and other licensed providers of the military health system, in a manner that addresses the need for cultural competence and diversity among such mental health providers.</text></paragraph></section>

<section id="HF5584F73F9024F29BDD10F16D3CEE178"><enum>721.</enum><header>Development of partnerships to improve combat casualty care for personnel of the Armed Forces</header>

<subsection id="H62D04943A1E1450CBF0CF3D3B453DE9A"><enum>(a)</enum><header>Partnerships</header>

<paragraph id="HC83A1AE1292D41329AED1BBA12B3A284"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, through the Joint Trauma Education and Training Directorate established under section 708 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1071 note), may develop partnerships with civilian academic medical centers and large metropolitan teaching hospitals to improve combat casualty care for personnel of the Armed Forces.</text></paragraph>

<paragraph id="HA25295DD4ABD483DA816D1CB86A6CCDA"><enum>(2)</enum><header>Partnerships with level I trauma centers</header><text display-inline="yes-display-inline">In carrying out partnerships under paragraph (1), trauma surgeons and physicians of the Department of Defense may partner with level I civilian trauma centers to provide training and readiness for the next generation of medical providers to treat critically injured burn patients.</text></paragraph></subsection>

<subsection id="H809AA277401E4136BE268A48B62A1A66"><enum>(b)</enum><header>Support of partnerships</header><text display-inline="yes-display-inline">The Secretary of Defense may make every effort to support partnerships under the Joint Trauma Education and Training Directorate with academic institutions that have level I civilian trauma centers, specifically those centers with a burn center, that offer burn rotations and clinical experience to provide training and readiness for the next generation of medical providers to treat critically injured burn patients.</text></subsection>

<subsection id="HFC5AECA44744422A9F15F3BC8281937B"><enum>(c)</enum><header>Level I civilian trauma center defined</header><text display-inline="yes-display-inline">In this section, the term <term>level I civilian trauma center</term> has the meaning given that term in section 708 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1071 note).</text></subsection></section>

<section id="H449500423F0E4A6DB3634FAC3DD93ADE"><enum>722.</enum><header>Modification to referrals for mental health services</header><text display-inline="no-display-inline">If the Secretary of Defense is unable to provide mental health services in a military medical treatment facility to a member of the Armed Forces within 15 days of the date on which such services are first requested by the member, the Secretary may refer the member to a provider under the TRICARE program (as that term is defined in section 1072 of title 10, United States Code) to receive such services.</text></section></subtitle>

<subtitle id="H9266D0DBC1B74AA9B04D8DA665C3D7DC" style="OLC"><enum>C</enum><header>Reports and Other Matters</header>

<section id="H770AABB98D5F4313A2C2C0096FD03C0C"><enum>731.</enum><header>Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice</header>

<subsection id="HF80DF90490384D38870738AAF816EC6D"><enum>(a)</enum><header>Medical malpractice claims</header>

<paragraph id="HCEC850E4E92B4D70B053C25A6CA4F680"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 163 of title 10, United States Code, is amended by inserting after section 2733 the following new section: </text>

<quoted-block style="USC" display-inline="no-display-inline" id="H38F3A077DEC04A98BAFD4B5ED7118DED">

<section id="H951EC7ED00F64ABFABA46482F8014C82"><enum>2733a.</enum><header>Medical malpractice claims by members of the uniformed services</header>

```
<subsection id="HE318081F317B4580A8D4B41982F3FCBA"><enum>(a)</enum><header>In
general</header><text>Consistent with this section and under such regulations as the
Secretary of Defense shall prescribe under subsection (f), the Secretary may allow,
settle, and pay a claim against the United States for personal injury or death incident
to the service of a member of the uniformed services that was caused by the medical
malpractice of a Department of Defense health care provider.</text></subsection>

<subsection id="H97B9A89B2455452B99333B213644DA20"><enum>(b)</enum><header>Requirement
for claims</header><text>A claim may be allowed, settled, and paid under subsection (a)
only ifâ€"</text>

<paragraph id="H9D8FAD2058DE43D0B56708ED12A169D5"><enum>(1)</enum><text>the claim is
filed by the member of the uniformed services who is the subject of the medical
malpractice claimed, or by an authorized representative on behalf of such member who is
deceased or otherwise unable to file the claim due to
incapacitation;</text></paragraph>

<paragraph id="H2ABC63387EAC4741BD9E1CD84B035ED5"><enum>(2)</enum><text>the claim is
for personal injury or death caused by the negligent or wrongful act or omission of a
Department of Defense health care provider in the performance of medical, dental, or
related health care functions while such provider was acting within the scope of
employment;</text></paragraph>

<paragraph id="H4F73CB4FE56344A386C7E7159F86A798"><enum>(3)</enum><text>the act or
omission constituting medical malpractice occurred in a covered military medical
treatment facility;</text></paragraph>

<paragraph id="HB70EC7C56BC24DBAB6B029564426066A"><enum>(4)</enum><text>the claim is
presented to the Department in writing within two years after the claim
accrues;</text></paragraph>

<paragraph id="HDBB5D1189EF1473CBD99375FF4E23B37"><enum>(5)</enum><text>the claim is
not allowed to be settled and paid under any other provision of law;
and</text></paragraph>

<paragraph id="H8C3C40C9E2124828AA228B19F08F79BE"><enum>(6)</enum><text>the claim is
substantiated as prescribed in regulations prescribed by the Secretary of Defense under
subsection (f).</text></paragraph></subsection>

<subsection
id="H997F10DC0BB440AEA5A28384CD254C1B"><enum>(c)</enum><header>Liability</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H3E1F7571475F482CA946429C62502316"><enum>(1)</enum><text>The Department of Defense
is liable for only the portion of compensable injury, loss, or damages attributable to
the medical malpractice of a Department of Defense health care
provider.</text></paragraph>

<paragraph indent="up1"
id="H115609B575F44DD8ADE6C8877F268244"><enum>(2)</enum><text>The Department of Defense
shall not be liable for the attorney fees of a claimant under this
section.</text></paragraph></subsection>

<subsection id="H3DBAFD54892B4022B93BFE9D1BF1E15F"><enum>(d)</enum><header>Payment of
claims</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="HED1E274A80304EFEB1038EAF3C83F106"><enum>(1)</enum><text>If the Secretary of
Defense determines, pursuant to regulations prescribed by the Secretary under
subsection (f), that a claim under this section in excess of $100,000 is meritorious,
and the claim is otherwise payable under this section, the Secretary may pay the
claimant $100,000 and report any meritorious amount in excess of $100,000 to the
Secretary of the Treasury for payment under section 1304 of title 31.
</text></paragraph>

<paragraph indent="up1"
id="H4E44B85F94824DF9A71CE3C0D5F21005"><enum>(2)</enum><text>Except as provided in
paragraph (1), no claim may be paid under this section unless the amount tendered is
accepted by the claimant in full satisfaction. </text></paragraph></subsection>

<subsection id="H7A65345AA4FC4117A0F4F5847EC93839"><enum>(e)</enum><header>Reporting
```

medical malpractice</header><text>Not later than 30 days after a determination of medical malpractice or the payment of all or part of a claim under this section, the Secretary of Defense shall submit to the Director of the Defense Health Agency a report documenting such determination or payment to be used by the Director for all necessary and appropriate purposes, including medical quality assurance.</text></subsection>

<subsection id="H890100EB431B4A0AA448C80A42D1200A"><enum>(f)</enum><header>Regulations</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H27BCDACDDB0F49CC9BD73EF4F311321C"><enum>(1)</enum><text>The Secretary of Defense shall prescribe regulations to implement this section.</text></paragraph>

<paragraph id="H987F3210E8854FB59BC600190626D4B9" indent="up1"><enum>(2)</enum><text>Regulations prescribed by the Secretary under paragraph (1) shall include the following:</text>

<subparagraph id="H3D67018B28864DE7B81477EC928C4C0B"><enum>(A)</enum><text>Policies and procedures to ensure the timely, efficient, and effective processing and administration of claims under this section, includingâ€"</text>

<clause id="HEBAAF26EFED74557A13FE24E4AEF0A86"><enum>(i)</enum><text>the filing, receipt, investigation, and evaluation of a claim;</text></clause>

<clause id="H3646CD215F6F46AB8399F90C77E43291"><enum>(ii)</enum><text>the negotiation, settlement, and payment of a claim;</text></clause>

<clause id="H2F26F11572A14DABAEAD8D8B47A2353E"><enum>(iii)</enum><text>such other matters relating to the processing and administration of a claim, including an administrative appeals process, as the Secretary considers appropriate.</text></clause></subparagraph>

<subparagraph id="HF5853DB64CD6462499F0D149B96406FE"><enum>(B)</enum><text>Uniform standards consistent with generally accepted standards used in a majority of States in adjudicating claims under chapter 171 of title 28 (commonly known as the <quote>Federal Tort Claims Act</quote>) to be applied to the evaluation, settlement, and payment of claims under this section without regard to the place of occurrence of the medical malpractice giving rise to the claim or the military department or service of the member of the uniformed services, and without regard to foreign law in the case of claims arising in foreign countries, including uniform standards to be applied to determinations with respect toâ€"</text>

<clause id="HE210255EC88444A087FE82C5C6ABE378"><enum>(i)</enum><text>whether an act or omission by a Department of Defense health care provider in the context of performing medical, dental, or related health care functions was negligent or wrongful, considering the specific facts and circumstances;</text></clause>

<clause id="H187DBD9816464547ACA9056F18C99820"><enum>(ii)</enum><text>whether the personal injury or death of the member was caused by a negligent or wrongful act or omission of a Department of Defense health care provider in the context of performing medical, dental, or related health care functions, considering the specific facts and circumstances;</text></clause>

<clause id="HF233F6899EBC465F98001948143726A7"><enum>(iii)</enum><text>requirements relating to proof of duty, breach of duty, and causation resulting in compensable injury or loss, subject to such exclusions as may be established by the Secretary of Defense; and</text></clause>

<clause id="H511F3E504DF0454198FB2226C285B3C8"><enum>(iv)</enum><text>calculation of damages.</text></clause></subparagraph>

<subparagraph id="HC45F2F3D83564772B07F1EBD73F7EBFD"><enum>(C)</enum><text>Such other matters as the Secretary considers appropriate.</text></subparagraph></paragraph>

<paragraph id="HA40EBFA5ABD747F2848C30A9272CAE73" indent="up1"><enum>(3)</enum><text>In order to implement expeditiously the provisions of this section, the Secretary may prescribe the regulations under this subsectionâ€"</text>

<subparagraph id="HD7E442F653584ACCB482A97F80ED4EB5"><enum>(A)</enum><text>by prescribing an interim final rule; and</text></subparagraph>

<subparagraph id="H0DDCD5967FA24E70A23E108089F1F1BE"><enum>(B)</enum><text>not later

than one year after prescribing such interim final rule and considering public comments with respect to such interim final rule, by prescribing a final rule.</text></subparagraph></paragraph></subsection>

<subsection id="H2C51F44F639A43ED980264E9B78DF499"><enum>(g)</enum><header>Limitation on attorney fees</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H0D958F9DBCC64429A6FECF6FA6B6E957"><enum>(1)</enum><text>No attorney shall charge, demand, receive, or collect for services rendered, fees in excess of 20 percent of any claim paid pursuant to this section.</text></paragraph>

<paragraph id="H9CD665FC849549A98334667D17346C38" indent="up1"><enum>(2)</enum><text>Any attorney who charges, demands, receives, or collects for services rendered in connection with a claim under this section any amount in excess of the amount allowed under paragraph (1), if recovery be had, shall be fined not more than $2,000, imprisoned not more than one year, or both. </text></paragraph></subsection>

<subsection id="HDAA5F9968D2046A9945BE6DE663B7729"><enum>(h)</enum><header>Annual report</header><text>Not less frequently than annually until 2025, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a reportâ€"</text>

<paragraph id="HF90BF50EEF4C4DED8B451B3BDAF93F73"><enum>(1)</enum><text>indicating the number of claims processed under this section;</text></paragraph>

<paragraph id="HC5F4683967594DAF86A5A88DF86E4C13"><enum>(2)</enum><text>indicating the resolution of each such claim; and</text></paragraph>

<paragraph id="H16548A5B97A7411FBF2E770BD75E9949"><enum>(3)</enum><text>describing any other information that may enhance the effectiveness of the claims process under this section. </text></paragraph></subsection>

<subsection id="H80A3D9077FAB4AFAA1AA7BDA13084334"><enum>(i)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H07F44C39084242CB9622EE097A59473C"><enum>(1)</enum><header>Covered military medical treatment facility</header><text>The term <term>covered military medical treatment facility</term> means a facility described in subsection (b), (c), or (d) of section 1073d of this title.</text></paragraph>

<paragraph id="HBBBE12EA6C9C4332914EA592FEE9AA23"><enum>(2)</enum><header>Department of Defense health care provider</header><text>The term <term>Department of Defense health care provider</term> means a member of the uniformed services, civilian employee of the Department of Defense, or personal services contractor of the Department (under section 1091 of this title) authorized by the Department to provide health care services and acting within the scope of employment of such individual.</text></paragraph>

<paragraph id="H6462CCC280C24214B78252B7C0EF4E89"><enum>(3)</enum><header>Member of the uniformed services</header><text>The term <term>member of the uniformed services</term> includes a member of a reserve component of the armed forces if the claim by the member under this section is in connection with personal injury or death that occurred while the member was in Federal status.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HEF1669ACE6C34251B45A18991E067BCB"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 163 of such title is amended by inserting after the item relating to section 2733 the following new item: </text>

<quoted-block style="OLC" display-inline="no-display-inline" id="HA894D1F942AA4053814E3D3945078CA5">

<toc>

<toc-entry level="section" idref="H951EC7ED00F64ABFABA46482F8014C82">2733a. Medical malpractice claims by members of the uniformed services.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HEBCCC730F652498B81D5AC7643D23442"><enum>(b)</enum><header>Interim

briefing on development of regulations</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on the development of regulations under section 2733a(f) of title 10, United States Code, as added by subsection (a)(1).</text></subsection>

<subsection id="H9EF482C2C32348DF8DC05996FA3281DD"><enum>(c)</enum><header>Conforming amendments</header>

<paragraph id="H07AA444FFA6E49FEAFAD9CA21E1F5E76"><enum>(1)</enum><text>Section 2735 of such title is amended by striking <quote>2733,</quote> and inserting <quote>2733, 2733a,</quote>.</text></paragraph>

<paragraph id="H52DA6A0769694CDD936FAD7CBEAC37DA"><enum>(2)</enum><text>Section 1304(a)(3)(D) of title 31, United States Code, is amended by striking <quote>2733,</quote> and inserting <quote>2733, 2733a,</quote>.</text></paragraph></subsection>

<subsection id="HF9DEA6EEDF1D41159BCD3D42DDD17C94"><enum>(d)</enum><header>Effective date and transition provision</header>

<paragraph id="HA2AF15CDF3C541DDB1F0E7D4CA530AF7"><enum>(1)</enum><header>Effective date</header><text>The amendments made by this section shall apply to any claim filed under section 2733a of such title, as added by subsection (a)(1), on or after January 1, 2020.</text></paragraph>

<paragraph id="HF9EC8137039540038A6F26AE30FC26AF"><enum>(2)</enum><header>Transition</header><text>Any claim filed in calendar year 2020 shall be deemed to be filed within the time period specified in section 2733a(b)(4) of such title, as so added, if it is filed within three years after it accrues.</text></paragraph></subsection></section>

<section id="H71F1E62DFDE54DAEB1D0F49BD98E2DFA"><enum>732.</enum><header>Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund</header><text display-inline="no-display-inline">Title XVII of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2567) is amendedâ€"</text>

<paragraph id="HE8724B7437E04775877D518196DE8505"><enum>(1)</enum><text>in section 1701â€"</text>

<subparagraph id="HB6FEE55A9A3247C2886E270786FCA40B"><enum>(A)</enum><text>in subsection (a), by striking <quote>Subject to subsection (b), the</quote> and inserting <quote>The</quote>;</text></subparagraph>

<subparagraph id="H31B76C83B0BB4558B2358D485096BB2D"><enum>(B)</enum><text>by striking subsection (b); and</text></subparagraph>

<subparagraph id="H17C0E2FB901F428BA0B9E89484780F2E"><enum>(C)</enum><text>by redesignating subsections (c) through (f) as subsections (b) through (e), respectively;</text></subparagraph></paragraph>

<paragraph id="HB03938042CEC4429A31DA3DF87F299B0"><enum>(2)</enum><text>in section 1702(a)(1), by striking <quote>hereafter in this title</quote> and inserting <quote>in this section</quote>;</text></paragraph>

<paragraph id="H5FDF5BF7EC2448EC9C86CE0AC974B6A7"><enum>(3)</enum><text>in section 1703, in subsections (a) and (c), by striking <quote>the facility</quote> and inserting <quote>the James A. Lovell Federal Health Care Center</quote>;</text></paragraph>

<paragraph id="HF1D20B416BF741B4AF86BAB5FA9E859D"><enum>(4)</enum><text>in section 1704â€"</text>

<subparagraph id="H417F194C0E94455A847A8779BD3C3DE2"><enum>(A)</enum><text>in subsections (a)(3), (a)(4)(A), and (b)(1), by striking <quote>the facility</quote> and inserting <quote>the James A. Lovell Federal Health Care Center</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H00BB13C86E6C4983A03F4B185722A54A"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (e), as most recently amended by section 731 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law

115â€"232), by striking <quote>September 30, 2020</quote> and inserting <quote>September 30, 2021</quote>;</text></subparagraph></paragraph>

<paragraph id="HB3818A00A1244CE2AB8E4D65DD823C42"><enum>(5)</enum><text>in section 1705â€"</text>

<subparagraph id="HAEA3A187B06B4B8EA946B8682EDE596A"><enum>(A)</enum><text>in subsection (a), by striking <quote>the facility</quote> and inserting <quote>the James A. Lovell Federal Health Care Center (in this section referred to as the <quote>JALFHCC</quote>)</quote>;</text></subparagraph>

<subparagraph id="H6100196ACF1840DCA0BB0A756FAFED21"><enum>(B)</enum><text>in subsection (b), in the matter preceding paragraph (1), by striking <quote>the facility</quote> and inserting <quote>the JALFHCC</quote>; and</text></subparagraph>

<subparagraph id="HCEE2E79D07DA457AA1D47412A4DB76E2"><enum>(C)</enum><text>in subsection (c)â€"</text>

<clause id="HBC0BA2AEC21B4ECFB166CFABC7C8775F"><enum>(i)</enum><text>by striking <quote>the facility</quote> each place it appears and inserting <quote>the JALFHCC</quote>; and</text></clause>

<clause id="H657D3CF387374C11B05B1057BD764A12"><enum>(ii)</enum><text>by adding at the end the following new paragraph:</text></clause>

<quoted-block display-inline="no-display-inline" id="HBDE8A361415C4423A25CAF79AA9AED53" style="OLC">

<paragraph id="H18395ED94E5043B0A5442A7CF16C0149"><enum>(4)</enum><text>To permit the JALFHCC to enter into personal services contracts to carry out health care responsibilities in the JALFHCC to the same extent and subject to the same conditions and limitations as apply under section 1091 of title 10, United States Code, to the Secretary of Defense with respect to health care responsibilities in medical treatment facilities of the Department of Defense.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph></section>

<section id="H332FC005F84441CABBD103C514E1D006"><enum>733.</enum><header>Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine</header>

<subsection id="H09829D8EEC8B4F65BFAB0FB68AE04C4E"><enum>(a)</enum><header>Appointment by non-ex officio members</header><text>Subparagraph (C) of paragraph (1) of section 178(c) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H6344C1EFB9B04152928A08F8DCEEF7EB" style="OLC">

<subparagraph id="HEB20F130C11C4185A27BC9487379F24D" indent="up1"><enum>(C)</enum><text>six members, each of whom shall be appointed at the expiration of the term of a member appointed under this subparagraph, as provided for in paragraph (2), by the members currently serving on the Council pursuant to this subparagraph and paragraph (2), including the member whose expiring term is so being filled by such appointment.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HF36A1DD0C8D54252A3AC73BB32DF8438"><enum>(b)</enum><header>Repeal of obsolete authority establishing staggered terms</header><text>Paragraph (2) of such section is amendedâ€"</text>

<paragraph id="HEF150014F0754D2999BC25D1B2FC64B1"><enum>(1)</enum><text>by striking <quote>except thatâ€"</quote> and all that follows through <quote>any person</quote> and inserting <quote>except that any person</quote>;</text></paragraph>

<paragraph id="H6306090050234C899A7DB307CEDE29CB"><enum>(2)</enum><text>by striking <quote>; and</quote> and inserting a period; and</text></paragraph>

<paragraph id="H2E3430F260F4467AAEDD85D73F311154"><enum>(3)</enum><text>by striking subparagraph (B).</text></paragraph></subsection>

<subsection id="HB5E6878E8D6B4276B297CCEE9BFCF9EF"><enum>(c)</enum><header>Effective date</header>

```
<paragraph id="H16E81A1D256F425995160FF128F0C13B"><enum>(1)</enum><header>In
general</header><text>The amendments made by this section shall take effect on the date
of the enactment of this Act.</text></paragraph>

<paragraph id="H2F06D7D9529B45C0939BD20120880CD6"><enum>(2)</enum><header>Construction
for current members</header><text>Nothing in the amendments made by this section shall
be construed to terminate or otherwise alter the appointment or term of service of
members of the Henry M. Jackson Foundation for the Advancement of Military Medicine who
are so serving on the date of the enactment of this Act pursuant to an appointment
under paragraph (1)(C) or (2) of section 178(c) of title 10, United States Code, made
before that date.</text></paragraph></subsection></section>

<section id="HCF6714C859244D25AF7FC1DDDFC29201"><enum>734.</enum><header>Establishment
of Academic Health System in National Capital Region</header>

<subsection id="H81718166E77B41EF927F82836AC5D046"><enum>(a)</enum><header>In
general</header><text>Chapter 104 of title 10, United States Code, is amended by
inserting after section 2113a the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H0F316776EB804A878583F7F2297E6C37"
style="USC">

<section id="H96D7FF0A87DC4924AB8F3DA2F6F26FA6"><enum>2113b.</enum><header>Academic
Health System</header>

<subsection id="H2950E0A1C4B1447EB52CC3E98ED732BD"><enum>(a)</enum><header>In
general</header><text>The Secretary of Defense may establish an Academic Health System
to integrate the health care, health professions education, and health research
activities of the military health system, including under this chapter, in the National
Capital Region.</text></subsection>

<subsection
id="HCB3E9EB093584CDCBFE0C1710E70E0CB"><enum>(b)</enum><header>Leadership</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H9C70F0F6006C466492B15AD74AE5218D"><enum>(1)</enum><text>The Secretary may appoint
employees of the Department of Defense to leadership positions in the Academic Health
System established under subsection (a).</text></paragraph>

<paragraph id="HA9A8B5DF4C0B4F62B98843A3A9533A36"
indent="up1"><enum>(2)</enum><text>Such positions may include responsibilities for
management of the health care, health professions education, and health research
activities described in subsection (a) and are in addition to similar leadership
positions for members of the armed forces.</text></paragraph></subsection>

<subsection id="H1765E36996B847E5BF30232A3E017D7E"><enum>(c)</enum><header>National
Capital Region defined</header><text>In this section, the term <term>National Capital
Region</term> means the area, or portion thereof, as determined by the Secretary, in
the vicinity of the District of Columbia.</text></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HAACE1F0E1B6C4B68828E1869578E8993"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of chapter 104 of such
title is amended by inserting after the item relating to section 2113a the following
new item:</text>

<quoted-block display-inline="no-display-inline" id="H93696AC281F14F8B86BCD12246B98B73"
style="OLC">

<toc>

<toc-entry bold="off" level="section">2113b. Academic Health System.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section id="HDE7AFD3B1C7E4DA2BC4AF0BB5CD35E21"><enum>735.</enum><header>Provision of
veterinary services by veterinary professionals of the Department of Defense in
emergencies</header>

<subsection id="HF8F3F11BE43F482699D349F6C150FB3A"><enum>(a)</enum><header>In
general</header><text>Chapter 53 of title 10, United States Code, is amended by adding
at the end the following new section:</text>
```

```
<quoted-block display-inline="no-display-inline" id="H24C0F82FA6584101B858C1833D33408B"
style="USC">

<section id="HC167FF92AE4A49AAB32661961640C476"><enum>1060c.</enum><header>Provision of
veterinary services in emergencies</header>

<subsection id="H0D263F3131D24F07B08072098B4347C0"><enum>(a)</enum><header>In
general</header><text>A veterinary professional described in subsection (b) may provide
veterinary services for the purposes described in subsection (c) in any State, the
District of Columbia, or a territory or possession of the United States, without regard
to where such veterinary professional or the patient animal are located, if the
provision of such services is within the scope of the authorized duties of such
veterinary professional for the Department of Defense.</text></subsection>

<subsection id="H5D48F10D4A0041A383E50262A8632A7F"><enum>(b)</enum><header>Veterinary
professional described</header><text>A veterinary professional described in this
subsection is an individual who is—</text>

<paragraph id="H992169101526417B979EC1695D9214DB"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="HEB877277C6914CC69DF462837641C740"><enum>(A)</enum><text>a member of the armed
forces, a civilian employee of the Department of Defense, or otherwise credentialed and
privileged at a Federal veterinary institution or location designated by the Secretary
of Defense for purposes of this section; or</text></subparagraph>

<subparagraph id="H4521A06657064A3AAF63BCC86BC39C6E"
indent="up1"><enum>(B)</enum><text>a member of the National Guard performing training
or duty under section 502(f) of title 32;</text></subparagraph></paragraph>

<paragraph id="H681D936C7A3C4118BFFCC8EE46CE5081"><enum>(2)</enum><text>certified as a
veterinary professional by a certification recognized by the Secretary of Defense;
and</text></paragraph>

<paragraph id="H301181FB60A3427691FB9923BD32302E"><enum>(3)</enum><text>currently
licensed by a State, the District of Columbia, or a territory or possession of the
United States to provide veterinary services.</text></paragraph></subsection>

<subsection id="H23D1F17FE3A743628492945058838FC5"><enum>(c)</enum><header>Purposes
described</header><text>The purposes described in this subsection are veterinary
services in response to any of the following:</text>

<paragraph id="H22F93439D5E4433EA127ED52FF5FDFA6"><enum>(1)</enum><text>A national
emergency declared by the President pursuant to the National Emergencies Act (50 U.S.C.
1601 et seq.).</text></paragraph>

<paragraph id="H13C7AAD5A12342448FFBDE351ECED5B0"><enum>(2)</enum><text>A major
disaster or an emergency (as those terms are defined in section 102 of the Robert T.
Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C.
5122)).</text></paragraph>

<paragraph id="HDAF585805C5B4639AC27D1148E956AE6"><enum>(3)</enum><text>A public health
emergency declared by the Secretary of Health and Human Services under section 319 of
the Public Health Service Act (42 U.S.C. 247d).</text></paragraph>

<paragraph id="HBA63B4CACC634145A26A4909CF44783E"><enum>(4)</enum><text>An
extraordinary emergency, as determined by the Secretary of Agriculture under section
10407(b) of the Animal Health Protection Act (7 U.S.C.
8306(b)).</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="HC12BDC9C66BB492EB6137F5046CC3AA7"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of chapter 53 of such
title is amended by inserting after the item relating to section 1060b the following
new item:</text>

<quoted-block display-inline="no-display-inline" id="HA3776CB2BF034A87BB5B6C23C60F7EB9"
style="OLC">

<toc>

<toc-entry bold="off" level="section">1060c. Provision of veterinary services in
```

emergencies.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HD0ADA24EC0FD47E0B7200A2F0B60D69C"><enum>736.</enum><header>Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund</header><text display-inline="no-display-inline">Section 8111(d)(3) of title 38, United States Code, is amended by striking <quote>September 30, 2020</quote> and inserting, <quote>September 30, 2023</quote>.</text></section>

<section id="HD8DDD52612B54A04AB74F18F6D99749A"><enum>737.</enum><header>Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence</header>

<subsection id="H3316F9CF2D4549A1A9AED0B4A37DC6C2"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall preserve the resources of the Army Medical Research and Materiel Command for use by such command, which shall include manpower and funding, at not less than the level of such resources as of the date of the enactment of this Act until September 30, 2022.</text></subsection>

<subsection id="H22384DC6DC90449E88FA9D5669CD9EA8"><enum>(b)</enum><header>Transfer of funds</header><text>On October 1, 2022, all amounts available for the Army Medical Research and Materiel Command shall be transferred from accounts for research, development, test, and evaluation for the Army to accounts for the Defense Health Program.</text></subsection>

<subsection id="H6BE6B0F2BBB348A49974718FA12F8C91"><enum>(c)</enum><header>Continuation as Center of Excellence</header><text>After September 30, 2022, the Army Medical Research and Materiel Command and Fort Detrick shall continue to serve as a Center of Excellence for Joint Biomedical Research, Development and Acquisition Management for efforts undertaken under the Defense Health Program.</text></subsection></section>

<section id="H84EF8726780544F5888F87037654DE31" section-type="subsequent-section"><enum>738.</enum><header>Encouragement of participation in Women's Health Transition Training pilot program</header>

<subsection id="HBA18AA650DED40269D450D0CD9F1042F"><enum>(a)</enum><header>Encouragement of participation</header><text display-inline="yes-display-inline">The Secretaries of the military departments shall encourage female members of the Armed Forces who are separating or retiring from the Armed Forces during fiscal year 2020 to participate in the Women's Health Transition Training pilot program (in this section referred to as the <quote>pilot program</quote>) administered by the Secretary of Veterans Affairs.</text></subsection>

<subsection id="H1249E36ECFEC4E4AA0EDA005AA3AD6FD" commented="no"><enum>(b)</enum><header>Selection</header><text display-inline="yes-display-inline">Each Secretary of a military department shall select at least one location at which the pilot program is offered and encourage participation in the pilot program at such location.</text></subsection>

<subsection id="H34A91F5CED59432AB6D964ADA2D9C0429"><enum>(c)</enum><header>Report</header><text>Not later than September 30, 2020, the Secretary of Defense, in consultation with the Secretary of Veterans Affairs, shall submit to the Committees on Armed Services of the Senate and the House of Representatives and the Committees on Veterans' Affairs of the Senate and House of Representatives a report on the pilot program that includes the following:</text>

<paragraph id="H8618E0BE264F496BA23BDB3928319B3A"><enum>(1)</enum><text>For the period since the commencement of the pilot program—</text>

<subparagraph id="HD302CBE693B64D0591E01AE75F9CD344"><enum>(A)</enum><text>the number of courses held under the pilot program; </text></subparagraph>

<subparagraph id="H9074593A36094FA4BB4AFA856D3096F7"><enum>(B)</enum><text>the locations at which such courses were held; and</text></subparagraph>

<subparagraph id="H726C865CABDE4A129C4AE99C96D99E49"><enum>(C)</enum><text>for each location identified in subparagraph (B)—</text>

<clause id="HD43E5C8677D14C179C8FD2D083E2A42E"><enum>(i)</enum><text>the number of

female members by military department (with respect to Department of the Navy, separately for the Navy and Marine Corps) who participated in the pilot program; and</text></clause>

<clause id="H2942B2AA801C407C84B09C18A4A9BF42"><enum>(ii)</enum><text>the number of seats available under the pilot program. </text></clause></subparagraph></paragraph>

<paragraph id="H2BE7EB9F152D4F13A5D32E4A04FFEEF9"><enum>(2)</enum><text>Data relating toâ€"</text>

<subparagraph id="H7AC38AC2A6F24D288F23013848201760"><enum>(A)</enum><text>satisfaction with courses held under the pilot program;</text></subparagraph>

<subparagraph id="H65186D6129BD41C0AE00F50D86895C55"><enum>(B)</enum><text>improved awareness of health care services administered by the Secretary of Veterans Affairs; and</text></subparagraph>

<subparagraph id="H24934DA61A8F4DD389868E9CFC12148F"><enum>(C)</enum><text>any other available statistics regarding the pilot program.</text></subparagraph></paragraph>

<paragraph id="HB8B7FD4AFC3249F7B57651949ED23D42"><enum>(3)</enum><text>A discussion of regulatory, legal, or resource barriers toâ€"</text>

<subparagraph id="H654422E98E034A74A0C8CCF737754D9E"><enum>(A)</enum><text>making the pilot program permanent to enable access by a greater number of female members at locations throughout the United States;</text></subparagraph>

<subparagraph id="H59298CD46AA045ECAEEB8BC0DD947AD2"><enum>(B)</enum><text>offering the pilot program online for female members who are unable to attend courses held under the pilot program in person; and</text></subparagraph>

<subparagraph id="H5043E106903B4837A33916CE3C55E7C5"><enum>(C)</enum><text>providing for automatic enrollment of participants in the pilot program in the patient enrollment system of the Department of Veterans Affairs established and operated under section 1705 of title 38, United States Code.</text></subparagraph></paragraph></subsection></section>

<section id="H94E1A654CA28448EBCE1F17EBAC68149" section-type="subsequent-section"><enum>739.</enum><header>National Guard suicide prevention pilot program</header>

<subsection id="H461724680E0642508B6A7C68FF234603"><enum>(a)</enum><header>Pilot program authorized</header><text display-inline="yes-display-inline">The Chief of the National Guard Bureau may carry out a pilot program to expand suicide prevention and intervention efforts at the community level through the use of a mobile application that provides the capability for a member of the National Guard to receive prompt support, including access to a behavioral health professional, on a smartphone, tablet computer, or other handheld mobile device.</text></subsection>

<subsection id="H42CB816C5A7D4865B1A99A291C10E986"><enum>(b)</enum><header>Elements</header><text>The pilot program shall include, subject to such conditions as the Secretary may prescribeâ€"</text>

<paragraph id="H1C71A57F7EC541D58A0A9AEF0D53EC4E"><enum>(1)</enum><text>the use by members of the National Guard of an existing mobile application that provides the capability described in subsection (a); or</text></paragraph>

<paragraph id="H172FFF0CC57F4AEABC18D7A12D0B134E"><enum>(2)</enum><text>the development and use of a new mobile application that provides such capability.</text></paragraph></subsection>

<subsection id="H5F0016F9F7984D48BBC40E7C7733BE8A"><enum>(c)</enum><header>Eligibility and participation requirements</header><text>The Chief of the National Guard Bureau shall establish requirements with respect to eligibility and participation in the pilot program.</text></subsection>

<subsection id="H11EAB2371FB14DDE9AC9EE293926E067"><enum>(d)</enum><header>Assessment prior to pilot program commencement</header><text>Prior to commencement of the pilot program, the Chief of the National Guard Bureau shallâ€"</text>

<paragraph id="HEF537016CF094460A79BC1EF44136948"><enum>(1)</enum><text>conduct an

assessment of existing prevention and intervention efforts of the National Guard in each State that include the use of mobile applications that provide the capability described in subsection (a) to determine best practices for providing immediate and localized care through the use of such mobile applications; and</text></paragraph>

<paragraph id="H36A88C906FE64F05A1537A566A123DE2"><enum>(2)</enum><text>determine the feasibility of expanding existing programs on a national scale.</text></paragraph></subsection>

<subsection id="H7A44BD666A214E75B596EF3B8B83FF30"><enum>(e)</enum><header>Responsibilities of entities participating in pilot program</header><text>Each entity that participates in the pilot program shall—</text>

<paragraph id="H357F508E6F7D4ABA908EE0263D338F1B"><enum>(1)</enum><text>share best practices with other entities participating in the program; and</text></paragraph>

<paragraph id="HC2961E2D00A44A80823759129C15F54F"><enum>(2)</enum><text>annually assess outcomes with respect to members of the National Guard.</text></paragraph></subsection>

<subsection id="H668973ED87494EF0AF516742BBEE8837"><enum>(f)</enum><header>Term</header><text>The pilot program shall terminate on the date that is three years after the date on which the pilot program commenced.</text></subsection>

<subsection id="H2F71218ACDCB4BEC8BC0706643D6B89E"><enum>(g)</enum><header>Reports</header>

<paragraph id="H6BFFA482790842FCAD3F7BBB8804CEE1"><enum>(1)</enum><header>Initial report</header><text display-inline="yes-display-inline">If the Chief of the National Guard Bureau commences the pilot program authorized under subsection (a), not later than 180 days after the date of the commencement of such program, the Chief shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing a description of the pilot program and such other matters as the Chief considers appropriate.</text></paragraph>

<paragraph id="H20C4E42C87894D0880B4B5F5F3F5A4C6"><enum>(2)</enum><header>Final report</header>

<subparagraph id="H6B2EE685F3DD422681FC320C44A6788D"><enum>(A)</enum><header>In general</header><text>Not later than 180 days after the termination of the pilot program, the Chief of the National Guard Bureau shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on such pilot program.</text></subparagraph>

<subparagraph id="HCC1B9BE63AB94D5F8FD7518211B85275"><enum>(B)</enum><header>Matters included</header><text>The report under subparagraph (A) shall include the following:</text>

<clause id="HD2CB4669A4074E0E9D53D41C2843C387"><enum>(i)</enum><text>A description of the pilot program, including any partnerships entered into by the Chief of the National Guard Bureau under the program.</text></clause>

<clause id="H597C178490AF4336AFC0991A5A29F387"><enum>(ii)</enum><text>An assessment of the effectiveness of the pilot program.</text></clause>

<clause id="HB2562694EF744C7C959433DD7B68945D"><enum>(iii)</enum><text>A description of costs associated with the implementation of the pilot program.</text></clause>

<clause id="H436A890F7ADE46068D84E8CD5EEC4C34"><enum>(iv)</enum><text>The estimated costs of making the pilot program permanent.</text></clause>

<clause id="HC3F8EB24E45F4F7F949796A4C763D7BD"><enum>(v)</enum><text>A recommendation as to whether the pilot program should be extended or made permanent.</text></clause>

<clause id="HA54E7BF5EB914571B44CAE8A3DEED126"><enum>(vi)</enum><text>Such other recommendations for legislative or administrative action as the Chief of the National Guard Bureau considers appropriate.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H4DE328106CD940D38B892D97EC6E494E"><enum>(h)</enum><header>State defined</header><text display-inline="yes-display-inline">In this section, the term

&lt;quote&gt;State&lt;/quote&gt; means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, American Samoa, Guam, the United States Virgin Islands, and the Commonwealth of the Northern Mariana Islands.&lt;/text&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="HD709D5C18502467DA0F76464B55AA7E3"&gt;&lt;enum&gt;740.&lt;/enum&gt;&lt;header&gt;Pilot Program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System&lt;/header&gt;

&lt;subsection id="HB00043FE375841B38896F3DC4545FF5F"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;The Secretary of Defense may carry out a pilot program to establish partnerships with public, private, and nonprofit health care organizations, institutions, and entities in collaboration with the Secretary of Veterans Affairs, the Secretary of Health and Human Services, the Secretary of Homeland Security, and the Secretary of Transportation to enhance the interoperability and medical surge capability and capacity of the National Disaster Medical System under section 2812 of the Public Health Service Act (42 U.S.C. 300hhâ€"11) in the vicinity of major aeromedical and other transport hubs and logistics centers of the Department of Defense.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H4ECC6D1734AB4B5B840E8F7F9B63B521"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Duration&lt;/header&gt;&lt;text&gt;The Secretary of Defense may carry out the pilot program under subsection (a) for a period of not more than five years.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H2682D9F63343461598F47C2C49074420"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Locations&lt;/header&gt;&lt;text&gt;The Secretary shall carry out the pilot program under subsection (a) at not fewer than five aeromedical or other transport hub regions or logistics centers in the United States.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H2F9296117BB84FBD8664974FC7F47C8F"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header&gt;Requirements&lt;/header&gt;&lt;text&gt;In establishing partnerships under the pilot program under subsection (a), the Secretary, in collaboration with the Secretary of Veterans Affairs, the Secretary of Health and Human Services, the Secretary of Homeland Security, and the Secretary of Transportation, shall establish requirements under such partnerships for staffing, specialized training, medical logistics, telemedicine, patient regulating, movement, situational status reporting, tracking, and surveillance.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H8852E9290602482EB391ECFEF5B45A74"&gt;&lt;enum&gt;(e)&lt;/enum&gt;&lt;header&gt;Evaluation metrics&lt;/header&gt;&lt;text&gt;The Secretary of Defense shall establish metrics to evaluate the effectiveness of the pilot program under subsection (a).&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H45198F1016B540D3905D7F21E48D6F22"&gt;&lt;enum&gt;(f)&lt;/enum&gt;&lt;header&gt;Reports&lt;/header&gt;

&lt;paragraph id="H1C070652A7AC4AFFA5544F0F07703304"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;Initial report&lt;/header&gt;

&lt;subparagraph id="H4881731768B249258B2EDE9282A745FB"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;Not later than 180 days after the commencement of the pilot program under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot program.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H78B79D1C7F054392BC286E6FB4F5A478"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;header&gt;Elements&lt;/header&gt;&lt;text&gt;The report required by subparagraph (A) shall include the following:&lt;/text&gt;

&lt;clause id="HB9C1387F45F048B99CC6648C0945A5E2"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;A description of the pilot program.&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H0C2B5E8D3F7149BA8FCAE50BF1FA149E"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;The requirements established under subsection (d).&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="HFD226C061D454DD48D2D5CBFE04817AD"&gt;&lt;enum&gt;(iii)&lt;/enum&gt;&lt;text&gt;The evaluation metrics established under subsection (e).&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="HB2C954DF4C4A40939A63D37CBF0E5D72"&gt;&lt;enum&gt;(iv)&lt;/enum&gt;&lt;text&gt;Such other matters relating to the pilot program as the Secretary considers appropriate.&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

WASHSTATEC014916

<paragraph id="HEC9C50149C094F7BACFD275341CD524D"><enum>(2)</enum><header>Final report</header>

<subparagraph id="H363628A84D7B4A9080B65D0F439179AE"><enum>(A)</enum><header>In general</header><text>Not later than 180 days after completion of the pilot program under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot program.</text></subparagraph>

<subparagraph id="H1B896B44D73428992B5A0C2B80A55C6"><enum>(B)</enum><header>Elements</header><text>The report required by subparagraph (A) shall include the following:</text>

<clause id="H3BF80CCC4299421BAC52FD13442B1F0C"><enum>(i)</enum><text>A description of the pilot program, including the partnerships established under the pilot program as described in subsection (a).</text></clause>

<clause id="H0A3B7D7DBD734490BA0798F1A785BCD2"><enum>(ii)</enum><text>An assessment of the effectiveness of the pilot program.</text></clause>

<clause id="H63D80D8BE186442D9D5C7F5F4B5321DF"><enum>(iii)</enum><text>An assessment of the cost of the pilot program and an estimate of the cost of making the pilot program a permanent part of the budget of the Department of Defense.</text></clause>

<clause id="H16B6F48ACFD84B1EA1FEDC132B8D0698"><enum>(iv)</enum><text>Such recommendations for legislative or administrative action as the Secretary considers appropriate in light of the pilot program, including recommendations for extending or making permanent the authority for the pilot program.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H0F21DA45117946C49047C84069B4685B" section-type="subsequent-section"><enum>741.</enum><header>Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense</header>

<subsection id="HFD40BB458FAF4642B6A1D7AE1432CCCE"><enum>(a)</enum><header>Department of Defense reports on suicide among members of the Armed Forces</header>

<paragraph id="H7F354B6EF8ED4E618DF1C70B3F9A8A39"><enum>(1)</enum><header>Reports required</header><text>Not later than 90 days after the date of the enactment of this Act, and annually thereafter through January 31, 2021, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report on suicide among members of the Armed Forces during the year preceding the date of the report.</text></paragraph>

<paragraph id="H97C3B56F304147C78A7F466636A89246"><enum>(2)</enum><header>Matters included</header><text>Each report under paragraph (1) shall include the following with respect to the year covered by the report:</text>

<subparagraph id="HB4C5B24A5F43417CA0A8B10B72521593"><enum>(A)</enum><text display-inline="yes-display-inline">The number of suicides, attempted suicides, and known cases of suicidal ideation involving a member of the Armed Forces, including the reserve components thereof, listed by Armed Force.</text></subparagraph>

<subparagraph id="H03FBDC6F53D846ADA0CE849FE4D8EB1B"><enum>(B)</enum><text display-inline="yes-display-inline">The number of suicides, attempted suicides, or known cases of suicidal ideation identified under subparagraph (A) that occurred during each of the following periods:</text>

<clause id="H4B3BE47DEFE14268935344958DB650DA"><enum>(i)</enum><text>The first 180 days of the member serving in the Armed Forces.</text></clause>

<clause id="HC94BC9002EBC4DD895A9904E48FCF9A7"><enum>(ii)</enum><text>The period in which the member is deployed in support of a contingency operation.</text></clause></subparagraph>

<subparagraph id="HABF6D4764D06498793B94A231BE95D09"><enum>(C)</enum><text display-inline="yes-display-inline">With respect to the number of suicides, attempted suicides, or known cases of suicidal ideation identified under subparagraph (B)(i), the initial recruit training location of the member.</text></subparagraph>

<subparagraph id="HE571C381B26344349923D91F7BAFF22A"><enum>(D)</enum><text>The number of suicides involving a dependent of a member.</text></subparagraph>

```
<subparagraph id="H93D9E7AA8A9F428DA488FA073BF151F1"><enum>(E)</enum><text display-
inline="yes-display-inline">A description of any research collaborations and data
sharing by the Department of Defense with the Department of Veterans Affairs, other
departments or agencies of the Federal Government, academic institutions, or
nongovernmental organizations.</text></subparagraph>

<subparagraph
id="HD3272022E99D4FC49DE34132B0DBC5FA"><enum>(F)</enum><text>Identification of a
research agenda for the Department of Defense to improve the evidence base on effective
suicide prevention treatment and risk communication.</text></subparagraph>

<subparagraph id="H94D949FF2EF64ACC808C39B281A14278"><enum>(G)</enum><text display-
inline="yes-display-inline">The availability and usage of the assistance of chaplains,
houses of worship, and other spiritual resources for members of the Armed Forces who
identify as religiously affiliated and have attempted suicide, have experienced
suicidal ideation, or are at risk of suicide, and metrics on the impact these resources
have in assisting religiously-affiliated members who have access to and utilize them
compared to religiously-affiliated members who do not.</text></subparagraph>

<subparagraph id="H19B7C6C2340046C99C441327517AB275"><enum>(H)</enum><text display-
inline="yes-display-inline">A description of the effectiveness of the policies
developed pursuant to section 567 of the Carl Levin and Howard P. <quote>Buck</quote>
McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291;
10 U.S.C. 1071 note) and section 582 of the National Defense Authorization Act for
Fiscal Year 2013 (Public Law 112â€"239; 10 U.S.C. 1071 note), including with respect
toâ€"</text>

<clause id="HE1638208563044638AB57CADF82DB77E" display-inline="no-display-
inline"><enum>(i)</enum><text display-inline="yes-display-inline">metrics identifying
effective treatment modalities for members of the Armed Forces who are at risk for
suicide (including any clinical interventions involving early identification and
treatment of such members);</text></clause>

<clause id="HC847D9B0DB9343E69448426321EC8B80"><enum>(ii)</enum><text>metrics for the
rate of integration of mental health screenings and suicide risk and prevention for
members during the delivery of primary care for such members;</text></clause>

<clause id="H1B16F941AD4440D58165D648071DD625"><enum>(iii)</enum><text>metrics relating
to the effectiveness of suicide prevention and resilience programs and preventative
behavioral health programs of the Department of Defense (including those of the
military departments and the Armed Forces); and</text></clause>

<clause id="HB70D25F8E6A542FE9AB73824A1E95404"><enum>(iv)</enum><text>metrics
evaluating the training standards for behavioral health care providers to ensure that
such providers have received training on clinical best practices and evidence-based
treatments.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H2AC45B90A6A4470ABF1D92E15C366F22"><enum>(b)</enum><header>GAO report
on suicide prevention programs and activities</header>

<paragraph id="H2947530EEBD74CF9B3BAFCB120BB03F7"><enum>(1)</enum><header>Report
required</header><text display-inline="yes-display-inline">Not later than 240 days
after the date of the enactment of this Act, the Comptroller General of the United
States shall submit to the Committees on Armed Services of the Senate and the House of
Representatives a report on the programs and activities of the Department of Defense
and the Armed Forces for the prevention of suicide among members of the Armed Forces
(including the reserve components) and their families.</text></paragraph>

<paragraph
id="H445BF578672E4EA68A94F6FD8FADE517"><enum>(2)</enum><header>Elements</header><text>T
he report under paragraph (1) shall include the following:</text>

<subparagraph id="HE43732EB71D5408F9C900A2DCE2FA312"><enum>(A)</enum><text display-
inline="yes-display-inline">A description of the current programs and activities of the
Department of Defense and the Armed Forces for the prevention of suicide among members
of the Armed Forces and their families.</text></subparagraph>

<subparagraph id="HB6E476C1100D41F1A0DDB85C467D9F5F"><enum>(B)</enum><text display-
inline="yes-display-inline">An assessment whether the programs and activities described
pursuant to subparagraph (A)â€"</text>
```

<clause id="H9C344C2B9E5644F0BE5863759F82B11F"><enum>(i)</enum><text display-inline="yes-display-inline">are evidence-based and incorporate best practices identified in peer-reviewed medical literature;</text></clause>

<clause id="H8693D352799A4567A23A54D872CFBB4B"><enum>(ii)</enum><text display-inline="yes-display-inline">are appropriately resourced; and</text></clause>

<clause id="HD2ED00C5FF46489BA2CA2C2BC9F858BE"><enum>(iii)</enum><text display-inline="yes-display-inline">deliver outcomes that are appropriate relative to peer activities and programs (including those undertaken in the civilian community and in military forces of other countries).</text></clause></subparagraph>

<subparagraph id="H99E04FD5941D44038C499DF1CA7999D0"><enum>(C)</enum><text display-inline="yes-display-inline">A description and assessment of any impediments to the effectiveness of such programs and activities.</text></subparagraph>

<subparagraph id="H0E88DFBCE3994F67B4E3823B04FAA447"><enum>(D)</enum><text display-inline="yes-display-inline">Such recommendations as the Comptroller General considers appropriate for improvements to such programs and activities.</text></subparagraph>

<subparagraph id="HCC33084724E741B7852AF70ACF06CA9C"><enum>(E)</enum><text display-inline="yes-display-inline">Such recommendations as the Comptroller General considers appropriate for additional programs and activities for the prevention of suicide among members of the Armed Forces and their families.</text></subparagraph></paragraph></subsection></section>

<section id="H488E82FD92EE4DE79EFA652D3BC07DDA"><enum>742.</enum><header>Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information</header>

<subsection id="HECB64087BDA44DC6BB68D5F497276551"><enum>(a)</enum><header>Modification of study</header><text display-inline="yes-display-inline">Section 734 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1444) is amendedâ€"</text>

<paragraph id="H50828AF9B2DB409EBAD68E3ECF6E5574"><enum>(1)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HF64A054AF1B44B6D92BC6864272926E7"><enum>(A)</enum><text>in paragraph (2), by striking <quote>; and</quote> and inserting a semicolon;</text></subparagraph>

<subparagraph id="HF86D73F3B3BC4846ADFA700E210B2E52"><enum>(B)</enum><text>in paragraph (3), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph id="HF9B3D0A1EB3C414CBD0022B54089352A"><enum>(C)</enum><text>by adding at the end the following new paragraph:</text></subparagraph>

<quoted-block display-inline="no-display-inline" id="H8BEA448BD9BB4148B8479BA55EC22DBA" style="OLC">

<paragraph id="HE4C5888F69DB4C20A5B3716F8D7F5A30"><enum>(4)</enum><text>assess the feasibility and advisability ofâ€"</text>

<subparagraph id="H02FE7BE1AD5648B6AA1B45275E3DD158"><enum>(A)</enum><text>uploading the data gathered from the study into the Defense Occupational and Environmental Health Readiness System â€" Industrial Hygiene (DOEHRS-IH) or similar system;</text></subparagraph>

<subparagraph id="H2CF6DCA719284E92873CE6A03820862A"><enum>(B)</enum><text>allowing personnel of the Department of Defense and the Department of Veterans Affairs to have access to such system; and</text></subparagraph>

<subparagraph id="HBFA15936A3814876AD59F8443C754933"><enum>(C)</enum><text>ensuring such data is interoperable and can be uploaded into the MHS Genesis electronic health record or successor system of the Department of Defense.</text></subparagraph></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H5271C64C5F6940528659E96384FE4457"><enum>(2)</enum><text>in subsection (c)â€"</text>

WASHSTATEC014919

<subparagraph id="H6AFC423AE84F41F19B65424E5BB73CDA"><enum>(A)</enum><text>by redesignating paragraph (2) as paragraph (3); and</text></subparagraph>

<subparagraph id="H61873B21F6B14F2FB735FB020CC159C6"><enum>(B)</enum><text>by inserting after paragraph (1) the following new paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HA168E0E8C7554D6182AB6AF5AA5E757C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H83D992129D544966831ED977649FFDBA"><enum>(2)</enum><header>Annual status report</header><text>Not later than January 1 of each year during the period beginning on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020 and ending on the completion of the study under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a status report on the study.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="HC6EED1DB36034264994D6422C9690650"><enum>(b)</enum><header>Collection of exposure information</header><text>The Secretary of Defense shall collect blast exposure information with respect to a member of the Armed Forces in a mannerâ€"</text>

<paragraph id="HDC12C7BFE2314B2D93EB681A4372D2D7"><enum>(1)</enum><text>consistent with blast exposure measurement training guidance of the Department of Defense, including any guidance developed pursuant toâ€"</text>

<subparagraph id="H4D12F36E75CA4C47B459D9FB93F271FA"><enum>(A)</enum><text>the longitudinal medical study on blast pressure exposure required by section 734 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1444); and</text></subparagraph>

<subparagraph id="H6C4BCD1A730A4D5B82D0C85AC2D1C802"><enum>(B)</enum><text>the review of guidance on blast exposure during training required by section 253 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2001 note prec.);</text></subparagraph></paragraph>

<paragraph id="HEFA663506D044B2DB9C812C5161C902E"><enum>(2)</enum><text>compatible with training and operational objectives of the Department; and</text></paragraph>

<paragraph id="HDF64FB30BFED4B2295ECD2D2783255E7"><enum>(3)</enum><text>that is automated, to the extent practicable, to minimize the reporting burden of unit commanders.</text></paragraph></subsection></section>

<section id="H7D400FCF5D8D47E89237C12DC0E6C0E1" section-type="subsequent-section"><enum>743.</enum><header>Study and plan on the use of military-civilian integrated health delivery systems</header>

<subsection id="H559CB7248A9D4087B34C46E32B903CEB"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Secretary of Defense shall conduct a study on the use of local military-civilian integrated health delivery systems pursuant to section 706 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1096 note). The study shall examine the following:</text>

<paragraph id="HE9155AF681F24467BEF373065FAEC108"><enum>(1)</enum><text display-inline="yes-display-inline">Geographic locations where military medical treatment facilities have existing contractual relationships with local civilian health care networks, including Fort Drum, New York, Joint Base McGuire-Dix-Lakehurst, New Jersey, Joint Base Lewis-McCord, Washington, Fort Leonard Wood, Missouri, Elmendorf Air Force Base, Alaska, Fort Sill, Oklahoma, Tripler Army Medical Center, Hawaii, the National Capital Region, and similar locations.</text></paragraph>

<paragraph id="H193491A9732643868E6CBE49A7D7216A"><enum>(2)</enum><text>Health care activities that promote value-based care, measurable health outcomes, patient safety, timeliness of referrals, and transparent communication with covered beneficiaries.</text></paragraph>

<paragraph id="H969DBC1EC1674793B45FE8379C9B9064"><enum>(3)</enum><text display-inline="yes-display-inline">Locations where health care providers of the Department of Defense may be able to attain critical wartime readiness skills in a local integrated military-civilian integrated health delivery system.</text></paragraph>

WASHSTATEC014920

```
<paragraph id="HB2960A57DB194D83BAB3477A274B3311"><enum>(4)</enum><text display-
inline="yes-display-inline">The cost of providing care under an integrated military-
civilian integrated health delivery system as compared to health care provided by a
managed care support contractor.</text></paragraph></subsection>

<subsection
id="H3250A64F2D4F4AD3BD5C34510B4A08C1"><enum>(b)</enum><header>Plan</header><text>The
Secretary of Defense shall develop a plan for the further development of the use of
local military-civilian integrated health delivery systems by the Department of
Defense.</text></subsection>

<subsection
id="H2AB97547385442A2B018037D7C31EFFA"><enum>(c)</enum><header>Submission</header><text
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed
Services of the House of Representatives and the Senateâ€"</text>

<paragraph id="HA544661E3AF14A96830895F52ECA169D"><enum>(1)</enum><text>a report on the
results of the study under subsection (a); and</text></paragraph>

<paragraph id="HDFE98FF040B84B759825DE1C8BA5AA03"><enum>(2)</enum><text>the plan
developed under subsection (b).</text></paragraph></subsection>

<subsection
id="H5D5276BD7F1C469598F7A051BB6E5AC0"><enum>(d)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H86618607C5884D168FCB5DB264E42A69"><enum>(1)</enum><text>The term
<quote>covered beneficiaries</quote> has the meaning given that term in section 1072 of
title 10, United States Code.</text></paragraph>

<paragraph id="HEFABE13F29D7411EB96C79FCFFE87530"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <quote>National Capital Region</quote> has the
meaning given that term in section 2674 of title 10, United States
Code.</text></paragraph></subsection></section>

<section id="H34DF2B3BC7B7405B8C6A4CD408CC911E" section-type="subsequent-
section"><enum>744.</enum><header>Study on case management in the military health
system</header>

<subsection
id="H8C3257C102464E20924727D7147A1962"><enum>(a)</enum><header>Study</header><text
display-inline="yes-display-inline">The Secretary of Defense shall conduct a study on
the effectiveness of case management practices in the military health system. The study
shall include the following:</text>

<paragraph id="H9F1CD7B1FB064203AD4754416C0C4C7B"><enum>(1)</enum><text>A standardized
definition of case management.</text></paragraph>

<paragraph id="HEB6563FDE4E24D6C8E174C9F7D452F0D"><enum>(2)</enum><text>An evaluation
of case management practices provided by the military departments before and during the
transition of the administration of military medical treatment facilities to the
Defense Health Agency pursuant to section 1073c of title 10, United States
Code.</text></paragraph>

<paragraph id="H6AF8069D6A954A309F71772DCBBBD878"><enum>(3)</enum><text>A discussion of
the metrics used in determining the effectiveness and cost of case
management.</text></paragraph>

<paragraph id="H203F7018A12C4039A1FA9FCABEEB654D"><enum>(4)</enum><text>An evaluation
of the case management and outreach provided by the managed care support contractors
supporting the Defense Health Agency, including with respect toâ€"</text>

<subparagraph id="H67D2C7BD643B4975BC3EE7074838FEBA"
commented="no"><enum>(A)</enum><text>the intervals at which patients are
contacted;</text></subparagraph>

<subparagraph id="HB95C6944B3354A6896A874E42FD950E7"
commented="no"><enum>(B)</enum><text>the role of the case manager in
coordination;</text></subparagraph>

<subparagraph id="H4E9055D2988D40D68097889D3D63A5C3"
```

```
commented="no"><enum>(C)</enum><text>the approximate number of patients managed by a
case manager; and</text></subparagraph>

<subparagraph id="HD640A4B47FF4459689D7B9B24CFADF8A"
commented="no"><enum>(D)</enum><text>any other best practices relating to case
management that would improve the experience of care across the military health
system.</text></subparagraph></paragraph>

<paragraph id="HCB46238D5C174F0589783EC8800DC9DC"><enum>(5)</enum><text>A review of
case management best practices in the private sector, including with respect
toâ€"</text>

<subparagraph id="H74995A7656924376BA63D169FF0569C7"><enum>(A)</enum><text>the
intervals at which patients should be contacted;</text></subparagraph>

<subparagraph id="H518C041C82B14B78B16310FD6AD898B5"><enum>(B)</enum><text>the role of
the case manager in coordination;</text></subparagraph>

<subparagraph id="HED7CC81ED39E428B9DD088B78EB6111C"><enum>(C)</enum><text>the
approximate number of patients managed by a case manager; and</text></subparagraph>

<subparagraph id="HE286A81C0FB94443BB161061EED2D949"><enum>(D)</enum><text>any other
best practices relating to case management that would improve the experience of care
across the military health system.</text></subparagraph></paragraph>

<paragraph id="HE4FD80976ABC4BDE891CBB8242CDA34B"><enum>(6)</enum><text display-
inline="yes-display-inline">The results of discussions with covered beneficiaries (as
defined in section 1072 of title 10, United States Code) at not less than four public
forums held in different geographic areas, relating to the satisfaction of such covered
beneficiaries with case management and outreach provided by the Defense Health Agency
and the military departments in military medical treatment
facilities.</text></paragraph></subsection>

<subsection
id="HB4BD485E1D794EC58FFE3B5848B54E81"><enum>(b)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed
Services of the House of Representatives and the Senate a report on the results of the
study under subsection (a).</text></subsection></section>

<section id="HC067599C2F934FA8B32B559B7F0D9E8E"><enum>745.</enum><header>Report on
Global Health Security Strategy and the National Biodefense Security</header>

<subsection
id="H575DE4C0B93B4C309664795576535D70"><enum>(a)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 180 days after the date on which the
Comptroller General of the United States publishes a review of the National Biodefense
Strategy, the Secretary of Defense shall submit to the appropriate congressional
committees a report on the implementation of the Global Health Security Strategy and
the National Biodefense Strategy.</text></subsection>

<subsection
id="HF995457359FC44A695C7E10D7A25C6DE"><enum>(b)</enum><header>Elements</header><text>T
he report under subsection (a) shall, at a minimumâ€"</text>

<paragraph id="H3BA1F456B1E246BC97434BE23B5C410F"><enum>(1)</enum><text display-
inline="yes-display-inline">designate the individual and offices responsible for
overseeing the implementation of each strategy referred to in subsection (a) within the
Department of Defense;</text></paragraph>

<paragraph id="HB5980FB47C7443E996470D8BDEE4E953"><enum>(2)</enum><text>detail actions
that the Department is taking to support implementation of the Global Health Security
Agenda;</text></paragraph>

<paragraph id="H806D720442954535AA79F1DEED2B8BB8"><enum>(3)</enum><text>detail actions
taken to coordinate the efforts of the Department with the other agencies responsible
for the Global Health Security Strategy and National Biodefense Strategy;
and</text></paragraph>

<paragraph id="H4681D4CDD00E4CC69E915892BDFE9B65"><enum>(4)</enum><text display-
inline="yes-display-inline">with respect to the review of the National Biodefense
```

Strategy conducted by the Comptroller Generalâ€"</text>

<subparagraph id="HEA4101AF80FC447BAD46244740E1BFF9"><enum>(A)</enum><text display-inline="yes-display-inline">detail the recommendations in the review that the Secretary plans on or is currently implementing;</text></subparagraph>

<subparagraph id="HFE567858E611482EA153DE65F660C074"><enum>(B)</enum><text>specify the official implementing such recommendations and the actions the official is taking to implement the recommendations;</text></subparagraph>

<subparagraph id="H84BC510796964509B663200C4435845D"><enum>(C)</enum><text>specify the recommendations in the review that the Secretary has determined not to implement; and</text></subparagraph>

<subparagraph id="HB821008818594CACB25FCE75ECC4522B"><enum>(D)</enum><text>explain the rationale of the Secretary with respect to not implementing such recommendations.</text></subparagraph></paragraph></subsection>

<subsection id="H13593DE362F846DCA89DA6452E34F586"><enum>(c)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <quote>appropriate congressional committees</quote> meansâ€"</text>

<paragraph id="H5BC634CE438240E1893D43F43FA335D6"><enum>(1)</enum><text>the congressional defense committees;</text></paragraph>

<paragraph id="HE152B5421D4B40AEB685E1DC9BD71A23"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs, the Committee on Energy and Commerce, and the Committee on Homeland Security of the House of Representatives; and</text></paragraph>

<paragraph id="H800FC31CB0FE42F385DAA8FB69311221"><enum>(3)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations, the Committee on Health, Education, Labor, and Pensions, and the Committee on Homeland Security and Governmental Affairs of the Senate.</text></paragraph></subsection></section>

<section id="H38B5F9220D9C4F09AF93A54B0A2C830F"><enum>746.</enum><header>Study on establishment of wounded warrior service dog program</header>

<subsection id="H46C1191A5A384E73A39CD6EF1F093E0A"><enum>(a)</enum><header>Study</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall conduct a study on the feasibility of establishing a wounded warrior service dog program.</text></subsection>

<subsection id="H84C3C8E2C6454BAF9BDCC2CE884F988C"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The study under subsection (a) shall include the following:</text>

<paragraph id="HCC259440DA164B9B835EEE65798D5ED7"><enum>(1)</enum><text>An assessment of the need and feasibility of establishing a wounded warrior service dog program.</text></paragraph>

<paragraph id="H10A9A5D501A542E68D05C372B5401D69"><enum>(2)</enum><text>With respect to a nonprofit organization seeking a grant under a wounded warrior service dog program, an assessment of the feasibility of requiring that the organizationâ€"</text>

<subparagraph id="HEE85F8C33B444672996141263A5F14D7"><enum>(A)</enum><text>specify the training requirements for covered members;</text></subparagraph>

<subparagraph id="H7D3281D3B0E94819B4BEBB3DF2B9EAC6"><enum>(B)</enum><text display-inline="yes-display-inline">detail the training of dogs that will serve as assistance dogs;</text></subparagraph>

<subparagraph id="HFEE65367786F442AA3134BA70E94F8D2"><enum>(C)</enum><text>establish a databaseâ€"</text>

<clause id="H7B03F96FBDBB44F0913BFE57685D9CE4"><enum>(i)</enum><text>to track whether a dog has prior experience as a military working dog, service dog, or assistance dog; and</text></clause>

<clause id="HB7104A2FE26945D3AF6AB4DD66726396"><enum>(ii)</enum><text>that contains a

WASHSTATEC014923

designation for each dog with prior experience as a military working dog;</text></clause></subparagraph>

<subparagraph id="HBD4C5C43433F488192E7753BF382A6C6"><enum>(D)</enum><text>describe the aftercare services that the organization will provide to assistance dogs and covered members; and</text></subparagraph>

<subparagraph id="H725FA6C36AED4E3BBAD845FBC04941AB"><enum>(E)</enum><text>possess the appropriate accreditation standards for assistance dogs, as the Secretary determines appropriate.</text></subparagraph></paragraph>

<paragraph id="H5D8C7DB77B3A412989D732B84194FED1"><enum>(3)</enum><text>A list of locations at which the greatest number of covered members are likely to participate in a wounded warrior service dog program.</text></paragraph>

<paragraph id="HEB5C4591893D48868244E8E09DCE8B73"><enum>(4)</enum><text>An estimate of the costs required to create a wounded warrior service dog program.</text></paragraph>

<paragraph id="HC261F0E439774385BFDFD77B7E6694DC"><enum>(5)</enum><text>A list of peer reviewed articles and other appropriate studies that examine the clinical effectiveness of assistance dogs with respect to the treatment of patients with disabilities.</text></paragraph></subsection>

<subsection id="H41D94963D8094AC2A682C39C7AB316F9"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HC50AA5DECCD34F7F9823054A852AE889"><enum>(1)</enum><header>Assistance dog</header>

<subparagraph id="H48B465E9750A4110B75CDE7EF13B7464"><enum>(A)</enum><header>In general</header><text>The term <term>assistance dog</term> means a dog specifically trained to perform physical tasks to mitigate the effects of a disability described in subparagraph (B), except that the term does not include a dog specifically trained for comfort or personal defense.</text></subparagraph>

<subparagraph id="HB1F82196CA3E45F1887477178BA0060F"><enum>(B)</enum><header>Disability described</header><text>A disability described in this subparagraph is any of the following:</text>

<clause id="H284E24FA276C4541A234290E0DC11FE3"><enum>(i)</enum><text>Blindness or visual impairment.</text></clause>

<clause id="H541B66E3AEC24A97A0B157FC074ED9F7"><enum>(ii)</enum><text>Loss of limb, paralysis, or other significant mobility issues.</text></clause>

<clause id="H07530CA434864D0CB96F4519F8BF6206"><enum>(iii)</enum><text>Loss of hearing.</text></clause>

<clause id="HC89FF8DF9AF84A3F87ABEB8B56F6C82C"><enum>(iv)</enum><text>Traumatic brain injury.</text></clause>

<clause id="HE58BF90000FA4CA5A3AAAEFF196DDAAE"><enum>(v)</enum><text>Post-traumatic stress disorder.</text></clause>

<clause id="HC8CA2A903C4D4180940CCBB61292411A"><enum>(vi)</enum><text>Any other disability that the Secretary of Defense considers appropriate.</text></clause></subparagraph></paragraph>

<paragraph id="H0862D625957B40708FC230CD7B59F38C"><enum>(2)</enum><header>Covered member</header><text>The term <term>covered member</term> means a member of the Armed Forces who isâ€"</text>

<subparagraph id="HF3B01456162749E78417CA97853DB5CA"><enum>(A)</enum><text>receiving medical treatment, recuperation, or therapy under chapter 55 of title 10, United States Code;</text></subparagraph>

<subparagraph id="HC4272A09EDCE49F3AC3591A580D30F9D"><enum>(B)</enum><text>in medical hold or medical holdover status; or</text></subparagraph>

<subparagraph id="H794BD6E68EEA4A318183BAC22F115373"><enum>(C)</enum><text>covered under section 1202 or 1205 of title 10, United States

Code.</text></subparagraph></paragraph>

<paragraph id="H44A4A023A4A94E4BA0B33F5AF78876D1"><enum>(3)</enum><header>Wounded warrior service dog program</header><text display-inline="yes-display-inline">The term <quote>wounded warrior service dog program</quote> means a pilot program under which the Secretary of Defense awards competitive grants to non-profit organizations that would assist such organizations in the planning, designing, establishing, or operating (or any combination thereof) of programs to provide assistance dogs to covered members.</text></paragraph></subsection></section>

<section id="H6BFA256E6A3D4926AAF14DDBEC0ABFE7"><enum>747.</enum><header>GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions</header><text display-inline="no-display-inline">Not later than January 1, 2021, the Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing the following:</text>

<paragraph id="HABD08867FFB74523AEB476F7B061CBF3"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the effectiveness of the quality assurance program of the Department of Defense in querying and monitoring the National Practitioner Data Bank established pursuant to the Health Care Quality Improvement Act of 1986 (42 U.S.C. 11101 et seq.) with respect toâ€"</text>

<subparagraph id="HBE1E086D21774F158BA3C91E564F8067"><enum>(A)</enum><text>recruitment and retention of military service medical providers;</text></subparagraph>

<subparagraph id="HBB2C0FA7A9734C409008C511FA188E5D"><enum>(B)</enum><text>hiring or contracting of civilian medical providers in military medical treatment facilities;</text></subparagraph>

<subparagraph id="H4427A1DDD03A4D7BB53C30CF48DE331C"><enum>(C)</enum><text>recording of adverse privileging and credentialing actions of such military service medical providers and civilian medical providers; and</text></subparagraph>

<subparagraph id="HA88334F9B6174DB08C1E49734551AC73"><enum>(D)</enum><text>any other matters relating to ensuring the highest quality of care is provided throughout the military health system.</text></subparagraph></paragraph>

<paragraph id="H2FBB95F69C2D43069626C8B916A67780"><enum>(2)</enum><text>An analysis that includesâ€"</text>

<subparagraph id="H21CA094C0F314D0FBC809B91F54E502E"><enum>(A)</enum><text>with respect to military health system patients, a comparison of outcomes for such patients who may bring an action against the Federal Government for negligence or malpractice and outcomes for such patients who may not bring such an action, based on an examination of all relevant data relating to clinical outcome measures and clinical quality management process actions; and</text></subparagraph>

<subparagraph id="H5960FD9043E947A983F1064C333B50CD"><enum>(B)</enum><text>a comparison ofâ€"</text>

<clause id="H3A955880A183443AB9A00C19E569DA7D"><enum>(i)</enum><text>the elements and average amounts of death and disability compensation that apply regardless of the underlying cause of the death or disability; and</text></clause>

<clause id="HB06B9B9C0AE64C12BFCA6113F6E23729"><enum>(ii)</enum><text>the elements and average amounts of settlements that result from medical malpractice litigation against the Federal Government.</text></clause></subparagraph></paragraph></section>

<section id="HCFCD5C523F114D4086F3A7590D967FD4"><enum>748.</enum><header>Reports on Millennium Cohort Study relating to women members of the Armed Forces</header>

<subsection id="H15AE7CCEC3E44E72A4D224CF1641BE16"><enum>(a)</enum><header>Annual reports required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and annually thereafter through January 31, 2022, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on findings of the Millennium Cohort Study relating to the gynecological and perinatal health of women members of the Armed Forces.</text></subsection>

<subsection id="HDB562CC0CC834306A55F3C55E23913C1"><enum>(b)</enum><header>Matters

included</header><text display-inline="yes-display-inline">Each report under subsection (a) shall include, at a minimumâ€"</text>

<paragraph id="H817DA9262B274F3C9734B218429E9AEC"><enum>(1)</enum><text display-inline="yes-display-inline">a summary of general findings of the Millennium Cohort Study pertaining to gynecological and perinatal health, including diseases, disorders, and conditions that affect the functioning of reproductive systems, maternal mortality and severe maternal morbidity, birth defects, developmental disorders, low birth weight, preterm birth, reduced fertility, menstrual disorders, and other health concerns; and</text></paragraph>

<paragraph id="H80B433C2541D4AB9922132161C885BDA"><enum>(2)</enum><text>identification ofâ€"</text>

<subparagraph id="H1BF038FA87B14C84B5891A066A7AD613"><enum>(A)</enum><text>all research projects that have concluded during the year covered by the report and the outcomes of such projects;</text></subparagraph>

<subparagraph id="H6C875F4EC88E41B5A66FCD58B3CE8EE6"><enum>(B)</enum><text>areas in which the Millennium Cohort Study can increase efforts to capture data and produce studies in the field of gynecological and perinatal health of women members of the Armed Forces; and</text></subparagraph>

<subparagraph id="H722B3682ECBC442D92DF4E351E46A477"><enum>(C)</enum><text>activities underway to achieve such efforts.</text></subparagraph></paragraph></subsection>

<subsection id="H5E88F73E3AD0458CAE85E1596FD4D5F0"><enum>(c)</enum><header>Millennium Cohort Study defined</header><text display-inline="yes-display-inline">In this section, the term <quote>Millennium Cohort Study</quote> means the longitudinal study authorized under section 743 of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (Public Law 105â€"261; 112 Stat. 2074) to evaluate data on the health conditions of members of the Armed Forces upon the return of the members from deployment.</text></subsection></section>

<section id="H70775172973C448ABC671CA3A1E6DA6D"><enum>749.</enum><header>Study on effects of sleep deprivation on readiness of members of the Armed Forces</header>

<subsection id="HC8ED8168B2704335B0C15DF75721F567"><enum>(a)</enum><header>Study</header><text>The Secretary of Defense shall conduct a study on the effects of sleep deprivation on the readiness of members of the Armed Forces.</text></subsection>

<subsection id="H129BF08029AD4C0887630C8FA694D35"><enum>(b)</enum><header>Elements</header><text>The study under subsection (a) shall include the following:</text>

<paragraph id="HB669405A7E014A31B06C19BE64BDBEE1"><enum>(1)</enum><text>A standardized definition of sleep deprivation.</text></paragraph>

<paragraph id="H0E4F2D03C9A04B589D862406C76B47F1"><enum>(2)</enum><text>An assessment of the prevalence of sleep deprivation on members of the Armed Forces related to circadian rhythm disturbances from crossing multiple time zones, mission related maladaptive sleep practices, uncomfortable or otherwise inhospitable sleeping environments, and the use of stimulants and hypnotics to support operational tempo.</text></paragraph>

<paragraph id="HBAF44EA1B9234B72B04429B3E164538F"><enum>(3)</enum><text>An assessment of whether there may be a relationship between sleep deprivation and medical conditions such as traumatic brain injury, post-traumatic stress disorder, and depression.</text></paragraph>

<paragraph id="H12FD41F0FC7949B9A25B33CFB9999EDD"><enum>(4)</enum><text>Recommendations on efforts to mitigate sleep deprivation described in paragraphs (2) and (3).</text></paragraph></subsection>

<subsection id="HF06CADE59B8A47E493A1570467DA3600"><enum>(c)</enum><header>Report</header><text>Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the results of the study under subsection (a).</text></subsection></section>

```
<section id="HCFF7B9F8E7684D2E9FEAD4C556E8DE35" section-type="subsequent-section"
display-inline="no-display-inline"><enum>750.</enum><header>Study and report on
traumatic brain injury mitigation efforts</header>

<subsection
id="HB023BCB5C79D4E8A81CF4F3E092656CE"><enum>(a)</enum><header>Study</header><text
display-inline="yes-display-inline">The Secretary of Defense shall conduct a meta-
analysis of evidence-based traumatic brain injury mitigation efforts by the Secretary
and related Federal agency partners, and efforts discussed in academic literature, that
have demonstrated the best clinical effectiveness in the treatment of members of the
Armed Forces for traumatic brain injury.</text></subsection>

<subsection
id="HA2FC7B1B7E03452F82FE4D4728AA3FC3"><enum>(b)</enum><header>Roadmap</header><text
display-inline="yes-display-inline">The Secretary shall develop and include in the
study under subsection (a) a roadmap for implementation across the military health
system of measures that address, with respect to the treatment of members for traumatic
brain injuryâ€"</text>

<paragraph id="H25127D3421FD40FFBA05E3D29436F038"><enum>(1)</enum><text>the process for
receiving such treatment;</text></paragraph>

<paragraph id="HF9724D90F53F4890A04FDB8A0BE57C23"><enum>(2)</enum><text>patient
outcomes;</text></paragraph>

<paragraph
id="H9CD7DFAFDA194B72A1A32C359915A94E"><enum>(3)</enum><text>cost;</text></paragraph>

<paragraph id="H10E6615704754AC88C07C6C7453A681A"><enum>(4)</enum><text>patient and
command satisfaction with such treatment; and</text></paragraph>

<paragraph id="H3586B5E169A34FABAF1B6D76D1FCE5D2"><enum>(5)</enum><text>structured
documentation to monitor system-wide implementation of the measures developed pursuant
to paragraphs (1) through (4).</text></paragraph></subsection>

<subsection
id="H01B0B82AE07D433EBA9725FEC1C7ABB0"><enum>(c)</enum><header>Report</header><text>Not
later than 270 days after the date of the enactment of this Act, the Secretary of
Defense shall submit to the Committees on Armed Services of the Senate and the House of
Representatives a report on the results of the study under subsection (a).
</text></subsection></section></subtitle></title>

<title id="HAAB3B158D6FD4A08A940353413212EBD"><enum>VIII</enum><header>Acquisition
Policy, Acquisition Management, and Related Matters</header>

<toc container-level="legis-body-container" quoted-block="no-quoted-block" lowest-
level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-
bolded">

<toc-entry idref="HAAB3B158D6FD4A08A940353413212EBD" level="title">Title
VIIIâ€"Acquisition Policy, Acquisition Management, and Related Matters</toc-entry>

<toc-entry idref="H1DA5A548AC1C4B71BE504E07A5CD919E" level="subtitle">Subtitle
Aâ€"Acquisition Policy and Management</toc-entry>

<toc-entry idref="HD09FCED345294D8FB8036464D15232A5"
level="section">Sec.â€‚800.â€‚Authority for continuous integration and delivery of
software applications and upgrades to embedded systems.</toc-entry>

<toc-entry idref="H782CDB7413424F3D8F51FF40EBEDB318"
level="section">Sec.â€‚801.â€‚Pilot program on intellectual property evaluation for
acquisition programs.</toc-entry>

<toc-entry idref="H9F240E32B57D4376A74AA29FDF306DB2"
level="section">Sec.â€‚802.â€‚Pilot program to use alpha contracting teams for complex
requirements.</toc-entry>

<toc-entry idref="HB4397781C22B456FACF0834A90F998A1"
level="section">Sec.â€‚803.â€‚Failure to provide other than certified cost or pricing
data upon request.</toc-entry>

<toc-entry idref="H156D0BF1B223459BA584C74A5D9A5D15"
```

level="section">Sec.â€,804.â€,Comptroller General report on price reasonableness.</toc-entry>

<toc-entry idref="H538776612392474ABBBD8D7475C3C707" level="section">Sec.â€,805. Limitation on transfer of funds related to cost overruns and cost underruns.</toc-entry>

<toc-entry idref="H1E3C9ED739EA451EBD405367FA2DBD4F" level="section">Sec.â€,806.â€,Standardizing data collection and reporting on use of source selection procedures by Federal agencies.</toc-entry>

<toc-entry idref="H059115874A274C1E8BE54AFB20B1DF2F" level="section">Sec.â€,807.â€,Department of Defense use of fixed-price contracts.</toc-entry>

<toc-entry idref="H238693DADEA44EE79688A1C21B3A199C" level="section">Sec.â€,808.â€,Repeal of continuation of data rights during challenges.</toc-entry>

<toc-entry idref="HB2995A06ABFD46D7B7628D0E20E882B9" level="section">Sec.â€,809.â€,Repeal of authority to waive acquisition laws to acquire vital national security capabilities.</toc-entry>

<toc-entry idref="HE5B178C16A9841CB94870AAE6FA25A98" level="section">Sec.â€,810.â€,Repeal of the Defense Cost Accounting Standards Board.</toc-entry>

<toc-entry idref="H11E0E801912E474F8F4B621291E00379" level="subtitle">Subtitle Bâ€"Amendments to General Contracting Authorities, Procedures, and Limitations</toc-entry>

<toc-entry idref="H50964CC19DCE438A8D72865DE2ACD7E6" level="section">Sec.â€,815.â€,Modification of Director of Operational Test and Evaluation report.</toc-entry>

<toc-entry idref="HC401863D1FAA4268AF36E9BECA858243" level="section">Sec.â€,816.â€,Modification of written approval requirement for task and delivery order single contract awards.</toc-entry>

<toc-entry idref="H25F1739DD7C649EDA6205EB2DAC0B464" level="section">Sec.â€,817.â€,Responsibility for data analysis and requirements validation for services contracts.</toc-entry>

<toc-entry idref="HA534F613CC2D434FA0C67A7C4D73AF85" level="section">Sec.â€,818.â€,Documentation of market research related to commercial item determinations.</toc-entry>

<toc-entry idref="HFF54869FF29F4558B14997C671211F24" level="section">Sec.â€,819.â€,Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects.</toc-entry>

<toc-entry idref="H8EC78D4AD05F48F5867585DDC46951BC" level="section">Sec.â€,820.â€,Notification of Navy procurement production disruptions.</toc-entry>

<toc-entry idref="HE34F603F46614600892595D24CEC0810" level="section">Sec.â€,821.â€,Modification to acquisition authority of the Commander of the United States Cyber Command.</toc-entry>

<toc-entry idref="H93ED44D0FF4544949C6FC043BCE8F3CA" level="section">Sec.â€,822.â€,Extension of Never Contract With the Enemy.</toc-entry>

<toc-entry idref="HCA5590318F174BDD9711D74064B92D43" level="section">Sec.â€,823.â€,Modification of justification and approval requirement for certain Department of Defense contracts.</toc-entry>

<toc-entry idref="HF2696BBD68C14DF2B0352E6257F430B5" level="section">Sec.â€,824.â€,Extension of sunset relating to Federal Data Center Consolidation Initiative.</toc-entry>

<toc-entry idref="HAAC24AE9CE944B7D83EB2B877720664B"

WASHSTATEC014928

level="section">Sec.â€,825.â€,Pilot program to accelerate contracting and pricing processes.</toc-entry>

<toc-entry idref="H37FF1395693E4C339E29C0A12D69E440" level="section">Sec.â€,826.â€,Uniformity in application of micro-purchase threshold to certain task or delivery orders.</toc-entry>

<toc-entry idref="H524D85A6D0664AD7B07854E1DBA73543" level="section">Sec.â€,827.â€,Requirement for cost estimates on models of commercial e-commerce portal program.</toc-entry>

<toc-entry idref="H510EA55756964F349D994FD0E5F3E19A" level="subtitle">Subtitle Câ€"Provisions Relating to Major Defense Acquisition Programs</toc-entry>

<toc-entry idref="H94D473AFD5944E4385FCD83846ED742D" level="section">Sec.â€,830.â€,Modification of requirements for reporting to Congress on certain acquisition programs.</toc-entry>

<toc-entry idref="H78E6CEB2623E414D8D86D93A2EECC20B" level="section">Sec.â€,831.â€,Pilot program to streamline decision-making processes for weapon systems.</toc-entry>

<toc-entry idref="H5DB798867AC24E188194294F7052E7AE" level="section">Sec.â€,832.â€,Analysis of alternatives pursuant to materiel development decisions.</toc-entry>

<toc-entry idref="H0CCCE28C71B94534828F613B02ED536D" level="section">Sec.â€,833.â€,Naval vessel certification required before Milestone B approval.</toc-entry>

<toc-entry idref="H769AF9E9361D452AA946A58F4EE895F1" level="subtitle">Subtitle Dâ€"Provisions Relating to the Acquisition System</toc-entry>

<toc-entry idref="H685968A5B03A47F0A6E5F83FC63A9D84" level="section">Sec.â€,835.â€,Extramural acquisition innovation and research activities.</toc-entry>

<toc-entry idref="H4CD4FD00B6304D42A98D3A12F8FBFE9C" level="section">Sec.â€,836.â€,Report on realignment of the defense acquisition system to implement acquisition reforms.</toc-entry>

<toc-entry idref="H82D6BC0A12884F519CB8D8EDEDCF208A" level="section">Sec.â€,837.â€,Report and limitation on the availability of funds relating to the <quote>middle tier</quote> of acquisition programs.</toc-entry>

<toc-entry idref="H7156AA7322234E66B1FCCE0C9E15698F" level="section">Sec.â€,838.â€,Report on intellectual property policy and the cadre of intellectual property experts.</toc-entry>

<toc-entry idref="H13A76D7463F74F13B7C304A13B504CAB" level="section">Sec.â€,839.â€,Guidance and reports relating to covered defense business systems.</toc-entry>

<toc-entry idref="H8DEAEF0659BF4BF39AF0DBCBD71CAE53" level="section">Sec.â€,840.â€,Implementation guidance for use of a modular open system approach.</toc-entry>

<toc-entry idref="H90AA36E47CAC4C09A7A03B60DECF9B68" level="section">Sec.â€,841.â€,Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense.</toc-entry>

<toc-entry idref="HED9BF38DF86044949266345DF7AE1FD7" level="subtitle">Subtitle Eâ€"Industrial Base Matters</toc-entry>

<toc-entry idref="H874730014DCE4D489DA0F2D8FDAA19FB" level="section">Sec.â€,845.â€,Modernization of acquisition processes to ensure integrity of industrial base.</toc-entry>

<toc-entry idref="H7E51F057BA094389826B68FB952F1D66" level="section">Sec.â€,846.â€,Report requirements for the national technology and industrial base.</toc-entry>

<toc-entry idref="HBADAF18C20C54C6C8C0D930763E48799"
level="section">Sec.â€¯847.â€¯Mitigating risks related to foreign ownership, control,
or influence of Department of Defense contractors or subcontractors.</toc-entry>

<toc-entry idref="HD0190052397B463EA6387A322E2AA5E0"
level="section">Sec.â€¯848.â€¯Prohibition on operation or procurement of foreign-made
unmanned aircraft systems.</toc-entry>

<toc-entry idref="HCB2F32ADC3134ACB812F9FEEF3E170A3"
level="section">Sec.â€¯849.â€¯Modification of prohibition on acquisition of sensitive
materials from non-allied foreign nations.</toc-entry>

<toc-entry idref="H2FA05D7C411A482E9C194B19BF1D6FAE"
level="section">Sec.â€¯850.â€¯Acquisition and disposal of certain rare earth
materials.</toc-entry>

<toc-entry idref="H6D22A0431F5B421C9A323ECC540CC3B7"
level="section">Sec.â€¯851.â€¯Pilot program for development of technology-enhanced
capabilities with partnership intermediaries.</toc-entry>

<toc-entry idref="H0267376803044F80AD840B63E7F36155"
level="section">Sec.â€¯852.â€¯Authorized official to carry out the procurement
technical assistance cooperative agreement program.</toc-entry>

<toc-entry idref="HB0E23732F4674A6F8CFE11C55A4AEA9C"
level="section">Sec.â€¯853.â€¯Requirement that certain ship components be manufactured
in the national technology and industrial base.</toc-entry>

<toc-entry idref="H9154D7D5892944E394607B1D2C687886"
level="section">Sec.â€¯854.â€¯Addition of domestically produced stainless steel
flatware and dinnerware to the Berry Amendment.</toc-entry>

<toc-entry idref="H567F557F941B425DB611CCC075A81D02"
level="section">Sec.â€¯855.â€¯Application of miscellaneous technology base policies and
programs to the Columbia-class submarine program.</toc-entry>

<toc-entry idref="H2CEFB402E28E41B4A370F94F7F69A877"
level="section">Sec.â€¯856.â€¯Application of limitation on procurement of goods other
than United States goods to the FFGâ€"Frigate Program.</toc-entry>

<toc-entry idref="H7EA216685B85410789C5A28FB897D2BC"
level="section">Sec.â€¯857.â€¯Sense of Congress regarding consideration of price in
procurement of the FFG(X) frigate.</toc-entry>

<toc-entry idref="H443B2E0A144F403B89BDC2A28B59F0B8" level="subtitle">Subtitle
Fâ€"Provisions Relating to Acquisition Workforce</toc-entry>

<toc-entry idref="HD6E2EC4D485A4DE0A58FBFC590062328"
level="section">Sec.â€¯860.â€¯Establishment of Defense Civilian Training Corps.</toc-
entry>

<toc-entry idref="HABB334ED94924DB1A346D78980571FE6"
level="section">Sec.â€¯861.â€¯Defense acquisition workforce certification, education,
and career fields.</toc-entry>

<toc-entry idref="HF492FD0FFD3941138001CDF29F3D1C2F"
level="section">Sec.â€¯862.â€¯Software development and software acquisition training
and management programs.</toc-entry>

<toc-entry idref="H18FA7DD7A50648B8B9C0B44B2EBFF17D"
level="section">Sec.â€¯863.â€¯Modification of temporary assignments of Department of
Defense employees to a private-sector organization.</toc-entry>

<toc-entry idref="H02B52F3B67A241DF8CA6C310AADEF97E"
level="section">Sec.â€¯864.â€¯Incentives and consideration for qualified training
programs.</toc-entry>

<toc-entry idref="HE51FB89B9C324B4DBA56F5989208AA6F" level="section">Sec.â€¯865.â€¯Use
of qualified apprentices by military construction contractors.</toc-entry>

<toc-entry idref="HEF58E1CDF95D4E6092A7C6BFE312799C" level="subtitle">Subtitle
Gâ€"Small Business Matters</toc-entry>

WASHSTATEC014930

<toc-entry idref="H6380C49ADBBF46F6B778D3D507184C98"
level="section">Sec.â€,870.â€,Requirements relating to credit for certain small
business concern subcontractors.</toc-entry>

<toc-entry idref="HECB269CACE574A3A81DB9929AED616A9"
level="section">Sec.â€,871.â€,Inclusion of best in class designations in annual report
on small business goals.</toc-entry>

<toc-entry idref="HECCF10F339224837B6DBC0E8C752B2B1"
level="section">Sec.â€,872.â€,Reauthorization and improvement of Department of Defense
Mentor-Protege Program.</toc-entry>

<toc-entry idref="HE298DB1DE6AF4440B14CE40777EDA739"
level="section">Sec.â€,873.â€,Accelerated payments applicable to contracts with certain
small business concerns under the Prompt Payment Act.</toc-entry>

<toc-entry idref="HFD275103ABD64DCF9F7283354C087FD6"
level="section">Sec.â€,874.â€,Postaward explanations for unsuccessful offerors for
certain contracts.</toc-entry>

<toc-entry idref="H9723B3D0D8C4465EBDD99ED98FF890A1"
level="section">Sec.â€,875.â€,Small business contracting credit for subcontractors that
are Puerto Rico businesses or covered territory businesses.</toc-entry>

<toc-entry idref="H5ADFDB36C9AC45CDB4077B79DCA917E4"
level="section">Sec.â€,876.â€,Technical amendment regarding treatment of certain
surviving spouses under the definition of small business concern owned and controlled
by service-disabled veterans.</toc-entry>

<toc-entry idref="H27C20A683F464EABA3BEA2ECF204A356"
level="section">Sec.â€,877.â€,Extension of loan assistance and deferral eligibility to
reservists and members of the National Guard beyond periods of military conflict.</toc-
entry>

<toc-entry idref="H58BB7F8F60424A62BAF3B2995A2CDDE0"
level="section">Sec.â€,878.â€,Modification to the Defense Research and Development
Rapid Innovation Program.</toc-entry>

<toc-entry idref="H8C16CD5364F442EB92FF3F2B4C5FC73F"
level="section">Sec.â€,879.â€,Alignment of the Department of Defense Small Business
Innovation Research Program and Small Business Technology Transfer Program with the
National Defense Science and Technology Strategy.</toc-entry>

<toc-entry idref="HE4595235EFB74164B2E15018F5C16D78"
level="section">Sec.â€,880.â€,Assistance for small business concerns participating in
the SBIR and STTR programs.</toc-entry>

<toc-entry idref="HC746237CC4FE42E7982F2FF690FFEA76"
level="section">Sec.â€,881.â€,Cybersecurity technical assistance for SBIR and STTR
programs.</toc-entry>

<toc-entry idref="H33539C5A67634EF59BEE9D27EA9D542F"
level="section">Sec.â€,882.â€,Funding for defense research activities of small business
concerns.</toc-entry>

<toc-entry idref="HD70A2E5B79094F81ACA9617D8AD49860"
level="section">Sec.â€,883.â€,Modifications to budget display requirements for the
Department of Defense Small Business Innovation Research Program and Small Business
Technology Transfer Program.</toc-entry>

<toc-entry idref="H57A7FCD99E1E4088854ED45812A2A226"
level="section">Sec.â€,884.â€,Pilot program for domestic investment under the SBIR
program.</toc-entry>

<toc-entry idref="H4A41AA32AF8E43C5AC12146C0744A178" level="subtitle">Subtitle
Hâ€"Other Matters</toc-entry>

<toc-entry idref="H575D085C7321423DA0C18CDFE1DE850"
level="section">Sec.â€,885.â€,Review of guidance to contractors on nondiscrimination on
the basis of sex.</toc-entry>

<toc-entry idref="H8B0C75AFB4D840309A5413BE2CB83721"

WASHSTATEC014931

level="section">Sec.â€,886.â€,Comptroller General report on contractor violations of certain labor laws.</toc-entry>

<toc-entry idref="H6848EE671FFE4F2FAB2487AB6081BED9" level="section">Sec.â€,887.â€,Comptroller General report on contingency contracting.</toc-entry>

<toc-entry idref="H53937CEA271F4251887B12C6B49CF30E" level="section">Sec.â€,888.â€,Policies and procedures for contractors to report gross violations of internationally recognized human rights.</toc-entry>

<toc-entry idref="H89F6899EA3FE4FBB83B26D9CEAC5425E" level="section">Sec.â€,889.â€,Comptroller General report on oversight of contractors providing private security functions.</toc-entry>

<toc-entry idref="HCBE3527E82604995AF41F20B11B4D79B" level="section">Sec.â€,890.â€,Prohibition on contracting with persons that have business operations with the Maduro regime.</toc-entry>

<toc-entry idref="H30E671A3285C41DE8C4ABC566CBC31B1" level="section">Sec.â€,891.â€,Report on the Combating Trafficking in Persons initiative.</toc-entry>

<toc-entry idref="H24F8517782EC4683B8C16C748ABA346F" level="section">Sec.â€,892.â€,Improved management of information technology and cyberspace investments.</toc-entry>

<toc-entry idref="H245AADD9276E416898B0B3CA60C0C867" level="section">Sec.â€,893.â€,Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts.</toc-entry></toc>

<subtitle id="H1DA5A548AC1C4B71BE504E07A5CD919E"><enum>A</enum><header>Acquisition Policy and Management</header>

<section id="HD09FCED345294D8FB8036464D15232A5"><enum>800.</enum><header>Authority for continuous integration and delivery of software applications and upgrades to embedded systems</header>

<subsection id="HAC3A7E4CA11141379F2F69B14348FA4D" commented="no"><enum>(a)</enum><header>Software acquisition and development pathways</header><text>The Secretary of Defense shall establish pathways as described under subsection (b) to provide for the efficient and effective acquisition, development, integration, and timely delivery of secure software. Such a pathway shall include the following:</text>

<paragraph id="H61AB0122BC594B2A9CA5E479BD6021BF" commented="no"><enum>(1)</enum><header>Use of proven technologies and solutions</header><text>A pathway established under this section shall provide for the use of proven technologies and solutions to continuously engineer and deliver capabilities in software.</text></paragraph>

<paragraph id="HAD9A7FA6CA5744ACAE95D4C21473CB5A" commented="no"><enum>(2)</enum><header>Use of authority</header><text>In using the authority under this section, the Secretary shall consider how such use willâ€"</text>

<subparagraph id="H57B12ABC8B594D8797FD072BEBD0DEBD" commented="no"><enum>(A)</enum><text>initiate the engineering of new software capabilities quickly;</text></subparagraph>

<subparagraph id="H684E486DA80149E392E6E2F6365BBE81" commented="no"><enum>(B)</enum><text>demonstrate the viability and effectiveness of such capabilities for operational use not later than one year after the date on which funds are first obligated to acquire or develop software; and</text></subparagraph>

<subparagraph id="H463E86CB6F5B4D04B03EF8DFCB0A969F" commented="no"><enum>(C)</enum><text>allow for the continuous updating and delivery of new capabilities not less frequently than annually to iteratively meet a requirement.</text></subparagraph></paragraph>

<paragraph id="HC95A78EFDAA64008B6C7239ADB7F8F99" commented="no"><enum>(3)</enum><header>Treatment not as major defense acquisition program</header><text>Software acquired or developed using the authority under this

section shall not be treated as a major defense acquisition program for purposes of section 2430 of title 10, United States Code, or Department of Defense Directive 5000.01 without the specific direction of the Under Secretary of Defense for Acquisition and Sustainment or a Senior Acquisition Executive.</text></paragraph>

<paragraph id="H43A0D890ED2C40049A61CF2ED884A72A" commented="no"><enum>(4)</enum><header>Risk-based approach</header><text>The Secretary of Defense shall use a risk-based approach for the consideration of innovative technologies and new capabilities for software to be acquired or developed under this authority to meet needs communicated by the Joint Chiefs of Staff and the combatant commanders.</text></paragraph></subsection>

<subsection id="H8322A9B8C59D4E6AB80B2ED80BB86832"><enum>(b)</enum><header>Pathways</header><text>The Secretary of Defense may establish as many pathways as the Secretary determines appropriate and shall establish the following pathways:</text>

<paragraph id="H081ED86B64884D08B85462681F3FA55D"><enum>(1)</enum><header>Applications</header><text>The applications software acquisition pathway shall provide for the use of rapid development and implementation of applications and other software or software improvements operated by the Department of Defense, which may include applications running on commercial commodity hardware (including modified hardware) and commercially available cloud computing platforms.</text></paragraph>

<paragraph id="H3AF5A81BAE22416CB9033FB4EA28E25C"><enum>(2)</enum><header>Embedded systems</header><text>The embedded systems software acquisition pathway shall provide for the rapid development and insertion of upgrades and improvements for software embedded in weapon systems and other military-unique hardware systems.</text></paragraph></subsection>

<subsection id="HC138A61DAC8144329A74066AF2A3D572"><enum>(c)</enum><header>Expedited process</header>

<paragraph id="H823CE610396C45A09D5595EADDFB7F19"><enum>(1)</enum><header>In general</header><text>A pathway established under subsection (a) shall provide for—"</text>

<subparagraph id="H20CE7DFA576B476EA98CEFF60D3D0C39"><enum>(A)</enum><text>a streamlined and coordinated requirements, budget, and acquisition process to support rapid fielding of software applications and of software upgrades to embedded systems for operational use in a period of not more than one year from the time that the process is initiated;</text></subparagraph>

<subparagraph id="H16B8F7257C2946899E244D34049228BE"><enum>(B)</enum><text>the collection of data on software fielded; and</text></subparagraph>

<subparagraph id="HCA9A90D5E48E4B609B9336A6881DFB3A"><enum>(C)</enum><text>continuous engagement with the users of software to support engineering activities, and to support delivery of software for operational use in periods of not more than one year.</text></subparagraph></paragraph>

<paragraph id="HAEA6B3B3187B4684B7B23D222ADA2403"><enum>(2)</enum><header>Expedited software requirements process</header>

<subparagraph id="HA533E96FAB224200B0051CC3686604CB"><enum>(A)</enum><header>Inapplicability of Joint Capabilities Integration and Development System (JCIDS) manual</header><text display-inline="yes-display-inline">Software acquisition or development conducted under the authority of this section shall not be subject to the Joint Capabilities Integration and Development System Manual, except pursuant to a modified process specifically provided for the acquisition or development of software by the Vice Chairman of the Joint Chiefs of Staff, in consultation with Under Secretary of Defense for Acquisition and Sustainment, and each service acquisition executive (as defined in section 101(a)(10) of title 10, United States Code).</text></subparagraph>

<subparagraph id="H574BE27149F7434F9892E269D9D962B3"><enum>(B)</enum><header>Inapplicability of Defense Acquisition System Directive</header><text display-inline="yes-display-inline">Software acquisition or development conducted under the authority of this

WASHSTATEC014933

section shall not be subject to Department of Defense Directive 5000.01, except when specifically provided for the acquisition or development of software by the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the Vice Chairman of the Joint Chiefs of Staff and each service acquisition executive.</text></subparagraph></paragraph></subsection>

<subsection id="HDA297807FFBF4DD2AE3F9713954FCB74"><enum>(d)</enum><header>Elements</header><text>In implementing a pathway established under the authority of this section, the Secretary shall tailor requirements relating toâ€"</text>

<paragraph id="H104110B975714E3996E079AB946BEA2C"><enum>(1)</enum><text>iterative development of requirements for software to be acquired or developed under the authority of this section through engagement with the user community and through the use of operational user feedback, in order to continuously define and update priorities for such requirements;</text></paragraph>

<paragraph id="HC5B5B00DA242404590F9DFCBDBE62F0C"><enum>(2)</enum><text>early identification of the warfighter or user need, including the rationale for how software capabilities<italic/> will support increased lethality and efficiency, and identification of a relevant user community;</text></paragraph>

<paragraph id="HDC0E3B4663F44B51A30F4C893A347E65"><enum>(3)</enum><text>initial contract requirements and format, including the use of summary-level lists of problems and shortcomings in existing software and desired features or capabilities of new or upgraded software;</text></paragraph>

<paragraph id="HF2530AA93E454D3BB59C2A983183E345"><enum>(4)</enum><text>continuous refinement and prioritization of contract requirements through use of evolutionary processes, informed by continuous engagement with operational users throughout the development and implementation period;</text></paragraph>

<paragraph id="H0036FA0BDCF2458085B5829A07445E18"><enum>(5)</enum><text>continuous consideration of issues related to lifecycle costs, technical data rights, and systems interoperability;</text></paragraph>

<paragraph id="HE69DFAD14EEF4F109A83182E38902B61"><enum>(6)</enum><text>planning for support of software capabilities in cases where the software developer may stop supporting the software;</text></paragraph>

<paragraph id="HD697B26DE96A4B83A6F9AC3A39C8B1DB"><enum>(7)</enum><text>rapid contracting procedures, including expedited timeframes for making awards, selecting contract types, defining teaming arrangements, and defining options;</text></paragraph>

<paragraph id="H7BFB8822148649638E62D6CFBA418960"><enum>(8)</enum><text>program execution processes, including supporting development and test infrastructure, automation and tools, digital engineering, data collection and sharing with Department of Defense oversight organizations and with Congress, the role of developmental and operational testing activities, key decision making and oversight events, and supporting processes and activities (such as independent costing activity, operational demonstration, and performance metrics);</text></paragraph>

<paragraph id="HAC2A537107C84CB5AFC673B30E72F893"><enum>(9)</enum><text>assurances that cybersecurity metrics of the software to be acquired or developed, such as metrics relating to the density of vulnerabilities within the code of such software, the time from vulnerability identification to patch availability, the existence of common weaknesses within such code, and other cybersecurity metrics based on widely-recognized standards and industry best practices, are generated and made available to the Department of Defense and the congressional defense committees;</text></paragraph>

<paragraph id="HFABEC483D57C463ABDF1D445DC10EFA0"><enum>(10)</enum><text>administrative procedures, including procedures related to who may initiate and approve an acquisition under this authority, the roles and responsibilities of the implementing project or product teams and supporting activities, team selection and staffing process, governance and oversight roles and responsibilities, and appropriate independent technology assessments, testing, and cost estimation (including relevant thresholds or designation criteria);</text></paragraph>

<paragraph id="H5DF970D03C984992AF43A5907C60865A"><enum>(11)</enum><text>mechanisms and waivers designed to ensure flexibility in the implementation of a pathway under this

section, including the use of other transaction authority, broad agency announcements, and other procedures; and</text></paragraph>

<paragraph id="HF89EE2BF95BF43E298061E8185407D3B" commented="no"><enum>(12)</enum><text display-inline="yes-display-inline">mechanisms the Secretary will use for appropriate reporting to Congress on the use of this authority, including notice of initiation of the use of a pathway and data regarding individual programs or acquisition activities, how acquisition activities are reflected in budget justification materials or requests to reprogram appropriated funds, and compliance with other reporting requirements.</text></paragraph></subsection>

<subsection id="H8AC6C9F5F14C4F7D85C2C29DFDCB6920"><enum>(e)</enum><header>Guidance required</header>

<paragraph id="H9A910F87F9A94D53B8EECDC61343A6B6" display-inline="no-display-inline"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall issue initial guidance to implement the requirements of this section.</text></paragraph>

<paragraph id="H7590DE423CB54A7680828F573C82435F"><enum>(2)</enum><header>Limitation</header><text display-inline="yes-display-inline">If the Secretary of Defense has not issued final guidance to implement the requirements of this section before October 1, 2021, the Secretary may not use the authority under this section—</text>

<subparagraph id="HEC93828B4C954E9E93963795547CAC44"><enum>(A)</enum><text>to establish a new pathway to acquire or develop software; or</text></subparagraph>

<subparagraph id="H7BF00C9E58384FAEB7DFC6068AAA21AA"><enum>(B)</enum><text display-inline="yes-display-inline">to continue activities to acquire or develop software using a pathway established under initial guidance described in paragraph (1).</text></subparagraph></paragraph></subsection>

<subsection id="H7FB91A61AEAC4765A58798ADC9319226"><enum>(f)</enum><header>Report</header>

<paragraph id="H09C8CA8A41754DABAB1ED50800FD016D"><enum>(1)</enum><header>In general</header><text>Not later than October 15, 2020, the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the secretaries of the military departments and other appropriate officials, shall report on the use of the authority under this section using the initial guidance issued under subsection (d).</text></paragraph>

<paragraph id="H6C043A01736E4BD88AEBCB731C8FAE23"><enum>(2)</enum><header>Elements</header><text>The report required under paragraph (1) shall include the following elements:</text>

<subparagraph id="HBB8423EF925F49A2A3796D315EC2AFED"><enum>(A)</enum><text>The final guidance required by subsection (d)(2), including a description of the treatment of use of the authority that was initiated before such final guidance was issued.</text></subparagraph>

<subparagraph id="HB1358279B1C3425196FFAFC372249761"><enum>(B)</enum><text>A summary of how the authority under this section has been used, including a list of the cost estimate, schedule for development, testing and delivery, and key management risks for each initiative conducted pursuant to such authority.</text></subparagraph>

<subparagraph id="H3BBD013C14414F02980DC00F336FF87C"><enum>(C)</enum><text display-inline="yes-display-inline">Accomplishments from and challenges to using the authority under this section, including organizational, cultural, talent, infrastructure, testing, and training considerations.</text></subparagraph>

<subparagraph id="H53AA6A93FFE44A209EB0B9E832E7645F"><enum>(D)</enum><text display-inline="yes-display-inline">Recommendations for legislative changes to the authority under this section.</text></subparagraph>

<subparagraph id="H130174E50BBA45F98BF6E8AFA4B7CA41"><enum>(E)</enum><text display-inline="yes-display-inline">Recommendations for regulatory changes to the authority under this section to promote effective development and deployment of software acquired or developed under this section.</text></subparagraph></paragraph></subsection></section>

```
<section id="H782CDB7413424F3D8F51FF40EBEDB318"><enum>801.</enum><header>Pilot program
on intellectual property evaluation for acquisition programs</header>

<subsection id="HCAC4108816D348F4B427BCD02662442E"><enum>(a)</enum><header>Pilot
program</header><text>Not later than 180 days after the date of the enactment of this
Act, the Secretary of Defense and the Secretaries of the military departments may
jointly carry out a pilot program to assess mechanisms to evaluate intellectual
property (such as technical data deliverables and associated license rights), including
commercially available intellectual property valuation analysis and techniques, in
acquisition programs for which each such Secretary is responsible to better understand
the benefits associated with these mechanisms onâ€"</text>

<paragraph id="HE61DBF4F03B04B0CA8D2DE50D5B64357"><enum>(1)</enum><text>the development
of cost-effective intellectual property strategies;</text></paragraph>

<paragraph id="H1A886896157A4978A333DB47816D6F3F"><enum>(2)</enum><text>the assessment
and management of the value and acquisition costs of intellectual property during
acquisition and sustainment activities (including source selection evaluation factors)
throughout the acquisition lifecycle for any acquisition program selected by such
Secretary; and</text></paragraph>

<paragraph id="HC1D2A89C133E42D5A2BD4997DB5A3273" commented="no"><enum>(3)</enum><text
display-inline="yes-display-inline">the use of a commercial product (as defined in
section 103 of title 41, United States Code, as in effect on January 1, 2020),
commercial service (as defined in section 103a of title 41, United States Code, as in
effect on January 1, 2020), or nondevelopmental item (as defined in section 110 of
title 41, United States Code) as an alternative to a product or service to be
specifically developed for a selected acquisition program, including evaluation of the
benefits of reduced risk regarding cost, schedule, and performance associated with
commercial products, commercial services, and nondevelopmental
items.</text></paragraph></subsection>

<subsection
id="H502B6A0325C04A3096FBFAA07D8F7F8C"><enum>(b)</enum><header>Activities</header><text
>Activities carried out under the pilot program may include the following:</text>

<paragraph id="H9B7ECDD1E3A84AC8B89BB02B27BC46B9"><enum>(1)</enum><text display-
inline="yes-display-inline">Establishment of a team of Department of Defense and
private sector subject matter experts (which may include the cadre of intellectual
property experts established under section 2322(b) of title 10, United States Code)
toâ€"</text>

<subparagraph id="HEDAF4081C84C41838C5C035FC8BA7B66"><enum>(A)</enum><text>recommend
acquisition programs to be selected for the pilot program established under subsection
(a);</text></subparagraph>

<subparagraph id="HFC3D266186EA4F659E046CB9892057A8"><enum>(B)</enum><text>recommend
criteria for the consideration of types of commercial products, commercial services, or
nondevelopmental items that can used as an alternative to a product or service to be
specifically developed for a selected acquisition program; or</text></subparagraph>

<subparagraph id="H3E782FAC939E495ABF46A472F0CC131A"><enum>(C)</enum><text display-
inline="yes-display-inline">identify, to the maximum extent practicable at each
milestone established for each selected acquisition program, intellectual property
evaluation techniques to obtain quantitative and qualitative analysis of intellectual
property during the procurement, production and deployment, and operations and support
phases for the each selected acquisition program.</text></subparagraph></paragraph>

<paragraph id="H9F0AD4C33AD447C5BB67CF8B6B1067F0"><enum>(2)</enum><text>Assessment of
commercial valuation techniques for intellectual property for use by the Department of
Defense.</text></paragraph>

<paragraph id="H4FAE88C15C73459A894A0C85726DC732"><enum>(3)</enum><text>Assessment of
the feasibility of agency-level oversight to standardize intellectual property
evaluation practices and procedures.</text></paragraph>

<paragraph id="HF65A3BBBD0244949B0C29282D6312051"><enum>(4)</enum><text>Assessment of
contracting mechanisms to speed delivery of intellectual property to the Armed Forces
or reduce sustainment costs.</text></paragraph>

<paragraph id="H0F2083CF219C483C87E53F87C1D80EED"><enum>(5)</enum><text>Assessment of
```

agency acquisition planning to ensure procurement of appropriate intellectual property deliverables and intellectual property rights necessary for Government-planned sustainment activities.</text></paragraph>

<paragraph id="HF92482931DEE4A199C8A95DEF6B389A7"><enum>(6)</enum><text>Engagement with the private sector toâ€"</text>

<subparagraph id="H5180F36995FD427987E322AD17D8B074"><enum>(A)</enum><text>support the development of strategies and program requirements to aid in acquisition planning for intellectual property;</text></subparagraph>

<subparagraph id="H80ED4E7BC65642BEA724A9A280FC0E38"><enum>(B)</enum><text>support the development and improvement of intellectual property strategies as part of life-cycle sustainment plans; and</text></subparagraph>

<subparagraph id="HC9B7E7D8A329403DA33EB96DB716C8D1"><enum>(C)</enum><text>propose and implement alternative and innovative methods of intellectual property valuation, prioritization, and evaluation techniques for intellectual property.</text></subparagraph></paragraph>

<paragraph id="HBBE599D70A0F401883A3AAB150839F36"><enum>(7)</enum><text>Recommendations to the relevant program manager of an acquisition program selected under subsection (a), including evaluation techniques and contracting mechanisms for acquisition and sustainment activities.</text></paragraph></subsection>

<subsection id="H295483C9181945569E3ADD580FD3A943"><enum>(c)</enum><header>Report</header><text>Not later than November 1, 2020, and annually thereafter through November 1, 2023, the Secretary of Defense, in coordination with the Secretaries concerned, shall submit to the congressional defense committees a joint report on the pilot program conducted under this section. The report shall, at a minimum, includeâ€"</text>

<paragraph id="HAE5A6548ABE24734918B79E097502FE3"><enum>(1)</enum><text>a description of the acquisition programs selected by the Secretary concerned;</text></paragraph>

<paragraph id="H3F5086CCB5964978B23BF0C26F03ECD0"><enum>(2)</enum><text>a description of the specific activities in subsection (c) that were performed under each program;</text></paragraph>

<paragraph id="HF159C9B3B2414B3D965EE3DAE4977CEF"><enum>(3)</enum><text>an assessment of the effectiveness of the activities;</text></paragraph>

<paragraph id="H4410574E043F48D8B61520F33A2666C0"><enum>(4)</enum><text>an assessment of improvements to acquisition or sustainment activities related to the pilot program; and</text></paragraph>

<paragraph id="H987824FADC434B1C86FF2A7D876AC58B"><enum>(5)</enum><text>an assessment of the results related to the pilot program, including any cost savings and improvement to mission success during the operations and support phase of the selected acquisition program.</text></paragraph></subsection></section>

<section id="H9F240E32B57D4376A74AA29FDF306DB2"><enum>802.</enum><header>Pilot program to use alpha contracting teams for complex requirements</header>

<subsection commented="no" display-inline="no-display-inline" id="H4E748C968BAD4482882F2831379403C0"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H625415DA5B0642D797C053A2C12AC5EF"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall select at least 2, and up to 5, initiatives to participate in a pilot to use teams that, with the advice of expert third parties, focus on the development of complex contract technical requirements for services, with each team focusing on developing achievable technical requirements that are appropriately valued and identifying the most effective acquisition strategy to achieve those requirements.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H00F31C5B90724CD4B444C5C32DF97493" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary shall develop metrics for tracking progress of the program at improving quality and acquisition cycle

```
time.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H29312655C64149BC9A105689919C23A6"><enum>(b)</enum><header display-inline="yes-
display-inline">Development of criteria and initiatives</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H171815BEB41D42F28E09839530206D5F"><enum>(1)</enum><text display-inline="yes-
display-inline">Not later than February 1, 2020, the Secretary of Defense shall
establish the pilot program and notify the congressional defense committees of the
criteria used to select initiatives and the metrics used to track
progress.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H25AB8FC7CF8740C384606E4C46CCFC95" indent="up1"><enum>(2)</enum><text display-
inline="yes-display-inline">Not later than May 1, 2020, the Secretary shall notify the
congressional defense committees of the initiatives selected for the
program.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6235302CEB004C6E9C03EAEA589800F1" indent="up1"><enum>(3)</enum><text display-
inline="yes-display-inline">Not later than December 1, 2020, the Secretary shall brief
the congressional defense committees on the progress of the selected initiatives,
including the progress of the initiatives at improving quality and acquisition cycle
time according to the metrics developed under subsection
(a)(2).</text></paragraph></subsection></section>

<section id="HB4397781C22B456FACF0834A90F998A1"><enum>803.</enum><header>Failure to
provide other than certified cost or pricing data upon request</header><text display-
inline="no-display-inline">Section 2306a(d) of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="HC2671FB6665A4FF0A9A35BF44D7E79FE"><enum>(1)</enum><text>in paragraph
(1), by adding at the end the following: <quote>Contracting officers shall not
determine the price of a contract or subcontract to be fair and reasonable based solely
on historical prices paid by the Government.</quote>;</text></paragraph>

<paragraph id="HDA9B172BE8D94D50A884DC3F9AC1FB0A"><enum>(2)</enum><text>by
redesignating paragraph (2) as paragraph (3); and</text></paragraph>

<paragraph id="H383EF2D0A9854334A19ED028571FBD31"><enum>(3)</enum><text>by inserting
after paragraph (1) the following new paragraph:</text>

<quoted-block act-name="" id="H54561CFEA9724492AB750AC2AFCD8990" style="OLC">

<paragraph id="H5524431452F8413FA0233FA2E1D6EA93"><enum>(2)</enum><header>Ineligibility
for award</header>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H02A763F0AC054981AF791074694C9B9E"><enum>(A)</enum><text>In the event the
contracting officer is unable to determine proposed prices are fair and reasonable by
any other means, an offeror who fails to make a good faith effort to comply with a
reasonable request to submit data in accordance with paragraph (1) is ineligible for
award unless the head of the contracting activity, or the designee of the head of
contracting activity, determines that it is in the best interest of the Government to
make the award to that offeror, based on consideration of pertinent factors, including
the following:</text>

<clause id="H1A422CCAFCAE4B3595F01BF03C1F50B1" indent="up1"><enum>(i)</enum><text>The
effort to obtain the data.</text></clause>

<clause id="H93C453E91BA04851B4F00EA3C6ACDFA0"
indent="up1"><enum>(ii)</enum><text>Availability of other sources of supply of the item
or service.</text></clause>

<clause id="H6AA637EB9B7A437DB57BC4182CD36077" indent="up1"><enum>(iii)</enum><text>The
urgency or criticality of the Governmentâ€™s need for the item or
service.</text></clause>

<clause id="H5A8CE48B801C46FE8358E207FDDA703B"
indent="up1"><enum>(iv)</enum><text>Reasonableness of the price of the contract,
```

WASHSTATEC014938

subcontract, or modification of the contract or subcontract based on information available to the contracting officer.</text></clause>

<clause id="H220A00568AC44F788ED510BEDAF967E9" indent="up1"><enum>(v)</enum><text>Rationale or justification made by the offeror for not providing the requested data.</text></clause>

<clause id="H96E3D118188045AFB7E83E769FF722E7" indent="up1"><enum>(vi)</enum><text>Risk to the Government if award is not made.</text></clause></subparagraph>

<subparagraph id="H1E197CCD9FD740E28DDFD4CDF4396A90" indent="up1"><enum>(B)</enum>

<clause commented="no" display-inline="yes-display-inline" id="HB5A3438C3EC2496C85C95E45EC1F5060"><enum>(i)</enum><text>Any new determination made by the head of the contracting activity under subparagraph (A) shall be reported to the Principal Director, Defense Pricing and Contracting on a quarterly basis.</text></clause>

<clause id="H6A30E4E3271949FBA718E23FD5D08D6B" indent="up1"><enum>(ii)</enum><text>The Under Secretary of Defense for Acquisition and Sustainment, or a designee, shall produce an annual report identifying offerors that have denied multiple requests for submission of uncertified cost or pricing data over the preceding three-year period, but nevertheless received an award. The report shall identify products or services offered by such offerors that should undergo should-cost analysis. The Secretary of Defense may include a notation on such offerors in the system used by the Federal Government to monitor or record contractor past performance. The Under Secretary shall assess the extent to which these offerors are sole source providers within the defense industrial base and shall develop strategies to incentivize new entrants into the industrial base to increase the availability of other sources of supply for the product or service.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H156D0BF1B223459BA584C74A5D9A5D15" display-inline="no-display-inline" section-type="subsequent-section"><enum>804.</enum><header>Comptroller General report on price reasonableness</header><text display-inline="no-display-inline">Not later than March 31, 2021, the Comptroller General of the United States shall submit to the congressional defense committees, the Committee on Oversight and Reform of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate a report on the efforts of the Secretary of Defense to secure data relating to the price reasonableness of offers from offerors. The report shall include a review ofâ€"</text>

<paragraph id="H619881D8B9D2476E9356654DD6B3FD64"><enum>(1)</enum><text display-inline="yes-display-inline">the number of, and justification for, any waiver of requirements for submission of certified cost or pricing data for sole source contracts for spare parts issued during fiscal years 2015 through 2019 pursuant to section 2306a(b)(1)(C) of title 10, United States Code;</text></paragraph>

<paragraph id="HBEE9A16CC30145E8A238BA53BEB9AE83"><enum>(2)</enum><text display-inline="yes-display-inline">the number of, and justification for, any exception to the requirements for submission of certified cost or pricing data for sole source contracts for spare parts provided during fiscal years 2015 through 2019 pursuant to section 2306a(b)(1)(B) of title 10, United States Code;</text></paragraph>

<paragraph id="HD577218442DC435499CC3EDD720A0A54"><enum>(3)</enum><text display-inline="yes-display-inline">the number of contracts awarded for which a request for cost or pricing data, including data other than certified cost or pricing data, to determine price reasonableness was denied by an offeror at the time of award;</text></paragraph>

<paragraph id="H28809FA5CD7C43CE9D2C765E2BBA72E6"><enum>(4)</enum><text display-inline="yes-display-inline">actions taken by the Secretary if an offeror refused to provide requested data described in paragraph (2), includingâ€"</text>

<subparagraph id="HE2F1F5A8DCB24AEABF8955D742EC5746"><enum>(A)</enum><text display-inline="yes-display-inline">whether the contracting officer included a notation in the system used by the Federal Government to monitor or record contractor past performance regarding the refusal of an offeror to provide such data;</text></subparagraph>

<subparagraph id="HF2EA1FAD4FEF46D594145C34B754D6B9"><enum>(B)</enum><text display-

inline="yes-display-inline">any strategies developed by the Secretary to acquire the good that was the subject of a contract for which the offeror refused to provide such data in the future without the need for such a waiver.</text></subparagraph></paragraph></section>

<section id="H538776612392474ABBBD8D7475C3C707" section-type="subsequent-section"><enum>805.</enum><header>Limitation on transfer of funds related to cost overruns and cost underruns</header>

<subsection id="H535E218366F24D7EBE781D6D18B67437"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 828(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2430 note) is amended by striking <quote>For each of fiscal years 2018 through 2022</quote> and inserting <quote>For fiscal years 2018 and 2019</quote>.</text></subsection>

<subsection id="H805DAE18056F46609FD3D3BB087FF2A4"><enum>(b)</enum><header>Technical amendment</header><text display-inline="yes-display-inline">Section 825 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1466; 10 U.S.C. 2430 note) is amendedâ€"</text>

<paragraph id="HCC2926BD5F3940E5882FA3230C700325"><enum>(1)</enum><text display-inline="yes-display-inline">by repealing subsection (b); and</text></paragraph>

<paragraph id="HCCF576FA013D410D85ACF120B3A2F871"><enum>(2)</enum><text>by striking <quote>(a) <header-in-text level="subsection" style="OLC">In general.â€"</header-in-text></quote>.</text></paragraph></subsection></section>

<section id="H1E3C9ED739EA451EBD405367FA2DBD4F"><enum>806.</enum><header>Standardizing data collection and reporting on use of source selection procedures by Federal agencies</header>

<subsection id="H04EA320EC42F4A80AE2B2594A2BD1F20"><enum>(a)</enum><header>Repeal of Government Accountability Office reporting requirements on use of lowest price technically acceptable source selection criteria</header>

<paragraph id="H5DE328D693C744D1B96DC87A04ACE224"><enum>(1)</enum><header>Department of Defense</header><text>Section 813 of the National Defense Authorization Act for Fiscal Year 2017 (10 U.S.C. 2305 note) is amended by striking subsection (d).</text></paragraph>

<paragraph id="HAD799BBFA72243EDAEF7168457E57B36"><enum>(2)</enum><header>Other agencies</header><text>Section 880 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1910; 41 U.S.C. 3701 note) is amended by striking subsection (d) and redesignating subsection (e) as subsection (d).</text></paragraph></subsection>

<subsection id="HAD1F7F7D9F8A488F8E273D2A58A56672"><enum>(b)</enum><header>Revision to the Federal procurement data system</header><text>Not later than 180 days after the date of the enactment of this Act, the Administrator of General Services, in coordination with the Administrator for Federal Procurement Policy, shall direct appropriate revisions to the Federal procurement data system established pursuant to section 1122(a)(4) of title 41, United States Code (or any successor system), to facilitate the collection of complete, timely, and reliable data on the source selection processes used by Federal agencies for the contract actions being reported in the system. The Administrator of General Services shall ensure that data are collectedâ€"</text>

<paragraph id="H0A91E11792A54F4CA2962D2119F13716"><enum>(1)</enum><text>at a minimum, on the usage of the lowest price technically acceptable contracting methods and best value contracting methods process; and</text></paragraph>

<paragraph id="H522BF99386074494A2CEBAFD9C2FE633"><enum>(2)</enum><text display-inline="yes-display-inline">on all applicable contracting actions, including task orders or delivery orders issued under indefinite delivery-indefinite quantity contracts.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H059115874A274C1E8BE54AFB20B1DF2F" section-type="subsequent-section"><enum>807.</enum><header display-inline="yes-display-inline">Department of Defense use of fixed-price contracts</header>

```
<subsection commented="no" display-inline="no-display-inline"
id="HAA9A3E55CA064D89861647717B90E5A0"><enum>(a)</enum><header display-inline="yes-
display-inline">Department of Defense review</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HBA4B43BCF1974385B9940AAC57051755"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The Under
Secretary of Defense for Acquisition and Sustainment shall review how the Department of
Defense informs decisions to use fixed-price contracts to support broader acquisition
objectives to ensure that such decisions are made strategically and consistently. The
review should include decisions on the use of the various types of fixed price
contracts, including fixed-price incentive contracts.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9D8B81BC595841C3958FC0C56C012006"><enum>(2)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">Not later
than February 1, 2020, the Under Secretary shall brief the congressional defense
committees on the findings of the review required under paragraph
(1).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HA0308173FA614C71806601AD82AD765A"><enum>(b)</enum><header display-inline="yes-
display-inline">Comptroller General report</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H72E019D39F3E4310B0B1DB0C73CF585E"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than February 1, 2021, the Comptroller General of the United States shall submit to the
congressional defense committees a report on the Department of Defense's use of fixed-
price contracts, including different types of fixed-price contracts.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H54C82EB3786A487B9CF2577EAE4356E9"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6C00781915614983308F34B5B326091"><enum>(A)</enum><text display-inline="yes-
display-inline">A description of the extent to which fixed-price contracts have been
used over time and the conditions in which they are used.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H23429C34608B4D088F7538E9DBA3551D"><enum>(B)</enum><text display-inline="yes-
display-inline">An assessment of the effects of the decisions to use fixed-price
contract types, such as any additional costs or savings or efficiencies in contract
administration.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H917B85B1F3D144D1925D72463B689A7C"><enum>(C)</enum><text display-inline="yes-
display-inline">An assessment of how decisions to use various types of fixed-price
contracts affects the contract closeout
process.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H01E267AFA6D9465DA927FD27F1221F01"><enum>(c)</enum><header display-inline="yes-
display-inline">Delayed implementation of regulations requiring the use of fixed-Price
contracts for foreign military sales</header><text display-inline="yes-display-
inline">The regulations prescribed pursuant to section 830(a) of the National Defense
Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 22 U.S.C. 2762 note)
shall not take effect until December 31, 2020. The regulations as so prescribed shall
take into account the findings of the review conducted under subsection
(a)(1).</text></subsection></section>

<section id="H238693DADEA44EE79688A1C21B3A199C" section-type="subsequent-
section"><enum>808.</enum><header>Repeal of continuation of data rights during
challenges</header>

<subsection
id="HB1C95A54F0614E26BAAC672BFB1507C8"><enum>(a)</enum><header>Repeal</header><text>Sec
tion 866 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019
```

(Public Law 115–232; 132 Stat. 1901; 10 U.S.C. 2321) is repealed.</text></subsection>

<subsection id="H7013764F4C384860B0436F30E29ACC54"><enum>(b)</enum><header>Restoration of amended provision</header><text display-inline="yes-display-inline">Subsection (i) of section 2321 of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H9FC5D9B021474D8B98821546F1078F87" display-inline="no-display-inline">

<subsection id="HF0D4F4DD67D640EEACF340FE5798C964"><enum>(i)</enum><header>Rights and liability upon final disposition</header>

<paragraph id="HB8B0CAAC7F71420D87F818A74F7B0619" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">If, upon final disposition, the contracting officer's challenge to the use or release restriction is sustained—</text>

<subparagraph id="HDB30800A29674D739E33623A6E20D0B7" indent="up1"><enum>(A)</enum><text>the restriction shall be cancelled; and</text></subparagraph>

<subparagraph id="HDEC9435C7A8E451991C542A903431DE6" indent="up1"><enum>(B)</enum><text>if the asserted restriction is found not to be substantially justified, the contractor or subcontractor asserting the restriction shall be liable to the United States for payment of the cost to the United States of reviewing the asserted restriction and the fees and other expenses (as defined in section 2412(d)(2)(A) of title 28) incurred by the United States in challenging the asserted restriction, unless special circumstances would make such payment unjust.</text></subparagraph></paragraph>

<paragraph id="HE3824A3007A641998A5E3FF4BFAC2343" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">If, upon final disposition, the contracting officer's challenge to the use or release restriction is not sustained—</text>

<subparagraph id="H19F6C7C6922042B7A50DAEDFBCBEF0DC"><enum>(A)</enum><text>the United States shall continue to be bound by the restriction; and</text></subparagraph>

<subparagraph id="H284FB1B2AC0641A089B0C746BB6B80FF"><enum>(B)</enum><text>the United States shall be liable for payment to the party asserting the restriction for fees and other expenses (as defined in section 2412(d)(2)(A) of title 28) incurred by the party asserting the restriction in defending the asserted restriction if the challenge by the United States is found not to be made in good faith.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HB2995A06ABFD46D7B7628D0E20E882B9"><enum>809.</enum><header>Repeal of authority to waive acquisition laws to acquire vital national security capabilities</header><text display-inline="no-display-inline">Section 806 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2302 note) is repealed.</text></section>

<section id="HE5B178C16A9841CB94870AAE6FA25A98"><enum>810.</enum><header>Repeal of the Defense Cost Accounting Standards Board</header>

<subsection id="HFB708FE2136544C2B98D8A1798CF266F"><enum>(a)</enum><header>Repeal</header><text display-inline="yes-display-inline">Section 190 of title 10, United States Code, is repealed.</text></subsection>

<subsection id="HB3F03F471D144BF8AACEF0D262BF6CFA"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 7 of such title is amended by striking the item relating to section 190.</text></subsection></section></subtitle>

<subtitle id="H11E0E801912E474F8F4B621291E00379"><enum>B</enum><header>Amendments to General Contracting Authorities, Procedures, and Limitations</header>

<section id="H50964CC19DCE438A8D72865DE2ACD7E6"><enum>815.</enum><header>Modification of Director of Operational Test and Evaluation report</header><text display-inline="no-display-inline">Section 139(h) of title 10, United States Code, is amended—</text>

<paragraph id="H426BCE4721844B169B3C2DFDA1CFACD4"><enum>(1)</enum><text display-

WASHSTATEC014942

```
inline="yes-display-inline">in paragraph (2), by striking <quote>, through January 31,
2021</quote> and inserting <quote>, through January 31, 2025</quote>;
and</text></paragraph>

<paragraph id="HD454BF5C6B9A4CCBB155D8CDDC8A4114"><enum>(2)</enum><text display-
inline="yes-display-inline">by amending paragraph (5) to read as follows:</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="HEAEC088F77BF4AB9BAE663B60DB3ECE7" style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H26E4C71939E442DA93BB6851884C71F1" indent="up1"><enum>(5)</enum><text display-
inline="yes-display-inline">The Director shall solicit comments from the Secretaries of
the military departments on each report of the Director to Congress under this section
and include any comments as an appendix to the Director's report. The Director shall
determine the amount of time available for the Secretaries to comment on the draft
report on a case by case basis, and consider the extent to which substantive
discussions have already been held between the Director and the military department.
The Director shall reserve the right to issue the report without comment from a
military department if the department's comments are not received within the time
provided, and shall indicate any such omission in the report.</text></paragraph><after-
quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline"
id="HC401863D1FAA4268AF36E9BECA858243" section-type="subsequent-
section"><enum>816.</enum><header display-inline="yes-display-inline">Modification of
written approval requirement for task and delivery order single contract
awards</header><text display-inline="no-display-inline">Section 2304a(d)(3) of title
10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H782903BA272F49EDAFB19898BD76929C"><enum>(1)</enum><text display-inline="yes-
display-inline">in subparagraph (B), by redesignating clauses (i) and (ii) as
subclauses (I) and (II), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H10D856E071EA4D4BB7489B27032771D6"><enum>(2)</enum><text display-inline="yes-
display-inline">by redesignating subparagraphs (A), (B), (C), and (D) as clauses (i),
(ii), (iii), and (iv), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7475B68B88D64200A1BBE6DEFEAE52B9"><enum>(3)</enum><text display-inline="yes-
display-inline">by striking <quote>No task or delivery order contract</quote> and
inserting <quote>(A) Except as provided under subparagraph (B), no task or delivery
order contract</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H759A88430FDB43EA9829EB198BB11CEF"><enum>(4)</enum><text display-inline="yes-
display-inline">by adding at the end the following new subparagraph:</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="H52D86806BE19486EBFE8D0118C457399" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="H48183E9F477040799FF00A0BFEA8174D" indent="up2"><enum>(B)</enum><text display-
inline="yes-display-inline">A task or delivery order contract in an amount estimated to
exceed $100,000,000 (including all options) may be awarded to a single source without
the written determination otherwise required under subparagraph (A) if the head of the
agency has made a written determination pursuant to section 2304(c) of this title that
procedures other than competitive procedures may be used for the awarding of such
contract.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></section>

<section id="H25F1739DD7C649EDA6205EB2DAC0B464"><enum>817.</enum><header>Responsibility
for data analysis and requirements validation for services contracts</header>

<subsection id="HAE00CEE3884B4B9687926C3702DF40B8"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Section 2329 of title 10,
United States Code, is amendedâ€"</text>

<paragraph id="HDBCD72A7412142B6A8F13B1C77458802"><enum>(1)</enum><text>in subsection
```

(a), by inserting <quote>, acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation,</quote> after <quote>Secretary of Defense</quote>;</text></paragraph>

<paragraph id="H33110F32E55241EC8588F0CD998A6B6F"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (b), in the matter preceding paragraph (1), by inserting <quote>, acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation,</quote> after <quote>Secretary of Defense</quote>; and</text></paragraph>

<paragraph id="HCF7450088E7D4679AE87F134170CBDEA"><enum>(3)</enum><text display-inline="yes-display-inline">in subsection (c)(2)(A), by inserting <quote>, acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation,</quote> after <quote>Secretary of Defense</quote>.</text></paragraph></subsection>

<subsection id="H270900CEB4344680AD8D831C3372D105"><enum>(b)</enum><header>Conforming amendment</header><text display-inline="yes-display-inline">Section 818(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1852) is amended by striking <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote> and inserting <quote>the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation</quote>.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HA534F613CC2D434FA0C67A7C4D73AF85" section-type="subsequent-section"><enum>818.</enum><header display-inline="yes-display-inline">Documentation of market research related to commercial item determinations</header>

<subsection id="H9C692D3BAB1B4520ADE75DAA2CEFDE13"><enum>(a)</enum><header>Department of Defense procurements</header>

<paragraph id="HA983EC72B3A14A8684319F88B5A7084A"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2377(c) of title 10, United States Code, is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H572DA799384A449FA3DC06B19DC3F426"><enum>(A)</enum><text display-inline="yes-display-inline">by redesignating paragraph (4) as paragraph (5); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3C5249BA0E844C3F8319DBFA95793ADF"><enum>(B)</enum><text display-inline="yes-display-inline">by inserting after paragraph (3) the following new paragraph:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H7ED062EDCA3E44F7896CC3D410AB2649" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HA8CE7D4E27584427851FD1ECA2A616EE"><enum>(4)</enum><text display-inline="yes-display-inline">The head of an agency shall document the results of market research in a manner appropriate to the size and complexity of the acquisition.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA2C084AAF9914D30881CDFCD39131D30"><enum>(2)</enum><header display-inline="yes-display-inline">Conforming amendment related to prospective amendment</header><text display-inline="yes-display-inline">Section 836(d)(3)(C)(ii) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>in paragraph (4)</quote> and inserting <quote>in paragraph (5)</quote>.</text></paragraph></subsection>

<subsection id="H3BD19CED5A334DC2B5663B08AAB0C55B"><enum>(b)</enum><header>Civilian agency procurements</header><text display-inline="yes-display-inline">Section 3307(d) of title 41, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="HB9C80812AA344C149C640C60FB24840C" style="OLC">

WASHSTATEC014944

```
<paragraph commented="no" display-inline="no-display-inline"
id="H9473C1744F6E43739E2300B0246CB4DD"><enum>(4)</enum><header>Documentation</header><t
ext display-inline="yes-display-inline">The head of the agency shall document the
results of market research in a manner appropriate to the size and complexity of the
acquisition.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section id="HFF54869FF29F4558B14997C671211F24"><enum>819.</enum><header>Availability
of data on the use of other transaction authority and report on the use of authority to
carry out prototype projects</header><text display-inline="no-display-inline">Section
873 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019
(Public Law 115â€"232; 132 Stat. 1905; 10 U.S.C. 2371 note) is amendedâ€"</text>

<paragraph id="H0FD1B9BF4EB24B67BED8A486C3BCAA37"><enum>(1)</enum><text>in subsection
(b)â€"</text>

<subparagraph id="H76E6A9B342DD442D92D916135C630219"><enum>(A)</enum><text>by striking
the period at the end and inserting <quote>; and</quote>; </text></subparagraph>

<subparagraph id="H4768D990CD61498B923487A0204C1BBC"><enum>(B)</enum><text>by striking
<quote>shall analyze</quote> and inserting the following: </text>

<quoted-block style="OLC" id="H21A88F7FD6D84F1DBC0F172F7725F480" display-inline="yes-
display-inline"><text display-inline="yes-display-inline">shallâ€"</text>

<paragraph id="H01CA37BFC4094FD391E96DEBA4D96FA7"><enum>(1)</enum><text display-
inline="yes-display-inline">analyze</text></paragraph><after-quoted-block>; and</after-
quoted-block></quoted-block></subparagraph>

<subparagraph id="HC8492AF1711A46EEA113BF3042AAC65F"><enum>(C)</enum><text>by adding at
the end the following new paragraph:</text>

<quoted-block style="OLC" id="H7EA323C1353348E0B2AEA4A313C3E456" display-inline="no-
display-inline">

<paragraph id="H173455C4828E498BAD9BF6D9D6592963"><enum>(2)</enum><text display-
inline="yes-display-inline">make the data collected under subsection (a) accessible to
any official designated by the Secretary of Defense for inclusion by such official in
relevant reports made by such official.</text></paragraph><after-quoted-block>;
and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HF67E20A100F44A688FC6759CC864901E"><enum>(2)</enum><text>by amending
subsection (c) to read as follows:</text>

<quoted-block id="HB890C221924541A5805C03E5A236A3DD" style="OLC">

<subsection id="H8DAAC3A288164C1EB85DF0A40889C427"><enum>(c)</enum><header>Report
required</header>

<paragraph id="H64A7B1B31C4244508280858CF74C654F" display-inline="no-display-
inline"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-
inline">Not later than December 31, 2019, and annually thereafter through December 31,
2023, the Secretary of Defense shall submit to the congressional defense committees a
report on the use of other transaction authority to carry out prototype projects during
the preceding fiscal year. Each report shall summarize the data collected under
subsection (a) on the nature and extent of each such use of the authority, including a
descriptionâ€"</text>

<subparagraph id="H825DA6D2413043ED81C61A2CFA975030"><enum>(A)</enum><text>of the
participants to an agreement entered into pursuant to the authority of subsection (a)
of section 2371b of title 10, United States Code, or a follow-on contract or
transaction entered into pursuant to the authority of subsection (f) of such
section;</text></subparagraph>

<subparagraph id="HD7B6427AD7BA43A6A138732CCD93424A"><enum>(B)</enum><text>of the
quantity of prototype projects to be produced pursuant to such an agreement, follow-on
contract, or transaction;</text></subparagraph>

<subparagraph id="HEACE1FDAFCF04501A18B390F5D907657"><enum>(C)</enum><text>of the
amount of payments made pursuant to each such agreement, follow-on contract, or
transaction;</text></subparagraph>
```

```
<subparagraph id="H82E601AD73024CE3BFAFF7A4E101ADF8"><enum>(D)</enum><text>of the
purpose, description, and status of prototype projects carried out pursuant to each
such agreement, follow-on contract, or transaction; and</text></subparagraph>

<subparagraph id="HF55AFE0CA7564D82AE5B8F372F1C115F"><enum>(E)</enum><text>including
case examples, of the successes and challenges with using the authority of such
subsection (a) or (f).</text></subparagraph></paragraph>

<paragraph id="H542633B64C544E8DB623793232708A6C"><enum>(2)</enum><header>Form of
report</header><text>A report required under this subsection shall be submitted in
unclassified form without any designation relating to dissemination control, but may
contain a classified annex.</text></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H8EC78D4AD05F48F5867585DDC46951BC"><enum>820.</enum><header>Notification
of Navy procurement production disruptions</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3A482E4A11CE486EADC3F6AE6F9ECEAB"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Chapter
137 of title 10, United States Code, is amended by adding at the end the following new
section:</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="HE935F4D5EB294CF9832D3B77233AC234" style="USC">

<section commented="no" display-inline="no-display-inline"
id="H300C8552FF60417C852B575A1C75DA75" section-type="subsequent-
section"><enum>2339b.</enum><header display-inline="yes-display-inline">Notification of
Navy procurement production disruptions</header>

<subsection commented="no" display-inline="no-display-inline"
id="H4F378CAA56D54DD980C136DFA6414BBD"><enum>(a)</enum><header display-inline="yes-
display-inline">Requirement for contractor To provide notice of delays</header><text
display-inline="yes-display-inline">The Secretary of the Navy shall require prime
contractors of any Navy procurement program funded under either the Shipbuilding and
Conversion, Navy account or the Other Procurement, Navy account to report within 15
calendar days any stop work order or other manufacturing disruption of 15 calendar days
or more, by the prime contractor or any subcontractor, to the respective program
manager and Navy technical authority.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB2427DF3B32E40B2BB50A241D2E2A4DB"><enum>(b)</enum><header display-inline="yes-
display-inline">Quarterly reports</header><text display-inline="yes-display-inline">The
Secretary of the Navy shall submit to the congressional defense committees not later
than 15 calendar days after the end of each quarter of a fiscal year a report listing
all notifications made pursuant to subsection (a) during the preceding
quarter.</text></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4A811BB4236645DA8118E60A8C9A4F30"><enum>(b)</enum><header display-inline="yes-
display-inline">Clerical amendment</header><text display-inline="yes-display-
inline">The table of sections at the beginning of chapter 137 of title 10, United
States Code, is amended by inserting after the item relating to section 2339a the
following new item:</text>

<quoted-block display-inline="no-display-inline" id="H101091F7305F498BA54D77644DB5E9E1"
style="USC">

<toc>

<toc-entry bold="off" level="section">2339b. Notification of Navy procurement
production disruptions.</toc-entry></toc><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="HE34F603F46614600892595D24CEC0810"><enum>821.</enum><header>Modification
to acquisition authority of the Commander of the United States Cyber
Command</header><text display-inline="no-display-inline">Section 807 of the National
Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2224
note) is amended by inserting <quote>on new contract efforts</quote> after <quote>may
```

not obligate or expend more than $75,000,000</quote>.</text></section>

<section id="H93ED44D0FF4544949C6FC043BCE8F3CA"><enum>822.</enum><header>Extension of Never Contract With the Enemy</header><text display-inline="no-display-inline">Section 841(n) of the National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 10 U.S.C. 2302 note) is amended by striking <quote>December 31, 2021</quote> and inserting <quote>December 31, 2023</quote>.</text></section>

<section id="HCA5590318F174BDD9711D74064B92D43"><enum>823.</enum><header>Modification of justification and approval requirement for certain Department of Defense contracts</header>

<subsection commented="no" display-inline="no-display-inline" id="H120791EBB6A74F1C89140C319C567F23"><enum>(a)</enum><header display-inline="yes-display-inline">Modification of justification and approval requirement</header><text display-inline="yes-display-inline">Notwithstanding section 811 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2405)â€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HCB40A4422CC04B37816E0B5A027326AE"><enum>(1)</enum><text display-inline="yes-display-inline">no justification and approval is required under such section for a sole-source contract awarded by the Department of Defense in a covered procurement for an amount not exceeding $100,000,000; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6D8524B44AE84134A04B5714A2C0850D"><enum>(2)</enum><text display-inline="yes-display-inline">for purposes of subsections (a)(2) and (c)(3)(A) of such section, the appropriate official designated to approve the justification for a sole-source contract awarded by the Department of Defense in a covered procurement exceeding $100,000,000 is the official designated in section 2304(f)(1)(B)(ii) of title 10, United States Code.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC9D44EFD21754820913CC54F259DB300"><enum>(b)</enum><header display-inline="yes-display-inline">Guidance</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall issue guidance to implement the authority under subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H41FE0442FBEB4C1E89A482F1ABE0577F"><enum>(c)</enum><header display-inline="yes-display-inline">Comptroller General review</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0085C1B4FE73420B9AF98CFA5BCFF3C3"><enum>(1)</enum><header display-inline="yes-display-inline">Data tracking and collection</header><text display-inline="yes-display-inline">The Department of Defense shall track the use of the authority as modified by subsection (a) and make the data available to the Comptroller General for purposes of the report required under paragraph (2).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5210AD40745A46E5A041DD4460BD6A49"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than March 1, 2022, the Comptroller General of the United States shall submit a report to the congressional defense committees on the use of the authority as modified by subsection (a) through the end of fiscal year 2021. The report shall includeâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H22DF467F4EA7480ABC43278E082E76FD"><enum>(A)</enum><text>a review of the financial effect of the change to the justification and approval requirement in subsection (a) on the native corporations and businesses and associated native communities;</text></subparagraph>

<subparagraph id="H9997415326274C9695A84FC7F90198AF"><enum>(B)</enum><text>a description of the nature and extent of contracts excluded from the justification and approval requirement by subsection (a); and</text></subparagraph>

<subparagraph id="H9CCB2B7F3D5F4877BBEFA8BC63CB947C"><enum>(C)</enum><text>other matters the Comptroller General deems appropriate.</text></subparagraph></paragraph></subsection></section>

WASHSTATEC014947

```
<section id="HF2696BBD68C14DF2B0352E6257F430B5"><enum>824.</enum><header>Extension of
sunset relating to Federal Data Center Consolidation Initiative</header><text display-
inline="no-display-inline">Subsection (e) of section 834 of the National Defense
Authorization Act for Fiscal Year 2015 (44 U.S.C. 3601 note) is amended by striking
<quote>2020</quote> and inserting <quote>2022</quote>. </text></section>

<section commented="no" display-inline="no-display-inline"
id="HAAC24AE9CE944B7D83EB2B877720664B" section-type="subsequent-
section"><enum>825.</enum><header display-inline="yes-display-inline">Pilot program to
accelerate contracting and pricing processes</header><text display-inline="no-display-
inline">Section 890 of the John S. McCain National Defense Authorization Act for Fiscal
Year 2019 (Public Law 115â€232; 132 Stat. 1919; 10 U.S.C. 2306a note) is
amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HCD1A8AF25A1F49B6AE44DE2C4DFCAAA3"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking subsection (b);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H41A19016FAC6435AB10CD4A91F31E5A2"><enum>(2)</enum><text display-inline="yes-
display-inline">by redesignating subsections (c) and (d) as subsections (b) and (c),
respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H35D0C898323345838E51593C963D9414"><enum>(3)</enum><text display-inline="yes-
display-inline">in subsection (b), as redesignated by paragraph (2), by striking
<quote>and an assessment of whether the program should be continued or
expanded</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H42A9E5C8FA3A4EBE9DBBD9E2F5690C49"><enum>(4)</enum><text display-inline="yes-
display-inline">in subsection (c), as so redesignated, by striking <quote>January 2,
2021</quote> and inserting <quote>January 2, 2023</quote>.</text></paragraph></section>

<section id="H37FF1395693E4C339E29C0A12D69E440"><enum>826.</enum><header>Uniformity in
application of micro-purchase threshold to certain task or delivery
orders</header><text display-inline="no-display-inline">Section 4106(c) of title 41,
United States Code, is amended by striking <quote>$2,500</quote> and inserting
<quote>the micro-purchase threshold under section 1902 of this
title</quote>.</text></section>

<section id="H524D85A6D0664AD7B07854E1DBA73543" section-type="subsequent-
section"><enum>827.</enum><header>Requirement for cost estimates on models of
commercial e-commerce portal program</header>

<subsection id="H401283C277C8424495FF89597B7CC158"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">In implementing section 846
of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€91; 41
U.S.C. 1901 note), the Administrator of General Services shall submit to the
appropriate congressional committees, not later than one year after the first contract
is awarded pursuant to such section, a cost estimate for the three models for
commercial e-commerce portals identified in section 4.1 of <quote>Procurement Through
Commercial E-Commerce Portals Phase II Report: Market Research &amp;
Consultation</quote> issued by the Administrator in April 2019.</text></subsection>

<subsection id="H790C5DDDA0434ABD8B8CA03A832B9FED"><enum>(b)</enum><header>Appropriate
congressional committees defined</header><text display-inline="yes-display-inline">The
term <quote>appropriate congressional committees</quote> means the following:</text>

<paragraph id="H5FBA4BAA90D24A8C842C42B2F23B2BC7"><enum>(1)</enum><text>The Committees
on Armed Services of the Senate and House of Representatives.</text></paragraph>

<paragraph id="H89C9FAE8C29B4F8FB3DA771033F62352"><enum>(2)</enum><text>The Committee
on Homeland Security and Governmental Affairs of the Senate and the Committee on
Oversight and Reform of the House of Representatives.</text></paragraph>

<paragraph id="H7849BF49DC9142FF884ECD8CF065E2F6"><enum>(3)</enum><text>The Committee
on Small Business and Entrepreneurship of the Senate and the Committee on Small
Business of the House of
Representatives.</text></paragraph></subsection></section></subtitle>
```

&lt;subtitle id="H510EA55756964F349D994FD0E5F3E19A"&gt;&lt;enum&gt;C&lt;/enum&gt;&lt;header&gt;Provisions Relating to Major Defense Acquisition Programs&lt;/header&gt;

&lt;section id="H94D473AFD5944E4385FCD83846ED742D"&gt;&lt;enum&gt;830.&lt;/enum&gt;&lt;header&gt;Modification of requirements for reporting to Congress on certain acquisition programs&lt;/header&gt;

&lt;subsection id="HF924B001CAA944D780ED521D1B523B8B"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Modification of report to Congress&lt;/header&gt;&lt;text&gt;Section 2432 of title 10, United States Code, is amendedâ€"&lt;/text&gt;

&lt;paragraph id="HE65B7FD55EB24558B4698FE88C9E28E5"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;in subsection (b)(1), by adding after &lt;quote&gt;major defense acquisition programs&lt;/quote&gt; the following: &lt;quote&gt;and any program that is estimated by the Secretary of Defense to require an eventual total expenditure for research, development, test, and evaluation of more than $300,000,000 (based on fiscal year 1990 constant dollars) or an eventual total expenditure for procurement, including all planned increments or spirals, of more than $1,800,000,000 (based on fiscal year 1990 constant dollars)&lt;/quote&gt;; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HA90DEAB7816346F9A8DBE1E9169E0940"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;by adding at the end the following new subsections:&lt;/text&gt;

&lt;quoted-block id="H8990B5ACD6694C62A8BDD86CEB8413DC" style="OLC"&gt;

&lt;subsection id="HFE51218D95D4413A9332182F7CDF6C91"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;header&gt;Form of report&lt;/header&gt;&lt;text&gt;A Selected Acquisition Report required under this section shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="HF3B29F5853FF428E9790723C405B0CC5"&gt;&lt;enum&gt;(j)&lt;/enum&gt;&lt;header&gt;Termination&lt;/header&gt;&lt;text&gt;The requirements under this section shall terminate after the final submission covering fiscal year 2021.&lt;/text&gt;&lt;/subsection&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H77AC373E6BD04F37BF4F713A922AF925"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Proposal for reports on acquisition programs and activities&lt;/header&gt;&lt;text&gt;Not later than October 15, 2020, the Secretary of Defense shall submit to the congressional defense committees a proposal for an alternative methodology for reporting on all acquisition programs that includesâ€"&lt;/text&gt;

&lt;paragraph id="H125388480D8B499DBDCE4C62B395B038"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;conforming changes from the most recent update of Department of Defense Directive 5000.01 (The Defense Acquisition System) and Department of Defense Instruction 5000.02 (Operation of the Defense Acquisition System);&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HA5652E9F717441439E0AFD95D6F79E8D"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;the reporting requirements relating to Selected Acquisition Reports under section 2432 of title 10, United States Code; &lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HE6E50D3F9A664018977AD2F8927FA33F"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;the reporting requirements relating to unit costs under section 2433 of such title; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HBE351ECED57E4DE08954C1B3F797694E"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;the reporting requirements for acquisition programs that use alternative acquisition pathways or tailored acquisition procedures.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H78E6CEB2623E414D8D86D93A2EECC20B"&gt;&lt;enum&gt;831.&lt;/enum&gt;&lt;header&gt;Pilot program to streamline decision-making processes for weapon systems&lt;/header&gt;

&lt;subsection commented="no" display-inline="no-display-inline" id="HA346FE145C35455A8B32EC62C300269A"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header display-inline="yes-display-inline"&gt;Candidate acquisition programs&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Not later than February 1, 2020, each Service Acquisition Executive shall recommend to the Secretary of Defense at least one major defense acquisition program for a pilot program to include tailored measures to streamline the entire milestone decision process, with the results evaluated and reported for potential wider use.&lt;/text&gt;&lt;/subsection&gt;

WASHSTATEC014949

<subsection commented="no" display-inline="no-display-inline"
id="H4919634C1CBB4BA1915ED702F58D8F90"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">Each pilot
program selected pursuant to subsection (a) shall include the following
elements:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC5A8B9A102F747AE830C63F3A53E8800"><enum>(1)</enum><text display-inline="yes-
display-inline">Delineating the appropriate information needed to support milestone
decisions, assuring program accountability and oversight, which should be based on the
business case principles needed for well-informed milestone decisions, including user-
defined requirements, reasonable acquisition and life-cycle cost estimates, and a
knowledge-based acquisition plan for maturing technologies, stabilizing the program
design, and ensuring key manufacturing processes are in control.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE21F05159542451FA3EAF943712F4FD3"><enum>(2)</enum><text display-inline="yes-
display-inline">Developing an efficient process for providing this information to the
milestone decision authority byâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9A011B9074744DB1A823902A5215B0F8"><enum>(A)</enum><text display-inline="yes-
display-inline">minimizing any reviews between the program office and the different
functional staff offices within each chain of command level; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA338722794794206BE46C1B4F079454F"><enum>(B)</enum><text display-inline="yes-
display-inline">establishing frequent, regular interaction between the program office
and milestone decision makers, in lieu of documentation reviews, to help expedite the
process.</text></subparagraph></paragraph></subsection></section>

<section id="H5DB798867AC24E18I94294F7052E7AE"><enum>832.</enum><header>Analysis of
alternatives pursuant to materiel development decisions</header>

<subsection commented="no" display-inline="no-display-inline"
id="H2B660E4FFC0B4208B80E46E265560D84"><enum>(a)</enum><header display-inline="yes-
display-inline">Timeline</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Secretary of Defense
shall update existing guidance for analyses of alternatives conducted pursuant to a
materiel development decision for a major defense acquisition program to incorporate
the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H40D6891AD0E244E29BE77836DD22A4E2"><enum>(1)</enum><text display-inline="yes-
display-inline">Study completion within nine months.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF9F731B7385D4F5693A3A8EF07F9E9F1"><enum>(2)</enum><text display-inline="yes-
display-inline">Study guidance issued by the Director, Cost Assessment and Program
Evaluation of a scope designed to provide for reasonable completion of the study within
the nine-month period.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF1E4F338FC60429E83758A986A40CD81"><enum>(3)</enum><text display-inline="yes-
display-inline">Procedures for waiver of the timeline requirements of this subsection
on a case-by-case basis ifâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC0E8D74678A442549F3FFCC0162F907E"><enum>(A)</enum><text display-inline="yes-
display-inline">the subject of the analysis is of extreme technical
complexity;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD98927DCDBAB4FFAA1A04CB12F72E630"><enum>(B)</enum><text display-inline="yes-
display-inline">collection of additional intelligence is required to inform the
analysis;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4E310D9739FF49EAAF7C3AD05ABA624A"><enum>(C)</enum><text display-inline="yes-
display-inline">insufficient technical expertise is available to complete the analysis;

or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H50FB67C384754B28A39FC5F81C6364F2"><enum>(D)</enum><text display-inline="yes-
display-inline">the Secretary determines that there other sufficient reasons for delay
of the analysis.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HEA5D117C70CF473F95FE2B7562BF8B3D"><enum>(b)</enum><header display-inline="yes-
display-inline">Reporting</header><text display-inline="yes-display-inline">If an
analysis of alternatives cannot be completed within the allotted time, or a waiver is
used, the Secretary shall report to the congressional defense committees the following
information:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HAD97A98555274E15ACA80624B37FF996"><enum>(1)</enum><text display-inline="yes-
display-inline">For a waiver, the basis for use of the waivers, including the reasons
why the study cannot be completed within the allotted time.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H36B55F3A35184E6AAC4436A419DD2227"><enum>(2)</enum><text display-inline="yes-
display-inline">For a study estimated to take more than nine monthsâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEE59ED2717FD4CD8AC8C920C048690DC"><enum>(A)</enum><text display-inline="yes-
display-inline">an estimate of when the analysis will be
completed;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE279CCA4C27A49D590DE9E5C12E19F44"><enum>(B)</enum><text display-inline="yes-
display-inline">an estimate of any additional costs to complete the analysis;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAB624A4B2B6344A5AE8C5630B551EB3C"><enum>(C)</enum><text display-inline="yes-
display-inline">other relevant information pertaining to the analysis and its
completion.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF71DF49A10154A12AAEF693D8D5D692A"><enum>(c)</enum><header>Report on analyses of
alternatives</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H7B898123965B42078A79F046F93AF580"><enum>(1)</enum><header>Assessment</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAAD291570143463D9D3C08429CBC4018"><enum>(A)</enum><header>In
general</header><text>The Under Secretary of Defense for Acquisition and Sustainment
shall engage with an independent entity, including under the Program for Acquisition
Innovation Research, to assess the conduct of analyses of
alternatives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA4F729FA8246494F8C01F8332637E567"><enum>(B)</enum><header>Elements</header><text>T
he assessment required under subparagraph (A) shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H3DFB25E5C18C4C83A0568453EADC0C51"><enum>(i)</enum><text>assess the time required
to complete analyses of alternatives within the Department of Defense completed over
the last five fiscal years, as compared with best practices;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HC4CADC92213B49DF983EC9B50A967D07"><enum>(ii)</enum><text>provide recommendations
and policy options to improve analyses of alternatives; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HFF84C6D1A08D45BD9D95C93D71E0D4B6"><enum>(iii)</enum><text>discuss any other
matters as identified by the Under Secretary.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H18CE4E207F864278ABED811C07954CF9"><enum>(C)</enum><header>Access to

WASHSTATEC014951

data</header><text>The Under Secretary shall ensure that the independent entity is provided access to the data, information, and resources necessary to complete the required analyses and assessment.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H00E8796899E64519A2434FAB08B3E784"><enum>(2)</enum><header>Report</header><text>Not later than one year after the date of the enactment of this Act, the Under Secretary shall submit to the congressional defense committees a report including the assessment required under paragraph (1) and a review and assessment by the Under Secretary of the findings made in the assessment.</text></paragraph></subsection></section>

<section id="H0CCCE28C71B94534828F613B02ED536D"><enum>833.</enum><header>Naval vessel certification required before Milestone B approval</header><text display-inline="no-display-inline">Section 2366b(a) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD3FD58AF505E4F0D90BF470C87291FB9"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (3)(O), by striking <quote>; and</quote> and inserting a semicolon;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7F6F6826484041ECA616A15789157316"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (4), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5B4FE5E1674347F881BE942A2138E846"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H10DBC8200B834EBD9EBD7D2D882DB6E0" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H46A12373D9204899A2B9E5D68D54C22B"><enum>(5)</enum><text display-inline="yes-display-inline">in the case of a naval vessel program, certifies compliance with the requirements of section 8669b of this title.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section></subtitle>

<subtitle id="H769AF9E9361D452AA946A58F4EE895F1"><enum>D</enum><header>Provisions Relating to the Acquisition System</header>

<section id="H685968A5B03A47F0A6E5F83FC63A9D84"><enum>835.</enum><header>Extramural acquisition innovation and research activities</header>

<subsection id="H2F5F4D287EC94FDABDF7B68979A54C4C"><enum>(a)</enum><header>Extramural acquisition innovation and research activities</header>

<paragraph id="H994F284666EE476CA98CE066E467526A"><enum>(1)</enum><header>In general</header><text>Chapter 139 of title 10, United States Code, is amended by inserting after section 2361 the following new section:</text>

<quoted-block id="HF82D1B5D09434B4A9B3DFBDB6886763E" style="USC">

<section id="H78A553730E9F43578CBE3207431F5455"><enum>2361a.</enum><header>Extramural acquisition innovation and research activities</header>

<subsection id="HB4204D1AAC964E05A1EF58FF4350C928"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment and in coordination with the Under Secretary of Defense for Research and Engineering, shall establish and maintain extramural acquisition innovation and research activities as described in subsection (d), which shall include an acquisition research organization within a civilian college or university that is not owned or operated by the Federal Government that is established to provide and maintain essential research and development capabilities through a long-term strategic relationship with the Department of Defense.</text></subsection>

<subsection id="H8DD68844D3694399ACE6968EE75F8A8E"><enum>(b)</enum><header>Goals</header><text display-inline="yes-display-inline">The goal of any activity conducted pursuant to this

section shall be to provide academic analyses and policy alternatives for innovation in defense acquisition policies and practices to policymakers in the Federal Government by using a variety of means intended to widely disseminate research findings from such an activity, in addition to executing demonstration and pilot programs of innovative acquisition policies and practices.</text></subsection>

<subsection id="H4F3CFBBDE25D41169DFFEDA447E7FB6F"><enum>(c)</enum><header>Director</header>

<paragraph id="HF1A36F1948A949B8841B1FB27FF0AE24"><enum>(1)</enum><header>Appointment</header><text>Not later than June 1, 2020, the Secretary of Defense shall appoint an individual from civilian life to serve as the director for the extramural acquisition innovation and research activities required by this section (referred to in this section as the <quote>Director</quote>).</text></paragraph>

<paragraph id="H46C0B5EA16AF432880CE3FACCD8E0351"><enum>(2)</enum><header>Term</header><text display-inline="yes-display-inline">The Director shall serve a term of five years.</text></paragraph></subsection>

<subsection id="HEDBA36063EEC45D38622AF148B390D91"><enum>(d)</enum><header>Activities</header><text display-inline="yes-display-inline">The activities described in this subsection are as follows:</text>

<paragraph id="H1610A0DC6C8343208E8BAC7D15BB5982"><enum>(1)</enum><text>Research on past and current defense acquisition policies and practices, commercial and international best practices, and the application of new technologies and analytical capabilities to improve acquisition policies and practices.</text></paragraph>

<paragraph id="H768FAB404A7042EEA12122CE0563F939" commented="no"><enum>(2)</enum><text>Pilot programs to prototype and demonstrate new acquisition practices for potential transition to wider use in the Department of Defense.</text></paragraph>

<paragraph id="HF1D71BAAFC5046108647ABEFC5432A16" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">Establishment of data repositories and development of analytical capabilities, in coordination with the Chief Data Officer of the Department of Defense, to enable researchers and acquisition professionals to access and analyze historical data sets to support research and new policy and practice development.</text></paragraph>

<paragraph id="HEF3E19D239504122A398D106A165F255" commented="no"><enum>(4)</enum><text>Executive education toâ€"</text>

<subparagraph id="H9B2CE3A74361422AAEADD59D466BFD0E" commented="no"><enum>(A)</enum><text>support acquisition workforce development, including for early career, mid-career, and senior leaders; and</text></subparagraph>

<subparagraph id="HDFB316E60A5340DC89541C490E2A37A1" commented="no"><enum>(B)</enum><text>provide appropriate education on acquisition issues to non-acquisition professionals.</text></subparagraph></paragraph>

<paragraph id="H24915B50691A4E759B54326A1F489289" commented="no"><enum>(5)</enum><text display-inline="yes-display-inline">On an ongoing basis, a review of the implementation of recommendations contained in relevant Department of Defense and private sector studies on acquisition policies and practices, includingâ€"</text>

<subparagraph id="H1BFDEA8560A64974B7FEF7293CD6B003" commented="no"><enum>(A)</enum><text>for recommendations for the enactment of legislation, identify the extent to which the recommendations have been enacted into law by Congress;</text></subparagraph>

<subparagraph id="HB2924933922A43E3AC7664DC8E0E69E2" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">for recommendations for the issuance of regulations, identify the extent to which the recommendations have been adopted through the issuance or revision of regulations;</text></subparagraph>

<subparagraph id="H277F5F1E5F2442949413CD25E3E3CE18"

```
commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">for
recommendations for revisions to policies and procedures in the executive branch,
identify the extent to which the recommendations have been adopted through issuance of
an appropriate implementing directive or other form of guidance;
and</text></subparagraph>

<subparagraph id="HF7A800BC3F3340F29FA24904B6340591"><enum>(D)</enum><text display-
inline="yes-display-inline">for recommendations for the resources required to implement
recommendations contained in relevant Department of Defense and private sector studies
on acquisition policies and practices.</text></subparagraph></paragraph>

<paragraph id="H5B9E047DEB99427FB7D17D08D5D20081"><enum>(6)</enum><text>Engagement with
researchers and acquisition professionals in the Department of Defense, as
appropriate.</text></paragraph></subsection>

<subsection
id="HC2EE08AAA369429C9B8AA33B25A7ED05"><enum>(e)</enum><header>Funding</header><text>Su
bject to the availability of appropriations, the Secretary may use amounts available in
the Defense Acquisition Workforce and Development Account to carry out the requirements
of this section.</text></subsection>

<subsection id="HC0D06D2E99F6419FA2C13C6F97202EEA"><enum>(f)</enum><header>Annual
report</header><text>Not later than September 30, 2021, and annually thereafter, the
Director shall submit to the Secretary of Defense and the congressional defense
committees a report describing the activities conducted under this section during the
previous year.</text></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H03DC7D446BFE438F920460238BF67495"><enum>(2)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of such chapter is
amended by inserting after the item relating to section 2361 the following new
item:</text>

<quoted-block style="OLC" id="HFEA547B77A6244118732FFBC3D09D634" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2361a. Extramural acquisition innovation and research
activities.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph
id="H6332C625CC7A4612BA9DAB35B5A68F90"><enum>(3)</enum><header>Implementation</header>

<subparagraph
id="H8C8F0C39626B4A49A2E177534A565198"><enum>(A)</enum><header>Deadline</header><text
display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of
Defense shall establish the extramural acquisition innovation and research activities
required by section 2361a of title 10, United States Code (as added by this
subsection). </text></subparagraph>

<subparagraph
id="H88ABBCC062E64561A0665A1E0E85EF39"><enum>(B)</enum><header>Report</header>

<clause id="H137F4A7EC2884C49B788DAD89661CF98"><enum>(i)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than January 1,
2021, the Director of the extramural acquisition innovation and research activities
appointed under such section shall submit to the Secretary of Defense a report setting
forth a plan, proposed budget, and schedule for execution of such
activities.</text></clause>

<clause
id="HCD64AED628CD42B08C1A76A85205DC3D"><enum>(ii)</enum><header>Transmittal</header><te
xt>Not later than February 1, 2021, the Secretary of Defense shall transmit the report
required under clause (i), together with whatever comments the Secretary considers
appropriate, to the Committees on Armed Services of the Senate and the House of
Representatives.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HDA666BDC76F3448D95F2AAD86E6D97B9"><enum>(b)</enum><header>Records of
the Section 809 Panel</header>
```

WASHSTATEC014954

```
<paragraph id="H2275A21569BD400EA649B8FF16E159E2"><enum>(1)</enum><header>Transfer and
maintenance of records</header><text display-inline="yes-display-inline">Not later than
March 1, 2020, the records of the Section 809 Panel shall be transferred to, and shall
be maintained by, the Defense Technical Information Center.</text></paragraph>

<paragraph id="H8E3C1DDB6E6046A2AE1408AB5DEEBFD7"><enum>(2)</enum><header>Status of
records</header><text>Working papers, records of interview, and any other draft work
products generated for any purpose by the Section 809 Panel shall be covered by the
deliberative process privilege exemption under paragraph (5) of section 552(b) of title
5, United States Code.</text></paragraph>

<paragraph
id="HBB44850EA02B4D28B5B43C910DD2FCBF"><enum>(3)</enum><header>Availability</header><te
xt display-inline="yes-display-inline">To the maximum extent practicable, the Secretary
shall make the records available to support activities conducted by the research
organization described under section of2361a of title 10, United States Code (as added by
subsection (a)).</text></paragraph>

<paragraph id="HFE681D48084A4D5ABBFAFD2491C293E7"><enum>(4)</enum><header>Section 809
Panel defined</header><text>In this subsection, the term <quote>Section 809
Panel</quote> means the panel established by the Secretary of Defense pursuant to
section 809 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law
114â€"92).</text></paragraph></subsection></section>

<section id="H4CD4FD00B6304D42A98D3A12F8FBFE9C"><enum>836.</enum><header>Report on
realignment of the defense acquisition system to implement acquisition
reforms</header><text display-inline="no-display-inline">The Secretary of Defense shall
include with the budget for fiscal year 2021, as submitted to Congress pursuant to
section 1105(a) of title 31, United States Code, a report on the progress of
implementing acquisition reform initiatives that have been enacted into law through
Department of Defense regulations, Directives, Instructions, or other guidance. Such
report shall include a description ofâ€"</text>

<paragraph id="H78EA3D4E127E49CC91499A93D09F1B55"><enum>(1)</enum><text>how the
Secretary will identify, quantify, assess, and manage acquisition program
risks;</text></paragraph>

<paragraph id="H540865C47E5E45ADBDECB9270A675DC7"><enum>(2)</enum><text>what changes
have been made to systems for collecting and sharing data on acquisition programs,
including how access to acquisition program data is managed; and</text></paragraph>

<paragraph id="H994E1C9556D24E23A9D8B702B808D484"><enum>(3)</enum><text display-
inline="yes-display-inline">updates to, or the implementation of, procedures for
tailoring acquisition methods, including alternative acquisition pathways such
asâ€"</text>

<subparagraph id="H3EDA1EEC4573461FB1E4492986E632BF"><enum>(A)</enum><text>the use of
the <quote>middle tier</quote> of acquisition programs described under section 804 of
the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10
U.S.C. 2302 note);</text></subparagraph>

<subparagraph id="HAF6E4AA164134CC298D0AA4536552A84"><enum>(B)</enum><text display-
inline="yes-display-inline">the alternative acquisition pathways established under
section 805 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law
114â€"92; 10 U.S.C. 2302 note);</text></subparagraph>

<subparagraph id="H9811937B5A8F48DF9BD88DF0DC6644E5"><enum>(C)</enum><text>a software
acquisition pathway described under section 800 of this Act; and</text></subparagraph>

<subparagraph id="H97D1D9961DE1435FB84EFCE412B528DF"><enum>(D)</enum><text>the use of
procedures to respond to urgent operational
needs.</text></subparagraph></paragraph></section>

<section id="H82D6BC0A12884F519CB8D8EDEDCF208A" section-type="subsequent-
section"><enum>837.</enum><header>Report and limitation on the availability of funds
relating to the <quote>middle tier</quote> of acquisition programs</header>

<subsection
id="HBF26554479A041FEAB41C65B5D0E3950"><enum>(a)</enum><header>Report</header><text>Not
later than December 15, 2019, the Under Secretary of Defense for Acquisition and
Sustainment shall submit to the congressional defense committees a report that includes
```

the guidance required under section 804(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2302 note). The Under Secretary of Defense for Acquisition and Sustainment shall ensure such guidance includes the business case elements required by an acquisition program established pursuant to such guidance and the metrics required to assess the performance of such a program.</text></subsection>

<subsection id="HC9177530B02E4A448552956D9F7FA51F"><enum>(b)</enum><header>Limitation</header>

<paragraph id="H8CB15B6CBC8245B2BD50101A3540DD62"><enum>(1)</enum><header>In general</header><text>Beginning on December 15, 2019, if the Under Secretary of Defense for Acquisition and Sustainment has not submitted the report required under subsection (a), not more than 75 percent of the funds specified in paragraph (2) may be obligated or expended until the date on which the report required under subsection (a) has been submitted.</text></paragraph>

<paragraph id="HF0A70D3BC395438D9048EC0CA5AFF32B"><enum>(2)</enum><header>Funds specified</header><text display-inline="yes-display-inline">The funds specified in this paragraph are the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense that remain unobligated as of December 15, 2019, for the following: </text>

<subparagraph id="H2DEFD18D195448619B27704EDE1BF0E7"><enum>(A)</enum><text>The execution of any acquisition program established pursuant to the guidance required under such section 804(a).</text></subparagraph>

<subparagraph id="H3687C0559FF14C08B8216AE43ADFF4C4"><enum>(B)</enum><text>The operations of the Office of the Under Secretary of Defense for Research &amp; Engineering.</text></subparagraph>

<subparagraph id="H09D9BF5185914BE888B5745058032DDC"><enum>(C)</enum><text>The operations of the Office of the Under Secretary of Defense for Acquisition &amp; Sustainment.</text></subparagraph>

<subparagraph id="H42351777FE824E4D960ACF63487DA091"><enum>(D)</enum><text>The operations of the Office of the Director of Cost Analysis and Program Evaluation.</text></subparagraph>

<subparagraph id="H4E8AEA2F76C54117A9107314971A3558"><enum>(E)</enum><text>The operations of the offices of the service acquisition executives of the military departments.</text></subparagraph></paragraph></subsection></section>

<section id="H7156AA7322234E66B1FCCE0C9E15698F"><enum>838.</enum><header>Report on intellectual property policy and the cadre of intellectual property experts</header>

<subsection id="H88D462325A2E4E59940880F5E541C596"><enum>(a)</enum><header>In general</header><text>Section 802 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1450) is amended by adding at the end the following new subsection:</text>

<quoted-block id="HAFF23D2A82A24C49A8C00914734CF847" style="OLC">

<subsection id="HD78C1C836DFC4A63987850DCC2260E73"><enum>(c)</enum><header>Report</header><text>Not later than December 15, 2019, the Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment, shall submit to the congressional defense committees a report that includesâ€"</text>

<paragraph id="H3E7BD45A9E304273AE04C01802EEDCEE"><enum>(1)</enum><text>the policy required in subsection (a) of section 2322 of title 10, United States Code;</text></paragraph>

<paragraph id="H79240037D784401880EDD0BB44761003"><enum>(2)</enum><text>an identification of each member of the cadre of intellectual property experts required in subsection (b) of such section and the office to which such member belongs;</text></paragraph>

<paragraph id="HDA70950084594AFE9967A1319D0AA4C8"><enum>(3)</enum><text>a description of the leadership structure and the office that will manage the cadre of intellectual property experts; and</text></paragraph>

```
<paragraph id="H16CA9ECC1C724EBBA565DA9823CCF967"><enum>(4)</enum><text display-
inline="yes-display-inline">a description of the specific activities performed, and
programs and efforts supported, by the cadre of intellectual property experts during
the 12-month period preceding the date of the
report.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection
id="HD9215D8DA40B4BC3B12FBF9CDE395610"><enum>(b)</enum><header>Limitation</header>

<paragraph id="H81A33693BEA44122AA51936D5CB45733"><enum>(1)</enum><header>In
general</header><text>Of the funds authorized to be appropriated by this Act or
otherwise made available for fiscal year 2020 for the Department of Defense, not more
than 75 percent may be obligated or expended for any of the offices described in
paragraph (2) until the date on which the Secretary of Defense submits the report
required under subsection (c) of section 802 of the National Defense Authorization Act
for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1450), as added by this
section.</text></paragraph>

<paragraph id="H7F440E7983CB42DA9DEF6533B88A17B1"><enum>(2)</enum><header>Offices
described</header><text>The offices described in this paragraph are as follows:</text>

<subparagraph id="HB81A221FBF8744E2BBFD66F3729E935F"><enum>(A)</enum><text display-
inline="yes-display-inline">The Office of the Under Secretary of Defense for
Acquisition and Sustainment.</text></subparagraph>

<subparagraph id="HA65527E57BD045A79588D70155A23615"><enum>(B)</enum><text>The Office
of the Assistant Secretary of the Army for Acquisition, Logistics, and
Technology.</text></subparagraph>

<subparagraph id="HED99D880D4FD4AD6988BCA6AFAC43F02"><enum>(C)</enum><text>The Office
of the Assistant Secretary of the Navy for Research, Development, and
Acquisition.</text></subparagraph>

<subparagraph id="HEA10A6AD09D44614B79810ED6837D9E0"><enum>(D)</enum><text>The Office
of the Assistant Secretary of the Air Force for Acquisition, Technology, and
Logistics.</text></subparagraph></paragraph></subsection></section>

<section id="H13A76D7463F74F13B7C304A13B504CAB" section-type="subsequent-
section"><enum>839.</enum><header>Guidance and reports relating to covered defense
business systems</header>

<subsection id="HDD289A6C000A4B2C94EDD6B8D7D76833"><enum>(a)</enum><header>Amendments
to guidance for covered defense business systems</header><text>Section 2222(d) of title
10, United States Code, is amendedâ€"</text>

<paragraph id="H488D5991A37643029EC7BF2554937BFC"><enum>(1)</enum><text>in the matter
preceding paragraph (1), by striking <quote>subsection (c)(1)</quote> and inserting
<quote>subsection (c)</quote>; and</text></paragraph>

<paragraph id="HC92779FE8FD84D01A3B41575A3032A6D"><enum>(2)</enum><text>by adding at
the end the following new paragraphs:</text></paragraph>

<quoted-block id="HAC0B3D40989744B08C7D8C900113512B" style="OLC">

<paragraph id="H9561BFD8151048529C6D70EF2AEF484C"><enum>(7)</enum><text>Policy to
ensure a covered defense business system is in compliance with the Departmentâ€™s
auditability requirements.</text></paragraph>

<paragraph id="HCC3DEDC01FED49DF9153C1F10C80F008"><enum>(8)</enum><text>Policy to
ensure approvals required for the development of a covered defense business
system.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection
id="H79B1A57A02EF4EF5B5A8BBFBB0C55BE8"><enum>(b)</enum><header>Reports</header>

<paragraph
id="H96EB1190F4664032BD6C7FF0832FFD00"><enum>(1)</enum><header>Guidance</header><text>T
he Secretary of Defense shall submit to the congressional defense committees a
reportâ€"</text>
```

WASHSTATEC014957

```
<subparagraph id="H89ED0C8887A44B5CA08D8F5BAC8A0C40"><enum>(A)</enum><text>not later
than December 31, 2019, that includes the guidance required under paragraph (1) of
section 2222(c) of title 10, United States Code; and</text></subparagraph>

<subparagraph id="H5009B336C0A54E8CB576B1D2EFBA2370"><enum>(B)</enum><text>not later
than March 31, 2020, that includes the guidance required under paragraph (2) of such
section.</text></subparagraph></paragraph>

<paragraph id="HC59F4540437C4A7A8AD35FCE5ADF3DB3"><enum>(2)</enum><header>Information
technology and defense business enterprise architecture</header><text>Not later than
February 1, 2020, the Chief Information Officer of the Department of Defense shall
submit to the congressional defense committees a notification that the information
technology enterprise architecture required under subparagraph (B) of section
2222(e)(4) of title 10, United States Codeâ€"</text>

<subparagraph id="H29D7EA0023464E10B87764B28C4E70B1"><enum>(A)</enum><text>has been
established, including a schedule for implementing the plan required under such
subparagraph (B) and a schedule for integrating the defense business enterprise
architecture into the information technology enterprise architecture (as required under
subparagraph (A) of such section); or</text></subparagraph>

<subparagraph id="HFA8B6F73A4894F2B93C6450166BD083F"><enum>(B)</enum><text>has not been
established, and include a schedule forâ€"</text>

<clause id="HB62F59329F114C39B6FFEB2099351738"><enum>(i)</enum><text>establishing such
architecture;</text></clause>

<clause id="HA33673B145DB4C7CBC25144F06F25475"><enum>(ii)</enum><text display-
inline="yes-display-inline">implementing the plan required under such subparagraph (B);
and</text></clause>

<clause id="H59216FDC5121403F92A827934E6C276B"><enum>(iii)</enum><text display-
inline="yes-display-inline">integrating the defense business enterprise architecture
into the information technology enterprise architecture (as required under subparagraph
(A) of such section).</text></clause></subparagraph></paragraph></subsection></section>

<section id="H8DEAEF0659BF4BF39AF0DBCBD71CAE53" section-type="subsequent-
section"><enum>840.</enum><header>Implementation guidance for use of a modular open
system approach</header>

<subsection id="H33C65077D8EB4C61B6D1671D5BE324EF"><enum>(a)</enum><header>Guidance for
program capabilities development and acquisition weapon system design</header><text
display-inline="yes-display-inline">Section 2446b of title 10, United States Code, is
amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="HF8F5F71358954DD49AB67377A7C166CD" display-inline="no-
display-inline">

<subsection
id="H0F8741D513A04FF78F98A3AF0198C9B8"><enum>(f)</enum><header>Implementation
guidance</header><text display-inline="yes-display-inline">The Secretaries of the
military departments shall issue guidance to implement the requirements of this
section.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="H9832379215D84CF1B06919BE9C49E038"
commented="no"><enum>(b)</enum><header>Guidance for major system
interfaces</header><text>Section 2446c of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="HD17B3A8C8B8547E1AD4411D181B0021E"
commented="no"><enum>(1)</enum><text>in paragraph (4), by striking <quote>and</quote>
at the end;</text></paragraph>

<paragraph id="HF8CA354B2FEE49AC97F9910BE017F0D3"
commented="no"><enum>(2)</enum><text>in paragraph (5), by striking the period at the
end and adding <quote>; and</quote>; and</text></paragraph>

<paragraph id="H32DEC27010194727B99286D0E443D6E9"
commented="no"><enum>(3)</enum><text>by adding at the end the following new
paragraph:</text>
```

```
<quoted-block style="OLC" id="HE594A459B7714252ACCEA83491DC5F36" display-inline="no-
display-inline">

<paragraph id="H2BF55B3F77E94DF0B053699A969CCE9F" commented="no"><enum>(6)</enum><text
display-inline="yes-display-inline">issue guidance to implement the requirements of
this section.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></section>

<section id="H90AA36E47CAC4C09A7A03B60DECF9B68"><enum>841.</enum><header>Limitation on
availability of funds for the Office of the Chief Management Officer of the Department
of Defense</header><text display-inline="no-display-inline">Of the funds authorized to
be appropriated or otherwise made available for fiscal year 2020 for the Department of
Defense, not more than 75 percent may be obligated or expended for the Office of the
Chief Management Officer until the date on which the Chief Management Officer submits
to the congressional defense committeesâ€"</text>

<paragraph id="H3B77AA353D7040348F3DCC91049A52EC"><enum>(1)</enum><text display-
inline="yes-display-inline">the certification of cost savings described in subparagraph
(A) of section 921(b)(5) of the National Defense Authorization Act for Fiscal Year 2019
(Public Law 115â€"232; 10 U.S.C. 2222 note); or</text></paragraph>

<paragraph id="H271BAB27E4EC45848458B595B7D4AA87"><enum>(2)</enum><text>the notice and
justification described in subparagraph (B) of such
section.</text></paragraph></section></subtitle>

<subtitle id="HED9BF38DF86044949266345DF7AE1FD7"><enum>E</enum><header>Industrial Base
Matters</header>

<section id="H874730014DCE4D489DA0F2D8FDAA19FB"><enum>845.</enum><header>Modernization
of acquisition processes to ensure integrity of industrial base</header>

<subsection id="H701D869B37E24FC1B43FA73089E568E7"><enum>(a)</enum><header>In
general</header><text>Subchapter II of chapter 148 of title 10, United States Code, is
amended by adding at the end the following new section:</text>

<quoted-block act-name="" id="H1BCD3213E0BB4F14852E5BB4C39FBF11" style="USC">

<section id="HC0A5E36131B649B8A8BD26DB82DCC6C1"><enum>2509.</enum><header>Modernization
of acquisition processes to ensure integrity of industrial base</header>

<subsection commented="no" display-inline="no-display-inline"
id="HF17CFA6F16E64A4EA16195BD12158142"><enum>(a)</enum><header display-inline="yes-
display-inline">Digitization and modernization</header><text display-inline="yes-
display-inline">The Secretary of Defense shall streamline and digitize the existing
Department of Defense approach for identifying and mitigating risks to the defense
industrial base across the acquisition process, creating a continuous model that uses
digital tools, technologies, and approaches designed to ensure the accessibility of
data to key decision-makers in the Department.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC87EBD5E20684CF6A5F1C3A0A6BB452A"><enum>(b)</enum><header display-inline="yes-
display-inline">Analytical framework</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="HDA3CF60E27A449B8A7317E7A856F98AE"><enum>(1)</enum><text display-inline="yes-
display-inline">The Under Secretary of Defense for Acquisition and Sustainment, in
coordination with the Director of the Defense Counterintelligence and Security Agency
and the heads of other elements of the Department of Defense as appropriate, shall
develop an analytical framework for risk mitigation across the acquisition process.
</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC640B6116F634F448A3A7E9000B125DD" indent="up1"><enum>(2)</enum><text display-
inline="yes-display-inline">The analytical framework required under paragraph (1) shall
include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE446EA1971CB44BE8900AF234D1DE290"><enum>(A)</enum><text display-inline="yes-
display-inline">Characterization and monitoring of supply chain risks,
includingâ€"</text>
```

WASHSTATEC014959

```
<clause commented="no" display-inline="no-display-inline"
id="H48F7424F80A74A3AA6F08D2D623E3E00"><enum>(i)</enum><text display-inline="yes-
display-inline">material sources and fragility, including the extent to which sources,
items, materials, and articles are mined, produced, or manufactured within or outside
the United States;</text></clause>

<clause id="H043C2F6F515741218EBB65A0A7D24EEE"><enum>(ii)</enum><text display-
inline="yes-display-inline">telecommunications services or equipment (other than
optical transmission components);</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H822DAEE4F5274C0AAC7E775D9A5D4630"><enum>(iii)</enum><text display-inline="yes-
display-inline">counterfeit parts;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H416BD27ED26D488AA1579A92BC7A8A3C"><enum>(iv)</enum><text display-inline="yes-
display-inline">cybersecurity of contractors;</text></clause>

<clause id="H0B47DB9553DE49E3B916CB3B56A8D2FD"><enum>(v)</enum><text display-
inline="yes-display-inline">video surveillance services or equipment;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HB06AEFAEF4ED403C8981A600049385E9"><enum>(vi)</enum><text display-inline="yes-
display-inline">vendor vetting in contingency or operational
environments;</text></clause>

<clause id="HDE39741A17F7420AA9373A5F1C58B126"><enum>(vii)</enum><text display-
inline="yes-display-inline">other electronic or information technology products and
services; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H6B808CE8C8DD42458DD7A6D582623A1B"><enum>(viii)</enum><text display-inline="yes-
display-inline">other risk areas as determined
appropriate.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA58C923ECEF440BEAAA7AC835A28752C"><enum>(B)</enum><text display-inline="yes-
display-inline">Characterization and monitoring of risks posed by contractor behavior
that constitute violations of laws or regulations, including those relating
toâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HED887D8135E5470381DA20086FD17773"><enum>(i)</enum><text display-inline="yes-
display-inline">fraud;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HE568FB2E65814F668F9B01C7092096F6"><enum>(ii)</enum><text display-inline="yes-
display-inline">ownership structures;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H90715E42D6534526A0DF6A2CBB83B58C"><enum>(iii)</enum><text display-inline="yes-
display-inline">trafficking in persons;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H3B0E223E5F184C698C404A6658795C21"><enum>(iv)</enum><text display-inline="yes-
display-inline">workersâ€™ health and safety;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HD5E80B513BF74934A182CE0C961A8B55"><enum>(v)</enum><text display-inline="yes-
display-inline">affiliation with the enemy;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HD620FAD27A5F4699A87BAA2D49C4497E"><enum>(vi)</enum><text display-inline="yes-
display-inline">foreign influence; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H13D7FA1EE0994020BF838C39D8C2E289"><enum>(vii)</enum><text display-inline="yes-
display-inline">other risk areas as deemed appropriate.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4D973A1A3D8B41899CD5A8C557CEEA2B"><enum>(C)</enum><text display-inline="yes-
display-inline">Characterization and assessment of the acquisition processes and
```

WASHSTATEC014960

```
procedures of the Department of Defense, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HB689AD319CC44F63A4EAFA24771E133F"><enum>(i)</enum><text display-inline="yes-
display-inline">market research;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H27474A8E798442A98E7B8F42CC3207E5"><enum>(ii)</enum><text display-inline="yes-
display-inline">responsibility determinations, including consideration of the need for
special standards of responsibility to address the risks described in subparagraphs (A)
and (B);</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H7F53D552A59642679EC59C6E1BBAA2A5"><enum>(iii)</enum><text display-inline="yes-
display-inline">facilities clearances;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H9355345DA3B2480B88C53280DDD9C48F"><enum>(iv)</enum><text display-inline="yes-
display-inline">the development of contract requirements;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H13CCBC05434B40708EDD5171DE213233"><enum>(v)</enum><text display-inline="yes-
display-inline">the technical evaluation of offers and contract awards;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF7A3339AEC8946649485A82D21464680"><enum>(vi)</enum><text display-inline="yes-
display-inline">contractor mobilization, including hiring, training, and establishing
facilities;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H461FBB50DF7A4A65B8CA194CB74C3DAD"><enum>(vii)</enum><text display-inline="yes-
display-inline">contract administration, contract management, and
oversight;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H1DF4378B0FE3430CA243C11428B5048D"><enum>(viii)</enum><text display-inline="yes-
display-inline">contract audit for closeout;</text></clause>

<clause id="HFE3532EB46D4406A9399B7B9903976A6" commented="no"><enum>(ix)</enum><text
display-inline="yes-display-inline">suspension and debarment activities and
administrative appeals activities;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H916D61CFCC0A48DAA34B3F1BBB5E9528"><enum>(x)</enum><text display-inline="yes-
display-inline">contractor business system reviews; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H1B4CE5B1AD4F4BB5A7FA2337F8D1F02F"><enum>(xi)</enum><text display-inline="yes-
display-inline">other relevant processes and procedures.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE85AEB2C4A7D467792EDCB5F304F19D3"><enum>(D)</enum><text display-inline="yes-
display-inline">Characterization and monitoring of the health and activities of the
defense industrial base, including those relating toâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H7F7B95099EBE436BA756E1476A9D3F61"><enum>(i)</enum><text display-inline="yes-
display-inline">balance sheets, revenues, profitability, and debt;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HCB473A48EE2242138A9F54AC581F9EDA"><enum>(ii)</enum><text display-inline="yes-
display-inline">investment, innovation, and technological and manufacturing
sophistication;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H8B7EFF0F40564614B366883ABC643ABA"><enum>(iii)</enum><text display-inline="yes-
display-inline">finances, access to capital markets, and cost of raising capital within
those markets;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HA0F7D0EA4B8149CF83411F8AEC4C4D18"><enum>(iv)</enum><text display-inline="yes-
display-inline">corporate governance, leadership, and culture of performance;
```

WASHSTATEC014961

```
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H26B9C30D0F0C4933AC0D2BD61D5E4FD7"><enum>(v)</enum><text display-inline="yes-
display-inline">history of performance on past Department of Defense and government
contracts.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC5FE7D0A7E9C49838218D4B7F88A868D"><enum>(c)</enum><header display-inline="yes-
display-inline">Roles and responsibilities</header><text display-inline="yes-display-
inline">The Secretary of Defense shall designate the roles and responsibilities of
organizations and individuals to execute activities under this section,
includingâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC164D2495B064BE29AD5E8C928DBFDAD"><enum>(1)</enum><text display-inline="yes-
display-inline">the Under Secretary of Defense for Acquisition and Sustainment,
including the Office of Defense Pricing and Contracting and the Office of Industrial
Policy;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H48D215DFB4EB45ED9DDDC9CF71319B78"><enum>(2)</enum><text display-inline="yes-
display-inline">service acquisition executives;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3A1B0E1A420742568AD2EB89AB443554"><enum>(3)</enum><text display-inline="yes-
display-inline">program offices and procuring contracting officers;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4597CF746FAB4A75B9292A9BD8D5D7E8"><enum>(4)</enum><text display-inline="yes-
display-inline">administrative contracting officers within the Defense Contract
Management Agency and the Supervisor of Shipbuilding;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H12884404E1F64E93BD345A81A7537EAC"><enum>(5)</enum><text display-inline="yes-
display-inline">the Defense Counterintelligence and Security Agency;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF7A30B6D693C4380960171372F33625C"><enum>(6)</enum><text display-inline="yes-
display-inline">the Defense Contract Audit Agency;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1A5636BA556C4BF7A31F74B27AFFBA17"><enum>(7)</enum><text display-inline="yes-
display-inline">each element of the Department of Defense which own or operate systems
containing data relevant to contractors of the Department;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB79867A0D468468B98FBB036386B7EA1"><enum>(8)</enum><text display-inline="yes-
display-inline">the Under Secretary of Defense for Research and
Engineering;</text></paragraph>

<paragraph id="HEDC52A60A72045498348DEF1DB682AFF"><enum>(9)</enum><text>the suspension
and debarment official of the Department;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7227D7FFB076411FBAAF30B713E08C6A"><enum>(10)</enum><text display-inline="yes-
display-inline">the Chief Information Officer; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6EBDEDBA21BD4D65B5273C806F9067A2"><enum>(11)</enum><text display-inline="yes-
display-inline">other relevant organizations and
individuals.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H7FCD5E1D60204809B618BFD77A82899C"><enum>(d)</enum><header display-inline="yes-
display-inline">Enabling data, tools, and systems</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H6BA1369D132E46B0A0D9C90151EBD8AD"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H0CEF4494EDFB4D9E94B5F7210BBB2B28"><enum>(A)</enum><text>The Under Secretary of
```

Defense for Acquisition and Sustainment, in consultation with the Chief Data Officer of the Department of Defense and the Director of the Defense Counterintelligence and Security Agency, shall assess the extent to which existing systems of record relevant to risk assessments and contracting are producing, exposing, and timely maintaining valid and reliable data for the purposes of the Departmentâ€™s continuous assessment and mitigation of risks in the defense industrial base.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD05C7FC3E40B4E46B6AAC8676D124AF8" indent="up2"><enum>(B)</enum><text display-inline="yes-display-inline">The assessment required under subparagraph (A) shall include the following elements:</text>

<clause commented="no" display-inline="no-display-inline" id="H2013BDCE05A54657831C5FB8C88FB257"><enum>(i)</enum><text display-inline="yes-display-inline">Identification of the necessary source data, to include data from contractors, intelligence and security activities, program offices, and commercial research entities.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H45448E0CFFB1479AAB858D1F2667CB08"><enum>(ii)</enum><text display-inline="yes-display-inline">A description of the modern data infrastructure, tools, and applications and what changes would improve the effectiveness and efficiency of mitigating the risks described in subsection (b)(2).</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H55B2472708B94CE085696981A66B15AF"><enum>(iii)</enum><text display-inline="yes-display-inline">An assessment of the following systems owned or operated outside of the Department of Defense that the Department depends upon or to which it provides data:</text>

<subclause commented="no" display-inline="no-display-inline" id="HB1DF51EB36E9445C992B76F314B4127E"><enum>(I)</enum><text display-inline="yes-display-inline">The Federal Awardee Performance and Integrity Information System (FAPIIS).</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H349447683F344C5EB2FED1C358AC2A88"><enum>(II)</enum><text display-inline="yes-display-inline">The System for Award Management (SAM).</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H38E3832FDB054EBFA9C268D295F9725D"><enum>(III)</enum><text display-inline="yes-display-inline">The Federal Procurement Data Systemâ€"Next Generation (FPDSâ€"NG).</text></subclause>

<subclause id="H19F0835900AD44848A3B700029807786"><enum>(IV)</enum><text>The Electronic Data Management Information System.</text></subclause>

<subclause id="HAC37113969754D59959975C44A18562E"><enum>(V)</enum><text>Other systems the Secretary of Defense determines appropriate.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H464244248BD1463DA5E7E051C34C6D8B"><enum>(iv)</enum><text display-inline="yes-display-inline">An assessment of systems owned or operated by the Department of Defense, including the Defense Counterintelligence and Security Agency and other defense agencies and field activities used to capture and analyze the status and performance (including past performance) of vendors and contractors.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDBF25411E81649C3B8C4501E12C1E7B0" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Based on the findings pursuant to paragraph (1), the Secretary of Defense shall develop a unified set of activities to modernize the systems of record, data sources and collection methods, and data exposure mechanisms. The unified set of activities should featureâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H04A52BE0D6A74AFCBBBE0C02DC1489C4"><enum>(A)</enum><text display-inline="yes-display-inline">the ability to continuously collect data on, assess, and mitigate risks;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

WASHSTATEC014963

```
id="HB6DD8913F19F40D8892AB82599F94F8E"><enum>(B)</enum><text display-inline="yes-
display-inline">data analytics and business intelligence tools and methods;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5CB368AAE0A649F0BB1CF754EA6C527F"><enum>(C)</enum><text display-inline="yes-
display-inline">continuous development and continuous delivery of secure software to
implement the activities.</text></subparagraph></paragraph></subsection>

<subsection id="H87C06B3A48634B37A25F2BD87C565C0C"><enum>(e)</enum><header>Rule of
construction</header><text>Nothing in this section shall be construed to limit or
modify any other procurement policy, procedure, requirement, or restriction provided by
law.</text></subsection>

<subsection
id="H1A838A6B148F4592B5F99D9C6514F548"><enum>(f)</enum><header>Implementation and
reporting requirements</header><text>The Secretary of Defense shall carry out the
implementation phases set forth in, and submit to the congressional defense committees
the items of information required by, the following paragraphs:</text>

<paragraph id="H85D5E9152D0A4D13A27EFDAE49B51075"><enum>(1)</enum><header>Phase 1:
implementation plan</header><text>Not later than 90 days after the date of the
enactment of this section, an implementation plan and schedule for carrying out the
framework established pursuant to subsection (b), includingâ€"</text>

<subparagraph id="HD10D5A05ED3549EF946C1F52E09AA3D0"><enum>(A)</enum><text display-
inline="yes-display-inline">a discussion and recommendations for any changes to, or
exemptions from, laws necessary for effective implementation, including updating the
definitions in section 2339a(e) of this title relating to covered procurement, covered
system, and covered item of supply, and any similar terms defined in other law or
regulation; and</text></subparagraph>

<subparagraph id="H686393DE9C564E3C9933F703881D8A31"><enum>(B)</enum><text display-
inline="yes-display-inline">a process for an entity to contact the Department after the
entity has taken steps to remediate, mitigate, or otherwise address the risks
identified by the Department in conducting activities under subsection
(b).</text></subparagraph></paragraph>

<paragraph id="H4B6884AD577E48DDA668A4A3D80CE93D"><enum>(2)</enum><header>Phase 2:
implementation of framework</header><text>Not later than one year after the date of the
submission of the implementation plan and schedule required under paragraph (1), a
report on the actions taken to implement the framework established pursuant to
subsection (b).</text></paragraph></subsection>

<subsection id="HEE46C85A3EBF4BCB81AD28681EE72EA6"><enum>(g)</enum><header>Comptroller
General reviews</header>

<paragraph
id="HAB30B76E661C406684EE190C951BD324"><enum>(1)</enum><header>Briefing</header><text>N
ot later than February 15, 2020, the Comptroller General of the United States shall
brief the congressional defense committees on Department of Defense efforts over the
previous 5 years to continuously assess and mitigate risks to the defense industrial
base across the acquisition process, and a summary of current and planned
efforts.</text></paragraph>

<paragraph id="HB2F8B585A1CC498F9AD52540DF840E9B"><enum>(2)</enum><header>Periodic
assessments</header><text>The Comptroller General shall submit to the congressional
defense committees three periodic assessments of Department of Defense progress in
implementing the framework required under subsection (b), to be provided not later than
October 15, 2020, March 15, 2022, and March 15,
2024.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H3059C3A63F454BA0B8C506059AA1EFDC"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of subchapter II of
chapter 148 of such title is amended by inserting after the item relating to section
2508 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H31220830EDBF49D3BB270F9703D8DF4D"
style="USC">
```

```
<toc>

<toc-entry bold="off" level="section">2509. Modernization of acquisition processes to
ensure integrity of industrial base.</toc-entry></toc><after-quoted-block>.</after-
quoted-block></quoted-block></subsection></section>

<section id="H7E51F057BA094389826B68FB952F1D66"><enum>846.</enum><header>Report
requirements for the national technology and industrial base</header>

<subsection id="H69004D1F73BF406EB8DD1B276D817F77"><enum>(a)</enum><header>National
security strategy for national technology and industrial base</header><text>Section
2501(a) of title 10, United States Code, is amended by inserting after the first
sentence the following new sentence: <quote>The Secretary shall submit such strategy to
Congress not later than 180 days after the date of submission of the national security
strategy report required under section 108 of the National Security Act of 1947 (50
U.S.C. 3043).</quote>.</text></subsection>

<subsection id="HBE25D5D1CD6143739483128D544FA8A5"><enum>(b)</enum><header>Annual
report to Congress</header><text>Section 2504(3) of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="HB9B1A16A48CD43FBBE4BB84C39EB8A7C"><enum>(1)</enum><text>in the matter
preceding subparagraph (A), by inserting <quote>Executive order or</quote> after
<quote>pursuant to</quote>;</text></paragraph>

<paragraph id="H235740C7C8BA4758A50F72E432555C22"><enum>(2)</enum><text>by amending
subparagraph (A) to read as follows:</text>

<quoted-block id="H36D43D2FFFD34CF189AA780B1A1C35F5" style="OLC">

<subparagraph id="H2ECD7E96B034423C9D381C748629F398"><enum>(A)</enum><text>a map of the
industrial base;</text></subparagraph><after-quoted-block>;</after-quoted-
block></quoted-block></paragraph>

<paragraph id="HED06F295084F43A295E47E26B0E630B7"
commented="no"><enum>(3)</enum><text>by redesignating subparagraph (B) as subparagraph
(C); and</text></paragraph>

<paragraph id="H2F1193F8B1CC45AD86FA94F76E26B8F4"><enum>(4)</enum><text>by inserting
after subparagraph (A) the following new subparagraph:</text>

<quoted-block style="USC" id="HD6C6F338660A4B27B42E1B64BF5AEECD" display-inline="no-
display-inline">

<subparagraph id="H0273DF2F138740EA8DBFA876C76BEE36"><enum>(B)</enum><text>a
prioritized list of gaps or vulnerabilities in the national technology and industrial
base, includingâ€"</text>

<clause id="HA3D21613A95E4B81BA828964AF63C385"><enum>(i)</enum><text>a description of
mitigation strategies necessary to address such gaps or
vulnerabilities;</text></clause>

<clause id="H731D4BA52D2044369B562992E35BF2A2"><enum>(ii)</enum><text>the
identification of the Secretary concerned or the head of the Defense Agency responsible
for addressing such gaps or vulnerabilities; and</text></clause>

<clause id="HABBF6F93938044998BEA4210DD6FED16"><enum>(iii)</enum><text>a proposed
timeline for action to address such gaps or vulnerabilities;
and</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection id="H8F5951B734EE4BA69E346843F3F19052"><enum>(c)</enum><header>Annual
report on unfunded priorities for national technical industrial base</header>

<paragraph id="H9A4FB3CCD5DE3498FAB1DCEB643D2D1FD"><enum>(1)</enum><header>In
general</header><text>Subchapter II of chapter 148 of title 10, United States Code, is
amended by inserting after section 2504 the following new section:</text>

<quoted-block id="H0DE5842FBF2C4518A28BCFA53FFB7EAE" style="USC">

<section id="H7D4A197955E1457FA391AD9FC48FE0BD"><enum>2504a.</enum><header>Unfunded
priorities of the national technology and industrial base: annual report</header>
```

```
<subsection id="H121EDA4D62804A98A226187D4B20DC7B"><enum>(a)</enum><header>Annual
report</header><text>Not later than 10 days after the date on which the budget of the
President for a fiscal year is submitted to Congress pursuant to section 1105 of title
31, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the
Secretary of Defense, the Chairman of the Joint Chiefs of Staff, and the congressional
defense committees a report on the unfunded priorities to address gaps or
vulnerabilities in the national technology and industrial base.</text></subsection>

<subsection
id="H42E354B89127403EB279B12330F79EC2"><enum>(b)</enum><header>Elements</header>

<paragraph id="H9852F3A907E4406F9C229AFD7281EA2B"><enum>(1)</enum><header>In
general</header><text>Each report under subsection (a) shall specify, for each unfunded
priority covered by such report, the following:</text>

<subparagraph id="H9A6EDD86B5D641328349A3AC6E266F31"><enum>(A)</enum><text>A summary
description of such priority, including the objectives to be achieved if such priority
is funded (whether in whole or in part).</text></subparagraph>

<subparagraph id="H18EEB8237CF6401490CD352377EA9976"><enum>(B)</enum><text>The
additional amount of funds recommended in connection with the objectives under
subparagraph (A).</text></subparagraph>

<subparagraph id="H84C7DD4B95D245E7910A135B9E2F4598"><enum>(C)</enum><text>Account
information with respect to such priority, including the following (as
applicable):</text>

<clause id="H42A09804D833457D8DB8099787D7F4B9"><enum>(i)</enum><text>Line Item Number
(LIN) for applicable procurement accounts.</text></clause>

<clause id="H79D45399172D42B8AB6ABDE4DD8A905D"><enum>(ii)</enum><text>Program Element
(PE) number for applicable research, development, test, and evaluation
accounts.</text></clause>

<clause id="H540F9DE2CCE7429CADF436EB24E06E7D"><enum>(iii)</enum><text>Sub-activity
group (SAG) for applicable operation and maintenance
accounts.</text></clause></subparagraph></paragraph>

<paragraph
id="H47EC0CA673DE425FBA7F0BA075261A88"><enum>(2)</enum><header>Prioritization of
priorities</header><text display-inline="yes-display-inline">Each report shall present
the unfunded priorities covered by such report in order of urgency of
priority.</text></paragraph></subsection>

<subsection id="H585F97F75603469A8CDF991A50981554"><enum>(c)</enum><header>Unfunded
priority defined</header><text display-inline="yes-display-inline">In this section, the
term <term>unfunded priority</term>, in the case of a fiscal year, means a program,
activity, or mission requirement of the national technology and industrial base
thatâ€"</text>

<paragraph id="H54502CCFF05E4A6099D476BF5F6BF869"><enum>(1)</enum><text>is not funded
in the budget of the President for the fiscal year as submitted to Congress pursuant to
section 1105 of title 31;</text></paragraph>

<paragraph id="H92B3A77EBAFA45238AF964F681CA1C0A"><enum>(2)</enum><text>is necessary to
address gaps or vulnerabilities in the national technology and industrial base;
and</text></paragraph>

<paragraph id="HDB591A6CA91D4D3E964E1ECD92A8EF4B"><enum>(3)</enum><text>would have been
recommended for funding through the budget referred to in paragraph (1) ifâ€"</text>

<subparagraph id="H2C628217AF9C49F08A181D0C43A25815"><enum>(A)</enum><text>additional
resources had been available for the budget to fund the program, activity, or mission
requirement; or</text></subparagraph>

<subparagraph id="HA425C6703C484FD38A1B8A137B5C0FE2"><enum>(B)</enum><text display-
inline="yes-display-inline">the program, activity, or mission requirement had emerged
before the budget was
formulated.</text></subparagraph></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE3BB0A063BD4465C8E12BFDF2080AB45"><enum>(2)</enum><header>Clerical
```

amendment</header><text>The table of sections for such subchapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H987BB1283E2F404D903A82479818C0F0" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2504a. Unfunded priorities of the national technology and industrial base: annual report.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HBADAF18C20C54C6C8C0D930763E48799" section-type="subsequent-section"><enum>847.</enum><header display-inline="yes-display-inline">Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors</header>

<subsection commented="no" display-inline="no-display-inline" id="H5671AA66C7C94FBEA74221A45EB2368A"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H5D552243BB1045CCBF143D0BBCE9FA95"><enum>(1)</enum><header display-inline="yes-display-inline">Beneficial owner; beneficial ownership</header><text display-inline="yes-display-inline">The terms <term>beneficial owner</term> and <term>beneficial ownership</term> shall be determined in a manner that is not less stringent than the manner set forth in section 240.13d–3 of title 17, Code of Federal Regulations (as in effect on the date of the enactment of this Act).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2DBF026134F34710954FEF9BD942A077"><enum>(2)</enum><header display-inline="yes-display-inline">Company</header><text display-inline="yes-display-inline">The term <term>company</term> means any corporation, company, limited liability company, limited partnership, business trust, business association, or other similar entity.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBED9E38DC71C466ABCE2E899FE2D3AC5"><enum>(3)</enum><header display-inline="yes-display-inline">Covered contractor or subcontractor</header><text display-inline="yes-display-inline">The term <term>covered contractor or subcontractor</term> means a company that is an existing or prospective contractor or subcontractor of the Department of Defense on a contract or subcontract with a value in excess of $5,000,000, except as provided in subsection (c).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE547E5AC2F424555B0A6BA2BB40175DF"><enum>(4)</enum><header display-inline="yes-display-inline">Foreign ownership, control, or influence; FOCI</header><text display-inline="yes-display-inline">The terms <term>foreign ownership, control, or influence</term> and <term>FOCI</term> have the meanings given those terms in the National Industrial Security Program Operating Manual (DOD 5220.22–M), or a successor document.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA2EE75C9F7A54638BCD66EC1AA9CBA67"><enum>(b)</enum><header display-inline="yes-display-inline">Improved assessment and mitigation of risks related to foreign ownership, control, or influence</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE5D9977974044673BAB19C809A803C4D"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">In developing and implementing the analytical framework for mitigating risk relating to ownership structures, as required by section 2509 of title 10, United States Code, as added by section 845 of this Act, the Secretary of Defense shall improve the process and procedures for the assessment and mitigation of risks related to foreign ownership, control, or influence (FOCI) of contractors and subcontractors doing business with the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

WASHSTATEC014967

```
id="HE8B5F880148142A28212F25B90F746DC"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The process
and procedures for the assessment and mitigation of risk relating to ownership
structures referred to in paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H698329DEFEAE463B8266444699340F89"><enum>(A)</enum><header display-inline="yes-
display-inline">Assessment of FOCI</header>

<clause commented="no" display-inline="yes-display-inline"
id="HB9C4688BEC0C4079B7DD100E980D3DF3"><enum>(i)</enum><text display-inline="yes-
display-inline">A requirement for covered contractors and subcontractors to disclose to
the Defense Counterintelligence and Security Agency, or its successor organization,
their beneficial ownership and whether they are under FOCI.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H6F48E6B095734459ACE595F66A750794" indent="up1"><enum>(ii)</enum><text display-
inline="yes-display-inline">A requirement to update such disclosures when changes occur
to information previously provided, consistent with or similar to the procedures for
updating FOCI information under the National Industrial Security Program Operating
Manual (DOD 5220.22â€"M), or a successor document.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H5D2A5E3943674414A5396A348B2C432A" indent="up1"><enum>(iii)</enum><text display-
inline="yes-display-inline">A requirement for covered contractors and subcontractors
determined to be under FOCI to disclose contact information for each of its foreign
owners that is a beneficial owner.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF167925C049A4A7581EB385630F315F9" indent="up1"><enum>(iv)</enum><text display-
inline="yes-display-inline">A requirement that, at a minimum, the disclosures required
by this paragraph be provided at the time the contract or subcontract is awarded,
amended, or renewed, but in no case later than one year after the Secretary prescribes
regulations to carry out this subsection.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7997059533DF4B75B0B468771A4CF14A"><enum>(B)</enum><header display-inline="yes-
display-inline">Responsibility determination</header><text display-inline="yes-display-
inline">Consistent with section 2509 of title 10, United States Code, as added by
section 845 of this Act, consideration of FOCI risks as part of responsibility
determinations, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H2D8F42FE6C7B4DFF8F0C06679609C420"><enum>(i)</enum><text display-inline="yes-
display-inline">whether to establish a special standard of responsibility relating to
FOCI risks for covered contractors or subcontractors, and the extent to which the
policies and procedures consistent with or similar to those relating to FOCI under the
National Industrial Security Program shall be applied to covered contractors or
subcontractors;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H79B6B7B490BA4F7CA59E23C59608C2AD"><enum>(ii)</enum><text display-inline="yes-
display-inline">procedures for contracting officers making responsibility
determinations regarding whether covered contractors and subcontractors may be under
foreign ownership, control, or influence and for determining whether there is reason to
believe that such foreign ownership, control, or influence would pose a risk or
potential risk to national security or potential compromise because of sensitive data,
systems, or processes, such as personally identifiable information, cybersecurity, or
national security systems involved with the contract or subcontract;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H43F7CB8500714C9AB46E526C310E3F00"><enum>(iii)</enum><text display-
inline="yes-display-inline">modification of policies, directives, and practices to provide that an
assessment that a covered contractor or subcontractor is under FOCI may be a sufficient
basis for a contracting officer to determine that a contractor or subcontractor is not
responsible.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9861BEF3FC3A43DDA09A4A3B66AD178F"><enum>(C)</enum><header display-inline="yes-
```

WASHSTATEC014968

display-inline">Contract requirements, administration, and oversight relating to foci</header>

<clause commented="no" display-inline="no-display-inline" id="HAD28ACD35E2F4913A92F597B0937C4CF"><enum>(i)</enum><text display-inline="yes-display-inline">Requirements for contract clauses providing for and enforcing disclosures related to changes in FOCI or beneficial ownership during performance of the contract or subcontract, consistent with subparagraph (A), and necessitating the effective mitigation of risks related to FOCI throughout the duration of the contract or subcontract.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H45C19408010640DFBE9A19CCA8E56E5A"><enum>(ii)</enum><text display-inline="yes-display-inline">Pursuant to section 831(c), designation of the appropriate Department of Defense official responsible to approve and to take actions relating to award, modification, termination of a contract, or direction to modify or terminate a subcontract due to an assessment by the Defense Counterintelligence and Security Agency, or its successor organization, that a covered contractor or subcontractor under FOCI poses a risk to national security or potential risk of compromise.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC3E316A90A694D258D48E4F9B0534D12"><enum>(iii)</enum><text display-inline="yes-display-inline">A requirement for the provision of additional information regarding beneficial ownership and control of any covered contractor or subcontractor on the contract or subcontract.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H86A84833349F4DAF8F924FCDB5E7FFDB"><enum>(iv)</enum><text display-inline="yes-display-inline">Other measures as necessary to be consistent with other relevant practices, policies, regulations, and actions, including those under the National Industrial Security Program.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8593C12822A94F828AC5283439B2F082"><enum>(c)</enum><header display-inline="yes-display-inline">Applicability to contracts and subcontracts for commercial products and services and other forms of acquisition agreements</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0FFDB2A416C143D4B4F7954F5F859069"><enum>(1)</enum><header display-inline="yes-display-inline">Commercial products and services</header><text display-inline="yes-display-inline">The requirements under subsection (b)(2)(A) and (b)(2)(C) shall not apply to a contract or subcontract for commercial products or services, unless a designated senior Department of Defense official specifically requires the applicability of subsections (b)(2)(A) and (b)(2)(C) based on a determination by the designated senior official that the contract or subcontract involves a risk or potential risk to national security or potential compromise because of sensitive data, systems, or processes, such as personally identifiable information, cybersecurity, or national security systems.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD1BBEB1A72B44E6A9F30C0B8F4F8A24F4"><enum>(2)</enum><header display-inline="yes-display-inline">Research and development and procurement activities</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that the requirements of this section are applied to research and development and procurement activities, including for the delivery of services, established through any means including those under section 2358(b) of title 10, United States Code.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H83699BE194B14FEBB12E9A809150E841"><enum>(d)</enum><header display-inline="yes-display-inline">Availability of resources</header><text display-inline="yes-display-inline">The Secretary shall ensure that sufficient resources, including subject matter expertise, are allocated to execute the functions necessary to carry out this section, including the assessment, mitigation, contract administration, and oversight functions.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDFD2810561454F7C9F9B3666F746A72B"><enum>(e)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-

inline">Nothing in this section shall be construed to limit or modify any other procurement policy, procedure, requirement, or restriction provided by law, including section 721 of the Defense Production Act of 1950 (50 U.S.C. 4565), as amended by the Foreign Interference Risk Review Modernization Act of 2018 (subtitle A of title XVII of Public Law 115â€"232).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H78CDF16ABB0444D793E757822601D3C4"><enum>(f)</enum><header display-inline="yes-display-inline">Availability of beneficial ownership data</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9D996292E9E84A9BA7D8CE728E019492"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish a process to update systems of record to improve the assessment and mitigation of risks associated with FOCI through the inclusion and updating of all appropriate associated uniquely identifying information about the contracts and contractors and subcontracts and subcontractors in the Federal Awardee Performance and Integrity Information System (FAPIIS), administered by the General Services Administration, and the Commercial and Government Entity (CAGE) database, administered by the Defense Logistics Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7CF40166371F4EE3A76D1DBC2E258A34"><enum>(2)</enum><header display-inline="yes-display-inline">Limited availability of information</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that the information required to be disclosed pursuant to this section isâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9718BED2E0E046379B6D84143F092627"><enum>(A)</enum><text display-inline="yes-display-inline">not made public;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBFE2BA4DB46F428093C90A95C59CC75D"><enum>(B)</enum><text display-inline="yes-display-inline">made available via the FAPIIS and CAGE databases; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H54237F901F5E4D54B0369952E69126A2"><enum>(C)</enum><text display-inline="yes-display-inline">made available to appropriate government departments or agencies.</text></subparagraph></paragraph></subsection></section>

<section id="HD0190052397B463EA6387A322E2AA5E0"><enum>848.</enum><header>Prohibition on operation or procurement of foreign-made unmanned aircraft systems</header>

<subsection commented="no" display-inline="no-display-inline" id="H44712E8367FE4B3D8F1370B2EEAC457E"><enum>(a)</enum><header display-inline="yes-display-inline">Prohibition on agency operation or procurement</header><text display-inline="yes-display-inline">The Secretary of Defense may not operate or enter into or renew a contract for the procurement ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H481993C47E4441CC9099B409FBBB3721"><enum>(1)</enum><text display-inline="yes-display-inline">a covered unmanned aircraft system thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H88C4A395BD524ADF8FCFF8F9057C0C6D"><enum>(A)</enum><text display-inline="yes-display-inline">is manufactured in a covered foreign country or by an entity domiciled in a covered foreign country;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF8B1827AE2A24609A9CDD20DB8204D38"><enum>(B)</enum><text display-inline="yes-display-inline">uses flight controllers, radios, data transmission devices, cameras, or gimbals manufactured in a covered foreign country or by an entity domiciled in a covered foreign country;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA4F423CEF829400D950F9842C1766C6B"><enum>(C)</enum><text display-inline="yes-display-inline">uses a ground control system or operating software developed in a covered foreign country or by an entity domiciled in a covered foreign country;</text>

or</text></subparagraph>

&lt;subparagraph commented="no" display-inline="no-display-inline"
id="HB49D1EAE046C4FA9987EF6B350F20F49"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;uses network connectivity or data storage located in or administered by
an entity domiciled in a covered foreign country; or&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HBAC7BAA1CE564EDCB50EFB15FD75415A"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;a system manufactured in a covered foreign country or by an entity
domiciled in a covered foreign country for the detection or identification of covered
unmanned aircraft systems.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection commented="no" display-inline="no-display-inline"
id="H52F5F7E0D286460192BDF7099A06612E"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Exemption&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The
Secretary of Defense is exempt from the restriction under subsection (a) if the
operation or procurement is for the purposes ofâ€"&lt;/text&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HC1B7E6693C204B75B2A5327FE925A95E"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;Counter-UAS surrogate testing and training; or&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="H603A95D2B517432A8C2039A18D16FE22"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;intelligence, electronic warfare, and information warfare operations,
testing, analysis, and training.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection commented="no" display-inline="no-display-inline"
id="H8BD6D690504945B2A489B2F4EA3AF43A"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Waiver&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The Secretary
of Defense may waive the restriction under subsection (a) on a case by case basis by
certifying in writing to the congressional defense committees that the operation or
procurement is required in the national interest of the United
States.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection commented="no" display-inline="no-display-inline"
id="HD4D23EEBC2E942609FCDE8D9ECB818B8"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Definitions&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;In this
section:&lt;/text&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="H67972C9A4F494B03A0BDB1C45837BFC6"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Covered foreign country&lt;/header&gt;&lt;text display-inline="yes-display-
inline"&gt;The term &lt;term&gt;covered foreign country&lt;/term&gt; means the Peopleâ€™s Republic of
China.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HC8039607C6984ABBBAEA74EDE7649B78"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Covered unmanned aircraft system&lt;/header&gt;&lt;text display-inline="yes-
display-inline"&gt;The term &lt;term&gt;covered unmanned aircraft system&lt;/term&gt; means an
unmanned aircraft system and any related services and
equipment.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="HCB2F32ADC3134ACB812F9FEEF3E170A3"&gt;&lt;enum&gt;849.&lt;/enum&gt;&lt;header&gt;Modification
of prohibition on acquisition of sensitive materials from non-allied foreign
nations&lt;/header&gt;

&lt;subsection id="H87CDB5CFDDC940ACA4D2C0769349058D"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Expansion of
materials covered by prohibition on sale from National Defense
Stockpile&lt;/header&gt;&lt;text&gt;Subsection (a)(2) of section 2533c of title 10, United States
Code, is amended, in the matter preceding subparagraph (A), by striking &lt;quote&gt;covered
material&lt;/quote&gt; and inserting &lt;quote&gt;material&lt;/quote&gt;.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H9387AC6886AB424AAEC39C20911CF780"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Inclusion of
tantalum in definition of covered materials&lt;/header&gt;&lt;text&gt;Subsection (d)(1) of such
section is amendedâ€"&lt;/text&gt;

&lt;paragraph id="H545733F21C6346E691BA0AF7937FFCCC"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;in subparagraph
(C), by striking &lt;quote&gt;; and&lt;/quote&gt; and inserting a semicolon;&lt;/text&gt;&lt;/paragraph&gt;

```
<paragraph id="H3ACFF0F8D5D3418680D9CCF1E259C22C"><enum>(2)</enum><text>in subparagraph
(D), by striking the period and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="HE1A2225D9CE146C0B16AFEAE9A019392"><enum>(3)</enum><text>by adding at
the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H751A0059BC3C44A7BBB3C23E78408A54"
style="OLC">

<subparagraph id="H61C732D657E849289EA0D46A60D03F8A"><enum>(E)</enum><text>tantalum
metals and alloys.</text></subparagraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection></section>

<section id="H2FA05D7C411A482E9C194B19BF1D6FAE" section-type="subsequent-
section"><enum>850.</enum><header>Acquisition and disposal of certain rare earth
materials</header>

<subsection id="H72A91FF43A03490C9E798735A7731760"><enum>(a)</enum><header>Authority to
dispose of and acquire materials for the national defense stockpile</header>

<paragraph id="HB95527DED24D4F668287078D7B7F357A"><enum>(1)</enum><header>Disposal
authority</header><text>Pursuant to section 5(b) of the Strategic and Critical
Materials Stock Piling Act (50 U.S.C. 98d(b)), the National Defense Stockpile Manager
shall dispose of 3,000,000 pounds of tungsten ores and concentrates contained in the
National Defense Stockpile (in addition to any amount previously authorized for
disposal).</text></paragraph>

<paragraph id="H93A92A87CBA7477B85C81437511B4440"><enum>(2)</enum><header>Acquisition
authority</header>

<subparagraph
id="H0F10AD769FD24FB29A1F39D9DEDE3387"><enum>(A)</enum><header>Authority</header><text>
Using funds available in the National Defense Stockpile Transaction Fund, the National
Defense Stockpile Manager may acquire the following materials determined to be
strategic and critical materials required to meet the defense, industrial, and
essential civilian needs of the United States:</text>

<clause id="H458230C2D396437A899D5EFDE3BC0D7F"><enum>(i)</enum><text>Aerospace-grade
rayon.</text></clause>

<clause id="H5A876124FB3A4DC992FBBDAA71EE8BB8"><enum>(ii)</enum><text>Electrolytic
manganese metal.</text></clause>

<clause id="HEA11622C7BFB41C598228BD654BC2208"><enum>(iii)</enum><text>Pitch-based
carbon fiber.</text></clause>

<clause id="H0D61AE9837D4445097E2AE5ED9C69DFE"><enum>(iv)</enum><text>Rare earth cerium
compounds.</text></clause>

<clause id="HF31929F2C54A41E2B11A328F222FDFD5"><enum>(v)</enum><text>Rare earth
lanthanum compounds.</text></clause></subparagraph>

<subparagraph id="HA716AEB7E73F42DEB0E4380DBEF76484"
commented="no"><enum>(B)</enum><header>Amount of authority</header><text display-
inline="yes-display-inline">The National Defense Stockpile Manager may use up to
$37,420,000 in the National Defense Stockpile Transaction Fund for acquisition of the
materials specified in this paragraph.</text></subparagraph></paragraph>

<paragraph id="H781D9B689BAF4EDA8C7F6A0195905E5D"><enum>(3)</enum><header>Fiscal year
limitation</header><text>The authority under this subsection is available for purchases
made during fiscal year 2020 through fiscal year 2024.</text></paragraph></subsection>

<subsection id="H8A59F3FB0FB344C8BB3C7DA1C3F4833A"><enum>(b)</enum><header>Sense of
Congress relating to national defense stockpile sales</header><text display-
inline="yes-display-inline">It is the sense of Congress that tantalum should be
designated as a strategic and critical material under the Strategic and Critical
Materials Stock Piling Act (50 U.S.C. 98 et seq.) required to meet the defense,
industrial, and essential civilian needs of the United States.</text></subsection>

<subsection id="H746B6075AD9A4B0B8A35A05DFC7F2AC2"><enum>(c)</enum><header>Report on
supply chain issues for rare earth materials</header><text display-inline="yes-display-
inline">Not later than 180 days after the date of the enactment of this Act, the
```

Administrator of the Defense Logistics Agency, in coordination with the Deputy Assistant Secretary of Defense for Industrial Policy, shall submit a report to Congress assessing issues relating to the supply chain for rare earth materials. Such report shall include the following:</text>

<paragraph id="H096464971FDB42D8AC2095AD744E1F60"><enum>(1)</enum><text>An assessment of the rare earth materials in the reserves held by the United States.</text></paragraph>

<paragraph id="H899E02FF22F94FC0AA08857218199488"><enum>(2)</enum><text display-inline="yes-display-inline">A estimate of the needs of the United States for rare earth materialsâ€"</text>

<subparagraph id="HDCED74771D8B4F5A8F6EDAEFE180CDC5"><enum>(A)</enum><text>in general; and</text></subparagraph>

<subparagraph id="HAEDF38BFF59444528EAA97E20CD61540"><enum>(B)</enum><text>to support a major near-peer conflict as described in war game scenarios in the 2018 National Defense Strategy.</text></subparagraph></paragraph>

<paragraph id="H6ADA382EA28643949384E3083E95941E"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of the extent to which substitutes for rare earth materials are available.</text></paragraph>

<paragraph id="HB27F6256A44741B19D39F3A42A59EF64"><enum>(4)</enum><text>A strategy or plan to encourage the use of rare earth materials mined, refined, processed, melted, or sintered in the United States, or from trusted allies, including an assessment of the best acquisition practices (which shall include an analysis of best value contracting methods) to ensure the viability of trusted suppliers of rare earth materials to meet national security needs.</text></paragraph></subsection></section>

<section id="H6D22A0431F5B421C9A323ECC540CC3B7"><enum>851.</enum><header>Pilot program for development of technology-enhanced capabilities with partnership intermediaries</header>

<subsection id="HCA61E56F5E354F948E854C544C7C7A7B"><enum>(a)</enum><header>Establishment</header><text>The Commander of the United States Special Operations Command may use the greater of $2,000,000 or 5 percent of the funds required to be expended by the United States Special Operations Command under section 9(f)(1) of the Small Business Act (15 U.S.C. 638(f)(1)) for a pilot program to increase participation by small business concerns in the development of technology-enhanced capabilities for special operations forces.</text></subsection>

<subsection id="H800E98F9BDDA423798972C2DCE01EB6A"><enum>(b)</enum><header>Use of partnership intermediary</header>

<paragraph id="H5226F5AFF1724760B0F98A869BA360BB"><enum>(1)</enum><header>Authorization</header><text>The Commander of the United States Special Operations Command may modify an existing agreement with a partnership intermediary to assist the Commander in carrying out the pilot program under this section, including with respect to the award of contracts and agreements to small business concerns.</text></paragraph>

<paragraph id="H44B65FCFEE664515B51CEDA39A66AB0F"><enum>(2)</enum><header>Use of funds</header><text>None of the funds referred to in subsection (a) shall be used to pay a partnership intermediary for any administrative costs associated with the pilot program.</text></paragraph></subsection>

<subsection id="H00533E183DCD4DED9669D4932ED3EDC7"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than October 1, 2020, and October 1, 2021, the Commander of the United States Special Operations Command, in coordination with the Under Secretary of Defense for Research and Engineering, shall submit to the congressional defense committees, the Committee on Small Business of the House of Representatives, and the Committee on Small Business and Entrepreneurship of the Senate a report describing any agreement with a partnership intermediary entered into pursuant to this section. The report shall include, for each such agreement, the amount of funds obligated, an identification of the recipient of such funds, and a description of the use of such funds.</text></subsection>

WASHSTATEC014973

```
<subsection
id="H48A7FD329D1A45DEB24A7E3B56572D91"><enum>(d)</enum><header>Termination</header><tex
t>The authority to carry out a pilot program under this section shall terminate on
September 30, 2021.</text></subsection>

<subsection
id="HD2B9658AED4943CAA443AA4AE080FD97"><enum>(e)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H2DBBC8641C0B434088B635EE4E41B83E"><enum>(1)</enum><header>Partnership
intermediary</header><text>The term <term>partnership intermediary</term> has the
meaning given the term in section 23(c) of the Stevenson-Wydler Technology Innovation
Act of 1980 (15 U.S.C. 3715(c)).</text></paragraph>

<paragraph id="H986041C8B9194A53B7FE70D956E08BF6"><enum>(2)</enum><header>Small
business concern</header><text>The term <term>small business concern</term> has the
meaning given the term under section 3 of the Small Business Act (15 U.S.C.
632).</text></paragraph>

<paragraph id="HC22254771A02451D97349846485C28AE"><enum>(3)</enum><header>Small
business innovation research program</header><text>The term <term>Small Business
Innovation Research Program</term> has the meaning given the term in section 9(e)(4) of
the Small Business Act (15 U.S.C. 638(e)).</text></paragraph>

<paragraph id="H68D2437FA3D2432BB88F63F2884F0290"><enum>(4)</enum><header>Small
business technology transfer program</header><text>The term <term>Small Business
Technology Transfer Program</term> has the meaning given the term in section 9(e)(6) of
the Small Business Act (15 U.S.C. 638(e)).</text></paragraph>

<paragraph commented="no"
id="HAEF50C54F6674229BE684E33742DC442"><enum>(5)</enum><header>Technology-enhanced
capability</header><text display-inline="yes-display-inline">The term
<quote>technology-enhanced capability</quote> means a product, concept, or process that
improves the ability of a member of the Armed Forces to achieve an assigned
mission.</text></paragraph></subsection></section>

<section id="H0267376803044F80AD840B63E7F36155"><enum>852.</enum><header>Authorized
official to carry out the procurement technical assistance cooperative agreement
program</header>

<subsection id="H983CF348BB0E498C80DD949CA81931CA"><enum>(a)</enum><header>Authorized
official</header><text>Effective October 1, 2021, section 2411(3) of title 10, United
States Code, is amended by striking <quote>Director of the Defense Logistics
Agency</quote> and inserting <quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></subsection>

<subsection id="HF50D19BE19154376B7943C8390FD98E8"><enum>(b)</enum><header>Report and
briefing</header><text>Not later than November 1, 2020, the Secretary of Defense shall
provide to the congressional defense committees a written report and briefing on the
activities carried out in preparation for the transition of responsibilities for
carrying out the procurement technical assistance cooperative agreement program under
chapter 142 of title 10, United States Code, from the Director of Defense Logistics
Agency to the Under Secretary of Defense for Acquisition and Sustainment, as required
by subsection (a).</text></subsection>

<subsection id="H257F2F1B8D2247AE98FF67C424960E11"><enum>(c)</enum><header>Annual
budget justification documents</header><text display-inline="yes-display-inline">The
Secretary of Defense shall submit to Congress, as a part of the defense budget
materials (as defined in section 234(d) of title 10, United States Code) for fiscal
year 2021 and each fiscal year thereafter, a budget justification display that includes
the procurement technical assistance cooperative agreement program under chapter 142 of
title 10, United States Code, as part of the budget justification for Operation and
Maintenance, Defense-wide for the Office of the Secretary of
Defense.</text></subsection></section>

<section id="HB0E23732F4674A6F8CFE11C55A4AEA9C"><enum>853.</enum><header>Requirement
that certain ship components be manufactured in the national technology and industrial
base</header>

<subsection id="H314105A1050E4CF3BBF8390B38C68D40"><enum>(a)</enum><header>Additional
```

procurement limitation</header><text>Section 2534(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H934C41E4D47C4F078018BB5432D86D22" display-inline="no-display-inline">

<paragraph id="H28544C38681F47F3A21E2FDBB9AB68E5" display-inline="no-display-inline"><enum>(6)</enum><header>Components for auxiliary ships</header><text>Subject to subsection (k), large medium-speed diesel engines.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H898AE252D59C4E2F887CB3814FB75EB0"><enum>(b)</enum><header>Implementation</header><text>Such section is further amended by adding at the end the following new subsection:</text>

<quoted-block style="USC" id="H3F8AB68E966A49C5934407FDA708BC32" display-inline="no-display-inline">

<subsection id="HA3BC1D5E197A4BD6A9212D55DF69BC61"><enum>(k)</enum><header>Implementation of auxiliary ship component limitation</header><text display-inline="yes-display-inline">Subsection (a)(6) applies only with respect to contracts awarded by the Secretary of a military department for new construction of an auxiliary ship after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020 using funds available for National Defense Sealift Fund programs or Shipbuilding and Conversion, Navy. For purposes of this subsection, the term <term>auxiliary ship</term> does not include an icebreaker or a special mission ship.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H9154D7D5892944E394607B1D2C687886" section-type="subsequent-section"><enum>854.</enum><header>Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment</header>

<subsection id="HD825E9DBB8A5433690F2695B1DAE28DC"><enum>(a)</enum><header>Addition of domestically produced stainless steel flatware and dinnerware</header>

<paragraph id="H343DA223D45846A193E1C0B51F3D7095"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2533a(b) of title 10, United States Code, is amended by adding at the end the following new paragraphs:</text>

<quoted-block id="H20C361D9D8A4424EBE76A4EFAD526C69" style="OLC">

<paragraph id="H916D4C21FE0249FEB13893899DC31680"><enum>(3)</enum><text>Stainless steel flatware.</text></paragraph>

<paragraph id="H4BE8E7F7300B46228110FC980187D117"><enum>(4)</enum><text>Dinnerware.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H7B84EF9D05BE46359B7A9A8C6482A50B"><enum>(2)</enum><header>Applicability</header><text display-inline="yes-display-inline">Paragraphs (3) and (4) of section 2533a(b) of title 10, United States Code, as added by paragraph (1), shall apply with respect to contracts entered into on or after the date occurring 1 year after the date of the enactment of this Act.</text></paragraph>

<paragraph id="H33819BA80F6B423581F99639288B3ABA"><enum>(3)</enum><header>Repeal</header><text display-inline="yes-display-inline">Effective September 30, 2023, such paragraphs (3) and (4) are repealed.</text></paragraph></subsection>

<subsection id="H70B1E73269134255A229804E2F69E497"><enum>(b)</enum><header>Report</header>

<paragraph id="HB25799A1AA1F4A9F82C6674FC26122DD" display-inline="no-display-inline"><enum>(1)</enum><header>Report required</header><text>Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that provides a market survey, cost assessment, description of national security considerations, and a recommendation regarding whether the procurement of dinnerware

WASHSTATEC014975

and stainless steel flatware should be limited to sources in the United States.</text></paragraph>

<paragraph id="HABBB4C785D374923B8E390531C35A703"><enum>(2)</enum><header>Contents</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include an analysis of the following with respect to dinnerware and stainless steel flatware:</text>

<subparagraph id="HE0617B02FA1642F2AA1D2704C9E55DF2"><enum>(A)</enum><text>The extent to which such items have commercial applications.</text></subparagraph>

<subparagraph id="HFE8F72DC74FB4E3EAD81627BAE3F5390"><enum>(B)</enum><text>The number of such items to be procured by current programs of record.</text></subparagraph>

<subparagraph id="H1DB0B43D6F384CD4A300F0E1380E35EC"><enum>(C)</enum><text>The criticality of such items to a military unitâ€™s mission accomplishment.</text></subparagraph>

<subparagraph id="H967453E6E4234E3AA3ED135ECB5DE071"><enum>(D)</enum><text>The estimated cost and other considerations of reconstituting the production capability of such items, if not maintained in the United States.</text></subparagraph>

<subparagraph id="H9F5F8F93488448D8A3AFFA7A1D60C319"><enum>(E)</enum><text>National security regulations or restrictions imposed on such items that may not be imposed on such items if provided by a competitor outside the United States.</text></subparagraph>

<subparagraph id="H4D221ED1F0A44584AC60FC6023960F02"><enum>(F)</enum><text>Federal, State, and local government regulations that are not related to national security that are imposed on such items that may not be imposed on a competitor outside the United States.</text></subparagraph>

<subparagraph id="H20417AEB930F430C98AE7291E26511FA"><enum>(G)</enum><text>The extent to which such items is fielded in current programs of record.</text></subparagraph>

<subparagraph id="HA31EB3182509464BB09399986A1CCFCE"><enum>(H)</enum><text display-inline="yes-display-inline">The extent to which such items can be procured as and when needed in satisfactory quality and sufficient quantity at United States market prices.</text></subparagraph>

<subparagraph id="HAD3ED66AF29447ECB478C0A5D2A85B01"><enum>(I)</enum><text>The benefits accrued to the Department of Defense and the defense industrial base to procure such items from sources outside the United States.</text></subparagraph></paragraph></subsection></section>

<section id="H567F557F941B425DB611CCC075A81D02" section-type="subsequent-section"><enum>855.</enum><header>Application of miscellaneous technology base policies and programs to the Columbia-class submarine program</header><text display-inline="no-display-inline">Notwithstanding subchapter V of chapter 148 of title 10, United States Code (except for sections 2534, 2533a, and 2533b of such title), for a period of one year beginning on the date of the enactment of this Act, the milestone decision authority (as defined in section 2366a of title 10, United States Code) for the Columbia-class submarine program shall ensure that such program maintains the Acquisition Program Baseline schedule dates approved under the Milestone B approval (as defined in such section).</text></section>

<section id="H2CEFB402E28E41B4A370F94F7F69A877"><enum>856.</enum><header>Application of limitation on procurement of goods other than United States goods to the FFGâ€"Frigate Program</header><text display-inline="no-display-inline">Notwithstanding any other provision of law, amounts authorized to carry out the FFGâ€"Frigate Program may be used to award a new contract that provides for the acquisition of the following components regardless of whether those components are manufactured in the United States:</text>

<paragraph id="H601E7C1A214C4506957B23053A08DF39"><enum>(1)</enum><text display-inline="yes-display-inline">Auxiliary equipment (including pumps) for shipboard services.</text></paragraph>

<paragraph id="HE2491011CF2345EE914BD8440EFA4279"><enum>(2)</enum><text>Propulsion equipment (including engines, reduction gears, and propellers).</text></paragraph>

<paragraph id="HD9AD31B0569846FEB86763C07386C186"><enum>(3)</enum><text>Shipboard

```
cranes.</text></paragraph>

<paragraph id="H17F790ADD97246C785B24CB34ADCB06F"><enum>(4)</enum><text>Spreaders for
shipboard cranes.</text></paragraph></section>

<section id="H7EA216685B85410789C5A28FB897D2BC"><enum>857.</enum><header>Sense of
Congress regarding consideration of price in procurement of the FFG(X)
frigate</header><text display-inline="no-display-inline">It is the sense of Congress
that during fiscal year 2020, in evaluating proposals for a contract to procure a
FFG(X) frigate, the Secretary of the Navy should ensure price is a critical
factor.</text></section></subtitle>

<subtitle id="H443B2E0A144F403B89BDC2A28B59F0B8"><enum>F</enum><header>Provisions
Relating to Acquisition Workforce</header>

<section id="HD6E2EC4D485A4DE0A58FBFC590062328"><enum>860.</enum><header>Establishment
of Defense Civilian Training Corps</header>

<subsection id="H6096C7CCE6BE4ADBBF8CE941C2307194"><enum>(a)</enum><header>In
general</header><text>Part III of subtitle A of title 10, United States Code, is
amended by inserting after chapter 112 the following new chapter:</text>

<quoted-block id="H920D43DB127A413A98E4FC84559D0F10" style="OLC">

<chapter id="H57738B64A4A14588A940F35026692626"><enum>113</enum><header>DEFENSE
CIVILIAN TRAINING CORPS</header>

<toc container-level="chapter-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H57738B64A4A14588A940F35026692626" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">
```

```
<toc-entry idref="HEA4F9089029743F58519C00CB609137C"
level="section">Sec.â€,2200g.â€,Establishment.</toc-entry>

<toc-entry idref="HE3F0BFCA43054206A0664878D19A28BC"
level="section">Sec.â€,2200h.â€,Program elements.</toc-entry>

<toc-entry idref="H190CB575D84140C3B1F2F617C5DAABE3"
level="section">Sec.â€,2200i.â€,Model authorities.</toc-entry>

<toc-entry idref="H4CE7B48F093D43F299706080606B1A1C"
level="section">Sec.â€,2200j.â€,Definitions.</toc-entry></toc>
```

```
<section
id="HEA4F9089029743F58519C00CB609137C"><enum>2200g.</enum><header>Establishment</header
><text display-inline="no-display-inline">For the purposes of preparing selected
students for public service in Department of Defense occupations relating to
acquisition, science, engineering, or other civilian occupations determined by the
Secretary of Defense, and to target critical skill gaps in the Department of Defense,
the Secretary of Defense shall establish and maintain a Defense Civilian Training Corps
program, organized into one or more units, at any accredited civilian educational
institution authorized to grant baccalaureate degrees.</text></section>

<section id="HE3F0BFCA43054206A0664878D19A28BC"><enum>2200h.</enum><header>Program
elements</header><text display-inline="no-display-inline">In establishing the program,
the Secretary of Defense shall determine the following:</text>

<paragraph id="H28968D33BE044448804C96C5EA29B750"><enum>(1)</enum><text display-
inline="yes-display-inline">A methodology to identify and target critical skills gaps
in Department of Defense occupations relating to acquisition, science, engineering, or
other civilian occupations determined by the Secretary of Defense.</text></paragraph>

<paragraph id="H0105E661BC184987B5FB7CB69CDAEBE0"><enum>(2)</enum><text>A mechanism to
track and report the success of the program in eliminating any critical skills gaps
identified under paragraph (1).</text></paragraph>

<paragraph id="HE206A5C477A7445D9B4BEB5AF1DDFA56"><enum>(3)</enum><text display-
inline="yes-display-inline">Criteria for an accredited civilian educational institution
to participate in the program.</text></paragraph>

<paragraph id="H1B28FE767BB94717BD468048975008D5"><enum>(4)</enum><text>The eligibility
of a student to become a member of the program.</text></paragraph>
```

WASHSTATEC014977

```
<paragraph id="H90E5A3C80825452BAA558B51E6FD276C"><enum>(5)</enum><text>Criteria
required for a member of the program to receive financial assistance from the
Department of Defense.</text></paragraph>

<paragraph id="HDAFCEA6A1D2B4B1A94300BBD75077CF1"><enum>(6)</enum><text>The term of
service as an employee of the Department of Defense required for a member of the
program to receive such financial assistance.</text></paragraph>

<paragraph id="H4958AA32A7FB467BA93F55A66BCCB472"><enum>(7)</enum><text>Criteria
required for a member of the program to be released from a term of
service.</text></paragraph>

<paragraph id="H1355D0ED48E74CC8A274BAA93CA27DD5"
commented="no"><enum>(8)</enum><text>The method by which a successful graduate of the
program may gain immediate employment in the Department of Defense.</text></paragraph>

<paragraph id="HA85E15DDF6AC434B8EAB887C3CC1E8AD"><enum>(9)</enum><text>Resources
required for implementation of the program.</text></paragraph></section>

<section id="H190CB575D84140C3B1F2F617C5DAABE3"
commented="no"><enum>2200i.</enum><header>Model authorities</header><text display-
inline="no-display-inline">In making determinations under section 2200h of this title,
the Secretary of Defense shall use the authorities under chapters 103 and 111 of this
title as guides.</text></section>

<section
id="H4CE7B48F093D43F299706080606B1A1C"><enum>2200j.</enum><header>Definitions</header><
text display-inline="no-display-inline">In this chapter:</text>

<paragraph id="H36D58F46E0764DBA911DFCEDDAD60FA8"><enum>(1)</enum><text>The term
<term>program</term> means the Defense Civilian Training Corps program established
under section 2200g.</text></paragraph>

<paragraph id="HB319EA895C004690B50311C1BD0EE88A"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <term>member of the program</term> means a student
at an accredited civilian educational institution who is enrolled in the
program.</text></paragraph></section></chapter><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection
id="H3097D90E410E4CAD820FB8F53D4A9667"><enum>(b)</enum><header>Implementation
timeline</header>

<paragraph id="HF68B40F1F2F24914B0F99B5FE8FAA0D2"><enum>(1)</enum><header>Initial
implementation</header><text display-inline="yes-display-inline">Not later than
February 15, 2020, the Secretary of Defense shall submit to the congressional defense
committees a plan and schedule to implement the Defense Civilian Training Corps program
established under chapter 113 of title 10, United States Code (as added by subsection
(a)) at one accredited civilian educational institution authorized to grant
baccalaureate degrees not later than August 1, 2021. The plan shall include a list of
critical skills gaps the program will address and recommendations for any legislative
changes required for effective implementation of the program.</text></paragraph>

<paragraph
id="HF38EA3AA1DD94076BE21F7F2DE21C928"><enum>(2)</enum><header>Expansion</header><text
display-inline="yes-display-inline">Not later than December 31, 2020, the Secretary of
Defense shall submit to the congressional defense committees an expansion plan and
schedule to expand the Defense Civilian Training Corps program to five accredited
civilian educational institutions not later than August 1, 2022.</text></paragraph>

<paragraph id="HC295738C8815453F80FD83E5055E84AA"><enum>(3)</enum><header>Full
implementation</header><text display-inline="yes-display-inline">Not later than
December 31, 2021, the Secretary of Defense shall submit to the congressional defense
committees a full implementation plan and schedule to expand the Defense Civilian
Training Corps program to at least 20 accredited civilian educational institutions with
not fewer than 400 members enrolled in the program not later than August 1,
2023.</text></paragraph></subsection></section>

<section id="HABB334ED94924DB1A346D78980571FE6" section-type="subsequent-
section"><enum>861.</enum><header>Defense acquisition workforce certification,
education, and career fields</header>
```

WASHSTATEC014978

```
<subsection id="H46B20B0B4F9F424582B0CA06D04678FA"><enum>(a)</enum><header>Professional
certification requirement</header>

<paragraph id="HFF45030EF80745F390002FDED0666289"><enum>(1)</enum><header>Professional
certification required for all acquisition workforce personnel</header><text>Section
1701a of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H4FD1C6B17FA845C8BC5C56827C480F15"><enum>(A)</enum><text>by
redesignating subsections (c) and (d) as subsections (d) and (e), respectively;
and</text></subparagraph>

<subparagraph id="H1B27842755B146D6BD6CB60CBF1AF721"><enum>(B)</enum><text>by inserting
after subsection (b) the following new subsection:</text>

<quoted-block id="HE9BB3F79414E4A4E9B82043B67F4F386" style="OLC">

<subsection id="HE324149C28224A25BFEA2C42DA8AD617"><enum>(c)</enum><header>Professional
certification</header>

<paragraph id="H8F16E2EB52F04979B81D9024976663E1" display-inline="yes-display-
inline"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-
inline">The Secretary of Defense shall implement a certification program to provide for
a professional certification requirement for all members of the acquisition workforce.
Except as provided in paragraph (2), the certification requirement for any acquisition
workforce career field shall be based on standards developed by a third-party
accredited program based on nationally or internationally recognized
standards.</text></paragraph>

<paragraph id="H8AAAF577923948F3B8C3F702FA451BB0"
indent="up1"><enum>(2)</enum><header>Requirements for Secretary</header><text display-
inline="yes-display-inline">If the Secretary determines that, for a particular
acquisition workforce career field, a third-party accredited program based on
nationally or internationally recognized standards does not exist, the Secretary shall
establish the certification requirement for that career field that conforms with the
practices of national or international accrediting organizations. The Secretary shall
determine the best approach for meeting the certification requirement for any such
career field, including by implementing such certification requirement through entities
outside the Department of Defense, and may design and implement such certification
requirement without regard to section 1746 of this
title.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subparagraph></paragraph>

<paragraph id="H3531E62891F643F7A75F04B65A167BC3"><enum>(2)</enum><header>Performance
management</header><text>Subsection (b) of such section is amendedâ€"</text>

<subparagraph id="HC9B1DB34874C4ADEA135E09A90214815"><enum>(A)</enum><text>in paragraph
(5), by striking <quote>encourage</quote> and inserting <quote>direct</quote>;
and</text></subparagraph>

<subparagraph id="H741027759F8B41F29F11C6BC243D07B7"><enum>(B)</enum><text>in paragraph
(6), by inserting <quote>and consequences</quote> after
<quote>warnings</quote>.</text></subparagraph></paragraph>

<paragraph id="H4BE91B3710EE4F858EDC4DA6719C122E"><enum>(3)</enum><header>Participation
in professional associations</header><text>Subsection (b) of such section is further
amendedâ€"</text>

<subparagraph id="H6209973BDC314BCFAA95B3BF0111F2A0"><enum>(A)</enum><text>by
redesignating paragraphs (6), (7), (8), and (9) as paragraphs (7), (8), (9), and (10),
respectively; and</text></subparagraph>

<subparagraph id="H8ACF0F92ED8C493EB512D2BF4975F2E0"><enum>(B)</enum><text>by inserting
after paragraph (5) the following new paragraph:</text>

<quoted-block id="H43A1A7D4EEB94AB791BBA38739FF076D" style="OLC">

<paragraph id="HBA422B452C1242F9A03EBA20D3C91CFF"><enum>(6)</enum><text display-
inline="yes-display-inline">authorize a member of the acquisition workforce to
participate in professional associations, consistent with the performance plan of such
a member in order to provide the member with the opportunity to gain leadership and
management skills.</text></paragraph><after-quoted-block>.</after-quoted-
```

WASHSTATEC014979

```
block></quoted-block></subparagraph></paragraph>

<paragraph id="H2657D7B8C1D9462F9F795130779FE9A1"><enum>(4)</enum><header>General
education, training, and experience requirements</header><text display-inline="yes-
display-inline">Section 1723 of such title is amendedâ€"</text>

<subparagraph id="H47C3ABBC7E5A41A2B7B13F70671327BC"><enum>(A)</enum><text>in
subsection (a)(3), by striking the second sentence; and</text></subparagraph>

<subparagraph id="H2F6688B77F874CF29CA2E438D6F42B2E"><enum>(B)</enum><text>in
subsection (b)(1), by striking <quote>encourage</quote> and inserting
<quote>direct</quote>. </text></subparagraph></paragraph>

<paragraph id="H12A3CCB36C5D4527B551E5A04065AE96"><enum>(5)</enum><header>Effective
date</header><text>The Secretary of Defense shall implement procedures to institute the
program required by subsection (c) of section 1701a of title 10, United States Code, as
added by paragraph (1), not later than 180 days after the date of the enactment of this
Act.</text></paragraph></subsection>

<subsection id="HC1289639FD424A20B8B63FAEEF130B6F"><enum>(b)</enum><header>Elimination
of statutory requirement for completion of 24 semester credit hours</header>

<paragraph id="HDC7DC746AC404CF7AC5437A3D23D88BD"><enum>(1)</enum><header>Qualification
requirements for contracting positions</header><text>Section 1724 of title 10, United
States Code, is amendedâ€"</text>

<subparagraph id="HB5E9D62F18A843B9A2371F2E19F41107"><enum>(A)</enum><text>in
subsection (a)(3)â€"</text>

<clause id="HC51350044D6A4903BC3DB0EF9E6968E7"><enum>(i)</enum><text>by striking
<quote>(A)</quote> after <quote>(3)</quote>; and</text></clause>

<clause id="HEC6467D26D884A45BE072AA300AED3D6"><enum>(ii)</enum><text>by striking
<quote>, and (B)</quote> and all that follows through <quote>and management</quote>;
and</text></clause></subparagraph>

<subparagraph id="HEEA8C9334D0B4E1EBC394AAB868671D8"><enum>(B)</enum><text>in
subsection (b), by striking <quote>requirements</quote> in the first sentences of
paragraphs (1) and (2) and inserting <quote>requirement</quote>;</text></subparagraph>

<subparagraph id="H91152F0DCFB540388C6C5FF85FB8823C" display-inline="no-display-inline"
commented="no"><enum>(C)</enum><text>in subsection (e)â€"</text>

<clause id="H98C5789AC2614855B9923A24A9A6E215" commented="no"><enum>(i)</enum><text>in
paragraph (1)â€"</text>

<subclause id="H716414FFA01046D7B55A12421D2C3AC1"
commented="no"><enum>(I)</enum><text>by striking <quote>requirements in subparagraphs
(A) and (B) of subsection (a)(3)</quote> and inserting <quote>requirement of subsection
(a)(3)</quote>; and</text></subclause>

<subclause id="H8858E11E716040F08664DEF174FD46A1" commented="no"><enum>(II)</enum><text
display-inline="yes-display-inline">in subparagraph (C), by striking
<quote>requirements</quote> and inserting <quote>requirement</quote>;
and</text></subclause></clause>

<clause id="H26345467C21C4F3E9F086088765CCD45" commented="no"><enum>(ii)</enum><text
display-inline="yes-display-inline">in paragraph (2)â€"</text>

<subclause id="HCDCE1AC5EDB041A2A1F19D7C0EBDC9B0"
commented="no"><enum>(I)</enum><text>by striking <quote>shall haveâ€"</quote> and all
that follows through <quote>been awarded</quote> and inserting <quote>shall have been
awarded</quote>;</text></subclause>

<subclause id="HD1F4499E9346498DA812BFC2B0ECC2A5"
commented="no"><enum>(II)</enum><text>by striking <quote>; or</quote> and inserting a
period; and</text></subclause>

<subclause id="HAF1A1FBE900543638EB77547F58B4CD0"
commented="no"><enum>(III)</enum><text>by striking subparagraph (B);
and</text></subclause></clause></subparagraph>
```

WASHSTATEC014980

```
<subparagraph id="H4B082B066AD0498B9F63162B0EC88457"><enum>(D)</enum><text>in
subsection (f), by striking <quote>, including â€"</quote> and all that follows and
inserting a period.</text></subparagraph></paragraph>

<paragraph id="H51B54D1A90FD446796880A5A2448B6EB"><enum>(2)</enum><header>Selection
criteria and procedures</header><text>Section 1732 of such title is amendedâ€"</text>

<subparagraph id="H6992958E2B1A41B3BE56D1AA194F259C"><enum>(A)</enum><text>in
subsection (b)(1)â€"</text>

<clause id="HC3271EF1862D49879B984AD3D0BB0E8F"><enum>(i)</enum><text>by striking
<quote>Such requirements,</quote> and all the follows through <quote>the
personâ€"</quote> and inserting <quote>Such requirements shall include a requirement
that the personâ€"</quote>;</text></clause>

<clause id="H8D037C3C50534463B0192CA359C7DB5F"><enum>(ii)</enum><text>by striking
subparagraph (B); and</text></clause>

<clause id="H1F2A0E0B30B646BFAF9B8461A51EA24B"><enum>(iii)</enum><text display-
inline="yes-display-inline">by redesignating clauses (i) and (ii) as subparagraphs (A)
and (B), respectively, and conforming the margins accordingly;
</text></clause></subparagraph>

<subparagraph id="H06ACDA43B4EB46DFA07AC56CFA4296DB"><enum>(B)</enum><text>in
subsection (c), by striking <quote>requirements of subsections (b)(1)(A) and
(b)(1)(B)</quote> in paragraphs (1) and (2) and inserting <quote>requirement of
subsection (b)(1)</quote>; and</text></subparagraph>

<subparagraph id="H4F46185E45E5417DA6A3195713143596"
commented="no"><enum>(C)</enum><text>in subsection (d)â€"</text>

<clause id="H9EBC9816AA69432295DB164C41202AFE" commented="no"><enum>(i)</enum><text>by
striking <quote>(1) Except as provided in paragraph (2),</quote>; and</text></clause>

<clause id="H106E508A9D064E95984BFF008EA17C6A" commented="no"><enum>(ii)</enum><text>by
striking paragraph (2).</text></clause></subparagraph></paragraph></subsection>

<subsection id="H118A5ED6707E48EBA15D9FA6351DE5B1"><enum>(c)</enum><header>Defense
Acquisition University</header><text>Section 1746 of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="HF2F2A2022C86407BBFA1095573931DF1"><enum>(1)</enum><text>in subsection
(b)â€"</text>

<subparagraph id="H4ED77ACC56A445EBB0DACE5668236EF5"><enum>(A)</enum><text>by
redesignating paragraphs (2) and (3) as paragraphs (4) and (5),
respectively;</text></subparagraph>

<subparagraph id="HAEDF30E2FEB1487799A6B525DDEF0694"
commented="no"><enum>(B)</enum><text>by inserting after paragraph (1) the following new
paragraphs:</text></block>

<quoted-block style="USC" id="H94E25177C58A4436B30C8F5FCC7BDFBF" display-inline="no-
display-inline">

<paragraph id="H4128B58784554B20B8CE4732C0050E0A" commented="no"><enum>(2)</enum><text
display-inline="yes-display-inline">The professors, instructors, and lecturers employed
under paragraph (1) shall include individuals from civilian colleges or universities
that are not owned or operated by the Federal Government, commercial learning and
development organizations, industry, or federally funded research and development
centers.</text></paragraph>

<paragraph id="HDC8940E0DB094059A21DEE8469496198"
commented="no"><enum>(3)</enum><text>The Secretary of Defense shall ensure
thatâ€"</text>

<subparagraph id="HF4F28C3BA37C4590AD4698F13F24C3FD"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">not later than
September 1, 2021, not less than five full-time visiting professors employed under
paragraph (1) are from civilian colleges or universities described under paragraph (2);
; and</text></subparagraph>
```

WASHSTATEC014981

```
<subparagraph id="HEA0864206F4C41208B76BE2DB674E560"
commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">not later than
September 1, 2022, not less than ten full-time visiting professors employed under
paragraph (1) are from such civilian colleges or
universities.</text></subparagraph></paragraph><after-quoted-block>; and</after-quoted-
block></quoted-block></subparagraph></paragraph>

<paragraph id="HFC44EF1372884C6FB2C5B8F78B711981"><enum>(2)</enum><text>in subsection
(c), by inserting <quote>, and with commercial training providers,</quote> after
<quote>military departments</quote>.</text></paragraph></subsection>

<subsection id="HAD51F0F178C645CA89D004484065E640"
commented="no"><enum>(d)</enum><header>Designation of security cooperation as an
acquisition position</header><text display-inline="yes-display-inline">Section 1721(b)
of title 10, United States Code, is amended—</text>

<paragraph id="H621B572DAC2B451EA12DB94A4467884F"><enum>(1)</enum><text>by amending
paragraph (11) to read as follows: </text>

<quoted-block style="OLC" id="HC4C4C946E0D74391B070BCC0884CA12B" display-inline="no-
display-inline">

<paragraph id="H4619E5471B294C54B166AF394A417FA3" commented="no"><enum>(11)</enum><text
display-inline="yes-display-inline">Security cooperation.</text></paragraph><after-
quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H455103C29A4540AB97E68669CC274F1F"><enum>(2)</enum><text>by adding at
the end the following new paragraph:</text>

<quoted-block style="OLC" id="H9548D944B8B14D06B7F14ECAAC28D193" display-inline="no-
display-inline">

<paragraph id="HCABE23D312CF41D1A91E2C3F0A1B30A7" commented="no"><enum>(13)</enum><text
display-inline="yes-display-inline">Other positions, as
necessary.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection id="H36EC9A7458574E3F84EAADD39645E8A0"><enum>(e)</enum><header>Career
paths</header>

<paragraph id="HBD972CD20F2A452289FD08286198A7D1"><enum>(1)</enum><header>Career path
required for each acquisition workforce career field</header><text>Paragraph (4) of
section 1701a(b) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="OLC" id="HC38B1379405B4B8F83790F065099C3D8" display-inline="no-
display-inline">

<paragraph id="HA553BC00B65A4E4CB14A83657FFAC830"><enum>(4)</enum><text display-
inline="yes-display-inline">develop and implement a career path, as described in
section 1722(a) of this title, for each career field designated by the Secretary under
section 1721(a) of this title as an acquisition workforce career
field;</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph id="HC3D09F8A91714575A15A36947AA88DA9"><enum>(2)</enum><header>Conforming
amendments</header><text>Section 1722(a) of such title is amended—</text>

<subparagraph id="H1284353C358C429D89A83AFDE7A64460"><enum>(A)</enum><text>by striking
<quote>appropriate career paths</quote> and inserting <quote>an appropriate career
path</quote>; and</text></subparagraph>

<subparagraph id="H77126D79DA1A4BA7A1B41F7FA8C75D81"><enum>(B)</enum><text>by striking
<quote>are identified</quote> and inserting <quote>is identified for each acquisition
workforce career field</quote>.</text></subparagraph></paragraph>

<paragraph id="H00B3AC0834B34E56B962B9C577BE1D42"
commented="no"><enum>(3)</enum><header>Deadline for implementation of career
paths</header><text display-inline="yes-display-inline">Not later than the end of the
two-year period beginning on the date of the enactment of this Act, the Secretary of
Defense shall carry out the requirements of paragraph (4) of section 1701a(b) of title
10, United States Code (as amended by paragraph (1)).</text></paragraph></subsection>
```

```
<subsection id="H4201EA71B3B84578898A0C2DAEAC1D03"><enum>(f)</enum><header>Career
fields</header>

<paragraph id="HC1402219ED004F19800236410CE61477"><enum>(1)</enum><header>Designation
of acquisition workforce career fields</header><text>Section 1721(a) of such title is
amended by adding at the end the following new sentence: <quote>The Secretary shall
also designate in regulations those career fields in the Department of Defense that are
acquisition workforce career fields for purposes of this
chapter.</quote>.</text></paragraph>

<paragraph id="H633D91A53D184FC892E71A01221EC145"><enum>(2)</enum><header>Clerical
amendments</header>

<subparagraph id="H3D97AECEBDE1483393CF7A54F4257CC0" display-inline="yes-display-
inline"><enum>(A)</enum><text>The heading of section 1721 of such title is amended to
read as follows:</text>

<quoted-block id="H2D8FB213EA7948E1B3070498843851FE" style="USC">

<section id="H0A656B4771A14AE997AAAC63111B549F"><enum>1721.</enum><header>Designation
of acquisition positions and acquisition workforce career
fields</header></section><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph>

<subparagraph id="H9D5F932D235F4467875D88C2C6204A4A"><enum>(B)</enum><text>The item
relating to such section in the table of sections at the beginning of subchapter II of
chapter 87 of such title is amended to read as follows:</text>

<quoted-block id="HD69502E822094F83B57BF599E76F0044" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">1721. Designation of acquisition positions and acquisition
workforce career fields.</toc-entry></toc><after-quoted-block>.</after-quoted-
block></quoted-block></subparagraph></paragraph>

<paragraph id="H4C6EE74288224E0B8067B2A2435CD0FE"><enum>(3)</enum></paragraph>

<subparagraph id="HF31ECD163F77438EB0115B09B6010E7B" display-inline="yes-display-
inline"><enum>(A)</enum><text>The heading of subchapter II of chapter 87 of such title
is amended to read as follows:</text>

<quoted-block style="USC" id="HAEB5FC5080F640C097035C4877E6AC1B" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="subchapter">SUBCHAPTER IIâ€"ACQUISITION POSITIONS AND ACQUISITION
WORKFORCE CAREER FIELDS</toc-entry></toc><after-quoted-block>.</after-quoted-
block></quoted-block></subparagraph>

<subparagraph id="HD915F4E9521A4085A884E27F98EC35A4"
indent="up1"><enum>(B)</enum><text>The item relating to such subchapter in the table of
subchapters at the beginning of such chapter is amended to read as follows:</text>

<quoted-block style="USC" id="H55F33A101FDE435AA2CC055F5E4199AD" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section"><toc-enum>II.</toc-enum><level-header
level="section">Acquisition Positions And Acquisition Workforce Career Fields </level-
header><target>1721</target></multi-column-toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HA25F35DFE3794A67BE00DEB5F50A9FA0"
commented="no"><enum>(4)</enum><header>Deadline for designation of career
fields</header><text display-inline="yes-display-inline">Not later than the end of the
six-month period beginning on the date of the enactment of this Act, the Secretary of
Defense shall carry out the requirements of the second sentence of section 1721(a) of
title 10, United States Code (as added by paragraph (1)).
</text></paragraph></subsection>
```

WASHSTATEC014983

<subsection id="H17ED7EB7A0A8439987E3301B8FE92934"><enum>(g)</enum><header>Key work experiences</header>

<paragraph id="H6A2D8FC12BF842708A7DBB0B2744B07E"><enum>(1)</enum><header>Development of key work experiences for each acquisition workforce career field</header><text>Section 1722b of such title is amended by adding at the end the following new subsection:</text>

<quoted-block id="HF1B5E4AF36F94A49BECC93DD9D6538EC" style="USC">

<subsection id="HEFBC3507DEF74743BC7E0788EFF32F8A" commented="no"><enum>(c)</enum><header>Key work experiences</header><text>In carrying out subsection (b)(2), the Secretary shall ensure that key work experiences, in the form of multidisciplinary experiences, are developed for each acquisition workforce career field.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE28E407F425D481E8C9F6488480AD0DD"><enum>(2)</enum><header>Plan for implementation of key work experiences</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan identifying the specific actions the Secretary has taken, and is planning to take, to develop and establish key work experiences for each acquisition workforce career field as required by subsection (c) of section 1722b of title 10, United States Code (as added by paragraph (1)). The plan shall specify the percentage of the acquisition workforce, or funds available for administration of the acquisition workforce on an annual basis, that the Secretary will dedicate towards developing and establishing such key work experiences.</text></paragraph></subsection>

<subsection id="H0B295EAEE11C4F6A9B328249C6EEE1FE"><enum>(h)</enum><header>Applicability of career path requirements to all members of acquisition workforce</header><text>Section 1723(b) of such title is amended by striking <quote>the critical acquisition-related</quote>.</text></subsection>

<subsection id="H787C3CED55B344BEA76AECC5C6C4B7C3"><enum>(i)</enum><header>Competency development</header>

<paragraph id="H6A0C7D3860E74CBAB737821A3DED4136" display-inline="no-display-inline"><enum>(1)</enum><header>In general</header><text>Subchapter V of chapter 87 of such title is amended by adding at the end the following new section:</text>

<quoted-block id="HD2AE634A3ED2489E8BD9C490F9307FC4" style="USC">

<section id="HC5DA77B6D078434F9DBADDE919A06F8C"><enum>1765.</enum><header>Competency development</header><text display-inline="no-display-inline">For each acquisition workforce career field, the Secretary of Defense shall—</text>

<paragraph id="H7175544839024E5A9F72E0542972DC1C"><enum>(1)</enum><text>establish, for the civilian personnel in that career field, defined proficiency standards and technical and nontechnical competencies which shall be used in personnel qualification assessments; and</text></paragraph>

<paragraph id="HE3AC095E72A846FF95F046746F511EF9"><enum>(2)</enum><text>assign resources to accomplish such technical and nontechnical competencies.</text></paragraph></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H1D9300EB8FFD4FBEB753065A9E494D10"><enum>(2)</enum><text>The table of sections at the beginning of such subchapter II is amended by adding at the end the following new item:</text>

<quoted-block id="HFE7C96C5346842FA8920B453377EAEF1" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">1765. Competency development.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H97D4C4E092C94D3E8CCC81938AD527E9" commented="no"><enum>(3)</enum><header>Deadline for implementation</header><text>Not later than the end of the two-year period beginning on the date of the enactment of this Act, the Secretary of Defense shall carry out the requirements of section 1765 of

title 10, United States Code (as added by paragraph (1)).</text></paragraph></subsection>

<subsection id="H3C388C149BF94C65A392C0ED7837199E"><enum>(j)</enum><header>Termination of defense Acquisition Corps</header>

<paragraph id="HB32BC10970104F3F867F1EDEC04DC1A1"><enum>(1)</enum><text>The Acquisition Corps for the Department of Defense referred to in section 1731(a) of title 10, United States Code, is terminated.</text></paragraph>

<paragraph id="H6D8CBA7E58E5482889728614B52CB9A0"><enum>(2)</enum><text>Section 1733 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H1AB48068D6834B4F922CA24DA09FA4E3"><enum>(A)</enum><text>by striking subsection (a); and</text></subparagraph>

<subparagraph id="HC87931DFE7344B128021CD3B62C4D3B4"><enum>(B)</enum><text>by redesignating subsection (b) as subsection (a).</text></subparagraph></paragraph>

<paragraph id="H719C690F0B774BD299E459EDE817BFE8"><enum>(3)</enum><text>Subsection (b) of section 1731 of such title is transferred to the end of section 1733 of such title, as amended by paragraph (2), and amendedâ€"</text>

<subparagraph id="H5784C43F13B449BE995F6A2E727190D7"><enum>(A)</enum><text>by striking <quote><header-in-text level="subsection" style="OLC">Acquisition Corps</header-in-text></quote> in the heading and inserting <quote><header-in-text level="subsection" style="OLC">the Acquisition Workforce</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="H424250818CD644BAB06C47FCF35DC321"><enum>(B)</enum><text>by striking <quote>selected for the Acquisition Corps</quote> and inserting <quote>in the acquisition workforce</quote>.</text></subparagraph></paragraph>

<paragraph id="H9D408B754E314310B869C42241BD56A4"><enum>(4)</enum><text>Subsection (e) of section 1732 of such title is transferred to the end of section 1733 of such title, as amended by paragraphs (2) and (3), redesignated as subsection (c), and amendedâ€"</text>

<subparagraph id="HF0BA4A9746CB4D6B8D70EE4B8E50B271"><enum>(A)</enum><text>by striking <quote>in the Acquisition Corps</quote> in paragraphs (1) and (2) and inserting <quote>in critical acquisition positions</quote>; and</text></subparagraph>

<subparagraph id="H79CF6E00BE754E609988A46BCD162F6C"><enum>(B)</enum><text>by striking <quote>serving in the Corps</quote> in paragraph (2) and inserting <quote>employment</quote>.</text></subparagraph></paragraph>

<paragraph id="HA9434695AF3D4F52938BDBC067357C6E"><enum>(5)</enum><text>Sections 1731 and 1732 of such title are repealed.</text></paragraph>

<paragraph id="H883B0F61D941404C91041B55A2C9A7F9"><enum>(6)</enum></enum>

<subparagraph id="H9A4ADE08142647CDAE6A2B45C65D3F9B" display-inline="yes-display-inline"><enum>(A)</enum><text>Section 1733 of such title, as amended by paragraphs (2), (3), and (4), is redesignated as section 1731.</text></subparagraph>

<subparagraph id="HCCE7AF16B7C34B7A9ABFEC550DEE37B2" indent="up1"><enum>(B)</enum><text>The table of sections at the beginning of subchapter III of chapter 87 of such title is amended by striking the items relating to sections 1731, 1732, and 1733 and inserting the following new item:</text>

<quoted-block id="HCC4F2D7B6DD9464D887F6A5A2552B9EF" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">1731. Critical acquisition positions.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H8696CE9D1DA142DC9B0FB1DFE2BEE8AF"><enum>(7)</enum></enum>

<subparagraph id="H5429AE8C1046432FB9C5460F802D8A8A" display-inline="yes-display-inline"><enum>(A)</enum><text>The heading of subchapter III of chapter 87 of such title is amended to read as follows:</text>

```
<quoted-block style="USC" id="H03A2157D96C94321BF7AB7E7B565B39F" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="subchapter">SUBCHAPTER IIIâ€"CRITICAL ACQUISITION POSITIONS</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H2139915A0B904F6184EF1A2B4F1886B7"
indent="up1"><enum>(B)</enum><text>The item relating to such subchapter in the table of
subchapters at the beginning of such chapter is amended to read as follows:</text>

<quoted-block style="USC" id="HC30C0DB2B7184FC4AF38C09A9BB0E538" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section"><toc-enum>III.</toc-enum><level-header
level="section">Critical Acquisition Positions </level-
header><target>1731</target></multi-column-toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB9956CD90BB542889913E89A0F69CFAF"><enum>(8)</enum><text>Section
1723(a)(2) of such title is amended by striking <quote>section 1733 of this
title</quote> and inserting <quote>section 1731 of this title</quote>.
</text></paragraph>

<paragraph id="HB5C21B7CE4944427A720205520CA3323"><enum>(9)</enum><text>Section 1725 of
such title is amendedâ€"</text>

<subparagraph id="H7BAD38139FC148438A9A7D941B01C39C"><enum>(A)</enum><text>in
subsection (a)(1), by striking <quote>Defense Acquisition Corps</quote> and inserting
<quote>acquisition workforce</quote>; and</text></subparagraph>

<subparagraph id="H9BC1FAF323AE463B8AE3995B757A4432"><enum>(B)</enum><text>in
subsection (d)(2), by striking <quote>of the Defense Acquisition Corps</quote> and
inserting <quote>in the acquisition workforce serving in critical acquisition
positions</quote>.</text></subparagraph></paragraph>

<paragraph id="HE3F39E241A2B43B7B8ECA50E02F3ED42"><enum>(10)</enum><text>Section 1734
of such title is amendedâ€"</text>

<subparagraph id="H83577CF6C5774D91A63C94EA59386ED2"><enum>(A)</enum><text>by striking
<quote>of the Acquisition Corps</quote> in subsections (e)(1) and (h) and inserting
<quote>of the acquisition workforce</quote>; and</text></subparagraph>

<subparagraph id="H44E082D3C93247128815173EC31A4293"><enum>(B)</enum><text>in
subsection (g)â€"</text>

<clause id="HD6E78964F774442091CE7CB2AF1461AF"><enum>(i)</enum><text>by striking
<quote>of the Acquisition Corps</quote> in the first sentence and inserting <quote>of
the acquisition workforce</quote>;</text></clause>

<clause id="H686C277E916D43D5B5EB27F081558362"><enum>(ii)</enum><text>by striking
<quote>of the Corps</quote> and inserting <quote>of the acquisition workforce</quote>;
and</text></clause>

<clause id="H608DA1B0B79C4AF1A4EEA0A6020CC32F"><enum>(iii)</enum><text>by striking
<quote>of the Acquisition Corps</quote> in the second sentence and inserting <quote>of
the acquisition workforce in critical acquisition
positions</quote>.</text></clause></subparagraph></paragraph>

<paragraph id="H22C7CC43D45F482AB3ACF97C960469D6"><enum>(11)</enum><text>Section 1737
of such title is amendedâ€"</text>

<subparagraph id="H9A615A757DAF4771A1601F031AD5B6C6"><enum>(A)</enum><text>in
subsection (a)(1), by striking <quote>of the Acquisition Corps</quote> and inserting
<quote>of the acquisition workforce</quote>; and</text></subparagraph>

<subparagraph id="HE520EDB2438842678F1409A0B6793D48"><enum>(B)</enum><text>in
subsection (b), by striking <quote>of the Corps</quote> and inserting <quote>of the
acquisition workforce</quote>.</text></subparagraph></paragraph>
```

```
<paragraph id="HB8DCA1B45486440197EC84E8B7AC07A2"><enum>(12)</enum><text>Section
1742(a)(1) of such title is amended by striking <quote>the Acquisition Corps</quote>
and inserting <quote>acquisition positions in the Department of
Defense</quote>.</text></paragraph>

<paragraph id="H352C2D5BC2A845BAA44C7D297461E1D5"><enum>(13)</enum><text display-
inline="yes-display-inline">Section 2228(a)(4) of such title is amended by striking
<quote>under section 1733(b)(1)(C) of this title</quote> and inserting <quote>under
section 1731 of this title</quote>.</text></paragraph>

<paragraph id="H9C929C9977CB4AF8ABA3333C945F6DC3"><enum>(14)</enum><text display-
inline="yes-display-inline">Section 7016(b)(5)(B) of such title is amended by striking
<quote>under section 1733 of this title</quote> and inserting <quote>under section 1731
of this title</quote>.</text></paragraph>

<paragraph id="H6FAC371F2DD749838DFFBA2ABE3279D1"><enum>(15)</enum><text display-
inline="yes-display-inline">Section 8016(b)(4)(B) of such title is amended by striking
<quote>under section 1733 of this title</quote> and inserting <quote>under section 1731
of this title</quote>.</text></paragraph>

<paragraph id="H475040D9B2F44CE59C55DBF86C9F3437"><enum>(16)</enum><text display-
inline="yes-display-inline">Section 9016(b)(4)(B) of such title is amended by striking
<quote>under section 1733 of this title</quote> and inserting <quote>under section 1731
of this title</quote>.</text></paragraph>

<paragraph id="HA9C0E043600744AAAF0A15882AD43D18"><enum>(17)</enum><text display-
inline="yes-display-inline">Paragraph (1) of section 317 of title 37, United States
Code, is amended to read as follows:</text>

<quoted-block style="OLC" id="H463EDF0E895945CC8D660DD1030B59FF" display-inline="no-
display-inline">

<paragraph id="HE519C4100CC34101B4290AE992D98875"><enum>(1)</enum><text display-
inline="yes-display-inline">is a member of the acquisition workforce selected to serve
in, or serving in, a critical acquisition position designated under section 1731 of
title 10.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection></section>

<section id="HF492FD0FFD3941138001CDF29F3D1C2F"><enum>862.</enum><header>Software
development and software acquisition training and management programs</header>

<subsection
id="HB2A1F1D2BC744621B7E5F1FB0A6192D8"><enum>(a)</enum><header>Establishment of
software development and software acquisition training and management programs</header>

<paragraph id="HD08AFEA726AF4CB4B6CE0D551C04E646"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense,
acting through the Under Secretary of Defense for Acquisition and Sustainment and in
consultation with the Under Secretary of Defense for Research and Engineering, the
Under Secretary of Defense for Personnel and Readiness, and the Chief Information
Officer of the Department of Defense, shall establish software development and software
acquisition training and management programs for all software acquisition
professionals, software developers, and other appropriate individuals (as determined by
the Secretary of Defense), to earn a certification in software development and software
acquisition.</text></paragraph>

<paragraph id="H8E2B4D993B2D4B92AD9427DDF7ACC997"><enum>(2)</enum><header>Program
contents</header><text display-inline="yes-display-inline">The programs established
under paragraph (1) shallâ€"</text>

<subparagraph id="HFC9EF911D0DC4740B399E4D385C908B8"><enum>(A)</enum><text display-
inline="yes-display-inline">develop and expand the use of specialized training programs
for chief information officers of the military departments and the Defense Agencies,
service acquisition executives, program executive officers, and program managers to
include training on and experience inâ€"</text>

<clause id="H7B13DDC53B6049ACA5B31E25DB25382D"><enum>(i)</enum><text>continuous
software development; and</text></clause>

<clause id="H0D7BC0A7471A43E5BEE955C80157DBC0"><enum>(ii)</enum><text>acquisition
pathways available to acquire software;</text></clause></subparagraph>
```

```
<subparagraph id="HBB548658909A4E99ACDC34D49B918876"><enum>(B)</enum><text>ensure that
appropriate program managersâ€"</text>

<clause id="HBB6762AE13A5462F84CF1874516DFD56"><enum>(i)</enum><text>have demonstrated
competency in current software processes;</text></clause>

<clause id="H6D9F1122A45C48AA8229ACF29001D66A"><enum>(ii)</enum><text display-
inline="yes-display-inline">have the skills to lead a workforce that can quickly meet
challenges, use software tools that prioritize continuous or frequent upgrades as such
tools become available, take up opportunities provided by new innovations, and plan
software activities in short iterations to learn from risks of software testing;
and</text></clause>

<clause id="H2CC658AE3A6842AD9B297B2C52D18F0B"><enum>(iii)</enum><text display-
inline="yes-display-inline">have the experience and training to delegate technical
oversight and execution decisions; and</text></clause></subparagraph>

<subparagraph id="H1E1B08D0247A49C79FD68FE961DB1485"><enum>(C)</enum><text display-
inline="yes-display-inline">include continuing education courses, exchanges with
private-sector organizations, and experiential training to help individuals maintain
skills learned through the programs.</text></subparagraph></paragraph></subsection>

<subsection
id="H458E999494624B99BF8143850ED7FCAC"><enum>(b)</enum><header>Reports</header>

<paragraph id="HF657F7732C9A41A88EFEB83EEFD2FA1A"><enum>(1)</enum><header>Reports
required</header><text>The Secretary shall submit to the congressional defense
committeesâ€"</text>

<subparagraph id="HAC343BAF690B478E9AE4E6AD64F51511"><enum>(A)</enum><text display-
inline="yes-display-inline">not later than 90 days after the date of the enactment of
this Act, an initial report; and</text></subparagraph>

<subparagraph id="H23C30BD49B1D4D578713F8E481C03C3C"><enum>(B)</enum><text display-
inline="yes-display-inline">not later than one year after the date of the enactment of
this Act, a final report.</text></subparagraph></paragraph>

<paragraph
id="H3AEBE450E91D49179A041BE34D26FF45"><enum>(2)</enum><header>Contents</header><text>E
ach report required under paragraph (1) shall includeâ€"</text>

<subparagraph id="H6E347DEBF518471084A2D6530436F2F2"><enum>(A)</enum><text display-
inline="yes-display-inline">the status of implementing the software development and
software acquisition training and management programs established under subsection
(a)(1);</text></subparagraph>

<subparagraph id="H50EEB630A2DD4D09BF8E08191E759734"><enum>(B)</enum><text display-
inline="yes-display-inline">a description of the requirements for certification,
including the requirements for competencies in current software
processes;</text></subparagraph>

<subparagraph id="H7E0CC21137A34A669C4E285A2B868A71"><enum>(C)</enum><text>a
description of potential career paths in software development and software acquisition
within the Department of Defense;</text></subparagraph>

<subparagraph id="HA20D07C9F77149F19F76E73EB354BCEC"><enum>(D)</enum><text>an
independent assessment conducted by the Defense Innovation Board of the progress made
on implementing the programs established under subsection (a)(1);
and</text></subparagraph>

<subparagraph id="H0D216FDA956445338574D7C1A61ECA1C"><enum>(E)</enum><text>any
recommendations for changes to existing law to facilitate the implementation of the
programs established under subsection
(a)(1).</text></subparagraph></paragraph></subsection>

<subsection
id="HD3482BE05E0F45D3A0FC936FE637F72F"><enum>(c)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section:</text>

<paragraph id="HFDB292D9ABB34F1DB9CB752889696B13"><enum>(1)</enum><header>Program
executive officer; program manager</header><text>The terms <term>program executive
officer</term> and <term>program manager</term> have the meanings given those terms,
```

respectively, in section 1737 of title 10, United States Code.</text></paragraph>

<paragraph id="HBF529FCC1E4C470299254BEBD4C64337"><enum>(2)</enum><header>Service acquisition executive</header><text display-inline="yes-display-inline">The terms <term>military department</term>, <term>Defense Agency</term>, and <term>service acquisition executive</term> have the meanings given those terms, respectively, in section 101 of title 10, United States Code.</text></paragraph>

<paragraph id="HA785E5B0EE774E66AC453136F30C24DF"><enum>(3)</enum><header>Major defense acquisition program</header><text display-inline="yes-display-inline">The term <term>major defense acquisition program</term> has the meaning given in section 2430 of title 10, United States Code.</text></paragraph>

<paragraph id="HD3BC543ACAAD456A98A66868A0C719D1"><enum>(4)</enum><header>Defense business system</header><text display-inline="yes-display-inline">The term <term>defense business system</term> has the meaning given in section 2222(i)(1) of title 10, United States Code.</text></paragraph></subsection></section>

<section id="H18FA7DD7A50648B8B9C0B44B2EBFF17D"><enum>863.</enum><header>Modification of temporary assignments of Department of Defense employees to a private-sector organization</header>

<subsection id="HD7A33CAB53B242BE947FBF1D9A6313FC"><enum>(a)</enum><header>Public-private talent exchange program</header><text display-inline="yes-display-inline">Section 1599g of title 10, United States Code, is amended by adding at the end the following new subsections:</text>

<quoted-block style="USC" id="H9CC2B8F6D0964066B4893D032F3F158D" display-inline="no-display-inline">

<subsection id="H5FE4FDC46E0D4B228C72D1D8B69BECC8"><enum>(i)</enum><header>Conflicts of interest</header><text display-inline="yes-display-inline">A private-sector organization that is temporarily assigned a member of the acquisition workforce under this section shall not be considered to have a conflict of interest with the Department of Defense solely because of participation in the program established under this section.</text></subsection>

<subsection id="H765CE76BA7174F4D93CD0FB7845FA1EC"><enum>(j)</enum><header>Funding; use of Defense Acquisition Workforce Development Fund</header><text>Funds for the expenses for the program established under this section may be provided from amounts in the Department of Defense Acquisition Workforce Development Fund. Expenses for the program includeâ€"</text>

<paragraph id="H90F09D3A51F542C689D970C49A24FE2F"><enum>(1)</enum><text>notwithstanding section 1705(e)(5) of this title, the base salary of a civilian member of the acquisition workforce assigned to a private-sector organization under this section, during the period of that assignment;</text></paragraph>

<paragraph id="HD978B57F6AAB4349A5EBEE97270593CA"><enum>(2)</enum><text>expenses relating to assignment under this section of a member of the acquisition workforce away from the memberâ€™s regular duty station, including expenses for travel, per diem, and lodging; and</text></paragraph>

<paragraph id="H60169C47C88C450A967293B89876C06C"><enum>(3)</enum><text>expenses for the administration of the program.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HBCA41095ADB642FC864C30388E7A52F4"><enum>(b)</enum><header>Use of Defense Acquisition Workforce Development Fund</header><text>Section 1705(e)(1) of such title is amended by adding at the end the following new subparagraph:</text>

<quoted-block id="H97637640DDA4484EA24D5F5CFB75C152" style="OLC">

<subparagraph id="HF77D3ED87E834681904E3462DDFA06D4"><enum>(C)</enum><text>Amounts in the Fund may be used to pay the expenses of the public-private talent exchange program established under section 1599g of this title.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H02B52F3B67A241DF8CA6C310AADEF97E" section-type="subsequent-section"><enum>864.</enum><header>Incentives and consideration for qualified training programs</header>

```
<subsection id="HFADEF2AFB3EB427CABBEF70C8BB8BA54"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Chapter 141 of title 10,
United States Code, is amended by inserting after section 2409 the following new
section:</text>

<quoted-block id="H55D13EE25FAB43AB81F08DC25C9B402D" style="USC">

<section id="HEE96B1040D5F4D8E9DF90FDED4906E8E"><enum>2409a.</enum><header>Incentives
and consideration for qualified training programs</header>

<subsection
id="HE5562C98C8214E0CA53EA21ACCD9DD37"><enum>(a)</enum><header>Incentives</header><text
display-inline="yes-display-inline">The Secretary of Defense shall develop workforce
development investment incentives for a contractor that implements a qualified training
program to develop the workforce of the contractor in a manner consistent with the
needs of the Department of Defense.</text></subsection>

<subsection
id="H8E21EB20FE99413A94E5935ECEEF3628"><enum>(b)</enum><header>Consideration of
qualified training programs</header><text display-inline="yes-display-inline">The
Secretary of Defense shall revise the Department of Defense Supplement to the Federal
Acquisition Regulation to require that the system used by the Federal Government to
monitor or record contractor past performance includes an analysis of the availability,
quality, and effectiveness of a qualified training program of an offeror as part of the
past performance rating of such offeror.</text></subsection>

<subsection id="H50480550ABA749B79C2F4E5652CBF8D9"><enum>(c)</enum><header>Qualified
training program defined</header><text>The term <term>qualified training program</term>
means any of the following:</text>

<paragraph id="H62367CE690C54C1C92FDEDBA0F4F0D16"><enum>(1)</enum><text>A program
eligible to receive funds under the Workforce Innovation and Opportunity Act (29 U.S.C.
3101 et seq.).</text></paragraph>

<paragraph id="HEBC266FD0CB94F27854D60B590E79A8E"><enum>(2)</enum><text>A program
eligible to receive funds under the Carl D. Perkins Career and Technical Education Act
of 2006 (20 U.S.C. 2301 et seq.).</text></paragraph>

<paragraph id="H934596633B114808A6E4C797633BB5D3"><enum>(3)</enum><text>A program
registered under the Act of August 16, 1937 (commonly known as the <quote>National
Apprenticeship Act</quote>; Stat. 664, chapter 663; 29 U.S.C. 50 et
seq.).</text></paragraph>

<paragraph id="H96FA27655D71438199170014F53A9E77"><enum>(4)</enum><text>Any other
program determined to be a qualified training program for purposes of this section, and
that meets the workforce needs of the Department of Defense, as determined by the
Secretary of Defense.</text></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA1CAF75027BB42E0BDBC0A78D0DA5D25"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of such chapter is
amended by inserting after the item relating to section 2409 the following new
item:</text>

<quoted-block style="USC" id="HABA7CF2A18A445EDB9A43F48351822E5" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2409a. Incentives and consideration for qualified training
programs.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section id="HE51FB89B9C324B4DBA56F5989208AA6F"><enum>865.</enum><header>Use of
qualified apprentices by military construction contractors</header>

<subsection id="H111B6D26C49B468A9D282292DD84C73A"><enum>(a)</enum><header>Use of
qualified apprentices by military construction contractors</header>

<paragraph id="H1675F4F16B794A188C6F0832591D663B"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Subchapter III of chapter 169
of title 10, United States Code, is amended by adding at the end the following new
```

```
section:</text>

<quoted-block id="H3AF32E4020C64DC785DC68C322F8B054" style="USC">

<section id="HE83D4A610BC741C6B967686099471BD1"><enum>2870.</enum><header>Use of
qualified apprentices by military construction contractors</header>

<subsection
id="H573EBF0759E241C2BFAD44832EBCC49A"><enum>(a)</enum><header>Certification
required</header><text display-inline="yes-display-inline">The Secretary of Defense
shall require each offeror for a contract for a military construction project to
certify to the Secretary that, if awarded such a contract, the offeror willâ€"</text>

<paragraph id="H8DCF6312BA5F4D839E07982AF041BDD7"><enum>(1)</enum><text>establish a
goal that not less than 20 percent of the total workforce employed in the performance
of such a contract are qualified apprentices; and</text></paragraph>

<paragraph id="H3482498A74B549ACBC841F4AA3CDA617"><enum>(2)</enum><text display-
inline="yes-display-inline">make a good faith effort to meet or exceed such
goal.</text></paragraph></subsection>

<subsection
id="H5E4799A76A924251BB0451ADF3EC5003"><enum>(b)</enum><header>Incentives</header><text
display-inline="yes-display-inline">The Secretary of Defense shall develop incentives
for offerors for a contract for military construction projects to meet or exceed the
goal described in subsection (a).</text></subsection>

<subsection
id="H40C293E745A847C5A291DC4AA35E9059"><enum>(c)</enum><header>Consideration of use of
qualified apprentices</header><text display-inline="yes-display-inline">The Secretary
of Defense shall revise the Department of Defense Supplement to the Federal Acquisition
Regulation to require that the system used by the Federal Government to monitor or
record contractor past performance includes an analysis of whether the contractor has
made a good faith effort to meet or exceed the goal described in subsection (a),
including consideration of the actual number of qualified apprentices used by the
contractor on the contract, as part of the past performance rating of such
contractor.</text></subsection>

<subsection id="HD7EE4F8969AC410D802C61B9E236AE58"><enum>(d)</enum><header>Qualified
apprentice defined</header><text>In this section, the term <quote>qualified
apprentice</quote> means an employee participating in an apprenticeship program that
isâ€"</text>

<paragraph id="H59D7B43DCDA94BE6BD4C6C176421D2EC"><enum>(1)</enum><text display-
inline="yes-display-inline">registered with the Office of Apprenticeship of the
Employment Training Administration of the Department of Labor pursuant to the Act of
August 16, 1937 (popularly known as the <quote>National Apprenticeship Act</quote>; 29
U.S.C. 50 et seq.);</text></paragraph>

<paragraph id="HDA9F9EB648754F07B81C189EB12F5107"><enum>(2)</enum><text display-
inline="yes-display-inline">registered with a State apprenticeship agency recognized by
such Office of Apprenticeship pursuant to such Act; or</text></paragraph>

<paragraph id="H141BDB9EB40D43CB8465E4A5773EE100"><enum>(3)</enum><text>determined to
be a high-quality apprenticeship program by industry and the Secretary of
Labor.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>

<paragraph id="HEB1396AA29B149EFA24C5A349A922C4B"><enum>(2)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of subchapter III of
chapter 169 of title 10, United States Code, is amended by adding at the end the
following new item:</text>

<quoted-block id="H2A2F1263EE97483387A0D18F6912F41C" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">2870. Use of qualified apprentices by military construction
contractors.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection
```

```
id="H4D40369CCBD74EA6A413066BB84F3131"><enum>(b)</enum><header>Applicability</header><t
ext>The amendments made by this section shall apply with respect to contracts awarded
on or after the date that is 180 days after the date of the enactment of this
Act.</text></subsection></section></subtitle>

<subtitle id="HEF58E1CDF95D4E6092A7C6BFE312799C"><enum>G</enum><header>Small Business
Matters</header>

<section id="H6380C49ADBBF46F6B778D3D507184C98"><enum>870.</enum><header>Requirements
relating to credit for certain small business concern subcontractors</header>

<subsection id="H8746711E962347E98807F39F3E213116"><enum>(a)</enum><header>Credit for
certain small business concern subcontractors</header><text>Section 8(d)(16) of the
Small Business Act (15 U.S.C. 637(d)) is amended to read as follows:</text>

<quoted-block id="HCA43597E872E476B8772E543093EA5D7" style="OLC">

<paragraph id="H6CFC12A7FCB240029D4B773751EC0440"><enum>(16)</enum><header>Credit for
certain small business concern subcontractors</header>

<subparagraph id="H44C79582CDA5499EB59C9FAC62CCC57E"><enum>(A)</enum><header>In
general</header><text>For purposes of determining whether or not a prime contractor has
attained the percentage goals specified in paragraph (6)â€"</text>

<clause id="HB68F24ADFA0745FD8EF2039484737E91"><enum>(i)</enum><text>if the
subcontracting goals pertain only to a single contract with a Federal agency, the prime
contractor may elect to receive credit for small business concerns performing as first
tier subcontractors or subcontractors at any tier pursuant to the subcontracting plans
required under paragraph (6)(D) in an amount equal to the total dollar value of any
subcontracts awarded to such small business concerns; and</text></clause>

<clause id="H745DDB550EDB41B3BCB486D8D203FD0A"><enum>(ii)</enum><text>if the
subcontracting goals pertain to more than one contract with one or more Federal
agencies, or to one contract with more than one Federal agency, the prime contractor
may only receive credit for first tier subcontractors that are small business
concerns.</text></clause></subparagraph>

<subparagraph id="HE028F89885304FA686938B0D51524590"><enum>(B)</enum><header>Collection
and review of data on subcontracting plans</header><text>The head of each contracting
agency shall ensure that the agencyâ€"</text>

<clause id="H495945580BC24D32B34CAD94808CD974"><enum>(i)</enum><text>collects and
reports data on the extent to which prime contractors of the agency meet the goals and
objectives set forth in subcontracting plans submitted pursuant to this subsection;
and</text></clause>

<clause id="H4951F2F9CA36437AA523349E26159D89"><enum>(ii)</enum><text>periodically
reviews data collected and reported pursuant to clause (i) for the purpose of ensuring
that such contractors comply in good faith with the requirements of this
subsection.</text></clause></subparagraph>

<subparagraph id="H115719DD4497492595C20E6D47B1FC06"
commented="no"><enum>(C)</enum><header>Rule of construction</header><text>Nothing in
this paragraph shall be construed to allow a Federal agency to establish a goal for an
number of subcontracts with a subcontractor at any tier for a prime contractor
otherwise eligible to receive credit under this
paragraph.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H44CC0DB8247E40848EA2563824211156"><enum>(b)</enum><header>Maintenance
of records with respect to credit under a subcontracting plan</header><text>Section
8(d)(6) of the Small Business Act (15 U.S.C. 637(d)(6)) is amendedâ€"</text>

<paragraph id="H0573370D46D84B47B956FA98CB79C01D"><enum>(1)</enum><text>by
redesignating subparagraphs (G) and (H) as subparagraphs (H) and (I), respectively (and
conforming the margins accordingly); and</text></paragraph>

<paragraph id="H8AA325A136C044B1BF9A38AA8D4F476B"><enum>(2)</enum><text>by inserting
after subparagraph (F) the following new subparagraph:</text>

<quoted-block id="H33306090DEC54AAE822987FF2755654D" style="OLC">
```

```
<subparagraph id="H2693940B6223425E99C41E84748289E1"><enum>(G)</enum><text>a recitation
of the types of records the successful offeror or bidder will maintain to demonstrate
that procedures have been adopted to substantiate the credit the successful offeror or
bidder will elect to receive under paragraph (16)(A);</text></subparagraph><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HECB269CACE574A3A81DB9929AED616A9" section-type="subsequent-
section"><enum>871.</enum><header>Inclusion of best in class designations in annual
report on small business goals</header><text display-inline="no-display-inline">Section
15(h) of the Small Business Act (15 U.S.C. 644(h)) is amended by adding at the end the
following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H3A5874EA65D64ABBB92CAE77B8F4A348"
style="OLC">

<paragraph id="H6EE6158E45C446E39AC94A5069C1C8A2"><enum>(4)</enum><header>Best in class
small business participation reporting</header>

<subparagraph
id="H7CE5CC412F8742DEA1A17B2C9FB47EE9"><enum>(A)</enum><header>Addendum</header><text
display-inline="yes-display-inline">In addition to the requirements under paragraph (2)
and for each best in class designation, the Administrator shall include in the report
required by such paragraphâ€"</text>

<clause id="HCA4C0B6EADE349C4A989179252D3B512"><enum>(i)</enum><text>the total amount
of spending Governmentwide in such designation; and</text></clause>

<clause id="HB3E97CB0DA9C494AB8C3DEDC3AB5C3EC"><enum>(ii)</enum><text>the number of
small business concerns awarded contracts and the dollar amount of such contracts
awarded within each such designation to each of the followingâ€"</text>

<subclause id="HF7E25A21A1F54DDC9520BA4E725B0905"><enum>(I)</enum><text>qualified
HUBZone small business concerns;</text></subclause>

<subclause id="H9387891F133C48519F5599DBDEE750D7"><enum>(II)</enum><text>small business
concerns owned and controlled by women;</text></subclause>

<subclause id="H470F490593B14D929CA2B77A1559869B"><enum>(III)</enum><text>small
business concerns owned and controlled by service-disabled veterans;
and</text></subclause>

<subclause id="H38C61F8EAEAF4C5A9512FA5284CE0F26"><enum>(IV)</enum><text>small business
concerns owned and controlled by socially and economically disadvantaged
individuals.</text></subclause></clause></subparagraph>

<subparagraph id="HA04747F8BFF44F3BB587B8DAB15629DB"><enum>(B)</enum><header>Best in
class defined</header><text display-inline="yes-display-inline">The term <term>best in
class</term> has the meaning given such term by the Director of the Office of
Management and Budget.</text></subparagraph>

<subparagraph id="H2F3A9D0D327F477F930D76082805597B"><enum>(C)</enum><header>Effective
date</header><text display-inline="yes-display-inline">The Administrator shall report
on the information described by subparagraph (A) beginning on the date that such
information is available in the Federal Procurement Data System, the System for Award
Management, or any successor to such systems.</text></subparagraph></paragraph><after-
quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HECCF10F339224837B6DBC0E8C752B2B1" section-type="subsequent-
section"><enum>872.</enum><header>Reauthorization and improvement of Department of
Defense Mentor-Protege Program</header>

<subsection
id="HF15B8A7AE20E42378C871CC75F570773"><enum>(a)</enum><header>Reauthorization</header>

<paragraph id="H9C822543886B4A82BBFB35C85CB16EE6"><enum>(1)</enum><header>In
general</header><text>Subsection (j) of section 831 of the National Defense
Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note) is
amendedâ€"</text>

<subparagraph id="HF6AC90E7D6A141D2A3483B616A202D96"><enum>(A)</enum><text>in paragraph
(1), by striking <quote>September 30, 2018</quote> and inserting <quote>September 30,
2024</quote>; and</text></subparagraph>
```

WASHSTATEC014993

`<subparagraph id="H907BAC2CE4B84378845DEE03000DC91B"><enum>(B)</enum><text>in paragraph (2), by striking <quote>September 30, 2021</quote> and inserting <quote>September 30, 2026</quote>.</text></subparagraph></paragraph>`

`<paragraph id="H04F9BFE4072B40FEB3953B954B228F5E"><enum>(2)</enum><header>Program participation term</header><text display-inline="yes-display-inline">Subsection (e)(2) of such section is amended by striking <quote>three years</quote> each place such term appears and inserting <quote>two years</quote>.</text></paragraph>`

`<paragraph id="HD33D1A0C5BE3444CB83CC2DB692C2B41"><enum>(3)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by this subsection shall take effect on the date on which the Secretary of Defense submits to Congress the small business strategy required under section 2283 of title 10, United States Code. The Secretary of Defense shall notify the Law Revision Counsel of the House of Representatives of the submission of the strategy so that the Law Revision Counsel may execute the amendments made by this subsection.</text></paragraph></subsection>`

`<subsection id="H310C7378A7CA42039E0E9AC7C802E092"><enum>(b)</enum><header>Office of Small Business Programs oversight</header><text>Section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note) is amendedâ€"</text>`

`<paragraph id="HBA42A92BB03F404EBB4FC0E78D51D8CE"><enum>(1)</enum><text>by redesignating subsection (n) as subsection (o); and</text></paragraph>`

`<paragraph id="H60D25289C63D41FBA3E576779396C E6B"><enum>(2)</enum><text>by inserting after subsection (m) the following new subsection:</text></paragraph>`

`<quoted-block id="H0C4BCC75FAB148F682BEA16A98349F33" style="OLC">`

`<subsection id="H3E3BA192E29242F98A59FA67D07EA3F8"><enum>(n)</enum><header>Establishment of performance goals and periodic reviews</header><text>The Office of Small Business Programs of the Department of Defense shallâ€"</text>`

`<paragraph id="H5C4BACC60092420CA0950C94F8C74981"><enum>(1)</enum><text>establish performance goals consistent with the stated purpose of the Mentor-Protege Program and outcome-based metrics to measure progress in meeting those goals; and</text></paragraph>`

`<paragraph id="H4141B6677608409EBD57ADD4610507D1"><enum>(2)</enum><text>submit to the congressional defense committees, not later than February 1, 2020, a report on progress made toward implementing these performance goals and metrics, based on periodic reviews of the procedures used to approve mentor-protege agreements.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>`

`<subsection id="H85D0EF82925444D9B3683A9EB450527C"><enum>(c)</enum><header>Modification of disadvantaged small business concern definition</header><text>Paragraph (2) of section 831(o) of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note), as redesignated by subsection (b)(1), is amended in the matter preceding subparagraph (A) by striking <quote>has less than half the size standard corresponding to its primary North American Industry Classification System code</quote> and inserting <quote>is not more than the size standard corresponding to its primary North American Industry Classification System code</quote>.</text></subsection>`

`<subsection id="H4B8434DD430A4D76AF73B1C8454B3532"><enum>(d)</enum><header>Independent report on program effectiveness</header><text display-inline="yes-display-inline">The Secretary of Defense shall direct the Defense Business Board to submit, not later than March 31, 2022, to the congressional defense committees a report evaluating the effectiveness of the Mentor-Protege Program established under section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note), including recommendations for improving the program in terms of performance metrics, forms of assistance, and overall program effectiveness.</text></subsection>`

`<subsection id="H38E112650C28480C8FFC8889CECFF607"><enum>(e)</enum><header>Report</header><text>Not`

later than 180 days after the date of the enactment of this Act, and annually thereafter until September 30, 2024, the Secretary of Defense shall submit to the congressional defense committees a report on the Mentor-Protege Program established under section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note) that describesâ€"</text>

<paragraph id="H82B8AA7BBED54193B147B0876E8A3002"><enum>(1)</enum><text>each mentor-protege agreement entered into under such section, disaggregated by the type of disadvantaged small business concern (as defined in subsection (o) of such section) receiving assistance pursuant to such an agreement;</text></paragraph>

<paragraph id="H7B2B25E4A096438D82BEE21650B1654E"><enum>(2)</enum><text>the type of assistance provided to protege firms (as defined in such subsection) under each such agreement;</text></paragraph>

<paragraph id="H84884CD1849B47B5A56D8C223B45AB29"><enum>(3)</enum><text display-inline="yes-display-inline">the benefits provided to mentor firms (as defined in such subsection) under each such agreement; and</text></paragraph>

<paragraph id="HCA43A9D4BD4C44479B159C61041A4938"><enum>(4)</enum><text>the progress of protege firms under each such agreement with respect to competing for Federal prime contracts and subcontracts.</text></paragraph></subsection></section>

<section id="HE298DB1DE6AF4440B14CE40777EDA739"><enum>873.</enum><header>Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act</header><text display-inline="no-display-inline">Section 3903(a) of title 31, United States Code, is amendedâ€"</text>

<paragraph id="H2D6FC344B609416EBF9B9D0698A054DE"><enum>(1)</enum><text>in paragraph (1)(B), by inserting <quote>except as provided in paragraphs (10) and (11),</quote> before <quote>30 days</quote>;</text></paragraph>

<paragraph id="H38C6D160967744A3987FE9433CC2466A"><enum>(2)</enum><text>in paragraph (8), by striking <quote>and</quote>;</text></paragraph>

<paragraph id="H9792128360C940AD99EC95E6573AB5F3"><enum>(3)</enum><text>in paragraph (9), by striking the period at the end and inserting a semicolon; and</text></paragraph>

<paragraph id="HECDDBF7FB53B45759EA56B2D48B17668"><enum>(4)</enum><text>by adding at the end the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H09DB1CEBC869414A92BBD905ABE3EE4F" style="USC">

<paragraph id="HCD267238AEB44D329FF55EEBB971330D"><enum>(10)</enum><text display-inline="yes-display-inline">for a prime contractor (as defined in section 8701(5) of title 41) that is a small business concern (as defined under section 3 of the Small Business Act (15 U.S.C. 632)), to the fullest extent permitted by law, require that the head of an agency establish an accelerated payment date with a goal of 15 days after a proper invoice for the amount due is received if a specific payment date is not established by contract; and</text></paragraph>

<paragraph id="HA84C3B602D6A411AACDD6C5D31508A2A"><enum>(11)</enum><text display-inline="yes-display-inline">for a prime contractor (as defined in section 8701(5) of title 41) that subcontracts with a small business concern (as defined under section 3 of the Small Business Act (15 U.S.C. 632)), to the fullest extent permitted by law, require that the head of an agency establish an accelerated payment date with a goal of 15 days after a proper invoice for the amount due is received ifâ€"</text>

<subparagraph id="HBBEC4AF119844F6DB2AE8A5E524F0F8D"><enum>(A)</enum><text>a specific payment date is not established by contract; and</text></subparagraph>

<subparagraph id="HFEC43D931ADF439E94F4E8F1315C6646"><enum>(B)</enum><text>such prime contractor agrees to make payments to such subcontractor in accordance with such accelerated payment date, to the maximum extent practicable, without any further consideration from or fees charged to such subcontractor.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HFD275103ABD64DCF9F7283354C087FD6" section-type="subsequent-

section"><enum>874.</enum><header>Postaward explanations for unsuccessful offerors for certain contracts</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Federal Acquisition Regulation shall be revised to require that with respect to an offer for a task order or delivery order in an amount greater than the simplified acquisition threshold (as defined in section 134 of title 41, United States Code) and less than or equal to $5,500,000 issued under an indefinite delivery-indefinite quantity contract, the contracting officer for such contract shall, upon written request from an unsuccessful offeror, provide a brief explanation as to why such offeror was unsuccessful that includes a summary of the rationale for the award and an evaluation of the significant weak or deficient factors in the offerorâ€™s offer.</text></section>

<section id="H9723B3D0D8C4465EBDD99ED98FF890A1" section-type="subsequent-section"><enum>875.</enum><header>Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses</header><text display-inline="no-display-inline">Section 15(x) of the Small Business Act (15 U.S.C. 644(x)(1)) is amendedâ€"</text>

<paragraph id="H6B39B306E09F4119847E1F18DD7F6139" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">in the subsection heading, by adding <quote><header-in-text level="subsection" style="OLC">and covered territory businesses</header-in-text></quote> after <quote><header-in-text level="subsection" style="OLC">Puerto Rico businesses</header-in-text></quote>;</text></paragraph>

<paragraph id="H0AE646FAC83F4028803551F2651952D6"><enum>(2)</enum><text>in paragraph (1)â€"</text>

<subparagraph id="HB764CABB549C41C5A7FCEF8D315F82B8"><enum>(A)</enum><text>by inserting <quote>or a covered territory business, or a prime contractor awards a subcontract (at any tier) to a subcontractor that is a Puerto Rico business or a covered territory business,</quote> after <quote>Puerto Rico business</quote>;</text></subparagraph>

<subparagraph id="H88D28D3ED03649C6AD6A3E0F5865F8B6"><enum>(B)</enum><text>by inserting <quote>or subcontract</quote> after <quote>the contract</quote>; and </text></subparagraph>

<subparagraph id="H1699A8DE92AC48CD86C787A59F0E3C53"><enum>(C)</enum><text>by striking <quote>subsection (g)(1)(A)(i)</quote> and inserting <quote>subsection (g)(1)(A)</quote>; and</text></subparagraph></paragraph>

<paragraph id="HBEF08B3555334E99AF09A721F455352E"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H57380A5B6C854981A20C31B83F9665DB">

<paragraph id="HE957F224B4EA4D0F91B1531F7A85810F"><enum>(3)</enum><header>Covered territory business defined</header><text display-inline="yes-display-inline">In this subsection, the term <quote>covered territory business</quote> means a small business concern that has its principal office located in one of the following:</text>

<subparagraph id="H3E0884D1D76F43ABBEA84CB063F865AD"><enum>(A)</enum><text>The United States Virgin Islands.</text></subparagraph>

<subparagraph id="HE52EDCB185D547BA92230E07CE94423D"><enum>(B)</enum><text display-inline="yes-display-inline">American Samoa.</text></subparagraph>

<subparagraph id="H4BB66A58497D42E9BB0A8963AFB5E0B9"><enum>(C)</enum><text>Guam.</text></subparagraph>

<subparagraph id="HE9BCBBD19DC74CBB89199CAE6D8369DB"><enum>(D)</enum><text>The Northern Mariana Islands.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H5ADFDB36C9AC45CDB4077B79DCA917E4" section-type="subsequent-section"><enum>876.</enum><header>Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans</header><text display-inline="no-display-inline">Effective on the date specified in subsection (e) of section 1832 of the National Defense

WASHSTATEC014996

Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2660), section 3(q)(2) of the Small Business Act (15 U.S.C. 632(q)) is amendedâ€"</text>

<paragraph id="H133F5F5C0FFE4DAC9C7CE5A77894F4DE"><enum>(1)</enum><text>in subparagraph (C)(i)(II), by striking <quote>rated as 100 percent</quote> and all that follows through <quote>service-connected disability</quote>; and</text></paragraph>

<paragraph id="HAE3BC26AAFC14F9784CCCD2C7E298436"><enum>(2)</enum><text display-inline="yes-display-inline">by amending subparagraph (C)(ii)(III) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H9A6A69A7382F4B578008B08C035C6B2C" style="OLC">

<subclause id="H5E2F5D3F5E5147E787AC5B97429D665E" indent="up1"><enum>(III)</enum><text display-inline="yes-display-inline">the date thatâ€"</text>

<item id="H8834802988E94A3DA354D8171D9B023D"><enum>(aa)</enum><text display-inline="yes-display-inline">in the case of a surviving spouse of a veteran with a service-connected disability rated as 100 percent disabling or who dies as a result of a service-connected disability, is 10 years after the date of the death of the veteran; or</text></item>

<item id="HADDE9689318A4B038383879D8F741EBD"><enum>(bb)</enum><text display-inline="yes-display-inline">in the case of a surviving spouse of a veteran with a service-connected disability rated as less than 100 percent disabling who does not die as a result of a service-connected disability, is 3 years after the date of the death of the veteran.</text></item></subclause><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H27C20A683F464EABA3BEA2ECF204A356" display-inline="no-display-inline" section-type="subsequent-section"><enum>877.</enum><header>Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict</header>

<subsection id="HDC8524037C4D425F904E66292D430E1F"><enum>(a)</enum><header>Small Business Act amendments</header><text display-inline="yes-display-inline">Section 7 of the Small Business Act (15 U.S.C. 636) is amendedâ€"</text>

<paragraph id="H47AE8C8D178C4590A36B249C4D9867D9"><enum>(1)</enum><text>in subsection (b)(3)â€"</text>

<subparagraph id="H626B671350584CF081B2B12D2C006A04"><enum>(A)</enum><text>in subparagraph (A)â€"</text>

<clause id="H466D2AE4FC86430785CE488CADD37891"><enum>(i)</enum><text>by striking clause (ii);</text></clause>

<clause id="HBBE553F0DC6646FEB9A3DFD3CEB109F3"><enum>(ii)</enum><text>by redesignating clause (i) as clause (ii);</text></clause>

<clause id="H2C3AFFFDFAFF4F3298D1DBCE7A2614CB"><enum>(iii)</enum><text>by inserting before clause (ii), as so redesignated, the following:</text>

<quoted-block display-inline="no-display-inline" id="HA2C356C1895D4E07A7880BA73A2B27AA" style="OLC">

<clause id="H7F6AAE64A73F48EBA0D2938369CA6AD0" indent="up1"><enum>(i)</enum><text>the term <term>active service</term> has the meaning given that term in section 101(d)(3) of title 10, United States Code;</text></clause><after-quoted-block>; and</after-quoted-block></quoted-block></clause>

<clause id="H5567D0A8748D4A039DC0CDEE2A0798C2"><enum>(iv)</enum><text>in clause (ii), as so redesignated, by adding <quote>and</quote> at the end;</text></clause></subparagraph>

<subparagraph id="H539F7373361940169FD8460C0761AC66"><enum>(B)</enum><text>in subparagraph (B), by striking <quote>being ordered to active military duty during a period of military conflict</quote> and inserting <quote>being ordered to perform active service for a period of more than 30 consecutive days</quote>;</text></subparagraph>

```
<subparagraph id="H3AA8DB9954B546C4B0F2E89964DEA3E9"><enum>(C)</enum><text>in
subparagraph (C), by striking <quote>active duty</quote> each place it appears and
inserting <quote>active service</quote>; and</text></subparagraph>

<subparagraph id="H42539B2166524B299F5B283F94C97C88"><enum>(D)</enum><text>in
subparagraph (G)(ii)(II), by striking <quote>active duty</quote> and inserting
<quote>active service</quote>; and</text></subparagraph></paragraph>

<paragraph id="HBB1A0BA3FE1D4B06ABD9D8FCF000D442"><enum>(2)</enum><text>in subsection
(n)â€"</text>

<subparagraph id="HAD89D9A625CD4F68AE313CE6DEAE39D3"><enum>(A)</enum><text>in the
subsection heading, by striking <quote><header-in-text level="subsection"
style="OLC">Active Duty</header-in-text></quote> and inserting <quote><header-in-text
level="subsection" style="OLC">Active Service</header-in-
text></quote>;</text></subparagraph>

<subparagraph id="HBF214067B5FC416285393DE76806C94A"><enum>(B)</enum><text>in paragraph
(1)â€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HE981C696648D4C8E933FA8B81B9EA569"><enum>(i)</enum><text display-inline="yes-
display-inline">by striking subparagraph (C);</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H146ED8C69EF548EEBE5A468913B9D84A"><enum>(ii)</enum><text display-inline="yes-
display-inline">by redesignating subparagraphs (A) and (B) as subparagraphs (B) and
(C), respectively;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H99A7D14C456A46F39543F7E374491928"><enum>(iii)</enum><text>by inserting before
subparagraph (B), as so redesignated, the following:</text>

<quoted-block display-inline="no-display-inline" id="H6E0829DD1C3A42D6955DCFE0233CCD2A"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="HE34069B426B444BBBC9907FA555C8AB0"><enum>(A)</enum><header>Active
service</header><text display-inline="yes-display-inline">The term <term>active
service</term> has the meaning given that term in section 101(d)(3) of title 10, United
States Code.</text></subparagraph><after-quoted-block>; </after-quoted-block></quoted-
block></clause>

<clause commented="no" display-inline="no-display-inline"
id="H94AD2F1BCB7A4E508649CC1474A8D403"><enum>(iv)</enum><text display-inline="yes-
display-inline">in subparagraph (B), as so redesignated, by striking <quote>ordered to
active duty during a period of military conflict</quote> and inserting <quote>ordered
to perform active service for a period of more than 30 consecutive days</quote>;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H8962E16F60DF422DAC3605D92999466A"><enum>(v)</enum><text>in subparagraph (D), by
striking <quote>active duty</quote> each place it appears and inserting <quote>active
service</quote>; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3BFCC0A8DDD44E2584A7705095B320B8"><enum>(C)</enum><text>in paragraph (2)(B), by
striking <quote>active duty</quote> each place it appears and inserting <quote>active
service</quote>.</text></subparagraph></paragraph></subsection>

<subsection
id="H9FA8B2903EAF4E41AEFEF02B88ACC4F0"><enum>(b)</enum><header>Applicability</header><t
ext>The amendments made by subsection (a)(1) shall apply to an economic injury suffered
or likely to be suffered as the result of an essential employee being ordered to
perform active service (as defined in section 101(d)(3) of title 10, United States
Code) for a period of more than 30 consecutive days who is discharged or released from
such active service on or after the date of enactment of this Act.</text></subsection>

<subsection id="H175B59C7D75740BDAAB3AD1B7C353508"><enum>(c)</enum><header>Semiannual
report</header><text>Not later than 180 days after the date of enactment of this Act,
and semiannually thereafter, the President shall submit to the Committee on Small
```

Business and Entrepreneurship and the Committee on Appropriations of the Senate and the Committee on Small Business and the Committee on Appropriations of the House of Representatives a report on the number of loans made under the Military Reservist Economic Injury Disaster Loan program and the dollar volume of those loans. The report shall contain the subsidy rate of the disaster loan program as authorized under section 7(b) of the Small Business Act (15 U.S.C. 636(b)) with the loans made under the Military Reservist Economic Injury Disaster Loan program and without those loans included.</text></subsection>

<subsection id="H6987698DDBE5465C8C7050994E356AD5"><enum>(d)</enum><header>Technical and conforming amendment</header><text>Section 8(l) of the Small Business Act (15 U.S.C. 637(l)) is amendedâ€"</text>

<paragraph id="H6497811A8AD3432DB9C08B83DC29FF56"><enum>(1)</enum><text>by striking <quote>The Administration</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="HD892FD7FFB7442E0AF3BF6F312707AB4" style="OLC">

<paragraph id="H6433F12944534EC39DA2DBA35D7B42E9"><enum>(1)</enum><header>In general</header><text>The Administration</text></paragraph><after-quoted-block>; </after-quoted-block></quoted-block></paragraph>

<paragraph id="HCB39A501B119461AA6F36A43F4CE71CB"><enum>(2)</enum><text>by striking <quote>(as defined in section 7(n)(1))</quote>; and</text></paragraph>

<paragraph id="H0247D626345945C1B9BAABA54569D5A6"><enum>(3)</enum><text>by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HF7E3BBFCEFA54ADD8775E44AD9F66E6C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HFF838EE262394B1A82810DF47F9D30FE"><enum>(2)</enum><header display-inline="yes-display-inline">Definition of period of military conflict</header><text display-inline="yes-display-inline">In this subsection, the term <term>period of military conflict</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H46A5C28D24114D34B0A472271BF803D9"><enum>(A)</enum><text>a period of war declared by the Congress;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H228EAD8E977D4380B890C3C7A6FADA43"><enum>(B)</enum><text>a period of national emergency declared by the Congress or by the President; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8EB326DCE879448B87F5D9CC5904A5A5"><enum>(C)</enum><text>a period of a contingency operation, as defined in section 101(a) of title 10, United States Code.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H58BB7F8F60424A62BAF3B2995A2CDDE0"><enum>878.</enum><header>Modification to the Defense Research and Development Rapid Innovation Program</header>

<subsection id="H0F45F4D0E39C44589D94748FFDD2B55F"><enum>(a)</enum><header>Types of awards; award size; limitation on certain awards</header><text>Section 2359a of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HB8FDE976A239421A8B338123722F66BA"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)(1), by inserting <quote>phase II Small Business Technology Transfer Program projects,</quote> after <quote>projects,</quote>;</text></paragraph>

<paragraph id="HE666838C0F8F4CB7A5E062EB9C2A4AD2"><enum>(2)</enum><text>in subsection (b)â€"</text>

<subparagraph id="H53695FF8C5B2418AB16AF3C748814B42"><enum>(A)</enum><text>in paragraph (3), by striking <quote>$3,000,000</quote> and all that follows through the period at the end and inserting <quote>$6,000,000.</quote>; and</text></subparagraph>

<subparagraph id="H4590311C46DC4B31BCB996B88B3CB74D"><enum>(B)</enum><text>by adding at

the end the following new paragraph:</text>

<quoted-block id="HF03B2C0EBE4B4E2FB918DE112703239D" style="OLC">

<paragraph id="H06AC8E9DC208448EA0D07BC7EF98449E"><enum>(7)</enum><text>A preference under the program for funding small business concerns.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HA26D3225AD2E4DF280DFB1AA81CAE570"><enum>(3)</enum><text>in subsection (d) â€"</text>

<subparagraph id="H7E7A8F37A6E34582B7EEED39A6DD1CA9"><enum>(A)</enum><text>by striking <quote>Subject to</quote> and inserting <quote>(1) Subject to</quote>;</text></subparagraph>

<subparagraph id="H17CFE5224FB648D4A4F84D0897AB3162"><enum>(B)</enum><text>in paragraph (1), as so designated, by inserting <quote>and to the limitation under paragraph (2)</quote> after <quote>for such purpose</quote>; and</text></subparagraph>

<subparagraph id="HF886F71D72F14A8591B9A28182CEAA99"><enum>(C)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="HE84F607C592342F9B4A74E01F4880760" style="USC">

<paragraph id="H0AC5ADB70E884A9C930C17097A8FAD89"><enum>(2)</enum><text>During any fiscal year, the total amount of awards in an amount greater than $3,000,000 made under the program established under subsection (a) may not exceed 25 percent of the amount made available to carry out such program during such fiscal year.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H93BE4A272DD4413DA35D0360A8864C68"><enum>(b)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the program established under section 2359a(a) of title 10, United States Code (commonly known as the <quote>Defense Research and Development Rapid Innovation Program</quote>), which shall includeâ€"</text>

<paragraph id="H045F19055AC34598AF9F76A9C286E4D2"><enum>(1)</enum><text>with respect to the two fiscal years preceding the submission of the reportâ€"</text>

<subparagraph id="HE23267184A8842EA9DFF0B6DB957B722"><enum>(A)</enum><text>a description of the total number of proposals funded under the program;</text></subparagraph>

<subparagraph id="H10EC1E1A53EE425B960D9B000F8BA3FB"><enum>(B)</enum><text>the percent of funds made available under the program for phase II Small Business Innovation Research Program projects (as defined under section 9 of the Small Business Act (15 U.S.C. 638)); and</text></subparagraph>

<subparagraph id="HEDFFB60BB0E74A989F34F1058C9DEBFF"><enum>(C)</enum><text display-inline="yes-display-inline">a list of phase II Small Business Innovation Research Program projects that received funding under the program that were included in major defense acquisition programs (as defined in section 2430 of title 10, United States Code) and other defense acquisition programs that meet critical national security needs; and</text></subparagraph></paragraph>

<paragraph id="H83C8DE9AC1AA4889BEB3A1D908E8015D"><enum>(2)</enum><text>an assessment on the effectiveness of the program in stimulating innovative technologies, reducing acquisition or lifecycle costs, addressing technical risk, and improving the timeliness and thoroughness of test and evaluation outcomes.</text></paragraph></subsection></section>

<section id="H8C16CD5364F442EB92FF3F2B4C5FC73F"><enum>879.</enum><header>Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy</header><text display-inline="no-display-inline">The Secretary of Defense and Secretaries of the military departments shall, to the extent practicable, align the research topics selected for activities conducted under the Small Business Innovation Research Program and Small Business Technology Transfer Program (as defined under

section 9 of the Small Business Act (15 U.S.C. 638)) with the National Defense Science and Technology Strategy developed under section 218 of the John. S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1679).</text></section>

<section id="HE4595235EFB74164B2E15018F5C16D78"><enum>880.</enum><header>Assistance for small business concerns participating in the SBIR and STTR programs</header>

<subsection id="H2F6942FDF12E4723B5C7B796DC586372"><enum>(a)</enum><header>Definition of senior procurement executive</header><text>Section 9(e) of the Small Business Act (15 U.S.C. 638(e)) is amendedâ€"</text>

<paragraph id="H57F8E070AFC546ECB28E56C31A700AC3"><enum>(1)</enum><text>in paragraph (12)(B), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HF25B7865418C4305922DA027BF6E02D1"><enum>(2)</enum><text>in paragraph (13)(B), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="HAFF4BAED24A34F5CA8FE01CE12D40498"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="H0E28E3AFA2D24D8585220D17F8B0F117" style="OLC">

<paragraph id="H83872062C9F1409883D96B0CA67B9B09"><enum>(14)</enum><text>the term <quote>senior procurement executive</quote> means an official designated under section 1702(c) of title 41, United States Code, as the senior procurement executive of a Federal agency participating in a SBIR or STTR program.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HDFD01A132E2D406D909D221BADFABB41"><enum>(b)</enum><header>Inclusion of senior procurement executives in SBIR and STTR</header>

<paragraph id="H00DEA76F71ED422E8DFC15CAA42DCE33"><enum>(1)</enum><header>In general</header><text>Section 9(b) of the Small Business Act (15 U.S.C. 638(b)) is amendedâ€"</text>

<subparagraph id="H543262E6565544C6A63B608D87D5006E"><enum>(A)</enum><text>in paragraph (8), by striking <quote>and</quote> at the end;</text></subparagraph>

<subparagraph id="HEEB82C4FE32142BB8BBE0C631E541CC1"><enum>(B)</enum><text>in paragraph (9), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph id="H412585AF0919468080C53260693C3A6F"><enum>(C)</enum><text>by adding at the end the following new paragraph:</text></subparagraph>

<quoted-block id="HDF4ADBCE92A24A979D3E02A04CE5AD27" style="OLC">

<paragraph id="HF3FA9849A57A456EA6B3B6F0BA92D928"><enum>(10)</enum><text>to consult, where appropriate, with personnel from the relevant Federal agency to assist small business concerns participating in a SBIR or STTR program with commercializing research developed under such a program before such small business concern is awarded a contract from such Federal agency.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H73725178940B40E28165C1DB89EF760C"><enum>(2)</enum><header>Technical amendment</header><text>Section 9(b)(3) of the Small Business Act (15 U.S.C. 638(b)(3)) is amended by striking <quote>and</quote> at the end.</text></paragraph></subsection>

<subsection id="H4EC06DEFAAEF48E8BE50DD0D604B0E50"><enum>(c)</enum><header>Modifications relating to procurement center representatives and other acquisition personnel</header>

<paragraph id="HDDD5BF69E0DE47F59700F32C3C11EE44"><enum>(1)</enum><header>SBIR amendment</header><text>Section 9(j) of the Small Business Act (15 U.S.C. 638(j)) is amended by adding at the end the following new paragraph:</text>

<quoted-block id="H5389C9239C7149678056D65371CA6D7A" style="OLC">

<paragraph id="H09B802436FAC4B2D9482C9449E57389B"><enum>(4)</enum><header>Modifications relating to procurement center representatives</header><text>Upon the enactment of this

paragraph, the Administrator shall modify the policy directives issued pursuant to this subsection to require procurement center representatives (as described in section 15(l)) to consult with the appropriate personnel from the relevant Federal agency, to assist small business concerns participating in the SBIR program, particularly in Phase III.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H8F43A58354954B06A0028B306E4B0D7B"><enum>(2)</enum><header>STTR amendment</header><text>Section 9(p)(2) of the Small Business Act (15 U.S.C. 638(p)(2)) is amendedâ€"</text>

<subparagraph id="H9DCF2BEA96214B64B694F027881C3DD4"><enum>(A)</enum><text>in subparagraph (E)(ii), by striking <quote>and</quote> at the end;</text></subparagraph>

<subparagraph id="H38AF9B90D1A146CE8547834C7EDF3223"><enum>(B)</enum><text>in subparagraph (F), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph id="H38CE65F67902435EB9299C8E99E517F2"><enum>(C)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block id="HE68A5D6B32EB48899D3B115F343B7BCC" style="OLC">

<subparagraph id="H1BAA506F2E83414AB86AB949174120D0"><enum>(G)</enum><text>procedures to ensure that procurement center representatives (as described in section 15(l))â€"</text>

<clause id="H7F1F88802B61432B88B75FE469F0F2FC"><enum>(i)</enum><text>consult with the appropriate personnel from the relevant Federal agency, to assist small business concerns participating in the STTR program, particularly in Phase III;</text></clause>

<clause id="H4278422C763E43C38635833CD8208506"><enum>(ii)</enum><text>provide technical assistance to such concerns to submit a bid for an award of a Federal contract; and</text></clause>

<clause id="HB23D0F6A988B4B63A243A7E5500D86FB"><enum>(iii)</enum><text>consult with the appropriate personnel from the relevant Federal agency in providing the assistance described in clause (i).</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H80F20B72B315494DB4980BB352CC777F"><enum>(d)</enum><header>Amendment to duties of procurement center representatives</header><text>Section 15(l)(2) of the Small Business Act (15 U.S.C. 644(l)(2)) is amendedâ€"</text>

<paragraph id="HE4A8F21B2FC14B56B7F8EFD38F60CBEF"><enum>(1)</enum><text>in subparagraph (I), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="H91202C321AEF466AB07480A49C2DC1B9"><enum>(2)</enum><text>by redesignating subparagraph (J) as subparagraph (K); and</text></paragraph>

<paragraph id="H45DADCCD79DF499AB49B073C69DF58F0"><enum>(3)</enum><text>by inserting after subparagraph (I) the following new subparagraph:</text>

<quoted-block id="HA5310EBE96564FB1AF9FAE31BBDBCB0B" style="OLC">

<subparagraph id="HE23F6224F275440AA34BCD1D298565BB"><enum>(J)</enum><text>consult with the appropriate personnel from the relevant Federal agency, to assist small business concerns participating in a SBIR or STTR program under section 9 with Phase III;</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA41B108BC7894C6AB4E477C1A4ED0F1F"><enum>(e)</enum><header>Amendment to the duties of the director of small and disadvantaged business utilization for federal agencies</header><text>Section 15(k) of the Small Business Act (15 U.S.C. 644(k)) is amendedâ€"</text>

<paragraph id="H4931E460A7D3433AB4D215F1755D2A6A"><enum>(1)</enum><text>in paragraph (19), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HADCC952DE60C4AC5B2795D4334F62D7B"><enum>(2)</enum><text>in paragraph (20), by striking the period at the end and inserting a semicolon; and</text></paragraph>

<paragraph id="H443BE10ED2FB4718A4AF76BBEBAEC536"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="HCD955F499F724032A94E84903DA8FE73" style="OLC">

<paragraph id="H302A12BE9CD34C8F8DC189BF3475BD14"><enum>(21)</enum><text>shall consult with the appropriate personnel from the relevant Federal agency to assist small business concerns participating in a SBIR or STTR program under section 9 with researching applicable solicitations for the award of a Federal contract (particularly with the Federal agency that has a funding agreement, as defined under section 9, with the concern) to market the research developed by such concern under such SBIR or STTR program.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HC746237CC4FE42E7982F2FF690FFEA76"><enum>881.</enum><header>Cybersecurity technical assistance for SBIR and STTR programs</header>

<subsection id="HBEF9F3506111450C87DB8C7245656438" display-inline="no-display-inline"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense may enter into an agreement with 1 or more vendors selected under section 9(q)(2) of the Small Business Act (15 U.S.C. 638(q)(2)) to provide small business concerns engaged in SBIR or STTR projects with cybersecurity technical assistance, such as access to a network of cybersecurity experts and engineers engaged in designing and implementing cybersecurity practices.</text></subsection>

<subsection id="HB49F6326187947C9A7B41F5CE3A87E57"><enum>(b)</enum><header>Amounts</header><text>In carrying out subsection (a), the Secretary of Defense may provide the amounts described under section 9(q)(3) of such Act (15 U.S.C. 638(q)(3)) to a recipient that meets the eligibility requirements under the such paragraph, if the recipient requests to seek cybersecurity technical assistance from an individual or entity other than a vendor selected as described in subsection (a).</text></subsection></section>

<section id="H33539C5A67634EF59BEE9D27EA9D542F" section-type="subsequent-section"><enum>882.</enum><header>Funding for defense research activities of small business concerns</header><text display-inline="no-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on funds or other assistance made available to small business concerns (as defined under section 3 of the Small Business Act (15 U.S.C. 632)) as prime contractors for research, development, test, and evaluation activities, in each of fiscal years 2017, 2018, and 2019 under any—"</text>

<paragraph id="HCB0519986864445FA7E9B79C2DEC8A15"><enum>(1)</enum><text>research, development, test, and evaluation programs of the Department of Defense;</text></paragraph>

<paragraph id="HADD30B56BADF49CFAAC1B1681B6606C6"><enum>(2)</enum><text>Small Business Innovation Research programs of the Department of Defense;</text></paragraph>

<paragraph id="H7049147BC90F444782777E73C4C3277C"><enum>(3)</enum><text>Small Business Technology Transfer programs of the Department of Defense; and</text></paragraph>

<paragraph id="H3F09A3B028CA462DBE4F2359A2A82C38"><enum>(4)</enum><text>other relevant activities of the Department of Defense.</text></paragraph></section>

<section id="HD70A2E5B79094F81ACA9617D8AD49860"><enum>883.</enum><header>Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program</header><text display-inline="no-display-inline">Section 857 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115—232; 132 Stat. 1891) is amended—"</text>

<paragraph id="H3CEC8C223EE04296B8631DFAA5B4A053"><enum>(1)</enum><text>in subsection (a)—"</text>

<subparagraph id="HA85030ED8E774715A217D8277D6F3050"><enum>(A)</enum><text>by inserting <quote>Under Secretary of Defense (Comptroller) and the</quote> before <quote>Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H7EFD12D3FC6C43BF9589387A4B1B87EF"><enum>(B)</enum><text>by striking <quote>a budget display</quote> and inserting <quote>one or more budget

displays</quote>; </text></subparagraph></paragraph>

<paragraph id="HAF836BE81B054F65B15407CB1B3D7D11"><enum>(2)</enum><text>in subsection (b), by striking <quote>The budget display</quote> and inserting <quote>The budget displays</quote>; and</text></paragraph>

<paragraph id="HCA99D5352DBC4D2C87F8E7B285A61BA4"><enum>(3)</enum><text>in subsection (d), by striking <quote>The budget display</quote> and inserting <quote>The budget displays</quote>.</text></paragraph></section2>

<section id="H57A7FCD99E1E4088854ED45812A2A226"><enum>884.</enum><header>Pilot program for domestic investment under the SBIR program</header>

<subsection id="H181EB15076BF423BA1B57E96ED9E2A96"><enum>(a)</enum><header>In general</header><text>Not later than 1 year after the date of the enactment of this Act and subject to subsection (b), the Secretary of Defense shall establish and administer a program to be known as the <quote>Domestic Investment Pilot Program</quote> under which the Secretary and the service acquisition executive for each military department may make a SBIR award under section 9(dd) of the Small Business Act (15 U.S.C. 638) to a small business concern without providing the written determination described under paragraph (2) of such section 9(dd) if such concern isâ€"</text>

<paragraph id="H1110296F433D40298DC213FE64FF129A"><enum>(1)</enum><text>exclusively owned by multiple United States-owned venture capital operating companies, hedge funds, or private equity firms, or</text></paragraph>

<paragraph id="H9ED6998F868E4D458FC250C4225C5E33"><enum>(2)</enum><text>majority-owned by multiple United States-owned venture capital operating companies, hedge funds, or private equity firms, if the minority foreign ownership of such concern is limited to members of the national technology and industrial base as defined under section 2500 of title 10, United States Code.</text></paragraph></subsection>

<subsection id="HB3AE3D62BD394B7FBB79E5E75082A8D2" commented="no"><enum>(b)</enum><header>Limitation</header><text display-inline="yes-display-inline">During any fiscal year, the aggregate amount of awards made under the Domestic Investment Pilot Program shall not exceed an amount equal to 10 percent of the total amount that the Secretary of Defense may award under section 9 of the Small Business Act (15 U.S.C. 638) during such fiscal year.</text></subsection>

<subsection id="HB5FF82658EC34D72B7A27E692CB5E703"><enum>(c)</enum><header>Evaluation criteria</header><text>In carrying out the Domestic Investment Pilot Program, the Secretary of Defense may not use investment of venture capital or investment from hedge funds or private equity firms as a criterion for the award of contracts under the SBIR program or STTR program.</text></subsection>

<subsection id="HAB5CED5A536B4EAB89BE497D05CB79D3"><enum>(d)</enum><header>Annual reporting</header><text>The Secretary of Defense shall include as part of each annual report required under section 9(b)(7) of the Small Business Act (15 U.S.C. 638(b)(7)) information on the implementation of the Domestic Investment Pilot Program with respect to the year covered by the report, includingâ€"</text>

<paragraph id="H1A8A81ED63E043608DE68C75E86BF106"><enum>(1)</enum><text>the number of applications for participation received from small business concerns;</text></paragraph>

<paragraph id="H9743AF25D7734709A1B6F28BD22D4573"><enum>(2)</enum><text>the number of awards made to small business concerns, including an identification of such concerns;</text></paragraph>

<paragraph id="H3DA57F8B371643FCB25034231C1ADD6D"><enum>(3)</enum><text>the extent to which a small business concern participant is foreign-owned, including an identification of the foreign owners; and</text></paragraph>

<paragraph id="HC10AB69C418D4628A8913468B022FEDC"><enum>(4)</enum><text display-inline="yes-display-inline">an assessment of the effect of the Domestic Investment Pilot Program onâ€"</text>

<subparagraph id="HD33538E6CC0C4A1EB485C94FBEFCD014"><enum>(A)</enum><text display-inline="yes-display-inline">inducing additional venture capital, hedge fund, or private equity funding of research as defined in section 9(e)(5) of the Small Business Act (15 U.S.C. 638(e)(5));</text></subparagraph>

```
<subparagraph
id="HFAADD1F9ED6741769E7184A5A3476AAC"><enum>(B)</enum><text>substantially contributing
to the mission of the Department of Defense; and</text></subparagraph>

<subparagraph id="H1C4111FA7AED4FD8871A34B4C35E4142"><enum>(C)</enum><text>otherwise
fulfilling the capital needs of small business concerns for additional financing for
SBIR projects.</text></subparagraph></paragraph></subsection>

<subsection
id="H2E8016D7D01F47AF993A4B1CDF295864"><enum>(e)</enum><header>Notification</header><te
xt>The Secretary of Defense shall notify the Small Business Administration of an award
made under the Domestic Investment Pilot Program not later than 30 days after such
award is made.</text></subsection>

<subsection
id="HBDE2BE804A3D4C918B83AC933A655D34"><enum>(f)</enum><header>Termination</header><tex
t>The Domestic Investment Pilot Program established under this section shall terminate
on September 30, 2022.</text></subsection>

<subsection
id="HADBEC11822104141BD6C130A971D1F46"><enum>(g)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H6938C27ABA2A472089C09DCAE3E2DFE9"><enum>(1)</enum><header>Military
department; service acquisition executive</header><text display-inline="yes-display-
inline">The terms <term>military department</term> and <term>service acquisition
executive</term> have the meanings given those terms, respectively, in section 101 of
title 10, United States Code.</text></paragraph>

<paragraph id="H811E3BC7A8734E8B8A71433D91AACB44"><enum>(2)</enum><header>SBIR;
STTR</header><text>The terms <term>SBIR</term> and <term>STTR</term> have the meanings
given those terms, respectively, in section 9(e) of the Small Business Act (15 U.S.C.
638(e)).</text></paragraph>

<paragraph id="H8ECF5ADA7AA442E1A9E7013A2105610A"><enum>(3)</enum><header>Small
Business Act definitions</header><text>The terms <term>small business concern</term>,
<term>venture capital operating company</term>, <term>hedge fund</term>, and
<term>private equity firm</term> have the meanings given those terms, respectively, in
section 3 of the Small Business Act (15 U.S.C.
632).</text></paragraph></subsection></section></subtitle>

<subtitle id="H4A41AA32AF8E43C5AC12146C0744A178"><enum>H</enum><header>Other
Matters</header>

<section id="H575D085C7321423DA0CD18CDFE1DE850"><enum>885.</enum><header>Review of
guidance to contractors on nondiscrimination on the basis of sex</header>

<subsection
id="HCF38F3E396F5404B9F47AEF34055543E"><enum>(a)</enum><header>Review</header><text
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment,
serving as the senior procurement executive for the Department of Defense pursuant to
section 133b(b)(4)(B) of title 10, United States Code, shall conduct a review of the
implementation of the requirement for Government contracting agencies under Executive
Order 11246 (42 U.S.C. 2000e note) relating to expectations of contractors and
subcontractors to ensure nondiscrimination on the basis of sex.</text></subsection>

<subsection
id="H2F988E0CFBC449119860C8C7005E4F47"><enum>(b)</enum><header>Elements</header><text>T
he review required under subsection (a) shall, at a minimum, consider—</text>

<paragraph id="H76A578CC303B4D67812DFDF71D309E5D"><enum>(1)</enum><text>existing
contracting processes and tools for oversight of contracts, including contractor
responsibility determinations and documentation of performance; and</text></paragraph>

<paragraph id="HCB87462126B54193A79BE9805A469CC9"><enum>(2)</enum><text>the extent to
which best practices for contractors and subcontractors identified in the appendix to
part 60—20 of title 41 of the Code of Federal Regulations, such as establishing and
implementing procedures for handling and resolving complaints about harassment and
intimidation based on sex, have been incorporated in Department policies and
procedures.</text></paragraph></subsection>
```

WASHSTATEC015005

```
<subsection id="HC7FD371776174F108E4A70224ECE2E74"><enum>(c)</enum><header>Updated
training guidance</header><text display-inline="yes-display-inline">Not later than 180
days after the date of the completion of the review required under subsection (a), the
Under Secretary of Defense for Acquisition and Sustainment shall update any relevant
training guidance for the acquisition workforce to account for the conclusions of the
review.</text></subsection>

<subsection id="HE6FADB41432345728D4F15BABD5E5A62"><enum>(d)</enum><header>Briefing
required</header><text>Not later than December 15, 2020, the Secretary of Defense shall
brief the congressional defense committees on the review required under subsection (a),
which shall include any updates to training guidance or contracting procedures
resulting from the review.</text></subsection></section>

<section id="H8B0C75AFB4D840309A5413BE2CB83721"><enum>886.</enum><header>Comptroller
General report on contractor violations of certain labor laws</header><text display-
inline="no-display-inline">Not later than 180 days after the date of the enactment of
this Act, the Comptroller General of the United States shall submit a report to
Congress on the number of contractorsâ€"</text>

<paragraph id="HC796C741B25C44D7B43931FACE0320A8"><enum>(1)</enum><text>that performed
a contract with the Department of Defense during the five-year period preceding the
date of the enactment of this Act; and</text></paragraph>

<paragraph id="HA40096942A2A4251A788B04820721C06"><enum>(2)</enum><text>that have been
found by the Department of Labor to have committed willful or repeat violations of the
Occupational Safety and Health Act of 1970 (29 U.S.C. 651 et seq.) or the Fair Labor
Standards Act of 1938 (29 U.S.C. 201 et seq.), and the nature of the violations
committed.</text></paragraph></section>

<section id="H6848EE671FFE4F2FAB2487AB6081BED9" section-type="subsequent-
section"><enum>887.</enum><header>Comptroller General report on contingency
contracting</header><text display-inline="no-display-inline">Not later than one year
after the date of the enactment of this Act, the Comptroller General of the United
States shall submit to the congressional defense committees a report on the use of
contractors to perform work supporting contingency operations, including the logistical
support for such operations, since January 1, 2009. Such report shall includeâ€"</text>

<paragraph id="H9842DEE88FC040DE9C6CF0B8F6A6C33B"><enum>(1)</enum><text display-
inline="yes-display-inline">an evaluation of the nature and extent to which the
Department of Defense has used contractors to perform such work, including the type of
operation or exercise, the functions performed by a contractor, the place of
performance, and contract obligations;</text></paragraph>

<paragraph id="HC6A2C76227034D30A43776B55FE3D0E7"><enum>(2)</enum><text>an evaluation
of the processes for tracking and reporting on the use of such
contractors;</text></paragraph>

<paragraph id="H4D5DFA3F79C4F938A4F9F046A7A591C"><enum>(3)</enum><text display-
inline="yes-display-inline">an evaluation of the extent to which recommendations made
by the Wartime Contracting Commission established in section 841 of the National
Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 230)
have been implemented in policy, guidance, education and training, as appropriate;
and</text></paragraph>

<paragraph id="H28FB2374831A4D7192978D608729C84E"><enum>(4)</enum><text display-
inline="yes-display-inline">any other issues the Comptroller General determines to be
appropriate.</text></paragraph></section>

<section id="H53937CEA271F4251887B12C6B49CF30E"><enum>888.</enum><header>Policies and
procedures for contractors to report gross violations of internationally recognized
human rights</header>

<subsection id="H9463870145B2454AB8DDDFFDBC180FA7"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 180 days after
the date of the enactment of this Act, the Secretary of Defense shall update Department
of Defense policy and guidance and the Department of Defense Supplement to the Federal
Acquisition Regulation to provide specific guidance to Department of Defense employees
and contractors performing a Department of Defense contract that supports United States
Armed Forces deployed outside of the United States on monitoring and reporting
allegations of gross violations of internationally recognized human
```

rights.</text></subsection>

<subsection
id="H9AA95890408E4C72860D02F4D80E443F"><enum>(b)</enum><header>Report</header><text>Not
later than 180 days after the date of the enactment of this Act, the Secretary of
Defense, with the concurrence of the Secretary of State, shall submit to the
appropriate congressional committees a report that describesâ€"</text>

<paragraph id="H27FD1EF842F942F585A0CDC585585FCD"><enum>(1)</enum><text>the policies
and procedures in place to obtain information about possible cases of gross violations
of internationally recognized human rights from Department of Defense contractors
described in subsection (a), including the methods for tracking cases;
and</text></paragraph>

<paragraph id="H218893846C954DF5B93CADA2D6401604"><enum>(2)</enum><text>the resources
needed to investigate reports made pursuant to subsection
(a).</text></paragraph></subsection>

<subsection id="H6ED36C672EB54559A78D1285B4D72B6A"><enum>(c)</enum><header>Form of
report</header><text>The report required by subsection (b) shall be submitted in
unclassified form, but may include a classified annex.</text></subsection>

<subsection
id="H8D581EE3F0064E90951F55FED9F4F1CC"><enum>(d)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H6A7C678648F749069DB91074D80F2C25"><enum>(1)</enum><header>Appropriate
congressional committees</header><text>the term <term>appropriate congressional
committees</term> meansâ€"</text>

<subparagraph id="HCBCB892B787049A482B47CFAB78D4570"><enum>(A)</enum><text>the
congressional defense committees; and</text></subparagraph>

<subparagraph id="H6973D496BE0B483B953947836347F047"><enum>(B)</enum><text>the
Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of
the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HCCF37D5EC2644B2486E5642DF0C0552B"><enum>(2)</enum><header>Gross
violations of internationally recognized human rights</header><text>The term
<term>gross violations of internationally recognized human rights</term> has the
meaning given such term in subsection (d)(1) of section 502B of the Foreign Assistance
Act of 1961 (22 U.S.C. 2304).</text></paragraph></subsection></section>

<section id="H89F6899EA3FE4FBB83B26D9CEAC5425E"><enum>889.</enum><header>Comptroller
General report on oversight of contractors providing private security
functions</header>

<subsection id="HB7C344A33E8B4D21A2DA0A75CEF7B571"><enum>(a)</enum><header>In
general</header><text>Not later than one year after the date of the enactment of this
Act, the Comptroller General of the United States shall submit to the congressional
defense committees a report on efforts of the Secretary of Defense to improve the
oversight of contractors providing private security functions to fulfill non-combat
requirements for security in contingency operations, humanitarian operations,
peacekeeping operations, or other similar operations or exercises since January 1,
2009.</text></subsection>

<subsection
id="HB5009B349FE24DC5B29A5371F105D90E"><enum>(b)</enum><header>Elements</header><text>T
he report required under subsection (a) shall evaluateâ€"</text>

<paragraph id="H37245909F85A45FD94CC64C187A6317C"><enum>(1)</enum><text>the nature and
extent to which the Department of Defense has used contractors to perform private
security functions described under subsection (a), including the type of operation or
exercise, the functions performed by a contractor, the place of performance, and
contract obligations;</text></paragraph>

<paragraph id="H2204DF4A65D8445F98567FA43B6AD994"><enum>(2)</enum><text>the processes
for tracking and reporting on the use of such contractors;</text></paragraph>

<paragraph id="H9715D4918F35420098A678DE22110F74"><enum>(3)</enum><text display-
inline="yes-display-inline">changes to law, regulation, and policy on the use of such

contractors and how the Secretary has implemented such changes, including—"</text>

<subparagraph id="H9EEDA9BF50AD4045978211FD05475D3B"><enum>(A)</enum><text display-inline="yes-display-inline">the Montreux Document on Pertinent International Legal Obligations and Good Practices for States Related to Operations of Private Military and Security Companies During Armed Conflict (published on May 2, 2011);</text></subparagraph>

<subparagraph id="HCCD89FF31CEF4CBEA99065BE6FB02589" commented="no"><enum>(B)</enum><text>using standards for such contractors issued by the American National Standards Institute and the International Organization for Standardization; and</text></subparagraph>

<subparagraph id="HB89090F1EA5348B3984EF925464291B9" commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">using other associated accreditation and certification standards for such contractors; and</text></subparagraph></paragraph>

<paragraph id="HF2F8191465034C72BA18C2E93F8CE4D2"><enum>(4)</enum><text>the oversight outcomes of the Department due to implementing the processes described in paragraph (2) and the changes described in paragraph (3), including—"</text>

<subparagraph id="H74E8350A7FC940D5A172818659B09FA2" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">progress with certification and accreditation of companies;</text></subparagraph>

<subparagraph id="H6256C14F027E40AC8467ADA6E6EF3152" commented="no"><enum>(B)</enum><text>the use of the maturity model of the Department to assess contractors; and</text></subparagraph>

<subparagraph id="H5083B81D8D5541928FEB1A7B1EA93E90"><enum>(C)</enum><text>the nature and extent of referrals for suspension and debarment and the number of suspensions and debarments that have resulted from such referrals.</text></subparagraph></paragraph></subsection>

<subsection id="HFF7121E6110F4F34B7C4D2616489FE1E"><enum>(c)</enum><header>Form of report</header><text>The report required by subsection (a) shall be submitted in unclassified form, to the maximum extent possible, but may contain a classified annex, if necessary.</text></subsection></section>

<section id="HCBE3527E82604995AF41F20B11B4D79B"><enum>890.</enum><header>Prohibition on contracting with persons that have business operations with the Maduro regime</header>

<subsection id="H69096D62463149259F9A23A6187A5560"><enum>(a)</enum><header>Prohibition</header><text>Except as provided under subsections (c), (d), and (e), the Department of Defense may not enter into a contract for the procurement of goods or services with any person that has business operations with an authority of the Government of Venezuela that is not recognized as the legitimate Government of Venezuela by the United States Government.</text></subsection>

<subsection id="H3A3465A1091B4032A8082031EC2FE779"><enum>(b)</enum><header>Exceptions</header>

<paragraph id="HE26D8BCDBA8C43C1B9244E2D90534C46"><enum>(1)</enum><header>In general</header><text>The prohibition under subsection (a) does not apply to a contract that the Secretary of Defense and the Secretary of State jointly determine—"</text>

<subparagraph id="H357E9038BCD64370BB4027F6B2AF2834"><enum>(A)</enum><text>is necessary—"</text>

<clause id="H26E4981733E345D69771FAAFCF4157CE"><enum>(i)</enum><text>for purposes of providing humanitarian assistance to the people of Venezuela;</text></clause>

<clause id="H530116D2C9F0491DB17753E75D08E17B"><enum>(ii)</enum><text>for purposes of providing disaster relief and other urgent life-saving measures; or</text></clause>

<clause id="H6E8BD29FA9664644969A41BD4A44425C"><enum>(iii)</enum><text>to carry out noncombatant evacuations; or</text></clause></subparagraph>

<subparagraph id="H64ABD70C6CF748029AB5C89DE974FE5B"><enum>(B)</enum><text>is vital to the national security interests of the United States.</text></subparagraph></paragraph>

WASHSTATEC015008

&lt;paragraph id="HCD6AD0DD709D4C1D93614F0AADDF5492"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Notification requirement&lt;/header&gt;&lt;text&gt;The Secretary of Defense shall notify the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate of any contract entered into on the basis of an exception provided for under paragraph (1).&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H0CB8B9292F2A4D7289DA0AF587DDE73D"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Office of foreign assets control licenses&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The prohibition in subsection (a) shall not apply to a person that has a valid license to operate in Venezuela issued by the Office of Foreign Assets Control of the Department of the Treasury.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="HB462F0C3AC5B4400B9699E56E4515D4D"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header&gt;American diplomatic mission in Venezuela&lt;/header&gt;&lt;text&gt;The prohibition in subsection (a) shall not apply to contracts related to the operation and maintenance of the United States Governmentâ€™s consular offices and diplomatic posts in Venezuela.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H927C89D05CCA4D7981B273BF9150AA94"&gt;&lt;enum&gt;(e)&lt;/enum&gt;&lt;header&gt;Definitions&lt;/header&gt;&lt;text&gt;In this section:&lt;/text&gt;

&lt;paragraph id="HAE0E812009BE4987ACE1E8E8C4228706"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;Business operations&lt;/header&gt;&lt;text&gt;The term &lt;quote&gt;business operations&lt;/quote&gt; means engaging in commerce in any form, including acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HBACD700A44164D97BEF6828BFB520C19"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Government of Venezuela&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The term &lt;quote&gt;Government of Venezuela&lt;/quote&gt; includes the government of any political subdivision of Venezuela, and any agency or instrumentality of the Government of Venezuela. For purposes of this paragraph, the term &lt;quote&gt;agency or instrumentality of the Government of Venezuela&lt;/quote&gt; means an agency or instrumentality of a foreign state as defined in section 1603(b) of title 28, United States Code, with each reference in such section to &lt;quote&gt;a foreign state&lt;/quote&gt; deemed to be a reference to &lt;quote&gt;Venezuela&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H5AFF3EEA45644C3088F69F15435B10D3"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;header&gt;Person&lt;/header&gt;&lt;text&gt;The term &lt;quote&gt;person&lt;/quote&gt; meansâ€"&lt;/text&gt;

&lt;subparagraph id="H9D50E89A5F8B432592F2CDDD26625EB8"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;a natural person, corporation, company, business association, partnership, society, trust, or any other nongovernmental entity, organization, or group;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H8944B0F1D7B147AA82E5AB7B1CFF91F3"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;any governmental entity or instrumentality of a government, including a multilateral development institution (as defined in section 1701(c)(3) of the International Financial Institutions Act (22 U.S.C. 262r(c)(3))); and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H9B6382CFE9334C02ACC4DE5677274879"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;any successor, subunit, parent entity, or subsidiary of, or any entity under common ownership or control with, any entity described in subparagraph (A) or (B).&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HACCFD872873447D9A03B396474799444"&gt;&lt;enum&gt;(f)&lt;/enum&gt;&lt;header&gt;Applicability&lt;/header&gt;&lt;text&gt;This section shall apply with respect to any contract entered into on or after the date of the enactment of this section.&lt;/text&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H30E671A3285C41DE8C4ABC566CBC31B1"&gt;&lt;enum&gt;891.&lt;/enum&gt;&lt;header&gt;Report on the Combating Trafficking in Persons initiative&lt;/header&gt;&lt;text display-inline="no-display-inline"&gt;Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report containing an analysis of the progress of the Department of Defense in implementing the Combating Trafficking in Persons initiative described in Department of Defense Instruction 2200.01 (published February 2007; revised on June 21, 2019).&lt;/text&gt;&lt;/section&gt;

WASHSTATEC015009

```
<section id="H24F8517782EC4683B8C16C748ABA346F"><enum>892.</enum><header>Improved
management of information technology and cyberspace investments</header>

<subsection commented="no" display-inline="no-display-inline"
id="H71F681F04FF24388983ED0F5585A1944"><enum>(a)</enum><header display-inline="yes-
display-inline">Improved management</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H42F3EF560F8E45269D08D5DD7C9E9512"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The Chief
Information Officer of the Department of Defense shall work with the Chief Data Officer
of the Department of Defense to optimize the Department's process for accounting for,
managing, and reporting its information technology and cyberspace investments. The
optimization should include alternative methods of presenting budget justification
materials to the public and congressional staff to more accurately communicate when,
how, and with what frequency capability is delivered to end users, in accordance with
best practices for managing and reporting on information technology
investments.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFB5D1AF207D94130A13F100052004EE5"><enum>(2)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">Not later
than February 3, 2020, the Chief Information Officer of the Department of Defense shall
brief the congressional defense committees on the process optimization undertaken
pursuant to paragraph (1), including any recommendations for
legislation.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE49EB6FBC45046D3AFAD1F887D4C5C25"><enum>(b)</enum><header display-inline="yes-
display-inline">Delivery of information technology budget</header><text display-
inline="yes-display-inline">The Secretary of Defense shall submit to the congressional
defense committees the Department of Defense budget request for information technology
not later than 15 days after the submittal to Congress of the budget of the President
for a fiscal year pursuant to section 1105 of title 31, United States
Code.</text></subsection></section>

<section id="H245AADD9276E416898B0B3CA60C0C867"><enum>893.</enum><header>Modification
to requirements for purchase of commercial leasing services pursuant to multiple award
contracts</header>

<subsection
id="HA321B5AB74444A1E8A0139CF120A92EF"><enum>(a)</enum><header>Repeal</header><text
display-inline="yes-display-inline">Section 877 of the John S. McCain National Defense
Authorization Act For Fiscal Year 2019 (Public Law 115-232; 132 Stat. 1907; 41 U.S.C.
3302 note) is repealed.</text></subsection>

<subsection id="H7ABE352E2E4E4CBB9F7848124BDF61EB" display-inline="no-display-
inline"><enum>(b)</enum><header>Exemption for commercial leasing services</header>

<paragraph id="HBD73FEBBD5144D8F9C46A58C8C3C9C2F"><enum>(1)</enum><header>In
general</header><text>Section 3302 of title 41, United States Code, is amended by
adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="HB5DA89E203AD46CDAF0BF4C4179D5B5C" display-inline="no-
display-inline">

<subsection id="H32F2DD9DAB6646D3AD2762BB9CA32CD8"><enum>(f)</enum><header>Commercial
leasing services</header><text display-inline="yes-display-inline">The regulations
required by subsection (b) shall not apply to individual purchases for commercial
leasing services that are made on a no cost basis and made under a multiple award
contract awarded in accordance with the requirements for full and open competition.
</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph
id="H26541500B7A24E05AA40BCD9006C8B78"><enum>(2)</enum><header>Termination</header><tex
t display-inline="yes-display-inline">Effective December 31, 2025, subsection (f) of
section 3302 of title 41, United States Code, as added by paragraph (1), is
repealed.</text></paragraph></subsection>
```

WASHSTATEC015010

```
<subsection id="H087C7D8DF79B4F5D81D59CBAA5BD5E0A" display-inline="no-display-
inline"><enum>(c)</enum><header>Audit</header><text display-inline="yes-display-
inline">The Comptroller General of the United States shallâ€"</text>

<paragraph id="HA9AF583EAE24484EB498C674F1CA4572"><enum>(1)</enum><text display-
inline="yes-display-inline">conduct an audit not later than the last day of fiscal year
2021, 2023, and 2025 analyzing the National Broker Contract program of the General
Services Administration to determineâ€"</text>

<subparagraph id="HB22DA320D23844969869B8FDC010A74A"><enum>(A)</enum><text display-
inline="yes-display-inline">whether brokers selected under the program provide lower
lease rental rates than rates negotiated by employees of the General Services
Administration; and</text></subparagraph>

<subparagraph id="HF805B799608E42B0BC16A328553214A5"><enum>(B)</enum><text display-
inline="yes-display-inline">the impact of the program on the length of time of lease
procurements;</text></subparagraph></paragraph>

<paragraph id="H361D282B45254FD78EB372D5B3EA7E04"><enum>(2)</enum><text display-
inline="yes-display-inline">conduct a review of whether the application of section 863
of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public
Law 110â€"417; 122 Stat.4547) resulted in rental cost savings for the Government during
the years in which such section was applicable; and</text></paragraph>

<paragraph id="HB10E068C02EF4929A34CCECC8A9546C1"><enum>(3)</enum><text display-
inline="yes-display-inline">not later than September 30, 2022, and September 30, 2024,
submit to the Committee on Transportation and Infrastructure of the House of
Representatives and the Committee on Environment and Public Works of the Senate a
report thatâ€"</text>

<subparagraph id="H5065D78439474EBBA02AE97EB2DE49A5"><enum>(A)</enum><text display-
inline="yes-display-inline">summarizes the results of the most recent audit required
under paragraph (1) and the review required by paragraph (2);</text></subparagraph>

<subparagraph id="HE30C379D8A8F462982B2B732EB1DC4BA"><enum>(B)</enum><text>includes an
assessment of whether the National Broker Contract program provides greater
efficiencies and savings than the use of employees of the General Services
Administration; and</text></subparagraph>

<subparagraph id="HABA3B0B1A18C4D3796EF4F5DD121F97C"><enum>(C)</enum><text>includes
recommendations for improving General Services Administration lease
procurements.</text></subparagraph></paragraph></subsection></section></subtitle></titl
e>

<title id="H0C173D82C5DB40D684FAB4EAC3F7EDF0"
style="OLC"><enum>IX</enum><header>Department of Defense Organization and
Management</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H0C173D82C5DB40D684FAB4EAC3F7EDF0" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H5EDA6CDE9A434E4194F8005096DFD43D" level="subtitle">Subtitle
Aâ€"Office of the Secretary of Defense and Related Matters</toc-entry>

<toc-entry idref="HC65C8EFA31DE4F1BB8A11B176E3CB593"
level="section">Sec.â€¯901.â€¯Headquarters activities of the Department of Defense
matters.</toc-entry>

<toc-entry idref="H07BFC0C7AEC24EB99AAB963DB41FB254"
level="section">Sec.â€¯902.â€¯Clarifying the roles and responsibilities of the Under
Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense
for Research and Engineering.</toc-entry>

<toc-entry idref="H96ACE3DC3F6E445981435DA9028DEDF7"
level="section">Sec.â€¯903.â€¯Return to Chief Information Officer of the Department of
Defense of responsibility for business systems and related matters.</toc-entry>

<toc-entry idref="H36E23720C8F449E694B4F6B2E57913D9"
level="section">Sec.â€¯904.â€¯Assessments of responsibilities and authorities of the
Chief Management Officer of the Department of Defense.</toc-entry>
```

```
<toc-entry idref="H6FAC85F2D41E4637856575D66E1F74F8"
level="section">Sec.â€‰905.â€‰Senior Military Advisor for Cyber Policy and Deputy
Principal Cyber Advisor.</toc-entry>

<toc-entry idref="H91F32538B5154B8E95AA113610D586F0"
level="section">Sec.â€‰906.â€‰Exclusion from limitations on personnel in the Office of
the Secretary of Defense and Department of Defense headquarters of fellows appointed
under the John S. McCain Defense Fellows Program.</toc-entry>

<toc-entry idref="H361EBA1CC1EB4368A9A6E8A5F8419512" level="subtitle">Subtitle
Bâ€"Organization and Management of Other Department of Defense Offices and
Elements</toc-entry>

<toc-entry idref="H63FA936D25C242ABA901D6D158FE863D"
level="section">Sec.â€‰911.â€‰Codification of Assistant Secretaries for Energy,
Installations, and Environment of the Army, Navy, and Air Force.</toc-entry>

<toc-entry idref="H25757C6D5E384848A60EA535E197CFAC" level="subtitle">Subtitle
Câ€"Other Department of Defense Organization and Management Matters</toc-entry>

<toc-entry idref="H873B1BFB1B8E4921BD3F10CBBECB2434"
level="section">Sec.â€‰921.â€‰Prohibition on ownership or trading of stocks in certain
companies by certain officials of the Department of Defense.</toc-entry>

<toc-entry idref="H8A18084B9E664C27B2C67F4B588C4262"
level="section">Sec.â€‰922.â€‰Limitation on consolidation of Defense Media
Activity.</toc-entry>

<toc-entry idref="H073811CF50924B4AA5C0FD3D8A9DDAB7"
level="section">Sec.â€‰923.â€‰Report on resources to implement the civilian casualty
policy of the Department of Defense.</toc-entry>

<toc-entry idref="H6E519C3D8D7C4DD7822C33EDAAF464B2" level="subtitle">Subtitle
Dâ€"United States Space Force</toc-entry>

<toc-entry idref="HB4ADF290634F4C86B5196A448520C1D5"
level="section">Sec.â€‰951.â€‰Short title.</toc-entry>

<toc-entry idref="H3731E01220814A079AD41E01C32E0EE9" level="section">Sec.â€‰952.â€‰The
Space Force.</toc-entry>

<toc-entry idref="H149B10A1428C47739932A538EADB420B"
level="section">Sec.â€‰953.â€‰Chief of Space Operations.</toc-entry>

<toc-entry idref="H05FD6556747E46159BA1B3ED773200E7"
level="section">Sec.â€‰954.â€‰Space Force Acquisition Council.</toc-entry>

<toc-entry idref="H8B7B2CA9754542D4B9CB7B018E666E5D"
level="section">Sec.â€‰955.â€‰Assistant Secretary of Defense for Space Policy.</toc-
entry>

<toc-entry idref="HBA895D1DE202422FB4718D5BB43E7BAC"
level="section">Sec.â€‰956.â€‰Assistant Secretary of the Air Force for Space
Acquisition and Integration.</toc-entry>

<toc-entry idref="HEF9A23482B2C48478D23E444E81990DB"
level="section">Sec.â€‰957.â€‰Service Acquisition Executive of the Department of the
Air Force for Space Systems and Programs.</toc-entry>

<toc-entry idref="H5F6A8DFC075C435AB9E8DFC2E731EC27"
level="section">Sec.â€‰958.â€‰Conforming amendments and clarification of
authorities.</toc-entry>

<toc-entry idref="H225834B7541A430B8025FAA13AE4449B"
level="section">Sec.â€‰959.â€‰Effects on military installations.</toc-entry>

<toc-entry idref="HC418DB49411641F58EA0E0B574424336"
level="section">Sec.â€‰960.â€‰Availability of funds.</toc-entry>

<toc-entry idref="HE4A20C743F4B41D19C075FA80619FF08"
level="section">Sec.â€‰961.â€‰Implementation.</toc-entry></toc>

<subtitle id="H5EDA6CDE9A434E4194F8005096DFD43D"
```

WASHSTATEC015012

```
style="OLC"><enum>A</enum><header>Office of the Secretary of Defense and Related
Matters</header>

<section commented="no" display-inline="no-display-inline"
id="HC65C8EFA31DE4F1BB8A11B176E3CB593" section-type="subsequent-
section"><enum>901.</enum><header display-inline="yes-display-inline">Headquarters
activities of the Department of Defense matters</header>

<subsection commented="no" display-inline="no-display-inline"
id="H7A4B98B9D32D49D28DD977AC262666C5"><enum>(a)</enum><header display-inline="yes-
display-inline">Modification of limitations on number of personnel in OSD and other DoD
headquarters</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H9F1B80D1D41644B8B7592D1F7B3872E1"><enum>(1)</enum><header display-inline="yes-
display-inline">OSD</header><text display-inline="yes-display-inline">Section 143 of
title 10, United States Code, is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBC09678CEECA4A289BD522DA405E5D78"><enum>(A)</enum><text display-inline="yes-
display-inline">in subsection (a), by striking <quote>3,767</quote> and inserting
<quote>4,300</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0E9395082A7A454B888AE6C91DC7DF55"><enum>(B)</enum><text display-inline="yes-
display-inline">in subsection (b), by striking <quote>, civilian, and detailed
personnel</quote> and inserting <quote>and civilian
personnel</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9DE9949D4B97490482898523D8295E8B"><enum>(2)</enum><header display-inline="yes-
display-inline">Joint staff</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HFC6FC710A9A140139F1CC5E16811D075"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Section
155(h)(1) of such title is amended by striking <quote>2,069</quote> and inserting
<quote>2,250</quote>.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H101AC628DD6841D0B29CBFCF2890A694"><enum>(B)</enum><header display-inline="yes-
display-inline">Effective date</header><text display-inline="yes-display-inline">The
amendment made by subparagraph (A) shall take effect on December 31, 2019, immediately
after the coming into effect of the amendment made by section 903(b) of the National
Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2344),
to which such amendments relate</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3F9E18BCA245457FBD281F4DE7111BE8"><enum>(3)</enum><header display-inline="yes-
display-inline">Office of Secretary of the Army</header><text display-inline="yes-
display-inline">Section 7014(f) of title 10, United States Code, is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAE5D377BEA654552B5EF69FB2AB6B2A0"><enum>(A)</enum><text display-inline="yes-
display-inline">in paragraph (1), by striking <quote>3,105</quote> and inserting
<quote>3,250</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7A214AF7537A4FAB88311335B1E84EFC"><enum>(B)</enum><text display-inline="yes-
display-inline">in paragraph (2), by striking <quote>1,865</quote> and inserting
<quote>1,900</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD59B6AB9D1624C5682FE12D303A662B6"><enum>(4)</enum><header display-inline="yes-
display-inline">Office of Secretary of the Navy</header><text display-inline="yes-
display-inline">Section 8014(f) of such title is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H016F8E27C1F44830A016AF0E925E600C"><enum>(A)</enum><text display-inline="yes-
display-inline">in paragraph (1), by striking <quote>2,866</quote> and inserting
<quote>3,150</quote>; and</text></subparagraph>
```

WASHSTATEC015013

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HD73AD7488A104F58BF6FDBB0524FBC77"><enum>(B)</enum><text display-inline="yes-
display-inline">in paragraph (2), by striking <quote>1,720</quote> and inserting
<quote>1,800</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5CE7DEFA0441425F9C0865F456EE73F8"><enum>(5)</enum><header display-inline="yes-
display-inline">Office of Secretary of the Air Force</header><text display-inline="yes-
display-inline">Section 9014(f) of such title is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8223E2DC47DF4D3D8C9DB0FAAE3A31A1"><enum>(A)</enum><text display-inline="yes-
display-inline">in paragraph (1), by striking <quote>2,639</quote> and inserting
<quote>2,750</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H52E27DF0725A4BC39647C826AC73D8DF"><enum>(B)</enum><text display-inline="yes-
display-inline">in paragraph (2), by striking <quote>1,585</quote> and inserting
<quote>1,650</quote>.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H46F46DCD1DED4A5B83FCC72F2399E614"><enum>(b)</enum><header display-inline="yes-
display-inline">Sunset of reduction in funding for DoD headquarters, administrative,
and support activities</header><text display-inline="yes-display-inline">Section 346 of
the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10
U.S.C. 111 note) is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H5E43E5E401FA4B9CB96B5BBDED775D93"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H81954890AC334FD981ABD11D69283AF9"><enum>(d)</enum><header display-inline="yes-
display-inline">Sunset</header><text display-inline="yes-display-inline">No action is
required under this section with respect to any fiscal year after fiscal year
2019.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section id="H07BFC0C7AEC24EB99AAB963DB41FB254"><enum>902.</enum><header>Clarifying the
roles and responsibilities of the Under Secretary of Defense for Acquisition and
Sustainment and the Under Secretary of Defense for Research and
Engineering</header><text display-inline="no-display-inline">The laws of the United
States are amended as follows:</text>

<paragraph id="HF923BBC0F9D6430685ECDC0E10D86022"><enum>(1)</enum><text>Section
129a(c)(3) of title 10, United States Code, is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H6FE600A503B8439EB648C75AFF1D8C9A"><enum>(2)</enum><text>Section
133a(b)(2) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H604A0390ED7C4323A8D540320DDE22CD"><enum>(A)</enum><text>by striking
<quote>prototyping,</quote> and inserting <quote>appropriate prototyping
activities,</quote>; and</text></subparagraph>

<subparagraph id="H803CDA73B9CF4D19AAF5A815BAAC4D3A"><enum>(B)</enum><text>by striking
<quote>, including the allocation of resources for defense research and
engineering,</quote>.</text></subparagraph></paragraph>

<paragraph id="HC9E5D8EA9E814DC7A3BB7DD83B0C224A"><enum>(3)</enum><text>Section 134(c)
of title 10, United States Code, is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics,</quote> and inserting <quote>Under
Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense
for Research and Engineering,</quote>.</text></paragraph>

<paragraph id="H57162FE7E4484F46A745122617F88C51"><enum>(4)</enum><text>Section 139 of
title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H9F429D38E5994DB6B6DCD0F2D452E827"><enum>(A)</enum><text>in
subsection (b), by striking <quote>and the Under Secretary of Defense for Acquisition,
```

Technology, and Logistics</quote> each place it appears and inserting <quote>, the Under Secretary of Defense for Acquisition and Sustainment, and the Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H155E817B94A84217843E346453074882" commented="no"><enum>(B)</enum><text>in subsections (c) and (h), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></subparagraph></paragraph>

<paragraph id="H1181631D42C944AAAA12358977CC44C9"><enum>(5)</enum><text>Section 139a(d)(6) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></paragraph>

<paragraph id="H19D0900F139E4AA2A43AE58C036E6C79"><enum>(6)</enum><text>Section 171(a) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H6C3B4948AFBF49EF9FFEF676EE2AD94F"><enum>(A)</enum><text>in paragraph (3), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="H35C6B833CFF246888FB1CE4B7615CDB8" commented="no"><enum>(B)</enum><text>by redesignating paragraphs (9) through (13) as paragraphs (12) through (16);</text></subparagraph>

<subparagraph id="H5F7B39C2A08841BBB240F0EB4B1435CB"><enum>(C)</enum><text>by redesignating paragraphs (4) through (8) as paragraphs (5) through (9), respectively;</text></subparagraph>

<subparagraph id="H15C85D7189844F27987D1B241362D0B9"><enum>(D)</enum><text>by inserting after paragraph (3) the following new paragraph:</text>

<quoted-block id="H7AF53DEBFCFD42978AEA66085D168357" style="OLC">

<paragraph id="H2FF7BBFB82084B8B87BECD6B74EF7726"><enum>(4)</enum><text>the Under Secretary of Defense for Research and Engineering;</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H006D853C896D4D83A295A5E59F528786"><enum>(E)</enum><text>by inserting after paragraph (9), as redesignated, the following new paragraphs:</text>

<quoted-block id="H3C8F90601590496D93D42F6FB00D5077" style="OLC">

<paragraph id="HA7E9D2275989436893C460D89C58CBE2"><enum>(10)</enum><text>the Deputy Under Secretary of Defense for Research and Engineering;</text></paragraph>

<paragraph id="H23D1D45F68B54F57AD5C07604D7FB0DD"><enum>(11)</enum><text>the Deputy Under Secretary of Defense for Acquisition and Sustainment;</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H8AE8401DA7DD497FB856D1369764E94C"><enum>(7)</enum><text>Subsection (d)(1) of section 181 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H01ED3FFA947349B5A3D5971894A54CCE"><enum>(A)</enum><text>in subparagraph (C), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HA4205F587B034B97ABAD673BE06B923D"><enum>(B)</enum><text>by inserting after subparagraph (C) the following new subparagraph:</text>

<quoted-block id="H0631FD8C9C4E4AE19DE42C1D164F0DD0" style="OLC">

<subparagraph id="HA0697C12D2364F2CA3A1B2A2A6DD1EAA"><enum>(D)</enum><text>the Under Secretary of Defense for Research and Engineering.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HDB1A94EB56994B788A1BBDCE81FE94AA"><enum>(C)</enum><text>by

```
redesignating paragraphs (D) through (G) as paragraphs (E) through (H),
respectively.</text></subparagraph></paragraph>

<paragraph id="HF89C67E2BE3045ACAD46EE0B20587EA0"><enum>(8)</enum><text>Subsection
(b)(2) of section 393 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H0506AEB4BE44429E8980E5E760639436"><enum>(A)</enum><text>in
subparagraph (B), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HBBD656995638435BB58940A98767A4CF"><enum>(B)</enum><text>by inserting
after subparagraph (B) the following new subparagraph:</text>

<quoted-block id="H42C37ABFBB6C42B18FA8BD9D9BF76074" style="OLC">

<subparagraph id="H1E2239A4836F4710B6179ADFBF78578C"><enum>(C)</enum><text>the Under
Secretary of Defense for Research and Engineering.</text></subparagraph><after-quoted-
block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H632EDA7848C04D049604EE1E7CD08277"><enum>(C)</enum><text>by
redesignating subparagraphs (C) through (E) as subparagraphs (D) through
(F).</text></subparagraph></paragraph>

<paragraph id="HFF40D3F87DD1465390281C50F99A0341"><enum>(9)</enum><text>Section 1111 of
the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129
Stat. 1032; 10 U.S.C. 1701 note) is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics</quote> each place such term appears
and inserting <quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HA5EAB6160EFE4ACE94E48F4C5133C572"><enum>(10)</enum><text>Section 231 of
the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122
Stat. 45; 10 U.S.C. 1701 note) is amended by striking <quote>Under Secretary of Defense
for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary
of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H84338D967DCA4991890C52D5279B7C7A"
commented="no"><enum>(11)</enum><text>Section 1702 of title 10, United States Code, is
amendedâ€"</text>

<subparagraph id="H91EFE547955241A784DFBAE5A9D7D87A"
commented="no"><enum>(A)</enum><text>in the section heading, by striking
<quote><header-in-text level="section" style="OLC">Under Secretary of Defense for
Acquisition, Technology, and Logistics</header-in-text></quote> and inserting
<quote><header-in-text level="section" style="OLC">Under Secretary of Defense for
Acquisition and Sustainment</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="HAFD7A3CB5C324A789B3A3CCEFE0FDD60"
commented="no"><enum>(B)</enum><text>by striking <quote>Under Secretary of Defense for
Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of
Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H5E30944874B24BADB767CF2EF0431DB0"><enum>(12)</enum><text>Section 807(a)
of the Bob Stump National Defense Authorization Act for Fiscal Year 2003 (Public Law
107â€"314; 116 Stat. 2608; 10 U.S.C. 1702 note) is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H2E599E22194E450F929F8FCC4ADDEE32"
commented="no"><enum>(13)</enum><text>Section 1705 of title 10, United States Code, is
amendedâ€"</text>

<subparagraph id="HD513DB61BEF2411E9032CF79E18CBB2F"
commented="no"><enum>(A)</enum><text>in subsection (c), by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>;</text></subparagraph>

<subparagraph id="HFDB7085B714847DF88A3FB8F73116A51"
```

```
commented="no"><enum>(B)</enum><text>in subsection (e)(3), by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;
and</text></subparagraph>

<subparagraph id="HD97FE728CB3340CFA8F6A4B1249F5BF7"
commented="no"><enum>(C)</enum><text>in subsection (g)(2)(B), by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H8B3F3963A02D43DDB063BC2B5B88D33E"><enum>(14)</enum><text>Section 803(c)
of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239;
126 Stat. 1825; 10 U.S.C. 1705 note) is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under
Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H54EF28FBFE914326B2184D6FA5D2774A"><enum>(15)</enum><text>Section 1722
of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HF66E205958BA4034A6B2ACFA793C26BE"><enum>(A)</enum><text>in
subsection (a), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HD168AFB9E1B14282A4C1FB1F5AA0B41E"><enum>(B)</enum><text>in
subsection (b)(2)(B), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H793E27A8E75641C3AF85782AF81E8379"><enum>(16)</enum><text>Section 1722a
of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H545FD7EC058F4AD7849AE41121717E92"><enum>(A)</enum><text>in
subsection (a), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H138E64590FDF49EC931B0924FD33270C"><enum>(B)</enum><text>in
subsection (e), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="HDA74468077254649BF8E1DE7E53407B5"><enum>(17)</enum><text>Section
1722b(a) of title 10, United States Code, is amended by striking <quote>Under Secretary
of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HACF9BFD69695468BB6F2D9778B104A03"><enum>(18)</enum><text>Section 1723
of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H40EE7423ECAB4C988E03E2055B1F3151"><enum>(A)</enum><text>in
subsection (a)(3), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HF99316BAB88241AB99090FCED0C6B642"><enum>(B)</enum><text>in
subsection (b), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H7C0537E10EC543699B1AEA61DF787CA2"><enum>(19)</enum><text>Section
1725(e)(2) of title 10, United States Code, is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H603CC8D9F7EF499CAC52E061BB94FB26"><enum>(20)</enum><text>Section
1735(c)(1) of title 10, United States Code, is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
```

```
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H07A8703782314E729A7D7726EB58D482"><enum>(21)</enum><text>Section
1737(c) of title 10, United States Code, is amended by striking <quote>Under Secretary
of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H465FBBBF0DAE4A47885746DA7A1EB53D"><enum>(22)</enum><text>Section
1741(b) of title 10, United States Code, is amended by striking <quote>Under Secretary
of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HBB94D00EA6B3411288CABBCDC8B60D0D"><enum>(23)</enum><text>Section
1746(a) of title 10, United States Code, is amended by striking <quote>Under Secretary
of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HEE7EF07AB45C44F4A8CF656473EA9D27"><enum>(24)</enum><text>Section 1748
of title 10, United States Code, is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under
Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H70453E916C354D158775215F38B1B1DC"><enum>(25)</enum><text>Section 2222
of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HF433440E5E02408AB2A5A73FF5D90D80"><enum>(A)</enum><text>in
subsection (c)(2), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HB61B94CC130642A7BC46A49B2A7BA8DE"><enum>(B)</enum><text>in
subsection (f)(2)(B)(i), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H9BD63C3C0F684AF880A691AECC2EEE0A"><enum>(26)</enum><text>Section 217(a)
of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92;
129 Stat. 770; 10 U.S.C. 2222 note) is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under
Secretary of Defense for Acquisition and Sustainment and Under Secretary of Defense for
Research and Engineering</quote>.</text></paragraph>

<paragraph id="H5073779568E94AA5B410BEB4725600E1"><enum>(27)</enum><text>Section 882(b)
of the Ike Skelton National Defense Authorization Act for Fiscal Year 2011 (Public Law
111â€"383; 128 Stat. 4308; 10 U.S.C. 2222 note) is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H09675628DA48479C9ECC3711A2F01786"><enum>(28)</enum><text>Section 2272
of title 10, United States Code, is amended by striking <quote>Assistant Secretary of
Defense for Research and Engineering</quote> and inserting <quote>Under Secretary of
Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="HA1DEC7B36B9749708CE0418025F897EA"><enum>(29)</enum><text>Section
2275(a) of title 10, United States Code, is amended by striking <quote>Under Secretary
of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.
</text></paragraph>

<paragraph id="H1883046141B244318796CEA7AA2AA28B"><enum>(30)</enum><text>Section
2279(d) of title 10, United States Code, is amended by striking <quote>Under Secretary
of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H735D316B2154473EB09A1F537748707D"><enum>(31)</enum><text>Section 2279b
```

WASHSTATEC015018

of title 10, United States Code, is amended—"</text>

<subparagraph id="HCE2FB8B349114929BE927221EC72441A"><enum>(A)</enum><text>in subsection (b)—"</text>

<clause id="H776D04806A1640B8B6F7695FD17D5253"><enum>(i)</enum><text>by redesignating paragraphs (3) through (10) as paragraphs (4) through (11), respectively;</text></clause>

<clause id="H13832BFAC34E48BAA7442D46FD731141"><enum>(ii)</enum><text>by striking paragraph (2); and</text></clause>

<clause id="HC4049B42257C4F19A0F64035D3769936"><enum>(iii)</enum><text>by inserting after paragraph (1) the following new paragraphs:</text>

<quoted-block id="H71CD2325A786479898D91AD5E3FE908D" style="OLC">

<paragraph id="H4CEFCB7348574AD09E23375AD64FE2C5"><enum>(2)</enum><text>The Under Secretary of Defense for Research and Engineering.</text></paragraph>

<paragraph id="H48C4F75A4B3449B0BEF4E5EFF946F31F"><enum>(3)</enum><text>The Under Secretary of Defense for Acquisition and Sustainment.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></clause></subparagraph>

<subparagraph id="H32351126C46B42EF8AA27007106A07FC"><enum>(B)</enum><text>in subsection (c) by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment,</quote>.</text></subparagraph></paragraph>

<paragraph id="H22540D2004F54311AF3929BBC0CCEDDD"><enum>(32)</enum><text>Section 898(a)(2) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2000; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>. </text></paragraph>

<paragraph id="H45CE223D7FA54A72A943DC845837D66A" commented="no"><enum>(33)</enum><text>Section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 726; 10 U.S.C. 2302 note) is amended—"</text>

<subparagraph id="H618CF17C87AD45B98E5DE2573694E642" commented="no"><enum>(A)</enum><text>in subsection (a), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H12780C22F34A4886A28A8BECCC39491A" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (d)(1)(A), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Deputy Secretary of Defense</quote>.</text></subparagraph></paragraph>

<paragraph id="H0C8ACF53281840CF8904633D95800B25"><enum>(34)</enum><text>Section 852 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 130 Stat. 3458; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HBBA664A85BD14E08B3ED580B99F8B997"><enum>(35)</enum><text>Section 806 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1487; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H5A21336D4FB34211A77319C7746C7CE3"><enum>(36)</enum><text>Section 843 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1487; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of

Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H2145D58EADD24FD283462C0E7B749790"><enum>(37)</enum><text>Section 254(b) of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4402; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H10290845E00045C2A90C00DB72B0F1A1"><enum>(38)</enum><text>Section 802(d) of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108â€"375; 118 Stat. 2004; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H013676B20D3A4797BBB10D13D224D0D5"><enum>(39)</enum><text>Section 2304 of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HF09E7BC54CEE4FEF8577B41FD82551AD"><enum>(40)</enum><text>Section 806(b) of the Ike Skelton National Defense Authorization Act for Fiscal Year 2011 (Public Law 111â€"383; 124 Stat. 4260; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HE8A177C1427E4884AF1056D68C594B45"><enum>(41)</enum><text>Section 821(a) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 226; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HAAA14517B5514E29A25E4F2430A73C60"><enum>(42)</enum><text>Section 801(b)(2)(A) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 204; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HFBE3BE1C9FF64DC886D8D8132F985BF6"><enum>(43)</enum><text>Section 817(e) of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 120 Stat. 2326; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H13DFE4A7BABD4E5685EB31F490C4C0E8"><enum>(44)</enum><text>Section 811(e)(1) of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109â€"163; 120 Stat. 2326; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H285B0002BB5D4829B2E95BA170EAF8B9"><enum>(45)</enum><text>Section 875 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2310; 10 U.S.C. 2305 note) is amendedâ€"</text>

<subparagraph id="H46D5878884024B54A31D688CD2CBCBD2"><enum>(A)</enum><text>in subsection (b)(2), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HB53B358ECAF7414F92400402D7D0C5AE"><enum>(B)</enum><text>in subsection (c), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

```
<subparagraph id="HA238FDCE1E104E3BBCAF20F9D4B707CC"><enum>(C)</enum><text>in
subsection (d), by striking <quote>The Under Secretary for Acquisition, Technology, and
Logistics</quote> and inserting <quote>The Under Secretary of Defense for Research and
Engineering</quote>; and</text></subparagraph>

<subparagraph id="H9583BAF703D54739A2C83E4BD4EBFC29"><enum>(D)</enum><text>in
subsection (e) through (f), by striking <quote>Under Secretary of Defense for
Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of
Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H734DD7ADD7BA4D56A5A6B02F54CFF84B"><enum>(46)</enum><text>Section
888(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law
114â€"328; 130 Stat. 2322; 10 U.S.C. 2305 note) is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HF4307690163B48B8964E6A8E4EE588DD"><enum>(47)</enum><text>Section
829(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law
114â€"328; 130 Stat. 2281; 10 U.S.C. 2306 note) is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HD8ACC43757374C0487B5ACC35E657721"><enum>(48)</enum><text>Section
2306b(i)(7) of title 10, United States Code, is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HE8FD50633EA546D2A23760DBA0DDFB14"><enum>(49)</enum><text>Section
2311(c) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H78C05C8E42134D3D81B1C93AA2640BEB"><enum>(A)</enum><text>in paragraph
(1), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and
Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HEBD791E5258848BEA5513EF4D66467EB"><enum>(B)</enum><text>in paragraph
(2)(B), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and
Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H7ACE1A6062D7414098F4039FE972FE98"><enum>(50)</enum><text>Section
2326(g) of title 10, United States Code, is amended by striking <quote>Under Secretary
of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H77A78F06160C49CC847A034CED6F4D90"><enum>(51)</enum><text>Section 2330
of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H96A96FC8DFAE45BE9AA753CC1F62ABF7"><enum>(A)</enum><text>in
subsection (a)(1), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HE6201020F7D0486C916A292A034DC30D"><enum>(B)</enum><text>in
subsection (a)(3), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="H5A875380AD2544D29F7AF2AEA78C0F21"><enum>(C)</enum><text>in
subsection (b)(2), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HB5F4535BEB354F69B3D21E18B352613C"><enum>(D)</enum><text>in
subsection (b)(3)(A), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>
```

WASHSTATEC015021

```
<paragraph id="HCFAD8E6C429343E48E54A34F49AAB9EF"><enum>(52)</enum><text>Section 882 of
the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129
Stat. 942; 10 U.S.C. 2330 note) is amended in the matter preceding paragraph (1) by
striking <quote>Under Secretary of Defense for Acquisition, Technology, and
Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HDB5FD213E5FD40E4B4F2A6624CF0E4F4"><enum>(53)</enum><text>Section 2334
of title 10, United States Code, is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics</quote> each place such term appears
and inserting <quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H7CF5B4935126488689DA16260FA8AA74"><enum>(54)</enum><text>Section
2350a(b)(2) of title 10, United States Code, is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics, and the Assistant
Secretary of Defense for Research and Engineering</quote> and inserting <quote>Under
Secretary of Defense for Acquisition and Sustainment, and the Under Secretary of
Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="H4A123290930D4427896116B64A441A1D"><enum>(55)</enum><text>Section
2359(b)(1) of title 10, United States Code, is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Research and
Engineering</quote>.</text></paragraph>

<paragraph id="H4157179E193A4BEE81E85F1664723559"><enum>(56)</enum><text>Section 2359b
of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H08A74DD6064C4EB0A400D2730EECF358"><enum>(A)</enum><text>in
subsection (a)(1), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H8DAA0EBFCAB045B4B49ACB13DA9B394B"><enum>(B)</enum><text>in
subsection (l)(1), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Research and Engineering</quote>.</text></subparagraph></paragraph>

<paragraph id="HF3DEDE014EA7400EBD0BDBEEFBD6486B"><enum>(57)</enum><text>Section 2375
of title 10, United States Code, is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics</quote> each place such term appears
and inserting <quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H271828A03B4D4DCF92B1AC417569BBEF"><enum>(58)</enum><text>Section
874(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law
114â€"328; 130 Stat. 2310; 10 U.S.C. 2375 note) is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HDEA4FA66CE43472D87F5490772E62617"><enum>(59)</enum><text>Section 876 of
the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130
Stat. 2311; 10 U.S.C. 2377 note) is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under
Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H0AF76B59C9A74351BA1345D2DDB62E61"><enum>(60)</enum><text>Section 855 of
the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129
Stat. 919; 10 U.S.C. 2377 note) is amended by striking <quote>Under Secretary of
Defense for Acquisition, Technology, and Logistics</quote> each place such term appears
and inserting <quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HA0F79553204E4B479459267856F92CE0"><enum>(61)</enum><text>Section
856(a)(2)(B) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law
114â€"92; 129 Stat. 920; 10 U.S.C. 2377 note) is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
```

WASHSTATEC015022

Sustainment</quote>.</text></paragraph>

<paragraph id="HA1129069CBBC44A1B8D970426271A4D3"><enum>(62)</enum><text>Section 2399(b)(3) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics,</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></paragraph>

<paragraph id="H20435FA049DB45A69431E2D908B1AC04"><enum>(63)</enum><text>Section 2419(a)(1) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HBE969C2186F04BA799F1EBB599BF538C"><enum>(64)</enum><text>Section 826(e) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 908; 10 U.S.C. 2430 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HD58A3EA1782647C88229DC83F077FE03"><enum>(65)</enum><text>Section 827(e) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 909; 10 U.S.C. 2430 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HCED9EB0CCBDC47A59F4A76F0EAC0BFA8"><enum>(66)</enum><text>Section 811(b)(1) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1828; 10 U.S.C. 2430 note) is amended by striking <quote>if the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>if the service acquisition executive, in the case of a major defense acquisition program of the military department, or the Under Secretary of Defense for Acquisition and Sustainment, in the case of a Defense-wide or Defense Agency major defense acquisition program,</quote>.</text></paragraph>

<paragraph id="H927B48284CE74741AA8CC3795CA43F7E"><enum>(67)</enum><text>Section 814 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4528) is amendedâ€"</text>

<subparagraph id="H51E7DF0489134E7B8133CEC7A9A35D92"><enum>(A)</enum><text>in subsection (b)(2)â€"</text>

<clause id="H2173530A828440E7A6A148497AB27201"><enum>(i)</enum><text>by redesignating subparagraphs (B) through (H) as subparagraphs (C) through (I), respectively;</text></clause>

<clause id="H209752691D7C4A54AA457878427B4098"><enum>(ii)</enum><text>by striking subparagraph (A); and</text></clause>

<clause id="HEA0DAEBD47324EE0A9D91F1EF1C06AB2"><enum>(iii)</enum><text>by inserting before subparagraph (C), as redesignated by clause (i), the following new subparagraphs:</text>

<quoted-block id="HAD139793A3EF4DD4B5200DE2F746CB19" style="OLC">

<subparagraph id="HBCC9EF6B2E5342B885DAA87545167F42"><enum>(A)</enum><text>The Office of the Under Secretary of Defense for Research and Engineering.</text></subparagraph>

<subparagraph id="HEFF4D165105C44BEB145E2E7EBE7ADF7"><enum>(B)</enum><text>The Office of the Under Secretary of Defense for Acquisition and Sustainment.</text></subparagraph><after-quoted-block>; and</after-quoted-block></clause></quoted-block></clause>

<subparagraph id="H2FED3B03A1764AD6954C10A5758766CA"><enum>(B)</enum><text>in subsection (c)(5), in the flush matter following subparagraph (B), by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics certifies to the congressional defense committees, and includes</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering and the Under Secretary of Defense for Acquisition and Sustainment jointly certify to the congressional defense committees, and include</quote>.</text></subparagraph></paragraph>

WASHSTATEC015023

<paragraph id="HE7EF7B6C0B5644D3A6B1632240508164"><enum>(68)</enum><text>Section 801(a)(1) of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 120 Stat. 2312; 10 U.S.C. 2430 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HB76B6186428A4F4DA2920FE84DBB0CC5"><enum>(69)</enum><text>Section 1675 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 192 Stat. 1131; 10 U.S.C. 2431 note) is amendedâ€"</text>

<subparagraph id="H58724F5424544AD3A912000BAEE14082" commented="no"><enum>(A)</enum><text>in subsection (a), by striking <quote>The Under Secretary of Defense for Acquisition, Technology, and Logistics and the Vice Chairman of the Joint Chiefs of Staff, acting through the Missile Defense Executive Board</quote> and inserting <quote>The Vice Chairman of the Joint Chiefs of Staff and the chairman of the Missile Defense Executive Board (pursuant to section 1681(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2162)), acting through the Missile Defense Executive Board,</quote>; and</text></subparagraph>

<subparagraph id="HC6320D5EAB4E466CB8182AD60D7E94B8"><enum>(B)</enum><text>in subsection (b)(2), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>chairman of the Missile Defense Executive Board</quote>.</text></subparagraph></paragraph>

<paragraph id="HAC12844B6AE040B1A17EE35F1B5A3FD5"><enum>(70)</enum><text>Section 2431a(b) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HFC791EF64CED4AAA967DA514032F289D" commented="no"><enum>(71)</enum><text>Section 2435 of title 10, United States Code, is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place it appears and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HA76A2B211CEE4018B8E9FBC69658BBAA"><enum>(72)</enum><text>Section 2438(b) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H5CFDAE0E0AFC418BB35A2CCBA7299162" commented="no"><enum>(A)</enum><text>in paragraph (1), by striking <quote>Under Secretary of Defense for Acquisition, Technology and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H9D1B08BAFE35410E91EAA4C538C9B5A2" commented="no"><enum>(B)</enum><text>in paragraph (2), by striking <quote>Under Secretary of Defense for Acquisition, Technology and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H9673F290A4F34329BBFC8654BE5C0825" commented="no"><enum>(73)</enum><text>Section 2448b of title 10, United States Code, is amended by striking subsections (a) and (b) and inserting the following new subsections:</text>

<quoted-block style="OLC" id="HD9CA8DEC1CDA43B9AA2CDC1A02D8FA47" display-inline="no-display-inline">

<subsection id="H87FB54E6C42B41DAB96C9BA6D6328376" commented="no"><enum>(a)</enum><header>In General</header><text>With respect to a major defense acquisition program, the Secretary of Defense shall conduct or approve independent technical risk assessmentsâ€"</text>

<paragraph id="HB2FD6C636497460C8DE1BFFD53842CD5" commented="no"><enum>(1)</enum><text>before any decision to grant Milestone A approval for the program pursuant to section 2366a of this title, that identifies critical technologies and manufacturing processes that need to be matured;</text>

and</text></paragraph>

<paragraph id="HAB3B07FB395B428688173BA89AE62D97"
commented="no"><enum>(2)</enum><text>before any decision to grant Milestone B approval
for the program pursuant to section 2366b of this title, any decision to enter into
low-rate initial production or full-rate production, or at any other time considered
appropriate by the Secretary, that includes the identification of any critical
technologies or manufacturing processes that have not been successfully demonstrated in
a relevant environment.</text></paragraph></subsection>

<subsection id="H07AA6C566B384BCB9D3F08FD0997053B"
commented="no"><enum>(b)</enum><header>Guidance</header><text>The Secretary shall issue
guidance and a framework for the conduct, execution, and approval of independent
technical risk assessments.</text></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H1B3357B41587473F919B390C902ECF34"><enum>(74)</enum><text>Section
2503(b) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H55DA32C6A13B4CF9A115277BF6A16CFE"><enum>(A)</enum><text>by striking
<quote>the Under Secretary of Defense for Acquisition, Technology, and
Logistics</quote> and inserting <quote>the Under Secretary of Defense for Research and
Engineering and the Under Secretary of Defense for Acquisition and Sustainment</quote>;
and</text></subparagraph>

<subparagraph id="H9022A57AE31144EBB5A2FBC3E9F0B551"><enum>(B)</enum><text>by striking
<quote>the Under Secretary shall</quote> and inserting <quote>the Under Secretaries
shall</quote>.</text></subparagraph></paragraph>

<paragraph id="H8E39B7F7556B4A25A81B855C4A17C6D5"><enum>(75)</enum><text>Section
2508(b) of title 10, United States Code, is amended by striking <quote>Under Secretary
of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="HB974F2183555481EA26DB1E7AD259888"><enum>(76)</enum><text>Section 2521
of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HE0950E5D83F44EBAA9FB23BA6E7DBE7C"><enum>(A)</enum><text>in
subsection (a), by striking <quote>The Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>The Under Secretary of Defense
for Research and Engineering</quote>;</text></subparagraph>

<subparagraph id="HD0E7248294804D169AAEF94B62977DB0"><enum>(B)</enum><text>in
subsection (e)(4)(D), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H3CCDA7AAEF424110915CEFBA4967A56F"><enum>(C)</enum><text>in
subsection (e)(5), by striking <quote>Under Secretary of Defense for Acquisition,
Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for
Research and Engineering</quote>.</text></subparagraph></paragraph>

<paragraph id="HD8EC9992CDBD4274BD8958B5C9877A5B"><enum>(77)</enum><text>Section
2533b(k)(2)(A) of title 10, United States Code, is amended by striking <quote>Under
Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></paragraph>

<paragraph id="H8670FE29FD32451C9455319F8B9AC110"><enum>(78)</enum><text>Section 2546
of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HFBBDCDE435C340D095B15D464FE3FEB9"><enum>(A)</enum><text>in the
heading of subsection (a), by striking <quote><header-in-text level="subsection"
style="OLC">Under secretary of defense for acquisition, technology, and
logistics</header-in-text></quote> and inserting <quote><header-in-text
level="subsection" style="OLC">Under secretary of defense for acquisition and
sustainment</header-in-text>;</text></subparagraph>

<subparagraph id="HAF4F473A2B764EDFB00E8DA1DEBDC825"><enum>(B)</enum><text>in
subsection (a), by striking <quote>Under Secretary of Defense for Acquisition,

Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HC309902F535C405B9A0DB99E87F9B0FD"><enum>(C)</enum><text>in subsection (b), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="HAD506494B9354B8889C6585ED7669662"><enum>(79)</enum><text>Section 2548 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HD12093407F2F495A98121CE00FC7CD5D"><enum>(A)</enum><text>in subsection (a), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H3D56A6EC34104379BFD62613A1415CFB"><enum>(B)</enum><text>in subsection (c)(8), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="HA5A1302F41F04073BE8E2DBE38B93C3D"><enum>(80)</enum><text>Section 2902(b) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HAF2BDC1DD9824556B2258CF774AB3B84"><enum>(A)</enum><text>in paragraph (1), by striking <quote>Office of the Assistant Secretary of Defense for Research and Engineering</quote> and inserting <quote>Office of the Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="HF635806E32B243FFBD8C3F495DD5F053"><enum>(B)</enum><text>in paragraph (3), by striking <quote>Office of the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Office of the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H78B4CEF0FA214A2FBF4EFFE97FA409EE"><enum>(81)</enum><text display-inline="yes-display-inline">Section 2824(d) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 2154; 10 U.S.C. 2911 note) is amended by striking <quote>Under Secretary of Defense</quote> and all that follows through <quote>Environment</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HF3228903EFE946B6946B36D46AE4AEC4"><enum>(82)</enum><text>Section 315(d) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1357; 10 U.S.C. 2911 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H8A40B87D2CE64C148ED1CB80DC15ABF5"><enum>(83)</enum><text>Section 2926(e)(5)(D) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary for Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HF96E6882ABE84EBEAC84FD9067F86095"><enum>(84)</enum><text>Section 836(a) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1508; 22 U.S.C. 2767 note) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics, the Assistant Secretary of Defense for Research,</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></paragraph>

<paragraph id="H8F6BA9471A2447CC88043D10C5C92BDD"><enum>(85)</enum><text display-inline="yes-display-inline">Section 105(d)(7)(M)(v) of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7103(d)(7)(M)(v)) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H86F22F8324B64576925A80DD2C69A8F4"><enum>(86)</enum><text>Section 1126(a)(3) of title 31, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting

&lt;quote&gt;Under Secretary of Defense for Acquisition and
Sustainment&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H5BE93CB0882A4AB3B151ABD3C82EB615"&gt;&lt;enum&gt;(87)&lt;/enum&gt;&lt;text&gt;Section
11319(d)(4) of title 40, United States Code, is amended by striking &lt;quote&gt;Under
Secretary of Defense for Acquisition, Technology, and Logistics&lt;/quote&gt; and inserting
&lt;quote&gt;Under Secretary of Defense for Acquisition and
Sustainment&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H22678CB63956472FAEC70D959597A077"&gt;&lt;enum&gt;(88)&lt;/enum&gt;&lt;text&gt;Section
1302(b)(2)(A)(i) of title 41, United States Code, is amended by striking &lt;quote&gt;Under
Secretary of Defense for Acquisition, Technology, and Logistics&lt;/quote&gt; and inserting
&lt;quote&gt;Under Secretary of Defense for Acquisition and
Sustainment&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HAD719A0ABE6E4ACFA43826CF7BB2042A"&gt;&lt;enum&gt;(89)&lt;/enum&gt;&lt;text&gt;Section
1311(b)(3) of title 41, United States Code, is amended by striking &lt;quote&gt;Under
Secretary of Defense for Acquisition, Technology, and Logistics&lt;/quote&gt; and inserting
&lt;quote&gt;Under Secretary of Defense for Acquisition and
Sustainment&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HC724C94CABC44C9CBEF9D4D5B67F5A81"&gt;&lt;enum&gt;(90)&lt;/enum&gt;&lt;text display-
inline="yes-display-inline"&gt;Section 7(a)(3) of the Strategic and Critical Materials
Stock Piling Act (50 U.S.C. 98f(a)(3)) is amended by striking &lt;quote&gt;Under Secretary of
Defense for Acquisition, Technology, and Logistics&lt;/quote&gt; and inserting &lt;quote&gt;Under
Secretary of Defense for Acquisition and Sustainment&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H6ED3C742112141808AC3EC08364857C9"&gt;&lt;enum&gt;(91)&lt;/enum&gt;&lt;text&gt;Section 1412
of the National Defense Authorization Act, 1986 (50 U.S.C. 1521) is amendedâ€"&lt;/text&gt;

&lt;subparagraph id="H6ED896D180DE440ABAFD0BB24F62165E"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;in
subsection (f)(1), by striking &lt;quote&gt;Under Secretary of Defense for Acquisition,
Technology, and Logistics&lt;/quote&gt; and inserting &lt;quote&gt;Under Secretary of Defense for
Acquisition and Sustainment&lt;/quote&gt;; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HE25AB9A687044A02ACB0EE253B9CD375"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;in
subsection (g)(2), by striking &lt;quote&gt;Under Secretary of Defense for Acquisition,
Technology, and Logistics&lt;/quote&gt; and inserting &lt;quote&gt;Under Secretary of Defense for
Acquisition and Sustainment.&lt;/quote&gt;.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H5F0C938204344B9B81A4E7D23A156C79"
commented="no"&gt;&lt;enum&gt;(92)&lt;/enum&gt;&lt;text&gt;Section 133b(b)(2) of title 10, United States
Code, is amended by inserting &lt;quote&gt;appropriate prototyping activities,&lt;/quote&gt; after
&lt;quote&gt;development,&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H2B11D0445FA24EDF969B2D5AC5232DBA" commented="no"&gt;&lt;enum&gt;(93)&lt;/enum&gt;

&lt;subparagraph id="H09C0AEA06F404F61ADDB4C258D3CA2B9" display-inline="yes-display-
inline" commented="no"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;Section 5314 of title 5, United States
Code, is amended by inserting before the item relating to the Under Secretary of
Defense for Acquisition and Sustainment the following new item: &lt;quote&gt;Under Secretary
of Defense for Research and Engineering.&lt;/quote&gt;.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H74732A17BA6F40D082BDE182B7AB0007"
commented="no"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;Section 5313 of title 5, United States Code, is
amended by striking the item relating to the Under Secretary of Defense for Research
and Engineering.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H9BD5CAD81C654BE3A940212AD757E713"
commented="no"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;This paragraph shall have no force or effect until
the next date on which the Congress confirms an individual to serve as the Under
Secretary of Defense for Research and Engineering after the date of enactment of this
Act.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H97358351F7964E2B82A4C7F67381A303"&gt;&lt;enum&gt;(94)&lt;/enum&gt;&lt;text&gt;Section 338 of
the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law
115â€"232; 132 Stat. 1728) is amended by striking the Under Secretary of Defense
for Acquisition, Technology, and Logistics&lt;/quote&gt; and inserting &lt;quote&gt;the Under
Secretary of Defense for Acquisition and Sustainment&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HA9D2E425320A484A9EB7249683883443"&gt;&lt;enum&gt;(95)&lt;/enum&gt;&lt;text&gt;Section

WASHSTATEC015027

136(a)(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1317) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H281DBC1ED2664CFE8306410F26661ACD" commented="no"><enum>(96)</enum><text>Section 1652(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2609) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="H8D3EDDA82ACB44CBAB89DAC440C73B32" commented="no"><enum>(97)</enum><text>Section 1689(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2631) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="H9DF32B32FF76406781C3021C02F90EBF" commented="no"><enum>(98)</enum><text>Section 144 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1325) is amendedâ€"</text>

<subparagraph id="HC9BCF8945E81407BA629252EB43EADF2" commented="no"><enum>(A)</enum><text>in subsection (a), by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H65418CF606E64B7BBFD7E89A08D28DF7" commented="no"><enum>(B)</enum><text>in subsection (b)(4), by striking <quote>the Assistant Secretary of Defense for Research and Engineering</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering</quote>.</text></subparagraph></paragraph>

<paragraph id="HA9BF4A32DBA140C2A079B629DF060A17" commented="no"><enum>(99)</enum><text>Section 838(2)(B) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1509) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HD094D24A2B9F4AA8B744EB3912BE5E9B" commented="no"><enum>(100)</enum><text>Section 802(a)(3)(C) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 10 U.S.C. 2410p note) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph></section>

<section id="H96ACE3DC3F6E445981435DA9028DEDF7"><enum>903.</enum><header>Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters</header>

<subsection id="HB7A9C48F7DFA4236B3CAD46B4AD403E9"><enum>(a)</enum><header>Return of responsibility</header>

<paragraph id="HC508F1881E8D4568A1528935CB4B5CE4"><enum>(1)</enum><header>In general</header><text>Section 142(b)(1) of title 10, United States Code, is amended by striking <quote>systems and</quote> each place it appears in subparagraphs (A), (B), and (C).</text></paragraph>

<paragraph id="H2FCF8D642A2C4E438C578E2BE32FC298"><enum>(2)</enum><header>Conforming amendments to CMO authorities</header><text>Section 132a(b) of such title is amendedâ€"</text>

<subparagraph id="H64EDA703E5EA45DDA1299969456BB687"><enum>(A)</enum><text>in paragraph (2), by striking <quote>performance measurement and management, and business information technology management and improvement activities and programs</quote> and inserting <quote>and performance measurement and management activities and programs</quote>;</text></subparagraph>

```
<subparagraph id="HDCD986EAD4C1459DB02D131E04AF0800"><enum>(B)</enum><text>by striking
paragraphs (4) and (5); and</text></subparagraph>

<subparagraph id="H2921D4D89A24434FAA7478861BEDADAB"><enum>(C)</enum><text>by
redesignating paragraphs (6) and (7) as paragraphs (4) and (5),
respectively.</text></subparagraph></paragraph></subsection>

<subsection id="H23FD449D6F704D148C951305C13F9A4D"><enum>(b)</enum><header>Chief Data
Officer for DoD data sets</header>

<paragraph id="HA65E8E70DF5741C9848D894E37207967"><enum>(1)</enum><header>In
general</header><text>In addition to any other functions and responsibilities specified
in section 3520(c) of title 44, United States, Code, the Chief Data Officer of the
Department of Defense shall also be the official in the Department of Defense with
principal responsibility for providing for the availability of common, usable, Defense-
wide data sets.</text></paragraph>

<paragraph id="HC374D23E886447739DC929EDC305F17A"><enum>(2)</enum><header>Access to all
DoD data</header><text>In order to carry out the responsibility specified in paragraph
(1), the Chief Data Officer shall have access to all Department of Defense data,
including data in connection with warfighting missions and back-office
data.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3786A6BD7A034E14948F5F126F629444"><enum>(3)</enum><header display-inline="yes-
display-inline">Responsible to CIO</header><text display-inline="yes-display-
inline">The Chief Data Officer shall report directly to the Chief Information Officer
of the Department of Defense in the performance of the responsibility specified in
paragraph (1).</text></paragraph>

<paragraph
id="HFA63DEACE7D74260B2D0BE950DE99B35"><enum>(4)</enum><header>Report</header><text>Not
later than December 1, 2019, the Secretary of Defense shall submit to the Committees on
Armed Services of the Senate and the House of Representatives a report setting forth
such recommendations for legislative or administrative action as the Secretary
considers appropriate to carry out this
subsection.</text></paragraph></subsection></section>

<section id="H36E23720C8F449E694B4F6B2E57913D9"><enum>904.</enum><header>Assessments of
responsibilities and authorities of the Chief Management Officer of the Department of
Defense</header>

<subsection id="HC3DFA452B6EB456DB00D15ADD6C11B62"><enum>(a)</enum><header>In
general</header><text>The Secretary of Defense shall provide for the conduct of two
assessments of the implementation of the position of Chief Management Officer of the
Department of Defense pursuant to section 132a of title 10, United States Code, as
follows:</text>

<paragraph id="HEA5D3CC5C5604615AC6D306BBABEFDEA"><enum>(1)</enum><header>Department of
Defense assessment</header><text>An assessment conducted by the Secretary or a designee
of the Secretary.</text></paragraph>

<paragraph id="HCDC4369250FF47C69A24ED5D91A90534"><enum>(2)</enum><header>Independent
assessment</header><text>An assessment conducted by the Defense Business Board or an
appropriate number of individuals selected by the Secretary from among individuals in
academia or academic institutions with expertise in public administration and
management. </text></paragraph></subsection>

<subsection id="HB521F18D38504A968D6214BE7799598C"><enum>(b)</enum><header>Assessment
elements</header><text>Each assessment conducted pursuant to subsection (a) shall
include an assessment of the implementation of the position of Chief Management Officer
of the Department of Defense, including and taking into account the following:</text>

<paragraph id="H4258A0E3C9154B169CE404C2C881822F"><enum>(1)</enum><text>The extent to
which the position has been effective in achieving the service, and exercising the
powers and authorities, specified in section 132a of title 10, United States
Code</text></paragraph>

<paragraph id="H7A7526445AC34ACDAD87F2F41BDA4586"><enum>(2)</enum><text>The
perspectives of the Under Secretaries of the military departments on the matters
described in paragraph (1) based on the experiences of such Under Secretaries as the
```

Chief Management Officer of a military department</text></paragraph>

<paragraph id="HFAF1E821B84A409A92AE5593926D9451"><enum>(3)</enum><text>The extent to which the ingrained organizational culture of the Department of Defense poses fundamental structural challenges for the position of Chief Management Officer of the Department, irrespective of the individual appointed to the position.</text></paragraph>

<paragraph id="H292889D80DC6473695EEC5689EADC7D0"><enum>(4)</enum><text>The observations of the Comptroller General of the United States on progress and challenges during the prior 10 years in the establishment of positions of Chief Management Officer in agencies throughout the Executive Branch, including in the Department of Defense and in other Federal agencies.</text></paragraph>

<paragraph id="H83236E8C180041A28759381C088D1427"><enum>(5)</enum><text>An identification and comparison of best practices in the private sector and the public sector for the responsibilities and authorities of Chief Management Officers.</text></paragraph>

<paragraph id="H3C92CB4A8CFF410CB1CA443400889D03"><enum>(6)</enum><text>An identification and assessment of differences in responsibilities and authorities of the Chief Management Office of the Department, the Chief Operating Officer of the Department of Defense, and the Deputy Secretary of Defense.</text></paragraph></subsection>

<subsection id="HB7F7055AB8C749CA81A3985E11C3F0D8"><enum>(c)</enum><header>Modification of responsibilities and authorities</header><text>The Secretary shall identify such modifications, if any, to the responsibilities and authorities of the Chief Management Officer of the Department (whether specified in statute or otherwise) as the Secretary considers appropriate in light of the assessments conducted pursuant to subsection (a). In identifying any such modification, the Secretary shall develop recommendations for such legislative action as the Secretary considers appropriate to implement such modification.</text></subsection>

<subsection id="HF8CDDF05E2D04B41B4F689765E73D461"><enum>(d)</enum><header>Report</header><text>Not later than March 15, 2020, the Secretary shall submit to the congressional defense committees a report on the assessments conducted pursuant to subsection (a) and on any modifications to the responsibilities and authorities of the Chief Management Officer of the Department identified pursuant to subsection (c). The report shall include the following:</text>

<paragraph id="HEDFFBCAC1818476D89B88C127C66C159"><enum>(1)</enum><text>A description and the results of the assessment conducted pursuant to subsection (a).</text></paragraph>

<paragraph id="HE25A737659EE4A399735E9339439DED5"><enum>(2)</enum><text>Any modifications of the responsibilities and authorities of the Chief Management Officer identified pursuant to subsection (c), including recommendations developed for legislative action to implement such recommendations and a proposed timeline for the implementation of such recommendations.</text></paragraph></subsection></section>

<section id="H6FAC85F2D41E4637856575D66E1F74F8"><enum>905.</enum><header>Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor</header>

<subsection id="H1D5651120C674B09BA6F2A91BFDCBF7F"><enum>(a)</enum><header>Advisor</header>

<paragraph id="H4E6B492CDECB42F9BEB8EFCF6522E5AA"><enum>(1)</enum><header>In general</header><text>The Under Secretary of Defense for Policy shall, acting through the Joint Staff, designate an officer within the Office of the Under Secretary of Defense for Policy to serve within that Office as the Senior Military Advisor for Cyber Policy, and concurrently, as the Deputy Principal Cyber Advisor.</text></paragraph>

<paragraph id="H46937760E1C24B288F7302A6A7C43049"><enum>(2)</enum><header>Officers eligible for designation</header><text>The officer designated pursuant to this subsection shall be designated from among commissioned regular officers of the Armed Forces in a general or flag officer grade who are qualified for designation</text></paragraph>

<paragraph

id="H312388B8BA334F4CB119760012112DE2"><enum>(3)</enum><header>Grade</header><text>The officer designated pursuant to this subsection shall have the grade of major general or rear admiral (upper half) while serving in that position, without vacating the officer's permanent grade.</text></paragraph></subsection>

<subsection id="H194B388FC6904F088F01A8D6D930FB7E"><enum>(b)</enum><header>Scope of positions</header>

<paragraph id="H9BEF2454C48E48A68C271DE29C9EC806"><enum>(1)</enum><header>In general</header><text>The officer designated pursuant to subsection (a) is each of the following:</text>

<subparagraph id="H695FD0F662374F7AB453601F33412107"><enum>(A)</enum><text>The Senior Military Advisor for Cyber Policy to the Under Secretary of Defense for Policy.</text></subparagraph>

<subparagraph id="HB5104CEC30544C66B06AC993FCD218F9"><enum>(B)</enum><text>The Deputy Principal Cyber Advisor to the Secretary of Defense.</text></subparagraph></paragraph>

<paragraph id="H3A9163E2F7C648C8A21FAC7E80C0EB05"><enum>(2)</enum><header>Direction and control and reporting</header><text>In carrying out duties under this section, the officer designed pursuant to subsection (a) shall be subject to the authority, direction, and control of, and shall report directly to, the following:</text>

<subparagraph id="H1C26CEC3DD92455A9526DEFD1061E82F"><enum>(A)</enum><text>The Under Secretary with respect to Senior Military Advisor for Cyber Policy duties.</text></subparagraph>

<subparagraph id="H73E5813CDD264F55856B9C31486C870F"><enum>(B)</enum><text>The Principal Cyber Advisor with respect to Deputy Principal Cyber Advisor duties.</text></subparagraph></paragraph></subsection>

<subsection id="HB906AEA8ACA74479A824357C0BEF369D"><enum>(c)</enum><header>Duties</header>

<paragraph id="H0D7D57DCFC0D4D1CA4B809A6878FBE3B"><enum>(1)</enum><header>Duties as Senior Military Advisor for Cyber Policy</header><text>The duties of the officer designated pursuant to subsection (a) as Senior Military Advisor for Cyber Policy are as follows:</text>

<subparagraph id="H7DA85C8F33784FA8923AED5BD11C2CC5"><enum>(A)</enum><text>To serve as the principal uniformed military advisor on military cyber forces and activities to the Under Secretary of Defense for Policy.</text></subparagraph>

<subparagraph id="HF726C41814F74D40B456772F15FD1D0E"><enum>(B)</enum><text>To assess and advise the Under Secretary on aspects of policy relating to military cyberspace operations, resources, personnel, cyber force readiness, cyber workforce development, and defense of Department of Defense networks.</text></subparagraph>

<subparagraph id="H530738D8FE1D405AB28F2553D4CF74BA"><enum>(C)</enum><text>To advocate, in consultation with the Joint Staff, and senior officers of the Armed Forces and the combatant commands, for consideration of military issues within the Office of the Under Secretary of Defense for Policy, including coordination and synchronization of Department cyber forces and activities.</text></subparagraph>

<subparagraph id="H6F0CCB0B886B440C8C1D396FEC4CC5F5"><enum>(D)</enum><text>To maintain open lines of communication between the Chief Information Officer of the Department of Defense, senior civilian leaders within the Office of the Under Secretary, and senior officers on the Joint Staff, the Armed Forces, and the combatant commands on cyber matters, and to ensure that military leaders are informed on cyber policy decisions.</text></subparagraph></paragraph>

<paragraph id="HFDCFA2F688194BDC87C733D3626B5A1C"><enum>(2)</enum><header>Duties as Deputy Principal Cyber Advisor</header><text>The duties of the officer designated pursuant to subsection (a) as Deputy Principal Cyber Advisor are as follows:</text>

<subparagraph id="H4F511644CE8D4375AB4C3C6CA1AD6B13"><enum>(A)</enum><text>To synchronize, coordinate, and oversee implementation of the Cyber Strategy of the Department of Defense and other relevant policy and planning.</text></subparagraph>

<subparagraph id="HEC4B033091A2454791C7A91860E6E116"><enum>(B)</enum><text>To advise the Secretary of Defense on cyber programs, projects, and activities of the Department,

including with respect to policy, training, resources, personnel, manpower, and acquisitions and technology.</text></subparagraph>

<subparagraph id="H8622EB0EEEEC4E939356607BF37D231F"><enum>(C)</enum><text>To oversee implementation of Department policy and operational directives on cyber programs, projects, and activities, including with respect to resources, personnel, manpower, and acquisitions and technology.</text></subparagraph>

<subparagraph id="H21C144C88E0F4DF6BC3D6D68E7E5B24E"><enum>(D)</enum><text>To assist in the overall supervision of Department cyber activities relating to offensive missions.</text></subparagraph>

<subparagraph id="HBFFDF0AE44D74681814CA6B9DAD0F28D"><enum>(E)</enum><text>To assist in the overall supervision of Department defensive cyber operations, including activities of component-level cybersecurity service providers and the integration of such activities with activities of the Cyber Mission Force.</text></subparagraph>

<subparagraph id="H9B671B3A775D46B4A97117E72B542F6C"><enum>(F)</enum><text>To advise senior leadership of the Department on, and advocate for, investment in capabilities to execute Department missions in and through cyberspace.</text></subparagraph>

<subparagraph id="H25381A8DEEC74BEC887A1ABC465DC35E"><enum>(G)</enum><text>To identify shortfalls in capabilities to conduct Department missions in and through cyberspace, and make recommendations on addressing such shortfalls in the Program Budget Review process.</text></subparagraph>

<subparagraph id="HC0122EF6F63147038A2BF9326C7E8A37"><enum>(H)</enum><text>To coordinate and consult with stakeholders in the cyberspace domain across the Department in order to identify other issues on cyberspace for the attention of senior leadership of the Department.</text></subparagraph>

<subparagraph id="H08E4139D45B44DF69F9A478F31997A75"><enum>(I)</enum><text>On behalf of the Principal Cyber Advisor, to lead the cross-functional team established pursuant to 932(c)(3) of the National Defense Authorization Act for Fiscal Year 2014 (10 U.S.C. 2224 note) in order to synchronize and coordinate military and civilian cyber forces and activities of the Department.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H91F32538B5154B8E95AA113610D586F0" section-type="subsequent-section"><enum>906.</enum><header display-inline="yes-display-inline">Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program</header><text display-inline="no-display-inline">Section 932(f)(3) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1938; 10 U.S.C. 1580 note prec.) is amended by adding at the end the following new sentence: <quote>An individual appointed pursuant to this paragraph shall not count against the limitation on the number of Office of the Secretary of Defense personnel in section 143 of title 10, United States Code, or any similar limitation in law on the number of personnel in headquarters of the Department that would otherwise apply to the office or headquarters to which appointed.</quote>.</text></section></subtitle>

<subtitle id="H361EBA1CC1EB4368A9A6E8A5F8419512" style="OLC"><enum>B</enum><header>Organization and Management of Other Department of Defense Offices and Elements</header>

<section id="H63FA936D25C242ABA901D6D158FE863D" section-type="subsequent-section"><enum>911.</enum><header>Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force</header>

<subsection id="HA16D821F80D142F7A6F5D55A59A173F8"><enum>(a)</enum><header>Assistant Secretary of the Army</header><text>Section 7016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H7B03E95EF99B474C812EC5F82DD7A8C1" display-inline="no-display-inline">

<paragraph id="HFE2D7A305B684BD685EB86DD7FD3D5CC" indent="up1"><enum>(6)</enum>

<subparagraph id="HA849D30854C14CAA9A1C9280D99862D0" display-inline="yes-display-

```
inline"><enum>(A)</enum><text display-inline="yes-display-inline">One of the Assistant
Secretaries shall be the Assistant Secretary for Energy, Installations, and
Environment.</text></subparagraph>

<subparagraph id="HD854114E421D41B483830EC2EBC52004" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">The principal duty of the Assistant Secretary for
Energy, Installations, and Environment shall be the overall supervision of energy,
installation, and environment matters for the Department of the
Army.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="HEB2C3DA8ACDA4103AF0D8EC518279C28"><enum>(b)</enum><header>Assistant
Secretary of the Navy</header><text display-inline="yes-display-inline">Section 8016(b)
of title 10, United States Code, is amended by adding at the end the following new
paragraph:</text>

<quoted-block style="USC" id="H08A4D01D70494AB085A121642B85030C" display-inline="no-
display-inline">

<paragraph id="H20378F1B643C4FCE8E5AAA7D1A084780" indent="up1"><enum>(5)</enum>

<subparagraph id="H6CDF670A58094A86900C3FA69530EE73" display-inline="yes-display-
inline"><enum>(A)</enum><text display-inline="yes-display-inline">One of the Assistant
Secretaries shall be the Assistant Secretary for Energy, Installations, and
Environment.</text></subparagraph>

<subparagraph id="HF03048ABA52B4B1FAF7D900ADA4C0D4C" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">The principal duty of the Assistant Secretary for
Energy, Installations, and Environment shall be the overall supervision of energy,
installation, and environment matters for the Department of the
Navy.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="HCE3F2ADF928845E2A7E5C406A9B2780F"><enum>(c)</enum><header>Assistant
Secretary of the Air Force</header><text display-inline="yes-display-inline">Section
9016(b) of title 10, United States Code, is amended by adding at the end the following
new paragraph:</text>

<quoted-block style="USC" id="H038DBF5103C34F79BDEEF6F7EC732957" display-inline="no-
display-inline">

<paragraph id="H3AFF7A1D7EFC4B15B2E9A1116786647E" indent="up1"><enum>(5)</enum>

<subparagraph id="H6A5A01ABC1674D9B809D9EF326F61FA8" display-inline="yes-display-
inline"><enum>(A)</enum><text display-inline="yes-display-inline">One of the Assistant
Secretaries shall be the Assistant Secretary for Energy, Installations, and
Environment.</text></subparagraph>

<subparagraph id="H65F5A8434EC54189B5188930ED00CC2C" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">The principal duty of the Assistant Secretary for
Energy, Installations, and Environment shall be the overall supervision of energy,
installation, and environment matters for the Department of the Air
Force.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section></subtitle>

<subtitle id="H25757C6D5E384848A60EA535E197CFAC"
style="OLC"><enum>C</enum><header>Other Department of Defense Organization and
Management Matters</header>

<section id="H873B1BFB1B8E4921BD3F10CBBECB2434"><enum>921.</enum><header>Prohibition on
ownership or trading of stocks in certain companies by certain officials of the
Department of Defense</header>

<subsection id="H3B43D8599F8D452F856BC8A2F9E44AFC"><enum>(a)</enum><header>In
general</header><text>Chapter 49 of title 10, United States Code, is amended by adding
at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H9F895B0A96F04A908E073FB0339537BF"
style="USC">

<section id="H31C12CC0C34344C888EC4E7810078BFB"><enum>988.</enum><header>Prohibition on
ownership or trading of stocks in certain companies by certain officials of the
```

Department of Defense</header>

<subsection
id="HDE1E4C1A3E4F4475AD5AB7B0D8C6DFE9"><enum>(a)</enum><header>Prohibition</header><tex
t>Except as provided in subsection (b), a covered official of the Department of Defense
may not own or purchase publicly traded stock of a company if that company is one of
the 10 entities awarded the most amount of contract funds by the Department of Defense
in a fiscal year during the five preceding fiscal years.</text></subsection>

<subsection
id="H861255915EEB4C588D3838D01A83EC12"><enum>(b)</enum><header>Exceptions</header><text
>This section shall not apply to the purchase or ownership of a publicly traded stock
of a company otherwise described in subsection (a) as follows:</text>

<paragraph id="HBE9E92D850B04AD19448F6592EED0EDA"><enum>(1)</enum><text>If the
aggregate market value of the holdings of the covered official, and the spouse and
minor children of the covered official, in the stock of that company, both before and
after purchase (in the case of a purchase), does not exceed the de minimis threshold
established in section 2640.202(a)(2) of title 5, Code of Federal
Regulations.</text></paragraph>

<paragraph id="HE2FAA08CE38A41689D2DFD8979709CFF"><enum>(2)</enum><text>If the stock is
purchased and owned as part of an Excepted Investment Fund or mutual
fund.</text></paragraph></subsection>

<subsection
id="H72E7907AB6F1411880E79537BC02C254"><enum>(c)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="HF8742E293A2C425D9A1B90BC3E3A0941"><enum>(1)</enum><text>The term
<term>covered official of the Department of Defense</term> means any of the
following:</text>

<subparagraph id="HFD9ED65A244443418A07E22A4F26E7DA"><enum>(A)</enum><text>A civilian
appointed to a position in the Department of Defense by the President, by and with the
advice and consent of the Senate. </text></subparagraph>

<subparagraph id="H6398FE1007DE4BA092C81E2AE198F6B0"><enum>(B)</enum><text>If serving
in a key acquisition position (as designated by the Secretary of Defense or the
Secretary concerned for purposes of this section), the following:</text>

<clause id="H50C1FEBD07C74CD79980CEF492B6BC7B"><enum>(i)</enum><text>A member of the
armed forces in a grade above O–6. </text></clause>

<clause id="HE9C6D5886B674B95A329361D1945CDAE"><enum>(ii)</enum><text>A civilian
officer or employee in a Senior Executive Service, Senior-Level, or Scientific or
Professional position.</text></clause></subparagraph></paragraph>

<paragraph id="H924DF983E0EF48198A08BF2031C45587"><enum>(2)</enum><text>The term
<term>Excepted Investment Fund</term> means a widely-held investment fund described in
section 102(f)(8) of the Ethics in Government Act of 1978 (5 U.S.C.
App.).</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H8BD2647D9EDF4A239C2FA080B8A75F77"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of chapter 49 of such
title is amended by adding at the end the following new item:</text>

<quoted-block id="H9242DCA89CE647458678DF02596B0E72" style="USC">

<toc>

<toc-entry idref="H31C12CC0C34344C888EC4E7810078BFB" level="section">988. Prohibition
on ownership or trading of stocks in certain companies by certain officials of the
Department of Defense.</toc-entry></toc><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="H8A18084B9E664C27B2C67F4B588C4262"><enum>922.</enum><header>Limitation on
consolidation of Defense Media Activity</header>

<subsection
id="H8BC555ADEAD64ECF9685C896CA4F738D"><enum>(a)</enum><header>Limitation</header><text

>The Secretary of Defense may not take any action to consolidate the Defense Media Activity until a period of 60 days has elapsed following the date on which the Secretary of Defense submits the report required under subsection (b).</text></subsection>

<subsection id="H8C4F8FC2DF1D48D2A22F46A79DEB9223"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the congressional defense committees a report that includes the following:</text>

<paragraph id="H897B77DB15A84F58A7A41E696D4327E7"><enum>(1)</enum><text display-inline="yes-display-inline">Any current or future plans to restructure, reduce, or eliminate the functions, personnel, facilities, or capabilities of the Defense Media Activity, including the timelines associated with such plans.</text></paragraph>

<paragraph id="HBD9DB61CD42640949CD6F46BBF0B281B"><enum>(2)</enum><text>Any modifications that have been made, or that may be made, to personnel compensation or funding accounts in preparation for, or in response to, efforts to consolidate the Defense Media Activity. </text></paragraph>

<paragraph id="H97995B88F4B1464ABAF8442F69B4098B"><enum>(3)</enum><text>Any contractual agreements that have been entered into to consolidate or explore the consolidation of the Defense Media Activity.</text></paragraph>

<paragraph id="H19AD6943DD774A87B883E8A90DDB43F4"><enum>(4)</enum><text>Any Department of Defense directives or Administration guidance relating to efforts to consolidate the Defense Media Activity, including any directives or guidance intended to inform or instruct such efforts.</text></paragraph></subsection>

<subsection id="H681625FEF37B4772A4B447DEA7624BAB"><enum>(c)</enum><header>Consolidate defined</header><text>In this section, the term <quote>consolidate</quote>, means any action to reduce the functions, personnel, facilities, or capabilities of the Defense Media Activity.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H073811CF50924B4AA5C0FD3D8A9DDAB7" section-type="subsequent-section"><enum>923.</enum><header display-inline="yes-display-inline">Report on resources to implement the civilian casualty policy of the Department of Defense</header><text display-inline="no-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report, in unclassified form, on the resources necessary over the period of the future-years defense plan for fiscal year 2020 under section 221 of title 10, United States Code, to fulfill the requirements of section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1939; 10 U.S.C. 134 note) and fully implement policies developed as a result of such section.</text></section></subtitle>

<subtitle id="H6E519C3D8D7C4DD7822C33EDAAF464B2"><enum>D</enum><header>United States Space Force</header>

<section id="HB4ADF290634F4C86B5196A448520C1D5"><enum>951.</enum><header>Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote>United States Space Force Act</quote>.</text></section>

<section id="H3731E01220814A079AD41E01C32E0EE9"><enum>952.</enum><header>The Space Force</header>

<subsection commented="no" display-inline="no-display-inline" id="H5134F15C92DC4728AEF683C8C3BCF1AD"><enum>(a)</enum><header display-inline="yes-display-inline">Redesignation</header><text display-inline="yes-display-inline">The Air Force Space Command is hereby redesignated as the United States Space Force (USSF).</text></subsection>

<subsection id="HB38A84FC05974B449FD82B72F3CA0584"><enum>(b)</enum><header>Authority</header><text>Title 10, United States Code, is amendedâ€"</text>

<paragraph id="HBD62F568DA9141A7837909FE467E6C1A" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">in chapter 907 of part I of subtitle D, by redesignating sections 9067, 9069, 9074, 9075, 9081, and 9084 as sections 9063, 9064, 9065, 9066, 9067, and 9068, respectively;</text></paragraph>

WASHSTATEC015035

```
<paragraph id="H23E33858F0844B9398B536CF167C34FB"><enum>(2)</enum><text>by adding at
the end of such part the following new chapter:</text>

<quoted-block display-inline="no-display-inline" id="H13E498F839C64E87AC26E9326CD481EA"
style="USC">

<chapter id="H92E82D1B527145A2804C0A167D40928E" style="OLC"><enum>908</enum><header>The
Space Force</header>

<toc>

<toc-entry level="section">Sec. </toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">9081. The United
States Space Force.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">9082. Chief of
Space Operations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">9083. Officer
career field for space.</toc-entry></toc></chapter><after-quoted-block>;</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H3DF7AA2EEFA845538F55F36A459B647C"><enum>(3)</enum><text display-
inline="yes-display-inline">by transferring section 2279c to chapter 908, as so added,
and redesignating such section as section 9081; and</text></paragraph>

<paragraph id="H1456AE5F889745F2BB7693DD77D7D59B"><enum>(4)</enum><text>by amending
such section 9081 to read as follows:</text></paragraph>

<quoted-block style="USC" id="HA1519F9636B44E50B3FE4126EC3EBB74" display-inline="no-
display-inline">

<section id="H5C5833F7DC514698A84A4769AF3D0407"><enum>9081.</enum><header>The United
States Space Force</header>

<subsection
id="H606C2A3BBE5C4A7EAD3DDE226102A68F"><enum>(a)</enum><header>Establishment</header><t
ext>There is established a United States Space Force as an armed force within the
Department of the Air Force.</text></subsection>

<subsection id="H606C2A3BBE5C4A7EAD3DDE226102A68F"
commented="no"><enum>(b)</enum><header>Composition</header><text>The Space Force shall
be composed of the following:</text>

<paragraph id="HC103FF0E382E46B486FFF127B9ADA181" display-inline="no-display-
inline"><enum>(1)</enum><text>The Chief of Space Operations.</text></paragraph>

<paragraph id="H86D4B8B8A3DE47F7BA4DA1932D50F7E3" display-inline="no-display-
inline"><enum>(2)</enum><text display-inline="yes-display-inline">The space forces and
such assets as may be organic therein.</text></paragraph></subsection>

<subsection id="H5BBC658850D84C0F8F496FBAB695EFB6"
commented="no"><enum>(c)</enum><header>Functions</header><text>The Space Force shall be
organized, trained, and equipped to provide€"</text>

<paragraph id="H63467E6E57944C0CB40F303E2607E1EF"
commented="no"><enum>(1)</enum><text>freedom of operation for the United States in,
from, and to space; and</text></paragraph>

<paragraph id="HC15922FAF6CA4A0382EEC78C25035067"
commented="no"><enum>(2)</enum><text>prompt and sustained space
operations.</text></paragraph></subsection>

<subsection id="H6D7498EB92124EF1B1D063FFE38D6CCE"
commented="no"><enum>(d)</enum><header>Duties</header><text>It shall be the duty of the
Space Force to€"</text>

<paragraph id="H253CF2FBBFFF4F079ED4FB793405F226"
commented="no"><enum>(1)</enum><text>protect the interests of the United States in
space;</text></paragraph>

<paragraph id="H2F3264F2F8FB4A0A806DF207876C27AD"
```

```
commented="no"><enum>(2)</enum><text>deter aggression in, from, and to space;
and</text></paragraph>

<paragraph id="H45C05B846BBA428CAA7F6BF6EF050FF1"
commented="no"><enum>(3)</enum><text>conduct space
operations.</text></paragraph></subsection></section><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph></subsection>

<subsection id="HDDD416EE04DE4C7482D91CEE6F9044E5"><enum>(c)</enum><header>Space Force
as an Armed Force</header><text>Section 101(a)(4) of title 10, United States Code, is
amended by inserting <quote>Space Force,</quote> after <quote>Marine
Corps,</quote>.</text></subsection>

<subsection id="H50ACBA0C436B48BA9130B69045DF7850"
commented="no"><enum>(d)</enum><header>Members</header>

<paragraph id="HB8B4568CB7784701B61B18A0DB95E649"
commented="no"><enum>(1)</enum><header>In general</header><text>Effective as of the
date of the enactment of this Act, there shall be assigned to the Space Force such
members of the Air Force as the Secretary of the Air Force shall
specify.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF965BAFDD4174059BEE4D3104F045A36"><enum>(2)</enum><header display-inline="yes-
display-inline">No authorization of additional military billets</header><text display-
inline="yes-display-inline">The Secretary shall carry out this subsection within
military personnel of the Air Force otherwise authorized by this Act. Nothing in this
subsection shall be construed to authorize additional military billets for the purposes
of, or in connection with, the establishment of the Space
Force.</text></paragraph></subsection>

<subsection commented="no" id="H387110006BD64A0C9EAC7AC3DC1F58EC" display-inline="no-
display-inline"><enum>(e)</enum><header>Officer career field for space</header><text
display-inline="yes-display-inline">Section 9068 of title 10, United States Code (as
redesignated by subsection (b)(1)), is hereby transferred to the end of chapter 908 of
such title (as added by subsection (b)(2)) and redesignated as section
9083.</text></subsection>

<subsection id="H6A412DCB1C7645B8B5DC1936271BBD05"><enum>(f)</enum><header>Tables of
chapters</header><text>The tables of chapters at the beginning of subtitle D of title
10, United States Code, and part I of such subtitle are each amended by inserting after
the item relating to chapter 907 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HAE865506412549BEB4BEDE591E6CE3F8"
style="OLC">

<toc>

<multi-column-toc-entry bold="on" level="section"><toc-enum>908.</toc-enum><level-
header level="section">The Space Force</level-header><target>9081.</target></multi-
column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="HA1A76FB7278B4BD0A9648D1967A29CF8"
commented="no"><enum>(g)</enum><header>Conforming clerical amendment to chapter
907</header><text>The table of sections at the beginning of chapter 907 of title 10,
United States Code, is amended by striking the items relating to sections 9067, 9069,
9074, 9075, 9081, and 9084 and inserting the following new items:</text>

<quoted-block id="H27A7564C37604ADE8324165F8F444614" style="USC">

<toc>

<toc-entry level="section">9063. Designation: officers to perform certain professional
functions.</toc-entry>

<toc-entry level="section">9064. Air Force nurses: Chief; appointment. </toc-entry>

<toc-entry level="section">9065. Commands: territorial organization. </toc-entry>

<toc-entry level="section">9066. Regular Air Force: composition. </toc-entry>
```

```
<toc-entry level="section">9067. Assistant Surgeon General for Dental Services. </toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section id="H149B10A1428C47739932A538EADB420B" display-inline="no-display-inline"
section-type="subsequent-section"><enum>953.</enum><header>Chief of Space
Operations</header>

<subsection
id="HA53DE12754FC484CB154C24F4CE88443"><enum>(a)</enum><header>Chief</header><text>Chap
ter 908 of title 10, United States Code (as added by section 952 of this Act), is
amended by inserting after section 9081 the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H0DD53DB7EDB048CCA5BC5640FDA37BF7"
style="USC">

<section id="H7F9C984804A74401BC4BDE9487127F77"><enum>9082.</enum><header>Chief of
Space Operations</header>

<subsection
id="HA275FC96E59C4CFEB422BA0616DAB6B0"><enum>(a)</enum><header>Appointment</header>

<paragraph id="H964A78DE46A0433C8B47E072E65B4DD8" display-inline="yes-display-
inline"><enum>(1)</enum><text>There is a Chief of Space Operations, appointed by the
President, by and with the advice and consent of the Senate, from the general officers
of the Air Force. The Chief serves at the pleasure of the President.</text></paragraph>

<paragraph id="H08A35E26BA41472C8544C89324FFC123" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">The Chief shall be appointed for a term of four
years. In time of war or during a national emergency declared by Congress, the Chief
may be reappointed for a term of not more than four
years.</text></paragraph></subsection>

<subsection
id="HC030542EFDF14CB0920841D6556C7EC4"><enum>(b)</enum><header>Grade</header><text
display-inline="yes-display-inline">The Chief, while so serving, has the grade of
general without vacating the permanent grade of the officer.</text></subsection>

<subsection id="H823140651FB8479BA6114769BE444F24"><enum>(c)</enum><header>Relationship
to the Secretary of the Air Force</header><text display-inline="yes-display-
inline">Except as otherwise prescribed by law and subject to section 9013(f) of this
title, the Chief performs the duties of such position under the authority, direction,
and control of the Secretary of the Air Force and is directly responsible to the
Secretary.</text></subsection>

<subsection id="H9F7BD4C2C9934F71B16CF69FF34B019C"
commented="no"><enum>(d)</enum><header>Duties</header><text display-inline="yes-
display-inline">Subject to the authority, direction, and control of the Secretary of
the Air Force, the Chief shallâ€"</text>

<paragraph id="H1C1733CB11404232B189C5F336FBBF44" commented="no"><enum>(1)</enum><text
display-inline="yes-display-inline">preside over the Office of the Chief of Space
Operations;</text></paragraph>

<paragraph id="HFBDEDDBB1C2944DC9BFCD373E54C5A440" commented="no"><enum>(2)</enum><text
display-inline="yes-display-inline">transmit the plans and recommendations of the
Office of the Chief of Space Operations to the Secretary and advise the Secretary with
regard to such plans and recommendations;</text></paragraph>

<paragraph id="H5A42D6B45F7A4CE6AC2D34896FE20A54" commented="no"><enum>(3)</enum><text
display-inline="yes-display-inline">after approval of the plans or recommendations of
the Office of the Chief of Space Operations by the Secretary, act as the agent of the
Secretary in carrying them into effect;</text></paragraph>

<paragraph id="HECE0A5D5115947C8B56AF81DB8890350"
commented="no"><enum>(4)</enum><text>exercise supervision, consistent with the
authority assigned to commanders of unified or specified combatant commands under
chapter 6 of this title, over such of the members and organizations of the Space Force
as the Secretary determines; and</text></paragraph>

<paragraph id="H1CF0789961B2405A999AB46605CDC6F0"
```

commented="no"><enum>(5)</enum><text>perform such other military duties, not otherwise assigned by law, as are assigned to the Chief by the President, the Secretary of Defense, or the Secretary of the Air Force.</text></paragraph></subsection>

<subsection id="HCC2EFAE553874DBBA8209929D3120877" display-inline="no-display-inline" commented="no"><enum>(e)</enum><header>Joint Chiefs of Staff</header>

<paragraph id="H5A71961CED47446E9C6AB5BABF2B69A4" display-inline="yes-display-inline" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">Commencing one year after the date of the enactment of the United States Space Force Act, the Chief of Space Operations shall be a member of the Joint Chiefs of Staff.</text></paragraph>

<paragraph id="H289F1B841904489A435DDB2FAB32E87" indent="up1" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">To the extent that such action does not impair the independence of the Chief in the performance of the duties of the Chief as a member of the Joint Chiefs of Staff pursuant to paragraph (1), the Chief shall inform the Secretary of the Air Force regarding military advice rendered by members of the Joint Chiefs of Staff on matters affecting the Department of the Air Force.</text></paragraph>

<paragraph id="H90A0C26DAB754727A0D3AEE12533FE1B" indent="up1" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">Subject to the authority, direction, and control of the Secretary of Defense, the Chief shall keep the Secretary of the Air Force fully informed of significant military operations affecting the duties and responsibilities of the Secretary.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H643FDF19C2A24C10AF35FCE1A42A206D"><enum>(b)</enum><header>Service</header>

<paragraph id="H391B97A7987445A4A89842919D56F84F"><enum>(1)</enum><header>Incumbent</header><text>The individual serving as Commander of the Air Force Space Command as of the day before the date of the enactment of this Act may serve as the Chief of Space Operations under subsection (a) of section 9082 of title 10, United States Code (as added by subsection (a) of this section), after that date without further appointment as otherwise provided for by subsection (a) of such section 9082.</text></paragraph>

<paragraph id="H26B3C1FA37B54ECC82A3DA5D7FFD9917"><enum>(2)</enum><header>U.S. Space Command</header><text display-inline="yes-display-inline">During the one-year period beginning on the date of the enactment of this Act, the Secretary of Defense may authorize an officer serving as the Chief of Space Operations to serve concurrently as the Commander of the United States Space Command, without further appointment.</text></paragraph></subsection>

<subsection commented="no" id="H5F5FEED152A64DB9BBFF025F500CE0C1"><enum>(c)</enum><header>Joint Chiefs of Staff matters</header><text>Effective on the date that is one year after the date of the enactment of this Act, section 151(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H10EE7EDF20E84C50AF392F34ED3C1349" style="OLC">

<paragraph commented="no" id="H2F5215C565E5423B97C0AA22F8842CFD"><enum>(8)</enum><text>The Chief of Space Operations.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H05FD6556747E46159BA1B3ED773200E7"><enum>954.</enum><header>Space Force Acquisition Council</header>

<subsection commented="no" display-inline="no-display-inline" id="H35F511D016C64954A8BF357A57418EC9"><enum>(a)</enum><header>In general</header><text>Chapter 903 of title 10, United States Code, is amended—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC30507D6AC854C96A324C51B5405CEC7"><enum>(1)</enum><text>by redesignating section 9021 as section 9021a; and</text></paragraph>

WASHSTATEC015039

```
<paragraph commented="no" display-inline="no-display-inline"
id="H243551B47D004E55BFFB17FA5F507FB7"><enum>(2)</enum><text>by inserting after section
9020 the following new section 9021:</text>

<quoted-block display-inline="no-display-inline" id="H48517C7F08E54E72B83597226842B87D"
style="USC">

<section commented="no" display-inline="no-display-inline"
id="H0CF19B275ADD49E29E8A3ABD7D36E685"><enum>9021.</enum><header>Space Force
Acquisition Council</header>

<subsection commented="no"
id="H7F1BEDF54DEF4B2BB0B18636268C5DA8"><enum>(a)</enum><header>Establishment</header><t
ext>There is in the Office of the Secretary of the Air Force a council to be known as
the <quote>Space Force Acquisition Council</quote> (in this section referred to as the
<quote>Council</quote>).</text></subsection>

<subsection commented="no"
id="HE2F49967E18544A7921D84AC5CA133A8"><enum>(b)</enum><header>Members</header><text>Th
e members of the Council are as follows:</text>

<paragraph commented="no"
id="HF2DA2734A219447D8BFA6989ECB897BD"><enum>(1)</enum><text>The Under Secretary of the
Air Force.</text></paragraph>

<paragraph commented="no" id="HEFA375F06B1C46159AD7CE7437C1F39F"><enum>(2)</enum><text
display-inline="yes-display-inline">The Assistant Secretary of the Air Force for Space
Acquisition and Integration, who shall act as chair of the Council.</text></paragraph>

<paragraph commented="no"
id="H927B3E0E0A594E889521C90F81754C48"><enum>(3)</enum><text>The Assistant Secretary of
Defense for Space Policy.</text></paragraph>

<paragraph commented="no"
id="HEA50372E0C2D4053B10ACCEAF158117E"><enum>(4)</enum><text>The Director of the
National Reconnaissance Office.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5BAEBCC359A345378815DB4E94A79DCE"><enum>(5)</enum><text display-inline="yes-
display-inline">The Chief of Space Operations.</text></paragraph>

<paragraph commented="no"
id="HF2C61889247548AF9699FE1BB679249B"><enum>(6)</enum><text>The Commander of the
United States Space Command.</text></paragraph></subsection>

<subsection commented="no"
id="H7F44D1DC0C9C48CA8FAC24B94629FC07"><enum>(c)</enum><header>Duties</header><text>The
Council shall oversee, direct, and manage acquisition and integration of the Air Force
for space systems and programs in order to ensure integration across the national
security space enterprise.</text></subsection>

<subsection commented="no"
id="HDC44E291F38349A58177EC619ABE8442"><enum>(d)</enum><header>Meetings</header><text>T
he Council shall meet not less frequently than monthly.</text></subsection>

<subsection commented="no"
id="HBEDFA99706D34A9583722AFD12FA589B"><enum>(e)</enum><header>Reports</header><text>No
t later than 30 days after the end of each calendar year quarter through the first
calendar year quarter of 2025, the Council shall submit to the congressional defense
committees a report on the activities of the Council during the calendar year quarter
preceding the calendar year quarter in which such report is
submitted.</text></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF23951BAD4924186985EA6B0D1A6F864"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of chapter 903 of such
title is amended by striking the item relating to section 9021 and inserting the
following new items:</text>

<quoted-block id="H0F29D932B8BE49CCA158CDBD1CDAEE6C" style="USC">
```

```
<toc>

<toc-entry idref="H0CF19B275ADD49E29E8A3ABD7D36E685" level="section">9021. Space Force
Acquisition Council. </toc-entry>

<toc-entry level="section">9021a. Air Force Reserve Forces Policy Committee.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section commented="no" id="H8B7B2CA9754542D4B9CB7B018E666E5D" display-inline="no-
display-inline" section-type="subsequent-section"><enum>955.</enum><header>Assistant
Secretary of Defense for Space Policy</header>

<subsection commented="no"
id="H07BB7703461442F8B68009D516D841F0"><enum>(a)</enum><header>In general</header><text
display-inline="yes-display-inline">Section 138(b) of title 10, United States Code, is
amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HDA9C82E25ABC4157BD1D1A1735906094"
style="OLC">

<paragraph commented="no" id="HFD5D7CC05AD648A8B81FB6741BB8F789"
indent="up1"><enum>(5)</enum><text>One of the Assistant Secretaries is the Assistant
Secretary of Defense for Space Policy. The principal duty of the Assistant Secretary
shall be the overall supervision of policy of the Department of Defense for space
warfighting.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection commented="no"
id="H436BA321511A45FE9603A9DC68A95301"><enum>(b)</enum><header>Elements of
office</header>

<paragraph commented="no"
id="HDA51E2EC981343AD8C2384CFBD61114B"><enum>(1)</enum><header>Development of
recommendations</header><text>The Secretary of Defense shall seek to enter into an
agreement with a federally funded research and development center on the development of
recommendations as to the appropriate elements of the Office of the Assistant Secretary
of Defense for Space Policy, including, in particular, whether the elements of the
Office should include elements on space that are currently assigned to the Office of
the Under Secretary of Defense for Intelligence or the Military Intelligence
Program.</text></paragraph>

<paragraph commented="no"
id="H772C7860068F45158FD7C03A851F2A58"><enum>(2)</enum><header>Transmittal</header><tex
t>Not later than 180 days after the date of the enactment of this Act, the Secretary
shall transmit to the Committees on Armed Services of the Senate and the House of
Representatives the recommendations developed pursuant to paragraph (1), together with
an assessment of such recommendations by the
Secretary.</text></paragraph></subsection></section>

<section commented="no"
id="HBA895D1DE202422FB4718D5BB43E7BAC"><enum>956.</enum><header>Assistant Secretary of
the Air Force for Space Acquisition and Integration</header>

<subsection commented="no"
id="H297C2CFC467E41E28194711E531EDFFC"><enum>(a)</enum><header>Redesignation of
Principal Assistant for Space as Assistant Secretary for Space Acquisition and
Integration</header>

<paragraph commented="no"
id="H11EBECDC54514FAE8988396F2FD4E5A8"><enum>(1)</enum><header>In
general</header><text>The Principal Assistant to the Secretary of the Air Force for
Space is hereby redesignated as the Assistant Secretary of the Air Force for Space
Acquisition and Integration.</text></paragraph>

<paragraph commented="no"
id="H3539FC0A01574F5581EBFFD63ACF830E"><enum>(2)</enum><header>References</header><text
>Any reference to the Principal Assistant to the Secretary of the Air Force for Space
in any law, regulation, map, document, record, or other paper of the United States
shall be deemed to be a reference to the Assistant Secretary of the Air Force for Space
Acquisition and Integration.</text></paragraph></subsection>
```

```
<subsection commented="no"
id="HF6C3F30DC34AA4A14DEBAF7A3DDE62"><enum>(b)</enum><header>Codification of position
and responsibilities</header>

<paragraph commented="no"
id="H8A57D7B3658E42DD9AB23CD84ADB6B8C"><enum>(1)</enum><header>In general</header><text
display-inline="yes-display-inline">Section 9016 of title 10, United States Code, as
amended by subtitle B of this title, is further amendedâ€"</text>

<subparagraph commented="no"
id="H327926C0EAFB4DF5B51A4277C0AFF61A"><enum>(A)</enum><text>in subsection (a), by
striking <quote>four</quote> and inserting <quote>five</quote>;
and</text></subparagraph>

<subparagraph commented="no"
id="HFB37333AE71241A581823089CF497A7B"><enum>(B)</enum><text>in subsection (b), by
adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H17E1D2F8FE024CCA9B7709193525C04E"
style="OLC">

<paragraph commented="no" id="H4AAD115A0797445D86A5F8CD0AB8E539"
indent="up1"><enum>(6)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H3BD55133D7414719BEE5D87EC24A00AF"><enum>(A)</enum><text>One of the Assistant
Secretaries is the Assistant Secretary of the Air Force for Space Acquisition and
Integration.</text></subparagraph>

<subparagraph commented="no" id="HF257F8FF955340829F9F707AF8D1F0F0"
indent="up1"><enum>(B)</enum><text>Subject to the authority, direction, and control of
the Secretary of the Air Force, the Assistant Secretary shall do as follows:</text>

<clause commented="no" id="H579C575133FD4D44BD02E5856D0EA503"><enum>(i)</enum><text>Be
responsible for all architecture and integration of the Air Force for space systems and
programs, including in support of the Chief of Space Operations under section 9082 of
this title.</text></clause>

<clause commented="no"
id="HB7BA6B14AE3049CDB6AB255BC0AD0B87"><enum>(ii)</enum><text>Act as the chair of the
Space Force Acquisition Council under section 9021 of this title.</text></clause>

<clause commented="no"
id="H9A87E3BDFF2B410D91CAEAF2826530F9"><enum>(iii)</enum><text>Advise the service
acquisition executive of the Air Force with responsibility for space systems and
programs (including for all major defense acquisition programs under chapter 144 of
this title for space) on the acquisition of such systems and programs by the Air
Force.</text></clause>

<clause commented="no"
id="HFA13F9C9D4834CF08A27B6B24CAF3631"><enum>(iv)</enum><text>Oversee and direct each
of the following:</text>

<subclause commented="no"
id="HCECC1840BB6B4C4FBF4DC96CC8BA362A"><enum>(I)</enum><text>The Space Rapid
Capabilities Office under section 2273a of this title.</text></subclause>

<subclause commented="no"
id="H5C4D013E73674F50878667D0ED84410F"><enum>(II)</enum><text>The Space and Missile
Systems Center.</text></subclause>

<subclause commented="no"
id="H50768C3B7678447AB4368DE2A007C923"><enum>(III)</enum><text>The Space Development
Agency.</text></subclause></clause>

<clause commented="no"
id="H68534057367445BBAB91FD9492D1305A"><enum>(v)</enum><text>Advise and synchronize
acquisition projects for all space systems and programs of the Air Force, including
projects for space systems and programs responsibility for which is transferred to the
Assistant Secretary pursuant to section 956(b)(3) of the United States Space Force
Act.</text></clause>
```

WASHSTATEC015042

```
<clause commented="no" id="HC91102CEAEF64278B4BB8B9E417CD5EA"><enum>(vi)</enum><text
display-inline="yes-display-inline">Effective as of October 1, 2022, in accordance with
section 957 of that Act, serve as the Service Acquisition Executive of the Department
of the Air Force for Space Systems and
Programs.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-
quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no"
id="HEB635DD5A0304FE89DEE247B9621E2B7"><enum>(2)</enum><header>Executive Schedule level
IV</header><text>Section 5315 of title 5, United States Code, is amended by striking
the item relating to the Assistant Secretaries of the Air Force and inserting the
following new item:</text>

<quoted-block display-inline="no-display-inline" id="HE72BE417926D4207ABA6D2AB83E524A7"
style="OLC">

<paragraph commented="no" id="H144B4D6FA6884D179827DEBBBD898945"><enum/><text>Assistant
Secretaries of the Air Force (5).</text></paragraph><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph>

<paragraph commented="no"
id="H564CDE164E7E474BA0146B99B7B55120"><enum>(3)</enum><header>Transfer of acquisition
projects for space systems and programs</header><text>Effective October 1, 2022, the
Secretary of the Air Force shall transfer to the Assistant Secretary of the Air Force
for Space Acquisition and Integration under paragraph (6) of section 9016(b) of title
10, United States Code (as added by this subsection), responsibility for architecture
and integration of any acquisition projects for space systems and programs of the Air
Force that are under the oversight or direction of the Assistant Secretary of the Air
Force for Acquisition as of September 30,
2022.</text></paragraph></subsection></section>

<section commented="no"
id="HEF9A23482B2C48478D23E444E81990DB"><enum>957.</enum><header>Service Acquisition
Executive of the Department of the Air Force for Space Systems and Programs</header>

<subsection commented="no"
id="HCD650566FE7B4302A54349E9E2B101AF"><enum>(a)</enum><header>In
general</header><text>Effective October 1, 2022, there shall be within the Department
of the Air Force a Service Acquisition Executive of the Department of the Air Force for
Space Systems and Programs. </text></subsection>

<subsection commented="no"
id="H60D2A75D2E88484DBC9344A733285714"><enum>(b)</enum><header>Service</header>

<paragraph commented="no"
id="H839D3B5CC5254C60AC5E360C97D79061"><enum>(1)</enum><header>In
general</header><text>Effective as of October 1, 2022, and subject to paragraph (2),
the individual serving as Assistant Secretary of the Air Force for Space Acquisition
and Integration under paragraph (6) of section 9016(b) of title 10, United States Code
(as added by section 1832(b) of this Act), shall also serve as the Service Acquisition
Executive for Space Systems and Programs.</text></paragraph>

<paragraph commented="no"
id="HC2990EF782684A448E169301D3523493"><enum>(2)</enum><header>Incumbent</header><text
display-inline="yes-display-inline">The individual serving as Assistant Secretary of
the Air Force for Space Acquisition and Integration as of October 1, 2022, may also
serve as the Service Acquisition Executive for Space Systems and Programs pursuant to
paragraph (1) only if appointed as the Service Acquisition Executive for Space Systems
and Programs by the President, by and with the advice and consent of the Senate,
pursuant to a nomination submitted to the Senate on or after that
date.</text></paragraph></subsection>

<subsection commented="no"
id="HBD5AD612A30B49E4923A13887C1288C9"><enum>(c)</enum><header>Authorities and
responsibilities</header>

<paragraph commented="no"
id="H36E3016C2D114094B6DF8A61394812AF"><enum>(1)</enum><header>In general</header><text
display-inline="yes-display-inline">The Service Acquisition Executive for Space Systems
and Programs shall have within the Department of the Air Force all the authorities and
```

responsibilities of a service acquisition executive under section 1704 of title 10, United States Code, and other applicable law, for the Department of the Air Force with respect to space systems and programs. </text></paragraph>

<paragraph commented="no" id="HE0B826E964214B4D85C6C2E161F73414"><enum>(2)</enum><header>Separate SAE within the Air Force</header><text display-inline="yes-display-inline">The Service Acquisition Executive for Space Systems and Programs shall be in addition to the service acquisition executive in the Department of the Air Force for all acquisition matters of the Department of the Air Force other than with respect to space systems and programs. </text></paragraph>

<paragraph commented="no" id="H9457E005B4034F16ACCAB7F8648772F1"><enum>(3)</enum><header>Guidance on relationship among SAEs</header><text display-inline="yes-display-inline">Not later than October 1, 2022, and from time to time thereafter, the Secretary of the Air Force shall issue guidance for the Department of the Air Force on the authorities and responsibilities of the Service Acquisition Executive for Space Systems and Programs and the authorities and responsibilities of the service acquisition executive of the Department for all acquisition matters of the Department other than with respect to space systems and programs.</text></paragraph></subsection></section>

<section id="H5F6A8DFC075C435AB9E8DFC2E731EC27"><enum>958.</enum><header>Conforming amendments and clarification of authorities</header>

<subsection id="HB7A0A450B3D248BB8F8A95288F26B9E5"><enum>(a)</enum><header>Conforming amendments</header><text display-inline="yes-display-inline">Title 10, United States Code, is amended as follows:</text>

<paragraph id="HB09821CAB4B54D8194BE929DFA20FBBF" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">In section 101(a)(9)(C), by inserting <quote>and the Space Force</quote> before the semicolon.</text></paragraph>

<paragraph id="H659D9DD381E542E69565DA19C302B005"><enum>(2)</enum><text>In section 2273a—</text>

<subparagraph id="H8C6399FFA7DA4F67958E7A745EB65847" commented="no"><enum>(A)</enum><text>in subsection (a), by striking <quote>Air Force Space Command</quote> and inserting <quote>Space Force</quote>; and</text></subparagraph>

<subparagraph id="HEB489BA49DE743CBBF20C0842A30ED94" commented="no"><enum>(B)</enum><text>in subsection (b), by striking <quote>Commander of the Air Force Space Command</quote> and inserting <quote>Chief of Space Operations</quote>. </text></subparagraph></paragraph></subsection>

<subsection id="HFE9484F5AD124D4CB15379ACD5986756"><enum>(b)</enum><header>Clarification of authorities</header>

<paragraph id="H856172C829C443AB98835DE87958577B"><enum>(1)</enum><header>In general</header><text>Except as specifically provided by this subtitle or the amendments made by this subtitle—</text>

<subparagraph id="H42CD1690F5D9457897A16B8546B59D51"><enum>(A)</enum><text display-inline="yes-display-inline">a member of the Space Force shall be treated as a member of the Air Force for the purpose of the application of any provision of law, including provisions of law relating to pay, benefits, and retirement; and</text></subparagraph>

<subparagraph id="H6971D09114224BD08681ABF79C4A6C00"><enum>(B)</enum><text display-inline="yes-display-inline">a civilian employee of the Space Force shall be treated as a civilian employee of the Air Force for the purpose of the application of any provision of law, including provisions of law relating to pay, benefits, and retirement.</text></subparagraph></paragraph>

<paragraph id="H8238185354DC419BA7686313CD801CAC"><enum>(2)</enum><header>Appointment and enlistment</header><text>For purposes of the appointment or enlistment of individuals as members of the Space Force pending the integration of the Space Force into the laws providing for the appointment or enlistment of individuals as members of the Armed Forces, appointments and enlistments of individuals as members of the Armed Forces in the Space Force may be made in the same manner in which appointments and

WASHSTATEC015044

enlistments of individuals as members of the Armed Forces in the other Armed Forces may be made by law.</text></paragraph></subsection></section>

<section id="H225834B7541A430B8025FAA13AE4449B"><enum>959.</enum><header>Effects on military installations</header><text display-inline="no-display-inline">Nothing in this subtitle, or the amendments made by this subtitle, shall be construed to authorize or require the relocation of any facility, infrastructure, or military installation of the Air Force.</text></section>

<section id="HC418DB49411641F58EA0E0B574424336" display-inline="no-display-inline"><enum>960.</enum><header>Availability of funds</header>

<subsection id="H1810374D59014B2285430D31549D6CF8"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to subsection (b), amounts authorized to be appropriated for fiscal year 2020 by this Act and available for the Air Force may be obligated and expended for programs, projects, and activities for space, including personnel and acquisition programs, projects, and activities, for and in connection with the establishment of the Space Force and the discharge of the other requirements of this title and the amendments made by this subtitle.</text></subsection>

<subsection id="H91C9770CCABC4463A24D732A566816E1"><enum>(b)</enum><header>Limitation</header><text>The total amount obligated and expended in fiscal year 2020 from amounts authorized to be appropriated by this Act for and in connection with the establishment of the Space Force and the discharge of the requirements described in subsection (a) may not exceed the total amount requested for the Space Force in the budget of the President for fiscal year 2020, as submitted to Congress pursuant to section 1105(a) of title 10, United States Code.</text></subsection></section>

<section id="HE4A20C743F4B41D19C075FA80619FF08"><enum>961.</enum><header>Implementation</header>

<subsection id="H1F222BDE92E240BA9B12EC88E3B59524"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">Except as specifically provided by this subtitle, the Secretary of the Air Force shall implement this subtitle, and the amendments made by this subtitle, by not later than 18 months after the date of the enactment of this Act.</text></subsection>

<subsection id="HA4DED11E7D2E485E944E22F4B3873F78"><enum>(b)</enum><header>Briefings</header><text>Not later than 60 days after the date of the enactment of this Act, and every 60 days thereafter until March 31, 2023, the Secretary of the Air Force and the Chief of Space Operations shall jointly provide to the congressional defense committees a briefing on the status of the implementation of the Space Force pursuant to this subtitle and the amendments made by this subtitle. Each briefing shall address the current missions, operations and activities, manpower requirements and status, and budget and funding requirements and status of the Space Force, and such other matters with respect to the implementation and operation of the Space Force as the Secretary and the Chief jointly consider appropriate to keep Congress fully and currently informed on the status of the implementation of the Space Force.</text></subsection></section></subtitle></title>

<title id="H7A8D93400CA04DB1BCAB4057A1696A57"><enum>X</enum><header>General Provisions</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H7A8D93400CA04DB1BCAB4057A1696A57" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H0B8831ECF53042BD9C8352EC83933DFD" level="subtitle">Subtitle Aâ€"Financial Matters</toc-entry>

<toc-entry idref="H287330D089F2492D8145AC391FFCF07C" level="section">Sec.â€‚1001.â€‚General transfer authority.</toc-entry>

<toc-entry idref="H7F9007CD767C45B28C7A3D71EB379890" level="section">Sec.â€‚1002.â€‚Defense Business Audit Remediation Plan.</toc-entry>

<toc-entry idref="H1A900FED4D7B4AC78BA5E4EEDF61A15D" level="section">Sec.â€‚1003.â€‚Financial improvement and audit remediation plan.</toc-

entry>

<toc-entry idref="H2C212BD3098D4E548753157B69F5479E"
level="section">Sec.â€‚1004.â€‚Reporting requirements relating to Department of Defense
audits.</toc-entry>

<toc-entry idref="H9789CA17A4BD45388BAEEB91E3A0D500"
level="section">Sec.â€‚1005.â€‚Inclusion of certain military construction projects in
annual reports on unfunded priorities of the Armed Forces and the combatant
commands.</toc-entry>

<toc-entry idref="H7782E93845114093B5B75AADFEA34A9D"
level="section">Sec.â€‚1006.â€‚Prohibition on delegation of responsibility for
submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-
Year Inventory numbers.</toc-entry>

<toc-entry idref="H6B8DA43DF56244A2AE76DAD5946BA3A4"
level="section">Sec.â€‚1007.â€‚Annual budget justification display for service-common
and other support and enabling capabilities for special operations forces.</toc-entry>

<toc-entry idref="HE224C825932942E9A8D10707A61F7FD5"
level="section">Sec.â€‚1008.â€‚Element in annual reports on the Financial Improvement
and Audit Remediation Plan on activities with respect to classified programs.</toc-
entry>

<toc-entry idref="H4DF212E2C34C451690BEF82FE56BDECE"
level="section">Sec.â€‚1009.â€‚Plan of the Department of Defense for financial
management information.</toc-entry>

<toc-entry idref="HD6DF4BC402E44842970BFE5AF074D1E2"
level="section">Sec.â€‚1010.â€‚Update of authorities and renaming of Department of
Defense Acquisition Workforce Development Fund.</toc-entry>

<toc-entry idref="H463BACECBD5C46349DEA7AF39FCD0889"
level="section">Sec.â€‚1011.â€‚Transparency of accounting firms used to support
Department of Defense audit.</toc-entry>

<toc-entry idref="HC676AFF68E73491981C3EA88A386E33E"
level="section">Sec.â€‚1012.â€‚Modification of required elements of annual reports on
emergency and extraordinary expenses of the Department of Defense.</toc-entry>

<toc-entry idref="HA565EB2188F840C0A4D8025D427C0D42" level="subtitle">Subtitle
Bâ€"Counterdrug Activities</toc-entry>

<toc-entry idref="HA146C80B66624CB99F244D285F038811"
level="section">Sec.â€‚1021.â€‚Modification of authority to support a unified
counterdrug and counterterrorism campaign in Colombia.</toc-entry>

<toc-entry idref="H3CA528C59BDF4AA9B724F16E53460E49"
level="section">Sec.â€‚1022.â€‚Extension of authority for joint task forces to provide
support to law enforcement agencies conducting counter-terrorism activities.</toc-
entry>

<toc-entry idref="H04893C7A31B94E978FB373C293B41738"
level="section">Sec.â€‚1023.â€‚Sense of Congress regarding Department of Defense
counterdrug activities in the transit zone and Caribbean basin.</toc-entry>

<toc-entry idref="H4F828E16A19F40A291FC5C21D1EBDAC9"
level="section">Sec.â€‚1024.â€‚Assessment of impact of any planned or proposed border
wall on volume of illegal narcotics.</toc-entry>

<toc-entry idref="H4DCDC39DDBDA44B29925C18F8EA70382" level="subtitle">Subtitle
Câ€"Naval Vessels</toc-entry>

<toc-entry idref="H833172BBC7F84659976DD5BF77E09CD3"
level="section">Sec.â€‚1031.â€‚Modification of authority to purchase vessels using
funds in National Defense Sealift Fund.</toc-entry>

<toc-entry idref="H81A4D9C4DC56402BB964BA683DCF8737" level="section">Sec.â€‚1032.â€‚Use
of National Defense Sealift Fund for procurement of two used vessels.</toc-entry>

<toc-entry idref="HB664422A43E94290B59792405044DC6B"

level="section">Sec.â€‌1033.â€‌Transportation by sea of supplies for the Armed Forces and Defense Agencies.</toc-entry>

<toc-entry idref="H10D3DA1258F54BA699183365AA54947E"
level="section">Sec.â€‌1034.â€‌Senior Technical Authority for each naval vessel class.</toc-entry>

<toc-entry idref="H98E9574E6C454327A302F3D26CE6EDAA"
level="section">Sec.â€‌1035.â€‌Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment.</toc-entry>

<toc-entry idref="H45CBBEF730194823A5DC742D5B1B9B81"
level="section">Sec.â€‌1036.â€‌Formal training for shipboard system programs of record.</toc-entry>

<toc-entry idref="H1E1CF97BFCC1434297A3E8CBC1DE28E2"
level="section">Sec.â€‌1037.â€‌Report on shipbuilder training and the defense industrial base.</toc-entry>

<toc-entry idref="H62E7AC3138A248E3873BBC859B2148C6" level="section">Sec.â€‌1038.â€‌Use of competitive procedures for CVNâ€"80 and CVNâ€"81 dual aircraft carrier contract.</toc-entry>

<toc-entry idref="HBC2FD4BFD3794456927DB0B38327A580"
level="section">Sec.â€‌1039.â€‌Report on expanding naval vessel maintenance.</toc-entry>

<toc-entry idref="H38FE8553513A4E06BDFB7C859EB2E5EE" level="subtitle">Subtitle Dâ€"Counterterrorism</toc-entry>

<toc-entry idref="HAE8C725AB38149CFB0665FEA183A045F"
level="section">Sec.â€‌1041.â€‌Modification of support of special operations to combat terrorism.</toc-entry>

<toc-entry idref="HDFDF103E5B6245BD96A06A5F1A08B8C9"
level="section">Sec.â€‌1042.â€‌Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries.</toc-entry>

<toc-entry idref="H58C196AB47C142F8B8816E8BF4A7C08A"
level="section">Sec.â€‌1043.â€‌Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.</toc-entry>

<toc-entry idref="H24282749BFF94C04AE465375CD0AC2B7"
level="section">Sec.â€‌1044.â€‌Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="H5E8DBDD269604186AC6636325639E202"
level="section">Sec.â€‌1045.â€‌Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="HABE113402E4C4CB8AB6EEB7FC9FC30E3"
level="section">Sec.â€‌1046.â€‌Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="HBB9B602C1EE04D70946F717B4D19ADDD"
level="section">Sec.â€‌1047.â€‌Independent assessment on gender and countering violent extremism.</toc-entry>

<toc-entry idref="H1DDCAEF7D27C49C09E6052BC779CED16" level="subtitle">Subtitle Eâ€"Miscellaneous Authorities and Limitations</toc-entry>

<toc-entry idref="H2DDCDB9B259146AE97427591DFDA1C15"
level="section">Sec.â€‌1051.â€‌Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments.</toc-entry>

<toc-entry idref="HBC62278E1F274794A62C8EC8EC7E11C2"
level="section">Sec.â€‌1052.â€‌Explosive ordnance defense disposal program.</toc-entry>

<toc-entry idref="H3D21F3BD7E45498A87EED5B16E18D363"

WASHSTATEC015047

```
level="section">Sec.â€,1053.â€,Technical correction and extension of reporting
requirement regarding enhancement of information sharing and coordination of military
training between Department of Homeland Security and Department of Defense.</toc-entry>

<toc-entry idref="H131CF95DBA3B4478A1E5A0D87BD47C7F"
level="section">Sec.â€,1054.â€,Notification on the provision of defense sensitive
support.</toc-entry>

<toc-entry idref="H8DA62979C31643808C803F7E983C7B70"
level="section">Sec.â€,1055.â€,Revision to authorities relating to mail service for
members of the Armed Forces and Department of Defense civilians overseas.</toc-entry>

<toc-entry idref="H33F42FB884B6492DB4CF25BD2660F1DE"
level="section">Sec.â€,1056.â€,Access to and use of military post offices by United
States citizens employed overseas by the North Atlantic Treaty Organization who perform
functions in support of military operations of the Armed Forces.</toc-entry>

<toc-entry idref="HFBF5A0FBF0EE43E7ADCC89ADD6BDB245"
level="section">Sec.â€,1057.â€,Expenditure of funds for Department of Defense
intelligence and counterintelligence activities.</toc-entry>

<toc-entry idref="H1741B50BBFB44C1B9074DE1A3DE964E6"
level="section">Sec.â€,1058.â€,Limitation on use of funds for the inactivation of Army
watercraft units.</toc-entry></toc>

<subtitle id="H0B8831ECF53042BD9C8352EC83933DFD"><enum>A</enum><header>Financial
Matters</header>

<section id="H287330D089F2492D8145AC391FFCF07C"><enum>1001.</enum><header>General
transfer authority</header>

<subsection id="HA92AAE3B5CA742CBA315E94D2B45790A"><enum>(a)</enum><header>Authority to
transfer authorizations</header>

<paragraph
id="H891CF79F0588400CBC074E457604845E"><enum>(1)</enum><header>Authority</header><text>
Upon determination by the Secretary of Defense that such action is necessary in the
national interest, the Secretary may transfer amounts of authorizations made available
to the Department of Defense in this division for fiscal year 2020 between any such
authorizations for that fiscal year (or any subdivisions thereof). Amounts of
authorizations so transferred shall be merged with and be available for the same
purposes as the authorization to which transferred.</text></paragraph>

<paragraph
id="HBF692E8EA3024D61BBCEE8ABC1B2F612"><enum>(2)</enum><header>Limitation</header><text
>Except as provided in paragraph (3), the total amount of authorizations that the
Secretary may transfer under the authority of this section may not exceed
$4,000,000,000.</text></paragraph>

<paragraph id="HA898CAD3FB9D41CCB85C39B8CEBBFC19"><enum>(3)</enum><header>Exception for
transfers between military personnel authorizations</header><text>A transfer of funds
between military personnel authorizations under title IV shall not be counted toward
the dollar limitation in paragraph (2).</text></paragraph></subsection>

<subsection
id="H6991A9DAB009479EBE11821EB7508E14"><enum>(b)</enum><header>Limitations</header><tex
t>The authority provided by subsection (a) to transfer authorizationsâ€"</text>

<paragraph id="HF875422DF24743A7AFF593FF294455D7"><enum>(1)</enum><text>may only be
used to provide authority for items that have a higher priority than the items from
which authority is transferred; and</text></paragraph>

<paragraph id="H251316C5809D49D493D0D6F386359EB3"><enum>(2)</enum><text>may not be used
to provide authority for an item that has been denied authorization by
Congress.</text></paragraph></subsection>

<subsection id="HDF8B8833FF8647FEA1D09D192B35FBCB"><enum>(c)</enum><header>Effect on
authorization amounts</header><text>A transfer made from one account to another under
the authority of this section shall be deemed to increase the amount authorized for the
account to which the amount is transferred by an amount equal to the amount
transferred.</text></subsection>
```

```
<subsection id="H4DC788B77264494F8D93E20DBF098AA7"><enum>(d)</enum><header>Notice to
congress</header><text>The Secretary shall promptly notify Congress of each transfer
made under subsection (a).</text></subsection></section>

<section id="H7F9007CD767C45B28C7A3D71EB379890" section-type="subsequent-section"
display-inline="no-display-inline"><enum>1002.</enum><header>Defense Business Audit
Remediation Plan</header>

<subsection id="H3A5DD25064F04240B80CD958DFD4E29B"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Chapter 9A of title 10,
United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="HFBB0E1D540304C4D85E56C52374BBC94" display-inline="no-
display-inline">

<section id="H24B99D0CF43A46BE9CE3F5F343E55793"><enum>240g.</enum><header>Defense
Business Audit Remediation Plan</header>

<subsection id="HEEE0CAAAFFDE4698A3F4E538AC387753"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense
shall maintain a plan, to be known as the <quote>Defense Business Systems Audit
Remediation Plan</quote>. Such plan shall include a current accounting of the defense
business systems of the Department of Defense that will be introduced, replaced,
updated, modified, or retired in connection with the audit of the full financial
statements of the Department, including a comprehensive roadmap that displaysâ€"</text>

<paragraph id="H196DF745292441118283619B8EA4D73"><enum>(1)</enum><text>in-service,
retirement, and other pertinent dates for affected defense business
systems;</text></paragraph>

<paragraph id="H77ABC01F729D43C49659A074DA99A1BC"><enum>(2)</enum><text>current cost-
to-complete estimates for each affected defense business system; and</text></paragraph>

<paragraph id="HEB22A5880E91444B8665781CD498F3EA"><enum>(3)</enum><text>dependencies
both between the various defense business systems and between the introduction,
replacement, update, modification, and retirement of such
systems.</text></paragraph></subsection>

<subsection id="H98982550C5C744039DA6F2CE025E6CD0"><enum>(b)</enum><header>Report and
briefing requirements</header>

<paragraph id="H7494C66D67A54EA69AB5A73669201DC0"><enum>(1)</enum><header>Annual
report</header><text display-inline="yes-display-inline">Not later than June 30, 2020,
and annually thereafter, the Secretary of Defense shall submit to the congressional
defense committees an updated report on the Defense Business Systems Audit Remediation
Plan under subsection (a).</text></paragraph>

<paragraph id="H24F57ED163214843954F59B49A1E3460"><enum>(2)</enum><header>Semiannual
briefings</header><text display-inline="yes-display-inline">Not later than January 31
and June 30 each year, the Secretary shall provide to the congressional defense
committees a briefing on the status of the Defense Business Systems Audit Remediation
Plan. Such briefing shall include a description of any updates to the defense business
systems roadmap referred to in subsection (a).</text></paragraph></subsection>

<subsection id="H13485364B77B4F4EBA3B96ADCCDBDA98"><enum>(c)</enum><header>Defense
business system</header><text>In this section, the term <quote>defense business
system</quote> has the meaning given such term in section 2222(i)(1)(A) of this title.
</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="H32CD9A4EB2F841A29158332DB69C6709"><enum>(b)</enum><header>Clerical
amendment</header><text display-inline="yes-display-inline">The table of sections at
the beginning of such chapter is amended by adding at the end the following new
item:</text>

<quoted-block style="USC" id="HF7193D653AE84912A035AE4FFD132A8E" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">240g. Defense Business Audit Remediation Plan.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-
```

WASHSTATEC015049

block></subsection></section>

<section id="H1A900FED4D7B4AC78BA5E4EEDF61A15D"><enum>1003.</enum><header>Financial improvement and audit remediation plan</header>

<subsection id="H62435CEDB165498FB17B07780438AF81"><enum>(a)</enum><header>Elements of annual report</header><text display-inline="yes-display-inline">Subsection (b)(1)(B) of section 240b of title 10, United States Code, is amended—</text>

<paragraph id="HA3A59F17FC0B4AE8A2D879FC91F5F81E"><enum>(1)</enum><text>in clause (vii)—</text>

<subparagraph id="HDA5511CF579D4D718D54903AD8215857"><enum>(A)</enum><text>by striking <quote>or if less than 50 percent of the audit remediation services</quote>; and</text></subparagraph>

<subparagraph id="HCE62016C594C4467942694A54CC6CFAF"><enum>(B)</enum><text>by striking <quote>and audit remediation activities</quote>; and </text></subparagraph></paragraph>

<paragraph id="HC1F1B5E8F961494197A06AB0345DE88C"><enum>(2)</enum><text>in clause (viii), by striking <quote>or if less than 25 percent of the audit remediation services</quote>.</text></paragraph></subsection>

<subsection id="HE3A53F46B0A94309BEBC5B11ABDED9B5"><enum>(b)</enum><header>Semiannual briefings</header><text>Subsection (b)(2) of such section is amended by striking <quote>or audit remediation</quote>.</text></subsection>

<subsection id="HCB061941D3A24834B978428A6977DC10"><enum>(c)</enum><header>Audit remediation services</header><text>Subsection (b) of such section is further amended—</text>

<paragraph id="H79DC34513E8243CE8A45F2B9C5B42D4E"><enum>(1)</enum><text>in paragraph (1)(B), by adding at the end the following new clauses:</text>

<quoted-block style="USC" id="H026D3305B3D943D0BE5A537ADBB5DF7A" display-inline="no-display-inline">

<clause id="H5F093C9A72B14D84AC83664C135E2F52"><enum>(ix)</enum><text display-inline="yes-display-inline">If less than 50 percent of the audit remediation services under contract, as described in the briefing required under paragraph (2)(B), are being performed by individual professionals meeting the qualifications described in subsection (c), a detailed description of the risks associated with the risks of the acquisition strategy of the Department with respect to conducting audit remediation activities and an explanation of how the strategy complies with the policies expressed by Congress.</text></clause>

<clause id="HE27E8957FA9B4B689C378E24B8962EC1"><enum>(x)</enum><text display-inline="yes-display-inline">If less than 25 percent of the audit remediation services under contract, as described in the briefing required under paragraph (2)(B), are being performed by individual professionals meeting the qualifications described in subsection (c), a written certification that the staffing ratio complies with commercial best practices and presents no increased risk of delay in the Department's ability to achieve a clean audit opinion.</text></clause><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HF50AD907A67744948D9C080B1E25967F"><enum>(2)</enum><text>in paragraph (2)—</text>

<subparagraph id="H4764CCFF138941ACAE6F6DC323FFDC40"><enum>(A)</enum><text>by striking <quote>Not later</quote> and inserting <quote>(A) Not later</quote>; and</text></subparagraph>

<subparagraph id="HC3E43D2FAD7E461AB4ACD176F17E1042"><enum>(B)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block style="USC" id="H629F62487C314878A0B6BEFA67B7A0F9" display-inline="no-display-inline">

<subparagraph id="H2D17CD947D81486B968A50C8798548B0" display-inline="no-display-inline" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">Not later than January 31 and June 30 each year, the Under Secretary of Defense (Comptroller) and the comptrollers of the military departments shall provide a briefing to the congressional

defense committees on the status of the corrective action plan. Such briefing shall include both the absolute number and percentage of personnel performing the amount of audit remediation services being performed by professionals meeting the qualifications described in subsection (c).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H3B1B5338460D4755900A9A559E98D524"><enum>(d)</enum><header>Selection of audit remediation services</header><text>Such section is further amended by adding at the end the following new subsection:</text>

<quoted-block style="USC" id="H808C3AFC11514EDE91BA8065BD62DBA3" display-inline="no-display-inline">

<subsection id="HC3A73FAB52A842FCA4F6C7BBB54631AD"><enum>(c)</enum><header>Selection of audit remediation services</header><text display-inline="yes-display-inline">The selection of audit remediation service providers shall be based, among other appropriate criteria, on qualifications, relevant experience, and capacity to develop and implement corrective action plans to address internal control and compliance deficiencies identified during a financial statement or program audit.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></quoted-block></subsection></section>

<section id="H2C212BD3098D4E548753157B69F5479E" section-type="subsequent-section"><enum>1004.</enum><header>Reporting requirements relating to Department of Defense audits</header>

<subsection id="HE0C2BD9586B44D4984AF1AF54C967E87"><enum>(a)</enum><header>Annual report</header>

<paragraph id="H7E4C1ACBC1274908B1B6CE5FF87E7E64"><enum>(1)</enum><header>In general</header><text>Chapter 9A of title 10, United States Code, as amended by section 1002 is further amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H062C7CAF67D7404A8C01694207A1EDCF" display-inline="no-display-inline">

<section id="H09FD24B678AB4FC780F989B3139A9EB9"><enum>240h.</enum><header>Annual report on auditable financial statements</header>

<subsection id="H02D2D811D88348D5BA6075E0A8777C13"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than January 30 of each year, the Secretary of Defense shall submit to the congressional defense committees a report that includes a ranking of all of the military departments and Defense Agencies in order of how advanced each such department and Agency is in achieving auditable financial statements, as required by law. In preparing the report, the Secretary shall seek to exclude information that is otherwise available in other reports to Congress.</text></subsection>

<subsection id="HC6036E8766E147A1BA732A115BE2D9ED"><enum>(b)</enum><header>Bottom quartile</header><text>Not later than June 30 of each year, the head of each of the military departments and Defense Agencies that were ranked in the bottom quartile of the report submitted under subsection (a) for that year shall submit to the congressional defense committees a report that includes the following information for that military department or Defense Agency:</text>

<paragraph id="HF92B0B345C374A2DBDF6114829EC7662"><enum>(1)</enum><text>A description of the material weaknesses of the military department or Defense Agency.</text></paragraph>

<paragraph id="HA06F1F7CCBB44BDA853C352AEFCF3106"><enum>(2)</enum><text>The underlying causes of such weaknesses.</text></paragraph>

<paragraph id="HB281C597E7C84DED84846A697125BE90"><enum>(3)</enum><text>A plan for remediating such weaknesses.</text></paragraph>

<paragraph id="H2116762AEF214EC5AFF4D042D5ED4209"><enum>(4)</enum><text display-inline="yes-display-inline">The total number of open audit notices of findings and recommendations (hereinafter referred to as <quote>NFRs</quote>) for the most recently concluded fiscal year and the preceding two fiscal years, where applicable.</text></paragraph>

WASHSTATEC015051

```
<paragraph id="H4FB103EA3B2A48448DE09CE9DCEFB8B8"><enum>(5)</enum><text>The number of
repeat or reissued NFRs from the most recently concluded fiscal
year.</text></paragraph>

<paragraph id="H77EC1ECEB50B467199B04AD6DE995A35"><enum>(6)</enum><text>The number of
NFRs that were previously forecasted to be closed during the most recently concluded
fiscal year that remain open.</text></paragraph>

<paragraph id="H37834E99E0684FB68E9D0B278DC50C1E"><enum>(7)</enum><text>The number of
closed NFRs during the current fiscal year and prior fiscal years.</text></paragraph>

<paragraph id="H9DDE40ABD5094EC99AE96BD2D274D48E"><enum>(8)</enum><text>The number of
material weaknesses that were validated by external auditors as fully resolved or
downgraded in the current fiscal year over prior fiscal years.</text></paragraph>

<paragraph id="H4BFE1C889133474E91FA297D67AA02B6"><enum>(9)</enum><text>A breakdown by
fiscal years in which open NFRs are forecasted to be closed.</text></paragraph>

<paragraph id="HEC1F72CD44FD4681BCD67158D61168A2"><enum>(10)</enum><text>Explanations
for unfavorable trends in the information under paragraphs (1) through
(9).</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>

<paragraph id="H335E2BB01D6246DF88F7961E85B96F61"><enum>(2)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of such chapter , as
amended by section 1002 is futher amended by adding at the end the following new
item:</text>

<quoted-block style="USC" id="H04EBAC19A94B4C8FA551646F10938831" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">240h. Annual report on auditable financial statements.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection id="HFE9295EB7E244FF6935F87196E138AB8"><enum>(b)</enum><header>Plan for
remediated audit findings</header><text display-inline="yes-display-inline">Not later
than 90 days after the date of the enactment of this Act, the Secretary of Defense
shall submit to the congressional defense committees a report on Department-wide audit
metrics. Such report shall include each of the following:</text>

<paragraph id="H1DAF812014634F2A9953BAE6113C4668"><enum>(1)</enum><text display-
inline="yes-display-inline">The total number of open audit notices of findings and
recommendations (hereinafter referred to as <quote>NFRs</quote>) for the most recent
fiscal year and the preceding two fiscal years where applicable.</text></paragraph>

<paragraph id="HB265EC2162AA4DFF874EC4F8ACCCD39F"><enum>(2)</enum><text>The number of
repeat or reissued NFRs from the most recent fiscal year.</text></paragraph>

<paragraph id="H08B67714B9EE4A4EBC5D54B5361A73FA"><enum>(3)</enum><text>The number of
NFRs that were previously forecasted to be closed in the most recently completed fiscal
year that remain open,</text></paragraph>

<paragraph id="HED6CF8E318264E9EAB1FCB5A2EF204BF"><enum>(4)</enum><text>The number of
closed NFRs in the current fiscal year and prior fiscal years.</text></paragraph>

<paragraph id="HF25C63D1BCAC4F5A84F08CDD4E818249"><enum>(5)</enum><text>The number of
material weaknesses that were validated by external auditors as fully resolved or
downgraded in the current fiscal year over prior fiscal years.</text></paragraph>

<paragraph id="H5EB8FA197B0D41E5962B97D122583DE6"><enum>(6)</enum><text>A breakdown by
fiscal years in which open NFRs are forecasted to be closed.</text></paragraph>

<paragraph id="H1C5FF3637DF5467D975DD299619CCB5A"><enum>(7)</enum><text>Explanations
for unfavorable trends in the information under paragraphs (1) through
(5).</text></paragraph></subsection></section>

<section id="H9789CA17A4BD45388BAEEB91E3A0D500"><enum>1005.</enum><header>Inclusion of
certain military construction projects in annual reports on unfunded priorities of the
Armed Forces and the combatant commands</header>
```

&lt;subsection id="H6C156DBD701146E3BD7D0ED729EE004C"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Inclusion of certain military construction projects among unfunded priorities&lt;/header&gt;&lt;text&gt;Subsection (d) of section 222a of title 10, United States Code, is amended to read as follows:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="H51B59EAC66E64D52BEAAE046745B7601" style="OLC"&gt;

&lt;subsection id="H8F72E20124204D929280B850E985FADA"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header&gt;Definitions&lt;/header&gt;&lt;text&gt;In this section:&lt;/text&gt;

&lt;paragraph id="HD8090FEE180C4E96910FDD87D891911A"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;The term &lt;term&gt;unfunded priority&lt;/term&gt;, in the case of a fiscal year, means a program, activity, or mission requirement, including a covered military construction project, thatâ€"&lt;/text&gt;

&lt;subparagraph id="H90644C528D1C486CB043C87ACB7A36B9"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;is not funded in the budget of the President for the fiscal year as submitted to Congress pursuant to section 1105 of title 31;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H7C4943C928BC43C68F3A053B12274549"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;is necessary to fulfill a requirement associated with an operational or contingency plan of a combatant command or other validated requirement; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H49F696AF82864FF1B0C716E339C1E087"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;would have been recommended for funding through the budget referred to in subparagraph (1) by the officer submitting the report required by subsection (a) in connection with the budget ifâ€"&lt;/text&gt;

&lt;clause id="HADA1BDED05B641099FE1C2D40976AB09"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;additional resources been available for the budget to fund the program, activity, or mission requirement; or&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H7B06DB13DF2441C6B0C2F9D557D41045"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;the program, activity, or mission requirement has emerged since the budget was formulated.&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H32533C0E1FCF455C9F64B745ACD8F982"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;The term &lt;term&gt;covered military construction project&lt;/term&gt;, in connection with a fiscal year, means a military construction project thatâ€"&lt;/text&gt;

&lt;subparagraph id="H5F2E8BF4A44E432FA0B8EE9991CE4CA2"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;is included in any fiscal year of the future-years defense program under section 221 of this title that is submitted in connection with the budget of the President for the fiscal year, and is executable in the fiscal year; or&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HEF2AFFF665784F008038783597435BF0"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;is considered by the commander of a combatant command referred to in subsection (b)(5) to be an urgent need, and is executable in the fiscal year.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/subsection&gt;

&lt;subsection id="H784EC0BB4DB74534990464B622B15446"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Order of urgency of priorities&lt;/header&gt;&lt;text&gt;Paragraph (2) of subsection (c) of such section is amended to read as follows:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="H9A14DE7FFDC54B00991CCD4C74BCBAD8" style="OLC"&gt;

&lt;paragraph id="H1B7CBFB5787348B5973EB2E6120B6182"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Prioritization of priorities&lt;/header&gt;&lt;text&gt;Each report shall present the unfunded priorities covered by such report as follows:&lt;/text&gt;

&lt;subparagraph id="H49E29CF1F80B4B59B1D76363A18B208E"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;In overall order of urgency of priority.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H7BDF2EF4897D41F3BCDCC22E91A301A1"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;In overall order of urgency of priority among unfunded priorities (other than covered military construction projects).&lt;/text&gt;&lt;/subparagraph&gt;

WASHSTATEC015053

```
<subparagraph id="H7130AD72A24043179436C4D1052DBBA6"><enum>(C)</enum><text>In overall
order of urgency of priority among covered military construction
projects.</text></subparagraph></paragraph></after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="H7782E93845114093B5B75AADFEA34A9D"><enum>1006.</enum><header>Prohibition
on delegation of responsibility for submittal to Congress of Out-Year Unconstrained
Total Munitions Requirements and Out-Year Inventory numbers</header><text display-
inline="no-display-inline">Section 222c of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="HDE0AD5A269B4474E93058627AF0F7260"><enum>(1)</enum><text>in subsection
(a), by striking <quote>subsection (b)</quote> and inserting <quote>subsection
(c)</quote>;</text></paragraph>

<paragraph id="H615A4B6C36ED4929B6C5E580826FBF2E"><enum>(2)</enum><text>by
redesignating subsections (b), (c), and (d) as subsections (c), (d), and (e),
respectively;</text></paragraph>

<paragraph id="HCB53FE32D19842618DE184253D0FE18D"><enum>(3)</enum><text>by inserting
after subsection (a) the following new subsection (b):</text>

<quoted-block display-inline="no-display-inline" id="H3B5AF25FAE984594823F10F04F9A0515"
style="OLC">

<subsection id="HF299B43A7EF242BCADB90DE74C786BCF"><enum>(b)</enum><header>Prohibition
on delegation of submittal responsibility</header><text>The responsibility of the chief
of staff of an armed force in subsection (a) to submit a report may not be delegated
outside the armed force concerned.</text></subsection><after-quoted-block>; and</after-
quoted-block></quoted-block></paragraph>

<paragraph id="H85FA6E66BC9A4FF48CFD15A3D6E88434"><enum>(4)</enum><text>in subsection
(c), as redesignated by paragraph (2), by striking <quote>subsection (c)</quote> in
paragraph (6) and inserting <quote>subsection (d)</quote>.</text></paragraph></section>

<section id="H6B8DA43DF56244A2AE76DAD5946BA3A4" section-type="subsequent-
section"><enum>1007.</enum><header>Annual budget justification display for service-
common and other support and enabling capabilities for special operations
forces</header>

<subsection id="H17E9371AFB064225AF85C644FEFBA201"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Chapter 9 of title 10, United
States Code, is amended by inserting after section 225 the following new
section:</text>

<quoted-block style="USC" id="HB15DF50901F04BBC9E981C595280B1CE" display-inline="no-
display-inline">

<section id="H8543739239B24914B70435BF3A080A6D"><enum>226.</enum><header>Special
operations forces: display of service-common and other support and enabling
capabilities</header>

<subsection id="H77B212EDDF7344D8A089AC19D1A06594"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary shall include,
in the budget materials submitted to Congress under section 1105 of title 31 for fiscal
year 2021 and any subsequent fiscal year, a consolidated budget justification display
showing service-common and other support and enabling capabilities for special
operations forces requested by a military service or Defense Agency. Such budget
justification display shall include any amount for service-common or other capability
development and acquisition, training, operations, pay, base operations sustainment,
and other common services and support.</text></subsection>

<subsection id="H044CF929034742958646A12911D4B0F0"><enum>(b)</enum><header>Service-
common and other support and enabling capabilities</header><text display-inline="yes-
display-inline">In this section, the term <quote>service-common and other support and
enabling capabilities</quote> means capabilities provided in support of special
operations that are not reflected in Major Force Programâ€"11 or designated as special
operations forces-peculiar.</text></subsection></section><after-quoted-block>.</after-
quoted-block></quoted-block></subsection>

<subsection id="H4EFC338555E64788A514845401D14AFC"><enum>(b)</enum><header>Clerical
```

amendment</header><text>The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 225 the following new item:</text>

<quoted-block style="USC" id="H9A217A4BCD244E4AA6AA20E517332C51" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">226. Special operations forces: display of service-common and other support and enabling capabilities.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HE224C825932942E9A8D10707A61F7FD5"><enum>1008.</enum><header>Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs</header><text display-inline="no-display-inline">Section 240b(b)(1) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H7D8F293F77214C96AA59AF8021BD8CD1"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (B), as amended by section 1003, by adding at the end the following new clause:</text>

<quoted-block display-inline="no-display-inline" id="HC86DEB08FF6A4C73AD2153CCBBF14706" style="OLC">

<clause id="H1029CD81BBAD40079A6DEC92E64A0F88"><enum>(xi)</enum><text>A description of audit activities and results for classified programs, including a description of the use of procedures and requirements to prevent unauthorized exposure of classified information in such activities.</text></clause><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HA38A40B9B9D24027ACFD2E91B2A7B4DB"><enum>(2)</enum><text>in subparagraph (C)(i), by inserting <quote>or (ix)</quote> after <quote>clause (vii)</quote>.</text></paragraph></section>

<section id="H4DF212E2C34C451690BEF82FE56BDECE"><enum>1009.</enum><header>Plan of the Department of Defense for financial management information</header>

<subsection id="H5F8A560AB38C40CD824ED77F54D6004B"><enum>(a)</enum><header>Element on support of NDS by corrective action plans</header><text>Section 240b(b)(1)(B) of title 10, United States Code, as amended by section 1008 of this Act, is further amended by adding at the end the following new clause:</text>

<quoted-block display-inline="no-display-inline" id="H869D8AB2EC52474C9940AF617CFAD1FA" style="OLC">

<clause id="H0DC8A78E16C94783AC117806A4F1CED2"><enum>(xii)</enum><text>An identification the manner in which the corrective action plan or plans of each department, agency, component, or element of the Department of Defense, and the corrective action plan of the Department as a whole, support the National Defense Strategy (NDS) of the United States.</text></clause><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF1B8B82EBFA3437B86C3ED3C29BBBB80"><enum>(b)</enum><header display-inline="yes-display-inline">Technical amendment</header><text display-inline="yes-display-inline">Clause (i) of such section is amended by striking <quote>section 253a</quote> and inserting <quote>section 240c</quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB3AB17C507C443A0A8A3A91D79028516"><enum>(c)</enum><header>Annual reports on funding for corrective action plans</header><text>Not later than five days after the submittal to Congress under section 1105(a) of title 31, United States Code, of the budget of the President for any fiscal year after fiscal year 2020, the Secretary of Defense shall submit to the congressional defense committees a reporting setting forth a detailed estimate of the funding required for such fiscal year to procure, obtain, or otherwise implement each process, system, and technology identified to address the current corrective action plans of the departments, agencies, components, and elements of the Department of Defense, and the corrective action plan of the Department as a whole, for purposes of chapter 9A of title 10, United States Code, during such fiscal year.</text></subsection></section>

```
<section id="HD6DF4BC402E44842970BFE5AF074D1E2"><enum>1010.</enum><header>Update of
authorities and renaming of Department of Defense Acquisition Workforce Development
Fund</header>

<subsection id="HEA5CA5C5AABF43C58C8EF18B6FD3AF1D"><enum>(a)</enum><header>Renaming as
Account</header>

<paragraph id="HFFE40A92F8A1488AB6CADC24258DF13C"><enum>(1)</enum><header>In
general</header><text>Section 1705 of title 10, United States Code, is
amendedâ€"</text>

<subparagraph id="H10625BDFFC8E40DFB2BD890DD3FAB7D4"><enum>(A)</enum><text>in
subsection (a), by striking <quote>the <quote>Department of Defense Acquisition
Workforce Development Fund</quote> (in this section referred to as the
<quote>Fund</quote>)</quote> and inserting <quote>the <quote>Department of Defense
Acquisition Workforce Development Account</quote> (in this section referred to as the
<quote>Account</quote>)</quote>; and</text></subparagraph>

<subparagraph id="H75CB95D6C6864851AB509AAF8F017FA1"><enum>(B)</enum><text>by striking
<quote>Fund</quote> each place it appears (other than subsection (e)(6)) and inserting
<quote>Account</quote>.</text></subparagraph></paragraph>

<paragraph id="H79CBBC68EDFA49F0BE6F7C03E6AD622C"><enum>(2)</enum><header>Conforming
and clerical amendments</header>

<subparagraph id="HDD72098328BD4828A79C84560AAD091C"><enum>(A)</enum><header>Section
heading</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H2799008438AB402C96183ED0B3C5B830"
style="USC">

<section id="HCE103C650F2D4A719CEF5CB215FB1080"><enum>1705.</enum><header>Department of
Defense Acquisition Workforce Development Account</header></section><after-quoted-
block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H17020DFCEB0A4316BF3C2CC0A4EDEE65"><enum>(B)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of subchapter I of
chapter 87 of such title is amended by striking the item relating to section 1705 and
inserting the following new item:</text>

<quoted-block id="H66D958661B264932B3D89BF9AD971994" style="USC">

<toc>

<toc-entry level="section">1705. Department of Defense Acquisition Workforce
Development Account.</toc-entry></toc><after-quoted-block>.</after-quoted-
block></quoted-block></subparagraph></paragraph></subsection>

<subsection
id="HC1A1618EB1C24E5BAE9E4079A265795D"><enum>(b)</enum><header>Management</header><text
>Such section is further amended by striking <quote>Under Secretary of Defense for
Acquisition, Technology, and Logistics</quote> each place it appears and inserting
<quote>Under Secretary of Defense for Acquisition and
Sustainment</quote>.</text></subsection>

<subsection
id="HA973C9655EE5496EA1510C60910B732A"><enum>(c)</enum><header>Appropriations as sole
elements of Account</header><text>Subsection (d) of such section is amended to read as
follows:</text>

<quoted-block display-inline="no-display-inline" id="HA2FA9BFBE0D3461F9D48DEF306C2FCA7"
style="OLC">

<subsection
id="H00B60F078BEC4018A3ADF57050C8BA26"><enum>(d)</enum><header>Elements</header><text>T
he Account shall consist of amounts appropriated to the Account by
law.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="HE36CDB6AF9184DD093EA99EDC9505BC7"><enum>(d)</enum><header>Availability
of amounts in Account</header><text>Subsection (e)(6) of such section is amended by
striking <quote>credited to the Fund</quote> and all that follows and inserting
```

WASHSTATEC015056

<quote>appropriated to the Account pursuant to subsection (d) shall remain available for expenditure for the fiscal year in which appropriated and the succeeding fiscal year.</quote>.</text></subsection>

<subsection id="H19E9FF6FA31A4EFEA29587A2E07CBB97"><enum>(e)</enum><header>Effective date</header>

<paragraph id="HDB1A1BDFFD2449C99FD2085608C6C0B6"><enum>(1)</enum><header>In general</header><text>The amendments made by this section shall take effect on October 1, 2019, and shall apply with respect to fiscal years that begin on or after that date.</text></paragraph>

<paragraph id="HF6A93EACCA3143AA83F77522B3E3EAE6"><enum>(2)</enum><header>Duration of availability of previously deposited funds</header><text>Nothing in the amendments made by this section shall modify the duration of availability of amounts in the Department of Defense Acquisition Workforce Development Fund that were appropriated or credited to, or deposited, in the Fund, before October 1, 2019, as provided for in section 1705(e)(6) of title 10, United States Code, as in effect on the day before such date.</text></paragraph></subsection></section>

<section id="H463BACECBD5C46349DEA7AF39FCD0889" section-type="subsequent-section"><enum>1011.</enum><header>Transparency of accounting firms used to support Department of Defense audit</header><text display-inline="no-display-inline">Section 1006 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"</text>

<paragraph id="HF0E4C36869434C82869369F03DD9C08D"><enum>(1)</enum><text>by striking <quote>For all contract actions</quote> and inserting <quote>(a) <header-in-text level="subsection" style="OLC">In general.â€"</header-in-text>For all contract actions</quote>; and</text></paragraph>

<paragraph id="H9E974858D465492A8189FD5B12F4CDA5"><enum>(2)</enum><text>by adding at the end the following new subsections</text></paragraph>

<quoted-block style="OLC" id="HB4C4050B82B9476DA94352EF8155E6F2" display-inline="no-display-inline">

<subsection id="H200E34D0AD434D83A9EBC9BCA32B398D"><enum>(b)</enum><header>Treatment of statement</header><text display-inline="yes-display-inline">A statement setting forth the details of a disciplinary proceeding submitted pursuant to subsection (a), and the information contained in such a statement, shall beâ€"</text>

<paragraph id="H30D4202E7EE24A9F91F6575FA5B326CC"><enum>(1)</enum><text>treated as confidential to the extent required by the court or agency in which the proceeding has occurred; and</text></paragraph>

<paragraph id="H03D46A03A5DE4387A2C61F71ACC78AB5"><enum>(2)</enum><text display-inline="yes-display-inline">treated in a manner consistent with any protections or privileges established by any other provision of Federal law.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HC676AFF68E73491981C3EA88A386E33E"><enum>1012.</enum><header>Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense</header><text display-inline="no-display-inline">Paragraph (2) of section 127(d) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H1EB641AF1DDF4386A542C940986B140A" style="OLC">

<paragraph id="H83D05AB53619493BA8393F260E6D0314" indent="up1"><enum>(2)</enum><text>Each report submitted under paragraph (1) shall include, for each individual expenditure covered by such report in an amount in excess of $100,000, the following:</text>

<subparagraph id="H4DE09A25D69A4A25BEA2F9CBCDCFD022"><enum>(A)</enum><text>A detailed description of the purpose of such expenditure.</text></subparagraph>

<subparagraph id="HC69087F822AE478B8B8D329016DBA02A"><enum>(B)</enum><text>The amount of such expenditure.</text></subparagraph>

<subparagraph id="H6CE2AE7859314721A2CAD133CBFA9C41"><enum>(C)</enum><text>An

identification of the approving authority for such expenditure.</text></subparagraph>

<subparagraph id="H5A7BFAE8408B4DA1820851436FDDC965"><enum>(D)</enum><text>A justification why other authorities available to the Department could not be used for such expenditure.</text></subparagraph>

<subparagraph id="HC8E1025F214D4AF2BF152B835C6B8562"><enum>(E)</enum><text>Any other matters the Secretary considers appropriate.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="HA565EB2188F840C0A4D8025D427C0D42"><enum>B</enum><header>Counterdrug Activities</header>

<section commented="no" display-inline="no-display-inline" id="HA146C80B66624CB99F244D285F038811" section-type="subsequent-section"><enum>1021.</enum><header display-inline="yes-display-inline">Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia</header>

<subsection commented="no" display-inline="no-display-inline" id="HFEA5330E8C5147BAA230BF880175D967"><enum>(a)</enum><header display-inline="yes-display-inline">Organizations with respect to which assistance may be provided</header><text display-inline="yes-display-inline">Subsection (a) of section 1021 of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108â€"375; 118 Stat. 2042), as most recently amended by section 1011(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1545), is further amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H603AE6CD4E9E4CD09D94F494D58795B8"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>organizations designated as</quote> and all that follows and inserting <quote>the Revolutionary Armed Forces of Colombia (FARC), the National Liberation Army (ELN), the United Self-Defense Forces of Colombia (AUC), and any covered organization that the Secretary of Defense, with the concurrence of the Secretary of State, determines poses a threat to the national security interests of the United States.</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5A1B09453A1A4FCAB2114A84F48BA749"><enum>(2)</enum><text>by redesignating paragraph (2) as paragraph (3); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3E6E3690E3AB45439FFC18FD7FC8091F"><enum>(3)</enum><text>by inserting after paragraph (1) the following new paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HB5007953396B4AEA856B03726215F537" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HDB02B2D9EE2F490592F128168CFBCF08" indent="up1"><enum>(2)</enum><text>For purposes of paragraph (1), a covered organization is any foreign terrorist organization, or other organization that is a non-state armed group, thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H09B3DE03934A40CA9FAC4C338BC6D4AF"><enum>(A)</enum><text>promotes illicit economies;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8AC314E0BC5946839DF876C8A8887D00"><enum>(B)</enum><text>employs violence to protect its interests;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1031DA03E5AA491CA9C5435E835B391A"><enum>(C)</enum><text>has a military type structure, tactics, and weapons that provide it the ability to carry out large-scale violence;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H241B832AFA064F0B8AF611B42378031C"><enum>(D)</enum><text>challenges the security response capacity of Colombia; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

```
id="HAF56B52C09E64E27BC55FA28CA3351D3"><enum>(E)</enum><text>has the capability to
control territory.</text></subparagraph></paragraph><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H99BB20AAE46C44FFAB66392C09BB0C28"><enum>(b)</enum><header>Notice on
assistance</header><text>Such section is further amended—"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HCBAC2824430C45CFAC12227E9B64D88E"><enum>(1)</enum><text>by redesignating
subsections (e) and (f) as subsections (f) and (g), respectively;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H321A31841FE4454E8E84D97111D7775A"><enum>(2)</enum><text>by inserting after
subsection (d) the following new subsection (e):</text>

<quoted-block display-inline="no-display-inline" id="H6E1E905B50094A81900F33647D510535"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H707BE9EE600946269E15771387395EB1"><enum>(e)</enum><header>Notice on assistance
with respect to covered organizations</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H799BBF2996914AB59BF9F7539924E4A4"><enum>(1)</enum><text>Not later than 30 days
before providing assistance pursuant to the authority in subsection (a) with respect to
a covered organization, the Secretary of Defense shall submit to the appropriate
committees of Congress a written notification of the intent to use such authority with
respect to such organization, including the name of such organization, the
characteristics of such organization, and threat posed by such
organization.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0A1285DFF0FA46FF9B5B30F5748419B0" indent="up1"><enum>(2)</enum><text>In this
subsection, the term <term>appropriate committees of Congress</term> means—"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4995F74A56744BA8BCA2EDCFB38E9B14"><enum>(A)</enum><text>the Committee on Armed
Services and the Committee on Foreign Relations of the Senate;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H88474F343D8341049F7C91CDE592F9E8"><enum>(B)</enum><text>the Committee on Armed
Services and the Committee on Foreign Affairs of the House of
Representatives.</text></subparagraph></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H3CA528C59BDF4AA9B724F16E53460E49" section-type="subsequent-
section"><enum>1022.</enum><header>Extension of authority for joint task forces to
provide support to law enforcement agencies conducting counter-terrorism
activities</header>

<subsection
id="H0A8F03BB57294840ABA7C9005F23D434"><enum>(a)</enum><header>Extension</header><text
display-inline="yes-display-inline">Subsection (b) of section 1022 of the National
Defense Authorization Act for Fiscal Year 2004 (Public Law 108—136; 10 U.S.C. 271
note) is amended by striking <quote>2020</quote> and inserting
<quote>2022</quote>.</text></subsection>

<subsection id="H12430D26513D43A2BC8D4748120FF181"><enum>(b)</enum><header>Technical
corrections</header><text display-inline="yes-display-inline">Subsection (e) of such
section is amended—"</text>

<paragraph id="H78770F76EBFC4DA3BE52938D3BFEAE2C"><enum>(1)</enum><text>in paragraph
(1), by inserting a period at the end; and</text></paragraph>

<paragraph id="H1A1E1665FF2A4BE5869358940752F370"><enum>(2)</enum><text>by adding at
the end the following paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HD2167CD382494D4786D5ED47712DB9DD"
```

WASHSTATEC015059

```
style="USC">

<paragraph id="H9758EF2786B441899229DB162BAC817C" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">For purposes of applying the definition of
transnational organized crime under paragraph (1) to this section, the term
<quote>illegal means</quote>, as it appears in such definition, includes the
trafficking of money, human trafficking, illicit financial flows, illegal trade in
natural resources and wildlife, trade in illegal drugs and weapons, and other forms of
illegal means determined by the Secretary of Defense.</text></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H04893C7A31B94E978FB373C293B41738"><enum>1023.</enum><header>Sense of
Congress regarding Department of Defense counterdrug activities in the transit zone and
Caribbean basin</header><text display-inline="no-display-inline">It is the sense of
Congress thatâ€"</text>

<paragraph id="HB49B9EAC147C40D4B7995038D17CDCA3"><enum>(1)</enum><text>combating
transnational criminal organizations and illicit narcotics trafficking across the
transit zone and the Caribbean basin is critical to the national security of the United
States; </text></paragraph>

<paragraph id="H9EBB29925C4046BD87A62C77B1B84AC0"><enum>(2)</enum><text>the Department
of Defense should work with the Department of Homeland Security, the Department of
State, and other relevant Federal, State, local, and international partners to improve
surveillance capabilities and maximize the effectiveness of counterdrug operations in
the region; and</text></paragraph>

<paragraph id="H0A897D8BFE7A4D97B7F49D4E48F9996D"><enum>(3)</enum><text>the Secretary
of Defense should, to the greatest extent possible, ensure United States Northern
Command and United States Southern Command have the necessary assets to support and
increase counter-drug activities within their respective areas of operations in the
transit zone and the Caribbean basin.</text></paragraph></section>

<section id="H4F828E16A19F40A291FC5C21D1EBDAC9"><enum>1024.</enum><header>Assessment of
impact of any planned or proposed border wall on volume of illegal narcotics</header>

<subsection id="HB8A786DEF2124EB0A4F8E4E0D03D6A83"><enum>(a)</enum><header>Assessment
required</header><text display-inline="yes-display-inline">The Secretary of Defense, in
consultation with the Secretary of Homeland Security, shall conduct an assessment of
the impact that any planned or proposed border wall construction under section 284 or
2808 of title 10, United States Code, along the southern border of the United States
would have on the volume of illegal narcotics entering the United
States.</text></subsection>

<subsection
id="H7FBE85BAC3A642048333740EEA4EC508"><enum>(b)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 90 days after the date of the
enactment of this Act, the Secretary of Defense and the Secretary of Homeland Security
shall jointly submit to Congress a report on the assessment required by subsection
(a).</text></subsection></section></subtitle>

<subtitle id="H4DCDC39DDBDA44B29925C18F8EA70382"><enum>C</enum><header>Naval
Vessels</header>

<section id="H833172BBC7F84659976DD5BF77E09CD3"><enum>1031.</enum><header>Modification
of authority to purchase vessels using funds in National Defense Sealift Fund</header>

<subsection id="H3228B8C806074F7AA95E00E3BE75CD64"><enum>(a)</enum><header>In
general</header><text>Section 2218(f)(3)(E) of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="HAE3910DDEC7040A5A86D2AB1BE7C0FAD"><enum>(1)</enum><text>in clause (i),
by striking <quote>ten new sealift vessels</quote> and inserting <quote>ten new vessels
that are sealift vessels, auxiliary vessels, or a combination of such vessels</quote>;
and</text></paragraph>

<paragraph id="H64AC98DE1FEA4EE989E9FF354748EFC2"><enum>(2)</enum><text>in clause (ii),
by striking <quote>sealift</quote>.</text></paragraph></subsection>

<subsection id="HE3F75D0E9F0A495BBC34F213EAC2E4F5"><enum>(b)</enum><header>Effective
date</header><text>The amendments made by subsection (a) shall take effect on October
```

1, 2019, and shall apply with respect to fiscal years beginning on or after that date.</text></subsection></section>

<section id="H81A4D9C4DC56402BB964BA683DCF8737" section-type="subsequent-section"><enum>1032.</enum><header>Use of National Defense Sealift Fund for procurement of two used vessels</header><text display-inline="no-display-inline">Pursuant to section 2218(f)(3) of title 10, United States Code, and using amounts authorized to be appropriated for Operation and Maintenance, Navy, for fiscal year 2020, the Secretary of the Navy shall seek to enter into a contract for the procurement of two used vessels.</text></section>

<section id="HB664422A43E94290B59792405044DC6B" section-type="subsequent-section"><enum>1033.</enum><header>Transportation by sea of supplies for the Armed Forces and Defense Agencies</header><text display-inline="no-display-inline">Section 2631 of title 10, United States Code, is amended—"</text>

<paragraph id="H5907498383454E0591771F26CDB96FE9"><enum>(1)</enum><text>in the first sentence of subsection (a), by inserting <quote>or for a Defense Agency</quote> after <quote>Marine Corps</quote>; and</text></paragraph>

<paragraph id="H5A272AEFC04E4CAABC4095F4AF9FF9CF"><enum>(2)</enum><text>in subsection (b)—"</text>

<subparagraph id="HAC32099C86984653864097140EF2884B"><enum>(A)</enum><text>by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively;</text></subparagraph>

<subparagraph id="H63842D9C6E1B4CAEBBFDBAD65AE003DC"><enum>(B)</enum><text>by inserting after paragraph (1) the following new paragraph (2):</text>

<quoted-block style="USC" id="HE8E1CB0AEEBA49359DE80199EC597E80" display-inline="no-display-inline">

<paragraph id="HC13B7BBFEAC4BEF954343969DB6CDF3" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline"> Before entering into a contract for the transportation by sea of fuel products under this section, the Secretary shall provide a minimum variance of three days on the shipment date.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H9FAB34F66FE4426281BC9DDD37F2A476"><enum>(C)</enum><text>in paragraph (4), as redesignated by subparagraph (A), by striking <quote>the requirement described in paragraph (1)</quote> and insert <quote>a requirement under paragraph (1) or (2)</quote>. </text></subparagraph></paragraph></section>

<section id="H10D3DA1258F54BA699183365AA54947E"><enum>1034.</enum><header>Senior Technical Authority for each naval vessel class</header>

<subsection id="H6D03177D215E4703A3C60B38BABB17BE"><enum>(a)</enum><header>Senior Technical Authority for each class required</header><text>Chapter 863 of title 10, United States Code, is amended by inserting after section 8669a the following new section:</text>

<quoted-block style="USC" id="H50A3998EC098411B8C5E6CDB223CCD6B" display-inline="no-display-inline">

<section id="HB5C669E7946442BBB032508971DBE888"><enum>8669b.</enum><header>Senior Technical Authority for each naval vessel class</header>

<subsection id="H0902799BF23D4AC3886E1A234D66E07B"><enum>(a)</enum><header>Senior Technical Authority</header>

<paragraph id="HC3019AFE2BCE42A4A54ADA2A51DC4884"><enum>(1)</enum><header>Designation for each vessel class required</header><text>The Secretary of the Navy shall designate, in writing, a Senior Technical Authority for each class of naval vessels as follows:</text>

<subparagraph id="H80E8A080D52043E48051F870E5EF5051"><enum>(A)</enum><text>In the case of a class of vessels which has received Milestone A approval, an approval to enter into technology maturation and risk reduction, or an approval to enter into a subsequent Department of Defense or Department of the Navy acquisition phase as of the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, not later than 30 days after such date of enactment.</text></subparagraph>

```
<subparagraph id="H13B9A651058D4DD982ADB92B2A1D0D23"><enum>(B)</enum><text>In the case
of any class of vessels which has not received any approval described in subparagraph
(A) as of such date of enactment, at or before the first of such
approvals.</text></subparagraph></paragraph>

<paragraph id="H02BDC7E1241A4836A5C8B9D52073E672"><enum>(2)</enum><header>Individuals
eligible for designation</header><text>Each individual designated as a Senior Technical
Authority under paragraph (1) shall be an employee of the Navy in the Senior Executive
Service in an organization of the Navy thatâ€"</text>

<subparagraph id="H283FAA4E9635432A8A37CFAA65B60B29"><enum>(A)</enum><text>possesses
the technical expertise required to carry out the responsibilities specified in
subsection (b); and</text></subparagraph>

<subparagraph id="HA92C47AF11774870A2EF2AC5C246BB7D"><enum>(B)</enum><text>operates
independently of chains-of-command for acquisition program
management.</text></subparagraph></paragraph>

<paragraph
id="HABBFEE97BB3449C3998DBED973CDB21C"><enum>(3)</enum><header>Term</header><text>Each
Senior Technical Authority shall be designated for a fixed term, not shorter than the
time anticipated to establish demonstrated successful performance of the class of
vessels concerned in accordance with its approved capabilities document, as determined
by the Secretary at the time of designation.</text></paragraph>

<paragraph id="H236F0E1592FC48BBA5032D91ABA02247"><enum>(4)</enum><header>Voluntary
departure</header><text>If an individual designated as a Senior Technical Authority
voluntarily departs the position before demonstrated successful performance of the
class of vessels concerned, the Secretary shall designate, in writing, a replacement,
and shall notify, in writing, the congressional defense committees not later than 90
days after such departure.</text></paragraph>

<paragraph
id="H77BE0939595D45E5B3837A5FA6A860E9"><enum>(5)</enum><header>Removal</header><text>An
individual may be removed involuntarily from designation as a Senior Technical
Authority only by the Secretary. Not later than 15 days after the involuntary removal
of an individual from such designation, the Secretary shall notify, in writing, the
congressional defense committees of the removal, including the reasons for the removal.
Not later than 90 days after the involuntary removal, the Secretary shall designate, in
writing, a replacement, and shall notify, in writing, the congressional defense
committees of such designation.</text></paragraph>

<paragraph id="HB59C8E60EFB84F49825089BF26D92283"><enum>(6)</enum><header>Reassignment
for mission needs</header><text>Subject to paragraphs (4) and (5), the Secretary may
reassign a Senior Technical Authority or remove an individual from designation as a
Senior Technical Authority in furtherance of Department of the Navy mission
needs.</text></paragraph></subsection>

<subsection
id="HF4D4FD61E64C4C559994FBE71B97474C"><enum>(b)</enum><header>Responsibilities and
authority</header><text>Each Senior Technical Authority shall be responsible for, and
have the authority to, establish, monitor, and approve technical standards, tools, and
processes for the class of naval vessels for which designated under this section in
conformance with applicable laws and Department of Defense and Department of the Navy
policies, requirements, architectures, and standards.</text></subsection>

<subsection id="H56EB9E91B824445F99C6B6B229D31CD2"><enum>(c)</enum><header>Limitation
on obligation of funds on lead vessel in vessel class</header>

<paragraph id="HD0CCD9B74FE243BC8340E0BF306CDFEA"><enum>(1)</enum><header>In
general</header><text>On or after January 1, 2021, funds authorized to be appropriated
for Shipbuilding and Conversion, Navy or Other Procurement, Navy may not be obligated
for the first time on the lead vessel in a class of naval vessels unless the Secretary
of the Navy certifies as described in paragraph (2).</text></paragraph>

<paragraph id="H5967B437C5C748AE92141C4C4271049E"><enum>(2)</enum><header>Certification
elements</header><text>The certification on a class of naval vessels described in this
paragraph is a certification containing each of the following:</text>

<subparagraph id="HC4FA11B82B5C47BDABCE6BA633A81001"><enum>(A)</enum><text>The name or
```

WASHSTATEC015062

names of the individual or individuals designated as the Senior Technical Authority for such class of vessels, and the qualifications and professional biography or biographies of the individual or individuals so designated.</text></subparagraph>

<subparagraph id="H4957D6534FA348E7BFED3138103DDA4F"><enum>(B)</enum><text>A description by the Senior Technical Authority of the systems engineering, technology, and ship integration risks for such class of vessels.</text></subparagraph>

<subparagraph id="H4BC4C55F4EB5423BBBFF5D18F0039137"><enum>(C)</enum><text>The designation by the Senior Technical Authority of each critical hull, mechanical, electrical, propulsion, and combat system of such class of vessels, including systems relating to power generation, power distribution, and key operational mission areas.</text></subparagraph>

<subparagraph id="HA5BC72FD45FA4C92B9859C0CEC2EFC65"><enum>(D)</enum><text>The date on which the Senior Technical Authority approved the systems engineering, engineering development, and land-based engineering and testing plans for such class of vessels.</text></subparagraph>

<subparagraph id="HA846FBBBED224BE9BE50E86D51789834"><enum>(E)</enum><text>A description by the Senior Technical Authority of the key technical knowledge objectives and demonstrated system performance of each plan approved as described in subparagraph (D).</text></subparagraph>

<subparagraph id="HE9019B31D7574D8D9D2A3447AA25DF16"><enum>(F)</enum><text>A determination by the Senior Technical Authority that such plans are sufficient to achieve thorough technical knowledge of critical systems of such class of vessels before the start of detail design and construction.</text></subparagraph>

<subparagraph id="HA5D70244361C4D1EAF32FC36CF13099A"><enum>(G)</enum><text>A determination by the Senior Technical Authority that actual execution of activities in support of such plans as of the date of the certification have been and continue to be effective and supportive of the acquisition schedule for such class of vessels.</text></subparagraph>

<subparagraph id="H4DC3E1BFB4FE4194A4846C1092D6B19E"><enum>(H)</enum><text>A description by the Senior Technical Authority of other technology maturation and risk reduction efforts not included in such plans for such class of vessels taken as of the date of the certification.</text></subparagraph>

<subparagraph id="HAC1892C5A1B347FBB350A76806D4FC43"><enum>(I)</enum><text>A certification by the Senior Technical Authority that each critical system covered by subparagraph (C) has been demonstrated through testing of a prototype or identical component in its final form, fit, and function in a realistic environment.</text></subparagraph>

<subparagraph id="H911E3F7A6A9D4221BF8FD48B34DF32DC"><enum>(J)</enum><text>A determination by the Secretary that the plans approved as described in subparagraph (D) are fully funded and will be fully funded in the future-years defense program for the fiscal year beginning in the year in which the certification is submitted.</text></subparagraph>

<subparagraph id="H51EE226C95684C369EADAE65FC83181F"><enum>(K)</enum><text>A determination by the Secretary that the Senior Technical Authority will approve, in writing, the ship specification for such class of vessels before the request for proposals for detail design, construction, or both, as applicable, is released.</text></subparagraph></paragraph>

<paragraph id="HB68A4E4CC24F43BE948CA6786962037F"><enum>(3)</enum><header>Deadline for submittal of certification</header><text>The certification required by this subsection with respect to a class of naval vessels shall be submitted, in writing, to the congressional defense committees not fewer than 30 days before the Secretary obligates for the first time funds authorized to be appropriated for Shipbuilding and Conversion, Navy or Other Procurement, Navy for the lead vessel in such class of naval vessels.</text></paragraph></subsection>

<subsection id="H1BE36236D302419693FF05566233FD0A"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph commented="no" display-inline="no-display-inline"

id="H9B56E7DCC2C14888A2C94375B8164962"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>class of naval vessels</term>â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6BC4E54129214F5F865BCFA517F36F57"><enum>(A)</enum><text display-inline="yes-display-inline">means any group of similar undersea or surface craft procured with Shipbuilding and Conversion, Navy or Other Procurement, Navy funds, including manned, unmanned, and optionally-manned craft; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0D43AA4054D045F1A4E7F99B953C179B"><enum>(B)</enum><text>includesâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H183037F9B4AB4AB185338435002CBC59"><enum>(i)</enum><text>a substantially new class of craft (including craft procured using <quote>new start</quote> procurement); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD6FDD929D87E4286A55C7E53C0118CCF"><enum>(ii)</enum><text>a class of craft undergoing a significant incremental change in its existing class (such as a next <quote>flight</quote> of destroyers or next <quote>block</quote> of attack submarines).</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HED406E33C16E4B38A5B601CB982C9E83"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>future-years defense program</term> has the meaning given that term in section 221 of this title.</text></paragraph>

<paragraph id="H48C2BD05C1BD45BCB4E332FCBC3A1DA7"><enum>(3)</enum><text>The term <term>Milestone A approval</term> has the meaning given that term in section 2431a of this title.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HF840D2706913457292B8BAAAD51EA95F"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 863 of such title is amended by inserting after the item relating to section 8669a the following new item:</text>

<quoted-block style="USC" id="HD15F8F9046B24CEBA69EFBBA22D55DA2" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">8669b. Senior Technical Authority for each naval vessel class.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H98E9574E6C454327A302F3D26CE6EDAA"><enum>1035.</enum><header>Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment</header><text display-inline="no-display-inline">Section 8680(a)(2) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H81889B0B90F24E29A5B7430AB87698AD"><enum>(1)</enum><text>in subparagraph (C)(ii)â€"</text>

<subparagraph id="H549AC9F489A64CDBB1AB6368047DD951"><enum>(A)</enum><text>by striking <quote>means preservation or corrosion control efforts and cleaning services</quote> and inserting <quote>meansâ€"</quote>; and</text></subparagraph>

<subparagraph id="H21667628C7E748B3977103EF7A173AA7"><enum>(B)</enum><text>by adding at the end the following new subclauses:</text>

<quoted-block style="USC" id="HEAD022D8BC7144C7A5F6621119161018" display-inline="no-display-inline">

<subclause id="H7C47434A9E7E4D669968B0E178C375D6" indent="up2"><enum>(I)</enum><text>the effort required to provide housekeeping services throughout the ship;</text></subclause>

<subclause id="H8D9AF738C610420A9CF43CCFC8C04691" indent="up2"><enum>(II)</enum><text>the effort required to perform coating maintenance and repair to exterior and interior surfaces due to normal environmental conditions;

WASHSTATEC015064

and</text></subclause>

<subclause id="H4419AFD305E145F2B7683AB4CCF5F5A0"
indent="up2"><enum>(III)</enum><text>the effort required to clean mechanical spaces,
mission zones, and topside spaces.</text></subclause><after-quoted-block>; and</after-
quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HA296A782AE6E41D0A95C60541862E0CE"><enum>(2)</enum><text>by striking
subparagraph (D).</text></paragraph></section>

<section id="H45CBBEF730194823A5DC742D5B1B9B81" section-type="subsequent-
section"><enum>1036.</enum><header>Formal training for shipboard system programs of
record</header>

<subsection id="H325E48DFDFE2442089034BEC9726B175"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of the Navy
shall ensure that there is formal training provided for any shipboard system that is a
program of record on any Navy surface vessel.</text></subsection>

<subsection id="H37E8775C15A44BC89859673ABCECE11B"><enum>(b)</enum><header>Timline for
implementation</header>

<paragraph id="HC40F5D95392B4FD9B3E4F3D4993FA5EA"><enum>(1)</enum><header>Current
programs</header><text>In the case of any shipboard system program of record that is in
use as of the date of the enactment of this Act for which no formal training is
available, the Secretary shall ensure that such training is available by not later than
12 months after the date of the enactment of this Act.</text></paragraph>

<paragraph id="H44414BE24E6447B1B31C6DD99697C198"><enum>(2)</enum><header>Future
programs</header><text>In the case of any shipboard system program of record that is
first accepted by the Government after the date of the enactment of this Act, the
Secretary shall ensure that formal training is established for such program by not
later than 12 months after the date on which the shipboard system program of record is
first accepted by the Government.</text></paragraph></subsection></section>

<section id="H1E1CF97BFCC1434297A3E8CBC1DE28E2"><enum>1037.</enum><header>Report on
shipbuilder training and the defense industrial base</header><text display-inline="no-
display-inline"> Not later than 180 days after the date of the enactment of this Act,
the Secretary of Defense, in coordination with the Secretary of Labor, shall submit to
the Committee on Armed Services and the Committee on Health, Education, Labor, and
Pensions of the Senate and the Committee on Armed Services and the Committee on
Education and Labor of the House of Representatives a report on shipbuilder training
and hiring requirements necessary to achieve the Navy's 30-year shipbuilding plan and
to maintain the shipbuilding readiness of the defense industrial base. Such report
shall include each of the following:</text>

<paragraph id="H8776CCC3445F40F18971D3CB75A97AA4"><enum>(1)</enum><text>An analysis and
estimate of the time and investment required for new shipbuilders to gain proficiency
in particular shipbuilding occupational specialties, including detailed information
about the occupational specialty requirements necessary for construction of naval
surface ship and submarine classes to be included in the Navy's 30-year shipbuilding
plan.</text></paragraph>

<paragraph id="H13D378744C0A4A9FB5BF3C23A2A6E2B5"><enum>(2)</enum><text>An analysis of
the age demographics and occupational experience level (measured in years of
experience) of the shipbuilding defense industrial workforce.</text></paragraph>

<paragraph id="H0EB6997315B441EF8A23A90DB4477405"><enum>(3)</enum><text>An analysis of
the potential time and investment challenges associated with developing and retaining
shipbuilding skills in organizations that lack intermediate levels of shipbuilding
experience.</text></paragraph>

<paragraph id="HD2703FA98AD5441BAFAFC1140DDA1899"><enum>(4)</enum><text>Recommendations
concerning how to address shipbuilder training during periods of demographic
transition, including whether emerging technologies, such as augmented reality, may aid
in new shipbuilder training.</text></paragraph>

<paragraph id="HFBF33E5C7FB04303BDCAD24CA8D25345"><enum>(5)</enum><text>Recommendations
concerning how to encourage young adults to enter the defense shipbuilding industry and
to develop the skills necessary to support the shipbuilding defense industrial
base.</text></paragraph></section>

WASHSTATEC015065

```
<section id="H62E7AC3138A248E3873BBC859B2148C6"><enum>1038.</enum><header>Use of
competitive procedures for CVNâ€"80 and CVNâ€"81 dual aircraft carrier
contract</header><text display-inline="no-display-inline">To the extent practicable and
unless otherwise required by law, the Secretary of the Navy shall ensure that
competitive procedures are used with respect to any task order or delivery order issued
under a dual aircraft carrier contract relating to the CVNâ€"80 and
CVNâ€"81.</text></section>

<section id="HBC2FD4BFD3794456927DB0B38327A580"><enum>1039.</enum><header>Report on
expanding naval vessel maintenance</header>

<subsection id="HB6B3852210034A55B6294308BB1EA59A"><enum>(a)</enum><header>Report
required</header><text>Not later than May 1, 2020, the Secretary of the Navy shall
submit to the congressional defense committees a report on the feasibility and
advisability of allowing maintenance to be performed on a naval vessel at a shipyard
other than a homeport shipyard of the vessel.</text></subsection>

<subsection
id="H6D85425856B54DBBB7F861951EC3714E"><enum>(b)</enum><header>Elements</header><text>T
he report required under subsection (a) shall include the following:</text>

<paragraph id="H88244C86C43B415DBC28494327399656"><enum>(1)</enum><text>An assessment
of the ability of homeport shipyards to meet the current naval vessel maintenance
demands.</text></paragraph>

<paragraph id="HABF640F81FFB48B4AD626492DCDA50F8"><enum>(2)</enum><text>An assessment
of the ability of homeport shipyards to meet the naval vessel maintenance demands of
the force structure assessment requirement of the Navy for a 355-ship
navy.</text></paragraph>

<paragraph id="H77A5078B65DE4C9991369BD9D4B416BE"><enum>(3)</enum><text>An assessment
of the ability of non-homeport firms to augment repair work at homeport shipyards,
including an assessment of the following:</text>

<subparagraph id="HED43E6B6064844EB95F2CCC853C34817"><enum>(A)</enum><text>The
capability and proficiency of shipyards in the Great Lakes, Gulf Coast, East Coast,
West Coast, and Alaska regions to perform technical repair work on naval vessels at
locations other than their homeports.</text></subparagraph>

<subparagraph id="H37096667A522433C83693728BBEA6C07"><enum>(B)</enum><text>The
improvements to the capability and capacity of shipyards in the Great Lakes, Gulf
Coast, East Coast, West Coast, and Alaska regions that would be required to enable
performance of technical repair work on naval vessels at locations other than their
homeports.</text></subparagraph>

<subparagraph id="HF0879FE0F3F54B77B4027C05789675F0"><enum>(C)</enum><text>The types of
naval vessels (such as noncombatant vessels or vessels that only need limited periods
of time in shipyards) best suited for repair work performed by shipyards in locations
other than their homeports.</text></subparagraph>

<subparagraph id="H97A5E144C54442EE8C9A89E09FFDFD30"><enum>(D)</enum><text>The
potential benefits to fleet readiness of expanding shipyard repair work to include
shipyards not located at the homeports of naval vessels.</text></subparagraph>

<subparagraph id="H2F26ED50187247588E29F69F8142478D"><enum>(E)</enum><text>The ability
of non-homeport firms to maintain surge capacity when homeport shipyards lack the
capacity or capability to meet homeport requirements.</text></subparagraph></paragraph>

<paragraph id="H80B5CA5B1CA540A882BB9236FBC7F340"><enum>(4)</enum><text>An assessment
of the potential benefits of expanding repair work for naval vessels to shipyards not
eligible for short-term work in accordance with section 8669a(c) of title 10, United
States Code.</text></paragraph>

<paragraph id="H9B770E5391BC4D15842AE9A6F1163599"><enum>(5)</enum><text>Such other
related matters as the Secretary of the Navy considers
appropriate.</text></paragraph></subsection>

<subsection id="HEF14FCFF171A40C4B70517694EF96325"><enum>(c)</enum><header>Rules of
construction</header>

<paragraph id="HABD87E3465A54D70973CDBA26B079087"><enum>(1)</enum><header>Requirements
```

relating to construction of combatant and escort vessels and assignment of vessel projects</header><text>Nothing in this section may be construed to override the requirements of section 8669a of title 10, United States Code.</text></paragraph>

<paragraph id="HE2E375E0E73D42A0901DB8BF67F40FB2"><enum>(2)</enum><header>No funding for shipyards of non-homeport firms</header><text>Nothing in this section may be construed to authorize funding for shipyards of non-homeport firms.</text></paragraph></subsection>

<subsection id="HF4545E7054C14768BD1813A5F978EE8A"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H930193CAFF654F1D894DE00100EB9205"><enum>(1)</enum><header>Homeport shipyard</header><text>The term <term>homeport shipyard</term> means a shipyard associated with a firm capable of being awarded short-term work at the homeport of a naval vessel in accordance with section 8669a(c) of title 10, United States Code.</text></paragraph>

<paragraph id="H06DCD156342A4DA29BF062B5659D9733"><enum>(2)</enum><header>Short-term work</header><text>The term <term>short-term work</term> has the meaning given that term in section 8669a(c)(4) of such title.</text></paragraph></subsection></section></subtitle>

<subtitle id="H38FE8553513A4E06BDFB7C859EB2E5EE"><enum>D</enum><header>Counterterrorism</header>

<section id="HAE8C725AB38149CFB0665FEA183A045F" section-type="subsequent-section"><enum>1041.</enum><header>Modification of support of special operations to combat terrorism</header><text display-inline="no-display-inline">Section 127e of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HBA5607DD95184E199B497971AABC7115"><enum>(1)</enum><text>in subsection (a), by inserting <quote>authorized</quote> before <quote>ongoing</quote>; and</text></paragraph>

<paragraph id="HF1CFE0354F7E4DDE8A1F828AE86BA158"><enum>(2)</enum><text>in subsection (d)(2)â€"</text>

<subparagraph id="H9267A2CA3EF042D981BAED304E98A597"><enum>(A)</enum><text>in subparagraph (A), by inserting <quote>and a description of the authorized ongoing operation</quote> before the period at the end;</text></subparagraph>

<subparagraph id="H1ACCD556CD804570855E7C3CCF137973"><enum>(B)</enum><text>by redesignating subparagraph (C) as subparagraph (D);</text></subparagraph>

<subparagraph id="H84370A8A5F774BB5844FB2DAA38C43BF"><enum>(C)</enum><text>by striking subparagraphs (B) and inserting the following new subparagraphs after subparagraph (A):</text>

<quoted-block style="USC" id="H7C217C1CBA7F47FF913D25CDA7D26172" display-inline="no-display-inline">

<subparagraph id="HF5133A54AACC4B8A9B663A23E29B575D"><enum>(B)</enum><text display-inline="yes-display-inline">A description of the foreign forces, irregular forces, groups, or individuals engaged in supporting or facilitating the authorized ongoing operation who will receive support provided under this section.</text></subparagraph>

<subparagraph id="H632A920C7CFC4D47ACD3A54E7E5B4264"><enum>(C)</enum><text>A detailed description of the support provided or to be provided to the recipient.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H22A6DA343AF14AF9B74D45A83C7811DB"><enum>(D)</enum><text>by adding at the end the following new subparagraphs:</text>

<quoted-block style="USC" id="H12A1B74424684E7C9234C6A958E4969E" display-inline="no-display-inline">

<subparagraph id="H0C67149E8B7F4856B5645DB113336404"><enum>(E)</enum><text>A detailed description of the legal and operational authorities related to the authorized ongoing operation, including relevant execute orders issued by the Secretary of Defense and

WASHSTATEC015067

combatant commanders related to the authorized ongoing operation, including an identification of operational activities United States Special Operations Forces are authorized to conduct under such execute orders.</text></subparagraph>

<subparagraph id="H4CD5D1708B9845548810ACE1C60F375B"><enum>(F)</enum><text>The duration for which the support is expected to be provided and an identification of the timeframe in which the provision of support will be reviewed by the combatant commander for a determination regarding the necessity of continuation of support. </text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HDFDF103E5B6245BD96A06A5F1A08B8C9" section-type="subsequent-section"><enum>1042.</enum><header display-inline="yes-display-inline">Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries</header><text display-inline="no-display-inline">Section 1035 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H58C196AB47C142F8B8816E8BF4A7C08A" section-type="subsequent-section"><enum>1043.</enum><header display-inline="yes-display-inline">Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States</header><text display-inline="no-display-inline">Section 1033 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H24282749BFF94C04AE465375CD0AC2B7" section-type="subsequent-section"><enum>1044.</enum><header display-inline="yes-display-inline">Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba</header><text display-inline="no-display-inline">Section 1034(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H5E8DBDD269604186AC6636325639E202" section-type="subsequent-section"><enum>1045.</enum><header display-inline="yes-display-inline">Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba</header><text display-inline="no-display-inline">Section 1036 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1551), as amended by section 1032 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1953), is further amended by striking <quote>or 2019</quote> and inserting <quote>, 2019, or 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HABE113402E4C4CB8AB6EEB7FC9FC30E3" section-type="subsequent-section"><enum>1046.</enum><header display-inline="yes-display-inline">Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba</header>

<subsection commented="no" display-inline="no-display-inline" id="HEC52FB3E6F3A451BBA47A5E4881B89DB"><enum>(a)</enum><header display-inline="yes-display-inline">Chief Medical Officer</header>

<paragraph commented="no" display-inline="no-display-inline" id="HB7559F0034444DA288BAF138FF6952B2"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">There shall be at United States Naval Station, Guantanamo Bay, Cuba, a Chief Medical Officer of United States Naval Station, Guantanamo Bay (in this section referred to as the <quote>Chief Medical Officer</quote>).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

```
id="H37E797F1D7E24313B7E5518C5DAD6DDD"><enum>(2)</enum><header display-inline="yes-
display-inline">Grade</header><text display-inline="yes-display-inline">The individual
serving as Chief Medical Officer shall be an officer of the Armed Forces who holds a
grade not below the grade of colonel, or captain in the Navy.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H59C0946DEE9C4DB1BA248E3B2B21140F"><enum>(3)</enum><header display-inline="yes-
display-inline">Chain of command</header><text display-inline="yes-display-
inline">Notwithstanding sections 162 and 164 of title 10, United States Code, the Chief
Medical Officer shall be assigned and report to the Assistant Secretary of Defense for
Health Affairs, with duty at United States Naval Station, Guantanamo Bay, Cuba, in the
performance of duties and the exercise of powers of the Chief Medical Officer under
this section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H9A65AE48486F4CB0AEF547983C776227"><enum>(b)</enum><header display-inline="yes-
display-inline">Duties</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H9A7FBCD5C3DA4E43BB2E2FBC76A83358"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The Chief
Medical Officer shall oversee the provision of medical care to individuals detained at
Guantanamo.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H759D6A27315540BD8C519E2E905A4DFB"><enum>(2)</enum><header display-inline="yes-
display-inline">Quality of care</header><text display-inline="yes-display-inline">The
Chief Medical Officer shall ensure that medical care provided as described in paragraph
(1) meets applicable standards of care.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H39B2CBEF3A6C40BEACEA1E44D1D1767C"><enum>(c)</enum><header display-inline="yes-
display-inline">Powers</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H7A3D084AEFB941E4BDC008F87C5EF734"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The Chief
Medical Officer shall make medical determinations relating to medical care for
individuals detained at Guantanamo, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4FEEAD889BD34A3D8AD6851FAAB71589"><enum>(A)</enum><text display-inline="yes-
display-inline">decisions regarding assessment, diagnosis, and treatment;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDDED8E85BEB64F4A9727F64AA2594A76"><enum>(B)</enum><text display-inline="yes-
display-inline">determinations concerning medical accommodations to living conditions
and operating procedures for detention facilities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6486BABE031F4E248E6107E3DD711F7A"><enum>(2)</enum><header display-inline="yes-
display-inline">Resolution of declination to follow determinations</header><text
display-inline="yes-display-inline">If the commander of Joint Task Force Guantanamo or
the Commander of United States Southern Command declines to follow a determination of
the Chief Medical Officer under paragraph (1), the matter covered by such determination
shall be resolved by the Assistant Secretary of Defense for Health Affairs, in
consultation with the Assistant Secretary of Defense for Special Operations and Low
Intensity Conflict, not later than seven days after receipt by both Assistant
Secretaries of written notification of the matter from the Chief Medical
Officer.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8F9ACADFDD0D42AFA2D50588478E6AB7"><enum>(3)</enum><header display-inline="yes-
display-inline">Security clearances</header><text display-inline="yes-display-
inline">The appropriate departments or agencies of the Federal Government shall, to the
extent practicable in accordance with existing procedures and requirements, process
expeditiously any application and adjudication for a security clearance required by the
Chief Medical Officer to carry out the Chief Medical Officer's duties and powers under
this section.</text></paragraph></subsection>
```

WASHSTATEC015069

```
<subsection commented="no" display-inline="no-display-inline"
id="HA06ABD71FD69433DB9BCB0E5FBBEBA77"><enum>(d)</enum><header display-inline="yes-
display-inline">Access to individuals, information, and assistance</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H4B89BFC6A0A545A2BC3FF2BF91AB22D7"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The Chief
Medical Officer may secure directly from the Department of Defense access to any
individual, information, or assistance that the Chief Medical Officer considers
necessary to enable the Chief Medical Officer to carry out this section, including full
access to the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H347A880A57FF47EB8EB215A209003C8D"><enum>(A)</enum><text display-inline="yes-
display-inline">Any individual detained at Guantanamo.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB5CCD3EB86FD40DC88ED4A14ABCF3A83"><enum>(B)</enum><text display-inline="yes-
display-inline">Any medical records of any individual detained at
Guantanamo.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD3F0436E2A89483EADB744CB8C274843"><enum>(C)</enum><text display-inline="yes-
display-inline">Medical professionals of the Department who are working, or have
worked, at United States Naval Station, Guantanamo
Bay.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4C8A1B7554DF439286A936843AAD0810"><enum>(2)</enum><header display-inline="yes-
display-inline">Access upon request</header><text display-inline="yes-display-
inline">Upon request of the Chief Medical Officer, the Department shall make available
to the Chief Medical Officer on an expeditious basis access to individuals,
information, and assistance as described in paragraph (1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4D34D18AE66145B18C1C4833D75738DB"><enum>(3)</enum><header display-inline="yes-
display-inline">Lack of expeditious availability</header><text display-inline="yes-
display-inline">If access to individuals, information, or assistance is not made
available to the Chief Medical Officer upon request on an expeditious basis as required
by paragraph (2), the Chief Medical Officer shall notify the Assistant Secretary of
Defense for Health Affairs and the Assistant Secretary of Defense for Special
Operations and Low Intensity Conflict, who shall take actions to resolve the matter
expeditiously.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB6F2710AE64241B59F5A32D356CFAC14"><enum>(e)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H2F22E9FB26F44251847CFE0B1561B6B9"><enum>(1)</enum><header display-inline="yes-
display-inline">Individual detained at Guantanamo defined</header><text display-
inline="yes-display-inline">The term <term>individual detained at Guantanamo</term>
means an individual located at United States Naval Station, Guantanamo Bay, Cuba, as of
October 1, 2009, whoâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H39AEF97B544B45D2BD518C4BBEE46063"><enum>(A)</enum><text display-inline="yes-
display-inline">is not a national of the United States (as defined in section
101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)) or a member of
the Armed Forces of the United States; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H32A5BA68C58E4C79B3DA9169EA973E3C"><enum>(B)</enum><text display-inline="yes-
display-inline">isâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H3C03AFCBE3A64E969FC86D490F211667"><enum>(i)</enum><text display-inline="yes-
display-inline">in the custody or under the control of the Department of Defense;
or</text></clause>
```

WASHSTATEC015070

```
<clause commented="no" display-inline="no-display-inline"
id="H45E65AB28CA244E4903C8C4E9E2F5FFB"><enum>(ii)</enum><text display-inline="yes-
display-inline">otherwise detained at United States Naval Station, Guantanamo
Bay.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCFC4DD0D2440406B9216E024FF4D72F3"><enum>(2)</enum><header display-inline="yes-
display-inline">Medical care</header><text display-inline="yes-display-inline">The term
<term>medical care</term> means physical and mental health care.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1506AB2DDFE94C55B162DECBE1CDC536"><enum>(3)</enum><header display-inline="yes-
display-inline">Standard of care</header><text display-inline="yes-display-inline">The
term <term>standard of care</term> means evaluation and treatment that is accepted by
medical experts and reflected in peer-reviewed medical literature as the appropriate
medical approach for a condition, symptoms, illness, or disease and that is widely used
by healthcare professionals.</text></paragraph></subsection></section>

<section id="HBB9B602C1EE04D70946F717B4D19ADDD"><enum>1047.</enum><header>Independent
assessment on gender and countering violent extremism</header>

<subsection id="HF691D6CF359145D992C883DCBB391309"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense, in
consultation with the Secretary of State, shall seek to enter into a contract with a
nonprofit entity or a federally funded research and development center independent of
the Department of Defense and the Department of State to conduct research and analysis
on the relationship between gender and violent extremism.</text></subsection>

<subsection
id="H5B2FE45378FC413E846AF53D94A15520"><enum>(b)</enum><header>Elements</header><text>T
he research and analysis conducted under subsection (a) shall include consideration of
the following:</text>

<paragraph id="H5D94E92251CE41558F86A33067F41A57"><enum>(1)</enum><text>The probable
causes and historical trends of women's participation in violent extremist
organizations.</text></paragraph>

<paragraph id="H708EF321AAAA4D11B89406977CCBE8A8"><enum>(2)</enum><text>Potential ways
in which women's participation in violent extremism is likely to change in the near-
and medium-term.</text></paragraph>

<paragraph id="HE1717AA4E9464436B14020ADB6DFBCD6"><enum>(3)</enum><text>The
relationship between violent extremism and each of the following:</text>

<subparagraph id="HF23862E664A94758BE6C0AB407219631"><enum>(A)</enum><text>Gender-based
violence, abduction, and human trafficking.</text></subparagraph>

<subparagraph id="H7E36947883294E5180BC0A6F9EBA8FD9"><enum>(B)</enum><text>The
perceived role or value of women at the community level, including with respect to
property and inheritance rights and bride-price and dowry.</text></subparagraph>

<subparagraph id="H451F31333119441E861A9B64F1869D5E"><enum>(C)</enum><text>Community
opinions of killing or harming of women.</text></subparagraph>

<subparagraph id="H8238BC0626ED4B9C8BD7AE9E8D80C220"><enum>(D)</enum><text>Violations
of girls' rights, including child, early, and forced marriage and access to
education.</text></subparagraph></paragraph>

<paragraph id="HDDAA5321E78B4D24AC4E3E0E0FB1A688"><enum>(4)</enum><text>Ways for the
Department of Defense to engage and support women and girls who are vulnerable to
extremist behavior and activities as a means to counter violent extremism and
terrorism.</text></paragraph></subsection>

<subsection
id="HA16DDDC36CD34867B9BABF0DBCF39E17"><enum>(c)</enum><header>Utilization</header><tex
t display-inline="yes-display-inline">The Secretary of Defense and the Secretary of
State shall utilize the results of the research and analysis conducted under subsection
(a) to inform the strategic and operational objectives of the geographic combatant
command, where appropriate. Such utilization shall be in accordance with the Women,
Peace, and Security Act of 2017 (Public Law 115'68; 22 U.S.C. 2152j et
seq.).</text></subsection>
```

```
<subsection
id="H0B03D769A7E242A480CFDCC922A906EF"><enum>(d)</enum><header>Reports</header>

<paragraph id="H0257A0FE54D34B8B876131AE79FE334F"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 270 days after
the date of the enactment of this Act, the nonprofit entity or federally funded
research and development center with which the Secretary of Defense enters into the
contract under subsection (a) shall submit to the Secretary of Defense and Secretary of
State a report on the results of the research and analysis required by subsection
(a).</text></paragraph>

<paragraph id="H5F4E501D26AC4D6995525B7C111D081A"><enum>(2)</enum><header>Submission to
Congress</header><text>Not later than one year after the date of the enactment of this
Act, the Secretary of Defense shall submit to the appropriate congressional committees
each of the following:</text>

<subparagraph id="HCD03667A8B294177A28F59932FF9073A"><enum>(A)</enum><text display-
inline="yes-display-inline">A copy of the report submitted under paragraph (1) without
change.</text></subparagraph>

<subparagraph id="H61521CB33D354CE6860898AA7A2600B5"><enum>(B)</enum><text>Any
comments, changes, recommendations, or other information provided by the Secretary of
Defense and the Secretary of State relating to the research and analysis required by
subsection (a) and contained in such report.</text></subparagraph></paragraph>

<paragraph id="H9230255FCA9C455F857A7F60A810A60B"><enum>(3)</enum><header>Appropriate
congressional committees</header><text>In this paragraph, the term <quote>appropriate
congressional committees</quote> meansâ€"</text>

<subparagraph id="H600F2ABB30FD4CF4AE395E808522028F"><enum>(A)</enum><text display-
inline="yes-display-inline">the congressional defense committees;</text></subparagraph>

<subparagraph id="H7A127FFC2E324693B3C4873A7538F393"><enum>(B)</enum><text>the
Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of
the House of Representatives; and</text></subparagraph>

<subparagraph id="HACBB6B72430C4A8EA800C8E76EC59861"><enum>(C)</enum><text>the
Permanent Select Committee on Intelligence of the House of Representatives and the
Select Committee on Intelligence of the
Senate.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="H1DDCAEF7D27C49C09E6052BC779CED16"><enum>E</enum><header>Miscellaneous
Authorities and Limitations</header>

<section id="H2DDCDB9B259146AE97427591DFDA1C15" section-type="subsequent-
section"><enum>1051.</enum><header>Scheduling of Department of Defense executive
aircraft controlled by Secretaries of military departments</header>

<subsection id="H11EA496FC5334DD5A80813F5847DE208"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Chapter 2 of title 10, United
States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H5F70FD832EEE4197B0F5DA9491153ADE" display-inline="no-
display-inline">

<section id="HDB9DC9247058428BA137C83E3EA9BDE4"><enum>120.</enum><header>Department of
Defense executive aircraft controlled by Secretaries of military departments</header>

<subsection id="HC991140F97C4498F922C0DA1A2C35590"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense
shall ensure that the Chief of the Air Force Special Air Mission Office is given the
responsibility for coordination of scheduling all Department of Defense executive
aircraft controlled by the Secretaries of the military departments in order to support
required use travelers.</text></subsection>

<subsection
id="H8AC6C4A794E24E25869FB1A0AD547C60"><enum>(b)</enum><header>Responsibilities</header
>

<paragraph id="H19CFBC7FB2A94BEB84A22AC8FCA2F61A" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than 180
days after the date of the enactment of this section, the Secretary of each of the
```

military departments shall execute a memorandum of understanding with the Air Force Special Air Mission Office regarding oversight and management of executive aircraft controlled by that military department.</text></paragraph>

<paragraph id="H5C559F314CFD4E8F8F6E8C62A59F93E3" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall be responsible for prioritizing travel when requests exceed available executive airlift capability.</text></paragraph>

<paragraph id="H72C6E6BD9D174C1CB9AA8ADB4C997712" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of a military department shall maintain overall authority for scheduling the required use travelers of that military department on executive aircraft controlled by the Secretary. When an executive aircraft controlled by the Secretary of a military department is not supporting required use travelers of that military department, the Secretary of the military department shall make such executive aircraft available for scheduling of other required use travelers.</text></paragraph></subsection>

<subsection id="HFFE8A9F421D440B0A91806BD17B1515E" commented="no"><enum>(c)</enum><header>Limitations</header>

<paragraph id="HF1B6DC05C9D04FFBA40DF6AA570415DC" display-inline="yes-display-inline"><enum>(1)</enum><text>The Secretary of Defense may not establish a new command and control organization to support aircraft. </text></paragraph>

<paragraph id="H5EF1E1A77F4A4B86B893FB277CE999B2" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">No executive aircraft controlled by the Secretary of a military department may be permanently stationed at any location without a required use traveler without the approval of the Secretary of Defense.</text></paragraph></subsection>

<subsection id="HE649FC2A48934238B3793FEE858EFC77"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HA7043A6540464AD2B57FC3B4DA98C453"><enum>(1)</enum><text>The term <quote>required use traveler</quote> has the meaning given such term in Department of Defense directive 4500.56, as in effect on the date of the enactment of this section.</text></paragraph>

<paragraph id="HC59308BBE02341AF80CBFD01576A198E"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>executive aircraft</quote> has the meaning given such term in Department of Defense directive 4500.43, as in effect on the date of the enactment of this section.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H71A6FB7822984A5581D5536A43068255"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of such chapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="HA38EA08AEE02453F9A35AB8E57C05518" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">120. Department of Defense executive aircraft controlled by Secretaries of military departments.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HBC62278E1F274794A62C8EC8EC7E11C2" section-type="subsequent-section"><enum>1052.</enum><header>Explosive ordnance defense disposal program</header>

<subsection id="HFF0B9099B10048A7AB11F59A491A9041"><enum>(a)</enum><header>Roles, responsibilities, and authorities</header><text display-inline="yes-display-inline">Subsection (b) of section 2284 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H266816484E8A474BA9B2A498376CC0DA"><enum>(1)</enum><text>by redesignating paragraph (2) as paragraph (3);</text></paragraph>

<paragraph id="HF1B98DE4F35943C58493BEE1277CA3FD"><enum>(2)</enum><text>in paragraph

(1)â€"</text>

<subparagraph id="H85B26CC2B34C4E9D812C05697038665F"><enum>(A)</enum><text>in subparagraph (A), by inserting <quote>and</quote> after the semicolon;</text></subparagraph>

<subparagraph id="H58DEE2DA354E4D529F81CFE0E4FE3C4D"><enum>(B)</enum><text>by redesignating subparagraph (B) as paragraph (2), moving it to appear after paragraph (1), and adjusting the margins accordingly;</text></subparagraph>

<subparagraph id="H2C6BD19172B1498E85FD38D33C8CDD1C"><enum>(C)</enum><text>by redesignating subparagraph (C) as subparagraph (B);</text></subparagraph>

<subparagraph id="H857D739AF1974B5CBBCEBF7E01A9E97E"><enum>(D)</enum><text>in subparagraph (B), as so redesignatedâ€"</text>

<clause id="HA56526713B754EB5968187A1A15C5CF5"><enum>(i)</enum><text>by striking <quote>joint program executive officer who</quote> and inserting <quote>training and technology program that</quote>;</text></clause>

<clause id="HB9E3013D97BB415CB9CE83FAD9D44F2F"><enum>(ii)</enum><text display-inline="yes-display-inline">by inserting <quote>, provides common individual training,</quote> after <quote>explosive ordnance disposal</quote>;</text></clause>

<clause id="H63FD9799B8214C53A93E6D3770D23448"><enum>(iii)</enum><text>by striking <quote>and procurement</quote>;</text></clause>

<clause id="HA565B86F541B4875A0D245FE030FABD1"><enum>(iv)</enum><text>by inserting <quote>for common tools</quote> after <quote>activities</quote>;</text></clause>

<clause id="HA3AC540DF7924D359965729994220B87"><enum>(v)</enum><text>by striking <quote>and combatant commands</quote>; and</text></clause></subparagraph>

<subparagraph id="H119EB8685A144B599BD6DD91C226C00B"><enum>(E)</enum><text>by striking subparagraphs (D) and (E);</text></subparagraph></paragraph>

<paragraph id="H26A86BA60BC947AB9D61E00C413A34C9"><enum>(3)</enum><text>in paragraph (2), as redesignated by paragraph (2)(B) of this subsection, by inserting <quote>(A)</quote> after <quote>paragraph (1)</quote>; </text></paragraph>

<paragraph id="HEA331D71D9744848BE1757B13A0F16F9"><enum>(4)</enum><text>in paragraph (3), as redesignated by paragraph (1) of this subsection, by striking <quote>such as weapon systems, manned and unmanned vehicles and platforms, cyber and communication equipment, and the integration of explosive ordnance disposal sets, kits and outfits and explosive ordnance disposal tools, equipment, sets, kits, and outfits developed by the department.</quote> and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="H6350990D1D0949859DB26C0C7E992A10"><enum>(5)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H4578E7F9694E436E9868D7FAADD5EF04" display-inline="no-display-inline">

<paragraph id="H7FCC03DA171A40608D77ADE40E96ED88"><enum>(4)</enum><text display-inline="yes-display-inline">the Secretary of the Army shall designate an Army explosive ordnance disposal-qualified general officer to serve as the co-chair of the Department of Defense explosive ordnance disposal defense program.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HAE9D81DEF7A14E64BBE8D7821ABDDD62"><enum>(b)</enum><header>Definitions</header><text>Such section is further amended by adding at the end the following new subsection:</text>

<quoted-block style="USC" id="H254727F9A9884C24A6CBBA05F8219A0F" display-inline="no-display-inline">

<subsection id="HCE329EA6EF12483B8E30264523A3D22F"><enum>(d)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="HA9C5B842E32048688FA4FCBB1284B2EE"><enum>(1)</enum><text>The term

WASHSTATEC015074

```
<quote>explosive ordnance</quote> has the meaning given such term in section 283(d) of
this title.</text></paragraph>

<paragraph id="H0775C56C697045CAB53B7AD8C5689446"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <quote>explosive ordnance disposal</quote> means
the detection, identification, on-site evaluation, rendering safe, exploitation,
recovery, and final disposal of explosive
ordnance.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="H3D21F3BD7E45498A87EED5B16E18D363" section-type="subsequent-
section"><enum>1053.</enum><header>Technical correction and extension of reporting
requirement regarding enhancement of information sharing and coordination of military
training between Department of Homeland Security and Department of
Defense</header><text display-inline="no-display-inline">Section 1014 of the National
Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328) is
amendedâ€"</text>

<paragraph id="HF82C87D90F7F46B484BF073B368638BA"><enum>(1)</enum><text>by striking
<quote>section 371 of title 10, United States Code</quote> each place it appears and
inserting <quote>section 271 of title 10, United States Code</quote>;
and</text></paragraph>

<paragraph id="H7C21352E85294ECF9D29FE98DE13F6C0"><enum>(2)</enum><text>in subsection
(d)(3) by striking <quote>January 31, 2020</quote> and inserting <quote>December 31,
2022</quote>. </text></paragraph></section>

<section id="H131CF95DBA3B4478A1E5A0D87BD47C7F" section-type="subsequent-
section"><enum>1054.</enum><header>Notification on the provision of defense sensitive
support</header><text display-inline="no-display-inline">Section 1055(b) of the
National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10
U.S.C. 113 note) is amendedâ€"</text>

<paragraph id="H27006196DBE74B409964DC5257F5C07F"><enum>(1)</enum><text>in paragraph
(2)â€"</text>

<subparagraph id="HCC7C6516760C434E99EFDD4462E14569"><enum>(A)</enum><text>by
redesignating subparagraph (C) as subparagraph (E); and</text></subparagraph>

<subparagraph id="H7CD45D1872E148B4A6FD596FC951F936"><enum>(B)</enum><text>by inserting
after subparagraph (B) the following new subparagraphs:</text>

<quoted-block style="USC" id="HB3985E9E05104016BDEAB72007F39B0C" display-inline="no-
display-inline">

<subparagraph id="H8931254DE6A54BEFA3780C3AAAF310D7"><enum>(C)</enum><text display-
inline="yes-display-inline">A description of the required duration of the
support.</text></subparagraph>

<subparagraph id="H4B7E9E4FADD14C259B33ACEE9A14D5FA"><enum>(D)</enum><text>A
description of the initial costs for the support.</text></subparagraph><after-quoted-
block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HA3C390005B144D77954478FBE995C780"><enum>(2)</enum><text>by adding at
the end the following new paragraph:</text>

<quoted-block style="USC" id="H240862F338EE41CCB7849D82CA6E6A21" display-inline="no-
display-inline">

<paragraph id="H04F1B91E8BC84C6196D58768D0FD7FAA"><enum>(5)</enum><header>Sustainment
costs</header><text display-inline="yes-display-inline">If the Secretary determines
that sustainment costs will be incurred as a result of the provision of defense
sensitive support, the Secretary, not later than 15 days after the initial provision of
such support, shall certify to the congressional defense committees (and the
congressional intelligence committees with respect to matters relating to members of
the intelligence community) that such sustainment costs will not interfere with the
ability of the Department to execute operations, accomplish mission objectives, and
maintain readiness.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section id="H8DA62979C31643808C803F7E983C7B70"><enum>1055.</enum><header>Revision to
```

authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas</header>

<subsection id="H8F7E236C747242EAAAEEEF3B915C6AE0"><enum>(a)</enum><header>Eligibility for free mail</header><text>Section 3401(a) of title 39, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HC47982682DDA493EAE87E904A2599CCD" style="OLC">

<subsection id="H67910778415E4E7797B15490DA297FF9"><enum>(a)</enum></subsection>

<paragraph commented="no" display-inline="yes-display-inline" id="HC0F3B57EA8334ED2872AF0A3B43907D9"><enum>(1)</enum><text>First-class letter mail having the character of personal correspondence shall be carried, at no cost to the sender, in the manner provided by this section, when mailed by an eligible individual described in paragraph (2) and addressed to a place within the delivery limits of a United States post office, ifâ€"</text>

<subparagraph id="H2D091B0ED59F47CAAFED5965EA1D5723" indent="up1"><enum>(A)</enum><text>such letter mail is mailed by the eligible individual at an Armed Forces post office established in an overseas area designated by the President, where the Armed Forces of the United States are deployed for a contingency operation as determined by the Secretary of Defense; or</text></subparagraph>

<subparagraph id="H96B64D48B8AB4AC4955931EB4F5EC7DB" indent="up1"><enum>(B)</enum><text>the eligible individual is hospitalized as a result of disease or injury incurred as a result of service in an overseas area designated by the President under subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="H674420F32BAC47F78B65B20E5C2FEF35" indent="up1"><enum>(2)</enum><text>An eligible individual described in this paragraph isâ€"</text>

<subparagraph id="HB01A23AF3111448E94EA39862A167D19"><enum>(A)</enum><text>a member of the Armed Forces of the United States on active duty, as defined in section 101 of title 10; or</text></subparagraph>

<subparagraph id="H58CDF66144B24426B15F2DEF3AE38F97"><enum>(B)</enum><text>a civilian employee of the Department of Defense or a military department who is providing support to military operations.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H28BDDBDBED0544FF899EF09B4D418D12"><enum>(b)</enum><header>Surface shipment of mail authorized</header><text>Section 3401 of title 39, United States Code, is amendedâ€"</text>

<paragraph id="HABE380CC359C40DA956EA8231DA41AF1"><enum>(1)</enum><text>by striking subsection (c);</text></paragraph>

<paragraph id="HA538309195C842BC9D0BB729F1863E30"><enum>(2)</enum><text>by redesignating subsections (d), (e), (f), and (g) as subsections (c), (d), (e), and (f), respectively; and</text></paragraph>

<paragraph id="HD61D80CAE4444B48A73ACB895D8EF10F"><enum>(3)</enum><text>by amending subsection (b) to read as follows:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H17DA533511484C7799D9451CFF1D0EDE" style="OLC">

<subsection id="HF3C6C5B614524E0EAC7E34A6F7B592E5"><enum>(b)</enum><text>There shall be transported by surface or air, consistent with the service purchased by the mailer, between Armed Forces post offices or from an Armed Forces post office to a point of entry into the United States, the following categories of mail matter which are mailed at any such Armed Forces post office:</text>

<paragraph id="H798604E2BC024D5CA869C729162C8E0E"><enum>(1)</enum><text>Letter mail communications having the character of personal correspondence.</text></paragraph>

<paragraph id="H9036E292F0944D70A1CE482A686E3D03"><enum>(2)</enum><text>Any parcel exceeding 1 pound in weight but less than 70 pounds in weight and less than 130 inches in length and girth combined.</text></paragraph>

WASHSTATEC015076

&lt;paragraph id="HFFC6F3E3F3014628A890C9F423622D85"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;Publications published not less frequently than once per week and featuring principally current news of interest to members of the Armed Forces of the United States and the general public.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HF87BCF2CA43D44AD92663F2FDCFADF04"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Technical and conforming amendments&lt;/header&gt;

&lt;paragraph id="HAD58866BBBFD40C1AFBF76249110AEFF"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;Section 3401 of title 39, United States Code, is amended in the section heading by striking &lt;quote&gt;&lt;header-in-text level="section" style="USC"&gt;and of friendly foreign nations&lt;/header-in-text&gt;&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H4754136603804BD08B44C8B8561E70EC"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;The table of sections for chapter 34 of title 39, United States Code, is amended by striking the item relating to section 3401 and inserting the following:&lt;/text&gt;

&lt;quoted-block id="H194F6E5B5DB54BCFA2AAFFA305BC3CC6" style="OLC"&gt;

&lt;toc&gt;

&lt;toc-entry level="section"&gt;3401. Mailing privileges of members of Armed Forces of the United States.&lt;/toc-entry&gt;&lt;/toc&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H33F42FB884B6492DB4CF25BD2660F1DE"&gt;&lt;enum&gt;1056.&lt;/enum&gt;&lt;header&gt;Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces&lt;/header&gt;&lt;text display-inline="no-display-inline"&gt;Section 406 of title 39, United States Code, is amended by adding at the end the following:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="H7F849C674C014CA2AB4E32183B36EFAA" style="OLC"&gt;

&lt;subsection id="HF34F06EE92604693BB9D98AD0623406A"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;/enum&gt;

&lt;paragraph commented="no" display-inline="yes-display-inline" id="H6A9E1AF45C664065940ADAFAB8A21275"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;The Secretary of Defense may authorize the use of a post office established under subsection (a) in a location outside the United States by citizens of the United Statesâ€"&lt;/text&gt;

&lt;subparagraph id="HD436EEC803EF4558BFBA953ECA8A800A" indent="up1"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;whoâ€"&lt;/text&gt;

&lt;clause id="H523E3EE66FD944C38691326917630549"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;are employed by the North Atlantic Treaty Organization; and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H21428161CD3B47A8BE61669F7B96A272"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;perform functions in support of the Armed Forces of the United States; and&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HF3645B83A6B94F109B86588A821F5009" indent="up1"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;if the Secretary makes a written determination that such use isâ€"&lt;/text&gt;

&lt;clause id="HC055430553F94DCBB39EB769148CB550"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;in the best interests of the Department of Defense; and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H9C62C22DCED742DA981AEC85A4FE9CB9"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;otherwise authorized by applicable host nation law or agreement.&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="HE018DE37FB9E4755B90AEA658B11C301" indent="up1"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;No funds may be obligated or expended to establish, maintain, or expand a post office established under subsection (a) for the purpose of use described in paragraph (1) of this subsection.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/section&gt;

&lt;section id="HFBF5A0FBF0EE43E7ADCC89ADD6BDB245" section-type="subsequent-section"&gt;&lt;enum&gt;1057.&lt;/enum&gt;&lt;header&gt;Expenditure of funds for Department of Defense intelligence and counterintelligence activities&lt;/header&gt;

WASHSTATEC015077

<subsection id="H6AE32D7B96864D8791DACCE75F946EBA"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to subsections (b) and (c), the Secretary of Defense may expend amounts made available for the Military Intelligence Program for any of fiscal years 2020 through 2025 for intelligence and counterintelligence activities for any purpose the Secretary determines to be proper with regard to intelligence and counterintelligence objects of a confidential, extraordinary, or emergency nature. Such a determination is final and conclusive upon the accounting officers of the United States.</text></subsection>

<subsection id="H40CAA0195B574144899800EBD5A7F438"><enum>(b)</enum><header>Limitation on amount</header><text display-inline="yes-display-inline">The Secretary of Defense may not expend more than five percent of the amounts described in subsection (a) for any fiscal year for objects described in that subsection unlessâ€"</text>

<paragraph id="HB48A9C0D313040149B2DE89C64C0C2AC"><enum>(1)</enum><text>the Secretary notifies the congressional defense committees and the congressional intelligence committees of the intent to expend the amounts and purpose of the expenditure; and</text></paragraph>

<paragraph id="H51CB11F1101740E8AF1F2203030094F6"><enum>(2)</enum><text display-inline="yes-display-inline">30 days have elapsed from the date on which the Secretary provides the notice described in paragraph (1).</text></paragraph></subsection>

<subsection id="H4F8095736F14412B927BFD4408F8159D"><enum>(c)</enum><header>Certification</header><text display-inline="yes-display-inline">For each expenditure of funds under this section, the Secretary shall certify that such expenditure was made for an object of a confidential, extraordinary, or emergency nature.</text></subsection>

<subsection id="H8AFF155ED59D434FA11B8AFFD8ED9903"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than December 31 of each of 2020 through 2025, the Secretary of Defense shall submit to the congressional defense committees and the congressional intelligence committees a report on expenditures made under this section during the fiscal year preceding the year in which the report is submitted. Each such report shall include, for each expenditure under this section during the fiscal year covered by the report, a description, the purpose, the program element, and the certification required under section (c).</text></subsection>

<subsection id="H0BF44A955D404443B06C18FC92BB4FFC"><enum>(e)</enum><header>Limitation on delegations</header><text>The Secretary of Defense may not delegate the authority under this section with respect to any expenditure in excess of $100,000.</text></subsection>

<subsection id="H480BABF21FC84C478BF2D2D925E4F8F0"><enum>(f)</enum><header>Congressional intelligence committees defined</header><text display-inline="yes-display-inline">In this section, the term <quote>congressional intelligence committees</quote> meansâ€"</text>

<paragraph id="H89387C4326084D03BEA0BBA4CFF080C4"><enum>(1)</enum><text display-inline="yes-display-inline">the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph id="H6D34DC1541EB429C8D0A8608496D5FBE"><enum>(2)</enum><text>the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section id="H1741B50BBFB44C1B9074DE1A3DE964E6" section-type="subsequent-section"><enum>1058.</enum><header>Limitation on use of funds for the inactivation of Army watercraft units</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 may be obligated or expended for the inactivation of any Army watercraft unit until the Secretary of Defense submits to Congress certification thatâ€"</text>

<paragraph id="HF3FB2AA73BDD4394AE1537A97A5386E7"><enum>(1)</enum><text>the Secretary has completed the Army Watercraft Requirements Review; and</text></paragraph>

<paragraph id="H72D02EF47AC54690960ED35E7067E40A"><enum>(2)</enum><text display-inline="yes-display-inline">the Secretary has entered into a contract with a federally

WASHSTATEC015078

funded research and development corporation for the review of the ability of the Army to meet the watercraft requirements of the combatant commanders and the effects on preparedness to provide support to States and territories in connection with natural disasters, threats, and emergencies.</text></paragraph></section></subtitle></title>

<title id="HE3BB8BB0017C4F1687ECA43C073EEC07"><enum>XI</enum><header>Civilian Personnel Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HE3BB8BB0017C4F1687ECA43C073EEC07" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H93375CD257FF4E419AA4900B2AC172F9" level="subtitle">Subtitle Aâ€"General Provisions</toc-entry>

<toc-entry idref="HE7F8BF8E8C2F451BBAB6F4A1D5B8B47E" level="section">Sec.â€¯1101.â€¯Defense Advanced Research Projects Agency personnel management authority.</toc-entry>

<toc-entry idref="H82FC57D7A0CF41699F9FCC25C83A416F" level="section">Sec.â€¯1102.â€¯Report on the probationary period for Department of Defense employees.</toc-entry>

<toc-entry idref="H88D544A4264D475185823C8560497150" level="section">Sec.â€¯1103.â€¯Civilian personnel management.</toc-entry>

<toc-entry idref="H628B0E6F886A4D7389C8109D47477EBB" level="section">Sec.â€¯1104.â€¯One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone.</toc-entry>

<toc-entry idref="HAAD1BAA75D7E41AEB072C6B7944C40F7" level="section">Sec.â€¯1105.â€¯One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas.</toc-entry>

<toc-entry idref="H3E480EC8D9C244FD843E454CB8302400" level="section">Sec.â€¯1106.â€¯Performance of civilian functions by military personnel.</toc-entry>

<toc-entry idref="HC7B004874DEB417F9B7897BDA289A378" level="section">Sec.â€¯1107.â€¯Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base.</toc-entry>

<toc-entry idref="H71A203A690FA485885748E93D2954A2A" level="section">Sec.â€¯1108.â€¯Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees.</toc-entry>

<toc-entry idref="HC147B532B13D4F189F19FDC66934DFBD" level="section">Sec.â€¯1109.â€¯Modification of direct hire authorities for the Department of Defense.</toc-entry>

<toc-entry idref="HF9AB2E986DF042A0989F62D20ED42125" level="section">Sec.â€¯1110.â€¯Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act.</toc-entry>

<toc-entry idref="H4A110FC69AC4485FB6210522316A8731" level="section">Sec.â€¯1111.â€¯Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown.</toc-entry>

<toc-entry idref="HE327F33CB78B46E8B001F56E3286C6E6" level="section">Sec.â€¯1112.â€¯Limitation on transfer of Office of Personnel Management.</toc-entry>

<toc-entry idref="HCC23136B279648668658C138AD06DB89" level="section">Sec.â€¯1113.â€¯Assessment of Accelerated Promotion Program suspension.</toc-entry>

<toc-entry idref="H4FEF56C391234B2E8907BE679A8A5D30" level="section">Sec.â€¯1114.â€¯Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation.</toc-entry>

WASHSTATEC015079

<toc-entry idref="HEBEA0635AF6A464B85574BBB2BEBFC2D"
level="section">Sec.â€‚1115.â€‚Clarification of limitation on expedited hiring
authority for post-secondary students.</toc-entry>

<toc-entry idref="H658354B1B195415B8A194B1095A3497C"
level="section">Sec.â€‚1116.â€‚Modification of temporary assignments of Department of
Defense employees to a private-sector organization.</toc-entry>

<toc-entry idref="HAECC488AC5F14FFCA147D91E712B43A4"
level="section">Sec.â€‚1117.â€‚Extension of authority for part-time reemployment.</toc-
entry>

<toc-entry idref="H91454CB7D2164312A8B5A405C60462C4" level="subtitle">Subtitle Bâ€"Fair
Chance Act</toc-entry>

<toc-entry idref="H51228127EAE54E43B80252EBA077D0EA"
level="section">Sec.â€‚1121.â€‚Short title.</toc-entry>

<toc-entry idref="HE97CB6A234FD4E3DB9E3D8C43CC49D03"
level="section">Sec.â€‚1122.â€‚Prohibition on criminal history inquiries prior to
conditional offer for Federal employment.</toc-entry>

<toc-entry idref="H54077C2823AE4B5383CEF8D4A9F42123"
level="section">Sec.â€‚1123.â€‚Prohibition on criminal history inquiries by contractors
prior to conditional offer.</toc-entry>

<toc-entry idref="H976D1B82602E4D5B94B3CE347009DC2F"
level="section">Sec.â€‚1124.â€‚Report on employment of individuals formerly
incarcerated in Federal prisons.</toc-entry>

<toc-entry idref="HBE986043727D4AF6B121C5B27D1CC9DC" level="subtitle">Subtitle Câ€"ATC
Hiring Reform</toc-entry>

<toc-entry idref="HCD0EC9A8006A44A09E8BA30413AF18B8"
level="section">Sec.â€‚1131.â€‚Short title; definition.</toc-entry>

<toc-entry idref="H22153FF345D14725A6DAEFC001F0D358"
level="section">Sec.â€‚1132.â€‚Hiring of air traffic control specialists.</toc-entry>

<toc-entry idref="HA4055981CCEA45C88D44E6F30AC01ABF"
level="section">Sec.â€‚1133.â€‚Ensuring hiring preference for applicants with
experience at an air traffic control facility of the National Guard.</toc-entry>

<toc-entry idref="H1C2E1B9C736E4798B44CDFB5A64E4FF2" level="section">Sec.â€‚1134.â€‚FAA
reports on air traffic controller hiring and training.</toc-entry>

<toc-entry idref="H82E10E861EFF4F6DBFEA0DB57467B43A" level="section">Sec.â€‚1135.â€‚DOT
Inspector General review and report.</toc-entry></toc>

<subtitle id="H93375CD257FF4E419AA4900B2AC172F9"><enum>A</enum><header>General
Provisions</header>

<section id="HE7F8BF8E8C2F451BBAB6F4A1D5B8B47E" section-type="subsequent-
section"><enum>1101.</enum><header>Defense Advanced Research Projects Agency personnel
management authority</header><text display-inline="no-display-inline">Section
1599h(b)(1)(B) of title 10, United States Code, is amended by striking <quote>100
positions</quote> and inserting <quote>140 positions</quote>. </text></section>

<section id="H82FC57D7A0CF41699F9FCC25C83A416F" section-type="subsequent-
section"><enum>1102.</enum><header>Report on the probationary period for Department of
Defense employees</header>

<subsection
id="HD59BF4DFD33F4ACB95E07087F360B5D3"><enum>(a)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 1 year after the date of the
enactment of this Act, the Secretary of Defense shallâ€"</text>

<paragraph id="H657B06EDD55B43AC9B319900E2880758"><enum>(1)</enum><text>conduct an
independent review on the probationary periods applicable to Department of Defense
employees under section 1599e of title 10, United States Code; and</text></paragraph>

<paragraph id="H026655990063411EA364638B27C4568D"><enum>(2)</enum><text display-

inline="yes-display-inline">submit a report on such review to the Committees on Armed Services and Oversight and Reform of the House of Representatives and the Committees on Armed Services and Homeland Security and Governmental Affairs of the Senate.</text></paragraph></subsection>

<subsection id="HFC7C7958D4AD4E7C964D2CDD4C6E1F35"><enum>(b)</enum><header>Contents</header><text>The review and report under subsection (a) shall cover the period beginning on the date of the enactment of such section 1599e and ending on December 31, 2018, and include the following:</text>

<paragraph id="H8FFD1A1321724F30A6D47EF94000C641"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment and identification of the demographics of each Department of Defense employee who, during such period, was on a probationary period and who was removed from the civil service, subject to any disciplinary action (up to and including removal), or who filed a claim or appeal with the Office of Special Counsel or the Equal Employment Opportunity Commission.</text></paragraph>

<paragraph id="HCCDA3CCC3F0C40E3B07DAD031032E287"><enum>(2)</enum><text display-inline="yes-display-inline">A statistical assessment of the distribution patterns with respect to any removal from the civil service during such period of, or any disciplinary action (up to and including a removal) taken during such period against, any Department employee while the employee was on a probationary period.</text></paragraph>

<paragraph id="HE7DA6635A007482E8A3E211EF7F3A486"><enum>(3)</enum><text display-inline="yes-display-inline">An analysis of the best practices and abuses of discretion by supervisors and managers of the Department with respect to probationary periods.</text></paragraph>

<paragraph id="H6739F7C6AD7464887A5E1CF81EFE8043F"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of the utility of the probationary period prescribed by such section 1599e on the successful recruitment, retention, and professional development of civilian employees of the Department, including any recommendation for regulatory or statutory changes the Secretary determines to be appropriate.</text></paragraph>

<paragraph id="H41C5BDC6573B4B698E5FF44B548CF5D4"><enum>(5)</enum><text display-inline="yes-display-inline">A discussion of the cases where the Department made a determination to remove a Department employee during the second year of such employee's probationary period.</text></paragraph>

<paragraph id="H15DA2CE0E97B4C728D0DAB47DF6ECFBC"><enum>(6)</enum><text display-inline="yes-display-inline">A summary of how the Department has implemented the authority provided in such section 1599e with respect to probationary periods, including the number, and a demographic summary, of each Department employee removed from the civil service, subject to any disciplinary action (up to and including removal), or who filed a claim or appeal with the Office of Special Counsel or the Equal Employment Opportunity Commission during the second year of any such employee's probationary period. </text></paragraph></subsection>

<subsection id="H8228FA28DDAB45239D505381A92FF0A4"><enum>(c)</enum><header>Consultation</header><text display-inline="yes-display-inline">The analysis and recommendations in the report required under subsection (a) shall be prepared in consultation with Department of Defense employees and managers, labor organizations representing such employees, staff of the Office of Special Counsel and the Equal Employment Opportunity Commission, and attorneys representing Department employees in wrongful termination actions.</text></subsection></section>

<section id="H88D544A4264D475185823C8560497150" section-type="subsequent-section"><enum>1103.</enum><header>Civilian personnel management</header><text display-inline="no-display-inline">Section 129 of title 10, United States Code, is amended—</text>

<paragraph id="H6C119144E4814C218A6162520DF65AAB"><enum>(1)</enum><text>in subsection (a)—</text>

<subparagraph id="H2F51324E0B6947F298C2475B8E0D458B"><enum>(A)</enum><text display-inline="yes-display-inline">in the first sentence, by striking <quote>each fiscal

year</quote> and inserting <quote>each fiscal year primarily</quote>; and</text></subparagraph>

<subparagraph id="HF9AFECEEE94F4058A66401A3794D9141"><enum>(B)</enum><text display-inline="yes-display-inline">in the second sentenceâ€"</text>

<clause id="HC3EDAD97CDB641B182A16D82F6D68C2A"><enum>(i)</enum><text display-inline="yes-display-inline">by striking <quote>Any</quote> and inserting <quote>The management of such personnel in any fiscal year shall not be subject solely to any</quote>; and</text></clause>

<clause id="HD2C3408DA11B4506B0A4796A13DBECBB"><enum>(ii)</enum><text display-inline="yes-display-inline">by striking <quote>shall be developed</quote> and all that follows through <quote>changed circumstances</quote>; and</text></clause></subparagraph></paragraph>

<paragraph id="HF3689BC0C1624848EA9DB3093E788B9B"><enum>(2)</enum><text>in subsection (c)(2)â€"</text>

<subparagraph id="HE0FDB074055F4FAD8A0D2E82B925622D"><enum>(A)</enum><text>in each of subparagraphs (A) and (B), by inserting <quote>and associated cost</quote> after each instance of <quote>projected size</quote>; and</text></subparagraph>

<subparagraph id="H1224FC9960FE40C583ACCB4989126B80"><enum>(B)</enum><text>in subparagraph (B), by striking <quote>that have been taken</quote> and all that follows through the period and inserting <quote>to reduce the overall costs of the total force of military, civilian, and contract workforces.</quote>.</text></subparagraph></paragraph></section>

<section id="H628B0E6F886A4D7389C8109D47477EBB" section-type="subsequent-section"><enum>1104.</enum><header>One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone</header><text display-inline="no-display-inline">Paragraph (2) of section 1603(a) of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006 (Public Law 109â€"234; 120 Stat. 443), as added by section 1102 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4616) and as most recently amended by section 1115 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is further amended by striking <quote>2020</quote> and inserting <quote>2021</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HAAD1BAA75D7E41AEB072C6B7944C40F7" section-type="subsequent-section"><enum>1105.</enum><header display-inline="yes-display-inline">One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas</header><text display-inline="no-display-inline">Subsection (a) of section 1101 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4615), as most recently amended by section 1104(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2001), is further amended by striking <quote>through 2019</quote> and inserting <quote>through 2020</quote>.</text></section>

<section id="H3E480EC8D9C244FD843E454CB8302400" section-type="subsequent-section"><enum>1106.</enum><header>Performance of civilian functions by military personnel</header><text display-inline="no-display-inline">Subparagraph (B) of paragraph (1) of subsection (g) of section 129a of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H8510C6E65A7343258A9965AFC31B2DA7" display-inline="no-display-inline">

<subparagraph id="HA5B780B88373457583C429E643A7901C"><enum>(B)</enum><text display-inline="yes-display-inline">such functions may be performed by military personnel for a period that does not exceed one year if the Secretary of the military department concerned determines thatâ€"</text>

<clause id="H7E1150CCDD5240F69FE5F5771DD26108"><enum>(i)</enum><text>the performance of such functions by military personnel is required to address critical staffing needs resulting from a reduction in personnel or budgetary resources by reason of an Act of

Congress; and</text></clause>

<clause id="H66CB6FA10D5449799902A7918F44AB66"><enum>(ii)</enum><text>the military department concerned is in compliance with the policies, procedures, and analysis required by this section and section 129 of this title.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HC7B004874DEB417F9B7897BDA289A378" section-type="subsequent-section"><enum>1107.</enum><header>Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base</header>

<subsection id="H5754E55CF3DA4310A397C3C3912C3F48"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subsection (a) of section 1125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328), as amended by subsection (a) of section 1102 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91), is further amended by striking <quote>through 2021,</quote> and inserting <quote>through 2025,</quote>.</text></subsection>

<subsection id="HAEA4D7230E5447008BB88B6B5E93489E"><enum>(b)</enum><header>Briefing</header><text display-inline="yes-display-inline">Subsection (b) of such section 1102 is amended by striking <quote>fiscal years 2019 and 2021</quote> and inserting <quote>fiscal years 2019 through 2025</quote>. </text></subsection></section>

<section id="H71A203A690FA485885748E93D2954A2A"><enum>1108.</enum><header>Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees</header><text display-inline="no-display-inline">Section 1603 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block id="H3D35C1CACFE84A1B8DA203C3494A6676" style="OLC">

<subsection id="H0E9F275D595946E98B1ACD3845AA7D2D"><enum>(c)</enum><header>Additional allowances and benefits for certain employees of the defense clandestine service</header>

<paragraph id="H5B4D4F9361564E1DBB62D75A36B9234C" display-inline="yes-display-inline"><enum>(1)</enum><text>Beginning on the date on which the Secretary of Defense submits the report under paragraph (3)(A), in addition to the authority to provide compensation under subsection (a), the Secretary may provide a covered employee allowances and benefits under paragraph (1) of section 9904 of title 5 without regard to the limitations in that sectionâ€"</text>

<subparagraph id="HA0EC62FC29914B1F844DBA64D31BAB46" display-inline="no-display-inline" indent="up1"><enum>(A)</enum><text>that the employee be assigned to activities outside the United States; or</text></subparagraph>

<subparagraph id="HEF1783D408A84BD586DE16B848ECF143" display-inline="no-display-inline" indent="up1"><enum>(B)</enum><text>that the activities to which the employee is assigned be in support of Department of Defense activities abroad.</text></subparagraph></paragraph>

<paragraph id="HC688FFA017044040BF3099A37B316BAA" indent="up1" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary may not provide allowances and benefits under paragraph (1) to more than 125 covered employees per year.</text></paragraph>

<paragraph id="H93C7B47774D5455C95660045999FF112" indent="up1"><enum>(3)</enum>

<subparagraph id="HA87B7929F3304391B744302534299BE7" display-inline="yes-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">The Secretary shall submit to the appropriate congressional committees a report containing a strategy addressing the mission of the Defense Clandestine Service during the period covered by the most recent future-years defense program submitted under section 221 of this title, includingâ€"</text>

<clause id="H5E251349E171485B8650D75587E6314D" display-inline="no-display-inline" indent="up1"><enum>(i)</enum><text>how such mission will evolve during such period;</text></clause>

WASHSTATEC015083

```
<clause id="HDA1B4911C9F948CBAD086B100A01AF6F" indent="up1"><enum>(ii)</enum><text>how
the authority provided by paragraph (1) will assist the Secretary in carrying out such
mission; and</text></clause>

<clause id="HF7D3B719AC254B919DC483814C6B95B8" indent="up1"><enum>(iii)</enum><text
display-inline="yes-display-inline">an implementation plan for carrying out paragraph
(1), including a projection of how much the amount of the allowances and benefits
provided under such paragraph compare with the amount of the allowances and benefits
provided before the date of the report.</text></clause></subparagraph>

<subparagraph id="H7739B08A2C8F48128C9999EFB07AF398" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">Not later than December 31, 2020, and each year
thereafter, the Secretary shall submit to the appropriate congressional committees a
report, with respect to the fiscal year preceding the date on which the report is
submittedâ€"</text>

<clause id="H48B71D8662C3488388C6E2235DA7B745"><enum>(i)</enum><text>identifying the
number of covered employees for whom the Secretary provided allowances and benefits
under paragraph (1); and</text></clause>

<clause id="HF8078D373F884DEDB0A4F20636F5FCC0"><enum>(ii)</enum><text display-
inline="yes-display-inline">evaluating the efficacy of such allowances and benefits in
enabling the execution of the objectives of the Defense Intelligence Agency.
</text></clause></subparagraph>

<subparagraph id="H8ECD51207A814F249528CF7CA0751111"
indent="up1"><enum>(C)</enum><text>The reports under subparagraphs (A) and (B) may be
submitted in classified form.</text></subparagraph></paragraph>

<paragraph id="HB8208E08B43447D29D0307FBDF0F72A2" indent="up1"><enum>(4)</enum><text
display-inline="yes-display-inline">In this subsection:</text>

<subparagraph id="H734DDDAA0BD04F668298A21069267E8E"><enum>(A)</enum><text>The term
<quote>appropriate congressional committees</quote> meansâ€"</text>

<clause id="HDC2B4F71D31D4D52AA4F7972512CA97A"><enum>(i)</enum><text>the congressional
defense committees; and</text></clause>

<clause id="H700884C794F141FE9E8A779C0B3BEDEB"><enum>(ii)</enum><text>the Permanent
Select Committee on Intelligence of the House of Representatives and the Select
Committee on Intelligence of the Senate.</text></clause></subparagraph>

<subparagraph id="H3D96A1CDF5CF4B1AB5A63E56EEFC7DA8"><enum>(B)</enum><text>The term
<quote>covered employee</quote> means an employee in a defense intelligence position
who is assigned to the Defense Clandestine Service at a location in the United States
that the Secretary determines has living costs equal to or higher than the District of
Columbia.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></section>

<section id="HC147B532B13D4F189F19FDC66934DFBD" section-type="subsequent-
section"><enum>1109.</enum><header>Modification of direct hire authorities for the
Department of Defense</header>

<subsection id="HF5BC5530E2DE47ABBFFA884A600A99B4"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Section 9905 of title 5,
United States Code, is amendedâ€"</text>

<paragraph id="H428579AA0A0A427F8A2018E107B31E49"><enum>(1)</enum><text>in subsection
(a)â€"</text>

<subparagraph id="H7C08BBCD18BB474CA0DC9EE61DA999BD"><enum>(A)</enum><text>by amending
paragraph (2) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H82B0BAE676AF41A2A12FB189B2DF7388"
style="USC">

<paragraph id="H6CC16A19569F40BBA324FF8CC735D1CA"><enum>(2)</enum><text display-
inline="yes-display-inline">Any cyber workforce position.</text></paragraph><after-
quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H2C0295F8DC6C4565B55620C96355CFFF"><enum>(B)</enum><text>by adding
afer paragraph (4) the following:</text>
```

```
<quoted-block display-inline="no-display-inline" id="HE278895BC0834528A29FF7168EA36879"
style="USC">

<paragraph id="H1E75D0DD6ACA4948A4956E5C1AFE9A63"><enum>(5)</enum><text display-
inline="yes-display-inline">Any scientific, technical, engineering, or mathematics
positions, including technicians, within the defense acquisition workforce, or any
category of acquisition positions within the Department designated by the Secretary as
a shortage or critical need category.</text></paragraph>

<paragraph id="H13DD0A6C80C74721B5A2F73782FAD458"><enum>(6)</enum><text>Any scientific,
technical, engineering, or mathematics position, except any such position within any
defense Scientific and Technology Reinvention Laboratory, for which a qualified
candidate is required to possess a bachelorâ€™s degree or an advanced degree, or for
which a veteran candidate is being considered.</text></paragraph>

<paragraph id="HDEB9C2D9F86F4EFE9862925D27A98A68"><enum>(7)</enum><text display-
inline="yes-display-inline">Any category of medical or health professional positions
within the Department designated by the Secretary as a shortage category or critical
need occupation.</text></paragraph>

<paragraph id="H994607582F254FEAABCF306AF8EAC372"><enum>(8)</enum><text>Any childcare
services position for which there is a critical hiring need and a shortage of childcare
providers.</text></paragraph>

<paragraph id="HD72B8E759BFC476C81B5C94E908B84D9"><enum>(9)</enum><text display-
inline="yes-display-inline">Any financial management, accounting, auditing, actuarial,
cost estimation, operational research, or business or business administration position
for which a qualified candidate is required to possess a finance, accounting,
management or actuarial science degree or a related degree, or a related degree of
equivalent experience.</text></paragraph>

<paragraph id="H62A690C7C062463182CD065D29E49014"><enum>(10)</enum><text>Any position,
as determined by the Secretary, for the purpose of assisting and facilitating the
efforts of the Department in business transformation and management
innovation.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph id="H8761EAE80AFF44B883D07A22C30BBA20"><enum>(2)</enum><text>by striking
subsection (b) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H306711DEC7E94F61A544716C7998C51F"
style="USC">

<subsection
id="H90A1D4D7C6BD498CAC56E0A072F1E308"><enum>(b)</enum><header>Sunset</header>

<paragraph id="HD35E4DA66FFC4F1585BBC8BCFC485225"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Except as provided in
paragraph (2), effective on September 30, 2025, the authority provided under subsection
(a) shall expire.</text></paragraph>

<paragraph
id="H0FC5B4DF69054D5FBDCA5B7F9E313D8F"><enum>(2)</enum><header>Exception</header><text
display-inline="yes-display-inline">Paragraph (1) shall not apply to the authority
provided under subsection (a) to make appointments to positions described under
paragraph (5) of such subsection.</text></paragraph></subsection>

<subsection id="HA509FE66B75946EB9FC8EE3A557A6C34"><enum>(c)</enum><header>Suspension
of other hiring authorities</header><text display-inline="yes-display-inline">During
the period beginning on the effective date of the regulations issued to carry out the
hiring authority with respect to positions described in paragraphs (5) through (10) of
subsection (a) and ending on the date described in subsection (b)(1), the Secretary of
Defense may not exercise or otherwise use any hiring authority provided under the
following provisions of law:</text>

<paragraph id="HE1E382C999B649F8982ABFC39F71E25A"><enum>(1)</enum><text>Sections
1599c(a)(2) and 1705(h) of title 10.</text></paragraph>

<paragraph id="H4F87648569B64D78BF5BF1EC25C15E70"><enum>(2)</enum><text display-
inline="yes-display-inline">Sections 1112 and 1113 of the National Defense
Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat.
```

1033).</text></paragraph>

<paragraph id="H9307685B29CD476297546F770EFFD8A9"><enum>(3)</enum><text display-inline="yes-display-inline">Sections 1110 and 1643(a)(3) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2450 and 2602).</text></paragraph>

<paragraph id="H944014EBADBC459FBA5077456E9A2FD2"><enum>(4)</enum><text display-inline="yes-display-inline">Sections 559 and 1101 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1406 and 1627).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H83B4177B800D4637B3C14DC4B5BFFEC4"><enum>(b)</enum><header>Report</header>

<paragraph id="HC3FA68F727B446CEA91F9C611445DDA9"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than February 1, 2021, the Secretary of Defense, in coordination with the Director of the Office of Personnel Management, shall provide for the conduct of an independent review and report to the congressional defense committees and the Committee on Oversight and Reform of the House of Representatives.</text></paragraph>

<paragraph id="H057586C286DC48CABC2FA0556E907C27"><enum>(2)</enum><header>Contents</header><text>The report required under paragraph (1) shallâ€"</text>

<subparagraph id="HA6D5B2DE047B4B3EBDAA3C04B9E0A8B9"><enum>(A)</enum><text>assess and identify steps that could be taken to improve the competitive hiring process at the Department and ensure that direct hiring is conducted in a manner consistent with ensuring a merit based civil service and a diverse workforce in the Department and the rest of the Federal Government; and</text></subparagraph>

<subparagraph id="H16493373F19A454B83BCBE4D28B67DE8"><enum>(B)</enum><text>consider the feasibility and desirability of using cohort hiring, or hiring <quote>talent pools</quote>, instead of conducting all hiring on a position-by-position basis.</text></subparagraph></paragraph>

<paragraph id="HC7ED1D2EFD814878AEADA16A27640070"><enum>(3)</enum><header>Consultation</header><text display-inline="yes-display-inline">The analysis and recommendations in the report required under paragraph (1) shall be prepared in consultation with all stakeholders, public sector unions, hiring managers, career agency, and Office of Personnel Management personnel specialists, and after a survey of public sector employees and job applicants.</text></paragraph></subsection></section>

<section id="HF9AB2E986DF042A0989F62D20ED42125" section-type="subsequent-section"><enum>1110.</enum><header>Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act</header>

<subsection id="H7C78C8FB0AF84EEA978076D8EEA671D0"><enum>(a)</enum><header>FEHBP</header><text display-inline="yes-display-inline">Section 8905 of title 5, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H1D4DA3104EAC4104881166C161705BF8" style="USC">

<subsection id="H7379C189EC2047E097F3F8E12D4F7BEE"><enum>(i)</enum><text display-inline="yes-display-inline">Any services by an officer or employee under this chapter relating to enrolling individuals in a health benefits plan under this chapter, or changing the enrollment of an individual already so enrolled, shall be deemed, for purposes of section 1342 of title 31, services for emergencies involving the safety of human life or the protection of property.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H147D2642F459476DAF8A0C5C9BE1C2E0"><enum>(b)</enum><header>FEGLI</header><text>Section 8702 of title 5, United States Code, is amended by adding at the end the following:</text>

```
<quoted-block style="USC" id="HC382EC892C3B45C7A0336982564B3754" display-inline="no-
display-inline">

<subsection id="H5943E53C4272478E98D42AF0B42A7500"><enum>(d)</enum><text display-
inline="yes-display-inline">Any services by an officer or employee under this chapter
relating to benefits under this chapter shall be deemed, for purposes of section 1342
of title 31, services for emergencies involving the safety of human life or the
protection of property.</text></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection
id="H220E1D0153A148A58603C49D011AFB90"><enum>(c)</enum><header>Regulations</header>

<paragraph id="H74DF737E82044B1C98A94FF176CC2308"><enum>(1)</enum><header>In
general</header><text>Not later than 90 days after the date of the enactment of this
Act, the Office of Personnel Management shall prescribe regulations to carry out the
amendments made by subsections (a) and (b).</text></paragraph>

<paragraph id="H9E7DEBFF0E584330940C81F51C9377F4"><enum>(2)</enum><header>Pay status
for furloughed employees</header><text>The regulations prescribed under paragraph (1)
for the amendments made by subsection (a) shall provide that an employee furloughed as
result of a lapse in appropriations shall, during such lapse, be deemed to be in a pay
status for purposes of enrolling or changing the enrollment (as the case may be) of
that employee under chapter 89 of title 5, United States
Code.</text></paragraph></subsection>

<subsection
id="H18438EC3C6734937A136F7D14920C55E"><enum>(d)</enum><header>Application</header><tex
t display-inline="yes-display-inline">The amendments made by subsection (a) and (b)
shall apply to any lapse in appropriations beginning on or after the date of enactment
of this Act.</text></subsection></section>

<section id="H4A110FC69AC4485FB6210522316A8731"><enum>1111.</enum><header>Continuing
supplemental dental and vision benefits and long-term care insurance coverage during a
Government shutdown</header>

<subsection id="HB236693D2CA549D48ACF2B90E1C01FFF"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Title 5, United States Code,
is amendedâ€"</text>

<paragraph id="HDBB71E1D974142CAB12AE32EA7E0FEC6"><enum>(1)</enum><text>in section
8956, by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H14B47E5D55F94B5180BAB18C10033A56"
style="USC">

<subsection id="H5D95FF57D8C7412691BF70DD0EDEE9A7"><enum>(d)</enum><text display-
inline="yes-display-inline">Coverage under a dental benefits plan under this chapter
for any employee or a covered TRICARE-eligible individual enrolled in such a plan and
who, as a result of a lapse in appropriations, is furloughed or excepted from furlough
and working without pay shall continue during such lapse and may not be cancelled as a
result of nonpayment of premiums or other periodic charges due to such
lapse.</text></subsection><after-quoted-block>; </after-quoted-block></quoted-
block></paragraph>

<paragraph id="H3BB2B66EF0E14B9C8EE9A80F59426567"><enum>(2)</enum><text display-
inline="yes-display-inline">in section 8986, by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HD36D7B49ADF04A0FB00F04473DF239B3"
style="USC">

<subsection id="H6094EF1244214489ABD509737D29CE4D"><enum>(d)</enum><text display-
inline="yes-display-inline">Coverage under a vision benefits plan under this chapter
for any employee or a covered TRICARE-eligible individual enrolled in such a plan and
who, as a result of a lapse in appropriations, is furloughed or excepted from furlough
and working without pay shall continue during such lapse and may not be cancelled as a
result of nonpayment of premiums or other periodic charges due to such
lapse.</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-
block></paragraph>

<paragraph id="H1DA9287F25C048D1B2F3CFA2FEA575F0"><enum>(3)</enum><text>in section
```

9003, by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H8058EB39082F41D98DFE067857F9CBB1" style="USC">

<subsection id="HA5B425FD156745D7BA68351EBEAFDC8E"><enum>(e)</enum><header>Effect of Government shutdown</header><text display-inline="yes-display-inline">Coverage under a master contract under this chapter for long-term care insurance for an employee or member of the uniformed services enrolled under such contract and who, due to a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HAB25FBD0392D472DBEF3DAC35F4CA528"><enum>(b)</enum><header>Regulations</header>

<paragraph id="H8FBF336C30CB46739E3437BDF9F868F6"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Consistent with paragraph (2), the Director of the Office of Personnel Management shall prescribe regulations under which premiums for supplemental dental, supplemental vision, or long-term care insurance under chapter 89A, 89B, or 90 (respectively) of title 5, United States Code, (as amended by subsection (a)) that are unpaid by an employee, a covered TRICARE-eligible individual, or a member of the uniformed services (as the case may be), as a result of that employee, covered TRICARE-eligible individual, or member being furloughed or excepted from furlough and working without pay as a result of a lapse in appropriations, are paid to the applicable carrier from back pay made available to the employee or member as soon as practicable upon the end of such lapse.</text></paragraph>

<paragraph id="H257B88FDD6254BEC8A599DCBA3E79369"><enum>(2)</enum><header>Long-term care premiums from source other than backpay</header><text display-inline="yes-display-inline">The regulations promulgated under paragraph (1) for the amendments made by subsection (a)(3) may provide, with respect to any individual who elected under section 9004(d) of title 5, United States Code, to pay premiums directly to the carrier, that such individual may continue to pay premiums pursuant to such election instead of from back pay made available to such individual.</text></paragraph></subsection>

<subsection id="H6F3A1E55DAF6472E97BDBAB5AC9923D2"><enum>(c)</enum><header>Application</header><text display-inline="yes-display-inline">The amendments made by subsection (a) shall apply to any contract for supplemental dental, supplemental vision, or long-term care insurance under chapter 89A, 89B, or 90 (respectively) of title 5, United States Code, entered into before, on, or after the date of enactment of this Act.</text></subsection></section>

<section id="HE327F33CB78B46E8B001F56E3286C6E6" section-type="subsequent-section"><enum>1112.</enum><header>Limitation on transfer of Office of Personnel Management</header>

<subsection id="H18B6C64642CB4663822EC1B00274A199"><enum>(a)</enum><header>In general</header><text>No person may assign, transfer, transition, merge, or consolidate any function, responsibility, authority, service, system, or program that is assigned in law to the Office of Personnel Management to or with the General Services Administration, the Office of Management and Budget, or the Executive Office of the President, until on or after the date that is 180 days after the date on which the report required by subsection (c) is submitted to the appropriate committees of Congress, and subject to the enactment of any legislation required.</text></subsection>

<subsection id="H59F280F35CC6422B874A49C8DB79D215"><enum>(b)</enum><header>Independent study and report</header>

<paragraph id="H8112FBC8328A40D2AB9EFE6A5F76A084"><enum>(1)</enum><header>In general</header><text>Not later than 30 days after the date of the enactment of this Act, the Director of the Office of Personnel Management (in this section referred to as the <quote>Director</quote>) shall contract with the National Academy of Public Administration (in this section referred to as the <quote>Academy</quote>) to conduct a study addressing each of the elements set forth in paragraph (3) and to report the findings and recommendations derived from such study.</text></paragraph>

```
<paragraph
id="H82D180C10B8642A1B68285F58F5A89D1"><enum>(2)</enum><header>Deadline</header><text>N
ot later than one year after the date the contract required by paragraph (1) is entered
into, the Academy shall submit the report prepared under such contract to the Director
and the appropriate committees of Congress.</text></paragraph>

<paragraph
id="H42B028EF2E874C0EB49C671FFAFAC290"><enum>(3)</enum><header>Requirements</header><te
xt>The study and report required by paragraph (1) and (2) shall include a comprehensive
assessment and analysis ofâ€"</text>

<subparagraph id="H8F6162DE582941588800EAB94C2D859B"><enum>(A)</enum><text>the
statutory mandates assigned to the Office of Personnel Management and the challenges
associated with the Officeâ€™s execution of those mandates;</text></subparagraph>

<subparagraph id="H7A044257AEAA4A969EA562DA6560BB0C"><enum>(B)</enum><text>the non-
statutory functions, responsibilities, authorities, services, systems, and programs
performed or executed by the Office of Personnel Management; the Officeâ€™s
justification for carrying out such functions, responsibilities, authorities, services,
systems, and programs; and the challenges associated with the Officeâ€™s execution of
same;</text></subparagraph>

<subparagraph id="HED6BFE9773DB4E70BDEBB8106ABBAC6E"><enum>(C)</enum><text>the means,
options, and recommended courses of action for addressing the challenges identified
pursuant to subparagraphs (A) and (B), including an analysis of the benefits, costs,
and feasibility of each option and the effect of each on labor-management
agreements;</text></subparagraph>

<subparagraph id="HBE7C54F381D542369A9C7F508FA9731E"><enum>(D)</enum><text>a timetable
for the implementation of options and recommended courses of action identified pursuant
to subparagraph (C);</text></subparagraph>

<subparagraph id="H42A9E5920F4F4C469CA4FF1BCB16E085"><enum>(E)</enum><text>statutory or
regulatory changes necessary to execute any course of action
recommended;</text></subparagraph>

<subparagraph id="H2D9FCCD65F794A81B40017E987D0C498"><enum>(F)</enum><text>the methods
for involving, engaging with, and receiving input from other Federal agencies,
departments, and entities potentially affected by any change in the structure,
functions, responsibilities, authorities of the Office of Personnel Management that may
be recommended;</text></subparagraph>

<subparagraph id="H2E0FAB9DD3454A779A3D058AC4C48058"><enum>(G)</enum><text>the views of
identified stakeholders, including other Federal agencies, departments, and entities;
non-Federal entities or organizations representing customers or intended beneficiaries
of Office of Personnel Management functions, services, systems, or programs; and such
individual customers and intended beneficiaries; and</text></subparagraph>

<subparagraph id="HE1105E4A11644B8A87ADE4EB63C75451"><enum>(H)</enum><text>such other
matters as the Director may prescribe.</text></subparagraph></paragraph></subsection>

<subsection id="H7AACF456B4D54D4BBB0CAA8190D6B9EC"><enum>(c)</enum><header>OPM
report</header>

<paragraph id="H5872DB938B174CABAE81F115DE01A3C5"><enum>(1)</enum><header>In
general</header><text>Not later than 180 days after the date on which the report is
submitted pursuant to subsection (b)(2) to the Director and the appropriate committees
of Congress, the Director, in consultation with the General Services Administration,
the Office of Management and Budget, and other appropriate Federal agencies,
departments, or entities, shall submit to the appropriate committees of Congress a
report on the views of the Office of Personnel Management on the findings and
recommendations set forth in the report prepared under subsection (b), together with
any recommendations for changes in the structure, functions, responsibilities, and
authorities of the Office of Personnel Management.</text></paragraph>

<paragraph id="H233A6A47552544FD95CB12A5BDB3F173"><enum>(2)</enum><header>Business case
analysis</header><text>Any recommendation submitted in the report under paragraph (1)
for change shall be accompanied by a business case analysis setting forth the
operational efficiencies and cost savings (in both the short- and long-terms)
associated with such change, and a proposal for legislative or administrative action
```

WASHSTATEC015089

required to effect the change proposed.</text></paragraph></subsection>

<subsection id="H663FC40E6AFE4A4A882C41F10B5EA0EF"><enum>(d)</enum><header>Definition of appropriate committees of Congress</header><text>For purposes of this section, the term <quote>appropriate committees of Congress</quote> are the Committees on Appropriations and Homeland Security and Governmental Affairs of the Senate and the Committees on Appropriations and Oversight and Reform of the House of Representatives.</text></subsection></section>

<section id="HCC23136B279648668658C138AD06DB89"><enum>1113.</enum><header>Assessment of Accelerated Promotion Program suspension</header>

<subsection id="H9C0A4E272A5C455EA8D19B8C50DA3EA9"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall conduct an assessment of the impacts resulting from the Navy's suspension in 2016 of the Accelerated Promotion Program (in this section referred to as the <quote>APP</quote>).</text></subsection>

<subsection id="H53CD85518DF147F48F01A023F8FD2765"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The assessment required under subsection (a) shall include the following elements:</text>

<paragraph id="H9AFD7049BFC24B05A5CE7369B809003F"><enum>(1)</enum><text display-inline="yes-display-inline">An identification of the number of employees who were hired at the four public shipyards between January 23, 2016, and December 22, 2016, covering the period in which APP was suspended, and who would have otherwise been eligible for APP had the program been in effect at the time they were hired.</text></paragraph>

<paragraph id="HDB2126A7970E4108BFD1F727068A7B2A"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment for employees identified in paragraph (1) to determine the difference between wages earned from the date of hire to the date on which wage data is collected for purposes of the assessment and the wages which would have been earned during this same period had that employee participated in APP from the date of hire and been promoted according to the average promotion timeframe for participants hired in the five-year period prior to the suspension.</text></paragraph>

<paragraph id="HFCFF71431A5C4996B89B95304F1FEB3B" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment for each employee identified in paragraph (1) to determine at what grade and step each effected employee would have met the required experience and training to qualify for an accelerated promotion would be on October 1, 2020, had that employee been promoted according to the average promotion timeframe for participants hired in the five-year period prior to the suspension.</text></paragraph>

<paragraph id="H320FE1584D304E918C19566180C69FBA" commented="no"><enum>(4)</enum><text display-inline="yes-display-inline">An evaluation of existing authorities available to the Secretary to determine whether the Secretary can take measures using those authorities to provide the pay difference and corresponding interest to each effected employee who has otherwise met the required experience and training to qualify for an accelerated promotion identified in paragraph (2) and directly promote the employee to the grade and step identified in paragraph (3).</text></paragraph></subsection>

<subsection id="H99EAA0CDC51D4076B529229C1F916514"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">The Secretary shall submit to the congressional defense committees a report on the results of the assessment required under subsection (a) by not later than June 1, 2020, and shall provide interim briefings upon request.</text></subsection></section>

<section id="H4FEF56C391234B2E8907BE679A8A5D30"><enum>1114.</enum><header>Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation</header>

<subsection id="H1C8742EB0E1144AA8A5AC744F6E0A4EB"><enum>(a)</enum><header>In general</header><text>Section 5724b of title 5, United States Code, is amended'</text>

<paragraph id="H3C72B40B846A47C08C27AAFEECB9818F"><enum>(1)</enum><text>in the section

heading, by striking <quote><header-in-text level="section" style="USC">of employees transferred</header-in-text></quote>;</text></paragraph>

<paragraph id="H6C8FD94DA45A43D0B3EA8B6636828AE0"><enum>(2)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H08AB63A797464439B7363C2AED579F35"><enum>(A)</enum><text>in the first sentence, by striking <quote>employee, or by an employee and such employeeâ€™s spouse (if filing jointly), for any moving or storage</quote> and inserting <quote>individual, or by an individual and such individualâ€™s spouse (if filing jointly), for any travel, transportation, or relocation</quote>; and</text></subparagraph>

<subparagraph id="H6968FA49CA3147C18A18DABA6615C37B"><enum>(B)</enum><text>in the second sentence, by striking <quote>employee</quote> and inserting <quote>individual, or the individual</quote>; and</text></subparagraph></paragraph>

<paragraph id="HC6D79B6AD6304A02BC71FC390FA2CEC7"><enum>(3)</enum><text>by striking subsection (b) and inserting the following:</text>

<quoted-block id="HBE8A68421EAA4B0FA0253C5801265FE5" style="OLC">

<subsection id="H79AFF317ABC947A9A8840FE3653409DD"><enum>(b)</enum><text>For purposes of this section, the term <quote>travel, transportation, or relocation expenses</quote> means all travel, transportation, or relocation expenses reimbursed or furnished in kind pursuant to this subchapter of chapter 41.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H1157798CDCF44BD8AFDC2B4D4317D2B8"><enum>(b)</enum><header>Technical and conforming amendment</header><text>The table of sections for chapter 57 of title 5, United States Code, is amended by striking the item relating to section 5724b and inserting the following:</text>

<quoted-block id="H07FEA624EBB44C24B1EE7FB43150A542" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">5724b. Taxes on reimbursements for travel, transportation, and relocation expenses</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HFD64696E080E4DE7B0E2EF9270D644C0"><enum>(c)</enum><header>Retroactive effective date</header><text>The amendments made by this section shall take effect on January 1, 2018.</text></subsection></section>

<section id="HEBEA0635AF6A464B85574BBB2BEBFC2D"><enum>1115.</enum><header>Clarification of limitation on expedited hiring authority for post-secondary students</header><text display-inline="no-display-inline">Section 3116(d)(1) of title 5, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HC69A9F49D43E4A3684FA26B93FE554A9" style="OLC">

<paragraph id="HE94F59762CF94098B1E258BC1BF5E0DB"><enum>(1)</enum><header>In general</header><text>Except as provided in paragraph (2), the total number of students that the head of an agency may appoint under this section during a fiscal year may not exceed the number equal to 15 percent of the number of students that the agency head appointed during the previous fiscal year to a position at the GSâ€"11 level, or an equivalent level, or below.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H658354B1B195415B8A194B1095A3497C" section-type="subsequent-section"><enum>1116.</enum><header display-inline="yes-display-inline">Modification of temporary assignments of Department of Defense employees to a private-sector organization</header><text display-inline="no-display-inline">Section 1599g(e)(2)(A) of title 10, United States Code, is amended by inserting <quote>permanent</quote> after <quote>without the</quote>.</text></section>

<section id="HAECC488AC5F14FFCA147D91E712B43A4"><enum>1117.</enum><header>Extension of authority for part-time reemployment</header>

<subsection id="HA8B96B6D148D4DD0A74F8172A427F061"><enum>(a)</enum><header>Civil

WASHSTATEC015091

Service Retirement System</header><text>Section 8344(l)(7) of title 5, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2024</quote>.</text></subsection>

<subsection id="HBFC8C6A72B574E9CB3EC3E1557EE51F4"><enum>(b)</enum><header>Federal Employees Retirement System</header><text>Section 8468(i)(7) of title 5, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2024</quote>.</text></subsection></section></subtitle>

<subtitle id="H91454CB7D2164312A8B5A405C60462C4"><enum>B</enum><header>Fair Chance Act</header>

<section id="H51228127EAE54E43B80252EBA077D0EA" section-type="subsequent-section"><enum>1121.</enum><header>Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote><short-title>Fair Chance to Compete for Jobs Act of 2019</short-title></quote> or the <quote><short-title>Fair Chance Act</short-title></quote>.</text></section>

<section id="HE97CB6A234FD4E3DB9E3D8C43CC49D03" section-type="subsequent-section"><enum>1122.</enum><header>Prohibition on criminal history inquiries prior to conditional offer for Federal employment</header>

<subsection id="H63E0E38157594A2F84531E9CFE51E950"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subpart H of part III of title 5, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H6C6CF3D7EE794618B868DA180DF51610" style="USC">

<chapter id="H1B811D95AC5E491985B983F4C9E281D7" style="USC"><enum>92</enum><header>Prohibition on criminal history inquiries prior to conditional offer</header>

<toc>

<toc-entry level="section">Sec. </toc-entry>

<toc-entry level="section">9201. Definitions.</toc-entry>

<toc-entry level="section">9202. Limitations on requests for criminal history record information.</toc-entry>

<toc-entry level="section">9203. Agency policies; complaint procedures.</toc-entry>

<toc-entry level="section">9204. Adverse action.</toc-entry>

<toc-entry level="section">9205. Procedures.</toc-entry>

<toc-entry level="section">9206. Rules of construction.</toc-entry></toc>

<section id="HAA38D51A62C7497AB89153E7021B8BDA"><enum>9201.</enum><header>Definitions</header><text display-inline="no-display-inline">In this chapterâ€"</text>

<paragraph id="H4C93F472A219430980D50E86C19BBB71"><enum>(1)</enum><text>the term <term>agency</term> means <quote>Executive agency</quote> as such term is defined in section 105 and includesâ€"</text>

<subparagraph id="HBF69B1B2B1C4462BA1B9601DA8A71A72"><enum>(A)</enum><text display-inline="yes-display-inline">the United States Postal Service and the Postal Regulatory Commission; and</text></subparagraph>

<subparagraph id="HED1143CFC76A4219AFD9A8AE5622381E"><enum>(B)</enum><text>the Executive Office of the President;</text></subparagraph></paragraph>

<paragraph id="H10F4C4BBEF35432494471329C9EA1C35"><enum>(2)</enum><text>the term <term>appointing authority</term> means an employee in the executive branch of the Government of the United States that has authority to make appointments to positions in the civil service;</text></paragraph>

<paragraph id="H29875096AEE245208FD216DDBA070F04"><enum>(3)</enum><text>the term <term>conditional offer</term> means an offer of employment in a position in the civil service that is conditioned upon the results of a criminal history

inquiry;</text></paragraph>

<paragraph id="H39D99C8F22A1411EAC3863D0476BC999"><enum>(4)</enum><text>the term
<term>criminal history record information</term>â€</text>

<subparagraph id="HF6B1C0FEE63048128A562D92AD0C8D6D"><enum>(A)</enum><text>except as
provided in subparagraphs (B) and (C), has the meaning given the term in section
9101(a);</text></subparagraph>

<subparagraph id="H8960D6470AAF41B0932672363BFE8694"><enum>(B)</enum><text display-
inline="yes-display-inline">includes any information described in the first sentence of
section 9101(a)(2) that has been sealed or expunged pursuant to law;
and</text></subparagraph>

<subparagraph id="H841B2BCA72354CEBA8D7ECEB24B60317"><enum>(C)</enum><text>includes
information collected by a criminal justice agency, relating to an act or alleged act
of juvenile delinquency, that is analogous to criminal history record information
(including such information that has been sealed or expunged pursuant to law);
and</text></subparagraph></paragraph>

<paragraph id="H4E5F1CA1FD5048BBBE6690F45870DB56"><enum>(5)</enum><text>the term
<term>suspension</term> has the meaning given the term in section
7501.</text></paragraph></section>

<section id="H95EA8D0006EF44AB8F95E411C7A404EE"><enum>9202.</enum><header>Limitations
on requests for criminal history record information</header>

<subsection id="HDD9A3E9E58874E3E95F6975552F0ED90"><enum>(a)</enum><header>Inquiries
prior to conditional offer</header><text>Except as provided in subsections (b) and (c),
an employee of an agency may not request, in oral or written form (including through
the Declaration for Federal Employment (Office of Personnel Management Optional Form
306) or any similar successor form, the USAJOBS internet website, or any other
electronic means) that an applicant for an appointment to a position in the civil
service disclose criminal history record information regarding the applicant before the
appointing authority extends a conditional offer to the applicant.</text></subsection>

<subsection commented="no"
id="HACC7BEBF39F94ECDB3034EC6E0698B70"><enum>(b)</enum><header>Otherwise required by
law</header><text display-inline="yes-display-inline">The prohibition under subsection
(a) shall not apply with respect to an applicant for a position in the civil service if
consideration of criminal history record information prior to a conditional offer with
respect to the position is otherwise required by law.</text></subsection>

<subsection id="H6B2720AD5E0E45D085FBB91D06C653C4"><enum>(c)</enum><header>Exception
for certain positions</header>

<paragraph id="HF96975C5522F4F6B9D55F29B0CF58898"><enum>(1)</enum><header>In
general</header><text>The prohibition under subsection (a) shall not apply with respect
to an applicant for an appointment to a positionâ€"</text>

<subparagraph id="HF139CC9320CB4091B8F436A130E48A3B"><enum>(A)</enum><text>that
requires a determination of eligibility described in clause (i), (ii), or (iii) of
section 9101(b)(1)(A);</text></subparagraph>

<subparagraph commented="no"
id="H9D198948D3724E7F9E0FDD3682776655"><enum>(B)</enum><text>as a Federal law
enforcement officer (as defined in section 115(c) of title 18);
or</text></subparagraph>

<subparagraph commented="no"
id="H28B227C87CD4402E9002576F5D7B1A29"><enum>(C)</enum><text>identified by the Director
of the Office of Personnel Management in the regulations issued under paragraph
(2).</text></subparagraph></paragraph>

<paragraph commented="no"
id="HE38D5664CB984187A3B97C430C05B918"><enum>(2)</enum><header>Regulations</header>

<subparagraph commented="no"
id="H2AE44BB1B34E443DB35FD8482A90C5FA"><enum>(A)</enum><header>Issuance</header><text>T
he Director of the Office of Personnel Management shall issue regulations identifying
additional positions with respect to which the prohibition under subsection (a) shall

not apply, giving due consideration to positions that involve interaction with minors, access to sensitive information, or managing financial transactions.</text></subparagraph>

<subparagraph commented="no" id="HB475A9690D594FF6BC5D4C40ECD79DBE"><enum>(B)</enum><header>Compliance with civil rights laws</header><text>The regulations issued under subparagraph (A) shallâ€"</text>

<clause commented="no" id="HFF6297F455D6401E8AB12E33F0455D63"><enum>(i)</enum><text>be consistent with, and in no way supersede, restrict, or limit the application of title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws; and</text></clause>

<clause commented="no" id="H9A2F129632D0434D90E760B6FE7CDC97"><enum>(ii)</enum><text>ensure that all hiring activities conducted pursuant to the regulations are conducted in a manner consistent with relevant Federal civil rights laws.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H58119DB3959B4F9F89EB865CA2A3515A"><enum>9203.</enum><header>Agency policies; complaint procedures</header><text display-inline="no-display-inline">The Director of the Office of Personnel Management shallâ€"</text>

<paragraph id="HBC717ACB30DC44EE9CB9223639684B3A"><enum>(1)</enum><text>develop, implement, and publish a policy to assist employees of agencies in complying with section 9202 and the regulations issued pursuant to such section; and</text></paragraph>

<paragraph id="HBFF7A8BFB87344FBB765B0AB671C2C84"><enum>(2)</enum><text>establish and publish procedures under which an applicant for an appointment to a position in the civil service may submit a complaint, or any other information, relating to compliance by an employee of an agency with section 9202.</text></paragraph></section>

<section commented="no" id="H0391B05745A84EC18C198323F6910BE2"><enum>9204.</enum><header>Adverse action</header>

<subsection id="H16F6A1ECEE6A4647982C6402E5758A81"><enum>(a)</enum><header>First violation</header><text display-inline="yes-display-inline">If the Director of the Office of Personnel Management determines, after notice and an opportunity for a hearing on the record, that an employee of an agency has violated section 9202, the Director shallâ€"</text>

<paragraph id="HC4E07CD1DC2247B4AA3FA06157696DD5"><enum>(1)</enum><text>issue to the employee a written warning that includes a description of the violation and the additional penalties that may apply for subsequent violations; and</text></paragraph>

<paragraph id="HD631FBCB57A54016943AB1B651E5D2D5"><enum>(2)</enum><text>file such warning in the employeeâ€™s official personnel record file.</text></paragraph></subsection>

<subsection id="HC00115D06ACD4CFCAD344FCE288DA560"><enum>(b)</enum><header>Subsequent violations</header><text>If the Director of the Office of Personnel Management determines, after notice and an opportunity for a hearing on the record, that an employee that was subject to subsection (a) has committed a subsequent violation of section 9202, the Director may take the following action:</text>

<paragraph commented="no" id="H1E5D35E7C45A481F8E0CC6484BBD7643"><enum>(1)</enum><text>For a second violation, suspension of the employee for a period of not more than 7 days.</text></paragraph>

<paragraph commented="no" id="HF3AD30EB2B0A4DBA953B3FA57965703E"><enum>(2)</enum><text display-inline="yes-display-inline">For a third violation, suspension of the employee for a period of more than 7 days.</text></paragraph>

<paragraph commented="no" id="H0AD2494A4DFA432E8250FB7748BC6DF7"><enum>(3)</enum><text display-inline="yes-display-inline">For a fourth violationâ€"</text>

<subparagraph commented="no" id="H48EF92EB1E9344CCBC6B00694F742A66"><enum>(A)</enum><text display-inline="yes-display-inline">suspension of the employee for a period of more than 7 days;

and</text></subparagraph>

<subparagraph commented="no"
id="HA82F768C2EF04959A2CC6A79970077F8"><enum>(B)</enum><text display-inline="yes-
display-inline">a civil penalty against the employee in an amount that is not more than
$250.</text></subparagraph></paragraph>

<paragraph commented="no" id="HC9BB953341E640D397E2B8FFF92EEB7F"><enum>(4)</enum><text
display-inline="yes-display-inline">For a fifth violationâ€"</text>

<subparagraph commented="no"
id="H590755756EA7445AB7368E4FC36EB02D"><enum>(A)</enum><text display-inline="yes-
display-inline">suspension of the employee for a period of more than 7 days;
and</text></subparagraph>

<subparagraph commented="no"
id="H60F9DECA629542A88AD852CE794C9168"><enum>(B)</enum><text display-inline="yes-
display-inline">a civil penalty against the employee in an amount that is not more than
$500.</text></subparagraph></paragraph>

<paragraph commented="no" id="H36BC3387A68E462F8AAD7A329EC4B33D"><enum>(5)</enum><text
display-inline="yes-display-inline">For any subsequent violationâ€"</text>

<subparagraph commented="no"
id="HF0986FAC0C074FE5A07CDCA96939AFF8"><enum>(A)</enum><text display-inline="yes-
display-inline">suspension of the employee for a period of more than 7 days;
and</text></subparagraph>

<subparagraph commented="no"
id="H5C126F86C90D484A9DB79201C7E0B193"><enum>(B)</enum><text display-inline="yes-
display-inline">a civil penalty against the employee in an amount that is not more than
$1,000.</text></subparagraph></paragraph></subsection></section>

<section
id="H2C283387B58C4A3384ABF01C6996530F"><enum>9205.</enum><header>Procedures</header>

<subsection
id="HA8FB2C673FA8447E8ACE35A9E458717C"><enum>(a)</enum><header>Appeals</header><text
display-inline="yes-display-inline">The Director of the Office of Personnel Management
shall by rule establish procedures providing for an appeal from any adverse action
taken under section 9204 by not later than 30 days after the date of the
action.</text></subsection>

<subsection commented="no"
id="H4DDF76A603414242B2F995ACE98DE1CC"><enum>(b)</enum><header>Applicability of other
laws</header><text>An adverse action taken under section 9204 (including a
determination in an appeal from such an action under subsection (a) of this section)
shall not be subject toâ€"</text>

<paragraph commented="no"
id="H7E3D1FAAD3574CE89B7D61CD3CBE3F6D"><enum>(1)</enum><text>the procedures under
chapter 75; or</text></paragraph>

<paragraph commented="no"
id="HEAB1A623C2C941C9AD9529C9821058D2"><enum>(2)</enum><text>except as provided in
subsection (a) of this section, appeal or judicial
review.</text></paragraph></subsection></section>

<section id="H4CAEBEBC55CF4E089ED29A72F275FF9C"><enum>9206.</enum><header>Rules of
construction</header><text display-inline="no-display-inline">Nothing in this chapter
may be construed toâ€"</text>

<paragraph id="HE9FB853F68A04A678FE004BC8ADC0C71"><enum>(1)</enum><text>authorize any
officer or employee of an agency to request the disclosure of information described
under subparagraphs (B) and (C) of section 9201(4); or</text></paragraph>

<paragraph id="HAE11561D70CD48B2A459D32D61E3A214"><enum>(2)</enum><text>create a
private right of action for any person.</text></paragraph></section></chapter><after-
quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA9CDE2F5243F41459D90D2C681319B74"><enum>(b)</enum><header>Regulations;
effective date</header>

```
<paragraph commented="no"
id="HAB9AD74155BA4E939A969D35E64605F1"><enum>(1)</enum><header>Regulations</header><tex
t>Not later than 1 year after the date of enactment of this subtitle, the Director of
the Office of Personnel Management shall issue such regulations as are necessary to
carry out chapter 92 of title 5, United States Code (as added by this
subtitle).</text></paragraph>

<paragraph id="H482B8056A53944CB8DF3AE9A3750AC99"><enum>(2)</enum><header>Effective
date</header><text>Section 9202 of title 5, United States Code (as added by this
subtitle), shall take effect on the date that is 2 years after the date of enactment of
this subtitle.</text></paragraph></subsection>

<subsection id="HE6C2720FC78341069395FC9828DD90AF"><enum>(c)</enum><header>Technical
and conforming amendment</header><text>The table of chapters for part III of title 5,
United States Code, is amended by inserting after the item relating to chapter 91 the
following:</text>

<quoted-block display-inline="no-display-inline" id="HE109F92EC905471CB2707815F5585DAF"
style="USC">

<toc>

<multi-column-toc-entry bold="on" level="chapter"><toc-enum>92.</toc-enum><level-header
level="chapter">Prohibition on criminal history inquiries prior to conditional
offer</level-header><target>9201</target></multi-column-toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H60A3B1167E374A0999CC00242036AF73"><enum>(d)</enum><header>Application
to Legislative Branch</header>

<paragraph id="H4733633388444D6CA9DA502B6AF14302"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">The Congressional
Accountability Act of 1995 (2 U.S.C. 1301 et seq.) is amended—"</text>

<subparagraph id="HB860829B44EC4CE3882881F549671C09"><enum>(A)</enum><text>in section
102(a) (2 U.S.C. 1302(a)), by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H790EC3CA6F9E48C9AFCF2AC564E61DBB"
style="OLC">

<paragraph id="H6B0AF870EFDF480482C574C445557C46"><enum>(12)</enum><text>Section 9202
of title 5, United States Code.</text></paragraph><after-quoted-block>;</after-quoted-
block></quoted-block></subparagraph>

<subparagraph id="H6880C52C58E44D099F9EF45A3FC62BAB"><enum>(B)</enum><text>by
redesignating section 207 (2 U.S.C. 1317) as section 208; and</text></subparagraph>

<subparagraph id="HDBC91ACBC820491D8DD6F2AA210556A2"><enum>(C)</enum><text>by inserting
after section 206 (2 U.S.C. 1316) the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H1D7B4513EBE648879304587FC4E37F77"
style="OLC">

<section id="H455364116837499BB23992B4D8169CA7"><enum>207.</enum><header>Rights and
protections relating to criminal history inquiries</header>

<subsection
id="H6D35701B59454C689729CC6B7CD18659"><enum>(a)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section, the terms <term>agency</term>,
<term>criminal history record information</term>, and <term>suspension</term> have the
meanings given the terms in section 9201 of title 5, United States Code, except as
otherwise modified by this section.</text></subsection>

<subsection id="HC13E65A9BF0F4C87BA1D6E549A87E208"><enum>(b)</enum><header>Restrictions
on criminal history inquiries</header>

<paragraph id="HB779850043FD4A22BC84A94E710513FC"><enum>(1)</enum><header>In
general</header>

<subparagraph id="H80CA58FA1E1B4A44B27956CAF0DA135B"><enum>(A)</enum><header>In
general</header><text display-inline="yes-display-inline">Except as provided in
subparagraph (B), an employee of an employing office may not request that an applicant
```

for employment as a covered employee disclose criminal history record information if the request would be prohibited under section 9202 of title 5, United States Code, if made by an employee of an agency.</text></subparagraph>

&lt;subparagraph id="HF786E16ACA4E43008FA043FE6F90F7A8"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;header&gt;Conditional offer&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;For purposes of applying that section 9202 under subparagraph (A), a reference in that section 9202 to a conditional offer shall be considered to be an offer of employment as a covered employee that is conditioned upon the results of a criminal history inquiry.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H4616947A7C614E72AE8892AD949E7D52"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Rules of construction&lt;/header&gt;&lt;text&gt;The provisions of section 9206 of title 5, United States Code, shall apply to employing offices, consistent with regulations issued under subsection (d).&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H48CF8667D1BA43DC8A32BF27EF4CCB25"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Remedy&lt;/header&gt;

&lt;paragraph id="H57ED7389A3FA4442A41A879654F6EF10"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;The remedy for a violation of subsection (b)(1) shall be such remedy as would be appropriate if awarded under section 9204 of title 5, United States Code, if the violation had been committed by an employee of an agency, consistent with regulations issued under subsection (d), except that the reference in that section to a suspension shall be considered to be a suspension with the level of compensation provided for a covered employee who is taking unpaid leave under section 202.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H210D54CF06A0444D8302B5479DEBCC8D"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Process for obtaining relief&lt;/header&gt;&lt;text&gt;An applicant for employment as a covered employee who alleges a violation of subsection (b)(1) may rely on the provisions of title IV (other than section 407 or 408, or a provision of this title that permits a person to obtain a civil action or judicial review), consistent with regulations issued under subsection (d).&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H210B90D9F34E4B398B79C0B3A6389747"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header&gt;Regulations To implement section&lt;/header&gt;

&lt;paragraph id="H613A99488DA1467A97D207D9A14F483E"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Not later than 18 months after the date of enactment of the &lt;short-title&gt;Fair Chance to Compete for Jobs Act of 2019&lt;/short-title&gt;, the Board shall, pursuant to section 304, issue regulations to implement this section.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HB8E48358D7A648D783DD79DE7C4C3584"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Parallel with agency regulations&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The regulations issued under paragraph (1) shall be the same as substantive regulations issued by the Director of the Office of Personnel Management under section 2(b)(1) of the &lt;short-title&gt;Fair Chance to Compete for Jobs Act of 2019&lt;/short-title&gt; to implement the statutory provisions referred to in subsections (a) through (c) except to the extent that the Board may determine, for good cause shown and stated together with the regulation, that a modification of such regulations would be more effective for the implementation of the rights and protections under this section.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HE10A2C64BD53420AB021323A12535759"&gt;&lt;enum&gt;(e)&lt;/enum&gt;&lt;header&gt;Effective Date&lt;/header&gt;&lt;text&gt;Section 102(a)(12) and subsections (a) through (c) shall take effect on the date on which section 9202 of title 5, United States Code, applies with respect to agencies.&lt;/text&gt;&lt;/subsection&gt;&lt;/section&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="HDBF1F6272A5C4E7798DC72919F5F5131"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Clerical amendments&lt;/header&gt;

&lt;subparagraph id="HF3E3C241505944C3A1EDCDACEB56E9D6"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;The table of contents in section 1(b) of the Congressional Accountability Act of 1995 (Public Law 104â€"1; 109 Stat. 3) is amendedâ€"&lt;/text&gt;

&lt;clause id="HCBE69202C27C4608AAEF91B57BEDF98E"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;by redesignating

the item relating to section 207 as the item relating to section 208; and</text></clause>

<clause id="H95D628BDFE2F400CACFC18C266AE9C79"><enum>(ii)</enum><text>by inserting after the item relating to section 206 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H3E81E57EA5974C7CB5E6D75193EC48B6" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 207. Rights and protections relating to criminal history inquiries.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2B6B3A45617C49D7A50D5D19AA9DCE15"><enum>(B)</enum><text>Section 62(e)(2) of the Internal Revenue Code of 1986 is amended by striking <quote>or 207</quote> and inserting <quote>207, or 208</quote>.</text></subparagraph></paragraph></subsection>

<subsection id="H3575B3448B08485A8B769EAFD3C93A1C"><enum>(e)</enum><header>Application to judicial branch</header><text display-inline="yes-display-inline">Section 604 of title 28, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HB3946F90F8D748DEB4883C5DD367F354" style="USC">

<subsection id="H4F7759EB18EC48C49B3BF45DA695285B"><enum>(i)</enum><header>Restrictions on criminal history inquiries</header>

<paragraph id="H7044CE9CF2B144069EA4AFAA19B9D193"><enum>(1)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this subsectionâ€"</text>

<subparagraph id="H08B33B9D382C49CBADBA580A10576E47"><enum>(A)</enum><text>the terms <term>agency</term> and <term>criminal history record information</term> have the meanings given those terms in section 9201 of title 5;</text></subparagraph>

<subparagraph id="HA67D0A6307B34842AE867DBC02DCF9BE"><enum>(B)</enum><text display-inline="yes-display-inline">the term <term>covered employee</term> means an employee of the judicial branch of the United States Government, other thanâ€"</text>

<clause id="HC995953B215F4444869B13953192DAE0"><enum>(i)</enum><text display-inline="yes-display-inline">any judge or justice who is entitled to hold office during good behavior;</text></clause>

<clause id="H978E231947AF4D228204DA0A576C5375"><enum>(ii)</enum><text display-inline="yes-display-inline">a United States magistrate judge; or</text></clause>

<clause id="H7EAC1692827F4413ACCB14B91AFB7552"><enum>(iii)</enum><text display-inline="yes-display-inline">a bankruptcy judge; and</text></clause></subparagraph>

<subparagraph id="HA52D833AB0BC4FB4A8BB71EE3BF57188"><enum>(C)</enum><text display-inline="yes-display-inline">the term <term>employing office</term> means any office or entity of the judicial branch of the United States Government that employs covered employees.</text></subparagraph></paragraph>

<paragraph id="H776DE651345D4161A10CAB51A0456B9C"><enum>(2)</enum><header>Restriction</header><text display-inline="yes-display-inline">A covered employee may not request that an applicant for employment as a covered employee disclose criminal history record information if the request would be prohibited under section 9202 of title 5 if made by an employee of an agency.</text></paragraph>

<paragraph id="HE7466613D7354C4681A7E224424D54CE"><enum>(3)</enum><header>Employing office policies; complaint procedure</header><text>The provisions of sections 9203 and 9206 of title 5 shall apply to employing offices and to applicants for employment as covered employees, consistent with regulations issued by the Director to implement this subsection.</text></paragraph>

<paragraph id="HA30E9C32C9524BCAB08F447BCFC10A0B"><enum>(4)</enum><header>Adverse action</header>

```
<subparagraph id="H4BC131EE059D4267B2F370CC0FF4E4AA"><enum>(A)</enum><header>Adverse
action</header><text display-inline="yes-display-inline">The Director may take such
adverse action with respect to a covered employee who violates paragraph (2) as would
be appropriate under section 9204 of title 5 if the violation had been committed by an
employee of an agency.</text></subparagraph>

<subparagraph
id="HC2F87C7D84BB4536AC092309798E24EE"><enum>(B)</enum><header>Appeals</header><text>Th
e Director shall by rule establish procedures providing for an appeal from any adverse
action taken under subparagraph (A) by not later than 30 days after the date of the
action.</text></subparagraph>

<subparagraph
id="HB7916865888A4300AAD360FB6B4CD777"><enum>(C)</enum><header>Applicability of other
laws</header><text>Except as provided in subparagraph (B), an adverse action taken
under subparagraph (A) (including a determination in an appeal from such an action
under subparagraph (B)) shall not be subject to appeal or judicial
review.</text></subparagraph></paragraph>

<paragraph id="HAE7517C782CA44AA9AF0B1A6DC4567EA"><enum>(5)</enum><header>Regulations
to be issued</header>

<subparagraph id="HB4F2BACA3A9B40918F924713152ECD6B"><enum>(A)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 18 months
after the date of enactment of the <short-title>Fair Chance to Compete for Jobs Act of
2019</short-title>, the Director shall issue regulations to implement this
subsection.</text></subparagraph>

<subparagraph id="H25C28D7A0F7545BBBA998E7E73A85FF0"><enum>(B)</enum><header>Parallel
with agency regulations</header><text display-inline="yes-display-inline">The
regulations issued under subparagraph (A) shall be the same as substantive regulations
promulgated by the Director of the Office of Personnel Management under section 2(b)(1)
of the <short-title>Fair Chance to Compete for Jobs Act of 2019</short-title> except to
the extent that the Director of the Administrative Office of the United States Courts
may determine, for good cause shown and stated together with the regulation, that a
modification of such regulations would be more effective for the implementation of the
rights and protections under this subsection.</text></subparagraph></paragraph>

<paragraph id="HCC5554662CDC467192BA77D94937B387"><enum>(6)</enum><header>Effective
date</header><text display-inline="yes-display-inline">Paragraphs (1) through (4) shall
take effect on the date on which section 9202 of title 5 applies with respect to
agencies.</text></paragraph></subsection>.</after-quoted-block></quoted-
block></subsection></section>

<section commented="no" id="H54077C2823AE4B5383CEF8D4A9F42123" section-
type="subsequent-section"><enum>1123.</enum><header>Prohibition on criminal history
inquiries by contractors prior to conditional offer</header>

<subsection commented="no"
id="H799FA8B7AA4348118BC32F20549930AF"><enum>(a)</enum><header>Civilian agency
contracts</header>

<paragraph commented="no"
id="H114188DE9E19432E9A1FF2A3D55EA785"><enum>(1)</enum><header>In
general</header><text>Chapter 47 of title 41, United States Code, is amended by adding
at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H84CFCA7D36434EC9A01F646EE7D61153"
style="USC">

<section id="HB7EA5C488C4842FA96FB122ABB5A7E45"><enum>4714.</enum><header>Prohibition
on criminal history inquiries by contractors prior to conditional offer</header>

<subsection commented="no" display-inline="no-display-inline"
id="H37CA7F8BEA884212A9184BA64089D962"><enum>(a)</enum><header>Limitation on criminal
history inquiries</header>

<paragraph commented="no"
id="H1F56080FB09C4E77A5C84714BB16D11A"><enum>(1)</enum><header>In general</header><text
display-inline="yes-display-inline">Except as provided in paragraphs (2) and (3), an
executive agencyâ€"</text>
```

```
<subparagraph commented="no"
id="H7E3C572760CA49ECB892A126A0DF0B8C"><enum>(A)</enum><text display-inline="yes-
display-inline">may not require that an individual or sole proprietor who submits a bid
for a contract to disclose criminal history record information regarding that
individual or sole proprietor before determining the apparent awardee;
and</text></subparagraph>

<subparagraph commented="no"
id="HD72721C6A10E443CA5BBAE1AB451B8D3"><enum>(B)</enum><text display-inline="yes-
display-inline">shall require, as a condition of receiving a Federal contract and
receiving payments under such contract that the contractor may not verbally, or through
written form, request the disclosure of criminal history record information regarding
an applicant for a position related to work under such contract before the contractor
extends a conditional offer to the applicant.</text></subparagraph></paragraph>

<paragraph id="H4F7C8CAD1EE34F9DAFA84DD2806E8689"><enum>(2)</enum><header>Otherwise
required by law</header><text display-inline="yes-display-inline">The prohibition under
paragraph (1) does not apply with respect to a contract if consideration of criminal
history record information prior to a conditional offer with respect to the position is
otherwise required by law.</text></paragraph>

<paragraph commented="no"
id="H1FE544CBB4094051AAB21B7D280A8D84"><enum>(3)</enum><header>Exception for certain
positions</header>

<subparagraph commented="no"
id="H78DDA002F8754F2EBB781A8E314900EC"><enum>(A)</enum><header>In general</header><text
display-inline="yes-display-inline">The prohibition under paragraph (1) does not apply
with respect toâ€"</text>

<clause commented="no" id="H70EA5981548847F8B81F895CAD8BF7ED"><enum>(i)</enum><text
display-inline="yes-display-inline">a contract that requires an individual hired under
the contract to access classified information or to have sensitive law enforcement or
national security duties; or</text></clause>

<clause commented="no" id="H12778D3A01C547FAB33724D2D146DD2B"><enum>(ii)</enum><text>a
position that the Administrator of General Services identifies under the regulations
issued under subparagraph (B).</text></clause></subparagraph>

<subparagraph commented="no"
id="H8F9C0E8981D64EB4AA8068814DC2D6B2"><enum>(B)</enum><header>Regulations</header>

<clause commented="no"
id="H3FF8AAB126404DE591E11F5F4FD32CD8"><enum>(i)</enum><header>Issuance</header><text>N
ot later than 16 months after the date of enactment of the <short-title>Fair Chance to
Compete for Jobs Act of 2019</short-title>, the Administrator of General Services, in
consultation with the Secretary of Defense, shall issue regulations identifying
additional positions with respect to which the prohibition under paragraph (1) shall
not apply, giving due consideration to positions that involve interaction with minors,
access to sensitive information, or managing financial transactions.</text></clause>

<clause commented="no"
id="H15B5AF27882B4F68A2DDBE0CE8526B4D"><enum>(ii)</enum><header>Compliance with civil
rights laws</header><text>The regulations issued under clause (i) shallâ€"</text>

<subclause commented="no"
id="H2D9198D2E3014952BDE94F962045A390"><enum>(I)</enum><text>be consistent with, and in
no way supersede, restrict, or limit the application of title VII of the Civil Rights
Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws;
and</text></subclause>

<subclause commented="no"
id="H239CB7E0E3C4478C8F35175E21B88016"><enum>(II)</enum><text>ensure that all hiring
activities conducted pursuant to the regulations are conducted in a manner consistent
with relevant Federal civil rights
laws.</text></subclause></clause></subparagraph></paragraph></subsection>

<subsection id="H12FD5CAC1B814A9BB7979EEB6C07521E"><enum>(b)</enum><header>Complaint
procedures</header><text>The Administrator of General Services shall establish and
publish procedures under which an applicant for a position with a Federal contractor
```

WASHSTATEC015100

may submit to the Administrator a complaint, or any other information, relating to compliance by the contractor with subsection (a)(1)(B).</text></subsection>

<subsection commented="no" id="HA23F5A867C274B459B8A33BDE691D0C3"><enum>(c)</enum><header>Action for violations of prohibition on criminal history inquiries</header>

<paragraph id="HFE42EC1C6EFA47E7B5469891F53EE5E4"><enum>(1)</enum><header>First violation</header><text>If the head of an executive agency determines that a contractor has violated subsection (a)(1)(B), such head shallâ€"</text>

<subparagraph id="H8EB6EAB441C74CFCB8C456D7FBF408D4"><enum>(A)</enum><text>notify the contractor;</text></subparagraph>

<subparagraph id="H2D5BB9446FFB4326862A7DE19197B45D"><enum>(B)</enum><text>provide 30 days after such notification for the contractor to appeal the determination; and</text></subparagraph>

<subparagraph id="H33487AA9D7C44D5D8FFD040C7C4899C1"><enum>(C)</enum><text>issue a written warning to the contractor that includes a description of the violation and the additional remedies that may apply for subsequent violations.</text></subparagraph></paragraph>

<paragraph id="HFCA0620C80EB4272B7B1A1031224636C"><enum>(2)</enum><header>Subsequent violation</header><text>If the head of an executive agency determines that a contractor that was subject to paragraph (1) has committed a subsequent violation of subsection (a)(1)(B), such head shall notify the contractor, shall provide 30 days after such notification for the contractor to appeal the determination, and, in consultation with the relevant Federal agencies, may take actions, depending on the severity of the infraction and the contractorâ€™s history of violations, includingâ€"</text>

<subparagraph id="H537169280AE643DDBE9E104810B18EA5"><enum>(A)</enum><text>providing written guidance to the contractor that the contractor's eligibility for contracts requires compliance with this section;</text></subparagraph>

<subparagraph id="HB57D6B4C7968411EAA1D2D8E49575FD8"><enum>(B)</enum><text>requiring that the contractor respond within 30 days affirming that the contractor is taking steps to comply with this section; and</text></subparagraph>

<subparagraph id="HC123DF2B11C04F07B19000BA7867A003"><enum>(C)</enum><text>suspending payment under the contract for which the applicant was being considered until the contractor demonstrates compliance with this section.</text></subparagraph></paragraph></subsection>

<subsection id="H78D406FE09384853887C0136DFEC9E1A"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H9F22EF1EC63340AA9E0AAA57E888E1AE"><enum>(1)</enum><header>Conditional offer</header><text>The term <term>conditional offer</term> means an offer of employment for a position related to work under a contract that is conditioned upon the results of a criminal history inquiry.</text></paragraph>

<paragraph id="H3A27DE8DCA3148B69D7880DC8AE5CC75"><enum>(2)</enum><header>Criminal history record information</header><text display-inline="yes-display-inline">The term <term>criminal history record information</term> has the meaning given that term in section 9201 of title 5.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" id="HA10D58BDBF2549EE8220A234F185D8B9"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections for chapter 47 of title 41, United States Code, is amended by adding at the end the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H8A55EBADEDFC496EACEEA3B57378D705" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">4714. Prohibition on criminal history inquiries by contractors prior to conditional offer.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

WASHSTATEC015101

```
<paragraph commented="no"
id="H5DCD59DB753A46419C9EEE9D014D6437"><enum>(3)</enum><header>Effective
date</header><text display-inline="yes-display-inline">Section 4714 of title 41, United
States Code, as added by paragraph (1), shall apply with respect to contracts awarded
pursuant to solicitations issued after the effective date described in section
1122(b)(2) of this subtitle.</text></paragraph></subsection>

<subsection commented="no"
id="H1647E7BD4F414116BE73BFA9A4EA0C11"><enum>(b)</enum><header>Defense
contracts</header>

<paragraph commented="no"
id="HFD079F82920A47F5A56E35232A951803"><enum>(1)</enum><header>In
general</header><text>Chapter 137 of title 10, United States Code, is amended by
inserting after section 2338 the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H279E7EFB037C4C2A802EB7F972F09EC1"
style="USC">

<section commented="no"
id="H2A4D8BF75421426E893ACD013AF59246"><enum>2339.</enum><header>Prohibition on
criminal history inquiries by contractors prior to conditional offer</header>

<subsection commented="no"
id="H3FF828706A4A4ADCA816B857CBFB77E4"><enum>(a)</enum><header>Limitation on criminal
history inquiries</header>

<paragraph commented="no"
id="HFCA89D3DE1934A11A690846C6F296677"><enum>(1)</enum><header>In
general</header><text>Except as provided in paragraphs (2) and (3), the head of an
agencyâ€"</text>

<subparagraph commented="no"
id="H23520E1997584E9096D68F2A1F09EA84"><enum>(A)</enum><text display-inline="yes-
display-inline">may not require that an individual or sole proprietor who submits a bid
for a contract to disclose criminal history record information regarding that
individual or sole proprietor before determining the apparent awardee;
and</text></subparagraph>

<subparagraph commented="no"
id="HD4F7FFB9D381459497A3681620CFAC24"><enum>(B)</enum><text display-inline="yes-
display-inline">shall require as a condition of receiving a Federal contract and
receiving payments under such contract that the contractor may not verbally or through
written form request the disclosure of criminal history record information regarding an
applicant for a position related to work under such contract before such contractor
extends a conditional offer to the applicant.</text></subparagraph></paragraph>

<paragraph id="H548B339FE0FB442C9F970FF9D2B26C96"><enum>(2)</enum><header>Otherwise
required by law</header><text display-inline="yes-display-inline">The prohibition under
paragraph (1) does not apply with respect to a contract if consideration of criminal
history record information prior to a conditional offer with respect to the position is
otherwise required by law.</text></paragraph>

<paragraph commented="no"
id="H5703DCAD9CD94F11BD6E6D5CE9ACC0EA"><enum>(3)</enum><header>Exception for certain
positions</header>

<subparagraph commented="no"
id="H0689CC74ECAB4F2887AA2516561152B1"><enum>(A)</enum><header>In general</header><text
display-inline="yes-display-inline">The prohibition under paragraph (1) does not apply
with respect toâ€"</text>

<clause commented="no" id="H2F6213FC78D945FB926B083F91C3BEE9"><enum>(i)</enum><text
display-inline="yes-display-inline">a contract that requires an individual hired under
the contract to access classified information or to have sensitive law enforcement or
national security duties; or</text></clause>

<clause commented="no" id="HF8089C75780C4176812F5CC635ADC3EA"><enum>(ii)</enum><text>a
position that the Secretary of Defense identifies under the regulations issued under
subparagraph (B).</text></clause></subparagraph>
```

WASHSTATEC015102

```
<subparagraph commented="no"
id="H79F983F61D1147CBBC205E55F0110D21"><enum>(B)</enum><header>Regulations</header>

<clause commented="no"
id="H46C46F93C26040D28BAFF4EE73E500A9"><enum>(i)</enum><header>Issuance</header><text>N
ot later than 16 months after the date of enactment of the <short-title>Fair Chance to
Compete for Jobs Act of 2019</short-title>, the Secretary of Defense, in consultation
with the Administrator of General Services, shall issue regulations identifying
additional positions with respect to which the prohibition under paragraph (1) shall
not apply, giving due consideration to positions that involve interaction with minors,
access to sensitive information, or managing financial transactions.</text></clause>

<clause commented="no"
id="H2D5A2497959143CEA05C94E54310CA68"><enum>(ii)</enum><header>Compliance with civil
rights laws</header><text>The regulations issued under clause (i) shallâ€"</text>

<subclause commented="no"
id="H58193B8BE9F543249DC38EA6D75CC2D4"><enum>(I)</enum><text>be consistent with, and in
no way supersede, restrict, or limit the application of title VII of the Civil Rights
Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws;
and</text></subclause>

<subclause commented="no"
id="H34298439C33A4E3E8831A4DC30B019F4"><enum>(II)</enum><text>ensure that all hiring
activities conducted pursuant to the regulations are conducted in a manner consistent
with relevant Federal civil rights
laws.</text></subclause></clause></subparagraph></paragraph></subsection>

<subsection id="HCBE6855291E7476E9BF14A843550A078"><enum>(b)</enum><header>Complaint
procedures</header><text display-inline="yes-display-inline">The Secretary of Defense
shall establish and publish procedures under which an applicant for a position with a
Department of Defense contractor may submit a complaint, or any other information,
relating to compliance by the contractor with subsection (a)(1)(B).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HAC884F06F7B84BC985D04CAA7766F25D"><enum>(c)</enum><header>Action for violations of
prohibition on criminal history inquiries</header>

<paragraph id="H6300D1B0F4684C1C9B9FB60F7C498F2A"><enum>(1)</enum><header>First
violation</header><text>If the Secretary of Defense determines that a contractor has
violated subsection (a)(1)(B), the Secretary shallâ€"</text>

<subparagraph id="HBD905FE5993346C984191EDB58EB9865"><enum>(A)</enum><text>notify the
contractor;</text></subparagraph>

<subparagraph id="H6E15C295D8A0431DA466DE996260D557"><enum>(B)</enum><text>provide 30
days after such notification for the contractor to appeal the determination;
and</text></subparagraph>

<subparagraph id="H01826811722F49428A5E171EE9835647"><enum>(C)</enum><text>issue a
written warning to the contractor that includes a description of the violation and the
additional remedies that may apply for subsequent
violations.</text></subparagraph></paragraph>

<paragraph commented="no"
id="H75B4FF9777FB41EABFC575730849049E"><enum>(2)</enum><header>Subsequent
violations</header><text display-inline="yes-display-inline">If the Secretary of
Defense determines that a contractor that was subject to paragraph (1) has committed a
subsequent violation of subsection (a)(1)(B), the Secretary shall notify the
contractor, shall provide 30 days after such notification for the contractor to appeal
the determination, and, in consultation with the relevant Federal agencies, may take
actions, depending on the severity of the infraction and the contractorâ€™s history of
violations, includingâ€"</text>

<subparagraph id="H0D3C97010A7A4012BE1872EA4421087F"><enum>(A)</enum><text>providing
written guidance to the contractor that the contractor's eligibility for contracts
requires compliance with this section;</text></subparagraph>

<subparagraph id="HC37889095F9F49A596715128D4630CBE"><enum>(B)</enum><text>requiring
that the contractor respond within 30 days affirming that the contractor is taking
steps to comply with this section; and</text></subparagraph>
```

```
<subparagraph id="H22D92DF6847B4B35A93452E08EA4B7A6"><enum>(C)</enum><text>suspending
payment under the contract for which the applicant was being considered until the
contractor demonstrates compliance with this
section.</text></subparagraph></paragraph></subsection>

<subsection
id="HB8DBD9BFE6144084B931B571726E0D1D"><enum>(d)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H95A48A4DE8B340DF931DA482F1D6397F"><enum>(1)</enum><header>Conditional
offer</header><text>The term <term>conditional offer</term> means an offer of
employment for a position related to work under a contract that is conditioned upon the
results of a criminal history inquiry.</text></paragraph>

<paragraph id="H97BC47353FB14756B2175E05BEA3CBF6"><enum>(2)</enum><header>Criminal
history record information</header><text display-inline="yes-display-inline">The term
<term>criminal history record information</term> has the meaning given that term in
section 9201 of title 5.</text></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no"
id="H7DEA8784C21A451AABAE09759423709D"><enum>(2)</enum><header>Effective
date</header><text display-inline="yes-display-inline">Section 2339(a) of title 10,
United States Code, as added by paragraph (1), shall apply with respect to contracts
awarded pursuant to solicitations issued after the effective date described in section
1122(b)(2) of this subtitle.</text></paragraph>

<paragraph commented="no"
id="H00790248B41842B0B10D191F71FCA8F6"><enum>(3)</enum><header>Clerical
amendment</header><text>The table of sections for chapter 137 of title 10, United
States Code, is amended by inserting after the item relating to section 2338 the
following new item:</text>

<quoted-block display-inline="no-display-inline" id="H55F0CC63A8FF46CBAC1F167264B552D0"
style="USC">

<toc>

<toc-entry bold="off" level="section">2339. Prohibition on criminal history inquiries
by contractors prior to conditional offer.</toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H20DEEFEF8F58419D8B73394C14B364C0"><enum>(c)</enum><header>Revisions to
Federal Acquisition Regulation</header>

<paragraph id="H57B84F9FF72146E6B700C188D8B2C8E0"><enum>(1)</enum><header>In
general</header><text>Not later than 18 months after the date of enactment of this
subtitle, the Federal Acquisition Regulatory Council shall revise the Federal
Acquisition Regulation to implement section 4714 of title 41, United States Code, and
section 2339 of title 10, United States Code, as added by this
section.</text></paragraph>

<paragraph id="HFFB463F72F3448D897F0AEE0EAF238B7"><enum>(2)</enum><header>Consistency
with Office of Personnel Management regulations</header><text>The Federal Acquisition
Regulatory Council shall revise the Federal Acquisition Regulation under paragraph (1)
to be consistent with the regulations issued by the Director of the Office of Personnel
Management under section 1122(b)(1) to the maximum extent practicable. The Council
shall include together with such revision an explanation of any substantive
modification of the Office of Personnel Management regulations, including an
explanation of how such modification will more effectively implement the rights and
protections under this section.</text></paragraph></subsection></section>

<section commented="no"
id="H976D1B82602E4D5B94B3CE347009DC2F"><enum>1124.</enum><header>Report on employment
of individuals formerly incarcerated in Federal prisons</header>

<subsection commented="no"
id="H60E4BA640D7B42A88A6D03FD969393FE"><enum>(a)</enum><header>Definition</header><text
display-inline="yes-display-inline">In this section, the term <term>covered
individual</term>â€"</text>
```

```
<paragraph commented="no" id="H20EA6C120762430C879C32187D36747D"><enum>(1)</enum><text
display-inline="yes-display-inline">means an individual who has completed a term of
imprisonment in a Federal prison for a Federal criminal offense; and</text></paragraph>

<paragraph commented="no" id="H746293C191EC485CAA7D3FB4601D39A6"><enum>(2)</enum><text
display-inline="yes-display-inline">does not include an alien who is or will be removed
from the United States for a violation of the immigration laws (as such term is defined
in section 101 of the Immigration and Nationality Act (8 U.S.C.
1101)).</text></paragraph></subsection>

<subsection commented="no"
id="HCFB54C59246F42E7A343F791AAB7998E"><enum>(b)</enum><header>Study and report
required</header><text display-inline="yes-display-inline">The Director of the Bureau
of Justice Statistics, in coordination with the Director of the Bureau of the Census,
shallâ€"</text>

<paragraph commented="no"
id="HC9829904DDC84414B579C0B199108EDE"><enum>(1)</enum><text>not later than 180 days
after the date of enactment of this subtitle, design and initiate a study on the
employment of covered individuals after their release from Federal prison, including by
collectingâ€"</text>

<subparagraph commented="no"
id="H69129FC3D7544D049C564D39C4F5D450"><enum>(A)</enum><text>demographic data on
covered individuals, including race, age, and sex; and</text></subparagraph>

<subparagraph commented="no"
id="H0D3E5C4EB43E48EF831D100D02925062"><enum>(B)</enum><text>data on employment and
earnings of covered individuals who are denied employment, including the reasons for
the denials; and</text></subparagraph></paragraph>

<paragraph commented="no"
id="H92A2321BEE12458BA5ABABBFADA760E1"><enum>(2)</enum><text>not later than 2 years
after the date of enactment of this subtitle, and every 5 years thereafter, submit a
report that does not include any personally identifiable information on the study
conducted under paragraph (1) toâ€"</text>

<subparagraph commented="no"
id="H5B6A3CCD792344F3B9C92733040E4018"><enum>(A)</enum><text display-inline="yes-
display-inline">the Committee on Homeland Security and Governmental Affairs of the
Senate;</text></subparagraph>

<subparagraph commented="no"
id="HD05ED72A51B343569523888F690A4681"><enum>(B)</enum><text display-inline="yes-
display-inline">the Committee on Health, Education, Labor, and Pensions of the
Senate;</text></subparagraph>

<subparagraph commented="no"
id="HA5B697E1C8F84A8DA04C6EF623EFA286"><enum>(C)</enum><text display-inline="yes-
display-inline">the Committee on Oversight and Reform of the House of Representatives;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA5DBD4B77F0F4ACC9D3C496CF83CACE6"><enum>(D)</enum><text display-inline="yes-
display-inline">the Committee on Education and Labor of the House of
Representatives.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="HBE986043727D4AF6B121C5B27D1CC9DC"><enum>C</enum><header>ATC Hiring
Reform</header>

<section id="HCD0EC9A8006A44A09E8BA30413AF18B8"><enum>1131.</enum><header>Short title;
definition</header>

<subsection id="H509A2EBCECEA43D0AA1EC2BD1A260B4F"><enum>(a)</enum><header>Short
title</header><text display-inline="yes-display-inline">This subtitle may be cited as
the <quote>ATC Hiring Reform Act</quote>.</text></subsection>

<subsection id="HE1CEEAADE23B43A78F1A7985EE798F24"><enum>(b)</enum><header>Definition
of appropriate committees of Congress</header><text>In this subtitle, the term
<quote>appropriate committees of Congress</quote> meansâ€"</text>
```

WASHSTATEC015105

```
<paragraph id="HFF3233BC763B452EA47722DA9B3419CF"><enum>(1)</enum><text>the Committee
on Oversight and Reform of the House of Representatives;</text></paragraph>

<paragraph id="H5B03FF7C1F8F49DD9C9F6E47D9330499"><enum>(2)</enum><text display-
inline="yes-display-inline">the Committee on Transportation and Infrastructure of the
House of Representatives;</text></paragraph>

<paragraph id="H98C6BB6E2D36449C88DCE8AB9A1D9455"><enum>(3)</enum><text>the Committee
on Homeland Security and Governmental Affairs of the Senate; and</text></paragraph>

<paragraph id="H40F03153B6324BD8B25B9E747A21338F"><enum>(4)</enum><text display-
inline="yes-display-inline">the Committee on Commerce, Science, and Transportation of
the Senate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H22153FF345D14725A6DAEFC001F0D358" section-type="subsequent-
section"><enum>1132.</enum><header display-inline="yes-display-inline">Hiring of air
traffic control specialists</header><text display-inline="no-display-inline">Section
44506(f)(1)(B)(i) of title 49, United States Code, is amended by striking
<quote>referring</quote> and all that follows through <quote>10 percent.</quote> and
inserting <quote>giving further preferential consideration, within each qualification
category based upon pre-employment testing results (including application of veterans'
preference as required under section 40122(g)(2)(B)), to pool 1 applicants described in
clause (ii) before pool 2 applicants described in clause
(iii).</quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="HA4055981CCEA45C88D44E6F30AC01ABF" section-type="subsequent-
section"><enum>1133.</enum><header display-inline="yes-display-inline">Ensuring hiring
preference for applicants with experience at an air traffic control facility of the
National Guard</header><text display-inline="no-display-inline">Section
44506(f)(1)(A)(ii) of title 49, United States Code, is amended by inserting
<quote>(including a facility of the National Guard)</quote> after <quote>Department of
Defense</quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H1C2E1B9C736E4798B44CDFB5A64E4FF2" section-type="subsequent-
section"><enum>1134.</enum><header>FAA reports on air traffic controller hiring and
training</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3D8C2C3486274604938F0FB37D0A6B71"><enum>(a)</enum><header>Reports to
Congress</header><text>Not later than September 30 of 2020, 2021, 2022, and 2023, the
Administrator of the Federal Aviation Administration shall submit to the appropriate
committees of Congress a report regarding the hiring and training of air traffic
controllers.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HA5A69937C5FB49EA9B1CB69AD0D15AA4"><enum>(b)</enum><header>Contents</header><text>E
ach report under subsection (a) shall include the following information:</text>

<paragraph id="HB96B8BBF6E9D4811BACDE4D5D5CF2047"><enum>(1)</enum><text>The number of
applicants, from each hiring pool (by vacancy announcement beginning with vacancy
announcement FAA-ATO-19-ALLSRCE-61676 (issued on June 14, 2019)) who have done the
following:</text>

<subparagraph id="H36481F1F70814D5D8876A2237E5F26F5"><enum>(A)</enum><text>Applied for
the position of air traffic controller.</text></subparagraph>

<subparagraph id="H0518A10B280C434394D69CBE23556D7B"><enum>(B)</enum><text>Been issued
a tentative offer letter for the position of air traffic
controller.</text></subparagraph>

<subparagraph id="H5E484CB3BF4C4FF7BFD5780AC4AAB725"><enum>(C)</enum><text>Been issued
a firm offer letter for the position of air traffic controller.</text></subparagraph>

<subparagraph id="HFD49515C7BA84F629CB8751913B2DC6C"><enum>(D)</enum><text>Been hired
for the position of air traffic controller.</text></subparagraph>

<subparagraph id="H53B9C6A2B68E4028AC75EB011F6A9531"><enum>(E)</enum><text>Reported to
the FAA Academy for initial qualification training.</text></subparagraph>
```

WASHSTATEC015106

```
<subparagraph id="H923F8056C5EC41DA9FDFB6A6BB4D213D"><enum>(F)</enum><text>Successfully
passed Air Traffic Basics training at the FAA Academy.</text></subparagraph>

<subparagraph id="H7D6D272E1336429089FC132C92CE48E6"><enum>(G)</enum><text>Successfully
passed Terminal initial training at the FAA Academy.</text></subparagraph>

<subparagraph id="H1084B64EFBB64BF9924BF54456E08FAE"><enum>(H)</enum><text>Successfully
passed En Route initial training at the FAA Academy.</text></subparagraph></paragraph>

<paragraph id="HD9989DE375AB4F73BDB6BC9108662BBD"><enum>(2)</enum><text>The average
cost of training per individual for each such hiring pool for the following:</text>

<subparagraph id="H9973E43C248F491D84EEF47C73111036"><enum>(A)</enum><text>Air Traffic
Basics training at the FAA Academy.</text></subparagraph>

<subparagraph id="HF094EA34BDEB44FA90F227E5F492D75F"><enum>(B)</enum><text>Terminal
initial training at the FAA Academy.</text></subparagraph>

<subparagraph id="HDF16AD82952145928B3DAEC778C8B7BD"><enum>(C)</enum><text>En Route
initial training at the FAA Academy.</text></subparagraph></paragraph>

<paragraph id="H3267F67A76D74E80A3DCF579B59B3A02"><enum>(3)</enum><text>The FAA Academy
attrition rate for each such hiring pool.</text></paragraph>

<paragraph id="H8F2366F4348442349A356CC20F60E745"><enum>(4)</enum><text>The number of
applicants, from each such hiring pool, who have successfully completed qualification
training at their first FAA facility and the number who are still in training at their
first facility.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9BBBCCFB10FC40A8BCF8C489B7142A5D"><enum>(5)</enum><text>Other information
determined appropriate by the Administrator of the Federal Aviation
Administration.</text></paragraph></subsection></section>

<section id="H82E10E861EFF4F6DBFEA0DB57467B43A"><enum>1135.</enum><header>DOT Inspector
General review and report</header>

<subsection
id="H20F3E048340B461BB0516ADC62E86BBF"><enum>(a)</enum><header>Review</header>

<paragraph id="HD42D5BD84EBA47CEB7CD834CB57DF7DD"><enum>(1)</enum><header>In
general</header><text>The Inspector General of the Department of Transportation (in
this section referred to as the <quote>Inspector General</quote>) shall conduct a
review that assesses the assumptions and methodologies used to develop the air traffic
controller pre-employment test. Such review shall includeâ€"</text>

<subparagraph id="H490173E02BBD4F00A8713592FEF7AE95"><enum>(A)</enum><text>what job-
relevant aptitudes are measured by the air traffic controller pre-employment test and
to what extent such aptitudes are tested;</text></subparagraph>

<subparagraph id="H214AD73D6F1B4E76BF6C8D2D23E25A47"><enum>(B)</enum><text>the scoring
methodology for the air traffic controller pre-employment test, including an assessment
of whether such methodology is applied uniformly for all classes of
applicants;</text></subparagraph>

<subparagraph id="HBCBAE303A000458A94276E58BE80881B"><enum>(C)</enum><text>whether the
air traffic controller pre-employment test incorporates any biographical questionnaire
or assessment other than basic identifiers, such as name and questions that assess
personal characteristics, and the extent to which such biographical assumptions are
relied upon to assess air traffic controller applicants;</text></subparagraph>

<subparagraph id="H6A6C9562F05D4F11BC95D3C0FA8BD36A"><enum>(D)</enum><text>the
effectiveness of the pre-employment test, mental health screening, and any other
applicable pre-employment assessment to determine whether an applicant possesses the
skills necessary to perform the duties of a controller; and</text></subparagraph>

<subparagraph id="HCBA3491932624680BDECE964A8816586"><enum>(E)</enum><text>ways to
improve the pre-employment test and other applicable pre-employment assessments as the
Inspector General determines appropriate.</text></subparagraph></paragraph>

<paragraph id="H27F4CC6D4FE649E9B0CDF887D0465B6F"><enum>(2)</enum><header>Start
date</header><text>The Inspector General shall initiate the review under paragraph (1)
```

```
by not later than 90 days after the date of enactment of this
Act.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H5C6361191F094D5F9CCB7B5ECB896F5D"><enum>(b)</enum><header>Report</header><text>Not
later than 180 days after the date the Inspector General initiates the review under
subsection (a), the Inspector General shall submit to the appropriate committees of
Congress a report on such review.</text></subsection></section></subtitle></title>

<title id="HE764C3D769DC4A0ABE134A3F702FD74F"><enum>XII</enum><header>Matters relating
to foreign nations</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="HE764C3D769DC4A0ABE134A3F702FD74F" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">
```

```
<toc-entry idref="H2DA02AC04CBD4406AA934541C71AD232" level="subtitle">Subtitle
Aâ€"Assistance and training</toc-entry>

<toc-entry idref="HADBE199580D447A7B6B48E127FFA4C6F"
level="section">Sec.â€,1201.â€,Modification of authority to build capacity of foreign
security forces.</toc-entry>

<toc-entry idref="H980095EB4ECA4D7896ED3D011ABCF517"
level="section">Sec.â€,1202.â€,Modification and extension of cross servicing agreements
for loan of personnel protection and personnel survivability equipment in coalition
operations.</toc-entry>

<toc-entry idref="HB643CFA6E9ED49B18AF24ECEDC086127"
level="section">Sec.â€,1203.â€,Modifications of authorities relating to acquisition and
cross-servicing agreements.</toc-entry>

<toc-entry idref="HC986732F8A8A4B748180C4D979745FCC"
level="section">Sec.â€,1204.â€,Modification of quarterly report on obligation and
expenditure of funds for security cooperation programs and activities.</toc-entry>

<toc-entry idref="H2C8D141CF0254242960277A31465008C"
level="section">Sec.â€,1205.â€,Gender perspectives and participation by women in
security cooperation activities.</toc-entry>

<toc-entry idref="H9B42E7AEFF4D404BB00DEB7309F11D91"
level="section">Sec.â€,1206.â€,Plan to provide consistency of administration of
authorities relating to vetting of units of security forces of foreign countries;
modification of assessment, monitoring, and evaluation of security cooperation programs
and activities.</toc-entry>

<toc-entry idref="HA97122D5480745E9951CD44AE85A1E36"
level="section">Sec.â€,1207.â€,Extension of authority for support of special operations
for irregular warfare.</toc-entry>

<toc-entry idref="HC9CFA9FBDB9D4CF2BB2FE8823E927056"
level="section">Sec.â€,1208.â€,Extension and modification of Commandersâ€™ Emergency
Response Program and elimination of certain payments to redress injury and loss.</toc-
entry>

<toc-entry idref="H8D1AB063BCCC46A096E7F4335FF8E061"
level="section">Sec.â€,1209.â€,Two-year extension of program authority for Global
Security Contingency Fund.</toc-entry>

<toc-entry idref="H561CA5C885564800A117569D8EAC3314"
level="section">Sec.â€,1210.â€,Legal institutional capacity building initiative for
foreign defense institutions.</toc-entry>

<toc-entry idref="H6FBAA13E125645D49BAFD3F5C8C5BA7D"
level="section">Sec.â€,1210A.â€,Department of Defense support for stabilization
activities in national security interest of the United States.</toc-entry>

<toc-entry idref="H52E461C4AFC04DF79259C0AD7006AD7C" level="subtitle">Subtitle
Bâ€"Matters relating to Afghanistan and Pakistan</toc-entry>

<toc-entry idref="H66FF7925427A44E4BE8B0B79E8A28191"
level="section">Sec.â€,1211.â€,Extension of authority to transfer defense articles and
```
```
```

provide defense services to the military and security forces of Afghanistan.</toc-entry>

<toc-entry idref="H85CA5CE9882249C6A299DBBE3388EA2B" level="section">Sec.â€,1212.â€,Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan.</toc-entry>

<toc-entry idref="H5AE31C7C8A3B43FEAC2D1D1D9A2DB7B5" level="section">Sec.â€,1213.â€,Authority for certain payments to redress injury and loss.</toc-entry>

<toc-entry idref="H122580C72CE14C4395A2462C00229550" level="section">Sec.â€,1214.â€,Extension and modification of semiannual report on enhancing security and stability in Afghanistan.</toc-entry>

<toc-entry idref="HAB71569C32E54D48BC7F6F0DEA648C35" level="section">Sec.â€,1215.â€,Special Immigrant Visa program reporting requirement.</toc-entry>

<toc-entry idref="H2E1271D2470D4D9CA24967AABC02A3E8" level="section">Sec.â€,1216.â€,Meaningful inclusion of Afghan women in peace negotiations.</toc-entry>

<toc-entry idref="H1E015071434544378AFCAF60F2F8DA47" level="section">Sec.â€,1217.â€,Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations.</toc-entry>

<toc-entry idref="HFCBB3C38BD1942628A0CCF8DC81B4B24" level="section">Sec.â€,1218.â€,Support for reconciliation activities led by the Government of Afghanistan.</toc-entry>

<toc-entry idref="H79ADF8DA0A9046CC9E1FF45957751A32" level="section">Sec.â€,1219.â€,Modification and extension of the Afghan Special Immigrant Visa Program.</toc-entry>

<toc-entry idref="HFB0EFB8C21B54DDAB4EA25F70F8A086F" level="subtitle">Subtitle Câ€"Matters relating to Syria, Iraq, and Iran</toc-entry>

<toc-entry idref="H17FA4EAB78D7406DB289079521DE0E87" level="section">Sec.â€,1221.â€,Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria.</toc-entry>

<toc-entry idref="H6603BE07FE0745C48CBE406D3A3F219F" level="section">Sec.â€,1222.â€,Extension and modification of authority to provide assistance to vetted Syrian groups and individuals.</toc-entry>

<toc-entry idref="H5B1445943A3F4B49A11DB77C6FF6099B" level="section">Sec.â€,1223.â€,Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq.</toc-entry>

<toc-entry idref="H92ACBBE6E2C8426A96E4233F543E7A18" level="section">Sec.â€,1224.â€,Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria.</toc-entry>

<toc-entry idref="HD562852CB0B04DFC8FE2EB716A04457D" level="section">Sec.â€,1225.â€,Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria.</toc-entry>

<toc-entry idref="H3EBFD526B881483383E36ACA007CE98E" level="section">Sec.â€,1226.â€,Expansion of availability of financial assets of Iran to victims of terrorism.</toc-entry>

<toc-entry idref="H7083EE278FA74C0DA0BD13E0ACBC1B21" level="section">Sec.â€,1227.â€,Report on the status of deconfliction channels with Iran.</toc-entry>

<toc-entry idref="H892EE30A450045DD974CC738F00B7CEF" level="section">Sec.â€,1228.â€,Prohibition on provision of weapons and other forms of support to certain organizations.</toc-entry>

```
<toc-entry idref="H41C62717C1CD4F9B8731F2C6395A4891" level="subtitle">Subtitle
Dâ€"Matters relating to the Russian Federation </toc-entry>

<toc-entry idref="HA8522B667E6C4287A541CAFB1D687B57"
level="section">Sec.â€‹1231.â€‹Extension of limitation on military cooperation between
the United States and Russia.</toc-entry>

<toc-entry idref="H0BB53F88A1B44C0B8EAB2FA6036A4466"
level="section">Sec.â€‹1232.â€‹Prohibition on availability of funds relating to
sovereignty of Russia over Crimea.</toc-entry>

<toc-entry idref="H26E2C60DCC8C48399F6284250C61C363"
level="section">Sec.â€‹1233.â€‹Sense of Congress on updating and modernizing existing
agreements to avert miscalculation between the United States and Russia.</toc-entry>

<toc-entry idref="HAD00F9D1C5714AA882475ECC9AC4F503"
level="section">Sec.â€‹1234.â€‹United States participation in Open Skies Treaty.</toc-
entry>

<toc-entry idref="H9C5B26015B4F46F1A286D0F1F0C81A32"
level="section">Sec.â€‹1235.â€‹Modifications of briefing, notification, and reporting
requirements relating to non-compliance by the Russian Federation with its obligations
under the INF Treaty.</toc-entry>

<toc-entry idref="H6FF089CA19D44939B512E78AD0D2E4A2"
level="section">Sec.â€‹1236.â€‹Report on treaties relating to nuclear arms
control.</toc-entry>

<toc-entry idref="H788A74454C5F4E068CE6A9CA9B29FBB0"
level="section">Sec.â€‹1237.â€‹Reports relating to the New START Treaty.</toc-entry>

<toc-entry idref="HA66840ECC8644A8A989FB6C0B109152A"
level="section">Sec.â€‹1238.â€‹Report on military activities of the Russian Federation
and the People's Republic of China in the Arctic region.</toc-entry>

<toc-entry idref="HE3C845E6C1414710A7225B63D72E0B7D"
level="section">Sec.â€‹1239.â€‹Updated strategy to counter the threat of malign
influence by the Russian Federation and other countries.</toc-entry>

<toc-entry idref="HE049EEFB2E7642DAB5A93DBCD8437661" level="subtitle">Subtitle
Eâ€"Matters relating to Europe and NATO</toc-entry>

<toc-entry idref="HEB814D3AD0CE48A0ACA13FA1CF48F148"
level="section">Sec.â€‹1241.â€‹Sense of Congress on support for the North Atlantic
Treaty Organization.</toc-entry>

<toc-entry idref="H32375E3DEB004F5C99574AAFCA9AFD58"
level="section">Sec.â€‹1242.â€‹Prohibition on the use of funds to suspend, terminate,
or provide notice of denunciation of the North Atlantic Treaty.</toc-entry>

<toc-entry idref="H8CDCD00D06B54F59BE7068FDD91A021F"
level="section">Sec.â€‹1243.â€‹Future years plans and planning transparency for the
European Deterrence Initiative.</toc-entry>

<toc-entry idref="H7E960A2774E547ED999ADCCED9899A65"
level="section">Sec.â€‹1244.â€‹Modification and extension of Ukraine Security
Assistance Initiative.</toc-entry>

<toc-entry idref="H4071810A0F174E06807172C53DC17ED3"
level="section">Sec.â€‹1245.â€‹Limitation on transfer of Fâ€"35 aircraft to
Turkey.</toc-entry>

<toc-entry idref="H6699F56038FD478BAAA2A703557F039A"
level="section">Sec.â€‹1246.â€‹Baltic defense assessment; extension and modification of
security assistance for Baltic countries for joint program for interoperability and
deterrence against aggression.</toc-entry>

<toc-entry idref="H46B7306EAC1C4418BB9CD9898E1F5C75"
level="section">Sec.â€‹1247.â€‹Extension of authority for and report on training for
Eastern European national security forces in the course of multilateral
exercises.</toc-entry>
```

&lt;toc-entry idref="H3E60AEE433BF47669C5CD525BC7A02D6"
level="section"&gt;Sec.â€,1248.â€,Extension and modification of NATO Special Operations
Headquarters.&lt;/toc-entry&gt;

&lt;toc-entry idref="HEC803A4A757C420DB16A5E3C0E485D30"
level="section"&gt;Sec.â€,1249.â€,North Atlantic Treaty Organization Joint Force
Command.&lt;/toc-entry&gt;

&lt;toc-entry idref="H23CB7AACA29F43819102B925DF752772"
level="section"&gt;Sec.â€,1250.â€,Report on North Atlantic Treaty Organization Readiness
Initiative.&lt;/toc-entry&gt;

&lt;toc-entry idref="H0608731FE07B46B1973F88FAE0660CA0"
level="section"&gt;Sec.â€,1250A.â€,Repeal of prohibition on transfer of articles on the
United States munitions list to the Republic of Cyprus.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE440785EDC364987BD300195F4F0F339" level="subtitle"&gt;Subtitle
Fâ€"Matters relating to the Indo-Pacific region&lt;/toc-entry&gt;

&lt;toc-entry idref="H7C9A5FFAC45341EE9A9E1FD450118D6F"
level="section"&gt;Sec.â€,1251.â€,Modification of Indo-Pacific Maritime Security
Initiative.&lt;/toc-entry&gt;

&lt;toc-entry idref="HD183F0E405D74B5DAF9E4693560B014A"
level="section"&gt;Sec.â€,1252.â€,Expansion of Indo-Pacific Maritime Security Initiative
and limitation on use of funds.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE782C4141AC448DB8CCA6220C250FCA7"
level="section"&gt;Sec.â€,1253.â€,Report on resourcing United States defense requirements
for the Indo-Pacific region and study on competitive strategies.&lt;/toc-entry&gt;

&lt;toc-entry idref="H7052E4961CD54CAC90D3C1591ED772C5"
level="section"&gt;Sec.â€,1254.â€,Limitation on use of funds to reduce the total number of
members of the Armed Forces serving on active duty who are deployed to South
Korea.&lt;/toc-entry&gt;

&lt;toc-entry idref="H538796901E3E40C3881A3ED9FC746CED"
level="section"&gt;Sec.â€,1255.â€,Report on direct, indirect, and burden-sharing
contributions of Japan and South Korea.&lt;/toc-entry&gt;

&lt;toc-entry idref="H37C6C55660D242F3ABAABFF64D5ECCF5"
level="section"&gt;Sec.â€,1256.â€,Sense of Congress on security commitments to the
Governments of Japan and the Republic of Korea and trilateral cooperation among the
United States, Japan, and the Republic of Korea.&lt;/toc-entry&gt;

&lt;toc-entry idref="H84869A418DA549C3990DEA5A35A18707"
level="section"&gt;Sec.â€,1257.â€,Sense of Congress on North Korea.&lt;/toc-entry&gt;

&lt;toc-entry idref="H8270DDC12DEB4FC8ACB49D0576C6F16F"
level="section"&gt;Sec.â€,1258.â€,Statement of policy and sense of Congress on, and
strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the
Philippines.&lt;/toc-entry&gt;

&lt;toc-entry idref="H6600CC7A9AE04AE1B2DC3EB0E3E141B5"
level="section"&gt;Sec.â€,1259.â€,Report on security cooperation with the Philippine
National Police.&lt;/toc-entry&gt;

&lt;toc-entry idref="HE70EA46D9E324567B7407811BEF35D7E"
level="section"&gt;Sec.â€,1260.â€,Modification of annual report on military and security
developments involving the Peopleâ€™s Republic of China.&lt;/toc-entry&gt;

&lt;toc-entry idref="H9D1FA77F71BF4942BF2CCBCEA66992D0"
level="section"&gt;Sec.â€,1260A.â€,Report on foreign military activities in Pacific Island
countries.&lt;/toc-entry&gt;

&lt;toc-entry idref="H24AEEDE724AC45CFB3593A96BBB3C1C9"
level="section"&gt;Sec.â€,1260B.â€,Report on cybersecurity activities with Taiwan.&lt;/toc-
entry&gt;

&lt;toc-entry idref="H42E1FA6CDFBB4E86AD8E30DD72F9A2D7"
level="section"&gt;Sec.â€,1260C.â€,Review and report related to the Taiwan Relations
Act.&lt;/toc-entry&gt;

WASHSTATEC015111

<toc-entry idref="HED4332F7DD0F45319E6CB0D70726C691"
level="section">Sec.â€‚1260D.â€‚Sense of Congress on enhancement of the United States-
Taiwan defense relationship.</toc-entry>

<toc-entry idref="H38BD1D57D08F4BE99C8CF306F069D2EE"
level="section">Sec.â€‚1260E.â€‚Chinese foreign direct investment in countries of the
Arctic region.</toc-entry>

<toc-entry idref="H8D4EAC69332E4B28A5E60B66F46CB3CE"
level="section">Sec.â€‚1260F.â€‚Sense of Congress on policy toward Hong Kong.</toc-
entry>

<toc-entry idref="H3328EECFB0DE4FC7BBA245C328AC5EE3"
level="section">Sec.â€‚1260G.â€‚Sense of Congress on enhancing defense and security
cooperation with the Republic of Singapore.</toc-entry>

<toc-entry idref="HADA00BAFFD064BF5A7239C8767252206"
level="section">Sec.â€‚1260H.â€‚Authority to transfer funds for Bien Hoa dioxin
cleanup.</toc-entry>

<toc-entry idref="H3EE69AFADD4944D6BADAFDBF0F1BD428"
level="section">Sec.â€‚1260I.â€‚Limitation on removal of Huawei Technologies Co. Ltd.
from entity list of Bureau of Industry and Security.</toc-entry>

<toc-entry idref="H0BA4CE78D51549F8BC391CA058752326"
level="section">Sec.â€‚1260J.â€‚Report on ZTE compliance with Superseding Settlement
Agreement and Superseding Order.</toc-entry>

<toc-entry idref="HD24DC36CBC0046BD9E5487B7D391D095"
level="section">Sec.â€‚1260K.â€‚Report on the lay-down of United States Marines in the
Indo-Pacific Region.</toc-entry>

<toc-entry idref="H7C083C570A7A4E81B9C12952D5222CB7" level="subtitle">Subtitle
Gâ€"Other matters</toc-entry>

<toc-entry idref="HEC10CB22C99E456CAA6786B97E319A5C"
level="section">Sec.â€‚1261.â€‚Modification to report on legal and policy frameworks
for the use of military force.</toc-entry>

<toc-entry idref="HA8666BE0504E4DA6AB92C819978A3633"
level="section">Sec.â€‚1262.â€‚Independent review of sufficiency of resources available
to United States Southern Command and United States Africa Command.</toc-entry>

<toc-entry idref="H39003DD7780647698093D2046CE9F5F6"
level="section">Sec.â€‚1263.â€‚United States Central Command posture assessment and
review.</toc-entry>

<toc-entry idref="H4D984F651DD1487CBC9FC5B35AC51B36"
level="section">Sec.â€‚1264.â€‚Limitation on production of nuclear proliferation
assessment statements.</toc-entry>

<toc-entry idref="H7F2EE260D78D4E0B816FD4EA12D12FB4"
level="section">Sec.â€‚1265.â€‚Western Hemisphere resource assessment.</toc-entry>

<toc-entry idref="H8BF4B25F91974742A6757E94A0E0909E"
level="section">Sec.â€‚1266.â€‚Human rights in Brazil.</toc-entry>

<toc-entry idref="H8620E0CBD56F4416A946ED1BE52258BE"
level="section">Sec.â€‚1267.â€‚Certification relating to assistance for
Guatemala.</toc-entry>

<toc-entry idref="H1D522F39FEE143E29ECAEA2A794BE520"
level="section">Sec.â€‚1268.â€‚Independent analysis of human rights situation in
Honduras.</toc-entry>

<toc-entry idref="H56EAF70832064A58A1170144C14914E1"
level="section">Sec.â€‚1269.â€‚Briefing on strategy to improve the efforts of the
Nigerian military to prevent, mitigate, and respond to civilian harm.</toc-entry>

<toc-entry idref="H73FD05C700354734A09BA9D5FA269567"
level="section">Sec.â€‚1270.â€‚Report on implications of Chinese military presence in
Djibouti.</toc-entry>

WASHSTATEC015112

```
<toc-entry idref="HA546141A53604BE2A155C544476F2F57"
level="section">Sec.â€¯1271.â€¯Rule of construction on the permanent stationing of
United States Armed Forces in Somalia.</toc-entry>

<toc-entry idref="HD79E3869B5A84E1BAE3C11A6D8654940"
level="section">Sec.â€¯1272.â€¯Defense and diplomatic strategy for Libya.</toc-entry>

<toc-entry idref="HE7EB8FD62D2D44469BB2034D31DE8CC7"
level="section">Sec.â€¯1273.â€¯Prohibition on in-flight refueling to non-United States
aircraft that engage in hostilities in the ongoing civil war in Yemen.</toc-entry>

<toc-entry idref="H12B92082D8F34D1FB6A5C85269710C1F"
level="section">Sec.â€¯1274.â€¯Report on Saudi-led coalition strikes in Yemen.</toc-
entry>

<toc-entry idref="HB224628DA1D14DA9A25BC6B6F492C150"
level="section">Sec.â€¯1275.â€¯Reports on expenses incurred for in-flight refueling of
Saudi coalition aircraft conducting missions relating to civil war in Yemen.</toc-
entry>

<toc-entry idref="HB2750A91B2214584B96F5C8CB206C041"
level="section">Sec.â€¯1276.â€¯Report on Saudi Arabiaâ€™s human rights record.</toc-
entry>

<toc-entry idref="H34CE4CA5AFA9485799A4C030EF349211"
level="section">Sec.â€¯1277.â€¯Report on intelligence community assessment relating to
the killing of Washington Post columnist Jamal Khashoggi.</toc-entry>

<toc-entry idref="H8F897E793E844B768B32257E836F06AF"
level="section">Sec.â€¯1278.â€¯United States-Israel cooperation to counter unmanned
aerial systems.</toc-entry>

<toc-entry idref="H3505638B70754F8493EC464866BAF5DE"
level="section">Sec.â€¯1279.â€¯Extension and modification of authority for United
States-Israel anti-tunnel cooperation activities.</toc-entry>

<toc-entry idref="H4DFBE899BAE74BB89E43F780CC7BAC9E"
level="section">Sec.â€¯1280.â€¯Report on cost imposition strategy.</toc-entry>

<toc-entry idref="HF8391CCA568449C8A22D633422DA735D"
level="section">Sec.â€¯1281.â€¯Modification of initiative to support protection of
national security academic researchers from undue influence and other security
threats.</toc-entry>

<toc-entry idref="H30C9B4A1FF2941B797266AE62CC3C309"
level="section">Sec.â€¯1282.â€¯Modification of responsibility for policy on civilian
casualty matters.</toc-entry>

<toc-entry idref="H6EC4DF4CBA7A404EB5E2D1B9FFF48987"
level="section">Sec.â€¯1283.â€¯Report on export of certain satellites to entities with
certain beneficial ownership structures.</toc-entry>

<toc-entry idref="H6E7FE93599A847A7AF58BFEE5014A4D7"
level="section">Sec.â€¯1284.â€¯Rule of construction relating to the use of military
force.</toc-entry>

<toc-entry idref="HBAB417F8FA134D30A845C4C37DE54888"
level="section">Sec.â€¯1285.â€¯Reports and briefings on use of military force and
support of partner forces.</toc-entry></toc>

<subtitle id="H2DA02AC04CBD4406AA934541C71AD232"><enum>A</enum><header>Assistance and
training</header>

<section id="HADBE199580D447A7B6B48E127FFA4C6F"><enum>1201.</enum><header>Modification
of authority to build capacity of foreign security forces</header>

<subsection
id="H7F342CEB84B94480AF16109D0A3549B6"><enum>(a)</enum><header>Authority</header><text>
Subsection (a)(7) of section 333 of title 10, United States Code, is amended by
inserting <quote>existing</quote> before <quote>international coalition
operation</quote>.</text></subsection>
```

```
<subsection id="H3090A5437236442684899D30E5EA18B5"><enum>(b)</enum><header>Notice and
wait on activities under programs</header><text>Subsection (e) of such section is
amended by adding at the end the following:</text>

<quoted-block id="HC85225582D164A08BCBEAD1A1CB437A5" style="OLC">

<paragraph id="H6D3AE13545DC419AABC72BF20183A695"><enum>(9)</enum><text>In the case of
a program described in subsection (a), each of the following:</text>

<subparagraph id="H24B32294D32A46D2B5C29E25BE6F4548"><enum>(A)</enum><text>A
description of whether assistance under the program could be provided pursuant to other
authorities under this title, the Foreign Assistance Act of 1961, or any other train
and equip authorities of the Department of Defense.</text></subparagraph>

<subparagraph id="HC8D867962D644B65B52DA97F6D303EE1"><enum>(B)</enum><text>An
identification of each such authority described in subparagraph
(A).</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="H980095EB4ECA4D7896ED3D011ABCF517" section-type="subsequent-
section"><enum>1202.</enum><header>Modification and extension of cross servicing
agreements for loan of personnel protection and personnel survivability equipment in
coalition operations</header><text display-inline="no-display-inline">Section 1207 of
the Carl Levin and Howard P. <quote>Buck</quote> Mckeon National Defense Authorization
Act for Fiscal Year 2015 (10 U.S.C. 2342 note) is amendedâ€"</text>

<paragraph id="H3470D4B6F4F84DF7BBB2CD3340470033"><enum>(1)</enum><text>by
redesignating subsections (d) and (e) as subsections (e) and (f),
respectively;</text></paragraph>

<paragraph id="H5BFBB89331564EB68AEF7CAF7DDEF0A1"><enum>(2)</enum><text>by inserting
after subsection (c) the following:</text>

<quoted-block id="H311388E0BC504D8589CDB5BE0D5FD9CE" style="OLC">

<subsection id="HC909D23F62734876A3EEF17FECE4B1F3"><enum>(d)</enum><header>Reports to
congress</header><text>If the authority provided under this section is exercised during
a fiscal year, the Secretary of Defense shall, with the concurrence of the Secretary of
State, submit to the appropriate committees of Congress a report on the exercise of
such authority by not later than October 30 of the year in which such fiscal year ends.
Each report on the exercise of such authority shall specify the recipient country of
the equipment loaned, the type of equipment loaned, and the duration of the loan of
such equipment.</text></subsection><after-quoted-block>; and</after-quoted-
block></quoted-block></paragraph>

<paragraph id="HFA4360183D0543DDB929466A9BE84BAE"><enum>(3)</enum><text>in subsection
(f), as redesignated, by striking <quote>September 30, 2019</quote> and inserting
<quote>December 31, 2024</quote>.</text></paragraph></section>

<section id="HB643CFA6E9ED49B18AF24ECEDC086127"><enum>1203.</enum><header>Modifications
of authorities relating to acquisition and cross-servicing agreements</header>

<subsection commented="no" display-inline="no-display-inline"
id="H2361898D926F482F9EA9D888C712653E"><enum>(a)</enum><header display-inline="yes-
display-inline">Designation and notice of intent to enter into agreement with non-NATO
country</header><text display-inline="yes-display-inline">Subsection (b) of section
2342 of title 10, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HAD28E4E1214846CE9FBF6E6A7899BB4D"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="HF88027CC471A4A08ABAAE7D0F2489A08"><enum>(b)</enum>

<paragraph commented="no" display-inline="yes-display-inline"
id="H89FCBBAC4CFC4BC5B58030FC9B1133EC"><enum>(1)</enum><text display-inline="yes-
display-inline">The Secretary of Defense may not designate a country for an agreement
under this section unlessâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5FEF298292CE421AA0A4B8D282D04243" indent="up1"><enum>(A)</enum><text display-
inline="yes-display-inline">the Secretary, after consultation with the Secretary of
```

State, determines that the designation of such country for such purpose is in the interest of the national security of the United States; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8C744A7AA26449D8BA62460ADC5EDA3C" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">in the case of a country that is not a member of the North Atlantic Treaty Organization, the Secretary submits to the appropriate committees of Congress notice of the intended designation not less than 30 days before the date on which such country is designated by the Secretary under subsection (a).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC20BF9127E354180AF6008409FA9ED3C" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">In the case of a country that is not a member of the North Atlantic Treaty Organization, the Secretary of Defense may not enter into an agreement under this section unless the Secretary submits to the appropriate committees of Congress a notice of intent to enter into such an agreement not less than 30 days before the date on which the Secretary enters into the agreement.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6F8A8B3236CE47F19DA340BE594408AE"><enum>(b)</enum><header>Oversight responsibilities</header><text>Such section is further amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD642F9B1F17B45049A0F16596EA3A66F"><enum>(1)</enum><text display-inline="yes-display-inline">by redesignating subsections (f) through (h) as subsections (g) through (i), respectively; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF143FDD4E2054AA8A40403BBFB38634F"><enum>(2)</enum><text display-inline="yes-display-inline">by inserting after subsection (e) the following new subsection (f):</text>

<quoted-block display-inline="no-display-inline" id="H756E9CAB4E8E4134A8E66EA0EF8013B3" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H5747A0C3AFC64687A52387DB4854C2A3"><enum>(f)</enum><text>Not later than 30 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall designate an existing senior civilian or military official who shall have primary responsibility forâ€"</text>

<paragraph id="H358D1E1E994240B78453B58BA98AD7DC"><enum>(1)</enum><text>accounting for logistic support, supplies, and services received or provided under acquisition and cross-servicing agreements;</text></paragraph>

<paragraph id="H6ABAAC57BD2C47B7BAE5A26CB29338BE"><enum>(2)</enum><text>ensuring consistent standards and guidance to the armed forces and combatant commands in executing acquisition and cross-servicing agreements;</text></paragraph>

<paragraph id="HC38C683AD62844C09757E4961B1935F4"><enum>(3)</enum><text>overseeing and monitoring the implementation of acquisition and cross-servicing agreements in coordination with the Under Secretary of Defense for Policy; and</text></paragraph>

<paragraph id="H522368BF8A5A45B290732F8A18B87C19"><enum>(4)</enum><text>such other responsibilities as may be prescribed by the Secretary.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5EC112407F364FA1B67CA362342003D8"><enum>(c)</enum><header display-inline="yes-display-inline">Regulations</header><text display-inline="yes-display-inline">Subsection (g) of such section, as redesignated by subsection (b)(1), is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H73E349117D6B4FA4B56A3A5949C6510E" style="OLC">

<subsection commented="no" display-inline="no-display-inline"

WASHSTATEC015115

```
id="HFB9EAB5E283E4F8681E35D2456FC6CAE"><enum>(g)</enum>

<paragraph commented="no" display-inline="yes-display-inline"
id="H363541D7B22349EC955F43F0004FD5B6"><enum>(1)</enum><text display-inline="yes-
display-inline">Not later than 90 days after the date of the enactment of the National
Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall
prescribe regulations to ensure thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H426C734FF5AD4FF0B05ADBDF47FDB7A6" indent="up1"><enum>(A)</enum><text display-
inline="yes-display-inline">contracts entered into under this subchapter are free from
self-dealing, bribery, and conflict of interests;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2C2CCCFCC12642C8A9AE1C86F23F7619"><enum>(B)</enum><text display-
inline="yes-display-inline">adequate processes and controls are in place to provide for
the accurate accounting of logistic support, supplies, and services received or
provided under the authority of this subchapter; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB51D774D9C744B1794BF8BF2DD92002F" indent="up1"><enum>(C)</enum><text display-
inline="yes-display-inline">personnel responsible for accounting for logistic support,
supplies, and services received or provided under such authority are fully trained and
aware of such responsibilities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H33E11CEDD0174180848E89B323896FDE"><enum>(2)</enum></enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H56647E27B03B46C6BF0E542DDBC10A86"><enum>(A)</enum><text display-
inline="yes-display-inline">Not later than 270 days after the issuance of the regulations under
paragraph (1), the Comptroller General of the United States shall conduct a review of
the implementation by the Secretary of such regulations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3722F598545B4A388684D3E4487BA856" indent="up1"><enum>(B)</enum><text display-
inline="yes-display-inline">The review conducted under subparagraph (A) shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H546308E2BFDA45CCA008F7639DEC6818"><enum>(i)</enum><text display-inline="yes-
display-inline">assess the effectiveness of such regulations and the implementation of
such regulations to ensure the effective management and oversight of an agreement under
subsection (a)(1); and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H0A44A2827CD148508BA722B380618CA6"><enum>(ii)</enum><text display-inline="yes-
display-inline">include any other matter the Comptroller General considers
relevant.</text></clause></subparagraph></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H737A8B85A7EF45DCBEEF93467D7517BD"><enum>(d)</enum><header display-inline="yes-
display-inline">Reports</header><text display-inline="yes-display-inline">Subsection
(h) of such section, as redesignated by subsection (b)(1), is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE14FE9B170634D0F84915DF83CFC08E1"><enum>(1)</enum><text display-inline="yes-
display-inline">in paragraph (1), by striking <quote>in effect</quote> and inserting
<quote>that have entered into force or were applied
provisionally</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7B0EE0C95FBE412D84CEEF9961C84681"><enum>(2)</enum><text display-inline="yes-
display-inline">in paragraph (2), by striking <quote>date on which the
Secretary</quote> and all that follows through the period at the end and inserting
â€œdates on which the Secretary notified Congressâ€"</text>

<quoted-block display-inline="no-display-inline" id="H1DE3E85809E84116BC12DC899C9A879E"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
```

```
id="HB1987C722BFD4C8A988E31242F6E8A57"><enum>(A)</enum><text display-inline="yes-
display-inline">pursuant to subsection (b)(1)(B) of the designation of such country
under subsection (a); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1CDAC45BE600459CA4A510DF685916BF"><enum>(B)</enum><text display-inline="yes-
display-inline">pursuant to subsection (b)(2) of the intent of the Secretary to enter
into the agreement.</text></subparagraph><after-quoted-block>; </after-quoted-
block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H31B1459E2015447CA1C2CAD9E83E20BF"><enum>(3)</enum><text display-inline="yes-
display-inline">by amending paragraph (3) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HBEEA2A130D2B4F80858B7D04533B2F4F"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H22A4624C6BCA4C5F97A7D2C6FCD9C970"><enum>(3)</enum><text display-inline="yes-
display-inline">The class of supply, total dollar amount, the amount collected, and the
outstanding balance of logistic support, supplies, and services provided during the
preceding fiscal year under each such agreement.</text></paragraph><after-quoted-
block>; </after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC9C26ED53FE4410091E510DB7398FCC6"><enum>(4)</enum><text display-inline="yes-
display-inline">by amending paragraph (4) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H55DA45DEBCDE40A99B8A6E9F7A976BDA"
style="OLC">

<paragraph id="H0988A3A3C6064DBE989D6697550CD602"><enum>(4)</enum><text display-
inline="yes-display-inline">The class of supply, total dollar amount, the amount
collected, and the outstanding balance of logistic support, supplies, and services
received during the preceding fiscal year under each such
agreement.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-
block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE0FB70DEADD54BEC9EE7586B618A133C"><enum>(5)</enum><text display-inline="yes-
display-inline">by striking paragraph (5); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5C9C1718B4B04D179080E52E309AD22A"><enum>(6)</enum><text display-inline="yes-
display-inline">by adding at the end the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="HF6EF74D47EF94DB89E4E213E87CD6B10"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H662DC1F521D84AC496C3935D4E94DEC5"><enum>(5)</enum><text display-inline="yes-
display-inline">With respect to any transaction for logistic support, supplies, and
services that has not been reconciled more than one year after the date on which the
transaction occurred, a description of the transaction that includes the
following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6B730B34E87A4C14AC3EB1E6957DF900"><enum>(A)</enum><text display-inline="yes-
display-inline">The date on which the transaction occurred.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF034380FE3844D8DAFCED4519DEB5919"><enum>(B)</enum><text display-inline="yes-
display-inline">The country or organization to which logistic support, supplies, and
services were provided.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H41101D4486814784B02D1097C00CE0E7"><enum>(C)</enum><text display-inline="yes-
display-inline">The value of the transaction.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2C6B73F6F8C849CD98739533361A41BF"><enum>(6)</enum><text display-inline="yes-
```

WASHSTATEC015117

display-inline">An explanation of any waiver granted under section 2347(c) during the preceding fiscal year, including an identification of the relevant contingency operation or non-combat operation.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HC986732F8A8A4B748180C4D979745FCC"><enum>1204.</enum><header>Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities</header><text display-inline="no-display-inline">Section 381(b) of title 10, United States Code, is amended by striking <quote>30 days</quote> and inserting <quote>60 days</quote>.</text></section>

<section id="H2C8D141CF0254242960277A31465008C"><enum>1205.</enum><header>Gender perspectives and participation by women in security cooperation activities</header><text display-inline="no-display-inline">Consistent with the Women, Peace, and Security Act of 2017 (Public Law 115â€"68), the Secretary of Defense, in coordination with the Secretary of State, should seek to incorporate gender perspectives and participation by women in security cooperation activities to the maximum extent practicable.</text></section>

<section id="H9B42E7AEFF4D404BB00DEB7309F11D91"><enum>1206.</enum><header>Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities</header>

<subsection id="H50AD5D7844EA41218F39F171BBE08F05"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and Secretary of State shall jointly develop, implement, and submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a plan to provide consistency in administration of section 362 of title 10, United States Code, and section 620M of the Foreign Assistance Act of 1961 (22 U.S.C. 2378d). </text></subsection>

<subsection id="H4214526ADC05450AADB66A880FCE7050"><enum>(b)</enum><header>Matters to be included</header><text>The plan required by subsection (a) shall contain the following: </text>

<paragraph id="H7916B8C6FB934B419A43D4BD5926A906"><enum>(1)</enum><text display-inline="yes-display-inline">Common standards and procedures which shall be used by the Department of Defense and Department of State to obtain and verify information regarding the vetting of units of the security forces of foreign countries for gross violation of human rights under the authorities described in subsection (a), includingâ€"</text>

<subparagraph id="H0D7C1B09DA314BEFAFDB52913B13BC42"><enum>(A)</enum><text>public guidelines for external sources to report information; and </text></subparagraph>

<subparagraph id="H5C3577EF19C14A3DA3C38283807F2971"><enum>(B)</enum><text>methods and criteria employed by the Department of Defense and Department of State to determine whether sources, source reporting, and allegations are credible.</text></subparagraph></paragraph>

<paragraph id="HA6FABD08572241259F8559534398F1FE"><enum>(2)</enum><text>Measures to ensure the Department of Defense has read-only access to the International Vetting and Security Tracking (INVEST) system, and any successor or equivalent system.</text></paragraph>

<paragraph id="H070FCC1DEC5F4D2CB3E80EA38F8F5E80"><enum>(3)</enum><text display-inline="yes-display-inline">Measures to ensure the authorities described in subsection (a) are applied to any foreign forces, irregular forces, groups, and individuals that receive training, equipment, or other assistance from the United States military.</text></paragraph></subsection>

<subsection id="HF70118E1D25F4FF5843F0E6692E3515F"><enum>(c)</enum><header>Form</header><text>The plan required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H6E80864C99DE496181D3635B8F6F069B"><enum>(d)</enum><header>Integration of human rights and civilian protection into assessment, monitoring, and evaluation of

security cooperation programs and activities</header>

<paragraph id="HC060D3DABFD54BE38CED26EE98AC217A"><enum>(1)</enum><header>Reports required</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the appropriate congressional committees an interim report and a final report on the steps the Secretary will take to incorporate partner unitsâ€™ activities, as such activities relate to human rights and protection of civilians, into the program elements described in section 383(b)(1) of title 10, United States Code.</text></paragraph>

<paragraph id="H06F0199B1182410D93BF3EFF48AD6071"><enum>(2)</enum><header>Deadlines</header>

<subparagraph id="HA9FD9110A6D0436DA72B6F57272ECAD8"><enum>(A)</enum><header>Interim report</header><text display-inline="yes-display-inline">The interim report required under paragraph (1) shall be submitted to the appropriate congressional committees not later than 180 days after the date of the enactment of this Act and shall include a summary of the progress of the Secretary in implementing the steps described in such paragraph.</text></subparagraph>

<subparagraph id="H3B4F555F675649AF9B38AAA6A326890E"><enum>(B)</enum><header>Final report</header><text display-inline="yes-display-inline">The final report required under paragraph (1) shall be submitted to the appropriate congressional committees not later than one year after the date of enactment of this Act and shall specifically identify the actions the Secretary took to implement the steps described in paragraph (1).</text></subparagraph></paragraph>

<paragraph id="H6A28ADBBCBE34D3F9A303682E2E3EC69"><enum>(3)</enum><header>Appropriate congressional committees defined</header><text>In this subsection, the term <term>appropriate congressional committees</term> means the following:</text>

<subparagraph id="H175BB51287D04BFC9F1FBBF246EEBE04"><enum>(A)</enum><text display-inline="yes-display-inline">The Committee on Armed Services and the Committee on Foreign Relations of the Senate.</text></subparagraph>

<subparagraph id="HCE4115B928C1493194A9801BB064154F"><enum>(B)</enum><text>The Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph></subsection></section>

<section id="HA97122D5480745E9951CD44AE85A1E36" section-type="subsequent-section" commented="no"><enum>1207.</enum><header>Extension of authority for support of special operations for irregular warfare</header><text display-inline="no-display-inline">Section 1202(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€“91; 131 Stat. 1639) is amended by striking <quote>2020</quote> and inserting <quote>2023</quote>.</text></section>

<section id="HC9CFA9FBDB9D4CF2BB2FE8823E927056" display-inline="no-display-inline"><enum>1208.</enum><header>Extension and modification of Commandersâ€™ Emergency Response Program and elimination of certain payments to redress injury and loss</header>

<subsection id="HD6D6CF67E5BD4EF8B47F386A3CE02AB4"><enum>(a)</enum><header>Extension and modification of Commandersâ€™ Emergency Response Program</header><text display-inline="yes-display-inline">Section 1201 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€“81; 125 Stat. 1619), as most recently amended by the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€“232), is further amendedâ€“</text>

<paragraph id="HE4D9DD7204524BEDBB609B7324C98B9A" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)â€“</text>

<subparagraph id="H1A9B69E90CBC4C19BA3F33C8426B025A" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">by striking <quote>During the period beginning on October 1, 2016, and ending on December 31, 2019</quote> and inserting <quote>During the period beginning on October 1, 2019, and ending on December 31, 2020</quote>; and</text></subparagraph>

<subparagraph id="H99F0DFEDFFAE449F94DB6FD1A780720A" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text>by striking <quote>$10,000,000</quote> and inserting <quote>$2,500,000</quote>;</text></subparagraph></paragraph>

```
<paragraph id="H406BD13A5EED40B383B8CEFF1198F68D" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection
(b)(1), by striking <quote>of fiscal years 2017 through 2019</quote> and inserting
<quote>for each of fiscal years 2017 through 2020</quote>; and</text></paragraph>

<paragraph id="H5AB1104A8ACA4942B2BAD56660AE0C63" commented="no" display-inline="no-
display-inline"><enum>(3)</enum><text display-inline="yes-display-inline">in subsection
(f), in the first sentence, by striking <quote>during the period beginning on October
1, 2016, and ending on December 31, 2019</quote> and inserting <quote>during the period
beginning on October 1, 2019, and ending on December 31,
2020</quote>.</text></paragraph></subsection>

<subsection id="H98F3D4B281174A3F9EA0C2EBECC0B6FD" commented="no" display-inline="no-
display-inline"><enum>(b)</enum><header>Elimination of authority for certain payments
to redress injury and loss in Afghanistan, Iraq, Syria, Somalia, Libya, and
Yemen</header><text>Section 1211 of the National Defense Authorization Act for Fiscal
Year 2017 (Public Law 114â€"328; 130 Stat. 2477), as most recently amended by section
1224(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019
(Public Law 115â€"232), is further amended by striking subsection
(b).</text></subsection></section>

<section id="H8D1AB063BCCC46A096E7F4335FF8E061" display-inline="no-display-
inline"><enum>1209.</enum><header>Two-year extension of program authority for Global
Security Contingency Fund</header><text display-inline="no-display-inline">Section 1207
of the National Defense Authorization Act for Fiscal Year 2012 (22 U.S.C. 2151 note) is
amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HB308A5EDF86B4E888BB6FF411E5E9D74"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (i)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H42DBC6EA44814E53B5932EA489AAA146"><enum>(A)</enum><text display-inline="yes-
display-inline">in paragraph (1), by striking <quote>September 30, 2019</quote> and
inserting <quote>September 30, 2021</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAEE59498F43A4D638532DD89A8887B4D"><enum>(B)</enum><text display-inline="yes-
display-inline">by amending paragraph (2) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HAB114DDB21F44AFDB461B07852859DEF"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H41DB0B929551422D976944727B4A3F69"><enum>(2)</enum><header display-inline="yes-
display-inline">Exception</header><text display-inline="yes-display-inline">Amounts
appropriated and transferred to the Fund before September 30, 2019, shall remain
available for obligation and expenditure after that date, but only for activities under
programs commenced under subsection (b) before September 30,
2019.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H73DAA23CF6F34FF19C3F379122C0EFDD"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (o)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4838FC4456CB4AD0808EBC204AEF2AE8"><enum>(A)</enum><text display-inline="yes-
display-inline">in the first sentence, by striking <quote>September 30, 2019</quote>
and inserting <quote>September 30, 2021</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H79428D9225A74BE9AF8C4C03F2750525"><enum>(B)</enum><text display-inline="yes-
display-inline">in the second sentence, by striking <quote>through 2019</quote> and
inserting <quote>through 2021</quote>.</text></subparagraph></paragraph></section>

<section id="H561CA5C885564800A117569D8EAC3314"><enum>1210.</enum><header>Legal
institutional capacity building initiative for foreign defense institutions</header>

<subsection
id="HC9429BA29E3645FCB903346E8405ACA9"><enum>(a)</enum><header>Initiative</header><text
```

WASHSTATEC015120

>The Secretary of Defense may carry out, in accordance with section 332 of title 10, United States Code, an initiative of legal institutional capacity building in collaboration with the appropriate ministry of defense (or security agency serving a similar defense function) legal institutions that support the efforts of one or more foreign countries to establish or improve legal institutional capacity.</text></subsection>

<subsection id="H166D448C72494277983035FA9096982F"><enum>(b)</enum><header>Purpose</header><text>The purpose of the initiative under subsection (a) is to enhance, through advisory services, training, or related training support services, as appropriate, the legal institutional capacity of the applicable foreign country to do the following:</text>

<paragraph id="H0017DBF17FBF4AECA1EA667C7BF15873"><enum>(1)</enum><text>Integrate legal matters into the authority, doctrine, and policies of the ministry of defense (or security agency serving a similar defense function) and forces of such country.</text></paragraph>

<paragraph id="HDB667E8CE7EB4BC494ACCBEDA9577DB5"><enum>(2)</enum><text>Provide appropriate legal support to commanders conducting defense and national security operations.</text></paragraph>

<paragraph id="H7A605801F5CC4C4FBD2538FF048E1064"><enum>(3)</enum><text>With respect to defense and national security law, institutionalize education, training, and professional development for personnel and forces, including uniformed lawyers, officers, noncommissioned officers, and civilian lawyers and leadership within such ministries of defense (and security agencies serving a similar defense function).</text></paragraph>

<paragraph id="H2B71CD2EC42E402EB8E71CFB2D4AB075"><enum>(4)</enum><text>Establish a military justice system that is objective, transparent, and impartial.</text></paragraph>

<paragraph id="H3445A4BAB5824B54AC16B26CB5455853"><enum>(5)</enum><text>Conduct effective and transparent command and administrative investigations.</text></paragraph>

<paragraph id="H6C7B5A9A480F49BFB9BF51544E3BBE7C"><enum>(6)</enum><text>Build the legal capacity of the forces and civilian personnel of ministries of defense (and security agencies serving a similar defense function) to provide equitable, transparent, and accountable institutions and provide for anti-corruption measures within such institutions.</text></paragraph>

<paragraph id="H47FD8017194A4C3E9C88AA30A6073B62"><enum>(7)</enum><text>Build capacityâ€"</text>

<subparagraph id="HBE6EEA2FFE674967BDD77DA0B3E91F5D"><enum>(A)</enum><text>to provide for the protection of civilians consistent with the law of armed conflict and human rights law; and</text></subparagraph>

<subparagraph id="HDF4A8279A9B543909D7D991D7F4366AD"><enum>(B)</enum><text>to investigate incidents of civilian casualties.</text></subparagraph></paragraph>

<paragraph id="HCB1F7CEDFA644E2886F69E9A6B9A1E36"><enum>(8)</enum><text>Promote understanding and observance ofâ€"</text>

<subparagraph id="H029F99AF7EA6493DBE3AA0EB045D6F8B"><enum>(A)</enum><text>the law of armed conflict;</text></subparagraph>

<subparagraph id="H1F7BB6A7CFE34B21A9854B6EA0B6716A"><enum>(B)</enum><text>human rights and fundamental freedoms;</text></subparagraph>

<subparagraph id="H1CE6A3C3BF0A46F2BC9462CD5512D8A8"><enum>(C)</enum><text>the rule of law; and</text></subparagraph>

<subparagraph id="H867186C51BCF4C209475D4EAD2696053"><enum>(D)</enum><text>civilian control of the military.</text></subparagraph></paragraph>

<paragraph id="H6C40780A8E89492A9EC92C889482A8E6"><enum>(9)</enum><text>Establish mechanisms for effective civilian oversight of defense and national security legal institutions and legal matters.</text></paragraph></subsection>

<subsection

WASHSTATEC015121

id="HDD98947FE3DE44288519E18F9C065C49"><enum>(c)</enum><header>Elements</header><text>T
he initiative under subsection (a) shall include the following elements:</text>

<paragraph id="H9084C3E037E0499093A49D32C009B939"><enum>(1)</enum><text>A measure for
monitoring the implementation of the initiative and evaluating the efficiency and
effectiveness of the initiative, in accordance with section 383 of title 10, United
States Code.</text></paragraph>

<paragraph id="HD679D4478467420488CD8BE033DE2ED9"><enum>(2)</enum><text>An assessment
of the organizational weaknesses for legal institutional capacity building of the
applicable foreign country, including baseline information, an assessment of gaps in
the capability and capacity of the appropriate institutions of such country, and any
other indicator of efficacy, in accordance with section 383 of title 10, United States
Code.</text></paragraph>

<paragraph id="HBF88678203DD406DA38223A466EDEF6C"><enum>(3)</enum><text>An engagement
plan for building legal institutional capacity that addresses the weaknesses identified
under paragraph (2), including objectives, milestones, and a
timeline.</text></paragraph></subsection>

<subsection
id="HFB46B4CD3B27403C8F380F94498F5097"><enum>(d)</enum><header>Reports</header>

<paragraph commented="no"
id="HEA5BCA05F16C43029B82D3B06DFF38B3"><enum>(1)</enum><header>In
general</header><text>Beginning in fiscal year 2020 through the fiscal year in which
the initiative under subsection (a) terminates, the Secretary of Defense shall submit
to the appropriate committees of Congress an annual report on the legal institutional
capacity building activities carried out under this section.</text></paragraph>

<paragraph commented="no"
id="H5E3AF835602F4A96B727E172F96B519E"><enum>(2)</enum><header>Integration into other
capacity building reports</header><text>The report submitted under paragraph (1) for a
fiscal year shall be integrated into the report required pursuant to subsection (b)(2)
of section 332 of title 10, United States Code, for the fourth fiscal year quarter of
such fiscal year. </text></paragraph>

<paragraph id="H2E0D21E8B6964D0082ABC93BFD1651AA"><enum>(3)</enum><header>Matters To Be
included</header><text>Each report submitted under paragraph (1) shall include the
following:</text>

<subparagraph id="H032A869335DF422AA43B2FADB048040C"><enum>(A)</enum><text>The same
information required under subsection (b)(2) of section 332 of title 10, United States
Code.</text></subparagraph>

<subparagraph id="HCE979B136B4F4F7FB19F9C1C537E4024"><enum>(B)</enum><text>The names of
the one or more countries in which the initiative was conducted.</text></subparagraph>

<subparagraph id="H9747E47CDC454549A008E9B2106996E8"><enum>(C)</enum><text>For each
such countryâ€"</text>

<clause id="H1BF68FDA47104E5BB2AFEE484DC1C726"><enum>(i)</enum><text>the purpose of the
initiative;</text></clause>

<clause id="HDD38BF5F39DC4885A8739892B8332D5F"><enum>(ii)</enum><text>the objectives,
milestones, and timeline of the initiative;</text></clause>

<clause id="H2B53E3F5CCCA483F929160C710663DF3"><enum>(iii)</enum><text>the number and
type of advisors assigned and deployed to the country, as applicable;
and</text></clause>

<clause id="H682770A97F914D88B1270CB8124BA128"><enum>(iv)</enum><text>an assessment of
the progress of the implementation of the
initiative.</text></clause></subparagraph></paragraph></subsection>

<subsection
id="H64575104FBD8417CA0CACAED8E1B9279"><enum>(e)</enum><header>Sunset</header><text>The
initiative under subsection (a) shall terminate on December 31,
2024.</text></subsection>

<subsection
id="H495892EEFA2347C7AB920E04EAB3C9FE"><enum>(f)</enum><header>Funding</header><text>Am

WASHSTATEC015122

ounts for programs carried out pursuant to subsection (a) in a fiscal year, and for other purposes in connection with such programs as authorized by this section, may be derived only from amounts authorized to be appropriated for such fiscal year for the Department of Defense for operation and maintenance, Defense-wide, and available for the Defense Security Cooperation Agency for such programs and purposes.</text></subsection></section>

<section id="H6FBAA13E125645D49BAFD3F5C8C5BA7D"><enum>1210A.</enum><header>Department of Defense support for stabilization activities in national security interest of the United States</header>

<subsection id="HB718374793D64723B965EB3D7360E03D"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense may, with the concurrence of the Secretary of State and in consultation with the Administrator of the United States Agency for International Development, provide support for the stabilization activities of other Federal agencies specified in subsection (c)(1).</text></subsection>

<subsection id="H0FC15853C7AD456CB14657BA9E4E4E1B"><enum>(b)</enum><header>Designation of foreign areas</header>

<paragraph id="H580429E7B8CC456F8DA8848820FB61D4"><enum>(1)</enum><header>In general</header><text>Amounts authorized to be provided pursuant to this section shall be available only for support for stabilization activitiesâ€"</text>

<subparagraph id="H9C6D028F65814432AA3C8B8E52C6050E"><enum>(A)</enum><text>in a country specified in paragraph (2); and</text></subparagraph>

<subparagraph id="H6C045DB06A7B4A7DA3FEFEACA5D3867F"><enum>(B)</enum><text>that the Secretary of Defense, with the concurrence of the Secretary of State, has determined are in the national security interest of the United States.</text></subparagraph></paragraph>

<paragraph id="H618F0115E7394F03961E86FE9B6B9297"><enum>(2)</enum><header>Specified countries</header><text>The countries specified in this paragraph are as follows:</text>

<subparagraph id="HAD1369F3E9744C1BA90AE4E1DCC38665"><enum>(A)</enum><text>Iraq.</text></subparagraph>

<subparagraph id="H6C6D702A858D4238AE9158D31C2F3AA5"><enum>(B)</enum><text>Syria.</text></subparagraph>

<subparagraph id="HC0A1503BF72448FB82A9E5117C6C6F3D"><enum>(C)</enum><text>Afghanistan.</text></subparagraph>

<subparagraph id="H3BF50494E46E412DBCF98A796D37D0F5"><enum>(D)</enum><text>Somalia.</text></subparagraph></paragraph></subsection>

<subsection id="H69DFCEDE647E4706B343638B681E22CD"><enum>(c)</enum><header>Support to other agencies</header>

<paragraph id="H101D227F66CF42A89EA11178D49EDE22" commented="no"><enum>(1)</enum><header>In general</header><text>Support may be provided for stabilization activities under subsection (a) to the Department of State, the United States Agency for International Development, or other Federal agencies, on a reimbursable or nonreimbursable basis. The authority to provide such support under this paragraph on a reimbursable basis is in addition to other authorities to provide support on such basis.</text></paragraph>

<paragraph id="HEAE288830CA24887BA5C7102E4706C75"><enum>(2)</enum><header>Type of support</header><text>Support under subsection (a) may consist of logistic support, supplies, and services.</text></paragraph></subsection>

<subsection id="H7F1D8B98E3AB4DFEA8E60B1755A3C220"><enum>(d)</enum><header>Requirement for a stabilization strategy</header>

<paragraph id="H067E2362E2564B218617DE7C952FC85F"><enum>(1)</enum><header>Limitation</header><text

>With respect to any country specified in subsection (b)(2), no amount of support may be provided under subsection (a) until 15 days after the date on which the Secretary of Defense, with the concurrence of the Secretary of State, submits to the appropriate committees of Congress a detailed report setting forth a stabilization strategy for such country.</text></paragraph>

<paragraph id="H0D32C98DDB5E401BA53200715F97FE26"><enum>(2)</enum><header>Elements of strategy</header><text>The stabilization strategy required by paragraph (1) shall set forth the following:</text>

<subparagraph id="H521FCBFAF37B40E2A9C896417F5787E9"><enum>(A)</enum><text>The United States interests in conducting stabilization activities in the country specified in subsection (b)(2).</text></subparagraph>

<subparagraph id="H9B4DB55B4E0E41E884426D4B5F613C7A"><enum>(B)</enum><text>The key foreign partners and actors in such country.</text></subparagraph>

<subparagraph id="H350F9D9165644B0AA894160D7CF96C89"><enum>(C)</enum><text>The desired end states and objectives of the United States stabilization activities in such country.</text></subparagraph>

<subparagraph id="H4684E95C07D349E4AB174DC0090D3F84"><enum>(D)</enum><text>The Department of Defense support intended to be provided for the stabilization activities of other Federal agencies under subsection (a).</text></subparagraph>

<subparagraph id="H4D22DD7235EA402C84FAE0A1469A119C"><enum>(E)</enum><text>Any mechanism for civil-military coordination regarding support for stabilization activities.</text></subparagraph>

<subparagraph id="HB46C2871FF2A4D29A1904F46F4AE906A"><enum>(F)</enum><text>The mechanisms for monitoring and evaluating the effectiveness of Department of Defense support for United States stabilization activities in the area.</text></subparagraph></paragraph></subsection>

<subsection id="H9CA1F985737E4D6B88A0381A45BB64D6"><enum>(e)</enum><header>Implementation in accordance with guidance</header><text>Support provided under subsection (a) shall be implemented in accordance with the guidance of the Department of Defense entitled <quote>DoD Directive 3000.05 Stabilization</quote>, dated December 13, 2018 (or successor guidance).</text></subsection>

<subsection id="HBA41F9ED0DD0444D8B218EB7526ECC28"><enum>(f)</enum><header>Report</header><text>The Secretary of Defense, with the concurrence of the Secretary of State, shall submit to the appropriate committees of Congress on an annual basis a report that includes the following:</text>

<paragraph id="HBD1E5C6812DF45FF97F4AFB36FA28FD3"><enum>(1)</enum><text>The identification of each foreign area within countries specified in subsection (b)(2) for which support to stabilization has occurred.</text></paragraph>

<paragraph id="HFD34C6D41F314C9C8F2DA73A20F79CB1"><enum>(2)</enum><text>The total amount spent by the Department of Defense, broken out by recipient Federal agency and activity.</text></paragraph>

<paragraph id="HC2BBDE56F8F84E62BBB66CE20252F44F"><enum>(3)</enum><text>An assessment of the contribution of each activity toward greater stability.</text></paragraph>

<paragraph id="HDDD5FEEB7017435C9AFB7BEE6918737B"><enum>(4)</enum><text>An articulation of any plans for continued Department of Defense support to stabilization in the specified foreign area in order to maintain or improve stability.</text></paragraph>

<paragraph id="H67421EE51F134CB995F126528172DFEB"><enum>(5)</enum><text>Other matters as the Secretary of Defense considers to be appropriate.</text></paragraph></subsection>

<subsection id="HF196616507984E8FBFD7D2EF4943D03F"><enum>(g)</enum><header>Use of funds</header>

<paragraph id="H6C1107CAC1F74B3398DDB4E0DF6A6D4C"><enum>(1)</enum><header>Source of funds</header><text>Amounts for activities carried out under this section in a fiscal year shall be derived only from amounts authorized to be appropriated for such fiscal

WASHSTATEC015124

year for the Department of Defense for Operation and Maintenance, Defense-wide.</text></paragraph>

<paragraph id="HBDFDCC3888D8479BA74878EA1E8AD9F5"><enum>(2)</enum><header>Limitation</header><text>Not more than $18,000,000 in each fiscal year is authorized to be used to provide nonreimbursable support under this section.</text></paragraph></subsection>

<subsection id="HDE390E096B3444A2A87926C6A7720EAF"><enum>(h)</enum><header>Expiration</header><text>The authority provided under this section may not be exercised after December 31, 2020.</text></subsection>

<subsection id="H4C294576EE3849DF9B673D03B9B11E17"><enum>(i)</enum><header>Definitions</header><text>In this section:</text></subsection>

<paragraph id="H415286AFCDC44D54ABFF52937B1DD8B0"><enum>(1)</enum><header>Appropriate committees of congress</header><text>The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph id="H23D46F0689FB406BBEC3A8310AE07725"><enum>(A)</enum><text>the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></subparagraph>

<subparagraph id="H7C78D41D86BC4D98AF3D9A7C35C47767"><enum>(B)</enum><text>the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H54D459C8D35E470EB2A9DA965781F33A"><enum>(2)</enum><header>Logistic support, supplies, and services</header><text>The term <term>logistic support, supplies, and services</term> has the meaning given the term in section 2350(1) of title 10, United States Code.</text></paragraph></subsection></section></subtitle>

<subtitle id="H52E461C4AFC04DF79259C0AD7006AD7C"><enum>B</enum><header>Matters relating to Afghanistan and Pakistan</header>

<section id="H66FF7925427A44E4BE8B0B79E8A28191" section-type="subsequent-section"><enum>1211.</enum><header>Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan</header>

<subsection id="H4C42AF1C16FF4FD9A16CB001F45B57F1"><enum>(a)</enum><header>Extension of authority</header><text>Subsection (h) of section 1222 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1992) is amended by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2022</quote>.</text></subsection>

<subsection id="H854146F43C8947788F75CE895544474D"><enum>(b)</enum><header>Excess defense articles</header><text>Subsection (i)(2) of such section is amended by striking <quote>December 31, 2020</quote> each place it appears and inserting <quote>December 31, 2022</quote>.</text></subsection></section>

<section id="H85CA5CE9882249C6A299DBBE3388EA2B" section-type="subsequent-section"><enum>1212.</enum><header>Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan</header>

<subsection id="H85668943D00C48E0B4F11DF69A9429AA"><enum>(a)</enum><header>Termination of authority</header><text>Subsection (f) of section 801 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2399) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2021</quote>.</text></subsection>

<subsection id="H08B520E4100C496BB0908CC2FBC881DB"><enum>(b)</enum><header>Report on authority</header><text>Such section, as so amended, is further amended by adding at the end the following:</text>

<quoted-block id="H4C264CF836AF4DFA845C8A0E6877588C" style="OLC">

<subsection id="HAD20DB2CCAD2425C8DDB2CE5C30ECF69"><enum>(g)</enum><header>Report on authority</header>

```
<paragraph id="HC01704DD5DCD42BCA001837159D6C095"><enum>(1)</enum><header>In
general</header><text>Not later than March 1, 2020, and March 1, 2021, the Secretary of
Defense shall submit to the appropriate congressional committees a report on the use of
the authority provided in subsection (a). The report shall address, at a minimum, the
following:</text>

<subparagraph id="H530E94E8E506476EB76B926F8DC47F37"><enum>(A)</enum><text>The number
of determinations made by the Secretary pursuant to subsection
(b).</text></subparagraph>

<subparagraph id="HD395C9D8871C4ACB9CB69D85E17F7371"><enum>(B)</enum><text>A
description of the products and services acquired using the
authority.</text></subparagraph>

<subparagraph id="HAA1633936E7E4CA4B12005AE9D931F62"><enum>(C)</enum><text>The extent
to which the use of the authority has met the objectives of subparagraph (A), (B), or
(C) of subsection (b)(2).</text></subparagraph>

<subparagraph id="HB632A0944389478DAB57B6DF7515FA66"><enum>(D)</enum><text>A list of
the countries providing products or services as a result of a determination made
pursuant to subsection (b).</text></subparagraph></paragraph>

<paragraph id="H992B2435AA534BF3BC815A2E46A525B8"><enum>(2)</enum><header>Appropriate
congressional committees defined</header><text>For purposes of this subsection, the
term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H26DE2AF37F3047E3B6ECE60EA00A0BEB"><enum>(A)</enum><text>the
congressional defense committees; and</text></subparagraph>

<subparagraph id="HEF9665687FA747F6BB9D062429BC494E"><enum>(B)</enum><text>the
Committee on Foreign Affairs of the House of Representatives and the Committee on
Foreign Relations of the Senate.</text></subparagraph></paragraph></subsection><after-
quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H5AE31C7C8A3B43FEAC2D1D1D9A2DB7B5" section-type="subsequent-
section"><enum>1213.</enum><header>Authority for certain payments to redress injury and
loss</header>

<subsection
id="H08A6727152244B1491F1159E7894741A"><enum>(a)</enum><header>Authority</header><text
display-inline="yes-display-inline">During the period beginning on the date of the
enactment of this Act and ending on December 31, 2022, not more than $3,000,000 for
each calendar year, to be derived from funds authorized to be appropriated to the
Office of the Secretary of Defense under the Operation and Maintenance, Defense-wide
account, may be made available for ex gratia payments for damage, personal injury, or
death that is incident to the use of force by the United States Armed Forces, a
coalition that includes the United States, a military organization supporting the
United States, or a military organization supporting the United States or such
coalition.</text></subsection>

<subsection id="HB5F3EB42CF324842BDC9DC477A20C1EB"><enum>(b)</enum><header>Conditions
on payment</header><text display-inline="yes-display-inline">An ex gratia payment
authorized pursuant to subsection (a) may be provided only ifâ€"</text>

<paragraph id="H132E9B9330F84F36B33FC710533B276B"><enum>(1)</enum><text>the prospective
foreign civilian recipient is determined by the local military commander to be friendly
to the United States; </text></paragraph>

<paragraph id="H021EA492359B459E95A0E5F76A1E0BB6"><enum>(2)</enum><text>a claim for
damages would not be compensable under chapter 163 of title 10, United States Code
(commonly known as the <quote>Foreign Claims Act</quote>);</text></paragraph>

<paragraph id="H63D9FC735A9A45F282A0A2AD5DB6E232"><enum>(3)</enum><text>the property
damage, personal injury, or death was not caused by action by an
enemy;</text></paragraph>

<paragraph id="HE33A39FC38114AE79244FA6B6B191A5C"><enum>(4)</enum><text display-
inline="yes-display-inline">the claimant suffered property damage, personal injury, or
death that wasâ€"</text>

<subparagraph id="HA45144BC29F74334BE1A1B171951322E"><enum>(A)</enum><text>caused by
```

the United States Armed Forces, a coalition that includes the United States, or a
military organization supporting the United States or such a coalition;
and</text></subparagraph>

<subparagraph id="H7B8E41FAE33E41C8BD1819AA0908AD84"><enum>(B)</enum><text>occurred
during an operation carried out by the United States, such coalition, or such military
organization; and</text></subparagraph></paragraph>

<paragraph id="HC488B52AAF3F4842A0098D496A7AF8D9"><enum>(5)</enum><text display-
inline="yes-display-inline">the claimant had no involvement in planning or executing an
attack or other hostile action that gave rise to the use of force by the United States,
such coalition, or such military organization resulting in such property damage,
personal injury, or death.</text></paragraph></subsection>

<subsection id="HA95ED0C2E95E4F9F9F3D40A6386C5A5F"><enum>(c)</enum><header>Nature of
payment</header><text display-inline="yes-display-inline">A payment provided pursuant
to the authority under subsection (a) may not be construed or considered as an
admission or acknowledgment of any legal obligation to provide compensation for any
property damage, personal injury, or death.</text></subsection>

<subsection id="H10EA66508AA64BE28C25C9652B9B2C38"><enum>(d)</enum><header>Amount of
payments</header><text display-inline="yes-display-inline">If the Secretary of Defense
determines a payment under subsection (a) to be appropriate in a particular setting,
the amounts of payments, if any, to be provided to civilians determined to have
suffered harm incident to the use of force by the United States Armed Forces under the
program should be determined pursuant to regulations prescribed by the Secretary and
based on an assessment, conducted in consultation with the Secretary of State, that
includes such factors as cultural appropriateness and prevailing economic conditions. A
copy of any regulations so prescribed shall be provided to the congressional defense
committees upon finalization.</text></subsection>

<subsection id="HB937D319C1D54613B0E842F3D1E16607"><enum>(e)</enum><header>Legal
advice</header><text>Local military commanders shall receive legal advice before making
ex gratia payments under this subsection. The legal advisor, under regulations of the
Department of Defense, shall advise on whether an ex gratia payment is proper under
this section and applicable Department of Defense regulations.</text></subsection>

<subsection id="H0E9A75C392DF491D9AE8DE2030C95222"><enum>(f)</enum><header>Written
record</header><text display-inline="yes-display-inline">A written record of any ex
gratia payment offered pursuant to the authority under subsection (a), and whether
accepted or denied, shall be kept by the local military commander and on a timely basis
submitted to the appropriate office in the Department of Defense as determined by the
Secretary of Defense. </text></subsection>

<subsection id="H17292398C7B84A45B61162D101837323"><enum>(g)</enum><header>Quarterly
report</header><text>Not later than 90 days after the date of the enactment of this
Act, and every 90 days thereafter, the Secretary of Defense shall submit to the
congressional defense committees a report including the following:</text>

<paragraph id="H06D99413555046E69548E53CE3436BF7"><enum>(1)</enum><text>With respect to
each ex gratia payment made under the authority in this subsection or any other
authority during the preceding 90-day period, each of the following:</text>

<subparagraph id="HA2EC3A349DE4489EA655B85E293290FA"><enum>(A)</enum><text>The amount
used for such payments and the country with respect to which each such payment was
made.</text></subparagraph>

<subparagraph id="H70B9D1E6FA144B27B42AE5BC1BEC15AF"><enum>(B)</enum><text>The manner
in which claims for such payments were verified.</text></subparagraph>

<subparagraph id="HEC72A921D1284CCBB1FCC75AA69E5AF3"><enum>(C)</enum><text>The position
of the official who approved the payment.</text></subparagraph>

<subparagraph id="H098174BACF814C6FA0D40A117E04A237"><enum>(D)</enum><text>The manner
in which payments are made.</text></subparagraph></paragraph>

<paragraph id="HE968A9C846BD4186B7816B1D1EEAD81D"><enum>(2)</enum><text>With respect to
a preceding 90-day period in which no ex gratia payments were madeâ€"</text>

<subparagraph id="H0E7EF16A835A4DE694B9F0209F8EF1E4"><enum>(A)</enum><text>whether any
such payment was refused, along with the reason for such refusal;

WASHSTATEC015127

or</text></subparagraph>

<subparagraph id="H8F78E06ED63646DBA39C3FC6CE87D44B"><enum>(B)</enum><text>any other reason for which no such payments were made.</text></subparagraph></paragraph></subsection>

<subsection id="HC2FABCF56AC145A5A9E1623B43AE3BF5"><enum>(h)</enum><header>Relation to other authorities</header><text display-inline="yes-display-inline">Notwithstanding any other provision of law, the authority provided by this section shall be construed as the sole authority available to make ex gratia payments for property damage, personal injury, or death that is incident to the use of force by the United States Armed Forces.</text></subsection></section>

<section id="H122580C72CE14C4395A2462C00229550" display-inline="no-display-inline"><enum>1214.</enum><header>Extension and modification of semiannual report on enhancing security and stability in Afghanistan</header>

<subsection id="H11965BBC74BE483A9DD31F31A085E20C"><enum>(a)</enum><header>Extension</header><text display-inline="yes-display-inline">Paragraph (2) of subsection (a) of section 1225 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 127 Stat. 3550), as most recently amended by section 1215 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1649), is further amended by striking <quote>December 15, 2020</quote> and inserting <quote>December 15, 2022</quote>.</text></subsection>

<subsection id="H9FB1D93D2E784F0EB0D06F1740E32253"><enum>(b)</enum><header>Form</header><text display-inline="yes-display-inline">Paragraph (3) of such subsection is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HAEE5A3010CFA4B6B86C370FC1C2D52E1" style="OLC">

<paragraph id="H9C07FFE050204A20A1D17DEFB64DB5B8"><enum>(3)</enum><header>Form</header><text>Each report required under paragraph (1) shall be submitted in unclassified form without any designation relating to dissemination control, but may include a classified annex.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HABA0A03D2EBE435298802AEA1101D554"><enum>(c)</enum><header>Modification of elements</header><text display-inline="yes-display-inline">Subsection (b) of such section 1225, as amended by section 1215(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2480), is further amended—</text>

<paragraph id="H441A5E7E65554027A4ADE06A9A9E0886"><enum>(1)</enum><text>in paragraph (1)—</text>

<subparagraph id="H03AA765B0723433B83CE7460C22BD4A9"><enum>(A)</enum><text>in the paragraph heading, by inserting <quote><header-in-text level="paragraph" style="OLC">and taking into account the August 2017 strategy of the United States</header-in-text></quote> after <quote><header-in-text level="paragraph" style="OLC">2014</header-in-text></quote>;</text></subparagraph>

<subparagraph id="HA0717EAB26324B8BBFAAA6C81581020E"><enum>(B)</enum><text>by amending subparagraph (A) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H1EB60463A7244A5CBA65C464BD7CC03D" style="OLC">

<subparagraph id="H82A3C5FBF58D4238849B31852D08A236"><enum>(A)</enum><text>the strategy and objectives of any post-2014 United States mission, including the 2017 South Asia Strategy of the United States and any subsequent United States strategy, and any mission agreed by the North Atlantic Treaty Organization (NATO), that are pertinent to—</text>

<clause id="H60E5C28B3AC042AC9E61927EC5383732"><enum>(i)</enum><text>training, advising, and assisting the ANSF; or</text></clause>

```
<clause id="HB48CB97B237A43A384BFBEAF97BB1B10"><enum>(ii)</enum><text>conducting
counterrorism operations in Afghanistan; and</text></clause></subparagraph><after-
quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HBF6BD639C663465E83D4ED5081D050B8"><enum>(C)</enum><text>in
subparagraph (B)â€"</text>

<clause id="H3B7674515F7F43BB81AF8CA77243D2A7"><enum>(i)</enum><text display-
inline="yes-display-inline">by striking the period at the end and inserting a
semicolon;</text></clause>

<clause id="H05E540A2DBBA4BFDA50FDBCBFBB8060A"><enum>(ii)</enum><text display-
inline="yes-display-inline">by striking <quote>in the assessment of any such</quote>
and inserting â€œin the assessment ofâ€"</text>

<quoted-block display-inline="no-display-inline" id="HAEFA97268E6F48BEBBE9B3C9F1B702EC"
style="OLC">

<clause id="H940B38233134428E970736E3680D4E29"><enum>(i)</enum><text display-
inline="yes-display-inline">any such</text></clause><after-quoted-block>; and </after-
quoted-block></quoted-block></clause>

<clause id="HEFC9B06FE75649168120027445761921"><enum>(iii)</enum><text>by adding at the
end the following new clauses:</text>

<quoted-block display-inline="no-display-inline" id="H9E851408A4974276B1F71A4535161EB9"
style="OLC">

<clause id="H094DE8996F3F473FB6086DB2D3800415"><enum>(ii)</enum><text>the United States
counterterrorism mission; and</text></clause>

<clause id="H5444E56B4D2F46F0A96970798B3270F5"><enum>(iii)</enum><text>efforts by the
Department of Defense to support reconciliation efforts and develop conditions for the
expansion of the reach of the Government of Afghanistan throughout
Afghanistan.</text></clause><after-quoted-block>;</after-quoted-block></quoted-
block></clause></subparagraph></paragraph>

<paragraph id="HEBF47F95EBBC47979DC3EC9564BD6B24"><enum>(2)</enum><text>in paragraph
(2)â€"</text>

<subparagraph id="HA238FC858142444787437CC7F3CE523A"><enum>(A)</enum><text>by inserting
â€œ, including the progress of the Government of Afghanistan on securing Afghan
territory and population,â€ after â€œthe current security conditions in Afghanistanâ€;
and</text></subparagraph>

<subparagraph id="HE515603B8B6D40898AF0658845EFCC6B"><enum>(B)</enum><text>by striking
<quote>and the Haqqani Network</quote> and inserting â€œthe Haqqani Network, and the
Islamic State of Iraq and Syria Khorasanâ€; and</text></subparagraph></paragraph>

<paragraph id="H073687BBF351413688EC4F22ACBAFE8E"><enum>(3)</enum><text>by adding at
the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H03EFFE83C60547149DDBFA8ABE1D0B40"
style="OLC">

<paragraph id="HD8F3E683A9E54752B8BB95A58758C8F9"><enum>(9)</enum><header>Monitoring
and evaluation measures relating to ASFF</header><text>A description of the monitoring
and evaluation measures that the Department of Defense and the Government of
Afghanistan are taking to ensure that funds of the Afghanistan Security Forces Fund
provided to the Government of Afghanistan as direct government-to-government assistance
are not subject to waste, fraud, or abuse.</text></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HAB71569C32E54D48BC7F6F0DEA648C35"><enum>1215.</enum><header>Special
Immigrant Visa program reporting requirement</header>

<subsection id="HC78F5942DE884F2CB84D4A910EA553E0"><enum>(a)</enum><header>In
general</header><text>Not later than 180 days after the date of the enactment of this
Act, the Inspector General of the Department of State shall submit a report, which may
contain a classified annex, toâ€"</text>

<paragraph id="HC55AFF124BE4465F88EFCB5DC64B9319"><enum>(1)</enum><text>the Committee
```

on the Judiciary, the Committee on Foreign Relations, and the Committee on Armed Services of the Senate; and</text></paragraph>

<paragraph id="H91AF40701DA44CDEB14C9104C5070E80"><enum>(2)</enum><text>the Committee on the Judiciary, the Committee on Foreign Affairs, and the Committee on Armed Services of the House of Representatives.</text></paragraph></subsection>

<subsection id="H4409D16965C64CA89174BA43C8D719B2"><enum>(b)</enum><header>Contents</header><text>The report submitted under subsection (a) shall evaluate the obstacles to effective protection of Afghan and Iraqi allies through the special immigrant visa programs and suggestions for improvements in future programs, including information relating to—</text>

<paragraph id="HD473D1A2C24D4B33891F0C586F37ADC6"><enum>(1)</enum><text>the hiring of locally employed staff and contractors;</text></paragraph>

<paragraph id="HE3374763791E402CAC6476C007AC3C41"><enum>(2)</enum><text>documenting the identity and employment of locally employed staff and contractors of the United States Government, including the possibility of establishing a central database of employees of the United States Government and its contractors;</text></paragraph>

<paragraph id="HB90D4B655CF44DF79278E7C0BC84DA05"><enum>(3)</enum><text>the protection and safety of employees of locally employed staff and contractors;</text></paragraph>

<paragraph id="HE82365DB74AB40828D98052A1343511D"><enum>(4)</enum><text>means of expediting processing at all stages of the process for applicants, including consideration of reducing required forms;</text></paragraph>

<paragraph id="H226D5410E0E544C793C6C50CEA788188"><enum>(5)</enum><text>appropriate staffing levels for expedited processing domestically and abroad;</text></paragraph>

<paragraph id="HF4E0F37A456A4CBFB1746E4EB8BE0FEC"><enum>(6)</enum><text>the effect of uncertainty of visa availability on visa processing;</text></paragraph>

<paragraph id="H3ADB0CD9EFCC4D52AB7E23F922FDA1CB"><enum>(7)</enum><text>the cost and availability of medical examinations; and</text></paragraph>

<paragraph id="HA71EEC8467B34A5EB2EA386C54C7E4DD"><enum>(8)</enum><text>means to reduce delays in interagency processing and security checks.</text></paragraph></subsection>

<subsection id="HF60903F1E0244392A656DE8C714ACA9C"><enum>(c)</enum><header>Consultation</header><text>In preparing the report under subsection (a), the Inspector General shall consult with current and, to the extent possible, former employees of—</text>

<paragraph id="H3E9C7EA58AC8424E8BFC521A9D4FAE55"><enum>(1)</enum><text>the Department of State, Bureau of Consular Affairs, Visa Office;</text></paragraph>

<paragraph id="H71EE3AE2C3674379B8E768F3EFA03BD0"><enum>(2)</enum><text>the Department of State, Bureau of Near Eastern Affairs and South and Central Asian Affairs, Executive Office;</text></paragraph>

<paragraph id="H667D684E4490426DB9F9AD0C94CEF89C"><enum>(3)</enum><text>the United States embassy in Kabul, Afghanistan, Consular Section;</text></paragraph>

<paragraph id="H8CFB54F138BE4FB0981BA8BB1AC3D358"><enum>(4)</enum><text>the United States embassy in Baghdad, Iraq, Consular Section;</text></paragraph>

<paragraph id="H09A9888C016941E99C9E5531F0B1DDA8"><enum>(5)</enum><text>the Department of Homeland Security, U.S. Citizenship and Immigration Services;</text></paragraph>

<paragraph id="H4ED9283748104EE7A01F3189E00974DD"><enum>(6)</enum><text>the Department of Defense; and</text></paragraph>

<paragraph id="HAE97C77C5ED440E7BA64A322CE9A2C0E"><enum>(7)</enum><text>non-governmental organizations providing legal aid in the special immigrant visa application process.</text></paragraph></subsection></section>

<section id="H2E1271D2470D4D9CA24967AABC02A3E8" display-inline="no-display-inline"><enum>1216.</enum><header>Meaningful inclusion of Afghan women in peace negotiations</header>

```
<subsection id="H20DD954B80924361B1E8C2B65D1F9652"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of State, in
coordination with the Secretary of Defense, shall seek to ensure the meaningful
participation of Afghan women in the peace process in Afghanistan in a manner
consistent with the Women, Peace, and Security Act of 2017 (22 U.S.C. 2152j et seq.),
including through advocacy for the inclusion of Afghan women in ongoing and future
negotiations to end the conflict in Afghanistan.</text></subsection>

<subsection id="H012EA08350664B668ACED37BE4FDAD14" commented="no" display-inline="no-
display-inline"><enum>(b)</enum><header display-inline="yes-display-
inline">Report</header><text display-inline="yes-display-inline">Not later than 180
days after the date of the enactment of this Act, the Secretary of State, in
coordination with the Secretary of Defense, shall submit to the appropriate committees
of Congress a report describing the steps taken to fulfill the duties of the Secretary
of State and the Secretary of Defense under subsection (a).</text></subsection>

<subsection id="H084F31283FAE44E59C8F4F5CF25CDF88" commented="no" display-inline="no-
display-inline"><enum>(c)</enum><header display-inline="yes-display-inline">Appropriate
committees of Congress defined</header><text display-inline="yes-display-inline">In
this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="H1A9517EABB624F9193920D7B238354C3" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee
on Armed Services and the Committee on Foreign Relations of the Senate;
and</text></paragraph>

<paragraph id="H833A84367EA14569AFD907B9C509B009" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee
on Armed Services and the Committee on Foreign Affairs of the House of
Representatives.</text></paragraph></subsection></section>

<section id="H1E015071434544378AFCAF60F2F8DA47" display-inline="no-display-inline"
commented="no"><enum>1217.</enum><header>Extension and modification of authority for
reimbursement of certain coalition nations for support provided to United States
military operations</header>

<subsection id="H223985B5B89349078658830BE8EFE0B5"
commented="no"><enum>(a)</enum><header>Extension</header><text display-inline="yes-
display-inline">Subsection (a) of section 1233 of the National Defense Authorization
Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 393), as most recently
amended by section 1225 of the John S. McCain National Defense Authorization Act for
Fiscal Year 2019 (Public Law 115â€"232), is further amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HA7504169028D4422931503D9A0CAC91E"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H3CD83263D5BA4383B7A0655722EB174F"><enum>(a)</enum><header display-inline="yes-
display-inline">Authority</header><text display-inline="yes-display-inline">From funds
made available for the Department of Defense for the period beginning on October 1,
2019, and ending on December 31, 2020, for overseas contingency operations for
operation and maintenance, Defense-wide activities, the Secretary of Defense may
reimburse any key cooperating nation (other than Pakistan) forâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HEF635A17D48944BC807F292A897FE10B"><enum>(1)</enum><text display-inline="yes-
display-inline">logistical and military support provided by that nation to or in
connection with United States military operations in Afghanistan, Iraq, or Syria;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1A7A88AF24624ED2866B224CE5C1068E"><enum>(2)</enum><text display-inline="yes-
display-inline">logistical, military, and other support, including access, provided by
that nation to or in connection with United States military operations described in
paragraph (1).</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="HCCD2A3E840234DC0B3F962BED25A98B2"
commented="no"><enum>(b)</enum><header>Modification to
limitation</header><text>Subsection (d)(1) of such section is amendedâ€"</text>
```

WASHSTATEC015131

```
<paragraph id="H74ABE9DC3DD8459C92E4B425C24E96EF"
commented="no"><enum>(1)</enum><text>by striking <quote>October 1, 2018, and ending on
December 31, 2019</quote> and inserting <quote>October 1, 2019, and ending on December
31, 2020</quote>; and</text></paragraph>

<paragraph id="HCB09ADAA3A564ECB8E0B26CD4EAE19E3" commented="no"><enum>(2)</enum><text
display-inline="yes-display-inline">by striking <quote>$350,000,000</quote> and
inserting <quote>$450,000,000</quote>.</text></paragraph></subsection></section>

<section id="HFCBB3C38BD1942628A0CCF8DC81B4B24"><enum>1218.</enum><header>Support for
reconciliation activities led by the Government of Afghanistan</header>

<subsection commented="no" display-inline="no-display-inline"
id="HBBBE881C23B840B3B66CA72213FD986B"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of Defense may, with the concurrence of the Secretary of State, provide
covered support for reconciliation activities to one or more designated persons or
entities or Federal agencies.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H711CD10AD014405DABE21C158CBF589E"><enum>(b)</enum><header>Framework for use of
authority</header><text>Not later than 90 days after the date of the enactment of this
Act, the Secretary of Defense, with the concurrence of the Secretary of State, shall
submit to the appropriate committees of Congress a report on the use of the authority
under subsection (a) that includesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H3C2BB672476144B395F1E84F38529128"><enum>(1)</enum><text>a framework for use of
such authority;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7BFF2A4EFE8D4D009DA98C8D63157BC4"><enum>(2)</enum><text>evaluation requirements;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDE89DC00987D4DE0AC642B0CB1DC9BF8"><enum>(3)</enum><text>a prioritization of
covered support.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H2E0F1F5311EF4172B9EE2FFE24A56788"><enum>(c)</enum><header display-inline="yes-
display-inline">Designation</header><text display-inline="yes-display-inline">Not later
than 15 days before the Secretary of Defense designates an individual or organization
as a designated person or entity, the Secretary shall notify the congressional defense
committees of the intent of the Secretary to make such designation.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE2C0844D67B14D9B8027161EB4103D1C"><enum>(d)</enum><header display-inline="yes-
display-inline">Reimbursement</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HD2610D852B234782BF47EA62F14CD76E"><enum>(1)</enum><header display-inline="yes-
display-inline">Designated persons or entities</header><text display-inline="yes-
display-inline">The Secretary of Defense may provide covered support to a designated
person or entity on a nonreimbursable basis.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3A6D9D693B7B43A28B75096EBB504A74"><enum>(2)</enum><header display-inline="yes-
display-inline">Federal agencies</header><text display-inline="yes-display-inline">The
Secretary of Defense may provide covered support to a Federal agency on a reimbursable
or nonreimbursable basis.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H19006DEE5CBC42548C6D1B399E36780C"><enum>(e)</enum><header display-inline="yes-
display-inline">Location of covered support</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2A19C33D7B8E4DD9A5938AEB95A9C917"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Except as
provided in paragraph (2), the Secretary of Defense may only provide covered support
within Afghanistan.</text></paragraph>
```

<paragraph commented="no" display-inline="no-display-inline"
id="HFC1143C4FCC942A0B28A376ACFB1B945"><enum>(2)</enum><header display-inline="yes-
display-inline">Exception</header><text display-inline="yes-display-
inline">Notwithstanding paragraph (1), the Secretary of Defense may provide covered
support in Pakistan if the Secretary of Defense, with the concurrence of the Secretary
of State, determines, and certifies to the appropriate committees of Congress, that
providing covered support in Pakistan is in the national security interest of the
United States.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC72AB1C9903143F09283B7439263D45B"><enum>(f)</enum><header display-inline="yes-
display-inline">Notification</header><text display-inline="yes-display-inline">Not
later than 15 days after the date on which the Secretary of Defense provides covered
support in Pakistan, or an individual expenditure for covered support reaches a
monetary threshold of $75,000 or greater, the Secretary shall submit to the appropriate
committees of Congress written notice that includesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H7DCA0C902BB74FE881EF3AA1E84AEB60"><enum>(1)</enum><text display-inline="yes-
display-inline">the intended recipient of such covered support and the specific covered
support to be provided; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H45CF27A8A69641E8AC5AFBF4975A701E"><enum>(2)</enum><text display-inline="yes-
display-inline">a description of the manner in which such covered support facilitates
reconciliation.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H69FF786507CD4E3E9923D70651E1444D"><enum>(g)</enum><header display-inline="yes-
display-inline">Funding</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HF568BAC863F141BCAC695864633414CF"><enum>(1)</enum><header display-inline="yes-
display-inline">Source of funds</header><text display-inline="yes-display-
inline">Amounts for covered support may only be derived from amounts authorized to be
appropriated for the Department of Defense for operation and
maintenance.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDC93F5EB81494C47A68192641964CAF"><enum>(2)</enum><header display-inline="yes-
display-inline">Limitation</header><text display-inline="yes-display-inline">Not more
than $15,000,000 may be used in each fiscal year to provide covered support under this
section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H2CAEDD356565492C0A8411B3348EBA806"><enum>(h)</enum><header display-inline="yes-
display-inline">Rule of construction</header><text display-inline="yes-display-
inline">Covered support shall not be construed to violate section 2339, 2339A, or 2339B
of title 18, United States Code.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0C635CF7A55E455FAE8AF490EEE28172"><enum>(i)</enum><header display-inline="yes-
display-inline">Reports</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HBAC9CE6088974DF3A76B01951B4FFA24"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 90 days after the date of the enactment of this Act, and quarterly thereafter, the
Secretary of Defense shall, with the concurrence of the Secretary of State, submit to
the appropriate committees of Congress a report on covered support during the preceding
90-day period.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2F440FC32C9A41738218A2AC324781CC"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">Each report
under this subsection shall include, for the preceding reporting period, the
following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H45CCD752C8B84EFA8CA556F57B4764CA"><enum>(A)</enum><text display-inline="yes-

WASHSTATEC015133

display-inline">A summary of the reconciliation activities for which covered support
was provided.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H941D33F1888C4A1195418DA26B5E0771"><enum>(B)</enum><text display-inline="yes-
display-inline">A description of the covered support, by class or type, and the
designated person or entity or Federal agency that received each class or type of
covered support.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9DFA468B9A844D61A49B09AF70314D18"><enum>(C)</enum><text display-inline="yes-
display-inline">The total dollar amount of each class or type of covered support,
including budget details.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H12AFDC853BB34640A33EE20B218ACBAC"><enum>(D)</enum><text display-inline="yes-
display-inline">The intended duration of each provision of covered
support.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7F3BF3B29B1E425D89333621C2845915"><enum>(E)</enum><text display-inline="yes-
display-inline">Any other matter the Secretary of Defense considers
appropriate.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF21C16E1C20C46B18358AD28CD93E42F"><enum>(j)</enum><header display-inline="yes-
display-inline">Sunset</header><text display-inline="yes-display-inline">The authority
to carry out this section shall terminate on December 31, 2020.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H6B39732622F14251836C2433C728AF12"><enum>(k)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HCC456DFC66DC410DBD4917545C7DCA0F"><enum>(1)</enum><header>Appropriate committees
of Congress</header><text>The term <term>appropriate committees of Congress</term>
meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF902FAA3B0E34718847042F15FF0446C"><enum>(A)</enum><text>the congressional defense
committees;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBCFC88EFDAB04ED7A902E1EE0F8BFA3A"><enum>(B)</enum><text>the Committee on Foreign
Relations of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDE9CFCE0E75B41F68EEC0497072F3C01"><enum>(C)</enum><text>the Committee on Foreign
Affairs of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H48800B1409C649C5919513B52227977A"><enum>(2)</enum><header display-inline="yes-
display-inline">Covered support</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H88B98CED26154239B5B69A71D0652C9C"><enum>(A)</enum><header>In general</header><text
display-inline="yes-display-inline">The term <term>covered support</term> means
logistic support, supplies, and services (as defined in section 2350 of title 10,
United States Code) and security provided under this section.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3B85743FA03D420B82E66C9CCC378F5A"><enum>(B)</enum><header>Exclusions</header><text
>The term <term>covered support</term> does not include the following support,
supplies, or services described in section 2350 of title 10, United States Code:</text>

<clause commented="no" display-inline="no-display-inline"
id="H6ED27B9900274A9AA79FEA23575B3A76"><enum>(i)</enum><text>Ammunition, construction
incident to base operations support, training services, and the temporary use of
general purpose vehicles.</text></clause>

```
<clause commented="no" display-inline="no-display-inline"
id="HD27880BBB5804D8A8381A354C5DBCA8"><enum>(ii)</enum><text>With respect to any
member of the Taliban, transportation in vehicles or on aircraft owned by the United
States Government.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF79430DBFFE64C5198DFDAB5ECE259C7"><enum>(3)</enum><header display-inline="yes-
display-inline">Designated person or entity</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB7DC2F4D46D34CB68197EE2EE29DB243"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The term
<term>designated person or entity</term> means an individual or organization designated
by the Secretary of Defense, with the concurrence of the Secretary of State, as
necessary to facilitate a reconciliation activity.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBCAEB00A99E6438C8539F4D29CD079DB"><enum>(B)</enum><header display-inline="yes-
display-inline">Exclusion</header><text display-inline="yes-display-inline">The term
<term>designated person or entity</term> does not include a Federal agency or
department.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDE1371ED9FA145CD87274460963ECA70"><enum>(4)</enum><header display-inline="yes-
display-inline">Reconciliation activity</header><text display-inline="yes-display-
inline">The term <term>reconciliation activity</term> means any activity intended to
support, facilitate, or enable a political settlement between the Government of
Afghanistan and the Taliban for the purpose of ending the war in
Afghanistan.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H26D5706F5506441A83E34F2A50B1DFAF"><enum>(5)</enum><header display-inline="yes-
display-inline">Security</header><text display-inline="yes-display-inline">The term
<term>security</term> means any measure determined by the Secretary of Defense to be
necessary to protect reconciliation activities from hostile
acts.</text></paragraph></subsection></section>

<section id="H79ADF8DA0A9046CC9E1FF45957751A32" section-type="subsequent-
section"><enum>1219.</enum><header>Modification and extension of the Afghan Special
Immigrant Visa Program</header>

<subsection id="HC32EB4FC34FE41B682530586ABB9B686"><enum>(a)</enum><header>Principal
aliens</header><text display-inline="yes-display-inline">Subclause (I) of section
602(b)(2)(A)(ii) of the Afghan Allies Protection Act of 2009 (8 U.S.C. 1101 note) is
amended to read as follows:</text>

<quoted-block style="OLC" id="H91A00B2AC2824DA1A9D54213516D3CC9" display-inline="no-
display-inline">

<subclause id="H2F9B7818FFCE4F85A10A38397466A07E"><enum>(I)</enum><text display-
inline="yes-display-inline">by, or on behalf of, the United States Government;
or</text></subclause><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="HE366A660AD0E4BA491F5303562B67974"><enum>(b)</enum><header>Extension of
afghan special immigrant program</header><text>Section 602(b)(3)(F) of the Afghan
Allies Protection Act of 2009 (8 U.S.C. 1101 note) is amendedâ€"</text>

<paragraph id="H4801D263E8A74A8480052D68574B9984"><enum>(1)</enum><text>in the heading,
by striking <quote><header-in-text level="subparagraph" style="OLC">2015, 2016, and
2017</header-in-text></quote> and inserting <quote><header-in-text level="subparagraph"
style="OLC">2015 through 2020</header-in-text></quote>;</text></paragraph>

<paragraph id="HCD4F4A1A125948FAAD224F858B1E1064"><enum>(2)</enum><text>in the matter
preceding clause (i), by striking <quote>18,500</quote> and inserting
<quote>22,500</quote>;</text></paragraph>

<paragraph id="HF73C21865CA3481AAC92127D3630B29B"><enum>(3)</enum><text>in clause (i),
by striking <quote>December 31, 2020</quote> and inserting <quote>December 31,
2021</quote>; and</text></paragraph>
```

```
<paragraph id="HC24CD46836A74AD9B597F8BF34EA5957"><enum>(4)</enum><text>in clause (ii),
by striking <quote>December 31, 2020</quote> and inserting <quote>December 31,
2021</quote>.</text></paragraph></subsection></section></subtitle>

<subtitle id="HFB0EFB8C21B54DDAB4EA25F70F8A086F"><enum>C</enum><header>Matters relating
to Syria, Iraq, and Iran</header>

<section commented="no" display-inline="no-display-inline"
id="H17FA4EAB78D7406DB289079521DE0E87" section-type="subsequent-
section"><enum>1221.</enum><header display-inline="yes-display-inline">Modification of
authority and limitation on use of funds to provide assistance to counter the Islamic
State of Iraq and Syria</header>

<subsection commented="no" display-inline="no-display-inline"
id="H776FA69E36C945DC826B0BACF08F9B60"><enum>(a)</enum><header display-inline="yes-
display-inline">Limitation on use of funds</header><text display-inline="yes-display-
inline">Of the amounts authorized to be appropriated for fiscal year 2020 by this Act
for activities under section 1236 of the Carl Levin and Howard P. <quote>Buck</quote>
McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291;
128 Stat. 3558), as amended by this section, not more than 50 percent may be obligated
or expended for such activities until the date on which the Secretary of Defense
submits to the congressional defense committees a report setting forth the
following:</text>

<paragraph id="HD96D922869DF4112BC5BFBF9F380ADB8" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><text>An assessment ofâ€"</text>

<subparagraph id="HCADD666F6DFE41799E55D01C045010F3"
commented="no"><enum>(A)</enum><text>security in liberated areas in
Iraq;</text></subparagraph>

<subparagraph id="H8F64E05AE37346DA9E705F95A7262626"
commented="no"><enum>(B)</enum><text>the extent to which security forces trained and
equipped, directly or indirectly, by the United States are prepared to provide post-
conflict stabilization and security in such liberated areas; and</text></subparagraph>

<subparagraph id="H8E980129F90247948D053CE5BA06AE03"
commented="no"><enum>(C)</enum><text>the effectiveness of security forces in the post-
conflict environment and an identification of which such forces will provide post-
conflict stabilization and security in such liberated
areas.</text></subparagraph></paragraph>

<paragraph id="HBB0D12E1B90D4095804F1A7DC6E85EED" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">A summary of
available information relating to the disposition of militia groups throughout Iraq,
with particular focus on groups in areas liberated from ISIS or in sensitive areas with
historically mixed ethnic or minority communities. </text></paragraph>

<paragraph id="H7738C8A657D24D879DB9925911887181" commented="no" display-inline="no-
display-inline"><enum>(3)</enum><text>Any updates to or changes in the plan, strategy,
process, vetting requirements and process as described in subsection (e) of such
section 1236, and end-use monitoring mechanisms and procedures.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD4B0C941BCA846A99EBE1C0197CD0F11"><enum>(4)</enum><text display-inline="yes-
display-inline">An identification of the specific units of the Iraqi Security Forces to
receive training and equipment or other support in fiscal year 2020.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF1CD303C442546C19BF3776FE43DB9C6"><enum>(5)</enum><text display-inline="yes-
display-inline">A plan for ensuring that any vehicles or equipment provided to the
Iraqi Security Forces pursuant to such authority are maintained in subsequent fiscal
years using funds of Iraq.</text></paragraph>

<paragraph id="H755094AE1B4949F09099858B224A3299" commented="no" display-inline="no-
display-inline"><enum>(6)</enum><text>A description of any misuse or loss of provided
equipment and how such misuse or loss is being mitigated.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7E100B236F7B49879EFBD97E48EF55CD"><enum>(7)</enum><text display-inline="yes-
display-inline">An estimate, by fiscal year, of the funding anticipated to be required
```

WASHSTATEC015136

for support of the Iraqi Security Forces during the five fiscal years beginning in fiscal year 2020.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB67A5333B6FF466DB3D59AD63DCAA05F"><enum>(8)</enum><text display-inline="yes-display-inline">A plan for normalizing assistance to the Iraqi Security Forces under chapter 16 of title 10, United States Code, beginning in fiscal year 2020.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDAF90CA9264A4A82B128AC21AA1EA75A"><enum>(9)</enum><text display-inline="yes-display-inline">A detailed plan for the obligation and expenditure of the funds requested for fiscal year 2020 for the Department of Defense for stipends.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3A10EE3DC23D49B1B168DC6A480A5153"><enum>(10)</enum><text display-inline="yes-display-inline">A plan for the transition to the Government of Iraq the responsibility for funding for stipends for any fiscal year after fiscal year 2020.</text></paragraph>

<paragraph id="H37235CBB6D63447FBDB38C7841D46F83" commented="no"><enum>(11)</enum><text>A description of how attacks against United States or coalition personnel are being mitigated, statistics on any such attacks, including <quote>green-on-blue</quote> attacks.</text></paragraph>

<paragraph id="H503941F3F8054E4C85AB02D98259923C" commented="no"><enum>(12)</enum><text>A list of the forces or elements of forces that are restricted from receiving assistance under subsection (a) of such section 1236, other than the forces or elements of forces with respect to which the Secretary of Defense has exercised the waiver authority under subsection (j) of such section 1236, as a result of vetting required by subsection (e) of such section 1236 or by section 362 of title 10, United States Code, and a detailed description of the reasons for such restriction, including for each force or element, as applicable, the following:</text>

<subparagraph id="H5FC6B9FF55A24ED7A3749FDB6173C613" commented="no"><enum>(A)</enum><text>Information relating to gross violation of human rights committed by such force or element, including the time-frame of the alleged violation.</text></subparagraph>

<subparagraph id="H037EC77815FB465FB0BF6B9EF9A60002" commented="no"><enum>(B)</enum><text>The source of the information described in subparagraph (A) and an assessment of the veracity of the information.</text></subparagraph>

<subparagraph id="HE7E3CD339A384C2E823D1C878B710CB2" commented="no"><enum>(C)</enum><text>The association of such force or element with terrorist groups or groups associated with the Government of Iran.</text></subparagraph>

<subparagraph id="HC2E4F606ECAF42BD92DCC506EFF40181" commented="no"><enum>(D)</enum><text>The amount and type of any assistance provided to such force or element by the Government of Iran.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H292BD065493A4440B2A0CAC44E1C2E0C"><enum>(b)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">Subsection (g) of section 1236 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3558) is amended—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE082B2D3984B4D5098FEC9A08E420B61"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>fiscal year 2019</quote> and inserting <quote>fiscal year 2020</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HADE8B41C3206432982230A177D0575D5"><enum>(2)</enum><text display-inline="yes-display-inline">by striking <quote>$850,000,000</quote> and inserting <quote>$645,000,000</quote>.</text></paragraph></subsection>

WASHSTATEC015137

```
<subsection id="HA831CD79D927426C9533B2087085894E"
commented="no"><enum>(c)</enum><header>Clarification with respect to scope of
authority</header>

<paragraph id="HE43B3D78C6754144840D80D06E685782"
commented="no"><enum>(1)</enum><header>In general</header><text>Subsection (j)(2) of
such section 1236 is amended to read as follows:</text>

<quoted-block style="OLC" display-inline="no-display-inline"
id="H9A65EC7D29154E75A65C0C568F7D487E">

<paragraph id="HAC8EE9F80625486DB8C220F0CCC2989B"
commented="no"><enum>(2)</enum><header>Scope of assistance authority</header><text
display-inline="yes-display-inline">Notwithstanding paragraph (1), the authority
granted by subsection (a) may only be exercised in consultation with the Government of
Iraq.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph id="HC16EBF5FB1874522B25C280B60C6094A"
commented="no"><enum>(2)</enum><header>Technical correction</header><text>The heading
of subsection (j) of such section 1236 is amended by inserting <quote><header-in-text
level="subsection" style="OLC">; Scope</header-in-text></quote> after <quote><header-
in-text level="subsection" style="OLC">Authority</header-in-
text></quote>.</text></paragraph></subsection>

<subsection id="HFE5A273834D8471D99B4188B1CAA1DB6"
commented="no"><enum>(d)</enum><header>Technical correction</header><text>Subsection
(c) of such section 1236 is amended in the matter preceding paragraph (1) by striking
<quote>subsection (a)(1)</quote> and inserting <quote>subsection
(b)(1)(A)</quote>.</text></subsection>

<subsection id="H6651814521AC47139AABC1BAF11E1517"><enum>(e)</enum><header>Additional
technical correction</header><text display-inline="yes-display-inline">Effective as of
December 12, 2017, and as if included therein as enacted, section 1222 of the National
Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1651) is
amendedâ€"</text>

<paragraph id="H08ABA3B9A6D34297A2DEEAA54BC7F391"><enum>(1)</enum><text>by striking
subsection (b); and</text></paragraph>

<paragraph id="H197FED8CBAF549129E04EF2AA46B2FAB"><enum>(2)</enum><text>by striking
subsection (c)(3).</text></paragraph></subsection></section>

<section id="H6603BE07FE0745C48CBE406D3A3F219F" section-type="subsequent-
section"><enum>1222.</enum><header>Extension and modification of authority to provide
assistance to vetted Syrian groups and individuals</header>

<subsection id="H359C1D2F5CBC4F318E4B8501DC8B84D7"><enum>(a)</enum><header>Extension
and modification</header><text display-inline="yes-display-inline">Section 1209 of the
Carl Levin and Howard P. â€œBuckâ€ McKeon National Defense Authorization Act for Fiscal
Year 2015 (Public Law 113â€"291; 128 Stat. 3559) is amended as follows:</text>

<paragraph id="H2819F5F1B081483A845165D9ABD71C10"><enum>(1)</enum><text>In subsection
(a)â€"</text>

<subparagraph id="H6D1D393E86244387B2D269EA69B0E79C"><enum>(A)</enum><text>in the
matter preceding paragraph (1), by striking <quote>with a cost</quote> and all that
follows through <quote>through December 31, 2019</quote> and inserting <quote>and
sustainment to appropriately vetted Syrian groups and individuals through December 31,
2020</quote>; and</text></subparagraph>

<subparagraph id="H57201707D96B4635AC711E2E304F2FCA"><enum>(B)</enum><text>by striking
paragraphs (1) through (3) and inserting the following:</text>

<quoted-block style="OLC" id="H114B39BFA47045C9B0C3D775D3C83C05" display-inline="no-
display-inline">

<paragraph id="H852013B18616459FB10B06D184124B33"><enum>(1)</enum><text display-
inline="yes-display-inline">Defending the Syrian people from attacks by the Islamic
State of Iraq and Syria.</text></paragraph>

<paragraph id="H1529F57D6A9A4B2EB68FF38882060719"><enum>(2)</enum><text display-
```

inline="yes-display-inline">Securing territory formerly controlled by the Islamic State of Iraq and Syria.</text></paragraph>

<paragraph id="H5D96EC2B07F54D50AC25837A0BCFD3A2"><enum>(3)</enum><text display-inline="yes-display-inline">Protecting the United States and its partners and allies from the threats posed by the Islamic State of Iraq and Syria, al Qaeda, and associated forces in Syria.</text></paragraph>

<paragraph id="H31D0DCBADDC242DE9D9AAF089BB5CEBE"><enum>(4)</enum><text display-inline="yes-display-inline">Providing appropriate support to vetted Syrian groups and individuals to conduct temporary and humane detention and repatriation of Islamic State of Iraq and Syria foreign terrorist fighters in accordance with all laws and obligations related to the conduct of such operations, including, as applicableâ€"</text>

<subparagraph id="H8B9D2AAA6AA44F3987961D46CE4F75EE"><enum>(A)</enum><text>the law of armed conflict;</text></subparagraph>

<subparagraph id="HD76701DF232E403F95BFC6969268ABDF"><enum>(B)</enum><text>internationally recognized human rights;</text></subparagraph>

<subparagraph id="HC411778E54B642EBAC1C35F67951D7D8"><enum>(C)</enum><text>the principle of non-refoulement;</text></subparagraph>

<subparagraph id="H22295213EFC34DF18F5FC2018AFB8074"><enum>(D)</enum><text display-inline="yes-display-inline">the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (done at New York on December 10, 1984); and</text></subparagraph>

<subparagraph id="H173A58B74C114D46BED1D1359AD47456"><enum>(E)</enum><text>the United Nations Convention Relating to the Status of Refugees, done at Geneva July 28, 1951 (as made applicable by the Protocol Relating to the Status of Refugees, done at New York January 31, 1967 (19 UST 6223)).</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H2299F7E13062405BB730F79E1BE688B4"><enum>(2)</enum><text>By amending subsection (b) as follows:</text></paragraph>

<quoted-block id="H7BE12EF0C1B94AE79F0F291909DAD942" style="OLC">

<subsection id="H42B773BD453946D7A2889BE12C9C6730"><enum>(b)</enum><header>Notice before provision of assistance</header>

<paragraph id="HC6FF2B463D294A18A9055CA3C753F781"><enum>(1)</enum><header>In general</header><text>In accordance with the requirements under paragraph (2), the Secretary of Defense shall notify the congressional defense committees in writing of the use of the relevant authority to provide assistance and include the following:</text>

<subparagraph id="H0DC7CDB2607F440FAAC9259E7F4BA9E0"><enum>(A)</enum><text>The requirements and process used to determine appropriately vetted recipients.</text></subparagraph>

<subparagraph id="H1BF78D800B1A4B65AA7AE4F99D11F247"><enum>(B)</enum><text>The mechanisms and procedures that will be used to monitor and report to the appropriate congressional committees and leadership of the House of Representatives and Senate on unauthorized end-use of provided training and equipment or other violations of relevant law by appropriately vetted recipients.</text></subparagraph>

<subparagraph id="H3F4FCE7CC0DF4506891083B71AB3EAB9"><enum>(C)</enum><text>The amount, type, and purpose of assistance to be funded and the recipient of the assistance.</text></subparagraph>

<subparagraph id="H7B71625185594E9998D398C5D02127E2"><enum>(D)</enum><text>The goals and objectives of the assistance.</text></subparagraph>

<subparagraph id="HB34FB03C64B9451DB25406F4B69ABEF4"><enum>(E)</enum><text>The number and role of United States Armed Forces personnel involved.</text></subparagraph>

<subparagraph id="H3DAAD5BB9EA64A3FB8BDFAB591202073"><enum>(F)</enum><text>Any other relevant details.</text></subparagraph></paragraph>

```
<paragraph id="H8D5CE85CB45948ACBD7F52880DED2BB5"><enum>(2)</enum><header>Timing of
required notice</header><text>A notice described in paragraph (1) shall be
requiredâ€"</text>

<subparagraph id="HC578F2F85D7F41798C5A94815026CFAD"><enum>(A)</enum><text display-
inline="yes-display-inline">not later than 15 days before the expenditure of each 10-
percent increment of the amount made available in fiscal year 2019 or fiscal year 2020
to carry out the authorization in this section; or</text></subparagraph>

<subparagraph id="H95DA150F4C9E4F9D920F374B28469186"><enum>(B)</enum><text display-
inline="yes-display-inline">not later than 48 hours after such an expenditure, if the
Secretary determines that extraordinary circumstances that affect the national security
of the United States exist.</text></subparagraph></paragraph></subsection><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6697753DB3F84F729499BDC89D1F00F1"><enum>(3)</enum><text>By amending
subsection (c) to read as follows:</text>

<quoted-block style="OLC" id="HB499677CA79349DE9F5485C4265EADC6" display-inline="no-
display-inline">

<subsection
id="H249BE38406B24886AA0F77BB419CAC1D"><enum>(c)</enum><header>Form</header><text>The
notifications required under subsection (b) shall be submitted in unclassified form but
may include a classified annex.</text></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>

<paragraph id="HD2E4A6FD956B4111A1BA45D9B62540E4"><enum>(4)</enum><text display-
inline="yes-display-inline">By amending subsection (d) to read as follows:</text>

<quoted-block id="H3626951973394A55BAB1446456B7D285" style="OLC">

<subsection id="HD529DCBB11CA479FBFA36FA4B71BFCBC"><enum>(d)</enum><header>Quarterly
progress reports</header>

<paragraph id="H46D95438928240E48B1CCACDDC4EFDB5"><enum>(1)</enum><header>In
general</header><text>Beginning on January 15, 2020, and every 90 days thereafter, the
Secretary of Defense, in coordination with the Secretary of State, shall submit to the
appropriate congressional committees and leadership of the House of Representatives and
the Senate a progress report.</text></paragraph>

<paragraph id="H723847FE988546938B7103CB0141C172"><enum>(2)</enum><header>Matters to be
included</header><text>Each progress report under paragraph (1) shall include, based on
the most recent quarterly information, the following:</text>

<subparagraph id="H9030AADD0CCE4590B32344D071CE10F6"><enum>(A)</enum><text display-
inline="yes-display-inline">A description of the appropriately vetted recipients
receiving assistance under subsection (a), including a description of their
geographical locations, demographic profiles, political affiliations, and current
capabilities.</text></subparagraph>

<subparagraph id="H44B9DE6E06CC440CB7D587F011F16A7C"><enum>(B)</enum><text>A
description of training, equipment, supplies, stipends, and other support provided to
appropriately vetted recipients under subsection (a) and a statement of the amount of
funds expended for such purposes during the period covered by the
report.</text></subparagraph>

<subparagraph id="HF8C421D38D4741988ECFAFEDF421682C"><enum>(C)</enum><text>Any misuse
or loss of provided training and equipment and how such misuse or loss is being
mitigated.</text></subparagraph>

<subparagraph id="H55F30D61932443859F0AB44E69C6E625"><enum>(D)</enum><text>An
assessment of the recruitment, throughput, and retention rates of appropriately vetted
recipients.</text></subparagraph>

<subparagraph id="HC0D722F44C854D3B94F47A6CB3937549"><enum>(E)</enum><text>An
assessment of the operational effectiveness of appropriately vetted recipients in
meeting the purposes specified in subsection (a).</text></subparagraph>

<subparagraph id="H0017186A0DA74920A266B48AFEDEEC74"><enum>(F)</enum><text display-
inline="yes-display-inline">A description of the current and planned posture of United
States forces and the planned level of engagement by such forces with appropriately
```

vetted recipients, including the oversight of equipment provided under this section and the activities conducted by such appropriately vetted recipients.</text></subparagraph>

<subparagraph id="HF0FE5CAD38BB4E13B311751426088095"><enum>(G)</enum><text display-inline="yes-display-inline">A detailed explanation of the relationship between appropriately vetted recipients and civilian governance authorities, including a description of efforts to ensure appropriately vetted recipients are subject to the control of competent civilian authorities.</text></subparagraph>

<subparagraph id="H0204C57C955D43F5B34022976692612A"><enum>(H)</enum><text>A description of United States Government stabilization objectives and activities carried out in areas formerly controlled by the Islamic State of Iraq and Syria, including significant projects and funding associated with such projects.</text></subparagraph>

<subparagraph id="H41F3880D69554EDABA8407E87B41A4FC"><enum>(I)</enum><text>A description of coalition contributions to the purposes specified in subsection (a) and other related stabilization activities.</text></subparagraph>

<subparagraph id="HE7C5EE83A54F4B6E8131416E39A63D59"><enum>(J)</enum><text>With respect to Islamic State of Iraq and Syria foreign terrorist fightersâ€"</text>

<clause id="HC17CA6494838474FA9696EFFBA9CCDCA"><enum>(i)</enum><text>an estimate of the number of such individuals being detained by appropriately vetted Syrian groups and individuals;</text></clause>

<clause id="H9478E09A104242D98A6C4333105C1F9C"><enum>(ii)</enum><text>an estimate of the number of such individuals that have been repatriated and the countries to which such individuals have been repatriated; and</text></clause>

<clause id="H36F4AA967AD24C6492C0A0765EA195E0"><enum>(iii)</enum><text>a description of United States Government support provided to facilitate the repatriation of such individuals.</text>

<subclause id="HDBBE91CD6DC6434EB6BCCA68691EE9D5"><enum>(I)</enum><text>An assessment of the extent to which appropriately vetted Syrian groups and individuals have enabled progress toward establishing inclusive, representative, accountable, and civilian-led governance and security structures in territories liberated from the Islamic State of Iraq and Syria.</text></subclause></clause></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H767C218A90A341FF9BD5026D273CA8E1"><enum>(5)</enum><text>In subsection (e)(1)(A), by striking <quote>include</quote> and all that follows through <quote>(ISIL)</quote> and inserting <quote>include the Islamic State of Iraq and Syria</quote>.</text></paragraph>

<paragraph id="HB6E2520CBE1A48208569A36FA80D973E"><enum>(6)</enum><text display-inline="yes-display-inline">By striking subsection (f) and inserting the following:</text>

<quoted-block id="H4B7AC3379CED482A906487B5816D3AC7" style="OLC">

<subsection id="HAF27DE8E5D5345A28E974EFEACD6EDC1"><enum>(f)</enum><header>Restriction on scope of assistance in the form of weapons</header>

<paragraph id="H7B94F53835D04CC6895C1B08530A446B"><enum>(1)</enum><header>In general</header><text>The Secretary may only provide assistance in the form of weapons pursuant to the authority under subsection (a) if such weapons are small arms or light weapons.</text></paragraph>

<paragraph id="HDBB864F2112543BCBE6BADCEAF76CD2F"><enum>(2)</enum><header>Waiver</header><text>The Secretary may waive the restriction under paragraph (1) upon certification to the appropriate congressional committees that such provision of law would (but for the waiver) impede national security objectives of the United States by prohibiting, restricting, delaying, or otherwise limiting the provision of assistance.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE59B746A837B4C91846F8A5FEDF58F02"><enum>(5)</enum><text>In subsection (g)â€"</text>

```
<subparagraph id="H13F07E57B00B416C9AF6B744AA023BE5"><enum>(A)</enum><text>by inserting
<quote>, at the end of the 15-day period beginning on the date the Secretary notifies
the congressional defense committees of the amount, source, and intended purpose of
such contributions</quote> after <quote>as authorized by this section</quote>;
and</text></subparagraph>

<subparagraph id="H26690EB1D7EB48A4BB29D8E98297691F"><enum>(B)</enum><text>by striking
<quote>operation and maintenance accounts</quote> and all that follows through the end
of the subsection and inserting
<quote>accounts.</quote>.</text></subparagraph></paragraph>

<paragraph id="HC98E5726FFF743BBA0001E248EB3C531"><enum>(6)</enum><text>By amending
subsection (l) to read as follows:</text>

<quoted-block id="H7B2400EC48EE4ECA980F287A4A99866B" style="OLC">

<subsection id="H15D08EBE6A2345DA9799B723E9FFDE25"><enum>(l)</enum><header>Limitation
on cost of construction and repair projects</header>

<paragraph id="HD736272C8D8447A3A65596111B86E857"><enum>(1)</enum><header>In
general</header><text>The cost of construction and repair projects carried out under
this section may not exceed, in any fiscal yearâ€"</text>

<subparagraph id="H93BAB518A4F24C0DB49E4675EB3C3392"><enum>(A)</enum><text>$4,000,000
per project; or</text></subparagraph>

<subparagraph id="H80744172468444F0BE10108B695C3351"><enum>(B)</enum><text>$20,000,000
in the aggregate.</text></subparagraph></paragraph>

<paragraph id="H9CFDE3C34C6C457E9422498E9A7837BD"><enum>(2)</enum><header>Foreign
contributions</header><text>The limitation under paragraph (1) shall not apply to the
expenditure of foreign contributions in excess of the per-project or aggregate
limitation set forth in that paragraph.</text></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H74DE2D9E53F6488C83F9F80725C350ED"><enum>(b)</enum><header>Availability
of authority</header><text display-inline="yes-display-inline">Not more than 10 percent
of the funds authorized to be appropriated for the Department of Defense for activities
under the authority provided by section 1209 of the Carl Levin and Howard P. â€œBuckâ€
McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291;
128 Stat. 3559), as amended by subsection (a) of this section, may be obligated or
expended until the first quarterly report required to be submitted pursuant to
subsection (d) of such section 1209 (as so amended) has been submitted to the
appropriate congressional committees and leadership in accordance with such
subsection.</text></subsection></section>

<section id="H5B1445943A3F4B49A11DB77C6FF6099B" section-type="subsequent-
section"><enum>1223.</enum><header>Modification of authority to support operations and
activities of the Office of Security Cooperation in Iraq</header>

<subsection
id="H20A5B270EAE84F018FF5E85E5A0F4F00"><enum>(a)</enum><header>Modification</header><te
xt>Section 1215 of the National Defense Authorization Act for Fiscal Year 2012 (10
U.S.C. 113 note) is amended as follows:</text>

<paragraph
id="H0C5AC81A2D264CD9A4168C31266C7086"><enum>(1)</enum><header>Authority</header><text>
By amending subsection (a) to read as follows:</text>

<quoted-block id="H9DEB907C49904DB28660469648C6D753" style="OLC">

<subsection
id="HEA6B4AAA7C6F49849ACF7D38069FB997"><enum>(a)</enum><header>Authority</header><text>
The Secretary of Defense may support United States Government security cooperation
activities in Iraq by providing funds for the operations and activities of the Office
of Security Cooperation in Iraq.</text></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph>

<paragraph id="H79EFB0DE1BA74DD59229856FB84EE2AE"><enum>(2)</enum><header>Types of
support</header><text>In subsection (b)â€"</text>

<subparagraph id="HEDB2263028524E68B48D20507333E655"><enum>(A)</enum><text>by striking
```

```
the comma after <quote>life support</quote> and inserting <quote>and</quote>;
and</text></subparagraph>

<subparagraph id="H8D4E53022C7649789DCEB6E937E74CEF"><enum>(B)</enum><text>by striking
<quote>, and construction and renovation of
facilities</quote>.</text></subparagraph></paragraph>

<paragraph id="H72CCA3B2A41E4EB58A69A4296CEC5A5F"><enum>(3)</enum><header>Limitation on
amount</header><text>In subsection (c)â€"</text>

<subparagraph id="H0AF6C8F2DDE947A99088CCC39492A86A"><enum>(A)</enum><text>by striking
<quote>fiscal year 2019</quote> and inserting <quote>fiscal year 2020</quote>;
and</text></subparagraph>

<subparagraph id="H2A781E49F89649C0B2C262739454A8AD"><enum>(B)</enum><text>by striking
<quote>$45,300,000</quote> and inserting
<quote>$30,000,000</quote>.</text></subparagraph></paragraph>

<paragraph id="H5C1085F2ADB344A2AC41EC6074635DFE"><enum>(4)</enum><header>Source of
funds</header><text>In subsection (d), by striking <quote>fiscal year 2019</quote> and
inserting <quote>fiscal year 2020</quote>.</text></paragraph>

<paragraph id="H3BD0AEAE2CAA4E70AB8803AAD0012A3C"><enum>(5)</enum><header>Coverage of
costs of the office of security cooperation in iraq</header><text>In subsection
(e)â€"</text>

<subparagraph id="HE363E1398C6C456DA02985634F39CC04"><enum>(A)</enum><text>in the
heading, by striking <quote><header-in-text level="subsection" style="OLC">of
OSCI</header-in-text></quote>;</text></subparagraph>

<subparagraph id="H23AD058C9F4347378CA093FABD6B54A3"><enum>(B)</enum><text>by inserting
<quote>appropriate administrative charges</quote> after <quote>includes</quote>
and</text></subparagraph>

<subparagraph id="HFCFC8F3F5C5A4B3982E113E9D285DB3F"><enum>(C)</enum><text>by striking
<quote>, charges sufficient to recover</quote> and all that follows through <quote>with
such sale</quote>.</text></subparagraph></paragraph>

<paragraph id="H5C33150E39204AC884825FB4230AF3AF"><enum>(6)</enum><header>Additional
authority</header><text>In subsection (f), by adding at the end the following new
paragraph:</text>

<quoted-block style="OLC" id="H79B273E9308141B5B731DE11DB62BEDD" display-inline="no-
display-inline">

<paragraph
id="HDD27F487B7374869B2C3D83C9C04CA0A"><enum>(3)</enum><header>Sunset</header><text
display-inline="yes-display-inline">The authority provided in this subsection shall
terminate on the date that is 90 days after the date of enactment of the National
Defense Authorization Act for Fiscal Year 2020.</text></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph
id="H5EEEACB2C5E64070A6FE12DAF3C67297"><enum>(7)</enum><header>Reports</header><text>In
subsection (g)â€"</text>

<subparagraph id="H9FC7DF907C3B44618E6A9C929A45C548"><enum>(A)</enum><text>in paragraph
(1), by striking <quote>September 30, 2015</quote> and inserting <quote>September 30,
2020</quote>; and </text></subparagraph>

<subparagraph id="H1A64148E7ABA4EA2B9B9F1FF35572C51"><enum>(B)</enum><text>in paragraph
(2)â€"</text>

<clause id="HF351612530374338B72594437A00B67F"><enum>(i)</enum><text>by striking
<quote>current</quote> each place it appears;</text></clause>

<clause id="H1A5BF87A3B7740A29771CF8517BB56B9"><enum>(ii)</enum><text>in subparagraph
(A), by striking <quote>Iraq, including</quote> and inserting <quote>Iraq that also
addresses</quote>; </text></clause>

<clause id="H0E6285B99BC741BF898D4D23CB27ADFC"><enum>(iii)</enum><text>in subparagraph
(B), by striking <quote>the programs conducted</quote> and all that follows through
```

WASHSTATEC015143

```
<quote>will address</quote> and inserting <quote>United States security assistance and
security cooperation activities are intended to address</quote>; and </text></clause>

<clause id="H94C6AD0FFDB346BB99F78431B77A30DF"><enum>(iv)</enum><text>by amending
subparagraph (F) to read as follows:</text>

<quoted-block style="OLC" id="H0204BC8F36224DFF849B4CBB35E49ED0" display-inline="no-
display-inline">

<subparagraph id="HC0AD5B6404F245778A01BE9736124268"><enum>(F)</enum><text display-
inline="yes-display-inline">An evaluation of the effectiveness of United States efforts
to promote respect for human rights, military professionalism, and respect for
legitimate civilian authority in Iraq.</text></subparagraph><after-quoted-
block>.</after-quoted-block></quoted-
block></clause></subparagraph></paragraph></subsection>

<subsection id="HDC963C385A7F41B3A141B5D99E579833"><enum>(b)</enum><header>Limitation
on availability of funds</header><text>Such section 1215 is further amended by adding
at the end the following:</text>

<quoted-block style="OLC" id="HA5577FC11E764A17AC640252B42C214F" display-inline="no-
display-inline">

<subsection id="HE90A51B872F147CA9D4BEA6EB4993DF4"><enum>(h)</enum><header>Limitation
on availability of funds</header><text display-inline="yes-display-inline">Of the
amount made available for fiscal year 2020 to carry out section 1215 of the National
Defense Authorization Act for Fiscal Year 2012, not more than $20,000,000 may be
obligated or expended for the Office of Security Cooperation in Iraq until the date on
which the Secretary of Defense certifies to the congressional defense committees, the
Committee on Foreign Affairs of the House of Representatives, and the Committee on
Foreign Relations of the Senate, that each of the following reforms relating to that
Office has been completed:</text>

<paragraph id="HE689F97EA2C1402283F1630A255133C1"><enum>(1)</enum><text display-
inline="yes-display-inline">The appointment of a Senior Defense Official/Defense
Attache to oversee the Office.</text></paragraph>

<paragraph id="HE19F54D55262476D98C7D2B7794C908E"><enum>(2)</enum><text display-
inline="yes-display-inline">The development of a staffing plan to reorganize the Office
in a manner similar to that of other security cooperation offices in the region that
emphasizes the placement of personnel with regional or security cooperation expertise
in key leadership positions and closes duplicative or extraneous
sections.</text></paragraph>

<paragraph id="HBFB9202A602145A99D4155CA14F3D19A"><enum>(3)</enum><text display-
inline="yes-display-inline">The initiation of bilateral engagement with the Government
of Iraq with the objective of establishing a joint mechanism for security assistance
planning, including a five-year security assistance roadmap for developing sustainable
military capacity and capabilities and enabling defense institution building and
reform.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="H92ACBBE6E2C8426A96E4233F543E7A18"><enum>1224.</enum><header>Establishing
a coordinator for detained ISIS members and relevant displaced populations in
Syria</header>

<subsection commented="no" display-inline="no-display-inline"
id="HD2CF5F2F180A49D4A106459A5AD4A825"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 60 days after the date of the enactment of this Act, the President, in
consultation with the Secretary of Defense, the Secretary of State, the Director of
National Intelligence, the Secretary of the Treasury, and the Attorney General, shall
submit to the appropriate committees of Congress a report identifying whether a senior-
level coordinator exists on all matters for the United States Government relating to
ISIS members who are in Syrian Democratic Forces custody, including with respect
toâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H24C7A9DE4B85422FB332B3363027CAFE"><enum>(1)</enum><text>the long-term disposition
of such ISIS members, including in all matters in connection withâ€"</text>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HC6FB87C9ADB94B13BAEA4CEEDB1A84B8"><enum>(A)</enum><text display-inline="yes-
display-inline">repatriation, transfer, prosecution, and intelligence-
gathering;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H91A282B5DEDA4A3CB7E89F7EE5A9E811"><enum>(B)</enum><text display-inline="yes-
display-inline">all multilateral and international engagements led by the Department of
State and other agencies that are related to the current and future handling,
detention, and prosecution of such ISIS members, including with the International
Criminal Police Organization; and</text></subparagraph>

<subparagraph id="HCB077743BACF4718B0BBE0C5923CEF5C"><enum>(C)</enum><text>coordinating
the provision of technical and evidentiary assistance to foreign countries to aid in
the successful prosecution of such ISIS members, as appropriate, in accordance with
international humanitarian law and other internationally recognized human rights and
rule of law standards; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9173067A25044D0B8E8EBCEFBFF72258"><enum>(2)</enum><text>all multilateral and
international engagements related to the humanitarian access, provision of basic
services, freedom of movement, security and safe return of internally displaced persons
and refugees at camps or facilities in Syria that hold family members of such ISIS
members.</text></paragraph></subsection>

<subsection
id="H455690E9EBA74DF8B33F6D1166BECDCF"><enum>(b)</enum><header>Designation</header><tex
t>If the President is unable to identify a senior-level coordinator for all matters
described in subsection (a), the President, in consultation with the Secretary of
Defense, the Secretary of State, the Director of National Intelligence, the Secretary
of the Treasury, and the Attorney General, shall designate an existing official within
the executive branch to serve as senior-level coordinator to coordinate, in conjunction
with other relevant agencies, all matters described in such
subsection.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H41332712A3D74617A8E78F2CC5D497D9"><enum>(c)</enum><header display-inline="yes-
display-inline">Retention of authority</header><text display-inline="yes-display-
inline">The appointment of a senior-level coordinator pursuant to subsection (b) shall
not deprive any agency of any authority to independently perform functions of that
agency.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H23DBE75B35F746F79A83EBAC1C1D2C4F"><enum>(d)</enum><header display-inline="yes-
display-inline">Annual report</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H3E8997BF16CD4E99948177CE4710B0CC"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, and not less frequently than
once each year thereafter through January 31, 2021, the individual designated under
subsection (b) shall submit to the appropriate committees of Congress a detailed report
regarding the following detained ISIS members:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H09B89B6D1B7B46E9B10B33335C335E2E"><enum>(A)</enum><text display-inline="yes-
display-inline">Alexanda Kotey.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H781F8E03E2834C7EA802850EA5EDEF9B"><enum>(B)</enum><text display-inline="yes-
display-inline">El Shafee Elsheikh.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7DAA4C654848417B8E854223538E7264"><enum>(C)</enum><text display-inline="yes-
display-inline">Aine Lesley Davis.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2219E9E92CCB4620BBE0DB128D1A7C4D"><enum>(D)</enum><text display-inline="yes-
display-inline">Umm Sayyaf.</text></subparagraph>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H6680973D91214977892F5E660A086428"><enum>(E)</enum><text display-inline="yes-
display-inline">Any other high-value detained ISIS member that the coordinator
reasonably determines to be subject to criminal
prosecution.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5C646023FF0341D791579B8AB8568B19"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
under paragraph (1) shall include, at a minimum, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H412FAD458BFB4D9BA77F98CFE89454FB"><enum>(A)</enum><text display-inline="yes-
display-inline">A detailed description of the facilities where detained ISIS members
described in paragraph (1) are being held, including security and management of such
facilities and adherence to international humanitarian law
standards.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA967207DD6054E2482A0327B90349584"><enum>(B)</enum><text display-inline="yes-
display-inline">An analysis of all United States efforts to prosecute detained ISIS
members described in paragraph (1) and the outcomes of such efforts. Any information,
the disclosure of which may violate Department of Justice policy or law, relating to a
prosecution or investigation may be withheld from a report under paragraph
(1).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H66123AFEAE1D49E5BD5F29BBE5AB7B71"><enum>(C)</enum><text display-inline="yes-
display-inline">A detailed description of any option to expedite prosecution of any
detained ISIS member described in paragraph (1), including in a court of competent
jurisdiction outside of the United States.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H323C857124E74D2EB2E654DD76C6858D"><enum>(D)</enum><text display-inline="yes-
display-inline">An analysis of factors on the ground in Syria and Iraq that may result
in the unintended release of detained ISIS members described in paragraph (1), and an
assessment of any measures available to mitigate such releases.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H71CD74AE0A7D4B7594202EC7436C2B0C"><enum>(E)</enum><text display-inline="yes-
display-inline">A detailed description of efforts to coordinate the disposition and
security of detained ISIS members described in paragraph (1) with other countries and
international organizations, including the International Criminal Police Organization,
to ensure secure chains of custody and locations of such ISIS
members.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7C3EDC55C4D949B08FB9500E7F43E204"><enum>(F)</enum><text display-inline="yes-
display-inline">An analysis of the manner in which the United States Government
communicates on such proposals and efforts to the families of United States citizens
believed to be a victim of a criminal act by a detained ISIS
member.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE22465BEF1C04BBC914454BC4FBE118A"><enum>(G)</enum><text display-inline="yes-
display-inline">An analysis of all efforts between the United States and partner
countries within the Global Coalition to Defeat ISIS or other countries to share
intelligence or evidence that may aid in the prosecution of ISIS members, and any legal
obstacles that may hinder such efforts.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE00F96EE8E6A4B15BD5012006749CB2C"><enum>(H)</enum><text>A description of all
multilateral and international engagements related to the humanitarian access and
provision of basic services to and freedom of movement and security and safe return of
internally displaced persons and refugees at camps or facilities in Iraq, Syria, or any
other area affected by ISIS activity, including—</text>

<clause commented="no" display-inline="no-display-inline"
id="H6F1FEBC1E1DF478EB4285F1AB7AA511E"><enum>(i)</enum><text>any current or future
potential threats to United States national security interests emanating from such
```

individuals (including an analysis of the Al-Hol camp and annexes); and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF375DAF724344BAE85EE060D19DCAFB9"><enum>(ii)</enum><text>United States Government
plans and strategies to respond to any such
threats.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H04C2B00CDD7E461EBCE3E09F9440CCEF"><enum>(3)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report under
paragraph (1) shall be submitted in unclassified form, but may include a classified
annex.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H354CFCEF66894C64801590856867CF44"><enum>(e)</enum><header>Sunset</header><text>The
requirements under this section shall sunset on January 31, 2021.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H5AF321F39CB94F6BBFAA5DE904CAAB95"><enum>(f)</enum><header display-inline="yes-
display-inline">Definitions</header><text>In this section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H7307C168051B44FFBF69D26343B1D4AB"><enum>(1)</enum><header display-inline="yes-
display-inline">Appropriate committees of Congress</header><text display-inline="yes-
display-inline">The term <term>appropriate committees of Congress</term>
meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7460AADB3C17491F8F160E10492CF674"><enum>(A)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Foreign Relations,
the Committee on the Judiciary, the Committee on Banking, Housing, and Urban Affairs,
the Select Committee on Intelligence, and the Committee on Appropriations of the
Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0576723647F24A2F997099F3C5A37BE1"><enum>(B)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, the
Committee on the Judiciary, the Committee on Financial Services, the Permanent Select
Committee on Intelligence, and the Committee on Appropriations of the House of
Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H30E8F26976724D7B934EA9ED3AA675DA"><enum>(2)</enum><header>ISIS
member</header><text>The term <term>ISIS member</term> means a person who was part of,
or substantially supported, the Islamic State of Iraq and
Syria.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD562852CB0B04DFC8FE2EB716A04457D" section-type="subsequent-
section"><enum>1225.</enum><header display-inline="yes-display-inline">Report on
lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic
State of Iraq and Syria</header>

<subsection commented="no" display-inline="no-display-inline"
id="H76DAE76ED2064B9CAC80A9FFA2CF67E8"><enum>(a)</enum><header display-inline="yes-
display-inline">Report required</header><text display-inline="yes-display-inline">Not
later than 180 days after the date of the enactment of this Act, the Secretary of
Defense shall submit to the congressional defense committees a report on lessons
learned from coalition operations to liberate Mosul, Iraq, and Raqqah, Syria, from
control of the Islamic State of Iraq and Syria (ISIS).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HA5B4EB35385B4EEF816D40CBA5A852CB"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
required by subsection (a) shall include a description of lessons learned in connection
with each of the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H2D2C950F30F640128EB5E88ECEBD9655"><enum>(1)</enum><text display-inline="yes-
display-inline">Combat in densely populated urban environments.</text></paragraph>

```
<paragraph commented="no" display-inline="no-display-inline"
id="H5B5F998690C9447982BEDE30809E5116"><enum>(2)</enum><text display-inline="yes-
display-inline">Enablement of partner forces, including unique aspects of conducting
combined operations with regular and irregular forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF790E0E1516B46FEAD9BE97B2A9F4B85"><enum>(3)</enum><text display-inline="yes-
display-inline">Advise, assist, and accompany efforts, including such efforts conducted
remotely.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H93F6D5E267744926BA9553875ED1AB67"><enum>(4)</enum><text display-inline="yes-
display-inline">Integration of United States general purpose and special operations
forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3478AACAACDC434F9F3C80329A6BBB8B"><enum>(5)</enum><text display-inline="yes-
display-inline">Integration of United States and international
forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7CAB3609BE6240B0A36E21C55C5DAC58"><enum>(6)</enum><text display-inline="yes-
display-inline">Irregular and unconventional warfare approaches, including the
application of training and doctrine by special operations and general purpose
forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBC0E5DE48ABB43879604A75AF14F2EFA"><enum>(7)</enum><text display-inline="yes-
display-inline">Use of command, control, communications, computer, intelligence,
surveillance, and reconnaissance systems and techniques.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC23331AD1B41434EA217D6E4BD668289"><enum>(8)</enum><text display-inline="yes-
display-inline">Logistics.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5C6CCD25F24B40499B7CE047F8A3C30C"><enum>(9)</enum><text display-inline="yes-
display-inline">Information operations.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H63F21BE8260C453FBCC1CD6E77BCACEF"><enum>(10)</enum><text display-inline="yes-
display-inline">Targeting and weaponeering, including efforts to avoid civilian
casualties and other collateral damage.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEB667A60F7A34F8DAE5604F1DFA7D129"><enum>(11)</enum><text display-inline="yes-
display-inline">Facilitation of flows of internally displaced people and humanitarian
assistance.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H08245725784F42B3A370F218CDDBEF9B"><enum>(12)</enum><text display-inline="yes-
display-inline">Such other matters as the Secretary considers appropriate and could
benefit training, doctrine, and resourcing of future
operations.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCD0998BEE5844CC8B5B4460841C0A4A4"><enum>(c)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
required by subsection (a) shall be submitted in unclassified form, but may include a
classified annex.</text></subsection></section>

<section id="H3EBFD526B881483383E36ACA007CE98E"><enum>1226.</enum><header>Expansion of
availability of financial assets of Iran to victims of terrorism</header><text display-
inline="no-display-inline">Section 502 of the Iran Threat Reduction and Syria Human
Rights Act of 2012 (22 U.S.C. 8772) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HB80CAF365F72414E8265ECB36A34FFD9"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a)(1)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
```

```
id="H68B29709F7AE416F930D82FCE61C05C7"><enum>(A)</enum><text display-inline="yes-
display-inline">in subparagraph (A), by striking <quote>in the United States</quote>
and inserting <quote>by or</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6EC0FB98776848FA88325FF10BA27D69"><enum>(B)</enum><text display-inline="yes-
display-inline">in subparagraph (B), by inserting <quote>, or an asset that would be
blocked if the asset were located in the United States,</quote> after
<quote>unblocked)</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEA55375BB54B4D5A837288ABBEBA0F29"><enum>(C)</enum><text display-inline="yes-
display-inline">in the flush text at the endâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H698DA83836D24090B7DC5420037D9228"><enum>(i)</enum><text display-inline="yes-
display-inline">by inserting after <quote>in aid of execution</quote> the following:
<quote>, or to an order directing that the asset be brought to the State in which the
court is located and subsequently to execution or attachment in aid of
execution,</quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H9D9A6A82C9D049CFAE49543BC264CF7B"><enum>(ii)</enum><text display-inline="yes-
display-inline">by inserting <quote>, without regard to concerns relating to
international comity</quote> after <quote>resources for such an act</quote>;
and</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD0A7F126742C49D38665B21C9676939C"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (b)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H32DDA8B70AE54C40956BCF439260BCB9"><enum>(A)</enum><text display-inline="yes-
display-inline">by striking <quote>that are identified</quote> and inserting the
following: â€œthat areâ€"</text>

<quoted-block display-inline="no-display-inline" id="H50AE823B490048719F4D507AD5057087"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H1EF18B0A4538415FA5CBE7F5696EB223"><enum>(1)</enum><text display-inline="yes-
display-inline">identified</text></paragraph><after-quoted-block>;</after-quoted-
block></quoted-block></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD2A59C53CB394EFCAFDA93D776A6C9D9"><enum>(B)</enum><text display-inline="yes-
display-inline">by striking the period at the end and inserting <quote>; and</quote>;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HFA016BDE3C4B40738B6494A3F4FE4115"><enum>(C)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HA42C518D43734FBB8BD5234B058BBF45"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H9B836139686D48029A87149ABC51F511"><enum>(2)</enum><text display-inline="yes-
display-inline">identified in and the subject of proceedings in the United States
District Court for the Southern District of New York in Peterson et al. v. Islamic
Republic of Iran et al., Case No. 13 Civ. 9195 (LAP).</text></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></subparagraph></paragraph></section>

<section id="H7083EE278FA74C0DA0BD13E0ACBC1B21"><enum>1227.</enum><header>Report on the
status of deconfliction channels with Iran</header>

<subsection id="H2D6E59B70D6A4B4D904435A46E756FC7"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 30 days after
the date of enactment of this Act, the President shall submit to Congress a report on
the status of deconfliction channels with Iran. </text></subsection>
```

```
<subsection id="HAD41AC49BBB246C3BB7693D3D84E440C"><enum>(b)</enum><header>Matters to
be included</header><text>The report required by subsection (a) shall include the
following:</text>

<paragraph id="H1E1DC24794EA4E41846067212C56C630"><enum>(1)</enum><text>The status of
United States diplomatic deconfliction channels with Iran to prevent miscalculation,
define ambiguities, and correct misunderstandings that could otherwise lead to
unintended consequences, including unnecessary or harmful military activity.
</text></paragraph>

<paragraph id="H432F132FA3744947A4C02B7DA670A761"><enum>(2)</enum><text>The status of
United States military-to-military deconfliction channels with Iran to prevent military
and diplomatic miscalculation. </text></paragraph>

<paragraph id="HC5BCC2D12BCB40AB9649C026324E3B7B"><enum>(3)</enum><text>An analysis of
the need and rationale for bilateral and multilateral deconfliction channels, including
an assessment of recent United States experience with such channels of communication
with Iran.</text></paragraph></subsection></section>

<section id="H892EE30A450045DD974CC738F00B7CEF" display-inline="no-display-inline"
section-type="subsequent-section"><enum>1228.</enum><header>Prohibition on provision of
weapons and other forms of support to certain organizations</header><text display-
inline="no-display-inline">None of the funds authorized to be appropriated by this Act
or otherwise made available for the Department of Defense for fiscal year 2020 may be
used to knowingly provide weapons or any other form of support to Al Qaeda, the Islamic
State of Iraq and Syria (ISIS), Jabhat Fateh al Sham, Hamas, Hizballah, Palestine
Islamic Jihad, al-Shabaab, Islamic Revolutionary Guard Corps, or any individual or
group affiliated with any such organization.</text></section></subtitle>

<subtitle id="H41C62717C1CD4F9B8731F2C6395A4891"><enum>D</enum><header>Matters relating
to the Russian Federation </header>

<section id="HA8522B667E6C4287A541CAFB1D687B57"><enum>1231.</enum><header>Extension of
limitation on military cooperation between the United States and Russia</header><text
display-inline="no-display-inline">Section 1232(a) of the National Defense
Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2488), is
amended by striking <quote>or 2019</quote> and inserting <quote>, 2019, or
2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H0BB53F88A1B44C0B8EAB2FA6036A4466" section-type="subsequent-
section"><enum>1232.</enum><header display-inline="yes-display-inline">Prohibition on
availability of funds relating to sovereignty of Russia over Crimea</header>

<subsection commented="no" display-inline="no-display-inline"
id="HFD768F94E4FE4350BA7E63DD352FA04A"><enum>(a)</enum><header display-inline="yes-
display-inline">Prohibition</header><text display-inline="yes-display-inline">None of
the funds authorized to be appropriated by this Act or otherwise made available for
fiscal year 2020 for the Department of Defense may be obligated or expended to
implement any activity that recognizes the sovereignty of Russia over
Crimea.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H598C811932E94B359BD201747B737986"><enum>(b)</enum><header display-inline="yes-
display-inline">Waiver</header><text display-inline="yes-display-inline">The Secretary
of Defense, with the concurrence of the Secretary of State, may waive the prohibition
under subsection (a) if the Secretary of Defenseâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE41B5CE1DE1D4F08BFAA30C0EEABE86B"><enum>(1)</enum><text display-inline="yes-
display-inline">determines that a waiver is in the national security interest of the
United States; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H17F871087F8E410EA9CDE9219CA8AC9B"><enum>(2)</enum><text display-inline="yes-
display-inline">on the date on which the waiver is invoked, submits a notification of
the waiver and a justification of the reason for seeking the waiver toâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2A7B6F2FE83E48349DB47A7E22DBA28B"><enum>(A)</enum><text display-inline="yes-
```

display-inline">the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H68E76EC522CA4FC585D5C0063DB83721"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph></subsection></section>

<section id="H26E2C60DCC8C48399F6284250C61C363"><enum>1233.</enum><header>Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H0B60D81680F44DD4A6DECD3856888041"><enum>(1)</enum><text>conventional arms control and confidence and security building measures have played an important role in helping to increase military transparency and reduce the risk of miscalculation;</text></paragraph>

<paragraph id="H9ED4AC7E921F4D3D83E7B7FCC829CA22"><enum>(2)</enum><text>Russia's violations of the sovereignty and territorial integrity of Georgia and Ukraine, and Russia's ongoing destabilizing and aggressive behavior, has undermined peace, security, and stability in Europe and beyond;</text></paragraph>

<paragraph id="H7804BF82FFA54C6D8FB0F599DC6635FB"><enum>(3)</enum><text>Russia's unilateral suspension and violation of the Treaty on Conventional Armed Forces in Europe, done at Vienna November 19, 1990, and entered into force November 9, 1992, and selective implementation of the Vienna Document of the Organization for Security and Cooperation in Europe 2011 have contributed to a greater risk of miscalculation;</text></paragraph>

<paragraph id="H2F9FA9A063A54AF89E7FCE076E87AADC"><enum>(4)</enum><text>Russiaâ€™s unsafe and unprofessional interactions with United States aircraft and vesselsâ€"</text>

<subparagraph id="H80A2BF67DAB54F19BDC37F860046FE96"><enum>(A)</enum><text>are contrary to the spirit ofâ€"</text>

<clause id="HA66C795C49EE4FF2B3BB3C843A1170C5"><enum>(i)</enum><text>the Agreement Between the Government of the United States and the Government of the Union of Soviet Socialist Republics on the Prevention of Incidents On and Over the High Seas, done at Moscow May 25, 1972, and entered into force May 25, 1972; and</text></clause>

<clause id="HC294D17471264446B2F1CA6DA5602CE0"><enum>(ii)</enum><text>the Agreement on the Prevention of Dangerous Military Activities Agreement, done at Moscow June 12, 1989, and entered into force January 1, 1990; and</text></clause></subparagraph>

<subparagraph id="H82D4B455C3B04D12A30ABA7A203A3A69"><enum>(B)</enum><text>erode military transparency, predictability, and trust;</text></subparagraph></paragraph>

<paragraph id="H8675EA6EC2C547F29867DB5648D939A6"><enum>(5)</enum><text>the United States remains committed to upholding its current treaty obligations and commitments with respect to conventional arms control and confidence and security building measures; and</text></paragraph>

<paragraph id="H997A4AAB4EBB4F759CEB25590DFFA4BC"><enum>(6)</enum><text>the Secretary of Defense and the Secretary of State should explore options, as practicable, for updated or new frameworks for increasing military transparency, stability, and reducing the risk of miscalculation, including through enhanced diplomatic engagement and military-to-military dialogue.</text></paragraph></section>

<section id="HAD00F9D1C5714AA882475ECC9AC4F503" section-type="subsequent-section"><enum>1234.</enum><header>United States participation in Open Skies Treaty</header>

<subsection id="H3BABCCD3F8A6495A8DC6DFE08D657DF6"><enum>(a)</enum><header>Notification required</header><text display-inline="yes-display-inline">Not later than 120 days before the provision of notice of intent to withdraw the United States from the Open Skies Treaty to either treaty depository pursuant to Article XV of the Treaty, the Secretary of Defense and the Secretary of State shall jointly submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a notification

WASHSTATEC015151

thatâ€"</text>

<paragraph id="HB339362496F54EDF9C751A3CCDEA93FA"><enum>(1)</enum><text>such withdrawal is in the best interests of the United States national security; and</text></paragraph>

<paragraph id="H08742082BBAF43CB86420EA6DFEDFD29"><enum>(2)</enum><text>the other state parties to the Treaty have been consulted with respect to such withdrawal.</text></paragraph></subsection>

<subsection id="H36489F6DE85F4C2FB77C2F022E4B7F42"><enum>(b)</enum><header>Repeal of limitation on use of funds to vote to approve or otherwise adopt any implementing decision of the open skies consultative commission and modifications to report</header>

<paragraph id="HC5956099F29C4930BCF119C795AB89BA"><enum>(1)</enum><header>In general</header><text>Section 1236 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2491) is amendedâ€"</text>

<subparagraph id="H35030B453FD243D694AA18910CDFA441"><enum>(A)</enum><text>by striking subsections (a) and (b); and</text></subparagraph>

<subparagraph id="H5366BF9BE0D343229F2DBE5912C0F302"><enum>(B)</enum><text>by redesignating subsections (c), (d), (e), and (f) as subsections (a), (b), (c), and (d), respectively.</text></subparagraph></paragraph>

<paragraph id="H39B423511E4E457CB703FF81BB3B895E"><enum>(2)</enum><header>Modifications to report</header><text>Subsection (a) of such section, as so redesignated, is amendedâ€"</text>

<subparagraph id="HE358FCF231814809BE588FE286D88812"><enum>(A)</enum><text>in the heading, by striking <quote>Quarterly</quote> and inserting <quote>Annual</quote>;</text></subparagraph>

<subparagraph id="HA26184CC26C64D76B326C52C4588CC09"><enum>(B)</enum><text>in paragraph (1)â€"</text>

<clause id="H65D68E3E62CB46CAA2337B2571EBA327"><enum>(i)</enum><text>by inserting <quote>the Secretary of State,</quote> before <quote>the Secretary of Energy</quote>;</text></clause>

<clause id="HF01F851F44C547E3994B9FB18EBDEF12"><enum>(ii)</enum><text>by striking <quote>quarterly basis</quote> and inserting <quote>annual basis</quote>;</text></clause>

<clause id="HC66CD6B376594FF795F24771E8A1E4C9"><enum>(iii)</enum><text>by striking <quote>by the Russian Federation over the United States</quote> and inserting <quote>by all parties to the Open Skies Treaty, including the United States, under the Treaty</quote>; and</text></clause>

<clause id="H0B4AFA4F71BF471ABBC257C27354E9CA"><enum>(iv)</enum><text>by striking <quote>calendar quarter</quote> and inserting <quote>preceding calendar year</quote>; and</text></clause></subparagraph>

<subparagraph id="H7F7CF19C42A9413CB1C02EC1636AFE83"><enum>(C)</enum><text>in paragraph (2), by striking subparagraphs (B), (C), and (D) and inserting the following:</text>

<quoted-block id="H9B905A41FBB44EE7B3E77D625E6F181C" style="OLC">

<subparagraph id="HB44B99A564D34568B257B54B9EFBD374"><enum>(B)</enum><text>In the case of an observation flight by the United States, including an observation flight over the territory of Russiaâ€"</text>

<clause id="HB869F2DA0DDE4C228F821481A9BF006B"><enum>(i)</enum><text>an analysis of data collected that supports United States intelligence and military collection goals; and</text></clause>

<clause id="HF9CE0E8538C2499E89C78A5EDA5241D4"><enum>(ii)</enum><text>an assessment of data collected regarding military activity that could not be collected through other means.</text></clause></subparagraph>

<subparagraph id="HBC360488F63E440DBDF812692D8777E3"><enum>(C)</enum><text>In the case of an observation flight over the territory of the United Statesâ€"</text>

<clause id="H562818698D3244418EFC346E98D1A4BF"><enum>(i)</enum><text>an analysis of

whether and the extent to which any United States critical infrastructure was the subject of image capture activities of such observation flight;</text></clause>

<clause id="HD5248E963F6A40DC89C3557DD2CDF1EC"><enum>(ii)</enum><text>an estimate for the mitigation costs imposed on the Department of Defense or other United States Government agencies by such observation flight; and</text></clause>

<clause id="HCB3AEB4C66624AB8B8238E001934B9BC"><enum>(iii)</enum><text>an assessment of how such information is used by the parties conducting the observation flight, for what purpose, and how the information fits into the overall collection posture.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HFB0167EE6E564FB1B5453F1F6B80FE07"><enum>(3)</enum><header>Form</header><text>Subsection (c) of such section, as so redesignated, is amended by striking <quote>certification, report, and notice</quote> and inserting <quote>report</quote>.</text></paragraph>

<paragraph id="HEFFB7098E5AF46D7BD6EEB4D96D678FA"><enum>(4)</enum><header>Definitions</header><text>Subsection (d) of such section, as so redesignated, is amended—</text>

<subparagraph id="H760362376A5B4135A5B95AE1739135A2"><enum>(A)</enum><text>by striking paragraphs (3) and (6); and</text></subparagraph>

<subparagraph id="H7A62012444F14DE584CFA2678395F2F8"><enum>(B)</enum><text>by redesignating paragraphs (4), (5), and (7) as paragraphs (3), (4), and (5), respectively.</text></subparagraph></paragraph></subsection>

<subsection id="H9101957FD93F4EC9A072FA6AF35F5492"><enum>(c)</enum><header>Open skies: implementation plan</header><text>Section 1235(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1660) is amended—</text>

<paragraph id="HA65F31673E504031B1D038A70899A00D"><enum>(1)</enum><text>in paragraph (1)—</text>

<subparagraph id="HE1A34E09A1134AA881A84108A8BF3F05"><enum>(A)</enum><text>by striking <quote>during such fiscal year</quote> and inserting <quote>during a calendar year</quote>; and</text></subparagraph>

<subparagraph id="H3356F2C44A324DF1946B51432E468C49"><enum>(B)</enum><text>by striking <quote>the President submits</quote> and all that follows and inserting <quote>the Secretary of Defense provides to the appropriate congressional committees a report on a plan described in paragraph (2) with respect to such calendar year.</quote>;</text></subparagraph></paragraph>

<paragraph id="HE38D332688344031836966152 9C5DD2E"><enum>(2)</enum><text>in paragraph (2), by striking <quote>such fiscal year</quote> and inserting <quote>such calendar year</quote>; and</text></paragraph>

<paragraph id="H8F5FAC26FB1D4146814A7D2CC5687C4A"><enum>(3)</enum><text>in paragraph (3), by striking <quote>a fiscal year and submit the updated plan</quote> and inserting <quote>a calendar year and provide a report on the updated plan</quote>.</text></paragraph></subsection>

<subsection id="HE9627E9F06194D0FA4E3D3BCD3284704"><enum>(d)</enum><header>Definition of open skies treaty; treaty</header><text>In this section, the term <term>Open Skies Treaty</term> or <term>Treaty</term> means the Treaty on Open Skies, done at Helsinki March 24, 1992, and entered into force January 1, 2002.</text></subsection></section>

<section id="H9C5B26015B4F46F1A286D0F1F0C81A32"><enum>1235.</enum><header>Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty</header>

<subsection commented="no" display-inline="no-display-inline" id="H7B6274AD9371400B92F2D8E13C8DA689"><enum>(a)</enum><header display-inline="yes-display-inline">Briefing requirement</header><text display-inline="yes-display-inline">Section 1244(d) of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3565; 22 U.S.C. 2593a note) is amended—</text>

WASHSTATEC015153

```
<paragraph commented="no" display-inline="no-display-inline"
id="H8732037526FD4EFBB30C9C46A8FCDE80"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking <quote>At the time</quote> and inserting the
following:</text>

<quoted-block display-inline="no-display-inline" id="H5B7F7FF68B434C1E9A7BDA4A8EBC38A6"
style="OLC">

<paragraph id="HCD8542E7281E47C69B71DD4FDB386429" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><header display-inline="yes-display-inline">In
general</header><text display-inline="yes-display-inline">At the
time</text></paragraph><after-quoted-block>; and </after-quoted-
block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD4ED3717C4214F09B572241AD1258AEF"><enum>(2)</enum><text display-inline="yes-
display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H8A13200D370240BB9A21C3278EF2E932"
style="OLC">

<paragraph id="HF80E63E331A94C09B162F4C75086CFD7" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><header display-inline="yes-display-
inline">Sunset</header><text display-inline="yes-display-inline">The briefing
requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in
force.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HA7EC2DD7AB514AE78253273D7D760BE5"><enum>(b)</enum><header display-inline="yes-
display-inline">Notification requirement relating to coordination with
allies</header><text display-inline="yes-display-inline">Section 1243(c) of the
National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat.
1601) is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H44AF812B2CEE42E788364962D563B315"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HEE062A8B2AF54FA99915AE1AD1A5C3A1"><enum>(3)</enum><header display-inline="yes-
display-inline">Sunset</header><text display-inline="yes-display-inline">The
notification requirement under paragraph (1) shall be in effect so long as the INF
Treaty remains in force.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE5E36C1E23394E6EA609E07645ED8081"><enum>(c)</enum><header display-inline="yes-
display-inline">Notification requirement relating to development, deployment, or test
of a system inconsistent with INF Treaty</header><text display-inline="yes-display-
inline">Section 1244(a) of the National Defense Authorization Act for Fiscal Year 2018
(Public Law 115â€"91; 131 Stat. 1673; 22 U.S.C. 2593a note) is amended by adding at the
end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H1458067D1398454C914B152CEE483111"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HFA22C5FC71D04BD6BDC9AE203DBAF678"><enum>(3)</enum><header display-inline="yes-
display-inline">Sunset</header><text display-inline="yes-display-inline">The
notification requirement under paragraph (1) shall be in effect so long as the INF
Treaty remains in force.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H454E2029750B48F5A1FDF2DF33316758"><enum>(d)</enum><header display-inline="yes-
display-inline">Reporting requirement under Ukraine Freedom Support Act of
2014</header><text display-inline="yes-display-inline">Section 10(c) of the Ukraine
Freedom Support Act of 2014 (22 U.S.C. 8929) is amended by adding at the end the
following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HF5E60A57B76B45AC9056BFBBDD8DB230"
```

```
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H2D1FFB6B9FD54ACA9E6925B0BCAD5EF1"><enum>(3)</enum><header display-inline="yes-
display-inline">Sunset</header><text display-inline="yes-display-inline">The reporting
requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in
force.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section id="H6FF089CA19D44939B512E78AD0D2E4A2" section-type="subsequent-
section"><enum>1236.</enum><header>Report on treaties relating to nuclear arms
control</header>

<subsection
id="HA4744120C768478DBF68C9AA9D929CCC"><enum>(a)</enum><header>Findings</header><text>C
ongress finds the following:</text>

<paragraph id="HBE058B0E3C454FE99C2057C53B8A4F8E"><enum>(1)</enum><text>On October 24,
2018, the House Committee on Armed Services and House Committee on Foreign Affairs
wrote to the Secretary of Defense requesting information regarding the
Administration's policies and strategies related to nuclear arms
control.</text></paragraph>

<paragraph id="HE42E5829222147F78B37AAA5B6B9FCCE"><enum>(2)</enum><text>The Committees
did not receive the requested information from the Secretary of
Defense.</text></paragraph></subsection>

<subsection id="H52C4529E17DF4F63AA6AB6052C8DA30D"><enum>(b)</enum><header>Assessment
required</header><text>Not later than 120 days after the date of the enactment of this
Act, the Secretary of Defense, in consultation with the Secretary of State and the
Director of National Intelligence, shall submit to the Committee on Armed Services, the
Permanent Select Committee on Intelligence, and the Committee on Foreign Affairs of the
House of Representatives and the Committee on Armed Services, the Select Committee on
Intelligence, and the Committee on Foreign Relations of the Senate an assessment that
includes each of the following:</text>

<paragraph id="H56A906F933F94FBFBB038E7DD6E846FC"><enum>(1)</enum><text>The
implications, in terms of military threat to the United States or its allies in Europe,
of Russian deployment of intermediate-range cruise and ballistic missiles without
restriction.</text></paragraph>

<paragraph id="H194E2ABD439E45A79BC7C9440EE0768C"><enum>(2)</enum><text>What new
capabilities the United States might need in order to pursue additional technologies or
programs to offset such Russian capabilities, and the costs associated with such
capabilities, technologies, and programs.</text></paragraph>

<paragraph id="H0D326F0ACCD3431C8279394D1C5F8E6F"><enum>(3)</enum><text>An assessment
of the threat to the United States of Russia's strategic nuclear force in the event
the New START Treaty lapses.</text></paragraph>

<paragraph id="H801BA10FE4BA4D7D924132C4F14E3846"
commented="no"><enum>(4)</enum><text>What measures could have been taken short of
withdrawal, including economic, military, and diplomatic options, to increase pressure
on Russia for violating the INF Treaty.</text></paragraph>

<paragraph id="H892E62D92DF2469FA973283C1F54D76A"><enum>(5)</enum><text>The status of
all consultations with allies pertaining to the INF Treaty and the threat posed by
Russian forces that are noncompliant with the obligations of such
treaty.</text></paragraph>

<paragraph id="H925A04A2B2C348C79B12D3E23C6EA983"><enum>(6)</enum><text>The impact that
Russian withdrawal from the INF Treaty and the expiration of the New START Treaty could
have on long-term United States-Russia strategic
stability.</text></paragraph></subsection>

<subsection id="H751EF587592140B38C0110D3661E1486"><enum>(c)</enum><header>Withholding
of funds</header><text>Until the date of the submission of the assessment required by
subsection (b), an amount that is equal to 20 percent of the total amount authorized to
be appropriated to the Office of the Secretary of Defense under the Operations and
Maintenance, Defense-Wide account for the travel of persons shall be withheld from
obligation or expenditure.</text></subsection>
```

```
<subsection
id="H48017220BFA94FF69E5A28271D0F5452"><enum>(d)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H2AF1CF2819174BCBAE42111FF76704E8"><enum>(1)</enum><header>New start
treaty</header><text>The term <term>New START Treaty</term> means the Treaty between
the United States of America and the Russian Federation on Measures for the Further
Reduction and Limitation of Strategic Offensive Arms, signed at Prague April 8, 2010,
and entered into force February 5, 2011.</text></paragraph>

<paragraph id="H2BBCED6BF6FA467DA1C118E9ADD376FA"
commented="no"><enum>(2)</enum><header>Inf treaty</header><text>The term <term>INF
Treaty</term> means the Treaty between the United States of America and the Union of
Soviet Socialist Republics on the Elimination of Their Intermediate-Range and Shorter-
Range Missiles, signed at Washington December 8, 1987, and entered into force June 1,
1988.</text></paragraph></subsection></section>

<section id="H788A74454C5F4E068CE6A9CA9B29FBB0" section-type="subsequent-
section"><enum>1237.</enum><header>Reports relating to the New START Treaty</header>

<subsection id="H2D5258FD333241C093D0D16EFE447CD2"><enum>(a)</enum><header>Sense of
congress</header><text display-inline="yes-display-inline">It is the sense of Congress
that legally binding, verifiable limits on Russian strategic nuclear forces are in the
national security interest of the United States.</text></subsection>

<subsection id="H31B86BD4FB0744E8B3C3F3AD1F71B95F"><enum>(b)</enum><header>Prior
notification for withdrawal</header><text display-inline="yes-display-inline">Not later
than 120 days before the provision to Russia, pursuant to Article XIV of the New Start
Treaty, of notice of intent to withdraw the United States from the Treaty, the
Secretary of Defense and the Secretary of State shall jointly submit to the
congressional defense committees, the Committee on Foreign Affairs of the House of
Representatives, and the Committee on Foreign Relations of the Senate a notification
that includes a description of the extraordinary events jeopardizing the United
Statesâ€™ supreme interests accompanying such notice of intent to withdraw in
accordance with the requirements of such Article XIV.</text></subsection>

<subsection id="HF17C657BAAE444A0A1D1F87C9BF4C278"><enum>(c)</enum><header>Assessments
from director of national intelligence</header>

<paragraph id="H78F478F2B6964972ADE25828B41452BB"><enum>(1)</enum><header>Relating to
expiration of new start treaty</header><text>Not later than 180 days after the date of
the enactment of this Act, the Director of National Intelligence shall submit to the
appropriate congressional committees an assessment of the implications of the
expiration of the New START Treaty without the United States and Russia having entered
into a new arms control agreement. The assessment shall include the following
elements:</text>

<subparagraph id="H36EBC90D290E45C9920B39772EE9372E"><enum>(A)</enum><text display-
inline="yes-display-inline">An assessment of possible changes to the Russian nuclear
force structure through 2026, if the Treaty expires in 2021 without replacement,
including Russiaâ€™s ability and intent to deploy strategic nuclear warheads and
delivery vehicles above the central limits of the Treaty and with respect to possible
future strategic nuclear weapons research and development
programs.</text></subparagraph>

<subparagraph id="H40F41201E5104A39BBE196F701DF7CCB"><enum>(B)</enum><text>An
assessment of the verification and transparency benefits of the Treaty and a
description of the Treaty's impact on the United States' understanding of Russia's
nuclear forces.</text></subparagraph>

<subparagraph id="H9D4A98B9111A42828A3EDC6A9CC3C020"><enum>(C)</enum><text>An
assessment of what actions would be necessary for the United States to remediate the
loss of the Treatyâ€™s verification and transparency benefits if the Treaty is not
extended and a new arms control agreement is not concluded, and an estimate of the
remedial resources required to ensure no concomitant loss of understanding of
Russiaâ€™s nuclear forces as practicable.</text></subparagraph></paragraph>

<paragraph id="HC76844F960EA4A888F212B7711214B65"><enum>(2)</enum><header>Relating to
Russiaâ€™s willingness to engage in nuclear arms control negotiations</header><text>Not
later than 180 days after the date of the enactment of this Act, the Director of
```

National Intelligence shall submit to the appropriate congressional committees an assessment of Russiaâ€™s willingness to engage in nuclear arms control negotiations and Russiaâ€™s priorities in these negotiations. The assessment shall include the following elements:</text>

<subparagraph id="H56B5E68ADA284A47B98E05037DAF2770"><enum>(A)</enum><text>An assessment of Russiaâ€™s willingness to extend the New START Treaty and its likely negotiating position to discuss such an extension with the United States.</text></subparagraph>

<subparagraph id="HF0CE4920FBB14C1F9B03A786593E6691"><enum>(B)</enum><text>An assessment of Russiaâ€™s interest in negotiating a broader arms control agreement that would include nuclear weapons systems not accountable under the New START Treaty, including non-strategic nuclear weapons.</text></subparagraph>

<subparagraph id="H4C4B6052586E42CD880C0A454C40E8AF"><enum>(C)</enum><text>An assessment of what concessions Russia would likely seek from the United States during such negotiations, including what additional United Statesâ€™ military capabilities Russia would seek to limit, in any broader arms control negotiation.</text></subparagraph>

<subparagraph id="H1B06290D4F974F4787280B595CB7FF2B"><enum>(D)</enum><text>Any other matter the Director determines to be relevant.</text></subparagraph></paragraph></subsection>

<subsection id="H417ECDAEE33F41D899E291C715177DAB"><enum>(d)</enum><header>Reports and briefing from secretary of state</header>

<paragraph id="H29266EF63BF2431284F6CFC6923A76CE"><enum>(1)</enum><header>Relating to nato, nato member countries, and other United States allies</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of State, in consultation with the Secretary of Defense, shall submit a report and provide a briefing to the appropriate congressional committees that includesâ€"</text>

<subparagraph id="H70A50CF506F24460A31747B720BF8581"><enum>(A)</enum><text display-inline="yes-display-inline">an assessment of the likely reactions of the North Atlantic Treaty Organization (NATO), NATO member countries, and other United States allies and partners to the expiration of the New START Treaty without the entry into force of a new nuclear arms control agreement between the United States and Russia; and</text></subparagraph>

<subparagraph id="H71AB1BC49D234E03B394AA3FF1992FF9"><enum>(B)</enum><text>a description of the consultations undertaken with allies relating to the Treaty.</text></subparagraph></paragraph>

<paragraph id="HC45B797EC1C84F9199717D5E0F8A36C1"><enum>(2)</enum><header>Relating to ongoing implementation of the new start treaty</header><text>Not later than 60 days after the date of the enactment of this Act, and again not later than September 1, 2020, the Secretary of State, in consultation with the Secretary of Defense, shall submit a report to the appropriate congressional committees with an assessment of the following elements:</text>

<subparagraph id="H8830C07377464DF7B0B8E0B86FD5F116"><enum>(A)</enum><text>Whether the Russian Federation remains in compliance with its obligations under the New START Treaty.</text></subparagraph>

<subparagraph id="HE29E3E8AF5DD44778F36CA32B6E0B6B7"><enum>(B)</enum><text>Whether continuing implementation of the New START Treaty remains in the national security interest of the United States.</text></subparagraph></paragraph>

<paragraph id="HCB42DBBF7D6C41DFBAC492C0E79CF832"><enum>(3)</enum><header>Relating to other matters</header><text>Not later than 90 days after the date of the enactment of this Act, and every 180 days thereafter until the New START Treaty is extended beyond February 2021 or expires, the Secretary of State, in consultation with the Secretary of Defense, shall provide a briefing to the appropriate congressional committees that includes the following elements:</text>

<subparagraph id="H8F412979227B4E53822E7E59E40CB866"><enum>(A)</enum><text>A description of any discussions with Russia on the Treaty or a multilateral arms control treaty with Russia and other countries on the reduction and limitation of strategic offensive arms, and discussions addressing the disparity between the non-strategic

WASHSTATEC015157

nuclear weapons stockpiles of Russia and of the United States, at the Assistant Secretary level, Ambassadorial level, or higher.</text></subparagraph>

<subparagraph id="H1D1F7B4D84244349A490FB636169A7F2"><enum>(B)</enum><text>The dates, locations, discussion topics, and Russian interlocutors involved in those discussions.</text></subparagraph>

<subparagraph id="HE7336BA3E1F44DD686C8F9FA0E3FBD75"><enum>(C)</enum><text>An identification of the United States Government departments and agencies involved in the discussions.</text></subparagraph>

<subparagraph id="H732A880A0F8A45EB90E8D9460720ABD6"><enum>(D)</enum><text>The types of systems, both nuclear and nonnuclear, discussed by either side in such discussions as the potential subjects of an agreement.</text></subparagraph>

<subparagraph id="H9C85BC79D2744609A5050D20A463299F"><enum>(E)</enum><text display-inline="yes-display-inline">Whether formal negotiations to extend the Treaty or negotiate a new agreement have occurred.</text></subparagraph></paragraph></subsection>

<subsection id="HE1E71BD3E71E41BFB5EEA79887DE3E4D"><enum>(e)</enum><header>Report and briefing from secretary of defense</header>

<paragraph id="HABB5D6CC260D4C5CBC5F81757B9D8E75"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of Energy, shall submit a report to the congressional defense committees that includes an assessment of the manner and extent to which the United States nuclear force structure could change if the New START Treaty expires in 2021, including current and planned nuclear modernization programs, and associated costs.</text></paragraph>

<paragraph id="H8822044194914F4D80805C0E07E153EF"><enum>(2)</enum><header>Additional report upon expiration</header><text display-inline="yes-display-inline">Not later than April 5, 2021, the Secretary of Defense, in consultation with the Secretary of Energy, shall, if the New START Treaty has expired prior to such date, submit a plan describing the manner in which the United States nuclear force structure will change, including current and planned nuclear modernization programs and associated costs.</text></paragraph></subsection>

<subsection id="HD5600AA84EEC496C9347E866498ADBEA"><enum>(f)</enum><header>Form</header><text>Each report, plan, or assessment required by this section shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="HF5ACA7B84A9846BF91132352A29A2D95"><enum>(g)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H51B4ACF310D841B3B3BD3E0004F11A48"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H26F0D2267344477D9255E3ECED03A525"><enum>(A)</enum><text>the Committee on Foreign Relations, the Committee on Armed Services, and the Select Committee on Intelligence of the Senate; and</text></subparagraph>

<subparagraph id="HA0255DF15A52428C9BE0A03560D94863"><enum>(B)</enum><text>the Committee on Foreign Affairs, the Committee on Armed Services, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H55387C2D119747C180F0A28172F58DD4"><enum>(2)</enum><header>New start treaty; treaty</header><text>The terms <term>New START Treaty</term> and <term>Treaty</term> mean the Treaty between the United States of America and the Russian Federation on Measures for the Further Reduction and Limitation of Strategic Offensive Arms, signed on April 8, 2010, and entered into force on February 5, 2011.</text></paragraph></subsection></section>

<section id="HA66840ECC8644A8A989FB6C0B109152A"><enum>1238.</enum><header>Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region</header>

```
<subsection commented="no" display-inline="no-display-inline"
id="H45647B3DE8FE4334869C086F065340BA"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Secretary of Defense, in
consultation with the Secretary of State and the Director of National Intelligence,
shall submit to the appropriate committees of Congress the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H0F2663023B5A4881877F1524E4073E1C"><enum>(1)</enum><text display-inline="yes-
display-inline">A report on any military activities of the Russian Federation in the
Arctic region.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0E0012D342F34267984A9314083122DE"><enum>(2)</enum><text display-inline="yes-
display-inline">A report on any military activities of the People's Republic of China
in the Arctic region.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD1D6E38B12C94DE3BBC4145A6350714B"><enum>(b)</enum><header display-inline="yes-
display-inline">Matters to be included</header><text display-inline="yes-display-
inline">The reports under subsection (a) shall include, with respect to the Russian
Federation or the People's Republic of China, as applicable, the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HA425DA3E2E66452CB46501D47EBC15CC"><enum>(1)</enum><text display-inline="yes-
display-inline">A description of military activities of such country in the Arctic
region, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7B46C93C5E864D6EB328A74C46EF1993"><enum>(A)</enum><text display-inline="yes-
display-inline">the emplacement of military infrastructure, equipment, or
forces;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HCDB355821AB24428AA35D3774ED7AC58"><enum>(B)</enum><text display-inline="yes-
display-inline">any exercises or other military activities; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H190F6DF8DE824D8BAC9D0F9C3EC58038"><enum>(C)</enum><text display-inline="yes-
display-inline">activities that are non-military in nature, but are considered to have
military or other strategic implications.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HECEC82EDDF3945F9AEC051C86F5A1326"><enum>(2)</enum><text display-inline="yes-
display-inline">An assessment ofâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD5A3E5FE816B457C90B8C824C0C4BD80"><enum>(A)</enum><text display-inline="yes-
display-inline">the intentions of such activities;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC8052CF8C07A4516B46626141BE826D4"><enum>(B)</enum><text display-inline="yes-
display-inline">the extent to which such activities affect or threaten the interests of
the United States and allies in the Arctic region; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9D88DC91598C4C03AB3F5B338EA42175"><enum>(C)</enum><text display-inline="yes-
display-inline">any response to such activities by the United States or
allies.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5C11A6791AA7499B94F02057D084DBE9"><enum>(3)</enum><text display-inline="yes-
display-inline">A description of future plans and requirements with respect to such
activities.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCEF2BAFB84674FF4978CD03027631C53"><enum>(c)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">Each report
under subsection (a) shall be submitted in classified form, but may include an
unclassified executive summary.</text></subsection>
```

WASHSTATEC015159

```
<subsection commented="no" display-inline="no-display-inline"
id="H62A4373B776B4C5684ECAAB2C42B1EFC"><enum>(d)</enum><header display-inline="yes-
display-inline">Appropriate committees of Congress defined</header><text display-
inline="yes-display-inline">In this section, the term <term>appropriate committees of
Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HEFE930C23D0645C68D2BA04FBBD34F5B"><enum>(1)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Foreign Relations,
the Committee on Appropriations, and the Select Committee on Intelligence of the
Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6054FCD175C0441B9F080873D52F0981"><enum>(2)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, the
Committee on Appropriations, and the Permanent Select Committee on Intelligence of the
House of Representatives.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HE3C845E6C1414710A7225B63D72E0B7D" section-type="subsequent-
section"><enum>1239.</enum><header display-inline="yes-display-inline">Updated strategy
to counter the threat of malign influence by the Russian Federation and other
countries</header>

<subsection commented="no" display-inline="no-display-inline"
id="H61B7FC6EFE304254874220E5F62E0B8C"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of Defense and the Secretary of State, in coordination with the appropriate
United States Government officials, shall jointly update, with the additional elements
described in subsection (b), the comprehensive strategy to counter the threat of malign
influence developed pursuant to section 1239A of the National Defense Authorization Act
for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1667).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H7E33C550AA2443859ACAB023ADA29FC5"><enum>(b)</enum><header display-inline="yes-
display-inline">Additional elements</header><text display-inline="yes-display-
inline">The updated strategy required under subsection (a) shall include the
following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H370AA8B2F143498D8E7EE24D82DC03E3"><enum>(1)</enum><text display-inline="yes-
display-inline">With respect to each element specified in paragraphs (1) through (7) of
subsection (b) of such section 1239A, actions to counter the threat of malign influence
operations by the Peopleâ€™s Republic of China and any other country engaged in
significant malign influence operations.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF5F4AC7FDB5D4ADDA7A5917B65928870"><enum>(2)</enum><text display-inline="yes-
display-inline">A description of the interagency organizational structures and
procedures for coordinating the implementation of the comprehensive strategy for
countering malign influence by the Russian Federation, China, and any other country
engaged in significant malign influence operations.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H03254240196F4402B9B31A55E643FA7E"><enum>(c)</enum><header display-inline="yes-
display-inline">Report</header><text display-inline="yes-display-inline">Not later than
180 days after the date of the enactment of this Act, the Secretary of Defense and the
Secretary of State shall jointly submit to the appropriate committees of Congress a
report detailing the updated strategy required under subsection
(a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HDCA4C84186CD468CB3013156456D38FF"><enum>(d)</enum><header display-inline="yes-
display-inline">Appropriate committees of Congress defined</header><text display-
inline="yes-display-inline">In this section, the term <term>appropriate committees of
Congress</term> has the meaning given the term in subsection (e) of such section
1239A.</text></subsection></section></subtitle>

<subtitle id="HE049EEFB2E7642DAB5A93DBCD8437661"><enum>E</enum><header>Matters relating
to Europe and NATO</header>
```

WASHSTATEC015160

```
<section id="HEB814D3AD0CE48A0ACA13FA1CF48F148" section-type="subsequent-
section"><enum>1241.</enum><header>Sense of Congress on support for the North Atlantic
Treaty Organization</header><text display-inline="no-display-inline">It is the sense of
Congress thatâ€"</text>

<paragraph id="HF439E962CE9D44E0BE0B73E7AFC46A0B"><enum>(1)</enum><text>the North
Atlantic Treaty Organization (NATO) is critical to achieving United States national
security interests and defense objectives around the world;</text></paragraph>

<paragraph id="H3DC892AF4B5F4FD9A4A83C41D49AB0EF"><enum>(2)</enum><text>NATO is the
most successful military alliance in history, founded on the principles of democracy,
individual liberty, and the rule of law, and its contributions to the collective
defense are indispensable to the security, prosperity, and freedom of its
members;</text></paragraph>

<paragraph id="HB803193E512F444FB123149A06F86D82"><enum>(3)</enum><text>membership in
NATO is a cornerstone of the security and national defense of the United
States;</text></paragraph>

<paragraph id="HDDC48415FC094397A2020EE98A9FB632"><enum>(4)</enum><text>the United
States commitment to the NATO alliance has been foundational to the rules-based
international order for seven decades, helping to sustain a system of mutual security
and shared values and enhance the United States security through common defense;
</text></paragraph>

<paragraph id="H067BF47B6A35457D8E2D2D0822F5E280"><enum>(5)</enum><text>the United
States must remain ironclad in its commitment to uphold its obligations under the North
Atlantic Treaty, including Article 5 of such Treaty;</text></paragraph>

<paragraph id="HD4318496F7D44C1B9A34A45F22BB9C1F"><enum>(6)</enum><text>the United
States should deepen strategic and defense cooperation with non-NATO European partners,
and encourage NATO cooperation with such partners;</text></paragraph>

<paragraph id="H8EE4B5FC06484063B6E7837F88C39154"><enum>(7)</enum><text>the United
States should encourage defense cooperation that complements and strengthens NATO
collective defense, interoperability, and alliesâ€™ commitment to Article 3 of the
North Atlantic Treaty; and</text></paragraph>

<paragraph id="HE4755454869B4B369C0E506FC910AEDE"><enum>(8)</enum><text>the United
States should pursue a long-term policy to strengthen relationships with NATO allies,
oppose efforts to undermine and divide the NATO alliance, invest in long-term efforts
to deter aggression against NATO allies and counter campaigns aimed at eroding shared
values of the alliance, and enhance interoperability and planning for collective
defense.</text></paragraph></section>

<section id="H32375E3DEB004F5C99574AAFCA9AFD58" section-type="subsequent-
section"><enum>1242.</enum><header>Prohibition on the use of funds to suspend,
terminate, or provide notice of denunciation of the North Atlantic Treaty</header><text
display-inline="no-display-inline">Notwithstanding any other provision of law, no funds
may be obligated, expended, or otherwise made available during the period beginning on
the date of the enactment of this Act and ending on December 31, 2020, to take any
action to suspend, terminate, or provide notice of denunciation of the North Atlantic
Treaty, done at Washington, D.C. on April 4, 1949.</text></section>

<section id="H8CDCD00D06B54F59BE7068FDD91A021F" section-type="subsequent-
section"><enum>1243.</enum><header>Future years plans and planning transparency for the
European Deterrence Initiative</header>

<subsection
id="HB64EFDDD1C26468C9895CDFA9279BA6E"><enum>(a)</enum><header>Amendments</header><text
display-inline="yes-display-inline">Section 1273 of the National Defense Authorization
Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1696) is amended as
follows:</text>

<paragraph id="H95A4697212BA432A953758310D425D6C"><enum>(1)</enum><text>In the section
heading, by striking <quote><header-in-text level="section" style="OLC">plan</header-
in-text></quote> and inserting <quote><header-in-text level="section"
style="OLC">plans</header-in-text></quote>. </text></paragraph>

<paragraph id="H2914FDFD45FE43EBA4AF127AE32227C2"><enum>(2)</enum><text>In subsection
(a) to read as follows:</text>
```

&lt;quoted-block style="OLC" id="H829386D530BE42DDB6ACD2502B1ACDD6" display-inline="no-display-inline"&gt;

&lt;subsection id="H2B3964FFF9BC481C96794D2B97871524"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Initial plan&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Not later than December 31, 2019, the Secretary of Defense, in consultation with the Commander of the United States European Command, shall submit to the congressional defense committees a future years plan on activities and resources of the European Deterrence Initiative (EDI) for fiscal year 2020 and not fewer than the four succeeding fiscal years.&lt;/text&gt;&lt;/subsection&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;

&lt;paragraph id="H5AB1B94DCB0A4B5E9D14315EF03AC3BB"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;header&gt;Matters to be included&lt;/header&gt;&lt;text&gt;In subsection (b) â€"&lt;/text&gt;

&lt;subparagraph id="H44C31CABA72F417781EE45560A055EEB"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;in paragraph (1) to read as follows:&lt;/text&gt;

&lt;quoted-block style="OLC" id="H84C0290762B7418CBAB4848710BFE11B" display-inline="no-display-inline"&gt;

&lt;paragraph id="H2378A1DA41BD42D1B806EE5BA68E74E5"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;A description of the objectives of the EDI, including a description ofâ€"&lt;/text&gt;

&lt;subparagraph id="H0FED9FAFE02F4A7887B77D28F5DA5D07"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;the intended force structure and posture of the assigned and allocated forces within the area of responsibility of the United States European Command for the last fiscal year of the plan; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HB00F0B7823304403B7EE4A8815005E4B"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;the manner in which such force structure and posture support the implementation of the National Defense Strategy.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;after-quoted-block&gt;;&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H36CD353679F843EC810B9A191ED6014D"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;in paragraph (5), by striking &lt;quote&gt;required infrastructure investments&lt;/quote&gt; and inserting &lt;quote&gt;required infrastructure and military construction investments&lt;/quote&gt;; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H36F3945EF78E42A6916C012013005B46"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;in paragraph (8)â€"&lt;/text&gt;

&lt;clause id="HEC12E7D017C84A28BD7B99BDD79B06B2"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;in subparagraph (E), by striking &lt;quote&gt;and&lt;/quote&gt; at the end;&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H0C27A22C2428485285A672FAA8B8937B"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;in subparagraph (F), by striking the period at the end and inserting a semicolon; and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="HD9740A3F2B0F4AF3BA9D01085A88FB5B"&gt;&lt;enum&gt;(iii)&lt;/enum&gt;&lt;text&gt;by adding at the end the following:&lt;/text&gt;

&lt;quoted-block style="OLC" id="H302F0E720BF445F5986CA25B6B9349D1" display-inline="no-display-inline"&gt;

&lt;subparagraph id="H9590477F843843278934B4C24902B92C"&gt;&lt;enum&gt;(G)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;a detailed assessment of the resources necessary to achieve the requirements of the plan, including specific cost estimates for each project under the EDI to support increased presence, exercises and training, enhanced prepositioning, improved infrastructure, and building partnership capacity;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H9C0699687BDA4A93876CEE01808BDD73"&gt;&lt;enum&gt;(H)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;a detailed timeline to achieve the force posture and capabilities, including permanent force posture requirements; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H1FCDB098553D4AC1ADE28C58AFD5682B"&gt;&lt;enum&gt;(I)&lt;/enum&gt;&lt;text&gt;a detailed explanation of any significant modifications to activities and resources as compared to the future years plan on activities and resources of the EDI submitted for the previous year.&lt;/text&gt;&lt;/subparagraph&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/clause&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="HB2916C525F464D8A88DD1AA15547B2BF"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text&gt;By

redesignating subsections (c) and (d) as subsections (d) and (e), respectively.</text></paragraph>

<paragraph id="HBEE39D5732134FB080D5C09A0401298A"><enum>(5)</enum><text>By inserting after subsection (b) the following:</text>

<quoted-block style="OLC" id="H79A813B408B340C19C004DFDEB74551D" display-inline="no-display-inline">

<subsection id="H718BF39183814F1199A11571C0E5D895"><enum>(c)</enum><header>Subsequent plans</header>

<paragraph id="HB3DBF23A998A407CAD471C0A5142AC3F"><enum>(1)</enum><header>In general</header><text>Not later than the date on which the Secretary of Defense submits to Congress the budget request for the Department of Defense for fiscal year 2021 and each fiscal year thereafter, the Secretary, in consultation with the Commander of the United States European Command, shall submit to the congressional defense committees a future years plan on activities and resources of the European Deterrence Initiative for such fiscal year and not fewer than the four succeeding fiscal years.</text></paragraph>

<paragraph id="HE90E6F5326BB4C648EEAB106E62FCA4E" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Matters to be included</header><text display-inline="yes-display-inline">The plan required under paragraph (1) shall includeâ€"</text>

<subparagraph id="HA2513CFA3C4D4CE5983674D10AF725E4" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">the matters described in subsection (b); and</text></subparagraph>

<subparagraph id="HB9DEBC3D8E5F407C9936BB747D42F35D" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">a detailed explanation of any significant modifications in requirements or resources, as compared to the plan submitted under such subsection (b).</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE4204A7E1BA14D728B317446DC2BBC60"><enum>(6)</enum><text>In subsection (d), as redesignated, by striking <quote>The plan required under subsection (a)</quote> and inserting <quote>The plans required under subsections (a) and (c)</quote>.</text></paragraph>

<paragraph id="HCBAF75A184814F2398B9400FB648222D" commented="no"><enum>(7)</enum><text display-inline="yes-display-inline">In subsection (e), as redesignated, by striking <quote><header-in-text level="subsection" style="OLC">Limitations</header-in-text></quote> and all that follows through <quote>In the case of</quote> and inserting <quote><header-in-text level="subsection" style="OLC">Limitations</header-in-text></quote>.â€"In the case of</quote>.</text></paragraph></subsection>

<subsection id="H50D65A74ACA6435EBDDFA84DC6B3A323" commented="no"><enum>(b)</enum><header>Budget display information</header><text display-inline="yes-display-inline">The Secretary of Defense shall include in the materials submitted to Congress by the Secretary in support of the budget of the President for fiscal year 2021 and each fiscal year thereafter (as submitted under section 1105 of title 31, United States Code), a detailed budget display for the European Deterrence Initiative that includes the following information (regardless of whether the funding line is for overseas contingency operations):</text>

<paragraph id="HC6B8873CC3B64FBA87E88CBCCE5D76A7"><enum>(1)</enum><text display-inline="yes-display-inline">With respect to procurement accountsâ€"</text>

<subparagraph id="HBBDF984E2236438490E2D271235579F1"><enum>(A)</enum><text display-inline="yes-display-inline">amounts displayed by account, budget activity, line number, line item, and line item title; and</text></subparagraph>

<subparagraph id="H201F22F913D543BC81A358E075229AE6"><enum>(B)</enum><text>a description of the requirements for each such amounts specific to the Initiative.</text></subparagraph></paragraph>

<paragraph id="HFDDBFC9590CC4B49973A5157083AFB9B"><enum>(2)</enum><text>With respect to research, development, test, and evaluation accountsâ€"</text>

WASHSTATEC015163

```
<subparagraph id="HFA71477FDD90461091F9DB55933187DA"><enum>(A)</enum><text display-
inline="yes-display-inline">amounts displayed by account, budget activity, line number,
program element, and program element title; and</text></subparagraph>

<subparagraph id="HB3327C32AFB04768953BF230C36044DA"><enum>(B)</enum><text>a
description of the requirements for each such amounts specific to the
Initiative.</text></subparagraph></paragraph>

<paragraph id="HBF5C334A7D59473B8CAA6F34E2321190"><enum>(3)</enum><text>With respect to
operation and maintenance accountsâ€"</text>

<subparagraph id="H3BFC6746E3784CE7BA523EC25E79F6F2"><enum>(A)</enum><text display-
inline="yes-display-inline">amounts displayed by account title, budget activity title,
line number, and subactivity group title; and</text></subparagraph>

<subparagraph id="H75D422C2366943A0A84DB4691745E4A3"><enum>(B)</enum><text>a
description of how such amounts will specifically be
used.</text></subparagraph></paragraph>

<paragraph id="HC33440B773E041D38EB9A00953716C79"><enum>(4)</enum><text>With respect to
military personnel accountsâ€"</text>

<subparagraph id="H158194977B964D8A8DCC5CC3D71F63D1"><enum>(A)</enum><text display-
inline="yes-display-inline">amounts displayed by account, budget activity, budget
subactivity, and budget subactivity title; and</text></subparagraph>

<subparagraph id="H2BA25B9595E943768F4D270CF0ED61EE"><enum>(B)</enum><text>a
description of the requirements for each such amounts specific to the
Initiative.</text></subparagraph></paragraph>

<paragraph id="H083E745C364D4F229CA0FA0299E20B98"><enum>(5)</enum><text display-
inline="yes-display-inline">With respect to each project under military construction
accounts (including with respect to unspecified minor military construction and amounts
for planning and design), the country, location, project title, and project amount by
fiscal year.</text></paragraph></subsection>

<subsection id="H1A9050628B13417CA6146A128F249CAC"><enum>(c)</enum><header>End of
fiscal year report</header><text display-inline="yes-display-inline">Not later than
November 30, 2020, and annually thereafter, the Secretary of Defense shall submit to
the congressional defense committees a report that containsâ€"</text>

<paragraph id="HCB9DEA4315C34D40BCF2FCB69FCC4A7C"><enum>(1)</enum><text>a detailed
summary of funds obligated for the European Deterrence Initiative for the preceding
fiscal year; and</text></paragraph>

<paragraph id="HF196C688EEF245389F6FB4D0C889A4DC"><enum>(2)</enum><text>a detailed
comparison of funds obligated for the European Deterrence Initiative for the preceding
fiscal year to amounts requested for the Initiative for that fiscal year in the
materials submitted to Congress by the Secretary in support of the budget of the
President for that fiscal year as required by subsection (c), including with respect to
each of the accounts described in paragraphs (1), (2), (3), (4), and (5) of subsection
(b) and the information required under each such
paragraph.</text></paragraph></subsection>

<subsection id="H9C7935F62CED4A318C316410CA573FE5"><enum>(d)</enum><header>Interim
briefing</header><text>Not later than March 30, 2021, and annually thereafter, the
Secretary of Defense shall provide the congressional defense committees with an interim
briefing on the status of all matters covered by the end of fiscal year report required
by section (c).</text></subsection></section>

<section id="H7E960A2774E547ED999ADCCED9899A65" section-type="subsequent-
section"><enum>1244.</enum><header>Modification and extension of Ukraine Security
Assistance Initiative</header><text display-inline="no-display-inline">Section 1250 of
the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129
Stat. 1068) is amendedâ€"</text>

<paragraph id="HE2F3CCF251B44DFCA1BEA67AE181432A"><enum>(1)</enum><text>in subsection
(a), by striking <quote>in coordination with the Secretary of State</quote> and
inserting <quote>with the concurrence of the Secretary of
State</quote>;</text></paragraph>
```

<paragraph id="H810424B265DB46B3B8F041E284B03643"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (b)â€"</text>

<subparagraph id="H99151C0284D344BD98A3FBC30F3BDC0F"><enum>(A)</enum><text>by amending paragraph (11) to read as follows: </text>

<quoted-block style="OLC" id="H1F8B1E06EACA456BB3C363510E18C43B" display-inline="no-display-inline">

<paragraph id="HCA912D77016245FABEC599239FA87C4D"><enum>(11)</enum><text display-inline="yes-display-inline">Air defense and coastal defense radars, and systems to support effective command and control and integration of air defense and coastal defense capabilities.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HF53BCF0D45744B5BAEFC2F7383E1DFF0"><enum>(B)</enum><text>by redesignating paragraphs (14) and (15) as paragraphs (15) and (16), respectively;</text></subparagraph>

<subparagraph id="H0108C1F9B5614811A3A490BB1BEA83DD"><enum>(C)</enum><text>by inserting after paragraph (13) the following: </text>

<quoted-block style="OLC" id="H1C3E7A9AD93647D5BC88075EA080930E" display-inline="no-display-inline">

<paragraph id="H86F96A67DA674B69915AA1758C199F7C"><enum>(14)</enum><text display-inline="yes-display-inline">Coastal defense and anti-ship missile systems.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H4287B5B40A854779924EEA4A6B987528"><enum>(D)</enum><text>in paragraph (15), as so redesignated, by striking <quote>paragraphs (1) through (13)</quote> and inserting <quote>paragraphs (1) through (14)</quote>;</text></subparagraph></paragraph>

<paragraph id="H72335C4C6A0B4534B6DE59C9DA8AD36A"><enum>(3)</enum><text>in subsection (c)â€"</text>

<subparagraph id="HD266B91256774FD0A84B0F8172E6F43E"><enum>(A)</enum><text>in paragraph (1), by striking <quote>50 percent of the funds available for fiscal year 2019 pursuant to subsection (f)(4)</quote> and inserting <quote>50 percent of the funds available for fiscal year 2020 pursuant to subsection (f)(5)</quote>;</text></subparagraph>

<subparagraph id="H7A73EF88D81A48FCB7D9A6C0A641AF28"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (3), by striking <quote>fiscal year 2019</quote> and inserting <quote>fiscal year 2020</quote>; and</text></subparagraph>

<subparagraph id="H471E56F841BF4235BFB5AB93F0DF192B"><enum>(C)</enum><text display-inline="yes-display-inline">in paragraph (5), by striking <quote>Of the funds available for fiscal year 2019 pursuant to subsection (f)(4)</quote> and inserting <quote>Of the funds available for fiscal year 2020 pursuant to subsection (f)(5)</quote>;</text></subparagraph></paragraph>

<paragraph id="H7E64E83AAC32401D9DD9B665C7E3D599"><enum>(4)</enum><text>in subsection (f), by adding at the end the following:</text>

<quoted-block style="OLC" id="H2A9520FE294A47A2B5151F1EF1106978" display-inline="no-display-inline">

<paragraph id="H3B0DE39FC282416D8D9FFB1CF698FDC0" commented="no"><enum>(5)</enum><text display-inline="yes-display-inline">For fiscal year 2020, $300,000,000.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H2489E9AA5D8C44C383C887E31837BEB8" commented="no"><enum>(5)</enum><text display-inline="yes-display-inline">in subsection (h), by striking <quote>December 31, 2021</quote> and inserting <quote>December 31, 2022</quote>.</text></paragraph></section>

<section id="H4071810A0F174E06807172C53DC17ED3"><enum>1245.</enum><header>Limitation on transfer of Fâ€"35 aircraft to Turkey</header>

<subsection

id="HD0ABD0A9EC284281825B7E618502C963"><enum>(a)</enum><header>Limitation</header><text>None of the funds authorized to be appropriated or otherwise made available for the Department of Defense may be used to do the following, and the Department may not otherwise do the following:</text>

<paragraph id="HAB706ABEF65940AD9DBA762F14E734DC"><enum>(1)</enum><text>Transfer, facilitate the transfer, or authorize the transfer of, any Fâ€"35 aircraft or related support equipment or parts to Turkey.</text></paragraph>

<paragraph id="HA48A1AA19B884923A6DA6B1148B3DBD3"><enum>(2)</enum><text>Transfer intellectual property, technical data, or material support necessary for, or related to, any maintenance or support of the Fâ€"35 aircraft necessary to establish Turkeyâ€™s indigenous Fâ€"35 capability.</text></paragraph>

<paragraph id="HCC013243236943079112FE9559FD5570"><enum>(3)</enum><text>Construct a storage facility for, or otherwise facilitate the storage in Turkey of, any Fâ€"35 aircraft transferred to Turkey.</text></paragraph></subsection>

<subsection id="HC212B7BA93D8445790E8BE90B7C348F2"><enum>(b)</enum><header>Waiver</header>

<paragraph id="H0A58BBC3693C40CD8BEECF91A9100DCD"><enum>(1)</enum><header>Certification</header><text>The Secretary of Defense, jointly with the Secretary of State, may waive the limitation under subsection (a) only if the Secretaries submit to the appropriate committees of Congress a written certification that contains a determination by the Secretaries, and any relevant documentation on which the determination is based, that the Government of Turkey, having previously accepted delivery of the Sâ€"400 air and missile defense system from the Russian Federationâ€"</text>

<subparagraph id="HA749AB8EE96849F3A1324C8C99DFDBB0"><enum>(A)</enum><text>no longer possesses the Sâ€"400 air and missile defense system or any other equipment, materials, or personnel associated with such system;</text></subparagraph>

<subparagraph id="HB1ED39EBF2E94D5B94D150DFED9FF83C"><enum>(B)</enum><text>has provided credible assurances that the Government of Turkey will not in the future accept delivery of such system; and</text></subparagraph>

<subparagraph id="HC95E8D2FB94540A6B121F5505B9E2182"><enum>(C)</enum><text>has not, since July 31, 2019, purchased or accepted delivery of defense equipment from the Russian Federation in addition to the Sâ€"400 air and missile defense system that would increase the risk of compromising the capabilities of the Fâ€"35 aircraft and its associated systems.</text></subparagraph></paragraph>

<paragraph id="H37A0DACBBDB14C528FA71D1309E8EBBA"><enum>(2)</enum><header>Notice and wait requirement</header><text>The Secretary of Defense and the Secretary of State may not waive the limitation under subsection (a) until 90 days after the date on which the Secretaries submit the certification under paragraph (1).</text></paragraph></subsection>

<subsection id="H8B4D24D7308D4BECA288196CB450C727"><enum>(c)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="HD8E62CEEECC14B98851629DD0E65EFE3"><enum>(1)</enum><text>Turkeyâ€™s possession of the Sâ€"400 air and missile defense system adversely affects the national security of Turkey, the United States, and all members of the North Atlantic Treaty Alliance;</text></paragraph>

<paragraph id="H18265177F737490C923F8976581FB926"><enum>(2)</enum><text>the United States offer of the Patriot air and missile defense system to Turkey constituted a viable alternative to Turkeyâ€™s acquisition of the Sâ€"400 air and missile defense system;</text></paragraph>

<paragraph id="H5E65EC2D1AB64800AFCF3704180A6CCE"><enum>(3)</enum><text>acceptance of the Sâ€"400 air and missible defense system by Turkey constitutes a significant transaction within the meaning of section 231(a) of the Countering Russian Influence in Europe and Eurasia Act of 2017 (22 U.S.C. 9525(a)); and</text></paragraph>

<paragraph id="HF9D18EE56BC44B87BFBC2D6E4A1EE25F"><enum>(4)</enum><text>the President should implement the Countering Russian Influence in Europe and Eurasia Act of 2017 (Public Law 115â€"44; 131 Stat. 886) by imposing and applying sanctions under section

235 of that Act (22 U.S.C. 9529) with respect to any individual or entity determined to have engaged in such significant transaction as if such person were a sanctioned person for purposes of such section.</text></paragraph></subsection>

<subsection id="HE44888C82E6E4E53A4AA36E136C1A999"><enum>(d)</enum><header>Authorization of expenditure</header>

<paragraph id="HF2C79E54C4704C27A10B9C1FA7D118C0"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense is authorizedâ€"</text>

<subparagraph id="H0E2E6F4503EB4B2294AE1F022987E283"><enum>(A)</enum><text>to fly up to 6 Turkish Fâ€"35 aircraft (tail numbers ATâ€"1 thru ATâ€"6) to a storage location in the United States; and</text></subparagraph>

<subparagraph id="H89D72BF54DFC43EA86926C1EFFF831F8"><enum>(B)</enum><text>to induct these aircraft into a long-term storage condition. </text></subparagraph></paragraph>

<paragraph id="HB80328B6F976483A83D63E07BBC83387"><enum>(2)</enum><header>Storage, plan, and disposition of aircraft and equipment</header><text>The Secretary of Defense may expend up to $30,000,000 of funds authorized to be appropriated for fiscal year 2020 for the Department of Defense to conduct activities associated with storage, preservation, and developing a plan for the final disposition of such Fâ€"35 aircraft and Turkish Fâ€"35 aircraft equipment, including full mission simulators, helmet mounted display systems, air system maintenance trainer, and ancillary mission equipment, as a result of efforts taken by the United States to limit, reduce, or terminate Turkeyâ€™s status as a member of the Fâ€"35 Joint Strike Fighter cooperative program.</text></paragraph>

<paragraph id="HEAF502771F8C482588DFD3E63319DC7A"><enum>(3)</enum><header>Report required</header><text>Not later than 90 days after the enactment of this Act, the Secretary of Defense shall provide to the congressional defense committees a report outlining the long-term plan for the disposition of such assets, including options for recovery of costs from Turkey and for unilateral use of such assets by the Department of Defense.</text></paragraph>

<paragraph id="H3CC3715B704C4EB3A364ADE862039DE4"><enum>(4)</enum><header>Notification required</header><text>Not later than 15 days before any expenditure of funds in an amount of $15,000,000 or more pursuant to the authority described in paragraph (1), the Secretary shall provide to the congressional defense committees a written notification describing the activities to be conducted.</text></paragraph></subsection>

<subsection id="H55C393F7DC5F4C76891471746D10E757"><enum>(e)</enum><header>Appropriate committees of Congress defined</header><text>In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="HE79AF9CD0B1E40ACB4CFB1A19812DBEC"><enum>(1)</enum><text>the congressional defense committees; and</text></paragraph>

<paragraph id="HC2CED71B2A5441CF93F2969369BC5BE1"><enum>(2)</enum><text>the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H6699F56038FD478BAAA2A703557F039A" section-type="subsequent-section"><enum>1246.</enum><header>Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression</header>

<subsection id="H623C309CC69649048344A0BBEF851E88"><enum>(a)</enum><header>Baltic Defense Assessment</header><text>Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly conduct a comprehensive, multilateral assessment of the military requirements of Lithuania, Latvia, and Estonia to deter and resist aggression by Russia thatâ€"</text>

<paragraph id="H934AB9D44EFD4AEC8F674EDE65BE04F1"><enum>(1)</enum><text>provides an assessment of past and current initiatives to improve the efficiency, effectiveness, readiness and interoperability of Lithuania, Latvia, and Estoniaâ€™s national defense capabilities; and</text></paragraph>

<paragraph id="H936E8F9F2B5A4EF5B630826BB999C615"><enum>(2)</enum><text>assesses the manner in which to achieve such improvements, including future resource requirements

and recommendations, by undertaking activities in the following areas:</text>

<subparagraph id="H8B1F99D7B8C44A658A218387E622F0D7"><enum>(A)</enum><text>Activities to increase the rotational and forward presence, improve the capabilities, and enhance the posture and response readiness of the United States or NATO forces in the Baltic region.</text></subparagraph>

<subparagraph id="H654CC9BCAF694DABB9CB556F69ABE684"><enum>(B)</enum><text>Activities to improve air defense systems, including modern air-surveillance capabilities.</text></subparagraph>

<subparagraph id="HE8CA2383951D4D8EA1C5B8809B69E6E1"><enum>(C)</enum><text>Activities to improve counter-unmanned aerial system capabilities.</text></subparagraph>

<subparagraph id="HFAD0D467EA974260A7599E02D0C75D04"><enum>(D)</enum><text>Activities to improve command and control capabilities through increasing communications, technology, and intelligence capacity and coordination, including secure and hardened communications.</text></subparagraph>

<subparagraph id="H4372C5D6B0A445298C1462D4EF1000CE"><enum>(E)</enum><text>Activities to improve intelligence, surveillance, and reconnaissance capabilities.</text></subparagraph>

<subparagraph id="H8DF339EE737D4AE5B14F9C7F58D8A5E1"><enum>(F)</enum><text>Activities to enhance maritime domain awareness.</text></subparagraph>

<subparagraph id="HC63B4A329E7F4F98A6435BB85D6BA978"><enum>(G)</enum><text>Activities to improve military and defense infrastructure, logistics, and access, particularly transport of military supplies and equipment.</text></subparagraph>

<subparagraph id="HBE39B719B02746A0B434D69392F614C2"><enum>(H)</enum><text>Investments to ammunition stocks and storage.</text></subparagraph>

<subparagraph id="HEB8CCF44A86E4EAA8FB393A6DEA75C14"><enum>(I)</enum><text>Activities and training to enhance cyber security and electronic warfare capabilities.</text></subparagraph>

<subparagraph id="HC695910875984862BF9F8EAB1449E583"><enum>(J)</enum><text>Bilateral and multilateral training and exercises.</text></subparagraph>

<subparagraph id="H127C3B536E2B4527B88BA39B3D9B09D1"><enum>(K)</enum><text>New and existing cost-sharing mechanisms with United States and NATO allies to reduce financial burden.</text></subparagraph></paragraph></subsection>

<subsection id="H1B26C5E322714D71B126016F8C40AA6A"><enum>(b)</enum><header>Report</header><text>Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State jointly shall submit to the appropriate congressional committees a report, which shall be submitted in unclassified form but may include a classified annex, that includes each of the following:</text>

<paragraph id="H4F109823E96446D7A9910A73A0365309"><enum>(1)</enum><text>A report on the findings of the assessment conducted pursuant to subsection (a).</text></paragraph>

<paragraph id="H01179FBE0FAA4D6391F6C9E41FBB8BB6"><enum>(2)</enum><text>A list of any recommendations resulting from such assessment.</text></paragraph>

<paragraph id="HA944FC4EFEC545F3926E93E2BFA81BD8"><enum>(3)</enum><text>An assessment of the resource requirements to achieve the objectives described in subsection (a)(1) with respect to the national defense capability of Baltic countries, including potential investments by host countries.</text></paragraph>

<paragraph id="HC10E0F895C6A44A78814DD1C1C9CADA5"><enum>(4)</enum><text>A plan for the United States to use appropriate security cooperation authorities or other authorities toâ€"</text>

<subparagraph id="H82CF99BA8B804928ACE4A9C9C6A66E09"><enum>(A)</enum><text>facilitate relevant recommendations included in the list described in paragraph (2);</text></subparagraph>

<subparagraph id="HE21B4BEF6FF34846B201E79DE2052E20"><enum>(B)</enum><text>expand joint training between the Armed Forces and the military of Lithuania, Latvia, or Estonia,

including with the participation of other NATO allies; and</text></subparagraph>

<subparagraph id="HCABD720CACF94E1E8BDBC12A62FC7A87"><enum>(C)</enum><text>support United States foreign military sales and other equipment transfers to Baltic countries, especially for the activities described in subparagraphs (A) through (I) of subsection (a)(2).</text></subparagraph></paragraph>

<paragraph id="H84ADA23E039C45BAA8E4C013E8316E8E"><enum>(5)</enum><text>A comprehensive list of authorities and funding sources used for security cooperation with the Baltic countries, includingâ€"</text>

<subparagraph id="HED454A0152EA4494B7D739EB2591335A"><enum>(A)</enum><text>a description of the funds made available and used to provide assistance through each authority, if any, during the last two years;</text></subparagraph>

<subparagraph id="HA6DE3447074444EFAC763DA3F4F2A451"><enum>(B)</enum><text display-inline="yes-display-inline">whether the authority to provide assistance pursuant to section 1279D of the National Defense Authorization Act for Fiscal Year 2018 (22 U.S.C. 2753 note) was used, and whether any alternative authorities exist under which the Secretary can provide such assistance; and</text></subparagraph>

<subparagraph id="H7DDAFC11D68D44EFBD340E01B1B8BEDA"><enum>(C)</enum><text>a determination whether any new authorities or funds are needed to achieve the objectives described in subsection (a)(1).</text></subparagraph></paragraph></subsection>

<subsection id="H0E67A7E84FE54FE199515281E743E751"><enum>(c)</enum><header>Modification of security assistance authorities</header><text>Subsection (c) of section 1279D of the National Defense Authorization Act for Fiscal Year 2018 (22 U.S.C. 2753 note) is amended by inserting after paragraph (4) the following:</text>

<quoted-block id="H91269230EF4645238E4A2C9F898DB1F9" style="OLC">

<paragraph id="H963C2252A5764A61B1496A7DA76653BF"><enum>(5)</enum><text>Command, control, communications, computers, intelligence, surveillance, and reconnaissance (C4ISR) equipment.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HB8CEF0E323214006A3E0B164CAA82BBA"><enum>(d)</enum><header>Funding</header><text>Subsection (f) of such section 1279D is amendedâ€"</text>

<paragraph id="HE215C807517A4C9581A8A0197029AE7E"><enum>(1)</enum><text>in paragraph (2), by striking <quote>$100,000,000</quote> and inserting <quote>$125,000,000</quote>; and</text></paragraph>

<paragraph id="HFA05240B55AB4207B55654524D4C309C"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="HCADF50A968D0490DAFC4B94278961A69" style="OLC">

<paragraph id="HC84193EEA8FF4EBF8954DB87B9285F80"><enum>(3)</enum><header>Matching amount</header><text>The amount of assistance provided under subsection (a) for procurement described in subsection (b) may not exceed the aggregate amount contributed to such procurement by the Baltic nations.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H387644DAB9864225B3C6E841D8FC4646"><enum>(e)</enum><header>Extension</header><text>Subsection (g) of such section 1279D is amended by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2021</quote>.</text></subsection>

<subsection id="H8C8EBBCC25AC4FB7B2685FA491D7DF48"><enum>(f)</enum><header>Appropriate congressional committees</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H876DB727DCA849208946235E70042319"><enum>(1)</enum><text>the Committee on Armed Services, the Committee on Foreign Relations, the Select Committee on Intelligence, and the Committee on Appropriations of the Senate; and</text></paragraph>

<paragraph id="H8CE6535BCD264DCFA0685FBB12C1880D"><enum>(2)</enum><text>the Committee on Armed Services, the Committee on Foreign Affairs, the Permanent Select Committee on Intelligence, and the Committee on Appropriations of the House of

WASHSTATEC015169

Representatives.</text></paragraph></subsection></section>

<section id="H46B7306EAC1C4418BB9CD9898E1F5C75"><enum>1247.</enum><header>Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises</header>

<subsection id="H0D71AA182E5C4B1EA62DFACD60BD4578"><enum>(a)</enum><header>Extension</header><text>Subsection (h) of section 1251 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 333 note) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD6EE65B7366E4A13A19D10147A674A42"><enum>(1)</enum><text display-inline="yes-display-inline">in the first sentence, by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2021</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEF59F592268A46158A550781E8C6333A"><enum>(2)</enum><italic/></enum><text display-inline="yes-display-inline">in the second sentence, by striking <quote>for for the period beginning on October 1, 2015, and ending on December 31, 2020</quote> and inserting <quote>for the period beginning on October 1, 2015, and ending on December 31, 2021</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBAEF3F355D7A4689AA0A4AC2C88EE46B"><enum>(b)</enum><header>Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE74CD944345441B9B4E122EF854F4747"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Commander of United States European Command, shall submit to the congressional defense committees a report on the authority for training Eastern European national security forces in the course of multilateral exercises under the authority of such section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H775AC63F6C05423CB52657875332EF08"><enum>(2)</enum><header>Matters to be included</header><text>The report required by paragraph (1) shall include the following:</text>

<subparagraph id="HC8C3EEAA7DDA40EE99DC16906AE68A7B"><enum>(A)</enum><text>For each recipient country, a description ofâ€"</text>

<clause id="H918475DED1D4453C9F1386FE65648747"><enum>(i)</enum><text>the training provided pursuant to such authority beginning in fiscal year 2016; and</text></clause>

<clause id="H5C15BC1052044DA7878A13C1DB51D2F9"><enum>(ii)</enum><text>payments of incremental expenses incurred by the country as the direct result of such training.</text></clause></subparagraph>

<subparagraph id="H61B7A3F4AE0C464B93B38FBC940D7049"><enum>(B)</enum><text>A description of the elements of the U.S. European Command theater campaign plan advanced by such authority.</text></subparagraph>

<subparagraph id="H265AC5F1683D4F1A991EFCDFD4351AFB"><enum>(C)</enum><text>An assessment whether the training and payment of the incremental expenses incurred by each recipient country as the direct result of participation in such training could be provided pursuant to other training or security cooperation authorities of the Department of Defense.</text></subparagraph>

<subparagraph id="H7FAEAE8638D0485A9C1CD927208BA663"><enum>(D)</enum><text>Any recommendations of the Secretary of Defense regarding such authority.</text></subparagraph>

<subparagraph id="H5A1B95F9AFEB4E76AF266AF16E1C408A"><enum>(E)</enum><text>Any other matter the Secretary of Defense considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="H3E60AEE433BF47669C5CD525BC7A02D6" section-type="subsequent-section"><enum>1248.</enum><header>Extension and modification of NATO Special Operations Headquarters</header>

<subsection

id="HE2949280885043AFB6416F9DA7C7B411"><enum>(a)</enum><header>Authorization</header><text>Subsection (a) of section 1244 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2541) is amended by striking <quote>2020</quote> and inserting <quote>2024</quote>.</text></subsection>

<subsection id="H223FCE17A49B4CE89DEF5EA9B1A3B3D1"><enum>(b)</enum><header>Repeal of certification; limitation</header><text>Such section is amendedâ€"</text>

<paragraph id="H799937245BB04A699443184B1F0570D4"><enum>(1)</enum><text>by striking subsection (c); and</text></paragraph>

<paragraph id="HFEB4623BF76D44B78AF07E76D53921E7"><enum>(2)</enum><text>by inserting after subsection (b) the following new subsection:</text></paragraph>

<quoted-block id="HF846E4C3246C40319CF8A55229D5A925" style="OLC">

<subsection id="H4E17CF3131714FD5A915A2D658FF2189"><enum>(c)</enum><header>Limitation</header><text>Of the amounts made available under subsection (a) for fiscal year 2020, not more than 90 percent of such amounts may be obligated or expended until the Secretary of Defense, acting through the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, submits to the congressional defense committees a report on the decision to realign responsibilities for overseeing and supporting NSHQ from U.S. Special Operations Command to U.S. European Command, includingâ€"</text>

<paragraph id="HC7C20568A88D4208A5A74874277408BF"><enum>(1)</enum><text>a justification and description of the impact of such realignment; and</text></paragraph>

<paragraph id="H7A6912D081E5482CA151A431A0D14D6B"><enum>(2)</enum><text>a description of how such realignment will strengthen the role of the NSHQ in fostering special operations capabilities within NATO.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HC99FFF2AB5F04903B3DE41B5AA91A222"><enum>(c)</enum><header>Annual report</header><text>Such section, as so amended, is further amended by adding at the end the following new subsection:</text>

<quoted-block id="H82BBE7A5BFD54D40BCA8BC433997760E" style="OLC">

<subsection id="HE515737D78434CC9BC527E0CF0AE65A2"><enum>(d)</enum><header>Annual report</header><text>Not later than March 1 of each year until 2024, the Secretary of Defense shall submit to the congressional defense committees and the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives a report regarding support for the NSHQ. Each report shall include the following:</text>

<paragraph id="H819B6244BA0F40E4B469F7033F0FA90B"><enum>(1)</enum><text>The total amount of funding provided by the United States and other NATO nations to the NSHQ for operating costs of the NSHQ.</text></paragraph>

<paragraph id="H881EE21D7B974E6EAD82BF59E02FFC71"><enum>(2)</enum><text>A description of the activities carried out with such funding, includingâ€"</text>

<subparagraph id="H538C698FE9484C26A6EC4D665FD7A68C"><enum>(A)</enum><text>the amount of funding allocated for each such activity;</text></subparagraph>

<subparagraph id="H315DB48532684E55937A1D775DF1C3DA"><enum>(B)</enum><text>the extent to which other NATO nations participate in each such activity;</text></subparagraph>

<subparagraph id="HA412F497C6414CA1A7BC044299A1B38D"><enum>(C)</enum><text>the extent to which each such activity is carried out in coordination or cooperation with the Joint Special Operations University;</text></subparagraph>

<subparagraph id="H2BE8CF54EB5D4906B830459ABA214669"><enum>(D)</enum><text>the extent to which each such activity is carried out in relation to other security cooperation activities, exercises, or operations of the Department of Defense;</text></subparagraph>

<subparagraph id="HFF22FBEFF74A47FCA5CDA2453F710193"><enum>(E)</enum><text>the extent to which each such activity is designed to meet the purposes set forth in paragraphs (1) through (5) of subsection (b); and</text></subparagraph>

```
<subparagraph id="HCAFF469949744B9987987980A62A2C36"><enum>(F)</enum><text>an
assessment of the extent to which each such activity will promote the mission of the
NSHQ.</text></subparagraph></paragraph>

<paragraph id="H3D6C849CA6B24B03894841229C7CD08F"><enum>(3)</enum><text>Other
contributions, financial or in kind, provided by the United States and other NATO
nations in support of the NSHQ.</text></paragraph>

<paragraph id="H9F19BAEC53574B7F81108F76658D539E"><enum>(4)</enum><text>Any other
matters that the Secretary of Defense considers
appropriate.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HEC803A4A757C420DB16A5E3C0E485D30" section-type="subsequent-
section"><enum>1249.</enum><header display-inline="yes-display-inline">North Atlantic
Treaty Organization Joint Force Command</header>

<subsection commented="no" display-inline="no-display-inline"
id="H70EFECA1313E47358B6DC9049DA3E1E0"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Subchapter
II of chapter 138 of title 10, United States Code, is amended by adding at the end the
following new section:</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="HF2C73303E01B43E89F2358BA099FFD02" style="USC">

<section commented="no" display-inline="no-display-inline"
id="H876541F520634EE28C4BEECF93A6A346" section-type="subsequent-
section"><enum>2350n</enum><header display-inline="yes-display-inline">North Atlantic
Treaty Organization Joint Force Command</header>

<subsection commented="no" display-inline="no-display-inline"
id="H995F69F8D44443BDADB8BC2DC26D16E3"><enum>(a)</enum><header display-inline="yes-
display-inline">Authorization</header><text display-inline="yes-display-inline">The
Secretary of Defense shall authorize the establishment of, and the participation by
members of the armed forces in, the North Atlantic Treaty Organization Joint Force
Command (in this section referred to as the <quote>Joint Force Command</quote>), to be
established in the United States.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC11C5BBFAF56470FA744252405041450"><enum>(b)</enum><header display-inline="yes-
display-inline">Use of Department of Defense facilities and equipment</header><text
display-inline="yes-display-inline">The Secretary may use facilities and equipment of
the Department of Defense to support the Joint Force Command.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H27158625F274488184D90FE8143E99D8"><enum>(c)</enum><header display-inline="yes-
display-inline">Availability of funds</header><text display-inline="yes-display-
inline">Amounts authorized to be appropriated to the Department of Defense shall be
available to carry out the purposes of this
section.</text></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF0360320808B4C10A426230C2217E3A9"><enum>(b)</enum><header display-inline="yes-
display-inline">Conforming amendment</header><text display-inline="yes-display-
inline">The table of sections at the beginning of subchapter II of chapter 138 of title
10, United States Code, is amended by adding at the end the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HD99D493B391A46C59DC579D48D913891"
style="OLC">

<toc>

<toc-entry bold="off" level="section">2350n. North Atlantic Treaty Organization Joint
Force Command.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section id="H23CB7AACA29F43819102B925DF752772"><enum>1250.</enum><header>Report on
North Atlantic Treaty Organization Readiness Initiative</header>
```

```
<subsection commented="no" display-inline="no-display-inline"
id="H4AAD39FC485449C5B8F1A6EBCCC67DAD"><enum>(a)</enum><header display-inline="yes-
display-inline">Report</header><text display-inline="yes-display-inline">Not later than
October 1, 2020, the Secretary of Defense shall submit to the congressional defense
committees a report on the North Atlantic Treaty Organization (NATO) Readiness
Initiative, which shall include assessments of the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HFC059490CCA341EC93F87A5F6EBB452C"><enum>(1)</enum><text display-inline="yes-
display-inline">The number of units North Atlantic Treaty Organization allies have
pledged against the benchmark to provide an additional 30 air attack squadrons, 30
naval combat vessels, and 30 mechanized battalions ready to fight in not more than 30
days.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H087F7B80ECB14ED88E6A163390E0A03B"><enum>(2)</enum><text display-inline="yes-
display-inline">The procedure by which the North Atlantic Treaty Organization
certifies, reports, and ensures that the Supreme Allied Commander Europe (SACEUR)
maintains a detailed understanding of the readiness of the forces described in
paragraph (1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0DBE62AE8CF644B8829898B71629479D"><enum>(3)</enum><text display-inline="yes-
display-inline">The North Atlantic Treaty Organization plan to maintain the readiness
of such forces in future years.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H9A1135AB318C42518EB9FEF31F7B037E"><enum>(b)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
required by subsection (a) shall be submitted in unclassified form, but may include a
classified annex.</text></subsection></section>

<section id="H0608731FE07B46B1973F88FAE0660CA0"><enum>1250A.</enum><header>Repeal of
prohibition on transfer of articles on the United States munitions list to the Republic
of Cyprus</header>

<subsection commented="no" display-inline="no-display-inline"
id="H54962B1BB636429DACADF06AF0998B74"><enum>(a)</enum><header display-inline="yes-
display-inline">Sense of Congress</header><text display-inline="yes-display-inline">It
is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H120F7E5CB9044303829C6CDA491E4F24"><enum>(1)</enum><text display-inline="yes-
display-inline">allowing for the export, re-export or transfer of arms subject to the
United States Munitions List (part 121 of title 22, Code of Federal Regulations) to the
Republic of Cyprus would advance United States security interests in Europe by helping
to reduce the dependence of the Government of the Republic of Cyprus on other
countries, including countries that pose challenges to United States interests around
the world, for defense-related materiel; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9DAA9D14B5064BD98F34B408DF888239"><enum>(2)</enum><text display-inline="yes-
display-inline">it is in the interest of the United States to continue to support
United Nations-facilitated efforts toward a comprehensive solution to the division of
Cyprus.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4070274E4C964FEE8DA7CEBAF1A7FBB1"><enum>(b)</enum><header display-inline="yes-
display-inline">Modification of prohibition</header><text display-inline="yes-display-
inline">Section 620C(e) of the Foreign Assistance Act of 1961 (22 U.S.C. 2373(e)) is
amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HB9683D7D34F548F9B178500E3FBD2C56"><enum>(1)</enum><text display-inline="yes-
display-inline">in paragraph (1), by striking <quote>Any agreement</quote> and
inserting <quote>Except as provided in paragraph (3), any agreement</quote>;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H39B6FF0A58DE47A19A8A040B0EA294D8"><enum>(2)</enum><text display-inline="yes-
```

display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H434E0ADAFF6D4F679302FEFE61259669" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H8140A1F1A80B42CFA2C1AB6E0B38A237" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The requirement under paragraph (1) shall not apply to any sale or other provision of any defense article or defense service to Cyprus if the end-user of such defense article or defense service is the Government of the Republic of Cyprus.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB8EB8C270E7E45CEB218AFDDAF57772D"><enum>(c)</enum><header display-inline="yes-display-inline">Exclusion of the Government of the Republic of Cyprus from certain related regulations</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0C24DC987AF54DEFB32AC8FCBF8D3C9E"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to subsection (d) and except as provided in paragraph (2), beginning on the date of the enactment of this Act, the Secretary of State shall not apply a policy of denial for exports, re-exports, or transfers of defense articles and defense services destined for or originating in the Republic of Cyprus ifâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5A293BD4539B4CD6B1AC20933251C89C"><enum>(A)</enum><text display-inline="yes-display-inline">the request is made by or on behalf of the Government of the Republic of Cyprus; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0A02826FC13F4803A3BC94FC78F72D2D"><enum>(B)</enum><text display-inline="yes-display-inline">the end-user of such defense articles or defense services is the Government of the Republic of Cyprus.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H97FA782992A34531A6FF3BD21471FF1A"><enum>(2)</enum><header display-inline="yes-display-inline">Exception</header><text display-inline="yes-display-inline">This exclusion shall not apply to any denial based upon credible human rights concerns.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H078AC9AB34A448F4B06366B4F13496FE"><enum>(d)</enum><header display-inline="yes-display-inline">Limitations on the transfer of articles on the United States Munitions List to the Republic of Cyprus</header>

<paragraph commented="no" display-inline="no-display-inline" id="H5272FA238FE14913AE4B1331273DD89F"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The policy of denial for exports, re-exports, or transfers of defense articles on the United States Munitions List to the Republic of Cyprus shall remain in place unless the President determines and certifies to the appropriate congressional committees not less than annually thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC0251F4ADD104E569F81E0E7EF011923"><enum>(A)</enum><text display-inline="yes-display-inline">the Government of the Republic of Cyprus is continuing to cooperate with the United States Government in efforts to implement reforms on anti-money laundering regulations and financial regulatory oversight; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD669A0FFAC3F42A8B61D237E5DB47C51"><enum>(B)</enum><text display-inline="yes-display-inline">the Government of the Republic of Cyprus has made and is continuing to take the steps necessary to deny Russian military vessels access to ports for refueling and servicing.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3F6094BEC492413C877C58A693589B2E"><enum>(2)</enum><header display-inline="yes-display-inline">Waiver</header><text display-inline="yes-display-inline">The President

WASHSTATEC015174

may waive the limitations contained in this subsection for one fiscal year if the President determines that it is essential to the national security interests of the United States to do so.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6EDA8DE8BF9742E58BCA38A457D3EB78"><enum>(3)</enum><header display-inline="yes-display-inline">Appropriate congressional committees defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H3ED1057D793B42A4A82037AD2A807A10"><enum>(A)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations and the Committee on Armed Services of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H13FD01DE604043B1A6CEAFE3E5B0AD37"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs and the Committee on Armed Services of the House of Representatives.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="HE440785EDC364987BD300195F4F0F339"><enum>F</enum><header>Matters relating to the Indo-Pacific region</header>

<section id="H7C9A5FFAC45341EE9A9E1FD450118D6F" section-type="subsequent-section"><enum>1251.</enum><header>Modification of Indo-Pacific Maritime Security Initiative</header>

<subsection id="H640932268BB447459ADEC821FD860AF0"><enum>(a)</enum><header>Types of assistance and training</header><text display-inline="yes-display-inline">Subsection (c)(2)(A) of section 1263 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 2282 note) is amended by inserting <quote>the law of armed conflict, the rule of law, and</quote> after <quote>respect for</quote>. </text></subsection>

<subsection id="H7386E6F485C242B5B65888A93EBEB489"><enum>(b)</enum><header>Notice to Congress on assistance and training</header><text>Subsection (g)(1) of such section is amendedâ€"</text>

<paragraph id="H48D3F07D0A9E4FE78CD7CA1E94F8CAE5"><enum>(1)</enum><text>in subparagraph (A), by inserting at the end before the period the following: <quote>, the specific unit or units whose capacity to engage in activities under a program of assistance or training to be provided under subsection (a) will be built under the program, and the amount, type, and purpose of the support to be provided</quote>;</text></paragraph>

<paragraph id="H111E50904B304BCDAB815F1F61DAC3E1"><enum>(2)</enum><text>by redesignating subparagraph (F) as subparagraph (J); and</text></paragraph>

<paragraph id="HD0157A646401441EBEDC36FA81962519"><enum>(3)</enum><text>by inserting after subparagraph (E) the following new subparagraphs:</text>

<quoted-block style="OLC" id="H1503AAD1E448448C914F439FBF7203F0" display-inline="no-display-inline">

<subparagraph id="H1DA2C5FEA61E44A4B9D8AB31DEEE83CC"><enum>(F)</enum><text display-inline="yes-display-inline">Information, including the amount, type, and purpose, on assistance and training provided under subsection (a) during the three preceding fiscal years, if applicable.</text></subparagraph>

<subparagraph id="H5CEA38F79E574D349C1490C8CCD61E1A"><enum>(G)</enum><text display-inline="yes-display-inline">A description of the elements of the theater campaign plan of the geographic combatant command concerned and the interagency integrated country strategy that will be advanced by the assistance and training provided under subsection (a).</text></subparagraph>

<subparagraph id="H9644CB1D9AF0475EAC7CF93178C68D57"><enum>(H)</enum><text display-inline="yes-display-inline">A description of whether assistance and training provided under subsection (a) could be provided pursuant toâ€"</text>

<clause id="HA4BD9C823AE24EBEBBD700975BA9E08C"><enum>(i)</enum><text>section 333 of title 10, United States Code, or other security cooperation authorities of the Department of Defense; or</text></clause>

```
<clause id="HBE7F21EB242F4BDAB9ABAE246E56FAAE"><enum>(ii)</enum><text display-
inline="yes-display-inline">security cooperation authorities of the Department of
State.</text></clause></subparagraph>

<subparagraph id="H9A9E7532E3E34F979E61EFD948314372"><enum>(I)</enum><text>An
identification of each such authority described in subparagraph
(H).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection id="H350E91064E614D569D34506E9796582F"><enum>(c)</enum><header>Annual
monitoring reports</header><text>Such section is amendedâ€"</text>

<paragraph id="HED23923D559E40F29C01C8E532D216E8"
commented="no"><enum>(1)</enum><text>by redesignating subsection (h) as subsection (j);
and</text></paragraph>

<paragraph id="H1B4701D236CF4BD2A90EB147D33123C0"><enum>(2)</enum><text>by inserting
after subsection (g) the following new subsection:</text></paragraph>

<quoted-block style="OLC" id="H992F6CDA72F840E1B2F0A56D92C83F2C" display-inline="no-
display-inline">

<subsection id="H0A8BEBF192014CE7929F0D1C5F6B4A29"><enum>(h)</enum><header>Annual
monitoring reports</header>

<paragraph id="H0A0C565BCCE1428B9753CFAEEF656B42"><enum>(1)</enum><header>In
general</header><text>Not later than March 1, 2020, and annually thereafter, the
Secretary of Defense shall submit to the appropriate committees of Congress a report
setting forth, for the preceding calendar year, the following:</text>

<subparagraph id="H863DB63E1379404C8A0C257525046B75"><enum>(A)</enum><text display-
inline="yes-display-inline">An assessment, by recipient foreign country, ofâ€"</text>

<clause id="H421B1B2C47254053841D6F0C66A5F36C"><enum>(i)</enum><text>the countryâ€™s
capabilities relating to maritime security and maritime domain
awareness;</text></clause>

<clause id="H3EC6554874954B679E41976BB0CCDB2F"><enum>(ii)</enum><text>the countryâ€™s
capability enhancement priorities, including how such priorities relate to the theater
campaign strategy, country plan, and theater campaign plan relating to maritime
security and maritime domain awareness;</text></clause></subparagraph>

<subparagraph id="H995ADD312CC3484EB52C0360E2E11FD5"><enum>(B)</enum><text>A
discussion, by recipient foreign country, ofâ€"</text>

<clause id="H21A4FB96EA224CF1A55A887B26524E4E"><enum>(i)</enum><text>priority
capabilities that the Department of Defense plans to enhance under the authority under
subsection (a) and priority capabilities the Department plans to enhance under separate
United States security cooperation and security assistance authorities;
and</text></clause>

<clause id="H684A8CE288094578B10D328D3B7618B6"><enum>(ii)</enum><text>the anticipated
timeline for assistance and training for each such
capability.</text></clause></subparagraph>

<subparagraph id="HD51DDBD48A7947F0BD55EA43D9F706BC"><enum>(C)</enum><text>Information,
by recipient foreign country, on the status of funds allocated for assistance and
training provided under subsection (a), including funds allocated but not yet obligated
or expended.</text></subparagraph>

<subparagraph id="HAD6709564F204D94930C96D6DE5E7CBD"><enum>(D)</enum><text display-
inline="yes-display-inline">Information, by recipient foreign country, on the delivery
and use of assistance and training provided under subsection (a).</text></subparagraph>

<subparagraph id="H3D1851163AA34F0E807D5A12B43C3259"><enum>(E)</enum><text display-
inline="yes-display-inline">Information, by recipient foreign country, on the
timeliness of the provision of assistance and training under subsection (a) as compared
to the timeliness of the provision of assistance and training previously provided to
the foreign country under subsection (a).</text></subparagraph>

<subparagraph id="H40398261B2A24D298BAB237A91F8871B"><enum>(F)</enum><text display-
inline="yes-display-inline">A description of the reasons the Department of Defense
```

chose to utilize the authority for assistance and training under subsection (a) in the preceding calendar year.</text></subparagraph>

<subparagraph id="HD328F99D6DB34353A0ACAD89A4BBD546"><enum>(G)</enum><text>An explanation of any impediments to timely obligation or expenditure of funds allocated for assistance and training under subsection (a) or any significant delay in the delivery of such assistance and training.</text></subparagraph></paragraph>

<paragraph id="H2C4887EAA56746B3ADDA569B96C04972"><enum>(2)</enum><header>Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this subsection, the term <term>appropriate committees of Congress</term> has the meaning given the term in subsection (g)(2). </text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H9C0F857024924B63BCF81828461308C7" commented="no"><enum>(d)</enum><header>Limitation</header><text>Such section, as so amended, is further amended by inserting after subsection (h), as added by subsection (c)(2), the following:</text>

<quoted-block style="OLC" id="H7D6FF511E03548F4958FA67C4BD812ED" display-inline="no-display-inline">

<subsection id="HFBECBFD944224E1EA545F0C5BCB5603A"><enum>(i)</enum><header>Limitation</header><text display-inline="yes-display-inline">The provision of assistance and training pursuant to a program under subsection (a) shall be subject to the provisions of section 383 of title 10, United States Code.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HD183F0E405D74B5DAF9E4693560B014A"><enum>1252.</enum><header>Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds</header>

<subsection id="HED76A141A44643FF9BA5AF3938D347BD"><enum>(a)</enum><header>Expansion of recipient countries</header><text display-inline="yes-display-inline">Subsection (b) of section 1263 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 333 note) is amended by adding at the end the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H1AD8DC5315574FA89FF3BA561AB30D0E" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H86C30972DBEA4AB9998BCE91078FA3A2"><enum>(8)</enum><text display-inline="yes-display-inline">The Federated States of Micronesia.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB71072A42190467283C392A9B4E9E523"><enum>(9)</enum><text>The Independent State of Samoa.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3661CF49CC164592AAE109EF6F9039A5"><enum>(10)</enum><text display-inline="yes-display-inline">The Kingdom of Tonga.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H55D1D80083AF4B17AD0B5E5E7A0AFA1E"><enum>(11)</enum><text display-inline="yes-display-inline">Papua New Guinea.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC5C1992222C6422281DA7018DAF8E05A"><enum>(12)</enum><text display-inline="yes-display-inline">The Republic of Fiji.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4B9DE525CCCE41DEA4D293E2896B16EB"><enum>(13)</enum><text>The Republic of Kiribati.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H86B7657580E944A89DAE5C899BFED8EC"><enum>(14)</enum><text display-inline="yes-display-inline">The Republic of the Marshall Islands.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H58247F83F04C444BB0CBC2AEA6E6F27D"><enum>(15)</enum><text>The Republic of Nauru.</text></paragraph>

WASHSTATEC015177

```
<paragraph commented="no" display-inline="no-display-inline"
id="H50D6227560B94BF1A5C0EA248333953B"><enum>(16)</enum><text display-inline="yes-
display-inline">The Republic of Palau.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H714570577A73405DAB8D7F2033EDB6AB"><enum>(17)</enum><text display-inline="yes-
display-inline">The Republic of Vanuatu.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5F3D8FD713F34993BD9A6D83BD71201D"><enum>(18)</enum><text display-inline="yes-
display-inline">The Solomon Islands.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H86D24D55488B4B87A3544568958FD352"><enum>(19)</enum><text display-inline="yes-
display-inline">Tuvalu.</text></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H924751DC80B442479B905917627F1E2A"><enum>(b)</enum><header>Limitation
on use of funds</header>

<paragraph id="H2FD3121A7E094F9485059723A1E71F48"><enum>(1)</enum><header>In
general</header><text>None of the funds authorized to be appropriated for the Indo-
Pacific Maritime Security Initiative under such section may be obligated or expended to
provide training or assistance to a recipient country described in any of paragraphs
(8) through (19) of subsection (b) of such section until the date on which the
Secretary of Defense, with the concurrence of the Secretary of State, submits to the
appropriate committees of Congress a report on security cooperation with and security
assistance to such countries.</text></paragraph>

<paragraph
id="H01639D066017482CA9555433FCEF50D6"><enum>(2)</enum><header>Report</header><text>The
report referred to in paragraph (1) shall include the following:</text>

<subparagraph id="H1DDA19B09082490A9F559147FFC6CE05"><enum>(A)</enum><text>An
identification of elements of the theater campaign plan of the geographic combatant
command concerned and the interagency integrated country strategy that will be advanced
by expansion of security cooperation and assistance programs and activities to such
recipient countries.</text></subparagraph>

<subparagraph id="H65B8707AE6444D2DAD6359D36E99E718"><enum>(B)</enum><text>An
assessment of the capabilities, and a description of the capability enhancement
priorities, of each such country.</text></subparagraph>

<subparagraph id="H5257575DE5F54ADA9BE3165F0EB54DD5"><enum>(C)</enum><text>A
description of the manner in which United States security cooperation and assistance
authorities, including assistance provided pursuant to other security cooperation
authorities of the Department of Defense or security assistance authorities of the
Department of State, may be used to enhance the priority capabilities of each such
country.</text></subparagraph>

<subparagraph id="HE1DF6457F96F493EAE2B8051D74E315F"><enum>(D)</enum><text>A
description, as appropriate, of the manner in which the Secretary of Defense, together
with the Secretary of State, shall ensure that security cooperation with and security
assistance to such countries complement regional engagement efforts undertaken by
United States allies, including the Pacific Step-Up efforts of the Government of
Australia and the <quote>Pacific Reset</quote> efforts of the Government of New
Zealand.</text></subparagraph>

<subparagraph id="HD7E3ADC11CB64138B9A8CC7F07FA3157"><enum>(E)</enum><text>A
description of absorption capacity and sustainability issues for each such country and
a plan to resolve such issues.</text></subparagraph>

<subparagraph id="H10D4F2E5F4FD43EC9E1CAFFCA5ADBD8B"><enum>(F)</enum><text>An
identification of the estimated annual cost for such assistance and training for fiscal
years 2020 through 2025.</text></subparagraph></paragraph></subsection>

<subsection id="H99ACC592050949788E5962D771DBA9E7"><enum>(c)</enum><header>Appropriate
committees of Congress defined</header><text>In this section, the term
<term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="H0D6E939985764F53AA35FC30DC3371EE"><enum>(1)</enum><text>the
```

```
congressional defense committees;</text></paragraph>

<paragraph id="H658D94027DE94F9C8ED235F1E8A6E4DF"><enum>(2)</enum><text display-
inline="yes-display-inline">the Committee on Foreign Relations and the Subcommittee on
State, Foreign Operations, and Related Programs of the Committee on Appropriations of
the Senate; and</text></paragraph>

<paragraph id="H43BDA092CD8D4819B7527E3811340AE2"><enum>(3)</enum><text>the Committee
on Foreign Affairs and the Subcommittee on State, Foreign Operations, and Related
Programs of the Committee on Appropriations of the House of
Representatives.</text></paragraph></subsection></section>

<section id="HE782C4141AC448DB8CCA6220C250FCA7"><enum>1253.</enum><header>Report on
resourcing United States defense requirements for the Indo-Pacific region and study on
competitive strategies</header>

<subsection commented="no" display-inline="no-display-inline"
id="H6AC7F058032D48E79CC9A002C12AD11A"><enum>(a)</enum><header display-inline="yes-
display-inline">Report required</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HE41F02641CFC4E97907C9E88F92BF573"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than March 15, 2020, the Commander of United States Indo-Pacific Command shall submit
to the congressional defense committees a report containing the independent assessment
of the Commander with respect to the activities and resources required, for fiscal
years 2022 through 2026, to achieve the following objectives:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC94E1F7A08EC4AD69EF3F7FEF7C36A31"><enum>(A)</enum><text display-inline="yes-
display-inline">The implementation of the National Defense Strategy with respect to the
Indo-Pacific region.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8D9A0D4308C945A39481A99F086FD8AC"><enum>(B)</enum><text display-inline="yes-
display-inline">The maintenance or restoration of the comparative military advantage of
the United States with respect to the People's Republic of China.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9557F3C1AFC1454B9C6B89A468209F66"><enum>(C)</enum><text display-inline="yes-
display-inline">The reduction of the risk of executing contingency plans of the
Department of Defense.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H011BA347E69946B295BDE637ECEF983C"><enum>(2)</enum><header display-inline="yes-
display-inline">Matters to be included</header><text display-inline="yes-display-
inline">The report required under paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H36B771D871844DCBAD6EF36F9369FE0F"><enum>(A)</enum><text display-inline="yes-
display-inline">A description of the intended force structure and posture of assigned
and allocated forces within the area of responsibility of United States Indo-Pacific
Command for fiscal year 2026 to achieve the objectives described in paragraph
(1).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H81B90F21552B443EB78A9EABFA528886"><enum>(B)</enum><text display-inline="yes-
display-inline">An assessment of capabilities requirements to achieve such
objectives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC2F79F900D8C4AADA39B10FF0F054338"><enum>(C)</enum><text display-inline="yes-
display-inline">An assessment of logistics requirements, including personnel,
equipment, supplies, storage, and maintenance needs to achieve such
objectives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H65D0E964AC8A4B1C8DA58A53D9BB5015"><enum>(D)</enum><text display-inline="yes-
display-inline">An identification of required infrastructure and military construction
investments to achieve such objectives.</text></subparagraph>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H62A08B045203400E8EED84C017E7DA70"><enum>(E)</enum><text display-inline="yes-
display-inline">An assessment of security cooperation activities or resources required
to achieve such objectives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H23F666AE7BBC47E891FD9A1E617D1A3E"><enum>(F)</enum></enum>

<clause commented="no" display-inline="yes-display-inline"
id="HBE3C7AE4F28D4C33969A76720F454AF8"><enum>(i)</enum><text display-inline="yes-
display-inline">A plan to fully resource United States force posture and capabilities,
includingâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H876C3BC33C74432DBC15BAA6FEB7F814" indent="up1"><enum>(I)</enum><text display-
inline="yes-display-inline">a detailed assessment of the resources necessary to address
the elements described in subparagraphs (A) through (E), including specific cost
estimates for recommended investments or projectsâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="H5427317DB6D4DD397E0096DC5E0AC66"><enum>(aa)</enum><text display-inline="yes-
display-inline">to increase joint force lethality;</text></item>

<item commented="no" display-inline="no-display-inline"
id="HBCD5DA69E18248CAB81D087DAF0EC674"><enum>(bb)</enum><text display-inline="yes-
display-inline">to enhance force design and posture;</text></item>

<item commented="no" display-inline="no-display-inline"
id="HD5A2BA169BC840D4977AD54A4A5D58ED"><enum>(cc)</enum><text display-inline="yes-
display-inline">to support a robust exercise, experimentation, and innovation program;
and</text></item>

<item commented="no" display-inline="no-display-inline"
id="HA79C5874E2C2487688197C75E1203F2C"><enum>(dd)</enum><text display-inline="yes-
display-inline">to strengthen cooperation with allies and partners;
and</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H9B2E0370FFC843FBA1544D9B514DE3AE" indent="up1"><enum>(II)</enum><text display-
inline="yes-display-inline">a detailed timeline to achieve the intended force structure
and posture described in subparagraph (A).</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="HBE06AB104E8E4540928309770F52FEB4" indent="up1"><enum>(ii)</enum><text>The specific
cost estimates required by clause (i)(I) shall, to the maximum extent practicable,
include the following:</text>

<subclause commented="no" display-inline="no-display-inline"
id="HD1AE5D18AB46484F9A16DA9797B15BB5"><enum>(I)</enum><text>With respect to
procurement accountsâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="H8E138DA8F9D84C7EB08E2A5C55C5C66D"><enum>(aa)</enum><text>amounts displayed by
account, budget activity, line number, line item, and line item title;
and</text></item>

<item commented="no" display-inline="no-display-inline"
id="HCAAFD9266B76485D93AE39D6244DFEAB"><enum>(bb)</enum><text>a description of the
requirements for each such amount.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H2EA6B922E5CD4B0EB60805094856E78D"><enum>(II)</enum><text>With respect to research,
development, test, and evaluation accountsâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="H5202F2EAAB87452B9BE8D86435612AEE"><enum>(aa)</enum><text>amounts displayed by
account, budget activity, line number, program element, and program element title;
and</text></item>

<item commented="no" display-inline="no-display-inline"
id="H0E6295DC5004443C81FA7EC856C56560"><enum>(bb)</enum><text>a description of the
```

requirements for each such amount.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H15025952818F42EC9A58C4A368B7A78B"><enum>(III)</enum><text>With respect to
operation and maintenance accountsâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="HA40621E057DB482A9A39C75022E97AA7"><enum>(aa)</enum><text>amounts displayed by
account title, budget activity title, line number, and subactivity group title;
and</text></item>

<item commented="no" display-inline="no-display-inline"
id="H45F19AD8405A4DDEAC3A0A449E7B6889"><enum>(bb)</enum><text>a description of the
specific manner in which each such amount would be used.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HF3A117D6CA3A4675B4EE77958679A600"><enum>(IV)</enum><text>With respect to military
personnel accountsâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="HCA8C640AC3604F8282BE792DF8F60FB6"><enum>(aa)</enum><text>amounts displayed by
account, budget activity, budget subactivity, and budget subactivity title;
and</text></item>

<item commented="no" display-inline="no-display-inline"
id="HBA7E4730D783460A80CD1AEC9A4BA7AA"><enum>(bb)</enum><text>a description of the
requirements for each such amount.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H5B9DD4CBA7324CDBA430EE00C37FF761"><enum>(V)</enum><text>With respect to each
project under military construction accounts (including unspecified minor military
construction and amounts for planning and design), the country, location, project
title, and project amount for each fiscal year.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H8AAAE814BFB3489AAC4890C1175135CD"><enum>(VI)</enum><text>With respect to any
expenditure or proposed appropriation not described in subclause (I) through (V), a
level of detail equivalent or greater than the level of detail provided in the future-
years defense program submitted pursuant to section 221(a) of title 10, United States
Code.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFD0F9D0A13364C0DB5BF271B36502FDD"><enum>(3)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
required under paragraph (1) may be submitted in classified form, but shall include an
unclassified summary.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA4357C5313044BA995A5486B00538365"><enum>(4)</enum><header display-inline="yes-
display-inline">Availability</header><text display-inline="yes-display-inline">Not
later than March 15, 2020, the Commander of United States Indo-Pacific Command shall
make the report available to the Secretary of Defense, the Under Secretary of Defense
for Policy, the Under Secretary of Defense (Comptroller), the Director of Cost
Assessment and Program Evaluation, the Chairman of the Joint Chiefs of Staff, the
Secretaries of the military departments, and the chiefs of staff of each military
service.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0249CDFC70B0488385CD53A8278D89A9"><enum>(b)</enum><header display-inline="yes-
display-inline">Briefings required</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H97EB5D9A3A3F4D1185877FC41D004EA6F"><enum>(1)</enum><header display-inline="yes-
display-inline">Initial briefing</header><text display-inline="yes-display-inline">Not
later than April 15, 2020, the Secretary of Defense (acting through the Under Secretary
of Defense for Policy, the Under Secretary of Defense (Comptroller), and the Director
of Cost Assessment and Program Evaluation) and the Chairman of the Joint Chiefs of
Staff shall provide to the congressional defense committees a joint briefing, and any
written comments the Secretary of Defense and the Chairman of the Joint Chiefs of Staff
consider necessary, with respect to their assessments of the report submitted under

WASHSTATEC015181

subsection (a), including their assessments of the feasibility and advisability of the plan required by paragraph (2)(F) of that subsection.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7B5EBE867A554FB481378AB983BE9A6C"><enum>(2)</enum><header display-inline="yes-display-inline">Subsequent briefing</header><text display-inline="yes-display-inline">Not later than April 30, 2020, the Secretary of the Air Force, the Secretary of the Army, and the Secretary of the Navy shall provide to the congressional defense committees a joint briefing, and documents as appropriate, with respect to their assessments of the report submitted under subsection (a), including their assessments of the feasibility and advisability of the plan required by paragraph (2)(F) of that subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5EDEAED9E94D4DC2A314853F0A142D54"><enum>(c)</enum><header>Study on competitive strategies with respect to the People's Republic of China</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2BA6C5FD5B6140518A6795A34C81AA5E"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense, acting through the Director of the Office of Net Assessment, shall conduct a study on not fewer than three possible long-term competitive strategies with respect to the Peopleâ€™s Republic of China that focuses on the identification of opportunities to shape strategic competition to the advantage of the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA93D373D55CB4BB8B4AFFBC1A804BD8A"><enum>(2)</enum><header>Report</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees the results of the study required under paragraph (1).</text></paragraph></subsection></section>

<section id="H7052E4961CD54CAC90D3C1591ED772C5" section-type="subsequent-section"><enum>1254.</enum><header>Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act may be used to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea below 28,500 until 90 days after the date on which the Secretary of Defense certifies to the congressional defense committees the following:</text>

<paragraph id="H1EAAC531DBF54949A271D7710147E276"><enum>(1)</enum><text>Such a reduction is in the national security interest of the United States and will not significantly undermine the security of United States allies in the region.</text></paragraph>

<paragraph id="HEB90ECAF36E748DEA3F8F934D246C855"><enum>(2)</enum><text>The Secretary has appropriately consulted with allies of the United States, including South Korea and Japan, regarding such a reduction.</text></paragraph></section>

<section id="H538796901E3E40C3881A3ED9FC746CED" section-type="subsequent-section"><enum>1255.</enum><header>Report on direct, indirect, and burden-sharing contributions of Japan and South Korea</header>

<subsection id="H92E3813150C4469BB8D4472CBDC67319"><enum>(a)</enum><header>In general</header><text>Not later than the date agreed to in accordance with subsection (e)(2), the Comptroller General of the United States shall submit to the appropriate congressional committees a report on the direct, indirect, and burden-sharing contributions of Japan and South Korea to support overseas military installations of the United States and United States Armed Forces deployed to or permanently stationed in Japan and South Korea, respectively.</text></subsection>

<subsection id="H5B5E53C78264469B3BE63271A84BB60"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="HE2C59F0055F14D39919541773077A8F6"><enum>(1)</enum><text>The benefits to United States national security and regional security derived from the forward presence of the Armed Forces in the Indo-Pacific region, including Japan and South Korea.</text></paragraph>

```
<paragraph id="H72442A1948F14FA7B024C968AC1E1623"><enum>(2)</enum><text display-
inline="yes-display-inline">For calendar year 2016 and each subsequent calendar year,
the overall cost for the presence of the Armed Forces in Japan and South Korea and the
breakdown of such costs between the United States and the respective host
nations.</text></paragraph>

<paragraph id="H11DAB8C29AD24D50908C37DF7D2D8687"><enum>(3)</enum><text>For calendar
year 2016 and each subsequent calendar year, a description of the one-time and
recurring costs associated with the presence of the Armed Forces in Japan and South
Korea, includingâ€"</text>

<subparagraph id="H171C0A36E119419E86B6E23C63D6413F"><enum>(A)</enum><text>costs to
relocate the Armed Forces within Japan and South Korea and to realign the Armed Forces
from Japan and South Korea;</text></subparagraph>

<subparagraph id="H031BCEC091774E3696D0CCD096F0D0C9"><enum>(B)</enum><text>military
personnel costs;</text></subparagraph>

<subparagraph id="H70D21C1C207644879E24247C72AB251B"><enum>(C)</enum><text>operation
and maintenance costs; and</text></subparagraph>

<subparagraph id="H72D383C643E24417AA83F2DF9A290BCC"><enum>(D)</enum><text>military
construction costs.</text></subparagraph></paragraph>

<paragraph id="H19992E49F96A4610B08B7BBB58BA7015"><enum>(4)</enum><text>A description
of direct, indirect, and burden-sharing contributions of Japan and South Korea,
includingâ€"</text>

<subparagraph
id="H14E008545CB54CFC814BFD14881120AF"><enum>(A)</enum><text>contributions for labor
costs associated with the presence of the Armed Forces;</text></subparagraph>

<subparagraph
id="H14CFD07B73E94B5BA57D65A872DEA677"><enum>(B)</enum><text>contributions to military
construction projects of the Department of Defense, including planning, design,
environmental reviews, construction, construction management costs, rents on privately-
owned land, facilities, labor, utilities, and vicinity
improvements;</text></subparagraph>

<subparagraph
id="HAE7C151CEDDE420992C767C5830C5548"><enum>(C)</enum><text>contributions such as loan
guarantees on public-private venture housing and payment-in-kind for facilities
returned to Japan and South Korea;</text></subparagraph>

<subparagraph
id="H2DFA5C7A763246B7936A43D32DAB6A81"><enum>(D)</enum><text>contributions accepted for
labor, logistics, utilities, facilities, and any other purpose;
and</text></subparagraph>

<subparagraph id="HD5A2707AF0024E07857E7AE5DA0004A4"><enum>(E)</enum><text>other
contributions, such as Camp Humphreys and the Futenma Replacement Facility, as
determined appropriate by the Comptroller General.</text></subparagraph></paragraph>

<paragraph id="HC290D4F69E074FCABA3E463DFD724284"><enum>(5)</enum><text>The methodology
and accounting procedures used to measure and track direct, indirect, and burden-
sharing contributions made by Japan and South Korea.</text></paragraph></subsection>

<subsection id="H250FAEA5A8DE48F5BB5B8DEA08065D4E"><enum>(c)</enum><header>Description
of contributions in united states dollars</header><text>The report required by
subsection (a) shall describe the direct, indirect, and burden-sharing contributions of
Japan and South Korea in United States dollars and shall specify the exchange rates
used to determine the United States dollar value of such
contributions.</text></subsection>

<subsection
id="H2F0589C5BA3C468C8A413B484A5FCCDB"><enum>(d)</enum><header>Form</header><text>The
report required by subsection (a) shall be submitted in unclassified form without any
designation relating to dissemination control, but may contain a classified
annex.</text></subsection>

<subsection
```

id="H26BA7AD36EDD4E7DA493C5590383BDE2"><enum>(e)</enum><header>Briefing</header><text>N
ot later than March 2, 2020, the Comptroller General shall provide to the appropriate
congressional committees an interim briefingâ€"</text>

<paragraph id="HBA370F9FCBFD400183CAF42BC0529ADE"><enum>(1)</enum><text display-
inline="yes-display-inline">on the status of the report and initial findings;
and</text></paragraph>

<paragraph id="HCBC1EEFDE36C40A2A33F66D3EF0907C7"><enum>(2)</enum><text>to agree on the
date on which to submit the report required by subsection
(a).</text></paragraph></subsection>

<subsection id="H45E4D50C8AB8433BA288DFCB3D92CBCC"><enum>(f)</enum><header>Support from
the Department of Defense</header><text display-inline="yes-display-inline">The
Secretary of Defense shall provide the Comptroller General with timely access to the
appropriate information, data, and analyses necessary to fulfill the requirement under
subsection (a) in a timely, thorough, and independent manner.</text></subsection>

<subsection id="HF65DA490C76A4F269D4B82DA36AD5407"><enum>(g)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HF6F1F68D3E694D66933DF5F5F0AC960D"><enum>(1)</enum><text>the
congressional defense committees; and</text></paragraph>

<paragraph id="H11D9176C461C4DD2B9FB1969FF15D5B6"><enum>(2)</enum><text>the Committee
on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of
Representatives.</text></paragraph></subsection></section>

<section id="H37C6C55660D242F3ABAABFF64D5ECCF5"><enum>1256.</enum><header>Sense of
Congress on security commitments to the Governments of Japan and the Republic of Korea
and trilateral cooperation among the United States, Japan, and the Republic of
Korea</header><text display-inline="no-display-inline">It is the sense of Congress
thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HFAD3C3CDFFCE4151BECB3C66D80E1E43"><enum>(1)</enum><text display-inline="yes-
display-inline">the United States remains committed to its alliances with Japan and the
Republic of Korea, which areâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H44D5F1F534024238B5EB13372994A18A"><enum>(A)</enum><text display-inline="yes-
display-inline">essential to the peace and stability in the Indo-Pacific region;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3C17638CA5F64B378CB7F5DC59EE9D4C"><enum>(B)</enum><text display-inline="yes-
display-inline">based on the shared values of democracy, the rule of law, free and open
markets, and respect for human rights;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H24F42F89FC09477DB465EE8B6E177080"><enum>(2)</enum><text display-inline="yes-
display-inline">cooperation among the United States, Japan, and the Republic of Korea
is essential for confronting regional and global challenges, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H793F7A2F4C484CA6B6C5B0F30CC2F9B9"><enum>(A)</enum><text display-inline="yes-
display-inline">preventing the proliferation of weapons of mass
destruction;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4428CABF58C74B718E9AE374FD9162C3"><enum>(B)</enum><text display-inline="yes-
display-inline">combating piracy;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9963DB91DBA94FC28BA12060CB79A31C"><enum>(C)</enum><text display-inline="yes-
display-inline">assisting victims of conflict and disaster
worldwide;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3E28548755464E95806E17BB15A65885"><enum>(D)</enum><text display-inline="yes-

```
display-inline">protecting maritime security; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H810ADE7401A44F49AF8E68356F73BEA0"><enum>(E)</enum><text display-inline="yes-
display-inline">ensuring freedom of navigation, commerce, and overflight in the Indo-
Pacific region;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE42791FD8814450CB1DCFFA85D536CDC"><enum>(3)</enum><text display-inline="yes-
display-inline">the United States, Japan, and the Republic of Korea share deep concern
that the nuclear and ballistic missile programs, the conventional military
capabilities, and the chemical and biological weapons programs of the Democratic
People's Republic of Korea, together with the long history of aggression and
provocation by the Democratic People's Republic of Korea, pose grave threats to peace
and stability on the Korean Peninsula and in the Indo-Pacific
region;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDE7244F0CF5E48048800EE06A3870D77"><enum>(4)</enum><text display-inline="yes-
display-inline">the United States views security cooperation between Japan and the
Republic of Korea as essential to maintaining peace and stability in the Indo-Pacific
region, promoting mutual interests, and addressing shared concerns;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC1CA6D3F51974CAFB4F1B138D15DA82D"><enum>(5)</enum><text>the bilateral military
intelligence-sharing pact between Japan and the Republic of Korea, signed on November
23, 2016, and the trilateral intelligence sharing agreement among the United States,
Japan, and the Republic of Korea, signed on December 29, 2015, are critical to security
in the Indo-Pacific region and should be maintained; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB9FE1EB7DD4C4494A6957FD3627ECB21"><enum>(6)</enum><text display-inline="yes-
display-inline">recognizing that the security of the United States, Japan, and the
Republic of Korea are intertwined by common threats, including from the Democratic
People's Republic of Korea, the United States strongly encouragesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H55B9C3F595734A4A80A13AD1F1CA0119"><enum>(A)</enum><text display-inline="yes-
display-inline">strengthened bilateral security ties between Japan and the Republic of
Korea; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE725E984CE5949BDB2EC4C0986CEC2CB"><enum>(B)</enum><text display-inline="yes-
display-inline">deeper trilateral defense coordination and cooperation, including
through expanded exercises, training, senior-level exchanges, and information
sharing.</text></subparagraph></paragraph></section>

<section id="H84869A418DA549C3990DEA5A35A18707" section-type="subsequent-
section"><enum>1257.</enum><header>Sense of Congress on North Korea</header><text
display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="HF275C8B8576146789C9BB17632D4E672"><enum>(1)</enum><text>diplomacy,
economic sanctions, and credible deterrence are essential to address North Koreaâ€™s
illicit weapons of mass destruction program and the conventional threat that North
Korea poses to United States forces on the Korean Peninsula and to United States allies
in the region;</text></paragraph>

<paragraph id="HFE45972385D4484FA1A42326686BE26E"><enum>(2)</enum><text>North Koreaâ€™s
recent missile tests are destabilizing, increase regional tensions, and run counter to
the spirit of diplomatic negotiations;</text></paragraph>

<paragraph id="H487B700869AD4E35AF6DDDDDF9F8954C"><enum>(3)</enum><text>every effort
should be made to deter actions by North Korea that could lead to a military
confrontation, which would pose extreme risks toâ€"</text>

<subparagraph id="H2B7F336D9CF7439FADF6B53DE8E51EB2"><enum>(A)</enum><text>United
States military personnel;</text></subparagraph>

<subparagraph
id="HFA6DA99451EC4AD5935968B79C1C9907"><enum>(B)</enum><text>noncombatants, including
United States citizens and citizens of United States allies; and</text></subparagraph>
```

WASHSTATEC015185

```
<subparagraph id="H5AE743CEC1054235ADEAE45688DEF5AC"><enum>(C)</enum><text>regional
security;</text></subparagraph></paragraph>

<paragraph id="H599C6491E03A45629AA9667937C807E5"><enum>(4)</enum><text>a sustained and
credible diplomatic process based on concrete measures to achieve the denuclearization
of North Korea and an eventual end to the Korean War should be
pursued;</text></paragraph>

<paragraph id="H7F015D2BB6DC4AEF899DE2AE2714F0A7"><enum>(5)</enum><text>continued
actions by North Korea that run counter to diplomatic negotiations call into question
North Koreaâ€™s intentions and commitment to a diplomatic solution;
and</text></paragraph>

<paragraph id="H40A1EE85015E4B89A897C0A6B7B5CEC7"><enum>(6)</enum><text>until such time
as North Korea no longer poses a threat to the United States or United States allies,
the United States should, in concert with such allies, continue to deter North Korea
through credible defense and deterrence posture.</text></paragraph></section>

<section id="H8270DDC12DEB4FC8ACB49D0576C6F16F"><enum>1258.</enum><header>Statement of
policy and sense of Congress on, and strategy to fulfill obligations under, Mutual
Defense Treaty with the Republic of the Philippines</header>

<subsection commented="no" display-inline="no-display-inline"
id="H279BEB36189A4DC0AC754E0A6B1DDA24"><enum>(a)</enum><header display-inline="yes-
display-inline">Statement of policy</header><text display-inline="yes-display-
inline">It is the policy of the United States thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H6D1AD9EC258246B1B31FB4B97B2ED552"><enum>(1)</enum><text display-inline="yes-
display-inline">while the United States has long adopted an approach that takes no
position on the ultimate disposition of the disputed sovereignty claims in the South
China Sea, disputing states shouldâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H171E4DB3DB6B46BD837F82374103A87F"><enum>(A)</enum><text display-inline="yes-
display-inline">resolve their disputes peacefully without the threat or use of force;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8B2E7AA0B58E495CA139B67796B971D9"><enum>(B)</enum><text display-inline="yes-
display-inline">ensure that their maritime claims are consistent with international
law; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBE40F9A988F54B2794C4F886D3ECCC39"><enum>(2)</enum><text display-inline="yes-
display-inline">an armed attack on the armed forces, public vessels, or aircraft of the
Republic of the Philippines in the Pacific, including the South China Sea, would
trigger the mutual defense obligations of the United States under Article IV of the
Mutual Defense Treaty <quote>to meet common dangers in accordance with its
constitutional processes</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H2CCA73137EAB4E9990C1914325B51BCD"><enum>(b)</enum><header display-inline="yes-
display-inline">Sense of Congress</header><text display-inline="yes-display-inline">It
is the sense of Congress that the Secretary of State and the Secretary of Defense
shouldâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H00507C06ED384006A66A2F6CED5A0123"><enum>(1)</enum><text display-inline="yes-
display-inline">affirm the commitment of the United States to the Mutual Defense
Treaty;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF8E1153778CB443386D1B21B65420967"><enum>(2)</enum><text display-inline="yes-
display-inline">preserve and strengthen the military alliance of the United States with
the Republic of the Philippines;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3EF8F2085CA446B2AF5491A64FAC8C23"><enum>(3)</enum><text display-inline="yes-
display-inline">prioritize efforts to develop a shared understanding of alliance
commitments and defense planning; and</text></paragraph>
```

WASHSTATEC015186

```
<paragraph commented="no" display-inline="no-display-inline"
id="H59C73AB96BDA40A5B7FA0BD54CF2D379"><enum>(4)</enum><text display-inline="yes-
display-inline">provide appropriate support to the Republic of the Philippines to
strengthen the self-defense capabilities of the Republic of the Philippines,
particularly in the maritime domain.</text></paragraph></subsection>

<subsection id="H31431207B5D245F5979B577BD9641C06"><enum>(c)</enum><header>Strategy
required</header>

<paragraph id="H7ED8EC8306C04C8D84B4CA8D430F1205"><enum>(1)</enum><header>In
general</header><text>Not later than 1 year after the date of the enactment of this
Act, the Secretary of Defense, in consultation with the Secretary of State, shall
submit to the appropriate committees of Congress a report that sets forth the strategy
of the Department of Defense for achieving the objectives described in subsection
(b).</text></paragraph>

<paragraph id="H788E55EC9D6D4D5EB9D47D772C4D545A"><enum>(2)</enum><header>Elements of
strategy</header><text>The strategy required by paragraph (1) shall include the
following:</text>

<subparagraph id="HE2033562A6394D33B44D73E66A607D9A"><enum>(A)</enum><text>A
description of the national security interests and objectives of the United States
furthered by the Mutual Defense Treaty.</text></subparagraph>

<subparagraph id="HA6595CA4BA7F4B43A3A3B9A700646A81"><enum>(B)</enum><text>A
description of the regional security environment, including—</text>

<clause id="HF8A4862484CC435CB1148F43DD2E9331"><enum>(i)</enum><text>an assessment of
threats to both the United States and the Republic of the Philippines national security
interests in the region and the role of the Department in addressing such
threats;</text></clause>

<clause id="H988AB30485164C64BAFC07C135A67B20"><enum>(ii)</enum><text>a description of
the strategic security challenges that are detrimental to regional peace and global
stability, including challenges posed by the People's Republic of China, violent
extremist organizations, and natural disasters; and</text></clause>

<clause id="HDC955CC82BCE4BAB9A35CB0CB6BFA1E5"><enum>(iii)</enum><text>a description of
each violent extremist organization that presents a threat to the Republic of the
Philippines, including, with respect to each such organization—</text>

<subclause id="HBD63119A0FE4475498AD5C340830A891"><enum>(I)</enum><text>the primary
objectives of the organization;</text></subclause>

<subclause id="H3D63CEC2DF3F4337915DA422F5F0B4D0"><enum>(II)</enum><text>an assessment
of—</text>

<item id="HC32247A66AEA4E679C463C92E6A9219F"><enum>(aa)</enum><text>the capacity and
capability of the organization;</text></item>

<item id="HD4D4FB06923A4164ADCF2446378FABD0"><enum>(bb)</enum><text>the transnational
threat posed by the organization;</text></item>

<item id="HCD77AEA675D6460DBA15AFE771AE0977"><enum>(cc)</enum><text>recent trends in
the capability and influence of the organization;</text></item>

<item id="HD768DC95A3684FF8BA0B1F21A6D89142"><enum>(dd)</enum><text>the potential for
the organization to reconstitute, expand, or otherwise pose a significant transnational
threat; and</text></item>

<item id="H60D2A58A934744BBACC346F940DA73B4"><enum>(ee)</enum><text>the conditions that
contribute to efforts of the organization to reconstitute, expand, or pose such a
threat; and</text></item></subclause>

<subclause id="HD88BE04C783146038CF56AE7550FF0CE"><enum>(III)</enum><text>a description
of the metrics used to assess the capability and influence of the
organization.</text></subclause></clause></subparagraph>

<subparagraph id="H05B0C1E1A4F14226BA29DE4DCDE3ACD2"><enum>(C)</enum><text>A
description of Department objectives with the Republic of the Philippines,
including—</text>
```

```
<clause id="H3DB5C56F39F4407DB6F83FB6C4E9AB9A"><enum>(i)</enum><text>the benchmarks for
assessing progress towards such objectives; and</text></clause>
```

```
<clause id="HBD288F21EB1642A2A09FB704FC5AE43E"><enum>(ii)</enum><text>the Department
strategy to achieve such objectives, including throughâ€"</text>
```

```
<subclause id="H207B325B99244AEC9D584B600EAEC752"><enum>(I)</enum><text>defense
cooperation;</text></subclause>
```

```
<subclause id="H34EF834A90D846A4B4A779D47E0B355A"><enum>(II)</enum><text>use of
security cooperation authorities; and</text></subclause>
```

```
<subclause id="H5D0CBBFFB67441D99207126FE3458C8F"><enum>(III)</enum><text>other support
or activities in the Republic of the
Philippines.</text></subclause></clause></subparagraph>
```

```
<subparagraph id="H1467DA1E02BF4F3780A5DAB036BFD3EF"><enum>(D)</enum><text>An
identification of all current and planned Department resources, programs, and
activities to support the strategy required by paragraph (1), including a review of the
necessity of an ongoing named operation and the criteria used to determine such
necessity.</text></subparagraph></paragraph></subsection>
```

```
<subsection
id="H8557612D801C4C99B385CFE4C8B23948"><enum>(d)</enum><header>Definitions</header><tex
t>In this section:</text>
```

```
<paragraph id="HF7D2ADADF63648EA8A3532390C13B4E3"><enum>(1)</enum><header>Appropriate
committees of Congress</header><text>The term <term>appropriate committees of
Congress</term> meansâ€"</text>
```

```
<subparagraph id="HC68317B2EECC4649A1FA1357BC29E3A1"><enum>(A)</enum><text>the
congressional defense committees; and</text></subparagraph>
```

```
<subparagraph id="H42D470C4425F4BB39C8B40FDFCAE3815"><enum>(B)</enum><text>the
Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of
the House of Representatives.</text></subparagraph></paragraph>
```

```
<paragraph id="H6BB928D52E6B4CD193E3C08F7C2CB8B1"><enum>(2)</enum><header>Mutual
Defense Treaty</header><text>The term <term>Mutual Defense Treaty</term> means the
Mutual Defense Treaty between the Republic of the Philippines and the United States of
America, done at Washington August 30, 1951.</text></paragraph></subsection></section>
```

```
<section id="H6600CC7A9AE04AE1B2DC3EB0E3E141B5" section-type="subsequent-
section"><enum>1259.</enum><header>Report on security cooperation with the Philippine
National Police</header>
```

```
<subsection
id="HAA03DA15A9F440DEBB0FA296E83D572D"><enum>(a)</enum><header>Report</header><text>Not
later than 150 days after the date of the enactment of this Act, the Secretary of
Defense, in concurrence with the Secretary of State, shall submit to the appropriate
congressional committees a report concerning security sector assistance programs with
the Philippine National Police.</text></subsection>
```

```
<subsection id="H9806FA501F5F48ACBF62DAB37D533EFC"><enum>(b)</enum><header>Matters to
be included</header><text>The report required by subsection (a) shall include the
following:</text>
```

```
<paragraph id="H583A7007D3A04653915C1F17B1A098F6"><enum>(1)</enum><text>A description
of current and planned security sector assistance programs with the Philippine National
Police.</text></paragraph>
```

```
<paragraph id="H557459D4DED14E9789F278067FFF4E45"><enum>(2)</enum><text>The purpose,
objectives, and type of training, equipment, or assistance provided under each such
program or activity.</text></paragraph>
```

```
<paragraph id="HB4FFAD6890B446FEB45034F54C54A729"><enum>(3)</enum><text>An
identification of the lead agency responsible for each such program or
activity.</text></paragraph>
```

```
<paragraph id="HA2451FB6D9D7423BAAD19E346F3D8BFA"><enum>(4)</enum><text>An
identification of the authority or authorities under which each such program or
activity is conducted.</text></paragraph>
```

WASHSTATEC015188

```
<paragraph id="H7E32935C633C44A0BA9DE448D5D2D2B4"><enum>(5)</enum><text>A description
of the process and criteria used to determine utilization of each such authority or
authorities.</text></paragraph>

<paragraph id="HCEE94AB10E714A1595D311DEE98A3C97"><enum>(6)</enum><text>A description
of how each such program or activity advances United States national security interests
as it relates to the Departmentâ€™s strategy regarding the
Philippines.</text></paragraph>

<paragraph id="H94C23F60DC88475396A129CC2939DBB8"><enum>(7)</enum><text>An
identification of the specific units of the Philippine National Police to receive
training, equipment, or assistance under each such program.</text></paragraph>

<paragraph id="H0EB89C3D51474DDABE1EE2FA474D270F"><enum>(8)</enum><text>A description
of the process and criteria by which specific units of the Philippine National Police
are selected as recipients of such programs and activities, including an assessment of
the comparative value of working with units of law enforcement and units of the
military forces of the Philippines.</text></paragraph>

<paragraph id="HD9EDA51E59F8435AA4B23F4EF57C6A3C"><enum>(9)</enum><text>An assessment
of the current operational effectiveness of such units and a description of the metrics
used to make such assessment.</text></paragraph>

<paragraph id="H39E5E109813C44FEBCA9D784E2A2DEBF"><enum>(10)</enum><text>An
identification of priority capabilities of such units to enhance through training,
equipment, or assistance under each such program or activity.</text></paragraph>

<paragraph id="H46D63409CE324A019D2B7BFCF44E7DF0"><enum>(11)</enum><text>A plan to
identify, monitor, track, and assess the ability of each such program or activity to
meet each of the objectives described pursuant to <internal-xref
idref="H557459D4DED14E9789F278067FFF4E45" legis-path="__.(b)(2)">paragraph
(2)</internal-xref> to enhance the capabilities of each such unit.</text></paragraph>

<paragraph id="H84F881F9AC0C44258A95480563836467"><enum>(12)</enum><text>An
identification of any units of the Philippine National Police that are determined or
credibly alleged to have committed human rights abuses.</text></paragraph>

<paragraph id="H193CEF8326E040718ECAE479BC89B399"><enum>(13)</enum><text>A description
of the relationship between any units of the Philippine National Police identified
pursuant to <internal-xref idref="H84F881F9AC0C44258A95480563836467" legis-
path="__.(b)(12)">paragraph (12)</internal-xref> and any unit identified pursuant to
<internal-xref idref="H94C23F60DC88475396A129CC2939DBB8" legis-
path="__.(b)(7)">paragraph (7)</internal-xref>.</text></paragraph>

<paragraph id="HCCDEA589FB6B477C9080D5C64A1C664B"><enum>(14)</enum><text>A description
of the current or previous role, if any, of each unit identified pursuant to <internal-
xref idref="H94C23F60DC88475396A129CC2939DBB8" legis-path="__.(b)(7)">paragraph
(7)</internal-xref> in the anti-drug campaign.</text></paragraph>

<paragraph id="HBC4E821C8AF448159FFECC3D18798D69"><enum>(15)</enum><text>An assessment
of the ability of the United States to identify the units described in <internal-xref
idref="H84F881F9AC0C44258A95480563836467" legis-path="__.(b)(12)">paragraph
(12)</internal-xref>.</text></paragraph>

<paragraph id="H46F6C5CAEF784F0CB50DB9B676F01E60"><enum>(16)</enum><text>Any other
matters the Secretary of Defense determines should be
included.</text></paragraph></subsection>

<subsection
id="HE5FDB759922A4F3991EB3679DE34EE8E"><enum>(c)</enum><header>Form</header><text>The
report required by subsection (a) shall be submitted in unclassified form without any
designation relating to dissemination control, but may contain a classified
annex.</text></subsection>

<subsection id="H26E08441C7EA454081D1A7C22336A356"><enum>(d)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HF596F6A06B86498495FE3C42736ECF9A"><enum>(1)</enum><text>the
congressional defense committees; and</text></paragraph>
```

&lt;paragraph id="HE26440781D174E898AB21A46B2805D67"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="HE70EA46D9E324567B7407811BEF35D7E" section-type="subsequent-section"&gt;&lt;enum&gt;1260.&lt;/enum&gt;&lt;header&gt;Modification of annual report on military and security developments involving the Peopleâ€™s Republic of China&lt;/header&gt;

&lt;subsection id="H7DE882144F0C4F9EA319ABB96C0001AA"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Modification to annual report requirements&lt;/header&gt;&lt;text&gt;Section 1202 of the National Defense Authorization Act for Fiscal Year 2000 (10 U.S.C. 113 note) is amended as follows:&lt;/text&gt;

&lt;paragraph id="HAE6D9847A4C541B780C57699BBB1C704"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;In subsection (a), by inserting &lt;quote&gt;, in consultation with the heads of other Federal departments and agencies as appropriate,&lt;/quote&gt; after &lt;quote&gt;the Secretary of Defense&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H17364CBA30DF4BA28844A325D847D23E"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;In subsection (b)â€"&lt;/text&gt;

&lt;subparagraph id="H2D231324489D4975B2EE9689D51AE1BD"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;by amending paragraph (26) to read as follows:&lt;/text&gt;

&lt;quoted-block style="OLC" id="HDAAF63EF33294054A4CD954889838D70" display-inline="no-display-inline"&gt;

&lt;paragraph id="HFA9E146F5ED14A3F9A61D0DBF8F25988"&gt;&lt;enum&gt;(26)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;The relationship between Chinese overseas investment, including the Belt and Road Initiative, the Digital Silk Road, and any state-owned or controlled digital or physical infrastructure projects of China, and Chinese security and military strategy objectives, includingâ€"&lt;/text&gt;

&lt;subparagraph id="HB347987CB109418DBC0CD871A8BF7E19"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;an assessment of the Chinese investments or projects likely, or with significant potential, to be converted into military assets of China;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HE523100DC6674C82AC0F7D6DBFAD541A"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;an assessment of the Chinese investments or projects of greatest concern with respect to United States national security interests;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H2C7A7939E8A84E09A51CCAF462BECA50"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;a description of any Chinese investment or project located in another country that is linked to military cooperation with such country, such as cooperation on satellite navigation or arms production;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HCBCE2B3936BC4DBDADA32F1A2BF4F96A"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;an assessment of any Chinese investment, project, or associated agreement in or with another country that presents significant financial risk for the country or may undermine the sovereignty of such country; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HECB4022288F748558BDDD766418AD2A6"&gt;&lt;enum&gt;(E)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;an assessment of the implications for United States military or governmental interests related to denial of access, compromised intelligence activities, and network advantages of Chinese investments or projects in other countries.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;after-quoted-block&gt;; and&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HE4083157648A468AAF671D3879B61E72"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;by adding at the end the following:&lt;/text&gt;

&lt;quoted-block style="OLC" id="HFEF9D34E5320456D96FE4299DB24227A" display-inline="no-display-inline"&gt;

&lt;paragraph id="HEFE44A3224B7428095F18DBDC9AFCC61"&gt;&lt;enum&gt;(29)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;Developments relating to the China Coast Guard, including an assessment ofâ€"&lt;/text&gt;

&lt;subparagraph id="H74522BD99B6F4FF79AEAC4F7927B6CCD"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text display-

WASHSTATEC015190

inline="yes-display-inline">how the change in the Guardâ€™s command structure to report to Chinaâ€™s Central Military Commission affects the Guardâ€™s status as a law enforcement entity;</text></subparagraph>

<subparagraph id="HC11D5BC4E9574F6A978A280DE446AC77"><enum>(B)</enum><text display-inline="yes-display-inline">the implications of such command structure with respect to the use of the Guard as a coercive tool to conduct <quote>gray zone</quote> activities in the East China Sea and the South China Sea; and</text></subparagraph>

<subparagraph id="H3FE74B07B7DE42E3B3F9AE7FA469B55F"><enum>(C)</enum><text display-inline="yes-display-inline">how the change in such command structure may affect interactions between the Guard and the United States Navy.</text></subparagraph></paragraph>

<paragraph id="H85C69E6FC4D6433C89D7B63A673C78B4"><enum>(30)</enum><text display-inline="yes-display-inline">An assessment of the military-to-military relations between China and Russia, including an identification of mutual and competing interests.</text></paragraph>

<paragraph id="HC9CD1730D72A47D69F204B0D1A2A7A24" commented="no"><enum>(31)</enum><text>An assessment of Chinaâ€™s expansion of its surveillance state, includingâ€"</text>

<subparagraph id="HB8DF00821C98411F85543B1D08CCBA1A" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">any correlation of such expansion with its oppression of its citizens or its threat to United States national security interests around the world; and</text></subparagraph>

<subparagraph id="H18639F3D522C44DC95BBBD7DC4A8A8E5" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">an overview of the extent to which such surveillance corresponds to an overall respect, or lack thereof, for human rights in China, especially for religious and ethnic minorities.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H0608BC27E3C64301AB1574B3FD5F0F2B"><enum>(3)</enum><text>In subsection (c)â€"</text>

<subparagraph id="H73BC377988F14744B7D2EAD752ADE78D"><enum>(A)</enum><text>by striking <quote>and the</quote> each place it appears and inserting <quote>, the</quote>;</text></subparagraph>

<subparagraph id="H60C3B4DDF4B044079854E108683874CD"><enum>(B)</enum><text>in paragraph (1), by striking <quote>of the Senate.</quote> and inserting <quote>, and the Select Committee on Intelligence of the Senate.</quote> and</text></subparagraph>

<subparagraph id="HA3F63E0737944ADCA9EEF9B2175B51F8"><enum>(C)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>Committee on International Relations of the House of Representatives.</quote> and inserting <quote>Committee on Foreign Affairs, and the Permanent Select Committee on Intelligence of the House of Representatives.</quote></text></subparagraph></paragraph></subsection>

<subsection id="H3A309421A3D142EE8D14B08F42D6C25F"><enum>(b)</enum><header>Additional defined term</header><text>Such section 1202, as so amended, is further amended by adding at the end the following:</text>

<quoted-block style="OLC" id="HDBBC9393E4AB446593A5BC1F106FB234" display-inline="no-display-inline">

<subsection id="H48C9D4AD434E4E74ACD5D21FF585D364"><enum>(d)</enum><header>State-owned or controlled digital or physical infrastructure project of China</header>

<paragraph id="HA4EE9800DBA8456EB110DCB41C87E487"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">For purposes of subsection (b)(26), the term <term>state-owned or controlled digital or physical infrastructure project of China</term> means a transportation, energy, or information technology infrastructure project that isâ€"</text>

<subparagraph id="H82276C6B17B44F2294C073FDA19A22CD"><enum>(A)</enum><text>owned, controlled, under the direct or indirect influence of, or subsidized byâ€"</text>

<clause id="H9913A44046D44E23B7045B4405352DDC"><enum>(i)</enum><text>the Government of

WASHSTATEC015191

the Peopleâ€™s Republic of China, including any agency within such Government and any subdivision or other unit of government at any level of jurisdiction within China;</text></clause>

<clause id="HDA1272C2A3874474A93DAD3313EC499B"><enum>(ii)</enum><text>any agent or instrumentality of such Government, including such agencies or subdivisions; or</text></clause>

<clause id="HCCEDDBB7C44B41C5B3B82AEC2E5673C4"><enum>(iii)</enum><text>the Chinese Communist Party; or</text></clause></subparagraph>

<subparagraph id="HD1F4B262A3504FA491B2733981513528"><enum>(B)</enum><text display-inline="yes-display-inline">a project of any Chinese company operating in a sector identified as a strategic industry in the Chinese Governmentâ€™s <quote>Made in China 2025</quote> strategy to make China a <quote>manufacturing power</quote> as a core national interest.</text></subparagraph></paragraph>

<paragraph id="HBD044B9F53AE4F78952D32945A2FDBF0"><enum>(2)</enum><header>Owned; controlled</header><text display-inline="yes-display-inline">For purposes paragraph (1)(A), with respect to a projectâ€”</text>

<subparagraph id="H2360A6A3CF2C4D3B89152548868DA655"><enum>(A)</enum><text display-inline="yes-display-inline">the term <term>owned</term> means a majority or controlling interest, whether by value or voting interest, in that project, including through fiduciaries, agents, or other means; and</text></subparagraph>

<subparagraph id="HE1A91BEC3BBC4D98A6E698E89B16B674"><enum>(B)</enum><text>the term <term>controlled</term> means the power by any means to determine or influence, directly or indirectly, important matters affecting the project, regardless of the level of ownership and whether or not that power is exercised.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H9D1FA77F71BF4942BF2CCBCEA66992D0"><enum>1260A.</enum><header>Report on foreign military activities in Pacific Island countries</header>

<subsection id="H1CB31542831E471B86A28D0AA7D2AB3E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence, in coordination with the Director of the Defense Intelligence Agency and the Director of National Intelligence, shall submit to the congressional defense committees a report specifying and analyzingâ€”</text>

<paragraph id="H8B58471F791A4F42BA1D6D40D95A76AD"><enum>(1)</enum><text display-inline="yes-display-inline">strategic interests of foreign militaries in Pacific Island countries, known or emerging foreign partnerships or alliances with non-Pacific Island countries, and foreign military training, exercises, or operations in the region, excluding with countries who are members of the Southeast Asia Treaty Organization;</text></paragraph>

<paragraph id="H5AFAA4D6EAA8410A8F45AD74E521D727"><enum>(2)</enum><text>gaps in intelligence collection capabilities and activities that prevent or may prevent a comprehensive understanding of current intelligence assessments for Pacific Island countries; and</text></paragraph>

<paragraph id="HC8FF117E52F5482CA88B6D05D963B806"><enum>(3)</enum><text>plans to overcome any current intelligence collection deficiencies, including an analysis of both United States and allied and partner intelligence collection capabilities and activities.</text></paragraph></subsection>

<subsection id="HE43419618F3C4E98841121FD0D11539C"><enum>(b)</enum><header>Pacific Island country defined</header><text display-inline="yes-display-inline">In this section, the term <term>Pacific Island country</term> includes any of the following countries: The Republic of Fiji, the Republic Kiribati, the Marshall Islands, the Federated States of Micronesia, the Republic of Nauru, the Republic of Palau, the Independent State of Samoa, the Solomon Islands, the Kingdom of Tonga, Tuvalu, and the Republic of Vanuatu.</text></subsection></section>

<section id="H24AEEDE724AC45CFB3593A96BBB3C1C9" section-type="subsequent-section"><enum>1260B.</enum><header>Report on cybersecurity activities with Taiwan</header><text display-inline="no-display-inline">Not later than 180 days after

the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the following:</text>

<paragraph id="H886E202FFCFF41D98DDA93FE594EF0CE"><enum>(1)</enum><text>The feasibility of establishing a high-level, interagency United States-Taiwan working group for coordinating responses to emerging issues related to cybersecurity. </text></paragraph>

<paragraph id="H033A7041F25541069A13E2FE6EF712F5"><enum>(2)</enum><text>A discussion of the Department of Defenseâ€™s current and future plans to engage with Taiwan in cybersecurity activities. </text></paragraph>

<paragraph id="HA7579FC7887645C58C2F7076AD574184"><enum>(3)</enum><text>A discussion of obstacles encountered in forming, executing, or implementing agreements with Taiwan for cybersecurity activities. </text></paragraph>

<paragraph id="H8AA1CB21831B46CE9F9C60AE26E91AEE"><enum>(4)</enum><text>Any other matters the Secretary of Defense determines should be included.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H42E1FA6CDFBB4E86AD8E30DD72F9A2D7" section-type="subsequent-section"><enum>1260C.</enum><header display-inline="yes-display-inline">Review and report related to the Taiwan Relations Act</header>

<subsection commented="no" display-inline="no-display-inline" id="H24B16F04778044B0AF76E19C25EC1A1D"><enum>(a)</enum><header display-inline="yes-display-inline">Review</header><text display-inline="yes-display-inline">The Secretary of Defense, in coordination with the Secretary of State, shall conduct a review ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H501F1B39B69C403DB5813A61DB0503A7"><enum>(1)</enum><text display-inline="yes-display-inline">whether, and the means by which, as applicable, the Government of the People's Republic of China or the Chinese Communist Party are affecting, including through military, economic, information, digital, diplomatic, or any other form of coercionâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H062CF0820E70483DACE1EC7F65D68398"><enum>(A)</enum><text display-inline="yes-display-inline">the security, or the social and economic system, of the people of Taiwan;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H498C9A7727DB43E1A747275E0E7510B8"><enum>(B)</enum><text display-inline="yes-display-inline">the military balance of power between the People's Republic of China and Taiwan; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB05BF24DE36F40029DE6449E21B6465F"><enum>(C)</enum><text display-inline="yes-display-inline">the expectation that the future of Taiwan will continue to be determined by peaceful means; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0A4B64724C024494804B6B78BA14F0C8"><enum>(2)</enum><text display-inline="yes-display-inline">the role of United States policy toward Taiwan with respect to the implementation of the 2017 National Security Strategy and the 2018 National Defense Strategy.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H306B56C29544404288CEB74E9AB89A10"><enum>(b)</enum><header display-inline="yes-display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7674A32C25AF4B37806B3C9136A79474"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of State, shall provide to the appropriate committees of Congress a report on the review under subsection (a).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1ACEE4E1D1204F7F9EF658634A8A5FDF"><enum>(2)</enum><header display-inline="yes-

WASHSTATEC015193

display-inline">Matters to be included</header><text display-inline="yes-display-inline">The report under paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H75D114F6E0B74C10A7A2CE0F8594A843"><enum>(A)</enum><text>The assessments resulting from the review.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H537BD8BB4F114146A3F0F35EDF7101F8"><enum>(B)</enum><text display-inline="yes-display-inline">Recommendations on legislative changes or Department of Defense or Department of State policy changes necessary to ensure that the United States continues to meets its obligations to Taiwan under the Taiwan Relations Act (22 U.S.C. 3301 et seq.).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE884C57FD4FA4233B3F67E8DF9E45D09"><enum>(C)</enum><text display-inline="yes-display-inline">Guidelines forâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H37E4B21D6D234D7DA5BA0AAEC48E0528"><enum>(i)</enum><text display-inline="yes-display-inline">new defense requirements, including requirements relating to information and digital space;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HCDA8A923A06548AAB02B2B2A425AAE92"><enum>(ii)</enum><text display-inline="yes-display-inline">exchanges between senior-level civilian and military officials of the United States and Taiwan; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2073F53D685A4C88B826512D16802236"><enum>(iii)</enum><text display-inline="yes-display-inline">the regular transfer of defense articles, especially defense articles that are mobile, survivable, and cost effective, to most effectively deter attacks and support the asymmetric defense strategy of Taiwan.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4432E08AF6264F5F92FFF25039FD89C2"><enum>(c)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H64CB811820B54583B2E006935A2550AA"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H809481D784DD440898E198867E3E9D3D"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="HED4332F7DD0F45319E6CB0D70726C691"><enum>1260D.</enum><header>Sense of Congress on enhancement of the United States-Taiwan defense relationship</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="HD5C10D9B868D4CA5A5C28CE23EDD87CB"><enum>(1)</enum><text>Taiwan is a vital partner of the United States and is critical to a free and open Indo-Pacific region;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1AA3281C83E94A369E2E01F9D779FB68"><enum>(2)</enum><text display-inline="yes-display-inline">the Taiwan Relations Act (22 U.S.C. 3301 et seq.) and the <quote>Six Assurances</quote> are both cornerstones of United States relations with Taiwan;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB0DE0267F8A14F0CBAFB873765B7F0A7"><enum>(3)</enum><text display-inline="yes-display-inline">the United States should continue to strengthen defense and security cooperation with Taiwan to support the development of capable, ready, and modern defense forces necessary for Taiwan to maintain a sufficient self-defense capability;</text></paragraph>

WASHSTATEC015194

```
<paragraph commented="no" display-inline="no-display-inline"
id="HC5E375CA5E3143C9BF6C81253C14C84F"><enum>(4)</enum><text display-inline="yes-
display-inline">consistent with the Taiwan Relations Act (22 U.S.C. 3301 et seq.), the
United States should strongly support the acquisition by Taiwan of defense articles and
services through foreign military sales, direct commercial sales, and industrial
cooperation, with an emphasis on anti-ship, coastal defense, anti-armor, air defense,
defensive naval mining, and resilient command and control capabilities that support the
asymmetric defense strategy of Taiwan;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD3F139E2564449DDB9793CA14ECA9B76"><enum>(5)</enum><text display-inline="yes-
display-inline">the President and Congress should determine the nature and quantity of
such defense articles and services based solely upon their judgment of the needs of
Taiwan, as required by the Taiwan Relations Act and in accordance with procedures
established by law;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H560244C6F7894F4F9390BE1E2FF8D88B"><enum>(6)</enum><text display-inline="yes-
display-inline">the United States should continue efforts to improve the predictability
of United States arms sales to Taiwan by ensuring timely review of and response to
requests of Taiwan for defense articles and services;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEA8F7EC764BA4E77B880D2C80C15728F"><enum>(7)</enum><text display-inline="yes-
display-inline">the Secretary of Defense should promote policies concerning exchanges
that enhance the security of Taiwan, including&#8212;"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H053069DCE5A844EFB2B01CA22A747542"><enum>(A)</enum><text display-inline="yes-
display-inline">opportunities with Taiwan for practical training and military exercises
that&#8212;"</text>

<clause commented="no" display-inline="no-display-inline"
id="HE302AF8E82A44CA08B8D1EB006669D99"><enum>(i)</enum><text display-inline="yes-
display-inline">enable Taiwan to maintain a sufficient self-defense capability, as
described in section 3(a) of the Taiwan Relations Act (22 U.S.C. 3302(a));
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF7E9255B8C554092AD8A09EF9E113649"><enum>(ii)</enum><text display-inline="yes-
display-inline">emphasize capabilities consistent with the asymmetric defense strategy
of Taiwan;</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9EFF7DBF70104C90BFCDCB8BE8D38469"><enum>(B)</enum><text display-inline="yes-
display-inline">exchanges between senior defense officials and general officers of the
United States and Taiwan, consistent with the Taiwan Travel Act (Public Law 115&#8212;135),
especially for the purpose of enhancing cooperation on defense planning and improving
the interoperability of United States and Taiwan forces; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H46A994939A7141C0BCFCBD2E8F33C1E5"><enum>(C)</enum><text display-inline="yes-
display-inline">opportunities for exchanges between junior officers and senior enlisted
personnel of the United States and Taiwan;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H92DB7C966B4143198C19B3CC530A7E04"><enum>(8)</enum><text display-inline="yes-
display-inline">the United States and Taiwan should expand cooperation in humanitarian
assistance and disaster relief;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5FB6EA3BDB384A8FB939B3B92B86B241"><enum>(9)</enum><text display-inline="yes-
display-inline">the Secretary of Defense should consider options, including exercises
and ship visits, as appropriate, to expand the scale and scope of humanitarian
assistance and disaster response cooperation with Taiwan and other regional partners so
as to improve disaster response planning and preparedness; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9894920B67044A01A134BA188470DEEA"><enum>(10)</enum><text display-inline="yes-
display-inline">the Secretary of Defense should continue regular transits of United
```

States Navy vessels through the Taiwan Strait, commend the armed forces of France for their April 6, 2019, legal transit of the Taiwan Strait, and encourage allies and partners to follow suit in conducting such transits, in order to demonstrate the commitment of the United States and its allies and partners to fly, sail, and operate anywhere international law allows.</text></paragraph></section>

<section id="H38BD1D57D08F4BE99C8CF306F069D2EE"><enum>1260E.</enum><header>Chinese foreign direct investment in countries of the Arctic region</header>

<subsection id="H266A8B6D0B9C49C3AC42AFD55AD6147F"><enum>(a)</enum><header>Independent study</header>

<paragraph id="HD43413F855A9440CB7A64271F15DE66E"><enum>(1)</enum><header>In general</header><text>Not later than 45 days after the date of enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally-funded research and development center described in paragraph (2) to complete an independent study of Chinese foreign direct investment in countries of the Arctic region, with a focus on the effects of such foreign direct investment on United States national security and near-peer competition in the Arctic region.</text></paragraph>

<paragraph id="HD88A9B25CA9C4EED8DD9516E1F6B5672"><enum>(2)</enum><header>Federally-funded research and development center described</header><text display-inline="yes-display-inline">A federally-funded research and development center described in this paragraph is a federally-funded research and development center thatâ€"</text>

<subparagraph id="H8F1CA31ACEC44717A063359705592C82"><enum>(A)</enum><text>has access to relevant data and demonstrated data-sets regarding foreign direct investment in the Arctic region; and</text></subparagraph>

<subparagraph id="HCC75B27CB3C04EA6AB77ED00C40245AD"><enum>(B)</enum><text>has access to policy experts throughout the United States and the Arctic region.</text></subparagraph></paragraph></subsection>

<subsection id="HB48AFB992FA04F5F9E5C57330BF02B1F"><enum>(b)</enum><header>Elements</header><text>The study required by subsection (a) shall include the following:</text>

<paragraph id="H2A01732254D7454880EF593AA2CC84E7"><enum>(1)</enum><text display-inline="yes-display-inline">Projects in the Arctic that are directly or indirectly funded by public and private Chinese entities, toâ€"</text>

<subparagraph id="H7DD8F9F49A314E03900B34E70A432B17"><enum>(A)</enum><text>build public infrastructure;</text></subparagraph>

<subparagraph id="H367D30926C0046F8A8F286428B802F46"><enum>(B)</enum><text>finance infrastructure;</text></subparagraph>

<subparagraph id="H3B84EFA5CED147878CBEE4074FB20249"><enum>(C)</enum><text>lease mineral and oil and gas leases;</text></subparagraph>

<subparagraph id="HE490F7CECA0540DF9C20C390ABC3410C"><enum>(D)</enum><text>purchase real estate;</text></subparagraph>

<subparagraph id="HCE37DA5F40E140CC8BCE79120C128790"><enum>(E)</enum><text>extract or process, including smelting, minerals and oil and gas;</text></subparagraph>

<subparagraph id="H23D9EC872A0E42FF988C531D918E3083"><enum>(F)</enum><text>engage in shipping or to own and operate or construct shipping infrastructure, including ship construction;</text></subparagraph>

<subparagraph id="H2597AB9339E644F1940BEB57A844CCC0"><enum>(G)</enum><text>lay undersea cables; and</text></subparagraph>

<subparagraph id="H149E7DE0845B4D0E8231A9781A8865CC"><enum>(H)</enum><text>manufacture, own or operate telecommunications capabilities and infrastructure.</text></subparagraph></paragraph>

<paragraph id="H2DC8375DD942453EA7ECC5AFF672BD7A"><enum>(2)</enum><text display-inline="yes-display-inline">An analysis of the legal environment in which Chinese foreign direct investment are occurring in the United States, Russia, Canada, Greenland, Norway, and Iceland. The analysis should includeâ€"</text>

WASHSTATEC015196

```
<subparagraph id="H6D91EED493734A0BB56E72598AC6C1E1"><enum>(A)</enum><text>an
assessment of the efficacy of mechanisms for screening foreign direct investment in the
United States, Russia, Canada, Greenland, Norway, and Iceland;</text></subparagraph>

<subparagraph id="H47C1B75390594456B347354D79653EDC"><enum>(B)</enum><text display-
inline="yes-display-inline">an assessment of the degree to which there is transparency
in Chinese foreign direct investment in countries of the Arctic
region;</text></subparagraph>

<subparagraph id="H60A2358A45914D1EA920140CF0BBEAAD"><enum>(C)</enum><text display-
inline="yes-display-inline">an assessment of the criteria used to assess potential
Chinese foreign direct investment in countries of the Arctic
region;</text></subparagraph>

<subparagraph id="HC9DA627457864014935159FA5C642838"><enum>(D)</enum><text display-
inline="yes-display-inline">an assessment of the efficacy of methods for monitoring
approved Chinese foreign direct investment in countries of the Arctic region;
and</text></subparagraph>

<subparagraph id="H87145901048A4D068542F13B4B911BE4"><enum>(E)</enum><text display-
inline="yes-display-inline">an assessment of public reporting of the decision to
approve such Chinese foreign direct investment.</text></subparagraph></paragraph>

<paragraph id="H0868A76057544B279780ED0BBDCD48CA"><enum>(3)</enum><text display-
inline="yes-display-inline">A comparison of Chinese foreign direct investment in
countries of the Arctic region to other countries with major investments in such
countries, including India, Japan, South Korea, the Netherlands, and
France.</text></paragraph>

<paragraph id="HAE25E03101C7482DBD686F78E707F873"><enum>(4)</enum><text>An assessment
of the environmental impact of past Chinese investments in oil and gas, mineral, and
infrastructure projects in the Arctic region, including the degree to which Chinese
investors are required to comply with local environmental laws and post bonds to assure
remediation if a project becomes bankrupt.</text></paragraph>

<paragraph id="H4386CAFEBE724E75BBF63816FA96AFD1"><enum>(5)</enum><text>A review of the
2018 Chinese Arctic Policy and other relevant public and nonpublic Chinese policy
documents to determine the following:</text>

<subparagraph id="H3D95C433F9534155B8CF232435D61513"><enum>(A)</enum><text>Chinaâ€™s
strategic objectives in the Arctic region from a military, economic, territorial, and
political perspective.</text></subparagraph>

<subparagraph id="HFD9F13C0B899415DBABFE4A24E1067DA"><enum>(B)</enum><text>Chinaâ€™s
goals in the Arctic region with respect to its relations with the United States and
Russia, including the degree to which activities of China in the region are an
extension of Chinaâ€™s strategic competition with the United
States.</text></subparagraph>

<subparagraph id="HEA3D12CC48B548CD8325B32B92D55226"><enum>(C)</enum><text>Whether any
active or planned infrastructure investments are likely to result in a regular presence
of Chinese military vessels or the establishment of military bases in the Arctic
region.</text></subparagraph>

<subparagraph id="HC8D34C21963F48BDBBCE02D212AAF903"><enum>(D)</enum><text>The extent
to which Chinese research activities in the Arctic region are a front for economic
activities, including illegal economic espionage, intelligence gathering, and support
for future Chinese military activities in the region.</text></subparagraph>

<subparagraph id="H08DA34226F214630A007C40A1614E3DD"><enum>(E)</enum><text>The degree
to which Arctic littoral states are susceptible to the political and economic risks of
unregulated foreign direct investment.</text></subparagraph>

<subparagraph id="HD39674252BF347A191F6BA50A89FB9BA"><enum>(F)</enum><text display-
inline="yes-display-inline">The vulnerability of semi-autonomous regions, such as
tribal lands, to Chinese foreign direct investment, including the influence of legal
controls and political or economic manipulation with respect to such
vulnerability.</text></subparagraph>

<subparagraph id="HF733C05F3A254B00A7C83BEAD773E9E3"><enum>(G)</enum><text>The
implications of Chinaâ€™s Arctic development and participation model with respect to
```

forecasting Chinaâ€™s military, economy, territorial, and political activities.</text></subparagraph></paragraph>

<paragraph id="HFA100CF6AF6E4C25ABFC4A1E6E79547E"><enum>(6)</enum><text>Policy and legislative recommendations to enhance the position of the United States in affairs of the Arctic region, includingâ€"</text>

<subparagraph id="HC43D81DE9DAF467D893FC9671B1200CE"><enum>(A)</enum><text>recommendations for how the United States would best interact with nongovernmental organizations such as the World Bank, Arctic Council, United Nations General Assembly, and International Maritime Organization;</text></subparagraph>

<subparagraph id="HACA43F45462F46E0A8DBB5082F49404A"><enum>(B)</enum><text>recommendations to pursue or not pursue the formation of an Arctic Development Bank and, if pursued, how to organize, fund, and operate the bank;</text></subparagraph>

<subparagraph id="HB022919F9B644DC9B5F4E026BEA9F536"><enum>(C)</enum><text display-inline="yes-display-inline">measures the United States can take to promote regional governance and eliminate the soft-power influence from Chinese foreign direct investment, in particular, steps where the United States and Russia should cooperate; and</text></subparagraph>

<subparagraph id="H7C9E9DE0329C4C25BC8E31168ED029ED"><enum>(D)</enum><text>the possibility of negotiating a regional arrangement to regulate foreign direct investment in countries of the Arctic region.</text></subparagraph></paragraph></subsection>

<subsection id="H73FC88A4A52047BBB50124DA2929E700"><enum>(c)</enum><header>Report to Department of Defense</header><text>Not later than 720 days after the date of the enactment of this Act, the federally-funded research and development center with respect to which the Secretary of Defense has entered into a contract under subsection (a) shall submit to the Secretary a report containing the study under subsections (a) and (b).</text></subsection>

<subsection id="H87B450DC608A4B2BA0B54F7754D4FDA4"><enum>(d)</enum><header>Report to Congress</header><text>Not later than 750 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees the report under subsection (c), without change.</text></subsection>

<subsection id="H3A13574778A144B3A8531B349A52FED2" commented="no"><enum>(e)</enum><header>Appropriate congressional committee defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€" </text>

<paragraph id="HB97E2026D51C4904804D17C02936AB11" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">the congressional defense committees;</text></paragraph>

<paragraph id="H817514094A3B43DF99AF5D5C5544C703" commented="no"><enum>(2)</enum><text>the Committee on Foreign Relations and the Committee on Commerce, Science, and Transportation of the Senate; and</text></paragraph>

<paragraph id="H78388EAB59974525B746BA722C2BD765"><enum>(3)</enum><text>the Committee on Foreign Affairs and the Committee on Transportation and Infrastructure of the House of Representatives.</text></paragraph></subsection></section>

<section id="H8D4EAC69332E4B28A5E60B66F46CB3CE"><enum>1260F.</enum><header>Sense of Congress on policy toward Hong Kong</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H1DB58FEF54714CDCA6F7457AF49DF01D"><enum>(1)</enum><text>Congress stands unequivocally with the people of Hong Kong as they defend their rights and freedoms and preserve their autonomy against the Peopleâ€™s Republic of China;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF8AD34F9B87B468AA45E04792727B01A"><enum>(2)</enum><text>the Government of the Peopleâ€™s Republic of China shouldâ€"</text>

WASHSTATEC015198

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H42CF47D969144EBABCC28AF3143B0298"><enum>(A)</enum><text>abide fully by its
commitments in the Sino-British Joint Declaration of 1984 to allow the people of Hong
Kong a high degree of autonomy to govern Hong Kong;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H96C6D7E0BACE4F0186A6B12B9BA161D1"><enum>(B)</enum><text>adhere fully to Hong
Kongâ€™s Basic Law of 1997; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H40E0C668A7F74E24A4F2BC73F38A2660"><enum>(C)</enum><text>immediately cease and
desist in its interference in the political and legal affairs of Hong
Kong;</text></subparagraph></paragraph>

<paragraph id="HB39FF1C937D4442082448B65FC76CD54"><enum>(3)</enum><text>the decision of
authorities of the Hong Kong Special Autonomous Region in September 2019 to fully
withdraw the proposed amendments to the Fugitive Offenders Ordinance of Hong Kong is a
necessary first step and should be followed by efforts to resolve the remaining demands
raised by protestors who represent a broad cross-section of Hong Kong, which are that
authoritiesâ€™</text>

<subparagraph id="HC60AAE5449BE4381B9FDFEFC656C1A89"><enum>(A)</enum><text>drop all
charges against individuals who have been arrested for participating in political
protests;</text></subparagraph>

<subparagraph id="H44F02FD38EFF4ECF80D27001EC253CA8"><enum>(B)</enum><text>retract the
proclamation that the protests were riots;</text></subparagraph>

<subparagraph id="H9B13C943847F4126AD74AF1C6DEB58FB"><enum>(C)</enum><text>establish a
thorough and independent investigation into police brutality; and</text></subparagraph>

<subparagraph id="H85336EEAB0574513BBE645F02E76D72D"><enum>(D)</enum><text>implement
genuine universal suffrage for the election of the Chief Executive and all Legislative
Council members of Hong Kong;</text></subparagraph></paragraph>

<paragraph id="H4B17DBDB7D50463C87FFFF3AFC51C39E"><enum>(4)</enum><text>the United
States shouldâ€™</text>

<subparagraph id="H643E486124B64CA7A244DB472FA76F37"><enum>(A)</enum><text>work with
like-minded countries to stand with the people of Hong Kong;</text></subparagraph>

<subparagraph id="HD17A513BA50A49B89495D900BD6AC18E"><enum>(B)</enum><text>encourage
more responsible behavior by the Peopleâ€™s Republic of China;
and</text></subparagraph>

<subparagraph id="HA2013B33DE7C4736AE8C16C41BC21BE0"><enum>(C)</enum><text>impose
consequences in the event that the authorities of the People's Republic of China and
Hong Kong continue to violate fundamental agreements regarding the autonomy of Hong
Kong;</text></subparagraph></paragraph>

<paragraph id="H71BD59F167954BE68D2DBA366A97DD85"><enum>(5)</enum><text>the Peopleâ€™s
Republic of China should refrain from use of any organization within the military,
paramilitary, or law enforcement apparatus of the People's Republic of China to engage
in violent suppression in Hong Kong;</text></paragraph>

<paragraph id="HEC90C57BED624C6D9D14746123E3BEC9"><enum>(6)</enum><text>in the event
of use of force by the Government of the Peopleâ€™s Republic of China against protestors
in Hong Kong, Congress will recommend swift action by the United States,
includingâ€™</text>

<subparagraph id="H3805ADE965864D9791DB720B4D01BA83"><enum>(A)</enum><text>a
fundamental reevaluation of the special treatment of Hong Kong under the Hong Kong
Policy Act of 1992 (Public Law 102â€“383; 106 Stat. 1448) and other United States law,
particularly in areas of law in which the Peopleâ€™s Republic of China is exploiting
Hong Kong to the detriment of United States interests and values;
and</text></subparagraph>

<subparagraph id="H552516BC362D43848D7CE9E3BFDE05A2"><enum>(B)</enum><text>coordinated
actions with like-minded countries to impose meaningful costs on the Peopleâ€™s
Republic of China, including the imposition of sanctions, travel restrictions, and
other actions against responsible senior officials in the Chinese Communist Party, the
```

WASHSTATEC015199

People's Liberation Army, and the People's Armed Police; and</text></subparagraph></paragraph>

<paragraph id="HBB4744D62C0D41ADB388DE36F10B7F36"><enum>(7)</enum><text>if at any point the Government of Hong Kong implements legislation that affects, directly or indirectly, the interests of the United States with respect to an agreement the United States maintains with Hong Kong, including a future reconsideration of amendments to the Fugitive Offenders Ordinance of Hong Kong, the United States should conduct a full review of all relevant agreements between the United States and Hong Kong and make necessary adjustments to those agreements to safeguard United States interests.</text></paragraph></section>

<section id="H3328EECFB0DE4FC7BBA245C328AC5EE3"><enum>1260G.</enum><header>Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore</header><text display-inline="no-display-inline">It is the sense of Congress that—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC697525B99864DFE8C0DCDDE855A8634"><enum>(1)</enum><text display-inline="yes-display-inline">the United States and the Republic of Singapore have built a strong, enduring, and forward-looking strategic partnership based on long-standing and mutually beneficial cooperation, including through security, defense, economic, and people-to-people ties;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8EE17A11A0BA4FD98099A98A68E5FEE0"><enum>(2)</enum><text display-inline="yes-display-inline">robust security cooperation between the United States and the Republic of Singapore is crucial to promoting peace and stability in the Indo-Pacific region;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H618263BF6E7241CE9C6E11AC369C1051"><enum>(3)</enum><text display-inline="yes-display-inline">the status of the Republic of Singapore as a major security cooperation partner of the United States, as recognized in the 2005 Strategic Framework Agreement between the United States and the Republic of Singapore for a Closer Partnership in Defense and Security, plays an important role in the global network of strategic partnerships, especially in promoting maritime security and countering terrorism;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA05A4FBCD2FC4B57B83B1C9540DE3C1E"><enum>(4)</enum><text display-inline="yes-display-inline">the United States values the Republic of Singapore's provision of access to its military facilities, which supports the continued security presence of the United States in Southeast Asia and across the Indo-Pacific region;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H113AD10D3397461E91B4BDAF5C4B2966"><enum>(5)</enum><text display-inline="yes-display-inline">the United States should continue to welcome the presence of the military forces of the Republic of Singapore in the United States for exercises and training, and should consider opportunities to expand such activities at additional locations in the United States, as appropriate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC39BE9043A22475BBC9443C61F80AB60"><enum>(6)</enum><text display-inline="yes-display-inline">as the United States and the Republic of Singapore have renewed the 1990 Memorandum of Understanding Regarding the United States Use of Facilities in Singapore, the United States should—</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0B4637F91C4A4022B6182DC146C0A199"><enum>(A)</enum><text display-inline="yes-display-inline">continue to enhance defense and security cooperation with the Republic of Singapore to promote peace and stability in the Indo-Pacific region based on common interests and shared values;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H537228F27DAC4173B627A05D7C1F74E4"><enum>(B)</enum><text display-inline="yes-display-inline">reinforce the status of the Republic of Singapore as a major security cooperation partner of the United States; and</text></subparagraph>

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HE6EE2716249042B19820516C39B9F565"><enum>(C)</enum><text display-inline="yes-
display-inline">explore additional steps to better facilitate interoperability between
the United States Armed Forces and the military forces of the Republic of Singapore to
promote peace and stability in the Indo-Pacific
region.</text></subparagraph></paragraph></section>

<section id="HADA00BAFFD064BF5A7239C8767252206"><enum>1260H.</enum><header>Authority to
transfer funds for Bien Hoa dioxin cleanup</header>

<subsection id="H6949488A520946A68747C3E2F9D59FE3"><enum>(a)</enum><header>Transfer
authority</header><text>Notwithstanding section 2215 of title 10, United States Code,
the Secretary of Defense may transfer to the Secretary of State, for use by the United
States Agency for International Development, amounts to be used for the Bien Hoa dioxin
cleanup in Vietnam.</text></subsection>

<subsection id="HD4678AB844A541A6AA311110181EA792"><enum>(b)</enum><header>Limitation
on amount</header><text>Not more than $15,000,000 may be transferred in fiscal year
2020 under the transfer authority in subsection (a).</text></subsection>

<subsection id="H66219EA8328C480784EB691BE7E114FA"><enum>(c)</enum><header>Additional
transfer authority</header><text>The transfer authority in subsection (a) is in
addition to any other transfer authority available to the Department of
Defense.</text></subsection>

<subsection id="H50BB8BCAA6E648DDB6E0932495A20DA8"><enum>(d)</enum><header>Notice on
exercise of authority</header><text>If the Secretary of Defense determines to use the
transfer authority in subsection (a), the Secretary shall notify the congressional
defense committees of that determination not later than 30 days before the Secretary
uses the transfer authority.</text></subsection></section>

<section id="H3EE69AFADD4944D6BADAFDBF0F1BD428"><enum>1260I.</enum><header>Limitation
on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and
Security</header>

<subsection id="H7DAF76BBBB4F456C9F6F0F47DDD9039A"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Commerce may
not remove Huawei Technologies Co. Ltd. or any of its affiliates (in this section
collectively referred to as <quote>Huawei</quote>) from the entity list unless and
until the Secretary certifies to the appropriate congressional committees
thatâ€"</text>

<paragraph id="HA8A43A9E9F9B4AE7BFB909B8B67FD7C9"><enum>(1)</enum><text display-
inline="yes-display-inline">Huawei has sufficiently resolved or settled the charges
that were the basis for the addition of Huawei to the entity list in a manner that is
consistent with the standards for the removal of an entity from the entity list under
the Export Administration Regulations;</text></paragraph>

<paragraph id="H0ADE26FCA44C40938718F307119C445D"><enum>(2)</enum><text>Huawei has
sufficiently resolved or settled any other charges that Huawei violated sanctions
imposed by the United States;</text></paragraph>

<paragraph id="H6F385BF5D42D4F73AFC280AD4D4F94A4"><enum>(3)</enum><text>regulations
have been implemented that sufficiently restrict exporting to, and importing from, the
United States items that would pose a national security threat to telecommunications
systems in the United States; and</text></paragraph>

<paragraph id="H22725A138E454C35974C4D2EA5ED3D4C"><enum>(4)</enum><text>the Department
of Commerce has mitigated, to the maximum extent possible, other threats to the
national security of the United States posed by Huawei.</text></paragraph></subsection>

<subsection
id="H0A2E668ECB4E4F5D83CC611AFF07493F"><enum>(b)</enum><header>Report</header>

<paragraph id="H52DD7AB3FF9E48F780C236B54CC48065"><enum>(1)</enum><header>In
general</header><text>Not later than 60 days after the date of the enactment of this
Act, and annually thereafter, the Secretary of Commerce shall submit to the appropriate
congressional committees a report on licenses issued for exports to Huawei.
</text></paragraph>

<paragraph id="H4E92E2FDF2B64FF1A612B48FC19664C7"><enum>(2)</enum><header>Matters to be
```

WASHSTATEC015201

included</header><text>For each such license, the report required by paragraph (1) shall describeâ€"</text>

<subparagraph id="H3ECECBAC35074A1294627FE837641029"><enum>(A)</enum><text>the items authorized for export; </text></subparagraph>

<subparagraph id="HABDF551DB0EC410DA90449075B6E0198"><enum>(B)</enum><text>the end-uses of the items; </text></subparagraph>

<subparagraph id="H1E03680B6ECF4B83BF1305E21F4D34D1"><enum>(C)</enum><text>the identities of the companies granted the license; and </text></subparagraph>

<subparagraph id="HD950782E513F42E4970722E63B9EF804"><enum>(D)</enum><text>how the approval of the license is consistent with the national security licensing policy set forth in the Export Administration Regulations.</text></subparagraph></paragraph>

<paragraph id="HE3D1B447DE9F424F9611B7B4B0C3ECB6"><enum>(3)</enum><header>Disclosure by appropriate congressional committees</header><text display-inline="yes-display-inline">Subclause (ii) of section 1761(h)(2)(B) of the Export Control Reform Act of 2018 (50 U.S.C. 4820(h)(2)(B)) shall apply with respect to information in a report received by the appropriate congressional committees under paragraph (1) to the same extent and in the same manner as such subclause (ii) applies with respect to information made available under subclause (i) of such section 1761(h)(2)(B).</text></paragraph></subsection>

<subsection id="H67807ACE6D1F40E49FA1A2DE32C34F3A"><enum>(c)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H3F4817327EF24C8BBB3773DB1136806A"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="H4EEDC4C8A5854D2F97075C9FA9092B7E"><enum>(A)</enum><text>the Committee on Banking, Housing, and Urban Affairs and the Select Committee on Intelligence of the Senate; and</text></subparagraph>

<subparagraph id="HABFC9B8AB2244C6BB36316EC3DD80BD1"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HD1229CC260EF436A9F916FB985CC6DB5"><enum>(2)</enum><header>Entity list</header><text display-inline="yes-display-inline">The term <quote>entity list</quote> means the list maintained by the Bureau of Industry and Security and set forth in Supplement No. 4 to part 744 of title 15, Code of Federal Regulations.</text></paragraph>

<paragraph id="H7ADD55CE6BDA4DD993A44E453A5669DB"><enum>(3)</enum><header>Export Administration Regulations</header><text display-inline="yes-display-inline">The term <quote>Export Administration Regulations</quote> means subchapter C of chapter VII of title 15, Code of Federal Regulations.</text></paragraph></subsection></section>

<section id="H0BA4CE78D51549F8BC391CA058752326"><enum>1260J.</enum><header>Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order</header>

<subsection id="H4F7779E80CA74BAFB1088304F4CB05B9"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and annually thereafter, the President shall submit to Congress a report on the compliance of Zhongxing Telecommunications Equipment Corporation (ZTE Corporation) and ZTE Kangxun Telecommunications Ltd. (ZTE Kangxun) (collectively, <quote>ZTE</quote>) with the Superseding Settlement Agreement and Superseding Order reached with the Department of Commerce on June 8, 2018.</text></subsection>

<subsection id="H4CA92CBA6BC249BDBFAB4667D51958A6"><enum>(b)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form and publicly accessible, but may include a classified annex.</text></subsection></section>

<section id="HD24DC36CBC0046BD9E5487B7D391D095"><enum>1260K.</enum><header>Report on

the lay-down of United States Marines in the Indo-Pacific Region</header>

<subsection
id="HC74E30A7CDE048A4AC3A2A0DEFA2DC1C"><enum>(a)</enum><header>Report</header><text>Not
later than 180 days after the date of the enactment of this Act, the Secretary of
Defense shall submit to the congressional defense committees a report on the
implementation of the planned distributed lay-down of members of the United States
Marine Corps in Okinawa, Guam, Hawaii, Australia, and other
locations.</text></subsection>

<subsection
id="HE903CC046183473088E12ECAEDEB80C0"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include the following:</text>

<paragraph id="HE8E61AB199BD4680A5AD58A252F3F3E5"><enum>(1)</enum><text>A description
of the relationship between the planned distributed lay-down in the Indo-Pacific region
and the implementation of the National Defense Strategy with respect to such
region.</text></paragraph>

<paragraph id="H8447C6977F114DF2894EC5CAFEE0CE89"><enum>(2)</enum><text>An assessment
of the impact of the planned distributed lay-down on the ability of the Armed Forces to
respond to current and future contingencies in the area of responsibility of United
States Indo-Pacific Command that reflects contingency plans of the Department of
Defense.</text></paragraph>

<paragraph id="HB323C5DB9C0144DBA7BA1A8AC474A827"><enum>(3)</enum><text>A description
ofâ€"</text>

<subparagraph id="H0C2165A44B204742B1858CDD2C1E8C8C"><enum>(A)</enum><text>the
implementation timeline for the planned distributed lay-down; and
</text></subparagraph>

<subparagraph id="H5D30BDC1658E4AEEB80F1A76A22FE935"><enum>(B)</enum><text>progress
made on the planned distributed lay-down, as compared with such
timeline.</text></subparagraph></paragraph>

<paragraph id="H3BB6DF570DBD46C19385C67A76FFE1EF"><enum>(4)</enum><text>A description
of the adequacy of current and expected training resources at each location associated
with the planned distributed lay-down, includingâ€"</text>

<subparagraph id="H1FC587166C914B3CB5849AEFC39043CF"><enum>(A)</enum><text>the ability
to train against the full spectrum of threats from near-peer or peer threats; and
</text></subparagraph>

<subparagraph id="HBF29C997403E4662887D3B1A7EE568C6"><enum>(B)</enum><text>any
projected limitation due to political, environmental, or other limiting
factors.</text></subparagraph></paragraph>

<paragraph id="H511C8675EDB44543BB5B864AF904BF53"><enum>(5)</enum><text>A description
of sustainment concepts to support the planned distributed lay-down, including an
assessment of the manner in which the planned distributed lay-down will impact
logistics and sustainment requirements in support of contingency plans of the
Department of Defense.</text></paragraph>

<paragraph id="H47346C027AAF42879F80211264409776"><enum>(6)</enum><text>An updated and
detailed description of any military construction projects required to execute the
distributed lay-down.</text></paragraph>

<paragraph id="H3C6A0708A00F4C31878962EA8209E502"><enum>(7)</enum><text>A description
of any recommended revision to the current implementation plan, including any
recommended new investment associated with any such revision relating to basing,
access, and prepositioning in the Indo-Pacific
region.</text></paragraph></subsection></section></subtitle>

<subtitle id="H7C083C570A7A4E81B9C12952D5222CB7"><enum>G</enum><header>Other
matters</header>

<section id="HEC10CB22C99E456CAA6786B97E319A5C" section-type="subsequent-
section"><enum>1261.</enum><header>Modification to report on legal and policy
frameworks for the use of military force</header><text display-inline="no-display-
inline">Section 1264 of the National Defense Authorization Act for Fiscal Year 2018

(Public Law 115â€"91; 131 Stat. 1689) is amendedâ€"</text>

<paragraph id="HED8157B5D3814B50B1A52968095C45B2"><enum>(1)</enum><text>in the heading for subsection (a), by striking <quote>Initial</quote> and inserting <quote>Annual</quote>;</text></paragraph>

<paragraph id="H1083BA8AA4D540EB95EBD68828F77668"><enum>(2)</enum><text>in subsection (a)(1), by striking <quote>90 days after the date of the enactment of this Act</quote> and inserting <quote>March 1 of each year</quote>;</text></paragraph>

<paragraph id="HCCE52B1E1CE240838E8A46F376EECC00"><enum>(3)</enum><text display-inline="yes-display-inline">in subsection (a)(2), by striking <quote>during the period</quote> and all that follows to the end and inserting:</text>

<quoted-block style="OLC" id="H5088BDB341924213A8EFBFF099458BB9" display-inline="yes-display-inline"><text display-inline="yes-display-inline">from the preceding year, includingâ€"</text>

<subparagraph id="H9EAE9213FEA34D349E9C430A2179D1A7"><enum>(A)</enum><text display-inline="yes-display-inline">a list of all foreign forces, irregular forces, groups, or individuals for which a determination has been made that force could legally be used under the Authorization for Use of Military Force (Public Law 107â€"40), includingâ€"</text>

<clause id="H4AAB4F2F93EF4A718F9C270DBA91DE39"><enum>(i)</enum><text>the legal and factual basis for such determination; and</text></clause>

<clause id="HAB4022692954466793071D99A8BDFFE"><enum>(ii)</enum><text>a description of whether force has been used against each such foreign force, irregular force, group, or individual; and</text></clause></subparagraph>

<subparagraph id="HE402ED5104D1466BBF6EBBB893A78EEA"><enum>(B)</enum><text>the criteria and any changes to the criteria for designating a foreign force, irregular force, group, or individual as lawfully targetable, as a high value target, and as formally or functionally a member of a group covered under the Authorization for Use of Military Force.</text></subparagraph></after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HAE2D215BF0A14D4BBD205FC92E129F1B"><enum>(4)</enum><text>in subsection (c), by adding at the end the following: <quote>The unclassified portion of each report shall, at a minimum, include each change made to the legal and policy frameworks during the preceding year and the legal, factual, and policy justifications for such changes, and shall be made available to the public at the same time it is submitted to the appropriate congressional committees.</quote>.</text></paragraph></section>

<section id="HA8666BE0504E4DA6AB92C819978A3633" section-type="subsequent-section"><enum>1262.</enum><header>Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command</header>

<subsection id="H8F7DE519BFCF43619F5A1B5F119C6C1D"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall seek to enter into a contract with a not-for-profit entity or federally funded research and development center independent of the Department of Defense to conduct a review of the sufficiency of resources available to United States Southern Command and United States Africa Command to carry out their respective missions in support of United States national security objectives.</text></subsection>

<subsection id="H10DF5B6D92454FCE84B7E35204247D39"><enum>(b)</enum><header>Matters to be included</header><text>The review described in subsection (a) shall includeâ€"</text>

<paragraph id="HAB2CCB6ABFA449DCAE415020AA65FCA6"><enum>(1)</enum><text>a review of current and emerging United States national security interests in the United States Southern Command and United States Africa Command areas of responsibilities;</text></paragraph>

<paragraph id="HAAF5FD7E71974C639ABCC35F2A748460"><enum>(2)</enum><text>a review of the National Defense Strategy and its implications for United States presence and activities in the United States Southern Command and United States Africa Command areas of responsibilities;</text></paragraph>

```
<paragraph id="H7AA6065B56DE46A6AB907892D944D118"><enum>(3)</enum><text>a comparative
analysis of the National Defense Strategy and the Theater Campaign Plans of United
States Southern Command and United States Africa Command, which shall include a
description of differences, if any, between the guidance and objectives outlined in the
National Defense Strategy and those of the respective Theater Campaign
Plans;</text></paragraph>

<paragraph id="H82901CD272A4445DA0A45B869DD35222"><enum>(4)</enum><text display-
inline="yes-display-inline">a review of the sufficiency of the resources available to
United States Southern Command and United States Africa Command, including personnel,
human resources, and financial resources as well as other non-Department of Defense
resources available to United States Southern Command and United States Africa Command,
in promoting United States national security interests;</text></paragraph>

<paragraph id="HDBEE9A55A71842979EDFED4AF834AF93"><enum>(5)</enum><text>an assessment
of the level of regional expertise and experience of the leadership of each such
combatant command and their subordinate organizations, service components, and task
forces, to include personnel from agencies other than the Department of
Defense;</text></paragraph>

<paragraph id="H68FED82EC3D547D3859B692E1EF17990"><enum>(6)</enum><text>a description
of the strategic objectives and end states in the geographic region for which each such
combatant command has responsibility and a comparison of the importance and priority of
the resources available to each such combatant command to perform its mission;
and</text></paragraph>

<paragraph id="HB63799BF363C44A691F686E1D4E2A1D1"><enum>(7)</enum><text display-
inline="yes-display-inline">an assessment of the ability of each such combatant command
to carry out their respective missions based on available resources, including non-
Department of Defense resources.</text></paragraph></subsection>

<subsection id="HE966FA7DC3544DD2AC6839B1F12627BA"><enum>(c)</enum><header>Access to
information</header><text>The not-for-profit entity or federally funded research and
development center with which the Secretary enters into the contract under subsection
(a) shall have full and direct access to all information related to resources available
to United States Southern Command and United States Africa Command.</text></subsection>

<subsection
id="H69D4EC5817E542D5929DDA89FE7330AD"><enum>(d)</enum><header>Report</header>

<paragraph id="H23CC860F2B674EA79EF4318FF355380E"><enum>(1)</enum><header>In
general</header><text>The Secretary of Defense shall require, as a term of the contract
entered into under subsection (a), that not later than 240 days after the date of the
enactment of this Act, the not-for-profit entity or federally funded research and
development center with which the Secretary of Defense enters into the contract under
subsection (a) shall submit to the Secretary of Defense, the Secretary of State, and
the Administrator of the United States Agency for International Development a report
that contains the assessment required by subsection (a).</text></paragraph>

<paragraph id="HCE16847F41554F92ABAD9EB3F8CA767C"><enum>(2)</enum><header>Submission to
congress</header><text>Not later than 1 year after the date of the enactment of this
Act, the Secretary of Defense shall submit to the congressional defense
committeesâ€"</text>

<subparagraph id="H91A4F2C0944444B59A6A8B801E7E4EB7"><enum>(A)</enum><text>a copy of
such report without change; and</text></subparagraph>

<subparagraph id="H6BF5AA1042544111BDFDD8A0C3E27C1B"><enum>(B)</enum><text>any comments
the Secretary of Defense considers
appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="H39003DD7780647698093D2046CE9F5F6"><enum>1263.</enum><header>United States
Central Command posture assessment and review</header>

<subsection commented="no" display-inline="no-display-inline"
id="H668E14252E1C4A11896Z231E55D45A23"><enum>(a)</enum><header display-inline="yes-
display-inline">Assessment and review required</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H4DD2F7C700344343902F4CCB4E920E82"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
```

WASHSTATEC015205

than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center to conduct an independent assessment and comprehensive review of United States military force posture and capabilities in the United States Central Command area of responsibility for the purpose of clarifying and evolving United States military force posture and basing throughout such area of responsibility in accordance with the strategic guidance of the National Defense Strategy during the posture review period.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD031C9024B6A4B9EB1C51C14BC64C6CA"><enum>(2)</enum><header display-inline="yes-display-inline">Matters to be included</header><text display-inline="yes-display-inline">The assessment and review conducted under paragraph (1) shall include, for the posture review period, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF40F37B7242B4855810B275DEAE8CA9B"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment of the threats and challenges in the United States Central Command area of responsibility, including threats and challenges posed to United States interests by near-peer competitors.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H50F10A90EED146D58655E134115C55A7"><enum>(B)</enum><text display-inline="yes-display-inline">An explanation of the policy and strategic frameworks for addressing the threats and challenges identified under subparagraph (A).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4FA249EC724B454DB15A2437412581C1"><enum>(C)</enum><text display-inline="yes-display-inline">An identification of current and future United States military force posture and capabilities necessary to counter threats, deter conflict, and defend United States national security interests in the United States Central Command area of responsibility.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7B383A06B3D342A3AD2C1C030D1AAF35"><enum>(D)</enum><text>An assessment of threats and vulnerabilities to current basing, posture, and readiness in the United States Central Command area of responsibility.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3ABD89BC78E7446892259A6338B5C123"><enum>(E)</enum><text display-inline="yes-display-inline">An assessment of the basing, cooperative security locations, and other infrastructure necessary to support steady state operations in support of the theater campaign plan and potential contingencies that may arise in or affect the United States Central Command area of responsibility, including any potential efficiencies and risk mitigation measures to be taken.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD6022BFE839649078A8286BF94219D25"><enum>(F)</enum><text display-inline="yes-display-inline">An assessment of the risks and tradeoffs to United States Central Command priorities resulting from the reorientation of resources toward National Defense Strategy priorities and a description of methods to mitigate any negative impact of such reorientation.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDE488D3E2DC44506A0C55CE958848256"><enum>(G)</enum><text display-inline="yes-display-inline">An explanation of the manner in which a modernized global operating model or dynamic force employment approach may yield efficiencies and increase strategic flexibility while achieving United States military objectives in the United States Central Command area of responsibility.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H17CDEE03F5A641BDBDB308EB9BC3F952"><enum>(H)</enum><text display-inline="yes-display-inline">An articulation of the United States nonmilitary efforts and activities necessary to enable the achievement of United States national security interests in the United States Central Command area of responsibility.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBBBD493BB81241CA817546C5C1501C5A"><enum>(I)</enum><text display-inline="yes-display-inline">Any other matter considered relevant.</text></subparagraph></paragraph></subsection>

```
<subsection commented="no" display-inline="no-display-inline"
id="HA6592EED309844F1A11BF36DFC91909A"><enum>(b)</enum><header>Results</header><text>Th
e federally funded research and development center concerned shall submit to the
Secretary the results of the assessment and review under subsection (a), which shall
include the following:</text>

<paragraph id="H24EE59CB60574D019358DD01B134EB0C"><enum>(1)</enum><text>Considerations
and recommendations for improving posture, basing, and readiness in the United States
Central Command area of responsibility.</text></paragraph>

<paragraph id="HDF657EE573FB472EAB4219F0473BF781"><enum>(2)</enum><text>Alternative
basing and posture options to reduce costs, enhance readiness, improve posture, and
align with National Defense Strategy priorities.</text></paragraph>

<paragraph id="H78B1CCC566244E4FAAE37F5C36359B98"><enum>(3)</enum><text>Any legislative
recommendationsâ€"</text>

<subparagraph id="H17830B950CE049D88766D256266BAD84"><enum>(A)</enum><text>to support
and facilitate National Defense Strategy implementation with respect to United States
Central Command; and</text></subparagraph>

<subparagraph id="HEA271EBC018F499B9539C14C5E02D260"><enum>(B)</enum><text>to modernize
or improve basing, posture, and readiness in the United States Central Command area of
responsibility.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H00DA3CCE8DF6449CA23B2E65610A5C47"><enum>(c)</enum><header display-inline="yes-
display-inline">Submittal to Congress</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H312389462B0B4EB9B8AA0D58BBF41788"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than July 1, 2020, the Secretary shall submit to the congressional defense committees
an unaltered copy of the results under subsection (b), together with the written
perspectives of the Secretary and the Chairman of the Joint Chiefs of Staff with
respect to such results.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8CFB7E528DF84794AD4D6BF295379D84"><enum>(2)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The submission
under paragraph (1) shall be submitted in unclassified form, but may include a
classified annex.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H98F05FDC727842B38923EF2A9FB6D5E7"><enum>(d)</enum><header display-inline="yes-
display-inline">Posture review period defined</header><text display-inline="yes-
display-inline">In this section, the term <term>posture review period</term> means the
period beginning on the date that is five years after the date of the enactment of this
Act and ending on the date that is 15 years after such date of
enactment.</text></subsection></section>

<section id="H4D984F651DD1487CBC9FC5B35AC51B36" section-type="subsequent-
section"><enum>1264.</enum><header>Limitation on production of nuclear proliferation
assessment statements</header>

<subsection
id="HEBD980E9645A40529130032BDC2C1017"><enum>(a)</enum><header>Limitation</header><text
>The Secretary of State may not provide to the President, and the President may not
submit to Congress, a Nuclear Proliferation Assessment Statement described in
subsection a. of section 123 of the Atomic Energy Act of 1954 (42 U.S.C. 2153) with
respect to a proposed cooperation agreement with any country that has not signed and
implemented an Additional Protocol with the International Atomic Energy Agency, other
than a country with which, as of June 19, 2019, there is in effect a civilian nuclear
cooperation agreement pursuant to such section 123.</text></subsection>

<subsection
id="HEC0153E1F70645A38396910B279CF7A8"><enum>(b)</enum><header>Waiver</header><text>The
limitation under subsection (a) shall be waived with respect to a particular country
beginning on the date that is 90 days after the date on which the President submits to
the appropriate congressional committees a report describing the manner in which such
```

WASHSTATEC015207

agreement would advance the national security and defense interests of the United States and not contribute to the proliferation of nuclear weapons.</text></subsection>

<subsection id="HD6F670D0BD6343C2AE8E6BA8E5237637"><enum>(c)</enum><header>Form</header><text>The report described in subsection (b) shall be submitted in unclassified form but may include a classified annex.</text></subsection>

<subsection id="H64E71579943E465BBF87DC625AF24418"><enum>(d)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HC656B1EBFDBC4E0F9B8D28825928A160"><enum>(1)</enum><text>the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="H1225D3CB978A4BC1B970492FE13D1242"><enum>(2)</enum><text>the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H7F2EE260D78D4E0B816FD4EA12D12FB4" section-type="subsequent-section"><enum>1265.</enum><header>Western Hemisphere resource assessment</header>

<subsection id="HCD81B58BEC6B46C4B6DDD61EC09C9559"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline"> The Secretary of Defense shall seek to enter into a contract with an independent, non-governmental institute described in section 501(c)(3) of the Internal Revenue Code of 1986, and exempt from tax under section 501(a) of such Code, that has recognized credentials and expertise in national security and military affairs to conduct an accounting of and an assessment of the sufficiency of resources available to the United States Southern Command (SOUTHCOM), United States Northern Command (NORTHCOM), Department of State, and United States Agency for International Development (USAID) to carry out their respective missions in the Western Hemisphere.</text></subsection>

<subsection id="HFBBD2661371248C2A405BF69A97E9774"><enum>(b)</enum><header>Matters to be included</header><text>The assessment described in subsection (a) shall include each of the following:</text>

<paragraph id="H725E38EC17534C3792032B53B363D0B2"><enum>(1)</enum><text>An accounting and description of the funds available to SOUTHCOM, NORTHCOM, the Department of State, and USAID.</text></paragraph>

<paragraph id="HE558232B01D7422693EA33C0D10A7ACE"><enum>(2)</enum><text>A list of bilateral and multilateral military training and exercises with allies and partner countries in the Western Hemisphere.</text></paragraph>

<paragraph id="H29AF69933547435DA0B6FB057250EA38"><enum>(3)</enum><text>A description of the security force activities of the United States in the Western Hemisphere.</text></paragraph>

<paragraph id="H62046BFDE5D044778F875F1FC9220084"><enum>(4)</enum><text>A description of the activities of the Departments of State and Defense in addressing security challenges in the Western Hemisphere.</text></paragraph>

<paragraph id="HD862BB5603C2422EB04C4D1B1A6C0DF4"><enum>(5)</enum><text>Cyber domain activities of the United States and those actions in concert with allied and partner countries in the Western Hemisphere.</text></paragraph>

<paragraph id="H70B1C36331604E98B66907C711A25BFE"><enum>(6)</enum><text>A description of the funding for all international military education and training programs.</text></paragraph>

<paragraph id="H00E55858132D4D06A8907D8F2C6547CD"><enum>(7)</enum><text>An overview of all foreign military sales and foreign military financing programs with partner countries in the Western Hemisphere.</text></paragraph>

<paragraph id="H31A37358504B42BCA2E8E556B924E9D9"><enum>(8)</enum><text>A list of investments, programs, or partnerships in the Western Hemisphere by China, Iran, Russia, or other adversarial groups or countries that threaten the national security of the United States.</text></paragraph>

<paragraph id="HCE77811F2A25475A9461DCC16005C303"><enum>(9)</enum><text>Recommendations

for actions the Department of Defense, the Department of State, and USAID could take to advance United States national security interests in the Western Hemisphere.</text></paragraph></subsection>

<subsection id="HADBAD9D7E3784ACD97682C42B16D7CE2"><enum>(c)</enum><header>Access to information</header><text display-inline="yes-display-inline">The independent, non-governmental institute described in subsection (a) with which the Secretary enters into a contract pursuant to such subsection shall have full and direct access to all information related to resources available to SOUTHCOM, NORTHCOM, the Department of State, and USAID.</text></subsection>

<subsection id="HB88E3B0C9785484DA6494F8696D088A3"><enum>(d)</enum><header>Reports required</header>

<paragraph id="H4311BAD687544F42A21E9C4BDA1AC1AB"><enum>(1)</enum><header>Report of assessment</header><text display-inline="yes-display-inline">The Secretary of Defense shall include as a term in the contract entered into pursuant to subsection (a) that the independent, non-governmental institute shall submit to the Secretary of Defense, the Secretary of State, and the Administrator of the USAID a report containing the assessment described in such subsection not later than 240 days after the date of the enactment of this Act.</text></paragraph>

<paragraph id="H05F27578ECA04EBDA75B21E348F16653"><enum>(2)</enum><header>Report to Congress</header><text>Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees a report that includes€"</text>

<subparagraph id="H3E9F38003B4C44548ADD3E0176E71D4E"><enum>(A)</enum><text>an unedited copy of the report submitted in accordance with paragraph (1); and</text></subparagraph>

<subparagraph id="HDE0DE835243541ACAFA25C255B85894D"><enum>(B)</enum><text display-inline="yes-display-inline">any comments, changes, recommendations, or other information of the Secretary of Defense, the Secretary of State, and the Administrator of the United States Agency for International Development determine appropriate that relates to the assessment required by subsection (a) and contained in such report.</text></subparagraph></paragraph>

<paragraph id="H0EB345A2BF534234B971CBC9263EDED7"><enum>(3)</enum><header>Form</header><text>The report required by paragraph (2) shall be submitted in unclassified form but may include a classified annex.</text></paragraph></subsection>

<subsection id="HD24BE47F826F4105A53A6BC99D6D8967"><enum>(e)</enum><header>Appropriate congressional committees defined</header><text>The term <term>appropriate congressional committees</term> means€"</text>

<paragraph id="H5FE7652444264787942127431B4E5722"><enum>(1)</enum><text>the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="H8DF061BCA5D84FC7A0A7669A322479D5"><enum>(2)</enum><text>the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H8BF4B25F91974742A6757E94A0E0909E" section-type="subsequent-section"><enum>1266.</enum><header>Human rights in Brazil</header>

<subsection id="HBCB100DC874C49C3A590BB9CB6A3E3BF"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the appropriate congressional committees a report that includes the following:</text>

<paragraph id="H904B3B620B344DB28CF8B73D80A6E5DD"><enum>(1)</enum><text display-inline="yes-display-inline">A description of the security cooperation relationship between the United States and Brazil, including a description of United States objectives, any ongoing or planned security cooperation activities with the military forces of Brazil, and an identification of priority capabilities of the military forces of Brazil that the Department could enhance.</text></paragraph>

<paragraph id="H5B20B9A893264A7794816F94C4ADEFAA"><enum>(2)</enum><text display-

WASHSTATEC015209

inline="yes-display-inline">An assessment of the capabilities of the military forces of Brazil.</text></paragraph>

<paragraph id="H264B424EC41B40A4A144B6993EF921EE"><enum>(3)</enum><text display-inline="yes-display-inline">A description of the human rights climate in Brazil, an assessment of the Brazilian military forces' adherence to human rights, and a description of any ongoing or planned cooperative activities between the United States and Brazil focused on human rights.</text></paragraph>

<paragraph id="HFA21E413CF214F00AC5DCE86B531C023"><enum>(4)</enum><text display-inline="yes-display-inline">An identification of any Brazilian military and security force units that are determined or credibly alleged to have engaged in human rights violations and have received or purchased United States equipment or training.</text></paragraph>

<paragraph id="HDC7276BB57344A0AAC20E9B09E513498"><enum>(5)</enum><text display-inline="yes-display-inline">A description of the manner and extent to which a security cooperation strategy between the United States and Brazil could address any human rights abuses identified pursuant to paragraph (3) or (4), encourage accountability, and promote reform through training on human rights, rule of law, and rules of engagement.</text></paragraph>

<paragraph id="H5F222C049284494A9DA58902199E2F4D"><enum>(6)</enum><text>Any other matter the Secretary determines to be relevant.</text></paragraph></subsection>

<subsection id="HEEE671EF600544C3AB523704DF4653FF"><enum>(b)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> means—</text>

<paragraph id="HDAFFF237AD4A471184A835E99520854B"><enum>(1)</enum><text>the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="H9FB40B8E56C342C38C4EC49F504769AA"><enum>(2)</enum><text>the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H8620E0CBD56F4416A946ED1BE52258BE" section-type="subsequent-section"><enum>1267.</enum><header>Certification relating to assistance for Guatemala</header>

<subsection id="H7FD95C404EDD48CE91456B677F3E5E3B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Prior to the transfer of any vehicles by the Department of Defense to a joint task force of the Ministry of Defense or the Ministry of the Interior of Guatemala during fiscal year 2020, the Secretary of Defense shall certify to the appropriate congressional committees that such ministries have made a credible commitment to use such equipment only for the uses for which they were intended.</text></subsection>

<subsection id="HE3BABFAD894241AFB530AE8FE272D9C4"><enum>(b)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> means—</text>

<paragraph id="H9620D2A467DF4D2781EB29C11C901A33"><enum>(1)</enum><text>the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Affairs of the House of Representatives; and</text></paragraph>

<paragraph id="HF95D1A14A0BB45A2B72786D6ABB3CB4D"><enum>(2)</enum><text>the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Relations of the Senate.</text></paragraph></subsection></section>

<section id="H1D522F39FEE143E29ECAEA2A794BE520"><enum>1268.</enum><header>Independent analysis of human rights situation in Honduras</header>

<subsection commented="no" display-inline="no-display-inline" id="HBCBBDD4C2C46479590A06C08FD081519"><enum>(a)</enum><header display-inline="yes-display-inline">Analysis required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H8A7B5107202C45AC98D466312AE5B9E7"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later

than 90 days after the date of the enactment of this Act, the Secretary of Defense shall select and enter into an agreement with an independent think tank or a federally funded research and development center to conduct an analysis of the compliance of the military and security forces of Honduras with international human rights laws and standards.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE9DE2335C3DF4FA49CBAF298DD86B31E"><enum>(2)</enum><header display-inline="yes-display-inline">Matters to be included</header><text display-inline="yes-display-inline">The analysis under paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H947E1452B2B24FB4A7753494B32A765C"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the military-to-military activities between the United States and Honduras, including the manner in which Department of Defense engagement with the military and security forces of Honduras supports the National Defense Strategy.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC2C75D3CF03A43148A48FDCCFB24FD26"><enum>(B)</enum><text display-inline="yes-display-inline">An analysis of the activities of the military and security forces of Honduras with respect to human rights activists, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HF25A0B7053E34582914A94156C8A2AF3"><enum>(i)</enum><text display-inline="yes-display-inline">a description of the processes and procedures of the Department to identify human rights violations; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H87F0BEDED99E4F4CB95473B4BB7760A9"><enum>(ii)</enum><text>an analysis of whether such processes and procedures comply with Department policy on adherence to human rights and international law.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5CC6963AC06A4F05964315238822253F"><enum>(C)</enum><text display-inline="yes-display-inline">With respect to United States national security interests, an analysis of the challenges posed by corruption within the military and security forces of Honduras, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H2A197224D59A4196881F887091018B5D"><enum>(i)</enum><text display-inline="yes-display-inline">an analysis of participation, if any, by the military and security forces of Honduras in illegal narcotics trafficking activities; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC22CC1A498324F3EB1DCE308A026D8EB"><enum>(ii)</enum><text>the processes and procedures within the military and security forces of Honduras to ensure accountability for such activities.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1DC96D7C3B04432BB5DBF4C11B2B453A"><enum>(D)</enum><text display-inline="yes-display-inline">An analysis ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H785272DE2C924E929B8C53058E09B232"><enum>(i)</enum><text display-inline="yes-display-inline">the security cooperation provided to Honduras by the Department during the 3-year period preceding the date of the enactment of this Act; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H38A72C4F57E449D6988C12B789826157"><enum>(ii)</enum><text display-inline="yes-display-inline">the extent to which such cooperation has improved accountability, transparency, and compliance to international human rights laws and standards in the security and military operations of the Government of Honduras.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H124FB0C385C0447695151716DEE724BE"><enum>(E)</enum></subparagraph>

<clause commented="no" display-inline="yes-display-inline" id="H8F1B4779C4674AA9BC9E3964F762B8EA"><enum>(i)</enum><text>An identification of the units of the military and security forces of Honduras trained by the

WASHSTATEC015211

```
Department.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H44B2DE56C3D44609B2CDF2964413940A" indent="up1"><enum>(ii)</enum><text>An analysis
of the role such units have had, if any, in the training, deployment, and command of
the Military Police for Public Order (PMOP) in Honduras.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4D3E883659DD49D1B6BA797DB88BD30F"><enum>(F)</enum><text>An analysis of the
security cooperation of the Department with military intelligence and special forces
units of Honduras.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF18E10AA62A04FC8B5E5811687C4F9BC"><enum>(G)</enum><text>An analysis of the
relative importance of providing development assistance to Honduras to achieve United
States national security objectives, including countering the proliferation of illegal
narcotics flows through Honduras.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H69129E154D3D4C65AD481F83B9FE69EF"><enum>(H)</enum><text display-inline="yes-
display-inline">Recommendations on the development of future security cooperation with
Honduras that prioritizesâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HFF44DD9D4C13424BA68891345885F9BD"><enum>(i)</enum><text display-inline="yes-
display-inline">compliance of the military and security forces of Honduras with human
rights laws and standards;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H03E09CE1597846628D8ACA0D26159058"><enum>(ii)</enum><text display-inline="yes-
display-inline">citizen security; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H77A71989F7144C42B07E588DDF3BDE65"><enum>(iii)</enum><text display-inline="yes-
display-inline">the advancement of United States national security interests with
respect to countering the proliferation of illegal narcotics flows through
Honduras.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD859D548061E495CB0FD84F884848EFF"><enum>(I)</enum><text display-inline="yes-
display-inline">Any other matters the Secretary considers necessary and relevant to
United States national security
interests.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF7F9D445354742E58348403B13C06990"><enum>(b)</enum><header display-inline="yes-
display-inline">Report</header><text display-inline="yes-display-inline">Not later than
270 days after the date of the enactment of this Act, the entity selected under
subsection (a) shall submit to the appropriate committees of Congress a report on the
results of the analysis conducted under that subsection.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H20EF7821882D4DF1B2F639CE5BC09128"><enum>(c)</enum><header display-inline="yes-
display-inline">Department of Defense support</header><text display-inline="yes-
display-inline">The Secretary shall provide the entity selected under subsection (a)
with timely access to appropriate information, data, and analyses necessary to carry
out such analysis in a thorough and independent manner.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H14A84F659C4741EA97911A764C9E8FA3"><enum>(d)</enum><header display-inline="yes-
display-inline">Appropriate committees of Congress defined</header><text display-
inline="yes-display-inline">In this section, the term <term>appropriate committees of
Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE351A55D307544BB82484F02DE97AB29"><enum>(1)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services and the Committee on Foreign Relations
of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB88465BB417A4993B9CCD1DEA46AD05F"><enum>(2)</enum><text display-inline="yes-
```

WASHSTATEC015212

display-inline">the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H56EAF70832064A58A1170144C14914E1" section-type="subsequent-section"><enum>1269.</enum><header>Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly provide to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a briefing onâ€"</text>

<paragraph id="H24F1B8B87A8F4723B6AB246D6D5D592A"><enum>(1)</enum><text>the current strategy to improve defense institutions and security sector forces in Nigeria required by section 1279A of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1701);</text></paragraph>

<paragraph id="H2E5FE99B1E3A468B80C20B000DDE17C9"><enum>(2)</enum><text>any efforts planned or under way to assist the Nigerian military to improve its efforts to prevent, mitigate, and respond to civilian harm;</text></paragraph>

<paragraph id="HB17CF674C8B748838C06878CE61B690B"><enum>(3)</enum><text>an assessment of the effectiveness of such training; and</text></paragraph>

<paragraph id="H6B898D1ADBA04445A0AC170F809E5A24"><enum>(4)</enum><text>an overall assessment of efforts by the Government of Nigeria to improve civilian protection, accountability for human rights violations, and transparency in the defense institutions and security sector force.</text></paragraph></section>

<section id="H73FD05C700354734A09BA9D5FA269567"><enum>1270.</enum><header>Report on implications of Chinese military presence in Djibouti</header>

<subsection id="H83DFF60AC1AC41E2A185ADB17A39CB05"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report that contains a comprehensive strategy to address security concerns posed by the Chinese Peopleâ€™s Liberation Army Support Base in Djibouti to United States military installations and logistics chains in sub-Saharan Africa and the Middle East.</text></subsection>

<subsection id="H9E978473782E440E8CC9DBDB12E3D74B"><enum>(b)</enum><header>Matters to be included</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="H24267A5C16534943845E6C22DB623F62"><enum>(1)</enum><text>An assessment of the potential military, intelligence, and logistical threats facing regional United States military infrastructure, supply chains, and operations due to Chinese military presence in Djibouti and a description of any efforts to mitigate such threats.</text></paragraph>

<paragraph id="HB87CF19BEE714C9B82130A2F985FD7D5"><enum>(2)</enum><text>An assessment of Djiboutiâ€™s Chinese-held public debt as well as any other potential means of Chinese economic coercion, and a description of the strategic vulnerabilities posed to the United States if China moves to claim the Port of Djibouti or other key logistical assets in repayment. </text></paragraph>

<paragraph id="H8FB1D9CFEDF645079BD9A07F9FD26B86"><enum>(3)</enum><text>A description of the specific operational challenges facing the United States military in the Horn of Africa and the Middle East in the event that access to the Port of Djibouti becomes limited or lost in its entirety, as well as a description of any contingency plans in the event of such scenarios.</text></paragraph>

<paragraph id="HBD0A6C3EE28B4653B433D75B62D8F093"><enum>(4)</enum><text>An identification of the measures in place to mitigate risk of escalation between United States and Chinese military assets in Djibouti or any additional mechanisms that may be advisable.</text></paragraph>

<paragraph id="HE8077115CC214ACBA625176E665EE70E"><enum>(5)</enum><text>Any other matters the Secretary of Defense considers appropriate.</text></paragraph></subsection>

<subsection

```
id="H612C375C0FDC4F40B0FFEAD933036336"><enum>(c)</enum><header>Form</header><text>The
report required under subsection (a) shall be submitted in unclassified form, but may
include a classified annex.</text></subsection></section>

<section id="HA546141A53604BE2A155C544476F2F57" section-type="subsequent-
section"><enum>1271.</enum><header>Rule of construction on the permanent stationing of
United States Armed Forces in Somalia</header><text display-inline="no-display-
inline">Nothing in this Act may be construed to authorize the permanent stationing of
members of the Armed Forces in Somalia.</text></section>

<section id="HD79E3869B5A84E1BAE3C11A6D8654940" section-type="subsequent-
section"><enum>1272.</enum><header>Defense and diplomatic strategy for Libya</header>

<subsection id="H27947068FC9248B9B2C69F402BD71EC7"><enum>(a)</enum><header>Report
required</header><text>Not later than 270 days after the date of enactment of this Act,
the Secretary of Defense and the Secretary of State shall jointly submit to the
appropriate congressional committees a report that contains a description of the United
States defense and diplomatic strategy for Libya.</text></subsection>

<subsection
id="H80E928650C7B4C1FA40CFEA682138775"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include the following elements:</text>

<paragraph id="H12638326DEDF4D3AB632C479666173A3"><enum>(1)</enum><text>An explanation
of the defense and diplomatic strategy for Libya, including a description of the ends,
ways, and means inherent to the strategy, and the role of the Armed Forces in
supporting the strategy.</text></paragraph>

<paragraph id="HC532FC80300143F7814CD2ECB0BE6F2E"><enum>(2)</enum><text display-
inline="yes-display-inline">An explanation of the policy and legal authorities of the
Department of Defense and the Department of State required to support the
strategy.</text></paragraph>

<paragraph id="H77907A3A297C4451A9CA1CC395CED421"><enum>(3)</enum><text>A detailed
description of Department of Defense security partnerships with Libyan
actors.</text></paragraph>

<paragraph id="H783B886085484F72A0A4886173CB3474"><enum>(4)</enum><text display-
inline="yes-display-inline">A detailed description of Libyan and external security
actors and an assessment of how those actors advance or undermine stability in Libya
and United States strategic interests in Libya, including United States interests in a
political settlement to the conflict in Libya.</text></paragraph>

<paragraph id="HE095455B2AB1414698F6669C64E90D57"><enum>(5)</enum><text>A detailed
description of the military activities of external actors in Libya, including
assessments of whether those activities—"</text>

<subparagraph id="H9FF25B8576F94901954CA035C796DC7F"><enum>(A)</enum><text>have
undermined progress towards stabilization of Libya, including the United Nations-led
negotiations;</text></subparagraph>

<subparagraph id="H5E28DE20EF0041B9BACCAF3ECDA90242"><enum>(B)</enum><text>involve
United States-origin equipment and violate contractual conditions of acceptable use of
such equipment; or</text></subparagraph>

<subparagraph id="HE3F3BD08561945938B05826DACE8DD61"><enum>(C)</enum><text>violate or
seek to violate the United Nations arms embargo on Libya imposed pursuant to United
Nations Security Council Resolution 1970 (2011).</text></subparagraph></paragraph>

<paragraph id="H0D4902DE960944A2A72FEACB91293FA6"><enum>(6)</enum><text>A description
of any plans to integrate the United States defense and diplomatic resources necessary
to implement the strategy.</text></paragraph>

<paragraph id="HE2A134C09DFA4F62B73A743D213A926D"><enum>(7)</enum><text>Any other
matters the Secretaries considers appropriate.</text></paragraph></subsection>

<subsection
id="H0FDB536E258F4520A06F653A02D5B1F7"><enum>(c)</enum><header>Form</header><text>The
report required by subsection (a) shall be submitted in unclassified form, but may
include a classified annex.</text></subsection>

<subsection id="H89000EABE7224C58876BD6EB3A293AE0"><enum>(d)</enum><header>Appropriate
```

WASHSTATEC015214

congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> means—"</text>

<paragraph id="H9BD669F50A2F4A5FA2030839BD343813"><enum>(1)</enum><text>the Committee
on Armed Services, the Committee on Foreign Relations, and the Committee on
Appropriations of the Senate; and</text></paragraph>

<paragraph id="HBBB7C6F43D074642BB556C60512B013C"><enum>(2)</enum><text>the Committee
on Armed Services, the Committee on Foreign Affairs, and the Committee on
Appropriations of the House of
Representatives.</text></paragraph></subsection></section>

<section id="HE7FB8FD62D2D44469BB2034D31DE8CC7" section-type="subsequent-
section"><enum>1273.</enum><header>Prohibition on in-flight refueling to non-United
States aircraft that engage in hostilities in the ongoing civil war in
Yemen</header><text display-inline="no-display-inline">For the two-year period
beginning on the date of the enactment of this Act, the Department of Defense may not
provide in-flight refueling pursuant to section 2342 of title 10, United States Code,
or any other applicable statutory authority, to non-United States aircraft that engage
in hostilities in the ongoing civil war in Yemen unless and until a declaration of war
or a specific statutory authorization for such use of United States Armed Forces has
been enacted.</text></section>

<section id="H12B92082D8F34D1FB6A5C85269710C1F" section-type="subsequent-
section"><enum>1274.</enum><header>Report on Saudi-led coalition strikes in
Yemen</header>

<subsection id="HE7DFF071863E4F588E6AED7A05A2FBF3"><enum>(a)</enum><header>In
general</header><text>Not later than 90 days after the date of the enactment of this
Act, and annually thereafter for two years, the Secretary of Defense, in consultation
with the Secretary of State and the Director of National Intelligence, shall submit to
the appropriate congressional committees a report on civilian casualties caused by the
Saudi-led coalition and by the Houthis as part of the civil war in
Yemen.</text></subsection>

<subsection id="H82412E77E3C74E45B2BFCEF41ED782C2"><enum>(b)</enum><header>Matters to
be included</header><text>Each such report shall contain the following:</text>

<paragraph id="H1778B043775441679EDE51D717366C0C"><enum>(1)</enum><text display-
inline="yes-display-inline">An estimate of the number of civilian casualties resulting
from operations by the Saudi-led coalition and by the Houthis during the preceding
year.</text></paragraph>

<paragraph id="H6C6EFA25935F454AAE69D0B6BFC425EA"><enum>(2)</enum><text>An assessment
of whether members of the Saudi-led coalition and the Houthis followed the norms and
practices the United States military employs to avoid civilian casualties and ensure
proportionality.</text></paragraph>

<paragraph id="HA1060AC94EC74127A13F6B22B84BBBB4"><enum>(3)</enum><text>An assessment
of whether operations executed by members of the Saudi-led coalition and by the Houthis
are in compliance with the United States' interpretation of the laws governing armed
conflict and proportionality.</text></paragraph>

<paragraph id="H1E3AB793981242079AC0766B3747104F"><enum>(4)</enum><text>Any other
matters the Secretary determines to be relevant.</text></paragraph></subsection>

<subsection id="H83B8276668C9499EA261FA6AA05C3423"><enum>(c)</enum><header>Appropriate
congressional committee defined</header><text>In this section, the term
<term>appropriate congressional committees</term> means—"</text>

<paragraph id="HB572F0050A604818822BF38DD773C8EF"><enum>(1)</enum><text>the
congressional defense committees; and</text></paragraph>

<paragraph id="H8B5413D19AC345B19EF1B33521917F34"><enum>(2)</enum><text>the Committee
on Foreign Relations and the Select Committee on Intelligence of the Senate;
and</text></paragraph>

<paragraph id="H4AEA7A99FAAB477EB777482D5C6E5D4B"><enum>(3)</enum><text>the Committee
on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of
Representatives.</text></paragraph></subsection></section>

```
<section id="HB224628DA1D14DA9A25BC6B6F492C150"><enum>1275.</enum><header>Reports on
expenses incurred for in-flight refueling of Saudi coalition aircraft conducting
missions relating to civil war in Yemen</header>

<subsection commented="no" display-inline="no-display-inline"
id="HBEC864F73D9B43A4A6CF3CFF7E74014C"><enum>(a)</enum><header display-inline="yes-
display-inline">Reports required</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H3241D73E08C9431490CEF232032CA421"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 30 days after the date of the enactment of this Act, and every 30 days thereafter,
the Secretary of Defense shall submit a report to the appropriate committees of
Congress detailing the expenses incurred by the United States in providing in-flight
refueling services for Saudi or Saudi-led coalition non-United States aircraft
conducting missions as part of the civil war in Yemen during the period of March 1,
2015, through November 11, 2018, and the extent to which such expenses have been
reimbursed by members of the Saudi-led coalition.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H06963C472AFB4DBAA884C1E7B84BF7BE"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">Each report
required under paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6FAD9C6DDCFB44E194352FB640CC56BA"><enum>(A)</enum><text display-inline="yes-
display-inline">The total expenses incurred by the United States in providing in-flight
refueling services, including fuel, flight hours, and other applicable expenses, to
Saudi or Saudi-led coalition, non-United States aircraft conducting missions as part of
the civil war in Yemen.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE4B9D26DA44542299A830AD3B3D3F8CC"><enum>(B)</enum><text display-inline="yes-
display-inline">The amount of the expenses described in subparagraph (A) that has been
reimbursed by each member of the Saudi-led coalition.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1D67C03B433344918069C8296ECF8D0A"><enum>(C)</enum><text display-inline="yes-
display-inline">Any action taken by the United States to recoup the remaining expenses
described in subparagraph (A), including any commitments by members of the Saudi-led
coalition to reimburse the United States for such
expenses.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB434D44F91784F1F9DBE99C2CD05FD58"><enum>(3)</enum><header display-inline="yes-
display-inline">Sunset</header><text display-inline="yes-display-inline">The reporting
requirement under paragraph (1) shall cease to be effective on the date on which the
Secretary certifies to the appropriate committees of Congress that all expenses
incurred by the United States in providing in-flight refueling services for Saudi or
Saudi-led coalition non-United States aircraft conducting missions as part of the civil
war in Yemen during the period of March 1, 2015, through November 11, 2018, have been
reimbursed.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H093E8DCCA1034A0D8B02655ED509888A"><enum>(b)</enum><header display-inline="yes-
display-inline">Appropriate committees of Congress defined</header><text display-
inline="yes-display-inline">In this section, the term <term>appropriate committees of
Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H6A427196604744D1AC1A336D41A8AAE5"><enum>(1)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services of the Senate;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6CCF34CE960140EF9D3DCDE9BDE0301C"><enum>(2)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services of the House of
Representatives;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1E5B9D51E6AA43089135CB193097E056"><enum>(3)</enum><text display-inline="yes-
```

```
display-inline">the Committee on Foreign Relations of the Senate;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD276E1793AE1497B973CA19AC702DD4C"><enum>(4)</enum><text display-inline="yes-
display-inline">the Committee on Foreign Affairs of the House of
Representatives.</text></paragraph></subsection></section>

<section id="HB2750A91B2214584B96F5C8CB206C041" section-type="subsequent-
section"><enum>1276.</enum><header>Report on Saudi Arabiaâ€™s human rights
record</header>

<subsection id="H4955136E40664C6CBD059A54C57E50D9"><enum>(a)</enum><header>In
general</header><text>Not later than 30 days after the date of the enactment of this
Act, the Secretary of State shall submit to the appropriate congressional committees a
report in writing thatâ€"</text>

<paragraph id="HF8BE0433C9924B68AC3E1DE772171869"><enum>(1)</enum><text>describes the
extent to which officials of the Government of Saudi Arabia, including members of the
military or security services, are responsible for or complicit in gross violations of
internationally recognized human rights, including violations of the human rights of
journalists, bloggers, human rights defenders, and those who support womenâ€™s rights
or religious freedom;</text></paragraph>

<paragraph id="H8C370B2A41C248D8A5106A65CAA90E17"><enum>(2)</enum><text>describes
violations of human rights in Saudi Arabia by officials of the Government of Saudi
Arabia, including against journalists, bloggers, human rights defenders, and civil
society activists;</text></paragraph>

<paragraph id="HFB5FE97ACBF04289BA06447E35A44622"><enum>(3)</enum><text>describes
United States actions to address Saudi violations of human rights, including against
journalists, bloggers, human rights defenders, and civil society activists, including
demands for clemency review of these cases;</text></paragraph>

<paragraph id="HB1219C9982374A5E9AD8C34ED06A776F"><enum>(4)</enum><text>describes any
intolerant content in educational materials published by Saudi Arabiaâ€™s Ministry of
Education that are used in schools both inside Saudi Arabia and at schools throughout
the world; and</text></paragraph>

<paragraph id="H8E2EF3BFA14F4513BD2CB6BC235B5D79"><enum>(5)</enum><text>describes
United States actions to encourage Saudi Arabia to retrieve and destroy materials with
intolerant material and revise teacher manuals and retrain teachers to reflect changes
in educational materials and promote tolerance.</text></paragraph></subsection>

<subsection
id="HB67478AF0A7D4AF78CF942B1DF64E106"><enum>(b)</enum><header>Form</header><text>The
report required by subsection (a) shall be submitted in unclassified form, but may
include a classified annex.</text></subsection>

<subsection id="HFD769A9FFD5C46C1A6B7FB62634F6F14"><enum>(c)</enum><header>Appropriate
congressional committees defined</header><text>In the section, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HD8526CC4B0F940FDA1DC146765597571"><enum>(1)</enum><text>the Committee
on Foreign Relations and the Select Committee on Intelligence of the Senate;
and</text></paragraph>

<paragraph id="H1C74BF6A8A944F69AA7650A6F4BB4EA5"><enum>(2)</enum><text>the Committee
on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of
Representatives.</text></paragraph></subsection></section>

<section id="H34CE4CA5AFA9485799A4C030EF349211"><enum>1277.</enum><header>Report on
intelligence community assessment relating to the killing of Washington Post columnist
Jamal Khashoggi</header>

<subsection id="H7216E0144C104AB6AA5BBB566DCC6C86"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 30 days after
the date of the enactment of this Act, the Director of National Intelligence shall
submit to the appropriate congressional committees a report consisting ofâ€"</text>

<paragraph id="H7381225686874EB7936A8C18E8501A9A"><enum>(1)</enum><text>a determination
```

and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi; and</text></paragraph>

<paragraph id="HBD209CA56B3C4561B92CCB5F61DC0149"><enum>(2)</enum><text display-inline="yes-display-inline">a list of foreign persons that the Director of National Intelligence has high confidenceâ€"</text>

<subparagraph id="H41EB0C9A8A344F35AC0359385D31C43F"><enum>(A)</enum><text>were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; </text></subparagraph>

<subparagraph id="H1FBC85A93E12452B820F5B9DA1F9834E"><enum>(B)</enum><text>knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, an activity described in subparagraph (A); or</text></subparagraph>

<subparagraph id="H4F4233475A434DC6B134BA7D612504B0"><enum>(C)</enum><text display-inline="yes-display-inline">impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation. </text></subparagraph></paragraph></subsection>

<subsection id="H5A484AD226494CE5B0783518D553FC8F"><enum>(b)</enum><header>Form</header>

<paragraph id="HC43F4DA6D0784F9EAD7CE748495EB112"><enum>(1)</enum><header>In general</header><text>The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph>

<paragraph id="H8E11DD81D700465FB935D3FD59E49991" commented="no"><enum>(2)</enum><header>Names of foreign persons listed</header><text>The name of each foreign person listed in the report described in subsection (a)(2) shall be included in the unclassified portion of the report unless the Director of National Intelligence determines that such disclosure would undermine United States intelligence sources and methods or threaten the national security interests of the United States.</text></paragraph></subsection>

<subsection id="H05D317D13F3B4470983D4761E0FDDB5A"><enum>(c)</enum><header>Defined</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H2215FFD990F54DB9947AB556A3F05204"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H5EC564A6FC2F4E72B480F4CC3451464C"><enum>(A)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives; and</text></subparagraph>

<subparagraph id="H7C952885C68E4016964409D4C5A0D91F"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations and the Select Committee on Intelligence of the Senate.</text></subparagraph></paragraph>

<paragraph id="HF196C2F2763A40858BE266C3829706AC"><enum>(2)</enum><header>Knowingly</header><text>The term <term>knowingly</term>, with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result. </text></paragraph></subsection></section>

<section id="H8F897E793E844B768B32257E836F06AF"><enum>1278.</enum><header>United States-Israel cooperation to counter unmanned aerial systems</header>

<subsection commented="no" display-inline="no-display-inline" id="H6C3CDEF1BF1847F8B0D0F373AA981599"><enum>(a)</enum><header display-inline="yes-display-inline">Authority to establish capabilities to counter unmanned aerial systems</header>

<paragraph commented="no" display-inline="no-display-inline" id="HEDB3EA6DF6B64F00B4C2BC0390B7E1D7"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The

WASHSTATEC015218

Secretary of Defense, upon request of the Ministry of Defense of Israel and in consultation with the Secretary of State and the Director of National Intelligence, is authorized to carry out research, development, test, and evaluation activities, on a joint basis with Israel, to establish capabilities for countering unmanned aerial systems that threaten the United States or Israel. Any activities carried out pursuant to such authority shall be conducted in a manner that appropriately protects sensitive technology and information and the national security interests of the United States and Israel.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFB6D23F6ECF6413AAF2888F9EA748959"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">The activities described in paragraph (1) and subsection (b) may not be carried out until after the Secretary of Defense submits to the appropriate committees of Congress a report setting forth the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HBC210B56CBFF492BA5B399F397A44DA4"><enum>(A)</enum><text display-inline="yes-display-inline">A memorandum of agreement between the United States and Israel regarding sharing of research and development costs for the capabilities described in paragraph (1), and any supporting documents.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H685F7B4626B4409ABBEF278E273E0FF4"><enum>(B)</enum><text display-inline="yes-display-inline">A certification that the memorandum of agreement—"</text>

<clause commented="no" display-inline="no-display-inline" id="H78513FE0D0FF415795765C2488DECC92"><enum>(i)</enum><text display-inline="yes-display-inline">requires sharing of costs of projects, including in-kind support, between the United States and Israel;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC6CC767F909E44908FB7CD0FAC43F7DC"><enum>(ii)</enum><text display-inline="yes-display-inline">establishes a framework to negotiate the rights to any intellectual property developed under the memorandum of agreement; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H6FE25C5E041141DA8AD5F08B248CA6A9"><enum>(iii)</enum><text display-inline="yes-display-inline">requires the United States Government to receive semiannual reports on expenditure of funds, if any, by the Government of Israel, including a description of what the funds have been used for, when funds were expended, and an identification of entities that expended the funds.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9DE3530025A04894939B6B089AEFEE35"><enum>(b)</enum><header display-inline="yes-display-inline">Support in connection with the program</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7C72FD0FF3F14EF68791B6F81C76E8F4"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense is authorized to provide maintenance and sustainment support to Israel for the research, development, test, and evaluation activities authorized in subsection (a)(1). Such authority includes authority to install equipment necessary to carry out such research, development, test, and evaluation activities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFD17349350114A84A5A875FC8AD06AA8"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Support may not be provided under paragraph (1) until 15 days after the Secretary submits to the appropriate committees of Congress a report setting forth a detailed description of the support to be provided.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7D82ABCFE7614C0E9D3DCCB13C7BAB8C"><enum>(3)</enum><header display-inline="yes-display-inline">Matching contribution</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H05B366E3FFB84711A945648D742D4900"><enum>(A)</enum><header display-inline="yes-

WASHSTATEC015219

display-inline">In general</header><text display-inline="yes-display-inline">Except as
provided in subparagraph (B), support may not be provided under this subsection unless
the Government of Israel contributes an amount not less than the amount of support to
be so provided to the program, project, or activity for which the support is to be so
provided in the calendar year in which the support is provided.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3E1789A5BFF54750B0A858EF2D92DD30"><enum>(B)</enum><header display-inline="yes-
display-inline">Exception</header><text display-inline="yes-display-inline">Subject to
paragraph (4), the Secretary may use amounts available to the Secretary in excess of
the amount contributed by the Government of Israel to provide support under this
subsection for costs associated with any unique national requirement identified by the
United States with respect to countering unmanned aerial
systems.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H009A7B95484B443AB35310923377DCB9"><enum>(4)</enum><header display-inline="yes-
display-inline">Annual limitation on amount</header><text display-inline="yes-display-
inline">The amount of support provided under this subsection in any year may not exceed
$25,000,000.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3B22F7E0B9DB4AAEADBDE62736A0376B"><enum>(5)</enum><header display-inline="yes-
display-inline">Use of certain amounts for RDT&amp;E activities in the United
States</header><text display-inline="yes-display-inline">Of the amount provided by the
United States in support under paragraph (1), not less than 50 percent of such amount
shall be used for research, development, test, and evaluation activities in the United
States in connection with such support.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0BCF99B17B1E44C3B29B7F15E9C922A8"><enum>(c)</enum><header display-inline="yes-
display-inline">Lead agency</header><text display-inline="yes-display-inline">The
Secretary of Defense shall designate an appropriate research and development entity of
a military department as the lead agency of the Department of Defense in carrying out
this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H211D7B242EDE466C8B44FB41613F4132"><enum>(d)</enum><header display-inline="yes-
display-inline">Semiannual reports</header><text display-inline="yes-display-
inline">The Secretary of Defense shall submit to the appropriate committees of Congress
on a semiannual basis a report that contains a copy of the most recent semiannual
report provided by the Government of Israel to the Department of Defense pursuant to
subsection (a)(2)(B)(iii).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H1DDBA089415648BDA00CB033A7811E3B"><enum>(e)</enum><header display-inline="yes-
display-inline">Appropriate committees of Congress defined</header><text display-
inline="yes-display-inline">In this section, the term <term>appropriate committees of
Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H167B1C48BCBF4652B265BC8311F70942"><enum>(1)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Foreign Relations,
the Committee on Homeland Security, the Committee on Appropriations, and the Select
Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H21F86BBAC58C4C1E94337E2A5352E675"><enum>(2)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, the
Committee on Homeland Security, the Committee on Appropriations, and the Permanent
Select Committee on Intelligence of the House of
Representatives.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H5DF4D549407A4121A716217A22098B45"><enum>(f)</enum><header display-inline="yes-
display-inline">Sunset</header><text display-inline="yes-display-inline">The authority
in this section to carry out activities described in subsection (a), and to provide
support described in subsection (b), shall expire on December 31,
2024.</text></subsection></section>

WASHSTATEC015220

```
<section id="H3505638B70754F8493EC464866BAF5DE"><enum>1279.</enum><header display-
inline="yes-display-inline">Extension and modification of authority for United States-
Israel anti-tunnel cooperation activities</header>

<subsection commented="no" display-inline="no-display-inline"
id="HF5B91C87770E4C369EA943B12AE80B09"><enum>(a)</enum><header display-inline="yes-
display-inline">Modification of authority</header><text display-inline="yes-display-
inline">Subsection (a) of section 1279 of the National Defense Authorization Act for
Fiscal Year 2016 (22 U.S.C. 8606 note) is amended, in the first sentence, by striking
<quote>and to establish capabilities for countering unmanned aerial
systems</quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCE5A44B035454D9F877421E09CAFE77B"><enum>(b)</enum><header display-inline="yes-
display-inline">Exception to matching contribution requirement</header><text display-
inline="yes-display-inline">Subsection (b)(3) of such section is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H1F3C13A9F5BE427F8061B12F6D13B1ED"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking <quote>Support</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="HC32EC539D2B64EE38ECDE16831B5EE23"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="H255C6FDB842A4B2B8F29B9FC722327FC"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Except as
provided in subparagraph (B), support</text></subparagraph><after-quoted-block>; and
</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA8E29BF1C6F640F1ADBDA211F2432419"><enum>(2)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HECD8C592810145DC9BC88364B1498542"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="H6A1026AC79D14A68AA0BF71D93E0CA0D"><enum>(B)</enum><header display-inline="yes-
display-inline">Exception</header><text display-inline="yes-display-inline">Subject to
paragraph (4), the Secretary may use amounts available to the Secretary in excess of
the amount contributed by the Government of Israel to provide support under this
subsection for costs associated with any unique national requirement identified by the
United States with respect to anti-tunnel capabilities.</text></subparagraph><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HAC4CE947E6D342B6A6717E8AA44743F9"><enum>(c)</enum><header>Extension</header><text>
Subsection (f) of such section is amended by striking <quote>December 31, 2020</quote>
and inserting <quote>December 31, 2024</quote>.</text></subsection></section>

<section id="H4DFBE899BAE74BB89E43F780CC7BAC9E"><enum>1280.</enum><header>Report on
cost imposition strategy</header>

<subsection commented="no" display-inline="no-display-inline"
id="HD2DDC04889A14F71B96EAA4F6829900E"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Secretary of Defense, in
consultation with the heads of other Federal departments and agencies, as appropriate,
shall submit to the congressional defense committees a report describing the cost
imposition strategies of the Department of Defense with respect to the People's
Republic of China and the Russian Federation.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H82BCBBB1BA254467BFC42D5EC7D885F9"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The report
under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H24C2E6EEA3FA459BA350EB562865E594"><enum>(1)</enum><text display-inline="yes-
display-inline">A description of the manner in which the future-years defense program
```

and current operational concepts of the Department are designed to impose costs on the People's Republic of China and the Russian Federation, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H119D1BE81C314A049DBE8F8A65A64DB6"><enum>(A)</enum><text display-inline="yes-display-inline">political, economic, budgetary, human capital, and technology costs; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H739A141E550C4A06B2E4237AC6211D70"><enum>(B)</enum><text display-inline="yes-display-inline">costs associated with military efficiency and effectiveness.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD95DC95489C54C57ABE996CD1CEC46F5"><enum>(2)</enum><text display-inline="yes-display-inline">A description of the policies and processes of the Department relating to the development and execution of cost imposition strategies.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4C8C2F4CED654F03ADA31006B198ED70"><enum>(c)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report under subsection (a) shall be submitted in classified form, and shall include an unclassified summary.</text></subsection></section>

<section id="HF8391CCA568449C8A22D633422DA735D"><enum>1281.</enum><header>Modification of initiative to support protection of national security academic researchers from undue influence and other security threats</header>

<subsection id="H6F9AE50F90F2417AAB4ECEBCEB0BD3AC"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subsection (a) of section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended, in the matter preceding paragraph (1), by striking <quote>academic institutions</quote> and inserting <quote>institutions of higher education</quote>.</text></subsection>

<subsection id="HCA340FE1511945B4A6DC3131EDB90FD4"><enum>(b)</enum><header>Additional requirements</header><text display-inline="yes-display-inline">Subsection (c) of such section is amendedâ€"</text>

<paragraph id="HB80B8A06E7D4450787B3B0143C4F6979"><enum>(1)</enum><text>by amending paragraph (2) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HB4AC5296A0B146C9A308128D50CEEE55" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H6CD03E5BB7304D3DA3F64E960720C064"><enum>(2)</enum><text display-inline="yes-display-inline">Training developed and delivered in consultation with institutions of higher education and appropriate Government agencies, and other support to institutions of higher education, to promote security and limit undue influence on institutions of higher education and personnel, including Department of Defense financial support to carry out such activities, thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H870A0CEF8E534030889E64CA11030AF6"><enum>(A)</enum><text display-inline="yes-display-inline">emphasizes best practices for protection of sensitive national security information; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCEF4563AC2934B7294872DBA6D0AD58F"><enum>(B)</enum><text display-inline="yes-display-inline">includes the dissemination of unclassified materials and resources for identifying and protecting against emerging threats to institutions of higher education, including specific counterintelligence information and advice developed specifically for faculty and academic researchers based on actual identified threats.</text></subparagraph></paragraph><after-quoted-block>; </after-quoted-block></quoted-block></paragraph>

<paragraph id="H208E45FB017F43A49728B8BFFA63C154"><enum>(2)</enum><text>in paragraph (3), by striking <quote>and academic institutions</quote>;</text></paragraph>

WASHSTATEC015222

```
<paragraph id="H07D10D0A359D46BDB664A9CC455FBC9F"><enum>(3)</enum><text>in paragraph
(7), by striking <quote>academic institution</quote> and inserting <quote>institution
of higher education</quote>; and</text></paragraph>

<paragraph id="HAAB2884B8554474CAC74A4C5D860C6FD"><enum>(4)</enum><text>by adding at
the end the following new paragraph:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H4BC9BC2D0CF343E7AB6E5B15CD8D70BB"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HC56DC6FDC6CB44A297F202B6905AFC63"><enum>(8)</enum><text display-inline="yes-
display-inline">A list, developed and continuously updated in consultation with the
Bureau of Industry and Security of the Department of Commerce, the Director of National
Intelligence, United States institutions of higher education that conduct significant
Department of Defense research or engineering activities, and other appropriate
individuals and organizations, of academic institutions of the People's Republic of
China, the Russian Federation, and other countries, thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB0C192C8554F4B968EF9E536EA4854E4"><enum>(A)</enum><text>have a history of improper
technology transfer, intellectual property theft, or cyber or human
espionage;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6A7FB95C6B304C24B76C2B3862AAC3BA"><enum>(B)</enum><text>operate under the
direction of the military forces or intelligence agency of the applicable
country;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H18917D6C540D4F8E878DBCE20C0D8A297"><enum>(C)</enum><text display-inline="yes-
display-inline">are knownâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H9CDD8E339A734A3991A4809873490A5B"><enum>(i)</enum><text display-inline="yes-
display-inline">to recruit foreign individuals for the purpose of transferring
knowledge to advance military or intelligence efforts; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF357E0243484494F881E3E671871001D"><enum>(ii)</enum><text display-inline="yes-
display-inline">to provide misleading information or otherwise attempt to conceal the
connections of an individual or institution to a defense or an intelligence agency of
the applicable country; or</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD7C7222E1DA6488FB181165F9F880E60"><enum>(D)</enum><text display-inline="yes-
display-inline">pose a serious risk of improper technology transfer of data,
technology, or research that is not published or publicly
available.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection id="H4788A5EB1C6A436CA50FBF11521AF910"><enum>(c)</enum><header>Procedures
for enhanced information sharing</header><text>Subsection (d) of such section is
amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H1C8E02788E9349D0A673F9016A6BE675"
style="OLC">

<subsection id="H9FD308F130D94E57A4A72090FCA98C82"><enum>(d)</enum><header>Procedures
for enhanced information sharing</header>

<paragraph id="H079F00A9755B4AA49904D625DAEAF24C"><enum>(1)</enum><header>In
general</header><text>Not later than October 1, 2020, for the purpose of maintaining
appropriate security controls over research activities, technical information, and
intellectual property, the Secretary, in conjunction with appropriate public and
private entities, shall establish streamlined procedures to collect appropriate
information relating to individuals, including United States citizens and foreign
nationals, who participate in defense research and development activities (other than
basic research).</text></paragraph>

<paragraph id="H5CA824E8C1C54AFFBE601A4CCB3EB712"><enum>(2)</enum><header>Protection
```

from release</header><text>The procedures required by paragraph (1) shall include procedures to protect such information from release, consistent with applicable regulations.</text></paragraph>

<paragraph id="HEF7A02C1C41844ACAFC447FC76F046E9"><enum>(3)</enum><header>Reporting to Government information systems and repositories</header><text>The procedures required by paragraph (1) may include procedures developed, in coordination with appropriate public and private entities, to report such information to existing Government information systems and repositories.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H7A21E3D604604E4DA8EA747F459AADC7"><enum>(d)</enum><header>Annual report</header><text>Subsection (e) of such section is amendedâ€"</text>

<paragraph id="H2B6F20EFF11C42CCAEB3C910849DCB42"><enum>(1)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">Annual</header-in-text></quote> before <quote><header-in-text level="subsection" style="OLC">report</header-in-text></quote>;</text></paragraph>

<paragraph id="H186CAF9E7D054CDDA7B37D90E0972E0C"><enum>(2)</enum><text>in paragraph (1), by striking <quote>one year after the date of the enactment</quote> and all that follows through <quote>the Secretary</quote> and inserting <quote>April 30, 2020, and annually thereafter, the Secretary, acting through appropriate Government officials (including the Under Secretary for Research and Engineering),</quote>; and</text></paragraph>

<paragraph id="H9942120BBC9742FA81CF52612FA2869C"><enum>(3)</enum><text>in paragraph (2), by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H4E4EB35864984EB1B52B9C50F3924EAF" style="OLC">

<subparagraph id="HA424C62C06E14391A278DE4B4C4EAF96"><enum>(F)</enum><text>Identification of any incident relating to undue influence to security threats to academic research activities funded by the Department of Defense, including theft of property or intellectual property relating to a project funded by the Department at an institution of higher education.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H30C9B4A1FF2941B797266AE62CC3C309"><enum>1282.</enum><header>Modification of responsibility for policy on civilian casualty matters</header><text display-inline="no-display-inline">Section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 134 note) is amendedâ€"</text>

<paragraph id="HB6C4F44511824E1BA8EEAEAFE8793D3C"><enum>(1)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HD0A6FCC08A0F43A4BB6E0646B897B051"><enum>(A)</enum><text>in paragraph (3), by inserting <quote>appropriate to the specific regional circumstances</quote> after <quote>publicly available means</quote>;</text></subparagraph>

<subparagraph id="H7BBAF4627E29443AAF3560E355000BBA"><enum>(B)</enum><text>in paragraph (5)â€"</text>

<clause id="H1334E89D39DE4F539D568541971B98A5"><enum>(i)</enum><text>in subparagraph (A), by inserting <quote>, including for acknowledging the status of any individuals killed or injured who were believed to be enemy combatants, but subsequently determined to be non-combatants</quote> after <quote>operations</quote>; and</text></clause>

<clause id="H10AE7741E42C4212BD7DAD2AF31DF1C7"><enum>(ii)</enum><text>in subparagraph (B)â€"</text>

<subclause id="H7323664D98294C21B567B7C93A7502D4"><enum>(I)</enum><text>by inserting <quote>or other assistance</quote> after <quote>payments</quote>; and</text></subclause>

<subclause id="HF2B5A42272084BE68BA09AFC386ED1DC"><enum>(II)</enum><text>by striking <quote>necessary</quote> and inserting <quote>reasonable and culturally appropriate</quote>; and </text></subclause></clause></subparagraph>

WASHSTATEC015224

```
<subparagraph id="HA82CD887A741440889839ACC94004742"><enum>(C)</enum><text>in paragraph
(7), by striking <quote>and</quote> at the end; </text></subparagraph>

<subparagraph id="H0D21DF85F95645C4BEAA6EF9771F3D8E"><enum>(D)</enum><text>by
redesignating paragraph (8) as paragraph (9); and</text></subparagraph>

<subparagraph id="H9180CCC84DE84A4584C8576E9A6CCDA1"><enum>(E)</enum><text>by inserting
after paragraph (7) the following: </text>

<quoted-block style="OLC" id="HFB11A566E8BB4276B50926352925445F" display-inline="no-
display-inline">

<paragraph id="H44E03DC924D749D3B611D134F03878F0"><enum>(8)</enum><text display-
inline="yes-display-inline">cultivating, developing, retaining, and
disseminatingâ€"</text>

<subparagraph id="H9FB9C024B5F24C90A0289AB4E6F3D231"><enum>(A)</enum><text>lessons
learned for integrating civilian protection into operational planning and identifying
the proximate cause or causes of civilian casualties; and</text></subparagraph>

<subparagraph id="H23AB0564998349GEBB80332A42C8E18FA"><enum>(B)</enum><text>practices
developed to prevent, mitigate, or respond to such
casualties;</text></subparagraph></paragraph><after-quoted-block>;</after-quoted-
block></quoted-block></subparagraph></paragraph>

<paragraph id="H4B9AA60331BE4D82963B9A54F1E1B86D"><enum>(2)</enum><text>by
redesignating subsection (c) as subsection (d);</text></paragraph>

<paragraph id="H1E7F7478031F4D1E878DD37F5825E34D"><enum>(3)</enum><text>by inserting
after subsection (b) the following:</text></paragraph>

<quoted-block style="OLC" id="HEDC15B6EFA114B0491C28845C593FB9C" display-inline="no-
display-inline">

<subsection
id="H9366888A9CE94939AB089FFB0D1E6144"><enum>(c)</enum><header>Coordination</header><te
xt display-inline="yes-display-inline">The senior civilian official designated under
subsection (a) shall develop and implement steps to increase coordination with the
relevant Chiefs of Mission and other appropriate positions in the Department of State
with respect to the policies required pursuant to subsection (a) and other matters or
assistance related to civilian harm, resulting from military
operations.</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-
block></paragraph>

<paragraph id="HEFE19F915BF944FCB7F1BA0651801E3E"><enum>(4)</enum><text>by inserting
after subsection (d), as so redesignated, the following:</text></paragraph>

<quoted-block style="OLC" id="H95FDC84D28954986BFEE39D87E79E79F" display-inline="no-
display-inline">

<subsection
id="HAE5EF115331A42B49FF9DA914490AD19"><enum>(e)</enum><header>Briefing</header><text
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this subsection, the senior civilian official designated under subsection
(a) shall provide to the congressional defense committees a briefing onâ€"</text>

<paragraph id="H82D589F806E94EBBAA3EFB6FFFD9DA46"><enum>(1)</enum><text>the updates
made to the policy developed by the senior civilian official pursuant to this section;
and</text></paragraph>

<paragraph id="HCD5975748F554E78B59421188894CC3C"><enum>(2)</enum><text>the efforts of
the Department to implement such updates.</text></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H6EC4DF4CBA7A404EB5E2D1B9FFF48987" section-type="subsequent-
section"><enum>1283.</enum><header display-inline="yes-display-inline">Report on export
of certain satellites to entities with certain beneficial ownership structures</header>

<subsection commented="no" display-inline="no-display-inline"
id="H9D312016B1A441629F451981800514DC"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
```

WASHSTATEC015225

than 180 days after the date of the enactment of this Act, the Secretary of Commerce, in consultation with the heads of appropriate agencies, shall submit to the appropriate congressional committees a report on addressing the threat or potential threat posed by the export, reexport, or in-country transfer of satellites described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 22 U.S.C. 2778 note) to entities described in subsection (b).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H24432A10A283415C8A4549D5D26A58C8"><enum>(b)</enum><header display-inline="yes-display-inline">Entities described</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0D2B15265AC44606B5E9526962AFF90A"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">An entity described in this subsection is an entity the beneficial owner of which isâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0B0FDA64796941A68E27ACF14AE643F6"><enum>(A)</enum><text display-inline="yes-display-inline">an individual who is a citizen or national of a country described in section 1261(c)(2) of the National Defense Authorization Act for Fiscal Year 2013;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HACDF16DFD6AA41A3BA800C70C2E24C21"><enum>(B)</enum><text display-inline="yes-display-inline">an entity organized under the laws of or otherwise subject to the jurisdiction of such a country;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1CA135B7C38644C7A57213B8ADC7B1A9"><enum>(C)</enum><text display-inline="yes-display-inline">the government of such a country; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4E29B62918D9475A91F65C82CD0E0954"><enum>(D)</enum><text display-inline="yes-display-inline">any other individual or entity the Secretary determines would detrimentally affect the national security of the United States.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA579ED3C525946F398B14EBC9263C225"><enum>(2)</enum><header display-inline="yes-display-inline">Determination of beneficial ownership</header><text display-inline="yes-display-inline">For purposes of paragraph (1), the Secretary shall identify a person as the beneficial owner of an entityâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H73B38400200B4957B806D604449AD57B"><enum>(A)</enum><text display-inline="yes-display-inline">in a manner that is not less stringent than the manner set forth in section 240.13dâ€"3 of title 17, Code of Federal Regulations (as in effect on the date of the enactment of this Act); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4F18FE7B763C437790CF477CF1CC7AEB"><enum>(B)</enum><text display-inline="yes-display-inline">based on a threshold, to be determined by the Secretary, based on an assessment of whether the person's position would give the person an opportunity to control the use of a satellite described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 and exported, reexported, or transferred in country to the entity.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H748747A2833B468194F47DCD0A07A95A"><enum>(c)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H042C7E09B99D44B18354005A7AC7C12B"><enum>(1)</enum><text display-inline="yes-display-inline">An evaluation of whether satellites described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 have been exported, reexported, or transferred in-country, directly or indirectly, to entities described in subsection (b).</text></paragraph>

WASHSTATEC015226

```
<paragraph commented="no" display-inline="no-display-inline"
id="HB492FD8A4C454ED6B899E98E979C764A"><enum>(2)</enum><text display-inline="yes-
display-inline">An examination of the effect on national security of the potential
export, reexport, or in-country transfer of satellites in compliance with section
1261(c) of the National Defense Authorization Act for Fiscal Year 2013 in circumstances
in which the services, bandwidth, or functions of the satellites could subsequently be
leased or sold to, or otherwise used by, an entity described in subsection
(b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE03A8476F43044F39DFEC32EDE5D0A0C"><enum>(3)</enum><text display-inline="yes-
display-inline">An examination of the effect on national security of not limiting the
export, reexport, or in-country transfer of such satellites to entities described in
subsection (b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6DBF48097EE0478E9A04C0AAA833F3AF"><enum>(4)</enum><text display-inline="yes-
display-inline">Recommendations for, and an assessment of the effectiveness of, a
licensing condition that would prohibit or limit the export, reexport, or in-country
transfer of such satellites to, or the use of such satellites by, entities described in
subsection (b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8AB6A93049834BD9B2211DCD569DC12A"><enum>(5)</enum><text display-inline="yes-
display-inline">An assessment, based on realistic and justifiable assumptions and
forecasts, of the economic implications of and potential harm caused by a licensing
condition described in paragraph (4) on the United States industries that develop or
produce satellites and commercial telecommunications equipment that do not have direct
national security ties.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEF020D55A63046329F14C14C7AB80A36"><enum>(6)</enum><text display-inline="yes-
display-inline">An evaluation of the resources necessary to ensure the ability of the
Bureau of Industry and Security of the Department of Commerceâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H75DCA4408035429C962E6BE682A4D870"><enum>(A)</enum><text display-inline="yes-
display-inline">to adequately identify and analyze the beneficial owners of entities in
decisions relating toâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H0F83BCD50F194D9C82A56F2B4093C830"><enum>(i)</enum><text display-inline="yes-
display-inline">issuing licenses for the export, reexport, or in-country transfer of
such satellites to such entities; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H5C39CB0815D0495D87A51649B86DDF26"><enum>(ii)</enum><text display-inline="yes-
display-inline">the ultimate end uses and end-users of such satellites;
and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0F920F11D07C4229963EEFA2708BB877"><enum>(B)</enum><text display-inline="yes-
display-inline">when evaluating such a decisionâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HFCA0EA2B69AA4BA3A7C0A9BDB93D319C"><enum>(i)</enum><text display-inline="yes-
display-inline">to have full knowledge of the potential end-user of the satellite and
the current beneficial owner of the entity; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H86E68C6680404595951B3D9F60E1CCD5"><enum>(ii)</enum><text display-inline="yes-
display-inline">to be able to determine whether issuing the license would be
inconsistent with the goal of preventing entities described in subsection (b) from
accessing or using such
satellites.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H98B648826BCA460E9697C98E38C38EC2"><enum>(d)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
required by subsection (a) shall be submitted in unclassified form, but may include a
```

WASHSTATEC015227

```
classified annex.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE36FD4717AE041A8A0FFCFBD128E712D"><enum>(e)</enum><header display-inline="yes-
display-inline">Appropriate congressional committees defined</header><text display-
inline="yes-display-inline">In this section, the term <term>appropriate congressional
committees</term> meansâ€</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H23CF50ADC13B49C782DE6B48C3BF3C1F"><enum>(1)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Banking, Housing, and
Urban Affairs, the Committee on Commerce, Science, and Transportation, the Committee on
Foreign Relations, and the Select Committee on Intelligence of the Senate;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1767E4E512844559B8B363352F362F0A"><enum>(2)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Financial Services,
the Committee on Energy and Commerce, the Committee on Foreign Affairs, and the
Permanent Select Committee on Intelligence of the House of
Representatives.</text></paragraph></subsection></section>

<section id="H6E7FE93599A847A7AF58BFEE5014A4D7" section-type="subsequent-
section"><enum>1284.</enum><header>Rule of construction relating to the use of military
force</header><text display-inline="no-display-inline">Nothing in this Act, or any
amendment made by this Act, may be construed to authorize the use of military force,
including the use of military force against Iran or any other country.</text></section>

<section id="HBAB417F8FA134D30A845C4C37DE54888"><enum>1285.</enum><header>Reports and
briefings on use of military force and support of partner forces</header>

<subsection id="H221C578CBBA241F0A579E27D79890D84"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 180 days after
the date of the enactment of this Act, and every 180 days thereafter, the President
shall submit to the congressional defense committees, the Committee on Foreign
Relations of the Senate, and the Committee on Foreign Affairs of the House of
Representatives a report on actions taken pursuant to the Authorization for Use of
Military Force (Public Law 107â€"40) against those countries or organizations described
in such law, as well as any actions taken to command, coordinate, participate in the
movement of, or accompany the regular or irregular military forces of any foreign
country or government when such forces are engaged in hostilities or in situations
where imminent involvement in hostilities is clearly indicated by the circumstances,
during the preceding 180-day period.</text></subsection>

<subsection id="HDBE2277EC11C4C95ADDB706B4FDB2123"><enum>(b)</enum><header>Matters to
be included</header><text>The report required by subsection (a) shall include, with
respect to the time period for which the report was submitted, the following:</text>

<paragraph id="HB49CBBF5293A42198D4BC65470D25DF7"><enum>(1)</enum><text display-
inline="yes-display-inline">A list of each country or organization with respect to
which force has been used pursuant to the Authorization for Use of Military Force,
including the legal and factual basis for the determination that authority under such
law applies with respect to each such country or organization. </text></paragraph>

<paragraph id="HD16392622E7441869BD57178369CA04F"><enum>(2)</enum><text display-
inline="yes-display-inline">An intelligence assessment of the risk to the United States
posed by each such country or organization.</text></paragraph>

<paragraph id="H8C67C127A4334CEDA196BFD4FC5D7020"><enum>(3)</enum><text display-
inline="yes-display-inline">A list of each country in which operations were conducted
pursuant to such law and a description of the circumstances necessitating the use of
force pursuant to such law, including whether the country is designated as an area of
active hostilities.</text></paragraph>

<paragraph id="HB73640045E7F4D2383C80A631B938650"><enum>(4)</enum><text display-
inline="yes-display-inline">A general description of the status of operations conducted
pursuant to such law as well as a description of the expected scope and duration of
such operations. </text></paragraph>

<paragraph id="H01044988496745FDBEDE3208AD1E3FE9" commented="no"><enum>(5)</enum><text
```

WASHSTATEC015228

display-inline="yes-display-inline">A list of each partner force and country with respect to which United States Armed Forces have commanded, coordinated, participated in the movement of, or accompanied the regular or irregular forces of any foreign country or government that have engaged in hostilities or there existed an imminent threat that such forces would become engaged in hostilities, includingâ€"</text>

<subparagraph id="H29AD1D9D42CE4040986994DB02EA648E" commented="no"><enum>(A)</enum><text>a delineation of any such instances in which such United States Armed Forces were or were not operating under the Authorization for Use of Military Force; and</text></subparagraph>

<subparagraph id="HCA46B065721D467F9BC48C6DE6B54CF0" commented="no"><enum>(B)</enum><text>a determination of whether the foreign forces, irregular forces, groups, or individuals against which such hostilities occurred are covered by such law.</text></subparagraph></paragraph>

<paragraph id="HC443B65B8E084E1C8D077F46B16965F1"><enum>(6)</enum><text display-inline="yes-display-inline">A description of the actual and proposed contributions, including financing, equipment, training, troops, and logistical support, provided by each foreign country that participates in any international coalition with the United States to combat a country or organization described in the Authorization for Use of Military Force.</text></paragraph></subsection>

<subsection id="H528650CE30794B9B89F925F1E06BF56D"><enum>(c)</enum><header>Form</header><text>The information required under paragraphs (1) and (2) of subsection (b) shall be submitted in unclassified form. </text></subsection>

<subsection id="HA902A89F78544BCFBB3B9EDBBB3B932B"><enum>(d)</enum><header>Other reports</header><text>If United States Armed Forces are introduced into hostilities, or into situations where imminent involvement in hostilities is clearly indicated by the circumstances, against any country, organization, or person pursuant to statutory or constitutional authorities other than Authorization for Use of Military Force, the President shall comply with the reporting requirements underâ€"</text>

<paragraph id="H5F192CB687004DAB9ED256A0469424CC"><enum>(1)</enum><text display-inline="yes-display-inline">this section to the same extent and in the same manner as if such actions had been taken under Authorization for Use of Military Force; </text></paragraph>

<paragraph id="HB8506B4D3B9A41E0837CD6B3D42890C2"><enum>(2)</enum><text>the War Powers Resolution (50 U.S.C. 1541 et seq.); and </text></paragraph>

<paragraph id="H29625BC670034AFD996E441F99479E70"><enum>(3)</enum><text>any other applicable provision of law. </text></paragraph></subsection>

<subsection id="H77D6ABEE338C4F7EAFF18EF658BB16F1"><enum>(e)</enum><header>Briefings</header><text>At least once during each 180-day period described in subsection (a), the President shall provide to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a briefing on the matters covered by the report required under this section for such period.</text></subsection></section></subtitle></title>

<title id="HDE5DBE477D964C9D9DB9A87D81022BC6"><enum>XIII</enum><header>Cooperative Threat Reduction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HDE5DBE477D964C9D9DB9A87D81022BC6" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HCA166B9CBE2F449CA529A29D6B1228FB" level="section">Sec.â€¯1301.â€¯Funding allocations; specification of cooperative threat reduction funds.</toc-entry></toc>

<section id="HCA166B9CBE2F449CA529A29D6B1228FB" section-type="section-one"><enum>1301.</enum><header>Funding allocations; specification of cooperative threat reduction funds</header>

<subsection id="H7DCC07962D0D40DC86A77146D7CD1CAD"><enum>(a)</enum><header>Funding allocations</header><text display-inline="yes-display-inline">Of the $338,700,000

WASHSTATEC015229

authorized to be appropriated to the Department of Defense for fiscal year 2010 in section 301 and made available by the funding table in division D for the Department of Defense Cooperative Threat Reduction Program established under section 1321 of the Department of Defense Cooperative Threat Reduction Act (50 U.S.C. 3711), the following amounts may be obligated for the purposes specified:</text>

<paragraph id="H4F757CE7EA454C0FA187528193DD8AFB"><enum>(1)</enum><text display-inline="yes-display-inline">For strategic offensive arms elimination, $492,000.</text></paragraph>

<paragraph id="H10D462FED54D46B7B61F0C4710CCAA89"><enum>(2)</enum><text display-inline="yes-display-inline">For chemical weapons destruction, $12,856,000.</text></paragraph>

<paragraph id="H72896ADD7833416DA276FCDFBE1C8C6E"><enum>(3)</enum><text display-inline="yes-display-inline">For global nuclear security, $33,919,000.</text></paragraph>

<paragraph id="H76924BEB6C1A45F0A82B177F0EF8988B"><enum>(4)</enum><text display-inline="yes-display-inline">For cooperative biological engagement, $183,642,000.</text></paragraph>

<paragraph id="H07F6E95422A74ABBB65A4C46C91C6418"><enum>(5)</enum><text display-inline="yes-display-inline">For proliferation prevention, $79,869,000.</text></paragraph>

<paragraph id="HF4AE21D988B8465AA3A8752F52B34B22"><enum>(6)</enum><text display-inline="yes-display-inline">For activities designated as Other Assessments/Administrative Costs, $27,922,000.</text></paragraph></subsection>

<subsection id="HE0315AA190FC4BF594FD0667A31508EC"><enum>(b)</enum><header>Specification of cooperative threat reduction funds</header><text display-inline="yes-display-inline">Funds appropriated pursuant to the authorization of appropriations in section 301 and made available by the funding table in division D for the Department of Defense Cooperative Threat Reduction Program shall be available for obligation for fiscal years 2020, 2021, and 2022.</text></subsection></section></title>

<title id="H9869F1DF992D4F039D480E535C21DDAF"><enum>XIV</enum><header>Other Authorizations</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H9869F1DF992D4F039D480E535C21DDAF" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H56DF4611060949179779BD9CCD510DDF" level="subtitle">Subtitle Aâ€"Military programs</toc-entry>

<toc-entry idref="H0ADB8052140D44B4ADD98B191412CA15" level="section">Sec.â€¯1401.â€¯Working capital funds.</toc-entry>

<toc-entry idref="H106F8CC5DD744F62B495807C4BF720E3" level="section">Sec.â€¯1402.â€¯Chemical agents and munitions destruction, defense.</toc-entry>

<toc-entry idref="H3FD51E9E60AD4C15896BCC9874A45B9A" level="section">Sec.â€¯1403.â€¯Drug interdiction and counter-drug activities, defense-wide.</toc-entry>

<toc-entry idref="H6387368C4A854CC58E5F1F400D33BFA8" level="section">Sec.â€¯1404.â€¯Defense inspector general.</toc-entry>

<toc-entry idref="HE4C7E16770C34E5B83D4BC0A4EFF9642" level="section">Sec.â€¯1405.â€¯Defense health program.</toc-entry>

<toc-entry idref="H6375265F8F3841EFB7E1531AB5D964B5" level="subtitle">Subtitle Bâ€"Other matters</toc-entry>

<toc-entry idref="HAC1EE2A59A5045299C7A6218CE960BEF" level="section">Sec.â€¯1411.â€¯Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois.</toc-entry>

<toc-entry idref="H516952D194254373A2CA049371CDFDF4"
level="section">Sec.â€¯1412.â€¯Authorization of appropriations for Armed Forces
Retirement Home.</toc-entry></toc>

<subtitle id="H56DF4611060949179779BD9CCD510DDF"><enum>A</enum><header>Military
programs</header>

<section id="H0ADB8052140D44B4ADD98B191412CA15"><enum>1401.</enum><header>Working
capital funds</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and
other activities and agencies of the Department of Defense for providing capital for
working capital and revolving funds, as specified in the funding table in section
4501.</text></section>

<section id="H106F8CC5DD744F62B495807C4BF720E3"><enum>1402.</enum><header>Chemical
agents and munitions destruction, defense</header>

<subsection
id="HA4DF564B28CE4CB993328B97570E6694"><enum>(a)</enum><header>Authorization of
appropriations</header><text>Funds are hereby authorized to be appropriated for the
Department of Defense for fiscal year 2020 for expenses, not otherwise provided for,
for Chemical Agents and Munitions Destruction, Defense, as specified in the funding
table in section 4501.</text></subsection>

<subsection
id="H67B2F42FA0E74E7085F4FB29DA576B93"><enum>(b)</enum><header>Use</header><text>Amount
s authorized to be appropriated under subsection (a) are authorized forâ€"</text>

<paragraph id="H89617C72F0884C0785B8F0666D17E150"><enum>(1)</enum><text>the destruction
of lethal chemical agents and munitions in accordance with section 1412 of the
Department of Defense Authorization Act, 1986 (50 U.S.C. 1521); and</text></paragraph>

<paragraph id="H6F43CD703BB542EEBFC7F21AAE20A170"><enum>(2)</enum><text>the destruction
of chemical warfare materiel of the United States that is not covered by section 1412
of such Act.</text></paragraph></subsection></section>

<section id="H3FD51E9E60AD4C15896BCC9874A45B9A"><enum>1403.</enum><header>Drug
interdiction and counter-drug activities, defense-wide</header><text display-
inline="no-display-inline">Funds are hereby authorized to be appropriated for the
Department of Defense for fiscal year 2020 for expenses, not otherwise provided for,
for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the
funding table in section 4501.</text></section>

<section id="H6387368C4A854CC58E5F1F400D33BFA8"><enum>1404.</enum><header>Defense
inspector general</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for the Department of Defense for fiscal year 2020 for
expenses, not otherwise provided for, for the Office of the Inspector General of the
Department of Defense, as specified in the funding table in section
4501.</text></section>

<section id="HE4C7E16770C34E5B83D4BC0A4EFF9642"><enum>1405.</enum><header>Defense
health program</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for fiscal year 2020 for the Defense Health Program for
use of the Armed Forces and other activities and agencies of the Department of Defense
for providing for the health of eligible beneficiaries, as specified in the funding
table in section 4501.</text></section></subtitle>

<subtitle id="H6375265F8F3841EFB7E1531AB5D964B5"><enum>B</enum><header>Other
matters</header>

<section id="HAC1EE2A59A5045299C7A6218CE960BEF"><enum>1411.</enum><header>Authority for
transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical
Facility Demonstration Fund for Captain James A. Lovell Health Care Center,
Illinois</header>

<subsection id="H346925D93946429AA5B5CF5438257E9D"><enum>(a)</enum><header>Authority
for transfer of funds</header><text display-inline="yes-display-inline">Of the funds
authorized to be appropriated by section 1405 and available for the Defense Health
Program for operation and maintenance, $127,000,000 may be transferred by the Secretary
of Defense to the Joint Department of Defenseâ€"Department of Veterans Affairs Medical
Facility Demonstration Fund established by subsection (a)(1) of section 1704 of the

National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 123 Stat. 2571). For purposes of subsection (a)(2) of such section 1704, any funds so transferred shall be treated as amounts authorized and appropriated specifically for the purpose of such a transfer.</text></subsection>

<subsection id="HD332A04769AE490FBAA0EE62B01DF900"><enum>(b)</enum><header>Use of transferred funds</header><text>For the purposes of subsection (b) of such section 1704, facility operations for which funds transferred under subsection (a) may be used are operations of the Captain James A. Lovell Federal Health Care Center, consisting of the North Chicago Veterans Affairs Medical Center, the Navy Ambulatory Care Center, and supporting facilities designated as a combined Federal medical facility under an operational agreement covered by section 706 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110–417; 122 Stat. 4500).</text></subsection></section>

<section id="H516952D194254373A2CA049371CDFDF4"><enum>1412.</enum><header>Authorization of appropriations for Armed Forces Retirement Home</header><text display-inline="no-display-inline">There is hereby authorized to be appropriated for fiscal year 2020 from the Armed Forces Retirement Home Trust Fund the sum of $64,300,000 for the operation of the Armed Forces Retirement Home.</text></section></subtitle></title>

<title id="H548F016267984BCB8D0C0893846091A0"><enum>XV</enum><header>Authorization of additional appropriations for overseas contingency operations</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H548F016267984BCB8D0C0893846091A0" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB74F324FBADF4C59A3191368FA24896E" level="section">Sec.1501.Purpose.</toc-entry>

<toc-entry idref="HC70D6EB51F89440BA0CA35D31BBC91FA" level="section">Sec.1502.Treatment as additional authorizations.</toc-entry>

<toc-entry idref="HA71AAC7129CF4BE38152B85B77A9779C" level="subtitle">Subtitle A—Authorization of appropriations for overseas contingency operations</toc-entry>

<toc-entry idref="H6A3914AA4AC74AF0B826D00594BE8E1A" level="section">Sec.1511.Overseas contingency operations.</toc-entry>

<toc-entry idref="H3875B8F4AD5C449B94A63D30729B07EF" level="section">Sec.1512.Procurement.</toc-entry>

<toc-entry idref="H9F5F06DA268D49978E1BF6397D8A5CA6" level="section">Sec.1513.Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="HB490909711FD4A1D8575CE4B23D27155" level="section">Sec.1514.Operation and maintenance.</toc-entry>

<toc-entry idref="HD02A94BC890D495EA17103A83B12314E" level="section">Sec.1515.Military personnel.</toc-entry>

<toc-entry idref="HE17A0CC23ED04EDCA39C271E8ABE974B" level="section">Sec.1516.Working capital funds.</toc-entry>

<toc-entry idref="H0532ED0D529D41689DB1D1319D20AD4F" level="section">Sec.1517.Drug interdiction and counter-drug activities, defense-wide.</toc-entry>

<toc-entry idref="H3F413F2092E54F7EBEC415188DCE374E" level="section">Sec.1518.Defense inspector general.</toc-entry>

<toc-entry idref="H54ED504F410A4F1F82B61620ED40353D" level="section">Sec.1519.Defense health program.</toc-entry>

<toc-entry idref="H518E36A6B00540FBB776606039B0BCAF" level="section">Sec.1520.Afghanistan security forces fund.</toc-entry>

<toc-entry idref="H90CFE0A829D344D09A7DE460983DCB9A" level="section">Sec.1520A.Special transfer authority.</toc-entry>

<toc-entry idref="H96703BF979CD4424BD887B26E2F85FF1" level="subtitle">Subtitle

Bâ€"Authorization of appropriations for emergency funds for recovery and restoration</toc-entry>

<toc-entry idref="H2BA3C7D1BB9245229F55E9D9D406373D" level="section">Sec.â€,1521.â€,Procurement.</toc-entry>

<toc-entry idref="HF2D0357A38E542BD8E15EE5526C6F16C" level="section">Sec.â€,1522.â€,Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H99F4ADD12C644E499CC115D3864D879D" level="section">Sec.â€,1523.â€,Operation and maintenance.</toc-entry>

<toc-entry idref="HBD07D7B0D19B483883E62531C4216A34" level="section">Sec.â€,1524.â€,Restriction on transfer of funds authorized by this subtitle.</toc-entry> </toc>

<section id="HB74F324FBADF4C59A3191368FA24896E"><enum>1501.</enum><header>Purpose</header><text display-inline="no-display-inline">The purposes of this title are to authorize appropriations for the Department of Defense for fiscal year 2020â€"</text>

<paragraph id="H6896ADB5B3004C4199F36D50778C5DFD"><enum>(1)</enum><text>to provide additional funds for overseas contingency operations being carried out by the Armed Forces; and</text></paragraph>

<paragraph id="H546036CD586443CE9026B312957F40AC"><enum>(2)</enum><text>to provide additional emergency funds for the recovery and restoration of military missions and activities at military installations in California, Florida, North Carolina, and Nebraska that were impacted by natural disasters.</text></paragraph></section>

<section id="HC70D6EB51F89440BA0CA35D31BBC91FA"><enum>1502.</enum><header>Treatment as additional authorizations</header><text display-inline="no-display-inline">The amounts authorized to be appropriated by this title are in addition to amounts otherwise authorized to be appropriated by this Act.</text></section>

<subtitle id="HA71AAC7129CF4BE38152B85B77A9779C"><enum>A</enum><header>Authorization of appropriations for overseas contingency operations</header>

<section id="H6A3914AA4AC74AF0B826D00594BE8E1A"><enum>1511.</enum><header>Overseas contingency operations</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the Department of Defense for overseas contingency operations in such amounts as may be designated as provided in section 251(b)(2)(A)(ii) of the Balanced Budget and Emergency Deficit Control Act of 1985 (2 U.S.C. 901(b)(2)(A)(ii)).</text></section>

<section id="H3875B8F4AD5C449B94A63D30729B07EF"><enum>1512.</enum><header>Procurement</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement accounts for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4102.</text></section>

<section id="H9F5F06DA268D49978E1BF6397D8A5CA6"><enum>1513.</enum><header> Research, development, test, and evaluation</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4202.</text></section>

<section id="HB490909711FD4A1D8575CE4B23D27155"><enum>1514.</enum><header>Operation and maintenance</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4302.</text></section>

<section id="HD02A94BC890D495EA17103A83B12314E"><enum>1515.</enum><header>Military personnel</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, military personnel accounts, as specified in the funding table in section 4402.</text></section>

WASHSTATEC015233

```
<section id="HE17A0CC23ED04EDCA39C271E8ABE974B"><enum>1516.</enum><header>Working
capital funds</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and
other activities and agencies of the Department of Defense for providing capital for
working capital and revolving funds, as specified in the funding table in section
4502.</text></section>

<section id="H0532ED0D529D41689DB1D1319D20AD4F"><enum>1517.</enum><header>Drug
interdiction and counter-drug activities, defense-wide</header><text display-
inline="no-display-inline">Funds are hereby authorized to be appropriated for the
Department of Defense for fiscal year 2020 for expenses, not otherwise provided for,
for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the
funding table in section 4502.</text></section>

<section id="H3F413F2092E54F7EBEC415188DCE374E"><enum>1518.</enum><header>Defense
inspector general</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for the Department of Defense for fiscal year 2020 for
expenses, not otherwise provided for, for the Office of the Inspector General of the
Department of Defense, as specified in the funding table in section
4502.</text></section>

<section id="H54ED504F410A4F1F82B61620ED40353D"><enum>1519.</enum><header>Defense
health program</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for the Department of Defense for fiscal year 2020 for
expenses, not otherwise provided for, for the Defense Health Program, as specified in
the funding table in section 4502.</text></section>

<section id="H518E36A6B00540FBB776606039B0BCAF" section-type="subsequent-
section"><enum>1520.</enum><header>Afghanistan security forces fund</header>

<subsection id="H825C0CCB78E040D4BCC8982A762A9B6D"><enum>(a)</enum><header>Continuation
of prior authorities and notice and reporting requirements</header><text>Funds
available to the Department of Defense for the Afghanistan Security Forces Fund for
fiscal year 2020 shall be subject to the conditions contained inâ€"</text>

<paragraph id="H8571CD6B9BA84F2FB61201E6AED51D4F"><enum>(1)</enum><text>subsections (b)
through (f) of section 1513 of the National Defense Authorization Act for Fiscal Year
2008 (Public Law 110â€"181; 122 Stat. 428); and</text></paragraph>

<paragraph id="H57CCA038128A46C99BC2299936016531"><enum>(2)</enum><text>section
1521(d)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law
114â€"328; 130 Stat. 2577).</text></paragraph></subsection>

<subsection id="H84026C3F51D94280B254107D0C561109"><enum>(b)</enum><header>Equipment
disposition</header>

<paragraph id="HF3A498777AB74A6EA19A33057A8111BC"><enum>(1)</enum><header>Acceptance of
certain equipment</header><text>Subject to paragraph (2), the Secretary of Defense may
accept equipment that is procured using amounts authorized to be appropriated for the
Afghanistan Security Forces Fund by this Act and is intended for transfer to the
security forces of the Ministry of Defense and the Ministry of the Interior of the
Government of Afghanistan, but is not accepted by such security
forces.</text></paragraph>

<paragraph id="H65A4FB168A39452BA7CC0051E586D83D"><enum>(2)</enum><header>Conditions on
acceptance of equipment</header><text>Before accepting any equipment under the
authority provided by paragraph (1), the Commander of United States forces in
Afghanistan shall make a determination that such equipment was procured for the purpose
of meeting requirements of the security forces of the Ministry of Defense and the
Ministry of the Interior of the Government of Afghanistan, as agreed to by both the
Government of Afghanistan and the Government of the United States, but is no longer
required by such security forces or was damaged before transfer to such security
forces.</text></paragraph>

<paragraph id="H33A39A7B5E0F42F588521AEA66D2B6E3"><enum>(3)</enum><header>Elements of
determination</header><text>In making a determination under paragraph (2) regarding
equipment, the Commander of United States forces in Afghanistan shall consider
alternatives to the acceptance of such equipment by the Secretary. An explanation of
each determination, including the basis for the determination and the alternatives
considered, shall be included in the relevant quarterly report required under paragraph
```

WASHSTATEC015234

(5).</text></paragraph>

<paragraph id="HB22BB5F527EC4C2CB8E2D3804451F124"><enum>(4)</enum><header>Treatment as department of defense stocks</header><text>Equipment accepted under the authority provided by paragraph (1) may be treated as stocks of the Department of Defense upon notification to the congressional defense committees of such treatment.</text></paragraph>

<paragraph id="H9ABBC64D490446F7A50A56046AF2027B"><enum>(5)</enum><header>Quarterly reports on equipment disposition</header>

<subparagraph id="H77E682CE231347A0BAA4D046E3953FE3"><enum>(A)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act and every 90-day period thereafter during which the authority provided by paragraph (1) is exercised, the Secretary shall submit to the congressional defense committees a report describing the equipment accepted during the period covered by such report under the following:</text>

<clause id="HBDCE68332F084D8BB0C9CA0481218FF5"><enum>(i)</enum><text>This subsection.</text></clause>

<clause id="H75DE8469CD7541DE8216460C92D58403"><enum>(ii)</enum><text>Section 1521(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2575).</text></clause>

<clause id="H3C822ED8CBF74FCBBCE779E93DF24637"><enum>(iii)</enum><text>Section 1531(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1088).</text></clause>

<clause id="H26B058645B6E4F13BCA4E2DE828DBD8A"><enum>(iv)</enum><text>Section 1532(b) of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3613).</text></clause>

<clause id="H1658C81D453E474E9C35B7D47F084D9B"><enum>(v)</enum><text>Section 1531(d) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 127 Stat. 938; 10 U.S.C. 2302 note).</text></clause></subparagraph>

<subparagraph id="HB502D5FF91C64825B323F7B12B9DE5B7"><enum>(B)</enum><header>Elements</header><text>Each report under subparagraph (A) shall include a list of all equipment that was accepted during the period covered by such report and treated as stocks of the Department of Defense and copies of the determinations made under paragraph (2), as required by paragraph (3).</text></subparagraph></paragraph></subsection>

<subsection id="H91AEE5DD24694E82A7326EEC70F5EC9B"><enum>(c)</enum><header>Security of afghan women</header>

<paragraph id="HA2B73E1ADE3D40889723A569BAF23283"><enum>(1)</enum><header>In general</header><text>Of the funds available to the Department of Defense for the Afghan Security Forces Fund for fiscal year 2020, it is the goal that $45,500,000, but in no event less than $10,000,000, shall be used forâ€"</text>

<subparagraph id="H9E43CA6F93944128837C98717C6995D9"><enum>(A)</enum><text>the recruitment, integration, retention, training, and treatment of women in the Afghan National Defense and Security Forces; and</text></subparagraph>

<subparagraph id="H3B3ADFB693CE48B798C6B5745DED243D"><enum>(B)</enum><text>the recruitment, training, and contracting of female security personnel for future elections.</text></subparagraph></paragraph>

<paragraph id="H19FDCAD5151C4077A49DBA3F66EB1FB4"><enum>(2)</enum><header>Types of programs and activities</header><text>Such programs and activities may includeâ€"</text>

<subparagraph id="H6591CDF492494E1AAFD1CF67D57AA8A6"><enum>(A)</enum><text>efforts to recruit and retain women into the Afghan National Defense and Security Forces, including the special operations forces;</text></subparagraph>

<subparagraph id="H0E7BDCB58B284F829F5AB8E2A7B3FBD6"><enum>(B)</enum><text>programs and activities of the Directorate of Human Rights and Gender Integration of the Ministry of Defense of Afghanistan and the Office of Human Rights, Gender and Child Rights of the

Ministry of Interior of Afghanistan;</text></subparagraph>

<subparagraph id="H7F030F19B09F477B8ADC33B82DF72386"><enum>(C)</enum><text>development and dissemination of gender and human rights educational and training materials and programs within the Ministry of Defense and the Ministry of Interior of Afghanistan;</text></subparagraph>

<subparagraph id="H5E72F954B1854631B10E155B44F977AB"><enum>(D)</enum><text>efforts to address harassment and violence against women within the Afghan National Defense and Security Forces;</text></subparagraph>

<subparagraph id="HB2914CD4FA384E29A317116DD0D981A2"><enum>(E)</enum><text>improvements to infrastructure that address the requirements of women serving in the Afghan National Defense and Security Forces, including appropriate equipment for female security and police forces, and transportation for policewomen to their station;</text></subparagraph>

<subparagraph id="HC592E657920F4253A11A37A40DCA841E"><enum>(F)</enum><text>support for Afghanistan National Police Family Response Units;</text></subparagraph>

<subparagraph id="HA8C35B119AF84D39B1E2E72380BF49A2"><enum>(G)</enum><text>security provisions for high-profile female police and military officers;</text></subparagraph>

<subparagraph id="HF2B33D2CD76B40D58C0255EFCEB77821"><enum>(H)</enum><text>programs to promote conflict prevention, management, and resolution through the meaningful participation of Afghan women in the Afghan National Defense and Security Forces, by exposing Afghan women and girls to the activities of and careers available with such forces, encouraging their interest in such careers, or developing their interest and skills necessary for service in such forces; and</text></subparagraph>

<subparagraph id="H43B4B69C9B4D4F7AAC40D88607D95BD5"><enum>(I)</enum><text>enhancements to Afghan National Defense and Security Forces recruitment programs for targeted advertising with the goal of increasing the number of female recruits.</text></subparagraph></paragraph></subsection>

<subsection id="H178DE7E7E8CA43BAACB34A7BA112086C"><enum>(d)</enum><header>Assessment of Afghanistan progress on objectives</header>

<paragraph id="HC8598061B7074541B7F63396356D91FF"><enum>(1)</enum><header>Assessment required</header><text>Not later than June 1, 2020, the Secretary of Defense shall, in consultation with the Secretary of State, submit to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives and the Committee on Armed Services and the Committee on Foreign Relations of the Senate an assessment describingâ€"</text>

<subparagraph id="H1F7798500821453088F79C4887D89F4E"><enum>(A)</enum><text>the progress of the Government of the Islamic Republic of Afghanistan toward meeting shared security objectives; and</text></subparagraph>

<subparagraph id="HBAF48F97331F4155834EB16490508DE1"><enum>(B)</enum><text>the efforts of the Government of the Islamic Republic of Afghanistan to manage, employ, and sustain the equipment and inventory provided under subsection (a).</text></subparagraph></paragraph>

<paragraph id="H1FFBAB929B314006BE92B45FEF981116"><enum>(2)</enum><header>Matters to be included</header><text>In conducting the assessment required by paragraph (1), the Secretary of Defense shall include each of the following:</text>

<subparagraph id="HDA0D84465A0940BEBFEA412F35EDD8A4"><enum>(A)</enum><text>The extent to which the Government of Afghanistan has a strategy for, and has taken steps toward, increased accountability and the reduction of corruption within the Ministry of Defense and the Ministry of Interior of Afghanistan.</text></subparagraph>

<subparagraph id="H5C4DAAF912FA4B34AF0A7FFFDBCE5D65"><enum>(B)</enum><text>The extent to which the capability and capacity of the Afghan National Defense and Security Forces have improved as a result of Afghanistan Security Forces Fund investment, including through training, and an articulation of the metrics used to assess such improvements.</text></subparagraph>

<subparagraph id="HDB7853BF0AC44B0D908CC8B05B6F17DD"><enum>(C)</enum><text>The extent to which the Afghan National Defense and Security Forces have been able to increase

pressure on the Taliban, al-Qaeda, the Haqqani network, the Islamic State of Iraq and Syria-Khorasan, and other terrorist organizations, including by re-taking territory, defending territory, and disrupting attacks.</text></subparagraph>

<subparagraph id="H6DF1A38B10B84088A6E1E560B88CC947"><enum>(D)</enum><text>The distribution practices of the Afghan National Defense and Security Forces and whether the Government of Afghanistan is ensuring that supplies, equipment, and weaponry supplied by the United States are appropriately distributed to, and employed by, security forces charged with fighting the Taliban and other terrorist organizations.</text></subparagraph>

<subparagraph id="H2828EB52960441C5A265B2B3D410E87A"><enum>(E)</enum><text display-inline="yes-display-inline">A description of—</text>

<clause id="H127AEF1CA8EE4B36B8C6E82B781E3CAE"><enum>(i)</enum><text>the policy governing the use of Acquisition and Cross Servicing Agreements (ACSA) in Afghanistan;</text></clause>

<clause id="H272856BAF2CA4217B3CB38FF483E60B0"><enum>(ii)</enum><text>each ACSA transaction by type, amount, and recipient for the period beginning on October 1, 2018, and ending December 31, 2019; and</text></clause>

<clause id="H8FA0D26422F6478FB6EDB20CB929A865"><enum>(iii)</enum><text>for any transactions from the United States to Afghan military forces, an explanation for why such transaction was not carried out under the authorities of the Afghanistan Security Forces Fund.</text></clause></subparagraph>

<subparagraph id="HCDC40B26578E46A6AFBF593FEFEA6AE5"><enum>(F)</enum><text>The extent to which the Government of Afghanistan has designated the appropriate staff, prioritized the development of relevant processes, and provided or requested the allocation of resources necessary to support a peace and reconciliation process in Afghanistan.</text></subparagraph>

<subparagraph id="HFCCC37C7C88B4AAE995CB170F23FD6B2"><enum>(G)</enum><text>A description of the ability of the Ministry of Defense and the Ministry of Interior of Afghanistan to manage and account for previously divested equipment, including a description of any vulnerabilities or weaknesses of the internal controls of such Ministry of Defense and Ministry of Interior and any plan in place to address shortfalls.</text></subparagraph>

<subparagraph id="HE9EA551073224D6FB69A85655DC7FA3B"><enum>(H)</enum><text>A description of any significant irregularities in the divestment of equipment to the Afghan National Defense and Security Forces during the period beginning on May 1, 2019, and ending on May 1, 2020, including any major losses of such equipment or any inability on the part of the Afghan National Defense and Security Forces to account for equipment so procured.</text></subparagraph>

<subparagraph id="HA49EAEF5AC3D4B56950F6B45506611DB"><enum>(I)</enum><text>A description of the sustainment and maintenance costs required during the 5-year period beginning on the date of the enactment of this Act, for major weapons platforms previously divested, and a description of the plan for the Afghan National Defense and Security Forces to maintain such platforms in the future.</text></subparagraph>

<subparagraph id="HC5AC54AA77E74F9ABC353C610B416F11"><enum>(J)</enum><text>The extent to which the Government of Afghanistan is adhering to conditions for receiving assistance established in annual financial commitment letters or any other bilateral agreements with the United States.</text></subparagraph>

<subparagraph id="H42AACBCDAF164AF9A86EBAF51D9CEC7E"><enum>(K)</enum><text display-inline="yes-display-inline">The extent to which the Government of Afghanistan has made progress in achieving security sector benchmarks as outlined by the United States-Afghan Compact (commonly known as the <quote>Kabul Compact</quote>) and a description of any other documents, plans, or agreements used by the United States to measure security sector progress.</text></subparagraph>

<subparagraph id="H86D22A161C6D4B0C9F9F0491BDB1D94D"><enum>(L)</enum><text>Such other factors as the Secretaries consider appropriate.</text></subparagraph></paragraph>

<paragraph id="HDD1916E200C54ECA8D28C751161DB06E"><enum>(3)</enum><header>Form</header><text>The assessment required by paragraph (1) shall be submitted in unclassified form, but may

include a classified annex.</text></paragraph>

<paragraph id="H98B365128D26493E916D82266386CDA2"><enum>(4)</enum><header>Withholding of assistance for insufficient progress</header>

<subparagraph id="H348FEA9EA3A848A0BE3B63A637DCD2FE"><enum>(A)</enum><header>In general</header><text>If the Secretary of Defense determines, in coordination with the Secretary of State and pursuant to the assessment under paragraph (1), that the Government of Afghanistan has made insufficient progress in the areas described in paragraph (2), the Secretary of Defense shallâ€"</text>

<clause id="HDA5EEBAF0BAF471A93E3096189583109"><enum>(i)</enum><text>withhold $480,000,000, to be derived from amounts made available for assistance for the Afghan National Defense and Security Forces, from expenditure or obligation until the date on which the Secretary certifies to the congressional defense committees that the Government of Afghanistan has made sufficient progress; and</text></clause>

<clause id="H5B7F09D79DB44E08B6C63B00FFC3FD50"><enum>(ii)</enum><text>notify the congressional defense committees not later than 30 days before withholding such funds.</text></clause></subparagraph>

<subparagraph id="H163FA5F503914B38BD62B090AF4157AD"><enum>(B)</enum><header>Waiver</header><text>If the Secretary of Defense determines that withholding such assistance would impede the national security objectives of the United States by prohibiting, restricting, delaying, or otherwise limiting the provision of assistance, the Secretary may waive the withholding requirement under subparagraph (A) if the Secretary, in coordination with the Secretary of State, certifies such determination to the congressional defense committees not later than 30 days before the effective date of the waiver.</text></subparagraph></paragraph></subsection>

<subsection id="HCA02F8AFB79C45FE9E9E5766B2754F25"><enum>(e)</enum><header>Additional reporting requirements</header><text>The Secretary of Defense shall include in the materials submitted in support of the budget for fiscal year 2021 that is submitted by the President under section 1105(a) of title 31, United States Code, each of the following:</text>

<paragraph id="H4643A8E47CB24391B3513CF370B4395C"><enum>(1)</enum><text>The amount of funding provided in fiscal year 2019 through the Afghanistan Security Forces Fund to the Government of Afghanistan in the form of direct government-to-government assistance or on-budget assistance for the purposes of supporting any entity of such government, including the Afghan National Defense and Security Forces, the Afghan Ministry of Interior, or the Afghan Ministry of Defense.</text></paragraph>

<paragraph id="H6CA4E11F4CEF407FA38E52FFDF0B335B"><enum>(2)</enum><text>The amount of funding provided and anticipated to be provided, as of the date of the submission of the materials, in fiscal year 2020 through such Fund in such form.</text></paragraph>

<paragraph id="H3A08059C0E3E4291BCB7EB0B867ADFAB"><enum>(3)</enum><text>To the extent the amount described in paragraph (2) exceeds the amount described in paragraph (1), an explanation as to the reason why the such amount is greater and the specific entities and purposes that were supported by such increase.</text></paragraph></subsection></section>

<section id="H90CFE0A829D344D09A7DE460983DCB9A" section-type="subsequent-section"><enum>1520A.</enum><header>Special transfer authority</header>

<subsection id="H9CA7E69B91604946B1B3527F1D47B2DD"><enum>(a)</enum><header>Authority to transfer authorizations</header>

<paragraph id="HBFE3CD91FE0E4722BA84960AE16B16D9"><enum>(1)</enum><header>Authority</header><text>Upon determination by the Secretary of Defense that such action is necessary in the national interest, the Secretary may transfer amounts of authorizations made available to the Department of Defense in this subtitle for fiscal year 2020 between any such authorizations for that fiscal year (or any subdivisions thereof). Amounts of authorizations so transferred shall be merged with and be available for the same purposes as the authorization to which transferred.</text></paragraph>

<paragraph id="H482FD037A4BF46EFB7485993EA7C8717"><enum>(2)</enum><header>Limitation</header>

>The total amount of authorizations that the Secretary may transfer under the authority of this subsection may not exceed $2,000,000,000.</text></paragraph></subsection>

<subsection id="HED60767B8B0640AFB6A7DE08D8890FD1"><enum>(b)</enum><header>Terms and conditions</header><text>Transfers under this section shall be subject to the same terms and conditions as transfers under section 1001.</text></subsection>

<subsection id="H7F1BCB6401734D8099C7D21656791857"><enum>(c)</enum><header>Additional authority</header><text>The transfer authority provided by this section is in addition to the transfer authority provided under section 1001.</text></subsection></section></subtitle>

<subtitle id="H96703BF979CD4424BD887B26E2F85FF1"><enum>B</enum><header>Authorization of appropriations for emergency funds for recovery and restoration</header>

<section id="H2BA3C7D1BB9245229F55E9D9D406373D" section-type="subsequent-section"><enum>1521.</enum><header>Procurement</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement accounts for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4103.</text></section>

<section id="HF2D0357A38E542BD8E15EE5526C6F16C" section-type="subsequent-section"><enum>1522.</enum><header>Research, development, test, and evaluation</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4203.</text></section>

<section id="H99F4ADD12C644E499CC115D3864D879D" section-type="subsequent-section"><enum>1523.</enum><header>Operation and maintenance</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4303.</text></section>

<section id="HBD07D7B0D19B483883E62531C4216A34" section-type="subsequent-section"><enum>1524.</enum><header>Restriction on transfer of funds authorized by this subtitle</header>

<subsection id="H93BBB774D3F145049636EFD1EEB499D6"><enum>(a)</enum><header>Authority</header><text display-inline="yes-display-inline">Upon determination by the Secretary of Defense that such action is necessary in the national interest, the Secretary may transfer amounts of authorizations made available to the Department of Defense in this subtitle for fiscal year 2020 between any such authorizations for that fiscal year (or any subdivisions thereof). Amounts of authorizations so transferred shall be merged with the authorization to which transferred and shall be available for the recovery and restoration of military missions and activities at military installations in California, Florida, North Carolina, and Nebraska impacted by natural disasters.</text></subsection>

<subsection id="H284E9A6935444C2EB44EF654E235E4EF"><enum>(b)</enum><header>Additional authority</header><text display-inline="yes-display-inline">The transfer authority provided by this section is in addition to the transfer authority provided under sections 1001 and 1520A.</text></subsection>

<subsection id="H8A55FFFAE81A44D587339A50C05E0CF3"><enum>(c)</enum><header>Terms and conditions</header><text>Transfers under this section shall be subject to the same terms and conditions as transfers under section 1001.</text></subsection></section></subtitle></title>

<title id="HFE4D0C87697D44E6922D3B3BC05B27DA"><enum>XVI</enum><header>Strategic Programs, Cyber, and Intelligence Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HFE4D0C87697D44E6922D3B3BC05B27DA" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HFD33B62E966F4EA595EF7602000C4425" level="subtitle">Subtitle A—Space Activities</toc-entry>

<toc-entry idref="H6072F892A7F742C0A1591A5B9661275D"
level="section">Sec.â€¯1601.â€¯Repeal of requirement to establish United States Space
Command as a subordinate unified command of the United States Strategic Command.</toc-entry>

<toc-entry idref="H88C88E3C2ECA4B4982CEB940BDF1B85F"
level="section">Sec.â€¯1602.â€¯Coordination of modernization efforts relating to
military-code capable GPS receiver cards.</toc-entry>

<toc-entry idref="H883348FE733447C49F586DB058D4982D"
level="section">Sec.â€¯1603.â€¯Demonstration of backup and complementary positioning,
navigation, and timing capabilities of Global Positioning System.</toc-entry>

<toc-entry idref="HB8D62B54D3474552A0204038CF6F5AF2"
level="section">Sec.â€¯1604.â€¯Annual determination on plan on full integration and
exploitation of overhead persistent infrared capability.</toc-entry>

<toc-entry idref="HD32F3EBD1A0C4A4FAD18A196B12B4767"
level="section">Sec.â€¯1605.â€¯Space-based environmental monitoring mission
requirements.</toc-entry>

<toc-entry idref="H1516B3A3E3114656AE62A0E821D42359"
level="section">Sec.â€¯1606.â€¯Resilient enterprise ground architecture.</toc-entry>

<toc-entry idref="H09F95D549AE74944B607F3C71B0E0E32"
level="section">Sec.â€¯1607.â€¯Prototype program for multi-global navigation satellite
system receiver development.</toc-entry>

<toc-entry idref="H0854E70788C6410096EC97233B64E903"
level="section">Sec.â€¯1608.â€¯Commercial space situational awareness
capabilities.</toc-entry>

<toc-entry idref="HE719D699BEAF4E778FE94D7FA02C4324"
level="section">Sec.â€¯1609.â€¯Program to enhance and improve launch support and
infrastructure.</toc-entry>

<toc-entry idref="H2B9940190AA345E692111116A07694B6"
level="section">Sec.â€¯1610.â€¯Preparation to implement plan for use of allied launch
vehicles.</toc-entry>

<toc-entry idref="H68F146F6FABB4FD49C5759B66753C4CA"
level="section">Sec.â€¯1611.â€¯Independent study on plan for deterrence in space.</toc-entry>

<toc-entry idref="H06836B9DDFFB451C9FF7F1F85C61E32E"
level="section">Sec.â€¯1612.â€¯Study on leveraging diverse commercial satellite remote
sensing capabilities.</toc-entry>

<toc-entry idref="H334F23E4847D4BD5BEF4460CF52642D8"
level="section">Sec.â€¯1613.â€¯Annual report on Space Command and Control
program.</toc-entry>

<toc-entry idref="H7806D9C4A8EA46D9B99708446E1DEA0D"
level="section">Sec.â€¯1614.â€¯Report on space debris.</toc-entry>

<toc-entry idref="HCC60BDB0151F4932AFC323F20A75D9E7" level="subtitle">Subtitle
Bâ€"Defense Intelligence and Intelligence-Related Activities</toc-entry>

<toc-entry idref="H0EF5C5EA66E94300A25446F2BCDE563E"
level="section">Sec.â€¯1621.â€¯Redesignation of Under Secretary of Defense for
Intelligence as Under Secretary of Defense for Intelligence and Security.</toc-entry>

<toc-entry idref="HC179170BFE334FB0896D963FC510167D"
level="section">Sec.â€¯1622.â€¯Modifications to ISR Integration Council and annual
briefing requirements.</toc-entry>

<toc-entry idref="H8AE729A97B3541EAAB42408EC9DCEDA4"
level="section">Sec.â€¯1623.â€¯Modification of annual authorization of appropriations
for National Flagship Language Initiative.</toc-entry>

<toc-entry idref="HF4453BC30B084DDF9BAB4F0720E8C664"
level="section">Sec.â€¯1624.â€¯Improving the onboarding methodology for intelligence

personnel.</toc-entry>

<toc-entry idref="H0E12C3D5ACCC4E5EA2240A0224974142"
level="section">Sec.â€¯1625.â€¯Defense Counterintelligence and Security Agency
activities on facilitating access to local criminal records historical data.</toc-
entry>

<toc-entry idref="H8A7B855F816949C3BA4167DEC180B6CD"
level="section">Sec.â€¯1626.â€¯Survey and report on alignment of intelligence
collections capabilities and activities with Department of Defense requirements.</toc-
entry>

<toc-entry idref="HB156B74333D04CB79AE133F5775EC4EC"
level="section">Sec.â€¯1627.â€¯Reports on Consolidated Adjudication Facility of the
Defense Counterintelligence and Security Agency.</toc-entry>

<toc-entry idref="H409707DC68A34F9BB63B0B79E8B6D430"
level="section">Sec.â€¯1628.â€¯Report on the expanded purview of the Defense
Counterintelligence and Security Agency.</toc-entry>

<toc-entry idref="H1AD864C142794FF29F4ABFA8B5335FD8"
level="section">Sec.â€¯1629.â€¯Termination of requirement for Department of Defense
facility access clearances for joint ventures composed of previously-cleared
entities.</toc-entry>

<toc-entry idref="HDFD1D38F5B5544B0AA0E7CF40E5F4077" level="subtitle">Subtitle
Câ€"Cyberspace-Related Matters</toc-entry>

<toc-entry idref="HDC33CABAB33449BF993B922F1D64E37D"
level="section">Sec.â€¯1631.â€¯Matters relating to military operations in the
information environment.</toc-entry>

<toc-entry idref="H74D96D8F146546F49C6899C0B02D6C03"
level="section">Sec.â€¯1632.â€¯Notification requirements for sensitive military cyber
operations.</toc-entry>

<toc-entry idref="HAFEE3B18172343C2B276E2205070AB83"
level="section">Sec.â€¯1633.â€¯Evaluation of cyber vulnerabilities of major weapon
systems of the Department of Defense.</toc-entry>

<toc-entry idref="HE74D9DEEE20E4F2381BFA4AB4E4C351B"
level="section">Sec.â€¯1634.â€¯Quarterly assessments of the readiness of Cyber Mission
Forces.</toc-entry>

<toc-entry idref="HE0A9EB25A05248B3ADC757DB986FBC15"
level="section">Sec.â€¯1635.â€¯Cyber posture review.</toc-entry>

<toc-entry idref="HB20E14973FCF48FABF52B1D6A44E9C6A"
level="section">Sec.â€¯1636.â€¯Modification of elements of assessment required for
termination of dual-hat arrangement for Commander of the United States Cyber
Command.</toc-entry>

<toc-entry idref="HDE8B1064BE554670B138FEDB0B58D79B"
level="section">Sec.â€¯1637.â€¯Modification of cyber scholarship program.</toc-entry>

<toc-entry idref="H32DB56F9F9474A99A9FF92770B7F146D"
level="section">Sec.â€¯1638.â€¯Tier 1 exercise of support to civil authorities for a
cyber incident.</toc-entry>

<toc-entry idref="HD490109F3B1449BA8323F390D656D81C"
level="section">Sec.â€¯1639.â€¯Extension of the Cyberspace Solarium Commission.</toc-
entry>

<toc-entry idref="H10DAF99AB2D142C2A1401ACD286ABE41"
level="section">Sec.â€¯1640.â€¯Authority to use operation and maintenance funds for
cyber operations-peculiar capability development projects.</toc-entry>

<toc-entry idref="H6C26538D57384836BAC5B44D3E73CBB8"
level="section">Sec.â€¯1641.â€¯Role of Chief Information Officer in improving
enterprise-wide cybersecurity.</toc-entry>

<toc-entry idref="HADF19202A04C4857BD86F90D7B6AD6EE"

level="section">Sec.â€¯1642.â€¯Notification of delegation of authorities to the
Secretary of Defense for military operations in cyberspace.</toc-entry>

<toc-entry idref="H661E163742CC405C9FB69BCD1F397D91"
level="section">Sec.â€¯1643.â€¯Limitation of funding for Consolidated Afloat Networks
and Enterprise Services.</toc-entry>

<toc-entry idref="H0C727E3010524EEBAD9D7AC92E90B3EE"
level="section">Sec.â€¯1644.â€¯Annual military cyberspace operations report.</toc-
entry>

<toc-entry idref="HE63F3E4DC6F9484AA324C9DA60040B87"
level="section">Sec.â€¯1645.â€¯Annual report on cyber attacks and intrusions against
the Department of Defense by certain foreign entities.</toc-entry>

<toc-entry idref="HF510AB1A8A7B46AC8E7D782E4E243F66"
level="section">Sec.â€¯1646.â€¯Control and analysis of Department of Defense data
stolen through cyberspace.</toc-entry>

<toc-entry idref="HC0485C3BC67D48BDA39B02724A54C9EC" level="section">Sec.â€¯1647.â€¯Use
of National Security Agency cybersecurity expertise to support evaluation of commercial
cybersecurity products.</toc-entry>

<toc-entry idref="H687CC66681AA4A8DB6AFC9C25B715821"
level="section">Sec.â€¯1648.â€¯Framework to enhance cybersecurity of the United States
defense industrial base.</toc-entry>

<toc-entry idref="H709EAB3F27354D2D925E55BD5F4D0AE9"
level="section">Sec.â€¯1649.â€¯Report on cybersecurity training programs.</toc-entry>

<toc-entry idref="H89307DC272FF4C409ECB07DCF1A889A2"
level="section">Sec.â€¯1650.â€¯National Security Presidential Memorandums relating to
Department of Defense operations in cyberspace.</toc-entry>

<toc-entry idref="H937858E186F3476D976AB151B629ADA4"
level="section">Sec.â€¯1651.â€¯Reorientation of Big Data Platform program.</toc-entry>

<toc-entry idref="HBF7CFF5240474CB5B9A4B22CEBA74C04"
level="section">Sec.â€¯1652.â€¯Zero-based review of Department of Defense cyber and
information technology personnel.</toc-entry>

<toc-entry idref="H0EA0AFF0CF8644298FCEB87826D56AD6"
level="section">Sec.â€¯1653.â€¯Study on improving cyber career paths in the Navy.</toc-
entry>

<toc-entry idref="HA4ABE9726B23459291F575024A5E2D04"
level="section">Sec.â€¯1654.â€¯Accreditation standards and processes for cybersecurity
and information technology products and services.</toc-entry>

<toc-entry idref="H1490D1EC6823455E816F2B210C5C30DB"
level="section">Sec.â€¯1655.â€¯Study on future cyber warfighting capabilities of
Department of Defense.</toc-entry>

<toc-entry idref="H4258FD56FD664C9585CB78A948E95DFD"
level="section">Sec.â€¯1656.â€¯Study to determine the optimal strategy for structuring
and manning elements of the Joint Force Headquartersâ€"Cyber Organizations, Joint
Mission Operations Centers, and Cyber Operationsâ€"Integrated Planning Elements.</toc-
entry>

<toc-entry idref="HCF92C06ADB1C4973B5E28B73FB1C00A7"
level="section">Sec.â€¯1657.â€¯Cyber governance structures and Principal Cyber Advisors
on military cyber force matters.</toc-entry>

<toc-entry idref="H31A5EE280A63405A9127038845886CE8"
level="section">Sec.â€¯1658.â€¯Designation of test networks for testing and
accreditation of cybersecurity products and services.</toc-entry>

<toc-entry idref="HCACED52A9DF642B285C6FF7E60512375"
level="section">Sec.â€¯1659.â€¯Consortia of universities to advise Secretary of Defense
on cybersecurity matters.</toc-entry>

<toc-entry idref="HFFA0DF923AC74E779F3C736FB37D67CB"

level="section">Sec.â€‚1660.â€‚Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements.</toc-entry>

<toc-entry idref="H239143AE08204A3A95DBAB020EC00D16" level="subtitle">Subtitle Dâ€"Nuclear Forces</toc-entry>

<toc-entry idref="HA2CF26DDE66F48758209070E9B90BF57" level="section">Sec.â€‚1661.â€‚Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System.</toc-entry>

<toc-entry idref="H848FECAD97294F9492FE1C4B6BD14FF4" level="section">Sec.â€‚1662.â€‚Modification of authorities relating to nuclear command, control, and communications system.</toc-entry>

<toc-entry idref="HC8C42EAA6186447783B39AAC12AD46E2" level="section">Sec.â€‚1663.â€‚Briefings on meetings held by Nuclear Weapons Council.</toc-entry>

<toc-entry idref="HA0829A386AFA4AC8826C4FEA3CD72134" level="section">Sec.â€‚1664.â€‚Consideration of budget matters at meetings of Nuclear Weapons Council.</toc-entry>

<toc-entry idref="H9BE6215C172A4E3C9A62634FE839F30E" level="section">Sec.â€‚1665.â€‚Improvement to annual report on the modernization of the nuclear weapons enterprise.</toc-entry>

<toc-entry idref="H7C94C247D6BE44998C0B946D0FEBCBB6" level="section">Sec.â€‚1666.â€‚Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system.</toc-entry>

<toc-entry idref="HCED5CA9522424B0ABDD0FEBCBC2A6B2D" level="section">Sec.â€‚1667.â€‚Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe.</toc-entry>

<toc-entry idref="HC1D8711D5C3C44CCBEA0B4E363836C63" level="section">Sec.â€‚1668.â€‚Elimination of conventional requirement for long-range standoff weapon.</toc-entry>

<toc-entry idref="H123ADBE2985E4B12B38A10547C54EB9F" level="section">Sec.â€‚1669.â€‚Briefing on long-range standoff weapon and sea-launched cruise missile.</toc-entry>

<toc-entry idref="HFB814AA08CF84A66B066917DA0842D76" level="section">Sec.â€‚1670.â€‚Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile.</toc-entry>

<toc-entry idref="HDA60329D330246839671A7789CBF8828" level="section">Sec.â€‚1671.â€‚Reports on development of ground-based strategic deterrent weapon.</toc-entry>

<toc-entry idref="H62CBD127C8FD451399667BC97E0FA974" level="section">Sec.â€‚1672.â€‚Prohibition on reduction of the intercontinental ballistic missiles of the United States.</toc-entry>

<toc-entry idref="HE8383647BB6C4611B341DD1FE6341F15" level="section">Sec.â€‚1673.â€‚Independent study on policy of no-first-use of nuclear weapons.</toc-entry>

<toc-entry idref="H0E2AB082BC2C45B9A81A6AA7852DBC79" level="section">Sec.â€‚1674.â€‚Independent study on risks of nuclear terrorism and nuclear war.</toc-entry>

<toc-entry idref="H5D0D234566AA4AFB8BA3DE017EE821EC" level="section">Sec.â€‚1675.â€‚Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war.</toc-entry>

<toc-entry idref="H38CB2215CD134EE6B123FD235D6CE934" level="section">Sec.â€‚1676.â€‚Report on nuclear forces of the United States and near-peer countries.</toc-entry>

<toc-entry idref="H41198EDDF6DB43C9ADBB3F4BEACCBCFB"

level="section">Sec.â€¯1677.â€¯Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons.</toc-entry>

<toc-entry idref="HC71395D851A4451AA1207351585A9693"
level="section">Sec.â€¯1678.â€¯Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons.</toc-entry>

<toc-entry idref="H8B274A49AE5C459EB8E5B94F6092301E"
level="section">Sec.â€¯1679.â€¯Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems.</toc-entry>

<toc-entry idref="HD5DD874BDAFD42D8A013990B577C23C2"
level="section">Sec.â€¯1680.â€¯Sense of Congress on nuclear deterrence commitments of the United States.</toc-entry>

<toc-entry idref="HA920B3E43D57449394723F0A5A3B48B0" level="subtitle">Subtitle Eâ€"Missile Defense Programs</toc-entry>

<toc-entry idref="H183BE8CACF4B43F48C2B90556258F0D3"
level="section">Sec.â€¯1681.â€¯National missile defense policy.</toc-entry>

<toc-entry idref="H3EBE848E7E244B35A9BF47DC03D99420"
level="section">Sec.â€¯1682.â€¯Development of space-based ballistic missile intercept layer.</toc-entry>

<toc-entry idref="HD24574A9139A4CB5BDDC4CF721F067AE"
level="section">Sec.â€¯1683.â€¯Development of hypersonic and ballistic missile tracking space sensor payload.</toc-entry>

<toc-entry idref="H00BF8CCFF4D5474DBDD30A9CE2596A4F"
level="section">Sec.â€¯1684.â€¯Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system.</toc-entry>

<toc-entry idref="H8AB819232116469EB9F2B08A527F0371"
level="section">Sec.â€¯1685.â€¯Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production.</toc-entry>

<toc-entry idref="H3564EB50DDC341FE84B3CE04BD7252E6"
level="section">Sec.â€¯1686.â€¯Limitation on availability of funds for lower tier air and missile defense sensor.</toc-entry>

<toc-entry idref="H7ED2C446B862466FA9F7F8ED66CF2018"
level="section">Sec.â€¯1687.â€¯Plan for the redesigned kill vehicle replacement.</toc-entry>

<toc-entry idref="HF30E839F224A44FDBAF1C86BCFCC90BC"
level="section">Sec.â€¯1688.â€¯Organization, authorities, and billets of the Missile Defense Agency.</toc-entry>

<toc-entry idref="H7CC0D58F9A2647CF899D614E8FDA9A02"
level="section">Sec.â€¯1689.â€¯Annual assessment of ballistic missile defense system.</toc-entry>

<toc-entry idref="HC216E7FD4A1B4D9D8F2C48E0E7E4EB18"
level="section">Sec.â€¯1690.â€¯Command and control, battle management, and communications program.</toc-entry>

<toc-entry idref="H1C70AC6F73C843B0BBFA088744478AFB"
level="section">Sec.â€¯1691.â€¯Missile defense interceptor site in contiguous United States.</toc-entry>

<toc-entry idref="H79B821B0909D4690AE8DBFF80D1BAAA7"
level="section">Sec.â€¯1692.â€¯Independent study on impacts of missile defense development and deployment.</toc-entry>

<toc-entry idref="HFE960C7F5DFA4408AABD3E43A2E407A0"
level="section">Sec.â€¯1693.â€¯Report and briefing on multi-volume kill capability.</toc-entry>

<toc-entry idref="HBEB305F4E4774A54B20C1F38E60FC9A7" level="subtitle">Subtitle

Fâ€"Other matters</toc-entry>

<toc-entry idref="H47BCCAA988F7458E9C8E7B03B2EC6968"
level="section">Sec.â€¯1694.â€¯Extension of authorization for protection of certain
facilities and assets from unmanned aircraft.</toc-entry>

<toc-entry idref="HF584E991D8CA4A8E9EEE071C57552673"
level="section">Sec.â€¯1695.â€¯Repeal of requirement for commission on electromagnetic
pulse attacks and similar events.</toc-entry>

<toc-entry idref="H4379E28D48E14CDD952C35486AEE51EC"
level="section">Sec.â€¯1696.â€¯Repeal of review requirement for ammonium perchlorate
report.</toc-entry>

<toc-entry idref="H32F9CC189E30498EBFDAE612D5744B93"
level="section">Sec.â€¯1697.â€¯Transferability of conventional prompt global strike
weapon system technologies to surface-launched platforms.</toc-entry>

<toc-entry idref="HF93A55DAF5254CC78B13C2E6267C1B40"
level="section">Sec.â€¯1698.â€¯Prohibition on availability of funds for certain
offensive ground-launched ballistic or cruise missile systems.</toc-entry>

<toc-entry idref="H7C55A604D05448B5AE259E9792890952"
level="section">Sec.â€¯1699.â€¯Hard and deeply buried targets.</toc-entry> </toc>

<subtitle id="HFD33B62E966F4EA595EF7602000C4425"><enum>A</enum><header>Space
Activities</header>

<section id="H6072F892A7F742C0A1591A5B9661275D"><enum>1601.</enum><header>Repeal of
requirement to establish United States Space Command as a subordinate unified command
of the United States Strategic Command</header>

<subsection commented="no" display-inline="no-display-inline"
id="H58E5C13EFED9469E9137184B86BEC23C"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Section
169 of title 10, United States Code, is repealed.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H15C2565A68254BAF93FEEE1A0D94EF64"><enum>(b)</enum><header display-inline="yes-
display-inline">Technical and conforming amendments</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HA1287CF1AB2A40D0901D298550543781"><enum>(1)</enum><text display-inline="yes-
display-inline">The table of sections for chapter 6 of title 10, United States Code, is
amended by striking the item relating to section 169.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H82E44F3099444B7B841DB4A424ED0E9D"><enum>(2)</enum><text>Section 2273a(d)(3) of
title 10, United States Code, is amended by striking <quote>The Commander of the United
States Strategic Command, acting through the United States Space Command,</quote> and
inserting <quote>The Commander of the United States Space Command, or, if no such
command exists, the Commander of the United States Strategic
Command,</quote>.</text></paragraph></subsection></section>

<section id="H88C88E3C2ECA4B4982CEB940BDF1B85F"
commented="no"><enum>1602.</enum><header>Coordination of modernization efforts relating
to military-code capable GPS receiver cards</header><text display-inline="no-display-
inline">Section 1610 of the John S. McCain National Defense Authorization Act for
Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2111; 10 U.S.C. 2281 note) is
amendedâ€"</text>

<paragraph id="HD7C0D0C05425401F993D2B4FBE5A2A15"
commented="no"><enum>(1)</enum><text>in subsection (b)(2), by striking the period at
the end and inserting <quote>, including with respect to each program of the Department
that requires M-code capable receiver cards.</quote>; and</text></paragraph>

<paragraph id="H2CFC79505D854C8DAA4358094F4DF312" commented="no"><enum>(2)</enum><text
display-inline="yes-display-inline">in subsection (c), by striking the period at the
end and inserting <quote>, and shall clarify the roles of the Chief Information Officer
and the Council on Oversight of the Department of Defense Positioning, Navigation, and
Timing Enterprise with respect to M-code modernization

efforts.</quote>.</text></paragraph></section>

<section id="H883348FE733447C49F586DB058D4982D"><enum>1603.</enum><header>Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System</header><text display-inline="no-display-inline">Effective on June 1, 2019, section 1606 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1725) is amendedâ€"</text>

<paragraph id="HFA54873587CB476C862859868F668223"><enum>(1)</enum><text>in subsection (c)(2), by striking <quote>the date that is 18 months after the date of the enactment of this Act</quote> and inserting <quote>December 31, 2020</quote>; and</text></paragraph>

<paragraph id="H438DEC68591C4C0EAC9AD06E88B96F41"><enum>(2)</enum><text>in subsection (d), by striking <quote>18 months after the date of the enactment of this Act</quote> and inserting <quote>December 31, 2020</quote>.</text></paragraph></section>

<section id="HB8D62B54D3474552A0204038CF6F5AF2"><enum>1604.</enum><header>Annual determination on plan on full integration and exploitation of overhead persistent infrared capability</header><text display-inline="no-display-inline">Section 1618(c) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2431 note) is amended by striking <quote>for a fiscal year</quote> and inserting <quote>for each of fiscal years 2021 through 2028</quote>.</text></section>

<section id="HD32F3EBD1A0C4A4FAD18A196B12B4767"><enum>1605.</enum><header>Space-based environmental monitoring mission requirements</header>

<subsection id="HF6B822E0714D47E4A75B37A396251C5C"><enum>(a)</enum><header>Procurement of modernized pathfinder program satellite</header>

<paragraph id="HB298B364FFDA45A9B867CA8CA3EEF5BF"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of the Air Force shall procure a modernized pathfinder program satellite thatâ€"</text>

<subparagraph id="H02CD4412661F48A1B4ADA419061C2039"><enum>(A)</enum><text display-inline="yes-display-inline">addresses space-based environmental monitoring mission requirements;</text></subparagraph>

<subparagraph id="HA7A4D5284D524ABDA54A4B6DB48F67C2"><enum>(B)</enum><text>reduces the risk that the Department of Defense experiences a gap in meeting such requirements during the period beginning January 1, 2023, and ending December 31, 2025; and</text></subparagraph>

<subparagraph id="HCA6493653681467D88E4D3675174D204"><enum>(C)</enum><text>is launched not later than January 1, 2023.</text></subparagraph></paragraph>

<paragraph id="H7FDECD77971942E3AF32622FEE047F50"><enum>(2)</enum><header>Type of satellite</header><text>The satellite described in paragraph (1) may be a free-flyer or a hosted payload satellite.</text></paragraph>

<paragraph id="H5024F5E181D44A6B92FD3DD21A2A7ACA"><enum>(3)</enum><header>Plan</header><text>Not later than 60 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the appropriate congressional committees a plan to procure and launch the satellite described in paragraph (1), including with respect toâ€"</text>

<subparagraph id="HABD4040ED3084E729F417D4167873858"><enum>(A)</enum><text>the requirements for such satellite, including operational requirements;</text></subparagraph>

<subparagraph id="H76BCE41160E64F0294E39C4DE6956DCD"><enum>(B)</enum><text>timelines for such procurement and launch;</text></subparagraph>

<subparagraph id="HF937A72E57BE437BA1E40D3ABCC86C60"><enum>(C)</enum><text display-inline="yes-display-inline">costs for such procurement and launch; and</text></subparagraph>

<subparagraph id="H91C7C78CBFF944D5A41982DC76CAD918"><enum>(D)</enum><text>the launch plan.</text></subparagraph></paragraph>

<paragraph

```
id="H612519348525431691E698D4689FAF0B"><enum>(4)</enum><header>Procedures</header><text
display-inline="yes-display-inline">The Secretary of the Air Force shall ensure that
the satellite described in paragraph (1) is procured using full and open competition
through the use of competitive procedures.</text></paragraph>

<paragraph id="H16803A7E029941899A274443356E65CF"><enum>(5)</enum><header>Withholding
of funds</header><text>The amount equal to 10 percent of the total amount authorized to
be appropriated to the Office of the Secretary of Air Force for the travel of persons
under the Operations and Maintenance, Defense-Wide account shall be withheld from
obligation or expenditure until the date on which a contract is awarded for the
procurement of the satellite described in paragraph
(1).</text></paragraph></subsection>

<subsection id="H06B373D10D0445DC9E35E5FD727DE902"><enum>(b)</enum><header>Weather
system satellite</header><text display-inline="yes-display-inline">The Secretary of the
Air Force shall ensure that the electro-optical/infrared weather system
satelliteâ€"</text>

<paragraph id="H0CFD2FE3C266419196AF2FC00FF3BF4C"><enum>(1)</enum><text display-
inline="yes-display-inline">meets space-based environmental monitoring mission
requirements;</text></paragraph>

<paragraph id="H5688B57AFD5C4507A6733A2E0E00F01E"><enum>(2)</enum><text display-
inline="yes-display-inline">is procured using full and open competition through the use
of competitive procedures; and</text></paragraph>

<paragraph id="H9D125CE989F6438AB37676D0C47FFB64"><enum>(3)</enum><text>is launched not
later than September 30, 2025.</text></paragraph></subsection>

<subsection
id="H5EA65F8CE61D4B889C44E3757D2F22F5"><enum>(c)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H88B3E88CC6BC45D3A3F87EA0EDDAB1B7"><enum>(1)</enum><text>The term
<quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="HAE9280C99DDC4550AAED318BDAD56666"><enum>(A)</enum><text>the
congressional defense committees; and</text></subparagraph>

<subparagraph id="HB32FAC6976034E499AF7845AF1EFF108"><enum>(B)</enum><text>the
Permanent Select Committee on Intelligence of the House of Representatives and the
Select Committee on Intelligence of the Senate.</text></subparagraph></paragraph>

<paragraph commented="no"
id="HD2A1050D09664A088C9DEC8815AF7A50"><enum>(2)</enum><text>The term <quote>space-
based environmental monitoring mission requirements</quote> means the national security
requirements for cloud characterization and theater weather
imagery.</text></paragraph></subsection></section>

<section id="H1516B3A3E3114656AE62A0E821D42359"><enum>1606.</enum><header>Resilient
enterprise ground architecture</header>

<subsection id="H08C71BF43E5243A5880A096147286628"><enum>(a)</enum><header>Sense of
Congress</header><text display-inline="yes-display-inline">It is the sense of Congress
that the Secretary of the Air Force, to advance the security of the space assets of the
Department of Defense, shouldâ€"</text>

<paragraph id="H87BFE5ACE8414796B89E2070ABAAABD2"><enum>(1)</enum><text display-
inline="yes-display-inline">expand on complementary efforts within the Air Force that
promote the adoption of a resilient enterprise ground architecture that is responsive
to new and changing threats and can rapidly integrate new capabilities to make the
warfighting force of the United States more resilient in a contested battlespace;
and</text></paragraph>

<paragraph id="H50559C513AFF404B8B0836FBEFB16674"><enum>(2)</enum><text>prioritize the
swift transition of space ground architecture to a common platform and leverage
commercial capabilities in concurrence with the 2015 intent memorandum of the Commander
of the Air Force Space Command.</text></paragraph></subsection>

<subsection id="H2129B4323FD343919E201F89FB4029AB"><enum>(b)</enum><header>Future
architecture</header><text>The Secretary of Defense shall, to the extent
```

practicableâ€"</text>

<paragraph id="H3FDDFBED4D9B400797E42DAE338AF988"><enum>(1)</enum><text display-inline="yes-display-inline">develop future satellite ground architectures of the Department of Defense to be compatible with complementary commercial systems that can support uplink and downlink capabilities with dual-band spacecraft; and</text></paragraph>

<paragraph id="H456B33DAEB284C0AA79D70ED654D92BB"><enum>(2)</enum><text>emphasize that future ground architecture transition away from stove-piped systems to a service-based platform that provides members of the Armed Forces with flexible and adaptable capabilities thatâ€"</text>

<subparagraph id="HA13592CFF0B14AC5B58930DCBEF1097A"><enum>(A)</enum><text>use, as applicable, commercially available capabilities and technologies for increased resiliency and cost savings; and</text></subparagraph>

<subparagraph id="HBC88FD7910AB41D4B62CD8D66C196938"><enum>(B)</enum><text>build commercial opportunity and integration across the range of resilient space systems.</text></subparagraph></paragraph></subsection>

<subsection id="HB5CD9823DFC948608DE7DA4D1FC7CBAE"><enum>(c)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the future architecture described in subsection (b).</text></subsection></section>

<section id="H09F95D549AE74944B607F3C71B0E0E32" section-type="subsequent-section"><enum>1607.</enum><header>Prototype program for multi-global navigation satellite system receiver development</header>

<subsection id="H884FBA645F63499A8158E2D3EBBF8653"><enum>(a)</enum><header>Prototype Multi-GNSS program</header><text display-inline="yes-display-inline">The Secretary of the Air Force shall carry out a program to prototype an M-code based, multi-global navigation satellite system receiver that is capable of receiving covered signals to increase the resilience and capability of military position, navigation, and timing equipment against threats to the Global Positioning System and to deter the likelihood of attack on the worldwide Global Positioning System by reducing the benefits of such an attack.</text></subsection>

<subsection id="H35FD8AE879304C53B90BA34468DEEDC2"><enum>(b)</enum><header>Elements</header><text>In carrying out the program under subsection (a), the Secretary shallâ€"</text>

<paragraph id="HA1BFCD899A664ACB84169E862AFF4D61"><enum>(1)</enum><text>with respect to each covered signal that could be received by the prototype receiver under such program, conduct an assessment of the relative benefits and risks of using that signal, including with respect to any existing or needed monitoring infrastructure that would alert users of the Department of Defense of potentially corrupted signal information, and the cyber risks and challenges of incorporating such signals into a properly designed receiver;</text></paragraph>

<paragraph id="HA1AB5D79D99D47C6B3A321B276B8D8D8"><enum>(2)</enum><text>ensure that monitoring systems are able to include any monitoring network of the United States or allies of the United States;</text></paragraph>

<paragraph id="HA87543BD87DF412BB46D50A6E9D2E74D"><enum>(3)</enum><text display-inline="yes-display-inline">conduct an assessment of the benefits and risks, including with respect to the compatibility of non-United States global navigation satellite system signals with existing position, navigation, and timing equipment of the United States, and the extent to which the capability to receive such signals would impact current receiver or antenna design; and</text></paragraph>

<paragraph id="HF4C625B5789F463DA682774B07471A96"><enum>(4)</enum><text display-inline="yes-display-inline">conduct an assessment of the desirability of establishing a program for the development and deployment of the receiver system described in subsection (a) in a manner thatâ€"</text>

<subparagraph id="HD505D96C4AEB416DA1A44553B90E8584"><enum>(A)</enum><text>is a cooperative effort, coordinated with the Secretary of State, between the United States and the allies of the United States that may also have interest in funding a multi-

```
global navigation satellite system and M-code program; and</text></subparagraph>

<subparagraph id="HC2C83EF74AED46FA85FAC3F7339B77D3"><enum>(B)</enum><text>the
Secretary of Defense, in coordination with the Secretary of State, ensures that the
United States has access to sufficient insight into trusted signals of allied systems
to assure potential reliance by the United States on such
signals.</text></subparagraph></paragraph></subsection>

<subsection
id="HD1D5BD60DA3C462EBFE4A3443CEC66EE"><enum>(c)</enum><header>Briefing</header><text>N
ot later than 120 days after the date of the enactment of this Act, the Secretary, in
coordination with the Air Force GPS User Equipment Program office, shall provide to the
congressional defense committees a briefing on a plan to carry out the program under
subsection (a) that includesâ€"</text>

<paragraph id="HCAE02830326D483DA9D28EB68CF651F8"><enum>(1)</enum><text display-
inline="yes-display-inline">the estimated cost, including total cost and out-year
funding requirements for a program to develop and deploy the receiver system described
in subsection (a);</text></paragraph>

<paragraph id="H33D94E32474445A1A54611667F20430F"><enum>(2)</enum><text>the schedule
for such program;</text></paragraph>

<paragraph id="H18B1111A3E2B4A70B8F85763161B65CE"><enum>(3)</enum><text display-
inline="yes-display-inline">a plan for how the results of the program could be
incorporated into future blocks of the Global Positioning System military user
equipment program; and</text></paragraph>

<paragraph id="HB8741923A09A4613A705935517FAD72E"><enum>(4)</enum><text display-
inline="yes-display-inline">the recommendations and analysis contained in the study
sponsored by the Department of Defense conducted by the MITRE Corporation on the risks,
benefits, and approaches to adding multi-global navigation satellite system
capabilities to military user equipment.</text></paragraph></subsection>

<subsection
id="H30FE588781D745C0BD12CC6960E98258"><enum>(d)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 150 days after the date of the
enactment of this Act, the Secretary of Defense shall submit to the congressional
defense committees a report containingâ€"</text>

<paragraph id="HD159589389D54A769B8A4C8A0A8328E1"><enum>(1)</enum><text>an explanation
of how the Secretary intends to comply with section 1609 of the John S. McCain National
Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2281
note);</text></paragraph>

<paragraph id="HF8F21476599F40578624D7A851AEABD3"><enum>(2)</enum><text>an outline of
any potential cooperative efforts acting in accordance with the North Atlantic Treaty
Organization, the European Union, or Japan that would support such
compliance;</text></paragraph>

<paragraph id="HE789BF81450C42C381CEF5DF7C7E2FDF"><enum>(3)</enum><text display-
inline="yes-display-inline">an assessment of the potential to host, or incorporate
through software-defined payloads, Global Positioning System M-code functionality onto
allied global navigation satellite system systems; and</text></paragraph>

<paragraph id="H41ACA1B5DA13491B974CEADFF7956C41"><enum>(4)</enum><text display-
inline="yes-display-inline">an assessment of new or enhanced monitoring capabilities
that would be needed to incorporate global navigation satellite system functionality
into weapon systems of the Department.</text></paragraph></subsection>

<subsection
id="H006FB0E6467B4B2EBC0B1A72AB193202"><enum>(e)</enum><header>Limitation</header><text
display-inline="yes-display-inline">Of the funds authorized to be appropriated by this
Act or otherwise made available for fiscal year 2020 for increment 2 of the acquisition
of military Global Positioning System user equipment terminals, not more than 90
percent may be obligated or expended until the date on which the briefing has been
provided under subsection (c) and the report has been submitted under subsection
(d).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H38FAFCA07497446CA9BC4E495D9F76E9"><enum>(f)</enum><header display-inline="yes-
```

```
display-inline">Waiver authority for trusted signals capabilities</header><text
display-inline="yes-display-inline">Section 1609(a)(2)(B) of the John S. McCain
National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10
U.S.C. 2281 note) is amended by striking <quote>such capability</quote> and inserting
<quote>the capability to add multi-Global Navigation Satellite System signals to
provide substantive military utility</quote>.</text></subsection>

<subsection
id="H6A1DA9548897461796BB042565D5BEC8"><enum>(g)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="HF4D5B27B3BBB443C92A5676CBA569F9A"><enum>(1)</enum><text>The term
<term>allied systems</term> meansâ€"</text>

<subparagraph id="H03E10462E1304B5C981E500C181F6B76"><enum>(A)</enum><text>the Galileo
system of the European Union;</text></subparagraph>

<subparagraph id="HD7940B15ABBD4123881BECBDF640F170"><enum>(B)</enum><text>the QZSS
system of Japan; and</text></subparagraph>

<subparagraph id="H91C8516A06824CACACCFC94D113C243D"><enum>(C)</enum><text>upon
designation by the Secretary of Defense, in consultation with the Director of National
Intelligenceâ€"</text>

<clause id="HFF91BE8AC8B84E9A92849D7C018E2064"><enum>(i)</enum><text>the NAVIC system
of India; and</text></clause>

<clause id="H33F0669B0DC04DC3B6F829FAE4A0209B"><enum>(ii)</enum><text>any similarly
associated wide area augmentation systems.</text></clause></subparagraph></paragraph>

<paragraph id="H4739C7E980C042FFAC83C160B9853980"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <term>covered signals</term>â€"</text>

<subparagraph id="H23977DA5C9D747568EBF15002E146EB3"><enum>(A)</enum><text>means global
navigation satellite system signals fromâ€"</text>

<clause id="HE0EB96D8AEB4482D82DEB5CC456625B3"><enum>(i)</enum><text>allied systems;
and</text></clause>

<clause id="HCCFAC6593B574575BE8F84B711122F9F"><enum>(ii)</enum><text>non-allied
systems; and</text></clause></subparagraph>

<subparagraph id="H1C143532C44B41EBA516188C8345CEDF"><enum>(B)</enum><text>includes
both encrypted signals and open signals.</text></subparagraph></paragraph>

<paragraph id="HCC3FD44E74714E89A6888E0ECE72C0A6"><enum>(3)</enum><text display-
inline="yes-display-inline">The term <term>encrypted signals</term> means global
navigation satellite system signals that incorporate encryption or other internal
methods to authenticate signal information.</text></paragraph>

<paragraph id="H6B2873C8F9144AEDB845C8B3EE32A4D3" commented="no"><enum>(4)</enum><text
display-inline="yes-display-inline">The term <term>M-code</term> means, with respect to
global navigation satellite system signals, military code that provides enhanced
positioning, navigation, and timing capabilities and improved resistance to existing
and emerging threats, such as jamming.</text></paragraph>

<paragraph id="HCAFA434CC22C4B289A2113AF3E0908BA"><enum>(5)</enum><text>The term
<term>non-allied systems</term> meansâ€"</text>

<subparagraph id="HB208D13E96EB40A6AD09AD0F3B99E63E"><enum>(A)</enum><text>the Russian
GLONASS system; and</text></subparagraph>

<subparagraph id="H66895452FC9B4E2F89D98DF754C811F8"><enum>(B)</enum><text>the Chinese
Beidou system.</text></subparagraph></paragraph>

<paragraph id="HFF39BF2C02ED447881B17DBED8847622"><enum>(6)</enum><text display-
inline="yes-display-inline">The term <term>open signals</term> means global navigation
satellite system that do not include encryption or other internal methods to
authenticate signal information.</text></paragraph></subsection></section>

<section id="H0854E70788C6410096EC97233B64E903" section-type="subsequent-
section"><enum>1608.</enum><header>Commercial space situational awareness
```

WASHSTATEC015250

capabilities</header>

<subsection
id="H5622D1747FBF47469C2DFC7BFADFCABC"><enum>(a)</enum><header>Certification</header><t
ext display-inline="yes-display-inline">Not later than 90 days after the date of the
enactment of this Act, the Secretary of the Air Force, without delegation, shall
certify to the congressional defense committees that the Air Force is using commercial
space situational awareness services.</text></subsection>

<subsection
id="HE2BFAC51A69049CBBFE16370DACD987B"><enum>(b)</enum><header>Limitation</header><text
display-inline="yes-display-inline">Of the funds authorized to be appropriated by this
Act or otherwise made available for fiscal year 2020 for the enterprise space battle
management command and control, not more than 85 percent may be obligated or expended
until the date on which the Secretary of the Air Force makes the certification under
subsection (a).</text></subsection>

<subsection
id="H99C4AD47F51F4745ABD8B382AF731D29"><enum>(c)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of the
Air Force shall submit to the congressional defense committees a report on using
commercial space situational awareness services to fill the space situational awareness
requirements that were not filled in the Joint Space Operations Center Mission Center.
The report shall include the following:</text>

<paragraph id="H1FC7DCFFB6F6433ABEEB4DD77842D48D"><enum>(1)</enum><text display-
inline="yes-display-inline">A description of current domestic commercial capabilities
to detect and track space objects in low-Earth orbit below the 10 centimeter threshold
of legacy systems.</text></paragraph>

<paragraph id="H9F8B6A4920A7425ABDFB5BD2D2C516D9"><enum>(2)</enum><text display-
inline="yes-display-inline">A description of current domestic best-in-breed commercial
capabilities that can meet such requirements.</text></paragraph>

<paragraph id="H55638C51426E4D7A88F276A52F57C707"><enum>(3)</enum><text>Estimates of
the timelines, milestones, and funding requirements to procure a near-term solution to
meet such requirements until the development programs of the Air Force are projected to
be operationally fielded.</text></paragraph></subsection>

<subsection id="HACFC3FB3F44241DABBA8C0EDBA02E251"><enum>(d)</enum><header>Commercial
space situational awareness services defined</header><text display-inline="yes-display-
inline">In this section, the term <quote>commercial space situational awareness
services</quote> means commercial space situational awareness processing software and
data from commercial sensors to address warfighter requirements and fill gaps in
current space situational capabilities of the Air Force.</text></subsection></section>

<section id="HE719D699BEAF4E778FE94D7FA02C4324"><enum>1609.</enum><header>Program to
enhance and improve launch support and infrastructure</header>

<subsection commented="no" display-inline="no-display-inline"
id="H782A87F4D668411988F281CD28F83615"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">In support
of the policy described in section 2273(a) of title 10, United States Code, the
Secretary of Defense, in coordination with the Administrator of the Federal Aviation
Administration, may carry out a program to enhance infrastructure and improve support
activities for the processing and launch of Department of Defense small-class and
medium-class payloads.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H53D73C5D7A64405FBA97AD2C0401F096"><enum>(b)</enum><header display-inline="yes-
display-inline">Program</header><text display-inline="yes-display-inline">The program
under subsection (a) shall include improvements to operations at launch ranges and
Federal Aviation Administration-licensed spaceports that are consistent with, and
necessary to permit, the use of such launch ranges and spaceports by the
Department.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H21EA33126DAB45BEA6A03B3112B5E3AE"><enum>(c)</enum><header display-inline="yes-
display-inline">Consultation</header><text display-inline="yes-display-inline">In
carrying out the program under subsection (a), the Secretary may consult with current

and anticipated users of launch ranges and Federal Aviation Administration-licensed spaceports, including the Space Rapid Capabilities Office.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H995D98903FE24699B77D160418365262"><enum>(d)</enum><header display-inline="yes-display-inline">Cooperation</header><text display-inline="yes-display-inline">In carrying out the program under subsection (a), the Secretary may enter into a contract or agreement under section 2276 of title 10, United States Code.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEC4317327C544581B45F2623A685F033"><enum>(e)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Secretary shall submit to the appropriate committees of Congress a report describing a plan for the program under subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6248BA776D5243B08F4FF73073D740DE"><enum>(f)</enum><header>Appropriate committees of Congress defined</header><text>In this section, the term <term>appropriate committees of Congress</term> means—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HEA50999D9AF34CFE9CD84F09770B28BF"><enum>(1)</enum><text>the congressional defense committees;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB645320D91A143A2AB6D350F815583D3"><enum>(2)</enum><text>the Committee on Commerce, Science, and Transportation and the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H88B76CEFBAB24420B43FDCE0F8E14DBA"><enum>(3)</enum><text>the Committee on Transportation and Infrastructure, the Committee on Science, Space, and Technology, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section id="H2B9940190AA345E692111116A07694B6" display-inline="no-display-inline" section-type="subsequent-section"><enum>1610.</enum><header>Preparation to implement plan for use of allied launch vehicles</header>

<subsection id="H8A73423336FB44F189F8AAAE6E27CFB2"><enum>(a)</enum><header>Preparation</header><text display-inline="yes-display-inline">The Secretary of Defense, in coordination with the Director of National Intelligence, shall take actions necessary to prepare to implement the plan developed pursuant to section 1603 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2584) regarding using allied launch vehicles to meet the requirements for achieving the policy relating to assured access to space set forth in section 2273 of title 10, United States Code.</text></subsection>

<subsection id="H0F47B1DFF4B540C7A4B0EFDE1A409030"><enum>(b)</enum><header>Actions required</header><text>In carrying out subsection (a), the Secretary shall—</text>

<paragraph id="H6CD59E93143E499AB52D2B23EF82A351"><enum>(1)</enum><text>identify the satellites of the United States that would be appropriate to be launched on an allied launch vehicle;</text></paragraph>

<paragraph id="H08E963919ACF41979E1DD5C6A8D295E8"><enum>(2)</enum><text>assess the relevant provisions of Federal law, regulations, and policies governing the launch of national security satellites and determine whether any legislative, regulatory, or policy actions (including with respect to waivers) would be necessary to allow for the launch of a national security satellite on an allied launch vehicle; and</text></paragraph>

<paragraph id="H57FD33D2F6FC409BA0551A464FD8EF3C"><enum>(3)</enum><text>address any certification requirements necessary for such use of allied launch vehicles and the estimated cost, schedule, and actions necessary to certify allied launch vehicles for such use.</text></paragraph></subsection>

<subsection id="HFFD7F20906614477B451A080C42CEF8E"><enum>(c)</enum><header>Submission to Congress</header><text>Not later than 90 days after the date of the enactment of

this Act, the Secretary of Defense shall submit to the appropriate congressional
committees a report on preparing to implement the plan described in subsection (a),
including information regarding each action required by paragraphs (1), (2), and (3) of
subsection (b).</text></subsection>

<subsection id="H243F513D4FA94EDCA4EE50822329CD30"><enum>(d)</enum><header>Appropriate
congressional committees defined</header><text display-inline="yes-display-inline">In
this section, the term <quote>appropriate congressional committees</quote>
meansâ€"</text>

<paragraph id="HA8D9F04AC2584DFA88BC71EC58A8C92D"><enum>(1)</enum><text>the
congressional defense committees; and</text></paragraph>

<paragraph id="H618028EEE92449AB939924CEFF8DA881"><enum>(2)</enum><text>the Permanent
Select Committee on Intelligence of the House of Representatives and the Select
Committee on Intelligence of the Senate.</text></paragraph></subsection></section>

<section id="H68F146F6FABB4FD49C5759B66753C4CA"><enum>1611.</enum><header>Independent
study on plan for deterrence in space</header>

<subsection id="H22F5A7DDF6C040E5B349B5CA39DB3A2B"><enum>(a)</enum><header>Independent
study</header>

<paragraph id="H2E3DC3E5550C4733B9B29378CE9FC96C"><enum>(1)</enum><header>In
general</header><text>Not later than 30 days after the date of the enactment of this
Act, the Secretary of Defense shall seek to enter into a contract with a federally
funded research and development center or other independent entity to conduct a study
on deterrence in space.</text></paragraph>

<paragraph commented="no"
id="H23703C532C9C419EA3FB985A3316586C"><enum>(2)</enum><header>Matters
included</header><text>The study under paragraph (1) shall include, at a minimum, the
following:</text>

<subparagraph id="H2369323739D54193B20F6394DD893060"><enum>(A)</enum><text display-
inline="yes-display-inline">An assessment of the existing range of major studies and
writings on space deterrence and a comprehensive comparative analysis of the
conclusions of such studies and writings.</text></subparagraph>

<subparagraph id="H4EC8F0C91AD7415DA4EB9F76B9448078"><enum>(B)</enum><text display-
inline="yes-display-inline">An examination, using appropriate analytical tools, of the
approaches proposed by such studies and writings with respect to creating conditions of
deterrence suitable for use in the space domain, including, at a minimum, an assessment
of all aspects of deterrence in space, including varying classification, strategies to
deny benefit or impose cost, and space mission assurance (including resilience, active
defense, and reconstitution).</text></subparagraph>

<subparagraph id="H3C7A85E910014A77ADE080CDDF1C8A4F"><enum>(C)</enum><text display-
inline="yes-display-inline">A determination, made either by extending such studies and
writings or through new analysis, of a holistic and comprehensive theory of deterrence
in space appropriate for use in defense planning.</text></subparagraph>

<subparagraph id="H9E561B35535146CA8E579C21DEB17A7D"><enum>(D)</enum><text display-
inline="yes-display-inline">An evaluation of existing policies, programs, and plans of
the Department of Defense to provide an assessment of the likely effectiveness of those
policies, programs, and plans to achieve effective space
deterrence.</text></subparagraph></paragraph></subsection>

<subsection id="HC786DDCE41334D439D28F3BBF13C92E9"><enum>(b)</enum><header>Assessment
by Defense Policy Board</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Defense Policy Board
shall submit to the Secretary of Defense an assessment of the study under subsection
(a)(1), including, at a minimumâ€"</text>

<paragraph id="H6ED3636ACF5141D591B983E6E184CF06"><enum>(1)</enum><text>a determination
of the soundness of the study;</text></paragraph>

<paragraph id="H98CDF814168A4820A16300D7150C25F4"><enum>(2)</enum><text>a description
of any disagreements the Board has with the conclusions of such study, including
recommended changes or clarifications to such conclusions the Board determines
appropriate; and</text></paragraph>

```
<paragraph id="H8B27D5507CC840528594F443D394E8F9"><enum>(3)</enum><text display-
inline="yes-display-inline">changes to the policies, programs, and plans of the
Department of Defense that the Board recommends based on such study and the changes and
clarifications described in paragraph (2).</text></paragraph></subsection>

<subsection
id="H8D3B04340CEC46ABB7594C883670F02D"><enum>(c)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 270 days after the date of the
enactment of this Act, the Secretary shall submit to the congressional defense
committees, the Committee on Foreign Affairs of the House of Representatives, and the
Committee on Foreign Relations of the Senate a report that contains the
following:</text>

<paragraph id="H2D1C3B275D5A4A85B6E2C44BC32D52A4"><enum>(1)</enum><text display-
inline="yes-display-inline">The study under subsection (a)(1), without
change.</text></paragraph>

<paragraph id="H25720D7D6C444DB198AD549E4FFD3A28"><enum>(2)</enum><text>The assessment
under subsection (b), without change.</text></paragraph>

<paragraph id="H6D3AE77757C84340BC7E5F80EB8E4852"><enum>(3)</enum><text display-
inline="yes-display-inline">Based on such study and assessment, a description of any
changes to the policies, programs, and plans of the Department of Defense that the
Secretary recommends to enhance deterrence in space, including with respect
toâ€"</text>

<subparagraph id="HADD57B9FBBF842008D59E59013A4EFC4"><enum>(A)</enum><text display-
inline="yes-display-inline">considerations and decision on reducing the opportunities
and incentives for adversaries to attack space systems of the United States or allies
of the United States;</text></subparagraph>

<subparagraph id="H18B4A600AA334F24B11915D23555E54A"><enum>(B)</enum><text>new
architectures, including proliferated systems, hosted payloads, nontraditional orbits,
and reconstitution among others;</text></subparagraph>

<subparagraph id="H4F27EE4361604784B2688DFAA5A5D239"><enum>(C)</enum><text>appropriate
uses of partnering with both commercial entities and allies to improve deterrence in
space;</text></subparagraph>

<subparagraph id="HA845382ED84C44F8BCEAA6446FD4B20A"><enum>(D)</enum><text>necessary
capabilities to enhance the protection of space systems to achieve improved
deterrence;</text></subparagraph>

<subparagraph id="H0862B6A0427B4EC380F3404CD1AC97F9"><enum>(E)</enum><text>bilateral,
multilateral, and unilateral measures, including confidence-building measures, that
could be taken to reduce the risk of miscalculation that would lead to an attack in
space;</text></subparagraph>

<subparagraph id="H534AE844A6F14AA7B8901E33BBDBCF16"><enum>(F)</enum><text display-
inline="yes-display-inline">policies and capability requirements with regard to
attribution of an attack in space;</text></subparagraph>

<subparagraph id="HB93DD88B2C984B8F9AF44A4CF320E95D"><enum>(G)</enum><text>policies
with regard to retaliatory measures either in space or on the
ground;</text></subparagraph>

<subparagraph id="HD650EEF9AC034CF38E9E1182CBC395B5"><enum>(H)</enum><text>authorities
with regard to decisions and actions to defend assets of the United States in space;
and</text></subparagraph>

<subparagraph id="H4AAC6B6E0AF24F609819504220F5B908"><enum>(I)</enum><text display-
inline="yes-display-inline">changes to current war plans, routine operations (including
information sharing), and demonstration and test procedures that could enhance the
capability of the United States to signal the intentions and capabilities of the United
States in an effective manner.</text></subparagraph></paragraph></subsection>

<subsection
id="H6DF00CA53BA14668BFD718AA76578262"><enum>(d)</enum><header>Briefing</header><text
display-inline="yes-display-inline">Not later than 270 days after the date of the
enactment of this Act, the Secretary shall provide to the congressional defense
committees, the Committee on Foreign Affairs of the House of Representatives, and the
```

Committee on Foreign Relations of the Senate a briefing on the study under subsection (a)(1) and the assessment under subsection (b).</text></subsection></section>

<section id="H06836B9DDFFB451C9FF7F1F85C61E32E"><enum>1612.</enum><header>Study on leveraging diverse commercial satellite remote sensing capabilities</header>

<subsection id="HFA96516B227E47ABA0A08B2BEC6403DA"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Director of National Intelligence, shall conduct a study on the status of the transition from the National Geospatial-Intelligence Agency to the National Reconnaissance Office of the leadership role in acquiring commercial satellite remote sensing data on behalf of the Department of Defense and the intelligence community (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)).</text></subsection>

<subsection id="H4D5AA223F8834B459CBD599ED7EE4124"><enum>(b)</enum><header>Elements</header><text>In conducting the study under subsection (a), the Secretary shall studyâ€"</text>

<paragraph id="H3B69262AF26A4BD3BD2F25B37FD6FDE6"><enum>(1)</enum><text display-inline="yes-display-inline">commercial geospatial intelligence requirements for the National Geospatial-Intelligence Agency and the combatant commands;</text></paragraph>

<paragraph id="HFC5DF25317E940F488D9C686E37BC65C"><enum>(2)</enum><text>plans of the National Reconnaissance Office to meet the requirements specified in paragraph (1) through the acquisition of all levels of resolution data from multiple commercial providers; and</text></paragraph>

<paragraph id="HDDA8447274454D6DBB79643F4478E6F8"><enum>(3)</enum><text display-inline="yes-display-inline">plans of the National Reconnaissance Office to further develop such programs with commercial companies to continue to support, while also expanding, adoption by the geospatial intelligence user community of the Department of Defense.</text></paragraph></subsection>

<subsection id="H3F2BA7785FA141B8A0D24B072093554F"><enum>(c)</enum><header>Submission</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees, the Permanent Select Committee on Intelligence of the House of Representatives, and the Select Committee on Intelligence of the Senate a report on the study conducted under subsection (a).</text></subsection></section>

<section id="H334F23E4847D4BD5BEF4460CF52642D8"><enum>1613.</enum><header>Annual report on Space Command and Control program</header>

<subsection id="H1D892ADA70CB4D88AC3C8F47ADB05FB3"><enum>(a)</enum><header>Reports required</header>

<paragraph commented="no" display-inline="no-display-inline" id="HD21C3F7A33EA4C83BD05FE76F2EC7037"><enum>(1)</enum><header display-inline="yes-display-inline">Initial report</header><text>Not later than May 1, 2020, the Secretary of the Air Force shall submit to the Under Secretary of Defense for Acquisition and Sustainment, the congressional defense committees, and the Comptroller General of the United States, a report on the Space Command and Control program for fiscal year 2021.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H57C60ED2CA9445C3A08BC707DC174DE9"><enum>(2)</enum><header display-inline="yes-display-inline">Subsequent reports</header><text display-inline="yes-display-inline">For each of fiscal years 2022 through 2025, concurrent with the submittal to Congress of the budget of the Department of Defense with the budget of the President for the subsequent fiscal year under section 1105(a) of title 31, United States Code, the Secretary of the Air Force shall submit to the Under Secretary of Defense for Acquisition and Sustainment, the congressional defense committees, and the Comptroller General of the United States, an annual report on the Space Command and Control program.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6854BFA79B4E4B64925250DDFC2FFAF1"><enum>(b)</enum><header display-inline="yes-

WASHSTATEC015255

display-inline">Matters to be included</header><text display-inline="yes-display-inline">Each report required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFEBCF69545FD45BFAF4BD6D81807DDC8"><enum>(1)</enum><text display-inline="yes-display-inline">A description of any modification to the metrics established by the Secretary in the acquisition strategy for the program.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1345D1861E0841FAAA1D53E56D88D029"><enum>(2)</enum><text display-inline="yes-display-inline">The short-term objectives for the subsequent fiscal year.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1B27193FB938418397F1BC96F5DB222A"><enum>(3)</enum><text display-inline="yes-display-inline">For the preceding fiscal yearâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC4F993B0FF754AC8A35D9AA6F30CA252"><enum>(A)</enum><text display-inline="yes-display-inline">a description ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H801A3CAB3298478EA3BD9D2C84B8A3D2"><enum>(i)</enum><text display-inline="yes-display-inline">the ongoing, achieved, and deferred objectives;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H31F947C986B2430FA926F2EFFBB2125E"><enum>(ii)</enum><text display-inline="yes-display-inline">the challenges encountered and the lessons learned;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9659D086BFCF41A28696C28A5E780A94"><enum>(iii)</enum><text display-inline="yes-display-inline">the modifications made or planned so as to incorporate such lessons learned into subsequent efforts to address challenges; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H28A1C09DED5348A98B0C9B595F7528F0"><enum>(iv)</enum><text display-inline="yes-display-inline">the cost, schedule, and performance effects of such modifications; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF6413FD390314C3C9494F87A19B7F732"><enum>(B)</enum><text>a full survey of combatant command requirements, including Commandersâ€™ Integrated Priorities Lists, and impacts with respect to the program.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA944C3E4D1614CDCA91BCAC4245A3BD9"><enum>(4)</enum><text>A description of potential future combatant command requirements being considered with respect to the program.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3F63E0200365445192A40A9B1C657AA4"><enum>(c)</enum><header display-inline="yes-display-inline">Review of reports and briefing by Comptroller General</header><text display-inline="yes-display-inline">With respect to each report submitted under this section, the Comptroller General shall review and provide to the congressional defense committees a briefing on a date mutually agreed on by the Comptroller General and the congressional defense committees.</text></subsection></section>

<section id="H7806D9C4A8EA46D9B99708446E1DEA0D"><enum>1614.</enum><header>Report on space debris</header>

<subsection id="HF77D628C0A9E4E67BE2FF9D4E60A9F1E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 240 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees a report on the risks posed by man-made space debris in low-Earth orbit, includingâ€"</text>

<paragraph id="HA0B1A7610C084B6DBF97732DDDD45499"><enum>(1)</enum><text>recommendations with respect to the remediation of such risks; and</text></paragraph>

<paragraph id="H9B0FB5EEB7FB4DCD8893CB043BEDFDF7"><enum>(2)</enum><text>outlines of plans to reduce the incidence of such space debris.</text></paragraph></subsection>

WASHSTATEC015256

```
<subsection id="HAB15A134F6DF42E292ACCB32F0C3810E"><enum>(b)</enum><header>Appropriate
congressional committees defined</header><text display-inline="yes-display-inline">In
this section, the term <term>appropriate congressional committees</term>
meansâ€"</text>

<paragraph id="H4E818F0AD1CC4427AC543FB3B4635428"><enum>(1)</enum><text display-
inline="yes-display-inline">the Committee on Armed Services and the Committee on
Science, Space, and Technology of the House of Representatives; and</text></paragraph>

<paragraph id="HC8161E573D9F4EDD9B6A800C133BF4A0"><enum>(2)</enum><text display-
inline="yes-display-inline">the Committee on Armed Services and the Committee on
Commerce, Science, and Transportation of the
Senate.</text></paragraph></subsection></section></subtitle>

<subtitle id="HCC60BDB0151F4932AFC323F20A75D9E7"><enum>B</enum><header>Defense
Intelligence and Intelligence-Related Activities</header>

<section id="H0EF5C5EA66E94300A25446F2BCDE563E"><enum>1621.</enum><header>Redesignation
of Under Secretary of Defense for Intelligence as Under Secretary of Defense for
Intelligence and Security</header>

<subsection
id="H2B2F44F318964C8EAB0F07D12E80078D"><enum>(a)</enum><header>Redesignation of Under
Secretary</header>

<paragraph id="HC4FA2B8BB5E14C2DAB12E04849BDA368"><enum>(1)</enum><header>In
general</header><text>The Under Secretary of Defense for Intelligence is hereby
redesignated as the Under Secretary of Defense for Intelligence and
Security.</text></paragraph>

<paragraph id="HCF99784950F74FFB9A1127A006D4879B"><enum>(2)</enum><header>Service of
incumbent in position</header><text>The individual serving as Under Secretary of
Defense for Intelligence as of the date of the enactment of this Act may serve as Under
Secretary of Defense for Intelligence and Security commencing as of that date without
further appointment under section 137 of title 10, United States Code (as amended by
subsection (c)(1)(A)(ii)).</text></paragraph>

<paragraph
id="HAF84D3E1084D465EA7AF31C5E598BEA2"><enum>(3)</enum><header>Reference</header><text>
Any reference in any law, regulation, map, document, paper, or other record of the
United States to the Under Secretary of Defense for Intelligence shall be deemed to be
a reference to the Under Secretary of Defense for Intelligence and
Security.</text></paragraph></subsection>

<subsection
id="HDF35F25AE9484EB888FE7B8A6FB0016A"><enum>(b)</enum><header>Redesignation of related
Deputy Under Secretary</header>

<paragraph id="H7C2022D7AFC448209D90014E3C2F9CF4"><enum>(1)</enum><header>In
general</header><text>The Deputy Under Secretary of Defense for Intelligence is hereby
redesignated as the Deputy Under Secretary of Defense for Intelligence and
Security.</text></paragraph>

<paragraph id="H4ABA460DB46C421BBB4179BCA6DFA2B7"><enum>(2)</enum><header>Service of
incumbent in position</header><text>The individual serving as Deputy Under Secretary of
Defense for Intelligence as of the date of the enactment of this Act may serve as
Deputy Under Secretary of Defense for Intelligence and Security commencing as of that
date without further appointment under section 137a of title 10, United States Code (as
amended by subsection (c)(1)(B)).</text></paragraph>

<paragraph
id="HA739EB14B73C487588D7F43B22F7FDBC"><enum>(3)</enum><header>Reference</header><text>
Any reference in any law, regulation, map, document, paper, or other record of the
United States to the Deputy Under Secretary of Defense for Intelligence shall be deemed
to be a reference to the Deputy Under Secretary of Defense for Intelligence and
Security.</text></paragraph></subsection>

<subsection id="HCF5021B559574DB194ADFFF870BB725A"><enum>(c)</enum><header>Rule of
construction regarding effects of redesignation</header><text>Nothing in this section
shall be construed to modify or expand the authorities, resources, responsibilities,
roles, or missions of the Under Secretary of Defense for Intelligence and Security, as
```

redesignated by this section.</text></subsection>

<subsection id="H4882206E3C7E4DB89CC0A02B0D42EDDD"><enum>(d)</enum><header>Protection of privacy and civil liberties</header><text>Section 137 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H2E36D9F4F34148A4B03AE6F94757DDC1"><enum>(1)</enum><text>by redesignating subsection (c) as subsection (d); and</text></paragraph>

<paragraph id="H45180C6A1CB84516BF4653E6A3450209"><enum>(2)</enum><text>by inserting after subsection (b) the following new subsection (c):</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H0F3110CEF26647C98DB17F72A23F2B28">

<subsection id="HE8513328A34246BA8BE690CCF306E1AC"><enum>(c)</enum><text>The protection of privacy and civil liberties in accordance with Federal law and the regulations and directives of the Department of Defense shall be a top priority for the Under Secretary of Defense for Intelligence and Security. </text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA6E1C705A470418EB6CB069E060D17C1"><enum>(e)</enum><header>Conforming amendments</header>

<paragraph id="HDC0439FB54194954AD702379C13A170C"><enum>(1)</enum><header>Title 10</header><text>Title 10, United States Code, is amended as follows:</text>

<subparagraph id="H09B5EB115C9B4B0E808E1969CA372B53"><enum>(A)</enum><text>In each provision as follows, by striking <quote>Under Secretary of Defense for Intelligence</quote> and inserting <quote>Under Secretary of Defense for Intelligence and Security</quote>:</text>

<clause id="H2244712286E14B82AB71B4BE005B7FE1"><enum>(i)</enum><text>Section 131(b)(3)(F).</text></clause>

<clause id="H23249905325C43FF9573F8E6AD3E2C15"><enum>(ii)</enum><text>Section 137, each place it appears.</text></clause>

<clause id="HF957EA807E0549608E47BBE3388A9CC6"><enum>(iii)</enum><text>Section 139a(d)(6).</text></clause>

<clause id="H69431DE49F1C47A08C21F4E2DB453806"><enum>(iv)</enum><text>Section 139b(c)(2)(E).</text></clause>

<clause id="H30B1038D4055465E88DB5A691469205D"><enum>(v)</enum><text>Section 181(d)(1)(B).</text></clause>

<clause id="H490B04216D5F4C0EBA48292F8D6189E8"><enum>(vi)</enum><text>Section 393(b)(2)(C).</text></clause>

<clause id="H82B0E341BAD24837BDE96398100AF4A8"><enum>(vii)</enum><text>Section 426, each place it appears.</text></clause>

<clause id="H81C9A58B5EE3472E8CC0C7E93AC4A682"><enum>(viii)</enum><text>Section 430(a).</text></clause></subparagraph>

<subparagraph id="H9F4EF8FCA7B4431194DFA9C425CC1397"><enum>(B)</enum><text>In section 137a(c)(6), by striking <quote>Deputy Under Secretary of Defense for Intelligence</quote> and inserting <quote>Deputy Under Secretary of Defense for Intelligence and Security</quote>.</text></subparagraph>

<subparagraph id="HF3EA83A389B34B54AA0AF60381ECEB0E"><enum>(C)</enum><text>The heading of section 137 is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H36165C6DC75F41B7B062FEAB3932AF54" style="USC">

<section id="HC88F4C1FF0754F58A904E382B16B6E42"><enum>137.</enum><header>Under Secretary of Defense for Intelligence and Security</header></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HD19D103DA97E4C57B3DD9D8AEC4CF64C"><enum>(D)</enum><text>The table of sections at the beginning of chapter 4 is amended by striking the item relating to

WASHSTATEC015258

section 137 and inserting the following new item:</text>

<quoted-block id="H43FBED812DE04D9D9AC6480DF0D754AD" style="USC">

<toc>

<toc-entry idref="HC88F4C1FF0754F58A904E382B16B6E42" level="section">137. Under Secretary of Defense for Intelligence and Security.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H10452BC2C70148EB87C4C8711CBCD5AE"><enum>(2)</enum><header>Title 5</header><text>Title 5, United States Code, is amended as follows:</text>

<subparagraph id="H08C86751BE7B4D6CA741CEBE433612B0"><enum>(A)</enum><text>In section 5314, by striking <quote>Under Secretary of Defense for Intelligence</quote> and inserting <quote>Under Secretary of Defense for Intelligence and Security</quote>.</text></subparagraph>

<subparagraph id="HE02E09EA4B1644CD9388DC020EB145BD"><enum>(B)</enum><text>In section 5315, by striking <quote>Deputy Under Secretary of Defense for Intelligence</quote> and inserting <quote>Deputy Under Secretary of Defense for Intelligence and Security</quote>.</text></subparagraph></paragraph></subsection></section>

<section id="HC179170BFE334FB0896D963FC510167D" section-type="subsequent-section"><enum>1622.</enum><header>Modifications to ISR Integration Council and annual briefing requirements</header>

<subsection id="H66C1FBB27B20466BA6EDCC590D6376AE"><enum>(a)</enum><header>ISR Integration Council</header><text display-inline="yes-display-inline">Subsection (a) of section 426 of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H46B09ACE81BD414DA1D3BF6F99BCF662" display-inline="no-display-inline">

<subsection id="H29500A0944254662B05A218894E80E7D"><enum>(a)</enum><header>ISR Integration Council</header>

<paragraph id="H3D5F5979E55045C987A0BF2F56591EF1" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The Under Secretary of Defense for Intelligence and Security shall establish an Intelligence, Surveillance, and Reconnaissance Integration Councilâ€"</text>

<subparagraph id="H958D303B2AB44FBEA15DCCEAAB9685E5" indent="up1"><enum>(A)</enum><text>to assist the Secretary of Defense in carrying out the responsibilities of the Secretary under section 105(a) of the National Security Act of 1947 (50 U.S.C. 3038(a));</text></subparagraph>

<subparagraph id="H831C03B764DB496EA340DF7396BD1FE3" indent="up1"><enum>(B)</enum><text>to assist the Under Secretary with respect to matters relating toâ€"</text>

<clause id="H33B21729FC27492C83F5036FE974760C"><enum>(i)</enum><text display-inline="yes-display-inline">integration of intelligence and counterintelligence capabilities and activities under section 137(b) of this title of the military departments, intelligence agencies of the Department of Defense, and relevant combatant commands; and</text></clause>

<clause id="H9250FCC005CF4A64B1818A191ABC8E5E"><enum>(ii)</enum><text>coordination of related developmental activities of such departments, agencies, and combatant commands; and</text></clause></subparagraph>

<subparagraph id="H067712F140AF4EE1852640D3BD6164B1" indent="up1"><enum>(C)</enum><text>to otherwise provide a means to facilitate such integration and coordination.</text></subparagraph></paragraph>

<paragraph id="HEF283CCCBB664E4696B3CA4989064C9F" indent="up1"><enum>(2)</enum><text>The Council shall be composed ofâ€"</text>

<subparagraph id="H94EFE7563B234144AD55FD15918E4312"><enum>(A)</enum><text>the Under Secretary, who shall chair the Council;</text></subparagraph>

<subparagraph id="H96E3E9994E3E4767A0001FEDB5EC7CA8"><enum>(B)</enum><text>the

WASHSTATEC015259

directors of the intelligence agencies of the Department of
Defense;</text></subparagraph>

<subparagraph id="H0653CB7997034C6CA27AFB8975330ECC"><enum>(C)</enum><text>the senior
intelligence officers of the armed forces and the regional and functional combatant
commands;</text></subparagraph>

<subparagraph id="H5DA7A2253B6C481E9BF0738E8E95CE4C"><enum>(D)</enum><text>the Director
for Intelligence of the Joint Chiefs of Staff; and</text></subparagraph>

<subparagraph id="H9C375D4E3B9B4C5BA522E524C8C4641E"><enum>(E)</enum><text>the Director
for Operations of the Joint Chiefs of Staff.</text></subparagraph></paragraph>

<paragraph id="H555D90DF63F34D5BAFF38B04B3AD9475"
indent="up1"><enum>(3)</enum><text>The Under Secretary shall invite the participation
of the Director of National Intelligence (or a representative of the Director) in the
proceedings of the Council.</text></paragraph>

<paragraph id="HB5C13785060849AF92EE70407EB13653"
indent="up1"><enum>(4)</enum><text>The Under Secretary may designate additional
participants to attend the proceedings of the Council, as the Under Secretary
determines appropriate.</text></paragraph></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></subsection>

<subsection id="H2967B2084E9241469CF4CA77BF3DD19C"><enum>(b)</enum><header>Annual
briefings</header><text display-inline="yes-display-inline">Such section is further
amended by striking subsections (b) and (c) and inserting the following new subsection
(b):</text>

<quoted-block style="USC" id="H6B92BF31940641E89A01E941A64B74F0" display-inline="no-
display-inline">

<subsection id="HB0F1AF08313F4FABABA88241D0C2334C"
commented="no"><enum>(b)</enum><header>Annual briefings on the intelligence and
counterintelligence requirements of the combatant commands</header>

<paragraph id="H0DA1BA8A1E3D4694B8470A818778DB16" commented="no" display-inline="yes-
display-inline"><enum>(1)</enum><text>The Chairman of the Joint Chiefs of Staff shall
provide to the congressional defense committees and the congressional intelligence
committees a briefing on the following:</text>

<subparagraph id="H4468C56BE19E4FA78F48D1B54E8478B6" commented="no" display-inline="no-
display-inline" indent="up1"><enum>(A)</enum><text display-inline="yes-display-
inline">The intelligence and counterintelligence requirements, by specific intelligence
capability type, of each of the relevant combatant commands.</text></subparagraph>

<subparagraph id="H83D7330FDBF14DC48E6683A1CC649C38" commented="no"
indent="up1"><enum>(B)</enum><text>For the year preceding the year in which the
briefing is provided, the fulfillment rate for each of the relevant combatant commands
of the validated intelligence and counterintelligence requirements, by specific
intelligence capability type, of such combatant command.</text></subparagraph>

<subparagraph id="H0A351D71DF8340B79F2A97E2942ECC2C" commented="no"
indent="up1"><enum>(C)</enum><text>A risk analysis identifying the critical gaps and
shortfalls in efforts to address operational and strategic requirements of the
Department of Defense that would result from the failure to fulfill the validated
intelligence and counterintelligence requirements of the relevant combatant
commands.</text></subparagraph>

<subparagraph id="HF81781FC069F4082B94310AE3BE653B5"
indent="up1"><enum>(D)</enum><text>A mitigation plan to balance and offset the gaps and
shortfalls identified under subparagraph (C), including with respect to spaceborne,
airborne, ground, maritime, and cyber intelligence, surveillance, and reconnaissance
capabilities.</text></subparagraph>

<subparagraph id="H017385CEDB50426EB809DB31592152FF"
indent="up1"><enum>(E)</enum><text>For the year preceding the year in which the
briefing is providedâ€"</text>

<clause id="H0EFE6199924643429D5463B2EB89B17B"><enum>(i)</enum><text>the number of
intelligence and counterintelligence requests of each commander of a relevant combatant

command determined by the Joint Chiefs of Staff to be a validated requirement, and the total of capacity of such requests provided to each such commander;</text></clause>

<clause id="HA7665321C11546D7998F48A80CC53AD7"><enum>(ii)</enum><text>with respect to such validated requirementsâ€"</text>

<subclause id="HCDD00012AD784D4F81EBFC034A17BE37"><enum>(I)</enum><text>the quantity of intelligence and counterintelligence capabilities or activities, by specific intelligence capability type, that the Joint Chiefs of Staff requested each military department to provide; and</text></subclause>

<subclause id="H03CE317042994D5FB57408BA7BB2A679"><enum>(II)</enum><text>the total of capacity of such requests so provided by each such military department; and</text></subclause></clause>

<clause id="H54A8D2CC57A24B088A36CA54DF7D4384"><enum>(iii)</enum><text>a qualitative assessment of the alignment of intelligence and counterintelligence capabilities and activities with the program of analysis for each combat support agency and intelligence center of a military service that is part ofâ€"</text>

<subclause id="H11D46CC451774E4DA1030D340BF4FA09"><enum>(I)</enum><text>the Defense Intelligence Enterprise; and</text></subclause>

<subclause id="H2B6E030690D24EA88FAD1D3BE9E8B1CE"><enum>(II)</enum><text>the intelligence community.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="H7690C39EC7B74AD78276A2FAF8CEE678" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Under Secretary of Defense for Intelligence and Security shall provide to the congressional defense committees and the congressional intelligence committees a briefing on short-, mid-, and long-term strategies to address the validated intelligence and counterintelligence requirements of the relevant combatant commands, including with respect to spaceborne, airborne, ground, maritime, and cyber intelligence, surveillance, and reconnaissance capabilities.</text></paragraph>

<paragraph id="HBC76ED39B9E04B59AFFA527AF8AEA307" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The briefings required by paragraphs (1) and (2) shall be provided at the same time that the Presidentâ€™s budget is submitted pursuant to section 1105(a) of title 31 for each of fiscal years 2021 through 2025.</text></paragraph>

<paragraph id="H030523B5123746CABF8CDB85FFB5E254" indent="up1" commented="no"><enum>(4)</enum><text display-inline="yes-display-inline">In this subsection:</text>

<subparagraph id="H56DF3B6BEF0F428782532674C35960A5"><enum>(A)</enum><text display-inline="yes-display-inline">The term <quote>congressional intelligence committees</quote> has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></subparagraph>

<subparagraph id="H7270BCA8D76E4040BAF47DB926F4C1E3"><enum>(B)</enum><text>The term <quote>Defense Intelligence Enterprise</quote> means the organizations, infrastructure, and measures, including policies, processes, procedures, and products, of the intelligence, counterintelligence, and security components of each of the following:</text>

<clause id="H81D33D1FD05B4342AC103F89EBF03F4D"><enum>(i)</enum><text>The Department of Defense.</text></clause>

<clause id="H6A78E4A918EC43208C151D2DDF782F26"><enum>(ii)</enum><text>The Joint Staff.</text></clause>

<clause id="H4A143FC06C694DAAB1173BFE901A4F3C"><enum>(iii)</enum><text>The combatant commands.</text></clause>

<clause id="HF063E0A6418E4B0EAC114FB82120FFF3"><enum>(iv)</enum><text>The military departments.</text></clause>

<clause id="H7CB81CF7504A474A8B6CCBDBA9286FFB"><enum>(v)</enum><text>Other elements of the Department of Defense that perform national intelligence, defense intelligence, intelligence-related, counterintelligence, or security functions.</text></clause></subparagraph>

WASHSTATEC015261

```
<subparagraph id="H2C90B4348A884913A30166AA96AFB0F0"><enum>(C)</enum><text>The term
<quote>fulfillment rate</quote> means the percentage of combatant command intelligence
and counterintelligence requirements satisfied by available, acquired, or realigned
intelligence and counterintelligence capabilities or activities.</text></subparagraph>

<subparagraph id="H3647BDCA5D464597BFFF907A41C1E604"><enum>(D)</enum><text display-
inline="yes-display-inline">The term <quote>intelligence community</quote> has the
meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C.
3003).</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></subsection></section>

<section id="H8AE729A97B3541EAAB42408EC9DCEDA4" display-inline="no-display-inline"
section-type="subsequent-section"><enum>1623.</enum><header>Modification of annual
authorization of appropriations for National Flagship Language Initiative</header><text
display-inline="no-display-inline">Section 811(a) of the <short-title>David L. Boren
National Security Education Act of 1991</short-title> (50 U.S.C. 1911(a)) is
amendedâ€"</text>

<paragraph id="HAD15335FC7DB42219BC529F9A59B93FD"><enum>(1)</enum><text>by striking
<quote>fiscal year 2003</quote> and inserting <quote>fiscal year 2020</quote>;
and</text></paragraph>

<paragraph id="H5C5B043DF5A24859BCCC0CB37D9636DD"><enum>(2)</enum><text>by striking
<quote>$10,000,000</quote> and inserting
<quote>$16,000,000</quote>.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HF4453BC30B084DDF9BAB4F0720E8C664" section-type="subsequent-
section"><enum>1624.</enum><header display-inline="yes-display-inline">Improving the
onboarding methodology for intelligence personnel</header>

<subsection commented="no" display-inline="no-display-inline"
id="H263349F40E6F4B58B95CF3C81AEABE5F"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of Defense and the Director of National Intelligence shall, consistent with
Department of Defense Instruction 1400.25, as in effect on the day before the date of
the enactment of this Actâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H9F6C6931422047EDB4696F442BB56D62"><enum>(1)</enum><text display-inline="yes-
display-inline">not later than 180 days after the date of the enactment of this Act,
submit to the appropriate committees of Congress a report that outlines a common
methodology for measuring onboarding in elements of the intelligence community,
including human resources and security processes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8292E9C2413A45B2BD19028D47787F9C"><enum>(2)</enum><text display-inline="yes-
display-inline">not later than one year after the date of the enactment of this Act,
issue metrics for assessing key phases in the onboarding described in paragraph (1) for
which results will be reported by the date that is 90 days after the date of such
issuance;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H46233CB2A1244147A98526C9834F4775"><enum>(3)</enum><text display-inline="yes-
display-inline">not later than 180 days after the date of the enactment of this Act,
submit to the appropriate committees of Congress a report on collaboration among
elements of the intelligence community on their onboarding
processes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H737928B2B596496CA519C6D5B2C86A00"><enum>(4)</enum><text display-inline="yes-
display-inline">not later than 180 days after the date of the enactment of this Act,
submit to the appropriate committees of Congress a report on employment of automated
mechanisms in elements of the intelligence community, including for tracking personnel
as they pass through each phase of the onboarding process; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD4AD9319D5FA466BA1199551A43B0141"><enum>(5)</enum><text display-inline="yes-
display-inline">not later than December 31, 2020, distribute surveys to human resources
offices and applicants about their experiences with the onboarding process in elements
```

```
of the intelligence community.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H18FEF521B34B441EB753BFE1AF0AD53A"><enum>(b)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC347FEFFE75748589BD0EDF880A0EBC6"><enum>(1)</enum><text display-inline="yes-
display-inline">The term <term>appropriate committees of Congress</term>
meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H899539866A6F4995975710540BFE6C9C"><enum>(A)</enum><text display-inline="yes-
display-inline">the Select Committee on Intelligence and the Committee on Armed
Services of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9F24E3A5DB6E470A8EE435B18C323386"><enum>(B)</enum><text display-inline="yes-
display-inline">the Permanent Select Committee on Intelligence and the Committee on
Armed Services of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H51C804BE5DD8430C9AE563EB3857D608"><enum>(2)</enum><text display-inline="yes-
display-inline">The term <term>intelligence community</term> has the meaning given such
term in section 3 of the National Security Act of 1947 (50 U.S.C.
3003).</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H0E12C3D5ACCC4E5EA2240A0224974142" section-type="subsequent-
section"><enum>1625.</enum><header display-inline="yes-display-inline">Defense
Counterintelligence and Security Agency activities on facilitating access to local
criminal records historical data</header>

<subsection id="HE271AB21AF41445EB4174944A8152E19"><enum>(a)</enum><header>Activity
authorized</header><text>Subject to subsection (c), the Director of the Defense
Counterintelligence and Security Agency may carry out a set of activities to reduce the
time and cost of accessing State, local, and tribal law enforcement records for the
background investigations required for current and prospective Federal Government
employees and contractors.</text></subsection>

<subsection id="H90F5ACEF74D240DBA0A4AF52077CE7E"><enum>(b)</enum><header>Activities
characterized</header><text>The activities carried out under subsection (a) shall
include only that training, education, and direct assistance to State, local, and
tribal communities needed for the purpose of streamlining access to historical criminal
record data.</text></subsection>

<subsection
id="H507104E70A28409D8B6481E862796F59"><enum>(c)</enum><header>Limitations</header>

<paragraph id="HBAB286A1F63249909A58EDDE16AC81EC"><enum>(1)</enum><header>Commencement
of activities</header><text>The Director may not commence carrying out any activities
under subsection (a) until the date that is 90 days after the date on which the
Director submits the report required by subsection (d)(1).</text></paragraph>

<paragraph id="HB7AF171A172A452CA0E64A8650D624DD"><enum>(2)</enum><header>Legal and
reporting obligations</header><text>The Director shall ensure that no activity carried
out under subsection (a) obligates a State, local, or tribal entity to any additional
legal or reporting obligation to the Defense Counterintelligence and Security
Agency.</text></paragraph>

<paragraph
id="HF19AB46C8B7041ECA2F7A40A3E910CA8"><enum>(3)</enum><header>Scope</header><text>No
activity may be carried out under subsection (a) that applies to any matter outside the
limited purpose of conducting background investigations for current and prospective
Federal Government employees and contractors.</text></paragraph>

<paragraph id="H82DEBC6E6EC74C8F9108F1A8FE46CC25"><enum>(4)</enum><header>Consistency
with access provided</header><text>The Director shall ensure that the activities
carried out under subsection (a) are carried out in a manner that is consistent with
the access provided by Federal law enforcement entities to the Defense
```

Counterintelligence and Security Agency.</text></paragraph></subsection>

<subsection id="HB9A21C00034F42D8A652347075EB01B9"><enum>(d)</enum><header>Reports</header>

<paragraph id="HB7670BF500E645F78D6DE83B8CBA7C9C"><enum>(1)</enum><header>Initial report</header><text>Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional defense committees, the Select Committee on Intelligence of the Senate, and the Permanent Select Committee on Intelligence of the House of Representatives a report that details a concept of operation for the set of activities authorized by subsection (a).</text></paragraph>

<paragraph id="H0F271F5CE22846D185D2A13E8C77A0D3"><enum>(2)</enum><header>Annual reports</header><text>Not later than one year after the date on which the Director submits a report pursuant to paragraph (1) and not less frequently than once each year thereafter, the Director shall submit to the congressional defense committees, the Select Committee on Intelligence of the Senate, and the Permanent Select Committee on Intelligence of the House of Representatives a detailed report on the activities carried out by the Director under subsection (a).</text></paragraph></subsection></section>

<section id="H8A7B855F816949C3BA4167DEC180B6CD" section-type="subsequent-section"><enum>1626.</enum><header>Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements</header>

<subsection id="H04397AC271CC4731AA6EF8846DA6C93B"><enum>(a)</enum><header>Survey and review</header>

<paragraph id="H533C23E9069640EA8E1F755FFE62FB0A"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence and Security, in coordination with the Chairman of the Joint Chiefs of Staff and the Director of National Intelligence, shall—</text>

<subparagraph id="HB7DDC4862984491CAE56C362AD204B31"><enum>(A)</enum><text>review the organization, posture, current and planned investments, and processes of the intelligence collections capabilities and activities, for the purpose of assessing the sufficiency, integration, and interoperability of such capabilities and activities to support the current and future requirements of the Department of Defense; and</text></subparagraph>

<subparagraph id="H6D5CE49B47A84224BA0E6668C9565854"><enum>(B)</enum><text>conduct a survey of each geographic and functional combatant command, with respect to intelligence collections capabilities and activities, to assess—</text>

<clause id="HA6F4A458DC354E3FB70DF088D63C384B"><enum>(i)</enum><text>the current state of the support of such capabilities and activities to military operations;</text></clause>

<clause id="H69D12DCCCECB4093B7FBCA998501D190"><enum>(ii)</enum><text>whether the posture of such capabilities and activities is sufficient to address the requirements of the Department of Defense;</text></clause>

<clause id="HD2C0327EF1C74C52B8D1AA796EAB33A6"><enum>(iii)</enum><text>the extent to which such capabilities and activities address gaps and deficiencies with respect to the operational requirements of the Global Campaign Plans, as identified in the most recent readiness reviews conducted by the Joint Staff; and</text></clause>

<clause id="H44309C34D55D4C8D9F29B494321BE25A"><enum>(iv)</enum><text>whether current and planned investments in such capabilities and activities are sufficient to address near-, mid-, and long-term spaceborne, airborne, terrestrial, and human collection capability requirements.</text></clause></subparagraph></paragraph>

<paragraph id="H8193AB91B34E470FB6D74A4C8C3FBCE6"><enum>(2)</enum><header>Elements</header><text>The survey and review under paragraph (1) shall include the following:</text>

<subparagraph id="H4C499702C5AC4AF9AC6979F63159F195"><enum>(A)</enum><text>A comprehensive assessment of intelligence collections capabilities and activities, and whether such capabilities and activities—</text>

```
<clause id="H6AA3E04FC0A54255AAE001D9B1152B25"><enum>(i)</enum><text>are appropriately
postured and sufficiently resourced to meet current and future requirements of the
Department of Defense;</text></clause>

<clause id="H302EFDAB57BE41E5A905E520518F8E15"><enum>(ii)</enum><text>are appropriately
balanced to address operational and strategic defense intelligence requirements;
and</text></clause>

<clause id="H88CCE692A3844D8E8BC8A5FBABDD30E6"><enum>(iii)</enum><text>are sufficiently
integrated and interoperable between activities of the Military Intelligence Program
and the National Intelligence Program to respond to emerging requirements of the
Department of Defense.</text></clause></subparagraph>

<subparagraph id="H207B1B9537564D26B76B2379B0621214"><enum>(B)</enum><text>With respect
to each geographic and functional combatant commandâ€"</text>

<clause id="H32C6851B90844C6294B683695EC96897"><enum>(i)</enum><text>information on the
gaps and deficiencies, by specific intelligence capability type, described in paragraph
(1)(B)(iii);</text></clause>

<clause id="HBF1EAF30BFAB4F7A9FE01D8DB37A5BD5"><enum>(ii)</enum><text>a review of the
alignment of such gaps and deficiencies with the intelligence, surveillance, and
reconnaissance submissions to the integrated priorities list for the period beginning
with the completion of the most recent readiness reviews conducted by the Joint Staff
and ending on the date of the commencement of the survey and review under subsection
(a); and</text></clause>

<clause id="H82D5A2814A354BB8B106CBE757773561"><enum>(iii)</enum><text display-
inline="yes-display-inline">detailed information on the allocation and realignment of
intelligence collections capabilities and activities to addressâ€"</text>

<subclause id="H1D46A9544F9847869ECF1570028BABE4"><enum>(I)</enum><text>such gaps and
deficiencies; and</text></subclause>

<subclause id="H95014FF362574911B57D027A39EB58C0"><enum>(II)</enum><text>such
intelligence, surveillance, and reconnaissance
submissions.</text></subclause></clause></subparagraph></paragraph></subsection>

<subsection
id="H8E265C478EBF454DA0F20B6DD9CB6A08"><enum>(b)</enum><header>Report</header>

<paragraph
id="H35DF050F20684A33A8C952510553974C"><enum>(1)</enum><header>Submission</header><text
display-inline="yes-display-inline">Not later than 270 days after the date of the
enactment of this Act, the Under Secretary of Defense for Intelligence and Security
shall submit to the appropriate congressional committees a report on the findings of
the Under Secretary with respect to the survey and review under subsection
(a)(1).</text></paragraph>

<paragraph
id="HB55B9E5C5E4C4EA9BE61AC4915AC754B"><enum>(2)</enum><header>Content</header><text>Th
e report under paragraph (1) shall includeâ€"</text>

<subparagraph id="HC055DCD458884AFC8446FFEE5DC72B73"><enum>(A)</enum><text>an
evaluation ofâ€"</text>

<clause id="HE87321FD8CCF4FE7B389426B441DE5DC"><enum>(i)</enum><text display-
inline="yes-display-inline">the organization, posture, current and planned investments,
and processes of the intelligence collections capabilities and activities, including
the extent to which such capabilities and activities enable the geographic and
functional combatant commands to meet the operational and strategic requirements of the
Department of Defense;</text></clause>

<clause id="HB6F0F0598AFF497EA94EAD052FB1717F"><enum>(ii)</enum><text>the use or
planned use by each geographic and functional combatant command of intelligence
collections capabilities and activities available to such command to address
operational and strategic requirements of the Department of Defense;</text></clause>

<clause id="H99E807E50AC940AF9D787BD5622B4BB5"><enum>(iii)</enum><text>the gaps and
deficiencies described in subsection (a)(1)(B)(iii), if any, that prohibit each
geographic and functional combatant command from the most effective use of the
```

WASHSTATEC015265

intelligence collections capabilities and activities to address priority requirements of the Department of Defense;</text></clause>

<clause id="HD2409D00E42745848ADB96B601E1A6CF"><enum>(iv)</enum><text>the accepted risk by the Secretary of Defense from the prioritization of certain Department of Defense requirements with respect to the allocation of intelligence collections capabilities and activities; and</text></clause>

<clause id="H747DA83EBB544E5F936E15265928EBE3"><enum>(v)</enum><text display-inline="yes-display-inline">the alignment and responsiveness of intelligence collections capabilities and activities with respect to the planning requirements for the Program of Analysis of each combat support agency that is part ofâ€"</text>

<subclause id="HEF3E961675C548D7B04C3A4B1BCF5C91"><enum>(I)</enum><text>the Defense Intelligence Enterprise; and</text></subclause>

<subclause id="H4556909829934C028C91F6A1428D5593"><enum>(II)</enum><text>the intelligence community; and</text></subclause></clause></subparagraph>

<subparagraph id="H15E126E2346742BBB9F7764617938D43"><enum>(B)</enum><text>recommendations, if any, to improve the sufficiency, responsiveness, and interoperability of intelligence collections capabilities and activities to fulfill the operational and strategic requirements of the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="H5828F9B40A324CD0A977CCC2FA7CF782"><enum>(3)</enum><header>Form</header><text>The report under paragraph (1) shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.</text></paragraph></subsection>

<subsection id="H2347E4EB4D1247E68F1B21A377CA9CFA"><enum>(c)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H51BC8BD0774644EA9E7AADAE62082048"><enum>(1)</enum><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H31A85CEA9E904F338B2E56C64B0AD76D"><enum>(A)</enum><text>the congressional defense committees; and</text></subparagraph>

<subparagraph id="H06AB1D29A61F4ABE87E2575094EF35F0"><enum>(B)</enum><text>the congressional intelligence committees.</text></subparagraph></paragraph>

<paragraph id="HCF9514CB173A4CBC8AC3DB6FAC755CAC"><enum>(2)</enum><text>The term <term>combat support agency</term> has the meaning given that term in section 193(f) of title 10, United States Code.</text></paragraph>

<paragraph id="HB72274564AF44B7EB7A63F0BBF9B613D"><enum>(3)</enum><text>The term <term>Defense Intelligence Enterprise</term> has the meaning given that term in section 1633(c)(2) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2600).</text></paragraph>

<paragraph id="HB57BFE131C9C4A71953EB4DFC71D3FF6" commented="no"><enum>(4)</enum><text>The term <term>intelligence collections capabilities and activities</term> means the totality of intelligence collections systems and processes which enable the tasking, processing, exploitation, and dissemination capabilities, capacity, and activities of the Defense Intelligence Enterprise.</text></paragraph>

<paragraph id="H1C0B202950D14E9D867C8C8108E3685B"><enum>(5)</enum><text display-inline="yes-display-inline">The term <term>intelligence community</term> has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></paragraph>

<paragraph id="HC406E519A89E4C798430F018C326765E"><enum>(6)</enum><text display-inline="yes-display-inline">The term <term>congressional intelligence committees</term> has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HB156B74333D04CB79AE133F5775EC4EC" section-type="subsequent-

WASHSTATEC015266

section"><enum>1627.</enum><header display-inline="yes-display-inline">Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency</header>

<subsection id="HE8F7522FFA2245CF97AC47D7D4B297D6"><enum>(a)</enum><header>Reports</header><text display-inline="yes-display-inline">On a semiannual basis during the period beginning on the date of the enactment of this Act and ending on the date specified in subsection (b), and annually thereafter, the Director of the Defense Counterintelligence and Security Agency shall submit to the congressional defense committees a report on the processes in place for adjudicating security clearances and the progress made to address the backlog of security clearance applications, includingâ€"</text>

<paragraph id="HD2E032EC29DD4C4DA861D96E53CEEE67"><enum>(1)</enum><text>metrics used by the Director to evaluate the inventory and timeliness of adjudicating security clearance cases; and</text></paragraph>

<paragraph id="HD67C6362A098422FBE83FD164C9B3B5E"><enum>(2)</enum><text display-inline="yes-display-inline">details on the resources used by the Director in carrying out the security clearance mission of the Consolidated Adjudication Facility.</text></paragraph></subsection>

<subsection id="H01C1E01CF92E4411990E89D927CA5E8C"><enum>(b)</enum><header>Determination and briefing</header><text display-inline="yes-display-inline">Upon the date on which the Director of the Defense Counterintelligence and Security Agency determines both that the backlog of security clearance adjudications has been substantially eliminated and that the timeline to conduct background investigations reflects the type of investigation being conducted and the level of clearance required, the Director shallâ€"</text>

<paragraph id="H550FCEEACA0B44968919D89064E2A5E5"><enum>(1)</enum><text>notify the congressional defense committees of such determination; and</text></paragraph>

<paragraph id="H101B606F6D514DB385BA1033A896DB08"><enum>(2)</enum><text display-inline="yes-display-inline">provide to such committees a briefing on the progress made by the Director with respect to security clearance adjudications.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H409707DC68A34F9BB63B0B79E8B6D430" section-type="subsequent-section"><enum>1628.</enum><header display-inline="yes-display-inline">Report on the expanded purview of the Defense Counterintelligence and Security Agency</header>

<subsection commented="no" display-inline="no-display-inline" id="H64922877DD254978BC173B05E2B14FF4"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to Congress a report on the Defense Counterintelligence and Security Agency.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC51B495F7B0C4506AC1DB4A4A3636DBD"><enum>(b)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The report submitted under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE6C6BA2F82F84D8A83947F4566FB617C"><enum>(1)</enum><text display-inline="yes-display-inline">Identification of the resources and authorities appropriate for the inspector general for the expanded purview of the Defense Counterintelligence and Security Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB8095F864DA943F496AF76D69E51027C"><enum>(2)</enum><text display-inline="yes-display-inline">Identification of the resources and authorities needed to perform the civil liberties and privacy officer function of the Defense Counterintelligence and Security Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H51F9DEE7CD6548F0AFFB07C238E28574"><enum>(3)</enum><text display-inline="yes-

WASHSTATEC015267

```
display-inline">An assessment of the security protocols in effect for personally
identifiable information held by the Defense Counterintelligence and Security
Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H99F8C9B5871A44E795A2260B4517B05B"><enum>(4)</enum><text display-inline="yes-
display-inline">An assessment of the governance structure of the Defense
Counterintelligence and Security Agency as it relates to the Department of Defense,
including with respect to status, authorities, and leadership.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H28414A0C23CF4C70A15309E211B1FD8B"><enum>(5)</enum><text display-inline="yes-
display-inline">An assessment of the governance structure of the Defense
Counterintelligence and Security Agency as it relates to interagency partners,
including the Office of Management and Budget, the Office of the Director of National
Intelligence, and the Office of Personnel Management.</text></paragraph>

<paragraph id="HC65062A35CB04857B3D85BF6EE34C2FE" commented="no" display-inline="no-
display-inline"><enum>(6)</enum><text display-inline="yes-display-inline">The
methodology the Defense Counterintelligence and Security Agency will prioritize
requests for background investigation requests from government agencies and
industry.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H1AD864C142794FF29F4ABFA8B5335FD8" section-type="subsequent-
section"><enum>1629.</enum><header display-inline="yes-display-inline">Termination of
requirement for Department of Defense facility access clearances for joint ventures
composed of previously-cleared entities</header><text display-inline="no-display-
inline">A clearance for access to a Department of Defense installation or facility may
not be required for a joint venture if that joint venture is composed entirely of
entities that are currently cleared for access to such installation or
facility.</text></section></subtitle>

<subtitle id="HDFD1D38F5B5544B0AA0E7CF40E5F4077"><enum>C</enum><header>Cyberspace-
Related Matters</header>

<section commented="no" display-inline="no-display-inline"
id="HDC33CABAB33449BF993B922F1D64E37D" section-type="subsequent-
section"><enum>1631.</enum><header display-inline="yes-display-inline">Matters relating
to military operations in the information environment</header>

<subsection commented="no" display-inline="no-display-inline"
id="H4F5945F6C5FA42BA9056292F0B8FD9F1"><enum>(a)</enum><header display-inline="yes-
display-inline">Principal Information Operations Advisor</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H3E8D660C3BEA4CE4A1691E1C455FAC0F"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Chapter 19
of title 10, United States Code, is amended by adding at the end the following new
section:</text>

<quoted-block display-inline="no-display-inline" id="HA7CCC43EEBCD4F9EA6AF908D9F611740"
style="USC">

<section commented="no" display-inline="no-display-inline"
id="H65A32DA82E9D470F9211E6AD7AF0423A" section-type="subsequent-
section"><enum>397.</enum><header display-inline="yes-display-inline">Principal
Information Operations Advisor</header>

<subsection id="H5ECEDB096B9D42829081EB3583B6BCE6" commented="no" display-inline="no-
display-inline"><enum>(a)</enum><header display-inline="yes-display-
inline">Designation</header><text display-inline="yes-display-inline">Not later than 30
days after the enactment of this Act, the Secretary of Defense shall designate, from
among officials appointed to a position in the Department of Defense by and with the
advice and consent of the Senate, a Principal Information Operations Advisor to act as
the principal advisor to the Secretary on all aspects of information operations
conducted by the Department.</text></subsection>

<subsection id="H2637DB669FD34867A1605E0F07A617A4" commented="no" display-inline="no-
display-inline"><enum>(b)</enum><header display-inline="yes-display-
```

```
inline">Responsibilities</header><text display-inline="yes-display-inline">The
Principal Information Operations Advisor shall have the following
responsibilities:</text>

<paragraph id="H7D4D80EDE94F4BD69C814189C6E60DD2" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Oversight of
policy, strategy, planning, resource management, operational considerations, personnel,
and technology development across all the elements of information operations of the
Department.</text></paragraph>

<paragraph id="H4DB24ADF74664D2F95681A1203291349" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">Overall
integration and supervision of the deterrence of, conduct of, and defense against
information operations.</text></paragraph>

<paragraph id="H2551D3A41AB54C0FB3BA1F9CC7982860" commented="no" display-inline="no-
display-inline"><enum>(3)</enum><text display-inline="yes-display-inline">Promulgation
of policies to ensure adequate coordination and deconfliction with the Department of
State, the intelligence community (as such term is defined in section 3 of the National
Security Act of 1947 (50 U.S.C. 3003)), and other relevant agencies and departments of
the Federal Government.</text></paragraph>

<paragraph id="HFD11814609E547AD8447CF6B0B76205E" commented="no" display-inline="no-
display-inline"><enum>(4)</enum><text display-inline="yes-display-inline">Coordination
with the head of the Global Engagement Center to support the purpose of the Center (as
set forth by section 1287(a)(2) of the National Defense Authorization Act for Fiscal
Year 2017 (Public Law 114â€"328; 22 U.S.C. 2656 note)) and liaison with the Center and
other relevant Federal Government entities to support such purpose.</text></paragraph>

<paragraph id="H82490B1C4AAE4AC1912518655CB0C09B" commented="no" display-inline="no-
display-inline"><enum>(5)</enum><text display-inline="yes-display-inline">Establishing
and supervising a rigorous risk management process to mitigate the risk of potential
exposure of United States Persons to information intended exclusively for foreign
audiences.</text></paragraph>

<paragraph id="HA3D221EADD13468C80329C09756F8014" commented="no"><enum>(6)</enum><text
display-inline="yes-display-inline">Promulgation of standards for the attribution or
public acknowledgment, if any, of operations in the information
environment.</text></paragraph>

<paragraph id="HEA64A9D16F8A40B4B50667649A8D5C4B" commented="no" display-inline="no-
display-inline"><enum>(7)</enum><text display-inline="yes-display-inline">Development
of guidance for, and promotion of, the capability of the Department to liaison with the
private sector and academia on matters relating to the influence activities of malign
actors.</text></paragraph>

<paragraph id="H85C98F87CCA44E1F9A5ACEE57BD520BE" commented="no" display-inline="no-
display-inline"><enum>(8)</enum><text display-inline="yes-display-inline">Such other
matters relating to information operations as the Secretary shall specify for purposes
of this subsection.</text></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H57A241F3B731456284003E54009EA769"><enum>(2)</enum><header display-inline="yes-
display-inline">Clerical amendments</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H475065CFE5324F3891E18279D6103825"><enum>(A)</enum><header display-inline="yes-
display-inline">Chapter 19</header>

<clause commented="no" display-inline="no-display-inline"
id="HD89D458B0C78478AAE409E2F215DD5CA"><enum>(i)</enum><header display-inline="yes-
display-inline">Chapter heading</header><text display-inline="yes-display-inline">The
heading of chapter 19 of such title is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HD9FD66B9D2FA432D90566108A5C20B8B"
style="USC">

<chapter commented="no" id="H6F6361EBD84C4533A5F50250E0C0BBBC" level-type="subsequent"
style="OLC"><enum>19</enum><header display-inline="yes-display-inline">Cyber and
Information Operations Matters</header></chapter><after-quoted-block>.</after-quoted-
```

WASHSTATEC015269

```
block></quoted-block></clause>

<clause commented="no" display-inline="no-display-inline"
id="HDCC318E3E5EE457EBF870F3CED62B80C"><enum>(ii)</enum><header display-inline="yes-
display-inline">Table of sections</header><text display-inline="yes-display-inline">The
table of sections at the beginning of chapter 19 of such title is amended by inserting
at the end the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HA87A0A82381540A09050816817EAB663"
style="OLC">

<toc>

<toc-entry bold="off" level="section">397. Principal Information Operations
Advisor.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5F4E3778102149BCBAA9829A3DA1D1C5"><enum>(B)</enum><header display-inline="yes-
display-inline">Table of chapters</header><text display-inline="yes-display-inline">The
table of chapters for part I of subtitle A of such title is amended by striking the
item relating to chapter 19 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H3C267000D26F459EAEA8A05AE5F242F1"
style="OLC">

<toc>

<multi-column-toc-entry bold="on" level="chapter"><toc-enum>19.</toc-enum><level-header
bold="off" level="chapter">Cyber and Information Operations Matters</level-
header><target>391</target></multi-column-toc-entry></toc><after-quoted-block>.</after-
quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H421B666A2CE442C9B3217D2DF03333A2"><enum>(b)</enum><header display-inline="yes-
display-inline">Affirming the authority of the Secretary of Defense to conduct military
operations in the information environment</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="HAD46975FB41E4318A5D6271119DA823B"><enum>(1)</enum><text display-inline="yes-
display-inline">Congress affirms that the Secretary of Defense is authorized to conduct
military operations, including clandestine operations, in the information environment
to defend the United States, allies of the United States, and interests of the United
States, including in response to malicious influence activities carried out against the
United States or a United States person by a foreign power.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4AFC5E9AE5C34AC7B0CA470D3D50D008" indent="up1"><enum>(2)</enum><text display-
inline="yes-display-inline">The military operations referred to in paragraph (1), when
appropriately authorized include the conduct of military operations short of
hostilities and in areas outside of areas of active hostilities for the purpose of
preparation of the environment, influence, force protection, and deterrence of
hostilities.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HFFF226390A414CECA9CC509110349200"><enum>(c)</enum><header display-inline="yes-
display-inline">Treatment of clandestine military operations in the information
environment as traditional military activities</header><text display-inline="yes-
display-inline">A clandestine military operation in the information environment shall
be considered a traditional military activity for the purposes of section 503(e)(2) of
the National Security Act of 1947 (50 U.S.C. 3093(e)(2)).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H08DFF54F31B64FFEBCCB5E322C9005B9"><enum>(d)</enum><header display-inline="yes-
display-inline">Quarterly information operations briefings</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H48A5371989964DE6AA9BED63E5DEEFC5"><enum>(1)</enum><text display-inline="yes-
display-inline">Not less frequently than once each quarter, the Secretary of Defense
shall provide the congressional defense committees a briefing on significant military
operations, including all clandestine operations in the information environment,
```

carried out by the Department of Defense during the immediately preceding quarter.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA548A98C16CE4BB1935741D2B92DCDF4" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Each briefing under paragraph (1) shall include, with respect to the military operations in the information environment described in such paragraph, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H473B8758AE1D46C79DB59FBE7928498C"><enum>(A)</enum><text display-inline="yes-display-inline">An update, disaggregated by geographic and functional command, that describes the operations carried out by the commands.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H32EDD1C09D3A4633AB0A80F3DB0B5FAD"><enum>(B)</enum><text display-inline="yes-display-inline">An overview of authorities and legal issues applicable to the operations, including any relevant legal limitations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H37436051641540C0B4F7F9EC4D9D7888"><enum>(C)</enum><text display-inline="yes-display-inline">An outline of any interagency activities and initiatives relating to the operations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H70301ED64429492FBC38022EFDC46EC6"><enum>(D)</enum><text display-inline="yes-display-inline">Such other matters as the Secretary considers appropriate.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC4EB697C020E4AF8AB158B0BCF698E62"><enum>(e)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section may be construed to limit, expand, or otherwise alter the authority of the Secretary to conduct military operations, including clandestine operations, in the information environment, to authorize specific military operations, or to limit, expand, or otherwise alter or otherwise affect the War Powers Resolution (50 U.S.C. 1541 et seq.) or an authorization for use of military force that was in effect on the day before the date of the enactment of this Act.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDA6542DE41384B11BDD6C76420390B49"><enum>(f)</enum><header display-inline="yes-display-inline">Cross-functional team</header>

<paragraph commented="no" display-inline="no-display-inline" id="H098A4EC3EBB24DA6AEF517A7E0324C8E"><enum>(1)</enum><header display-inline="yes-display-inline">Establishment</header><text display-inline="yes-display-inline">The Principal Information Operations Advisor shall integrate the expertise in all elements of information operations and perspectives of appropriate organizations within the Office of the Secretary of Defense, Joint Staff, military departments, Defense Agencies, and combatant commands by establishing and maintaining a full-time cross-functional team composed of subject-matter experts selected from those organizations.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBE399B88B99D4FBD9F4B99AF02A2972D"><enum>(2)</enum><header display-inline="yes-display-inline">Selection and organization</header><text display-inline="yes-display-inline">The cross-functional team established under paragraph (1) shall be selected, organized, and managed in a manner consistent with section 911 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 111 note).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H46C82FECED6345CDB3E67AEC230468F8"><enum>(g)</enum><header display-inline="yes-display-inline">Strategy and posture review</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9179F07D870240DD8B4CD828016C7097"><enum>(1)</enum><header display-inline="yes-display-inline">Strategy and posture review required</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Principal Information Operations Advisor

under section 397 of title 10, United States Code (as added by subsection (a)) and the cross-functional team established under subsection (f)(1), shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H24231B5735ED475E817373E4C79398A9"><enum>(A)</enum><text display-inline="yes-display-inline">develop or update, as appropriate, a strategy for operations in the information environment, including how such operations will be synchronized across the Department of Defense and the global, regional, and functional interests of the combatant commands;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H41B0077ACF014A1C9B74926CCD3F29D6"><enum>(B)</enum><text display-inline="yes-display-inline">conduct an information operations posture review, including an analysis of capability gaps that inhibit the Departmentâ€™s ability to successfully execute the strategy developed or updated pursuant to subparagraph (A);</text></subparagraph>

<subparagraph id="H75F56EDE78E5492599716A480429F6A0" commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">designate Information Operations Force Providers and Information Operations Joint Force Trainers for the Department of Defense;</text></subparagraph>

<subparagraph id="H63CD97E4AE0240A5B47729741B6F78F8" commented="no"><enum>(D)</enum><text>develop and persistently manage a joint lexicon for terms related to information operations, including <quote>information operations</quote>, <quote>information environment</quote>, <quote>operations in the information environment</quote>, and <quote>information related capabilities</quote>; and</text></subparagraph>

<subparagraph id="HBE14A51D9F7A40B581D01C5F15FA9E23" commented="no"><enum>(E)</enum><text>determine the collective set of combat capabilities that will be treated as part of operations in the information environment, including cyber warfare, space warfare, military information support operations, electronic warfare, public affairs, and civil affairs.</text></subparagraph></paragraph>

<paragraph id="H7A5CC918700847648B3668AF51D60DC9"><enum>(2)</enum><header>Coordination on certain cyber matters</header><text display-inline="yes-display-inline">For any matters in the strategy and posture review under paragraph (1) that involve or relate to Department of Defense cyber capabilities, the Principal Information Operations Advisor shall fully collaborate with the Principal Cyber Advisor to the Secretary of Defense. </text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF1F9406FC6864E39AA03AA3635BBBA05"><enum>(3)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">At a minimum, the strategy developed or updated pursuant to paragraph (1)(A) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF51B5B0456B9478AB8D4E71858E623F5"><enum>(A)</enum><text display-inline="yes-display-inline">The establishment of lines of effort, objectives, and tasks that are necessary to implement such strategy and eliminate the capability gaps identified under paragraph (1)(B).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCFDC2374EB534650AF5089B85029A6E1"><enum>(B)</enum><text display-inline="yes-display-inline">In partnership with the Principal Cyber Advisor to the Secretary of Defense and in coordination with any other component or Department of Defense entity as selected by the Secretary of Defense, an evaluation of any organizational changes that may be required within the Office of the Secretary of Defense, including potential changes to Under Secretary or Assistant Secretary-level positions to comprehensively conduct oversight of policy development, capabilities, and other aspects of operations in the information environment as determined pursuant to the information operations posture review under paragraph (1)(B).</text></subparagraph>

<subparagraph id="H794B19150A154FA6903CF27FA40C1897"><enum>(C)</enum><text display-inline="yes-display-inline">An assessment of various models for operationalizing information operations, including the feasibility and advisability of establishing an Army Information Warfare Command.</text></subparagraph>

WASHSTATEC015272

```
<subparagraph id="H9C06355634B642C1A1C0E025A1B6182E"><enum>(D)</enum><text display-
inline="yes-display-inline">A review of the role of information operations in combatant
commander operational planning, the ability of combatant commanders to respond to
hostile acts by adversaries, and the ability of combatant commanders to engage and
build capacity with allies.</text></subparagraph>

<subparagraph id="H0A80B563C95F4BE599D656EB311B0FC3"><enum>(E)</enum><text>A review of
the law, policies, and authorities relating to, and necessary for, the United States to
conduct military operations, including clandestine military operations, in the
information environment.</text></subparagraph></paragraph>

<paragraph id="HEFA72DA77B8E4C398FC3524BF597938B"><enum>(4)</enum><header>Submission to
Congress</header><text display-inline="yes-display-inline">Upon completion, the
Secretary of Defense shall present the strategy for operations in the information
environment and the information operations posture review under subparagraphs (A) and
(B), respectively, of paragraph (1) to the Committees on Armed Services of the House of
Representatives and the Senate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H250A65F98DD649A1AC91F5C96E0118FC"><enum>(h)</enum><header display-inline="yes-
display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H0755B66BD86D45EF8E699F49A1D35A73"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 90 days after the date of the enactment of this Act, the Secretary of Defense
shall provide the Committee on Armed Services of the Senate and the Committee on Armed
Services of the House of Representatives a report for the structuring and manning of
information operations capabilities and forces across the Department of Defense. The
Secretary shall provide such Committees with quarterly updates on such
plan.</text></paragraph>

<paragraph id="HC93D786F7A1E497C9951C0A66DDE2D43"
commented="no"><enum>(2)</enum><header>Elements</header><text>The plan required under
paragraph (1) shall address the following:</text>

<subparagraph id="H20C1C184ACE945AFAEE726F66A51C15A"
commented="no"><enum>(A)</enum><text>How the Department of Defense will organize to
develop a combined information operations strategy and posture review under subsection
(g).</text></subparagraph>

<subparagraph id="H14686E16973244BCBB29ECD46754080D"
commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">How the
Department will fulfill the roles and responsibilities of the Principal Information
Operations Advisor under section 397 of title 10, United States Code (as added by
subsection (a)).</text></subparagraph>

<subparagraph id="H1A619B5004B94750B84B2C8331CF4B2B"
commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">How the
Department will establish the information operations cross-functional team under
subsection (f)(1).</text></subparagraph>

<subparagraph id="HD36A8004EB44455E8751F4B554258751"
commented="no"><enum>(D)</enum><text>How the Department will utilize boards and working
groups involving senior-level Department representatives on information
operations.</text></subparagraph>

<subparagraph id="H7BA299C76B3B4387BC8D5817890BD1F9"
commented="no"><enum>(E)</enum><text>Such other matters as the Secretary of Defense
considers appropriate.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H42DD05DCD48847D3978205367491AB9A"><enum>(i)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HB2F0CB1DCB1A400FA08E2E806025F8C2"><enum>(1)</enum><text display-inline="yes-
display-inline">The terms <term>foreign person</term> and <term>United States
person</term> have the meanings given such terms in section 101 of the Foreign
```

Intelligence Surveillance Act of 1978 (50 U.S.C. 1801).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBB28FD5E91A64D3FB58388A728F105EF"><enum>(2)</enum><text display-inline="yes-
display-inline">The term <term>hostilities</term> has the same meaning as such term is
used in the War Powers Resolution (50 U.S.C. 1541 et seq.).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDCAB851AC4A547C3921BD7B17CB77847"><enum>(3)</enum><text display-inline="yes-
display-inline">The term <term>clandestine military operation in the information
environment</term> means an operation or activity, or associated preparatory actions,
authorized by the President or the Secretary of Defense, thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H43C7B9A9783B4FD5AE644085308544E0"><enum>(A)</enum><text display-inline="yes-
display-inline">is marked by, held in, or conducted with secrecy, where the intent is
that the operation or activity will not be apparent or acknowledged publicly;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5B80A7416968478EA241009487E8C118"><enum>(B)</enum><text display-inline="yes-
display-inline">is to be carried outâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H447125B0DA054E9EAEB18C158E7D1C52"><enum>(i)</enum><text display-inline="yes-
display-inline">as part of a military operation plan approved by the President or the
Secretary of Defense;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HE3EF8A1890AF41C7ABB9170CEC66DE5E"><enum>(ii)</enum><text display-inline="yes-
display-inline">to deter, safeguard, or defend against attacks or malicious influence
activities against the United States, allies of the United States, and interests of the
United States;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H5D59CC9CB0F441CFB66298E2FDF8ABC7"><enum>(iii)</enum><text display-inline="yes-
display-inline">in support of hostilities or military operations involving the United
States armed forces; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HEBFD4E91E0BC4C238B85630F68EAD776"><enum>(iv)</enum><text display-inline="yes-
display-inline">in support of military operations short of hostilities and in areas
where hostilities are not occurring for the purpose of preparation of the environment,
influence, force protection, and
deterrence.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H74D96D8F146546F49C6899C0B02D6C03"><enum>1632.</enum><header>Notification
requirements for sensitive military cyber operations</header><text display-inline="no-
display-inline">Section 395 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H93007331479B4481B2EABD4FFB439CF1"><enum>(1)</enum><text>in subsection
(b)(3), by inserting <quote>, signed by the Secretary, or the Secretaryâ€™s
designee,</quote> after <quote>written notification</quote>; and</text></paragraph>

<paragraph id="H655AFB8E3B024F58BC6503E24F07F89D"><enum>(2)</enum><text>in subsection
(c)â€"</text>

<subparagraph id="HA8F8797D0AE54915A037F3DD673CCDBA"><enum>(A)</enum><text>in paragraph
(1)â€"</text>

<clause id="H95EFA2AF4E444E8DAC255EF34EA3934D"><enum>(i)</enum><text>in subparagraph
(A), by striking <quote>and</quote> after the semicolon at the end;</text></clause>

<clause id="H228A36A464E24C5ABBC32DD06CE63634"><enum>(ii)</enum><text>by redesignating
subparagraph (B) as subparagraph (C); and</text></clause>

<clause id="H134764508741476FBF17F6A9771265A2"><enum>(iii)</enum><text>by inserting
after subparagraph (A) the following new subparagraph:</text></clause>

<quoted-block id="HBD5A66BA86C549CC99D4A14ADDCAF26B" style="OLC">

<subparagraph id="HBBB1A5A895594EBEAE3FE880E98EA080"><enum>(B)</enum><text>is

determined toâ€"</text>

<clause id="HBBA41867828E4B0FBC6EEDC7F0ED2F20"><enum>(i)</enum><text>have a medium or high collateral effects estimate;</text></clause>

<clause id="H2933B91F13794D1DB97A5DA5E6681BA6"><enum>(ii)</enum><text>have a medium or high intelligence gain or loss;</text></clause>

<clause id="HE5F7FF0475A94FC3B913278C6E066DD7"><enum>(iii)</enum><text>have a medium or high probability of political retaliation, as determined by the political military assessment contained within the associated concept of operations;</text></clause>

<clause id="H62B8523B978B4CF9812AD467B3EED2D8"><enum>(iv)</enum><text>have a medium or high probability of detection when detection is not intended; or</text></clause>

<clause id="HA91DF0664147403392085B0A32B52C62"><enum>(v)</enum><text>result in medium or high collateral effects; and</text></clause></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></clause></subparagraph>

<subparagraph id="HE882DF4C2D6340059D2BB05DF0C85692"><enum>(B)</enum><text>in paragraph (2)(B), by striking <quote>outside the Department of Defense Information Networks to defeat an ongoing or imminent threat</quote>.</text></subparagraph></paragraph></section>

<section id="HAFEE3B18172343C2B276E2205070AB83"><enum>1633.</enum><header>Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense</header><text display-inline="no-display-inline"> Section 1647 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92) is amended by adding at the end the following new subsections:</text>

<quoted-block id="HD97B3DDEAA01411596B1408C5F5F7596" style="OLC">

<subsection id="HE1B9105B301241EE8DE5DF9F9B848950"><enum>(f)</enum><header>Written notification</header><text>If the Secretary determines that the Department will not complete an evaluation of the cyber vulnerabilities of each major weapon system of the Department by the date specified in subsection (a)(1), the Secretary shall provide to the congressional defense committees written notification relating to each such incomplete evaluation. Such a written notification shall include the following:</text>

<paragraph id="H76BE7E4B9E6245C5BA57802E503E29A0"><enum>(1)</enum><text>An identification of each major weapon system for which an evaluation will not be complete by the date specified in subsection (a)(1), the anticipated date of completion of the evaluation of each such weapon system, and a description of the remaining work to be done for the evaluation of each such weapon system.</text></paragraph>

<paragraph id="H9445B0494ECB43E6A8A5521005409314"><enum>(2)</enum><text>A justification for the inability to complete such an evaluation by the date specified in subsection (a)(1).</text></paragraph></subsection>

<subsection id="HD23CAA3626EC4408B217EDFC64A81E23"><enum>(g)</enum><header>Report</header><text>The Secretary, acting through the Under Secretary of Defense for Acquisition and Sustainment, shall provide a report to the congressional defense committees upon completion of the requirement for an evaluation of the cyber vulnerabilities of each major weapon system of the Department under this section. Such report shall include the following:</text>

<paragraph id="HC3CAAE2BC6C8424FAB28A5C9977701CF"><enum>(1)</enum><text>An identification of cyber vulnerabilities of each major weapon system requiring mitigation.</text></paragraph>

<paragraph id="H071162E00C0247DAB55FFB7D2153C963"><enum>(2)</enum><text>An identification of current and planned efforts to address the cyber vulnerabilities of each major weapon system requiring mitigation, including efforts across the doctrine, organization, training, materiel, leadership and education, personnel, and facilities of the Department.</text></paragraph>

<paragraph id="H1EB86891DF654078B19FEFE87ECBCF17"><enum>(3)</enum><text>A description of joint and common cyber vulnerability mitigation solutions and efforts, including solutions and efforts across the doctrine, organization, training, materiel, leadership and education, personnel, and facilities of the Department.</text></paragraph>

WASHSTATEC015275

<paragraph id="HDB3FDADA8901425FA8A57C71CB4B0A5D"
commented="no"><enum>(4)</enum><text>A description of lessons learned and best
practices regarding evaluations of the cyber vulnerabilities and cyber vulnerability
mitigation efforts relating to major weapon systems, including an identification of
useful tools and technologies for discovering and mitigating vulnerabilities, such as
those specified in section 1657 of the John S. McCain National Defense Authorization
Act for Fiscal Year 2019 (Public Law 115â€'232), and steps taken to institutionalize
the use of these tools and technologies.</text></paragraph>

<paragraph id="H21426F07187B4563B749E67098E4CF02"><enum>(5)</enum><text>A description
of efforts to share lessons learned and best practices regarding evaluations of the
cyber vulnerabilities and cyber vulnerability mitigation efforts of major weapon
systems across the Department.</text></paragraph>

<paragraph id="HF21174730F874785910F4F255BB28C4A"><enum>(6)</enum><text>An
identification of measures taken to institutionalize evaluations of cyber
vulnerabilities of major weapon systems, including an identification of which major
weapon systems evaluated under this section will be reevaluated in the future, when
these evaluations will occur, and how evaluations will occur for future major weapon
systems.</text></paragraph>

<paragraph id="H485FD2E3B7444C3598D443A96D98644D"><enum>(7)</enum><text>Information
relating to guidance, processes, procedures, or other activities established to
mitigate or address the likelihood of cyber vulnerabilities of major weapon systems by
incorporation of lessons learned in the research, development, test, evaluation, and
acquisition cycle, including promotion of cyber education of the acquisition
workforce.</text></paragraph>

<paragraph id="HFBFF7929486A45799DDF6FC3A5672963"><enum>(8)</enum><text>An
identification of systems to be incorporated into or that have been incorporated into
the National Security Agencyâ€™s Strategic Cybersecurity Program and the status of
these systems in the Program.</text></paragraph>

<paragraph id="HE2C96F85BAAA418EB007AB1E33F873A1"><enum>(9)</enum><text>Any other
matters the Secretary determines relevant.</text></paragraph></subsection><after-
quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HE74D9DEEE20E4F2381BFA4AB4E4C351B" section-type="subsequent-
section"><enum>1634.</enum><header>Quarterly assessments of the readiness of Cyber
Mission Forces</header>

<subsection id="H70B1D9E68AFC46CB9C715D13EB07A97C"><enum>(a)</enum><header>In
general</header><text>Section 484(b) of title 10, United States Code, is
amendedâ€"</text>

<paragraph id="HC225C719BAF546F3A7F367B1295D87F4"><enum>(1)</enum><text>by
redesignating paragraph (4) as paragraph (5); and</text></paragraph>

<paragraph id="HCBCE17E79D41493282D03E448A159020"><enum>(2)</enum><text>by inserting
after paragraph (3) the following new paragraph (4):</text>

<quoted-block id="H533B2A96710646C0B6E0A1B7DC47AEE3" style="OLC">

<paragraph id="H6BB348AEB7B2437E97B5E222EEDD5A0C"><enum>(4)</enum><text>An overview of
the readiness of the Cyber Mission Forces to perform assigned missions thatâ€"</text>

<subparagraph id="HBCEB22637C9B40339CED3444F3E1B2B7"><enum>(A)</enum><text>address all
of the abilities of such Forces to conduct cyberspace operations based on capability
and capacity of personnel, equipment, training, and equipment conditionâ€"</text>

<clause id="H638BEA8A182542A6AB7E7BCE97984058"><enum>(i)</enum><text>using both
quantitative and qualitative metrics; and</text></clause>

<clause id="H3F7A94A64D564225AD663E008FE4A252"><enum>(ii)</enum><text>in a way that is
common to all military departments; and</text></clause></subparagraph>

<subparagraph id="H800BF4BB740D41148ACB226CCB54313D"><enum>(B)</enum><text>is
consistent with readiness reporting pursuant to section 482 of this
title.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection

id="H369DB336A64E40C289C33894BADE41BA"><enum>(b)</enum><header>Metrics</header>

<paragraph id="H43FE407095B440C38982D9F72A77510C"><enum>(1)</enum><header>Establishment required</header><text>The Secretary of Defense shall establish metrics for the assessment of the readiness of the Cyber Mission Forces of the Department of Defense.</text></paragraph>

<paragraph id="H0C2B106C2D5349FF97F4A5811FDA1CF1"><enum>(2)</enum><header>Briefings required</header><text>Not later than 90 days after the date of the enactment of this Act and quarterly thereafter until completion of the establishment of the metrics under paragraph (1), the Secretary shall provide a briefing to the congressional defense committees on such metrics, including progress as required pursuant to subsection (c).</text></paragraph></subsection>

<subsection id="H6A440396996E445986E1AD60D6012348"><enum>(c)</enum><header>Modification of readiness reporting system</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary shall take such actions as the Secretary considers appropriate to ensure that the comprehensive readiness reporting system established pursuant to section 117(a) of title 10, United States Code, covers matters relating to the readiness of the Cyber Mission Forcesâ€"</text>

<paragraph id="H3F721089BA1541EF8634D1DD5B69E098"><enum>(1)</enum><text>using the metrics established pursuant to subsection (b)(1); and</text></paragraph>

<paragraph id="H5796F07620DB48A0AF844F34DE20698E"><enum>(2)</enum><text>in a manner that is consistent with sections 117 and 482 of such title.</text></paragraph></subsection>

<subsection id="HCDE5AC0A2B2845A59A727C6719F53829"><enum>(d)</enum><header>First quarterly briefing assessing cyber readiness</header><text>The amendments made by subsection (a) shall take effect on the date that is 180 days after the date of the enactment of this Act.</text></subsection></section>

<section id="HE0A9EB25A05248B3ADC757DB986FBC15"><enum>1635.</enum><header>Cyber posture review</header><text display-inline="no-display-inline"> Section 1644 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91) is amendedâ€"</text>

<paragraph id="HC4595A97E50549AA8AD8C03F869ABE80"><enum>(1)</enum><text>in subsection (a), by inserting <quote>, not later than December 31, 2022, and quadrennially thereafter,</quote> before <quote>conduct</quote>;</text></paragraph>

<paragraph id="HF65E4C65539C40168CAA312FC9A2D443"><enum>(2)</enum><text>in subsection (b), by striking <quote>the review</quote> and inserting <quote>each review</quote>;</text></paragraph>

<paragraph id="H6AF1EF4053184145B9711788D8B0DB42"><enum>(3)</enum><text>in subsection (c)â€"</text>

<subparagraph id="H80BAD924907747D582B4DFDAF5688D3A"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking <quote>The review</quote> and inserting <quote>Each review</quote>;</text></subparagraph>

<subparagraph id="HC367987E95B2463DB516226B90F6653D"><enum>(B)</enum><text>by redesignating paragraph (9) as paragraph (11); and</text></subparagraph>

<subparagraph id="HE30E8517D7CF4B6BB4C4308AFBA85B6B"><enum>(C)</enum><text>by inserting after paragraph (8) the following new paragraphs:</text>

<quoted-block id="HB36E033DF6874839957CFE046A2B3113" style="OLC">

<paragraph id="H7F82DD2879194267AC83E32319E07C5E"><enum>(9)</enum><text>An assessment of the potential costs, benefits, and value, if any, of establishing a cyber force as a separate uniformed service.</text></paragraph>

<paragraph id="H2ECD025123334E7A8CA7B42C449D75B8"><enum>(10)</enum><text>Any recurrent problems or capability gaps that remain unaddressed since the previous posture review.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H1BA16E8E33F34514A4324A18ECC91C21"><enum>(4)</enum><text>in subsection (d)â€"</text>

WASHSTATEC015277

```
<subparagraph id="HD106B64FAD494CA8AFEF0A5A15174A0E"><enum>(A)</enum><text>in paragraph
(1), by striking <quote>the cyber</quote> and inserting <quote>each
cyber</quote>;</text></subparagraph>

<subparagraph id="HD28E0E175DCCB4EA8B8F06E7265F28461"><enum>(B)</enum><text>in paragraph
(2), by striking <quote>The report</quote> and inserting <quote>Each report</quote>;
and</text></subparagraph>

<subparagraph id="H401600DC91224CB1B44F8E8944B00146"><enum>(C)</enum><text>by striking
paragraph (3); and</text></subparagraph></paragraph>

<paragraph id="H45B8AE5E02654DFF954C347AC7473160"><enum>(5)</enum><text>in subsection
(e), by striking <quote>period beginning on the date that is five years after the date
of the enactment of this Act and ending on the date that is 10 years after such date of
enactment</quote> and inserting <quote>eight-year period that begins on the date of
each review conducted under subsection (a)</quote>.</text></paragraph></section>

<section id="HB20E14973FCF48FABF52B1D6A44E9C6A"><enum>1636.</enum><header>Modification
of elements of assessment required for termination of dual-hat arrangement for
Commander of the United States Cyber Command</header><text display-inline="no-display-
inline"> Section 1642 of the National Defense Authorization Act for Fiscal Year 2017
(130 Stat. 2601; Public Law 114â€"328) is amendedâ€"</text>

<paragraph id="HC396C82825CC4021BF5BF1377B05D526"><enum>(1)</enum><text display-
inline="yes-display-inline">in subsection (b)(2)(C)â€"</text>

<subparagraph id="H96B8D98589784D5497CEE1E6284319A0"><enum>(A)</enum><text>in clause
(ii), by inserting <quote>and national intelligence operations</quote> after
<quote>operations</quote>;</text></subparagraph>

<subparagraph id="H4302A60CFC5745B780AB7405D1788C66"><enum>(B)</enum><text>by amending
clause (iii) to read as follows:</text>

<quoted-block id="HA53F648B676E4B1E8236717DE21F795E" style="OLC">

<clause id="H34E762EBDE2D45B4912FCD7BF28C057C"><enum>(iii)</enum><text>The tools,
weapons, and accesses used in and available for military cyber operations are
sufficient for achieving required effects and United States Cyber Command is capable of
acquiring or developing such tools, weapons, and accesses.</text></clause><after-
quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H23C5763EF9774809B403FCD3DA87C4FC"><enum>(C)</enum><text>by amending
clause (vi) to read as follows:</text>

<quoted-block id="H304C4DCA457B4C04B3172AE0755BB71F" style="OLC">

<clause id="H9FB732C4296B4322BE01FA6EA9957E89"><enum>(vi)</enum><text>The Cyber Mission
Force has achieved full operational capability and has demonstrated the capacity to
execute the cyber missions of the Department, including the following:</text>

<subclause id="HF2C67089EAA64C58A38B15C145B6354F"><enum>(I)</enum><text>Execution of
national-level missions through cyberspace, including deterrence and disruption of
adversary cyber activity.</text></subclause>

<subclause id="HBB95375DC90648DEBB37E402DB0F9984"><enum>(II)</enum><text>Defense of the
Department of Defense Information Network.</text></subclause>

<subclause id="H2B021389A97347C682110441B959901A"><enum>(III)</enum><text>Support for
other combatant commands, including targeting of adversary military
assets.</text></subclause></clause><after-quoted-block>;</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph id="H60222531BD5E4881AA451174F495CBA7"><enum>(2)</enum><text>by
redesignating subsection (c) as subsection (d); and</text></paragraph>

<paragraph id="H8BB2AF6C7E2C40C8B73C46792EC14992"><enum>(3)</enum><text>by inserting
after subsection (b) the following new subsection:</text>

<quoted-block id="HB4793DFAA6924599A6F0C8FEB343946F" style="OLC">

<subsection id="H7DCA417F3181492FA17D0F4523956965"><enum>(c)</enum><header>Biannual
briefing</header>
```

WASHSTATEC015278

<paragraph id="H9F261250B723401AB58DC30E0C0858C1"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this subsection and biannually thereafter, the Secretary of Defense and the Director of National Intelligence shall provide to the appropriate committees of Congress briefings on the nature of the National Security Agency and United States Cyber Command's current and future partnership. Briefings under this subsection shall not terminate until the certification specified in subsection (a) is issued.</text></paragraph>

<paragraph id="H50F31E7545DB4BA88A44BECCDFBCDA6A"><enum>(2)</enum><header>Elements</header><text>Each briefing under this subsection shall include status updates on the current and future National Security Agency–United States Cyber Command partnership efforts, including relating to the following:</text>

<subparagraph id="H3EB94233B22841AAB252F6F3EAD46417"><enum>(A)</enum><text>Common infrastructure and capability acquisition.</text></subparagraph>

<subparagraph id="HF6215C3A14C742BF891CFF46A2EBA2B4"><enum>(B)</enum><text>Operational priorities and partnership.</text></subparagraph>

<subparagraph id="H6A5A17AAAAD1412D90AF75ECA7C1649E"><enum>(C)</enum><text>Research and development partnership.</text></subparagraph>

<subparagraph id="H8946074C7FA14291B69395C91B4EF1BC"><enum>(D)</enum><text>Executed documents, written memoranda of agreements or understandings, and policies issued governing such current and future partnership.</text></subparagraph>

<subparagraph id="HB96E11A78A054B9A84A143B966ABA4E5"><enum>(E)</enum><text>Projected long-term efforts.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></paragraph></section>

<section id="HDE8B1064BE554670B138FEDB0B58D79B" section-type="subsequent-section"><enum>1637.</enum><header>Modification of cyber scholarship program</header><text display-inline="no-display-inline">Section 2200a(a)(1) of title 10, United States Code, is amended by striking <quote>or advanced degree, or a certification,</quote> and inserting <quote>advanced degree, or certificate</quote>.</text></section>

<section id="H32DB56F9F9474A99A9FF92770B7F146D"><enum>1638.</enum><header>Tier 1 exercise of support to civil authorities for a cyber incident</header><text display-inline="no-display-inline"> Section 1648 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—</text>

<paragraph id="H088DE065707443EEA35628A2DB478519"><enum>(1)</enum><text>in subsection (a), by striking <quote>The</quote> and inserting <quote>Not later than May 1, 2020, the</quote>; and</text></paragraph>

<paragraph id="HB86947DB62DD4F51AF031A0DFD388C9E"><enum>(2)</enum><text>by adding at the end the following new subsection:</text></paragraph>

<quoted-block id="H8AE0CD74E7654A949516B4010A7FE943" style="OLC">

<subsection id="H3DAD721E0023468C8E4F2BEE96F83E00"><enum>(c)</enum><header>Limitation</header><text>Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense for the White House Communications Agency, not more than 90 percent of such funds may be obligated or expended until the initiation of the tier 1 exercise required under subsection (a).</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HD490109F3B1449BA8323F390D656D81C"><enum>1639.</enum><header>Extension of the Cyberspace Solarium Commission</header><text display-inline="no-display-inline"> Paragraph (1) of section 1652(k) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by striking <quote>September 1, 2019</quote> and inserting <quote>April 30, 2020</quote>.</text></section>

<section id="H10DAF99AB2D142C2A1401ACD286ABE41"><enum>1640.</enum><header>Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects</header>

```
<subsection id="H6A4C48732DC1475E870E082D4A45CCD5"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense and
each Secretary of the military departments concerned may obligate and expend not more
than $3,000,000 of amounts authorized to be appropriated for operation and maintenance
per service in each of fiscal years 2020 through 2022 to carry out cyber operations-
peculiar capability development projects.</text></subsection>

<subsection
id="H90F9B925E8E64AF596CFCAE3FFF7C901"><enum>(b)</enum><header>Notification</header><te
xt display-inline="yes-display-inline">Not later than 15 days after exercising the
authority provided for in subsection (a), the Secretary of Defense, or his designee,
and each Secretary of the military departments concerned, or their designees, shall
notify the congressional defense committees of such exercise for projects exceeding
$500,000.</text></subsection>

<subsection
id="H37DDFCCD2782404B839B7CD0CCD468A1"><enum>(c)</enum><header>Report</header><text>Not
later than December 31 of each year through 2022, the Secretary of Defense shall submit
to the congressional defense committees a report on obligations and expenditures made
pursuant to the authority provided for in subsection (a). Each such report shall
include a full description and evaluation of each of the cyber operations-peculiar
capability development projects that is the subject of each such obligation or
expenditure, definitions and standards for cyber operations-peculiar requirements,
transition plans, and any other matters the Secretary determines
relevant.</text></subsection></section>

<section id="H6C26538D57384836BAC5B44D3E73CBB8"><enum>1641.</enum><header>Role of Chief
Information Officer in improving enterprise-wide cybersecurity</header>

<subsection id="H3DA612538BDF41D88D790E7FD26FDE90"><enum>(a)</enum><header>In
general</header><text>In carrying out the responsibilities established in section 142
of title 10, United States Code, the Chief Information Officer of the Department of
Defense shall, to the maximum extent practicable, ensure that the cybersecurity
programs and capabilities of the Department—"</text>

<paragraph id="HF157922000CE41E289D521D0DFC59012"><enum>(1)</enum><text>fit into an
enterprise-wide cybersecurity architecture;</text></paragraph>

<paragraph id="H9874AF7B636F4382A5043A5280E16CDB"><enum>(2)</enum><text>are maximally
interoperable with each other, including those programs and capabilities deployed by
the components of the Department;</text></paragraph>

<paragraph id="H592F158507D1409F9BAC07DFB355B220"><enum>(3)</enum><text>enhance
enterprise-level visibility and responsiveness to threats; and</text></paragraph>

<paragraph id="HA84F44A5A5414B6D8AE21288F31903F3"><enum>(4)</enum><text>are developed,
procured, instituted, and managed in a cost-efficient manner, exploiting economies of
scale and enterprise-wide services and discouraging unnecessary customization and
piecemeal acquisition.</text></paragraph></subsection>

<subsection
id="HCC76EFF1581F44AA9696410B867A6758"><enum>(b)</enum><header>Requirements</header><te
xt>In carrying out subsection (a), the Chief Information Officer shall—"</text>

<paragraph id="H8BEC53611A504F92AAFB2BB6641513E1"><enum>(1)</enum><text>manage and
modernize the cybersecurity architecture of the Department, including—"</text>

<subparagraph id="H07423B2096F54C549A5006011771ACCF"><enum>(A)</enum><text>ensuring the
cybersecurity architecture of the Department maximizes cybersecurity capability,
network, and endpoint activity data sharing across Department
components;</text></subparagraph>

<subparagraph id="H77155EAE392B41E29F3CBFBD33339E54"><enum>(B)</enum><text>ensuring the
cybersecurity architecture of the Department supports improved automaticity of
cybersecurity detection and response; and</text></subparagraph>

<subparagraph id="HE08BE6E77C684A4B839BB123FDEBA433"><enum>(C)</enum><text>modernizing
and configuring the Department's standardized deployed perimeter, network-level, and
endpoint capabilities to improve interoperability, meet pressing capability needs, and
negate common adversary tactics, techniques, and
procedures;</text></subparagraph></paragraph>
```

WASHSTATEC015280

<paragraph id="H9F2BF794A3C8497BB757E091DBD6865F"><enum>(2)</enum><text>establish mechanisms to enable and mandate, as necessary, cybersecurity capability and network and endpoint activity data-sharing across Department components;</text></paragraph>

<paragraph id="H14B3200E386346C78F778AA2506C7739"><enum>(3)</enum><text>make mission data, through data tagging, automatic transmission, and other means, accessible and discoverable by Department components other than owners of such mission data;</text></paragraph>

<paragraph id="H9C4B8A065E844037ADE0D652F2579C9B"><enum>(4)</enum><text>incorporate into the cybersecurity architecture of the Department emerging cybersecurity technologies from the Defense Advanced Research Projects Agency, the Strategic Capabilities Office, the Defense Innovation Unit, the laboratories of the military departments, and the commercial sector;</text></paragraph>

<paragraph id="H266CA25B959C42BEADE50985E9ADBE52"><enum>(5)</enum><text>ensure that the Department possesses the necessary computing infrastructure, through technology refresh, installation or acquisition of bandwidth, and the use of cloud computing power, to host and enable necessary cybersecurity capabilities; and</text></paragraph>

<paragraph id="H0AC67B1837864F7F8DE0268AD8E20B5C"><enum>(6)</enum><text display-inline="yes-display-inline">utilize the Department's cybersecurity expertise to improve cybersecurity performance, operations, and acquisition, including—"</text>

<subparagraph id="H30091D793ABA497CABB473F16D57D3A3"><enum>(A)</enum><text>the cybersecurity testing, architecting, and engineering expertise of the National Security Agency; and</text></subparagraph>

<subparagraph id="H41DDF32DC80645C5A7B8C98FDA93FEFD"><enum>(B)</enum><text>the technology policy, workforce, and engineering expertise of the Defense Digital Service.</text></subparagraph></paragraph></section>

<section id="HADF19202A04C4857BD86F90D7B6AD6EE"><enum>1642.</enum><header>Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace</header>

<subsection id="HF424EABD47DF43B0908BA503DE306BD9"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall provide written notification to the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate of the following:</text>

<paragraph id="H1600577DEFDC4D4AA23E6DD74B2255BE"><enum>(1)</enum><text>Authorities delegated to the Secretary by the President for military operations in cyberspace that are otherwise held by the National Command Authority, not later than 15 days after any such delegation. A notification under this paragraph shall include a description of the authorities delegated to the Secretary.</text></paragraph>

<paragraph id="H2020E227B8A74C2CB9A245D63373240D"><enum>(2)</enum><text>Concepts of operations approved by the Secretary pursuant to delegated authorities described in paragraph (1), not later than 15 days after any such approval. A notification under this paragraph shall include the following:</text>

<subparagraph id="HAB111458B1574CF8BC192EE0EB70345C"><enum>(A)</enum><text>A description of authorized activities to be conducted or planned to be conducted pursuant to such authorities.</text></subparagraph>

<subparagraph id="H7D1BD7AAFA8A48149DF25358A5147F06"><enum>(B)</enum><text>The defined military objectives relating to such authorities.</text></subparagraph>

<subparagraph id="H7177E33E7DE642079BEA5DDE50829E2C"><enum>(C)</enum><text>A list of countries in which such authorities may be exercised.</text></subparagraph>

<subparagraph id="H6BFC84B406284348BFA8EBFF72F31DB5"><enum>(D)</enum><text>A description of relevant orders issued by the Secretary in accordance with such authorities.</text></subparagraph></paragraph></subsection>

<subsection id="H0EF34747F6CA4699AE15BE078A01C281"><enum>(b)</enum><header>Procedures</header>

<paragraph id="HCE33075BBBCF4C528D5B5B73376B6B91"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall establish and submit to the Committee on Armed Services of the House of Representatives and the Committee on Armed

Services of the Senate procedures for complying with the requirements of subsection
(a), consistent with the national security of the United States and the protection of
operational integrity. The Secretary shall promptly notify such committees in writing
of any changes to such procedures at least 14 days prior to the adoption of any such
changes.</text></paragraph>

<paragraph
id="H47290D7CD63944FB8CEE0DBCEB7B0D78"><enum>(2)</enum><header>Sufficiency</header><tex
t>The Committee on Armed Services of the House of Representatives and the Committee on
Armed Services of the Senate shall ensure that committee procedures designed to protect
from unauthorized disclosure classified information relating to national security of
the United States are sufficient to protect the information that is submitted to such
committees pursuant to this section.</text></paragraph>

<paragraph id="HB75A18ADF90242DFA6D534D42A8E7647"><enum>(3)</enum><header>Notification
in event of unauthorized disclosure</header><text>In the event of an unauthorized
disclosure of authorities covered by this section, the Secretary of Defense shall
ensure, to the maximum extent practicable, that the Committee on Armed Services of the
House of Representatives and the Committee on Armed Services of the Senate are notified
immediately. Notification under this paragraph may be verbal or written, but in the
event of a verbal notification, a written notification signed by the Secretary shall be
provided by not later than 48 hours after the provision of such verbal
notification.</text></paragraph></subsection></section>

<section id="H661E163742CC405C9FB69BCD1F397D91" section-type="subsequent-
section"><enum>1643.</enum><header>Limitation of funding for Consolidated Afloat
Networks and Enterprise Services</header><text display-inline="no-display-inline">Of
the funds authorized to be appropriated by this Act for fiscal year 2020 for the
Consolidated Afloat Networks and Enterprise Services, not more than 85 percent of such
funds may be obligated or expended until the Secretary of the Navy and the Chief
Information Officer of the Department of Defense independently certify to the
congressional defense committees, the Permanent Select Committee on Intelligence of the
House of Representatives, and the Select Committee on Intelligence of the Senate that
recommendations in the Audit of Consolidated Afloat Networks and Enterprise Services
Security Safeguards (DODIG-2019-072) have been implemented.</text></section>

<section id="H0C727E3010524EEBAD9D7AC92E90B3EE"><enum>1644.</enum><header>Annual
military cyberspace operations report</header>

<subsection id="H0FD091D0814042178E4E846BEA20BE72"><enum>(a)</enum><header>In
general</header><text>Not later than March 1 of each year, the Secretary of Defense
shall provide to the congressional defense committees a written report summarizing all
named military cyberspace operations conducted in the previous calendar year, including
cyber effects, operations, cyber effects enabling operations, and cyber operations
conducted as defensive operations. Each such summary should be organized by adversarial
country and should include the following for each named operation:</text>

<paragraph id="H5FEE1B5BF0C1472EA0475D576F98E55E"><enum>(1)</enum><text>An
identification of the objective and purpose.</text></paragraph>

<paragraph id="HFC874D024DE446CCB51A324AF7D7A600"><enum>(2)</enum><text>Descriptions of
the impacted countries, organizations, or forces, and nature of the
impact.</text></paragraph>

<paragraph id="H9C6DC12E7C7945CDA8D9D748C2FE9A14"><enum>(3)</enum><text>A description
of methodologies used for the cyber effects operation or cyber effects enabling
operation.</text></paragraph>

<paragraph id="H0B8538385D3F46F5B0726BAE5F78DF1B"><enum>(4)</enum><text>An
identification of the Cyber Mission Force teams, or other Department of Defense entity
or units, that conducted such operation, and supporting teams, entities, or
units.</text></paragraph>

<paragraph id="H1E382DC240D54804BD5FC81877012E5E"><enum>(5)</enum><text>An
identification of the infrastructures on which such operations
occurred.</text></paragraph>

<paragraph id="H5DCEA39F63584CE2AF5F60B7A8B282FD"><enum>(6)</enum><text>A description
of relevant legal, operational, and funding authorities.</text></paragraph>

WASHSTATEC015282

<paragraph id="HE8CCA0C1FA1B48DE84B24C08246B5074"><enum>(7)</enum><text>Additional costs beyond baseline operations and maintenance and personnel costs directly associated with the conduct of the cyber effects operation or cyber effects enabling operation.</text></paragraph>

<paragraph id="HA65F30B27D2E427FAA65D766DBC5F0EC"><enum>(8)</enum><text>Any other matters the Secretary determines relevant.</text></paragraph></subsection>

<subsection id="H044112190C6647D3862ABBA79C3B0D2A"><enum>(b)</enum><header>Classification</header><text>The Secretary of Defense shall provide each report required under subsection (a) at a classification level the Secretary determines appropriate.</text></subsection>

<subsection id="HD9128EAB5B784E96B503DC820E559718"><enum>(c)</enum><header>Limitation</header><text>This section does not apply to cyber-enabled military information support operations or military deception operations.</text></subsection></section>

<section id="HE63F3E4DC6F9484AA324C9DA60040B87" section-type="subsequent-section"><enum>1645.</enum><header>Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities</header>

<subsection id="H4FE0E05360DC49119F42FCF22059515B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and each fiscal year thereafter through fiscal year 2023, the Principal Cyber Advisor to the Secretary of Defense and Chief Information Officer of the Department of Defense shall submit to the congressional defense committees a report on cyber attacks and intrusions in the previous 12 months by agents or associates of the Governments of the Russian Federation, the Peopleâ€™s Republic of China, the Islamic Republic of Iran, and the Democratic Peopleâ€™s Republic of Korea against or into the information systems (as such term is defined in section 3502 of title 44, United States Code) ofâ€"</text>

<paragraph id="HC3F9D2BBF5824AF7A490474553E6FEAA"><enum>(1)</enum><text display-inline="yes-display-inline">the Department of Defense; and</text></paragraph>

<paragraph id="HF4267FEBFE8D465DAD1F61B1E32B20DD"><enum>(2)</enum><text display-inline="yes-display-inline">any contractor of the Department of Defense that works on sensitive United States military technology.</text></paragraph></subsection>

<subsection id="H468201CF7F1E40C7A6AAF24B91B25344"><enum>(b)</enum><header>Form</header><text display-inline="yes-display-inline">The report required by subsection (a) shall be submitted in classified form. The data in such report shall be aggregated from U.S. Cyber Command, the Defense Information Systems Agency, the military services and Department of Defense agencies, the Joint Staff, and the Office of the Secretary of Defense.</text></subsection></section>

<section id="HF510AB1A8A7B46AC8E7D782E4E243F66"><enum>1646.</enum><header>Control and analysis of Department of Defense data stolen through cyberspace</header>

<subsection id="H13336ABAA1D0495E943CCB24F97346B1"><enum>(a)</enum><header>Requirements</header><text>If the Secretary of Defense determines that significant Department of Defense data may have been stolen through cyberspace and evidence of theft of the data in questionâ€"</text>

<paragraph id="H2A4088476B3D43DEB56E8A939ABF0662"><enum>(1)</enum><text>is in the possession of a component of the Department, the Secretary shallâ€"</text>

<subparagraph id="H8647A312C2494836B07AEB85A9208444"><enum>(A)</enum><text>either transfer or replicate and transfer such Department data in a prompt and secure manner to a secure repository with access by Department personnel appropriately limited on a need-to-know basis or otherwise ensure such consistent access to the relevant data by other means;</text></subparagraph>

<subparagraph id="H0BE4388CD9D2442AB7530ABD45B271E9"><enum>(B)</enum><text>ensure the Department applies such automated analytic tools and capabilities to the repository of potentially compromised data as are necessary to rapidly understand the scope and effect of the potential compromise;</text></subparagraph>

WASHSTATEC015283

<subparagraph id="H05D0DB40D779455998CE0808AA55175E"><enum>(C)</enum><text>for high priority and mission critical Department systems, develop analytic products that characterize the scope of data compromised;</text></subparagraph>

<subparagraph id="HC0655BEA75A346BD8EACBD48D22DE2F4"><enum>(D)</enum><text>ensure that relevant mission-affected entities in the Department are made aware of the theft or possible theft and, as damage assessment and mitigation proceeds, are kept apprised of the extent of the data stolen; and</text></subparagraph>

<subparagraph id="H8F304E602BB149BC8DA345B4830E0864"><enum>(E)</enum><text>ensure that Department counterintelligence organizations areâ€"</text>

<clause id="HCCD02125253B44CE9E3DF4BE14F23966"><enum>(i)</enum><text>fully integrated with any damage assessment team assigned to the breach;</text></clause>

<clause id="H097B3969FDC04782BAB9B26F413F8E85"><enum>(ii)</enum><text>fully informed of the data that have or potentially have been stolen and the effect of such theft; and</text></clause>

<clause id="H43BF83F0881A435FB07CF6F023EA3DB3"><enum>(iii)</enum><text>provided resources and tasked, in conjunction with subject matter experts and responsible authorities, to immediately and appropriately respond, including through the development and execution of relevant countermeasures, to any breach involving espionage and data theft; or</text></clause></subparagraph></paragraph>

<paragraph id="H5C4D9B0AEEE94F17A09C5742D94B5639"><enum>(2)</enum><text>is in the possession of or under controls or restrictions imposed by the Federal Bureau of Investigation, or a national counterintelligence or intelligence organization, the Secretary shall determine, jointly with the Director of the Federal Bureau of Investigation or the Director of National Intelligence, as appropriate, the most expeditious process, means, and conditions for carrying out the activities otherwise required by paragraph (1).</text></paragraph></subsection>

<subsection id="HEA870FF9F3354DC189E5B51A80EC44B5"><enum>(b)</enum><header>Recommendations</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees such recommendations as the Secretary may have for legislative or administrative action to address such barriers that may be inhibiting the implementation of this section.</text></subsection></section>

<section id="HC0485C3BC67D48BDA39B02724A54C9EC"><enum>1647.</enum><header>Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products</header>

<subsection id="H38374E3CBDF44CAFA501B9CA20F342B5"><enum>(a)</enum><header>Advisory mission</header><text>The National Security Agency shall, as a mission in its role in securing the information systems of the Department of Defense, advise and assist the Department of Defense in its evaluation and adoption of cybersecurity products and services from industry, especially the commercial cybersecurity sector.</text></subsection>

<subsection id="H61C8EA7AF3E94E81934F4E4D09C2F991"><enum>(b)</enum><header>Program to improve acquisition of cybersecurity products and services</header>

<paragraph id="H08D72951E5734D99BA9F61DA7FA03831"><enum>(1)</enum><header>Establishment</header><text>Consistent with subsection (a), the Director of the National Security Agency shall establish a permanent program consisting of market research, testing, and expertise transmission, or augments to existing programs, to improve the evaluation by the Department of Defense of cybersecurity products and services.</text></paragraph>

<paragraph id="HA67364E9B0854DDFAFF4C0B4077023ED"><enum>(2)</enum><header>Requirements</header><text>Under the program established pursuant to paragraph (1), the Director shall, independently and at the request of the components of the Department of Defenseâ€"</text>

<subparagraph id="H606951145BD84A14B011893FFFB87BA5"><enum>(A)</enum><text>test and evaluate commercially available cybersecurity products and services usingâ€"</text>

```
<clause id="H384B1118708347C7BDC5EBBDDD415BCE"><enum>(i)</enum><text>generally known
cyber operations techniques; and</text></clause>

<clause id="H86574FD0911441B799711320A4A59F59"><enum>(ii)</enum><text>tools and cyber
operations techniques and advanced tools and techniques available to the National
Security Agency;</text></clause></subparagraph>

<subparagraph id="H594D7ACB9F304B76B80E1741D7D9E4D5"><enum>(B)</enum><text>develop and
establish standard procedures, techniques, and threat-informed metrics to perform the
testing and evaluation required by subparagraph (A); and</text></subparagraph>

<subparagraph id="HA99CBEDAE37D47DB9D4A80085A46175A"><enum>(C)</enum><text>advise the
Chief Information Officer and the components of the Department of Defense on the merits
and disadvantages of evaluated cybersecurity products, including with respect
toâ€"</text>

<clause id="H2E73459B5AA04663A631304EA8054296"><enum>(i)</enum><text>any synergies
between products;</text></clause>

<clause
id="H2B2A403A6C6F4007ABC3B138D890DCAA"><enum>(ii)</enum><text>value;</text></clause>

<clause id="H89DE4C46FDFF4633A71394D2BC53A914"><enum>(iii)</enum><text>matters relating
to operation and maintenance; and</text></clause>

<clause id="H66EAE0A5EDEC486D8FB21AAAC55BFE5F"><enum>(iv)</enum><text>matters relating
to customization requirements.</text></clause></subparagraph></paragraph>

<paragraph
id="HD57D1AC55C1742818E90C321D01F5B6F"><enum>(3)</enum><header>Limitations</header><tex
t>The program established under paragraph (1) may notâ€"</text>

<subparagraph id="H8BC1C1B3AB0641D8A5E4C968B22913B7"><enum>(A)</enum><text>by used to
accredit cybersecurity products and services for use by the
Department;</text></subparagraph>

<subparagraph id="HF0D4C82272534591B8E6EDE3BF909C88"><enum>(B)</enum><text>create
approved products lists; or</text></subparagraph>

<subparagraph id="HC90C285635904FB1AC04A4FD26273E7E"><enum>(C)</enum><text>be used for
the procurement and fielding of cybersecurity products on behalf of the
Department.</text></subparagraph></paragraph></subsection></section>

<section id="H687CC66681AA4A8DB6AFC9C25B715821"><enum>1648.</enum><header>Framework to
enhance cybersecurity of the United States defense industrial base</header>

<subsection id="HFCFDDA6D51E24DFC93F0F5AB40D004F0"><enum>(a)</enum><header>Framework
required</header><text>Not later than February 1, 2020, the Secretary of Defense shall
develop a consistent, comprehensive framework to enhance cybersecurity for the United
States defense industrial base.</text></subsection>

<subsection
id="H0FB9CC14432A4CCD87A0A049044CF1AB"><enum>(b)</enum><header>Elements</header><text>T
he framework developed pursuant to subsection (a) shall include the following:</text>

<paragraph id="H2285837D52BD4EFF8BD493B082E946D0"><enum>(1)</enum><text>Identification
of unified cybersecurity standards, regulations, metrics, ratings, third-party
certifications, or requirements to be imposed on the defense industrial base for the
purpose of assessing the cybersecurity of individual contractors.</text></paragraph>

<paragraph id="HA8C28BBFC5CD40339020BF570C43BD41"><enum>(2)</enum><text display-
inline="yes-display-inline">Roles and responsibilities of the Under Secretary of
Defense for Acquisition and Sustainment, the Under Secretary of Defense for
Intelligence and Security, the Chief Information Officer, the Director of the
Protecting Critical Technologies Task Force, and the Secretaries of the military
departments relating to the following:</text>

<subparagraph id="H31C48341DF7D4A7A979313ABC33511DD"><enum>(A)</enum><text>Establishing
and ensuring compliance with cybersecurity standards, regulations, and
policies.</text></subparagraph>

<subparagraph
```

WASHSTATEC015285

```
id="H0C57AA2CC5174D5DA9281F809799FEB3"><enum>(B)</enum><text>Deconflicting existing
cybersecurity standards, regulations, and policies.</text></subparagraph>

<subparagraph id="H877C28F3779D413AADC14540B4B8F12B"><enum>(C)</enum><text>Coordinating
with and providing assistance to the defense industrial base for cybersecurity matters,
particularly as relates to the programs and processes described in paragraphs (8) and
(9).</text></subparagraph>

<subparagraph id="H6035599894FC40D5A406A35545508FF1"><enum>(D)</enum><text display-
inline="yes-display-inline">Management and oversight of the acquisition process,
including responsibility determination, solicitation, award, and contractor management,
relating to cybersecurity standards, regulations, metrics, ratings, third-party
certifications, or requirements.</text></subparagraph></paragraph>

<paragraph id="H1DBB3DEE8D9F4A1BBC5FF6C115274EEA"><enum>(3)</enum><text>The
responsibilities of the prime contractors, and all subcontractors in the supply chain,
for implementing the required cybersecurity standards, regulations, metrics, ratings,
third-party certifications, and requirements identified under paragraph
(1).</text></paragraph>

<paragraph id="H76EC316337C5450B843E744AD555241E"><enum>(4)</enum><text>Definitions for
<quote>Controlled Unclassified Information</quote> (CUI) and <quote>For Official Use
Only</quote> (FOUO), as well as policies regarding protecting information designated as
either of such.</text></paragraph>

<paragraph id="H59384526332A4E5FAEEDF69D97915071"><enum>(5)</enum><text>Methods and
programs for managing controlled unclassified information, and for limiting the
presence of unnecessary sensitive information on contractor
networks.</text></paragraph>

<paragraph id="H0C31D93C495B4902A406A20E9E903037"><enum>(6)</enum><text>A plan to
provide implementation guidance, education, manuals, and, as necessary, direct
technical support or assistance, to contractors on matters relating to
cybersecurity.</text></paragraph>

<paragraph id="HCF61A3D25E764133B6224561D06B7895"><enum>(7)</enum><text>Quantitative
metrics for assessing the effectiveness of the overall framework over time, with
respect to the exfiltration of controlled unclassified information from the defense
industrial base.</text></paragraph>

<paragraph id="H2EF0322AAF114A99B7CC269E84F3FB3F"><enum>(8)</enum><text>A comprehensive
list of current and planned Department of Defense programs to assist the defense
industrial base with cybersecurity compliance requirements of the Department, including
those programs that provide training, expertise, and funding, and maintain approved
security products lists and approved providers lists.</text></paragraph>

<paragraph id="H303F7A82B4484C9EB9DB9E5D752BEB1E"><enum>(9)</enum><text>Processes for
enhanced threat information sharing between the Department of Defense and the defense
industrial base.</text></paragraph></subsection>

<subsection id="H905378B77BA64C4180B169EF4875DE02"><enum>(c)</enum><header>Matters for
consideration</header><text>In developing the framework pursuant to subsection (a), the
Secretary shall consider the following:</text>

<paragraph id="H294D5CB27EA74FC98ED9F8B09809A657"><enum>(1)</enum><text>Designating an
official to be responsible for the cybersecurity of the defense industrial
base.</text></paragraph>

<paragraph id="HFDB008CF8E88408694271A2CF1AB8A85"><enum>(2)</enum><text>Risk-based
methodologies, standards, metrics, and tiered cybersecurity requirements for the
defense industrial base, including third-party certifications such as the Cybersecurity
Maturity Model Certification pilot program, as the basis for a mandatory Department
standard.</text></paragraph>

<paragraph id="HCA67397A170346E2BC7A19ADE6CB55B1"><enum>(3)</enum><text>Tailoring
cybersecurity requirements for small- and medium-sized contractors based on a risk-
based approach.</text></paragraph>

<paragraph id="H43A4624094B149D88CF832531B2C735C"><enum>(4)</enum><text display-
inline="yes-display-inline">Ensuring a consistent approach across the Department to
cybersecurity standards, regulations, metrics, ratings, third-party certifications, or
```

WASHSTATEC015286

requirements of the defense industrial base.</text></paragraph>

<paragraph id="H5EDDB766499F44B3A98F09F53CE0819C"><enum>(5)</enum><text>Ensuring the Departmentâ€™s traceability and visibility of cybersecurity compliance of suppliers to all levels of the supply chain.</text></paragraph>

<paragraph id="HF34C6B663F654F1DB0AD9F61516D21B9"><enum>(6)</enum><text>Evaluating incentives and penalties for cybersecurity performance of suppliers.</text></paragraph>

<paragraph id="H5A47BEFDDEC4419E9A5968857E2A67B1"><enum>(7)</enum><text>Integrating cybersecurity and traditional counterintelligence measures, requirements, and programs.</text></paragraph>

<paragraph id="H6759D06586A9439AB0AE4C94A156C0EC"><enum>(8)</enum><text>Establishing a secure software development environment (DevSecOps) in a cloud environment inside the perimeter of the Department for contractors to perform their development work.</text></paragraph>

<paragraph id="HF89724A0B16A4C718BB49A0A6897E91B"><enum>(9)</enum><text>Establishing a secure cloud environment through which contractors may access the data of the Department needed for their contract work.</text></paragraph>

<paragraph id="H43784162D84B4948B3EEAA8504AEB276"><enum>(10)</enum><text>An evaluation of the resources and utilization of Department programs to assist the defense industrial base in complying with cybersecurity compliance requirements referred to in subsection (b)(1).</text></paragraph>

<paragraph id="H084AFE6B95CE48BD8472733AAB148F2E"><enum>(11)</enum><text>Technological means, operational concepts, reference architectures, offensive counterintelligence operation concepts, and plans for operationalization to complicate adversary espionage, including honeypotting and data obfuscation.</text></paragraph>

<paragraph id="HB69104D77EE4491EA65D8D0037C90B4C"><enum>(12)</enum><text>Implementing enhanced security vulnerability assessments for contractors working on critical acquisition programs, technologies, manufacturing capabilities, and research areas.</text></paragraph>

<paragraph id="H0C2F8D53592D4476B747E1E4DDD97AB0"><enum>(13)</enum><text>Identifying ways to better leverage technology and employ machine learning or artificial intelligence capabilities, such as Internet Protocol monitoring and data integrity capabilities, to be applied to contractor information systems that host, receive, or transmit controlled unclassified information.</text></paragraph>

<paragraph id="HE80EB5A8E526485F9C98ECF4199A9C42"><enum>(14)</enum><text>Developing tools to easily segregate program data to only allow subcontractors access to their specific information.</text></paragraph>

<paragraph id="H16289BC39D344CC896BDC806A91952FC"><enum>(15)</enum><text>Appropriate communications of threat assessments of the defense industrial base to the acquisition workforce at all classification levels.</text></paragraph>

<paragraph id="HDF7A41AF0E094E89A3A9F619EDFB7AD1"><enum>(16)</enum><text>A single Sector Coordinating Council for the defense industrial base.</text></paragraph>

<paragraph id="H176677B5607145E3B89E184B5003BC42"><enum>(17)</enum><text>Appropriate communications with the defense industrial base on the impact of cybersecurity requirements in contracting and procurement decisions.</text></paragraph></subsection>

<subsection id="HA3E4C2E049384C188DB52BD1B2CEC6A0"><enum>(d)</enum><header>Consultation</header><text>In developing the framework required pursuant to subsection (a), the Secretary shall consult with the following:</text>

<paragraph id="H1A247E0AC9284B35890E9E316F7112A5"><enum>(1)</enum><text>Industry groups representing the defense industrial base.</text></paragraph>

<paragraph id="H8A709C515D13416996B14381503CFC9E"><enum>(2)</enum><text>Contractors in the defense industrial base.</text></paragraph>

<paragraph id="H93C49C8474844E68A1E5665E18072C1A"><enum>(3)</enum><text>The Director of the National Institute of Standards and Technology.</text></paragraph>

<paragraph id="H94B6FB81821B4F7B9382C610B12B9789"><enum>(4)</enum><text>The Secretary of Energy.</text></paragraph>

<paragraph id="H89CAE54BA6814A2F8CC990370203783F"><enum>(5)</enum><text>The Director of National Intelligence.</text></paragraph>

<paragraph id="H0F76B0FF016A485B9912AD6CD7569BB0"><enum>(6)</enum><text>Relevant Federal regulatory agencies.</text></paragraph></subsection>

<subsection id="HB617A9168B0F4C05804C102C7207C493"><enum>(e)</enum><header>Briefing</header>

<paragraph id="H8F0C1D028C3A4843AA430E536A52C21A"><enum>(1)</enum><header>In general</header><text>Not later than March 11, 2020, the Secretary of Defense shall provide the congressional defense committees with a briefing on the framework developed pursuant to subsection (a).</text></paragraph>

<paragraph id="HE904FB2AB7084DE991349F2D84EE16E1"><enum>(2)</enum><header>Contents</header><text>The briefing required by paragraph (1) shall include the following:</text>

<subparagraph id="HCE01101A733A4C81A1D60C33EBC0615A"><enum>(A)</enum><text>An overview of the framework developed pursuant to subsection (a).</text></subparagraph>

<subparagraph id="H3338D85235354CF4AF1E7AE7A28B0C8B"><enum>(B)</enum><text>Identification of such pilot programs as the Secretary considers may be required to improve the cybersecurity of the defense industrial base.</text></subparagraph>

<subparagraph id="H1F73EBB5B6E74743AA8BAA2CF93FE492"><enum>(C)</enum><text>Implementation timelines and identification of costs.</text></subparagraph>

<subparagraph id="H90BB384987A24B0BA84D5DA032F37E32"><enum>(D)</enum><text>Such recommendations as the Secretary may have for legislative action to improve the cybersecurity of the defense industrial base.</text></subparagraph></paragraph></subsection>

<subsection id="HCACE3F67B4D04F429D87CE517EAFF55F"><enum>(f)</enum><header>Quarterly briefings</header>

<paragraph id="H2E32A7733F224298BB7D101B1712606D"><enum>(1)</enum><header>In general</header><text>Not less frequently than once each quarter after the briefing provided pursuant to subsection (e) until February 1, 2022, the Secretary of Defense shall brief the congressional defense committees on the status of development and implementation of the framework developed pursuant to subsection (a).</text></paragraph>

<paragraph id="HAA29B74D698A4A7F80DEC3C3C9862A02"><enum>(2)</enum><header>Coordination with other briefings</header><text>Each briefing under paragraph (1) shall be conducted in conjunction with a quarterly briefing under section 484(a) of title 10, United States Code.</text></paragraph>

<paragraph id="HCD2DEEF6FA424260A4AD6801D66A07DA"><enum>(3)</enum><header>Elements</header><text>Each briefing under paragraph (1) shall include the following:</text>

<subparagraph id="HAE133FE642344A4EA629CF61D8074A8D"><enum>(A)</enum><text>The current status of the development and implementation of the framework developed pursuant to subsection (a).</text></subparagraph>

<subparagraph id="H620DBF5F796B4F3DAC88FC29BBAD85D5"><enum>(B)</enum><text>A description of the efforts undertaken by the Secretary to evaluate the matters for consideration set forth in subsection (c).</text></subparagraph>

<subparagraph id="H375AE78351B14FCEB07D085E651A503F"><enum>(C)</enum><text>The current status of any pilot programs the Secretary is carrying out to develop the framework.</text></subparagraph></paragraph></subsection></section>

<section id="H709EAB3F27354D2D925E55BD5F4D0AE9"><enum>1649.</enum><header>Report on cybersecurity training programs</header><text display-inline="no-display-inline">Not later than 240 days after the date of the enactment of this Act, the Secretary of

WASHSTATEC015288

Defense shall submit to the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate a report that accounts for all of the efforts, programs, initiatives, and investments of the Department of Defense to train elementary, secondary, and postsecondary students in fields related to cybersecurity, cyber defense, and cyber operations. The report shallâ€"</text>

<paragraph id="H842D2E72CECA46699F0C75386AB13162"><enum>(1)</enum><text>include information on the metrics used to evaluate such efforts, programs, initiatives, and investments, and identify overlaps or redundancies across the such efforts, programs, initiatives, and investments; and</text></paragraph>

<paragraph id="H824A3899AC9041E9AD9E1DADC6C158D2"><enum>(2)</enum><text>address how the Department leverages such efforts, programs, initiatives, and investments in the recruitment and retention of both the civilian and military cyber workforces.</text></paragraph></section>

<section id="H89307DC272FF4C409ECB07DCF1A889A2" section-type="subsequent-section"><enum>1650.</enum><header>National Security Presidential Memorandums relating to Department of Defense operations in cyberspace</header><text display-inline="no-display-inline">Not later than 30 days after the date of the enactment of this Act, upon request of the congressional defense committees, the President shall allow for such committees to read a copy of all National Security Presidential Memorandums relating to Department of Defense operations in cyberspace at an appropriately cleared facility of the requesting committeeâ€™s choosing. At the conclusion of such reading, such documents shall be collected and returned to the President.</text></section>

<section id="H937858E186F3476D976AB151B629ADA4"><enum>1651.</enum><header>Reorientation of Big Data Platform program</header>

<subsection id="H9AF0E97AB38845BFA8CFA86E7B89E1E8"><enum>(a)</enum><header>Reorientation of program</header>

<paragraph id="HEA63DCFE148A4E3485FC2A3370C79EE0"><enum>(1)</enum><header>In general</header><text>Not later than January 1, 2021, the Secretary of Defense shallâ€"</text>

<subparagraph id="H8251072EFF79495EA33384D8ECF93F60"><enum>(A)</enum><text>reorient the Big Data Platform program as specified in this section; and</text></subparagraph>

<subparagraph id="H9BB4428B5EBC4F7F95DF1452CF5D36C3"><enum>(B)</enum><text>align the reorientation effort under an existing line of effort of the Cyber Strategy of the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="HEB25ADBC469C4958A252EC3CDC4CB789"><enum>(2)</enum><header>Oversight of implementation</header><text>The Secretary shall act through the Principal Cyber Advisor and the supporting Cross Functional Team in the oversight of the implementation of paragraph (1).</text></paragraph></subsection>

<subsection id="HED517BCADBCD4B23912671381EE7574D"><enum>(b)</enum><header>Common baseline and security classification scheme</header>

<paragraph id="H938CC5975009466F80C89AF0ECFB3054"><enum>(1)</enum><header>In general</header><text>Not later than January 1, 2021, the Secretary shall establish a common baseline and security classification scheme for the collection, storage, processing, querying, analysis, and accessibility of a common and comprehensive set of metadata from sensors, applications, appliances, products, and systems deployed across the Department of Defense Information Network (DODIN) to enable the discovery, tracking, and remediation of cybersecurity threats.</text></paragraph>

<paragraph id="H2C040A3CEF9644D5B9E6DCB66BE2B324"><enum>(2)</enum><header>Requirements</header><text>In carrying out paragraph (1), the Secretary shallâ€"</text>

<subparagraph id="H09EA15E9C4DD4A6E8EA1C47A1EFFD208"><enum>(A)</enum><text>take such actions as the Secretary considers necessary to standardize deployed infrastructure, including the Department of Defenseâ€™s perimeter capabilities at the Internet Access Points, the Joint Regional Security Stacks, or other approved solutions, and the routing of data laterally and vertically from Department of Defense Information Network segments and tiers, to enable standard and comprehensive metadata collection;</text></subparagraph>

WASHSTATEC015289

&lt;subparagraph id="HFBB00B4BCE9D42B79E24C305EE0B5A72"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;take such actions as the Secretary considers necessary to standardize deployed cybersecurity applications, products, and sensors and the routing of data laterally and vertically from Department of Defense Information Network segments and tiers, to enable standard and comprehensive metadata collection;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HBCB5788E2FC1402082E1AC63F9D836FA"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;develop an enterprise-wide architecture and strategy for&#226;&#8364;"&lt;/text&gt;

&lt;clause id="HCC7868C65ABC487BB11BB298D5B76312"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;where to place sensors or extract data from network information technology, operational technology, and cybersecurity appliances, applications, products, and systems for cybersecurity purposes;&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="HCE6A9CB94D6540DFB7081FC5EE10E01B"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;which metadata data records should be universally sent to Big Data Platform instances and which metadata data records, if any, should be locally retained; and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H3DDA129D8B8642968C77469A2614C7F0"&gt;&lt;enum&gt;(iii)&lt;/enum&gt;&lt;text&gt;expeditiously and efficiently transmitting metadata records to the Big Data Platform instances, including the acquisition and installation of further data bandwidth;&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HF4C83B455AC64EC68011CBDF5E684D7E"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text&gt;determine the appropriate number, organization, and functions of separate Big Data Platform instances, and whether the Big Data Platform instances that are currently managed by Department of Defense components, including the military services, should instead be jointly and regionally organized, or terminated;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H0BF6898C31884E2A972ABBDFF8827780"&gt;&lt;enum&gt;(E)&lt;/enum&gt;&lt;text&gt;determine the appropriate roles of the Defense Information Systems Agency&#226;&#8364;&#8482;s Acropolis, United States Cyber Command&#226;&#8364;&#8482;s Scarif, and any similar Big Data Platforms as enterprise-wide real-time cybersecurity situational awareness capabilities or as complements or replacements for component level Big Data Platform instances;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H6ABB4936506049D98254FC6CFAEC360A"&gt;&lt;enum&gt;(F)&lt;/enum&gt;&lt;text&gt;ensure that all Big Data Platform instances are engineered and approved to enable standard access and expeditious query capabilities by the Unified Platform, the network defense service providers, and the Cyber Mission Forces, with centrally managed authentication and authorization services;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HFF345254516144529FB84BC1303F6C8E"&gt;&lt;enum&gt;(G)&lt;/enum&gt;&lt;text&gt;prohibit and remove barriers to information sharing, distributed query, data analysis, and collaboration across Big Data Platform instances, such as incompatible interfaces, interconnection service agreements, and the imposition of accreditation boundaries;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H9499A42C5C0442D08D18CFB15C5AC0AE"&gt;&lt;enum&gt;(H)&lt;/enum&gt;&lt;text&gt;transition all Big Data Platform instances to a cloud computing environment in alignment with the cloud strategy of the Chief Information Officer of the Department of Defense;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H2C2121B4E3934EBEBE7C075A03134700"&gt;&lt;enum&gt;(I)&lt;/enum&gt;&lt;text&gt;consider whether packet capture databases should continue to be maintained separately from the Big Data Platform instances, managed at the secret level of classification, and treated as malware-infected when the packet data are copies of packets extant in the Department of Defense Information Network;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H8F3CCE5AB9EE4D7E88B3EF66698DE2CC"&gt;&lt;enum&gt;(J)&lt;/enum&gt;&lt;text&gt;in the case that the Secretary decides to sustain the status quo on packet capture databases, ensure that analysts operating on or from the Unified Platform, the Big Data Platform instances, the network defense services providers, and the Cyber Mission Forces can directly access packets and query the database; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H51A5E8EF6A0B431D9A6D7E36A8BD50FD"&gt;&lt;enum&gt;(K)&lt;/enum&gt;&lt;text&gt;consider whether the Joint Artificial Intelligence Center&#226;&#8364;&#8482;s cybersecurity artificial intelligence national mission initiative, and any other similar initiatives, should include an application for the metadata residing in the Big Data Platform instances.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HD2D7CA87958E435292AD79C209A121E8"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Limit on

data and data indexing schema</header><text>The Secretary shall ensure that the Unified Platform and the Big Data Platform programs achieve data and data indexing schema standardization and integration to ensure interoperability, access, and sharing by and between Big Data Platform and other data sources and stores.</text></subsection>

<subsection id="H4659F151AD5949AEBE8472AD273ABCB7"><enum>(d)</enum><header>Analytics and application sourcing and collaboration</header><text display-inline="yes-display-inline">The Secretary shall ensure that the services, U.S. Cyber Command, and Defense Information Systems Agency—</text>

<paragraph id="HD715C45D5DA14366B0FDEABAAD9F5ECC"><enum>(1)</enum><text>seek advanced analytics and applications from Government and commercial sources that can be executed on the deployed Big Data Platform architecture; and</text></paragraph>

<paragraph id="HB04C3C93E23844C1ACAC31F93D337AA0"><enum>(2)</enum><text>collaborate with vendors offering commercial analytics and applications, including support to refactoring commercial capabilities to the Government platform where industry can still own the intellectual property embedded in the analytics and applications.</text></paragraph></subsection>

<subsection id="H751A3FF67C7748C5B04762A7B8313098"><enum>(e)</enum><header>Briefing required</header><text>Not later than 180 days after the date of the enactment of this Act and not less frequently than once every 180 days thereafter until the activities required by subsection (a)(1) are completed, the Secretary shall brief the congressional defense committees on the activities of the Secretary in carrying out subsection (b).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HBF7CFF5240474CB5B9A4B22CEBA74C04" section-type="subsequent-section"><enum>1652.</enum><header display-inline="yes-display-inline">Zero-based review of Department of Defense cyber and information technology personnel</header>

<subsection commented="no" display-inline="no-display-inline" id="H8ACAB0DFC28548009366A1568C2C9E69"><enum>(a)</enum><header display-inline="yes-display-inline">Review required</header><text display-inline="yes-display-inline">Not later than January 1, 2021, each head of a covered department, component, or agency shall—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF4FA763F5C7F455AA527BF0C888AADD4"><enum>(1)</enum><text display-inline="yes-display-inline">complete a zero-based review of the cyber and information technology personnel of the head's covered department, component, or agency; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H769FC0B3F14843CB9F15487D07BF8296"><enum>(2)</enum><text display-inline="yes-display-inline">provide the Principal Cyber Advisor, the Chief Information Officer of the Department of Defense, and the Under Secretary of Defense for Personnel and Readiness the findings of the head with respect to the head's covered department, component, or agency.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H22EB13D6DB66436F9C77C8ADA00BFE87"><enum>(b)</enum><header display-inline="yes-display-inline">Covered departments, components, and agencies</header><text display-inline="yes-display-inline">For purposes of this section, a covered department, component, or agency is—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HCC9DA225C0DF44A88EE1ABA3188E183B"><enum>(1)</enum><text display-inline="yes-display-inline">an independent Department of Defense component or agency;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD435F2962DD34B0CAFA2A49753E6D0CD"><enum>(2)</enum><text display-inline="yes-display-inline">the Office of the Secretary of Defense;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9DDB1636FDFF42CD931431C1A1B64E1D"><enum>(3)</enum><text display-inline="yes-display-inline">a component of the Joint Staff;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

WASHSTATEC015291

```
id="H707FA3479D3444158688B661CF162AB0"><enum>(4)</enum><text display-inline="yes-
display-inline">a military department or an armed force; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB16D6DE3C1E7422092206A0904268043"><enum>(5)</enum><text display-inline="yes-
display-inline">a reserve component of the Armed
Forces.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H349B8DEBE98C47BF88DAA561845F07A2"><enum>(c)</enum><header display-inline="yes-
display-inline">Scope of review</header><text display-inline="yes-display-inline">As
part of a review conducted pursuant to subsection (a)(1), the head of a covered
department, component, or agency shall, with respect to the covered department,
component, or agency of the headâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HBBFF82995B5343E6ABDE0294D10C0FED"><enum>(1)</enum><text display-inline="yes-
display-inline">assess military, civilian, and contractor positions and personnel
performing cyber and information technology missions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3459C3A9386B4417B0A77980526D594E"><enum>(2)</enum><text display-inline="yes-
display-inline">determine the roles and functions assigned by reviewing existing
position descriptions and conducting interviews to quantify the current workload
performed by military, civilian, and contractor workforce;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H183B8EFC062E445BBBB6EB1BA55BEEF2"><enum>(3)</enum><text display-inline="yes-
display-inline">compare the Departmentâ€™s manning with the manning of comparable
industry organizations;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1A59652185EA49D2817CD8A520557968"><enum>(4)</enum><text display-inline="yes-
display-inline">include evaluation of the utility of cyber- and information technology-
focused missions, positions, and personnel within such componentsâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H569D8135BAB64A809B21A8D4FCE80CF8"><enum>(A)</enum><text display-inline="yes-
display-inline">to assess the effectiveness and efficiency of current
activities;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H01B6B13B350947948413A0247DE42BE2"><enum>(B)</enum><text display-inline="yes-
display-inline">to assess the necessity of increasing, reducing, or eliminating
resources; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H86CAF35283CE4BFF9B15F44556C07BF4"><enum>(C)</enum><text display-inline="yes-
display-inline">to guide prioritization of investment and
funding;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFE79551D57AC4E70ACBAFC36ACB88C99"><enum>(5)</enum><text display-inline="yes-
display-inline">develop recommendations and objectives for organizational, manning, and
equipping change, taking into account anticipated developments in information
technologies, workload projections, automation and process enhancements, and Department
requirements;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCAA92841D9014F3E95F62CDEE3F1D64D"><enum>(6)</enum><text display-inline="yes-
display-inline">develop a gap analysis, contrasting the current organization and the
objectives developed pursuant to paragraph (5); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3E1199D7202A4D3698847320D4183D99"><enum>(7)</enum><text display-inline="yes-
display-inline">develop roadmaps of prioritized activities and a timeline for
implementing the activities to close the gaps identified pursuant to paragraph
(6).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HA138C1F10A274726AA7D163F34E3AF62"><enum>(d)</enum><header display-inline="yes-
```

```
display-inline">Elements</header><text display-inline="yes-display-inline">In carrying
out a review pursuant to subsection (a)(1), the head of a covered department,
component, or agency shall consider the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H96F2D9FCA5EA4B23BC924F2F884BF927"><enum>(1)</enum><text display-inline="yes-
display-inline">Whether position descriptions and coding designators for given
cybersecurity and information technology roles are accurate indicators of the work
being performed.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H152E0489F4AC4FFDA5E4EBA48934DEE5"><enum>(2)</enum><text display-inline="yes-
display-inline">Whether the function of any cybersecurity or information technology
position or personnel can be replaced by acquisition of cybersecurity or information
technology products or automation.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H56637D5FBE634624A1771B206A180F21"><enum>(3)</enum><text display-inline="yes-
display-inline">Whether a given component or subcomponent is over- or under-resourced
in terms of personnel, using industry standards as a benchmark where
applicable.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H61FDFCE3BA8048698E029D6B0693EC0D"><enum>(4)</enum><text display-inline="yes-
display-inline">Whether cybersecurity service provider positions and personnel fit
coherently into the enterprise-wide cybersecurity architecture and with the
Departmentâ€™s cyber protection teams.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEB05CC814F28409592281956012384FB"><enum>(5)</enum><text display-inline="yes-
display-inline">Whether the function of any cybersecurity or information technology
position or personnel could be conducted more efficiently or effectively by enterprise-
level cyber or information technology personnel.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H44F92F2EAC88452382C97435B4A40594"><enum>(e)</enum><header display-inline="yes-
display-inline">Furnishing data and analysis</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H5DEFC05283E341A2A133055C2A9A6252"><enum>(1)</enum><header display-inline="yes-
display-inline">Data and analysis</header><text display-inline="yes-display-inline">In
carrying out subsection (a)(2), each head of a covered department, component, or
agency, shall furnish to the Principal Cyber Advisor, the Chief Information Officer,
and the Under Secretary a description of the analysis that led to the findings
submitted under such subsection and the data used in such analysis.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8348F1B44CCF4949AD3D83E36A1F2AD6"><enum>(2)</enum><header display-inline="yes-
display-inline">Certification</header><text display-inline="yes-display-inline">The
Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary of
Defense shall jointly review each submittal under subsection (a)(2) and certify whether
the findings and analysis are in compliance with the requirements of this
section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H86D2393409144A22ADCFF219213B3FEE"><enum>(f)</enum><header display-inline="yes-
display-inline">Recommendations</header><text display-inline="yes-display-inline">After
receiving findings submitted by a head of a covered department, component, or agency
pursuant to paragraph (2) of subsection (a) with respect to a review conducted by the
head pursuant to paragraph (1) of such subsection, the Principal Cyber Advisor, the
Chief Information Officer, and the Under Secretary shall jointly provide to such head
such recommendations as the Principal Cyber Advisor, the Chief Information Officer, and
the Under Secretary may have for changes in manning or acquisition that proceed from
such review.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBBFB4FE7FFED4EE3B9C32173F179E55B"><enum>(g)</enum><header display-inline="yes-
display-inline">Implementation</header><text display-inline="yes-display-inline">The
Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall
jointly oversee and assist in the implementation of the roadmaps developed pursuant to
```

WASHSTATEC015293

subsection (c)(7) and the recommendations developed pursuant to subsection
(f).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCEC6A5B96BF64037A4ED24AD98AE360E"><enum>(h)</enum><header display-inline="yes-
display-inline">In-progress reviews</header><text display-inline="yes-display-
inline">Not later than six months after the date of the enactment of this Act and not
less frequently than once every six months thereafter until the Principal Cyber
Advisor, the Chief Information Officer, and the Under Secretary give the briefing
required by subsection (i), the Principal Cyber Advisor, the Chief Information Officer,
and the Under Secretary shall jointlyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H945ECE4EAB134080A17F08763DB43512"><enum>(1)</enum><text display-inline="yes-
display-inline">conduct in-progress reviews of the status of the reviews required by
subsection (a)(1); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD6BA542A812147B49869BE7F226C3C6B"><enum>(2)</enum><text display-inline="yes-
display-inline">provide the congressional defense committees with a briefing on such
in-progress reviews.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC026367EE2E24BB29CD9E608D85ABA12"><enum>(i)</enum><header display-inline="yes-
display-inline">Final briefing</header><text display-inline="yes-display-inline">After
all of the reviews have been completed under paragraph (1) of subsection (a), after
receiving all of the findings pursuant to paragraph (2) of such subsection, and not
later than June 1, 2021, the Principal Cyber Advisor, the Chief Information Officer,
and the Under Secretary shall jointly provide to the congressional defense committees a
briefing on the findings of the Principal Cyber Advisor, the Chief Information Officer,
and the Under Secretary with respect to such reviews, including such recommendations as
the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary may
have for changes to the budget of the Department as a result of such
reviews.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H5B68BA00EFB84126B3F391115298ED56"><enum>(j)</enum><header display-inline="yes-
display-inline">Definition of zero-based review</header><text display-inline="yes-
display-inline">In this section, the term <term>zero-based review</term> means a review
in which an assessment is conducted with each item, position, or person costed anew,
rather than in relation to its size or status in any previous
budget.</text></subsection></section>

<section id="H0EA0AFF0CF8644298FCEB87826D56AD6"><enum>1653.</enum><header>Study on
improving cyber career paths in the Navy</header>

<subsection id="H12F4EAA430674C33B59BF8354C386AF0"><enum>(a)</enum><header>Study
required</header><text>Not later than October 1, 2020, the Secretary of the Navy and
the Chief of Naval Operations shall jointlyâ€"</text>

<paragraph id="H18C68C4208A04D269FC3B79EFE7CF39B"><enum>(1)</enum><text>complete a
study on methods to improve military and civilian cyber career paths within the Navy;
and</text></paragraph>

<paragraph id="H01C6814B07E1403D8A7BAF8A746EAF91"><enum>(2)</enum><text>submit to the
congressional defense committees a report on the findings of the Secretary and Chief
with respect to the study completed pursuant to paragraph (1), including all of the
data used in such study.</text></paragraph></subsection>

<subsection
id="HD7CC730FD0D14147A7B2ABDDB8B44931"><enum>(b)</enum><header>Elements</header><text>T
he report submitted pursuant to subsection (a)(2) shall include the following:</text>

<paragraph id="H01B2C752CFA44ECCA58FD22B53ED3F17"><enum>(1)</enum><text>A plan for
implementing career paths for civilian and military personnel tailored to develop
expertise in cyber skill sets, including skill sets appropriate for offensive and
defensive military cyber operations. Such plan should also evaluate the current Cyber
Warfare Engineer career field for officers, including options for expanding the career
field beyond current plans.</text></paragraph>

WASHSTATEC015294

```
<paragraph id="H3F04E56B0C9E41C5B6CFC7BBC6DDC07A"><enum>(2)</enum><text>Suggested
changes to the processes that govern the identification of talent and career
progression of the civilian and military workforce.</text></paragraph>

<paragraph id="H624272A450DB4DD18C847FA8108664F3"><enum>(3)</enum><text>A methodology
for a cyber workforce assignment policy that deliberately builds depth and breadth of
knowledge regarding the conduct of cyber operations throughout an entire
career.</text></paragraph>

<paragraph id="HEE2A64087BB54300A252851BAA580B26"><enum>(4)</enum><text>Possible
enhancements to identifying, recruiting, training, and retaining the civilian and
military cyber workforce, especially for Interactive On-Net operators and tool
developers.</text></paragraph>

<paragraph id="H53EF4DE8CB0A41DC9331BBB4FCA76992"><enum>(5)</enum><text>Recommendations
for legislative and administrative actions to address the findings and recommendations
of the Secretary and the Chief with respect to the study completed pursuant to
subsection (a)(1).</text></paragraph></subsection>

<subsection
id="H6A8AADAFB50E4A2C82E76B0074A7BA7F"><enum>(c)</enum><header>Consultation</header><te
xt>In conducting the study required by subsection (a)(1), the Secretary and the Chief
shall consult with the following:</text>

<paragraph id="H6843BB57602F4660BAE6E661D473BEE7"><enum>(1)</enum><text>The Principal
Cyber Advisor of the Department of Defense.</text></paragraph>

<paragraph id="H4829BAE367B243B38BA50CC6065728D0"><enum>(2)</enum><text>The Secretary
of the Air Force.</text></paragraph>

<paragraph id="H83B82B772A4945F5B37D887EEA52483D"><enum>(3)</enum><text>The Commander
of the United States Cyber Command.</text></paragraph>

<paragraph id="HECE1C075499C4FC6950154ECCBC6A856"><enum>(4)</enum><text>The Air Force
Chief of Staff.</text></paragraph>

<paragraph id="H09735603CCBF4C36950E71A614231EA9"><enum>(5)</enum><text>The Secretary
of the Army.</text></paragraph>

<paragraph id="H111C30314F1A43CC900B18E513948B99"><enum>(6)</enum><text>The Army Chief
of Staff.</text></paragraph>

<paragraph id="HE30E2B2E8871438EB06F9F885198E5BF"><enum>(7)</enum><text>The Commandant
of the Marine Corps.</text></paragraph>

<paragraph id="HBF018600404D4D469C8991293810423B"><enum>(8)</enum><text>The Under
Secretary of Defense for Personnel and Readiness.</text></paragraph>

<paragraph id="HC752EC46ECEA4CD6B9D931D89B84B26D"><enum>(9)</enum><text>The Chief
Information Officer of the Department of
Defense.</text></paragraph></subsection></section>

<section id="HA4ABE9726B23459291F575024A5E2D04" section-type="subsequent-
section"><enum>1654.</enum><header>Accreditation standards and processes for
cybersecurity and information technology products and services</header>

<subsection
id="H770BBF0A71C44A539C45D00AFC7F1BD9"><enum>(a)</enum><header>Assessment</header><text
display-inline="yes-display-inline">Consistent with the responsibilities and duties
outlined in section 142 of title 10, United States Code, the Chief Information Officer
of the Department of Defense shall conduct an enterprise assessment of accreditation
standards and processes for cybersecurity and information technology products and
services.</text></subsection>

<subsection
id="HCD3C1BECFC21407CB0C783F594AAD19B"><enum>(b)</enum><header>Report</header>

<paragraph id="H92485281DF784C51BAA2DF6A30B7A010"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than April 1, 2020,
the Chief Information Officer shall submit to the congressional defense committees a
report on the assessment conducted under subsection (a).</text></paragraph>
```

```
<paragraph
id="HDFC95DF9AE65403F82E3AD9FBE782AF6"><enum>(2)</enum><header>Contents</header><text>T
he report submitted under paragraph (1) shall include the following:</text>

<subparagraph id="H7F30D1AEB4814453BED76BBB84A8CCBD"><enum>(A)</enum><text>The findings
of the Chief Information Officer with respect to the assessment conducted under
subsection (a).</text></subparagraph>

<subparagraph id="H259942ECB5C14B9CAAA64993B4D0D8B3"><enum>(B)</enum><text>A
description of the modifications proposed or implemented to accreditation standards and
processes arising out of the assessment.</text></subparagraph>

<subparagraph id="H167D7120FA874D0881B74BD736FE921E"><enum>(C)</enum><text>A
description of how the Department will increasingly automate accreditation processes,
pursue agile development, incorporate machine learning, and foster reciprocity across
authorizing officials.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H1490D1EC6823455E816F2B210C5C30DB" section-type="subsequent-
section"><enum>1655.</enum><header display-inline="yes-display-inline">Study on future
cyber warfighting capabilities of Department of Defense</header>

<subsection commented="no" display-inline="no-display-inline"
id="HD53CE98D898241D7AB2E3ACB8EDF2320"><enum>(a)</enum><header display-inline="yes-
display-inline">Study required</header><text display-inline="yes-display-inline">Not
later than 30 days after the date of the enactment of this Act, the Secretary of
Defense shall direct the Defense Science Board to carry out a study on the future cyber
warfighting capabilities of the Department of Defense.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H11007C759FFA40CF80585911611B30A5"><enum>(b)</enum><header display-inline="yes-
display-inline">Participation</header><text display-inline="yes-display-
inline">Participants in the study shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H49B3E48F42E041A8B65FDC7E16783646"><enum>(1)</enum><text display-inline="yes-
display-inline">Such members of the Board, including members of the Task Force on Cyber
Deterrence of the Board, as the Chairman of the Board considers appropriate for the
study.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDB4F2892A2C1414192E20EC39DC77973"><enum>(2)</enum><text display-inline="yes-
display-inline">Such additional temporary members or contracted support as the
Secretaryâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2A6C33A4E49940CF9BF5B3C2F8F7B615"><enum>(A)</enum><text display-inline="yes-
display-inline">selects from those recommended by the Chairman for purposes of the
study; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H194487D471524852A7144D97C9FA591D"><enum>(B)</enum><text display-inline="yes-
display-inline">considers to have significant technical, policy, or military
expertise.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H9AD4F45D7CDE4C159916118719C35D60"><enum>(c)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The study
conducted pursuant to subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H5DB7990D48554824B4C2934904E8A8A3"><enum>(1)</enum><text display-inline="yes-
display-inline">A technical evaluation of the Joint Cyber Warfighting Architecture of
the Department, especially the Unified Platform, Joint Cyber Command and Control, and
Persistent Cyber Training Environment, including with respect to the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H03C9921E55B54AB2A3D6158B6B8B267C"><enum>(A)</enum><text display-inline="yes-
display-inline">The suitability of the requirements and, as relevant, the delivered
capability of such architecture to modern cyber warfighting.</text></subparagraph>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HCDA9E601131D4099B786135CA5355739"><enum>(B)</enum><text display-inline="yes-
display-inline">Such requirements or capabilities as may be absent or underemphasized
in such architecture.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8DD59A01FBD345EB8C8F10977B8239087"><enum>(C)</enum><text display-inline="yes-
display-inline">The speed of development and acquisition as compared to mission
need.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA5510851B2844D99AC6F4D1762ABFFD5"><enum>(D)</enum><text display-inline="yes-
display-inline">Identification of potential duplication of efforts among the programs
and concepts evaluated.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA4938145DF5047AB8C62F2F793096A3C"><enum>(E)</enum><text display-inline="yes-
display-inline">The coherence of such architecture with the National Mission Teams and
Combat Mission Teams of the Cyber Mission Force, as constituted and organized on the
day before the date of the enactment of this Act.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H25CFEF11F32449F2A6FE51B2F9814387"><enum>(F)</enum><text display-inline="yes-
display-inline">The coherence of such architecture with the Cyber Protection Teams of
the Cyber Mission Force and the cybersecurity service providers of the Department, as
constituted and organized on the day before the date of the enactment of this
Act.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAADB98437B7D4E9F8A4B6E55B1678C59"><enum>(G)</enum><text display-inline="yes-
display-inline">The coherence of such architecture with the concepts of persistent
engagement and defending forward as incorporated in the 2018 Department of Defense
Cyber Strategy, including with respect to operational concepts such as consistent spy-
on-spy engagement, securing adversary operating pictures, and preemptively feeding
indicators and warning to defensive operators.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFC902455976744178F2E1B3364333164"><enum>(2)</enum><text display-inline="yes-
display-inline">A technical evaluation of the tool development and acquisition programs
of the Department, including with respect to the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H73B408E994D4414785AD96C597B4FA5B"><enum>(A)</enum><text display-inline="yes-
display-inline">The suitability of planned tool suite and cyber armory constructs of
the United States Cyber Command to modern cyber warfighting.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE91449FECF0D4FEAA68B6AA72220DDA4"><enum>(B)</enum><text display-inline="yes-
display-inline">The speed of development and acquisition as compared to mission
need.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7BEA7890A60247E8BBD4DCCE1EDEE249"><enum>(C)</enum><text display-inline="yes-
display-inline">The resourcing and effectiveness of the internal tool development of
the United States Cyber Command as compared to the tool development of the National
Security Agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAB73750E0BC64543A1F0024EED157DA1"><enum>(D)</enum><text display-inline="yes-
display-inline">The resourcing and effectiveness of the internal tool development of
the United States Cyber Command as compared to its acquisition.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H47C8E7528A834465A83A4A43122AB657"><enum>(E)</enum><text display-inline="yes-
display-inline">The coherence of such programs with the concepts of persistent
engagement and defending forward as incorporated in the 2018 Department of Defense
Cyber Strategy, including with respect to operational concepts such as consistent spy-
on-spy engagement, securing adversary operating pictures, and preemptively feeding
indicators and warning to defensive operators.</text></subparagraph></paragraph>
```

WASHSTATEC015297

&lt;paragraph commented="no" display-inline="no-display-inline"
id="H94B850D67303488EB868C1D502D443C5"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;An evaluation of the operational planning and targeting of the United
States Cyber Command, including support for regional combatant commands, and
suitability for modern cyber warfighting.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HF2ECCBFC528D4A33BA284296F44A4742"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;Development of such recommendations as the Board may have for
legislative or administrative action relating to the future cyber warfighting
capabilities of the Department.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection commented="no" display-inline="no-display-inline"
id="H7CD29257039345D982EF918265B3D09A"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Access to information&lt;/header&gt;&lt;text display-inline="yes-display-
inline"&gt;The Secretary shall provide the Board with timely access to appropriate
information, data, resources, and analysis so that the Board may conduct a thorough and
independent analysis as required under this section.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection commented="no" display-inline="no-display-inline"
id="H44269D1CB430434FBD649AC44D903AEF"&gt;&lt;enum&gt;(e)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Report&lt;/header&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HF40F094B832445C49A762564A0498916"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Transmittal to Secretary&lt;/header&gt;&lt;text display-inline="yes-display-
inline"&gt;Not later than November 1, 2021, the Board shall transmit to the Secretary a
final report on the study conducted pursuant to subsection (a).&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="H99347363F570474A86EC0DEA287FC193"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Transmittal to Congress&lt;/header&gt;&lt;text display-inline="yes-display-
inline"&gt;Not later than 30 days after the date on which the Secretary receives the final
report under paragraph (1), the Secretary shall submit to the congressional defense
committees such report and such comments as the Secretary considers
appropriate.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H4258FD56FD664C9585CB78A948E95DFD"&gt;&lt;enum&gt;1656.&lt;/enum&gt;&lt;header&gt;Study to
determine the optimal strategy for structuring and manning elements of the Joint Force
Headquartersâ€"Cyber Organizations, Joint Mission Operations Centers, and Cyber
Operationsâ€"Integrated Planning Elements&lt;/header&gt;

&lt;subsection
id="HB03B41D7607641BEAED2C2247E3831CA"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Study&lt;/header&gt;

&lt;paragraph id="HE976AA20791E48ACB29747DE40A8F8A6"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;In
general&lt;/header&gt;&lt;text&gt;The Principal Cyber Advisor of the Department of Defense shall
conduct a study to determine the optimal strategy for structuring and manning elements
of the following:&lt;/text&gt;

&lt;subparagraph id="H32B3897BD0E340DBB67F467056723CDD"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;Joint Force
Headquartersâ€"Cyber organizations.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HCFA24EC278814EA2ABC850F7CB920A82"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;Joint
Mission Operations Centers.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H84978EECC05E4571A1DD85A231E5D729"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;Cyber
Operationsâ€"Integrated Planning Elements.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H7AE8CFBEBFFA44D6A9B855F49DAE3175"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text&gt;Joint Cyber
Centers.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph
id="H72719728DB6646F4A22D23BCD1DCF0AA"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Elements&lt;/header&gt;&lt;text&gt;T
he study conducted under subsection (a) shall include assessment of the
following:&lt;/text&gt;

&lt;subparagraph id="HC88922635F294D72B318AA86A66B3248"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;Operational
effects on the military services if the entities listed in subparagraphs (A) through
(C) of paragraph (1) are restructured from organizations that are service component
organizations to joint organizations.&lt;/text&gt;&lt;/subparagraph&gt;

WASHSTATEC015298

<subparagraph id="H23AD85F800BC46B485B9FCBA004039E5"><enum>(B)</enum><text>Organizational effects on the military services if the billets associated with the entities listed in subparagraphs (A) through (C) of paragraph (1) are transferred to United States Cyber Command and designated as joint billets for joint qualification purposes.</text></subparagraph>

<subparagraph id="H4276CE3642604F78BABE54D4ECEEE49D"><enum>(C)</enum><text>Operational and organizational effects on the military services, United States Cyber Command, other combatant commands, and the Joint Staff if the entities listed in subparagraphs (A) through (D) of paragraph (1) are realigned, restructured, or consolidated.</text></subparagraph></paragraph></subsection>

<subsection id="H52881E569513450FB8567AD97C41F22A"><enum>(b)</enum><header>Report</header>

<paragraph id="HF097B54226164004BFD20C28771ED341"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Principal Cyber Advisor shall submit to the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives a report on the study conducted under subsection (a).</text></paragraph>

<paragraph id="HEBD83963E2184B6F9221182838AAC332"><enum>(2)</enum><header>Contents</header><text>The report submitted under paragraph (1) shall contain the following:</text>

<subparagraph id="H570DBDB82A7A44DEB8E932D7CB477C53"><enum>(A)</enum><text>The findings of the Principal Cyber Advisor with respect to the study conducted under subsection (a).</text></subparagraph>

<subparagraph id="H3F58D947BCAD484BA01FB1A3E0153300"><enum>(B)</enum><text>Details of the operational and organizational effects assessed under subsection (a)(2).</text></subparagraph>

<subparagraph id="H8EEA76CFAAE947D9B3D954CBC9C76B61"><enum>(C)</enum><text>A plan to carry out the transfer described in subsection (a)(2)(B) and the associated costs, as appropriate.</text></subparagraph>

<subparagraph id="H09D7B024AA8647A1870B81BBE5240C75"><enum>(D)</enum><text>A plan to realign, restructure, or consolidate the entities listed in subparagraphs (A) through (D) of subsection (a)(1).</text></subparagraph>

<subparagraph id="H9E5A5B3E594E45AFB90F0481D47FF15F"><enum>(E)</enum><text>Such other matters as the Principal Cyber Advisor considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="HCF92C06ADB1C4973B5E28B73FB1C00A7"><enum>1657.</enum><header>Cyber governance structures and Principal Cyber Advisors on military cyber force matters</header>

<subsection id="H7A9C96D69A924079BF4C77DABA21C969"><enum>(a)</enum><header>Designation</header>

<paragraph id="HE92D6B2283ED4063A32B49B93B78D043"><enum>(1)</enum><header>In general</header><text>Not later than 270 days after the date of the enactment of this Act, each of the secretaries of the military departments, in consultation with the service chiefs, shall appoint an independent Principal Cyber Advisor for each service to act as the principal advisor to the relevant secretary on all cyber matters affecting that military service.</text></paragraph>

<paragraph id="HB4144AC90B1947999638C55116377F4E"><enum>(2)</enum><header>Nature of position</header><text>Each Principal Cyber Advisor position under paragraph (1) shall—</text>

<subparagraph id="H009E12D795E646D9BD187C79B7524A46"><enum>(A)</enum><text>be a senior civilian leadership position, filled by a senior member of the Senior Executive Service, not lower than the equivalent of a 3-star general officer, or by exception a comparable military officer with extensive cyber experience;</text></subparagraph>

<subparagraph id="H75FAEC72A7CE498593B1E9282D0AFBE2"><enum>(B)</enum><text>exclusively occupy the Principal Cyber Advisor position and not assume any other position or

WASHSTATEC015299

responsibility in the relevant military department;</text></subparagraph>

<subparagraph id="H13833925F7CB4D938915C6581D99F100"><enum>(C)</enum><text>be independent of the relevant serviceâ€™s chief information officer; and</text></subparagraph>

<subparagraph id="H57414CDE668245ECA17C695E941F524D"><enum>(D)</enum><text>report directly to and advise the secretary of the relevant military department and advise the relevant serviceâ€™s senior uniformed officer.</text></subparagraph></paragraph>

<paragraph id="HF412AED3A1E245BEAF3C76D9D9528367"><enum>(3)</enum><header>Notification</header><text>Each of the secretaries of the military departments shall notify the Committees on Armed Services of the Senate and House of Representatives of his or her Principal Cyber Advisor appointment. In the case that the appointee is a military officer, the notification shall include a justification for the selection and an explanation of the appointeeâ€™s ability to execute the responsibilities of the Principal Cyber Advisor.</text></paragraph></subsection>

<subsection id="HE851E51809D74E06A3DFDAF88E34E8FA"><enum>(b)</enum><header>Responsibilities of Principal Cyber Advisors</header><text>Each Principal Cyber Advisor under subsection (a) shall be responsible for advising both the secretary of the relevant military department and the senior uniformed military officer of the relevant military service and implementing the Department of Defense Cyber Strategy within the service by coordinating and overseeing the execution of the serviceâ€™s policies and programs relevant to the following:</text>

<paragraph id="H94DA22DADF6C4EECA8D94A409AD7F66F"><enum>(1)</enum><text>The recruitment, resourcing, and training of military cyberspace operations forces, assessment of these forces against standardized readiness metrics, and maintenance of these forces at standardized readiness levels.</text></paragraph>

<paragraph id="H71DEE3A6D70D4F639A4B611EC83EDD1D"><enum>(2)</enum><text>Acquisition of offensive, defensive, and Department of Defense Information Networks cyber capabilities for military cyberspace operations.</text></paragraph>

<paragraph id="HFD3DD7EEE42D4A528183EABDB5A68DF4"><enum>(3)</enum><text>Cybersecurity management and operations.</text></paragraph>

<paragraph id="HEEA7E065C95941B6B51D344732578CDA"><enum>(4)</enum><text>Acquisition of cybersecurity tools and capabilities, including those used by cybersecurity service providers.</text></paragraph>

<paragraph id="H2CBD9ED32ED44DBE92D85BEC0E069A81"><enum>(5)</enum><text>Evaluating, improving, and enforcing a culture of cybersecurity warfighting and accountability for cybersecurity and cyberspace operations.</text></paragraph>

<paragraph id="HECD0CD0CF9A9488B9FF1B7BF3A95BDBD"><enum>(6)</enum><text>Cybersecurity and related supply chain risk management of the industrial base.</text></paragraph>

<paragraph id="HC9126792A53648E1BA1343F1250981A4"><enum>(7)</enum><text>Cybersecurity of Department of Defense information systems, information technology services, and weapon systems, including the incorporation of cybersecurity threat information as part of secure development processes, cybersecurity testing, and the mitigation of cybersecurity risks.</text></paragraph></subsection>

<subsection id="H9579BE7B3D2D4762A40E3068C6C07F49"><enum>(c)</enum><header>Coordination</header><text>To ensure service compliance with the Department of Defense Cyber Strategy, each Principal Cyber Advisor under subsection (a) shall work in close coordination with the following:</text>

<paragraph id="H3FC4161838E549508D8BB24031AA9518"><enum>(1)</enum><text>Service chief information officers.</text></paragraph>

<paragraph id="HD7E97D5A79884A0E9BD2A837FF4D0101"><enum>(2)</enum><text>Service cyber component commanders.</text></paragraph>

<paragraph id="H5D27A836285D4B43AEA6851C186EAFE2"><enum>(3)</enum><text>Principal Cyber Advisor to the Secretary of Defense.</text></paragraph>

WASHSTATEC015300

```
<paragraph id="H96C32933B76B44E1A806573FDF7DA72F"><enum>(4)</enum><text>Department of
Defense Chief Information Officer.</text></paragraph>

<paragraph id="H2C7635645B8240FDB6FC97E789498364"><enum>(5)</enum><text>Defense Digital
Service.</text></paragraph></subsection>

<subsection id="H23BF22A6EA164B049BFBB1FC972C733B"
commented="no"><enum>(d)</enum><header>Budget certification authority</header>

<paragraph id="HCF0DBB1BA30F46AA9E46B09B09C5FC8B"
commented="no"><enum>(1)</enum><header>In general</header><text>Each of the secretaries
of the military departments shall require service components with responsibilities
associated with cyberspace operations forces, offensive or defensive cyberspace
operations and capabilities, and cyberspace issues relevant to the duties specified in
subsection (b) to transmit the proposed budget for such responsibilities for a fiscal
year and for the period covered by the future-years defense program submitted to
Congress under section 221 of title 10, United States Code, for that fiscal year to the
relevant serviceâ€™s Principal Cyber Advisor for review under subparagraph (B) before
submitting the proposed budget to the departmentâ€™s comptroller.</text></paragraph>

<paragraph id="HCE9D555BDC8C4B25BD7902F1C3CDAB84"
commented="no"><enum>(2)</enum><header>Review</header><text>Each Principal Cyber
Advisor under subsection (a)(1) shall review each proposed budget transmitted under
paragraph (1) and submit to the secretary of the relevant military department a report
containing the comments of the Principal Cyber Advisor with respect to all such
proposed budgets, together with the certification of the Principal Cyber Advisor
regarding whether each proposed budget is adequate.</text></paragraph>

<paragraph id="HB3FF29E7F9BB40CCACCC908AEC6D140D"
commented="no"><enum>(3)</enum><header>Report</header><text>Not later than March 31 of
each year, each of the secretaries of the military departments shall submit to the
congressional defense committees a report specifying each proposed budget for the
subsequent fiscal year contained in the most-recent report submitted under paragraph
(2) that the Principal Cyber Advisor did not certify to be adequate. The report of the
secretary shall include a discussion of the actions that the secretary took or proposes
to take, together with any additional comments that the Secretary considers appropriate
regarding the adequacy or inadequacy of the proposed
budgets.</text></paragraph></subsection>

<subsection id="H23FC3E5A4A944580A9C8024259711F41"
commented="no"><enum>(e)</enum><header>Principal cyber advisorsâ€™ briefing to
Congress</header><text>Not later than February 1, 2021, and biannually thereafter, each
Principal Cyber Advisor under subsection (a) shall brief the Committees on Armed
Services of the Senate and House of Representatives on that Advisorâ€™s activities and
ability to perform the functions specified in subsection (b).</text></subsection>

<subsection id="HD5A6B8B178D041B4B3B9C4F851DE20A9"><enum>(f)</enum><header>Review of
current responsibilities</header>

<paragraph id="HDC0E68629029481180CA1197C78D221D"><enum>(1)</enum><header>In
general</header><text>Not later than January 1, 2021, each of the secretaries of the
military departments shall review the relevant military departmentâ€™s current
governance model for cybersecurity with respect to current authorities and
responsibilities.</text></paragraph>

<paragraph
id="H91092A973DA2439F9FFC858ADED0E9C0"><enum>(2)</enum><header>Elements</header><text>E
ach review under paragraph (1) shall include the following:</text>

<subparagraph id="HC830928ED26249A597B53715D2B5DA46"><enum>(A)</enum><text>An
assessment of whether additional changes beyond the appointment of a Principal Cyber
Advisor pursuant to subsection (a) are required.</text></subparagraph>

<subparagraph
id="H4ED6BFBF93D840AE892DEECA0714C8F2"><enum>(B)</enum><text>Consideration of whether
the current governance structure and assignment of authoritiesâ€”</text>

<clause id="HE25C4BBBFA7C4BD49750713559866CF7"><enum>(i)</enum><text>enable effective
governance;</text></clause>

<clause id="H8247B7E9324A41DAB82C491B0A50EE66"><enum>(ii)</enum><text>enable effective
```

Chief Information Officer and Chief Information Security Officer action;</text></clause>

<clause id="H73211CE577D8452DA213602979F0863B"><enum>(iii)</enum><text>are adequately consolidated so that the authority and responsibility for cybersecurity risk management are clear and at an appropriate level of seniority;</text></clause>

<clause id="HCA382A66FE0F4C619BAACB0478BC9BDB"><enum>(iv)</enum><text>provide authority to a single individual to certify compliance of Department of Defense information systems and information technology services with all current cybersecurity standards; and</text></clause>

<clause id="HF013FCDD55054C35A1807ED9CE4310E7"><enum>(v)</enum><text>support efficient coordination across the military services, the Office of the Secretary of Defense, the Defense Information Systems Agency, and United States Cyber Command.</text></clause></subparagraph></paragraph>

<paragraph id="H7C9368D1C13C485FB90E85F8D4A82D12"><enum>(3)</enum><header>Briefing</header><text>Not later than October 1, 2020, each of the secretaries of the military departments shall brief the Committees on Armed Services of the Senate and House of Representatives on the findings of the Secretary with respect to the review conducted by the Secretary pursuant to paragraph (1).</text></paragraph></subsection></section>

<section id="H31A5EE280A63405A9127038845886CE8"><enum>1658.</enum><header>Designation of test networks for testing and accreditation of cybersecurity products and services</header>

<subsection id="H4DCD29B4022E47BBB8CCF1A72DE81125"><enum>(a)</enum><header>Designation</header><text>Not later than April 1, 2020, the Secretary of Defense shall designate, for use by the Defense Information Systems Agency and such other components of the Department of Defense as the Secretary considers appropriate, three test networks for the testing and accreditation of cybersecurity products and services.</text></subsection>

<subsection id="HB065189C2E2149D1B4E5E0FA7CF21DF4"><enum>(b)</enum><header>Requirements</header><text>The networks designated under subsection (a) shallâ€"</text>

<paragraph id="H600384436A8C4E94A0174AAE7E596B99"><enum>(1)</enum><text>be of sufficient scale to realistically test cybersecurity products and services;</text></paragraph>

<paragraph id="H536BDB78D74C429BA3A05CA4CE85F2E0"><enum>(2)</enum><text>feature substantially different architectures and configurations;</text></paragraph>

<paragraph id="H10C1EFEEFB7C4F2492819AE9FE8C392A"><enum>(3)</enum><text>be live, operational networks; and</text></paragraph>

<paragraph id="H8A256B15D3874C33BF1182A185766BE1"><enum>(4)</enum><text>feature cybersecurity processes, tools, and technologies that are appropriate for test purposes and representative of the processes, tools, and technologies that are widely used throughout the Department.</text></paragraph></subsection>

<subsection id="H60039161607E4477A67EE803E9B574F6" commented="no"><enum>(c)</enum><header>Access</header><text>Upon request, information generated in the testing and accreditation of cybersecurity products and services shall be made available to the Office of the Director, Operational Test and Evaluation.</text></subsection></section>

<section id="HCACED52A9DF642B285C6FF7E60512375"><enum>1659.</enum><header>Consortia of universities to advise Secretary of Defense on cybersecurity matters</header>

<subsection id="HFB11200F282446F292A6711E17A243E1"><enum>(a)</enum><header>Establishment and function</header><text>The Secretary of Defense shall establish one or more consortia of universities to assist the Secretary on cybersecurity matters relating to the following:</text>

<paragraph id="HE0332786DD834AA3B35D30A64F499921"><enum>(1)</enum><text>To provide the Secretary a formal mechanism to communicate with consortium or consortia members

WASHSTATEC015302

regarding the Department of Defense's cybersecurity strategic plans, cybersecurity requirements, and priorities for basic and applied cybersecurity research.</text></paragraph>

<paragraph id="H4D5F90DD6C234ADBA79EC6F206B13CAC"><enum>(2)</enum><text>To advise the Secretary on the needs of academic institutions related to cybersecurity and research conducted on behalf of the Department and provide feedback to the Secretary from members of the consortium or consortia.</text></paragraph>

<paragraph id="HFAB72C040ABC43619F86331EE29A2BC6"><enum>(3)</enum><text>To serve as a focal point or focal points for the Secretary and the Department for the academic community on matters related to cybersecurity, cybersecurity research, conceptual and academic developments in cybersecurity, and opportunities for closer collaboration between academia and the Department.</text></paragraph>

<paragraph id="H00D44F52161A4977BAEAC2ECC7163055"><enum>(4)</enum><text>To provide to the Secretary access to the expertise of the institutions of the consortium or consortia on matters relating to cybersecurity.</text></paragraph>

<paragraph id="H795A1D2C9AA240529D8EE4D5A1ED248E"><enum>(5)</enum><text>To align the efforts of such members in support of the Department.</text></paragraph></subsection>

<subsection id="H6F76B04330F442BF810755AADA195B9C"><enum>(b)</enum><header>Membership</header><text>The consortium or consortia established under subsection (a) shall be open to all universities that have been designated as centers of academic excellence by the Director of the National Security Agency or the Secretary of Homeland Security.</text></subsection>

<subsection id="H6228CA5FF9C84610AC997A01B4D47286"><enum>(c)</enum><header>Organization</header>

<paragraph id="H214AC62E75E948D680D8C1F1BBF1E630"><enum>(1)</enum><header>Designation of administrative chair and terms</header><text>For each consortium established under subsection (a), the Secretary of Defense, based on recommendations from the members of the consortium, shall designate one member of the consortium to function as an administrative chair of the consortium for a term with a specific duration specified by the Secretary.</text></paragraph>

<paragraph id="H6528374C6AA8440EA9B2F31ED502591D"><enum>(2)</enum><header>Subsequent terms</header><text>No member of a consortium designated under paragraph (1) may serve as the administrative chair of that consortium for two consecutive terms.</text></paragraph>

<paragraph id="HE1170D999AA54B679E99450B3E5BDE11"><enum>(3)</enum><header>Duties of administrative chair</header><text>Each administrative chair designated under paragraph (1) for a consortium shall—</text>

<subparagraph id="HF25E546DFCCD450BBC10AFC15CB2A0AE"><enum>(A)</enum><text>act as the leader of the consortium for the term specified by the Secretary under paragraph (1);</text></subparagraph>

<subparagraph id="H6FFA56BEFF1244D8AE5F84774902DFF8"><enum>(B)</enum><text>be the liaison between the consortium and the Secretary;</text></subparagraph>

<subparagraph id="HD0D28D6A485341BC9DCAAA147699F0DE"><enum>(C)</enum><text>distribute requests from the Secretary for advice and assistance to appropriate members of the consortium and coordinate responses back to the Secretary; and</text></subparagraph>

<subparagraph id="H5196B44FB2EA4F0E9ED24F16AD0D390C"><enum>(D)</enum><text>act as a clearinghouse for Department of Defense requests relating to assistance on matters relating to cybersecurity and to provide feedback to the Secretary from members of the consortium.</text></subparagraph></paragraph>

<paragraph id="HA152012D37724F70B600055CF10AAAC7"><enum>(4)</enum><header>Executive committee</header><text>For each consortium, the Secretary, in consultation with the administrative chair, may form an executive committee comprised of university representatives to assist the chair with the management and functions of the consortia. Executive committee institutions may not serve consecutive terms before all other consortium institutions have been afforded the opportunity to hold the position.</text></paragraph></subsection>

```
<subsection
id="HF341D00725334EB9A0EFBF7682C34FEE"><enum>(d)</enum><header>Consultation</header><te
xt>The Secretary, or a senior level designee, shall meet with each consortium not less
frequently than twice per year, or at a periodicity agreed to between the Department
and each such consortium.</text></subsection>

<subsection
id="H55E6E44448C443CC9D178B3759400260"><enum>(e)</enum><header>Procedures</header><text
>The Secretary shall establish procedures for organizations within the Department to
access the work product produced by and the research, capabilities, and expertise of a
consortium established under subsection (a) and the universities that constitute such
consortium.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HFFA0DF923AC74E779F3C736FB37D67CB" section-type="subsequent-
section"><enum>1660.</enum><header display-inline="yes-display-inline">Joint assessment
of Department of Defense cyber red team capabilities, capacity, demand, and
requirements</header>

<subsection commented="no" display-inline="no-display-inline"
id="H68B53E84D53F4DADA2DACDAF188E32CE"><enum>(a)</enum><header display-inline="yes-
display-inline">Joint assessment required</header><text display-inline="yes-display-
inline">Not later than 180 days after the date of the enactment of this Act, the
Secretary of Defense shall, in coordination with the Chief Information Officer of the
Department of Defense, Principal Cyber Advisor, and the Director of Operational Test
and Evaluation—</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H164ED23F4AB24F9EBF31A9364E24A2E8"><enum>(1)</enum><text display-inline="yes-
display-inline">conduct a joint assessment of Department cyber red team capabilities,
capacity, demand, and future requirements that affect the Department's ability to
develop, test, and maintain secure systems in a cyber environment;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H47BA37FCA8CD40C7884AA93857131027"><enum>(2)</enum><text display-inline="yes-
display-inline">brief the congressional defense committees on the results of the joint
assessment.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H83846AF976B343158DD3BD65A6186B36"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The joint
assessment required by subsection (a)(1) shall—</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE62CD74E29004F5CAE6711C68FD904D5"><enum>(1)</enum><text display-inline="yes-
display-inline">specify demand for cyber red team support for acquisition and
operations;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H266D24345B0E40518208C2040E4E494E"><enum>(2)</enum><text display-inline="yes-
display-inline">specify shortfalls in meeting demand and future requirements,
disaggregated by the Department of Defense component or agency and by military
department;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H63A8F020118946CBB6CA69156D4085DD"><enum>(3)</enum><text display-inline="yes-
display-inline">examine funding and retention initiatives to increase cyber red team
capacity to meet demand and future requirements identified to support the testing,
training, and development communities;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H89E355751FA64B6E922A53481E630E54"><enum>(4)</enum><text display-inline="yes-
display-inline">examine the feasibility and benefit of developing and procuring a
common Red Team Integrated Capabilities Stack that better utilizes increased capacity
of cyber ranges and better models the capabilities and tactics, techniques, and
procedures of adversaries;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H62F57FF7D15044A690C2FE4C775857C0"><enum>(5)</enum><text display-inline="yes-
```

```
display-inline">examine the establishment of oversight and assessment metrics for
Department cyber red teams;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC6C9A3F6AC2D468991A6862EAE351CCE"><enum>(6)</enum><text display-inline="yes-
display-inline">assess the implementation of common development efforts for tools,
techniques, and training;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H79AA49FCF50044B0B76E3CF8EB049ED6"><enum>(7)</enum><text display-inline="yes-
display-inline">assess potential industry and academic partnerships and
services;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB5C68ECF014C4FADA50F7A76A26AD446"><enum>(8)</enum><text display-inline="yes-
display-inline">assess the mechanisms and procedures in place to deconflict red-team
activities and defensive cyber operations on active networks;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBB7305DF08344438BFE4AD981F20B53A"><enum>(9)</enum><text display-inline="yes-
display-inline">assess the use of Department cyber personnel in training as red team
support;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1793F0BB7530422AAF17C4E8A60539D9"><enum>(10)</enum><text display-inline="yes-
display-inline">assess the use of industry and academic partners and contractors as red
team support and the cost- and resource-effectiveness of such support;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE73E69FBE32E499394526515A0363D9D"><enum>(11)</enum><text display-inline="yes-
display-inline">assess the need for permanent, high-end dedicated red-teaming
activities to model sophisticated adversaries' attacking critical Department systems
and infrastructure.</text></paragraph></subsection></section></subtitle>

<subtitle id="H239143AE08204A3A95DBAB020EC00D16"
style="OLC"><enum>D</enum><header>Nuclear Forces</header>

<section commented="no" display-inline="no-display-inline"
id="HA2CF26DDE66F48758209070E9B90BF57" section-type="subsequent-
section"><enum>1661.</enum><header display-inline="yes-display-inline">Conforming
amendment to Council on Oversight of the National Leadership Command, Control, and
Communications System</header><text display-inline="no-display-inline">Section 171a of
title 10, United States Code, is amended by striking <quote>, Technology, and
Logistics</quote> each place it appears and inserting <quote>and
Sustainment</quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H848FECAD97294F9492FE1C4B6BD14FF4" section-type="subsequent-
section"><enum>1662.</enum><header display-inline="yes-display-inline">Modification of
authorities relating to nuclear command, control, and communications system</header>

<subsection commented="no" display-inline="no-display-inline"
id="HEE671A448B564B8CAF1016E09A3BE5C7"><enum>(a)</enum><header display-inline="yes-
display-inline">Duties and powers of Under Secretary of Defense for Acquisition and
Sustainment</header><text display-inline="yes-display-inline">Section 133b(b) of title
10, United States Code, is amended'</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HFF24B8DF08224C1D999CE3B1568D2ABF"><enum>(1)</enum><text display-inline="yes-
display-inline">by redesignating paragraphs (4), (5), (6), and (7) as paragraphs (5),
(6), (7), and (8), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6A090689B66C4744A4BD2C520C55D478"><enum>(2)</enum><text display-inline="yes-
display-inline">by inserting after paragraph (3) the following new paragraph
(4):</text>

<quoted-block display-inline="no-display-inline" id="H9886C894B2CE4BB99409F70A36006F95"
style="OLC">
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="H2EBADCEEC5D244959A20D16CC40E24D3"><enum>(4)</enum><text display-inline="yes-
display-inline">establishing policies for, and providing oversight, guidance, and
coordination with respect to, the nuclear command, control, and communications
system;</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-
block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF103DBCD14F24B8088299C1C0F5E98E2"><enum>(3)</enum><text display-inline="yes-
display-inline">in paragraph (6), as redesignated by paragraph (1), by inserting after
<quote>overseeing the modernization of nuclear forces</quote> the following: <quote>,
including the nuclear command, control, and communications
system,</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0BEC9707E0714FED89D427E25747A19E"><enum>(b)</enum><header display-inline="yes-
display-inline">Duties and responsibilities of chief information officer</header><text
display-inline="yes-display-inline">Section 142(b)(1) of such title is
amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H19AE5393A9D341BCBDE4EBEEB50C917E"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking subparagraph (G); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDCA04CB5C62848BA97BE1AA8E079BB34"><enum>(2)</enum><text display-inline="yes-
display-inline">by redesignating subparagraphs (H) and (I) as subparagraphs (G) and
(H), respectively.</text></paragraph></subsection></section>

<section id="HC8C42EAA6186447783B39AAC12AD46E2" section-type="subsequent-
section"><enum>1663.</enum><header>Briefings on meetings held by Nuclear Weapons
Council</header><text display-inline="no-display-inline">Section 179 of title 10,
United States Code, is amended by adding at the end the following new
subsection:</text>

<quoted-block display-inline="no-display-inline" id="H19B59A3A646B48F4A76D0D2F5581A978"
style="USC">

<subsection id="HD26C602B19674F11BDC87DC4CC0CF28F"><enum>(g)</enum><header>Semiannual
briefings</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H2D65C02B620340DF82AD68710B6CC691"><enum>(1)</enum><text display-inline="yes-
display-inline">Not later than February 1 and August 1 of each year, the Council shall
provide to the congressional defense committees a briefing on, with respect to the six-
month period preceding the briefingâ€"</text>

<subparagraph id="H185EEB415EE64C2BAB5AC8328AC187B4" indent="up1"><enum>(A)</enum><text
display-inline="yes-display-inline">the dates on which the Council met;
and</text></subparagraph>

<subparagraph id="H4235137389F14B4CA3E48B7D87EC1AFE" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">except as provided by paragraph (2), a summary of
any decisions made by the Council pursuant to subsection (d) at each such meeting and
the rationale for and options that informed such
decisions.</text></subparagraph></paragraph>

<paragraph id="HD220BDDCDFC64106B0BF8F146BB13442" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">The Council shall not be required to include in a
briefing under paragraph (1) the matters described in subparagraph (B) of that
paragraph with respect to decisions of the Council relating to the budget of the
President for a fiscal year if the budget for that fiscal year has not been submitted
to Congress under section 1105 of title 31 as of the date of the
briefing.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section id="HA0829A386AFA4AC8826C4FEA3CD72134"
commented="no"><enum>1664.</enum><header>Consideration of budget matters at meetings of
Nuclear Weapons Council</header>

<subsection id="HB50EE41AFFAC4C9393908E8CDED57722"
```

```
commented="no"><enum>(a)</enum><header>Attendance</header>

<paragraph id="HFF7EC2977B2B4A76833FBAA27899BECF"
commented="no"><enum>(1)</enum><header>Requirement</header><text display-inline="yes-
display-inline">Except as provided by subsection (b), each official described in
paragraph (2) shall attend the meetings of the Nuclear Weapons Council established by
section 179 of title 10, United States Code, and the meetings of the Standing and
Safety Committee of the Council, or such a successor committee. Each such official
shall attend such meetings as advisors on matters within the authority and expertise of
the official.</text></paragraph>

<paragraph id="HBE5E49D5EF9D4551B4FAF8F91509AAC1"
commented="no"><enum>(2)</enum><header>Officials described</header><text>The officials
described in this paragraph are each of the following officials (or the designees of
the officials):</text>

<subparagraph id="H1E2BC304D3CF4DD59B6209A380ED6845"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">The Director
of Cost Assessment and Program Evaluation of the Department of
Defense.</text></subparagraph>

<subparagraph id="H01A3FAA331E24133BE85C19ADD469862"
commented="no"><enum>(B)</enum><text>The Director of the Office of Management and
Budget of the National Nuclear Security Administration.</text></subparagraph>

<subparagraph id="H4B058DC098DC4719BF268214ABF25637"
commented="no"><enum>(C)</enum><text>The Director for Cost Estimating and Program
Evaluation of the National Nuclear Security Administration.</text></subparagraph>

<subparagraph id="HE8AC7811F8A74994BDA551594852DBC3"
commented="no"><enum>(D)</enum><text>The Director of the Office of Management and
Budget.</text></subparagraph></paragraph></subsection>

<subsection id="H95A8E2624708413A87FCF566551726C6"
commented="no"><enum>(b)</enum><header>Exception</header><text display-inline="yes-
display-inline">On a case-by-case basis, the Chairman of the Nuclear Weapons Council,
without delegation, may exclude the attendance of an official at a meeting pursuant to
subsection (a) because of specific requirements relating to classified information or
other exigent circumstances as determined by the
Chairman.</text></subsection></section>

<section id="H9BE6215C172A4E3C9A62634FE839F30E" section-type="subsequent-
section"><enum>1665.</enum><header>Improvement to annual report on the modernization of
the nuclear weapons enterprise</header>

<subsection
id="HF9A7F212DE0B47E7BAC88EE4BA70402D"><enum>(a)</enum><header>Extension</header><text
display-inline="yes-display-inline">Subsection (a) of section 1043 of the National
Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1576),
as most recently amended by section 1670 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2157), is
further amended in paragraph (1) by striking <quote>2023</quote> and inserting
<quote>2024</quote>.</text></subsection>

<subsection id="H25526C933A7C457BAC6858677C4C1940"><enum>(b)</enum><header>Acquisition
costs</header><text display-inline="yes-display-inline">Subsection (b)(1) of such
section is amendedâ€"</text>

<paragraph id="H720D153787A54EA195CE55D51E381BDE"><enum>(1)</enum><text display-
inline="yes-display-inline">in subparagraph (B), by striking <quote>; and</quote> and
inserting the following: <quote>, including an estimate of the acquisition costs during
such period for programs relating to such life extension, modernization, or
replacement;</quote></text></paragraph>

<paragraph id="H8718B64EEC234EF78AD761E52098D79A"><enum>(2)</enum><text>in subparagraph
(C), by striking the end period and inserting <quote>; and</quote>;
and</text></paragraph>

<paragraph id="H42FB10200BC34DAB97C6950BFF3A8101"><enum>(3)</enum><text>by adding at
the end the following:</text>
```

WASHSTATEC015307

```
<quoted-block display-inline="no-display-inline" id="H5078CC18F29F467DA16D3864FA54F5B7"
style="OLC">

<subparagraph id="HBFCF65C9B91D482FB1C7BA0CB5E1DEBB"><enum>(D)</enum><text>an estimate
of the relative percentage of total acquisition costs of the military departments and
of the Department of Defense during such period represented by the acquisition costs
estimated under subparagraph (B).</text></subparagraph><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph></subsection>

<subsection id="HCE07B00FDE414DBBAD92012E0012B18B"><enum>(c)</enum><header>Transfer of
provision</header>

<paragraph
id="H49E87065B6CC41969FBD445CE3AD1754"><enum>(1)</enum><header>Codification</header><te
xt>Such section 1043, as amended by subsections (a) and (b), isâ€"</text>

<subparagraph id="HBB25035AC3044F158A92084C78D99D2C"><enum>(A)</enum><text>transferred
to chapter 24 of title 10, United States Code;</text></subparagraph>

<subparagraph id="H6356BA27D3E34915A6B49CEBD2F7D2F1"><enum>(B)</enum><text>inserted
after section 492;</text></subparagraph>

<subparagraph id="HB78BFA45728047DDB120B935B561DCDA"><enum>(C)</enum><text>redesignated
as section 492a; and</text></subparagraph>

<subparagraph
id="H36D186DFF3EF4921B4BA222F94EF2D99"><enum>(D)</enum><text>amendedâ€"</text>

<clause id="H3E7005CCEC124D9BBFF6DD97EE537D5C"><enum>(i)</enum><text display-
inline="yes-display-inline">in the enumerator, by striking <quote><header-in-text
level="section" style="OLC">SEC.</header-in-text></quote> and inserting <quote><header-
in-text level="section" style="USC">§</header-in-text></quote>; and</text></clause>

<clause id="H653583608BDE445F964DA1E25595952F"><enum>(ii)</enum><text>in the section
headingâ€"</text>

<subclause id="HC4B2C775F1524BD4918FB67BF9ABC4AB"><enum>(I)</enum><text display-
inline="yes-display-inline">by striking the period at the end; and</text></subclause>

<subclause id="H5418AE74D8254BD88E02E008F682EB33"><enum>(II)</enum><text display-
inline="yes-display-inline">by conforming the typeface and typestyle, including
capitalization, to the typeface and typestyle as used in the section heading of section
491 of such title.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="H1B68913961EC47B281820953A973AEFE"><enum>(2)</enum><header>Clerical
amendment</header><text>The table of sections at the beginning of chapter 24 of title
10, United States Code, is amended by inserting after the item relating to section 492
the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HA9935520F25F4BF68DCB7C62E9DC5973"
style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">492a. Annual report on the plan for the nuclear weapons
stockpile, nuclear weapons complex, nuclear weapons delivery systems, and nuclear
weapons command and control system.</toc-entry></toc><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H7C94C247D6BE44998C0B946D0FEBCBB6" section-type="subsequent-
section"><enum>1666.</enum><header display-inline="yes-display-inline">Expansion of
officials required to conduct biennial assessments of delivery platforms for nuclear
weapons and nuclear command and control system</header><text display-inline="no-
display-inline">Section 492(d) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H989660D1B1CB48DA97B1F552F6958831"><enum>(1)</enum><text display-inline="yes-
display-inline">in paragraph (2), by striking <quote>; and</quote> and inserting a
semicolon;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
```

WASHSTATEC015308

```
id="H552286B049014EAA9A8EB41F78596811"><enum>(2)</enum><text display-inline="yes-
display-inline">in paragraph (3), by striking the period at the end and inserting
<quote>; and</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE6E0211BA93542DC8243DBB69EEDAA15"><enum>(3)</enum><text display-inline="yes-
display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H9DAEFB6B0EC446DA85F0A9D33E7C0855"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HDD6567CE63084A7582A1B1817973BA8B"><enum>(4)</enum><text display-inline="yes-
display-inline">the Commander of the United States Air Forces in
Europe.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></section>

<section id="HCED5CA9522424B0ABDD0FEBCBC2A6B2D" section-type="subsequent-
section"><enum>1667.</enum><header>Extension of annual briefing on costs of forward-
deploying nuclear weapons in Europe</header><text display-inline="no-display-
inline">Section 1656(a) of the National Defense Authorization Act for Fiscal Year 2016
(Public Law 114â€"92; 129 Stat. 1124) is amended by striking <quote>2021</quote> and
inserting <quote>2024</quote>.</text></section>

<section id="HC1D8711D5C3C44CCBEA0B4E363836C63" section-type="subsequent-
section"><enum>1668.</enum><header>Elimination of conventional requirement for long-
range standoff weapon</header><text display-inline="no-display-inline">Subsection (a)
of section 217 of the National Defense Authorization Act for Fiscal Year 2014 (Public
Law 113â€"66; 127 Stat. 706), as amended by section 1662 of the John S. McCain National
Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2152),
is amended to read as follows:</text>

<quoted-block style="OLC" id="HE1ABDA63CA0342BB809D6E85DA1B9043" display-inline="no-
display-inline">

<subsection id="H04951A49C91046218CA37EAA8FF21D4C"><enum>(a)</enum><header>Long-range
standoff weapon</header><text display-inline="yes-display-inline">The Secretary of the
Air Force shall develop a follow-on air-launched cruise missile to the AGMâ€"86
thatâ€"</text>

<paragraph id="HE006A7A0CF4D4D07A165D269866CAA84"><enum>(1)</enum><text>achieves
initial operating capability for nuclear missions prior to the retirement of the
nuclear-armed AGMâ€"86; and</text></paragraph>

<paragraph id="HDB630C746D804D29B3B99BF4A0D43833"><enum>(2)</enum><text display-
inline="yes-display-inline">is capable of internal carriage and employment for nuclear
missions on the next-generation long-range strike
bomber.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section commented="no" display-inline="no-display-inline"
id="H123ADBE2985E4B12B38A10547C54EB9F" section-type="subsequent-
section"><enum>1669.</enum><header display-inline="yes-display-inline">Briefing on
long-range standoff weapon and sea-launched cruise missile</header><text display-
inline="no-display-inline">Not later than 90 days after the date of the enactment of
this Act, the Under Secretary of Defense for Acquisition and Sustainment, in
consultation with the Administrator for Nuclear Security, shall provide to the
Committees on Armed Services of the Senate and the House of Representatives a briefing
on potential opportunitiesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H8E2E241C81D640A6AD428CDE2BD21F09"><enum>(1)</enum><text display-inline="yes-
display-inline">to increase commonality between the long-range standoff weapon and the
sea-launched cruise missile; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3A9901A3BBA640D0BBD9E8E938ECC991"><enum>(2)</enum><text display-inline="yes-
display-inline">to leverage, in the development of the sea-launched cruise missile,
technologies developed, or under development as of the date of the briefing, as part of
the long-range standoff weapon program.</text></paragraph></section>
```

```
<section commented="no" display-inline="no-display-inline"
id="HFB814AA08CF84A66B066917DA0842D76" section-type="subsequent-
section"><enum>1670.</enum><header display-inline="yes-display-inline">Extension of
prohibition on availability of funds for mobile variant of ground-based strategic
deterrent missile</header><text display-inline="no-display-inline">Section 1664 of the
National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130
Stat. 2615), as most recently amended by section 1666 of the John S. McCain National
Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2155),
is further amended by striking <quote>for any of fiscal years 2017 through 2020</quote>
and inserting <quote>for any of fiscal years 2017 through
2024</quote>.</text></section>

<section id="HDA60329D330246839671A7789CBF8828"><enum>1671.</enum><header>Reports on
development of ground-based strategic deterrent weapon</header>

<subsection id="H11B77076B4E24CBFBBB789148B8E2037"><enum>(a)</enum><header>Annual
report required</header><text display-inline="yes-display-inline">Not later than
February 15, 2020, and annually thereafter until the date on which the ground-based
strategic deterrent weapon receives Milestone C approval (as defined in section 2366 of
title 10, United States Code), the Secretary of the Air Force, in coordination with the
Administrator for Nuclear Security and the Chairman of the Nuclear Weapons Council
established by section 179 of title 10, United States Code, shall submit to the
congressional defense committees a report describing the joint development of the
ground-based strategic deterrent weapon, including the missile developed by the Air
Force and the W87â€"1 warhead modification program conducted by the National Nuclear
Security Administration.</text></subsection>

<subsection
id="H36FFEA87CDCB4F69B6E5F8EA522A93D3"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include the following:</text>

<paragraph id="H63447F9D673A4286A74566FF9F4D2C44"><enum>(1)</enum><text>An estimate of
the date on which the ground-based strategic deterrent weapon will reach initial
operating capability.</text></paragraph>

<paragraph id="HE69802316FCE40D189DD4E2D64EB6260"><enum>(2)</enum><text>A description
of any development milestones for the missile developed by the Air Force or the warhead
developed by the National Nuclear Security Administration that depend on corresponding
progress at the other agency.</text></paragraph>

<paragraph id="HE154EE8BB3B3452993BD3E89E3762902"><enum>(3)</enum><text>A description
of coordination efforts between the Air Force and the National Nuclear Security
Administration during the year preceding submission of the report.</text></paragraph>

<paragraph id="HC8CEDB392DB84E0688E53691837E1550"><enum>(4)</enum><text>A description
of any schedule delays projected by the Air Force or the National Nuclear Security
Administration, including delays related to infrastructure capacity and subcomponent
production, associated costs, and the anticipated effect such delays would have on the
schedule of work of the other agency.</text></paragraph>

<paragraph id="HC70396FD9D894313AB73ABB6A854B070"><enum>(5)</enum><text>Plans to
mitigate the effects of any delays described in paragraph
(4).</text></paragraph></subsection>

<subsection commented="no"
id="H34256D826C55455DBF1799F27704D819"><enum>(c)</enum><header>Additional
report</header><text>If the Air Force receives only one bid for the engineering and
manufacturing development phase of the ground-based strategic deterrent program, the
Secretary shall, not later than 60 days after awarding a contract for that phase,
submit to the congressional defense committees a report assessing the risks and costs
resulting from receiving only one bid for that phase and plans to mitigate such risks
and costs.</text></subsection>

<subsection
id="H175107680D3C4E39A5F612ABA7527A18"><enum>(d)</enum><header>Form</header><text>Each
report required by subsection (a) or (c) shall be submitted in unclassified form, but
may include a classified annex.</text></subsection></section>

<section id="H62CBD127C8FD451399667BC97E0FA974"><enum>1672.</enum><header>Prohibition
on reduction of the intercontinental ballistic missiles of the United States</header>
```

```
<subsection
id="HA91F4BF257364B67B8CC3B932F1AE62D"><enum>(a)</enum><header>Prohibition</header><tex
t>Except as provided in subsection (b), none of the funds authorized to be appropriated
by this Act for fiscal year 2020 for the Department of Defense may be obligated or
expended for the following, and the Department may not otherwise take any action to do
the following:</text>

<paragraph id="H57B6663CEA20438A8F790DA6EF97ABEB"><enum>(1)</enum><text>Reduce, or
prepare to reduce, the responsiveness or alert level of the intercontinental ballistic
missiles of the United States.</text></paragraph>

<paragraph id="HD148F32CB4D648329546A5FBF4AF5FEC"><enum>(2)</enum><text>Reduce, or
prepare to reduce, the quantity of deployed intercontinental ballistic missiles of the
United States to a number less than 400.</text></paragraph></subsection>

<subsection
id="HC6F43FBA5D1A446790EAAF51E5CC9C93"><enum>(b)</enum><header>Exception</header><text>
The prohibition in subsection (a) shall not apply to any of the following
activities:</text>

<paragraph id="H399E6C625CD840CF8F73B0A061075BAE"><enum>(1)</enum><text>The maintenance
or sustainment of intercontinental ballistic missiles.</text></paragraph>

<paragraph id="H68CBA76C2A2E41A6B412643075435B23"><enum>(2)</enum><text>Ensuring the
safety, security, or reliability of intercontinental ballistic
missiles.</text></paragraph></subsection></section>

<section id="HE8383647BB6C4611B341DD1FE6341F15" section-type="subsequent-
section"><enum>1673.</enum><header>Independent study on policy of no-first-use of
nuclear weapons</header>

<subsection
id="HA911333627A1419FB08E151B30C41023"><enum>(a)</enum><header>Study</header><text
display-inline="yes-display-inline">Not later than 30 days after the date of the
enactment of this Act, the Secretary of Defense shall seek to enter into a contract
with a federally funded research and development center to conduct a study on the
United States adopting a policy to not use nuclear weapons first.</text></subsection>

<subsection id="H5A90F8B1B7DC49F397FAF94982F31518"><enum>(b)</enum><header>Matters
included</header><text>The study under subsection (a) shall include the
following:</text>

<paragraph id="HF202863CF1D54D958EB7BDB286725463"><enum>(1)</enum><text display-
inline="yes-display-inline">An assessment of the benefits and risks of adopting a
policy to not use nuclear weapons first to reduce the risk of miscalculation in a
crisis. </text></paragraph>

<paragraph id="HFED942CB9F77423F9E6BD00AD43ED0BD"><enum>(2)</enum><text display-
inline="yes-display-inline">An assessment of the views of the allies of the United
States with respect to the United States adopting such a policy, including whether, and
if so how, any concerns regarding such a policy could be mitigated, including the value
of engaging such allies to offer credible extended deterrence assurances.
</text></paragraph>

<paragraph id="H9A333B30B08B41AC8B1E94F204283E89"><enum>(3)</enum><text display-
inline="yes-display-inline">An assessment of which foreign countries have stated or
adopted such a policy, including the credibility of any such policies and how they
affect planning and operations. </text></paragraph>

<paragraph id="H031BD56E2D7C4D78AC6506AD42F8C5D4"><enum>(4)</enum><text display-
inline="yes-display-inline">An assessment of how adversaries of the United States might
view a declaration of such a policy.</text></paragraph>

<paragraph id="H2DA7033A59E74245B6F6246547C509CF"><enum>(5)</enum><text>An assessment
of the benefits and risks of such a policy with respect to nuclear
nonproliferation.</text></paragraph>

<paragraph id="H72AFE7467BC041B2A0D8B8E45ED2161E"><enum>(6)</enum><text>An assessment
of changes in force posture and force requirements, if any, and costs or savings, that
such a policy would require or allow.</text></paragraph>
```

```
<paragraph id="H3C3B547F795C42A1BDB99FA5CF023004"><enum>(7)</enum><text>Any other
matters the Secretary determines appropriate.</text></paragraph></subsection>

<subsection id="HEC88A716F6EB4DCEB21499A051099D11"><enum>(c)</enum><header>Submission
to DOD</header><text display-inline="yes-display-inline">Not later than 240 days after
the date of the enactment of this Act, the federally funded research and development
center shall submit to the Secretary the study under subsection
(a).</text></subsection>

<subsection id="H1017E4DE417D4A058DF3D0C8EDBBD182"><enum>(d)</enum><header>Submission
to Congress</header>

<paragraph id="H1488F67252364AC8BA2F56264F54C69E"><enum>(1)</enum><header>Interim
briefing</header><text display-inline="yes-display-inline">Not later than 120 days
after the date of the enactment of this Act, the Secretary shall provide to the
appropriate congressional committees an interim briefing on the study under subsection
(a).</text></paragraph>

<paragraph
id="HE1B7A11836BD4E6EA8E21FC2230F4273"><enum>(2)</enum><header>Study</header><text>Not
later than 270 days after the date of the enactment of this Act, the Secretary shall
submit to the appropriate congressional committees the study under subsection (a),
without change.</text></paragraph></subsection>

<subsection
id="H2121226A5A28474B91EFA5F421F8B0B3"><enum>(e)</enum><header>Form</header><text
display-inline="yes-display-inline">The study under subsection (a) shall be submitted
under subsections (c) and (d)(2) in unclassified form, but may include a classified
annex.</text></subsection>

<subsection id="H05290D82F0FF42D5BE74BA87DCD0402D"><enum>(f)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<quote>appropriate congressional committees</quote> means—</text>

<paragraph id="H65ABBCB9ABF44D65AB4BC047EA3295F2"><enum>(1)</enum><text display-
inline="yes-display-inline">the congressional defense committees;
and</text></paragraph>

<paragraph id="HFED28A27648F467789B7F4C366E705DA"><enum>(2)</enum><text>the Committee
on Foreign Affairs of the House of Representatives and the Committee on Foreign
Relations of the Senate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H0E2AB082BC2C45B9A81A6AA7852DBC79" section-type="subsequent-
section"><enum>1674.</enum><header display-inline="yes-display-inline">Independent
study on risks of nuclear terrorism and nuclear war</header>

<subsection id="H2072407537FC4D81B5769312F9EAA4A8"><enum>(a)</enum><header>In
general</header><text>Not later than 30 days after the date of the enactment of this
Act, the Secretary of Defense shall enter into an agreement with the National Academy
of Sciences to conduct a study on—</text>

<paragraph id="H59E0E73CC5F6425FAD07505F2B6DEABA"><enum>(1)</enum><text>whether a risk
assessment framework is applicable to determining the potential risks of nuclear
terrorism and nuclear war; and</text></paragraph>

<paragraph id="H74B6624CAE034278B48593254420188E"><enum>(2)</enum><text>the
implications for national security of assumptions in nuclear policy and
doctrine.</text></paragraph></subsection>

<subsection id="H2C3A43DBC7204DFE8FFE9D473179FE76"><enum>(b)</enum><header>Matters
included</header><text>The study under subsection (a) shall—</text>

<paragraph id="H6D36726B5AC344FB92954DD5B1E86737"><enum>(1)</enum><text>identify risks
described in paragraph (1) of that subsection;</text></paragraph>

<paragraph id="H7D62F70E012D47219AB26D80F505F24B"><enum>(2)</enum><text>assess prior
literature on such risks;</text></paragraph>

<paragraph id="HDD2C849454E8458FBD9C473A55746966"><enum>(3)</enum><text>assess the role
that quantitative and nonquantitative analytical methods can play in assessing such
risks, including the limitations of such analysis;</text></paragraph>
```

<paragraph id="H6FC68C1B7566475DA0126DDA9FC1EC3D"><enum>(4)</enum><text>identify and examine the assumptions about nuclear risks that underlie the national security strategy of the United States; and</text></paragraph>

<paragraph id="H60A169DE6B504AE78A0624360E5F73A2"><enum>(5)</enum><text>describe the consequences of the methods and assumptions that have been, are, or could be used in developing the nuclear security strategy of the United States.</text></paragraph></subsection>

<subsection id="HBCBCEAF5A7BD4598B4E869F18E8C44C5"><enum>(c)</enum><header>Recommendations</header><text>Based on findings under subsection (b), the study may provide recommendations with respect to improving the use of a risk assessment framework described in subsection (a)(1).</text></subsection>

<subsection id="H0950AE698544413DA87CBF8AD6D6B9C2"><enum>(d)</enum><header>Submission</header><text>Not later than one year after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees the study under subsection (a), without change.</text></subsection>

<subsection id="H0B423A120E364E08ACEE6836CB71AD4B"><enum>(e)</enum><header>Form</header><text>The study shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section display-inline="no-display-inline" id="H5D0D234566AA4AFB8BA3DE017EE821EC" section-type="subsequent-section"><enum>1675.</enum><header>Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war</header><text display-inline="no-display-inline">Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing the following:</text>

<paragraph id="HFC2A8AB1E71A4339A60B56A46C9D544E"><enum>(1)</enum><text>A description of—</text>

<subparagraph id="H135D7CA0D2344D79B701742EEB8C4A66"><enum>(A)</enum><text>current discussions between the United States Armed Forces and military counterparts from governments of foreign countries to reduce the risks of miscalculation, unintended consequences, or accidents that could precipitate the use of one or more nuclear weapons; and</text></subparagraph>

<subparagraph id="H28BF05BB74C940AEBD24F38ADF07700D"><enum>(B)</enum><text>bilateral and multilateral agreements to which the United States is a party that provide for or facilitate military-to-military dialogue to address such risks.</text></subparagraph></paragraph>

<paragraph id="H0164B8EA306E46349639A27F7554D99E"><enum>(2)</enum><text>An assessment of the extent to which, if any, that military-to-military dialogue to reduce such risks is consistent with or supportive of other efforts conducted between the United States Government and foreign governments, or between nongovernmental organizations and foreign counterparts, to reduce such risks.</text></paragraph>

<paragraph id="H38F110844DE24413A6DD024DC233E03B"><enum>(3)</enum><text>An assessment conducted jointly by the Secretary of Defense and the Chairman of the Joint Chiefs of Staff, and in consultation with the Director of National Intelligence—</text>

<subparagraph id="HBC398A0FE98E4B17934755956E7DFFB5"><enum>(A)</enum><text>on the risks and benefits of establishing, in addition to the discussions described in paragraph (1)(A), military-to-military discussions with the Russian Federation, Iran, the People's Republic of China, and North Korea to address the risks described in that paragraph, including with respect to policy, cost, and operational matters; and</text></subparagraph>

<subparagraph id="HD2022068C56B4B4DAB3D90C56E347EAC"><enum>(B)</enum><text>of the willingness of the governments of those countries to engage in such discussions.</text></subparagraph></paragraph></section>

<section id="H38CB2215CD134EE6B123FD235D6CE934"><enum>1676.</enum><header>Report on

nuclear forces of the United States and near-peer countries</header>

<subsection id="H53AC4C6AC02B427AB0B695425DD6B2CA"><enum>(a)</enum><header>Report</header><text>Not later than February 15, 2020, the Secretary of Defense, in coordination with the Director of National Intelligence, shall submit to the appropriate committees of Congress a report on the nuclear forces of the United States and near-peer countries.</text></subsection>

<subsection id="H5E957C2C6C444B5A6379816219E57E3"><enum>(b)</enum><header>Elements</header><text>The report under subsection (a) shall include the following:</text>

<paragraph id="HCF6CDD739C1342989223AFB4F25D8951"><enum>(1)</enum><text>An assessment of the current and planned nuclear systems of the United States, including with respect to research and development timelines, deployment timelines, and force size.</text></paragraph>

<paragraph id="HC33C249F5863433F950A54E6C6D04F99"><enum>(2)</enum><text>An assessment of the current and planned nuclear systems of the People's Republic of China, including with respect to research and development timelines, deployment timelines, and force size.</text></paragraph>

<paragraph id="H571167214C7446A1A853BF7E6CB110A8"><enum>(3)</enum><text>An assessment of the current and planned nuclear systems of the Russian Federation, including with respect to research and development timelines, deployment timelines, and force size, includingâ€"</text>

<subparagraph id="H90E9B5D4176E4AAF9667636667671C30"><enum>(A)</enum><text>deployed nuclear weapons not covered by the New START Treaty;</text></subparagraph>

<subparagraph id="HA514A46E9C764EC48B56DFC7E60A9DF3"><enum>(B)</enum><text>nuclear weapons in development that would not be covered by the New START Treaty; and</text></subparagraph>

<subparagraph id="H4F8F76E97DC743E3A71D6A1D8B762A72"><enum>(C)</enum><text>strategic nuclear weapons that are not deployed.</text></subparagraph></paragraph></subsection>

<subsection id="HFDF19B093FCB47C69C00B32C514CCF2B"><enum>(c)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="HA8ADEDE05CE2412EBB7730F17309767F"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H8B0CEB8CD88F45D492409EA8CED97FF3"><enum>(1)</enum><header>Appropriate committees of Congress</header><text>The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph id="H79A890B8128245B9A519139437CF811D"><enum>(A)</enum><text>the Committee on Armed Services and the Select Committee on Intelligence of the Senate; and</text></subparagraph>

<subparagraph id="H34CB60FAD4E8459AA400BA5F48CF4C6B"><enum>(B)</enum><text>the Committee on Armed Services and the Permanent Select Committee on Intelligence of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HB7C3DF4DBE394BF585E84A6ED1F424DB"><enum>(2)</enum><header>New START Treaty</header><text>The term <term>New START Treaty</term> means the Treaty between the United States of America and the Russian Federation on Measures for the Further Reduction and Limitation of Strategic Offensive Arms, signed at Prague April 8, 2010, and entered into force February 5, 2011.</text></paragraph></subsection></section>

<section id="H41198EDDF6DB43C9ADBB3F4BEACCBCFB"><enum>1677.</enum><header>Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons</header>

<subsection id="H524D78C25A2A4E81B3B79EC88AB56909"><enum>(a)</enum><header>In general</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of the Air Force, the

Secretary of the Army, and the Secretary of the Navy, shall submit to the congressional defense committees a report detailing the views of each such Secretary on the ability of conventional forces under the authority of that Secretary to operate effectively under employment or threat of employment of nuclear weapons by the United States, an ally of the United States, or an adversary of the United States, including with respect toâ€"</text>

<paragraph id="H912D52DBF04648B48ECED40EF9FA2E3E"><enum>(1)</enum><text>measures taken to maximize the likelihood that such forces could continue to operate;</text></paragraph>

<paragraph id="H16F92AA972DB4607A880280AE019605B"><enum>(2)</enum><text>risks or gaps in the capabilities of such forces that would result from the employment or threat of employment of nuclear weapons; and</text></paragraph>

<paragraph id="H1B13E022F2E744FEAE073AAFBADC078A"><enum>(3)</enum><text>how the capabilities and limitations of such forces would impact decisions to continue or terminate operations.</text></paragraph></subsection>

<subsection id="H951D6B8B07B94483A4047372542C7528"><enum>(b)</enum><header>Form of report</header><text>The report required by subsection (a) shall be submitted in classified form but shall be accompanied by an unclassified summary appropriate for release to the public.</text></subsection></section>

<section id="HC71395D851A4451AA1207351585A9693"><enum>1678.</enum><header>Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons</header>

<subsection id="HA6C01939950E422280BD967B5C0A67F8"><enum>(a)</enum><header>In general</header><text>Not later than one year after the date of the enactment of this Act, the Chairman of the Joint Chiefs of Staff, in coordination with the Commander of the United States European Command, the Commander of the United States Indo-Pacific Command, and the Commander of the United States Strategic Command, shall submit to the congressional defense committees a report detailing the views of the Chairman and each such Commander on the ability of conventional forces under the authority of that Commander to execute contingency plans under employment or threat of employment of nuclear weapons by the United States, an ally of the United States, or an adversary of the United States, including with respect toâ€"</text>

<paragraph id="HA2C6167CCCC04C5A8090C7F1A2AE69B8"><enum>(1)</enum><text>measures taken to maximize the likelihood that such forces could continue to operate;</text></paragraph>

<paragraph id="HCF9E2AD56FF94D4797741403020FD668"><enum>(2)</enum><text>risks or gaps in the capabilities of such forces that would result from the employment or threat of employment of nuclear weapons; and</text></paragraph>

<paragraph id="H91BAF2D4899A4EAFB9BF171E83BE60C2"><enum>(3)</enum><text>how the capabilities and limitations of such forces would impact decisions to continue or terminate operations.</text></paragraph></subsection>

<subsection id="H2E14A78A35434513BB684D746D7BCC20"><enum>(b)</enum><header>Form of report</header><text>The report required by subsection (a) shall be submitted in classified form but shall be accompanied by an unclassified summary appropriate for release to the public.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H8B274A49AE5C459EB8E5B94F6092301E" section-type="subsequent-section"><enum>1679.</enum><header display-inline="yes-display-inline">Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems</header>

<subsection id="H8DAD33902F48427EA10D26AA4AE95E46"><enum>(a)</enum><header>In general</header><text>Not later than February 15, 2020, and every 180 days thereafter through fiscal year 2025, the Commander of the United States Strategic Command, in coordination with the Under Secretary of Defense for Acquisition and Sustainment, shall provide to the congressional defense committees a briefing on the plan of the Department of Defense for the future-systems-level architecture of the nuclear command, control, and communications systems.</text></subsection>

<subsection

id="HFF8F2BA138C544788791BFA26EA1D765"><enum>(b)</enum><header>Elements</header><text>E
ach briefing required by subsection (a) shall address the following:</text>

<paragraph id="HEC8AABE3BA9C445CA28848953BF12D61"><enum>(1)</enum><text>Near- and long-
term plans and options considered as of the date of the briefing in determining the
future-systems-level architecture of the nuclear command, control, and communications
systems, including options to maximize resilience of such systems.</text></paragraph>

<paragraph id="HB9127AE7851B4CB39E15E82FE3182F32"><enum>(2)</enum><text>Requirements,
including with respect to cybersecurity, survivability, and reliability, including
levels of redundancy.</text></paragraph>

<paragraph id="HCC035013A9784C6F83544720AC249214"><enum>(3)</enum><text>The risks and
benefits of replicating the legacy architecture for such systems.</text></paragraph>

<paragraph id="HE31B8275D79A469386D649DE0810F029"><enum>(4)</enum><text>The risks and
benefits of using different architectures for such systems, including using hosted
payloads in space payloads.</text></paragraph>

<paragraph id="HABB405B3D76346AEB5C8CC3D0AB843C8"><enum>(5)</enum><text>Security
considerations for such systems, including classification and requirements and plans to
ensure supply chain security.</text></paragraph>

<paragraph id="H84793B1533724C3C8CFBB0FFF2E510AB"><enum>(6)</enum><text>Classification
options and decisions with respect to such architecture and systems to deter attacks on
such systems.</text></paragraph>

<paragraph id="H5B9478309F3544658E1D10B14B364A7A"><enum>(7)</enum><text>Timelines and
general cost estimates for long-term investments in such systems, to the extent
possible at the time of the briefing.</text></paragraph>

<paragraph id="H5F04DC248E0B427089FB6AF951AB8A29"><enum>(8)</enum><text>Risks and
benefits of pursuing agreements with adversaries of the United States, including
potential agreements not to target nuclear command, control, and communications systems
through kinetic, nonkinetic, or cyber attacks.</text></paragraph>

<paragraph id="H35BFE6613AB64B9293E7A3AD6454BFF2"><enum>(9)</enum><text>Required levels
of civilian and military staffing within the United States Strategic Command, the
Office of the Secretary of Defense, and any other relevant component of the Department
of Defense to evaluate or execute such architecture, and an estimate of when such
levels of staffing will be achieved.</text></paragraph>

<paragraph id="H0860FC9A2222467C87A47ECD23528FFA"><enum>(10)</enum><text>Any other
matters the Secretary considers appropriate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD5DD874BDAFD42D8A013990B577C23C2" section-type="subsequent-
section"><enum>1680.</enum><header display-inline="yes-display-inline">Sense of
Congress on nuclear deterrence commitments of the United States</header><text display-
inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H464491E55F7C4CD2A4775832E0B23047"><enum>(1)</enum><text display-inline="yes-
display-inline">credible extended deterrence commitments make key contributions to the
security of the United States, international stability, and the nonproliferation
objectives of the United States;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0896A40E7C1C42D7B93B6C97DC562A7C"><enum>(2)</enum><text display-inline="yes-
display-inline">the nuclear forces of the United States, as well as the independent
nuclear forces of other members of the North Atlantic Treaty Organization (in this
section referred to as <quote>NATO</quote>), continue to play a critical role in the
security of the NATO alliance;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6B575672A4144B38BFDFA16E512DC406"><enum>(3)</enum><text display-inline="yes-
display-inline">United States forward-deployed nuclear weapons and dual-capable
aircraft in Europe contribute to the assurance of allies of the United States of the
commitment of the United States to their security and to the deterrence and defense
posture of NATO; and</text></paragraph>

```
<paragraph commented="no" display-inline="no-display-inline"
id="HACF416786D904A0D9DC1604105369B52"><enum>(4)</enum><text display-inline="yes-
display-inline">nuclear-certified Fâ€"35A aircraft will provide the most advanced
nuclear fighter capability in the current and future anti-access area denial
environments.</text></paragraph></section></subtitle>

<subtitle id="HA920B3E43D57449394723F0A5A3B48B0"><enum>E</enum><header>Missile Defense
Programs</header>

<section id="H183BE8CACF4B43F48C2B90556258F0D3" section-type="subsequent-
section"><enum>1681.</enum><header>National missile defense policy</header>

<subsection
id="H02D90A7785A64A249EE985DC7BF09FD7"><enum>(a)</enum><header>Policy</header><text
display-inline="yes-display-inline">Subsection (a) of section 1681 of the National
Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 2431
note) is amended to read as follows:</text>

<quoted-block style="OLC" id="HB7FE8CB94FA04D779DFF64FDB406061A" display-inline="no-
display-inline">

<subsection
id="H216E4AC31D964A41BEAD4ED0459D25C7"><enum>(a)</enum><header>Policy</header><text
display-inline="yes-display-inline">It is the policy of the United States toâ€"</text>

<paragraph id="HBBF973D3D93E44A3A8B8FD73B6A312A4"><enum>(1)</enum><text display-
inline="yes-display-inline">maintain and improve, with funding subject to the annual
authorization of appropriations and the annual appropriation of funds for National
Missile Defenseâ€"</text>

<subparagraph id="HE856DC32553A4878BC87D515644F9C75"><enum>(A)</enum><text display-
inline="yes-display-inline">an effective, layered missile defense system capable of
defending the territory of the United States against the developing and increasingly
complex missile threat posed by rogue states; and</text></subparagraph>

<subparagraph id="HB36C62613C214FAEA0E52D021FEC4806"><enum>(B)</enum><text display-
inline="yes-display-inline">an effective regional missile defense system capable of
defending the allies, partners, and deployed forces of the United States against
increasingly complex missile threats; and</text></subparagraph></paragraph>

<paragraph id="HB925DE7194D04D5AAACEA38BEC22D034"><enum>(2)</enum><text>rely on nuclear
deterrence to address more sophisticated and larger quantity near-peer intercontinental
missile threats to the homeland of the United
States.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HEC8880643A7545CEA6043DEBF257E9F7"><enum>(b)</enum><header display-inline="yes-
display-inline">Redesignation requirement</header><text display-inline="yes-display-
inline">Not later than the date on which the President submits to Congress the annual
budget request of the President for fiscal year 2021 pursuant to section 1105 of title
31, United States Code, the Secretary of Defense shall, as the Secretary considers
appropriate, redesignate all strategies, policies, programs, and systems under the
jurisdiction of the Secretary to reflect that missile defense programs of the United
States defend against ballistic, cruise, and hypersonic missiles in all phases of
flight.</text></subsection></section>

<section id="H3EEE848E7E244B35A9BF47DC03D99420"><enum>1682.</enum><header>Development
of space-based ballistic missile intercept layer</header><text display-inline="no-
display-inline">Section 1688 of the National Defense Authorization Act for Fiscal Year
2018 (Public Law 115â€"91; 10 U.S.C. 2431 note) is amendedâ€"</text>

<paragraph id="H5F7553BC1B9445E49BCAC6B93545FD5A"><enum>(1)</enum><text>by striking
subsection (c); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0E5E82A923F148FFA5B564795C18D7DF"><enum>(2)</enum><text>by redesignating
subsection (d) as subsection (c).</text></paragraph></section>

<section id="HD24574A9139A4CB5BDDC4CF721F067AE" section-type="subsequent-
section"><enum>1683.</enum><header>Development of hypersonic and ballistic missile
```

tracking space sensor payload</header>

<subsection
id="HF226F258F0D04C5395A26CB83507FF4B"><enum>(a)</enum><header>Development</header><tex
t display-inline="yes-display-inline">Section 1683 of the National Defense
Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2431 note) is
amendedâ€"</text>

<paragraph id="H8FC955986413440EB11D30AE5FB82E2A"><enum>(1)</enum><text>by
redesignating subsections (d), (e), (f), (g), and (h), as subsections (e), (f), (g),
(h), and (j), respectively; and</text></paragraph>

<paragraph id="HA56DB394C6CF4D1F936CB9954E97455E"><enum>(2)</enum><text>by inserting
after subsection (c) the following new subsection (d):</text>

<quoted-block style="OLC" id="H7FA6C34966904E61B89EDF85372969A7" display-inline="no-
display-inline">

<subsection id="HEEE778A2F9984C44B1A7DF3583F22B45"><enum>(d)</enum><header>Hypersonic
and ballistic missile tracking space sensor payload</header>

<paragraph
id="H6DC52D1B65FA435FB43CF0E448D9B9DB"><enum>(1)</enum><header>Development</header><tex
t display-inline="yes-display-inline">The Director of the Missile Defense Agency, in
coordination with the Director of the Space Development Agency and the Secretary of the
Air Force, as appropriate, shallâ€"</text>

<subparagraph id="HBC514A3ED8284E7A88864729E0D82091"><enum>(A)</enum><text>develop a
hypersonic and ballistic missile tracking space sensor payload;
and</text></subparagraph>

<subparagraph id="HDFC7C428C3024EFABBAB4421BBF22B5B"><enum>(B)</enum><text display-
inline="yes-display-inline">include such payload as a component of the sensor
architecture developed under subsection (a).</text></subparagraph></paragraph>

<paragraph id="H16AF56E4FEA244388BE014B5C0022A00" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Assignment
of primary responsibility</header><text display-inline="yes-display-inline">Not later
than 30 days after the date of the enactment of the National Defense Authorization Act
for Fiscal Year 2020, the Secretary of Defense shallâ€"</text>

<subparagraph id="H7ACFA45F28044842A79A09DC961EE949" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">assign the
Director of the Missile Defense Agency with the principal responsibility for the
development and deployment of a hypersonic and ballistic tracking space sensor payload;
and</text></subparagraph>

<subparagraph id="H3326E21E96FB44689D388EEF7665BD5E" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">submit to the
congressional defense committees a certification of such
assignment.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph></subsection>

<subsection id="H44EEEF2D27C04F8391E8FD58954D356A"><enum>(b)</enum><header>Updated
plan</header><text>Such section is further amended by inserting after subsection (h),
as redesignated by subsection (a), the following new subsection:</text>

<quoted-block style="OLC" id="H60937282F73245D6813D7FBA1A58DD89" display-inline="no-
display-inline">

<subsection id="H3BD4BAF3CAFA4852A0D0A1D98E22A796"><enum>(i)</enum><header>Updated
plan</header><text display-inline="yes-display-inline">Not later than 90 days after the
date of the enactment of the National Defense Authorization Act for Fiscal Year 2020,
the Secretary of Defense shall submit to the appropriate congressional committees an
update to the plan under subsection (h), including with respect to the
following:</text>

<paragraph id="H838786A9CDB5483CA5EBF635AD5F84BD" commented="no"><enum>(1)</enum><text
display-inline="yes-display-inline">How the Director of the Missile Defense Agency, the
Director of the Defense Advanced Research Projects Agency, the Secretary of the Air
Force, and the Director of the Space Development Agency, will each participate in the

development of the sensor architecture under subsection (a) and the inclusion of the hypersonic and ballistic missile tracking space sensor payload as a component of such architecture pursuant to subsection (d), with respect to both prototype and operational capabilities, including how each such official will work together to avoid duplication of efforts.</text></paragraph>

<paragraph id="H3C662D5F5A88451A86112DBB32D9B68D"><enum>(2)</enum><text>How such payload will address the requirement of the United States Strategic Command for a hypersonic and ballistic missile tracking space sensing capability.</text></paragraph>

<paragraph id="H796C07651B5743F78E41ECB517070FF0"><enum>(3)</enum><text display-inline="yes-display-inline">The estimated costs (in accordance with subsection (e)) to develop, acquire, and deploy, and the lifecycle costs to operate and sustain, the payload under subsection (d) and include such payload in the sensor architecture developed under subsection (a).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H69689ECAAC6A4FD8AA018D0F5C7A8156"><enum>(c)</enum><header>Conforming amendment</header><text display-inline="yes-display-inline">Subsection (h)(1) of such section, as redesignated by subsection (a), is amended by striking <quote>with subsection (d)</quote> and inserting <quote>with subsection (e)</quote>.</text></subsection></section>

<section id="H00BF8CCFF4D5474DBDD30A9CE2596A4F"><enum>1684.</enum><header>Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system</header><text display-inline="no-display-inline">Section 1689(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€“328; 130 Stat. 2631; 10 U.S.C. 2431 note) is amendedâ€"</text>

<paragraph id="HF1146C68E88741A0A6D238765E82EC9D"><enum>(1)</enum><text>in the matter preceding paragraph (1), by striking <quote>, when possible,</quote>; and</text></paragraph>

<paragraph id="HA9345DABA1834A5C975B9D48E4F4EC69"><enum>(2)</enum><text>in paragraph (3), by inserting <quote>, including the use of threat-representative countermeasures</quote> before the period.</text></paragraph></section>

<section id="H8AB819232116469EB9F2B08A527F0371"><enum>1685.</enum><header>Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production</header>

<subsection commented="no" display-inline="no-display-inline" id="HBC9EF2A2825C4E98B85EFA35C9FCE7AE"><enum>(a)</enum><header display-inline="yes-display-inline">Iron Dome Short-Range Rocket Defense System</header>

<paragraph commented="no" display-inline="no-display-inline" id="H803DA00E626740DEA8DFAE67A788E29F"><enum>(1)</enum><header display-inline="yes-display-inline">Availability of funds</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act for fiscal year 2020 for procurement, Defense-wide, and available for the Missile Defense Agency, not more than $95,000,000 may be provided to the Government of Israel to procure components for the Iron Dome short-range rocket defense system through co-production of such components in the United States by industry of the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2015C5FC689A4194B53EDA118127F0E3"><enum>(2)</enum><header display-inline="yes-display-inline">Conditions</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HC5D4A9A11D4F445DA04073E10A850C4C"><enum>(A)</enum><header display-inline="yes-display-inline">Agreement</header><text display-inline="yes-display-inline">Funds described in paragraph (1) for the Iron Dome short-range rocket defense program shall be available subject to the terms and conditions in the Agreement Between the Department of Defense of the United States of America and the Ministry of Defense of the State of Israel Concerning Iron Dome Defense System Procurement, signed on March 5, 2014, as amended to include co-production for Tamir interceptors.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8DE33CAC92844F2BB25EEE7691A2B074"><enum>(B)</enum><header display-inline="yes-display-inline">Certification</header><text display-inline="yes-display-inline">Not

later than 30 days prior to the initial obligation of funds described in paragraph (1), the Director of the Missile Defense Agency and the Under Secretary of Defense for Acquisition and Sustainment shall jointly submit to the appropriate congressional committeesâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HB9FE18955BD0448BBBED58A1B11AEB23"><enum>(i)</enum><text display-inline="yes-display-inline">a certification that the amended bilateral international agreement specified in subparagraph (A) is being implemented as provided in such agreement; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5C6916BCF9FF4051B85DAEF39B57E2A7"><enum>(ii)</enum><text display-inline="yes-display-inline">an assessment detailing any risks relating to the implementation of such agreement.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H2FE1E4D1F07B4D6D92109ADDDB0D49A8"><enum>(b)</enum><header display-inline="yes-display-inline">Israeli Cooperative Missile Defense Program, David's Sling Weapon System co-production</header>

<paragraph commented="no" display-inline="no-display-inline" id="HDEB3B60479D344B4B27BA522E0B4374C"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to paragraph (3), of the funds authorized to be appropriated for fiscal year 2020 for procurement, Defense-wide, and available for the Missile Defense Agency not more than $50,000,000 may be provided to the Government of Israel to procure the David's Sling Weapon System, including for co-production of parts and components in the United States by United States industry.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC0237F1BA4FA4607B598D5FDCFB52D52"><enum>(2)</enum><header display-inline="yes-display-inline">Agreement</header><text display-inline="yes-display-inline">Provision of funds specified in paragraph (1) shall be subject to the terms and conditions in the bilateral co-production agreement, includingâ€"</text>

<subparagraph id="H11CBC3DB3B774242AFA65451C2CF89BE" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">a one-for-one cash match is made by Israel or in another matching amount that otherwise meets best efforts (as mutually agreed to by the United States and Israel); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5304ED79782444908D06F6E5283D6EBE0"><enum>(B)</enum><text display-inline="yes-display-inline">co-production of parts, components, and all-up rounds (if appropriate) in the United States by United States industry for the David's Sling Weapon System is not less than 50 percent.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H89B444B47CEF45E0895B417F7CB6E762"><enum>(3)</enum><header display-inline="yes-display-inline">Certification and assessment</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment shall submit to the appropriate congressional committeesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H793136CA424E4C18AD413D2CB4ECA506"><enum>(A)</enum><text display-inline="yes-display-inline">a certification that the Government of Israel has demonstrated the successful completion of the knowledge points, technical milestones, and production readiness reviews required by the research, development, and technology agreement and the bilateral co-production agreement for the David's Sling Weapon System; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H24BC421181664E56A3FB2AF147F46FC7"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment detailing any risks relating to the implementation of such agreement.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF6EBBEA86B024F8A80227EC45AEDA0A5"><enum>(c)</enum><header display-inline="yes-display-inline">Israeli Cooperative Missile Defense Program, Arrow 3 Upper Tier Interceptor Program Co-Production</header>

```
<paragraph commented="no" display-inline="no-display-inline"
id="HC7933D9E81C0468CA29C4686C38E2D9C"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Subject to
paragraph (2), of the funds authorized to be appropriated for fiscal year 2020 for
procurement, Defense-wide, and available for the Missile Defense Agency not more than
$55,000,000 may be provided to the Government of Israel for the Arrow 3 Upper Tier
Interceptor Program, including for co-production of parts and components in the United
States by United States industry.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9DD3E8813CA4409FBC7495322A9E6F0C"><enum>(2)</enum><header display-inline="yes-
display-inline">Certification</header><text display-inline="yes-display-inline">The
Under Secretary of Defense for Acquisition and Sustainment shall submit to the
appropriate congressional committees a certification thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H13D9AB9F59A64F9B89091E257D0B4B21"><enum>(A)</enum><text display-inline="yes-
display-inline">the Government of Israel has demonstrated the successful completion of
the knowledge points, technical milestones, and production readiness reviews required
by the research, development, and technology agreement for the Arrow 3 Upper Tier
Interceptor Program;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HCF94C22D8C50450781111855CFAA2DDE"><enum>(B)</enum><text display-inline="yes-
display-inline">funds specified in paragraph (1) will be provided on the basis of a
one-for-one cash match made by Israel or in another matching amount that otherwise
meets best efforts (as mutually agreed to by the United States and
Israel);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H25960936CA4748F4B836DADB51EFC550"><enum>(C)</enum><text display-inline="yes-
display-inline">the United States has entered into a bilateral international agreement
with Israel that establishes, with respect to the use of such fundsâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HD906BCB634D5407CB973FB343325C46C"><enum>(i)</enum><text display-inline="yes-
display-inline">in accordance with subparagraph (D), the terms of co-production of
parts and components on the basis of the greatest practicable co-production of parts,
components, and all-up rounds (if appropriate) by United States industry and minimizes
nonrecurring engineering and facilitization expenses to the costs needed for co-
production;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H2B03D955A4754D60A46542C58021FEFE"><enum>(ii)</enum><text display-inline="yes-
display-inline">complete transparency on the requirement of Israel for the number of
interceptors and batteries that will be procured, including with respect to the
procurement plans, acquisition strategy, and funding profiles of
Israel;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HCF5070146A824C9E955C7C91A75472C8"><enum>(iii)</enum><text display-inline="yes-
display-inline">technical milestones for co-production of parts and components and
procurement;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HB4B9ABD0A3114446817B88C4981D13BB"><enum>(iv)</enum><text display-inline="yes-
display-inline">a joint affordability working group to consider cost reduction
initiatives; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H3F4D2DFCF2954A59A7499C5EB9DB9CF0"><enum>(v)</enum><text display-inline="yes-
display-inline">joint approval processes for third-party sales;
and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF948FB361B744C3FA3E58FF2D5AB9428"><enum>(D)</enum><text display-inline="yes-
display-inline">the level of co-production described in subparagraph (C)(i) for the
Arrow 3 Upper Tier Interceptor Program is not less than 50
percent.</text></subparagraph></paragraph></subsection>
```

```
<subsection commented="no" display-inline="no-display-inline"
id="HF25DF7DAA5BC4343ADA13CBB4401E72E"><enum>(d)</enum><header display-inline="yes-
display-inline">Number</header><text display-inline="yes-display-inline">In carrying
out paragraph (2) of subsection (b) and paragraph (2) of subsection (c), the Under
Secretary may submitâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE9E656D2E66140BCA66D83B76FCE9F35"><enum>(1)</enum><text display-inline="yes-
display-inline">one certification covering both the David's Sling Weapon System and the
Arrow 3 Upper Tier Interceptor Program; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H505ECE19D01D4305A498EE959E7F57EC"><enum>(2)</enum><text display-inline="yes-
display-inline">separate certifications for each respective
system.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H1C99D72162E24F4EB2D70E0CD06D6BC4"><enum>(e)</enum><header display-inline="yes-
display-inline">Timing</header><text display-inline="yes-display-inline">The Under
Secretary shall submit to the congressional defense committees the certification and
assessment under subsection (b)(3) and the certification under subsection (c)(2) by not
later than 30 days before the funds specified in paragraph (1) of subsections (b) and
(c) for the respective system covered by the certification are provided to the
Government of Israel.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4014A08CD6714523B71DE374DDD51D4E"><enum>(f)</enum><header display-inline="yes-
display-inline">Appropriate congressional committees defined</header><text display-
inline="yes-display-inline">In this section, the term <term>appropriate congressional
committees</term> means the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H408A37D1384E4D0090DEC0F76EF2CD96"><enum>(1)</enum><text display-inline="yes-
display-inline">The congressional defense committees.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE051F804C13544B997DFC27BB83D3228"><enum>(2)</enum><text display-inline="yes-
display-inline">The Committee on Foreign Relations of the Senate and the Committee on
Foreign Affairs of the House of
Representatives.</text></paragraph></subsection></section>

<section id="H3564EB50DDC341FE84B3CE04BD7252E6" section-type="subsequent-
section"><enum>1686.</enum><header>Limitation on availability of funds for lower tier
air and missile defense sensor</header>

<subsection
id="H6DEDDF3A05BB42D3A2509D2236D84454"><enum>(a)</enum><header>Limitation</header><text
display-inline="yes-display-inline">Of the funds authorized to be appropriated by this
Act or otherwise made available for fiscal year 2020 for the Army for the lower tier
air and missile defense sensor, not more than 75 percent may be obligated or expended
until the Secretary of the Army submits the report under subsection
(b).</text></subsection>

<subsection
id="H54933E817B5E45A8A907DF61EDDE2C02"><enum>(b)</enum><header>Report</header><text
display-inline="yes-display-inline">The Secretary of the Army shall submit to the
congressional defense committees a report on the test and demonstration of lower tier
air and missile defense sensors that occurred during the third quarter of fiscal year
2019. Such report shall include the following:</text>

<paragraph id="H52AE20E8D78D405D994AB74415B4F6BC"><enum>(1)</enum><text display-
inline="yes-display-inline">An explanation of how the test and demonstration was
conducted and what the test and demonstration set out to achieve, includingâ€"</text>

<subparagraph id="H1B573FF6E7ED4676B24DCAF79047D379"><enum>(A)</enum><text>an
explanation of the performance specifications used; and</text></subparagraph>

<subparagraph id="HF560F206AA7B4427AC77917FE777297D"><enum>(B)</enum><text display-
inline="yes-display-inline">a description of the emulated threats used in the test and
demonstration and how such threats compare to emerging regional air and missile
```

threats.</text></subparagraph></paragraph>

<paragraph id="H6608A93E0C4B4903B0F7C9754A146BC7"><enum>(2)</enum><text display-inline="yes-display-inline">An explanation of the capability of the sensor system that the Secretary determined to be the winner of the test and demonstration, including with respect toâ€"</text>

<subparagraph id="H40AB37E8E9A54A6C9A506EBF6C3D0E0C"><enum>(A)</enum><text>the capability of such sensor system against key threats and requirements, including whether such sensor system will be delivered with full 360-degree coverage and the ability of such sensor system to detect, track, and surveil targets;</text></subparagraph>

<subparagraph id="H3B13CD562F7744CEAF04E4372AF7DC5E"><enum>(B)</enum><text>the estimated procurement and life-cycle costs of operating such sensor system; and</text></subparagraph>

<subparagraph id="H6FEA816CDCD94C36BEE92EF8BCDFD73D"><enum>(C)</enum><text display-inline="yes-display-inline">the cost, timeline, and approach that will be used to integrate the lower tier air and missile defense sensor with other sensors using the Integrated Air and Missile Defense Battle Command System.</text></subparagraph></paragraph>

<paragraph id="H0CB950C1146046F8897A20A3777701B3"><enum>(3)</enum><text display-inline="yes-display-inline">An explanation of whether future performance improvements to the lower tier air and missile defense sensor are conditional on intellectual property and how such improvements will be made if the United States does not own such intellectual property.</text></paragraph></subsection></section>

<section id="H7ED2C446B862466FA9F7F8ED66CF2018" section-type="subsequent-section"><enum>1687.</enum><header>Plan for the redesigned kill vehicle replacement</header>

<subsection id="HFE71AAFDCE8F41B4BAD3B4486004837E"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="H9E15980C702849A099E6DF484D2D60F3"><enum>(1)</enum><text>the decision by the Department of Defense to terminate the redesigned kill vehicle contract on August 22, 2019, due to technological problems encountered during development will result in a delay to the fielding of an additional 20 ground-based interceptors at Fort Greely, Alaska, which had been planned to be emplaced by the end of calendar year 2023;</text></paragraph>

<paragraph id="H34327DE6B1DA414791EA088E1689E64B"><enum>(2)</enum><text>to ensure that the future next-generation improved homeland defense interceptor program will deliver the required capability, have rigorous technical and acquisition oversight, and maintain schedule milestones, thereby mitigating the risk of similar issues as experienced with the redesigned kill vehicle, the acquisition strategy for such program should be reviewed and jointly approved by both the Under Secretary of Defense for Research and Engineering and the Under Secretary of Defense for Acquisition and Sustainment, with input by stakeholders across the Department of Defense prior to proceeding with development efforts and awarding a contract; and</text></paragraph>

<paragraph id="HC7F9EC0ADBD948DA9A08970E59FDF85A"><enum>(3)</enum><text>the Department, including the Missile Defense Agency, should uphold <quote>fly before you buy</quote> principles in such new acquisition strategy to ensure the overall system and components have been rigorously flight-tested prior to making procurement decisions.</text></paragraph></subsection>

<subsection id="H8D7C8BFCE9F74942805F8B5CF2B9F0DA"><enum>(b)</enum><header>Limitation</header><text>Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Missile Defense Agency for the next-generation improved homeland defense interceptor, not more than 50 percent may be obligated or expended until the date on which the Secretary of Defense submits the report under subsection (c).</text></subsection>

<subsection id="H35953207478E415E857182E7012ACA99"><enum>(c)</enum><header>Report</header><text>The Secretary of Defense shall submit to the congressional defense committees a report on

WASHSTATEC015323

the next-generation improved homeland defense interceptor program to replace the redesigned kill vehicle. The report shall include the following:</text>

<paragraph id="HDA62ED9784984B8E9C3F32B92988E690"><enum>(1)</enum><text>Updated threat assessments by the intelligence community informing system threshold and objective requirements.</text></paragraph>

<paragraph id="H362313D34ED346FAAEE990459EECA796"><enum>(2)</enum><text>Updated requirements to address current and emerging threats.</text></paragraph>

<paragraph id="H6A90B4E3C7014A539F2F51A573665CD6"><enum>(3)</enum><text>Technical, programmatic, and cost analyses conducted on courses of action and alternatives to meet capability requirements, includingâ€"</text>

<subparagraph id="H11D3AE2DEB4A4BEFB8786E6B8F6239CF"><enum>(A)</enum><text>an independent cost estimate for each course of action considered; and</text></subparagraph>

<subparagraph id="H2B6688216C9D422C8A3B0B4D96056CC0"><enum>(B)</enum><text>an evaluation of the technical readiness level of the overall system and the components for each course of action considered.</text></subparagraph></paragraph>

<paragraph id="HF0374A27D4AC4A0E8345897198FBE4F8"><enum>(4)</enum><text>Options considered to address reliability efforts of the current fleet, understanding known deficiencies, and the impact of not addressing such efforts and deficiencies until the delivery of the next-generation improved homeland defense interceptors.</text></paragraph>

<paragraph id="H411413F9CA3047F582C5CD223C334D5C"><enum>(5)</enum><text display-inline="yes-display-inline">An obsolescence, refurbishment, and sustainment plan for all ground-based interceptor silos, including any impacts to the construction, delivery, and sustainment of missile field 4 located at Fort Greely, Alaska, taking into account the delay to emplacing additional interceptors.</text></paragraph>

<paragraph id="HDFA9CD4A0B6E499E9F45E981552AC4C7"><enum>(6)</enum><text display-inline="yes-display-inline">Possible opportunities as a result of the impacts described in paragraph (4) for improvements to missile fields located at Fort Greely other than missile field 4, including additional infrastructure or components required, and estimated schedules and costs for such opportunities.</text></paragraph>

<paragraph id="HBA7087502FC0483D84A90A5C0CBCCCD5"><enum>(7)</enum><text>A determination of the appropriate fleet mix of ground-based interceptor kill vehicles and boosters to maximize overall system effectiveness and increase capacity and capability, including the costs and benefits of continued inclusion of capability enhancement II block 1 interceptors after the fielding of the next-generation improved homeland defense interceptor.</text></paragraph></subsection></section>

<section id="HF30E839F224A44FDBAF1C86BCFCC90BC" section-type="subsequent-section"><enum>1688.</enum><header>Organization, authorities, and billets of the Missile Defense Agency</header>

<subsection id="HCFFCADDEA8F7431EA2547308DEAC0CFB"><enum>(a)</enum><header>Independent study</header>

<paragraph id="H59266AEDB3CC4B2EA4A74005068EEA55"><enum>(1)</enum><header>Assessment</header><text>In accordance with paragraph (2), the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center to conduct a study assessingâ€"</text>

<subparagraph id="H3380384DCE614A5EB7FA452F9273A90D"><enum>(A)</enum><text>the organization of the Missile Defense Agency under the Under Secretary of Defense for Research and Engineering pursuant to section 205(b) of title 10, United States Code;</text></subparagraph>

<subparagraph id="H54FBD05F37744EAB9BA589A878B35F8D"><enum>(B)</enum><text display-inline="yes-display-inline">alternative ways to organize the Agency under other officials of the Department of Defense, including the Under Secretary for Acquisition and Sustainment and any other official of the Department the federally funded research and development center determines appropriate; and</text></subparagraph>

WASHSTATEC015324

```
<subparagraph id="HAB03316D7FBD4C30866A7EE9B7E46B1F"><enum>(C)</enum><text display-
inline="yes-display-inline">transitioning the Agency to the standard acquisition
process pursuant to Department of Defense Instruction 5000, including both the risks
and benefits of making such a transition.</text></subparagraph></paragraph>

<paragraph id="H66AC42DD61F5407CAF7B0FD27D8A4891"
commented="no"><enum>(2)</enum><header>Scope of study</header><text display-
inline="yes-display-inline">Before entering into the contract with a federally funded
research and development center to conduct the study under paragraph (1), the Secretary
shall provide to the congressional defense committees an update on the scope of such
study.</text></paragraph>

<paragraph id="H7D482C2AC9A74F7787FB41DF51397F23"><enum>(3)</enum><header>Submission to
DOD</header><text display-inline="yes-display-inline">Not later than 180 days after the
date of the enactment of this Act, the federally funded research and development center
shall submit to the Secretary the study conducted under paragraph
(1).</text></paragraph>

<paragraph id="H5EE2464B33B3412BBBEA49EEE2E7249D"
commented="no"><enum>(4)</enum><header>Submission to Congress</header><text display-
inline="yes-display-inline">Not later than 30 days after the date on which the
federally funded research and development center submits to the Secretary the study
under paragraph (1), the Secretary shall submit to the congressional defense committees
the study, without change.</text></paragraph></subsection>

<subsection id="H9950860C936B497086A8E387F094E4DA"><enum>(b)</enum><header>Notification
on changes to non-standard acquisition processes and responsibilities</header>

<paragraph
id="HAA19D94133F848BE9828DE7F339F09EA"><enum>(1)</enum><header>Requirements</header><te
xt display-inline="yes-display-inline">The Secretary may not make any changes to the
missile defense non-standard acquisition processes and responsibilities described in
paragraph (2) until the Secretary, without delegationâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H83E354356A504C6D87B62C9C7591DD20"><enum>(A)</enum><text display-inline="yes-
display-inline">has consulted with the Under Secretary of Defense for Research and
Engineering, the Under Secretary of Defense for Acquisition and Sustainment, the Under
Secretary of Defense for Policy, the secretaries of the military departments, the
Chairman of the Joint Chiefs of Staff, the Commander of United States Strategic
Command, the Commander of United States Northern Command, and the Director of the
Missile Defense Agency;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H86F959EC31BD4E3CB8DF418CDCA7BEB6"><enum>(B)</enum><text display-inline="yes-
display-inline">certifies to the congressional defense committees that the Secretary
has coordinated the changes with and received the views of the individuals referred to
in subparagraph (A);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9B834DC7D4AA47A2B4B3A606F5B0C18D"><enum>(C)</enum><text display-inline="yes-
display-inline">submits to the congressional defense committees a report describing the
changes, the rationale for the changes, and the views of the individuals referred to in
subparagraph (A) with respect to such changes; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H460E8292105F4AACB4BD852524C2939B"><enum>(D)</enum><text display-inline="yes-
display-inline">a period of 120 days has elapsed following the date on which the
Secretary submits such report.</text></subparagraph></paragraph>

<paragraph id="H709E6EB43A594C6F957F913124C34ECF"><enum>(2)</enum><header>Non-standard
acquisition processes and responsibilities described</header><text display-inline="yes-
display-inline">The non-standard acquisition processes and responsibilities described
in this paragraph are such processes and responsibilities described inâ€"</text>

<subparagraph id="H6B549FD9E7094CAEB06D5773A1E55D31"><enum>(A)</enum><text>the
memorandum of the Secretary of Defense titled <quote>Missile Defense Program
Direction</quote> signed on January 2, 2002;</text></subparagraph>

<subparagraph id="H3C061E308F7E4C3591F7D84D43A57C28"><enum>(B)</enum><text>Department
```

of Defense Directive 5134.09, as in effect on the date of the enactment of this Act; and</text></subparagraph>

<subparagraph id="HCE5DDE0C048D4FC5A8AAE4885EB8F179"><enum>(C)</enum><text>United States Strategic Command Instruction 583â€"3.</text></subparagraph></paragraph></subsection>

<subsection id="H6FF613C1A83146B5AE6127BA4106E497"><enum>(c)</enum><header>Limitation on certain transfers of billets</header><text display-inline="yes-display-inline">During fiscal year 2020, the Secretary of Defense may not transfer civilian or military billets from the Missile Defense Agency to any element of the Department under the Under Secretary of Defense for Research and Engineering until, for each such transferâ€"</text>

<paragraph id="HE2C3E4CE744A4058BEB090E8F07DCBE4"><enum>(1)</enum><text display-inline="yes-display-inline">the Secretary notifies the congressional defense committees of such proposed transfer; and</text></paragraph>

<paragraph id="H79078B6E176F485FBEDE3A181C9376CB"><enum>(2)</enum><text>a period of 90 days has elapsed following the date of such notification.</text></paragraph></subsection></section>

<section id="H7CC0D58F9A2647CF899D614E8FDA9A02"><enum>1689.</enum><header>Annual assessment of ballistic missile defense system</header>

<subsection id="H42975AF9E6FA474F83E2BE0F801E1E2B"><enum>(a)</enum><header>Annual assessment</header><text display-inline="yes-display-inline">As part of the annual report of the Director of Operational Test and Evaluation submitted to Congress under section 139 of title 10, United States Code, the Director shall include an assessment of the ballistic missile defense system and all of the elements of the system that have been fielded or are planned, as of the date of the assessment, includingâ€"</text>

<paragraph id="HCDE035E696804B299CE62D49D6ABBF63"><enum>(1)</enum><text display-inline="yes-display-inline">the operational effectiveness, suitability, and survivability of the ballistic missile defense system and the elements of the system that have been fielded or tested; and</text></paragraph>

<paragraph id="H4F745B74934B40E290F11249CD665D76"><enum>(2)</enum><text display-inline="yes-display-inline">the adequacy and sufficiency of the test program of such system as of the date of the assessment, including with respect to the operational realism of the tests.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3135DCBB87274328940995708DBF5267"><enum>(b)</enum><header>Form</header><text>Each assessment under subsection (a) may be submitted in unclassified form, and may include a classified annex.</text></subsection></section>

<section id="HC216E7FD4A1B4D9D8F2C48E0E7E4EB18" section-type="subsequent-section"><enum>1690.</enum><header>Command and control, battle management, and communications program</header>

<subsection id="HF04B1946BC4D4E68A14A06755D570A80"><enum>(a)</enum><header>Limitation on sale</header><text>The Director of the Missile Defense Agency may not release the command and control, battle management, and communications program for export until the date on which the Director submits the report under subsection (b).</text></subsection>

<subsection id="HC911FE95F26B4759B52F514EF8042DFF"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing the following:</text>

<paragraph id="H00B5B4A1E15C41BBB40DC5B4629930C0"><enum>(1)</enum><text display-inline="yes-display-inline">An explanation of the rationale of the Director for considering to export the command and control, battle management, and communications program (or any variants thereof) in light of the critical role of the program in the strategic national defense of the United States and the allies of the United States against ballistic missile attack.</text></paragraph>

<paragraph id="H664B333818474BF1ABDF8C208C4F4925"><enum>(2)</enum><text display-

inline="yes-display-inline">The findings of the market research and analysis conducted by the Director regarding exportable command and control solutions for ballistic missile defense, including such solutions that are internationally available.</text></paragraph></subsection></section>

<section id="H1C70AC6F73C843B0BBFA088744478AFB" section-type="subsequent-section"><enum>1691.</enum><header>Missile defense interceptor site in contiguous United States</header>

<subsection id="H5C96FED2125C4FF2912CA0B5F49566F3"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than January 31, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the designation made on June 26, 2019, of a preferred potential future missile field site in the contiguous United States from the sites evaluated pursuant to section 227 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1678). The report shall address the following:</text>

<paragraph id="H8C45007B824841CF976752D593E43B29"><enum>(1)</enum><text>The environmental impact statement prepared pursuant to such section 227.</text></paragraph>

<paragraph id="HE1886581CDC245E69D2C6C4E53158F1C"><enum>(2)</enum><text>The strategic and operational effectiveness of the site, including with respect to the location that is the most advantageous site in providing coverage to the entire contiguous United States, including having the capability to provide shoot-assess-shoot coverage to the entire contiguous United States.</text></paragraph>

<paragraph id="H1792FE0782BC4C33B9B1034D13EF4654"><enum>(3)</enum><text display-inline="yes-display-inline">Construction remediation efforts and impacts to the existing environment at the site.</text></paragraph>

<paragraph id="H4CDA388632CF4C0B9797CF08AA1CC350"><enum>(4)</enum><text display-inline="yes-display-inline">The existing infrastructure at the site.</text></paragraph>

<paragraph id="H7023E2B81386492B9C0257658B69516C"><enum>(5)</enum><text display-inline="yes-display-inline">The costs to construct, equip, and operate the site.</text></paragraph></subsection>

<subsection id="H0E2B31835D454AC7B9D87AA378C26192"><enum>(b)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H80E95D07681A4176A0E382CEC93877BB" commented="no"><enum>(c)</enum><header>Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section may be construedâ€"</text>

<paragraph id="HBA5C359A23D749CDA8EB5C8F30973EE7"><enum>(1)</enum><text display-inline="yes-display-inline">as requiring the Secretary of Defense to begin a military construction project relating to the missile defense site in the contiguous United States; or</text></paragraph>

<paragraph id="H8A323CCD77934808AB255800FA89CFAE"><enum>(2)</enum><text display-inline="yes-display-inline">as a statement that there is any current military requirement for such a site.</text></paragraph></subsection>

<subsection id="H2A15D8FBD3624601BC2505CFDDB24CBA"><enum>(d)</enum><header>Conforming repeal</header><text>Section 1681 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1776) is repealed.</text></subsection></section>

<section id="H79B821B0909D4690AE8DBFF80D1BAAA7"><enum>1692.</enum><header>Independent study on impacts of missile defense development and deployment</header>

<subsection id="HEEAB25899705422E8C9ABA6AA55EB6AC"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center to conduct a study on the impacts of the development and deployment of homeland missile defenses of the United

States on the security of the United States as a whole.</text></subsection>

<subsection id="HA3A2BE3C2D3740C48C667FFDFFFC0A40"><enum>(b)</enum><header>Matters included</header><text>The study under subsection (a) shall—</text>

<paragraph id="H20E2C8C0315548B7AC0F99B5000F1EED"><enum>(1)</enum><text display-inline="yes-display-inline">consider whether security benefits obtained by the deployment of homeland missile defenses of the United States are undermined or counterbalanced by adverse reactions of potential adversaries, including both rogue states and near-peer adversaries; and</text></paragraph>

<paragraph id="HE886E2A1083D46999DC4D9C79825F80F"><enum>(2)</enum><text display-inline="yes-display-inline">consider the effectiveness of the homeland missile defense efforts of the United States to deter the development of ballistic missiles, in particular by both rogue states and near-peer adversaries.</text></paragraph></subsection>

<subsection id="H0715898CE8464FDEA8EEF1E62C7335F3"><enum>(c)</enum><header>Submission</header><text>Not later than one year after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees the study under subsection (a), without change.</text></subsection>

<subsection id="HB6F7593791604B7C87F9490ABE255953"><enum>(d)</enum><header>Form</header><text>The study shall be submitted under subsection (c) in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="HFE960C7F5DFA4408AABD3E43A2E407A0"><enum>1693.</enum><header>Report and briefing on multi-volume kill capability</header><text display-inline="no-display-inline"> Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Research and Engineering, in coordination with the Director of the Missile Defense Agency, the Under Secretary of Defense for Acquisition and Sustainment, and the Director of Cost Assessment and Program Evaluation, shall submit to the congressional defense committees a report, and shall provide to such committees a briefing, on an assessment of potential roles for a multi-volume kill capability in a future architecture of the ballistic missile defense system. Such report and briefing shall include the following:</text>

<paragraph id="HF71F658B18B34B5F8D67C8399D0DAE48"><enum>(1)</enum><text>An assessment of the current technology readiness level of necessary components and the technology readiness levels needed for an operational system.</text></paragraph>

<paragraph id="H0432DF5E17D9456FA617AF0462E59CC7"><enum>(2)</enum><text>An assessment of the costs and a comprehensive development and testing schedule to deploy a multi-volume kill capability.</text></paragraph>

<paragraph id="H28D5529EBACE480DA5DC0257F1D18C5B"><enum>(3)</enum><text>A concept of operations with respect to how a multi-volume kill capability could be employed and how such a capability compares to single-kill ground-based midcourse defense system interceptors.</text></paragraph></section></subtitle>

<subtitle id="HBEB305F4E4774A54B20C1F38E60FC9A7" style="OLC"><enum>F</enum><header>Other matters</header>

<section id="H47BCCAA988F7458E9C8E7B03B2EC6968"><enum>1694.</enum><header>Extension of authorization for protection of certain facilities and assets from unmanned aircraft</header>

<subsection id="HBA2822DA028A4FBC99E40C71D77B522D"><enum>(a)</enum><header>In general</header><text>Subsection (i) of section 130i of title 10, United States Code, is amended by striking <quote>2020</quote> both places it appears and inserting <quote>2023</quote>.</text></subsection>

<subsection id="HA2B2EA1D1BF244A18986FA6A30F3077E"><enum>(b)</enum><header>Technical corrections</header><text>Such section is amended—</text>

<paragraph id="HFA4ECCBFDBDE4815890A383F553B1A2B"><enum>(1)</enum><text>in subsection (i)(1), as amended by subsection (a), by striking <quote>of subsection (j)(3)</quote> and inserting <quote>of subsection (j)(3)(C)</quote>; and</text></paragraph>

WASHSTATEC015328

```
<paragraph id="H1BCD38F4EBE44E54AEEA92FFD43C551D"><enum>(2)</enum><text>in subsection
(j)(6), by striking <quote>in</quote> and all that follows through the period at the
end and inserting <quote>in section 44801 of title
49</quote>.</text></paragraph></subsection></section>

<section id="HF584E991D8CA4A8E9EEE071C57552673"><enum>1695.</enum><header>Repeal of
requirement for commission on electromagnetic pulse attacks and similar
events</header><text display-inline="no-display-inline">Section 1691 of the National
Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1786) is
repealed.</text></section>

<section id="H4379E28D48E14CDD952C35486AEE51EC" display-inline="no-display-inline"
section-type="subsequent-section"><enum>1696.</enum><header>Repeal of review
requirement for ammonium perchlorate report</header><text display-inline="no-display-
inline">Section 1694 of the National Defense Authorization Act for Fiscal Year 2018
(Public Law 115â€"91; 131 Stat. 1792) is amended by striking subsection
(d).</text></section>

<section id="H32F9CC189E30498EBFDAE612D5744B93" section-type="subsequent-section"
commented="no"><enum>1697.</enum><header>Transferability of conventional prompt global
strike weapon system technologies to surface-launched platforms</header>

<subsection id="HFDC76C96082D424DBB2FE7A2F21A70AC"><enum>(a)</enum><header>Surface-
launched technologies</header><text display-inline="yes-display-inline">The Secretary
of the Navy shall ensure that the technologies developed for the conventional prompt
global strike weapon system are transferrable to a surface-launched
platform.</text></subsection>

<subsection id="H16FC5A438314481893880E0E0C926D9A"
commented="no"><enum>(b)</enum><header>Report</header><text>Not later than 120 days
after the date of the enactment of this Act, the Secretary of the Navy shall submit to
the congressional defense committees a report on the programmatic changes required to
integrate the conventional prompt global strike weapon system into current or future
surface combatant ships.</text></subsection></section>

<section id="HF93A55DAF5254CC78B13C2E6267C1B40"><enum>1698.</enum><header>Prohibition
on availability of funds for certain offensive ground-launched ballistic or cruise
missile systems</header>

<subsection
id="HCF817CF2A9074010A23A3EDFD40DCA64"><enum>(a)</enum><header>Prohibition</header><tex
t display-inline="yes-display-inline">None of the funds authorized to be appropriated
by this Act or otherwise made available for fiscal year 2020 for the Department of
Defense may be obligated or expended for the procurement or deployment of an offensive
ground-launched ballistic or cruise missile system with a range between 500 and 5,500
kilometers.</text></subsection>

<subsection
id="H47A93317361B4D0FBB59E7D328EC1CDD"><enum>(b)</enum><header>Report</header><text>Not
later than January 31, 2020, the Secretary of Defense shall submit to the congressional
defense committees a report, and provide a briefing, that includes the
following:</text>

<paragraph id="H0C925F11DF404F0283B250A53251475A"><enum>(1)</enum><text display-
inline="yes-display-inline">An evaluation of the capabilities required to execute
contingency plans in the areas of responsibility of the United States European Command
and the United States Indo-Pacific Command using offensive ground-launched missile
systems of ranges in excess of 500 kilometers.</text></paragraph>

<paragraph id="HDCB5F49ECA7A49F9A092EF22D77EF271"><enum>(2)</enum><text>An evaluation
of what types of systems (including the range and flight profile of such systems), if
any, could be used to meet the required capabilities identified under paragraph
(1).</text></paragraph>

<paragraph id="H2EB6BB635F4448F59083A2144090D69A"><enum>(3)</enum><text>The results of
an analysis of alternatives conducted by the Chairman of the Joint Chiefs of Staff and
the Director of Cost Assessment and Program Evaluation that considersâ€"</text>

<subparagraph id="H30334379F09C458B88DB3346DB5DC3FA"><enum>(A)</enum><text display-
inline="yes-display-inline">conventional missile systems, including ground-, sea-, and
```

WASHSTATEC015329

air-launched missiles, that could be deployed to meet the required capabilities identified under paragraph (1);</text></subparagraph>

<subparagraph id="H0B3267B541CC46509FA16E3C35B281B4"><enum>(B)</enum><text>the cost, schedule, and feasibility of tailored acquisition strategies for each such system considered;</text></subparagraph>

<subparagraph id="HB7C6B704EF994832963957B03260AE2C"><enum>(C)</enum><text>simulations and games that were performed to inform the analysis of alternatives;</text></subparagraph>

<subparagraph id="H43AF74FEDB5846C3B5A5D708149A24FC"><enum>(D)</enum><text>benefits and risks of such different types of systems, including operational considerations in contested environments; and</text></subparagraph>

<subparagraph id="HC2105867293E4715BE71CEED7760B7CC"><enum>(E)</enum><text>any other operational or programmatic considerations determined relevant by the Chairman or the Director.</text></subparagraph></paragraph>

<paragraph id="H04F25A54BA98445BAA573EF29ED3DE6C"><enum>(4)</enum><text display-inline="yes-display-inline">Options for basing any such missile system in, or deploying any such missile system to, Europe or the Indo-Pacific region, including any agreements required for such options and potential timelines to implement such options.</text></paragraph>

<paragraph id="H6366411D861C4E98B9592B542410C65C"><enum>(5)</enum><text>A list of any governments of a foreign country consulted about such possible deployments, and a summary of the reaction of each such government.</text></paragraph>

<paragraph id="H49A55F3E183F48C8AAA74CABA59F6FA6"><enum>(6)</enum><text display-inline="yes-display-inline">A discussion of whether deploying such missile systems on the territory of a NATO ally would require a consensus decision by NATO.</text></paragraph></subsection>

<subsection id="HC3AEE6379F7545DF954449A6FBEC25C0"><enum>(c)</enum><header>Form</header><text>The report under subsection (b) shall be submitted in unclassified form, but may contain a classified annex.</text></subsection></section>

<section id="H7C55A604D05448B5AE259E9792890952"><enum>1699.</enum><header>Hard and deeply buried targets</header>

<subsection id="H6CB270E9F06D4BFE9D1F53CAC68BEB4E"><enum>(a)</enum><header>Briefing required</header>

<paragraph id="HF17393A318054F258933AFBB4B285C22"><enum>(1)</enum><header>In general</header><text>Not later than December 1, 2019, the Chairman of the Joint Chiefs of Staff shall, in consultation with the Commander of the United States Strategic Command, provide to the congressional defense committees a classified briefing on hard and deeply buried targets.</text></paragraph>

<paragraph id="H60B1F9E0442A40718B040B25AF53F011"><enum>(2)</enum><header>Elements</header><text>The briefing required by paragraph (1) shall include the following:</text>

<subparagraph id="H6E4127144A0246198BA19E89C0626773"><enum>(A)</enum><text>An estimate of the total number of high-value hard and deeply buried targets associated with United States military operations plans.</text></subparagraph>

<subparagraph id="H099AD1B7EFC0422E916B47E0D0F43080"><enum>(B)</enum><text>A description of the contents, functions, and hardening characteristics of the targets described in subparagraph (A), as well as their level of protection by anti-access and area denial capabilities.</text></subparagraph>

<subparagraph id="HAB0D22A745124E4DA5FF867056465466"><enum>(C)</enum><text>An assessment of the current ability of, and requirement, cost, and implications for deterrence and strategic stability for, the United States to hold such targets at risk using existing conventional and nuclear capabilities.</text></subparagraph>

<subparagraph id="H7FAE59B1A5884A338BBDA879D61AB00F"><enum>(D)</enum><text>An assessment of the potential ability of, and requirement, cost, and implications for deterrence and strategic stability for, the United States to hold such targets at risk

WASHSTATEC015330

using projected conventional and nuclear capabilities as of
2030.</text></subparagraph></paragraph></subsection>

<subsection id="H124A3231C9C240F5810D8A1104F6DB50"><enum>(b)</enum><header>Plan
required</header><text>Not later than February 15, 2020, the Secretary of Defense shall
develop a plan detailing the requirement, cost, and implications for deterrence and
strategic stability for the United States to possess by 2025 the capabilities to pose a
credible threat against targets described in the briefing required by subsection
(a).</text></subsection></section></subtitle></title>

<title id="H0170ABBD8745452AA6EBBA1EC12479B4"><enum>XVII</enum><header>Reports and
Other Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H0170ABBD8745452AA6EBBA1EC12479B4" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H73B0E78C0EB947DDBDD5D73F9D2B4B54" level="subtitle">Subtitle
Aâ€"Studies and Reports</toc-entry>

<toc-entry idref="HC67D1D6A47B94C2D9DD75907A16A3540"
level="section">Sec.â€¯1701.â€¯Modification of annual reporting requirements on defense
manpower.</toc-entry>

<toc-entry idref="H0EA5A380A2CE4863A0B0244F37364F22"
level="section">Sec.â€¯1702.â€¯Termination of requirement for submittal to Congress of
certain recurring reports.</toc-entry>

<toc-entry idref="H82BA7F5128D646CABB2ABE03B4B3DFD8"
level="section">Sec.â€¯1703.â€¯Modification of annual report on civilian casualties in
connection with United States military operations.</toc-entry>

<toc-entry idref="H57DA6D5D421D45D0899B478D34BC980A"
level="section">Sec.â€¯1704.â€¯Extension of requirement for briefings on the national
biodefense strategy.</toc-entry>

<toc-entry idref="H176594B16A1142D38B65D4F77B451724"
level="section">Sec.â€¯1705.â€¯Authorization of appropriations for title III of the
Defense Production Act of 1950.</toc-entry>

<toc-entry idref="HCB5D47294C824F6BB43E3A66BF536A4C"
level="section">Sec.â€¯1706.â€¯Report on the Department of Defense plan for mass-
casualty disaster response operations in the Arctic.</toc-entry>

<toc-entry idref="H060659262584475A8CB1720046100A38"
level="section">Sec.â€¯1707.â€¯Transmittal to Congress of requests for assistance from
other departments of the Federal Government that are approved by the Department of
Defense.</toc-entry>

<toc-entry idref="HB32FFC0440B24A78B39E4EF54680A379"
level="section">Sec.â€¯1708.â€¯Report and briefing on implementation of national
defense strategy.</toc-entry>

<toc-entry idref="H179DB4BA5D88499286B557F33D0AAAD0"
level="section">Sec.â€¯1709.â€¯Actions to increase analytic support.</toc-entry>

<toc-entry idref="HBBF92E7D64FE4906AE2A9C135DFF4F2B"
level="section">Sec.â€¯1710.â€¯Inclusion of certain individuals investigated by
Inspectors General in the semiannual report.</toc-entry>

<toc-entry idref="HBD1DBF74F93248179B3A738A47124244"
level="section">Sec.â€¯1711.â€¯Annual report on Joint Military Information Support
Operations Web Operations Center.</toc-entry>

<toc-entry idref="HB79D1451CB9E40FCBDE9D2FD69D82041"
level="section">Sec.â€¯1712.â€¯Mobility capability requirements study.</toc-entry>

<toc-entry idref="H8C4CE78DC8C2473DAC9A6D9C2DF4AFAE"
level="section">Sec.â€¯1713.â€¯Assessment of special operations force structure.</toc-
entry>

<toc-entry idref="HD3410F3A655D4862AFDDEE7CB49D6D95"

level="section">Sec.â€‚1714.â€‚Army aviation strategic plan and modernization roadmap.</toc-entry>

<toc-entry idref="H76D5485E00AB4180AA0DA073FBF5FFC5"
level="section">Sec.â€‚1715.â€‚Report on ground-based long-range artillery to counter land and maritime threats.</toc-entry>

<toc-entry idref="H585B9E4749524E5BA8B8C11D553B3A0E"
level="section">Sec.â€‚1716.â€‚Independent review of transportation working-capital fund.</toc-entry>

<toc-entry idref="H601A9819FA75416495FD40DA77F0C3AB"
level="section">Sec.â€‚1717.â€‚Geographic command risk assessment of proposed use of certain aircraft capabilities.</toc-entry>

<toc-entry idref="HA539C32C015C41979FC5C728DF29398F"
level="section">Sec.â€‚1718.â€‚Report on backlog of personnel security clearance adjudications.</toc-entry>

<toc-entry idref="HFB3DD7B73C3D4C2184FA90E4F40CA5D5"
level="section">Sec.â€‚1719.â€‚Report regarding outstanding Government Accountability Office recommendations.</toc-entry>

<toc-entry idref="HC6992270D7EE4FEB8408A0AABB6F8962"
level="section">Sec.â€‚1720.â€‚Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents.</toc-entry>

<toc-entry idref="H7CA202BDD6FF46748E729B6CA374435A"
level="section">Sec.â€‚1721.â€‚Assessment of standards, processes, procedures, and policy relating to civilian casualties.</toc-entry>

<toc-entry idref="H34AC2A804C0E46EB8C3B07C0C2831E7F"
level="section">Sec.â€‚1722.â€‚Report on transfers of equipment to prohibited entities.</toc-entry>

<toc-entry idref="H139C902AF2324119BEA84BCDDAA4C528"
level="section">Sec.â€‚1723.â€‚Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities.</toc-entry>

<toc-entry idref="H9B8FE0461EE8424999EFEDD5ED6C0BA8"
level="section">Sec.â€‚1724.â€‚Review and assessment of mitigation of military helicopter noise.</toc-entry>

<toc-entry idref="H626D138F6D3E49D68982E0E85FF37059" level="subtitle">Subtitle Bâ€"Other Matters</toc-entry>

<toc-entry idref="H4D46DEDAE41842ACA340E722A45D8CFE"
level="section">Sec.â€‚1731.â€‚Technical, conforming, and clerical amendments.</toc-entry>

<toc-entry idref="H29DEA602C1384F138DD7A804783E36F5"
level="section">Sec.â€‚1732.â€‚Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification.</toc-entry>

<toc-entry idref="HB3D698431F124DE3956CE0DFAA5B586E"
level="section">Sec.â€‚1733.â€‚Clarification of authority of Inspectors General for overseas contingency operations.</toc-entry>

<toc-entry idref="H9CF571D1F3CE483BAF73FAFA6233FFA6"
level="section">Sec.â€‚1734.â€‚Employment status of annuitants for Inspectors General for overseas contingency operations.</toc-entry>

<toc-entry idref="HA140D9E232694C7885508DBCA9CAA10A"
level="section">Sec.â€‚1735.â€‚Extension of National Security Commission on Artificial Intelligence.</toc-entry>

<toc-entry idref="H0E6CC2399F93404480EE30B66A3D351D"
level="section">Sec.â€‚1736.â€‚Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense.</toc-entry>

<toc-entry idref="H14542ECCD8464684BF65EF9190249EC6"

WASHSTATEC015332

level="section">Sec.â€‚1737.â€‚Extension of postage stamp for breast cancer research.</toc-entry>

<toc-entry idref="H59922328CA514D4AB81D932BF7AD6719"
level="section">Sec.â€‚1738.â€‚National Commission on Military Aviation Safety.</toc-entry>

<toc-entry idref="HF292DEF62DAB4E2CA6163D21E4A1F39B"
level="section">Sec.â€‚1739.â€‚Guarantee of residency for spouses of members of the uniformed services.</toc-entry>

<toc-entry idref="HE27F3C3AEB764D3AAD7F057349D55AEF"
level="section">Sec.â€‚1740.â€‚Electromagnetic pulses and geomagnetic disturbances.</toc-entry>

<toc-entry idref="HF9AD0CDECEC3405BB9CEE1A72F0CC896"
level="section">Sec.â€‚1741.â€‚Improvements to Manufacturing USA Program.</toc-entry>

<toc-entry idref="H6005D86825EB40839FEFE9A9A559F91C"
level="section">Sec.â€‚1742.â€‚Regional innovation program.</toc-entry>

<toc-entry idref="H55E6D00212AC41A4881CDC7469454888"
level="section">Sec.â€‚1743.â€‚Aviation workforce development.</toc-entry>

<toc-entry idref="H12BC1D0D6A5D46A382F22805CBE05CED"
level="section">Sec.â€‚1744.â€‚Oversight of Department of Defense execute orders.</toc-entry>

<toc-entry idref="H8E826EAB83204C3AA3414922F66CBD9B"
level="section">Sec.â€‚1745.â€‚Processes and procedures for notifications regarding special operations forces.</toc-entry>

<toc-entry idref="HD7560725EFB84E95940184AD60C11AD8"
level="section">Sec.â€‚1746.â€‚Securing American science and technology.</toc-entry>

<toc-entry idref="H6B04B659FEB0425BB41810C35EAA9578"
level="section">Sec.â€‚1747.â€‚Standardized policy guidance for calculating aircraft operation and sustainment costs.</toc-entry>

<toc-entry idref="H313139E3F20D431C8ECBBD6C43E16357"
level="section">Sec.â€‚1748.â€‚Special Federal Aviation Regulation Working Group.</toc-entry>

<toc-entry idref="HA8830453BE3B4A02B2677F9DA28B77AB"
level="section">Sec.â€‚1749.â€‚Prohibition on names related to the Confederacy.</toc-entry>

<toc-entry idref="HB5B1298F8E7C4DDA88F1FBB7AC09081C"
level="section">Sec.â€‚1750.â€‚Support for National Maritime Heritage Grants program.</toc-entry>

<toc-entry idref="HE3CA36EABD88478194A5B4E5020CA176"
level="section">Sec.â€‚1751.â€‚Support for world language advancement and readiness.</toc-entry>

<toc-entry idref="HC14874B3D7414E5CBDCDA8458502C860"
level="section">Sec.â€‚1752.â€‚Designation of Department of Defense strategic Arctic ports.</toc-entry>

<toc-entry idref="H1835A970A2DB44C093F1F59560ED761A"
level="section">Sec.â€‚1753.â€‚Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure .</toc-entry>

<toc-entry idref="H69BFF851114846218F5E246C3917CCDC"
level="section">Sec.â€‚1754.â€‚Comprehensive Department of Defense policy on collective self-defense.</toc-entry>

<toc-entry idref="H2615933416BD4EF9A341BCC34A4D9E26"
level="section">Sec.â€‚1755.â€‚Policy regarding the transition of data and applications to the cloud.</toc-entry>

<toc-entry idref="H75581AE3D1854399A8040B18EBA97AC3"

WASHSTATEC015333

level="section">Sec.â€¯1756.â€¯Integrated public alert and warning system.</toc-entry>

<toc-entry idref="H700EFA00E29E4301A440B4F7B0E2389D"
level="section">Sec.â€¯1757.â€¯Improving quality of information in background
investigation request packages.</toc-entry>

<toc-entry idref="H6E5216103E7445C083825542417055CF"
level="section">Sec.â€¯1758.â€¯Parole in place for members of the Armed Forces and
certain military dependents.</toc-entry>

<toc-entry idref="H0C902C2C143C4C46B19275F28EC046A9"
level="section">Sec.â€¯1759.â€¯Report on reducing the backlog in legally required
historical declassification obligations of the Department of Defense.</toc-entry>

<toc-entry idref="HB9F50E6F1FF94527A873239F54D62F05"
level="section">Sec.â€¯1760.â€¯Military type certification for light attack
experimentation aircraft.</toc-entry></toc>

<subtitle id="H73B0E78C0EB947DDBDD5D73F9D2B4B54"><enum>A</enum><header>Studies and
Reports</header>

<section id="HC67D1D6A47B94C2D9DD75907A16A3540"><enum>1701.</enum><header>Modification
of annual reporting requirements on defense manpower</header>

<subsection id="HD45AAFE2D1AD4EF1A4B9ACF264230C77"><enum>(a)</enum><header>Conversion
of annual requirements report into annual profile report</header><text>Section 115a of
title 10, United States Code, is amendedâ€"</text>

<paragraph id="HCBAB3FB3E2BE4B2C831447EE777EADA2"><enum>(1)</enum><text>in subsection
(a)â€"</text>

<subparagraph id="H84ACB3968DE44D9A9A71AED1427B447D"><enum>(A)</enum><text>in the
matter preceding paragraph (1), by striking the first two sentences and inserting the
following new sentence: <quote>Not later than April 1 each year, the Secretary of
Defense shall submit to Congress a defense manpower profile
report.</quote>;</text></subparagraph>

<subparagraph id="H74D561046495403B88D0FB41028C07C7"><enum>(B)</enum><text>in paragraph
(1), by adding <quote>and</quote> at the end;</text></subparagraph>

<subparagraph id="HBDEC9FDBE6A04A8D95AD02BF95327721"><enum>(C)</enum><text>in paragraph
(2), by striking <quote>; and</quote> and inserting a period; and</text></subparagraph>

<subparagraph id="HF67C1E127E6D4511859AA15FE5C855DC"><enum>(D)</enum><text>by striking
paragraph (3);</text></subparagraph></paragraph>

<paragraph id="H5D858733E56E44E8A87C97CACEB88821"><enum>(2)</enum><text>in subsection
(b)â€"</text>

<subparagraph id="HF2F865F61E74452D9E73C5377CB77700"><enum>(A)</enum><text>by striking
<quote>(1)</quote>; and</text></subparagraph>

<subparagraph id="H34FB465A8FDE40A0AB2B20A06E0C3E33"><enum>(B)</enum><text>by striking
paragraphs (2) and (3); and</text></subparagraph></paragraph>

<paragraph id="HE85B0FBFA98343E1BC505A9B1970F212"><enum>(3)</enum><text>in subsection
(c), by striking <quote>the following:</quote> and all that follows and inserting
<quote>the manpower required for support and overhead functions within the armed forces
and the Department of Defense.</quote>.</text></paragraph></subsection>

<subsection id="H2C3445AA3A07495EBF541514730B2EDB"><enum>(b)</enum><header>Conversion
of certain current report elements into separate, modified reports</header><text>Such
section is further amendedâ€"</text>

<paragraph id="H8C26DEE0A6BD462EA44C23ED1E732571"><enum>(1)</enum><text>in subsection
(d), by striking <quote>The Secretary shall also include in each such report</quote>
and inserting <quote>Not later than April 1 each year, the Secretary shall submit to
Congress a report that sets forth</quote>; and</text></paragraph>

<paragraph id="H48DAC16D71F54F28A8A2652187A2A1F0"><enum>(2)</enum><text>in subsection
(e)(1), by striking <quote>In each such report, the Secretary shall also
include</quote> and inserting <quote>Not later than April 1 each year, the Secretary

WASHSTATEC015334

shall submit to Congress a report that sets forth</quote>;</text></paragraph>

<paragraph id="HF764CD16D6B444BA8A9CC0A2CFF64D91"><enum>(3)</enum><text>in subsection (f)â€"</text>

<subparagraph id="HA28995AACD4545A3A4F0377766316F11"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking <quote>The Secretary shall also include in each such report</quote> and inserting <quote>Not later than June 1 each year, the Secretary shall submit to Congress a report that sets forth</quote>; and</text></subparagraph>

<subparagraph id="HB8D778FAAD8A4D88A43DD12DA6AC9ACE"><enum>(B)</enum><text>in paragraph (1), by striking <quote>and estimates of such numbers for the current fiscal year and subsequent fiscal years</quote>;</text></subparagraph></paragraph>

<paragraph id="H13AEB2CC28A540CA9A9323FC6EF2695E"><enum>(4)</enum><text>in subsection (g)â€"</text>

<subparagraph id="H105253CE2F3C456693C6B76AE26A3F28"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking <quote>In each report submitted under subsection (a), the Secretary shall also include a detailed discussion</quote> and inserting <quote>Not later than September 1 each year, the Secretary shall submit to Congress a report that sets forth a detailed discussion, current as of the preceding fiscal year,</quote>; and</text></subparagraph>

<subparagraph id="H38DB1108AC2C42178A891A32D050873D"><enum>(B)</enum><text>by striking <quote>the year</quote> each place it appears and inserting <quote>the fiscal year</quote>; and</text></subparagraph></paragraph>

<paragraph id="HADFB30F088A24AA780575EE6F5E97796"><enum>(5)</enum><text>in subsection (h), by striking <quote>In each such report, the Secretary shall include a separate report</quote> and inserting <quote>Not later than April 1 each year, the Secretary shall submit to Congress a report</quote>.</text></paragraph></subsection>

<subsection id="HA1AF5E8F48FE4EEE85789940AE780792"><enum>(c)</enum><header>Conforming and clerical amendments</header>

<paragraph id="HCF931DC25FF7448F9D4E600427E0ABE0"><enum>(1)</enum><header>Heading amendment</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HA6220D5C16104CABBCEA83C6EB7E5F2D" style="USC">

<section id="H428763D61CDC42FF91D2F27C4297E330"><enum>115a.</enum><header>Annual defense manpower profile report and related reports</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HC59DB4BA00D4455B93F204476E767CD8"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 3 of such title is amended by striking the item relating to section 115a and inserting the following new item:</text>

<quoted-block id="H33A47166743F4B7E90970FAACB0E901F" style="USC">

<toc>

<toc-entry idref="H428763D61CDC42FF91D2F27C4297E330" level="section">115a. Annual defense manpower profile report and related reports.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H0EA5A380A2CE4863A0B0244F37364F22"><enum>1702.</enum><header>Termination of requirement for submittal to Congress of certain recurring reports</header>

<subsection id="HFBA4B5C54EA549308D349A9558DB793C"><enum>(a)</enum><header>Termination</header><text>Effective on December 30, 2021, each report described in subsection (b) that is still required to be submitted to Congress as of such effective date shall no longer be required to be submitted to Congress.</text></subsection>

<subsection id="HF6788831460B413D92BF2466C0E7ECDC"><enum>(b)</enum><header>Covered reports</header><text>A report described in this subsection is any of the

following:</text>

<paragraph id="H11F3885D530E4E19A9F26336E1CA6818"><enum>(1)</enum><text>The report required by section 1696(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232).</text></paragraph>

<paragraph id="HE3ED2F9C36114A4E8093B9E1F4F35323"><enum>(2)</enum><text>The report required by section 1071(b)(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91).</text></paragraph>

<paragraph id="H77EC9B0FFC894CC39261AFEFF19B52AF"><enum>(3)</enum><text>The report required by section 1788a(d) of title 10, United States Code, as added by section 555 of such Act.</text></paragraph>

<paragraph id="HCBC840CB6BCF4D4CB324CA84C602FF7C"><enum>(4)</enum><text display-inline="yes-display-inline">The report required under section 709(g) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1071 note).</text></paragraph>

<paragraph id="HC711C5D5FC0D472FB06D27FA6C8EAEDE"><enum>(5)</enum><text>The report required by section 1292(a)(2) of such Act (22 U.S.C. 2751 note).</text></paragraph>

<paragraph id="HD4C2275ED6644A27BCB2F1CEE2775529"><enum>(6)</enum><text>The quarterly report required by section 1236(c) of such Act.</text></paragraph>

<paragraph id="H945E3806F5E041AEBDC8DD0E8E169EE9"><enum>(7)</enum><text display-inline="yes-display-inline">The annual certification required by section 1666 of such Act (10 U.S.C. 2431 note).</text></paragraph>

<paragraph id="H2EBB1BD002F64096B694E45D984B6526"><enum>(8)</enum><text>The updates required under paragraph (3) of subsection (a) of section 1694 of such Act to the report required under paragraph (1) of such subsection.</text></paragraph>

<paragraph id="HA5B98139B380401ABBDFE69A22DB4723"><enum>(9)</enum><text>The notifications required by section 1695 of such Act.</text></paragraph>

<paragraph id="HAE239322D64D4ABA98A75EE42D340D2A"><enum>(10)</enum><text>The report required under section 522(g) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92).</text></paragraph></subsection>

<subsection id="HC6B5FCC2FFDA49D098132A56E30CE9A0"><enum>(c)</enum><header>Conforming repeal</header>

<paragraph id="HF5CA2B339CE2454181A06060F6785D7F"><enum>(1)</enum><header>In general</header><text>Section 1788a of title 10, United States Code, is amended by striking subsection (d).</text></paragraph>

<paragraph id="HB4497A633E9E452A927ADB405574989D"><enum>(2)</enum><header>Effective date</header><text>The amendment made by paragraph (1) shall take effect on December 30, 2021.</text></paragraph></subsection>

<subsection id="HDC0B0300D8D940C3BEC083BE34291E79" display-inline="no-display-inline"><enum>(d)</enum><header>Requirement for preparation of certain reports to Congress by civilian employees of the Federal Government and members of the Armed Forces</header>

<paragraph id="HCD0D0CEEB71B44E0AB6D7CE3C435AFA4"><enum>(1)</enum><header>Requirement</header><text>Except as expressly otherwise provided in the provision of law requiring such report, any report submitted to Congress pursuant to a provision of a national defense authorization Act that is enacted on or after the date that is three years after the date of the enactment of this Act shall be written by civilian employees of the Federal Government, members of the Armed Forces, or both, and not by contractor employees of the Federal Government.</text></paragraph>

<paragraph id="H2C7B6C0DBEC3428D9BA33784BE38600F"><enum>(2)</enum><header>Briefing</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall brief the Committees on Armed Services of the Senate and the House of Representatives on the actions to be taken to ensure compliance with the requirement in paragraph (1), including on any impediments to compliance with the requirement.</text></paragraph></subsection></section>

<section id="H82BA7F5128D646CABB2ABE03B4B3DFD8" section-type="subsequent-section"><enum>1703.</enum><header>Modification of annual report on civilian casualties in connection with United States military operations</header>

<subsection id="HB670D7CC887D41C4A5C6039DB33998B2"><enum>(a)</enum><header>In general</header><text>Section 1057 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91), as amended by section 1062 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is amended—</text>

<paragraph id="H36047091319044AFAA0329B97EF02C88"><enum>(1)</enum><text>in subsection (b)—</text>

<subparagraph id="H999BD69D1A1D4DE79B6545DB5A5FA447" display-inline="no-display-inline"><enum>(A)</enum><text>by redesignating paragraphs (5) and (6) as paragraphs (8) and (9), respectively; and</text></subparagraph>

<subparagraph id="H3AC2E29249D940BDA524CF7E7ED1EE00"><enum>(B)</enum><text>by striking paragraphs (3) and (4) and inserting the following new paragraphs:</text>

<quoted-block style="OLC" id="HB5921F15FA0D4B27A0AD7ADAC4FA07F6" display-inline="no-display-inline">

<paragraph id="H62C485C98C304113ACE4F0B7D60250FD"><enum>(3)</enum><text display-inline="yes-display-inline">A description of the process by which the Department of Defense investigates allegations of civilian casualties resulting from United States military operations, including how the Department incorporates information from interviews with witnesses, civilian survivors of United States operations, and public reports or other nongovernmental sources.</text></paragraph>

<paragraph id="H156C064568CD49099086A05A2BCA3DCE" commented="no"><enum>(4)</enum><text display-inline="yes-display-inline">A description of—</text>

<subparagraph id="H24448E81473B410AB0CF5A3D68BAD754" commented="no"><enum>(A)</enum><text>steps taken by the Department to mitigate harm to civilians in conducting such operations; and</text></subparagraph>

<subparagraph id="HCB6F1FB13054468988C92B4B7084DA3E" commented="no"><enum>(B)</enum><text>in the case of harm caused by such an operation to a civilian, any ex gratia payment or other assistance provided to the civilian or the family of the civilian.</text></subparagraph></paragraph>

<paragraph id="H29FD8462E3F44A2DA80A4B6B7060E98D"><enum>(5)</enum><text>A description of any allegations of civilian casualties made by public or non-governmental sources formally investigated by the Department of Defense.</text></paragraph>

<paragraph id="H2D7C411299FD4660AADC9ABA466EF1BC"><enum>(6)</enum><text display-inline="yes-display-inline">A description of the general reasons for any discrepancies between the assessments of the United States and reporting from nongovernmental organizations regarding non-combatant deaths resulting from strikes and operations undertaken by the United States.</text></paragraph>

<paragraph id="HAC4A4FC903144ED8BEFE625B5D6A8896"><enum>(7)</enum><text display-inline="yes-display-inline">The definitions of <quote>combatant</quote> and <quote>non-combatant</quote> used in the preparation of the report, which shall be consistent with the laws of armed conflict.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB5768B030FFD4F81852D3F2A705B184D"><enum>(2)</enum><text>in subsection (e), by striking <quote>five years</quote> and inserting <quote>seven years</quote>.</text></paragraph></subsection>

<subsection id="H64A6C248346F4F8C9D95102AD3A5B78C" display-inline="no-display-inline"><enum>(b)</enum><header>Classification</header><text>The Law Revision Counsel is directed to place such section 1057 in a note following section 113 of title 10, United States Code.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H57DA6D5D421D45D0899B478D34BC980A" section-type="subsequent-section"><enum>1704.</enum><header display-inline="yes-display-inline">Extension of requirement for briefings on the national biodefense strategy</header><text display-

WASHSTATEC015337

inline="no-display-inline">Section 1086(d) of the National Defense Authorization Act for Fiscal year 2017 (Public Law 114â€"328; 130 Stat. 2423; 6 U.S.C. 104(d)) is amended by striking <quote>March 1, 2019</quote> and inserting <quote>March 1, 2025</quote>.</text></section>

<section id="H176594B16A1142D38B65D4F77B451724"><enum>1705.</enum><header>Authorization of appropriations for title III of the Defense Production Act of 1950</header>

<subsection id="HD616F598D0644F689D737FB9BAA3B0F3"><enum>(a)</enum><header>In general</header><text>Section 711 of the Defense Production Act of 1950 (50 U.S.C. 4561) is amended by adding at the end the following: <quote>In addition to the appropriations authorized by the previous sentence, there is authorized to be appropriated $117,000,000 for each of fiscal years 2020 through 2024 to carry out title III.</quote>.</text></subsection>

<subsection id="HAD1F4FF5D34645258C884D3B2A69DB13"><enum>(b)</enum><header>Annual briefing required</header><text>Not later than 180 days after the date of the enactment of this Act, and annually thereafter for five years, the Secretary of Defense, or the designee of the Secretary, shall brief the Committee on Financial Services of the House of Representatives and the Committee on Banking, Housing, and Urban Affairs of the Senate on activities undertaken in the preceding year with respect to title III of the Defense Production Act of 1950 (50 U.S.C. 4531 et seq.).</text></subsection></section>

<section id="HCB5D47294C824F6BB43E3A66BF536A4C"><enum>1706.</enum><header>Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic</header>

<subsection id="H256F2BBD3D3B4B5D93B1A2E4A371B280"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="H1A60FA7EC7CD438092099B649F88385B"><enum>(1)</enum><text>the Department of Defense may be called upon to support the Coast Guard and other agencies of the Department of Homeland Security in responding to any mass-casualty disaster response operations in the Arctic;</text></paragraph>

<paragraph id="H0EBC8B5C19754EE387D921397A417035"><enum>(2)</enum><text>coordination between the Department of Defense and the Coast Guard might be necessary for responding to a mass-casualty event in the Arctic; and</text></paragraph>

<paragraph id="HB699A1A662A448A089971EDDB96BC4BD"><enum>(3)</enum><text>prior planning for Arctic mass-casualty disaster response operations will bolster the response of the Federal Government to a mass-casualty disaster in the Arctic environment.</text></paragraph></subsection>

<subsection id="H42D602B5C44F48E089D1BB906CE4879A"><enum>(b)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in coordination with the Secretary of Homeland Security, submit to the appropriate committees of Congress a report on the plan of the Department of Defense for assisting mass-casualty disaster response operations in the Arctic.</text></subsection>

<subsection id="H8480BF503FEF49D1B4B3949EAF6BD067"><enum>(c)</enum><header>Elements</header><text>The report required by subsection (b) shall include the following:</text>

<paragraph id="H0D03763A10174A32B84170414246FF55"><enum>(1)</enum><text>A description of the assets that could be made available to support other agencies and departments of the Federal Government for mass-casualty disaster response operations in the Arctic.</text></paragraph>

<paragraph id="H59411FD3444743A392F577D52F7975D9"><enum>(2)</enum><text>A description and assessment of the command, control, and coordination relationships that would be useful to integrate rescue forces for such operations from multiple agencies and departments of the Federal Government.</text></paragraph>

<paragraph id="HCE38D0A6DCF44782BCE5ABFBDCC60180"><enum>(3)</enum><text>A description and assessment of the communications assets that could be made available in support of other agencies and departments of the Federal Government for communication and coordination in such operations.</text></paragraph>

WASHSTATEC015338

```
<paragraph id="H9B132FC35E8A4C64A035AEF82B29D72B"><enum>(4)</enum><text>A description
of any cooperative arrangements with Canada and other regional partners in providing
rescue assets and infrastructure in connection with such operations.</text></paragraph>

<paragraph id="HF4AFF932F64D465C9DB08A6FE7841023"><enum>(5)</enum><text>A description
of available medical infrastructure and assets that could be made available in support
of other agencies and departments of the Federal Government for aeromedical evacuation
in connection with such operations.</text></paragraph>

<paragraph id="H0D203DD878784C02872309327D4BC9EA"><enum>(6)</enum><text>A description
of available shelter locations that could be made available in support of other
agencies and departments of the Federal Government for use in connection with such
operations, including the number of people that can be sheltered per
location.</text></paragraph>

<paragraph id="H53AD94947C134543B5D21ADEF70F09ED"><enum>(7)</enum><text>An assessment
of logistical challenges that evacuations from the Arctic in connection with such
operations entail, including potential rotary and fixed-wing aircraft trans-load
locations and onward movement requirements.</text></paragraph></subsection>

<subsection id="HF56491B4C3DD4932AFF5E7E196CDB33A"><enum>(d)</enum><header>Appropriate
committees of Congress defined</header><text>In this section, the term
<term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="HAB275DD599BE41A597629D1356D48965"><enum>(1)</enum><text>the Committee
on Armed Services, the Committee on Homeland Security and Governmental Affairs, and the
Committee on Appropriations of the Senate; and</text></paragraph>

<paragraph id="HD187D33C27DE4C26ABF67A326AA23DBF"><enum>(2)</enum><text>the Committee
on Armed Services, the Committee on Homeland Security, and the Committee on
Appropriations of the House of
Representatives.</text></paragraph></subsection></section>

<section id="H060659262584475A8CB1720046100A38"><enum>1707.</enum><header>Transmittal
to Congress of requests for assistance from other departments of the Federal Government
that are approved by the Department of Defense</header>

<subsection id="HB7BAA3FE78DD4635B93FA0D464A2C126"><enum>(a)</enum><header>Requests
following approval</header><text>Not later than seven calendar days after the
Department of Defense approves a Request for Assistance from the Department of Homeland
Security or the Department of Health and Human Services, the Secretary of Defense shall
electronically transmit to the Committees on Armed Services of the Senate and the House
of Representatives a copy such Request for Assistance.</text></subsection>

<subsection id="H9BDA8633FD41456694BD64F74003825A"><enum>(b)</enum><header>Official
responses to approved requests</header><text>At the same time the Secretary of Defense
submits to the Secretary of Homeland Security or the Secretary of Health and Human
Services an official response of the Department of Defense approving a Request for
Assistance from the Department of Homeland Security or the Department of Health and
Human Services, as applicable, the Secretary of Defense shall electronically transmit
to the Committees on Armed Services of the Senate and the House of Representatives a
copy of such official response.</text></subsection></section>

<section id="HB32FFC0440B24A78B39E4EF54680A379" section-type="subsequent-
section"><enum>1708.</enum><header>Report and briefing on implementation of national
defense strategy</header>

<subsection id="H6B4CBFCA5DAF456BAFC0ACFC266B964E"><enum>(a)</enum><header>Report and
briefing</header><text display-inline="yes-display-inline">In addition to the
assessment required under section 113(g)(1)(F) of title 10, United States Code, by not
later than April 30, 2020, the Secretary of Defense shall submit to the congressional
defense committees a report, and provide an accompanying briefing, on the
implementation of the national defense strategy required under section 113(g) of title
10, United States Code. Such report and briefing shall include each of the
following:</text>

<paragraph id="H42E7601EB012429A85465FBE9745531B"><enum>(1)</enum><text>An explanation
of the joint operational concepts to deter and, if necessary, to defeat strategic
competitors, includingâ€"</text>

<subparagraph id="H79B03BF377C14C6BA3B4D930AF875A59"><enum>(A)</enum><text>an
```

evaluation of the risks associated with the employment of such joint operational concepts;</text></subparagraph>

<subparagraph id="HB7C779553A2246E8BF1809E559895EDA"><enum>(B)</enum><text>the ways of adapting innovative joint operational concepts to strategically significant scenarios;</text></subparagraph>

<subparagraph id="H8DD8F3C027704386A7D3C3063D572571"><enum>(C)</enum><text>the ways that such joint operational concepts address operational challenges to achieve advantages against strategic competitors in the nuclear, space, and cyber domains; and</text></subparagraph>

<subparagraph id="H8D3AC0E831BF40FB8943558FF833E86D"><enum>(D)</enum><text>the employment of the force in peacetime to dissuade strategic competitors from conducting malign activities below the threshold of open warfare, including an evaluation of the use of Dynamic Force Employment and the Global Operating Model.</text></subparagraph></paragraph>

<paragraph id="H7B73AEA212F841C1952DCB90ACAD6C1B"><enum>(2)</enum><text>The force posture changes and the United States defense investments required to implement the national defense strategy. </text></paragraph>

<paragraph id="H2C9976F241824FD0B1EB97ACDA45CBA4"><enum>(3)</enum><text>Adjustments to research and development projects and programs of record, including any additions, deletions, or modifications intended to align force management, including Joint Force development and design, required to implement the national defense strategy.</text></paragraph>

<paragraph id="H7B86E4E2E0314D5A88DB45AB7354DFF0"><enum>(4)</enum><text>An assessment of the personnel and organizational changes required to implement the national defense strategy.</text></paragraph>

<paragraph id="HCC9AFF0090F54B7C8BAE3508A1C173DE"><enum>(5)</enum><text>The resources and defense investments necessary to support the operational concepts and their implementation.</text></paragraph></subsection>

<subsection id="HB7D273E5B19D455581FAB8DE0B13A2A0"><enum>(b)</enum><header>Independent studies</header>

<paragraph id="H32323AE24752429698C8AECC77C51858"><enum>(1)</enum><header>Studies required</header>

<subparagraph id="H3AE1CFD2863045A497431A22C6355DD1"><enum>(A)</enum><header>In general</header><text>The Secretary of Defense shall provide for the performance of two independent studies on the development of joint operational concepts within the Department of Defense in accordance with this subsection.</text></subparagraph>

<subparagraph id="H4DE5FD3A5ED848C1BA03AD939B20343F"><enum>(B)</enum><header>Submittal to congress</header><text>Not later than October 1, 2020, the Secretary shall submit to the congressional defense committees the results of each study required under subparagraph (A).</text></subparagraph>

<subparagraph id="H86BE149DE2C347FE98A5F21702177801"><enum>(C)</enum><header>Form</header><text>Each study required under subparagraph (A) shall be submitted in unclassified form, but may include a classified annex.</text></subparagraph></paragraph>

<paragraph id="H31ECECEE054C40B7943E887E77A2F968"><enum>(2)</enum><header>Entities to perform studies</header><text>The Secretary shall provide for the studies under paragraph (1) to be performed as follows:</text>

<subparagraph id="HFF41C393B4C54648A7CB1AA353FD45AA"><enum>(A)</enum><text>One study shall be performed by a federally funded research and development center.</text></subparagraph>

<subparagraph id="H5244FBF5F2994B5287348318E28E13B1"><enum>(B)</enum><text>One study shall be performed by an independent, non-governmental institute, which is described in section 501(c)(3) of the Internal Revenue Code of 1986 and which is exempt from taxation under section 501(a) of such Code, and which has recognized credentials and expertise in national security and military affairs.</text></subparagraph></paragraph>

<paragraph id="HF18C7295F1064E7198663C836C2B72FE"><enum>(3)</enum><header>Performance

of studies</header>

<subparagraph
id="H31C891D422344025B6369644A721766E"><enum>(A)</enum><header>Independent
performance</header><text>The Secretary shall require the studies required under this
subsection to be conducted independently of one another.</text></subparagraph>

<subparagraph id="H587AB76DE8F4433FBCDBC85DB0D7F2EE"><enum>(B)</enum><header>Matters to
be considered</header><text>In performing a study under this subsection, the
organization performing the study shall consider the following matters:</text>

<clause id="HF972138A4CC84412A9F4805017EE3EBD"><enum>(i)</enum><text display-
inline="yes-display-inline">An assessment of the Department of Defense Capstone Concept
of Joint Operations process to define, develop, and improve joint operational
concepts.</text></clause>

<clause id="H5974517EC4D94EC7A20B0323F4379E8A"><enum>(ii)</enum><text>An evaluation of
how the Department is validating new joint operational concepts through experimentation
and military exercises.</text></clause>

<clause id="H00A7F3FD45D54C26A730948336792E37"><enum>(iii)</enum><text>The
effectiveness of joint operational concepts to accomplish the objective of deterring
and defeating strategic competitors, including an evaluation of the risks associated
with each joint operational concept.</text></clause>

<clause id="H74F1F88BC58848AFAF554D0899DA414D"><enum>(iv)</enum><text>The ability of
joint operational concepts to promote or to effectuate strategic objectives, defense
policies, and budgetary priorities.</text></clause>

<clause id="HAE60DDCF123445708E3E6C2EF7FB651E"><enum>(v)</enum><text>Recommendations to
alter or improve joint operational concepts.</text></clause>

<clause id="H96463DCD30164C1F9C58DE0955183D4C"><enum>(vi)</enum><text>Such other
matters as the Secretary of Defense determines to be
appropriate.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H179DB4BA5D88499286B557F33D0AAAD0"><enum>1709.</enum><header>Actions to
increase analytic support</header>

<subsection id="HB0B3C1D2177346FE80838DA33B8BA556"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense
shall direct the Under Secretary of Defense for Policy, the Director of the Joint
Staff, and the Director of Cost Assessment and Program Evaluation, in consultation with
the Secretary of each of the military services, to jointly develop and implement a plan
to strengthen the analytic capabilities, expertise, and processes necessary to
implement the national defense strategy, as required under section 113(g) of title 10,
United States Code.</text></subsection>

<subsection
id="HE7E111B0A48B49CAA15616EAE0487459"><enum>(b)</enum><header>Elements</header><text>T
he plan under subsection (a) shall include—"</text>

<paragraph id="H7699D1FD55F64BC39CD31D1A0E7213CA"><enum>(1)</enum><text>an assessment
of the decision support capability of the Department of Defense to support decision-
making, specifically the analytic expertise available to inform senior leader decisions
that link national defense strategy objectives with approaches to competing effectively
across the full spectrum of engagement against strategic
competitors;</text></paragraph>

<paragraph id="H72C87431BC2C4C45A7CFA5F756FD7F2D"><enum>(2)</enum><text>an analytic
approach to force structure development, including an assessment of the major elements,
products, and milestones of the force planning process of the
Department;</text></paragraph>

<paragraph id="H4F5744DDA9FA468AB729123C8886B0AB"><enum>(3)</enum><text display-
inline="yes-display-inline">the conclusions and recommendations of the Defense Planning
and Analysis Community initiative;</text></paragraph>

<paragraph id="H98F5402F31CA461CA2E69F375503D8D1"><enum>(4)</enum><text>the progress of
the Department in implementing the recommendations of the Comptroller General of the
United States set forth in Government Accountability Office Report (GAO-19-40C);

```
</text></paragraph>

<paragraph id="H3AD6E5113B284B8196B8C7DBF48221C7"><enum>(5)</enum><text>the progress of
the Under Secretary, the Chairman of the Joint Chiefs of Staff, and the Director of
Cost Assessment and Program Evaluation in implementing paragraph (5) of section 134(b)
of title 10, United States Code, as added by section 902(b) of the John S. McCain
National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232);
and</text></paragraph>

<paragraph id="HE9C6ABD76E424FD2A010B25D95C497F9"><enum>(6)</enum><text>such other
matters as the Secretary of Defense determines to be
appropriate.</text></paragraph></subsection>

<subsection id="H6FDF4EA02F764B0ABBE3C9BBF29D6B27"><enum>(c)</enum><header>Briefing
required</header><text display-inline="yes-display-inline">Not later than March 1,
2020, the Secretary of Defense shall provide to the congressional defense committees a
briefing on the plan under subsection (a).</text></subsection></section>

<section id="HBBF92E7D64FE4906AE2A9C135DFF4F2B"><enum>1710.</enum><header>Inclusion of
certain individuals investigated by Inspectors General in the semiannual
report</header><text display-inline="no-display-inline">Section 5(a)(19) of the
Inspector General Act of 1978 (Public Law 95â€"452; 5 U.S.C. App.) is amended by
inserting <quote>the name of the senior government official (as defined by the
department or agency) if already made public by the Office, and</quote> after
<quote>including</quote>.</text></section>

<section id="HBD1DBF74F93248179B3A738A47124244" section-type="subsequent-
section"><enum>1711.</enum><header>Annual report on Joint Military Information Support
Operations Web Operations Center</header>

<subsection id="H468F925D47D544C2BAF357C512CC1958"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than March 1 of
2020, and each subsequent year until the termination date specified in subsection (c),
the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict
and the Commander of United States Special Operations Command shall jointly submit to
the congressional defense committees a report on the activities of the Joint Military
Information Support Operations Web Operations Center (hereinafter referred to as the
<quote>JMWC</quote>) during the most recently concluded fiscal
year.</text></subsection>

<subsection
id="H30CD5904242346D5BAA2A605D5ED252E"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include each of the following, for the
fiscal year covered by the report:</text>

<paragraph id="HE561B296F6C84353BF3B5BAE3A54A842"><enum>(1)</enum><text display-
inline="yes-display-inline">Definitions of initial operating capability and full
operational capability as such terms relate to the JMWC.</text></paragraph>

<paragraph id="H45FDF025E1E44D6AB56018CA3FB59982"><enum>(2)</enum><text>A detailed
description of all activities conducted or planned to be conducted toward achieving
initial operating capability and full operational capability of the
JMWC.</text></paragraph>

<paragraph id="HC646AE172CFD46008EB12A2EC6CBB958"><enum>(3)</enum><text>A list of all
associated funding requested for each program element for achieving initial operating
capability and full operational capability.</text></paragraph>

<paragraph id="H1D20437FD6A44D249158AEF59BD260B1"><enum>(4)</enum><text>A detailed
description of validated doctrine, organization, training, materiel, leadership and
education, personnel, facilities, and policy requirements relating to establishment and
operation of the JMWC.</text></paragraph>

<paragraph id="H2AFDD56FE1734DC4958FC729372CD14A"><enum>(5)</enum><text>A description
of current JMWC capabilities, including information technology infrastructure and
contractual arrangements.</text></paragraph>

<paragraph id="HDF25B63D15F44B32BC117FBF8800D02E"><enum>(6)</enum><text>A list of all
physical locations hosting JMWC capabilities.</text></paragraph>

<paragraph id="H759E22167AB34C2DAB2A7BB51356BB1B"><enum>(7)</enum><text>The number of
```

WASHSTATEC015342

military, contractor, and civilian personnel associated with the JMWC and any affiliated agency, service, or other Department of Defense entity.</text></paragraph>

<paragraph id="H79744D855EDA4E90985995617D045771"><enum>(8)</enum><text>A description of the JMWC personnel organizational structure.</text></paragraph>

<paragraph id="HE6ACCB47E2424C65A0E7A7531A1D4478"><enum>(9)</enum><text display-inline="yes-display-inline">An identification of inherently governmental functions relating to administration of the JMWC and execution of Military Information Support Operations (hereinafter referred to as <quote>MISO)</quote> programs enabled by the JMWC.</text></paragraph>

<paragraph id="H4538BD35DCAA440AABF077D304D342C7"><enum>(10)</enum><text>A detailed description of frameworks, metrics, and capabilities to measure the effectiveness of MISO programs enabled by the JMWC.</text></paragraph>

<paragraph id="HCC4FCEA98A4D4893B80739A788D7C8A6"><enum>(11)</enum><text>A list of all associated funding requested by program element from each of the geographic combatant commanders for MISO programs enabled by the JMWC and a description of such MISO activities.</text></paragraph>

<paragraph id="H22CF447B5ADF4CCC9B775674AAFA5088"><enum>(12)</enum><text>An assessment of the effectiveness of MISO programs enabled by the JMWC.</text></paragraph>

<paragraph id="H2946D19AAB4D4C2BB5E34BDA5467C531"><enum>(13)</enum><text>A description of efforts and activities conducted to share best practices and leverage lessons learned across the Department of Defense relating to MISO programs enabled by the JMWC, as well as a description of such best practices and lessons learned.</text></paragraph>

<paragraph id="HE0554DE8BFE14685B60C9BF36E8D3700"><enum>(14)</enum><text>An identification of liaisons and detailees to the JMWC from agencies and elements of the Department of Defense and other elements of the Federal Government.</text></paragraph>

<paragraph id="H6D7DB82E2FCB4F1FB51B110D795DB06D"><enum>(15)</enum><text>Activities and efforts conducted to synchronize and deconflict MISO programs within the Department of Defense and with interagency and international partners related to strategic communications, as appropriate.</text></paragraph>

<paragraph id="HB1D837746B584AC4B58160606F151C02"><enum>(16)</enum><text>Such other information as the Assistant Secretary and the Commander determine appropriate.</text></paragraph></subsection>

<subsection id="H4E59193D5DA9448EA1197C8DF9E3AD02"><enum>(c)</enum><header>Termination</header><text>The requirement to submit a report under this section shall terminate on January 1, 2025.</text></subsection></section>

<section id="HB79D1451CB9E40FCBDE9D2FD69D82041" section-type="subsequent-section"><enum>1712.</enum><header>Mobility capability requirements study</header>

<subsection id="HA8CD75A5C76C44988A4847D8B91DEA7E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Commander of the United States Transportation Command, in coordination with the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the commanders of the combatant commands, shall conduct a study of the end-to-end, full-spectrum mobility requirements to fulfill the national defense strategy required by section 113(g) of title 10, United States Code, for 2018. Such study shall be completed not later than January 1, 2021.</text></subsection>

<subsection id="HCA4B47669DAC4A0D871BDBCC3255D4C4"><enum>(b)</enum><header>Elements of study</header><text>The study required under subsection (a) shall include each of the following:</text>

<paragraph id="H2D83D6C6893F4035B7E9AF71551C45B7"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the ability of the programmed airlift aircraft, tanker aircraft, sealift ships, and key mobility enablers to meet the integrated mobility requirements in expected strategic environments, as defined by the guidance in such national defense strategy.</text></paragraph>

<paragraph id="H44C66F2DB309454CA57EEC50D0D0276E"><enum>(2)</enum><text>An identification, quantification, and description of the associated risk-to-mission (as

WASHSTATEC015343

defined by Chairman of the Joint Chiefs of Staff Manual 3105.01, Joint Risk Analysis)
required to fulfill such strategy, includingâ€"</text>

<subparagraph id="H8525C613D7C941A69A46EC4B0C3A2D81"><enum>(A)</enum><text>as
assessment of risk-to-mission associated with achieving strategic and operational
objectives using the programmed airlift aircraft, tanker aircraft, sealift ships, and
key mobility enablers; and</text></subparagraph>

<subparagraph id="HA15397C9980B41049E810B3AEDD98DC1"><enum>(B)</enum><text>a
description of the combinations of airlift aircraft, tanker aircraft, sealift ships,
and key mobility enabler requirements and capabilities that provide low, moderate,
significant, and high levels of risk-to-mission to fulfill such
strategy.</text></subparagraph></paragraph>

<paragraph id="HB580CC31D49B4A56943E3EED43576D0D"><enum>(3)</enum><text display-
inline="yes-display-inline">An identification of any mobility capability gaps,
shortfalls, overlaps, or excesses, includingâ€"</text>

<subparagraph id="H7DEAED8A055D40739FB6C1633FFCB253"><enum>(A)</enum><text>an
assessment of associated risks with respect to the ability to conduct operations;
and</text></subparagraph>

<subparagraph id="HE41061D6364C4FD58EECEDDD2E5B3D24"><enum>(B)</enum><text>recommended
mitigation strategies where possible.</text></subparagraph></paragraph>

<paragraph id="H80FEE0A9ACAF4CA3958841230A9AE793"><enum>(4)</enum><text display-
inline="yes-display-inline">The articulation of all key assumptions and decisions made
and excursions examined in conducting the study with respect toâ€"</text>

<subparagraph
id="HDE18E581FA654ECAAFC6C8D97F19323C"><enum>(A)</enum><text>risk;</text></subparagraph
>

<subparagraph id="H2E4035DA126D49BB9E5EE66A801DAAD4"><enum>(B)</enum><text>programmed
forces and infrastructure;</text></subparagraph>

<subparagraph id="H3025543289744176A35144517C66F0C2"><enum>(C)</enum><text>the
availability of commercial airlift and commercial United States sealift capabilities
and resources, when applicable;</text></subparagraph>

<subparagraph id="HF54AAAA46BC043ECAB9A4288181ED35D"><enum>(D)</enum><text>aircraft
usage rates, aircraft mission availability rates, aircraft mission capability rates,
aircrew ratios, aircrew production, and aircrew readiness rates;</text></subparagraph>

<subparagraph id="H99C0C21B6FF740FC9BB236E7940C2DDE"><enum>(E)</enum><text>readiness,
crewing, and activation rates for sealift ships;</text></subparagraph>

<subparagraph id="H070CEE26E3724D079E3D056E76B2B4E9"><enum>(F)</enum><text display-
inline="yes-display-inline">prepositioning, forward stationing, seabasing, engineering,
and infrastructure;</text></subparagraph>

<subparagraph id="H5F65582F885D4C508CAE17B9C413E82C"><enum>(G)</enum><text>demand
signals used to represent missions described in the national defense strategy for 2018,
in competition and wartime;</text></subparagraph>

<subparagraph id="H4D7F8476251B448A8BA0EFB3E303EDBD"><enum>(H)</enum><text>concurrency
and global integration of demand signals;</text></subparagraph>

<subparagraph id="H81B99225F45040D4842B4F30DBD26A17"><enum>(I)</enum><text>integrated
global presence and basing strategy;</text></subparagraph>

<subparagraph id="H114B30822CE840ABBB0E9F0CAC261AA1"><enum>(J)</enum><text>host nation
or third-country support;</text></subparagraph>

<subparagraph id="H34AB3AD0C52C41C79E9E457CF98C745F"><enum>(K)</enum><text>adversary
actions to degrade and disrupt United States mobility operations;</text></subparagraph>

<subparagraph id="HDF71480EC4594EAF81CB8622D44A0E5C" display-inline="no-display-
inline"><enum>(L)</enum><text display-inline="yes-display-inline">adversary actions
that threaten freedom of navigation on international waterways, including attacks on
foreign ships and crews;</text></subparagraph>

WASHSTATEC015344

```
<subparagraph id="H2539F7117882645789 2D968C0104959DC"><enum>(M)</enum><text>aircraft
being used for training or undergoing depot maintenance or modernization or ships
undergoing depot maintenance;</text></subparagraph>

<subparagraph id="HC3B78F61E7FA41FF86A3DC374E79FB46"><enum>(N)</enum><text>mobility
enabling forces availability, readiness, and use;</text></subparagraph>

<subparagraph id="H3C5C4807C2BA4CEAB6C3DCB401E86918"><enum>(O)</enum><text>logistics
concept of operations, including any current concepts, methods, combat support forces,
and combat service support forces, that are required to enable the projection and
enduring support to forces both deployed and in combat for each analytic
scenario;</text></subparagraph>

<subparagraph id="H3BDA0B7EBA7848E281FDE331680AE722"><enum>(P)</enum><text>anticipated
attrition rates for the assessed force structure; and</text></subparagraph>

<subparagraph id="HCAD5E70EBBC945AA967F6D830D04170A"><enum>(Q)</enum><text>such other
matters as the Commander determines appropriate.</text></subparagraph></paragraph>

<paragraph id="H515397462AA14BB5A2C52A91A0DA75DD"
commented="no"><enum>(5)</enum><text>Such other elements as the Commander determines
appropriate.</text></paragraph></subsection>

<subsection id="HA8626804C88147A784CA048CDB8E546B"><enum>(c)</enum><header>Reports and
briefings</header>

<paragraph id="H57E32AC17E8D40159A0699303B4BBF69"><enum>(1)</enum><header>Interim
report and briefing</header><text>Not later than June 1, 2020, the Commander of the
United States Transportation Command, in coordination with the Chairman of the Joint
Chiefs of Staff, the Secretaries of the military departments, and the commanders of the
combatant commands, shallâ€"</text>

<subparagraph id="H4E9C54DED4DB48CAA3C4A8A7307BB876"><enum>(A)</enum><text>submit to
the congressional defense committees an interim report on the study;
and</text></subparagraph>

<subparagraph id="H4A2B8E2A5E9B4357A940302309402937"><enum>(B)</enum><text>provide to
such committees a briefing on the report.</text></subparagraph></paragraph>

<paragraph id="H668DFBF8C23345DEBBDE9FEA26245E7C"><enum>(2)</enum><header>Final report
and briefing</header><text>Not later than January 1, 2021, the Commander of the United
States Transportation Command, in coordination with the Chairman of the Joint Chiefs of
Staff, the Secretaries of the military departments, and the commanders of the combatant
commands, shallâ€"</text>

<subparagraph id="HA1690F8A208147CAB99464E5B76FC0E3"><enum>(A)</enum><text>submit to
the congressional defense committees a final report on the study;
and</text></subparagraph>

<subparagraph id="H6E3AD1022FCE4B04BFA215E98D10F0AF"><enum>(B)</enum><text display-
inline="yes-display-inline">provide to such committees a briefing on the
report.</text></subparagraph></paragraph>

<paragraph id="HCAA30A5A66D3406E96841DA26D207E5B"><enum>(3)</enum><header>Form of
reports</header><text>The reports required by paragraphs (1) and (2) shall be submitted
in unclassified form, but may include a classified
annex.</text></paragraph></subsection>

<subsection id="H3E559E31DD1E46168A249A3C8937A10D"><enum>(d)</enum><header>Definition
of sealift ship</header><text>In this section, the term <quote>sealift ship</quote>
includes surge sealift vessels, tanker vessels, and non-governmental vessels
incorporated as part of the maritime logistics
enterprise.</text></subsection></section>

<section id="H8C4CE78DC8C2473DAC9A6D9C2DF4AFAE"><enum>1713.</enum><header>Assessment of
special operations force structure</header>

<subsection
id="H1619DA71F0554ED29BA380148E41E166"><enum>(a)</enum><header>Assessment</header><text
display-inline="yes-display-inline">Not later than 30 days after the date of the
enactment of this Act, the Secretary of Defense shall seek to enter into an agreement
with a federally funded research and development center for the conduct of an
```

independent assessment of the force structure and roles and responsibilities of special operations forces.</text></subsection>

<subsection id="H42DC8BBFF5C14A9183B2DC6144D16B14"><enum>(b)</enum><header>Matters to be considered</header><text>In performing the assessment under this section, the federally funded research and development center shall consider the following matters:</text>

<paragraph id="H65EA399E1308483D92A141E520E6C0B9"><enum>(1)</enum><text display-inline="yes-display-inline">The most recent national defense strategy under section 113(g) of title 10, United States Code.</text></paragraph>

<paragraph id="HDB976619E01A4D1DA04CC875D0EF18DF"><enum>(2)</enum><text>Special operations activities, as described in section 167(k) of title 10, United States Code.</text></paragraph>

<paragraph id="HBCC0A2A8AE3343E1B1AA9D02FBB51FC6"><enum>(3)</enum><text>Potential future national security threats to the United States.</text></paragraph>

<paragraph id="H24486F8C705A42349B42451CEDF02D69"><enum>(4)</enum><text>Ongoing counterterrorism and contingency operations of the United States.</text></paragraph>

<paragraph id="H5F8A93919103469CA93DAD2456A1E2C8"><enum>(5)</enum><text>The demand for special operations forces by geographic combatant commanders for security cooperation, exercises, and other missions that could be executed by conventional forces.</text></paragraph>

<paragraph id="H8935D4318B274CAF9FE0A86E4C3ECEC9"><enum>(6)</enum><text>Other government and non-government analyses that would contribute to the assessment through variations in study assumptions or potential scenarios.</text></paragraph>

<paragraph id="H599C2644B3CB4060B2796E700E64CD4A"><enum>(7)</enum><text>The role of emerging technology on special operations forces.</text></paragraph>

<paragraph id="HD3BECEBF73FE4EB7B80C78094BFDDA37"><enum>(8)</enum><text>Opportunities for reduced operation and sustainment costs of special operations.</text></paragraph>

<paragraph id="H17D866A70D1643ECB936932AACCF9F85"><enum>(9)</enum><text>Current and projected capabilities of other United States Armed Forces that could affect force structure capability and capacity requirements of special operations forces.</text></paragraph>

<paragraph id="H7D74ADD44D164E769B21D4C432C02016"><enum>(10)</enum><text>The process by which United States Special Operations Command determines force size and structure.</text></paragraph>

<paragraph id="H275BC1A5909F49FA809E0C95E42AD666"><enum>(11)</enum><text>The size, composition, and organizational structure of United States Special Operations Command headquarters and subordinate headquarters elements.</text></paragraph>

<paragraph id="HB09F712167DA455ABCF881DB2296CB70"><enum>(12)</enum><text>The readiness of special operations forces for assigned missions and future conflicts.</text></paragraph>

<paragraph id="H7CF8BCB99F4B47739596ADF58588D09B"><enum>(13)</enum><text>The adequacy of special operations force structure for meeting the goals of the National Military Strategy under section 153(b) of title 10, United States Code.</text></paragraph>

<paragraph id="H521C9EC7A34A4C4F8560D692E025465B"><enum>(14)</enum><text>Any other matters deemed relevant.</text></paragraph></subsection>

<subsection id="H425EF3FCB70C4CDF8510337A5D9E86C5"><enum>(c)</enum><header>Assessment results</header><text>The results of the assessment under this section shall include each of the following:</text>

<paragraph id="H7219D1A29084412690C189063CD79DAD"><enum>(1)</enum><text>Considerations and recommendations for improving the readiness of special operations forces.</text></paragraph>

<paragraph id="H28FE8FC06C1F497A90E1202710B94CFD"><enum>(2)</enum><text>Alternative headquarters and force structure options to reduce administrative costs and enhance operational effectiveness.</text></paragraph>

<paragraph id="H05E19F1A11144B8297C2A61C5371E194"><enum>(3)</enum><text>Legislative recommendations with respect to section 167 of title 10, United States Code, and other relevant provisions of law.</text></paragraph></subsection>

<subsection id="HF377D69E1F324EFE82CEAD8B615173A7"><enum>(d)</enum><header>Submission to Congress</header><text display-inline="yes-display-inline">Not later than July 1, 2020, the Secretary shall submit to the congressional defense committees an unaltered copy of the assessment required under subsection (a) together with the views of the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict and the Commander of United States Special Operations Command on the assessment and the recommendations included in the assessment.</text></subsection></section>

<section id="HD3410F3A655D4862AFDDEE7CB49D6D95"><enum>1714.</enum><header>Army aviation strategic plan and modernization roadmap</header>

<subsection id="H6768FAF657424DC192EFDD22A270117F"><enum>(a)</enum><header>Strategic plan and modernization roadmap</header>

<paragraph id="H25867A74D67347B99BD311E1858EA073"><enum>(1)</enum><header>In general</header><text>The Secretary of the Army shall develop a comprehensive strategic plan for Army aviation, which shallâ€"</text>

<subparagraph id="H7E63BB6929D145869665C7D9F49277D9"><enum>(A)</enum><text>ensure the alignment between requirements, both current and future, and Army budget submissions to meet such requirements; and</text></subparagraph>

<subparagraph id="H2084910D70564243A66B3954F72D883A"><enum>(B)</enum><text>inform the preparation of future defense program and budget requests by the Secretary, and the consideration of such requests by Congress.</text></subparagraph></paragraph>

<paragraph id="H5FCA93E71B364FD7B4A7A920CB7FD900"><enum>(2)</enum><header>Elements</header><text>The plan required by paragraph (1) shall include the following:</text>

<subparagraph id="HD25C46AB303E46398EF41754981BCBEE"><enum>(A)</enum><text>An assessment of all missions for Army aviation, both current missions and those missions necessary to support the national defense strategy and the U.S. Army in Multi-Domain Operations 2028 concept.</text></subparagraph>

<subparagraph id="HAF1558E40CD347CCB9E427A803CB1AFB"><enum>(B)</enum><text>An analysis of platforms, capabilities, and capacities necessary to fulfill such current and future Army aviation missions.</text></subparagraph>

<subparagraph id="HC886D61F129E45BFBA9CE68C1956680C"><enum>(C)</enum><text>The anticipated life cycle budget associated with each platform, capability, and capacity requirement for both current and future requirements.</text></subparagraph>

<subparagraph id="H4DC2BA08D22C4D269ABB42E56A797B49"><enum>(D)</enum><text>An analysis showing operational, budget, and schedule trade-offs between sustainment of currently fielded capabilities, modernization of currently fielded capabilities, and development and production of new capabilities.</text></subparagraph></paragraph></subsection>

<subsection id="HD151981675234CE5AA30B277F9168849"><enum>(b)</enum><header>Report to Congress</header><text>Not later than March 30, 2020, the Secretary of the Army shall submit to the congressional defense committees a report containingâ€"</text>

<paragraph id="H82CBC678DC86488D8129E6096C22B25F"><enum>(1)</enum><text>the comprehensive strategic plan required by subsection (a); and</text></paragraph>

<paragraph id="H3E0B0DE5F95E41278CD999CD3B910D36"><enum>(2)</enum><text>a sustainment and modernization plan for carrying out such strategic plan through fiscal year 2028.</text></paragraph></subsection></section>

<section id="H76D5485E00AB4180AA0DA073FBF5FFC5" section-type="subsequent-section"><enum>1715.</enum><header>Report on ground-based long-range artillery to counter land and maritime threats</header>

<subsection id="H6B8A3AFA0F174022BCFEB96E06557B2C"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the efforts by the Army and Marine Corps to develop and deploy ground-based long-range rocket and cannon artillery to counter land

WASHSTATEC015347

and maritime threats.</text></subsection>

<subsection
id="H2CEEB29688764535BC2AA98E41404B7F"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall include each of the following:</text>

<paragraph id="H27F1E86B97394D51A4B41A3B2AA79676"><enum>(1)</enum><text display-
inline="yes-display-inline">An assessment of ongoing and future Army and Marine Corps
efforts to develop and deploy ground-based long-range rocket and cannon artillery to
counter land and maritime fires in the areas of operations of United States Indo-
Pacific Command and United States European Command.</text></paragraph>

<paragraph id="HEE0A46D558D145DC9802330DE1232327"><enum>(2)</enum><text>An assessment
of and recommendations for how the Department of Defense can improve the development
and deployment of such artillery.</text></paragraph>

<paragraph id="H1EA97795EE97452CAB6610F971F60DF0"><enum>(3)</enum><text display-
inline="yes-display-inline">An analysis, assessment, and determination of how such
artillery employed in support of the United States and allied forces will be stationed,
deployed, operationally positioned, and controlled to operate effectively against
potential adversaries throughout the depth of their tactical, operational, and
strategic formations, including any recommendations of the Secretary regarding how such
capabilities and support could be enhanced.</text></paragraph></subsection>

<subsection id="HE77ED3FC5ED3450C83F47253654B202D"><enum>(c)</enum><header>Form of
report</header><text>The report required by subsection (a) shall be submitted in
unclassified form, but may contain a classified annex.</text></subsection></section>

<section id="H585B9E4749524E5BA8B8C11D553B3A0E" section-type="subsequent-
section"><enum>1716.</enum><header>Independent review of transportation working-capital
fund</header>

<subsection id="H6A23B7C0FEAF45638FE22F7D2C0CBE33"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 30 days after
the date of the enactment of this Act, the Secretary of Defense, in coordination with
the Secretary of each of the military departments, shall enter into a contract with a
federally funded research and development center for the conduct of an independent
review of the transportation working-capital fund (hereinafter referred to as the
<quote>TWCF</quote>) of the United States Transportation Command.</text></subsection>

<subsection id="HC55A6371A2784F74A94A694EDA6A0CF7"><enum>(b)</enum><header>Matters for
inclusion</header><text>The review conducted under subsection (a) shall include each of
the following:</text>

<paragraph id="H9A0C7474F1904A959CE112AEC5F1370A"><enum>(1)</enum><text>The viability
of the TWCF as it is structured as of the date of the enactment of this
Act.</text></paragraph>

<paragraph id="HA7A1D9F6AF194969BB2FA84A878236D3"><enum>(2)</enum><text>An assessment
of any instances in which excess TWCF funds were used for procurement or modernization
efforts that would not otherwise have been funded using amounts made available for
operation and maintenance.</text></paragraph>

<paragraph id="HBEAF2D149E084296A199B2EFEE3091AF"><enum>(3)</enum><text>Recommendations
for how the TWCF could be restructured in order to make the fund more effective and
efficient.</text></paragraph>

<paragraph id="H4564AB07F5964FF1BF0CD2F2985E0EDD"><enum>(4)</enum><text>Potential
alternative funding mechanisms for certain components of the TWCF, including the
channel system.</text></paragraph>

<paragraph id="H76E7FACE7BE148038F965039B8D365B7"><enum>(5)</enum><text>Any other
matters the Secretaries jointly determine appropriate.</text></paragraph></subsection>

<subsection
id="H1659498ED7C9460D9AB3CDF021B2CB70"><enum>(c)</enum><header>Report</header><text>Not
later than March 1, 2021, the Secretary of Defense and the Secretary of each of the
military departments shall jointly submit the to the congressional defense committees a
copy of the review conducted under subsection (a).</text></subsection></section>

<section id="H601A9819FA75416495FD40DA77F0C3AB" section-type="subsequent-

section"><enum>1717.</enum><header>Geographic command risk assessment of proposed use of certain aircraft capabilities</header>

<subsection id="HD8171E9A24E048FEB2107C0FD02CC48C"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than March 31, 2020, each commander of a geographic combatant command shall submit to the congressional defense committees a report containing an assessment of the level of operational risk to that command posed by the plans of the Department of the Navy and Department of the Air Force to provide a mix of fifth generation and advanced fourth generation tactical aircraft capabilities to meet near-, mid-, and far-term contingency and steady-state operational requirements against adversaries in support of the objectives of the 2018 national defense strategy.</text></subsection>

<subsection id="H19F79DF4150B4956A86720E39B1D314D"><enum>(b)</enum><header>Assessment of risk</header><text>In assessing levels of operational risk under subsection (a), a commander shall use the military risk matrix of the Chairman of the Joint Chiefs of Staff, as described in CJCS Instruction 3401.01E.</text></subsection>

<subsection id="H911A2B93918B46F5B154249723D6D82E"><enum>(c)</enum><header>Geographic combatant command</header><text>In this section, the term <quote>geographic combatant command</quote> means each of the following:</text>

<paragraph id="HA6711D15FAA346549A307DE52C32EC07"><enum>(1)</enum><text>United States European Command.</text></paragraph>

<paragraph id="H120E9DC3C4964F38B1C3508FF1725A24"><enum>(2)</enum><text display-inline="yes-display-inline">United States Indo-Pacific Command.</text></paragraph>

<paragraph id="H130AF2AEF26442E58F29AC88968BB856"><enum>(3)</enum><text>United States Africa Command.</text></paragraph>

<paragraph id="H7A661A651CDD4EEDAA003501DE26F3E7"><enum>(4)</enum><text>United States Southern Command.</text></paragraph>

<paragraph id="H52A3D64327914CB09116DA65AF94511D"><enum>(5)</enum><text>United States Northern Command.</text></paragraph>

<paragraph id="HF39F766C05A44B41896E35D683703440"><enum>(6)</enum><text>United States Central Command.</text></paragraph></subsection></section>

<section id="HA539C32C015C41979FC5C728DF29398F"><enum>1718.</enum><header>Report on backlog of personnel security clearance adjudications</header>

<subsection id="H3E074EEA6E7F4DFCAFC18F59EA3EE4D8"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, and quarterly thereafter for three years, the Security Executive Agent, in coordination with members of the Performance Accountability Council established pursuant to Executive Order 13467, shall submit to Congress a report on the backlog of personnel security clearance adjudications conducted by all Government agencies that adjudicate decisions for security clearances. Such report shall includeâ€"</text>

<paragraph id="HEA92748F747C4435AB2FA5AD74AEEBBF"><enum>(1)</enum><text>the size of the backlog of personnel security clearance adjudications, by agency, for the fiscal quarter preceding the quarter during which the report is submitted; </text></paragraph>

<paragraph id="HBC051BC35D6742E0AC5351334171A04E"><enum>(2)</enum><text>the average length of time, for each security clearance sensitivity level, to carry out an initial adjudication and an adjudication following a periodic reinvestigation, by agency;</text></paragraph>

<paragraph id="HD96DC4B2D57748C891F8B57312556321"><enum>(3)</enum><text>the number of cases referred to the Consolidated Adjudication Facility of the Department of Defense; </text></paragraph>

<paragraph id="HF76B8F5C6EF14255B60B993EF36FE41B"><enum>(4)</enum><text display-inline="yes-display-inline">the number of initial investigations adjudicated by the Consolidated Adjudication Facility;</text></paragraph>

<paragraph id="HF756224D54414B979C2591AB2A880318"><enum>(5)</enum><text>the number of periodic reinvestigations adjudicated by the Consolidated Adjudication Facility;</text></paragraph>

&lt;paragraph id="H31756A659A6B48CAB2D5D074484F2FB2"&gt;&lt;enum&gt;(6)&lt;/enum&gt;&lt;text&gt;the number of cases adjudicated by the Consolidated Adjudication Facility stemming from participation in a continuous evaluation program;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HE4FC5D4A50E24D99A0BD37013866BAB6"&gt;&lt;enum&gt;(7)&lt;/enum&gt;&lt;text&gt;the number of personnel enrolled in a continuous evaluation program as opposed to subject to a periodic reinvestigation;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H3A2E9CDD4175457F9EA10977E2578A9B"&gt;&lt;enum&gt;(8)&lt;/enum&gt;&lt;text&gt;the number of adjudicators by agency; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H98335F36FBE24A869A79E011C3C7B48A"&gt;&lt;enum&gt;(9)&lt;/enum&gt;&lt;text&gt;a backlog mitigation plan, which shall includeâ€"&lt;/text&gt;

&lt;subparagraph id="H7531E37BA1484A0BB36E92ED15781E39"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;the identification of the cause of, and recommendations to remedy, the adjudication backlog at Federal agencies; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H3365D4A19D9C4F42B0C721315DF61230"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;the steps the Security Executive Agent, established pursuant to Executive Order 13467, shall take to reduce the adjudication backlog.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H8ABEEADD4B5C49ABAA2D10ECB9A5B7CF"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Public availability&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Each report required under subsection (a) shall be made publicly available.&lt;/text&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="HFB3DD7B73C3D4C2184FA90E4F40CA5D5"&gt;&lt;enum&gt;1719.&lt;/enum&gt;&lt;header&gt;Report regarding outstanding Government Accountability Office recommendations&lt;/header&gt;&lt;text display-inline="no-display-inline"&gt;Not later than September 30, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that includesâ€"&lt;/text&gt;

&lt;paragraph id="H02EEBEE2DE804EE8B4033B5BF527CD11"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;a list of the priority recommendations identified by the Comptroller General of the United States regarding matters of the Department of Defense that the Secretary has not implemented due to funding limitations.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H54E4D99D63A64239AA84707D38EC0ABF"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;the estimated cost associated with implementing such recommendations.&lt;/text&gt;&lt;/paragraph&gt;&lt;/section&gt;

&lt;section id="HC6992270D7EE4FEB8408A0AABB6F8962"&gt;&lt;enum&gt;1720.&lt;/enum&gt;&lt;header&gt;Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents&lt;/header&gt;&lt;text display-inline="no-display-inline"&gt;Not later than September 30, 2020, the Chief of the National Guard Bureau shall, in consultation with the Commander of United States Northern Command, submit to the congressional defense committees a report setting forth the following:&lt;/text&gt;

&lt;paragraph id="H2557F3A967CD4A839834289D1F49904F"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;A clarification of the roles and missions, structure, capabilities, and training of the National Guard and the United States Northern Command, and an identification of emerging gaps and shortfalls in light of current homeland security threats to our country.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HCA5F52D0622D4894A08D6E92D4C08E87"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;A list of the resources that each State and Territory National Guard has at its disposal that are available to respond to a homeland defense or security incident, with particular focus on a multi-State electromagnetic pulse event.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H5831CAF935B849459C197F056CD503BB"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;The readiness and resourcing status of forces listed pursuant to paragraph (2).&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H76794CF338CD4BB2BB7256490F9F678D"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text&gt;The current strengths and areas of improvement in working with State and Federal interagency partners.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H4E0CB414A1CC48BF89E94DACAE875DE1"&gt;&lt;enum&gt;(5)&lt;/enum&gt;&lt;text&gt;The current assessments that address National Guard readiness and resourcing of regular United States Northern Command forces postured to respond to homeland defense and security incidents.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HA02772FB205A46AB973E380F40E54761"&gt;&lt;enum&gt;(6)&lt;/enum&gt;&lt;text&gt;A roadmap to 2040 that addresses readiness across the spectrum of long-range emerging threats facing

WASHSTATEC015350

the United States.</text></paragraph></section>

<section id="H7CA202BDD6FF46748E729B6CA374435A"><enum>1721.</enum><header>Assessment of standards, processes, procedures, and policy relating to civilian casualties</header>

<subsection id="H7D9CB9583B06401793EC66E5DED8867F"><enum>(a)</enum><header>Assessment</header><text display-inline="yes-display-inline">The Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center for the conduct of an independent assessment of Department of Defense standards, processes, procedures, and policy relating to civilian casualties resulting from United States military operations.</text></subsection>

<subsection id="HD1C2C3AFA113463E8496C1C829593D6F"><enum>(b)</enum><header>Matters To be considered</header><text>In conducting the assessment under this section, the federally funded research and development center shall consider the following matters:</text>

<paragraph id="H29C491FB3797415F8B9367B0B9F14664"><enum>(1)</enum><text>Department of Defense policy relating to civilian casualties resulting from United States military operations.</text></paragraph>

<paragraph id="H78B2893CBA1F4B6E93763C24D7E1D076"><enum>(2)</enum><text>Standards, processes, and procedures for internal assessments and investigations of civilian casualties resulting from United States military operations.</text></paragraph>

<paragraph id="H8ADED95C7E6A42F29C10D31A69BDAA0F"><enum>(3)</enum><text>Standards, processes, and procedures for identifying, assessing, investigating, and responding to reports of civilian casualties resulting from United States military operations from the public and non-governmental entities and sources.</text></paragraph>

<paragraph id="H07BB3973BF754C15AD339F7D1E4F180D"><enum>(4)</enum><text>Combatant command resourcing and organizational constructs for assessing and investigating civilian casualties resulting from United States military operations.</text></paragraph>

<paragraph id="H839AE0CC3413452EB60660C9480BB5A9"><enum>(5)</enum><text display-inline="yes-display-inline">Mechanisms for public and non-governmental entities to report civilian casualties that may have resulted from United States military operations to the Department of Defense.</text></paragraph>

<paragraph id="H9A6426A376EE4C79A02953AC902410B8"><enum>(6)</enum><text>Standards and processes for accurately recording kinetic strikes, including raids, strikes, and other missions, and civilian casualties resulting from United States military operations.</text></paragraph>

<paragraph id="H5F99CA3D9E40473CA9D24F5C4E4329BA"><enum>(7)</enum><text>An analysis of general reasons for any disparity between third party public estimates and official United States Government estimates of civilian casualties resulting from United States or joint military operations.</text></paragraph>

<paragraph id="H0BB9F929D6144B9DB043EC76FB647FC0"><enum>(8)</enum><text>The standardization of dissemination and institutionalization across the Department of Defense and the combatant commands of lessons learned from United States military operations as a means of reducing the likelihood of civilian casualties from United States military operations.</text></paragraph>

<paragraph id="H763F1B182BE04A9BA7DF2A90A574E025"><enum>(9)</enum><text>Any other matters the Secretary of Defense determines appropriate.</text></paragraph></subsection>

<subsection id="H7187B71BC9D2412D975EC8443520326B"><enum>(c)</enum><header>Recommendations for improvements</header><text>The results of the assessment under this section shall include recommendations for improvements to standards, processes, procedures, policy, and organizational constructs relating to civilian casualties resulting from United States military operations.</text></subsection>

<subsection id="HF2ABF5E707CE46FF8DDA79673FD94DFA"><enum>(d)</enum><header>Submission of report</header>

```
<paragraph id="HBFC6FD18C0C64D0C9AE075E439EA10CF"><enum>(1)</enum><header>In
general</header><text>Not later than July 1, 2020, the Secretary of Defense shall
submit to the congressional defense committees a report setting forth an unaltered copy
of the assessment under this section, together with the views of the Secretary on the
assessment and on the recommendations included pursuant to subsection
(c).</text></paragraph>

<paragraph id="H6B1A95EF7F6047B4B073CE858DCA20FB"><enum>(2)</enum><header>Form of
report</header><text>The report under paragraph (1) shall be submitted in unclassified
form, but may contain a classified annex.</text></paragraph>

<paragraph id="HF20E2C9ACB8040F1AE581AC6F67A8B6D"><enum>(3)</enum><header>Public
availability</header><text>The Secretary shall make the unclassified form of the report
under paragraph (1) available to the public.</text></paragraph></subsection></section>

<section id="H34AC2A804C0E46EB8C3B07C0C2831E7F" section-type="subsequent-
section"><enum>1722.</enum><header>Report on transfers of equipment to prohibited
entities</header>

<subsection id="HC6A1002F41E54C07B9F0CB40322E3340"><enum>(a)</enum><header>Annual
report</header><text display-inline="yes-display-inline">Not later than March 1, 2021,
and each subsequent year through 2025, the Secretary of Defense, in coordination with
the Secretary of State, shall submit to the appropriate committees of Congress a report
on the transfer of defense articles during the year preceding the year during which the
report is submitted to any of the following:</text>

<paragraph id="H7BE30C3100BC448498B44A1647F015AB"><enum>(1)</enum><text>Any security
force unit that has committed a gross violation of human rights in violation of section
362 of title 10, United States Code, or section 620M of the Foreign Assistance Act of
1961 (22 U.S.C. 2378d).</text></paragraph>

<paragraph id="HED51DFF62D564D0C82C49820052F94B0"><enum>(2)</enum><text>Any group or
organization prohibited by law from receiving assistance from the United
States.</text></paragraph></subsection>

<subsection id="HB2A23E650B2C49C883A4006FBB719B65"><enum>(b)</enum><header>Matters to
Be Included</header><text display-inline="yes-display-inline">The report required by
subsection (a) shall include the following:</text>

<paragraph id="H199418EF3688475FAE542AAD9DA02687"><enum>(1)</enum><text>A description
of any confirmed instance in which the government of a foreign state that has received
defense articles pursuant to a Department of Defense assistance authority subsequently
transferred any such articles to a unit of that foreign state that is prohibited from
receiving assistance from the United States by reason of a determination by the
Secretary of Defense or the Secretary of State that there is credible evidence that
such unit has committed a gross violation of human rights.</text></paragraph>

<paragraph id="HFD6F18090C28403DB275E06F60364685"><enum>(2)</enum><text>A description
of any instance, confirmed or under investigation, in which the government of a foreign
state that has received defense articles pursuant to a Department of Defense assistance
authority subsequently transferred any such articles to a group or organization that is
prohibited by law from receiving assistance from the United
States.</text></paragraph></subsection>

<subsection id="HCB3D0D9FAA1249F58AD52EF50A9307EA"><enum>(c)</enum><header>Appropriate
committees of Congress defined</header><text>In this section, the term
<term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="H152445A040C24E8B9C742B1851469E9C"><enum>(1)</enum><text>the Committee
on Armed Services and the Committee on Foreign Relations of the Senate;
and</text></paragraph>

<paragraph id="HA7EC74DF1DA441E6B7DE35DDE0C8A9C7"><enum>(2)</enum><text>the Committee
on Armed Services and the Committee on Foreign Affairs of the House of
Representatives.</text></paragraph></subsection></section>

<section id="H139C902AF2324119BEA84BCDDAA4C528" section-type="subsequent-
section"><enum>1723.</enum><header>Annual report on strikes undertaken by the United
States against terrorist targets outside areas of active hostilities</header>

<subsection id="H10698690BDCB4876B8B7E1B1B4E6D550"><enum>(a)</enum><header>Annual
```

WASHSTATEC015352

report</header><text display-inline="yes-display-inline">Not later than May 1 2020, and annually thereafter until 2022, the Director of National Intelligence and the Secretary of Defense shall jointly submit to Congress a report on the number of strikes undertaken by the United States against terrorist targets outside areas of active hostilities during the preceding calendar year, as well as assessments of combatant and non-combatant deaths resulting from those strikes.</text></subsection>

<subsection id="H5959C15F17E74DC8A9E6347373514108"><enum>(b)</enum><header>Contents of report</header><text>The report required by subsection (a) shall includeâ€"</text>

<paragraph id="HB74502F350C446AE8D0FF7C5C0CDF17A"><enum>(1)</enum><text display-inline="yes-display-inline">information obtained from relevant agencies regarding the general sources of information and methodology used to conduct the assessments of combatant and non-combatant deaths;</text></paragraph>

<paragraph id="HD142DFCE3C3B48B2BB2E851FC3EB79B2"><enum>(2)</enum><text>to the extent feasible and appropriate, the general reasons for discrepancies between post-strike assessments from the United States and credible reporting from nongovernmental organizations regarding non-combatant deaths resulting from strikes undertaken by the United States against terrorist targets outside areas of active hostilities.</text></paragraph></subsection>

<subsection id="H25BDA8193BCE49C69A9FDD3B70897D0E"><enum>(c)</enum><header>Review of post-strike reporting</header><text display-inline="yes-display-inline">In preparing a report under this section, the Director and the Secretary shall, to the maximum extent practicable, review relevant and credible post-strike all-source reporting, including such information from nongovernmental sources, for the purpose of ensuring that this reporting is available to and considered by relevant agencies in their assessment of deaths.</text></subsection>

<subsection id="HA75B82C25F834E7AB90DE1C43D493AF3"><enum>(d)</enum><header>Form of report</header><text>The report required under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="H8B8FE0461EE8424999EFEDD5ED6C0BA8"><enum>1724.</enum><header>Review and assessment of mitigation of military helicopter noise</header>

<subsection id="H8FBE2F2AFC8844A19B1DCC294AE52F76"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, in coordination with the Chairman of the Joint Chiefs of Staff, shall conduct a review and assessment of military helicopter noise in the National Capital Region. Such review and assessment shall includeâ€"</text>

<paragraph id="H583560DCC21446A383DC44E4F2C914F6"><enum>(1)</enum><text>a study on the causes and effects of military helicopter noise on communities and individuals in the National Capital Region;</text></paragraph>

<paragraph id="HAC7B6588B95C4E24B6AC627BB923A315"><enum>(2)</enum><text>recommendations to mitigate the effects of military helicopter noise on individuals, structures, and property values in the National Capital Region; and</text></paragraph>

<paragraph id="H250EC8C5A6A74897B8970FF307C457E1"><enum>(3)</enum><text>the extent to which the Department has processes in place for collecting, analyzing, and managing military helicopter noise complaints from the general public across the National Capital Region.</text></paragraph></subsection>

<subsection id="H299EDB9596624C25ACD9776715D86E24"><enum>(b)</enum><header>Focus</header><text display-inline="yes-display-inline">In conducting the review under subsection (a), the Secretary and the Chairman of the Joint Chiefs of Staff shall focus on all military helicopter flights in the National Capital Region, including helicopters from the Army, Air Force, and Marine Corps. </text></subsection>

<subsection id="HF4CE6815D868443EB5D50A81E1C92523"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than six months after the date of the enactment of this Act, the Secretary shall submit to Congress a report on the results of the review conducted under subsection (a). Such report shall include a description of the policies and procedures currently being used by the Army, Air Force, and Marine Corps in the National Capital Region to mitigate the impact of helicopter noise as well

as the means to track compliance with these internal practices to ensure compliance.
</text></subsection>

<subsection id="H44F7C62A2825427C8EFE8F94EF9EF9FC"><enum>(d)</enum><header>Definition of National Capital Region</header><text display-inline="yes-display-inline">In this section, the term <quote>National Capital Region</quote> has the meaning given the term in section 2574 of title 10, United States Code.</text></subsection></section></subtitle>

<subtitle id="H626D138F6D3E49D68982E0E85FF37059"><enum>B</enum><header>Other Matters</header>

<section id="H4D46DEDAE41842ACA340E722A45D8CFE"><enum>1731.</enum><header>Technical, conforming, and clerical amendments</header>

<subsection id="HF3545807BCC94D4BA460A16B52D0C951" display-inline="no-display-inline"><enum>(a)</enum><header>Title 10, United States Code</header><text>Title 10, United States Code, is amended as follows:</text>

<paragraph id="HB7AAEB74E3514739B83153CE0174F831"><enum>(1)</enum><text>The table of chapters at the beginning of subtitle A, and at the beginning of part I of such subtitle, are each amended by striking the item relating to chapter 9A and inserting the following:</text>

<quoted-block style="USC" id="H15ADD24E3C634949A88E14223F0A694C" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section" bold="on"><toc-enum>9A.</toc-enum><level-header level="section" bold="on">Audit</level-header><target>240a</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H55E6610C3B13E45858F961B20AEA51C88"><enum>(2)</enum><text>The table of chapters at the beginning of subtitle A, and at the beginning of part I of such subtitle, are each amended by striking the item relating to chapter 112 and inserting the following:</text>

<quoted-block style="USC" id="HD351EFD7D6DC4EE8BB410455FA937D13" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section" bold="on"><toc-enum>112.</toc-enum><level-header level="section" bold="on">Cyber Scholarship Program</level-header><target>2200</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE5E102D786434AC09AAEC67CF3756B6A"><enum>(3)</enum><text>Section 113(j)(1) is amended by inserting <quote>the</quote> before <quote>congressional defense committees</quote>. </text></paragraph>

<paragraph id="H0C6F5DB008A142F08F0B5B6EF2F201FE"><enum>(4)</enum><text>Section 119a is amended in each of the subsection headings for subsections (a) and (b) by striking <quote><header-in-text level="subsection" style="USC">AACMS</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="USC">ACCMS</header-in-text></quote>. </text></paragraph>

<paragraph id="H1AFE5066FE0F4B99924B41C8611C2E39"><enum>(5)</enum><text>Section 127(c)(1) is amended by inserting <quote>the</quote> before <quote>congressional defense committees</quote>.</text></paragraph>

<paragraph id="H50421E000F2E4ECEA0C4DF800935355C"><enum>(6)</enum><text>Section 130i is amendedâ€"</text>

<subparagraph id="HCADA0BC83C204A819DDAEF2761B69541"><enum>(A)</enum><text>in subsection (i)(1), by inserting <quote>(C)</quote> after <quote>(j)(3)</quote>; and</text></subparagraph>

<subparagraph id="H31EA4F37BB9044089FB8855C95C13354"><enum>(B)</enum><text>in subsection (j)(6), by striking <quote>40101</quote> and inserting <quote>44802</quote>.</text></subparagraph></paragraph>

WASHSTATEC015354

```
<paragraph id="H76AD527436AE4E04AEC9F6C292C430CF"><enum>(7)</enum><text>Section
131(b)(8) is amended by redesignating subparagraph (I) as subparagraph
(F).</text></paragraph>

<paragraph id="H1DC0D4A3CB954585850885BA9342E36E"><enum>(8)</enum><text>Section 132 is
amended by redesignating subsection (e) as subsection (d).</text></paragraph>

<paragraph id="HC735ACB6BB6F499EA78CE14BC9417F76"><enum>(9)</enum><text>The item
relating to section 169 in the table of sections at the beginning of chapter 6 is
amended by inserting a period after <quote>Command</quote>.</text></paragraph>

<paragraph id="HF385E6141AC1467B920AE557C360E238"><enum>(10)</enum><text>The item
relating to section 183a in the table of sections at the beginning of chapter 7 is
amended to read as follows:</text>

<quoted-block style="USC" id="H5B85907AD9CD4B4195CFCEE990C7C0D6" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">183a. Military Aviation and Installation Assurance
Clearinghouse for review of mission obstructions.</toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6DBF52B3527D4518BFFFDC9AF2BBBBB3" display-inline="no-display-inline"
commented="no"><enum>(11)</enum><text display-inline="yes-display-inline">Section
187(a)(2)(C) is amended by striking <quote>Assistant Secretary of the Army for
Acquisition, Technology, and Logistics</quote> and inserting <quote>Assistant Secretary
of the Army for Acquisition, Logistics, and Technology</quote>.</text></paragraph>

<paragraph id="H18E4E013CE8B40CCB8BCAC6362CEC019"><enum>(12)</enum><text>Section
222a(d)(3)(A) is amended by inserting <quote>had</quote> before <quote>been</quote>.
</text></paragraph>

<paragraph id="H337DA0174B6D4A6785A0E5820F1E4C42"><enum>(13)</enum><text>Section
222b(a) is amended by striking <quote>United States Code,</quote>.</text></paragraph>

<paragraph id="H69B71486CDF340E2A391C7BDA90DB30A"><enum>(14)</enum><text>Section 284 is
amendedâ€"</text>

<subparagraph id="H2789892D7CDE4850AFF86E8975F77D88"><enum>(A)</enum><text>by striking
<quote>section 376</quote> both places it appears and inserting <quote>section
276</quote>;</text></subparagraph>

<subparagraph id="HDD3A88344CFA43D9AE8E2B18647E5652"><enum>(B)</enum><text>in
subsection (f), by inserting <quote>)</quote> after <quote>Stat.
1564)</quote>;</text></subparagraph>

<subparagraph id="H778BA7A4E16345769AFBAA174818E3D9"><enum>(C)</enum><text>in
subsection (g)(2), by striking <quote>section 375</quote> and inserting <quote>section
275</quote>; and</text></subparagraph>

<subparagraph id="H3A7A36CA6B1348B38C318AD92474A872"><enum>(D)</enum><text>in
subsection (h)(1)(A)(vi)(VI) by striking <quote>section 1004 of the National Defense
Authorization Act for Fiscal Year 1991 (10 U.S.C. 374 note)
and</quote>.</text></subparagraph></paragraph>

<paragraph id="HC668C4ACDD574D1B8EA06ACA4CB4B294" display-inline="no-display-
inline"><enum>(15)</enum><text>The table of sections at the beginning of subchapter V
of chapter 16 is amended by striking <quote>Sec.</quote> after the item relating to
section 350.</text></paragraph>

<paragraph id="HE4189E6DFDCD44408594A29D85859E56" display-inline="no-display-
inline"><enum>(16)</enum><text display-inline="yes-display-inline">Section 341(e)(2)(A)
is amended by adding a period at the end.</text></paragraph>

<paragraph id="H9BEBFD624CA94B7787A40F27ACFD8DEE" display-inline="no-display-
inline"><enum>(17)</enum><text>Section 526(k) is amended by inserting
<quote>the</quote> before <quote>number of general officers</quote>.</text></paragraph>

<paragraph id="H2C51CF1A573747C8BC0103FD8F41F595" commented="no" display-inline="no-
display-inline"><enum>(18)</enum><text>Section 649j is amended by striking <quote>(a)
```

```
<header-in-text level="subsection" style="USC">In general.â€"</header-in-
text>The</quote> and inserting <quote>The</quote>.</text></paragraph>

<paragraph id="HB3A6E4F9F40A49B48D703C16351460A1" commented="no" display-inline="No-
display-inline"><enum>(19)</enum><text display-inline="yes-display-inline">Section
651(a) is amended by inserting <quote>shall serve</quote> after <quote>(50 U.S.C.
3806(d)(1))</quote>.</text></paragraph>

<paragraph id="H88E8B0057CEB443C9D46E0B4DA93013E"><enum>(20)</enum><text>The heading of
section 928b (article 128b of the Uniform Code of Military Justice) is amended to read
as follows:</text>

<quoted-block id="HB1B504A9B49C4116B3274826C929BDDD" style="USC">

<section id="H9EAFB1E0EB064CE3AD6543F05D7C30A7"><enum>928b. Art.
128b.</enum><header>Domestic violence</header></section><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph>

<paragraph id="HC5757EF8405B4625811BF50685F017AB"><enum>(21)</enum><text>Section
1034(b)(1)(B)(ii) is amended by striking <quote>subsection (i)</quote> and inserting
<quote>subsection (j)</quote>;</text></paragraph>

<paragraph id="HC8557919B8BD407C8E9DC834BCAC4FBA" display-inline="no-display-
inline"><enum>(22)</enum><text display-inline="yes-display-inline">Section 1073c(a) is
amended by redesignating the second paragraph (4) as paragraph (6).</text></paragraph>

<paragraph id="H471BF2502AE6461DA0376A75F1ADF5AD" commented="no" display-inline="no-
display-inline"><enum>(23)</enum><text>Section 1075(d)(1) is amended in the table by
striking <quote>25% of out of network</quote> and inserting <quote>25% out of
network</quote>.</text></paragraph>

<paragraph id="HD0F7E52A1A124F40AAB0AFEA6D956EC2" display-inline="no-display-
inline"><enum>(24)</enum><text display-inline="yes-display-inline">Section 1076d(d)(1)
is amended by striking <quote>section 1075 of this section</quote> and inserting
<quote>section 1075 of this title</quote>.</text></paragraph>

<paragraph id="H92C81FBD53C540A3A8A0D9125CF41D28" display-inline="no-display-
inline"><enum>(25)</enum><text>Section 1076e(d)(1) is amended by striking
<quote>section 1075 of this section</quote> and inserting <quote>section 1075 of this
title</quote>.</text></paragraph>

<paragraph id="H9149519A76BC4F09A2B5B54AC5075D84" commented="no" display-inline="no-
display-inline"><enum>(26)</enum><text>Section 1142(c)(3) is amended by striking
<quote>paragraph (2)(B)</quote> and inserting <quote>paragraph
(2)(C)</quote>.</text></paragraph>

<paragraph id="H3DC9A3843A4847BBABDEA983EDFF0753" display-inline="no-display-
inline"><enum>(27)</enum><text>Section 1762(c) is amended by striking <quote>in at any
one time</quote> and inserting <quote>at any one time in</quote>.</text></paragraph>

<paragraph id="H78FA61115B384DB89B43ED925D16772A"><enum>(28)</enum><text>Section 1788a
is amended in subsection (d)(1) by striking <quote>Not later than March 1, 2019, and
each March 1 thereafter</quote> and inserting <quote>Not later than March 1 each
year</quote>.</text></paragraph>

<paragraph id="H6E2B914F90AF46F8814922CBE7FA7235"><enum>(29)</enum><text>Section
2208(u) is amended by inserting <quote>of this title</quote> after <quote>2805</quote>
each place it appears. </text></paragraph>

<paragraph id="H6CEC1FF3F01B4422B5EF6BA5FC2F17B7"><enum>(30)</enum><text>Section
2216(b)(1) is amended by striking <quote>subsection (c)(1)(B)(iii)</quote> and
inserting <quote>subsection (c)(1)(B)(ii)</quote>.</text></paragraph>

<paragraph id="HFA793BBF87864665B0FD14CA1806D236" commented="no" display-inline="no-
display-inline"><enum>(31)</enum><text>Section 2222(i)(11) is amended by striking
<quote>subsection (a)(6)(A)</quote> and inserting <quote>subsection
(e)(6)(A)</quote>.</text></paragraph>

<paragraph id="H84ED5F6F72C04A8E933E6F7D0F2BA2F7" display-inline="no-display-
inline"><enum>(32)</enum><text>Section 2228(a)(2) is amended by striking the second
period at the end.</text></paragraph>
```

&lt;paragraph id="HB8F9A379E6074C2CB6C39092080A4417" commented="no" display-inline="no-display-inline"&gt;&lt;enum&gt;(33)&lt;/enum&gt;&lt;text&gt;The item relating to section 2229b in the table of sections at the beginning of chapter 131 is amended to read as follows:&lt;/text&gt;

&lt;quoted-block style="USC" id="H02B4C006B6754159BC1A101D55C8294F" display-inline="no-display-inline"&gt;

&lt;toc regeneration="no-regeneration"&gt;

&lt;toc-entry level="section"&gt;2229b. Comptroller General assessment of acquisition programs and initiatives.&lt;/toc-entry&gt;&lt;/toc&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;

&lt;paragraph id="H7487C9C35AFB4B339866FF43755E7F8B" display-inline="no-display-inline"&gt;&lt;enum&gt;(34)&lt;/enum&gt;&lt;text&gt;Section 2273(b)(1) is amended by inserting a semicolon at the end.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H5E4C02A86E8D4D52B97F40C87CED6F6B" display-inline="no-display-inline"&gt;&lt;enum&gt;(35)&lt;/enum&gt;&lt;text&gt;The heading for section 2279d is amended by striking the period at the end.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HD659CFEA0F9B4D93B29E2A35FA1A95E8"&gt;&lt;enum&gt;(36)&lt;/enum&gt;&lt;text&gt;The heading of section 2284, as added by section 311(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1708), is amended to read as follows:&lt;/text&gt;

&lt;quoted-block id="H0614F1902CBF4C2CA11DEC6F81262BD9" style="USC"&gt;

&lt;section id="H2837D8E953854B3A90421799DF98E942"&gt;&lt;enum&gt;2284.&lt;/enum&gt;&lt;header&gt;Explosive Ordnance Disposal Defense Program&lt;/header&gt;&lt;/section&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;

&lt;paragraph id="H512B23491D954DA49A2E56602B544590"&gt;&lt;enum&gt;(37)&lt;/enum&gt;&lt;text&gt;Section 2304(f)(1)(B) is amendedâ€"&lt;/text&gt;

&lt;subparagraph id="HA38C34026E654C2FA9AE7C7AE9B53EA9"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;in clause (ii), by striking &lt;quote&gt;paragraph (6)(A)&lt;/quote&gt; and inserting &lt;quote&gt;paragraph (5)(A)&lt;/quote&gt;; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H65C21BCCEF98479A94AA4AA200B9E948"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;in clause (iii), by striking &lt;quote&gt;paragraph (6)(B)&lt;/quote&gt; and inserting &lt;quote&gt;paragraph (5)(B)&lt;/quote&gt;. &lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H577BD24E63104376AAAE68F7DDE9441F" display-inline="no-display-inline"&gt;&lt;enum&gt;(38)&lt;/enum&gt;&lt;text&gt;Section 2305a(d)(1) is amended by striking &lt;quote&gt;a indefinite&lt;/quote&gt; and inserting &lt;quote&gt;an indefinite&lt;/quote&gt;.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HD1C2F36BB77143AB8577867B2B04D665"&gt;&lt;enum&gt;(39)&lt;/enum&gt;

&lt;subparagraph id="HEFBCA693331E404F977327D1D94A1B8D" display-inline="yes-display-inline"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;Section 2304e is amended by striking the last four words of the section heading.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H93C6C20BF46B4AFB88C668A1AAC8E37A" indent="up1"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;Section 2323a is amendedâ€"&lt;/text&gt;

&lt;clause id="H85347E58DF1744AE9BA3E8D47267837E"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;in the section heading, by striking the last six words; and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H160A2A4D04C4414DA55BB7A2CB17F502"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;in subsection (e)â€"&lt;/text&gt;

&lt;subclause id="H0BDD8F4A53AC49638EBF4AED64218BB1"&gt;&lt;enum&gt;(I)&lt;/enum&gt;&lt;text&gt;in paragraph (1), by striking &lt;quote&gt;102 Stat. 2468;&lt;/quote&gt;;&lt;/text&gt;&lt;/subclause&gt;

&lt;subclause id="H1C246842241A4D0A92937EF0ED3771BE"&gt;&lt;enum&gt;(II)&lt;/enum&gt;&lt;text&gt;in paragraph (2), by striking &lt;quote&gt;(25 U.S.C. 450b(d))&lt;/quote&gt; and inserting &lt;quote&gt;(25 U.S.C. 5304(d))&lt;/quote&gt;; and&lt;/text&gt;&lt;/subclause&gt;

&lt;subclause id="H7AF9D180E0984DF7BE95498B81247EA7"&gt;&lt;enum&gt;(III)&lt;/enum&gt;&lt;text&gt;in paragraph (3), by striking &lt;quote&gt;(25 U.S.C. 450b(e))&lt;/quote&gt; and inserting &lt;quote&gt;(25 U.S.C. 5304(e))&lt;/quote&gt;.&lt;/text&gt;&lt;/subclause&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

WASHSTATEC015357

```
<subparagraph id="HBFA14BA303BD426BBA67EE3247D26450" indent="up1"><enum>(C)</enum><text
display-inline="yes-display-inline">The table of sections at the beginning of chapter
137 is amended by striking the last four words of the item relating to section 2304e
and the last six words of the item relating to section 2323a.
</text></subparagraph></paragraph>

<paragraph id="H98BCB1CCEFE9446A870BCBE8DAF41D77" display-inline="no-display-
inline"><enum>(40)</enum><text>Section 2307(a)(1) is amended by striking
<quote>may</quote> and inserting <quote>mayâ€"</quote>.</text></paragraph>

<paragraph id="HFF7A9548EB3147F193CC2BA9E1827BE7" display-inline="no-display-
inline"><enum>(41)</enum><text>Section 2313b(d) is amended by striking <quote>an task
order</quote> both places it appears and inserting <quote>a task
order</quote>.</text></paragraph>

<paragraph id="H5FD16187F51A4876AE76600F8557780E"><enum>(42)</enum><text display-
inline="yes-display-inline">Section 2329(g)(1) is amended by striking
<quote><quote>bridge contact</quote></quote> and inserting <quote><quote>bridge
contract</quote></quote>. </text></paragraph>

<paragraph id="HC7B9244027914E98B35F8D1BA9970C14" commented="no" display-inline="no-
display-inline"><enum>(43)</enum><text>Section 2339a(e)(5) is amended by striking
<quote>section 3542(b)</quote> and inserting <quote>section
3552(b)(6)</quote>.</text></paragraph>

<paragraph id="H28042CC904F4496DBF2D895AE5DA448C"><enum>(44)</enum><text display-
inline="yes-display-inline">Section 2366a(c)(1)(F) is amended by striking
<quote>section 2366a(b)(6) of this title</quote> and inserting <quote>subsection
(b)(6)</quote>.</text></paragraph>

<paragraph id="H840668AB0AEF40E8A0788A9FDF02D725" commented="no"><enum>(45)</enum><text
display-inline="yes-display-inline">Section 2368(f)(1) is amended by striking
<quote>transition</quote> and inserting <quote>transaction</quote>.</text></paragraph>

<paragraph id="H59678E0827E84358B37996CF0515A040" display-inline="no-display-
inline"><enum>(46)</enum><text>Section 2371b(d)(1)(C) is amended by striking
<quote>other than</quote> after <quote>sources</quote>.</text></paragraph>

<paragraph id="HBD61B9724B2C467F9AC34B4A693852DB"
commented="no"><enum>(47)</enum><text>Section 2380B is amendedâ€"</text>

<subparagraph id="HD8DB5C4B343B4FADA321D1B9674E6FE7"
commented="no"><enum>(A)</enum><text>by inserting <quote>section</quote> before
<quote>2376(1) of this title</quote>; and</text></subparagraph>

<subparagraph id="HEF877FA41AFD4BF4B2FD2BB42328CFB8"
commented="no"><enum>(B)</enum><text>by striking <quote>purposed of</quote> and
inserting <quote>purposes of</quote>.</text></subparagraph></paragraph>

<paragraph id="H6C50960DCCED46A88838877DD13ED45A"><enum>(48)</enum><text>Section
2401(e)(2) is amended by striking <quote>subsection (f)</quote> and inserting
<quote>subsection (g)</quote>.</text></paragraph>

<paragraph id="HBCF6E32DB53A4AC38F555EB86282AA27"><enum>(49)</enum><text>The item
relating to section 2439 in the table of sections at the beginning of chapter 144 is
amended to read as follows:</text>

<quoted-block style="USC" id="H64F20784AA884065860808DF38B0FFF3" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2439. Negotiation of price for technical data before
development, production, or sustainment of major weapon systems.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HC6E6164C7E6E4B2DBAAB314DA08CDA0B" commented="no" display-inline="no-
display-inline"><enum>(50)</enum><text>The item relating to subchapter II in the table
of subchapters for chapter 144B is amended to read as follows:</text>

<quoted-block style="USC" id="H530BCA1BDC604C83BCAF6922CEE6C3BE" display-inline="no-
display-inline">
```

```
<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section" bold="on"><toc-enum>II.</toc-enum><level-header
level="section" bold="on">Development, Prototyping, and Deployment of Weapon System
Components or Technology</level-header><target>2447a</target></multi-column-toc-
entry></toc><after-quoted-block>. </after-quoted-block></quoted-block></paragraph>

<paragraph id="H87638FF244DB4C15AB774266E47343E2"><enum>(51)</enum><text>Section
2447a(a) is amended by striking <quote>after fiscal year
2017</quote>.</text></paragraph>

<paragraph id="H3DE795B26BE346FDA728145048D898B7"><enum>(52)</enum><text>Section
2547(b)(2) is amended—</text>

<subparagraph id="HCB4252FECF904099863FF1F947562BBE"><enum>(A)</enum><text>by striking
<quote>material</quote> and inserting <quote>materiel</quote>;
and</text></subparagraph>

<subparagraph id="HD37371DB6DE2417AB3B6813F374D97B9"><enum>(B)</enum><text>by striking
<quote>Material</quote> both places it appears and inserting
<quote>Materiel</quote>.</text></subparagraph></paragraph>

<paragraph id="HACB9BF68E42C4D65859B433E52A6E29A"><enum>(53)</enum><text display-
inline="yes-display-inline">Section 2802(e)(1) is amended by striking <quote>shall
comply with</quote> and inserting </text>

<quoted-block style="OLC" id="HEE54BDF1B8E748C7AF3A24EF87DD517B" display-inline="yes-
display-inline"><text display-inline="yes-display-inline">shall—</text>

<subparagraph id="H6BB915F14FEA48D1996266660F32C182" indent="up1"><enum>(A)</enum><text
display-inline="yes-display-inline">comply with</text></subparagraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H708D581060F541DFAC64A98DB567B4CD"><enum>(54)</enum><text display-
inline="yes-display-inline">Section 2804(b) is amended, in the second
sentence—</text>

<subparagraph id="HCA0804E6B38845E9B7513C6181407B48"><enum>(A)</enum><text>by striking
<quote>(1)</quote> and <quote>(2)</quote>; and</text></subparagraph>

<subparagraph id="H2EDE523EAA2144D99661D88C2CF35D96"><enum>(B)</enum><text>by striking
<quote>project and</quote> and inserting
<quote>project,</quote>.</text></subparagraph></paragraph>

<paragraph id="H5563DB13DACA4D3687B16BCB4D3A44A7"><enum>(55)</enum><text display-
inline="yes-display-inline">Section 2805(d)(1)(B) is amended by inserting
<quote>under</quote> after <quote>made available</quote>.</text></paragraph>

<paragraph id="HD66654157A614F8CA4211DE67B640265"><enum>(56)</enum><text display-
inline="yes-display-inline">Section 2835a(c) is amended by striking <quote>(1) The
Secretary</quote> and inserting <quote>The Secretary</quote>.</text></paragraph>

<paragraph id="H080CA28298D947B7AED37DA7394B3B49"><enum>(57)</enum><text display-
inline="yes-display-inline">Section 2879(a)(2)(A) is amended by striking the comma
after <quote>2017</quote>.</text></paragraph>

<paragraph id="H11DCDBFF3F73437E90DADD54EDB00BA3"><enum>(58)</enum><text>Section
2913(c) is amended by striking <quote>government a gas or electric utility</quote> and
inserting <quote>government gas or electric utility</quote>.</text></paragraph>

<paragraph id="H0C95FFC1633B42CDB8A9E6257545FB61"><enum>(59)</enum><text>The item
relating to section 2914 in the table of sections at the beginning of chapter 173 is
amended to read as follows:</text>

<quoted-block style="traditional" id="H861AB2CAD6F740B3864C460FBEDF0203" display-
inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2914. Energy resilience and conservation construction
projects.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>
```

WASHSTATEC015359

```
<paragraph id="HD8871FF532984A92AA746351C15C68E8"><enum>(60)</enum>

<subparagraph id="H021EA5156854468ABF590645ADB95F49" display-inline="yes-display-
inline"><enum>(A)</enum><text>The heading of section 8749, as amended by section
1114(b)(2) and redesignated by section 807(d)(6) of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is amended by
capitalizing the initial letter of the fifth, sixth, and seventh words and the initial
letter of the last two words.</text></subparagraph>

<subparagraph id="H73097C8083864739BBF17A7E9704C2D6"
indent="up1"><enum>(B)</enum><text>The heading of section 8749a, as added by section
1114(a) and redesignated by section 8(d)(6) of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is amended by
capitalizing the initial letter of the fifth, sixth, and seventh
words.</text></subparagraph></paragraph>

<paragraph id="H62660727B18F4127915EF45CDC861CA2" display-inline="no-display-
inline"><enum>(61)</enum><text>Section 9069(a) is amended by striking
<quote>are</quote> and inserting <quote>is</quote>.</text></paragraph>

<paragraph id="H88CD97F874054108A0AB8FA897AAA096" display-inline="no-display-
inline"><enum>(62)</enum><text>Section 10217(e)(4) is amended by striking <quote>shall
an individual</quote> and inserting <quote>shall be an
individual</quote>.</text></paragraph>

<paragraph id="H4CD4BFBE95D645C083327511F953703D" commented="no" display-inline="no-
display-inline"><enum>(63)</enum><text> The item relating to section 2568a in the table
of sections at the beginning of chapter 152 is amended to read as follows:</text>

<quoted-block style="USC" id="H50B889E88C004FC4BEA6B069BF92B8B0" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2568a. Damaged personal protective equipment: award to
members separating from the armed forces and veterans.</toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H2EF9322F3B004A4583C9CF5F2057525E"
commented="no"><enum>(64)</enum><text>Section 7016(b)(5)(A) is amended by striking
<quote>Assistant Secretary of the Army for Acquisition, Technology, and
Logistics</quote> and inserting <quote>Assistant Secretary of the Army for Acquisition,
Logistics, and Technology</quote>.</text></paragraph></subsection>

<subsection id="H3E590B1DB67945709D866E50C3AAC893"><enum>(b)</enum><header>NDAA for
fiscal year 2019</header><text>Effective as of August 13, 2018, and as if included
therein as enacted, the John S. McCain National Defense Authorization Act for Fiscal
Year 2019 (Public Law 115â€"232) is amended as follows:</text>

<paragraph id="H4F3E63B0FF3943BE8765EB95FFAB3AB8"
commented="no"><enum>(1)</enum><text>Section 331(g)(2) (132 Stat. 1724) is amended by
inserting <quote>of such title</quote> after <quote>chapter
2</quote>.</text></paragraph>

<paragraph id="H16B20AEDC8EA4C1C919EA94AC6ABB018"><enum>(2)</enum><text>Section 844(b)
(132 Stat. 1881) is amended by striking <quote>This section and the amendments made by
this section</quote> and inserting <quote>The amendment made by subsection
(a)</quote>.</text></paragraph>

<paragraph id="HFB7FEB89B3AF4473938D5A6E92144033"><enum>(3)</enum><text display-
inline="yes-display-inline">Section 1246(1)(B) (132 Stat. 2049) is amended by adding at
the end before the semicolon the following: <quote>and transferring it to appear after
paragraph (15)</quote>.</text></paragraph>

<paragraph id="H95DE3C525339447A8FD1DA384803FECE"><enum>(4)</enum><text display-
inline="yes-display-inline">Section 2805(c) (132 Stat. 2262; 10 U.S.C. 2864 note) is
amended by striking <quote>United Facilities Criteria</quote> and inserting
<quote>Unified Facilities Criteria</quote>.</text></paragraph></subsection>

<subsection id="H3D1972D5F1FA43118C6456883ABA7B93"><enum>(c)</enum><header>NDAA for
fiscal year 2018</header><text display-inline="yes-display-inline">Effective as of
```

December 12, 2017, and as if included therein as enacted, section 1609(b)(3) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1728; 10 U.S.C. 2273 note) is amended by striking <quote>, and,</quote> and inserting <quote>, and</quote>.</text></subsection>

<subsection id="H97ED456499A242B5978A46D2B40E5202" commented="no"><enum>(d)</enum><header>NDAA for fiscal year 2017</header><text display-inline="yes-display-inline">Effective as of December 23, 2016, and as if included therein as enacted, section 233(c)(2)(C)(ii) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 114â€"328; 130 Stat. 2061; 10 U.S.C. 2358 note) is amended by striking <quote>Assistant Secretary of the Army for Acquisition, Technology, and Logistics</quote> and inserting <quote>Assistant Secretary of the Army for Acquisition, Logistics, and Technology</quote>. </text></subsection>

<subsection id="H16D506E7F8EF4A78B15C1677218058B1"><enum>(e)</enum><header>NDAA for fiscal year 2012</header><text display-inline="yes-display-inline">Effective as of December 31, 2011, and as if included therein as enacted, section 315 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1358; 10 U.S.C. 2911 note) is amended by redesignating subsections (d), (e), and (f) as subsections (c), (d), and (e), respectively.</text></subsection>

<subsection id="H2179602855E14248BEE1A4581F5EA4A1"><enum>(f)</enum><header>Coordination with other amendments made by this Act</header><text>For purposes of applying amendments made by provisions of this Act other than this section, the amendments made by this section shall be treated as having been enacted immediately before any such amendments by other provisions of this Act.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H29DEA602C1384F138DD7A804783E36F5" section-type="subsequent-section"><enum>1732.</enum><header display-inline="yes-display-inline">Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification</header>

<subsection commented="no" display-inline="no-display-inline" id="HD506A05EF23842E2986094C69171C9ED"><enum>(a)</enum><header display-inline="yes-display-inline">Notification on commencement of OCO</header><text display-inline="yes-display-inline">Section 113 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H23710A34971241F688035506B5640FE3" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H3DD2CDFA2FCF4F67BF331289F8B62C8A"><enum>(n)</enum><header display-inline="yes-display-inline">Notification of certain overseas contingency operations for purposes of Inspector General Act of 1978</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide the Chair of the Council of Inspectors General on Integrity and Efficiency written notification of the commencement or designation of a military operation as an overseas contingency operation upon the earlier ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB8D30C48C8A8480782B99A48B0446348"><enum>(1)</enum><text display-inline="yes-display-inline">a determination by the Secretary that the overseas contingency operation is expected to exceed 60 days; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4C0F26917EF74EC897E8989F4E3429C0"><enum>(2)</enum><text display-inline="yes-display-inline">the date on which the overseas contingency operation exceeds 60 days.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5705324116F24EC1AAE8E612670810D4"><enum>(b)</enum><header display-inline="yes-display-inline">Establishment of lead Inspector General based on notification</header><text display-inline="yes-display-inline">Section 8L of the Inspector General Act of 1978 (5 U.S.C. App.) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF631352422084AE08F930C2A053C37A0"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a) â€"</text>

WASHSTATEC015361

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H6B9E40F88F89434283A87A879613E143"><enum>(A)</enum><text display-inline="yes-
display-inline">by striking <quote>Upon the commencement </quote> and all that follows
through <quote>the Chair</quote> and inserting <quote>The Chair</quote>;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAA6270EB36C54EF3A574BB74B0796F74"><enum>(B)</enum><text display-inline="yes-
display-inline">by inserting before the period at the end the following: â€œupon the
earlier ofâ€</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="H6C4960805A9F4632A684BE10931E407C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H6B4D7D42E49C468296E534D0910A9EB7"><enum>(1)</enum><text display-inline="yes-
display-inline">the commencement or designation of a military operation as an overseas
contingency operation that exceeds 60 days; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H74CA38CEDFE94D04A8099F2B2319C8C5"><enum>(2)</enum><text display-inline="yes-
display-inline">receipt of a notification under section 113(n) of title 10, United
States Code, with respect to an overseas contingency
operation</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H65E20DC34D29432D8B2B3E2A22CEEC93"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (d)(1), by striking <quote>the commencement or
designation of the military operation concerned as an overseas contingency operation
that exceeds 60 days</quote> and inserting â€œthe earlier ofâ€</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="H6E115138EDA84566BF6DD81CDFF710BE" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="HFB547374A1A44DFD94EFBA0227DEFB7F"><enum>(A)</enum><text display-inline="yes-
display-inline">the commencement or designation of the military operation concerned as
an overseas contingency operation that exceeds 60 days; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H090D7B2BEAB743B0A0CAF1C87739866D"><enum>(B)</enum><text display-inline="yes-
display-inline">receipt of a notification under section 113(n) of title 10, United
States Code, with respect to an overseas contingency
operation</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HB3D698431F124DE3956CE0DFAA5B586E" section-type="subsequent-
section"><enum>1733.</enum><header display-inline="yes-display-inline">Clarification of
authority of Inspectors General for overseas contingency operations</header><text
display-inline="no-display-inline">Section 8L(d)(2) of the Inspector General Act of
1978 (5 U.S.C. App.) is amendedâ€”</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HFB752E2E913A44569C0975CE93B5A962"><enum>(1)</enum><text display-inline="yes-
display-inline">in subparagraph (D)â€”</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1734245D5A11496985A9A3A43EC6B2CD"><enum>(A)</enum><text display-inline="yes-
display-inline">in clause (i), by striking <quote>to exercise</quote> and all that
follows through <quote>such matter</quote> and inserting <quote>to identify and
coordinate with the Inspector General who has principal jurisdiction over the matter to
ensure effective oversight</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6392A7F04DD6442CA9509A11E5054718"><enum>(B)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H32654985E6F941DD82E8D29443175F09"
style="OLC">
```

```
<clause commented="no" display-inline="no-display-inline"
id="HED1A69251A574EFC828BE2AD614C8C0B" indent="up1"><enum>(iii)</enum>

<subclause commented="no" display-inline="yes-display-inline"
id="H65644A60BD4142EEADB2D77ADF981236"><enum>(I)</enum><text display-inline="yes-
display-inline">Upon written request by the Inspector General with principal
jurisdiction over a matter with respect to the contingency operation, and with the
approval of the lead Inspector General, an Inspector General specified in subsection
(c) may provide investigative support or conduct an independent investigation of an
allegation of criminal activity by any United States personnel, contractor,
subcontractor, grantee, or vendor in the applicable theater of
operations.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H25D773AEF29B4E1886729577EDEF3FAF" indent="up1"><enum>(II)</enum><text display-
inline="yes-display-inline">In the case of a determination by the lead Inspector
General that no Inspector General has principal jurisdiction over a matter with respect
to the contingency operation, the lead Inspector General mayâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="H5153159527D94A4084FA9E5EAE4F8D69"><enum>(aa)</enum><text display-inline="yes-
display-inline">conduct an independent investigation of an allegation described in
subclause (I); or</text></item>

<item commented="no" display-inline="no-display-inline"
id="H7C3497F9D617478D8F2010CE92B13B61"><enum>(bb)</enum><text display-inline="yes-
display-inline">request that an Inspector General specified in subsection (c) conduct
such investigation.</text></item></subclause></clause><after-quoted-block>; and
</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF575F087C50E4B42A53221DD38BF443A"><enum>(2)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HFED393A5CFD6410B8348CFC6B653007B"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="H386BAD02102649AFBCEA665799F2ECFA"><enum>(I)</enum><text display-inline="yes-
display-inline">To enhance cooperation among Inspectors General and encourage
comprehensive oversight of the contingency operation, any Inspector General responsible
for conducting oversight of any program or operation performed in support of the
contingency operation may, to the maximum extent practicable and consistent with the
duties, responsibilities, policies, and procedures of such Inspector Generalâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H78B15474CF0F4C118A300E944B94F7DB"><enum>(i)</enum><text display-inline="yes-
display-inline">coordinate such oversight activities with the lead Inspector General;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H756C90B0016C429EA7E9724150F518F6"><enum>(ii)</enum><text display-inline="yes-
display-inline">provide information requested by the lead Inspector General relating to
the responsibilities of the lead Inspector General described in subparagraphs (B), (C),
and (G).</text></clause></subparagraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H9CF571D1F3CE483BAF73FAFA6233FFA6" section-type="subsequent-
section"><enum>1734.</enum><header display-inline="yes-display-inline">Employment
status of annuitants for Inspectors General for overseas contingency
operations</header><text display-inline="no-display-inline">Section 8L(d) of the
Inspector General Act of 1978 (5 U.S.C. App.) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H34ABFF2181A74A30AB0FB7DF3F6B3371"><enum>(1)</enum><text display-inline="yes-
display-inline">in paragraph (2)(E), by inserting <quote>(without regard to subsection
(b)(2) of such section)</quote> after <quote>United States
Code,</quote>;</text></paragraph>
```

WASHSTATEC015363

```
<paragraph commented="no" display-inline="no-display-inline"
id="H51064A2EA8C443A185982A708C002199"><enum>(2)</enum><text display-inline="yes-
display-inline">in paragraph (3), by amending subparagraph (C) to read as
follows:</text>

<quoted-block display-inline="no-display-inline" id="H8972C969AB1A4182BBB5690921416766"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="HADE1C915BF694193B045434FE2EFDB8E" indent="up1"><enum>(C)</enum>

<clause commented="no" display-inline="yes-display-inline"
id="HCD1E571C3AA54753A55641402D7F3C71"><enum>(i)</enum><text display-inline="yes-
display-inline">An annuitant receiving an annuity under the Foreign Service Retirement
and Disability System or the Foreign Service Pension System under chapter 8 of title I
of the Foreign Service Act of 1980 (22 U.S.C. 4041 et seq.) who is reemployed under
this subsection—"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H1B24DD43C9774EC89D9D3CC4B3D9A7AF" indent="up1"><enum>(I)</enum><text display-
inline="yes-display-inline">shall continue to receive the annuity;
and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HAEDFB2753E834801AFE67413135C7742" indent="up1"><enum>(II)</enum><text display-
inline="yes-display-inline">shall not be considered a participant for purposes of
chapter 8 of title I of the Foreign Service Act of 1980 (22 U.S.C. 4041 et seq.) or an
employee for purposes of subchapter III of chapter 83 or chapter 84 of title 5, United
States Code.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H425B9C62A66C41C39246491BBFFE20CA" indent="up1"><enum>(ii)</enum><text display-
inline="yes-display-inline">An annuitant described in clause (i) may elect in writing
for the reemployment of the annuitant under this subsection to be subject to section
824 of the Foreign Service Act of 1980 (22 U.S.C. 4064). A reemployed annuitant shall
make an election under this clause not later than 90 days after the date of the
reemployment of the annuitant.</text></clause></subparagraph><after-quoted-block>;
and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5FE0083CC5E642A8B9309DE975FF6F1C"><enum>(3)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H79204C5D85E449548BDB6C021D8F9A19"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HD5285D7CD1EF4BAE86A1CB6541D495DB"><enum>(5)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H46BED1EEE4124A4B998BFE7433FAB1B2"><enum>(A)</enum><text display-inline="yes-
display-inline">A person employed by a lead Inspector General for an overseas
contingency operation under this section shall acquire competitive status for
appointment to any position in the competitive service for which the employee possesses
the required qualifications upon the completion of 2 years of continuous service as an
employee under this section.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H947056A1D1514FE3A45071258EC51B31" indent="up1"><enum>(B)</enum><text display-
inline="yes-display-inline">No person who is first employed as described in
subparagraph (A) more than 2 years after the date of the enactment of the National
Defense Authorization Act for Fiscal Year 2020 may acquire competitive status under
subparagraph (A).</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HA140D9E232694C7885508DBCA9CAA10A" section-type="subsequent-
section"><enum>1735.</enum><header display-inline="yes-display-inline">Extension of
National Security Commission on Artificial Intelligence</header>

<subsection commented="no" display-inline="no-display-inline"
```

WASHSTATEC015364

```
id="HF525D870305D46C7B5EDAD451FB3A6EE"><enum>(a)</enum><header display-inline="yes-
display-inline">Extension</header><text display-inline="yes-display-inline">Subsection
(e) of section 1051 of the John S. McCain National Defense Authorization Act for Fiscal
Year 2019 (Public Law 115â€"232; 132 Stat. 1962) is amended by striking <quote>October
1, 2020</quote> and inserting <quote>October 1, 2021</quote>.</text></subsection>

<subsection id="H4D9BCD4FF89F4DED954ED2D1B631C5F4"><enum>(b)</enum><header>Authority to
accept gifts</header><text>Subsection (a) of such section is amended by adding at the
end the following new paragraph:</text>

<quoted-block style="OLC" id="HEB2DF18E15D54E34B42B6DA0B1289241" display-inline="no-
display-inline">

<paragraph id="H4B0A1054C7824C3EBEA405F46E61C7DD"><enum>(8)</enum><header>Authority to
accept gifts</header><text display-inline="yes-display-inline">The Commission may
accept, use, and dispose of gifts or donations of services, goods, and property from
non-Federal entities for the purposes of aiding and facilitating the work of the
Commission. The authority in this paragraph does not extend to gifts of
money.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H00CBA1BB81C54AB9B3CB8D48B0C6F2A6"><enum>(c)</enum><header display-inline="yes-
display-inline">Reports</header><text display-inline="yes-display-inline">Subsection
(c) of such section is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HBCFB31A789974693A00EB160B4EE118A"><enum>(1)</enum><text display-inline="yes-
display-inline">by redesignating paragraph (3) as paragraph (4); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF96F98DC579C4EA98407C924572911EA"><enum>(2)</enum><text display-inline="yes-
display-inline">by inserting after paragraph (1) the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H9875F7CF25E24597B011003C41C53EE9"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H79A7185F69ED4482B930FADBD627054A"><enum>(2)</enum><header display-inline="yes-
display-inline">Interim reports</header><text display-inline="yes-display-inline">Not
later than each of December 1, 2019, and December 1, 2020, the Commission shall submit
as described in that paragraph an interim report on the review required under
subsection (b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1C6FF99858D448CDB9DEC1D3E95CB0FA"><enum>(3)</enum><header display-inline="yes-
display-inline">Final report</header><text display-inline="yes-display-inline">Not
later than March 1, 2021, the Commission shall submit as described in paragraph (1) a
comprehensive final report on the review required under subsection
(b).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection></section>

<section id="H0E6CC2399F93404480EE30B66A3D351D"><enum>1736.</enum><header>Exemption
from calculation of monthly income, for purposes of bankruptcy laws, of certain
payments from the Department of Veterans Affairs and the Department of
Defense</header><text display-inline="no-display-inline">Section 101(10A) of title 11,
United States Code, is amended by striking subparagraph (B) and inserting the
following:</text>

<quoted-block display-inline="no-display-inline" id="HE0A14F08BC0C4BB28ED66BD8B6F0934A"
style="OLC">

<subparagraph id="HFF0BAA0EEB4741EA872CDFFCFF68FCD5"><enum>(B)</enum>

<clause commented="no" display-inline="yes-display-inline"
id="H12E4F138FF2C40D88A42B16A614D24F2"><enum>(i)</enum><text>includes any amount paid
by any entity other than the debtor (or in a joint case the debtor and the debtor's
spouse), on a regular basis for the household expenses of the debtor or the debtor's
dependents (and, in a joint case, the debtor's spouse if not otherwise a dependent);
and</text></clause>
```

WASHSTATEC015365

```
<clause id="H46F89F255D8647598C4458715892030D"
indent="up1"></enum>(ii)</enum><text>excludes—"</text>

<subclause id="HF2D427B4A01D49B9AF556A2C736DD292"><enum>(I)</enum><text>benefits
received under the Social Security Act (42 U.S.C. 301 et seq.);</text></subclause>

<subclause id="H91E8A10879C74662AD16406C822D402A"><enum>(II)</enum><text>payments to
victims of war crimes or crimes against humanity on account of their status as victims
of such crimes;</text></subclause>

<subclause id="HC81FE2877F734FEB970309D892F99FC6"><enum>(III)</enum><text>payments to
victims of international terrorism or domestic terrorism, as those terms are defined in
section 2331 of title 18, on account of their status as victims of such terrorism;
and</text></subclause>

<subclause id="HB353ACAEEF634E07B06753DBE9651778"><enum>(IV)</enum><text>any monthly
compensation, pension, pay, annuity, or allowance paid under title 10, 37, or 38 in
connection with a disability, combat-related injury or disability, or death of a member
of the uniformed services, except that any retired pay excluded under this subclause
shall include retired pay paid under chapter 61 of title 10 only to the extent that
such retired pay exceeds the amount of retired pay to which the debtor would otherwise
be entitled if retired under any provision of title 10 other than chapter 61 of that
title.</text></subclause></clause></subparagraph><after-quoted-block>.</after-quoted-
block></section>

<section id="H14542ECCD8464684BF65EF9190249EC6"><enum>1737.</enum><header>Extension of
postage stamp for breast cancer research</header><text display-inline="no-display-
inline">Section 414(h) of title 39, United States Code, is amended by striking
<quote>2019</quote> and inserting <quote>2027</quote>.</text></section>

<section id="H59922328CA514D4AB81D932BF7AD6719" section-type="subsequent-
section"><enum>1738.</enum><header>National Commission on Military Aviation
Safety</header>

<subsection id="H5CCFF868C4BD49D88C4EFC6BDA3D6E76"><enum>(a)</enum><header>Extension of
deadline for report</header><text display-inline="yes-display-inline">Subsection (h)(2)
of section 1087 of the John S. McCain National Defense Authorization Act for Fiscal
Year 2019 (Public Law 115—232) is amended by striking <quote>March 1, 2020</quote>
and inserting <quote>December 1, 2020</quote>.</text></subsection>

<subsection id="H6DC820DAE6C948B49F2D243C003E8E47"><enum>(b)</enum><header>Secretary of
Defense report</header><text>Such section is further amended by adding at the end the
following new subsection:</text>

<quoted-block style="OLC" id="HE06295024F114E65B3FC9F01CD9644F0" display-inline="no-
display-inline">

<subsection id="H59AB1501D6114F6FAB73F304F5881E11"><enum>(m)</enum><header>Report to
Congress</header><text display-inline="yes-display-inline">Not later than 120 days
after the date of the submittal of the report under subsection (h)(2), the Secretary of
Defense, in coordination with the Secretary of each of the military departments, shall
submit to the Committees on Armed Services of the Senate and House of Representatives a
report that includes each of the following:</text>

<paragraph id="HDC11EEE3E0FE4AD49823E5E0B11B0672"><enum>(1)</enum><text>An assessment
of the findings and conclusions of the Commission.</text></paragraph>

<paragraph id="H95215E7C9D16485CA141BF9C89F39FF4"><enum>(2)</enum><text>The plan of the
Secretaries for implementing the recommendations of the Commission.</text></paragraph>

<paragraph id="HE4209B5A87234A408C6F43055402EE9A"><enum>(3)</enum><text>Any other
actions taken or planned by the Secretary of Defense or the Secretary of any of the
military departments to improve military aviation
safety.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection
id="HEFAD67A02D8347F8AA0168813E292643"><enum>(c)</enum><header>Authorization of
appropriations</header><text display-inline="yes-display-inline">In addition to any
other amounts authorized to be appropriated for the National Commission on Military
Aviation Safety established under section 1087 of the John S. McCain National Defense
```

Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), of the amounts
authorized to be appropriated for Operation and Maintenance, Defense-wide for fiscal
year 2020, as specified in the funding table in section 4301, $3,000,000 shall be
available for the National Commission on Aviation Safety.</text></subsection></section>

<section id="HF292DEF62DAB4EC2CA6163D21E4A1F39B"><enum>1739.</enum><header>Guarantee of
residency for spouses of members of the uniformed services</header>

<subsection id="H121B09DD8C304D74BD11E49A0A9B7256"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Title VI of the
Servicemembers Civil Relief Act (50 U.S.C. 4021 et seq.) is amended by adding at the
end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H614FE1F8FF1647EBBE1D7A7E41D947B3"
style="OLC">

<section id="HB457D5E8D42E4775ADEF55F0BC375755"><enum>707.</enum><header>Guarantee of
residency for spouses of servicemembers</header><text display-inline="no-display-
inline">For the purposes of establishing the residency of a spouse of a servicemember
for any purpose (including the registration of a business), the spouse of a
servicemember may elect to use the same residence as the servicemember regardless of
the date on which the marriage of the spouse and the servicemember
occurred.</text></section><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="HEB2EA6A732484B15B3298BA663F44BFC"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of contents in section 1(b) of such Act is amended by
inserting after the item relating to section 706 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H86CB5B2A65314F9DBD40883BCC6A6BBF"
style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 707. Guarantee of residency for spouses of
servicemembers.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HE27F3C3AEB764D3AAD7F057349D55AEF" section-type="subsequent-
section"><enum>1740.</enum><header display-inline="yes-display-inline">Electromagnetic
pulses and geomagnetic disturbances</header>

<subsection commented="no" display-inline="no-display-inline"
id="H8DB8E083697644CCBC476BCA8FCFAC26"><enum>(a)</enum><header>EMP and GMD mitigation
research and development</header>

<paragraph id="H0CB0575ECD7A46239587116352AE4DFF"><enum>(1)</enum><header>Threat
assessment, response, and recovery</header><text>Section 320 of the Homeland Security
Act of 2002 (6 U.S.C. 195f) is amendedâ€"</text>

<subparagraph id="H2B75E09E2ED14951B3CB9238B5EC6CB2" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">in the
section heading, by inserting <quote><header-in-text level="section" style="OLC">and
threat assessment, response, and recovery</header-in-text></quote> after
<quote><header-in-text level="section" style="OLC">development</header-in-
text></quote>; and</text></subparagraph>

<subparagraph id="HE33BE050FF5C418DA0D67D6AE70FF768" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">by adding at
the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HA4EFC11163BC47DE9BCFE2898C815E9B"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H72692F160D0D4023A0D1918834197ABC"><enum>(d)</enum><header display-inline="yes-
display-inline">Threat assessment, response, and recovery</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H1F8CEED933A04F7EA28AAD145BA1EC9E"><enum>(1)</enum><header display-inline="yes-
display-inline">Roles and responsibilities</header>

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H241A91F79DC14B47ABFEF3451CF76742"><enum>(A)</enum><header display-inline="yes-
display-inline">Distribution of information</header>

<clause commented="no" display-inline="no-display-inline"
id="H5FB0D756E2684F54EA61B1584BF664FF5"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Beginning
not later than June 19, 2020, the Secretary shall provide timely distribution of
information on EMPs and GMDs to Federal, State, and local governments, owners and
operators of critical infrastructure, and other persons determined appropriate by the
Secretary.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H66287176E7FF488B9286200C1686FADF"><enum>(ii)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">The
Secretary shall brief the appropriate congressional committees on the effectiveness of
the distribution of information under clause (i).</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7D4B2AA463F54363833C7FA8ACE59081"><enum>(B)</enum><header display-inline="yes-
display-inline">Response and recovery</header>

<clause commented="no" display-inline="no-display-inline"
id="H8AB29C01727A4AFEB3B67BF4F5994BD0"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Administrator of the Federal Emergency Management Agency shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H761574EA24F4471ABFA7CC6D68B21BAF"><enum>(I)</enum><text display-inline="yes-
display-inline">coordinate the response to and recovery from the effects of EMPs and
GMDs on critical infrastructure, in coordination with the heads of appropriate Sector-
Specific Agencies, and on matters related to the bulk power system, in consultation
with the Secretary of Energy and the Federal Energy Regulatory Commission;
and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H18E7B3C37BCD4FDCBF76A8A4ADA21568"><enum>(II)</enum><text display-inline="yes-
display-inline">to the extent practicable, incorporate events that include EMPs and
extreme GMDs as a factor in preparedness scenarios and
exercises.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="HE8F21516D5C045FFB4129274C70642CD"><enum>(ii)</enum><header display-inline="yes-
display-inline">Implementation</header><text display-inline="yes-display-inline">The
Administrator of the Federal Emergency Management Agency, in coordination with the
Director of the Cybersecurity and Infrastructure Security Agency, and on matters
related to the bulk power system, the Secretary of Energy and the Federal Energy
Regulatory Commission, shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="HC13E97B466A34A4E8F949D428E465D67"><enum>(I)</enum><text display-inline="yes-
display-inline">not later than June 19, 2020, develop plans and procedures to
coordinate the response to and recovery from EMP and GMD events; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HD9FB0FCF63324A5B803AEE7B414105B9"><enum>(II)</enum><text display-inline="yes-
display-inline">not later than December 21, 2020, conduct a national exercise to test
the preparedness and response of the Nation to the effect of an EMP or extreme GMD
event.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1ED81A6FB6624C55BA8C51FF2C84091A"><enum>(C)</enum><header display-inline="yes-
display-inline">Research and development</header>

<clause commented="no" display-inline="no-display-inline"
id="HF334C40C409E4AD5A1B2CAF229563ECD"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary, in coordination with the heads of relevant Sector-Specific Agencies,
shallâ€"</text>
```

```
<subclause commented="no" display-inline="no-display-inline"
id="HC35D536265D34A42B36D34EA09F36ECD"><enum>(I)</enum><text display-inline="yes-
display-inline">without duplication of existing or ongoing efforts, conduct research
and development to better understand and more effectively model the effects of EMPs and
GMDs on critical infrastructure (which shall not include any system or infrastructure
of the Department of Defense or any system or infrastructure of the Department of
Energy associated with nuclear weapons activities); and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H98E6030143B04F618CB086076CB3E502"><enum>(II)</enum><text display-inline="yes-
display-inline">develop technologies to enhance the resilience of and better protect
critical infrastructure.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H3ABDC802A34D42999EF936E5FB5831FE"><enum>(ii)</enum><header display-inline="yes-
display-inline">Plan</header><text display-inline="yes-display-inline">Not later than
March 26, 2020, and in coordination with the heads of relevant Sector-Specific
Agencies, the Secretary shall submit to the appropriate congressional committees a
research and development action plan to rapidly address modeling shortfall and
technology development.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7C1AE89532C74EBAA249D7207AB29340"><enum>(D)</enum><header display-inline="yes-
display-inline">Emergency information system</header>

<clause commented="no" display-inline="no-display-inline"
id="H6397976AF3784E96AAD2190D64A02D67"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Administrator of the Federal Emergency Management Agency, in coordination with relevant
stakeholders, shall maintain a network of systems, such as the alerting capabilities of
the integrated public alert and warning system authorized under section 526, that are
capable of providing appropriate emergency information to the public before (if
possible), during, and in the aftermath of an EMP or GMD.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H72626EC2B48245C6AB9A8DD115BE1334"><enum>(ii)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">Not later
than December 21, 2020, the Administrator of the Federal Emergency Management Agency,
shall brief the appropriate congressional committees regarding the maintenance of
systems, including the alerting capabilities of the integrated public alert and warning
system authorized under section 526.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD7B58344E4264FD3A6B9665D1B5D432A"><enum>(E)</enum><header display-inline="yes-
display-inline">Quadrennial risk assessments</header>

<clause commented="no" display-inline="no-display-inline"
id="HBD7B47977E024F2593D7774C2E49BBC2"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary, in coordination with the Secretary of Defense, the Secretary of Energy, and
the Secretary of Commerce, and informed by intelligence-based threat assessments, shall
conduct a quadrennial EMP and GMD risk assessment.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HCEF680DD868A418FB36A2662D14DC1B9"><enum>(ii)</enum><header display-inline="yes-
display-inline">Briefings</header><text display-inline="yes-display-inline">Not later
than March 26, 2020, and every four years thereafter until 2032, the Secretary, the
Secretary of Defense, the Secretary of Energy, and the Secretary of Commerce shall
provide a briefing to the appropriate congressional committees regarding the
quadrennial EMP and GMD risk assessment.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H4D47E2337420442EA4989035C84F09C5"><enum>(iii)</enum><header display-inline="yes-
display-inline">Enhancing resilience</header><text display-inline="yes-display-
inline">The Secretary, in coordination with the Secretary of Defense, the Secretary of
Energy, the Secretary of Commerce, and the heads of other relevant Sector-Specific
Agencies, shall use the results of the quadrennial EMP and GMD risk assessments to
better understand and to improve resilience to the effects of EMPs and GMDs across all
critical infrastructure sectors, including coordinating the prioritization of critical
```

WASHSTATEC015369

```
infrastructure at greatest risk to the effects of EMPs and
GMDs.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H200C1E05735240AC8133F3F7CEA9AEF0"><enum>(2)</enum><header display-inline="yes-
display-inline">Coordination</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H47905814DFE24FC9856FD384DFEA31DD"><enum>(A)</enum><header display-inline="yes-
display-inline">Report on technological options</header><text display-inline="yes-
display-inline">Not later than December 21, 2020, and every four years thereafter until
2032, the Secretary, in coordination with the Secretary of Defense, the Secretary of
Energy, the heads of other appropriate agencies, and, as appropriate, private-sector
partners, shall submit to the appropriate congressional committees, a report
thatâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H73634780080349FEA2294EEA25FD0CA2"><enum>(i)</enum><text display-inline="yes-
display-inline">assesses the technological options available to improve the resilience
of critical infrastructure to the effects of EMPs and GMDs; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H7BA510EB17944E518BE00D02791BFE4A"><enum>(ii)</enum><text display-inline="yes-
display-inline">identifies gaps in available technologies and opportunities for
technological developments to inform research and development
activities.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H269A49E4F58042AE936DFEB2B0003DD8"><enum>(B)</enum><header display-inline="yes-
display-inline">Test data</header>

<clause commented="no" display-inline="no-display-inline"
id="H863EBFE50D804B1B8C60A4B135667E65"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than December 20, 2020, the Secretary, in coordination with the heads of Sector-
Specific Agencies, the Secretary of Defense, and the Secretary of Energy,
shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="HC38FBEF5AE0D4959B2DC88AA723151F2"><enum>(I)</enum><text display-inline="yes-
display-inline">review test data regarding the effects of EMPs and GMDs on critical
infrastructure systems, networks, and assets representative of those throughout the
Nation; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HC21BC285480F4A7C9A922EC33F48B750"><enum>(II)</enum><text display-inline="yes-
display-inline">identify any gaps in the test data.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H8732EAB0EB0F4C2F95DB36EB8085AAFA"><enum>(ii)</enum><header display-inline="yes-
display-inline">Plan</header><text display-inline="yes-display-inline">Not later than
180 days after identifying gaps in test data under clause (i), the Secretary, in
coordination with the heads of Sector-Specific Agencies and in consultation with the
Secretary of Defense and the Secretary of Energy, shall use the sector partnership
structure identified in the National Infrastructure Protection Plan to develop an
integrated cross-sector plan to address the identified gaps.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H8287D321104B4F26A8C730CE3CC2FCE0"><enum>(iii)</enum><header display-inline="yes-
display-inline">Implementation</header><text display-inline="yes-display-inline">The
heads of each agency identified in the plan developed under clause (ii) shall implement
the plan in collaboration with the voluntary efforts of the private sector, as
appropriate.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB3A0A0A83DF945428890E72675E7490E"><enum>(3)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
subsection:</text>

<subparagraph commented="no" display-inline="no-display-inline"
```

```
id="H462B07F970F44348A85AFE82A85B3271"><enum>(A)</enum><text display-inline="yes-
display-inline">The term <term>appropriate congressional committees</term>
meansâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HFD70621891DD4A10B849B057C02DA831"><enum>(i)</enum><text display-inline="yes-
display-inline">the Committee on Homeland Security and Governmental Affairs, the
Committee on Armed Services, the Committee on Energy and Natural Resources, and the
Committee on Commerce, Science, and Transportation of the Senate; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HFADDA6A9E9104B7F99DC67988BDFA2D1"><enum>(ii)</enum><text display-inline="yes-
display-inline">the Committee on Transportation and Infrastructure, the Committee on
Homeland Security, the Committee on Armed Services, the Committee on Energy and
Commerce, and the Committee on Science, Space and Technology of the House of
Representatives.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H79A394556D9942B3AC25F7EA49E6F99B"><enum>(B)</enum><text display-inline="yes-
display-inline">The terms <term>prepare</term> and <term>preparedness</term> mean the
actions taken to plan, organize, equip, train, and exercise to build and sustain the
capabilities necessary to prevent, protect against, mitigate the effects of, respond
to, and recover from those threats that pose the greatest risk to the security of the
homeland, including the prediction and notification of impending EMPs and
GMDs.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2E27D9CCE4214EC4B4B9FEF01C122A65"><enum>(C)</enum><text display-inline="yes-
display-inline">The term <term>Sector-Specific Agency</term> has the meaning given that
term in section 2201.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H41DBB2448A194002918AC0FB077C57B0"><enum>(e)</enum><header display-inline="yes-
display-inline">Rule of construction</header><text display-inline="yes-display-
inline">Nothing in this section may be construeâ€"</text>

<paragraph id="HA20B4482898D429687328C4EB7D83E5D"><enum>(1)</enum><text>to affect in
any manner the authority of the executive branch to implement Executive Order 13865,
dated March 26, 2019, and entitled <quote>Coordinating National Resilience to
Electromagnetic Pulses</quote>, or any other authority existing on the day before the
date of enactment of this subsection of any other component of the Department or any
other Federal department or agency, including the authority provided to the Sector-
Specific Agency specified in section 61003(c) of division F of the Fixing Americaâ€™s
Surface Transportation Act (6 U.S.C. 121 note), including the authority under section
215 of the Federal Power Act (16 U.S.C. 824o), and including the authority of
independent agencies to be independent; or</text></paragraph>

<paragraph id="HCE35FBB38F364346A1B7E2701AD12749"><enum>(2)</enum><text display-
inline="yes-display-inline">as diminishing or transferring any authorities vested in
the Administrator of the Federal Emergency Management Agency or in the Agency prior to
the date of the enactment of this subsection.</text></paragraph></subsection><after-
quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HE1A6ACA7B9A14A959B6D82A1AE01E941" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Technical
and conforming amendment</header><text display-inline="yes-display-inline">The table of
sections in section 1(b) of the Homeland Security Act of 2002 is amended by striking
the item relating to section 320 and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H3571240852344E208824BADC15637D1F"
style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 320. EMP and GMD mitigation research and
development and threat assessment, response, and recovery.</toc-entry></toc><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HC1E427FFC3E84F5F9F5D7ECE40E51774"><enum>(b)</enum><header>Consultation
with Secretary of Energy in preparation of quadrennial homeland security
```

WASHSTATEC015371

review</header><text>Section 707 of the Homeland Security Act of 2002 (6 U.S.C. 347) is
amendedâ€"</text>

<paragraph id="H24C557B27C3045ECB496B1CE08F522A2"><enum>(1)</enum><text>in subsection
(a)(3)(A), by inserting <quote>the Secretary of Energy,</quote> after <quote>the
Secretary of Agriculture</quote>; and</text></paragraph>

<paragraph id="H9A520A7D4663423FB3D9010DD4BA35FB"><enum>(2)</enum><text>in subsection
(c)(2)(B), by inserting after review the following <quote>or for purposes of the
quadrennial EMP and GMD risk assessment under section
320(d)(1)(E)</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H9252585EE5404BDB9328114F91E450E7"><enum>(c)</enum><header display-inline="yes-
display-inline">National essential functions</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HCC51DA7B083C430F8931C8F2D9BE4480"><enum>(1)</enum><header display-inline="yes-
display-inline">Updated operational plans</header><text display-inline="yes-display-
inline">Not later than March 20, 2020, each agency that supports a national essential
function shall prepare updated operational plans documenting the procedures and
responsibilities of the agency relating to preparing for, protecting against, and
mitigating the effects of EMPs and GMDs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA7E7D667797F49A08A8A5DEB2D68FDDD"><enum>(2)</enum><header display-inline="yes-
display-inline">Definition of national essential function</header><text display-
inline="yes-display-inline">In this subsection, the term <term>national essential
functions</term> means the overarching responsibilities of the Federal Government to
lead and sustain the Nation before, during, and in the aftermath of a catastrophic
emergency, such as an EMP or GMD that adversely affects the performance of the Federal
Government.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H6F31BF54C0FF48EB978FF0A7015E915C"><enum>(d)</enum><header display-inline="yes-
display-inline">Benchmarks</header><text display-inline="yes-display-inline">Not later
than March 26, 2020, and as appropriate thereafter, the Secretary of Energy, in
consultation with the Secretary of Defense, the Secretary of Homeland Security, and, as
appropriate, the private sector, may develop or update, as necessary, quantitative and
voluntary benchmarks that sufficiently describe the physical characteristics of EMPs,
including waveform and intensity, in a form that is useful to and can be shared with
owners and operators of critical infrastructure. Nothing in this subsection shall
affect the authority of the Electric Reliability Organization to develop and enforce,
or the authority of the Federal Energy Regulatory Commission to approve, reliability
standards.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H469FE2AB1AE743688D133E244322A00E"><enum>(e)</enum><header display-inline="yes-
display-inline">Pilot test by DHS to evaluate engineering approaches</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H05499B7D2D3442608565C7B941851D26"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than September 22, 2020, the Secretary of Homeland Security, acting through the Under
Secretary for Science and Technology of the Department of Homeland Security, in
coordination with the Director of the Cybersecurity and Infrastructure Security Agency
and the Administrator of the Federal Emergency Management Agency, the Secretary of
Defense, and the Secretary of Energy, and in consultation with the private sector, as
appropriate, shall develop and implement a pilot test to evaluate available engineering
approaches for mitigating the effects of EMPs and GMDs on the most vulnerable critical
infrastructure systems, networks, and assets.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6D8EF89848C2477FBECBC732F0A4679D"><enum>(2)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">Not later
than 90 days after the date on which the pilot test described in paragraph (1) is
completed, the Secretary of Homeland Security, acting through the Under Secretary for
Science and Technology of the Department of Homeland Security, in coordination with the
Director of the Cybersecurity and Infrastructure Security Agency and the Administrator

WASHSTATEC015372

of the Federal Emergency Management Agency, the Secretary of Defense, and the Secretary of Energy, shall jointly brief the appropriate congressional committees on the cost and effectiveness of the evaluated approaches.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB871F6959B734032B8A2A3774CB72D66"><enum>(f)</enum><header display-inline="yes-display-inline">Pilot test by DOD to evaluate engineering approaches</header>

<paragraph commented="no" display-inline="no-display-inline" id="HF808885BD3C34E69BC4712AE22E705E9"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than September 22, 2020, the Secretary of Defense, in consultation with the Secretary of Homeland Security and the Secretary of Energy, shall conduct a pilot test to evaluate engineering approaches for hardening a strategic military installation, including infrastructure that is critical to supporting that installation, against the effects of EMPs and GMDs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF7D79B08DA0F49A7A84DE7EE803E7545"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after completing the pilot test described in paragraph (1), the Secretary of Defense shall submit to the appropriate congressional committees a report regarding the cost and effectiveness of the evaluated approaches.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFC14A9DF595C43A09A89C201BAC27757"><enum>(g)</enum><header display-inline="yes-display-inline">Communications operational plans</header><text display-inline="yes-display-inline">Not later than December 21, 2020, the Secretary of Homeland Security, after holding a series of joint meetings with the Administrator of the Federal Emergency Management Agency, the Director of the Cybersecurity and Infrastructure Security Agency, the Secretary of Defense, the Under Secretary of Commerce for Standards and Technology, the Assistant Secretary of Commerce for Communications and Information, the Federal Communications Commission, and the Secretary of Transportation, shall submit to the appropriate congressional committees a report—"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6D6A0976630F42B3BD71B7E3BAAFEC95"><enum>(1)</enum><text display-inline="yes-display-inline">assessing the effects of EMPs and GMDs on critical communications infrastructure; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H22703458778C4CA281D7FAC930FCFCEC"><enum>(2)</enum><text display-inline="yes-display-inline">recommending any necessary changes to operational plans to enhance national response and recovery efforts after an EMP or GMD.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8021F42BC19048D3A9D1059F0EE413B6"><enum>(h)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD9FCFB0382EF456C8D1ED1CFA36419D9"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>appropriate congressional committees</term> has the meaning given that term in subsection (d) of section 320 of the Homeland Security Act of 2002, as added by subsection (a) of this section; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCB7717162A6243EE8523EC9A0F724184"><enum>(2)</enum><text display-inline="yes-display-inline">The terms <term>critical infrastructure</term>, <term>EMP</term>, and <term>GMD</term> have the meanings given such terms in section 2 of the Homeland Security Act of 2002 (6 U.S.C. 101).</text></paragraph></subsection></section>

<section id="HF9AD0CDECEC3405BB9CEE1A72F0CC896"><enum>1741.</enum><header>Improvements to Manufacturing USA Program</header>

<subsection id="H1FB71F54C3864A9B8FF858E7151BC6AE"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 34 of the National Institute of Standards and Technology Act (15 U.S.C. 278s) is amended to read as

WASHSTATEC015373

```
follows:</text>

<quoted-block display-inline="no-display-inline" id="HA97A6A6AF1DA4091BE37505BBF280B16"
style="OLC">

<section id="HEF9A8CBA127E495F8E98D8ECD788A696"><enum>34.</enum><header>Manufacturing
USA</header>

<subsection
id="HB5919A1DD51E447B9C5CFF3B424D57A0"><enum>(a)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H9853D28C59CC458098C826BAA7D03F31"><enum>(1)</enum><header>Agency
head</header><text>The term <term>agency head</term> means the head of any Executive
agency (as defined in section 105 of title 5, United States Code), other than the
Department of Defense.</text></paragraph>

<paragraph id="HF974223CF6CE4AA6BFAC534323AE2547"><enum>(2)</enum><header>Regional
innovation initiative</header><text>The term <term>regional innovation
initiative</term> has the meaning given such term in section 27(f)(1) of the Stevenson-
Wydler Technology Innovation Act of 1980 (15 U.S.C.
3722(f)(1)).</text></paragraph></subsection>

<subsection
id="HF92A63283E5C4BAD8E5298B0C24C0C74"><enum>(b)</enum><header>Establishment of
Manufacturing USA Program</header>

<paragraph id="H4C49D0686D4248C38225ECDCDB5D0E41"><enum>(1)</enum><header>In
general</header><text>The Secretary shall establish within the Institute a program to
be known as the <quote>Manufacturing United States of America Program</quote> or the
<quote>Manufacturing USA Program</quote> (referred to in this section as the
<quote>Program</quote>).</text></paragraph>

<paragraph id="H7B79AE032A0648E0A67445D51788F6BC"><enum>(2)</enum><header>Purposes of
Program</header><text>The purposes of the Program areâ€"</text>

<subparagraph id="HC8E1DADE15EA489AA07BDEEAF07060D8"><enum>(A)</enum><text>to improve
the competitiveness of United States manufacturing and to increase the production of
goods manufactured predominantly within the United States;</text></subparagraph>

<subparagraph id="H662960209B6B4F23B5A30E65ED348A37"><enum>(B)</enum><text>to stimulate
United States leadership in advanced manufacturing research, innovation, and
technology;</text></subparagraph>

<subparagraph id="H803C9E8AF18D4A8E9169D489D31D4FC0"><enum>(C)</enum><text>to
facilitate the transition of innovative technologies into scalable, cost-effective, and
high-performing manufacturing capabilities;</text></subparagraph>

<subparagraph id="H205538DD21EC4110BD7A8D10D8851A42"><enum>(D)</enum><text>to
facilitate access by manufacturing enterprises to capital-intensive infrastructure,
including high-performance electronics and computing, and the supply chains that enable
these technologies;</text></subparagraph>

<subparagraph id="HB1C225CAFBB6456B925EDC2493EC2FC3"><enum>(E)</enum><text>to
accelerate the development of an advanced manufacturing
workforce;</text></subparagraph>

<subparagraph id="H4428E961D9094568867804B17E7A5864"><enum>(F)</enum><text>to
facilitate peer exchange of and the documentation of best practices in addressing
advanced manufacturing challenges;</text></subparagraph>

<subparagraph id="HD34A8863324B4E41B32DED3AD2F3CCE1"><enum>(G)</enum><text>to leverage
non-Federal sources of support to promote a stable and sustainable business model
without the need for long-term Federal funding;</text></subparagraph>

<subparagraph id="H303DE498C0314B10BCB7C4BA01BD98EA"><enum>(H)</enum><text>to create
and preserve jobs; and</text></subparagraph>

<subparagraph id="H45E3B988432D4123A0187F3B15B00261"><enum>(I)</enum><text>to
contribute to the development of regional innovation initiatives across the United
States.</text></subparagraph></paragraph>
```

WASHSTATEC015374

```
<paragraph
id="H475D2F48A67D4A408619F3C0E608410E"><enum>(3)</enum><header>Support</header><text>Th
e Secretary, acting through the Director, shall carry out the purposes set forth in
paragraph (2) by supportingâ€"</text>

<subparagraph id="H4496AAE7EB114AECAED03BD36F6F42E4"><enum>(A)</enum><text>the
Manufacturing USA Network established under subsection (b); and</text></subparagraph>

<subparagraph id="H257A2335307F42DB9041F1EBA81682FF"><enum>(B)</enum><text>the
establishment of Manufacturing USA institutes.</text></subparagraph></paragraph>

<paragraph
id="H22135E3034C64D90BAEE4BCC06E3D20A"><enum>(4)</enum><header>Director</header><text>T
he Secretary shall carry out the Program through the
Director.</text></paragraph></subsection>

<subsection
id="HAD862523A6D6439B877D2E3A8AE59A94"><enum>(c)</enum><header>Establishment of
Manufacturing USA Network</header>

<paragraph id="H52BA4F47E7CC45328E6192C68AEF3D53"><enum>(1)</enum><header>In
general</header><text>As part of the Program, the Secretary shall establish a network
of Manufacturing USA institutes.</text></paragraph>

<paragraph
id="HFD375AF4B48644D3BCE5D1A733E716C6"><enum>(2)</enum><header>Designation</header><tex
t>The network established under paragraph (1) shall be known as the
<quote>Manufacturing United States of America Network</quote> or the
<quote>Manufacturing USA Network</quote> (referred to in this section as the
<quote>Network</quote>).</text></paragraph></subsection>

<subsection
id="HF266E8B77C764C1B83375F377A3BA341"><enum>(d)</enum><header>Manufacturing USA
institutes</header>

<paragraph id="HE587AAAB7B914ED8A67A070D49DA1166"><enum>(1)</enum><header>In
general</header><text>For purposes of this section, a Manufacturing USA institute is an
institute thatâ€"</text>

<subparagraph id="H98C82B0067FC41FD8E6DC5C579C304F6"><enum>(A)</enum><text>has been
established by a person or group of persons to address challenges in advanced
manufacturing and to assist manufacturers in retaining or expanding industrial
production and jobs in the United States;</text></subparagraph>

<subparagraph id="H252BFC7832A048C498225E3FA9235BF0"><enum>(B)</enum><text>has a
predominant focus on a manufacturing process, novel material, enabling technology,
supply chain integration methodology, or another relevant aspect of advanced
manufacturing, such as nanotechnology applications, advanced ceramics, photonics and
optics, composites, biobased and advanced materials, flexible hybrid technologies, tool
development for microelectronics, food manufacturing, superconductors, advanced battery
technologies, robotics, advanced sensors, quantum information science, supply chain
water optimization, aeronautics and advanced materials, and graphene and graphene
commercialization;</text></subparagraph>

<subparagraph id="H5E2189CD4085408B8B6AB009DFF3C048"><enum>(C)</enum><text>has the
potentialâ€"</text>

<clause id="H395A702269D040938B8AC5D28673BC9A"><enum>(i)</enum><text>to improve the
competitiveness of United States manufacturing, including key advanced manufacturing
technologies such as nanotechnology, advanced ceramics, photonics and optics,
composites, biobased and advanced materials, flexible hybrid technologies, tool
development for microelectronics, food manufacturing, superconductors, advanced battery
technologies, robotics, advanced sensors, quantum information science, supply chain
water optimization, aeronautics and advanced materials, and graphene and graphene
commercialization;</text></clause>

<clause id="HE4F6F8E625CA423C9C48107F0C25B5DE"><enum>(ii)</enum><text>to accelerate
non-Federal investment in advanced manufacturing production capacity in the United
States; or</text></clause>

<clause id="H602D479B9E8B4C1FB0B2F6BDB7FC2ED3"><enum>(iii)</enum><text>to enable the
```

commercial application of new technologies or industry-wide manufacturing processes; and</text></clause></subparagraph>

<subparagraph id="H7DE014443CEB4BE297C97401CBE21506"><enum>(D)</enum><text>includes active participation among representatives from multiple industrial entities, research universities, community colleges, and other entities as appropriate, which may include industry-led consortia, career and technical education schools, Federal laboratories, State, local, and Tribal governments, businesses, educational institutions, and nonprofit organizations.</text></subparagraph></paragraph>

<paragraph id="H3DFC335959974FE8AC961E2A42408A77"><enum>(2)</enum><header>Activities</header>

<subparagraph id="HF10D3F0EA4344BC68E936AE1E4D11B44"><enum>(A)</enum><header>Required activities</header><text>For purposes of this section, a Manufacturing USA institute is also an institute that carries out the following:</text>

<clause id="H39BBB5595D7541D4A0072CB448AB6B5D"><enum>(i)</enum><text>Research, development, and demonstration projects, including proof-of-concept development and prototyping, to reduce the cost, time, or risk of commercializing new technologies and improvements in existing technologies, processes, products, and research and development of materials to solve precompetitive industrial problems with economic or national security implications.</text></clause>

<clause id="H491E341517E64416B498411084F4CDD0"><enum>(ii)</enum><text>Development and implementation of education, training, and workforce recruitment courses, materials, and programs addressing workforce needs through training and education programs at all appropriate education levels, including programs on applied engineering.</text></clause>

<clause id="H2C6FF54CF8B04574BCB9769CDED0552A"><enum>(iii)</enum><text>Development of innovative methodologies and practices for supply chain integration and introduction of new technologies into supply chains, as appropriate.</text></clause>

<clause id="H84E11197527C4E26A0D3306377226EFE"><enum>(iv)</enum><text>Outreach and engagement with small and medium-sized manufacturing enterprises, including women, minority, and veteran owned manufacturing enterprises, in addition to large manufacturing enterprises.</text></clause>

<clause id="HA468D32C304140EF85273D387C4FBC4A"><enum>(v)</enum><text>Development of roadmaps or leveraging of existing roadmaps with respect to technology areas being pursued by that Manufacturing USA institute that take into account the research and development undertaken at other Manufacturing USA institutes and Federal agencies with respect to such areas.</text></clause></subparagraph>

<subparagraph id="H8B32767B57564DE09018DF39C73494E9"><enum>(B)</enum><header>Permissible activities</header><text>In addition to the activities set forth under subparagraph (A), a Manufacturing USA institute may carry out such other activities as may be consistent with the purposes set forth under subsection (b)(2).</text></subparagraph></paragraph>

<paragraph id="H6639ACFCCD5C4D3495A072E1A43A7EAA"><enum>(3)</enum><header>Additional Manufacturing USA institutes</header>

<subparagraph id="H5937BB8AE947422CA3A356051D6D0195"><enum>(A)</enum><header>In general</header><text>Except as provided in subparagraph (C), the National Additive Manufacturing Innovation Institute and other manufacturing institutes formally recognized as Manufacturing USA institutes pursuant to Federal law or executive actions, or under pending interagency review for such recognition as of December 16, 2014, shall be considered Manufacturing USA institutes for purposes of this section.</text></subparagraph>

<subparagraph id="H9A3713DFC1C74556A76FA517AAD05A0D"><enum>(B)</enum><header>Network participation</header><text>Except as provided in subparagraph (C), an institute that is substantially similar to an institute described by paragraphs (1) and (2) but does not meet every element of such description and does not receive financial assistance under subsection (e) may, upon request of the institute, be recognized as a Manufacturing USA institute by the Secretary for purposes of participation in the Network.</text></subparagraph>

WASHSTATEC015376

```
<subparagraph commented="no"
id="H57B261AAD9AD474699735902C0A28ECD"><enum>(C)</enum><header>Applicability</header><t
ext>Effective beginning on the date of the enactment of the National Defense
Authorization Act for Fiscal Year 2020, an institute shall be treated as a
Manufacturing USA institute under this section and subject to subsections (b)(2), (d),
and (e) in the same manner and to the same extent as such provisions apply to a
Manufacturing USA institute described by paragraphs (1) and (2) if such
instituteâ€"</text>

<clause commented="no" id="H14DD0ECD51824CC2A27BBA2EC7F91F03"><enum>(i)</enum></clause>

<subclause commented="no" display-inline="yes-display-inline"
id="H042BAA8240E74098AE1B00682F252B90"><enum>(I)</enum><text>is, as of such date of
enactment, considered a Manufacturing USA institute under subparagraph (A) or
recognized as a Manufacturing USA institute under subparagraph (B);
and</text></subclause>

<subclause commented="no" id="H9B7D2956366C41C387873EBE35C55640"
indent="up1"><enum>(II)</enum><text>as of such date of enactment, receives Federal
financial assistance under subsection (e) or otherwise consistent with the purposes of
this section;</text></subclause></clause>

<clause commented="no" id="HFED6E9D8151A45E8B91FCB02C64A5983"><enum>(ii)</enum><text>is
under pending agency review for such recognition as of such date of enactment;
or</text></clause>

<clause commented="no"
id="H516CE47C17CF447991FFA583E9124BDC"><enum>(iii)</enum><text>is currently funded by
the Department of Energy.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HD1DE0CC4422B4E3490DB2FB933E73ADB"><enum>(e)</enum><header>Financial
assistance to establish and support Manufacturing USA institutes</header>

<paragraph id="H6C0C91F4BCE841909104204D4B96895D"><enum>(1)</enum><header>Financial
assistance authorized</header><text>Under the Program, the Secretary and the Secretary
of Energy shall, and every other agency head may, award financial assistance to a
person or group of persons to assist the person or group of persons in planning,
establishing, or supporting a Manufacturing USA institute.</text></paragraph>

<paragraph id="HB845690287E74F348C88DF07841C00A0"><enum>(2)</enum><header>Period and
renewal of awards</header>

<subparagraph id="HA4E7A43EE3E146629E66255D09C08873"><enum>(A)</enum><header>Initial
periods</header><text>An award of financial assistance under paragraph (1) shall be
awarded for an initial period of not less than 5 years and not more than 7
years.</text></subparagraph>

<subparagraph id="H1AABD9EE84184CC28FF73D44FD74F77B"><enum>(B)</enum><header>Renewal of
awards</header>

<clause id="HB602D673897848019765E8185108C7A8"><enum>(i)</enum><header>Renewal
authorized</header><text>An award of financial assistance under paragraph (1) may be
renewed for additional periods, with each period not to exceed the duration of the
initial period of the award, subject to a rigorous merit review.</text></clause>

<clause id="H048F5D37C7994477A5B10F8C190B6EF2"><enum>(ii)</enum><header>Consideration
of performance standards</header><text>In carrying out a rigorous merit review under
clause (i) for renewal of an award under such clause for a Manufacturing USA institute,
an agency head shall consider the extent to which the institute has made progress in
meeting the standards of performance established pursuant to paragraph
(5)(C).</text></clause>

<clause id="H563C1FA9D0CB4FF4AE5050601BCA742E"><enum>(iii)</enum><header>Initial
failure to meet performance standards</header><text>If, pursuant to a rigorous merit
review under clause (i) for renewal of an award under such clause for a Manufacturing
USA institute, an agency head finds that the institute does not meet the standards for
performance established pursuant to paragraph (5)(C), the agency head shallâ€"</text>

<subclause id="H87C9DB0C045B40F99F22B1243E0F8955"><enum>(I)</enum><text>notify the
institute of any deficiencies in the performance of the institute;
and</text></subclause>
```

WASHSTATEC015377

```
<subclause id="H9B70631FEFA5477C8D13D7E5F18CAC0B"><enum>(II)</enum><text>provide the
institute one year to remedy such deficiencies.</text></subclause></clause>

<clause id="HBF9E20760C9641FD9A3C3DFF7310E158"><enum>(iv)</enum><header>Further failure
to meet performance standards</header><text>If a Manufacturing USA institute fails to
remedy a deficiency identified or to show significant improvement in performance during
the 1-year period set forth under clause (iii)(II)â€"</text>

<subclause id="H2DC0C0E39DF94C3995BAA3E6AAD3362D"><enum>(I)</enum><text>the institute
shall not be eligible for renewed award under clause (i); and</text></subclause>

<subclause id="H8E3CAE24789946E18E36BBEEA467951A"><enum>(II)</enum><text>the agency
head that conducted the review for renewal shall notify the institute of such
ineligibility.</text></subclause></clause>

<clause id="H8331093956BD428980371A732A3ECF85"><enum>(v)</enum><header>Continuation of
existing Manufacturing USA institutes</header><text>Not withstanding clauses (i)
through (iv), a Manufacturing USA institute already in existence or undergoing a
renewal process prior to December 1, 2019â€"</text>

<subclause id="H39F6D5B50A5B4A6980A7896F44064443"><enum>(I)</enum><text>may continue to
receive support for the duration of the original funding award beginning on the date of
establishment of that institute; and</text></subclause>

<subclause id="HB8E104824A5B4F5B84BAB5C82247C2F0D"><enum>(II)</enum><text>shall be
eligible for renewal of that funding pursuant to clause
(i).</text></subclause></clause></subparagraph></paragraph>

<paragraph id="HC846F46838D04941AEB6A395A74DAC70"><enum>(3)</enum><header>Application
for financial assistance</header>

<subparagraph id="HA6BA1288ABF841109DD8F9070DF5D439"><enum>(A)</enum><header>In
general</header><text>A person or group of persons seeking financial assistance under
paragraph (1) shall submit to an agency head an application therefor at such time, in
such manner, and containing such information as the agency head may
require.</text></subparagraph>

<subparagraph
id="H82285BC9BAEA41DEA8C96F148DDBB890"><enum>(B)</enum><header>Requirements</header><te
xt>An application submitted under subparagraph (A) for an institute shall, at a minimum
include the following:</text>

<clause id="H4FE7CCEE148C4632B302929B875316CF"><enum>(i)</enum><text>A description of
the specific sources and amounts of non-Federal financial support for the institute on
the date financial assistance is sought.</text></clause>

<clause id="H570FE0CD249A45B0BAAFA4C39647F6B7"><enum>(ii)</enum><text>A description of
the anticipated sources and amounts of non-Federal financial support during the period
for which the institute could be eligible for continued Federal financial assistance
under this section.</text></clause></subparagraph></paragraph>

<paragraph
id="H9D4C4839C24A4EC4B6EF4461DA463100"><enum>(4)</enum><header>Selection</header>

<subparagraph
id="HD879831F45424A73B2D295A3B0DE0AF9"><enum>(A)</enum><header>Competitive, merit
review</header><text>In awarding financial assistance under paragraph (1), an agency
head shallâ€"</text>

<clause id="HFF93E1C5CA3C49D982527C13C1322CB2"><enum>(i)</enum><text>use a competitive,
merit review process that includes review by a diverse group of individuals with
relevant expertise from both the private and public sectors; and</text></clause>

<clause id="H6E12B629F5CA446C8B4D259351513A8A"><enum>(ii)</enum><text>ensure that the
technology focus of a Manufacturing USA institute does not substantially duplicate the
technology focus of any other Manufacturing USA
institute.</text></clause></subparagraph>

<subparagraph
id="H9B1DBB0455B44364957854E4D46B33BE"><enum>(B)</enum><header>Participation in
process</header>
```

WASHSTATEC015378

```
<clause id="H51EFD8DDA46A4AF38EEE626098D5EC3B"><enum>(i)</enum><header>Prohibition on
participation by political appointees</header><text>The review required by subparagraph
(A)(i) may not include a review by a group of individuals that includes a political
appointee.</text></clause>

<clause id="HE43F5E9C80724923A5DC4334C3696414"><enum>(ii)</enum><header>Conflict of
interest policies</header><text>Each agency head shall implement a conflict of interest
policy thatâ€"</text>

<subclause id="HFA48C82C796946598CB978D90051010A"><enum>(I)</enum><text>ensures public
transparency and accountability in the process used under subparagraph (A)(i);
and</text></subclause>

<subclause id="H3D2D2C194DCA4C0B922266AC8C2D730E"><enum>(II)</enum><text>requires full
disclosure of any real or potential conflicts of interest on the parts of individuals
that participate in the process used under subparagraph
(A)(i).</text></subclause></clause>

<clause id="H8DCD3D6DC1F9431F99F78F0CD739783A"><enum>(iii)</enum><header>Definition of
political appointee</header><text>For purposes of this subparagraph, the term
<term>political appointee</term> has the meaning given such term in section 714(h) of
title 38, United States Code.</text></clause></subparagraph>

<subparagraph
id="HE7176149570E4EA4B786E850D9CCBB2A"><enum>(C)</enum><header>Considerations</header><
text>In selecting a person or group of persons who submitted an application to an
agency head under paragraph (3) for an award of financial assistance under paragraph
(1) for a Manufacturing USA institute, the agency head shall consider, at a minimum,
the following:</text>

<clause id="H781901BB3DF240EA8EFC1BE1B2BA8089"><enum>(i)</enum><text>The potential of
the Manufacturing USA institute to advance domestic manufacturing and the likelihood of
economic impact, including the creation or preservation of jobs, in the predominant
focus areas of the institute.</text></clause>

<clause id="H9297FCE67CFE40168F52C0D2DB45644E"><enum>(ii)</enum><text>The commitment of
continued financial support, advice, participation, and other contributions from non-
Federal sources, to provide leverage and resources to promote a stable and sustainable
business model.</text></clause>

<clause id="H684BF8A8A0EE44F5B7D4F7C27B324A97"><enum>(iii)</enum><text>Whether the
financial support provided to the Manufacturing USA institute from non-Federal sources
exceeds the requested Federal financial assistance.</text></clause>

<clause id="H7627BAD449A9418886DDF1F3350F5003"><enum>(iv)</enum><text>How the
Manufacturing USA institute will increase the non-Federal investment in advanced
manufacturing research in the United States.</text></clause>

<clause id="HC7BB818F57854C15BA9BE11CD150E2AC"><enum>(v)</enum><text>How the
Manufacturing USA institute will engage with small and medium-sized manufacturing
enterprises to improve the capacity of such enterprises to commercialize new processes
and technologies and to improve the domestic supply chain.</text></clause>

<clause id="HBB5CC7CF356C4245B614A394C3DDBF1D"><enum>(vi)</enum><text>How the
Manufacturing USA institute will carry out educational and workforce activities that
meet industrial needs related to the predominant focus areas of the
institute.</text></clause>

<clause id="H5D1C358C6BB240C3AE93D886A25AE276"><enum>(vii)</enum><text>How the
Manufacturing USA institute will advance economic competitiveness and generate
substantial benefits to the Nation that extend beyond the direct return to participants
in the Program.</text></clause>

<clause id="HFA73CD4094E94AFEB853960411DB0D47"><enum>(viii)</enum><text>Whether the
predominant focus of the Manufacturing USA institute is a manufacturing process, novel
material, enabling technology, supply chain integration methodology, or other relevant
aspect of advanced manufacturing that has not already been commercialized, marketed,
distributed, or sold by another entity.</text></clause>

<clause id="H4F13A5D5E72C4392AD9F157BE903F329"><enum>(ix)</enum><text>How the
Manufacturing USA institute will strengthen and leverage the industrial, research,
```

WASHSTATEC015379

entrepreneurship, and other assets of a region.</text></clause>

<clause id="HF4D623DF299A4E7494E4195A95262A57"><enum>(x)</enum><text>How the Manufacturing USA institute will encourage the education and training of veterans and individuals with disabilities.</text></clause></subparagraph></paragraph>

<paragraph commented="no" id="HA02D9800808346889BCC3E73FEC0A139"><enum>(5)</enum><header>Performance measurement, transparency, and accountability</header><text>For each award of financial assistance under paragraph (1) by an agency head, the agency head shallâ€"</text>

<subparagraph commented="no" id="HA4BD5AEC0A474566A16FFB644F258C1B"><enum>(A)</enum><text>develop metrics to assess the effectiveness of the activities funded in making progress toward the purposes of the Program set forth under subsection (b)(2), including the effectiveness of Manufacturing USA institutes in advancing technology readiness levels or manufacturing readiness levels;</text></subparagraph>

<subparagraph commented="no" id="H21B0BF066D95414B8A1F729277BE7A5F"><enum>(B)</enum><text>establish standards for the performance of Manufacturing USA institutes that are based on the metrics developed under subparagraph (A); and</text></subparagraph>

<subparagraph commented="no" id="HD3E37ABB9F544DE092433392A590FC32"><enum>(C)</enum><text>for each Manufacturing USA institute supported by the award, 5 years after the initial award and every 5 years thereafter until Federal financial assistance under this subsection is discontinued, conduct an assessment of the institute to confirm whether the performance of the institute is meeting the standards for performance established under subparagraph (B).</text></subparagraph></paragraph>

<paragraph id="HBE20284C76384A84B03237094499C665"><enum>(6)</enum><header>Collaboration</header><text>In awarding financial assistance under paragraph (1), an agency head, in coordination with the National Program Office, as the agency head considers appropriate, may coordinate with Federal departments and agencies whose missions contribute to or are affected by advanced manufacturing, including, as the agency head considers appropriate, the Department of Agriculture, the Department of Defense, the Department of Education, the Department of Energy, the Department of Labor, the Food and Drug Administration, the National Aeronautics and Space Administration, the National Institutes of Health, and the National Science Foundation.</text></paragraph>

<paragraph id="H45C30A2D06F74E22AB2A44D09437DED5"><enum>(7)</enum><header>Matching funds and preferences</header>

<subparagraph id="H01DC69B523DD47E39E445DD9B1739BF9"><enum>(A)</enum><header>In general</header><text>Except as provided in subparagraph (B), an agency head may not, with respect to a Manufacturing USA institute, award financial assistance under paragraph (1) or renew an award of financial assistance under paragraph (2) unless the agency head determines that non-Federal funding comprises 50 percent or more of the total amount of funding made available for the operation and support of the institute.</text></subparagraph>

<subparagraph id="H91A0EE9C3D144CDC9B37CFFAA8061C24"><enum>(B)</enum><header>Waivers</header><text>An agency head awarding financial assistance under paragraph (1) with respect to a Manufacturing USA institute may waive the requirements of subparagraph (A) in the case of satellite centers, large capital facilities, equipment purchases, workforce development, or general operations.</text></subparagraph></paragraph></subsection>

<subsection id="HBB509AE0CCD448A78304C4731FCCFA38"><enum>(f)</enum><header>Grant program for public service activities for Manufacturing USA institutes without Federal funding</header><text>The Secretary may award a grant on a competitive basis to a Manufacturing USA institute that is not receiving financial assistance under subsection (e) to carry out workforce development, outreach to small- and medium-sized manufacturers, and other activities thatâ€"</text>

<paragraph id="H6D972B62742C4F9FA8D5B1C7EF25B3DC"><enum>(1)</enum><text>are determined by the Secretary to be in the national interest; and</text></paragraph>

```
<paragraph id="HFDCBB98195164E8DBF9AE1F99076379B"><enum>(2)</enum><text>are unlikely to
receive private sector financial support.</text></paragraph></subsection>

<subsection commented="no"
id="H4C82D22249C54904987E656B5F757F5E"><enum>(g)</enum><header>Authorization of
Appropriations</header>

<paragraph commented="no"
id="HD9B93CE2F8CF4050AFB350202970A3B5"><enum>(1)</enum><header>NIST Industrial
Technical Services account</header><text>To the extent provided for in advance by
appropriations Acts, the Secretary may use amounts appropriated to the Industrial
Technical Services account to carry out this section as follows:</text>

<subparagraph commented="no"
id="H64FF0A6E5C74407181BE4EB9484D044F"><enum>(A)</enum><text>For each of the fiscal
years 2015 through 2019, an amount not to exceed $5,000,000.</text></subparagraph>

<subparagraph commented="no"
id="H9D387DE1203449A28CB920FE6673417D"><enum>(B)</enum><text>For each of fiscal years
2020 through 2030, such amounts as may be necessary to carry out this
section.</text></subparagraph></paragraph>

<paragraph id="H6A65DD35681349ECA02CB234FFD639E7"><enum>(2)</enum><header>Department of
Energy</header><text>There are authorized to be appropriated to the Secretary of Energy
for the provision of financial assistance under subsection (e) by the Department of
Energy amounts as follows:</text>

<subparagraph id="H448878E9A80F4C18BAD1AFCB8D537E45"><enum>(A)</enum><text>$70,000,000
for each of fiscal years 2020, 2021, and 2022.</text></subparagraph>

<subparagraph id="H523E00ADC0544D5281EFEE13DCF67B22"><enum>(B)</enum><text>$84,000,000
for each of fiscal years 2023 and 2024.</text></subparagraph></paragraph></subsection>

<subsection id="H07A8BD7752D2404BB386307CD11B32D3"><enum>(h)</enum><header>National
Program Office</header>

<paragraph
id="H52F094BE25B045779D0F7062099EE22F"><enum>(1)</enum><header>Establishment</header><t
ext>The Secretary shall establish, within the Institute, the National Office of the
Manufacturing USA Network (referred to in this section as the <quote>National Program
Office</quote>), which shall oversee and carry out the Program.</text></paragraph>

<paragraph
id="HAE21DD52E952452AAA0CC658E6C73767"><enum>(2)</enum><header>Functions</header><text>
The functions of the National Program Office areâ€"</text>

<subparagraph id="HFF33C317F39440F0B9260C709A628E77"><enum>(A)</enum><text>to oversee
the planning, management, and coordination of the Program;</text></subparagraph>

<subparagraph id="H886AEECC23A84A329F4BBB1869A3F724"><enum>(B)</enum><text>to
coordinate with and, as appropriate, enter into memorandums of understanding with
Federal departments and agencies whose missions contribute to or are affected by
advanced manufacturing, including the Department of Agriculture, the Department of
Defense, the Department of Education, the Department of Energy, the Department of
Labor, the Food and Drug Administration, the National Aeronautics and Space
Administration, the National Institutes of Health, and the National Science Foundation,
to carry out the purposes set forth under subsection (b)(2);</text></subparagraph>

<subparagraph id="H247C5A736852440AB98ADA6B4CFE0C7F"><enum>(C)</enum><text>to develop,
not later than December 16, 2015, and update not less frequently than once every 3
years thereafter, a strategic plan to guide the Program;</text></subparagraph>

<subparagraph id="HEE240CA9E98E40C0968674FF4AD3C1F3"><enum>(D)</enum><text>to establish
such procedures, processes, and criteria as may be necessary and appropriate to
maximize cooperation and coordinate the activities of the Program with programs and
activities of other Federal departments and agencies whose missions contribute to or
are affected by advanced manufacturing;</text></subparagraph>

<subparagraph id="H033C0DAF97F2424980FA5E8828AECC8A"><enum>(E)</enum><text>to establish
a clearinghouse of public information related to the activities of the
Program;</text></subparagraph>
```

```
<subparagraph id="HA63796D67F1245A29FA119E3F3FF8F9D"><enum>(F)</enum><text>to act as a
convener of the Network;</text></subparagraph>

<subparagraph commented="no"
id="HF7D8214E533C43E2B3E6CBDA597ED60A"><enum>(G)</enum><text>to work with Federal
agencies that are not sponsoring or supporting a Manufacturing USA institute to explore
and develop options for sponsoring or supporting a Manufacturing USA
institute;</text></subparagraph>

<subparagraph commented="no"
id="H82A260B991684A14AD0D92B176ED114F"><enum>(H)</enum><text>to work with Federal
agencies that are sponsoring or supporting a Manufacturing USA institute to develop and
implement network-wide performance goals with measurable targets and
timelines;</text></subparagraph>

<subparagraph commented="no"
id="H109934006BB844AA98CB4DDB841AE1C1"><enum>(I)</enum><text>to help develop pilot
programs that may be implemented by the Manufacturing USA institutes to address
specific purposes of the Program, including to accelerate technology transfer to the
private sector and to develop entrepreneurship programs;</text></subparagraph>

<subparagraph commented="no"
id="H9208C1F65FC044E185CADD0957F1B1BE"><enum>(J)</enum><text>to provide support
services to promote workforce development activities;</text></subparagraph>

<subparagraph commented="no"
id="HEE9EFADD65B84B758FDEA2D499EAD5BE"><enum>(K)</enum><text>to identify and
disseminate best practices for workforce education and training across the Network and
further enhance collaboration among Manufacturing USA institutes in developing and
implementing such practices;</text></subparagraph>

<subparagraph commented="no"
id="HE6EA74964D6C451B92315E5E946542A8"><enum>(L)</enum><text>to collaborate with the
Department of Labor, the Department of Education, industry, career and technical
education schools, local community colleges, universities, and labor organizations to
provide input, as appropriate, for the development of national certifications for
advanced manufacturing workforce skills in the technology areas of the Manufacturing
USA institutes; and</text></subparagraph>

<subparagraph commented="no"
id="HAD1D2384CC4F4ED5B47E1957AD155424"><enum>(M)</enum><text>to coordinate with
Manufacturing USA institutes to develop best practices for the membership agreements
and coordination of similar project solicitations.</text></subparagraph></paragraph>

<paragraph
id="HCA79A76F2C834803967767605EA0815C"><enum>(3)</enum><header>Recommendations</header>
<text>In developing and updating the strategic plan under paragraph (2)(C), the
Secretary shall solicit recommendations and advice from a wide range of stakeholders,
including industry, small and medium-sized manufacturing enterprises, research
universities, community colleges, State, Tribal, and local governments, and other
relevant organizations and institutions on an ongoing basis.</text></paragraph>

<paragraph id="H5BD7BB30A1034C86B8D6039964319CC5"><enum>(4)</enum><header>Report to
congress</header><text>Upon completion, the Secretary shall transmit the strategic plan
required under paragraph (2)(C) to the Committee on Commerce, Science, and
Transportation of the Senate and the Committee on Science, Space, and Technology of the
House of Representatives.</text></paragraph>

<paragraph id="H7A1157E064384AE7AFB99B4BFFEAB1B0"><enum>(5)</enum><header>Hollings
manufacturing extension partnership</header>

<subparagraph commented="no"
id="HE6312D4C95494B4DACD33B6020D69E1C"><enum>(A)</enum><header>In
general</header><text>The Secretary shall ensure that the National Program Office
leverages the capabilities of the Hollings Manufacturing Extension Partnership into
Program planning to ensureâ€"</text>

<clause commented="no"
id="H2FE94BF2CB114440A502B95742734EAE"><enum>(i)</enum><text>significant outreach to,
participation of, and engagement of small- and medium-sized manufacturers in
```

WASHSTATEC015382

Manufacturing USA institutes across the entirety of the manufacturing supply chain; and</text></clause>

<clause commented="no" id="H34D6667F5D4249ACBCFA06C50D2173D7"><enum>(ii)</enum><text>that the results of the Program, including technologies developed by the Program, reach small- and medium-sized manufacturers and that such entities have access to technical assistance, as appropriate, in deploying those technologies.</text></clause></subparagraph>

<subparagraph commented="no" id="H6884BEE36FE7418D95C49612BA0EB2F2"><enum>(B)</enum><header>Liaisons</header><text>The Secretary may provide financial assistance to a manufacturing extension center established as part of the Hollings Manufacturing Extension Partnership to support the purposes of the Program by providing services in one or more of the following areas:</text>

<clause commented="no" id="HB73249B4F070430DA67C311ED208068E"><enum>(i)</enum><text>Support services for small- and medium-sized manufacturers, that many include the designation of a liaison.</text></clause>

<clause commented="no" id="H04B53100C927482498F675FB40085719"><enum>(ii)</enum><text>Assistance with workforce development.</text></clause>

<clause commented="no" id="H1C0642130CA84EFC896D410583334425"><enum>(iii)</enum><text>Technology transfer for small and medium-sized manufacturers.</text></clause>

<clause commented="no" id="H629C3329C43147E687801B1DB5C75335"><enum>(iv)</enum><text>Such other areas as the Secretary determines appropriate to support the purposes of the Program.</text></clause></subparagraph></paragraph>

<paragraph id="HDF02B4C1A8584D008EDF7B37F0699369"><enum>(6)</enum><header>Detailees</header><text>Any Federal Government employee may be detailed to the National Program Office without reimbursement. Such detail shall be without interruption or loss of civil service status or privilege.</text></paragraph></subsection>

<subsection id="H547E984CAC9B4E4E9368448182C8BBB9"><enum>(i)</enum><header>Reporting and auditing</header>

<paragraph id="HA73960DF04144AA59E5A51AB63486F55"><enum>(1)</enum><header>Annual reports to the Secretary</header>

<subparagraph id="H8118676EAB494727936D1B7FD64E7679"><enum>(A)</enum><header>In general</header><text>Not less frequently than once each year, each agency head that is providing financial assistance under subsection (e) shallâ€"</text>

<clause id="HF5AA30BE263A45008351D9855AD9C0F0"><enum>(i)</enum><text>require each recipient of such financial assistance submit to the agency head a report that describes the finances and performance of the Manufacturing USA institute with respect to which the financial assistance is awarded; and</text></clause>

<clause id="H495107E4ED614E318E176A6191F555F2"><enum>(ii)</enum><text>submit to the Secretary each report received by the agency head under clause (i).</text></clause></subparagraph>

<subparagraph id="H09F3C82D55B945C994C225A9921657A4"><enum>(B)</enum><header>Elements</header><text>Each report submitted under subparagraph (A) shall include:</text>

<clause id="H1ED583DC5F0643F1A52FC36DC101A170"><enum>(i)</enum><text>an accounting of expenditures of amounts awarded to the recipient under subsection (e); and</text></clause>

<clause id="H5160C54968F644709D2CD4DC4FF7DFCE"><enum>(ii)</enum><text>consistent with the standards for performance established under subsection (e)(5)(B), a description of the performance of the Manufacturing USA institute with respect toâ€"</text>

<subclause id="H3F4E5DCC44364496B6F38CF00294286E"><enum>(I)</enum><text>its goals,

plans, financial support, and accomplishments; and</text></subclause>

<subclause id="H94AAB8877A3347569C0300C25F77EAC5"><enum>(II)</enum><text>how the Manufacturing USA institute has furthered the purposes set forth under subsection (b)(2).</text></subclause></clause></subparagraph></paragraph>

<paragraph id="H2790BE4E28324D37AA6C72B6DAA4645E"><enum>(2)</enum><header>Annual reports to Congress</header>

<subparagraph id="H80A691D375914880A8195DB9FBBDB6DB"><enum>(A)</enum><header>In general</header><text>Not less frequently than once each year until December 31, 2030, the Secretary shall submit a report to Congress that describes the performance of the Program during the most recent 1-year period.</text></subparagraph>

<subparagraph id="H678B6ACB6A5348FE8826F04046671A51"><enum>(B)</enum><header>Elements</header><text>Each report submitted under subparagraph (A) shall include, for the period covered by the reportâ€"</text>

<clause id="H7B51AC2309114D6CA89D3B3444EDC866"><enum>(i)</enum><text>a summary and assessment of the reports received by the Secretary under paragraph (1);</text></clause>

<clause id="H5F32C8E5B8144006AE42A0B65B451F8D"><enum>(ii)</enum><text>an accounting of the funds expended by the Secretary under the Program, including any waivers made under subsection (e)(7)(B);</text></clause>

<clause id="H7B4D5B4D9D08418DB02CCC41F6A91CB0"><enum>(iii)</enum><text>an assessment of the participation in, and contributions to, the Network by any Manufacturing USA institutes not receiving financial assistance under subsection (e); and</text></clause>

<clause id="HF003F19823D04B0DB6BE1F84273262BA"><enum>(iv)</enum><text>an assessment of the Program with respect to meeting the purposes set forth under subsection (b)(2).</text></clause></subparagraph></paragraph>

<paragraph commented="no" id="H5B440A014EBF44B4A0B10DE6BF3CD3EE"><enum>(3)</enum><header>Assessments by Comptroller General of the United States</header>

<subparagraph commented="no" id="HF4350DC4F9C443E8B5D0CA9BDF99B6E2"><enum>(A)</enum><header>Assessments</header><text>Not less frequently than once every 3 years, the Comptroller General of the United States shall submit to Congress an assessment of the operation of the Program during the most recent 3-year period, including an assessment of the progress made towards achieving the goals specified in the national strategic plan for advanced manufacturing required under section 102(b)(7) of the America COMPETES Reauthorization Act of 2010 (42 U.S.C. 6622(b)(7)).</text></subparagraph>

<subparagraph commented="no" id="H81D4AA6AA1194014BA6CD7169E27C970"><enum>(B)</enum><header>Elements</header><text>Each assessment submitted under subparagraph (A) shall include, for the period covered by the reportâ€"</text>

<clause commented="no" id="H30FC6D995640413EAF83C609CE71FDE4"><enum>(i)</enum><text>a review of the management, coordination, and industry utility of the Program;</text></clause>

<clause commented="no" id="HB5FBD97C54BD430B8A07179DAC9AD4CA"><enum>(ii)</enum><text>an assessment of the extent to which the Program has furthered the purposes set forth under subsection (b)(2);</text></clause>

<clause commented="no" id="HBD2FFB9A8DB641EFB907E08DF21709D1"><enum>(iii)</enum><text>such recommendations for legislative and administrative action as the Comptroller General considers appropriate to improve the Program; and</text></clause>

<clause commented="no" id="H4E6BCE6C59AB433E9DE59A59F9A70894"><enum>(iv)</enum><text>an assessment as to whether any prior recommendations for improvement made by the Comptroller General have been implemented or adopted.</text></clause></subparagraph>

<subparagraph commented="no" id="H7363A9DD227E4088BF9A10B37C2B2A13"><enum>(C)</enum><header>Final

assessment</header><text>No later than December 31, 2030, the Comptroller General shall submit to Congress a final report regarding the overall success of the Program.</text></subparagraph></paragraph></subsection>

<subsection id="HCF99DF451EF7466D9AD3A4DAB5E3DF86"><enum>(j)</enum><header>Additional authorities</header>

<paragraph id="HA22B463973A34B0B9279A7EACA71DA70"><enum>(1)</enum><header>Appointment of personnel and contracts</header><text>The Secretary may appoint such personnel and enter into such contracts, financial assistance agreements, and other agreements as the Secretary considers necessary or appropriate to carry out the Program, including support for research and development activities involving a Manufacturing USA institute.</text></paragraph>

<paragraph id="H6948E7EE9CD74FFD9F4E462F5ACCD817"><enum>(2)</enum><header>Transfer of funds</header><text>Of amounts available under the authority provided by subsection (g), the Secretary may transfer to other Federal agencies such sums as the Secretary considers necessary or appropriate to carry out the Program. No funds so transferred may be used to reimburse or otherwise pay for the costs of financial assistance incurred or commitments of financial assistance made prior to December 16, 2014.</text></paragraph>

<paragraph id="H7130251C3EB248A490C0D29B40B1946C"><enum>(3)</enum><header>Authority of other agencies</header><text>In the event that the Secretary exercises the authority to transfer funds to another agency under paragraph (2), such agency may accept such funds to award and administer, under the same conditions and constraints applicable to the Secretary, all aspects of financial assistance awards under this section.</text></paragraph>

<paragraph id="HE6DFBD91C07442EF8C52F9689BC44681"><enum>(4)</enum><header>Use of resources</header><text>In furtherance of the purposes of the Program, the Secretary may use, with the consent of a covered entity and with or without reimbursement, the land, services, equipment, personnel, and facilities of such covered entity.</text></paragraph>

<paragraph id="HF7C809F877254F62B04F18D4A762EE25"><enum>(5)</enum><header>Acceptance of resources</header><text>In addition to amounts appropriated to carry out the Program, the Secretary may accept funds, services, equipment, personnel, and facilities from any covered entity to carry out the Program, subject to the same conditions and constraints otherwise applicable to the Secretary under this section and such funds may only be obligated to the extent provided for in advance by appropriations Acts.</text></paragraph>

<paragraph id="HA29ABB6F1101472FA753B4C155CC6230"><enum>(6)</enum><header>Covered entities</header><text>For purposes of this subsection, a covered entity is any Federal department, Federal agency, instrumentality of the United States, State, local government, Tribal government, territory, or possession of the United States, or of any political subdivision thereof, or international organization, or any public or private entity or individual.</text></paragraph>

<paragraph id="H790478B90E5C4BCBAE0FF1CAD715861B"><enum>(7)</enum><header>Collaborations with other agencies</header><text>The Secretary shall collaborate with Federal agencies whose missions contribute to, or are affected by, advanced manufacturing to identify and leverage existing resources at such Federal agencies to assist Manufacturing USA institutes in carrying out the purposes of the Program set forth under subsection (b)(2). Such existing resources may include programsâ€"</text>

<subparagraph id="H20DAFB93F9E146A1B48E8B293E7AD2F4"><enum>(A)</enum><text>at the Department of Labor relating to labor and apprenticeships;</text></subparagraph>

<subparagraph id="H5889B13DB43146AF91D52E51F3303058"><enum>(B)</enum><text>at the Economic Development Administration relating to regional innovation, such as the Regional Innovation Strategies program;</text></subparagraph>

<subparagraph id="HFB8A13D743BA45C89A9FECEE6BBB9FF5"><enum>(C)</enum><text>at the Department of Education relating to workforce development, education, training, and retraining;</text></subparagraph>

<subparagraph id="H4552BFBB180A42BF9E601F33CA7264D4"><enum>(D)</enum><text>at the

WASHSTATEC015385

```
Department of Defense relating to procurement and other authorities of the Department
of Defense;</text></subparagraph>

<subparagraph id="HDE67CCFAF2684C829381996B5411C5A9"><enum>(E)</enum><text>at the Food
and Drug Administration relating to biopharmaceutical
manufacturing;</text></subparagraph>

<subparagraph id="H1B43D808F22649DEB365F94BFE06D831"><enum>(F)</enum><text>at the
National Science Foundation, including the Advanced Technological Education
program;</text></subparagraph>

<subparagraph id="H8C0AFF33D8CB4E27BEA2CDD61811E243"><enum>(G)</enum><text>at the
National Aeronautics and Space Administration relating to procurement, workforce
development, education, training, and retraining;</text></subparagraph>

<subparagraph id="H7F4F2653C48F4BB7B1FFD3D3F0ADF03F"><enum>(H)</enum><text>at the
Department of Energy relating to development of clean energy technologies and other
authorities of the Department of Energy;</text></subparagraph>

<subparagraph id="H5DDFB6D26AE14B1492E64B9DA08A847B"><enum>(I)</enum><text>at the
Department of Agriculture relating to outreach to rural
communities;</text></subparagraph>

<subparagraph id="H70FE4113604547A2BB7342D176311518"><enum>(J)</enum><text>additional
programs that the Secretary determines are appropriate to support the activities of
existing Manufacturing USA institutes; and</text></subparagraph>

<subparagraph id="HCC7878FE47454C7BBCB7EB6100FDCCEF"><enum>(K)</enum><text>additional
programs that the Secretary determines are appropriate to support the activities of
existing Manufacturing USA institutes.</text></subparagraph></paragraph></subsection>

<subsection
id="HC65068D8EFE24372BF187F4A8A9CADA3"><enum>(k)</enum><header>Patents</header><text>Ch
apter 18 of title 35, United States Code, shall apply to any funding agreement (as
defined in section 201 of that title) awarded to new or existing Manufacturing USA
institutes with respect to which financial assistance is awarded under subsection
(e).</text></subsection>

<subsection commented="no"
id="H3870F2E283434345B81FA0134EB58465"><enum>(l)</enum><header>References to prior
names and terminology</header><text>Any reference in law, regulation, map, document,
paper, or other record of the United States to the <quote>Network for Manufacturing
Innovation Program</quote>, the <quote>Network for Manufacturing Innovation</quote>,
<quote>National Office of the Network for Manufacturing Innovation Program</quote>, or
a <quote>center for manufacturing innovation</quote> shall be considered to be a
reference to the Manufacturing USA Program, the Manufacturing USA Network, the National
Office of the Manufacturing USA Network, or a Manufacturing USA institute,
respectively.</text></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H266CC27ACED14FF0935F738405367AFE"><enum>(b)</enum><header>Expansion of
Manufacturing USA Network</header><text>Subject to the availability of appropriations,
the Secretary of Commerce shall take such actions as may be necessary to increase the
number of Manufacturing USA institutes that participate in the Manufacturing USA
Network.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H6005D86825EB40839FEFE9A9A559F91C" section-type="subsequent-
section"><enum>1742.</enum><header display-inline="yes-display-inline">Regional
innovation program</header><text display-inline="no-display-inline">Section 27 of the
Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3722) is amended to read
as follows:</text>

<quoted-block display-inline="no-display-inline" id="H99E64A1E513B489CBB980AD45D25C5F3"
style="OLC">

<section commented="no" display-inline="no-display-inline"
id="HEE25A74B07224C66964625EBB4952BAF" section-type="subsequent-
section"><enum>27.</enum><header display-inline="yes-display-inline">Regional
innovation program</header>
```

```
<subsection commented="no" display-inline="no-display-inline"
id="H9A9890E215B6426380E784B8555EA5FF"><enum>(a)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC261539DCC964CAD9C22A9C875F13347"><enum>(1)</enum><header display-inline="yes-
display-inline">Eligible recipient</header><text display-inline="yes-display-
inline">The term <term>eligible recipient</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF0419E91BE5B4DE8BDF82B2B40ED6343"><enum>(A)</enum><text display-inline="yes-
display-inline">a State;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1316E37B710F4365947D453FB52B5F06"><enum>(B)</enum><text display-inline="yes-
display-inline">an Indian tribe;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE89AA4531B784215A2B6F6C54C03A867"><enum>(C)</enum><text display-inline="yes-
display-inline">a city or other political subdivision of a State;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB202053FCFFE42FCA933B93BB1D686E7"><enum>(D)</enum><text display-inline="yes-
display-inline">an entity thatâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H828FBB99FD184F09A9D922104090C097"><enum>(i)</enum><text display-inline="yes-
display-inline">is a nonprofit organization, an institution of higher education, a
public-private partnership, a science or research park, a Federal laboratory, a venture
development organization, or an economic development organization or similar entity
that is focused primarily on improving science, technology, innovation, or
entrepreneurship; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HE71AB251C6C545C58AB80B921D731CE4"><enum>(ii)</enum><text>has an application
submitted under subsection (c)(4) that is supported by a State or a political
subdivision of a State; or</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7F140A58278F4A799C3783F310F75CE2"><enum>(E)</enum><text display-inline="yes-
display-inline">a consortium of any of the entities described in subparagraphs (A)
through (D).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAC24A1994BA44BCA8E192CC5686C12CD"><enum>(2)</enum><header display-inline="yes-
display-inline">Regional innovation initiative</header><text display-inline="yes-
display-inline">The term <term>regional innovation initiative</term> means a
geographically-bounded public or nonprofit activity or program to address issues in the
local innovation systems in order toâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6E46D803428846178ECB4697779CF01F"><enum>(A)</enum><text display-inline="yes-
display-inline">increase the success of innovation-driven
industry;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H27462B2340004074930696D0F1FFCA81"><enum>(B)</enum><text display-inline="yes-
display-inline">strengthen the competitiveness of industry through new product
innovation and new technology adoption;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD8F421AC853C492E85803B10DAB930C9"><enum>(C)</enum><text display-inline="yes-
display-inline">improve the pace of market readiness and overall commercialization of
innovative research;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBEAA6214C625406097BF7641FE19136F"><enum>(D)</enum><text display-inline="yes-
display-inline">enhance the overall innovation capacity and long-term resilience of the
region;</text></subparagraph>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H8743A931FEC44E6894C76ABD00653522"><enum>(E)</enum><text display-inline="yes-
display-inline">leverage the regionâ€™s unique competitive strengths to stimulate
innovation; and</text></subparagraph>

<subparagraph id="H7B7C983A105A45B7964B3EF934218A2C"><enum>(F)</enum><text>increase the
number of full-time equivalent employment opportunities within innovation-based
business ventures in the geographic region.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H509A4C8727E747C7897429F5945506C5"><enum>(3)</enum><header display-inline="yes-
display-inline">State</header><text display-inline="yes-display-inline">The term
<term>State</term> means one of the several States of the United States, the District
of Columbia, the Commonwealth of Puerto Rico, the United States Virgin Islands, Guam,
American Samoa, the Commonwealth of the Northern Mariana Islands, or any other
territory or possession of the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H129281EAF33D40E6B9540C2F38735F03"><enum>(4)</enum><header display-inline="yes-
display-inline">Venture development organization</header><text display-inline="yes-
display-inline">The term <term>venture development organization</term> means a State or
nonprofit organization that contributes to regional or sector-based economic prosperity
by providing services for the purposes of accelerating the commercialization of
research.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HDE6FAD35D4614032950840606201FE9B26"><enum>(b)</enum><header display-inline="yes-
display-inline">Establishment</header><text display-inline="yes-display-inline">The
Secretary shall establish a regional innovation program to encourage and support the
development of regional innovation strategies designed to increase innovation-driven
economic opportunity within their respective regions.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBB94386E809E42998C91125897EC6794"><enum>(c)</enum><header display-inline="yes-
display-inline">Regional innovation grants</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H99B62BA8FD404BC9AE2ADAE5D06E8249"><enum>(1)</enum><header display-inline="yes-
display-inline">Authorization of grants</header><text display-inline="yes-display-
inline">As part of the program established pursuant to subsection (b), the Secretary
may award grants, on a competitive basis, to eligible recipients for activities
designed to develop and support a regional innovation initiative.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H752332B8B29C403EB418B71EB1AF8DF6"><enum>(2)</enum><header display-inline="yes-
display-inline">Permissible activities</header><text display-inline="yes-display-
inline">A grant awarded under this subsection shall be used for multiple activities
determined appropriate by the Secretary, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H08A3B62343F94C3E8D5BFCF7B18ECF5C"><enum>(A)</enum><text display-inline="yes-
display-inline">planning, technical assistance, and communication among participants of
a regional innovation initiative to improve the connectedness and strategic orientation
of the regional innovation initiative;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3929C6A30B4A4926A2E7EBEE45C979F5"><enum>(B)</enum><text display-inline="yes-
display-inline">attracting additional participants to a regional innovation
initiative;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE54AE4884A6F4483808DEFD096FE9691"><enum>(C)</enum><text display-inline="yes-
display-inline">increasing the availability and investment of private and philanthropic
financing that supports innovation-based business ventures; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H89293346B3DA4259B6876622D9DCD D6B"><enum>(D)</enum><text>facilitating
commercialization of products, processes, and services, including through
demonstration, deployment, technology transfer, and entrepreneurial
activities.</text></subparagraph></paragraph>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="HF04317EB2B3F4F3A96C1DE692EEB8F20"><enum>(3)</enum><header display-inline="yes-
display-inline">Restricted activities</header><text display-inline="yes-display-
inline">Grants awarded under this subsection may not be used to pay forâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5C0DCF7B0A1044749ED2F6E86D70168E"><enum>(A)</enum><text display-inline="yes-
display-inline">costs related to the recruitment, inducement, or associated financial
or tangible incentives that might be offered to relocate an existing business from a
geographic area to another geographic area; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8A5C425BC9564AE6BE386B9F1DCB1B82"><enum>(B)</enum><text display-inline="yes-
display-inline">costs associated with offsetting revenues forgone by 1 or more taxing
authorities through tax incentives, tax increment financing, special improvement
districts, tax abatements for private development within designated zones or geographic
areas, or other reduction in revenues resulting from tax credits affecting the
geographic region of the eligible recipients.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCFE3FF5CD8B842E3A60DDDEAF3A1072B"><enum>(4)</enum><header display-inline="yes-
display-inline">Applications</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF7FF124FFA454C11A86EB20EAB8BC22B"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">An
eligible recipient shall submit an application to the Secretary at such time, in such
manner, and containing such information and assurances as the Secretary may
require.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H48ED31064CF24632B70035BEFBF99210"><enum>(B)</enum><header display-inline="yes-
display-inline">Components</header><text display-inline="yes-display-inline">Each
application submitted under subparagraph (A) shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H6D0E810AF32F4DC1BBFB7BCA260BD446"><enum>(i)</enum><text display-inline="yes-
display-inline">describe the regional innovation initiative;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HECF46A3576804AEAB8832D44A8378A34"><enum>(ii)</enum><text display-inline="yes-
display-inline">indicate whether the regional innovation initiative is supported by the
private sector, State and local governments, and other relevant
stakeholders;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H2014E6E713F44DBC841F469D26137783"><enum>(iii)</enum><text display-inline="yes-
display-inline">identify what activities the regional innovation initiative will
undertake;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H83A6944EA3AE4146AD67F36E66244247"><enum>(iv)</enum><text display-inline="yes-
display-inline">describe the expected outcomes of the regional innovation initiative
and the metrics the eligible recipient will use to assess progress toward those
outcomes;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H05CEE32CFD82489A9D1AD7D00AFD4CB8"><enum>(v)</enum><text display-inline="yes-
display-inline">indicate whether the participants in the regional innovation initiative
have access to, or contribute to, a well-trained workforce and other innovation assets
that are critical to the successful outcomes specified in the
application;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H2B892D394DBC448E919C1CBAC8369133"><enum>(vi)</enum><text display-inline="yes-
display-inline">indicate whether the participants in the regional innovation initiative
are capable of attracting additional funds from non-Federal sources;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
```

```
id="H9EE1DFC1DB8A47DF802CFEEB5BE54C29"><enum>(vii)</enum><text display-inline="yes-
display-inline">if appropriate for the activities proposed in the application, analyze
the likelihood that the participants in the regional innovation initiative will be able
to sustain activities after grant funds received under this subsection have been
expended.</text></clause>

<subparagraph commented="no" display-inline="no-display-inline"
id="H260F417C2A7F497B8246913E068B7823"><enum>(C)</enum><header display-inline="yes-
display-inline">Feedback</header><text display-inline="yes-display-inline">The
Secretary shall provide feedback to program applicants that are not awarded grants to
help them improve future applications.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9C7CEE358F464E77B8F3E14E0ECBC183"><enum>(D)</enum><header display-inline="yes-
display-inline">Special considerations</header><text display-inline="yes-display-
inline">The Secretary shall give special consideration toâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H792684405A3C403084A2F4A0D9AEFD1C"><enum>(i)</enum><text display-inline="yes-
display-inline">applications proposing to include workforce or training related
activities in their regional innovation initiative from eligible recipients who agree
to collaborate with local workforce investment area boards; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H5D7925FFA6644E4FB6671AFF21DA36EE"><enum>(ii)</enum><text display-inline="yes-
display-inline">applications from regions that contain communities negatively impacted
by trade.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB973F27917DE4342935212DEE35254C7"><enum>(5)</enum><header display-inline="yes-
display-inline">Cost share</header><text display-inline="yes-display-inline">The
Secretary may not provide more than 50 percent of the total cost of any activity funded
under this subsection.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0E54C9D3D4B9438C89F2E16FBA888BC0"><enum>(6)</enum><header display-inline="yes-
display-inline">Outreach to rural communities</header><text display-inline="yes-
display-inline">The Secretary shall conduct outreach to public and private sector
entities in rural communities to encourage those entities to participate in regional
innovation initiatives under this subsection.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5285F30901784E27904B90830AEAEB08"><enum>(7)</enum><header display-inline="yes-
display-inline">Geographic distribution</header><text display-inline="yes-display-
inline">In conducting a competitive process, the Secretary shall avoid undue geographic
concentration among any one category of States based on their predominant rural or
urban character as indicated by population density.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8F8719C810CE4C908CC091D1C04DD5B8"><enum>(8)</enum><header display-inline="yes-
display-inline">Funding</header><text display-inline="yes-display-inline">The Secretary
may accept funds from other Federal agencies to support grants and activities under
this subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC047CA0F91A54BA4AA44B7E0EDD43171"><enum>(d)</enum><header display-inline="yes-
display-inline">Regional innovation research and information program</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HDCC7B70413314AD7932304334C4C8A68"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">As part of
the program established pursuant to subsection (b), the Secretary shall establish a
regional innovation research and information programâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE39B01A52DE7743EA8B106680CA167499"><enum>(A)</enum><text display-inline="yes-
display-inline">to gather, analyze, and disseminate information on best practices for
regional innovation initiatives, including information relating to how innovation,
productivity, and economic development can be maximized through such
strategies;</text></subparagraph>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HEA3869F0C3CE45FC9D6125EF5A43CF71"><enum>(B)</enum><text display-inline="yes-
display-inline">to provide technical assistance, including through the development of
technical assistance guides, for the development and implementation of regional
innovation initiatives;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H32962D53A01048A1AAF24ED98A168814"><enum>(C)</enum><text display-inline="yes-
display-inline">to support the development of relevant metrics and measurement
standards to evaluate regional innovation initiatives, including the extent to which
such strategies stimulate innovation, productivity, and economic development;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB56B052A6B6D4EC9A5E7BDCA3240F043"><enum>(D)</enum><text display-inline="yes-
display-inline">to collect and make available data on regional innovation initiatives
in the United States, including data on—"</text>

<clause commented="no" display-inline="no-display-inline"
id="H5E6E79D24D904EDE8B7FCA856622510D"><enum>(i)</enum><text display-inline="yes-
display-inline">the size, specialization, and competitiveness of regional innovation
initiatives;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HFB0D7E9D06FD47B2A60F221D9BD53F28"><enum>(ii)</enum><text display-inline="yes-
display-inline">the regional domestic product contribution, total jobs and earnings by
key occupations, establishment size, nature of specialization, patents, Federal
research and development spending, and other relevant information for regional
innovation initiatives; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H12CA89288D344AACA461F28625A2AD56"><enum>(iii)</enum><text display-inline="yes-
display-inline">supply chain product and service flows within and between regional
innovation initiatives.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H02EC09980BBA4F699E4ED77939F9BC2F"><enum>(2)</enum><header display-inline="yes-
display-inline">Research grants</header><text display-inline="yes-display-inline">The
Secretary may award research grants on a competitive basis to support and further the
goals of the program established under this section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H30DC80AC53054DCC84F32D569C11DFC0"><enum>(3)</enum><header display-inline="yes-
display-inline">Dissemination of information</header><text display-inline="yes-display-
inline">Data and analysis compiled by the Secretary under the program established in
this subsection shall be made available to other Federal agencies, State and local
governments, and nonprofit and for-profit entities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H715BA16604B542FD963F16B79527C49D"><enum>(4)</enum><header display-inline="yes-
display-inline">Regional innovation grant program</header><text display-inline="yes-
display-inline">The Secretary shall incorporate data and analysis relating to any grant
awarded under subsection (c) into the program established under this
subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB6AA1C11846E44BC80CD48070FFBD554"><enum>(e)</enum><header display-inline="yes-
display-inline">Interagency coordination</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H9513301505904543AA6073F118C78358"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">To the
maximum extent practicable, the Secretary shall ensure that the activities carried out
under this section are coordinated with, and do not duplicate the efforts of, other
programs at the Department of Commerce or at other Federal agencies.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H858AFF83BDB6452EBFBE667C4C849716"><enum>(2)</enum><header display-inline="yes-
display-inline">Collaboration</header>
```

WASHSTATEC015391

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H5388796647E04FBDAE96885A07B0CAD1"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary shall explore and pursue collaboration with other Federal agencies, including
through multi-agency funding opportunities, on regional innovation
strategies.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6C6A7F5C8AB44CC8B4DEE8D09D969272"><enum>(B)</enum><header display-inline="yes-
display-inline">Small businesses</header><text display-inline="yes-display-inline">The
Secretary shall ensure that such collaboration with Federal agencies prioritizes the
needs and challenges of small
businesses.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4F696D18E5664699BEBB55A8B58BEDDF"><enum>(f)</enum><header display-inline="yes-
display-inline">Evaluation</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H8027CE5F0D554A71AAF0FA36A2D5F6B"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 5 years after Congress first appropriates funds to carry out this section, the
Secretary shall competitively award a contract with an independent entity to conduct an
evaluation of programs established under this section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H562B444F7E0B4E95A6D116449F3AE742"><enum>(2)</enum><header display-inline="yes-
display-inline">Requirements</header><text display-inline="yes-display-inline">The
evaluation conducted under paragraph (1) shall includeâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7FBF8E16DA0D4E9FB6142DFE619E4F6F"><enum>(A)</enum><text display-inline="yes-
display-inline">an assessment of whether the program is achieving its
goals;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H03F5179F6B8C48089B7AE5103D95F46E"><enum>(B)</enum><text display-inline="yes-
display-inline">the programâ€™s efficacy in providing awards to geographically diverse
entities;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDE363B7C119E42708927DA378B0FED00"><enum>(C)</enum><text display-inline="yes-
display-inline">any recommendations for how the program may be improved;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4514D969ED034154B61724367F338632"><enum>(D)</enum><text display-inline="yes-
display-inline">a recommendation as to whether the program should be continued or
terminated.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC0626C089377497FAD5013F876431D87"><enum>(g)</enum><header display-inline="yes-
display-inline">Reporting requirement</header><text display-inline="yes-display-
inline">Not later than 5 years after the first grant is awarded under subsection (c),
and every 5 years thereafter until 5 years after the last grant recipient completes the
regional innovation initiative for which such grant was awarded, the Secretary shall
submit a summary report to Congress that describes the outcome of each regional
innovation initiative that was completed during the previous 5
years.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HEC2D3522B3D34F328303E4514096D30E"><enum>(h)</enum><header display-inline="yes-
display-inline">Funding</header><text display-inline="yes-display-inline">From amounts
appropriated by Congress to the Secretary, the Secretary may use up to $50,000,000 in
each of the fiscal years 2020 through 2024 to carry out this
section.</text></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section id="H55E6D00212AC41A4881CDC7469454888"><enum>1743.</enum><header>Aviation
workforce development</header>
```

```
<subsection id="H16E86CF3A4CF476BBA3B49E96A985E32"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Section 625(c)(1) of the FAA
Reauthorization Act of 2018 (Public Law 115â€"254) is amendedâ€"</text>

<paragraph id="H1A31A35477BE4F0D905C45F2DF826BC7"><enum>(1)</enum><text>in subparagraph
(C), by striking <quote>or</quote> after the semicolon;</text></paragraph>

<paragraph id="H34D2686632E14B6698DC414316DD9D46"><enum>(2)</enum><text>in subparagraph
(D), by striking the period and inserting <quote>; or</quote>; and</text></paragraph>

<paragraph id="H5AAA3E557EF64B529DB2BA7450542944"><enum>(3)</enum><text>by adding at
the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H1D4FF98D1A36486183DCDDF043E27271"
style="OLC">

<subparagraph id="HFAC3BE0C61F949A08CF3A4A7E4E5FC0B"><enum>(E)</enum><text>an
organization representing aircraft users, aircraft owners, or aircraft
pilots.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H11CDED2BB12140C08F5869335ED51F1A"><enum>(b)</enum><header display-inline="yes-
display-inline">Effective Date</header><text display-inline="yes-display-inline">The
amendments made by subsection (a) shall take effect as if included in the enactment of
the FAA Reauthorization Act of 2018 (Public Law
115â€"254).</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H12BC1D0D6A5D46A382F22805CBE05CED" section-type="subsequent-
section"><enum>1744.</enum><header display-inline="yes-display-inline">Oversight of
Department of Defense execute orders</header>

<subsection commented="no" display-inline="no-display-inline"
id="HDCCA7822F3054DFC98FDFF15BEB3A3D9"><enum>(a)</enum><header display-inline="yes-
display-inline">Review of execute orders</header><text display-inline="yes-display-
inline">Not later than 30 days after receiving a written request by the Chairman or
Ranking Member of a congressional defense committee, the Secretary of Defense shall
provide the committee, including appropriately designated staff of the committee,
withâ€"</text>

<paragraph id="H0A8AE55BEE074EC5841D34E3A2A92AAF"><enum>(1)</enum><text>an execute
order approved by the Secretary or the commander of a combatant command for review;
and</text></paragraph>

<paragraph id="H75F4E6DBF7034C39B5D0FCC3C4802899"><enum>(2)</enum><text>a detailed
briefing on such execute order.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HAC04EBA607204D99997F7B365DF1F253"><enum>(b)</enum><header display-inline="yes-
display-inline">Exception</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H66B18B48EEBE4D3593C986695B4ECEEF"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">In
extraordinary circumstances necessary to protect operations security or the sensitivity
of the execute order, the Secretary may limit review of an execute order. A
determination that extraordinary circumstances exist for purposes of this paragraph may
only be made by the Secretary and the decision to limit the review of an execute order
may not be delegated.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB5D6B4D6E25E41D7B45B1E5168C868BC"><enum>(2)</enum><header display-inline="yes-
display-inline">Summary and other information</header><text display-inline="yes-
display-inline">In extraordinary circumstances described in paragraph (1) with respect
to an execute order, within 30 days of receiving a written request under subsection
(a), the Secretary shall provide to the committee concerned, including appropriately
designated staff of the committeeâ€"</text>

<subparagraph id="H457F1F28D8AD449DBA46E1C409EE2F7E"><enum>(A)</enum><text>a written
explanation of the extraordinary circumstances that led to the determination by the
```

Secretary to limit review of the execute order; and</text></subparagraph>

<subparagraph id="H71486D0DA5EE4438975388493E015B28"><enum>(B)</enum><text>a detailed summary of the execute order and other information necessary for the conduct of the oversight duties of the committee.</text></subparagraph></paragraph></subsection>

<subsection id="HA358EAE3771A407A9901DCE42F5F0DA5"><enum>(c)</enum><header>Quarterly report</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the budget of the President is submitted to Congress under section 1105(a) of title 31, United States Code, for fiscal year 2021 and every 90 days thereafter, the Secretary of Defense shall submit to the congressional defense committees a comprehensive report identifying and summarizing all execute orders approved by the Secretary or the commander of a combatant command in effect for the Department of Defense as of the date of the report.</text></subsection></section>

<section id="H8E826EAB83204C3AA3414922F66CBD9B" section-type="subsequent-section"><enum>1745.</enum><header>Processes and procedures for notifications regarding special operations forces</header>

<subsection id="HF7DD461B0B004D24852838E803394527"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish and submit to the congressional defense committees processes and procedures for providing notifications to the committees regarding members of special operations forces, as identified in section 167(j) of title 10, United States Code.</text></subsection>

<subsection id="H75E323C2285D41C2BA10F1BC7665CC30"><enum>(b)</enum><header>Processes and procedures</header><text>The processes and procedures established under subsection (a) shallâ€"</text>

<paragraph id="H24E7B9F58FE740C4B01095624377C8C1"><enum>(1)</enum><text display-inline="yes-display-inline">clarify the roles and responsibilities of the Secretaries of the military departments, the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, and the Commander of United States Special Operations Command;</text></paragraph>

<paragraph id="HAE99CC7E548C461DAB5019DD90FA8EAF"><enum>(2)</enum><text>provide guidance relating to the types of matters that would warrant congressional notification, including awards, reprimands, incidents, and any other matters the Secretary determines necessary;</text></paragraph>

<paragraph id="HD28224DE53A34C208DC3352275634AB8"><enum>(3)</enum><text>be consistent with the national security of the United States;</text></paragraph>

<paragraph id="HCAF1D6FEEA4E4FCC80F9D7D7533C4654"><enum>(4)</enum><text>be designed to protect sensitive information during an ongoing investigation; </text></paragraph>

<paragraph id="H552E87012A114294BCE6479491033943"><enum>(5)</enum><text>account for the privacy of members of the Armed Forces; and</text></paragraph>

<paragraph id="H3024EE6EA9D942A3BD5872F629446DE1"><enum>(6)</enum><text>take in to account existing processes and procedures for notifications to the congressional defense committees regarding members of the conventional Armed Forces.</text></paragraph></subsection></section>

<section id="HD7560725EFB84E95940184AD60C11AD8"><enum>1746.</enum><header>Securing American science and technology</header>

<subsection id="HD235D89C34FD4B3C9345F70EB4C1A008"><enum>(a)</enum><header>Interagency working group</header>

<paragraph id="HD249A94F2E6642B8B384836BD7FC0731"><enum>(1)</enum><header>In general</header><text>The Director of the Office of Science and Technology Policy, acting through the National Science and Technology Council, in consultation with the National Security Advisor, shall establish or designate an interagency working group to coordinate activities to protect federally funded research and development from foreign interference, cyber attacks, theft, or espionage and to develop common definitions and best practices for Federal science agencies and grantees, while accounting for the importance of the open exchange of ideas and international talent required for scientific progress and American leadership in science and technology.</text></paragraph>

```
<paragraph
id="H72214EB469C84972B161B74629FF550C"><enum>(2)</enum><header>Membership</header>

<subparagraph id="H9459D043A2F24964821CF14E15A2AEFE"><enum>(A)</enum><header>In
general</header><text>The working group shall include at least one representative
ofâ€"</text>

<clause id="H4CC170FC1B5B4F5DB2D03E8BE6959ED3"><enum>(i)</enum><text display-
inline="yes-display-inline">the National Science Foundation;</text></clause>

<clause id="HFD00AD06078B4EB2A38BA7DBE4858FBA"><enum>(ii)</enum><text display-
inline="yes-display-inline">the Department of Energy;</text></clause>

<clause id="HF0B62D5AEF43459A8FB02F01E8FC9883"><enum>(iii)</enum><text display-
inline="yes-display-inline">the National Aeronautics and Space
Administration;</text></clause>

<clause id="HA2E635A9B43247F097AF5DB39D17A9B2"><enum>(iv)</enum><text display-
inline="yes-display-inline">the Department of Commerce;</text></clause>

<clause id="HE8DA0A83D9A74C198D1717C8C9D79A59"><enum>(v)</enum><text display-
inline="yes-display-inline">the Department of Health and Human
Services;</text></clause>

<clause id="H61A1189723E74783A6FAB82914F86827"><enum>(vi)</enum><text display-
inline="yes-display-inline">the Department of Defense;</text></clause>

<clause id="HE950752018EF4F2DB6509B9B3435F86F"><enum>(vii)</enum><text display-
inline="yes-display-inline">the Department of Agriculture;</text></clause>

<clause id="H393C290C0D0BA4D4DA7E87AD815002BB9"><enum>(viii)</enum><text display-
inline="yes-display-inline">the Department of Education;</text></clause>

<clause id="H175CB53C79EC416B89B0ED64F93CAC96"><enum>(ix)</enum><text display-
inline="yes-display-inline">the Department of State;</text></clause>

<clause id="H8C3AA3159F1E4FC9A508C12D7FCFF224"><enum>(x)</enum><text display-
inline="yes-display-inline">the Department of the Treasury;</text></clause>

<clause id="H5C87321DFB9A408A8AFBBA323FA8782B"><enum>(xi)</enum><text display-
inline="yes-display-inline">the Department of Justice;</text></clause>

<clause id="HA9F636BB44354ED99DF817868FF02AE6"><enum>(xii)</enum><text display-
inline="yes-display-inline">the Department of Homeland Security;</text></clause>

<clause id="H77A02EE3147A4A82A2F07255F1C15DE6"><enum>(xiii)</enum><text display-
inline="yes-display-inline">the Central Intelligence Agency;</text></clause>

<clause id="H89D8A664FB294A498B038EB2DCCB013A"><enum>(xiv)</enum><text display-
inline="yes-display-inline">the Office of the Director of National
Intelligence;</text></clause>

<clause id="H5F45483276834C9B97875A1E378F4391"><enum>(xv)</enum><text display-
inline="yes-display-inline">the Office of Management and Budget;</text></clause>

<clause id="H2CBB7A954C55415F91596CFEA043592C"><enum>(xvi)</enum><text display-
inline="yes-display-inline">the National Economic Council; and</text></clause>

<clause id="HE504F00845B740DAA3D1B52887819B51"><enum>(xvii)</enum><text>such other
Federal department or agency as the President considers
appropriate.</text></clause></subparagraph>

<subparagraph
id="H59A5394632A640978F02A5C46660FCE0"><enum>(B)</enum><header>Chair</header><text>The
working group shall be chaired by the Director of the Office of Science and Technology
Policy (or the Directorâ€™s designee).</text></subparagraph></paragraph>

<paragraph
id="HE42DFAA177284AF180D115A4AF75D783"><enum>(3)</enum><header>Responsibilities of the
working group</header><text>The working group established under paragraph (1)
shallâ€"</text>

<subparagraph id="HFB322FB727E945E5964FBD662C3DE590"><enum>(A)</enum><text>identify
```

known and potential cyber, physical, and human intelligence threats and vulnerabilities within the United States scientific and technological enterprise;</text></subparagraph>

<subparagraph id="HC40C6E7573B44ABEA8AD53C2439F14C4"><enum>(B)</enum><text>coordinate efforts among agencies to share and update important information, including specific examples of foreign interference, cyber attacks, theft, or espionage directed at federally funded research and development or the integrity of the United States scientific enterprise;</text></subparagraph>

<subparagraph id="HFDC6C3D6591F42DC8E7CA3568EF9CC58"><enum>(C)</enum><text>identify and assess existing mechanisms for protection of federally funded research and development;</text></subparagraph>

<subparagraph id="HF8CD9D83033F4A98BE3494B6E1E15A59"><enum>(D)</enum><text>develop an inventory ofâ€"</text>

<clause id="H902E4E1148D3453C9E63FD3FB230DADF"><enum>(i)</enum><text>terms and definitions used across Federal science agencies to delineate areas that may require additional protection; and</text></clause>

<clause id="H3455FA6825DA4AD0A269B70BB5ED0EE2"><enum>(ii)</enum><text>policies and procedures at Federal science agencies regarding protection of federally funded research; and</text></clause></subparagraph>

<subparagraph id="H64F00643D7744F5A9C094E70E1DF661C"><enum>(E)</enum><text>develop and periodically update unclassified recommendations for policy guidance to assist Federal science agencies and grantees in defending against threats to federally funded research and development and the integrity of the United States scientific enterprise thatâ€"</text>

<clause id="H2A63C73DD6DB4FDA8358A975FFE1CB66"><enum>(i)</enum><text>includesâ€"</text>

<subclause id="H02E2D28002C14F9D9688A0B7186354CD"><enum>(I)</enum><text>descriptions of known and potential threats to federally funded research and development and the integrity of the United States scientific enterprise;</text></subclause>

<subclause id="H22B915CAA5B94E65A82C49839F05D648"><enum>(II)</enum><text>common definitions and terminology for categorization of research and technologies that are protected;</text></subclause>

<subclause id="H8012C47824CD41B090DC4DF4E71CC647"><enum>(III)</enum><text>identified areas of research or technology that might require additional protection;</text></subclause>

<subclause id="H83119B03E0BA4F268476CC0F4FE823BF"><enum>(IV)</enum><text>recommendations for how control mechanisms can be utilized to protect federally funded research and development from foreign interference, cyber attacks, theft or espionage, including any recommendations for updates to existing control mechanisms;</text></subclause>

<subclause id="H1B103776620F4589946595F23E3F0A54"><enum>(V)</enum><text display-inline="yes-display-inline">recommendations for best practices for Federal science agencies, universities, and grantees to defend against threats to federally funded research and development, including coordination and harmonization of any relevant reporting requirements that Federal science agencies implement for grantees, and by providing such best practices with grantees and universities at the time of awarding such grants or entering into research contracts;</text></subclause>

<subclause id="H7DDF5FF0585D4D5787880EEF6DB5D446"><enum>(VI)</enum><text>a remediation plan for grantees and universities to mitigate the risks regarding such threats before research grants or contracts are cancelled because of such threats;</text></subclause>

<subclause id="HAE219F9298454C07B5E6CE002C8A0BD2"><enum>(VII)</enum><text display-inline="yes-display-inline">recommendations for providing opportunities and facilities for academic researchers to perform controlled and classified research in support of Federal missions; </text></subclause>

<subclause id="H4B66FAC6E90C4FC38FB5DDEC32200D25"><enum>(VIII)</enum><text>assessments of potential consequences that any proposed practices would have on international collaboration and United States leadership in science and technology; and</text></subclause>

WASHSTATEC015396

```
<subclause id="H8B0CBF105B154EBB9D0F97D09732C606"><enum>(IX)</enum><text>a classified
addendum as necessary to further inform Federal science agency decisionmaking;
and</text></subclause></clause>
```

```
<clause id="HAA492421023C451BB26F20C04C45D455"><enum>(ii)</enum><text>accounts for the
range of needs across different sectors of the United States science and technology
enterprise.</text></clause></subparagraph></paragraph>
```

```
<paragraph id="H14459F1D7EE54423BF863D947B795EF7"><enum>(4)</enum><header>Policy
guidance</header><text display-inline="yes-display-inline">Not later than 270 days
after the date of the enactment of this Act, the Director of the Office of Science and
Technology Policy, in consultation with the working group established under paragraph
(1), shallâ€"</text>
```

```
<subparagraph id="H046C41DEBF5543DD957EADFBF424A02F"><enum>(A)</enum><text>develop and
issue policy guidance to Federal science agencies with more than $100,000,000 in
extramural research in fiscal year 2018 to protect against threats to federally funded
research and the United States science enterprise, including foreign interference,
cyber attacks, theft, or espionage; and</text></subparagraph>
```

```
<subparagraph id="H18BF1FB1D94E45A19F03290BF470DED3"><enum>(B)</enum><text>encourage
consistency in the policies developed by Federal science agencies with more than
$100,000,000 in extramural research in fiscal year 2018, as appropriate, and factoring
in the potential range of applications across different areas of science and
technology. </text></subparagraph></paragraph>
```

```
<paragraph id="H17EA9EB619D047DBB44CBA97DBB5E910"><enum>(5)</enum><header>Coordination
with national academies roundtable</header><text>The Director of the Office of Science
and Technology Policy shall coordinate with the Academies to ensure that at least one
member of the interagency working group is also a member of the roundtable under
subsection (b).</text></paragraph>
```

```
<paragraph id="HAD48E0C02A6742CE843507E4BE85B549"><enum>(6)</enum><header>Interim
report</header><text>Not later than six months after the date of enactment of this Act,
the Director of the Office of Science and Technology Policy shall provide a report to
the relevant committees that includes the inventory required under paragraph (3)(D),
and an update on progress toward developing the policy guidance required under
paragraphs (3)(E) and (4), as well as any additional activities undertaken by the
working group in that time.</text></paragraph>
```

```
<paragraph id="H422FA818025648C1A5511376AE487BB5"><enum>(7)</enum><header>Biennial
reporting</header><text>Two years after the date of enactment of this Act, and at least
every two years thereafter, the Director of the Office of Science and Technology Policy
shall provide a summary report to the relevant committees on the activities of the
working group and the most current version of the policy guidance required under
paragraph (4).</text></paragraph>
```

```
<paragraph
id="HDBD3C4635D744A22B86E7E9D26D8EE0A"><enum>(8)</enum><header>Termination</header><text display-inline="yes-display-inline">The working group established or designated under
paragraph (1) shall terminate on the date that is ten years after the date on which
such working group is established or designated.</text></paragraph></subsection>
```

```
<subsection id="HE23800DBA27D46A597E7031E765D834D"><enum>(b)</enum><header>National
academies science, technology and security roundtable</header>
```

```
<paragraph id="H24602FEEF01849FF8A2A002A44D47C37"><enum>(1)</enum><header>In
general</header><text>The National Science Foundation, the Department of Energy, and
the Department of Defense, and any other agencies as determined by the Director of the
Office of Science and Technology Policy, shall enter into a joint agreement with the
Academies to create a new <quote>National Science, Technology, and Security
Roundtable</quote> (hereinafter in this subsection referred to as the
<quote>roundtable</quote>). </text></paragraph>
```

```
<paragraph
id="H77A98819424D4D28AF6E1B6553894B7F"><enum>(2)</enum><header>Participants</header><te
xt>The roundtable shall include senior representatives and practitioners from Federal
science, intelligence, and national security agencies, law enforcement, as well as key
stakeholders in the United States scientific enterprise including institutions of
higher education, Federal research laboratories, industry, and non-profit research
```

WASHSTATEC015397

organizations.</text></paragraph>

<paragraph
id="H417FDFDC6F574553B65D7420BA205A6E"><enum>(3)</enum><header>Purpose</header><text>Th
e purpose of the roundtable is to facilitate among participantsâ€"</text>

<subparagraph id="H2C09B9CEC8474A94B4EC4D38DD0DF00E"><enum>(A)</enum><text>exploration
of critical issues related to protecting United States national and economic security
while ensuring the open exchange of ideas and international talent required for
scientific progress and American leadership in science and
technology;</text></subparagraph>

<subparagraph
id="H31C14F1D01C2470192C83CD3EEF4A226"><enum>(B)</enum><text>identification and
consideration of security threats and risks involving federally funded research and
development, including foreign interference, cyber attacks, theft, or
espionage;</text></subparagraph>

<subparagraph
id="H362E217DEDB4421BAF9F4475E68EBFA2"><enum>(C)</enum><text>identification of
effective approaches for communicating the threats and risks identified in subparagraph
(b) to the academic and scientific community, including through the sharing of
unclassified data and relevant case studies;</text></subparagraph>

<subparagraph id="HBD092779F882451D9B0B9FDE30C89296"><enum>(D)</enum><text>sharing of
best practices for addressing and mitigating the threats and risks identified in
subparagraph (B); and</text></subparagraph>

<subparagraph id="H5D6B71F8A9BB40758A5652A7123AC3B8"><enum>(E)</enum><text>examination
of potential near- and long-term responses by the Government and the academic and
scientific community to mitigate and address the risks associated with foreign
threats.</text></subparagraph></paragraph>

<paragraph id="HCDEA81A283614245B97C85EC7D7766C1"><enum>(4)</enum><header>Report and
briefing</header><text display-inline="yes-display-inline">The joint agreement under
paragraph (1) shall specify thatâ€"</text>

<subparagraph id="HCDCD44B664784BBEB35AF39B3011DCB9"><enum>(A)</enum><text>the
roundtable shall periodically organize workshops and issue publicly available reports
on the topics described in paragraph (3) and the activities of the roundtable;
</text></subparagraph>

<subparagraph id="H451C61A57C834008AD3CD7476B84A1B4"><enum>(B)</enum><text display-
inline="yes-display-inline">not later than March 1, 2020, the Academies shall provide a
briefing to the relevant committees on the progress and activities of the roundtable;
and</text></subparagraph>

<subparagraph id="HA9C1E476FCEE4D70887F899B1DCDC08F"><enum>(C)</enum><text display-
inline="yes-display-inline">the Academies shall issue a final report on its activities
to the relevant committees before the end of fiscal year
2024.</text></subparagraph></paragraph>

<paragraph
id="H9A8BF66DE9A24699B8549A3CA6A0A104"><enum>(5)</enum><header>Termination</header><tex
t>The roundtable shall terminate on September 30, 2024.</text></paragraph></subsection>

<subsection
id="HF466947778644BE297AB5DA94A462B68"><enum>(c)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H8D70ED57140744E3B68900FAE35925B9" display-inline="no-display-
inline"><enum>(1)</enum><text>The term <quote>Academies</quote> means the National
Academies of Science, Engineering and Medicine.</text></paragraph>

<paragraph id="H3B5C262698C843B892CD52FC4F8631C4"><enum>(2)</enum><text>The term
<quote>Federal science agency</quote> means any Federal agency with at least
$100,000,000 in basic and applied research obligations in fiscal year
2018.</text></paragraph>

<paragraph id="H896F6E14449A4A83B9C04F6A76DCE9D4"><enum>(3)</enum><text>The term
<quote>grantee</quote> means an entity that isâ€"</text>

```
<subparagraph id="H9E6E1A4A86AC487BAFD4DBC08CD4C4FE"><enum>(A)</enum><text>a recipient
or subrecipient of a Federal grant or cooperative agreement; and</text></subparagraph>

<subparagraph id="H53D004F55C0C4AC797E6758E45E74700"><enum>(B)</enum><text>an
institution of higher education or a non-profit
organization.</text></subparagraph></paragraph>

<paragraph id="H48A3DA88F410428DA29591FEF77AD8D2"><enum>(4)</enum><text>The term
<quote>relevant committees</quote> meansâ€"</text>

<subparagraph id="H2CE968E81B444DDBB920694E06EC985F"><enum>(A)</enum><text> the
Committee on Science, Space, and Technology of the House of
Representatives;</text></subparagraph>

<subparagraph id="H9937EEA4E8B74DB1BCEEDEEB916CF5E5"><enum>(B)</enum><text>the
Committee on Commerce, Science, and Transportation of the Senate;</text></subparagraph>

<subparagraph id="H923475BA257E4343980CA49F939E189B"><enum>(C)</enum><text>the
Committee on Armed Services of the House of Representatives;</text></subparagraph>

<subparagraph id="H0A05AB0C9DE14534B926A6ECDF3B85D7"><enum>(D)</enum><text>the
Committee on Armed Services of the Senate; and</text></subparagraph>

<subparagraph id="H2E12EAF51C664DD690FAECDEDEE727AD"><enum>(E)</enum><text>the
Committee on Homeland Security and Governmental Affairs of the
Senate.</text></subparagraph></paragraph></subsection></section>

<section id="H6B04B659FEB0425BB41810C35EAA9578"><enum>1747.</enum><header>Standardized
policy guidance for calculating aircraft operation and sustainment costs</header><text
display-inline="no-display-inline">Not later than 270 days after the date of the
enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment,
in coordination with the Director of Cost Analysis and Program Evaluation and in
consultation with the Secretary of each of the military services, shall develop and
implement standardized policy guidance for calculating aircraft operation and
sustainment costs for the Department of Defense. Such guidance shall provide for a
standardized calculation ofâ€"</text>

<paragraph id="H5F3B0DE6A65F48D6AEAC7EEA76AEA647"><enum>(1)</enum><text>aircraft cost
per flying hour;</text></paragraph>

<paragraph id="H75502225F6524AEC8264AAF67E7F1316"><enum>(2)</enum><text>aircraft cost
per aircraft tail per year;</text></paragraph>

<paragraph id="H77B127F5CF6644EBAE31125AAF068553"><enum>(3)</enum><text>total cost of
ownership per flying hour for aircraft systems;</text></paragraph>

<paragraph id="H4D9ABDEB7724456B9F9C6F19C924EB5D"><enum>(4)</enum><text>average annual
operation and sustainment cost per aircraft; and</text></paragraph>

<paragraph id="H192DA6C199B44AEB8F6763F56EDC57F5"><enum>(5)</enum><text>any other cost
metrics the Under Secretary of Defense determines
appropriate.</text></paragraph></section>

<section id="H313139E3F20D431C8ECBBD6C43E16357"><enum>1748.</enum><header>Special
Federal Aviation Regulation Working Group</header>

<subsection id="H49D0EFB4EADD45AABEB3CB94F888453D"><enum>(a)</enum><header>In
general</header><text>Not later than 90 days after the date of the enactment of this
Act, the Secretary of Defense, the Secretary of Transportation, and the Secretary of
State, shall jointly establish a Special Federal Aviation Regulation (in this section
referred to as the <quote>SFAR</quote>) interagency working group to review the current
options for the Department of Defense to use contracted United States civil aviation to
provide support for Department of Defense missions in areas where a Federal Aviation
Administration SFAR is in effect.</text></subsection>

<subsection
id="H7E9E02FD5CFA4AF6B55C9EC3D2058765"><enum>(b)</enum><header>Duties</header><text>The
working group shallâ€"</text>

<paragraph id="HF39658000A444AADAE73636082C40C2A"><enum>(1)</enum><text>analyze all
options currently available for the Department of Defense to use contracted United
States civil aviation to provide support for Department of Defense missions in areas
```

WASHSTATEC015399

where a Federal Aviation Administration SFAR is in effect;</text></paragraph>

<paragraph id="H26F203CD0367442CB6B5E44CEEA86928"><enum>(2)</enum><text display-inline="yes-display-inline">review existing processes of the Department of Defense, the Federal Aviation Administration, and the Department of State, with respect to the Department of Defense’s use of contracted United States civil aviation in areas where a Federal Aviation Administration SFAR is in effect;</text></paragraph>

<paragraph id="HB672BDD9C6AB4E21AD3A47B1456569D9"><enum>(3)</enum><text>identify any issues, inefficiencies, or concerns with the existing options and processes, including safety of flight, legal considerations, mission delivery, and security considerations; and</text></paragraph>

<paragraph id="H9110D46724284FB3B5BEC875AB227BD3"><enum>(4)</enum><text display-inline="yes-display-inline">develop recommendations, if any, to improve existing processes or expand the options available for the Department of Defense to use contracted United States civil aviation to provide support to Department of Defense missions in areas where a Federal Aviation Administration SFAR is in effect.</text></paragraph></subsection>

<subsection id="H0D669453D4F040368E99AA137E518261"><enum>(c)</enum><header>Members</header>

<paragraph id="H166E5426AA164E35ADEBAD9023DB3C8B"><enum>(1)</enum><header>Appointment</header><text>The Secretary of Defense, the Secretary of Transportation, and the Secretary of State shall each appoint not more than 5 members to the working group with expertise in civil aviation safety, state aircraft operations, the provision of contracted aviation support to the Department of Defense, and the coordination of such efforts between the Department of Defense, the Department of State, and the Federal Aviation Administration. The 5 members appointed by the Secretary of Transportation shall include at least 3 members from the Federal Aviation Administration.</text></paragraph>

<paragraph id="H844326426DA7434CB90238E88A6D47FC"><enum>(2)</enum><header>Qualifications</header><text>All working group members shall be full-time employees of the Federal Government with appropriate security clearances to allow discussion of all classified information and materials necessary to fulfill the working group’s duties pursuant to subsection (b).</text></paragraph></subsection>

<subsection id="H00B4E0EA0F214CD791AD15946B6F3FD2"><enum>(d)</enum><header>Report</header><text>Not later than 1 year after the date it is established, the working group shall submit a report on its findings and any recommendations developed pursuant to subsection (b) to the congressional defense committees, the Committee on Commerce, Science, and Transportation of the Senate, and the Committee on Transportation and Infrastructure of the House of Representatives.</text></subsection>

<subsection id="H796D65FAFA274E54A144CF5A72F045DD"><enum>(e)</enum><header>Termination</header><text>The working group shall terminate 90 days after the date the report is submitted under subsection (d).</text></subsection>

<subsection id="HBB8F42CB9AAF413D8CBB3ECDC47978F3"><enum>(f)</enum><header>Definitions</header><text>In this section the following definitions apply:</text>

<paragraph id="H0A195EB8F6464C0385DC50B3A3AC699C"><enum>(1)</enum><text>The term <quote>United States civil aviation</quote> means—</text>

<subparagraph id="H44C6305C66B54754A055CD09C58EFA5F"><enum>(A)</enum><text>United States air carriers and United States commercial operators;</text></subparagraph>

<subparagraph id="H79A95089F0984A61918E561220AEC55A"><enum>(B)</enum><text display-inline="yes-display-inline">persons exercising the privileges of an airman certificate issued by the FAA, except such persons operating United States-registered aircraft for a foreign air carrier; and </text></subparagraph>

<subparagraph id="H2BFE3D1BB5584ED7B466605F2FEE41FF"><enum>(C)</enum><text>operators of civil aircraft registered in the United States, except where the operator of such aircraft is a foreign air carrier.</text></subparagraph></paragraph>

WASHSTATEC015400

```
<paragraph id="HFA72A4D321E6405A96C4723C97129C8C"><enum>(2)</enum><text>The term
<quote>Federal Aviation Administration SFAR</quote> means the Special Federal Aviation
Regulation included under subpart M of part 91 of title 14, Code of Federal
Regulations.</text></paragraph></subsection></section>

<section id="HA8830453BE3B4A02B2677F9DA28B77AB" section-type="subsequent-
section"><enum>1749.</enum><header>Prohibition on names related to the
Confederacy</header>

<subsection id="H5403ABA7C44F437DAB3669756F37FEA2"><enum>(a)</enum><header>Prohibition
on names related to the Confederacy</header><text display-inline="yes-display-
inline">In naming a new asset or renaming an existing asset, the Secretary of Defense
or the Secretary of a military department may not give a name to an asset that refers
to, or includes a term referring to, the Confederate States of America (commonly
referred to as the <quote>Confederacy</quote>), including any name referring
toâ€''</text>

<paragraph id="H968F344B42504732A29189C39EE737C5"><enum>(1)</enum><text>a person who
served or held leadership within the Confederacy; or</text></paragraph>

<paragraph id="H45F567B2649745A5855A7C00E502B99F"><enum>(2)</enum><text display-
inline="yes-display-inline">a Confederate battlefield
victory.</text></paragraph></subsection>

<subsection id="HCA998A0705534924AF74EDDFAA5AFA90"><enum>(b)</enum><header>Asset
defined</header><text>In this section, the term <quote>asset</quote> includes any base,
installation, facility, aircraft, ship, equipment, or any other property owned or
controlled by the Department of Defense or a military department.</text></subsection>

<subsection id="H10C3F4D8625C48F8935D398182489049"><enum>(c)</enum><header>Savings
clause</header><text display-inline="yes-display-inline">Nothing in this section may be
construed as requiring a Secretary concerned to initiate a review of previously named
assets.</text></subsection></section>

<section id="HB5B1298F8E7C4DDA88F1FBB7AC09081C"><enum>1750.</enum><header>Support for
National Maritime Heritage Grants program</header><text display-inline="no-display-
inline">Of the funds authorized to be appropriated by this Act for fiscal year 2020 for
the Department of Defense, the Secretary of Defense may contribute up to $5,000,000 to
support the National Maritime Heritage Grants Program established under section 308703
of title 54, United States Code.</text></section>

<section id="HE3CA36EABD88478194A5B4E5020CA176"><enum>1751.</enum><header>Support for
world language advancement and readiness</header>

<subsection id="HEBCD67BDEE6148B2B2E278491EEA1CD2"><enum>(a)</enum><header>Program
authority</header>

<paragraph id="H7BC61E092B9D4618A6FFFC216EA8246D"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense, in
consultation with the Director of National Intelligence and the Secretary of Education,
may carry out a program under which the Secretary may provide support to eligible
entities for the establishment, improvement, or expansion of world language study for
elementary school and secondary school students.</text></paragraph>

<paragraph id="H2A9E0549A5184EBBA7B5A5C55B392D81"><enum>(2)</enum><header>Special
requirements for local educational agencies</header><text>In providing support under
paragraph (1) to an eligible entity that is a local educational agency, the Secretary
of Defense shall support programs thatâ€''</text>

<subparagraph id="HE969BCDBE7EB4D5884EDCF74C82A4E34"><enum>(A)</enum><text>show the
promise of being continued after such support is no longer
available;</text></subparagraph>

<subparagraph id="HB3105E822BAB4074B8145ED1345891AF"><enum>(B)</enum><text>demonstrate
approaches that can be disseminated to and duplicated in other local educational
agencies; and</text></subparagraph>

<subparagraph id="H6A5BB11606D34675B2E90CD71D721FE9"><enum>(C)</enum><text>may include
a professional development component.</text></subparagraph></paragraph>

<paragraph
```

WASHSTATEC015401

id="H1B0537B5FC4F4F449D56D8182C0E0035"><enum>(3)</enum><header>Applications</header>

<subparagraph id="H1C97B56FEC7E4B28B46A7AAB79042D3A"><enum>(A)</enum><header>In general</header><text>To be considered for support under paragraph (1), an eligible entity shall submit an application to the Secretary of Defense at such time, in such manner, and containing such information and assurances as the Secretary may require.</text></subparagraph>

<subparagraph id="H645B8B52E13B48B0891E3124AA37098D"><enum>(B)</enum><header>Special consideration</header><text>The Secretary of Defense shall give special consideration to applications describing programs thatâ€"</text>

<clause id="HE7803F36A5BD4FB78BCBB2A773AA701E"><enum>(i)</enum><text>include intensive summer world language programs for professional development of world language teachers;</text></clause>

<clause id="H785E63F55EF5458585694CC43C784FA6"><enum>(ii)</enum><text>link nonnative English speakers in the community with the schools in order to promote two-way language learning;</text></clause>

<clause id="HAEA2C62180054C44AFEF5F6ADC8EDB56"><enum>(iii)</enum><text>promote the sequential study of a world language for students, beginning in elementary schools;</text></clause>

<clause id="H5A64151982224417B1A90CA1DC8DE65F"><enum>(iv)</enum><text>make effective use of technology, such as computer-assisted instruction, language laboratories, or distance learning, to promote world language study;</text></clause>

<clause id="HA751E5E0E2844059A4E4EAF00F38E6B7"><enum>(v)</enum><text>promote innovative activities, such as dual language immersion, partial world language immersion, or content-based instruction; and</text></clause>

<clause id="HEAEA1E353D9C4FDABC0B9450F2D1F3B6"><enum>(vi)</enum><text>are carried out through a consortium comprised of the eligible entity receiving the grant, an elementary school or secondary school, and an institution of higher education (as that term is defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)).</text></clause></subparagraph></paragraph></subsection>

<subsection id="HCE5C2AB9E7B24F069C09129AB01CA9B0"><enum>(b)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HDB3C205DEB044DBDAD2C8A2358F7CDC2"><enum>(1)</enum><header>Eligible entity</header><text>The term <quote>eligible entity</quote> means the following:</text>

<subparagraph id="H8A95CAAEAEAB4132AF40BFDE2AF3E032"><enum>(A)</enum><text>A local educational agency that hosts a unit of the Junior Reserve Officersâ€™ Training Corps.</text></subparagraph>

<subparagraph id="H83622739BE49468DAFDC50C5BA40E0B8"><enum>(B)</enum><text>A school operated by the Department of Defense Education Activity.</text></subparagraph></paragraph>

<paragraph id="H9707FA662EAA4DE5A247033D68FA124A"><enum>(2)</enum><header>Esea terms</header><text>The terms <quote>elementary school</quote>, <quote>local educational agency</quote> and <quote>secondary school</quote> have the meanings given the terms in section 8101 of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7801).</text></paragraph>

<paragraph id="HFDB8EF2AC5AE4A2BB324F8DB776A543E"><enum>(3)</enum><header>World language</header><text>The term <quote>world language</quote> meansâ€"</text>

<subparagraph id="HA18EE1DED1E34639B62E39B95DB5C3C6"><enum>(A)</enum><text>any natural language other than English, includingâ€"</text>

<clause id="H41D07CFA139747DB9EBEF3852F5E8B2B"><enum>(i)</enum><text>languages determined by the Secretary of Defense to be critical to the national security interests of the United States;</text></clause>

<clause id="H05F1FD1DD8AA43049B62D753A0355108"><enum>(ii)</enum><text>classical languages;</text></clause>

\<clause id="H3113927955B448468454424FB8B45B24"\>\<enum\>(iii)\</enum\>\<text\>American sign language; and\</text\>\</clause\>

\<clause id="H38FA9ABFBF5C4D3381CEA1EBD61FCB7B"\>\<enum\>(iv)\</enum\>\<text\>Native American languages; and\</text\>\</clause\>\</subparagraph\>

\<subparagraph id="HF495BC427ECA46138017DBD02155B8BB"\>\<enum\>(B)\</enum\>\<text\>any language described in subparagraph (A) that is taught in combination with English as part of a dual language or immersion learning program.\</text\>\</subparagraph\>\</paragraph\>\</subsection\>\</section\>

\<section id="HC14874B3D7414E5CBDCDA8458502C860"\>\<enum\>1752.\</enum\>\<header\>Designation of Department of Defense strategic Arctic ports\</header\>

\<subsection id="H960E7408FB7F4027B72C2B27261D9956"\>\<enum\>(a)\</enum\>\<header\>Sense of Congress\</header\>\<text\>It is the sense of Congress thatâ€"\</text\>

\<paragraph id="H1FB01DAB37B24C39B2954859A16FEE91"\>\<enum\>(1)\</enum\>\<text display-inline="yes-display-inline"\>the Arctic is a region of strategic importance to the national security interests of the United States and the Department of Defense must better align its presence, force posture, and capabilities to meet the growing array of challenges in the region; and\</text\>\</paragraph\>

\<paragraph id="H51232596C93F41D089C6C53E472D4817"\>\<enum\>(2)\</enum\>\<text\>although much progress has been made to increase awareness of Arctic issues and to promote increased presence in the region, additional measures, including the designation of one or more strategic Arctic ports, are needed to show the commitment of the United States to this emerging strategic choke point of future great power competition.\</text\>\</paragraph\>\</subsection\>

\<subsection id="H80E8A752331A4C2D90F1051C599DD4BC"\>\<enum\>(b)\</enum\>\<header\>Report required\</header\>

\<paragraph id="H34EDF45388A64D399357592B610D46E1"\>\<enum\>(1)\</enum\>\<header\>In general\</header\>\<text\>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff, the Commanding General of the United States Army Corps of Engineers, the Commandant of the Coast Guard, and the Administrator of the Maritime Administration, shall submit to the congressional defense committees a report evaluating potential sites for one or more strategic ports in the Arctic.\</text\>\</paragraph\>

\<paragraph id="H551E9A6480A04BCBAF8AF4A17B7BD6C0"\>\<enum\>(2)\</enum\>\<header\>Elements\</header\>\<text\>Consistent with the updated military strategy for the protection of United States national security interests in the Arctic region set forth in the report required under section 1071 of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 114â€"92; 129 Stat. 992), the report required under paragraph (1) shall includeâ€"\</text\>

\<subparagraph id="H84BBA91D36D14899AC16A0A516203AA0"\>\<enum\>(A)\</enum\>\<text\>an evaluation of the amount of sufficient and suitable space needed to create capacity for port and other necessary infrastructure for at least one of each of type of Navy or Coast Guard vessel, including an Arleigh Burke class destroyer of the Navy, a national security cutter, and a heavy polar ice breaker of the Coast Guard;\</text\>\</subparagraph\>

\<subparagraph id="HB563EF1268EA44C284C8C5B97ACC7059"\>\<enum\>(B)\</enum\>\<text\>an evaluation of the amount of sufficient and suitable space needed to create capacity for equipment and fuel storage, technological infrastructure, and civil infrastructure to support military and civilian operations, includingâ€"\</text\>

\<clause id="H44058083DBF94B1FADFC8D6590002FF8"\>\<enum\>(i)\</enum\>\<text\>aerospace warning;\</text\>\</clause\>

\<clause id="H2CFD0A25F19F4E71A5590017F5312CA1"\>\<enum\>(ii)\</enum\>\<text\>maritime surface and subsurface warning;\</text\>\</clause\>

\<clause id="H2C5DF1081CAD440089B648462440E969"\>\<enum\>(iii)\</enum\>\<text\>maritime control and defense;\</text\>\</clause\>

\<clause id="HE85FEF83EE4F4C7DAFE2FE80656A78EC"\>\<enum\>(iv)\</enum\>\<text\>maritime domain

awareness;</text></clause>

<clause id="HC619FBD8EA9E462699C5B3606542097D"><enum>(v)</enum><text>homeland defense;</text></clause>

<clause id="HB49BBAE3C2F04D128B4C1F685CC9A1ED"><enum>(vi)</enum><text>defense support to civil authorities;</text></clause>

<clause id="HEFD4CC96B2E14043BB94DA470C705D44"><enum>(vii)</enum><text>humanitarian relief;</text></clause>

<clause id="HAF3B1C9D542D4C07A95FF5F6E7DCA213"><enum>(viii)</enum><text>search and rescue;</text></clause>

<clause id="HBB57035216CE43D0AD17820F46A84AF6"><enum>(ix)</enum><text>disaster relief;</text></clause>

<clause id="HF88B43A3D55141878A56C93C87636353"><enum>(x)</enum><text>oil spill response;</text></clause>

<clause id="H67A215F821CB4C8783CFE07351005914"><enum>(xi)</enum><text>medical stabilization and evacuation; and</text></clause>

<clause id="H783BC094FBFA4078A4EE28D207F2A3BC"><enum>(xii)</enum><text>meteorological measurements and forecasting;</text></clause></subparagraph>

<subparagraph id="HF7EE727168F14AC29D83F156E7D939C4"><enum>(C)</enum><text>an identification of proximity and road access required to an airport designated as a commercial service airport by the Federal Aviation Administration that is capable of supporting military and civilian aircraft for operations designated in subparagraph (B);</text></subparagraph>

<subparagraph id="HAC7E74682A9D4C29AC1F98315F3B65E7"><enum>(D)</enum><text>a description of the requirements, to include infrastructure and installations, communications, and logistics necessary to improve response effectiveness to support military and civilian operations described in subparagraph (B);</text></subparagraph>

<subparagraph id="H55326067839146D594067E5E1F2CA8A8"><enum>(E)</enum><text>an identification of the sites that the Secretary recommends as potential sites for designation as Department of Defense Strategic Arctic Ports;</text></subparagraph>

<subparagraph id="H13255C21EF8741D68433420477A8E07B"><enum>(F)</enum><text>the estimated cost of sufficient construction necessary to initiate and sustain expected operations at such sites; and</text></subparagraph>

<subparagraph id="H943B32F53E624A2D90F0280B8674969B"><enum>(G)</enum><text>such other information as the Secretary deems relevant.</text></subparagraph></paragraph></subsection>

<subsection id="H388293127AB84D82ADFE18F1C8D4CE40"><enum>(c)</enum><header>Designation of strategic arctic ports</header><text>Not later than 90 days after the date on which the report required under subsection (b) is submitted, the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff, the Commanding General of the United States Army Corps of Engineers, the Commandant of the Coast Guard, and the Administrator of the Maritime Administration, may designate one or more ports as Department of Defense Strategic Arctic Ports from the sites identified under subsection (b)(2)(E).</text></subsection>

<subsection id="H04E55685D5B8444AD7B7096EE901F9F"><enum>(d)</enum><header>Rule of construction</header><text>Nothing in this section may be construed to authorize any additional appropriations for the Department of Defense for the establishment of any port designated pursuant to this section.</text></subsection>

<subsection id="H2B2EB8768EDC436A8D90BFE7587438B3"><enum>(e)</enum><header>Arctic defined</header><text>In this section, the term <quote>Arctic</quote> has the meaning given that term in section 112 of the Arctic Research and Policy Act of 1984 (15 U.S.C. 4111).</text></subsection></section>

<section id="H1835A970A2DB44C093F1F59560ED761A" section-type="subsequent-section"><enum>1753.</enum><header>Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure </header>

<subsection id="HD29F9FCF5CDD4B00AA9F9A332F32713C"><enum>(a)</enum><header>Review of nuclear deterrence postures</header>

<paragraph id="H1F3927B2B5CD465089E7238F1EE1CEE8"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall seek to enter into agreements with two federally funded research and development centers for the conduct of independent reviews of alternative defense postures that achieve United States national security objectives and could produce cost savings. Each such review shall includeâC"</text>

<subparagraph id="H58D64135E4D24EA1B914442E2A90D9A2"><enum>(A)</enum><text display-inline="yes-display-inline">alternative nuclear deterrence postures to achieve national security objectives, including two alternatives with reduced and increased force posture levels;</text></subparagraph>

<subparagraph id="HE25E119891FF439C8DC858861A9BE01B"><enum>(B)</enum><text>the options for and cost impacts resulting from changes to force structure, active and reserve component balance, domestic and overseas basing, and other impacts resulting from potential challenges to foundational planning assumptions to achieve national security objectives;</text></subparagraph>

<subparagraph id="H617A288FCFF64EE48BD7FE333D6F030E"><enum>(C)</enum><text>the potential cost savings from alterations to the current balance between the military and civilian workforces; and</text></subparagraph>

<subparagraph id="H9A35AD181D344FB796F05A3EDE8B4035"><enum>(D)</enum><text>options for reducing service contracts in the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="H6935C1490FB84BB280816A70960FF794"><enum>(2)</enum><header>Cost data</header><text display-inline="yes-display-inline">A federally funded research and development center that conducts a review pursuant to paragraph (1) shall standardize cost data through the use of Department of Defense cost estimation methodologies and may make reference to appropriate national security policy documents.</text></paragraph>

<paragraph id="H94A7A8836990430DA0E53BAED26C7304"><enum>(3)</enum><header>Access to classified information</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide to such a center classified information on threat capability developments, plans, and intentions of China, Russia, North Korea, Iran, and violent extremist organizations.</text></paragraph></subsection>

<subsection id="H7F717ECA30384FEF86EAD2843C7C9445"><enum>(b)</enum><header>Report and briefings</header>

<paragraph id="H972908A5A1BF446EBD3122906D32DD05"><enum>(1)</enum><header>Briefing on cost savings</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Comptroller General of the United States shall provide to the congressional defense committees a briefing on the recommendations of the Comptroller General with respect to cost savings in the Department of Defense.</text></paragraph>

<paragraph id="H8FF218758DFD4546B6D45D67DB1B0B69"><enum>(2)</enum><header>Briefing on efficiency initiatives</header><text>Not later than February 1, 2020, the Comptroller General of the United States shall provide to the congressional defense committees a briefing on the recommendations of the Comptroller General with respect to the efficiency initiatives undertaken by the Office of the Chief Management Officer of the Department of Defense.</text></paragraph>

<paragraph id="HC69FA0963177425AAC54DF7D7BFA3A30"><enum>(3)</enum><header>Report</header><text>Subsequent to providing the briefing under paragraph (2), the Comptroller General shall submit to the congressional defense committees a report on the matters covered by the briefing.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H69BFF851114846218F5E246C3917CCDC" section-type="subsequent-section"><enum>1754.</enum><header display-inline="yes-display-inline">Comprehensive Department of Defense policy on collective self-defense</header>

<subsection commented="no" display-inline="no-display-inline" id="H750316C907364F568007377E4C74A985"><enum>(a)</enum><header display-inline="yes-display-inline">Comprehensive policy required</header><text display-inline="yes-

display-inline">The Secretary of Defense shall prescribe a comprehensive written policy
for the Department of Defense on the issuance of authorization for, and the provision
by members and units of the United States Armed Forces of, collective self-defense to
designated foreign nationals, their facilities, and their property.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H2CCB4A9DEC544BD7A607E0EFE376892D"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The policy
required by subsection (a) shall address the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H1D361F78FC87454CA16E672D97481DA1"><enum>(1)</enum><text display-inline="yes-
display-inline">Each basis under domestic and international law pursuant to which a
member or unit of the United States Armed Forces has been or may be authorized to
provide collective self-defense to designated foreign nationals, their facilities, or
their property under each circumstance as follows:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDA3BA4289E4741FEB8D69A28FD67806B"><enum>(A)</enum><text display-inline="yes-
display-inline">Inside an area of active hostilities, or in a country or territory in
which United States forces are authorized to conduct or support direct action
operations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9A5D0610B79641CC8F4A9AAAE247681C"><enum>(B)</enum><text display-inline="yes-
display-inline">Outside an area of active hostilities, or in a country or territory in
which United States forces are not authorized to conduct direct action military
operations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2E4FC896EA8749CB8FDC11C5BBA40ED1"><enum>(C)</enum><text display-inline="yes-
display-inline">When United States personnel, facilities, or equipment are not
threatened, including both as described in subparagraph (A) and as described in
subparagraph (B).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD47615017401459A9AA9226E10D17563"><enum>(D)</enum><text display-inline="yes-
display-inline">When members of the United States Armed Forces are not participating in
a military operation as part of an international coalition.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7B48C3C1F789442F9B402FA7C9D15CA7"><enum>(E)</enum><text display-inline="yes-
display-inline">Any other circumstance not encompassed by subparagraphs (A) through (D)
in which a member or unit of the United States Armed Forces has been or may be
authorized to provide such collective self-defense.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H82F34525D36E4C09B502A722F0B6B615"><enum>(2)</enum><text display-inline="yes-
display-inline">A list and explanation of any limitations imposed by law or policy on
the provision of collective self-defense to designated foreign nationals, their
facilities, and their property under any of the bases in domestic or international law
in the circumstances enumerated in paragraph (1), and the conditions under which any
such limitation applies.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7A337824F6924E53BD3C9B7EF2E58DAE"><enum>(3)</enum><text display-inline="yes-
display-inline">The procedure by which a proposal that any member or unit of the United
States Armed Forces provide collective self-defense in support of designated foreign
nationals, their facilities, and their property is to be submitted, processed, and
endorsed through offices, officers, and officials of the Department to the applicable
approval authority for final decision, and a list of any information, advice, or
opinion to be included with such proposal in order to inform appropriate action on such
proposal by such approval authority.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4E7B719F25CE42A4B28E094941AB240B"><enum>(4)</enum><text display-inline="yes-
display-inline">The title and duty position of any officers and officials of the
Department empowered to render a final decision on a proposal described in paragraph
(3), and the conditions applicable to, and limitations on, the exercise of such
decisionmaking authority by each such officer or official.</text></paragraph>

WASHSTATEC015406

```
<paragraph commented="no" display-inline="no-display-inline"
id="H390A8206DC964F05BE467776338BB2AF"><enum>(5)</enum><text display-inline="yes-
display-inline">A description of the Rules of Engagement applicable to the provision of
collective self-defense to designated foreign nationals, their facilities, and their
property under any of the bases in domestic or international law in the circumstances
enumerated in paragraph (1), and the conditions under which any such Rules of
Engagement would be modified.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H65FA5F5918DA4BA1AD6F1DC2154B0F86"><enum>(6)</enum><text display-inline="yes-
display-inline">A description of the process through which policy guidance pertaining
to the authorization for, and the provision by members of the United States Armed
Forces of, collective self-defense to designated foreign nationals, their facilities,
and their property is to be disseminated to the level of tactical
execution.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7547DE6B42BE4B42A5D90A43470C60A8"><enum>(7)</enum><text display-inline="yes-
display-inline">Such other matters as the Secretary considers
appropriate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB64C247FFF4E4F65B3AC7AB97895A0F6"><enum>(c)</enum><header display-inline="yes-
display-inline">Report on policy</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H048AA1D77A4441BD81273CF96BC9EFD4"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 60 days after the date of the enactment of this Act, the Secretary shall submit to
the congressional defense committees a report setting forth the policy required by
subsection (a).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC7990C23F0604E75B4A88AA1D16C9D4B"><enum>(2)</enum><header display-inline="yes-
display-inline">DoD general counsel statement</header><text display-inline="yes-
display-inline">The Secretary shall include in the report under paragraph (1) a
statement by the General Counsel of the Department of Defense as to whether the policy
prescribed pursuant to subsection (a) is consistent with domestic and international
law.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H946FA69F9E054496A17561C72D21CE5D"><enum>(3)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
required by paragraph (1) may be submitted in classified
form.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H8C6B59C240C946D9A225A1A5334B21C2"><enum>(d)</enum><header display-inline="yes-
display-inline">Briefing on policy</header><text display-inline="yes-display-
inline">Not later than 30 days after the date of the submittal of the report required
by subsection (c), the Secretary shall provide the congressional defense committees a
classified briefing on the policy prescribed pursuant to subsection (a). The briefing
shall make use of vignettes designated to illustrate real world application of the
policy in each the circumstances enumerated in subsection
(b)(1).</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H2615933416BD4EF9A341BCC34A4D9E26" section-type="subsequent-
section"><enum>1755.</enum><header display-inline="yes-display-inline">Policy regarding
the transition of data and applications to the cloud</header>

<subsection commented="no" display-inline="no-display-inline"
id="HBA69012B4B6A479E947F7087DAEA4BEE"><enum>(a)</enum><header display-inline="yes-
display-inline">Policy required</header><text display-inline="yes-display-inline">Not
later than 180 days after the date of the enactment of this Act, the Chief Information
Officer of the Department of Defense and the Chief Data Officer of the Department
shall, in consultation with the J6 of the Joint Staff and the Chief Management Officer,
develop and issue enterprise-wide policy and implementing instructions regarding the
transition of data and applications to the cloud under the Department cloud strategy in
```

WASHSTATEC015407

accordance with subsection (b).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H59B910BFB54949BAB3365D696A16F9A8"><enum>(b)</enum><header display-inline="yes-
display-inline">Design</header><text display-inline="yes-display-inline">The policy
required by subsection (a) shall be designed to dramatically improve support to
operational missions and management processes, including by the use of artificial
intelligence and machine learning technologies, byâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HA4A451223D96438281E8C42D700B218E"><enum>(1)</enum><text display-inline="yes-
display-inline">making the data of the Department available to support new types of
analyses;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2460BAB7F2F6481B9C5D118F6EFE22C0"><enum>(2)</enum><text display-inline="yes-
display-inline">preventing, to the maximum extent practicable, the replication in the
cloud of data stores that cannot readily be accessed by applications for which the data
stores were not originally engineered;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD2D1FF1A9D5444E094E6765497124384"><enum>(3)</enum><text display-inline="yes-
display-inline">ensuring that data sets can be readily discovered and combined with
others to enable new insights and capabilities; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC4CB6983CD7840349E4631A630C22C8B"><enum>(4)</enum><text display-inline="yes-
display-inline">ensuring that data and applications are readily portable and not
tightly coupled to a specific cloud infrastructure or
platform.</text></paragraph></subsection></section>

<section id="H75581AE3D1854399A8040B18EBA97AC3"><enum>1756.</enum><header>Integrated
public alert and warning system</header>

<subsection
id="HD6E556246C8349FB9E2610CCC71673E6"><enum>(a)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this sectionâ€"</text>

<paragraph id="HA51F2ED45ABE4AEE89FD2255A2EB6561"><enum>(1)</enum><text>the term
<term>Administrator</term> means the Administrator of the Agency;</text></paragraph>

<paragraph id="H2A93BFC5DED646C6A2B728B4FCB4E4D1"><enum>(2)</enum><text>the term
<term>Agency</term> means the Federal Emergency Management Agency;</text></paragraph>

<paragraph id="H74970E4FA38B46A18D7C7B428A815CD9"><enum>(3)</enum><text>the term
<term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HDE12A72F01FD4046ACD235C731E191E8"><enum>(A)</enum><text>the
Committee on Homeland Security and Governmental Affairs of the
Senate;</text></subparagraph>

<subparagraph id="H82761613EAEA45CD9A1F5B9A0D0F596D"><enum>(B)</enum><text>the
Committee on Transportation and Infrastructure of the House of Representatives;
and</text></subparagraph>

<subparagraph id="H49E9E92A7B7E435FA8A628DD451758C0"><enum>(C)</enum><text>the
Committee on Homeland Security of the House of
Representatives;</text></subparagraph></paragraph>

<paragraph id="H6DC5E8C22A8D46348133EA7196F68902"><enum>(4)</enum><text>the term
<term>public alert and warning system</term> means the integrated public alert and
warning system of the United States described in section 526 of the Homeland Security
Act of 2002 (6 U.S.C. 321o);</text></paragraph>

<paragraph id="HF8BB0B7AE0964DC6AFBEC501E1423243"><enum>(5)</enum><text>the term
<term>Secretary</term> means the Secretary of Homeland Security; and</text></paragraph>

<paragraph id="HA31B227854D74284822013D17CCD7218"><enum>(6)</enum><text>the term
<term>State</term> means any State of the United States, the District of Columbia, the
Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth
of the Northern Mariana Islands, and any possession of the United
States.</text></paragraph></subsection>

WASHSTATEC015408

```
<subsection id="H35F944D184C34BA9B4A4BE94C064A18A"><enum>(b)</enum><header>Integrated
public alert and warning system</header>

<paragraph id="H1066D4D68F304A2E879B4F27CCAE7DBF"><enum>(1)</enum><header>In
general</header><text>Not later than 1 year after the date of enactment of this Act,
the Administrator shall develop minimum requirements for State, Tribal, and local
governments to participate in the public alert and warning system and that are
necessary to maintain the integrity of the public alert and warning system,
including—"</text>

<subparagraph id="HF9280E0C1D7548C083EBF7C3B0AAE628"><enum>(A)</enum><text>guidance on
the categories of public emergencies and appropriate circumstances that warrant an
alert and warning from State, Tribal, and local governments using the public alert and
warning system;</text></subparagraph>

<subparagraph id="HC6EA2E417ED04A1FA8FE07DA4A6F3367"><enum>(B)</enum><text>the
procedures for State, Tribal, and local government officials to authenticate civil
emergencies and initiate, modify, and cancel alerts transmitted through the public
alert and warning system, including protocols and technology capabilities for—"</text>

<clause id="H1B59ACC97DC74DC49CB74CF1005EAC97"><enum>(i)</enum><text>the initiation, or
prohibition on the initiation, of alerts by a single authorized or unauthorized
individual;</text></clause>

<clause id="H59E6DF5294534589B1F48975F7D96C82"><enum>(ii)</enum><text>testing a State,
Tribal, or local government incident management and warning tool without accidentally
initiating an alert through the public alert and warning system; and</text></clause>

<clause id="HC033B7EC3A304FCBB675DD7A4C07AAFC"><enum>(iii)</enum><text>steps a State,
Tribal, or local government official should take to mitigate the possibility of the
issuance of a false alert through the public alert and warning
system;</text></clause></subparagraph>

<subparagraph id="H7E15CFB2D6CA46CFB211FB107C109ABE"><enum>(C)</enum><text>the
standardization, functionality, and interoperability of incident management and warning
tools used by State, Tribal, and local governments to notify the public of an emergency
through the public alert and warning system;</text></subparagraph>

<subparagraph id="HFE5502FEA0364CAA9499819195EAA43D"><enum>(D)</enum><text>the annual
training and recertification of emergency management personnel on requirements for
originating and transmitting an alert through the public alert and warning
system;</text></subparagraph>

<subparagraph id="H6F0FE97D2CAA4307AD7B1078EEFEE726"><enum>(E)</enum><text>the
procedures, protocols, and guidance concerning the protective action plans that State,
Tribal, and local governments shall issue to the public following an alert issued under
the public alert and warning system;</text></subparagraph>

<subparagraph id="H470CEFCBA89B43578A3B37939F6D4876"><enum>(F)</enum><text>the
procedures, protocols, and guidance concerning the communications that State, Tribal,
and local governments shall issue to the public following a false alert issued under
the public alert and warning system;</text></subparagraph>

<subparagraph id="H18519505591F4359B4750544ED833868"><enum>(G)</enum><text>a plan by
which State, Tribal, and local government officials may, during an emergency, contact
each other as well as Federal officials and participants in the Emergency Alert System
and the Wireless Emergency Alert System, when appropriate and necessary, by telephone,
text message, or other means of communication regarding an alert that has been
distributed to the public; and</text></subparagraph>

<subparagraph id="HB503025478E54113B7839CE3B1F6569B"><enum>(H)</enum><text>any other
procedure the Administrator considers appropriate for maintaining the integrity of and
providing for public confidence in the public alert and warning
system.</text></subparagraph></paragraph>

<paragraph id="H42CED4223D2745C9AE22FF64D29D2C85"><enum>(2)</enum><header>Coordination
with National Advisory Council report</header><text>The Administrator shall ensure that
the minimum requirements developed under paragraph (1) do not conflict with
recommendations made for improving the public alert and warning system provided in the
report submitted by the National Advisory Council under section 2(b)(7)(B) of the
Integrated Public Alert and Warning System Modernization Act of 2015 (Public Law
```

WASHSTATEC015409

114â€"143; 130 Stat. 332).</text></paragraph>

<paragraph id="H2F55FEC5E47D4AD89421828363CDE9DB"><enum>(3)</enum><header>Public consultation</header><text>In developing the minimum requirements under paragraph (1), the Administrator shall ensure appropriate public consultation and, to the extent practicable, coordinate the development of the requirements with stakeholders of the public alert and warning system, includingâ€"</text>

<subparagraph id="HB15AFDB7203B47F690F209302C41A418"><enum>(A)</enum><text>appropriate personnel from Federal agencies, including the National Institute of Standards and Technology, the Agency, and the Federal Communications Commission;</text></subparagraph>

<subparagraph id="H472A35BC97604C82B420758F86FFBA06"><enum>(B)</enum><text>representatives of State and local governments and emergency services personnel, who shall be selected from among individuals nominated by national organizations representing those governments and personnel;</text></subparagraph>

<subparagraph id="H7E5737FB616D47879328CB99F2336B32"><enum>(C)</enum><text>representatives of Federally recognized Indian tribes and national Indian organizations;</text></subparagraph>

<subparagraph id="H677F16E0E9284B87A40CB278CBFD50D5"><enum>(D)</enum><text>communications service providers;</text></subparagraph>

<subparagraph id="HD683E22BEAC8433F98C9546FC1ADAE6D"><enum>(E)</enum><text>vendors, developers, and manufacturers of systems, facilities, equipment, and capabilities for the provision of communications services;</text></subparagraph>

<subparagraph id="H37E80BF110D84EDAA46697932414437F"><enum>(F)</enum><text>third-party service bureaus;</text></subparagraph>

<subparagraph id="HC2EF093605A444A3B5CA1F165A3427EA"><enum>(G)</enum><text>the national organization representing the licensees and permittees of noncommercial broadcast television stations;</text></subparagraph>

<subparagraph id="H1F9C4BFD83F642F4A2B0D5A80270DF43"><enum>(H)</enum><text>technical experts from the broadcasting industry;</text></subparagraph>

<subparagraph id="H01AEA1CB135148E19950888374CD9405"><enum>(I)</enum><text>educators from the Emergency Management Institute; and</text></subparagraph>

<subparagraph id="HE35F1931B72D42CF895EA699EACD3361"><enum>(J)</enum><text>other individuals with technical expertise as the Administrator determines appropriate.</text></subparagraph></paragraph>

<paragraph id="H844D23275D8A43C68F28653E9F31F21B"><enum>(4)</enum><header>Advice to the Administrator</header><text>In accordance with the Federal Advisory Committee Act (5 U.S.C. App.), the Administrator may obtain advice from a single individual or nonconsensus advice from each of the several members of a group without invoking that Act.</text></paragraph></subsection>

<subsection id="H96FA561AAFBB41CA8DAC309774B9967B"><enum>(c)</enum><header>Incident management and warning tool validation</header>

<paragraph id="HDA95922F7A7B40A89A7ABA4B0BD933FF"><enum>(1)</enum><header>In general</header><text>The Administrator shall establish a process to ensure that an incident management and warning tool used by a State, Tribal, or local government to originate and transmit an alert through the public alert and warning system meets the requirements developed by the Administrator under subsection (b)(1).</text></paragraph>

<paragraph id="H121602829B6D449C9D3F7AE8C747D7A8"><enum>(2)</enum><header>Requirements</header><text>The process required to be established under paragraph (1) shall includeâ€"</text>

<subparagraph id="H89A3942ECAD24E81AC39156946AA3BC6"><enum>(A)</enum><text>the ability to test an incident management and warning tool in the public alert and warning system lab;</text></subparagraph>

WASHSTATEC015410

```
<subparagraph id="H75C4C61A8C1143C5A06732DCF295D856"><enum>(B)</enum><text>the ability
to certify that an incident management and warning tool complies with the applicable
cyber frameworks of the Department of Homeland Security and the National Institute of
Standards and Technology;</text></subparagraph>

<subparagraph id="HFDA2D49B543A4F3C8C8C25A65676C133"><enum>(C)</enum><text>a process to
certify developers of emergency management software; and</text></subparagraph>

<subparagraph id="H29E2821C64234ED0B5960B05EB1C1C97"><enum>(D)</enum><text>requiring
developers to provide the Administrator with a copy of and rights of use for ongoing
testing of each version of incident management and warning tool software before the
software is first used by a State, Tribal, or local
government.</text></subparagraph></paragraph></subsection>

<subsection id="H9BFA998784814C2FABB27D55780D3BE4"><enum>(d)</enum><header>Review and
update of memoranda of understanding</header><text display-inline="yes-display-
inline">The Administrator shall review the memoranda of understanding between the
Agency and State, Tribal, and local governments with respect to the public alert and
warning system to ensure that all agreements ensure compliance with the requirements
developed by the Administrator under subsection (b)(1).</text></subsection>

<subsection id="HAC11E62BDC4942F8A4BA00C066099A1A"><enum>(e)</enum><header>Future
memoranda</header><text>On and after the date that is 60 days after the date on which
the Administrator issues the requirements developed under subsection (b)(1), any new
memorandum of understanding entered into between the Agency and a State, Tribal, or
local government with respect to the public alert and warning system shall comply with
those requirements.</text></subsection>

<subsection id="H6D6B4ED3C2A54FB6A6BFE6A5819D18BE"><enum>(f)</enum><header>Missile
alert and warning authorities</header>

<paragraph id="HDDEBA6EA9F584C658DDADD0A1EF692CD"><enum>(1)</enum><header>In
general</header>

<subparagraph
id="HDE7494221B76479C89967E205A6EECA4"><enum>(A)</enum><header>Authority</header><text>
On and after the date that is 120 days after the date of enactment of this Act, the
authority to originate an alert warning the public of a missile launch directed against
a State using the public alert and warning system shall reside primarily with the
Federal Government.</text></subparagraph>

<subparagraph id="H893E62B5C998405287E1523A00901A93"><enum>(B)</enum><header>Delegation
of authority</header><text>The Secretary may delegate the authority described in
subparagraph (A) to a State, Tribal, or local entity if, not later than 180 days after
the date of enactment of this Act, the Secretary submits a report to the appropriate
congressional committees thatâ€"</text>

<clause id="H4FDE078C6B3F4C648B329584DDC426FE"><enum>(i)</enum><text>it is not feasible
for the Federal Government to alert the public of a missile threat against a State;
or</text></clause>

<clause id="H9A8E4D728A4F4A8AA43CCD43BA741200"><enum>(ii)</enum><text>it is not in the
national security interest of the United States for the Federal Government to alert the
public of a missile threat against a State.</text></clause></subparagraph>

<subparagraph id="HBB2053CE523941EF81DBAA411047BEFD"><enum>(C)</enum><header>Activation
of system</header><text>Upon verification of a missile threat, the President, utilizing
established authorities, protocols and procedures, may activate the public alert and
warning system.</text></subparagraph>

<subparagraph id="HFD4293B21F0E472B9C8A739A212CF695"><enum>(D)</enum><header>Rule of
construction</header><text>Nothing in this paragraph shall be construed to change the
command and control relationship between entities of the Federal Government with
respect to the identification, dissemination, notification, or alerting of information
of missile threats against the United States that was in effect on the day before the
date of enactment of this Act.</text></subparagraph></paragraph>

<paragraph id="H1A3E607CF6A946379356E2BFF8C9C7E2"><enum>(2)</enum><header>Required
processes</header><text>The Secretary, acting through the Administrator, shall
establish a process to promptly notify a State warning point, and any State entities
that the Administrator determines appropriate, following the issuance of an alert
```

described in paragraph (1)(A) so the State may take appropriate action to protect the health, safety, and welfare of the residents of the State.</text></paragraph>

<paragraph id="HBDC4E780FE3A447695FBD1A7F14B6F2B"><enum>(3)</enum><header>Guidance</header><text>The Secretary, acting through the Administrator, shall work with the Governor of a State warning point to develop and implement appropriate protective action plans to respond to an alert described in paragraph (1)(A) for that State.</text></paragraph>

<paragraph id="H2131D787D209413FA6472B97CD3AB6CD"><enum>(4)</enum><header>Study and report</header><text>Not later than 1 year after the date of enactment of this Act, the Secretary shall€"</text>

<subparagraph id="H3E1E2187A84D443CB920FFCF21CAF48C"><enum>(A)</enum><text>examine the feasibility of establishing an alert designation under the public alert and warning system that would be used to alert and warn the public of a missile threat while concurrently alerting a State warning point so that a State may activate related protective action plans; and</text></subparagraph>

<subparagraph id="H4916D995359445EDA622A59CF3A882C0"><enum>(B)</enum><text>submit a report of the findings under subparagraph (A), including of the costs and timeline for taking action to implement an alert designation described in subparagraph (A), to€"</text>

<clause id="H2560F6D77D4540348BAE7F04EAFC520A"><enum>(i)</enum><text>the Subcommittee on Homeland Security of the Committee on Appropriations of the Senate;</text></clause>

<clause id="H4005F398803343CDAF425691487BBD44"><enum>(ii)</enum><text>the Committee on Homeland Security and Governmental Affairs of the Senate;</text></clause>

<clause id="H0606F42E4D4A4E34A65427CE1DE4C7A8"><enum>(iii)</enum><text>the Subcommittee on Homeland Security of the Committee on Appropriations of the House of Representatives;</text></clause>

<clause id="HCCAA411A16E14D39A9BDCF3504B8986B"><enum>(iv)</enum><text>the Committee on Transportation and Infrastructure of the House of Representatives; and</text></clause>

<clause id="HA1F0FF3B09EF435FB1313122909BD976"><enum>(v)</enum><text>the Committee on Homeland Security of the House of Representatives.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HE5CF3C1C02554F83A182871C42AB1B3F"><enum>(g)</enum><header>Use of integrated public alert and warning system lab</header><text display-inline="yes-display-inline">Not later than 1 year after the date of enactment of this Act, the Administrator shall€"</text>

<paragraph id="H7D212CF72BDA4B4CAEA2F1183C14EAF3"><enum>(1)</enum><text>develop a program to increase the utilization of the public alert and warning system lab of the Agency by State, Tribal, and local governments to test incident management and warning tools and train emergency management professionals on alert origination protocols and procedures; and</text></paragraph>

<paragraph id="H688826917BAE427EBDD64C29F8F496DA"><enum>(2)</enum><text>submit to the appropriate congressional committees a report describing€"</text>

<subparagraph id="HD87D66424253484E95361609E9E4B118"><enum>(A)</enum><text>the impact on utilization of the public alert and warning system lab by State, Tribal, and local governments, with particular attention given to the impact on utilization in rural areas, resulting from the program developed under paragraph (1); and</text></subparagraph>

<subparagraph id="HF679A33A50734FC4A1B6E60C879F617D"><enum>(B)</enum><text>any further recommendations that the Administrator would make for additional statutory or appropriations authority necessary to increase the utilization of the public alert and warning system lab by State, Tribal, and local governments.</text></subparagraph></paragraph></subsection>

<subsection id="H987579192E124567A57117241C046489"><enum>(h)</enum><header>Awareness of alerts and warnings</header><text display-inline="yes-display-inline">Not later than 1 year after the date of enactment of this Act, the Administrator shall€"</text>

<paragraph id="H790B8767A59A43E1B62B29DCB32DBA75"><enum>(1)</enum><text>conduct a

review of the National Watch Center and each Regional Watch Center of the Agency; and</text></paragraph>

<paragraph id="H782C7FD0F0244D3B859F2B0B5DE8188C"><enum>(2)</enum><text>submit to the appropriate congressional committees a report on the review conducted under paragraph (1), which shall includeâ€"</text>

<subparagraph id="H4EB2D4CFCCF9484EB63ECB19C62E2786"><enum>(A)</enum><text>an assessment of the technical capability of the National and Regional Watch Centers described in paragraph (1) to be notified of alerts and warnings issued by a State through the public alert and warning system;</text></subparagraph>

<subparagraph id="H0470B27A2F1649468CE975A80F50F21C"><enum>(B)</enum><text>a determination of which State alerts and warnings the National and Regional Watch Centers described in paragraph (1) should be aware of; and</text></subparagraph>

<subparagraph id="H5DD833F5FC7F4020AB7545E25460A2A6"><enum>(C)</enum><text>recommendations for improving the ability of the National and Regional Watch Centers described in paragraph (1) to receive any State alerts and warnings that the Administrator determines are appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="HFE613FF199E5490EAED626C0EF8C5168"><enum>(i)</enum><header>Reporting false alerts</header><text>Not later than 15 days after the date on which a State, Tribal, or local government official transmits a false alert under the public alert and warning system, the Administrator shall report to the appropriate congressional committees onâ€"</text>

<paragraph id="HC2956937D74F43AFB50772A2D6291DA7"><enum>(1)</enum><text>the circumstances surrounding the false alert;</text></paragraph>

<paragraph id="H36AA9B05C7D346BCBC7D472C264B4F58"><enum>(2)</enum><text>the content, cause, and population impacted by the false alert; and</text></paragraph>

<paragraph id="HF7A9876B4BB3404F962377E5A5F5B291"><enum>(3)</enum><text>any efforts to mitigate any negative impacts of the false alert.</text></paragraph></subsection>

<subsection id="H9A8E7AF4A09C4C51828A1E56769FEAC6"><enum>(j)</enum><header>Reporting participation rates</header><text>The Administrator shall, on an annual basis, report to the appropriate congressional committees onâ€"</text>

<paragraph id="HD23F34CAF788419CBE3F0C3C00AAB875"><enum>(1)</enum><text>participation rates in the public alert and warning system; and</text></paragraph>

<paragraph id="H213AF82D2F83427D9BB3E2BFCD4955C6"><enum>(2)</enum><text>any efforts to expand alert, warning, and interoperable communications to rural and underserved areas.</text></paragraph></subsection>

<subsection id="HA64C32E5E25E4826A70DA263B80FEB06"><enum>(k)</enum><header>Timeline for compliance</header><text display-inline="yes-display-inline">Each State shall be given a reasonable amount of time to comply with any new rules, regulations, or requirements imposed under this section.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H700EFA00E29E4301A440B4F7B0E2389D" section-type="subsequent-section"><enum>1757.</enum><header display-inline="yes-display-inline">Improving quality of information in background investigation request packages</header>

<subsection commented="no" display-inline="no-display-inline" id="H573B4D70EE96442A8E234578A79AC9A1"><enum>(a)</enum><header display-inline="yes-display-inline">Report on metrics and best practices</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of the Defense Counterintelligence and Security Agency, which serves as the primary executive branch service provider for background investigations for eligibility for access to classified information, eligibility to hold a sensitive position, and for suitability and fitness for other matters pursuant to Executive Order 13467 (50 U.S.C. 3161 note; relating to reforming processes related to suitability for Government employment, fitness for contractor employees, and eligibility for access to classified national security information), shall, in consultation with the Security, Suitability, and Credentialing Performance Accountability Council established under such executive order, submit to Congress a report onâ€"</text>

WASHSTATEC015413

```
<paragraph commented="no" display-inline="no-display-inline"
id="H43B6A9E69BFA4664816573B3181F64B7"><enum>(1)</enum><text display-inline="yes-
display-inline">metrics for assessing the completeness and quality of packages for
background investigations submitted by agencies requesting background investigations
from the Defense Counterintelligence and Security Agency;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0E0AE22D8F884F39A4572E258A783DC1"><enum>(2)</enum><text display-inline="yes-
display-inline">rejection rates of background investigation submission packages due to
incomplete or erroneous data, by agency; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB103138551774D3891114D2409A79F67"><enum>(3)</enum><text display-inline="yes-
display-inline">best practices for ensuring full and complete information in background
investigation requests.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H93565AB6D0344859B27DC05EEBCCE603"><enum>(b)</enum><header display-inline="yes-
display-inline">Annual report on performance</header><text display-inline="yes-display-
inline">Not later than 270 days after the date of the enactment of this Act and not
less frequently than once each year thereafter, the Security, Suitability, and
Credentialing Performance Accountability Council shall submit to Congress a report on
performance against the metrics and return rates identified in paragraphs (1) and (2)
of subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB21B73DE3BD5435E81A7B9B97863FA2D"><enum>(c)</enum><header display-inline="yes-
display-inline">Improvement plans</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H5A8D4B0C03AA42019B1417D09A5CB4D3"><enum>(1)</enum><header display-inline="yes-
display-inline">Identification</header><text display-inline="yes-display-inline">Not
later than one year after the date of the enactment of this Act, executive agents under
Executive Order 13467 (50 U.S.C. 3161 note) shall identify agencies in need of
improvement with respect to the quality of the information in the background
investigation submissions of the agencies as reported in subsection
(b).</text></paragraph>

<paragraph id="H4B33A0DAB9DE4DBE80A0BEDEF2B54640" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><header display-inline="yes-display-
inline">Plans</header><text display-inline="yes-display-inline">Not later than 90 days
after an agency is identified under paragraph (1), the head of the agency shall provide
the executive agents referred to in such paragraph with a plan to improve the
performance of the agency with respect to the quality of the information in the
agency's background investigation
submissions.</text></paragraph></subsection></section>

<section id="H6E5216103E7445C083825542417055CF"><enum>1758.</enum><header>Parole in
place for members of the Armed Forces and certain military dependents</header>

<subsection id="H8CEFC3075A9548EDAFD512EAA5B8ACD4"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">In evaluating a request from
a covered individual for parole in place under section 212(d)(5) of the Immigration and
Nationality Act (8 U.S.C. 1182(d)(5)), the Secretary of Homeland Security shall
consider, on a case-by-case basis, whether granting the request would enable military
family unity that would constitute a significant public benefit.</text></subsection>

<subsection id="HE1E0164B0548467989AF55BBEBBAC805"><enum>(b)</enum><header>Sense of
Congress</header><text display-inline="yes-display-inline">It is the sense of Congress
thatâ€"</text>

<paragraph id="H9410BF7B2EB448749FA00C2E1127F3B9"><enum>(1)</enum><text display-
inline="yes-display-inline">parole in place reinforces the objective of military family
unity;</text></paragraph>

<paragraph id="H5B6284D5BA074AEFB938328BB554CAA5"><enum>(2)</enum><text display-
inline="yes-display-inline">except as required in furtherance of the missions of the
Armed Forces, disruption to military family unity should be minimized in order to
enhance military readiness and allow members of the Armed Forces to focus on the
faithful execution of their military missions and objectives, with peace of mind
```

regarding the well-being of their family members; and</text></paragraph>

<paragraph id="H38D68A5ABD4E4DD7B791C5D8DFF8821F"><enum>(3)</enum><text>the importance of the parole in place authority of the Secretary of Homeland Security is reaffirmed.</text></paragraph></subsection>

<subsection id="H38071BB72637477488BBF81D609FE7E3"><enum>(c)</enum><header>Covered individual defined</header><text>In this section, the term <quote>covered individual</quote> means an alien whoâ€"</text>

<paragraph id="H925F2B6E2C10402B8087DC7D80163F12"><enum>(1)</enum><text>is a member of the Armed Forces;</text></paragraph>

<paragraph id="H9F16FA2D799D40D18AE0C691B9733510"><enum>(2)</enum><text display-inline="yes-display-inline">is the spouse, son, or daughter of a member of the Armed Forces;</text></paragraph>

<paragraph id="H33F776763A2647F8ACE56F4146ACF42C"><enum>(3)</enum><text>is the parent of a member of the Armed Forces who supports the request of such parent for parole in place; or</text></paragraph>

<paragraph id="H56E7FA1388164B4DB4504F6E471822FD"><enum>(4)</enum><text display-inline="yes-display-inline">is the widow, widower, parent, son, or daughter of a deceased member of the Armed Forces.</text></paragraph></subsection></section>

<section id="H0C902C2C143C4C46B19275F28EC046A9"><enum>1759.</enum><header>Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense</header>

<subsection id="H7B751F1BD6E44DC788D460047D3D194C"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report detailing the progress made by the Secretary toward reducing the backlog in legally required historical declassification obligations of the Department of Defense.</text></subsection>

<subsection id="H6DC24AF8B1184D189619D68467A4C8F3"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The report under subsection (a) shall include, with respect to the Department of Defense, the following:</text>

<paragraph id="HD226AE2E931F40A99CC9CFFE386C8EB9"><enum>(1)</enum><text display-inline="yes-display-inline">A plan to achieve legally mandated historical declassification requirements and reduce backlogs.</text></paragraph>

<paragraph id="H3E10479EB63F48BCA52412462E9D08E9"><enum>(2)</enum><text>A plan to incorporate new technologies, such as artificial intelligence, that would increase productivity and reduce cost in implementing the plan under paragraph (1).</text></paragraph>

<paragraph id="HA00739FE9D7A4BDBBBC9F19D069E328A"><enum>(3)</enum><text>A detailed assessment of the documents released in each of the proceeding three years before the date of the report, broken out by program, such as the 25 and 50 year programs.</text></paragraph>

<paragraph id="HF083F4B7A1E04A7D8DAB3164F80D1C7A"><enum>(4)</enum><text>A detailed assessment of the documents awaiting review for release and an estimate of how many documents will be released in each of the next three years.</text></paragraph>

<paragraph id="HC79AD38D899C4DF3B9EFB224EF2931C2"><enum>(5)</enum><text display-inline="yes-display-inline">Potential policy, resource, and other options available to the Secretary to reduce backlogs.</text></paragraph>

<paragraph id="H8DD07281FE9B466AB61EB7B43C35E932"><enum>(6)</enum><text display-inline="yes-display-inline">The progress and objectives of the Secretary with respect to the release of documents for publication in the Foreign Relations of the United States series or to facilitate the public accessibility of such documents at the National Archives, presidential libraries, or both.</text></paragraph></subsection>

<subsection id="HEE1F2C30B0754EF3B5D28B0C35DEE12A"><enum>(c)</enum><header>Form and availability</header><text>The report under subsection (a) shall be submitted in

unclassified form, which shall be made publicly available, but may include a classified annex.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HB9F50E6F1FF94527A873239F54D62F05" section-type="subsequent-section"><enum>1760.</enum><header display-inline="yes-display-inline">Military type certification for light attack experimentation aircraft</header><text display-inline="no-display-inline">The Secretary of the Air Force shall make available and conduct military type certifications for light attack experimentation aircraft as needed, pursuant to the Department of Defense Directive on Military Type Certificates, 5030.61.</text></section></subtitle></title></division>

<division id="HC79E1945972E4458B6FE78C322A591BD"><enum>B</enum><header>Military Construction Authorizations</header>

<toc container-level="division-container" quoted-block="no-quoted-block" lowest-level="section" idref="HC79E1945972E4458B6FE78C322A591BD" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB86691D63C854B5D80F4319F9F2798E4" level="section">Sec. â€,2001. â€,Short title.</toc-entry>

<toc-entry idref="HB86BA16E7536431C8E09CE013808C67D" level="section">Sec. â€,2002. â€,Expiration of authorizations and amounts required to be specified by law.</toc-entry>

<toc-entry idref="HAFE5BB21E8B546E6B3288F3172A42535" level="section">Sec. â€,2003. â€,Effective date.</toc-entry></toc>

<section id="HB86691D63C854B5D80F4319F9F2798E4"><enum>2001.</enum><header>Short title</header><text display-inline="no-display-inline">This division may be cited as the <quote><short-title>Military Construction Authorization Act for Fiscal Year 2020</short-title></quote>.</text></section>

<section id="HB86BA16E7536431C8E09CE013808C67D"><enum>2002.</enum><header>Expiration of authorizations and amounts required to be specified by law</header>

<subsection id="H9C70061CB7EC4343829FF8DC55970A03"><enum>(a)</enum><header>Expiration of authorizations after five years</header><text>Except as provided in subsection (b), all authorizations contained in titles XXI through XXVII and title XXIX for military construction projects, land acquisition, family housing projects and facilities, and contributions to the North Atlantic Treaty Organization Security Investment Program (and authorizations of appropriations therefor) shall expire on the later ofâ€"</text>

<paragraph id="H72ACC65E3BA540D699169805AC9C0A24"><enum>(1)</enum><text>October 1, 2024; or</text></paragraph>

<paragraph id="H8F85E3E04A68425A9E361388773BA7C9"><enum>(2)</enum><text>the date of the enactment of an Act authorizing funds for military construction for fiscal year 2025.</text></paragraph></subsection>

<subsection id="H649154425D6F4A96B724637E61564D1D"><enum>(b)</enum><header>Exception</header><text>Subsection (a) shall not apply to authorizations for military construction projects, land acquisition, family housing projects and facilities, and contributions to the North Atlantic Treaty Organization Security Investment Program (and authorizations of appropriations therefor), for which appropriated funds have been obligated before the later ofâ€"</text>

<paragraph id="H335D63B723024F259397E1E5A65E92A8"><enum>(1)</enum><text>October 1, 2024; or</text></paragraph>

<paragraph id="H70CCCA2EB2D246AA824E2220B3EEB982"><enum>(2)</enum><text>the date of the enactment of an Act authorizing funds for fiscal year 2025 for military construction projects, land acquisition, family housing projects and facilities, or contributions to the North Atlantic Treaty Organization Security Investment Program.</text></paragraph></subsection></section>

<section id="HAFE5BB21E8B546E6B3288F3172A42535"><enum>2003.</enum><header>Effective date</header><text display-inline="no-display-inline">Titles XXI through XXVII and title XXIX shall take effect on the later ofâ€"</text>

WASHSTATEC015416

```
<paragraph id="H7200C30CF775456C86ADF25340BA9963"><enum>(1)</enum><text>October 1,
2019; or</text></paragraph>

<paragraph id="H4765C497C7134586A126AFE6AE2B3C8E"><enum>(2)</enum><text>the date of the
enactment of this Act.</text></paragraph></section>

<title id="H4EE24E5DBEAC40B0B945D1EBA581196A"><enum>XXI</enum><header>Army Military
Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H4EE24E5DBEAC40B0B945D1EBA581196A" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HF439B610C8E34AFF8D228E0E3745615F"
level="section">Sec.â€‚2101.â€‚Authorized Army construction and land acquisition
projects.</toc-entry>

<toc-entry idref="HF11421B6ECFA4A42A2CEB946F9444D46"
level="section">Sec.â€‚2102.â€‚Family housing.</toc-entry>

<toc-entry idref="H15EE29EA473A456092E4160200972F7B"
level="section">Sec.â€‚2103.â€‚Authorization of appropriations, Army.</toc-entry>

<toc-entry idref="H991893F21B124747BA6D0A6984E5A8E4"
level="section">Sec.â€‚2104.â€‚Modification of authority to carry out certain fiscal
year 2019 projects.</toc-entry></toc>

<section id="HF439B610C8E34AFF8D228E0E3745615F"><enum>2101.</enum><header>Authorized
Army construction and land acquisition projects</header>

<subsection id="H3BD499F6E05A4C0595D65FEA8C2CF180"><enum>(a)</enum><header>Inside the
United States</header><text>Using amounts appropriated pursuant to the authorization of
appropriations in section 2103(a) and available for military construction projects
inside the United States as specified in the funding table in section 4601, the
Secretary of the Army may acquire real property and carry out military construction
projects for the installations or locations inside the United States, and in the
amounts, set forth in the following table: </text>

<table table-type="" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0"><ttitle><bold>Army: Inside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-
typeface="1.1"><colspec colname="col1" coldef="txt" min-data-value="50"
colwidth="85pts"/><colspec colname="col2" coldef="txt" min-data-value="100"
colwidth="171pts"/><colspec colname="col3" coldef="fig" min-data-value="14"
colwidth="86pts"/><thead>

<row><entry namest="col1" morerows="0" align="center"
colname="col1"><bold>State</bold></entry><entry namest="col2" morerows="0"
align="center" colname="col2"><bold>Installation</bold></entry><entry namest="col3"
morerows="0" align="center" colname="col3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="col1">Alabama</entry><entry leader-modify="force-ldr-bottom"
colname="col2">Redstone Arsenal</entry><entry leader-modify="clr-ldr"
colname="col3">$38,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="col1">Colorado</entry><entry leader-modify="force-ldr-bottom"
colname="col2">Fort Carson</entry><entry leader-modify="clr-ldr"
colname="col3">$71,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="col1">Georgia</entry><entry leader-modify="force-ldr-
bottom" colname="col2">Fort Gordon</entry><entry leader-modify="clr-ldr"
colname="col3">$107,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="col1"/><entry leader-modify="force-ldr-bottom" colname="col2">Hunter Army
Airfield</entry><entry leader-modify="clr-ldr" colname="col3">$62,000,000</entry></row>
```

WASHSTATEC015417

```
<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="col1">Kentucky</entry><entry leader-modify="force-ldr-bottom"
colname="col2">Fort Campbell</entry><entry leader-modify="clr-ldr"
colname="col3">$61,300,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">Massachusetts</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">U.S. Army Natick Soldier Systems Center</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="col3">$50,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">Michigan</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">Detroit Arsenal</entry><entry rowsep="0" leader-modify="force-ldr-
bottom" colname="col3">$24,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">New York</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">Fort Drum</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col3">$44,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="col1">North Carolina</entry><entry leader-modify="force-ldr-bottom"
colname="col2">Fort Bragg</entry><entry leader-modify="clr-ldr"
colname="col3">$12,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="col1">Oklahoma</entry><entry leader-modify="force-ldr-bottom"
colname="col2">Fort Sill</entry><entry leader-modify="clr-ldr"
colname="col3">$73,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="col1">Pennsylvania</entry><entry leader-modify="force-ldr-bottom"
colname="col2">Carlisle Barracks</entry><entry leader-modify="clr-ldr"
colname="col3">$98,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="col1">South Carolina</entry><entry leader-modify="force-ldr-bottom"
colname="col2">Fort Jackson</entry><entry leader-modify="clr-ldr"
colname="col3">$88,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="col1">Texas</entry><entry leader-modify="force-ldr-bottom"
colname="col2">Corpus Christi Army Depot</entry><entry leader-modify="clr-ldr"
colname="col3">$86,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="col1"/><entry leader-modify="force-ldr-bottom" colname="col2">Fort
Hood</entry><entry leader-modify="clr-ldr" colname="col3">$50,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="col1">Virginia</entry><entry leader-modify="force-ldr-
bottom" colname="col2">Fort Belvoir</entry><entry leader-modify="clr-ldr"
colname="col3">$60,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="col1"/><entry leader-modify="force-ldr-bottom" colname="col2">Joint Base
Langley-Eustis</entry><entry leader-modify="clr-ldr"
colname="col3">$55,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="col1">Washington</entry><entry leader-modify="force-ldr-
bottom" colname="col2">Joint Base Lewis-McChord</entry><entry leader-modify="clr-ldr"
colname="col3">$46,000,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H3170CF88DA174AA6B616C86657337830"><enum>(b)</enum><header>Outside the
United States</header><text>Using amounts appropriated pursuant to the authorization of
appropriations in section 2103(a) and available for military construction projects
outside the United States as specified in the funding table in section 4601, the
Secretary of the Army may acquire real property and carry out the military construction
projects for the installations or locations outside the United States, and in the
amounts, set forth in the following table: </text>
```

```
<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Army: Outside the United
States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-
typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60"
colwidth="87pts"/><colspec colname="column2" coldef="txt" min-data-value="120"
colwidth="173pts"/><colspec colname="column3" coldef="fig" min-data-value="13"
colwidth="149pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0"
align="center" colname="column2"><bold>Installation </bold></entry><entry
namest="column3" morerows="0" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Honduras</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Soto Cano Air Base</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$34,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Kwajalein</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Kwajalein Atoll</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3"
colname="column3">$40,000,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HA2483A6EEBC64A0FBABC3B92C5C7034F"><enum>(c)</enum><header>Study of
near-term facility alternatives to house high value detainees</header>

<paragraph id="HDA2F5D7B6F7D4CB78E4BB97D19AA95D3"><enum>(1)</enum><header>Study
required</header><text display-inline="yes-display-inline">The Secretary of Defense
shall conduct a study of alternatives to meet the near-term facility requirements to
safely and humanely house high value detainees current detained at Naval Station
Guantanamo Bay, Cuba. As part of the study, the Secretary shall consider the following
alternatives:</text>

<subparagraph id="H2966E1519CE944F0B047885778A1AC4F"><enum>(A)</enum><text>The
construction of new facilities.</text></subparagraph>

<subparagraph id="H869C37F13EEA4E89969794DAE697C049"><enum>(B)</enum><text>The repair
of current facilities.</text></subparagraph>

<subparagraph id="HAA9AE87F6F2E450DA1E47228FF2D992A"><enum>(C)</enum><text>The
renovation and repurposing of other facilities at Naval Station Guantanamo Bay,
Cuba.</text></subparagraph>

<subparagraph id="H5F5291681EEC4756A2FEC7D156B60177"><enum>(D)</enum><text>Such other
alternatives as the Secretary considers practicable.</text></subparagraph></paragraph>

<paragraph id="H77256952717B477CB5A743DAF65366C8"><enum>(2)</enum><header>Submission of
results</header><text display-inline="yes-display-inline">Not later than 90 days after
the date of the enactment of this Act, the Secretary of Defense shall submit to the
congressional defense committees a report containing the results of the study conducted
under paragraph (1). The report shall be unclassified, but may include a classified
annex.</text></paragraph></subsection></section>

<section id="HF11421B6ECFA4A42A2CEB946F9444D46"><enum>2102.</enum><header>Family
housing</header>

<subsection id="HF3EC8BB60BC142E5B0D943F00E8E0907"><enum>(a)</enum><header>Construction
and acquisition</header><text>Using amounts appropriated pursuant to the authorization
of appropriations in section 2103(a) and available for military family housing
functions as specified in the funding table in section 4601, the Secretary of the Army
may construct or acquire family housing units (including land acquisition and
supporting facilities) at the installation, and in the amount, set forth in the
following table: </text>
```

```
<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0"><ttitle><bold>Army: Family Housing</bold></ttitle>

<tgroup cols="4" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="70"
colwidth="133pts"/><colspec colname="column2" coldef="txt" min-data-value="70"
colwidth="152pts"/><colspec colname="column3" coldef="txt" min-data-value="70"
colwidth="117pts"/><colspec colname="column4" coldef="fig" min-data-value="12"
colwidth="135pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>State/Country</bold></entry><entry namest="column2"
morerows="0" rowsep="1" align="center"
colname="column2"><bold>Installation</bold></entry><entry namest="column3" morerows="0"
rowsep="1" align="center" colname="column3"><bold>Units</bold></entry><entry
namest="column4" morerows="0" rowsep="1" align="center"
colname="column4"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Pennsylvania</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2"> Tobyhanna Army Depot</entry><entry
rowsep="0" leader-modify="force-ldr-bottom" colname="column3">Family Housing
Replacement Construction</entry><entry rowsep="0" align="right" leader-modify="clr-ldr"
colname="column4">$19,000,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H0B9C9F5A4ED447F8BD4178A0AF71F728"><enum>(b)</enum><header>Planning and
design</header><text display-inline="yes-display-inline">Using amounts appropriated
pursuant to the authorization of appropriations in section 2103(a) and available for
military family housing functions as specified in the funding table in section 4601,
the Secretary of the Army may carry out architectural and engineering services and
construction design activities with respect to the construction or improvement of
family housing units in an amount not to exceed
$9,222,000.</text></subsection></section>

<section id="H15EE29EA473A456092E4160200972F7B"><enum>2103.</enum><header>Authorization
of appropriations, Army</header>

<subsection
id="H0C35EF849E8B42B0A50590A7C5239032"><enum>(a)</enum><header>Authorization of
appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal
years beginning after September 30, 2019, for military construction, land acquisition,
and military family housing functions of the Department of the Army as specified in the
funding table in section 4601.</text></subsection>

<subsection id="HA863001AC2074C82BE96ABC2C7DB4740"><enum>(b)</enum><header>Limitation
on total cost of construction projects</header><text>Notwithstanding the cost
variations authorized by section 2853 of title 10, United States Code, and any other
cost variation authorized by law, the total cost of all projects carried out under
section 2101 of this Act may not exceed the total amount authorized to be appropriated
under subsection (a), as specified in the funding table in section
4601.</text></subsection></section>

<section id="H991893F21B124747BA6D0A6984E5A8E4" section-type="subsequent-
section"><enum>2104.</enum><header>Modification of authority to carry out certain
fiscal year 2019 projects</header>

<subsection id="H223A6D71787F47A1BC365F8318211CCE"><enum>(a)</enum><header>Anniston
Army Depot, Alabama</header><text display-inline="yes-display-inline">In the case of
the authorization contained in the table in section 2101(a) of the National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2241) for
Anniston Army Depot, Alabama, for construction of a weapon maintenance shop, as
specified in the funding table in section 4601 of such Act (132 Stat. 2401), the
Secretary of the Army may construct a 21,000-square foot weapon maintenance
shop.</text></subsection>

<subsection id="HE6F68E340F484B13BE4EC06C93C8DC5E"><enum>(b)</enum><header>United
States Military Academy, New York</header><text display-inline="yes-display-inline">The
```

table in section 2101(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2241) is amended in the item relating to the United States Military Academy, New York, by striking <quote>$160,000,000</quote> and inserting <quote>$197,000,000</quote> for construction of a Consolidated Engineering Center and Parking Structure rather than the separate projects specified in the funding table in section 4601 of such Act (132 Stat. 2401).</text></subsection></section></title>

<title id="H99896A966E864FCABFED6A1EE6C3E495"><enum>XXII</enum><header>Navy Military Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H99896A966E864FCABFED6A1EE6C3E495" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HC846BDD7E6AF4735B3CD40994833F9F5" level="section">Sec.â€,2201.â€,Authorized Navy construction and land acquisition projects.</toc-entry>

<toc-entry idref="H13063363552E4777AB21AB5F48D38BA9" level="section">Sec.â€,2202.â€,Family housing.</toc-entry>

<toc-entry idref="H35FFC76E03AD45A3995B05A18D326FBF" level="section">Sec.â€,2203.â€,Improvements to military family housing units.</toc-entry>

<toc-entry idref="H10C099289D9A45E2BDE45586E2ADFA1F" level="section">Sec.â€,2204.â€,Authorization of appropriations, Navy.</toc-entry>

<toc-entry idref="HDAA0B6A7D011430B8C42C09DDFC54DD3" level="section">Sec.â€,2205.â€,Modification of authority to carry out certain fiscal year 2017 project.</toc-entry></toc>

<section id="HC846BDD7E6AF4735B3CD40994833F9F5"><enum>2201.</enum><header>Authorized Navy construction and land acquisition projects</header>

<subsection id="H95AB7A00573F4A5B8352D90E2D2503A8"><enum>(a)</enum><header>Inside the United States</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of the Navy may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy: Inside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="75" colwidth="165pts"/><colspec colname="column2" coldef="txt" min-data-value="150" colwidth="218pts"/><colspec colname="column3" coldef="fig" min-data-value="12" colwidth="216pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation or Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Arizona</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Marine Corps Air Station Yuma </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$189,760,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">California </entry><entry rowsep="0"

```
leader-modify="force-ldr-bottom" colname="column2">Camp Pendleton</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$185,569,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Marine Corps Air Station Miramar </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3"> $37,400,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Naval Air Weapons Station China Lake </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$64,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Navel Base Coronado</entry><entry rowsep="0" align="right" leader-
modify="force-ldr" colname="column3">$165,830,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Naval Base San Diego </entry><entry rowsep="0" align="right" leader-
modify="force-ldr" colname="column3"> $9,900,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Naval Weapons Station Seal Beach </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$123,310,000 </entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Travis Air Force Base</entry><entry rowsep="0" align="right" leader-
modify="force-ldr" colname="column3">$64,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Connecticut</entry><entry rowsep="0" align="left"
leader-modify="force-ldr-bottom" colname="column2">Naval Submarine Base New London
</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$72,260,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Florida</entry><entry rowsep="0" align="left"
leader-modify="force-ldr-bottom" colname="column2">Blount Island </entry><entry
rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$18,700,000
</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column2">Naval Air Station Jacksonville </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$32,420,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Guam</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Joint Region Marianas</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$226,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Hawaii</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Marine Corps Air Station Kaneohe Bay
</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$134,050,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Naval Ammunition Depot West Loch </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$53,790,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Maryland</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Saint Inigoes </entry><entry rowsep="0"
```

```
align="right" leader-modify="force-ldr" colname="column3"> $15,000,000 </entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">North Carolina</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Camp Lejeune</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$229,010,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Marine Corps Air Station Cherry Point </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$114,570,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Marine Corps Air Station New River </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$11,320,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Pennsylvania</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Philadelphia</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$74,630,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">South Carolina</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Parris Island </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3"> $37,200,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Virginia</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Marine Corps Base Quantico </entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$143,350,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Naval Station Norfolk </entry><entry rowsep="0" align="right" leader-
modify="force-ldr" colname="column3">$139,100,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Portsmouth Naval Shipyard </entry><entry rowsep="0" align="right"
leader-modify="force-ldr" colname="column3">$48,930,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Yorktown Naval Weapons Station </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3"> $59,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Washington</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Bremerton</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$51,010,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Keyport</entry><entry rowsep="0" align="right" leader-modify="force-
ldr" colname="column3">$25,050,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HEBC8F730CB5A4D9A8BE2EE055829272B"><enum>(b)</enum><header>Outside the
united states</header><text display-inline="yes-display-inline">Using amounts
appropriated pursuant to the authorization of appropriations in section 2204(a) and
available for military construction projects outside the United States as specified in
the funding table in section 4601, the Secretary of the Navy may acquire real property
and carry out military construction projects for the installations or locations outside
the United States, and in the amounts, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy: Outside the United
States</bold></ttitle>
```

```
<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="75"
colwidth="165pts"/><colspec colname="column2" coldef="txt" min-data-value="150"
colwidth="218pts"/><colspec colname="column3" coldef="fig" min-data-value="12"
colwidth="216pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0"
rowsep="1" align="center" colname="column2"><bold>Installation or
Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Australia</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Darwin</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$211,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Japan</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Fleet Activities Yokosuka </entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$174,692,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Marine Corps Air Station Iwakuni</entry><entry rowsep="0"
align="right" leader-modify="force-ldr"
colname="column3">$15,870,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HF047E103DA334C22A4347DD2B051A6A2"><enum>(c)</enum><header>Report
required as condition of authorization</header>

<paragraph
id="H5D7FB2AE717C4371AAA0ACD3628DDB21"><enum>(1)</enum><header>Report</header><text>At
the same time that the budget of the President is submitted to Congress under section
1105(a) of title 31, United States Code, for fiscal year 2021, the Secretary of the
Navy shall submit to the congressional defense committees a report describing, for each
project authorized in the first item in the table in subsection (b) for Darwin that is
required to support the full complement of the Marine Rotational
Force—Darwin—</text>

<subparagraph id="HAD3184D87E5C49A293BA12412855EAB8"><enum>(A)</enum><text>the required
infrastructure investments for the project;</text></subparagraph>

<subparagraph id="HDD69D2395FC2441BAA46F46DBACE6033"><enum>(B)</enum><text>the source
of funding, including funds provided by the Government of Australia, for the project;
and</text></subparagraph>

<subparagraph id="HA16093F6478046F1B7757F7C87860602"><enum>(C)</enum><text>the proposed
year for implementation of the project.</text></subparagraph></paragraph>

<paragraph
id="HE40CB20287E046DDAC097208AE3FB082"><enum>(2)</enum><header>Condition</header><text>
The Secretary of the Navy may not commence a project authorized in the first item in
the table in subsection (b) for Darwin until the report under paragraph (1) has been
submitted.</text></paragraph></subsection></section>

<section id="H13063363552E4777AB21AB5F48D38BA9"><enum>2202.</enum><header>Family
housing</header><text display-inline="no-display-inline">Using amounts appropriated
pursuant to the authorization of appropriations in section 2204(a) and available for
military family housing functions as specified in the funding table in section 4601,
the Secretary of the Navy may carry out architectural and engineering services and
construction design activities with respect to the construction or improvement of
family housing units in an amount not to exceed $5,863,000.</text></section>

<section id="H35FFC76E03AD45A3995B05A18D326FBF"><enum>2203.</enum><header>Improvements
to military family housing units</header><text display-inline="no-display-
inline">Subject to section 2825 of title 10, United States Code, and using amounts
appropriated pursuant to the authorization of appropriations in section 2204(a) and
```

available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Navy may improve existing military family housing units in an amount not to exceed $41,798,000.</text></section>

<section id="H10C099289D9A45E2BDE45586E2ADFA1F"><enum>2204.</enum><header>Authorization of appropriations, Navy</header>

<subsection id="H4CA0624B7342436CAE41A26F756B8333"><enum>(a)</enum><header>Authorization of appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of the Navy, as specified in the funding table in section 4601.</text></subsection>

<subsection id="HD73D5E95773342FA8531DADA49834F2B"><enum>(b)</enum><header>Limitation on total cost of construction projects</header><text>Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2201 of this Act may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.</text></subsection></section>

<section id="HDAA0B6A7D011430B8C42C09DDFC54DD3" section-type="subsequent-section"><enum>2205.</enum><header>Modification of authority to carry out certain fiscal year 2017 project</header><text display-inline="no-display-inline">The table in section 2201(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2691) is amended in the item relating to Bangor, Washington, by striking <quote>$113,415,000</quote> and inserting <quote>$161,415,000</quote> for construction of a SEAWOLF Class Service Pier, as specified in the funding table in section 4601 of such Act (130 Stat. 2876). </text></section></title>

<title id="H7FA5387732674675AF996BA8883853CF"><enum>XXIII</enum><header>Air Force Military Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H7FA5387732674675AF996BA8883853CF" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HFB11C9FF63014BA6A616739E2371DC84" level="section">Sec.â€,2301.â€,Authorized Air Force construction and land acquisition projects.</toc-entry>

<toc-entry idref="H9680199BFD9141A0A9DC00BFD2723CE4" level="section">Sec.â€,2302.â€,Family housing.</toc-entry>

<toc-entry idref="H133A0487D26B45CAB8FF7EF6E665418D" level="section">Sec.â€,2303.â€,Improvements to military family housing units.</toc-entry>

<toc-entry idref="HC493A7E8C5634AFEAEE5930272CF1051" level="section">Sec.â€,2304.â€,Authorization of appropriations, Air Force.</toc-entry>

<toc-entry idref="H9247FC6474C049C29425DCBB9CB3341E" level="section">Sec.â€,2305.â€,Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation.</toc-entry>

<toc-entry idref="HE1923237672140659D9D759F9E04F9CB" level="section">Sec.â€,2306.â€,Modification of authority to carry out certain fiscal year 2016 project.</toc-entry>

<toc-entry idref="H7FBF335484F84772BEA1D9A4EB9A6041" level="section">Sec.â€,2307.â€,Modification of authority to carry out certain fiscal year 2017 project.</toc-entry>

<toc-entry idref="H59DEF307D442431DB791663973E11FE0" level="section">Sec.â€,2308.â€,Modification of authority to carry out certain fiscal year 2018 projects.</toc-entry>

<toc-entry idref="HD83ABF65B08B40CA868E9F3AB520256C" level="section">Sec.â€,2309.â€,Modification of authority to carry out certain fiscal year 2019 projects.</toc-entry></toc>

```
<section id="HFB11C9FF63014BA6A616739E2371DC84"><enum>2301.</enum><header>Authorized
Air Force construction and land acquisition projects</header>

<subsection id="HDBA28165A5B544EFABBFCD4EE8CEAA64"><enum>(a)</enum><header>Inside the
United States</header><text>Using amounts appropriated pursuant to the authorization of
appropriations in section 2304(a) and available for military construction projects
inside the United States as specified in the funding table in section 4601, the
Secretary of the Air Force may acquire real property and carry out military
construction projects for the installations or locations inside the United States, and
in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air Force: Inside the United
States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
typeface="1.1"><colspec colname="column1" colsep="1" coldef="txt" min-data-value="100"
colwidth="115pts"/><colspec colname="column2" coldef="txt" min-data-value="110"
colwidth="167pts"/><colspec colname="column3" coldef="fig" min-data-value="15"
colwidth="237pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0"
rowsep="1" align="center" colname="column2"><bold>Installation or
Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Alaska</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Eielson Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$8,600,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Arkansas</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Little Rock Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$47,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">California</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2"> Travis Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3"> $43,100,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Colorado</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Peterson Air Force Base
</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$54,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr"
colname="column2">Schriever Air Force Base </entry><entry rowsep="0" align="right"
leader-modify="force-ldr" colname="column3">$148,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">United States Air Force Academy </entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$49,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Georgia</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Moody Air Force Base
</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">
$12,500,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
```

```
leader-modify="force-ldr" colname="column1">Guam</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Joint Region Marianas </entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$65,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Illinois</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Scott Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$100,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Mariana Islands</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Tinian</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$316,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Missouri</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Whiteman Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$27,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Montana</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Malmstrom Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$235,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Nevada</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Nellis Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$65,200,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">New Mexico</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Holloman Air Force Base</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$20,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr"
colname="column2">Kirtland Air Force Base </entry><entry rowsep="0" align="right"
leader-modify="force-ldr" colname="column3">$37,900,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">North Dakota</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Minot Air Force Base</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$5,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Texas</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2"> Joint Base San Antonio</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$243,300,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Utah</entry><entry rowsep="0" align="left" leader-
modify="force-ldr" colname="column2">Hill Air Force Base</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$114,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Washington</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Fairchild-White Bluff</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$31,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
```

WASHSTATEC015427

```
modify="force-ldr" colname="column1">Wyoming</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">F.E. Warren Air Force Base</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$18,100,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HB3CB43BCAFF444C798942CB29EE8B44F"><enum>(b)</enum><header>Outside the
United States</header><text display-inline="yes-display-inline">Using amounts
appropriated pursuant to the authorization of appropriations in section 2304(a) and
available for military construction projects outside the United States as specified in
the funding table in section 4601, the Secretary of the Air Force may acquire real
property and carry out military construction projects for the installations or
locations outside the United States, and in the amounts, set forth in the following
table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air Force: Outside the United
States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
typeface="1.1"><colspec colname="column1" colsep="0" coldef="txt" min-data-value="100"
colwidth="121pts"/><colspec colname="column2" coldef="txt" min-data-value="100"
colwidth="121pts"/><colspec colname="column3" coldef="fig" min-data-value="15"
colwidth="123.75pt"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0"
rowsep="1" align="center" colname="column2"><bold>Installation or
Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Australia</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Tindal</entry><entry rowsep="0"
align="right" leader-modify="clr-ldr" colname="column3">$70,600,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Cyprus</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Royal Air Force Akrotiri</entry><entry
rowsep="0" align="right" leader-modify="clr-ldr"
colname="column3">$27,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Japan</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Yokota Air Base</entry><entry rowsep="0"
align="right" leader-modify="clr-ldr" colname="column3">$12,400,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">United Kingdom</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Royal Air Force
Lakenheath</entry><entry rowsep="0" align="right" leader-modify="clr-ldr"
colname="column3">$14,300,000</entry></row></tbody></tgroup></table></subsection></sect
ion>

<section id="H9680199BFD9141A0A9DC00BFD2723CE4"><enum>2302.</enum><header>Family
housing</header><text display-inline="no-display-inline">Using amounts appropriated
pursuant to the authorization of appropriations in section 2304(a) and available for
military family housing functions as specified in the funding table in section 4601,
the Secretary of the Air Force may carry out architectural and engineering services and
construction design activities with respect to the construction or improvement of
family housing units in an amount not to exceed $3,409,000.</text></section>

<section id="H133A0487D26B45CAB8FF7EF6E665418D"><enum>2303.</enum><header>Improvements
to military family housing units</header><text display-inline="no-display-
inline">Subject to section 2825 of title 10, United States Code, and using amounts
appropriated pursuant to the authorization of appropriations in section 2304(a) and
available for military family housing functions as specified in the funding table in
section 4601, the Secretary of the Air Force may improve existing military family
```

WASHSTATEC015428

housing units in an amount not to exceed $53,584,000.</text></section>

<section id="HC493A7E8C5634AFEAEE5930272CF1051"><enum>2304.</enum><header>Authorization of appropriations, Air Force</header>

<subsection id="HEE71A3C23E944B4CAE428A9CF9B6BA72"><enum>(a)</enum><header>Authorization of appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of the Air Force, as specified in the funding table in section 4601.</text></subsection>

<subsection id="H51CE3A68F3A54D2A80EE1978BC7C1281"><enum>(b)</enum><header>Limitation on total cost of construction projects</header><text>Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2301 may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.</text></subsection></section>

<section id="H9247FC6474C049C29425DCBB9CB3341E" section-type="subsequent-section"><enum>2305.</enum><header>Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation</header>

<subsection id="H714A73FECE40490B9938062B6D96DCAD"><enum>(a)</enum><header>Fiscal year 2015 project authority</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3679) for Royal Air Force Croughton, United Kingdom, for Phase 1 of the Joint Intelligence Analysis Complex consolidation, as specified in the funding table in section 4601 of such Act (128 Stat. 3973), the Secretary of the Air Force shall carry out the construction at Royal Air Force Molesworth, United Kingdom.</text></subsection>

<subsection id="H09BE92AD90FA4AE8B3EB4C5CD62A394E"><enum>(b)</enum><header>Fiscal year 2016 project authority</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1153), for Royal Air Force Croughton, United Kingdom, for Phase 2 of the Joint Intelligence Analysis Complex consolidation, as specified in the funding table in section 4601 of such Act (129 Stat. 1294), the Secretary of the Air Force may construct a 5,152-square meter Intelligence Analytic Center, a 5,234-square meter Intelligence Fusion Center, and a 807-square meter Battlefield Information Collection and Exploitation System Center at Royal Air Force Molesworth, United Kingdom.</text></subsection>

<subsection id="H54342A13F6C74EFCB8C0D3E847125785D"><enum>(c)</enum><header>Fiscal year 2017 project authority</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2697), for Royal Air Force Croughton, United Kingdom, for Phase 3 of the Joint Intelligence Analysis Complex consolidation, as specified in the funding table in section 4601 of such Act (130 Stat. 2878), the Secretary of the Air Force may construct a 1,562-square meter Regional Joint Intelligence Training Facility and a 4,495-square meter Combatant Command Intelligence Facility at Royal Air Force Molesworth, United Kingdom.</text></subsection>

<subsection id="HD6F91C682FA7490E99AA824D9D93931E"><enum>(d)</enum><header>Conforming repeal</header><text display-inline="yes-display-inline">Section 2305 of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2247) is repealed.</text></subsection></section>

<section id="HE1923237672140659D9D759F9E04F9CB" section-type="subsequent-section"><enum>2306.</enum><header>Modification of authority to carry out certain fiscal year 2016 project</header><text display-inline="no-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1152) is amended in the item relating to Nellis Air Force Base, Nevada, by striking <quote>$68,950,000</quote> and inserting <quote>$72,050,000</quote> for construction of Fâ€"35A Munitions Maintenance Facilities, as specified in the funding table in section 4601 of such Act (129 Stat. 1293).</text></section>

<section id="H7FBF335484F84772BEA1D9A4EB9A6041" section-type="subsequent-

section"><enum>2307.</enum><header>Modification of authority to carry out certain fiscal year 2017 project</header><text display-inline="no-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2696) is amended in the item relating to Fairchild Air Force Base, Washington, by striking <quote>$27,000,000</quote> and inserting <quote>$31,800,000</quote> for construction of a SERE School Pipeline Dormitory, as specified in the funding table in section 4601 of such Act (130 Stat. 2878).</text></section>

<section id="H59DEF307D442431DB791663973E11FE0"><enum>2308.</enum><header>Modification of authority to carry out certain fiscal year 2018 projects</header>

<subsection id="HCC461AC131FE4420AF069838246EE0C1"><enum>(a)</enum><header>Little rock air force base, Arkansas</header><text display-inline="yes-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1825) is amended in the item relating to Little Rock Air Force Base, Arkansas, by striking <quote>$20,000,000</quote> and inserting <quote>$27,000,000</quote> for construction of a dormitory facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2002).</text></subsection>

<subsection id="HEF68C5A730AE445985ADE114585D41A3"><enum>(b)</enum><header>Joint base San Antonio, Texas</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1826) for Joint Base San Antonio, Texas, the Secretary of the Air Force may constructâ€"</text>

<paragraph id="H37D49EF7DCCF46119D2B8C68EC252503"><enum>(1)</enum><text display-inline="yes-display-inline">a 750-square meter equipment building for construction of a Classrooms/Dining Facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2003); and</text></paragraph>

<paragraph id="H1AB1CFCE73794C7FBE24701288856E1B"><enum>(2)</enum><text display-inline="yes-display-inline">a 636-square meter air traffic control tower for construction of an Air Traffic Control Tower, as specified in the funding table in section 4601 of such Act (131 Stat. 2003).</text></paragraph></subsection>

<subsection id="H887DD8CBA0A5434780A254E88F7C9DC5"><enum>(c)</enum><header>F.E. Warren Air Force Base, Wyoming</header><text display-inline="yes-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1825) is amended in the item relating to F.E. Warren Air Force Base, Wyoming, by striking <quote>$62,000,000</quote> and inserting <quote>$80,100,000</quote> for construction of a Consolidated Helo/TRF Ops/AMU and Alert Facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2004).</text></subsection>

<subsection id="H362478682F76461BBCA2815588E5E914"><enum>(d)</enum><header>Rygge air station, Norway</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2903 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1876) for Rygge Air Station, Norway, for replacement/expansion of a Quick Reaction Alert Pad, as specified in the funding table in section 4602 of such Act (131 Stat. 2014), the Secretary of the Air Force may construct 1,327 square meters of aircraft shelter and a 404-square meter fire protection support building.</text></subsection>

<subsection id="HC14BDFF4D35F43129511070C8753285C"><enum>(e)</enum><header>Incirlik air base, Turkey</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2903 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1876) for Incirlik Air Base, Turkey, for Relocating Base Main Access Control Point, as specified in the funding table in section 4602 of such Act (131 Stat. 2015), the Secretary of the Air Force may construct a 223-square meter pedestrian search building.</text></subsection></section>

<section id="HD83ABF65B08B40CA868E9F3AB520256C"><enum>2309.</enum><header>Modification of authority to carry out certain fiscal year 2019 projects</header>

<subsection id="HDDDA4A1D99834AC6BB06758B553541B9"><enum>(a)</enum><header>Hanscom air force base, Massachusetts</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2246) for

WASHSTATEC015430

Hanscom Air Force Base, Massachusetts, for the construction of a semi-conductor/microelectronics laboratory facility, as specified in the funding table in section 4601 of such Act (132 Stat. 2405), the Secretary of the Air Force may construct a 1,000 kilowatt stand-by generator.</text></subsection>

<subsection id="H35CFE2C9C7EE4E9E8BB8F6BD64D3DC91"><enum>(b)</enum><header>Minot Air Force Base, North Dakota</header><text display-inline="yes-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2246) is amended in the item relating to Minot Air Force Base, North Dakota, by striking <quote>$66,000,000</quote> and inserting <quote>$71,500,000</quote> for construction of a Consolidated Helo/TRF Ops/AMU and Alert Facility, as specified in the funding table in section 4601 of such Act (132 Stat. 2405).</text></subsection>

<subsection id="H31C91FF1635344D682EEC8B09430256B"><enum>(c)</enum><header>Royal air force lakenheath, United Kingdom</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2247) for Royal Air Force Lakenheath, United Kingdom, for the construction of an Fâ€"35A Dormitory, as specified in the funding table in section 4601 of such Act (132 Stat. 2405), the Secretary of the Air Force may construct a 5,900-square meter dormitory.</text></subsection></section></title>

<title id="HAAA7B9CFC69241809C3FCA9D60598218"><enum>XXIV</enum><header>Defense Agencies Military Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HAAA7B9CFC69241809C3FCA9D60598218" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H923E58F951134AC9A08D6032C86B3329" level="section">Sec.â€,2401.â€,Authorized Defense Agencies construction and land acquisition projects.</toc-entry>

<toc-entry idref="H3B4F0F58B0F04DA5967278AC842DF88C" level="section">Sec.â€,2402.â€,Authorized Energy Resilience and Conservation Investment Program projects.</toc-entry>

<toc-entry idref="H1CDC6D4B3D0C41488772FAC0740BD742" level="section">Sec.â€,2403.â€,Authorization of appropriations, Defense Agencies.</toc-entry></toc>

<section id="H923E58F951134AC9A08D6032C86B3329"><enum>2401.</enum><header>Authorized Defense Agencies construction and land acquisition projects</header>

<subsection id="H4DD48DE5E6AD4F57B773EB5B0017B079"><enum>(a)</enum><header>Inside the united states</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of Defense may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Defense Agencies: Inside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="95" colwidth="111pts"/><colspec colname="column2" coldef="txt" min-data-value="120" colwidth="140pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="201pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation or Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

WASHSTATEC015431

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">California</entry><entry rowsep="0"
align="left" leader-modify="force-ldr-bottom" colname="column2">Beale Air Force Base
</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$33,700,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column2">Camp Pendleton</entry><entry rowsep="0" align="right" leader-
modify="force-ldr" colname="column3">$17,700,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Florida</entry><entry rowsep="0"
align="left" leader-modify="force-ldr-bottom" colname="column2">Eglin Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$16,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column2">Hurlburt Field</entry><entry rowsep="0" align="right" leader-
modify="force-ldr" colname="column3">$108,386,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column2">Naval Air Station Key West</entry><entry rowsep="0" align="right"
leader-modify="force-ldr" colname="column3">$16,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Guam</entry><entry rowsep="0" align="left"
leader-modify="force-ldr-bottom" colname="column2">Joint Region Marianas </entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$19,200,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Hawaii</entry><entry rowsep="0"
align="left" leader-modify="force-ldr-bottom" colname="column2">Joint Base Pearl
Harbor-Hickam</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$67,700,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Maryland</entry><entry rowsep="0"
align="left" leader-modify="force-ldr-bottom" colname="column2">Fort
Detrick</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$27,846,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Mississippi</entry><entry rowsep="0"
align="left" leader-modify="force-ldr-bottom" colname="column2">Columbus Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$16,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1"> North Carolina</entry><entry rowsep="0"
align="left" leader-modify="force-ldr-bottom" colname="column2">Camp
Lejeune</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$13,400,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column2">Fort Bragg</entry><entry rowsep="0" align="right" leader-
modify="force-ldr" colname="column3">$84,103,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Oklahoma</entry><entry rowsep="0" align="left"
leader-modify="force-ldr-bottom" colname="column2">Tulsa International
Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$18,900,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Rhode Island</entry><entry rowsep="0" align="left"
```

WASHSTATEC015432

```
leader-modify="force-ldr-bottom" colname="column2">Quonset State Airport</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$11,600,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">South Carolina</entry><entry rowsep="0"
align="left" leader-modify="force-ldr-bottom" colname="column2">Joint Base
Charleston</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$33,300,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">South Dakota</entry><entry rowsep="0" align="left"
leader-modify="force-ldr-bottom" colname="column2">Ellsworth Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$24,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Virginia</entry><entry rowsep="0" align="left"
leader-modify="force-ldr-bottom" colname="column2">Defense Distribution Depot
Richmond</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$98,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column2">Joint Expeditionary Base Little Creek - Fort Story</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$45,604,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column2">Pentagon</entry><entry rowsep="0" align="right" leader-modify="force-
ldr" colname="column3">$28,802,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-
ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column2">Training Center Dam Neck </entry><entry rowsep="0" align="right"
leader-modify="force-ldr" colname="column3">$12,770,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Washington</entry><entry rowsep="0" align="left"
leader-modify="force-ldr-bottom" colname="column2">Joint Base Lewis-
McChord</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$47,700,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Wisconsin</entry><entry rowsep="0" align="left"
leader-modify="force-ldr-bottom" colname="column2">General Mitchell International
Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$25,900,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">CONUS Classified</entry><entry rowsep="0"
align="left" leader-modify="force-ldr-bottom" colname="column2">Classified
Location</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$82,200,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HFF451E1D942740138EAC7D7F61684A08"><enum>(b)</enum><header>Outside the
United States</header><text display-inline="yes-display-inline">Using amounts
appropriated pursuant to the authorization of appropriations in section 2403(a) and
available for military construction projects outside the United States as specified in
the funding table in section 4601, the Secretary of Defense may acquire real property
and carry out military construction projects for the installations or locations outside
the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Defense Agencies: Outside the
United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-
```

```
typeface="1.1"><colspec colnum="1" colname="column1" coldef="txt" min-data-value="60"
colwidth="112pts"/><colspec colnum="2" colname="column2" coldef="txt" min-data-
value="124" colwidth="139pts"/><colspec colnum="3" colname="column3" coldef="fig" min-
data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>Country</bold></entry><entry morerows="0" rowsep="1"
align="center" colname="column2"><bold>Installation or Location</bold></entry><entry
morerows="0" rowsep="1" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Germany</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Geilenkirchen Air
Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$30,479,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Germany</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Ramstein</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$66,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Japan</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2"> Yokota Air Base</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$136,411,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-
modify="force-ldr" colname="column1">Worldwide Classified</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Classified
Location</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$52,000,000</entry></row></tbody></tgroup></table></subsection></sect
ion>

<section id="H3B4F0F58B0F04DA5967278AC842DF88C"><enum>2402.</enum><header>Authorized
Energy Resilience and Conservation Investment Program projects</header>

<subsection commented="no"
id="H7C63C769F6034E4A98BC79E09B13E49A"><enum>(a)</enum><header>Inside the United
States</header><text display-inline="yes-display-inline">Using amounts appropriated
pursuant to the authorization of appropriations in section 2403(a) and available for
energy conservation projects as specified in the funding table in section 4601, the
Secretary of Defense may carry out energy conservation projects under chapter 173 of
title 10, United States Code, for the installations or locations inside the United
States, and in the amounts, set forth in the following table:</text>

<table line-rules="all-gen" rule-weights="4.4.4.4.4.17"><ttitle><bold>ERCIP Projects:
Inside the United States</bold></ttitle>

<tgroup cols="3" ttitle-size="10" thead-tbody-ldg-size="10.9.10" grid-
typeface="1.1"><colspec colname="col1" coldef="txt" min-data-value="60"
colwidth="69pts"/><colspec colname="col2" coldef="txt" min-data-value="150"
colwidth="172pts"/><colspec colname="col3" coldef="fig" min-data-value="15"
colwidth="132.00pt"/><thead>

<row><entry align="center" colname="col1"><bold>State</bold></entry><entry
align="center" colname="col2"><bold>Installation or Location</bold></entry><entry
align="center" colname="col3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">California</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">Mountain View</entry><entry rowsep="0" leader-modify="clr-ldr"
colname="col3">$9,700,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="clr-ldr"
colname="col1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Naval
```

WASHSTATEC015434

```
Air Weapons Station China Lake</entry><entry rowsep="0" leader-modify="clr-ldr"
colname="col3">$8,950,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="clr-ldr"
colname="col1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Naval
Support Activity Monterey</entry><entry rowsep="0" leader-modify="clr-ldr"
colname="col3">$10,540,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1"> Hawaii</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">Joint Base Pearl Harbor-Hickam</entry><entry rowsep="0" leader-
modify="clr-ldr" colname="col3">$4,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">Maryland</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">Naval Support Activity Bethesda</entry><entry rowsep="0" leader-
modify="clr-ldr" colname="col3">$13,840,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="clr-ldr"
colname="col1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">South
Potomac</entry><entry rowsep="0" leader-modify="clr-ldr"
colname="col3">$18,460,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">New Mexico</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">White Sands Missile Range</entry><entry rowsep="0" leader-modify="clr-
ldr" colname="col3">$5,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">Texas</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">Camp Swift</entry><entry rowsep="0" leader-modify="clr-ldr"
colname="col3">$4,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="clr-ldr"
colname="col1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Fort
Hood</entry><entry rowsep="0" leader-modify="clr-ldr"
colname="col3">$16,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">Virginia</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">National Reconnaissance Office Headquarters</entry><entry rowsep="0"
leader-modify="clr-ldr" colname="col3">$66,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom"
colname="col1">Washington</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="col2">Naval Base Kitsap</entry><entry rowsep="0" leader-modify="clr-ldr"
colname="col3">$23,670,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H576DA415C67A432190F4A0D06E841F42"><enum>(b)</enum><header>Outside the
United States</header><text>Using amounts appropriated pursuant to the authorization of
appropriations in section 2403(a) and available for energy conservation projects as
specified in the funding table in section 4601, the Secretary of Defense may carry out
energy conservation projects under chapter 173 of title 10, United States Code, for the
installations or locations outside the United States, and in the amounts, set forth in
the following table:</text>

<table line-rules="all-gen" rule-weights="4.4.4.4.17"><ttitle><bold>ERCIP Projects:
Outside the United States</bold></ttitle>

<tgroup cols="3" grid-typeface="1.1" thead-tbody-ldg-size="10.9.10" ttitle-
size="10"><colspec coldef="txt" colname="col1" colwidth="69pts" min-data-
value="60"/><colspec coldef="txt" colname="col2" colwidth="172pts" min-data-
value="150"/><colspec coldef="fig" colname="col3" colwidth="75pts" min-data-
value="15"/><thead>

<row><entry align="center" colname="col1"><bold>Country</bold></entry><entry
align="center" colname="col2"><bold>Installation or Location</bold></entry><entry
align="center" colname="col3"><bold>Amount</bold></entry></row></thead>

<tbody>
```

```
<row><entry colname="col1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr">Guam</entry><entry colname="col2" leader-modify="force-ldr-bottom"
rowsep="0">Naval Base Guam</entry><entry colname="col3" leader-modify="clr-ldr"
rowsep="0">$16,970,000</entry></row>

<row><entry colname="col1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr">Unspecified Worldwide</entry><entry colname="col2" leader-
modify="force-ldr-bottom" rowsep="0">Unspecified Worldwide Locations</entry><entry
colname="col3" leader-modify="clr-ldr"
rowsep="0">$150,000,000</entry></row></tbody></tgroup></table></subsection></section>

<section id="H1CDC6D4B3D0C41488772FAC0740BD742"><enum>2403.</enum><header>Authorization
of appropriations, Defense Agencies</header>

<subsection
id="H3CB14A18F02E40E89D7EA0BD91D918B7"><enum>(a)</enum><header>Authorization of
appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal
years beginning after September 30, 2019, for military construction, land acquisition,
and military family housing functions of the Department of Defense (other than the
military departments), as specified in the funding table in section
4601.</text></subsection>

<subsection id="H6C12EE740756465B886C6CFF1E5C3C56"><enum>(b)</enum><header>Limitation
on total cost of construction projects</header><text>Notwithstanding the cost
variations authorized by section 2853 of title 10, United States Code, and any other
cost variation authorized by law, the total cost of all projects carried out under
section 2401 of this Act may not exceed the total amount authorized to be appropriated
under subsection (a), as specified in the funding table in section
4601.</text></subsection></section></title>

<title commented="no" id="H2597F00714344B309DF62EAA4E23511C" level-type="subsequent"
style="OLC"><enum>XXV</enum><header display-inline="yes-display-inline">International
programs</header>

<subtitle commented="no" id="H56FA8C20625E4687A1175954A83D34F4" level-type="subsequent"
style="OLC"><enum>A</enum><header display-inline="yes-display-inline">North Atlantic
Treaty Organization Security Investment Program</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H2597F00714344B309DF62EAA4E23511C" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H56FA8C20625E4687A1175954A83D34F4" level="subtitle">Subtitle
A—North Atlantic Treaty Organization Security Investment Program</toc-entry>

<toc-entry idref="H417074FCB5C146A28523EB2B930AFBEC"
level="section">Sec. 2501. Authorized NATO construction and land acquisition
projects.</toc-entry>

<toc-entry idref="H16BA40EE9E0D41E0ABF4543823436D96"
level="section">Sec. 2502. Authorization of appropriations, NATO.</toc-entry>

<toc-entry idref="H908CF28F03C249AA9177B55B1177570C" level="subtitle">Subtitle B—Host
country in-kind contributions</toc-entry>

<toc-entry idref="H541AB1DD1828402CA6E040F2C8739BE6"
level="section">Sec. 2511. Republic of Korea funded construction projects.</toc-
entry></toc>

<section id="H417074FCB5C146A28523EB2B930AFBEC"><enum>2501.</enum><header>Authorized
NATO construction and land acquisition projects</header><text display-inline="no-
display-inline">The Secretary of Defense may make contributions for the North Atlantic
Treaty Organization Security Investment Program as provided in section 2806 of title
10, United States Code, in an amount not to exceed the sum of the amount authorized to
be appropriated for this purpose in section 2502 and the amount collected from the
North Atlantic Treaty Organization as a result of construction previously financed by
the United States.</text></section>

<section id="H16BA40EE9E0D41E0ABF4543823436D96"><enum>2502.</enum><header>Authorization
of appropriations, NATO</header>
```

```
<subsection
id="HCCA24E09E4514A2588B5556EECEC4303"><enum>(a)</enum><header>Authorization</header><t
ext>Funds are hereby authorized to be appropriated for fiscal years beginning after
September 30, 2019, for contributions by the Secretary of Defense under section 2806 of
title 10, United States Code, for the share of the United States of the cost of
projects for the North Atlantic Treaty Organization Security Investment Program
authorized by section 2501 as specified in the funding table in section
4601.</text></subsection>

<subsection id="HDDECE390033640448166F5D14E129EE0"><enum>(b)</enum><header>Authority to
recognize NATO authorization amounts as budgetary resources for project
execution</header><text>When the United States is designated as the Host Nation for the
purposes of executing a project under the NATO Security Investment Program (NSIP), the
Department of Defense construction agent may recognize the NATO project authorization
amounts as budgetary resources to incur obligations for the purposes of executing the
NSIP project.</text></subsection></section></subtitle>

<subtitle commented="no" id="H908CF28F03C249AA9177B55B1177570C" level-type="subsequent"
style="OLC"><enum>B</enum><header display-inline="yes-display-inline">Host country in-
kind contributions</header>

<section id="H541AB1DD1828402CA6E040F2C8739BE6"><enum>2511.</enum><header>Republic of
Korea funded construction projects</header><text display-inline="no-display-
inline">Pursuant to agreement with the Republic of Korea for required in-kind
contributions, the Secretary of Defense may accept military construction projects for
the installations or locations in the Republic of Korea, and in the amounts, set forth
in the following table: </text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Republic of Korea Funded
Construction Projects</bold></ttitle>

<tgroup cols="4" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
typeface="1.1"><colspec colnum="1" colname="column2" coldef="txt" min-data-value="32"
colwidth="39pts"/><colspec colnum="2" colname="column3" coldef="txt" min-data-
value="45" colwidth="55pts"/><colspec colnum="3" colname="column4" coldef="txt" min-
data-value="90" colwidth="110pts"/><colspec colnum="4" colname="column5" coldef="fig"
min-data-value="11" colwidth="297.00pt"/><thead>

<row><entry namest="column2" morerows="0" align="center"
colname="column2"><bold>Component</bold></entry><entry namest="column3" morerows="0"
align="center" colname="column3"><bold>Installation or Location</bold></entry><entry
namest="column4" morerows="0" align="center"
colname="column4"><bold>Project</bold></entry><entry namest="column5" morerows="0"
colname="column5"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Army</entry><entry rowsep="0" align="left" leader-modify="force-ldr-
bottom" colname="column3">Camp Carroll</entry><entry rowsep="0" align="right" leader-
modify="force-ldr-bottom" colname="column4">Army Prepositioned Stock-4 Wheeled Vehicle
Maintenance Facility </entry><entry leader-modify="clr-ldr"
colname="column5">$51,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Army</entry><entry rowsep="0" align="left" leader-modify="force-ldr-
bottom" colname="column3">Camp Humphreys</entry><entry rowsep="0" align="right" leader-
modify="force-ldr-bottom" colname="column4">Unaccompanied Enlisted Personnel Housing,
P1</entry><entry leader-modify="clr-ldr" colname="column5">$154,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Army</entry><entry rowsep="0" align="left" leader-modify="force-ldr-
bottom" colname="column3">Camp Humphreys</entry><entry rowsep="0" align="right" leader-
modify="force-ldr-bottom" colname="column4">Unaccompanied Enlisted Personnel Housing,
P2</entry><entry leader-modify="clr-ldr" colname="column5">$211,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Army</entry><entry rowsep="0" align="left" leader-modify="force-ldr-
```

WASHSTATEC015437

```
bottom" colname="column3">Camp Humphreys</entry><entry rowsep="0" align="right" leader-
modify="force-ldr-bottom" colname="column4">Satellite Communications Facility
</entry><entry leader-modify="clr-ldr" colname="column5">$32,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Air
Force</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column3">Gwangju Air Base</entry><entry rowsep="0" align="right" leader-
modify="force-ldr-bottom" colname="column4">Hydrant Fuel System</entry><entry leader-
modify="clr-ldr" colname="column5">$35,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Air
Force</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column3">Kunsan Air Base</entry><entry rowsep="0" align="right" leader-
modify="force-ldr-bottom" colname="column4">Upgrade Electrical Distribution
System</entry><entry leader-modify="clr-ldr"
colname="column5">$14,200,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Air
Force</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column3">Kunsan Air Base</entry><entry rowsep="0" align="right" leader-
modify="force-ldr-bottom" colname="column4">Dining Facility</entry><entry leader-
modify="clr-ldr" colname="column5">$21,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Air
Force</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column3">Suwon Air Base</entry><entry rowsep="0" align="right" leader-
modify="force-ldr-bottom" colname="column4">Hydrant Fuel System</entry><entry leader-
modify="clr-ldr"
colname="column5">$24,000,000</entry></row></tbody></tgroup></table></section></subtitl
e></title>

<title commented="no" id="H28A83FDF87C74882A2274BFB52007A30" level-
type="subsequent"><enum>XXVI</enum><header display-inline="yes-display-inline">Guard
and Reserve Forces Facilities</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H28A83FDF87C74882A2274BFB52007A30" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">
```

```
<toc-entry idref="H3CEDE615FBEB4026B02BB3907A12D5E7"
level="section">Sec.â€‚2601.â€‚Authorized Army National Guard construction and land
acquisition projects.</toc-entry>

<toc-entry idref="H22368A0148DC4691B0ABEFD957D90064"
level="section">Sec.â€‚2602.â€‚Authorized Army Reserve construction and land
acquisition projects.</toc-entry>

<toc-entry idref="HE410A83FE9C94F148D5E64E91D1CB496"
level="section">Sec.â€‚2603.â€‚Authorized Navy Reserve and Marine Corps Reserve
construction and land acquisition projects.</toc-entry>

<toc-entry idref="HE0CC84A95E53410F96F3DB05F1697C96"
level="section">Sec.â€‚2604.â€‚Authorized Air National Guard construction and land
acquisition projects.</toc-entry>

<toc-entry idref="HF0630AFA975D422991EA78399CF472A6"
level="section">Sec.â€‚2605.â€‚Authorized Air Force Reserve construction and land
acquisition projects.</toc-entry>

<toc-entry idref="H2F4EB3EAB44B4A6DA65C6D48907206E2"
level="section">Sec.â€‚2606.â€‚Authorization of appropriations, National Guard and
Reserve.</toc-entry></toc>
```

```
<section id="H3CEDE615FBEB4026B02BB3907A12D5E7"><enum>2601.</enum><header>Authorized
Army National Guard construction and land acquisition projects</header><text display-
inline="no-display-inline">Using amounts appropriated pursuant to the authorization of
appropriations in section 2606 and available for the National Guard and Reserve as
specified in the funding table in section 4601, the Secretary of the Army may acquire
real property and carry out military construction projects for the Army National Guard
locations inside the United States, and in the amounts, set forth in the following
table:</text>
```

```
<table align-to-level="section" colsep="1" frame="all" line-rules="all-gen" rowsep="0"
rule-weights="4.4.4.0.4.0" subformat="S6211" table-template-name="Military: 2 text, 1
num, bold hds" table-type=""><title><bold>Army National Guard</bold></title>

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="8.9.10" ttitle-
size="10"><colspec coldef="txt" colname="column1" colwidth="78pts" min-data-
value="75"/><colspec coldef="txt" colname="column2" colwidth="173pts" min-data-
value="165"/><colspec coldef="fig" colname="column3" colwidth="65pts" min-data-
value="13"/><thead>

<row><entry align="center" colname="column1" morerows="0" namest="column1"
rowsep="1"><bold>State</bold></entry><entry align="center" colname="column2"
morerows="0" namest="column2"><bold>Location</bold></entry><entry align="center"
colname="column3" morerows="0"
namest="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">Alabama</entry><entry align="left" colname="column2" leader-
modify="force-ldr" rowsep="0">Anniston Army Depot</entry><entry align="right"
colname="column3" leader-modify="force-ldr" rowsep="0">$34,000,000</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-
ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="force-
ldr" rowsep="0">Foley</entry><entry align="right" colname="column3" leader-
modify="force-ldr" rowsep="0">$12,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">California</entry><entry align="left" colname="column2" leader-
modify="force-ldr" rowsep="0">Camp Roberts</entry><entry align="right"
colname="column3" leader-modify="force-ldr" rowsep="0">$12,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">Idaho</entry><entry align="left" colname="column2" leader-modify="force-
ldr" rowsep="0">Orchard Training Area</entry><entry align="right" colname="column3"
leader-modify="force-ldr" rowsep="0">$29,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">Maryland</entry><entry align="left" colname="column2" leader-
modify="force-ldr" rowsep="0">Havre de Grace</entry><entry align="right"
colname="column3" leader-modify="force-ldr" rowsep="0">$12,000,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Massachusetts</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Camp Edwards</entry><entry
align="right" colname="column3" leader-modify="force-ldr"
rowsep="0">$9,700,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Minnesota</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">New Ulm</entry><entry
align="right" colname="column3" leader-modify="force-ldr"
rowsep="0">$11,200,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Mississippi</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Camp Shelby</entry><entry
align="right" colname="column3" leader-modify="force-ldr"
rowsep="0">$8,100,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Missouri</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Springfield</entry><entry
align="right" colname="column3" leader-modify="force-ldr"
rowsep="0">$12,000,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Nebraska</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Bellevue</entry><entry
align="right" colname="column3" leader-modify="force-ldr"
```

WASHSTATEC015439

rowsep="0">$29,000,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">New Hampshire</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Concord</entry><entry
align="right" colname="column3" leader-modify="force-ldr"
rowsep="0">$5,950,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">New York</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Jamaica Armory</entry><entry
align="right" colname="column3" leader-modify="force-ldr"
rowsep="0">$91,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">Pennsylvania</entry><entry align="left" colname="column2" leader-
modify="force-ldr" rowsep="0">Moon Township</entry><entry align="right"
colname="column3" leader-modify="force-ldr" rowsep="0">$23,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">Vermont</entry><entry align="left" colname="column2" leader-
modify="force-ldr" rowsep="0">Jericho</entry><entry align="right" colname="column3"
leader-modify="force-ldr" rowsep="0">$30,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">Washington</entry><entry align="left" colname="column2" leader-
modify="force-ldr" rowsep="0">Richland</entry><entry align="right" colname="column3"
leader-modify="force-ldr"
rowsep="0">$11,400,000</entry></row></tbody></tgroup></table></section>

<section id="H22368A0148DC4691B0ABEFD957D90064"><enum>2602.</enum><header>Authorized
Army Reserve construction and land acquisition projects</header><text display-
inline="no-display-inline">Using amounts appropriated pursuant to the authorization of
appropriations in section 2606 and available for the National Guard and Reserve as
specified in the funding table in section 4601, the Secretary of the Army may acquire
real property and carry out military construction projects for the Army Reserve
locations inside the United States, and in the amounts, set forth in the following
table:</text>

<table align-to-level="section" colsep="1" frame="all" line-rules="all-gen" rowsep="0"
rule-weights="4.4.0.4.0" table-template-name="Military: 2 text, 1 num, bold hds"
table-type=""><ttitle><bold>Army Reserve</bold></ttitle>

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="8.9.10" ttitle-
size="10"><colspec coldef="txt" colname="column1" colwidth="99pts" min-data-
value="95"/><colspec coldef="txt" colname="column2" colwidth="152pts" min-data-
value="145"/><colspec coldef="fig" colname="column3" colwidth="65pts" min-data-
value="13"/><thead>

<row><entry align="center" colname="column1" morerows="0" namest="column1"
rowsep="1"><bold>State</bold></entry><entry align="center" colname="column2"
morerows="0" namest="column2" rowsep="1"><bold>Location</bold></entry><entry
align="center" colname="column3" morerows="0" namest="column3"
rowsep="1"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="force-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Delaware </entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Newark Army Reserve
Center</entry><entry align="right" colname="column3" leader-modify="clr-ldr"
rowsep="0">$21,000,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Wisconsin</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Fort McCoy</entry><entry
align="right" colname="column3" leader-modify="clr-ldr"
rowsep="0">$25,000,000</entry></row></tbody></tgroup></table></section>

<section id="HE410A83FE9C94F148D5E64E91D1CB496"><enum>2603.</enum><header>Authorized
Navy Reserve and Marine Corps Reserve construction and land acquisition

projects</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Navy may acquire real property and carry out the military construction project for the Navy Reserve and Marine Corps Reserve location inside the United States, and in the amount, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy Reserve and Marine Corps Reserve</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Louisiana</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2"> New Orleans</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$25,260,000</entry></row></tbody></tgroup></table></section>

<section id="HE0CC84A95E53410F96F3DB05F1697C96"><enum>2604.</enum><header>Authorized Air National Guard construction and land acquisition projects</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the Air National Guard locations inside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air National Guard</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">California</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Moffett Air National Guard Base </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$57,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Georgia</entry><entry rowsep="0" leader-modify="force-ldr" colname="column2">Savannah/Hilton Head International Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr"

WASHSTATEC015441

```
colname="column3">$24,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Missouri</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Rosecrans Memorial
Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$9,500,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Puerto Rico</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Luis Munoz-Marin International
Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$50,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Wisconsin</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Truax Field</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$34,000,000</entry></row></tbody></tgroup></table></section>

<section id="HF0630AFA975D422991EA78399CF472A6"><enum>2605.</enum><header>Authorized
Air Force Reserve construction and land acquisition projects</header><text display-
inline="no-display-inline">Using amounts appropriated pursuant to the authorization of
appropriations in section 2604 and available for the National Guard and Reserve as
specified in the funding table in section 4601, the Secretary of the Air Force may
acquire real property and carry out military construction projects for the Air Force
Reserve locations inside the United States, and in the amounts, set forth in the
following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0"><ttitle><bold>Air Force Reserve</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="95"
colwidth="99pts"/><colspec colname="column2" coldef="txt" min-data-value="145"
colwidth="152pts"/><colspec colname="column3" coldef="fig" min-data-value="13"
colwidth="65pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0"
rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry
namest="column3" morerows="0" rowsep="1" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Georgia</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Robins Air Force
Base</entry><entry rowsep="0" align="right" leader-modify="clr-ldr"
colname="column3">$43,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Maryland</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Joint Base
Andrews</entry><entry rowsep="0" align="right" leader-modify="clr-ldr"
colname="column3">$15,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Minnesota</entry><entry rowsep="0" leader-
modify="force-ldr-bottom" colname="column2">Minneapolis-St. Paul International
Airport</entry><entry rowsep="0" align="right" leader-modify="clr-ldr"
colname="column3">$9,800,000</entry></row></tbody></tgroup></table></section>

<section id="H2F4EB3EAB44B4A6DA65C6D48907206E2"><enum>2606.</enum><header>Authorization
of appropriations, National Guard and Reserve</header><text display-inline="no-display-
inline">Funds are hereby authorized to be appropriated for fiscal years beginning after
September 30, 2019, for the costs of acquisition, architectural and engineering
services, and construction of facilities for the Guard and Reserve Forces, and for
```

WASHSTATEC015442

contributions therefor, under chapter 1803 of title 10, United States Code (including the cost of acquisition of land for those facilities), as specified in the funding table in section 4601.</text></section></title>

<title commented="no" id="H03AE3F1DD70046FCB60E51B50B066D75" level-type="subsequent" style="OLC"><enum>XXVII</enum><header display-inline="yes-display-inline">Base realignment and closure activities</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H03AE3F1DD70046FCB60E51B50B066D75" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H3D4FE36153A34C1A98F500CE2D4707FF" level="section">Sec.â€‚2701.â€‚Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account.</toc-entry>

<toc-entry idref="HBDB28E0BD1174BAC840F1A9FF52DCF98" level="section">Sec.â€‚2702.â€‚Prohibition on conducting additional base realignment and closure (BRAC) round.</toc-entry></toc>

<section id="H3D4FE36153A34C1A98F500CE2D4707FF"><enum>2701.</enum><header>Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for base realignment and closure activities, including real property acquisition and military construction projects, as authorized by the Defense Base Closure and Realignment Act of 1990 (part A of title XXIX of Public Law 101â€"510; 10 U.S.C. 2687 note) and funded through the Department of Defense Base Closure Account established by section 2906 of such Act (as amended by section 2711 of the Military Construction Authorization Act for Fiscal Year 2013 (division B of Public Law 112â€"239; 126 Stat. 2140)), as specified in the funding table in section 4601.</text></section>

<section id="HBDB28E0BD1174BAC840F1A9FF52DCF98"><enum>2702.</enum><header>Prohibition on conducting additional base realignment and closure (BRAC) round</header><text display-inline="no-display-inline">Nothing in this Act shall be construed to authorize an additional Base Realignment and Closure (BRAC) round.</text></section></title>

<title id="H86919BA4E52A4A9D8ADBE58EFEEF9485"><enum>XXVIII</enum><header>Military Construction General Provisions</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H86919BA4E52A4A9D8ADBE58EFEEF9485" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H6F8ECB3E9F394A97AC18BBE0BE8F112A" level="subtitle">Subtitle Aâ€"Military Construction Program</toc-entry>

<toc-entry idref="H2A157916E194430EA1A253F84CC96C1F" level="section">Sec.â€‚2801.â€‚Military installation resilience plans and projects.</toc-entry>

<toc-entry idref="HF132FCF9C65B4B78AC35DE1694906D2C" level="section">Sec.â€‚2802.â€‚Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes.</toc-entry>

<toc-entry idref="H91DE8FE7ADC743968E9A1477DF79691E" level="section">Sec.â€‚2803.â€‚Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities.</toc-entry>

<toc-entry idref="HE5F8CAE67749454C8D96F8DB2D3B90C4" level="section">Sec.â€‚2804.â€‚Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.</toc-entry>

<toc-entry idref="H872CD16C37E346B4A0728D28782C8912" level="section">Sec.â€‚2805.â€‚Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects.</toc-entry>

<toc-entry idref="H24F35AFB5B8B41C88CA5F75A86D85212"

level="section">Sec.â€,2806.â€,Improved flood risk disclosure for military construction.</toc-entry>

<toc-entry idref="H1385A03C55CF44958D7C3AB7677C8100"
level="section">Sec.â€,2807.â€,Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects.</toc-entry>

<toc-entry idref="H3E07B8A8D4084AC38677072CB9A49433"
level="section">Sec.â€,2808.â€,Technical corrections and improvements to defense access road resilience.</toc-entry>

<toc-entry idref="HB99E622C8E75471C8E2038A62275002F"
level="section">Sec.â€,2809.â€,Military construction projects for child development centers at military installations.</toc-entry>

<toc-entry idref="HC8478DABCD9246F08ECBD8E3C387DDFA"
level="section">Sec.â€,2810.â€,Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack.</toc-entry>

<toc-entry idref="HE5A30C34FAAC485798C1689439410480"
level="section">Sec.â€,2811.â€,Prohibition on use of funds to close or return certain bases to the host nation.</toc-entry>

<toc-entry idref="H132B6E55D7FE41689A80956E4AD2F9D6" level="subtitle">Subtitle Bâ€"Real Property and Facilities Administration</toc-entry>

<toc-entry idref="H7FB37AC7403440D58D3B6219F509AEDC"
level="section">Sec.â€,2821.â€,Improved energy security for main operating bases in Europe.</toc-entry>

<toc-entry idref="H0E15171F4F3E46C1BFC025DE66D6F01C"
level="section">Sec.â€,2822.â€,Access to Department of Defense installations for credentialed transportation workers.</toc-entry>

<toc-entry idref="H8CA32CCD914E481D83B0920FDEEA33AF"
level="section">Sec.â€,2823.â€,Improved recording and maintaining of Department of Defense real property data.</toc-entry>

<toc-entry idref="HBA4EA220CF564653A92F8597D60CAC78" level="subtitle">Subtitle Câ€"Land Conveyances</toc-entry>

<toc-entry idref="HC70B3D876BAF44ABB9595FBACB406432"
level="section">Sec.â€,2831.â€,Land conveyance, Hill Air Force Base, Ogden, Utah.</toc-entry>

<toc-entry idref="HE6653A216E164DB797C0489F9C595F85"
level="section">Sec.â€,2832.â€,Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery.</toc-entry>

<toc-entry idref="H92FD3C612E7F46DA90B0AF13F2429AC0"
level="section">Sec.â€,2833.â€,Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California.</toc-entry>

<toc-entry idref="H62E00DD2D8CE4165A2E77EF9BF36ABF7"
level="section">Sec.â€,2834.â€,Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia.</toc-entry>

<toc-entry idref="HBC7DDE52EE324F66B8B1892E091B9D2A" level="subtitle">Subtitle Dâ€"Military Land Withdrawals</toc-entry>

<toc-entry idref="H7B3BE6684C0F4300B6DA485F3043D525"
level="section">Sec.â€,2841.â€,Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area.</toc-entry>

<toc-entry idref="H974C1C05AA9D4551B28D66BE81692DE8" level="subtitle">Subtitle Eâ€"White Sands National Park and White Sands Missile Range</toc-entry>

<toc-entry idref="HC741A475793A441590275AE59B6183A9"
level="section">Sec.â€,2851.â€,White Sands Missile Range Land Enhancements.</toc-entry>

```
<toc-entry idref="H5EEA16D978B8414EB4C65962CEB23F52" level="subtitle">Subtitle
Fâ€"Other Matters</toc-entry>

<toc-entry idref="HFDE07F1384954DC291DC060431AB230A"
level="section">Sec.â€‚2861.â€‚Installation and maintenance of fire extinguishers in
Department of Defense facilities.</toc-entry>

<toc-entry idref="H7A8E512093D54F4599C43D1483573BC8"
level="section">Sec.â€‚2862.â€‚Definition of community infrastructure for purposes of
military base reuse studies and community planning assistance.</toc-entry>

<toc-entry idref="H538718FCF73045918DD55BA11F6D6BFC"
level="section">Sec.â€‚2863.â€‚Temporary authority for acceptance and use of
contributions for certain design and construction projects mutually beneficial to the
Department of Defense and the Republic of Korea.</toc-entry>

<toc-entry idref="H00AE00D1429A431583F8A0A10DAEFE9D"
level="section">Sec.â€‚2864.â€‚Black start exercises at military installations.</toc-
entry>

<toc-entry idref="H1455187C84F34178B93280F77136F6F6"
level="section">Sec.â€‚2865.â€‚Pilot program to extend service life of roads and
runways under the jurisdiction of the Secretary of Defense.</toc-entry>

<toc-entry idref="H5832B5F3FEFC4E88BA6CB4D0CE8F15A7"
level="section">Sec.â€‚2866.â€‚Restrictions on rehabilitation of Over-the-Horizon
Backscatter Radar System receiving station, Modoc County, California.</toc-entry>

<toc-entry idref="H08403C7CC9F24725A9F7CB188C701919"
level="section">Sec.â€‚2867.â€‚Designation of Sumpter Smith Joint National Guard
Base.</toc-entry>

<toc-entry idref="HBCD0F155DBFA41FA8BD83150766105F4"
level="section">Sec.â€‚2868.â€‚Santa Ynez Band of Chumash Indians land
affirmation.</toc-entry>

<toc-entry idref="HC19C52EA87AD4F09B045E4C99ACD9423"
level="section">Sec.â€‚2869.â€‚Lands to be taken into trust as part of the reservation
of the Lytton Rancheria.</toc-entry>

<toc-entry idref="HDEE60898797B466CAE1A0243BE91E7EB"
level="section">Sec.â€‚2870.â€‚Little Shell Tribe of Chippewa Indians of Montana.</toc-
entry>

<toc-entry idref="H6BACAE2DC7494F9EA327BB9D1EB4CAC3"
level="section">Sec.â€‚2871.â€‚Sense of Congress on restoration of Tyndall Air Force
Base.</toc-entry></toc>

<subtitle id="H6F8ECB3E9F394A97AC18BBE0BE8F112A"><enum>A</enum><header>Military
Construction Program</header>

<section id="H2A157916E194430EA1A253F84CC96C1F" section-type="subsequent-
section"><enum>2801.</enum><header>Military installation resilience plans and
projects</header>

<subsection id="HD94B75BF365E49A7B3F56A699123D571"><enum>(a)</enum><header>Inclusion of
military installation resilience information in certain installation master
plans</header>

<paragraph
id="H82176E6F516749CC8DEDE81DE0CCCCEF"><enum>(1)</enum><header>Requirement</header><tex
t>Section 2864 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HBB6BD7CE691940CDA059D84FF0516D97"><enum>(A)</enum><text>in
subsection (a)(1), by inserting <quote>military installation resilience,</quote> after
<quote>master planning,</quote>; </text></subparagraph>

<subparagraph id="HCC8790E98AD845D8B479FC3A68346020"><enum>(B)</enum><text>by
redesignating subsections (c) and (d) as subsections (e) and (f), respectively;
and</text></subparagraph>

<subparagraph id="H85DD10F6D4894CA0A172DF21C51C5E3D"><enum>(C)</enum><text>by inserting
```

```
after subsection (b) the following new subsection:</text>

<quoted-block style="USC" id="H3E2E95DBB2F5435F866AE5867D61DCD9" display-inline="no-
display-inline">

<subsection id="HDE2993D64AF94BA7857A750DA35FCBCD"><enum>(c)</enum><header>Military
installation resilience component</header><text display-inline="yes-display-inline">To
address military installation resilience under subsection (a)(1), each installation
master plan shall discuss the following:</text>

<paragraph id="H61CF258267F44E76B10F652E93DB69EF"><enum>(1)</enum><text>Risks and
threats to military installation resilience that exist at the time of the development
of the plan and that are projected for the future, including from extreme weather
events, mean sea level fluctuation, wildfires, flooding, and other changes in
environmental conditions.</text></paragraph>

<paragraph id="HBB9CB437871F48AC83B034F2E547249F"><enum>(2)</enum><text>Assets or
infrastructure located on the military installation vulnerable to the risks and threats
described in paragraph (1), with a special emphasis on assets or infrastructure
critical to the mission of the installation and the mission of members of the armed
forces.</text></paragraph>

<paragraph id="H1EEAD3579C1E4A039FB19772C880DE44"><enum>(3)</enum><text>Lessons learned
from the impacts of extreme weather events, including changes made to the military
installation to address such impacts, since the prior master plan developed under this
section.</text></paragraph>

<paragraph id="H80B4E96A655A4F11B58A70CEDF9879FA"><enum>(4)</enum><text>Ongoing or
planned infrastructure projects or other measures, as of the time of the development of
the plan, to mitigate the impacts of the risks and threats described in paragraph
(1).</text></paragraph>

<paragraph id="H84EC11E66F4946DF928B869169549A4D"><enum>(5)</enum><text>Community
infrastructure and resources located outside the installation (such as medical
facilities, transportation systems, and energy infrastructure) that areâ€"</text>

<subparagraph id="HFA0EA16F6FBF48D7A293C3BEA5EAA445"><enum>(A)</enum><text>necessary to
maintain mission capability or that impact the resilience of the military installation;
and</text></subparagraph>

<subparagraph id="H1FA3D93E954340AE9230F6BF5FCD1E71"><enum>(B)</enum><text>vulnerable
to the risks and threats described in paragraph (1).</text></subparagraph></paragraph>

<paragraph id="H7F80C66BD9034780BC9CBDD574A82434"><enum>(6)</enum><text>Agreements in
effect or planned, as of the time of the development of the plan, with public or
private entities for the purpose of maintaining or enhancing military installation
resilience or resilience of the community infrastructure and resources described in
paragraph (5).</text></paragraph>

<paragraph id="HC64686356F98456BBD9DB95DE1761120"><enum>(7)</enum><text>Projections
from recognized governmental and scientific entities such as the Census Bureau, the
National Academies of Sciences, the United States Geological Survey, and the United
States Global Change Research Office (or any similar successor entities) with respect
to future risks and threats (including the risks and threats described in paragraph
(1)) to the resilience of any project considered in the installation master plan during
the 50-year lifespan of the installation.</text></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB3C9584972CD4584B71E682AC8F0D808"><enum>(2)</enum><header>Report on
master plans</header><text display-inline="yes-display-inline">Section 2864 of title
10, United States Code, is amended by inserting after subsection (c), as added by
subsection (a), the following new subsection:</text>

<quoted-block style="USC" id="H36EAC4FC7EDD403BA61F8586897E2C27" display-inline="no-
display-inline">

<subsection
id="HCB62367094214739B722639BD7B348DB"><enum>(d)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than March 1 of each year, the Secretary
of Defense shall submit to the congressional defense committees a report listing all
master plans completed pursuant to this section in the prior calendar
```

WASHSTATEC015446

```
year.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection id="H69527EE062B64F4C93B83258FFD17481"><enum>(b)</enum><header>Authority to
carry out military installation resilience projects</header>

<paragraph id="H3118AEA7A10B47C2B95A5BE0C189E2B6"><enum>(1)</enum><header>In
general</header><text>Subchapter I of chapter 169 of title 10, United States Code, is
amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H7018E529C5E648708FE85706BDE2881E" display-inline="no-
display-inline">

<section commented="no" display-inline="no-display-inline"
id="HEDF3E0A026C948C48772AE6CD8BDA53F" section-type="subsequent-
section"><enum>2815.</enum><header display-inline="yes-display-inline">Military
installation resilience projects</header>

<subsection commented="no" display-inline="no-display-inline"
id="H4CC9757D538D4124AD75F2D24FB7AD70"><enum>(a)</enum><header display-inline="yes-
display-inline">Projects required</header><text display-inline="yes-display-inline">The
Secretary of Defense shall carry out military construction projects for military
installation resilience, in accordance with section 2802 of this
title.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBD6680595A5340918E4684954843E3FC"><enum>(b)</enum><header display-inline="yes-
display-inline">Congressional notification</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H7FC38AB4BAC54E238E2EFE0AD6EDB8D3"><enum>(1)</enum><text display-inline="yes-
display-inline">When a decision is made to carry out a project under this section, the
Secretary of Defense shall notify the congressional defense committees of that
decision.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE92354C6CFA1475D901FC9D22E283F6C" indent="up1"><enum>(2)</enum><text display-
inline="yes-display-inline">The Secretary of Defense shall include in each notification
submitted under paragraph (1) the rationale for how the project wouldâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H082D3FCBD0B343F18DC4B0B08BABF57D"><enum>(A)</enum><text display-inline="yes-
display-inline">enhance military installation resilience;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD2AD67042663483286837B5C6016463"><enum>(B)</enum><text display-inline="yes-
display-inline">enhance mission assurance;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H935AB5BB71DA466AB5646A60BFAB429E"><enum>(C)</enum><text display-inline="yes-
display-inline">support mission critical functions; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD98873A764634819AD62FA84CBAEFFEC"><enum>(D)</enum><text display-inline="yes-
display-inline">address known
vulnerabilities.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H593B3DCCFF3043768B676AB8D22E93EB"><enum>(c)</enum><header display-inline="yes-
display-inline">Timing of projects</header><text display-inline="yes-display-inline">A
project may be carried out under this section only after the end of the 14-day period
beginning on the date that notification with respect to that project under subsection
(b) is received by the congressional defense committees in an electronic medium
pursuant to section 480 of this title.</text></subsection>

<subsection id="HDD658FCF4A1A4B7C9399B4AA09A15598"><enum>(d)</enum><header>Annual
report</header><text>Not later than 90 days after the end of each fiscal year until
December 31, 2025, the Secretary of Defense shall submit to the congressional defense
committees a report on the status of the planned and active projects carried out under
this section (including completed projects), and shall include in the report with
respect to each such project the following information:</text>
```

```
<paragraph id="HBB9A43EA655A431BAE2E27EEC2CE2A2D" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The title,
location, a brief description of the scope of work, the original project cost estimate,
and the current working cost estimate.</text></paragraph>

<paragraph id="H71FBD778CA7A49D3A0585466C75E1270"><enum>(2)</enum><text>The information
provided under subsection (b)(2).</text></paragraph>

<paragraph id="H145DD92AD5E94CEA9A8581554685E74B" commented="no" display-inline="no-
display-inline"><enum>(3)</enum><text display-inline="yes-display-inline">Such other
information as the Secretary considers
appropriate.</text></paragraph></subsection></section><after-quoted-block>.</after-
quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H88EF083354864E1E9B7BD8C3226DDDAC"><enum>(2)</enum><header display-inline="yes-
display-inline">Clerical amendment</header><text display-inline="yes-display-
inline">The table of sections at the beginning of chapter 169 of such title is amended
by inserting after the item relating to section 2814 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H5A8EE3BC35BF41E892DA5E1A7DFBC094"
style="USC">

<toc>

<toc-entry bold="off" idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2815.
Military installation resilience projects.</toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HF132FCF9C65B4B78AC35DE1694906D2C" section-type="subsequent-
section"><enum>2802.</enum><header>Improved consultation with tribal governments when
proposed military construction projects potentially impact Indian tribes</header><text
display-inline="no-display-inline">Section 2802 of title 10, United States Code, is
amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="H8C3A7CA8D8514612A04082C106194D70" display-inline="no-
display-inline">

<subsection id="HC6DA4C2D0A34487281A5EEE4E595DD14"><enum>(f)</enum></subsection>

<paragraph id="HCC4CD21E7D714D7C8B82D8A0E0E40CDA" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">In addition to any
other applicable consultation requirement pursuant to law or Department of Defense
policy, if a proposed military construction project is likely to significantly impact
tribal lands, known sacred sites, or tribal treaty rights, the Secretary concerned
shall initiate consultation with the tribal government of each impacted Indian
tribe—</text>

<subparagraph id="H612882AE2D97447195EBA59238738F70"
indent="up1"><enum>(A)</enum><text>to determine the nature and extent of such
impact;</text></subparagraph>

<subparagraph id="HFF13076B61F446869D3375496DB1A0A6"
indent="up1"><enum>(B)</enum><text>to determine whether such impact can be avoided or
mitigated in the design and implementation of the project; and </text></subparagraph>

<subparagraph id="H4682FDD3361546DC91AFA712260755D5" indent="up1"><enum>(C)</enum><text
display-inline="yes-display-inline">if such impact cannot be avoided, to develop
feasible measures consistent with applicable law to mitigate the impact and estimate
the cost of the mitigation measures.</text></subparagraph></paragraph>

<paragraph id="H43EF1ECA04404DBEA510182702275DA4" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">As part of the Department of Defense Form 1391
submitted to the appropriate committees of Congress for a military construction project
covered by paragraph (1), the Secretary concerned, to the extent possible at the time
of such submission, shall include a description of the current status of the
consultation conducted under such paragraph and specifically address each of the items
specified in subparagraphs (A), (B), and (C) of such paragraph.</text></paragraph>

<paragraph id="H86FA23CAC8704C2281771132B59F2CD1"
indent="up1"><enum>(3)</enum><text>The requirement under paragraph (1) does not affect
```

WASHSTATEC015448

the obligation of the Secretary concerned to comply with any other applicable consultation requirement pursuant to law or Department of Defense policy.</text></paragraph>

<paragraph id="HF7B6627AE62C4AACB7F5DE5FFF9A7CF0" indent="up1"><enum>(4)</enum><text>In this subsection:</text>

<subparagraph id="H90045452EEED48AC8A77AC3748AFE83A"><enum>(A)</enum><text display-inline="yes-display-inline">The term <quote>Indian tribe</quote> has the meaning given that term in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 5304).</text></subparagraph>

<subparagraph id="H07B0FA493761421293453F7BEFD2B3BE"><enum>(B)</enum><text>The term <quote>tribal government</quote> means the recognized governing body of an Indian tribe.</text></subparagraph>

<subparagraph id="H5B391C47B919415E9D27D9DD445797D6"><enum>(C)</enum><text display-inline="yes-display-inline">The term <quote>sacred site</quote> has the meaning given that term in Executive Order No. 13007, as in effect on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.</text></subparagraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H91DE8FE7ADC743968E9A1477DF79691E"><enum>2803.</enum><header>Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities</header><text display-inline="no-display-inline">Section 2854(c)(3) of title 10, United States Code, is amended by striking <quote>$50,000,000</quote> and inserting <quote>$100,000,000</quote>.</text></section>

<section id="HE5F8CAE67749454C8D96F8DB2D3B90C4" section-type="subsequent-section"><enum>2804.</enum><header>Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience</header>

<subsection id="HF89C5ED958D344D99EEAD5856C1A98CE" display-inline="no-display-inline"><enum>(a)</enum><header>Amendment required</header>

<paragraph id="H79D3DE95DF5C4675B3C4D183457872E9"><enum>(1)</enum><header>In general</header><text>Not later than September 1, 2020, the Secretary of Defense shall amend the Unified Facility Criteria relating to military construction planning and design, to ensure that building practices and standards of the Department of Defense promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.</text></paragraph>

<paragraph id="HC232342029F847B6856825549D75BF5F"><enum>(2)</enum><header>Considerations and consultation</header><text>In preparing amendments pursuant to paragraph (1), the Secretary of Defenseâ€"</text>

<subparagraph id="HF3CF1F02D0484F6C9A88C3BF797677F0"><enum>(A)</enum><text>shall take into account historical data, current conditions, and sea level rise projections; and</text></subparagraph>

<subparagraph id="H20403BCC981842DC95851B1FC47561F8"><enum>(B)</enum><text>may consult with the heads of other Federal departments and agencies with expertise regarding military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.</text></subparagraph></paragraph></subsection>

<subsection id="H561C09F80C654B3B82DAF2616F38B993"><enum>(b)</enum><header>Conditional availability of funds</header><text display-inline="yes-display-inline">Not more than 25 percent of the funds authorized to be appropriated for fiscal year 2020 for Department of Defense planning and design accounts relating to military construction projects may be obligated until the date on which the Secretary of Defense submits to the Committees on Armed Services of the House of Representatives and the Senate a certification that the Secretaryâ€"</text>

<paragraph id="H9AB71269C4A441639E02B56E9DCB9442"><enum>(1)</enum><text>has initiated the amendment process required by subsection (a)(1); and</text></paragraph>

<paragraph id="H4F7BC23CBDD644A3BACBF7CAD7F49721"><enum>(2)</enum><text>intends to complete such process by September 1, 2020.</text></paragraph></subsection>

WASHSTATEC015449

```
<subsection commented="no" display-inline="no-display-inline"
id="H8EFC8B47C11E4AA7A32BC9E6BDEEF39"><enum>(c)</enum><header display-inline="yes-
display-inline">Update of Unified Facilities Criteria to include changing environmental
condition projections</header><text display-inline="yes-display-inline">Section 2805(c)
of the Military Construction Authorization Act for Fiscal Year 2019 (division B of
Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2864 note) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H849BB3CAD76346E1A1FE1F1340C68C46"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking <quote>Not later than</quote> and inserting the
following:</text>

<quoted-block display-inline="no-display-inline" id="H6B785EE252954CFDB2F43B73D0E50193"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H9873FBEA895C4D7083D12620242FB67A"><enum>(1)</enum><header display-inline="yes-
display-inline">Fiscal year 2019</header><text display-inline="yes-display-inline">Not
later than</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-
block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H304C751A0EA8493D8CAC5EAEF9A892C0"><enum>(2)</enum><text display-inline="yes-
display-inline">in paragraph (1), as designated by paragraph (1), by striking
<quote>United Facilities Criteria (UFC) 2-100-01 and UFC 2-100-02</quote> and inserting
<quote>Unified Facilities Criteria (UFC) 1-200-01 and UFC 1-200-02</quote>;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD04D20220F3E4A42BCC1FB3EE351AA1D"><enum>(3)</enum><text display-inline="yes-
display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H360ADE25DFD6464B8B62F78BEB474CFD"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H41FAD0F6DDC14653BD6675A014B04838"><enum>(2)</enum><header display-inline="yes-
display-inline">Fiscal year 2020</header>

<subparagraph id="H9F8D270831F64633B571129CA6873ADD"><enum>(A)</enum><header>Amendments
required</header><text>Not later than 30 days after the date of the enactment of the
National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall
amend the Unified Facilities Criteria as follows:</text>

<clause id="H3DD0C30E4C564DEF8CF1E28710DBEDA6" commented="no" display-inline="no-
display-inline"><enum>(i)</enum><text display-inline="yes-display-inline">To require
that installations of the Department of Defense assess the risks from extreme weather
and related effects, and develop plans to address such risks.</text></clause>

<clause id="H4EDB1DB73ADF4270A9AF9D699AD379DB" commented="no" display-inline="no-
display-inline"><enum>(ii)</enum><text display-inline="yes-display-inline">To require
in the development of such Criteria the use ofâ€"</text>

<subclause id="HBA9FB4953F82487187CD065842FC81C8" commented="no" display-inline="no-
display-inline"><enum>(I)</enum><text display-inline="yes-display-inline">land use
change projections through the use of land use and land cover modeling by the United
States Geological Survey; and</text></subclause>

<subclause id="HF9681930D75B4535ACBE4F8D377F3D26" commented="no" display-inline="no-
display-inline"><enum>(II)</enum><text display-inline="yes-display-inline">weather
projectionsâ€"</text>

<item id="HF28EA8D51A6D47A1B573932F6F97B3BF"><enum>(aa)</enum><text>from the United
States Global Change Research Program, including in the National Climate Assessment;
or</text></item>

<item id="HDD3AD9278CC24B6C8EBC4B9A1A6E70D1"><enum>(bb)</enum><text>from the National
Oceanic and Atmospheric Administration, if such projections are more up-to-date than
projections under item (aa).</text></item></subclause></clause>

<clause id="HCE13F1E576D84589B4277A8C254DDCEF" commented="no" display-inline="no-
```

WASHSTATEC015450

display-inline"><enum>(iii)</enum><text display-inline="yes-display-inline">To require the Secretary of Defense to provide guidance to project designers and master planners on how to use weather projections.</text></clause>

<clause id="H48849A51978943E4B2A1473668449079" commented="no" display-inline="no-display-inline"><enum>(iv)</enum><text display-inline="yes-display-inline">To require the use throughout the Department of the Naval Facilities Engineering Command Climate Change Installation Adaptation and Resilience planning handbook, as amended (or similar publication of the Army Corps of Engineers).</text></clause></subparagraph>

<subparagraph id="H1B226BF1154048BA9F3A9C1EB453E04F"><enum>(B)</enum><header>Notification</header><text display-inline="yes-display-inline">If the Secretary of Defense determines that a projection other than a projection described in subparagraph (A)(ii) is more appropriate for use in amending the Unified Facilities Criteria, the Secretary shall notify the congressional defense committees of such determination, which shall include the rationale underlying such determination and a description of such other projection.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H4237690A0A55477A9E21EF6477BAD7E7"><enum>(d)</enum><header>Implementation of Unified Facilities Criteria amendments</header>

<paragraph id="H79F1B78900DD44609290F4DEDF52724A"><enum>(1)</enum><header>Implementation</header><text display-inline="yes-display-inline">Any Department of Defense Form 1391 submitted to Congress after September 1, 2020 shall comply with the Unified Facility Criteria, as amended pursuant to this section.</text></paragraph>

<paragraph id="H081E0C2F60044E4286672E6EECA863D3"><enum>(2)</enum><header>Certification</header><text display-inline="yes-display-inline">Not later than March 1, 2021, the Secretary of Defense shall certify to the Committees on Armed Services of the House of Representatives and the Senate the completion and full incorporation into military construction planning and design—</text>

<subparagraph id="H73B2D043012446BAB058A0F5B35E182C"><enum>(A)</enum><text>amendments made pursuant to subsection (a); and</text></subparagraph>

<subparagraph id="HD6C6CCDDC1934EBF93F209C10AD31FEE"><enum>(B)</enum><text>amendments made pursuant to section 2805(c) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2864 note), as amended by subsection (c).</text></subparagraph></paragraph></subsection>

<subsection id="H1D094EE942EC459F9EC985FAD6BEEDAE"><enum>(e)</enum><header>Annual review</header><text display-inline="yes-display-inline">Beginning with fiscal year 2022, and annually thereafter, the Secretary of Defense shall conduct a review comparing the Unified Facility Criteria and industry best practices, for the purpose of ensuring that military construction building practices and standards of the Department of Defense relating to military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience remain up-to-date.</text></subsection>

<subsection id="H62AC592881E5418FBDB271BE866D4014"><enum>(f)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H87D39E9B94AD44E3A328705546C9DE16"><enum>(1)</enum><text display-inline="yes-display-inline">The terms <quote>energy resilience</quote> and <quote>military installation resilience</quote> have the meanings given those terms in section 101(e) of title 10, United States Code. </text></paragraph>

<paragraph id="H29E33CCD403E46BE9C9F59C4FA9A4A21"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>energy and climate resiliency</term> has the meaning given that term in section 2864 of title 10, United States Code.</text></paragraph></subsection></section>

<section id="H872CD16C37E346B4A0728D28782C8912" section-type="subsequent-section"><enum>2805.</enum><header>Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects</header>

```
<subsection
id="H079DE366637045D69DFB38F66F67A6AC"><enum>(a)</enum><header>Modification</header>

<paragraph id="H2F53513BE3BD4F2EAEA61629B22CCA05"><enum>(1)</enum><header>Certification
requirement</header><text display-inline="yes-display-inline">The Secretary of Defense
shall modify Department of Defense Form 1391 to require, with respect to any proposed
major or minor military construction project requiring congressional notification or
approval, the inclusion of a certification by the Secretary of Defense or the Secretary
of the military department concerned that the proposed military construction project
takes into considerationâ€"</text>

<subparagraph id="HE4490A2AE3E24236987E68A569EDB52B"><enum>(A)</enum><text display-
inline="yes-display-inline">the potential adverse consequences of long-term changes in
environmental conditions, such as increasingly frequent extreme weather events, that
could affect the military installation resilience of the installation for which the
military construction project is proposed; and</text></subparagraph>

<subparagraph id="H97A1FFA6687940E1AAA9FF6049E38ED7"><enum>(B)</enum><text display-
inline="yes-display-inline">building requirements in effect for the locality in which
the military construction project is proposed and industry best practices that are
developed to withstand extreme weather events and other consequences of changes in
environmental conditions.</text></subparagraph></paragraph>

<paragraph id="H8D8890EB86EB4292AC0B749F023BCA75"><enum>(2)</enum><header>Elements of
certification</header><text display-inline="yes-display-inline">As part of the
certification required by paragraph (1) for a proposed military construction project,
the Secretary concerned shall identify the potential changes in environmental
conditions, such as increasingly frequent extreme weather events, considered and
addressed under subparagraphs (A) and (B) of paragraph
(1).</text></paragraph></subsection>

<subsection id="H964E046D85274A17B1E6FD8381F75A9B"><enum>(b)</enum><header>Relation to
recent modification requirement</header><text display-inline="yes-display-inline">The
modification of Department of Defense Form 1391 required by subsection (a) is in
addition to, and expands upon, the modification of Department of Defense Form 1391 with
respect to flood risk disclosure for military construction required by section 2805(a)
of the Military Construction Authorization Act for Fiscal Year 2019 (division B of
Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2802 note).</text></subsection>

<subsection id="H9DF47BE9995A45F480992D62355149AC"><enum>(c)</enum><header>Military
installation resilience defined</header><text>In this section, the term <quote>military
installation resilience</quote> has the meaning given that term in section 101(e)(8) of
title 10, United States Code.</text></subsection></section>

<section id="H24F35AFB5B8B41C88CA5F75A86D85212"><enum>2806.</enum><header>Improved
flood risk disclosure for military construction</header>

<subsection id="HC2760B4C303A4A5C83FC1A5A6B682C20"><enum>(a)</enum><header>When
disclosure required</header><text display-inline="yes-display-inline">Section
2805(a)(1) of the Military Construction Authorization Act for Fiscal Year 2019
(division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2802 note) is
amendedâ€"</text>

<paragraph id="HA435E32B296A4D63892D8DFFC9F77A4F"><enum>(1)</enum><text>in subparagraph
(A), by inserting after <quote>hazard data</quote> the following: <quote>, or will be
impacted by projected current and future mean sea level fluctuations over the lifetime
of the project</quote>; and</text></paragraph>

<paragraph id="H16D7F2958EBD495FAAD452F11AF2C897"><enum>(2)</enum><text>in subparagraph
(B), by inserting after <quote>floodplain</quote> the following: <quote>or will be
impacted by projected current and future mean sea level fluctuations over the lifetime
of the project</quote>.</text></paragraph></subsection>

<subsection id="H56749CE18EA143EEA491FA8AD811EF81"><enum>(b)</enum><header>Reporting
requirements</header><text display-inline="yes-display-inline">Section 2805(a)(3) of
the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public
Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2802 note) is amendedâ€"</text>

<paragraph id="H35437809AD684F909B0B308789F8899C"><enum>(1)</enum><text display-
inline="yes-display-inline">in the matter preceding the subparagraphs, by inserting
```

after <quote>floodplain</quote> the following: <quote>or are to be impacted by projected current and future mean sea level fluctuations over the lifetime of the project</quote>; and</text></paragraph>

<paragraph id="HBA328A9CC949488F85630B664BD68168"><enum>(2)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block style="OLC" id="HFC725B5C126441E885D2CD4EB76311FB" display-inline="no-display-inline">

<subparagraph id="HCC9B5C0B49CD4131BFCAC20C7175415A"><enum>(D)</enum><text display-inline="yes-display-inline">A description of how the proposed project has taken into account projected current and future mean sea level fluctuations over the lifetime of the project.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H1F8D3128CC8B4C13BD6BBFEDA67223E6"><enum>(c)</enum><header>Mitigation plan assumptions</header><text>Section 2805(a)(4) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2802 note) is amendedâ€"</text>

<paragraph id="HE040BE3727244C93AEC36F027A24010C"><enum>(1)</enum><text display-inline="yes-display-inline">in the matter preceding the subparagraphsâ€"</text>

<subparagraph id="HF06F54E51EBB4B87B75348543E147943"><enum>(A)</enum><text>by inserting after <quote>floodplain</quote> the following: <quote>or that will be impacted by projected current and future mean sea level fluctuations over the lifetime of the project</quote>; and</text></subparagraph>

<subparagraph id="HB00C5E5C90874729A1C13ACC2951476E"><enum>(B)</enum><text>by striking <quote>an additional</quote>;</text></subparagraph></paragraph>

<paragraph id="HE78864A4AA004E0A849CB8549163C952"><enum>(2)</enum><text>in subparagraph (A)â€"</text>

<subparagraph id="H5B94799760594D7AAF2B3C2FF07158FF"><enum>(A)</enum><text>by inserting <quote>an additional</quote> before <quote>2 feet</quote>; and</text></subparagraph>

<subparagraph id="H9CD8545FD5B24A16942213073449D930"><enum>(B)</enum><text>by striking <quote>and</quote> at the end of the subparagraph; </text></subparagraph></paragraph>

<paragraph id="H9D80078DAB004164B909E7706745B45E"><enum>(3)</enum><text>in subparagraph (B)â€"</text>

<subparagraph id="HBE545D610AA442D096CB860EBEE0B325"><enum>(A)</enum><text>by inserting <quote>an additional</quote> before <quote>3 feet</quote>; and</text></subparagraph>

<subparagraph id="HDE1D38916C0D4714A55FB3AD37118B96"><enum>(B)</enum><text>by striking the period at the end of the subparagraph and inserting <quote>; and</quote>; and</text></subparagraph></paragraph>

<paragraph id="H1290B26290404872A55EED29CC43F845"><enum>(4)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block style="OLC" id="H0A134B359B3F442B94C2E5270D8C9FE9" display-inline="no-display-inline">

<subparagraph id="H6E25D6C8A82E4A68BA3137F6B405A3B2"><enum>(C)</enum><text display-inline="yes-display-inline">any additional flooding that will result from projected current and future mean sea level fluctuations over the lifetime of the project.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H1385A03C55CF44958D7C3AB7677C8100"><enum>2807.</enum><header>Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects</header><text display-inline="no-display-inline">Section 2806 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 222a note) is amendedâ€"</text>

<paragraph id="H9F4739E1582F44199549551BAED7D0A5"><enum>(1)</enum><text>by striking <quote>Assistant Secretary of Defense for Energy, Installations, and

WASHSTATEC015453

Environment</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></paragraph>

<paragraph id="H75D3DC0F7C6941F999B3BEE8823DFA52"><enum>(2)</enum><text>by striking <quote>reporting</quote> and inserting <quote>report</quote>; and</text></paragraph>

<paragraph id="H220BABCE6F5D473AA50EC2594EA29210"><enum>(3)</enum><text>by inserting <quote>in prioritized order, with specific accounts and program elements identified,</quote> after <quote>evaluation facilities,</quote>.</text></paragraph></section>

<section id="H3E07B8A8D4084AC38677072CB9A49433"><enum>2808.</enum><header>Technical corrections and improvements to defense access road resilience</header><text display-inline="no-display-inline">Section 210 of title 23, United States Code, is amended—</text>

<paragraph id="HA423AC29BD1B4B0B83B3DCAFC09C67CB"><enum>(1)</enum><text>in subsection (a), by striking <quote>(a)(1) The Secretary</quote> and all that follows through the end of paragraph (1) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H591534941DD441CEBD0B0BA4B4DF697F" style="OLC">

<subsection id="H89C23C795D32405EA652ED4E90FD4D6E"><enum>(a)</enum><header>Authorization</header>

<paragraph id="H55805375D29943BF8772C7D62BE7F8D5"><enum>(1)</enum><header>In general</header><text>When defense access roads are certified to the Secretary as important to the national defense by the Secretary of Defense or such other official as the President may designate, the Secretary is authorized, out of the funds appropriated for defense access roads, to provide for—</text>

<subparagraph id="HBA3818F95F5947A9AC37CF2F69559007"><enum>(A)</enum><text>the construction and maintenance of defense access roads (including bridges, tubes, tunnels, and culverts or other hydraulic appurtenances on those roads) to—</text>

<clause id="HD7A394E914EF406C82F294B82EDD7F12"><enum>(i)</enum><text>military reservations;</text></clause>

<clause id="H577535453729458B9121B30E61CCE96C"><enum>(ii)</enum><text>defense industry sites;</text></clause>

<clause id="HAB827040B28E42478D2594CBEC2323F3"><enum>(iii)</enum><text>air or sea ports that are necessary for or are planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies; or</text></clause>

<clause id="H3CDFD7D82E8D44F5B043394B5C7DD928"><enum>(iv)</enum><text>sources of raw materials;</text></clause></subparagraph>

<subparagraph id="HBD50A9EE0CDB438FB473A0D8CF54FA4B"><enum>(B)</enum><text>the reconstruction or enhancement of, or improvements to, those roads to ensure the continued effective use of the roads, regardless of current or projected increases in mean tides, recurrent flooding, or other weather-related conditions or natural disasters; and</text></subparagraph>

<subparagraph id="H82186557334443C68305AC71DC45ECDD"><enum>(C)</enum><text>replacing existing highways and highway connections that are shut off from general public use by necessary closures, closures due to mean sea level fluctuation and flooding, or restrictions at—</text>

<clause id="H5162F0E1447B4436AF563ED6D4E089A7"><enum>(i)</enum><text>military reservations;</text></clause>

<clause id="H4FA7ACFA00824D76A57B8070885C83A3"><enum>(ii)</enum><text>air or sea ports that are necessary for or are planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies; or</text></clause>

<clause id="HC0EE09C28251461799AE160D5D211233"><enum>(iii)</enum><text>defense industry sites.</text></clause></subparagraph></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H7DEA89317AD1459D98C0B75820CFB029"><enum>(2)</enum><text>in subsection

(b), by striking <quote>the construction and maintenance of</quote> and inserting <quote>construction, reconstruction, resurfacing, restoration, rehabilitation, and preservation of, or enhancements to,</quote>;</text></paragraph>

<paragraph id="H44856A09480A48B5A87CD2B8D2B0B9F0"><enum>(3)</enum><text>in subsection (c)â€"</text>

<subparagraph id="H30DBCEB1B64842A9BACFD7CBD161B004"><enum>(A)</enum><text>by striking <quote>him</quote> and inserting <quote>the Secretary</quote>;</text></subparagraph>

<subparagraph id="H2B7DD71F121A4381BA1A0338847F8945"><enum>(B)</enum><text>by striking <quote>construction, maintenance, and repair work</quote> and inserting <quote>activities for construction, maintenance, reconstruction, enhancement, improvement, and repair</quote>;</text></subparagraph>

<subparagraph id="HE4C45BA2BD3D404DB2A6B0942F45974D"><enum>(C)</enum><text>by striking <quote>therein</quote> and inserting <quote>in those areas</quote>; and</text></subparagraph>

<subparagraph id="H645D6292A31944E7B1602D62B318C92E"><enum>(D)</enum><text>by striking <quote>condition for such training purposes and for repairing the damage caused to such highways by the operations of men and equipment in such training.</quote> and inserting the following:</text>

<quoted-block display-inline="yes-display-inline" id="HCC0DA5CFFA4A4BE5B749278F3C9FA23B" style="OLC"><text>condition forâ€"</text>

<paragraph id="HF542CB9BAB844BC182CDE7E92720E01C"><enum>(1)</enum><text>that training; and</text></paragraph>

<paragraph id="HB1EAF92F52D74480955A5CF0FCC31245"><enum>(2)</enum><text>repairing the damage to those highways caused byâ€"</text>

<subparagraph id="H7D6A4C6D90174609A2D8505CC0851EA6"><enum>(A)</enum><text>weather-related events, increases in mean high tide levels, recurrent flooding, or natural disasters; or</text></subparagraph>

<subparagraph id="H2610977E184747AC803686ECE906C614"><enum>(B)</enum><text>the operations of men and equipment in such training.</text></subparagraph></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H06F6C25FC298484598AE03B523681097"><enum>(4)</enum><text>in subsection (g)â€"</text>

<subparagraph id="H7983D15D8E484F21B36135D3A9A56ED1"><enum>(A)</enum><text>by striking <quote>he</quote> and inserting <quote>the Secretary</quote>; </text></subparagraph>

<subparagraph id="H172EBB40DB1346C9A94BA9CAB8E33412"><enum>(B)</enum><text>by striking <quote>construction which has been</quote> and inserting <quote>construction and other activities</quote>; and</text></subparagraph>

<subparagraph id="HA211F28EB3684C3EA71875379A3E1348"><enum>(C)</enum><text>by striking <quote>upon his demand</quote> and inserting <quote>upon demand by the Secretary</quote>; and </text></subparagraph></paragraph>

<paragraph id="HAC4BDAA3061543488C097D4C57C5AD5D"><enum>(5)</enum><text>by striking subsection (i) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H58463392D99746368165EF510253CA26" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HE5CF6337AF064BC0987A72091B1CD845"><enum>(i)</enum><header>Repair of certain damages and infrastructure</header><text>The funds appropriated to carry out this section may be used to pay the cost of repairing damage caused, or any infrastructure to mitigate a risk posed, to a defense access road by recurrent or projected recurrent flooding, sea level fluctuation, a natural disaster, or any other current or projected change in applicable environmental conditions, if the Secretary determines that continued access to a military installation, defense industry site, air or sea port necessary for or planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies, or to a source of raw materials, has been or is

projected to be impacted by those events or conditions.</text></subsection><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HB99E622C8E75471C8E2038A62275002F"><enum>2809.</enum><header>Military
construction projects for child development centers at military installations</header>

<subsection
id="HCB441D1BF44A4979A83B55B6A625923A"><enum>(a)</enum><header>Authorization of
additional projects</header><text>In addition to any other military construction
projects authorized under this Act, the Secretary of the military department concerned
may carry out military construction projects for child development centers at military
installations, as specified in the funding table in section 4601.</text></subsection>

<subsection id="H3F742DC5F9D143FAB2666F0C13EA5A1F"><enum>(b)</enum><header>Requiring
report as condition of authorization</header>

<paragraph
id="H7855CA9A96B54EF98142F747A8F46249"><enum>(1)</enum><header>Report</header><text>Not
later than 90 days after the date of the enactment of this Act, the Secretary concerned
shall submit to the congressional defense committees a report that describes the
location, title, and cost, together with a Department of Defense Form 1391, for each
project the Secretary concerned proposes to carry out under this
section.</text></paragraph>

<paragraph id="H837D1BC52FE745ECB3337A3B2DA8A123"><enum>(2)</enum><header>Timing of
availability of funds</header><text>No funds may be obligated or expended for a project
under this sectionâ€"</text>

<subparagraph id="HE10F1B480FCE476E93DB7935351682B1"><enum>(A)</enum><text>unless the
project is included in the report submitted under paragraph (1);
and</text></subparagraph>

<subparagraph id="HB9F775ACC5074DBCB8FE589ED0ECC183"><enum>(B)</enum><text>until the
expiration of the 30-day period beginning on the date on which the Secretary concerned
submits the report under paragraph (1).</text></subparagraph></paragraph></subsection>

<subsection id="H871446C28466405494EE397949484717"><enum>(c)</enum><header>Expiration
of authorization</header><text>Section 2002 shall apply with respect to the
authorization of a military construction project under this section in the same manner
as such section applies to the authorization of a project contained in titles XXI
through XXX.</text></subsection></section>

<section id="HC8478DABCD9246F08ECBD8E3C387DDFA"><enum>2810.</enum><header>Prohibition
on use of funds to reduce air base resiliency or demolish protected aircraft shelters
in the European theater without creating a similar protection from attack</header><text
display-inline="no-display-inline">No funds authorized to be appropriated by this Act
for fiscal year 2020 for the Department of Defense may be obligated or expended to
implement any activity that reduces air base resiliency or demolishes protected
aircraft shelters in the European theater, and the Department may not otherwise
implement any such activity, without creating a similar protection from attack in the
European theater until such time as the Secretary of Defense certifies to the
congressional defense committees that protected aircraft shelters are not required in
the European theater.</text></section>

<section id="HE5A30C34FAAC485798C1689439410480"><enum>2811.</enum><header>Prohibition
on use of funds to close or return certain bases to the host nation</header><text
display-inline="no-display-inline">No funds authorized to be appropriated by this Act
for fiscal year 2020 for the Department of Defense may be obligated or expended to
implement any activity that closes or returns to the host nation any existing base
under the European Consolidation Initiative, and the Department shall not implement any
such activity in fiscal year 2020, until the Secretary of Defense certifies that there
is no longer a need for a rotational military presence in the European
theater.</text></section></subtitle>

<subtitle id="H132B6E55D7FE41689A80956E4AD2F9D6"><enum>B</enum><header>Real Property
and Facilities Administration</header>

<section id="H7FB37AC7403440D58D3B6219F509AEDC"><enum>2821.</enum><header>Improved
energy security for main operating bases in Europe</header>

<subsection id="H34F49F6D3AEB4633B940712CA814BB8B"><enum>(a)</enum><header>Prohibition

on use of certain energy source</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that each contract for the acquisition of furnished energy for a covered military installation in Europe does not use any energy sourced from inside the Russian Federation as a means of generating the furnished energy for the covered military installation.</text></subsection>

<subsection id="HBC1B7E89E3BC4FADBA89E5BBB10C0462"><enum>(b)</enum><header>Waiver for national security interests</header>

<paragraph id="H5E5E374226C443498907E83D392C42C6"><enum>(1)</enum><header>Waiver authority; certification</header><text display-inline="yes-display-inline">The Secretary of Defense may waive application of subsection (a) to a specific contract for the acquisition of furnished energy for a covered military installation if the Secretary certifies to the congressional defense committees thatâ€"</text>

<subparagraph id="H9DFB549169154F418A076ED9EF82DC56"><enum>(A)</enum><text>the waiver of such subsection is necessary to ensure an adequate supply of furnished energy for the covered military installation; and</text></subparagraph>

<subparagraph id="HE8739007108F4889A48E92DB1AB61918"><enum>(B)</enum><text display-inline="yes-display-inline">the Secretary has balanced these national security requirements against the potential risk associated with reliance upon the Russian Federation for furnished energy.</text></subparagraph></paragraph>

<paragraph id="H95C3D8B6102A4C0FBEAB43DAA4680797"><enum>(2)</enum><header>Submission of waiver notice</header><text display-inline="yes-display-inline">Not later than 14 days before the execution of any energy contract for which a waiver is granted under paragraph (1), the Secretary of Defense shall submit to the congressional defense committees notice of the waiver. The waiver notice shall include the following:</text>

<subparagraph id="H3A9DF073ECFE4C40A75FC5FE06ADDB07"><enum>(A)</enum><text>The rationale for the waiver, including the basis for the certifications required by subparagraphs (A) and (B) of paragraph (1).</text></subparagraph>

<subparagraph id="H5E81A964320246CB89B72450F720D5D5"><enum>(B)</enum><text>An assessment of how the waiver may impact the European energy resiliency strategy.</text></subparagraph>

<subparagraph id="HE28628E5BE004D36A6C6EF40197884AF"><enum>(C)</enum><text>An explanation of the measures the Department of Defense is taking to mitigate the risk of using Russian Federation furnished energy.</text></subparagraph></paragraph></subsection>

<subsection id="H23C253BBAA5C473F85F90CAEC90C6787"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HFA7C92CBAF774871B039D3F43C262ADF"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>covered military installation</quote> means a military installation in Europe identified by the Department of Defense as a main operating base. </text></paragraph>

<paragraph id="H23945B454AA14A7C8E497C8BF6D6DC4B"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>furnished energy</quote> means energy furnished to a covered military installation in any form and for any purpose, including heating, cooling, and electricity.</text></paragraph></subsection>

<subsection id="H672BD4E8CE644508B3D7195D36E64F5E"><enum>(d)</enum><header>Conforming repeal</header><text display-inline="yes-display-inline">Section 2811 of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2266) is repealed.</text></subsection></section>

<section id="H0E15171F4F3E46C1BFC025DE66D6F01C"><enum>2822.</enum><header>Access to Department of Defense installations for credentialed transportation workers</header><text display-inline="no-display-inline">Section 1050(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 113 note) is amended to read as follows:</text>

<quoted-block style="OLC" id="H66674948EB6843A4BA5D278A6EAE4B49" display-inline="no-display-inline">

```
<subsection id="H423DDEAAFD7440F989A54FFA18F939E9"><enum>(a)</enum><header>Access to
installations for credentialed transportation workers</header><text display-
inline="yes-display-inline">The Secretary of Defense, to the extent practicable, shall
ensure that the Transportation Worker Identification Credential is accepted as a valid
credential for unescorted access to Department of Defense installations by
transportation workers.</text></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section id="H8CA32CCD914E481D83B0920FDEEA33AF"><enum>2823.</enum><header>Improved
recording and maintaining of Department of Defense real property data</header>

<subsection id="H74980BCAA12E4FF7AC8CE5AE70B7CD4A"><enum>(a)</enum><header>Initial
report</header><text display-inline="yes-display-inline">Not later than 150 days after
the date of the enactment of this Act, the Undersecretary of Defense for Acquisition
and Sustainment shall submit to the congressional defense committees a report that
evaluates service-level best practices for recording and maintaining real property
data.</text></subsection>

<subsection id="HFF0DA5C00A694820BD8D7BE331FCE936"><enum>(b)</enum><header>Issuance of
guidance</header><text display-inline="yes-display-inline">Not later than 300 days
after the date of the enactment of this Act, the Undersecretary of Defense for
Acquisition and Sustainment shall issue service-wide guidance on the recording and
collection of real property data based on the best practices described in the
report.</text></subsection></section></subtitle>

<subtitle id="HBA4EA220CF564653A92F8597D60CAC78"><enum>C</enum><header>Land
Conveyances</header>

<section id="HC70B3D876BAF44ABB9595FBACB406432" section-type="subsequent-
section"><enum>2831.</enum><header>Land conveyance, Hill Air Force Base, Ogden,
Utah</header>

<subsection id="H4059054AE8854381AA00A57FDF7E25D8"><enum>(a)</enum><header>Conveyance
required</header><text display-inline="yes-display-inline">The Secretary of the Air
Force may convey, for no monetary consideration, to the State of Utah or a designee of
the State of Utah (in this section referred to as the <quote>State</quote>) all right,
title, and interest of the United States in and to a parcel of real property, including
improvements thereon, consisting of approximately 35 acres located at Hill Air Force
Base commonly known as the <quote>Defense Nontactical Generator and Rail Center</quote>
and such real property adjacent to the Center as the parties consider to be
appropriate, for the purpose of permitting the State to construct a new interchange for
Interstate 15.</text></subsection>

<subsection id="H7EDF186E96C94D28B443FE83A5852482"><enum>(b)</enum><header>Condition
precedent</header><text>The conveyance authorized by subsection (a) shall be contingent
upon the relocation of the Defense Nontactical Generator and Rail
Center.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE89706FF16B14EE7ACDEE9777F85B4A4"><enum>(c)</enum><header display-inline="yes-
display-inline">Termination and reentry</header><text display-inline="yes-display-
inline">If the State does not meet the conditions required under subsection (d) by the
date that is five years after the date of the conveyance authorized by subsection (a),
or such later date as the Secretary of the Air Force and the State may agree is
reasonably necessary due to unexpected circumstances, the Secretary of the Air Force
may terminate such conveyance and reenter the property.</text></subsection>

<subsection
id="H6392E6331C5E4E849F04A7EEDA043C36"><enum>(d)</enum><header>Consideration and
conditions of conveyance</header><text>In consideration of and as a condition to the
conveyance authorized by subsection (a), the State shall agree to the following:</text>

<paragraph id="H7E31D2C6EB404ACFA580EFAE48485E3A"><enum>(1)</enum><text>Not later than
two years after the conveyance, the State shall, at no cost to the United States
Governmentâ€"</text>

<subparagraph id="H538B6BFCA64B4A3588990465FD2D3F61"><enum>(A)</enum><text>demolish all
improvements and associated infrastructure existing on the property;
and</text></subparagraph>
```

WASHSTATEC015458

```
<subparagraph id="HEFC2F57793784D8486EFBE8913553B64"><enum>(B)</enum><text>conduct
environmental cleanup and remediation of the property, as required by law and approved
by the Utah Department of Environmental Quality, for the planned redevelopment and use
of the property.</text></subparagraph></paragraph>

<paragraph id="H6EB5A35FFAF04499905AE62C280D8346"><enum>(2)</enum><text>Not later than
three years after the completion of the cleanup and remediation under paragraph (1)(B),
the State, at no cost to the United States Government, shall construct on Hill Air
Force Base a new gate for vehicular and pedestrian traffic in and out of Hill Air Force
Base in compliance with all applicable construction and security requirements and such
other requirements as the Secretary of the Air Force may consider
necessary.</text></paragraph>

<paragraph id="H5F08BCEC9F4848FFBD2D819F28B551EE"><enum>(3)</enum><text>That the State
shall coordinate the demolition, cleanup, remediation, design, redevelopment, and
construction activities performed pursuant to the conveyance under subsection (a) with
the Secretary of the Air Force, the Utah Department of Transportation, and the Utah
Department of Environmental Quality.</text></paragraph></subsection>

<subsection
id="H560087E975EE14CC4AA0E535B512711A9"><enum>(e)</enum><header>Environmental
obligations</header><text display-inline="yes-display-inline">The State shall not have
any obligation with respect to cleanup and remediation of an environmental condition on
the property to be conveyed under subsection (a) unless the condition was in existence
and known before the date of the conveyance or the State exacerbates the condition
which then requires further remediation.</text></subsection>

<subsection id="HFC7D9847695B47A0BB4C6DF62BA4BBAC"><enum>(f)</enum><header>Payment of
costs of conveyance</header>

<paragraph id="H8DD480BA363D4827BBDEB41D704D8686"><enum>(1)</enum><header>Payment
required</header><text>The Secretary of the Air Force shall require the State to cover
costs to be incurred by the Secretary, or to reimburse the Secretary for such costs
incurred, to carry out the conveyance under subsection (a), including survey costs,
costs for environmental documentation, and other administrative costs related to the
conveyance. If amounts are collected from the State in advance of the Secretary
incurring actual costs, and the amount collected exceeds the costs actually incurred by
the Secretary to carry out the conveyance, the Secretary shall refund the excess amount
to the State.</text></paragraph>

<paragraph id="H710AF28466C046DEB8390B7EA47CE839"><enum>(2)</enum><header>Treatment of
amounts received</header><text>Amounts received as reimbursement under paragraph (1)
shall be credited to the fund or account that was used to cover the costs incurred by
the Secretary in carrying out the conveyance under subsection (a) or to an appropriate
fund or account currently available to the Secretary for the purposes for which the
costs were paid. Amounts so credited shall be merged with amounts in such fund or
account and shall be available for the same purposes, and subject to the same
conditions and limitations, as amounts in such fund or
account.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H49A07B01B07C411C9B68B0D6AA4394DA"><enum>(g)</enum><header>Description of
property</header><text>The exact acreage and legal description of the property to be
conveyed under subsection (a) shall be determined by a survey satisfactory to the
Secretary of the Air Force and the State.</text></subsection>

<subsection id="H15D87BFFF6ED46AA8CD00901301C172A"><enum>(h)</enum><header>Savings
provision</header><text display-inline="yes-display-inline">Nothing in this section
shall be construed to affect or limit the application of, or any obligation to comply
with, any environmental law, including the Comprehensive Environmental Response,
Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et seq.) and the Solid Waste
Disposal Act (42 U.S.C. 6901 et seq.).</text></subsection></section>

<section id="HE6653A216E164DB797C0489F9C595F85"><enum>2832.</enum><header>Release of
interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a
veterans cemetery</header>

<subsection id="H18EE8F575C074389B79D324E4159A65D"><enum>(a)</enum><header>Release of
retained interests</header>
```

```
<paragraph id="H60E2BFD02FF747E28DF87905AC70A02A"><enum>(1)</enum><header>In
general</header><text>With respect to a parcel of land at Camp Joseph T. Robinson,
Arkansas, consisting of approximately 141.52 acres that lies in a part of section 35,
township 3 north, range 12 west, Pulaski County, Arkansas, and comprising a portion of
the property conveyed by the United States to the State of Arkansas for training of the
National Guard and for other military purposes pursuant to <quote>An Act authorizing
the transfer of part of Camp Joseph T. Robinson to the State of Arkansas</quote>,
approved June 30, 1950 (64 Stat. 311, chapter 429), the Secretary of the Army may
release the terms and conditions imposed, and reversionary interests retained, by the
United States under section 2 of such Act, and the right to reenter and use the
property retained by the United States under section 3 of such Act.</text></paragraph>

<paragraph id="H10E092CEA0FC430EB1B13ACEF16E032E"><enum>(2)</enum><header>Impact on
other rights or interests</header><text>The release of terms and conditions and
retained interests under paragraph (1) with respect to the parcel described in such
paragraph shall not be construed to alter the rights or interests retained by the
United States with respect to the remainder of the real property conveyed to the State
of Arkansas under the Act described in such paragraph.</text></paragraph></subsection>

<subsection id="H4B3FA4715773458B98F0259B8D62A372"><enum>(b)</enum><header>Instrument
of release and description of property</header>

<paragraph id="H129DFFFDAD9B446F819DA4540E49EB68"><enum>(1)</enum><header>In
general</header><text>The Secretary of the Army may execute and file in the appropriate
office a deed of release, amended deed, or other appropriate instrument reflecting the
release of terms and conditions and retained interests under subsection
(a).</text></paragraph>

<paragraph id="H2FD5B600F07A4FC59BB252582DA5168E"><enum>(2)</enum><header>Legal
description</header><text>The exact acreage and legal description of the property
described in subsection (a) shall be determined by a survey satisfactory to the
Secretary of the Army.</text></paragraph></subsection>

<subsection id="H9B821E82EB7A480791563C8A2248B461"><enum>(c)</enum><header>Conditions
on release and reversionary interest</header>

<paragraph id="H417B7F189AC14C89BEB065A2442FA7D6"><enum>(1)</enum><header>Expansion of
veterans cemetery and reversionary interest</header>

<subparagraph id="HAC4F0837109C4B688B8CD6BBC9663F12"><enum>(A)</enum><header>Expansion
of veterans cemetery</header><text>The State of Arkansas may use the parcel of land
described in subsection (a)(1) only for the expansion of the Arkansas State Veterans
Cemetery.</text></subparagraph>

<subparagraph
id="H05C3269FF4D64D20A5C5EB45E2E6E37D"><enum>(B)</enum><header>Reversionary
interest</header><text>If the Secretary of the Army determines at any time that the
parcel of land described in subsection (a)(1) is not being used in accordance with the
purpose specified in subparagraph (A), all right, title, and interest in and to the
land, including any improvements thereto, shall, at the option of the Secretary, revert
to and become the property of the United States, and the United States shall have the
right of immediate entry onto such parcel.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB9ED1CA66E6B4352A72AB8E3419ACCFE"><enum>(2)</enum><header display-inline="yes-
display-inline">Additional terms and conditions</header><text display-inline="yes-
display-inline">The Secretary of the Army may require in the instrument of release such
additional terms and conditions in connection with the release of terms and conditions
and retained interests under subsection (a) as the Secretary considers appropriate to
protect the interests of the United States.</text></paragraph></subsection>

<subsection id="H8084A417E8164637B65898138892E823"><enum>(d)</enum><header>Payment of
administrative costs</header>

<paragraph id="H78E6ABC55BB84445A0052F8BF00118C3"><enum>(1)</enum><header>Payment
required</header>

<subparagraph id="H48EE8026DC9B4930AD53E43AD8370161"><enum>(A)</enum><header>In
general</header><text>The Secretary of the Army may require the State of Arkansas to
cover costs to be incurred by the Secretary, or to reimburse the Secretary for costs
```

WASHSTATEC015460

incurred by the Secretary, to carry out the release of terms and conditions and retained interests under subsection (a), including survey costs, costs related to environmental documentation, and other administrative costs related to the release.</text></subparagraph>

<subparagraph id="HFD3FEBA7C2FF4BE4B5C2FB7847A7FC5D"><enum>(B)</enum><header>Refund of amounts</header><text>If amounts paid to the Secretary by the State of Arkansas in advance under subparagraph (A) exceed the costs actually incurred by the Secretary to carry out the release, the Secretary shall refund the excess amount to the State.</text></subparagraph></paragraph>

<paragraph id="H6DE6DDBCA622485588D9704610C5F117"><enum>(2)</enum><header>Treatment of amounts received</header><text>Amounts received under paragraph (1) as reimbursement for costs incurred by the Secretary to carry out the release of terms and conditions and retained interests under subsection (a) shall be credited to the fund or account that was used to cover the costs incurred by the Secretary in carrying out the release. Amounts so credited shall be merged with amounts in such fund or account and shall be available for the same purposes, and subject to the same conditions and limitations, as amounts in such fund or account.</text></paragraph></subsection></section>

<section id="H92FD3C612E7F46DA90B0AF13F2429AC0" section-type="subsequent-section"><enum>2833.</enum><header>Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California</header>

<subsection id="H9B77D0D510444D9ABC3052974D4E5A27"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2 of Public Law 85â€"236 (71 Stat. 517) is amended in the first sentence by inserting after <quote>for other military purposes</quote> the following: <quote>and for purposes of meeting the needs of the homeless (as that term is defined in section 103 of the McKinney-Vento Homeless Assistance Act (42 U.S.C. 11302))</quote>.</text></subsection>

<subsection id="H5684D635706D472DB1E20571CEF677D2"><enum>(b)</enum><header>Modification of use</header>

<paragraph id="H83215513FE8E4DDF8F93DD1F1140FBDD"><enum>(1)</enum><header>Application</header><text display-inline="yes-display-inline">The State of California shall submit to the Administrator of General Services an application for use of the property conveyed by section 2 of Public Law 85â€"236 for purposes of meeting the needs of the homeless in accordance with the amendment made by subsection (a).</text></paragraph>

<paragraph id="H50AF45DFC9AF44E69BAD4E4D3CCF02F1"><enum>(2)</enum><header>Review of application</header><text display-inline="yes-display-inline">Not later than 60 days after the date of receipt of an application pursuant to paragraph (1), the Administrator and the Secretary of Health and Human Services shall jointly determine whether the use of the property described in the application is a use for purposes of meeting the needs of the homeless.</text></paragraph>

<paragraph id="HCE53595EEEEC4DAD81AC7CF06390243A"><enum>(3)</enum><header>Compatibility with military purposes</header><text display-inline="yes-display-inline">Before executing any instrument of modification of the deed of conveyance, the Administrator and the Secretary shall request a review by the Chief of the National Guard Bureau, in consultation with the Secretary of the Army, to ensure that any modification of the use of the property described in the application is compatible with the current and anticipated future use of the property for training members of the National Guard and other military purposes.</text></paragraph>

<paragraph id="HE057111AF179490AA8F641DC17775AA2"><enum>(4)</enum><header>Modification of instrument of conveyance</header><text display-inline="yes-display-inline">If the Chief of the National Guard Bureau determines pursuant to the review under paragraph (3) that the modification of the use of the property described in the application is compatible with the use of the property for training members of the National Guard and other military purposes, the Administrator shall execute and record in the appropriate office an instrument of modification of the deed of conveyance executed pursuant to Public Law 85â€"236 in order to authorize such use of the property described in the application. The instrument shall be filed within 60 days of such determination and include such additional terms and conditions as the Administrator considers appropriate to protect the interests of the United States.</text></paragraph></subsection></section>

<section id="H62E00DD2D8CE4165A2E77EF9BF36ABF7"><enum>2834.</enum><header>Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia</header>

<subsection id="H87BEEF4BA1B141A28D1692FB9F162DA6"><enum>(a)</enum><header>Transfer to the Secretary of the Army</header>

<paragraph id="H66B9FB33660C4F70B78039F3A08A2440"><enum>(1)</enum><header>Transfer</header><text>Administrative jurisdiction over the parcel of Federal land described in paragraph (2) is transferred from the Secretary of the Interior to the Secretary of the Army.</text></paragraph>

<paragraph id="HE433E21314E74A73B3A81F3657EFE20C"><enum>(2)</enum><header>Description of land</header><text>The parcel of Federal land referred to in paragraph (1) is the approximately 16.09-acre parcel of land in Arlington, Virginia, as depicted on the map entitled <quote>Arlington National Cemetery, Memorial Aveâ€"NPS Parcel</quote> and dated February 11, 2019.</text></paragraph></subsection>

<subsection id="HDBB4017A6FFC4E17BCA8E1C3F09BB61E"><enum>(b)</enum><header>Transfer to the Secretary of the Interior</header>

<paragraph id="HFF7C90C6F9E745498639AF243F6316CD"><enum>(1)</enum><header>Transfer</header><text>Administrative jurisdiction over the parcel of Federal land described in paragraph (2) is transferred from the Secretary of the Army to the Secretary of the Interior.</text></paragraph>

<paragraph id="HB3517F2F17B545C0B175D63C3B1EB45F"><enum>(2)</enum><header>Description of land</header><text>The parcel of Federal land referred to in paragraph (1) is the approximately 1.04-acre parcel of land in Arlington, Virginia, as depicted on the map entitled <quote>Arlington National Cemeteryâ€"Chaffee NPS Land Swap</quote> and dated October 31, 2018.</text></paragraph></subsection>

<subsection id="H9CC1ACE09FCF4CF18720B3E431010A5C"><enum>(c)</enum><header>Land surveys</header><text>The exact acreage and legal description of a parcel of Federal land described in subsection (a)(2) or (b)(2) shall be determined by a survey satisfactory to the Secretary of the Army and the Secretary of the Interior.</text></subsection>

<subsection id="H83832879C9884756A966E141DB41B6A0"><enum>(d)</enum><header>Authority to correct errors</header><text>The Secretary of the Army and the Secretary of the Interior may correct any clerical or typographical error in a map described in subsection (a)(2) or (b)(2).</text></subsection>

<subsection id="H6273B4A38E0A4CFCA57B7767A8B50150"><enum>(e)</enum><header>Terms and conditions</header>

<paragraph id="H3B24CC5715764625B3934F4C34F75EB0"><enum>(1)</enum><header>No reimbursement or consideration</header><text>A transfer by subsection (a)(1) or (b)(1) shall be without reimbursement or consideration.</text></paragraph>

<paragraph id="H171420951FC74251B7062ABF762DFB6D"><enum>(2)</enum><header>Continued recreational access</header><text>The use of a bicycle trail or recreational access within a parcel of Federal land described in subsection (a)(2) or (b)(2) in which the use or access is authorized before the date of the enactment of this Act shall be allowed to continue after the transfer of the applicable parcel of Federal land by subsection (a)(1) or (b)(1).</text></paragraph>

<paragraph id="HCAEC25570D7546C591AB7EECE0626955"><enum>(3)</enum><header>Management of parcel transferred to Secretary of the Army</header>

<subparagraph id="H55073A74F6BD4B868404465E2D4892A5"><enum>(A)</enum><header>In general</header><text>The parcel of Federal land transferred to the Secretary of the Army by subsection (a)(1) shall be administered by the Secretary of the Armyâ€"</text>

<clause id="H8D5343EF72374B9A90050781D5148C0E"><enum>(i)</enum><text>as part of Arlington National Cemetery; and</text></clause>

<clause id="H03A88DA18AF94A73A6A3BA8D8BCC5E2E"><enum>(ii)</enum><text>in accordance with applicable law, includingâ€"</text>

```
<subclause id="H1FBC32B49CA54422BA3D9B29361E73BD"><enum>(I)</enum><text>regulations;
and</text></subclause>

<subclause id="H35876A8C432840769AB7287D1A635B10"><enum>(II)</enum><text>section 2409
of title 38, United States Code.</text></subclause></clause></subparagraph>

<subparagraph id="HE7287301F1924BB49FEEBE169F08F49C"><enum>(B)</enum><header>Memorandum
of understanding on operation of maintenance of memorial</header>

<clause id="H25A2557B2AD7467EA7B7F6E5C2A720E8"><enum>(i)</enum><header>In
general</header><text>The Secretary of the Army shall seek to enter into a memorandum
of understanding with the Women in Military Service for America Memorial Foundation,
Inc., to define roles and responsibilities for the shared responsibility and resources
for operation and maintenance of the Women in Military Service for America Memorial and
the surrounding grounds.</text></clause>

<clause id="H74724C8F941449BABAC1A54705DE4512"><enum>(ii)</enum><header>Allocation of
amounts</header><text>The Secretary of the Army may, pursuant to the memorandum of
understanding described in clause (i), allocate amounts to the foundation described in
that clause to support operation and maintenance of the memorial described in that
clause.</text></clause></subparagraph></paragraph>

<paragraph id="H4971620353AC428FBE66A3D7B540902B"><enum>(4)</enum><header>Management of
parcel transferred to Secretary of the Interior</header><text>The parcel of Federal
land transferred to the Secretary of the Interior by subsection (b)(1) shall
beâ€"</text>

<subparagraph id="H84AC3DC4B7704944B759D95D17BA9B32"><enum>(A)</enum><text>included
within the boundary of Arlington House, The Robert E. Lee Memorial;
and</text></subparagraph>

<subparagraph id="H1197B820B3D24A318A6624658FB524BF"><enum>(B)</enum><text>administered
by the Secretary of the Interiorâ€"</text>

<clause id="HB9A36AC1B86A49DEB4D5D41F3A250543"><enum>(i)</enum><text>as part of the
memorial referred to in subparagraph (A); and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H46DB5BFEF2C84F92AA9BCFC12EB19546"><enum>(ii)</enum><text>in accordance with
applicable law (including
regulations).</text></clause></subparagraph></paragraph></subsection></section></subtit
le>

<subtitle id="HBC7DDE52EE324F66B8B1892E091B9D2A"><enum>D</enum><header>Military Land
Withdrawals</header>

<section id="H7B3BE6684C0F4300B6DA485F3043D525"><enum>2841.</enum><header>Public notice
regarding upcoming periods of Secretary of the Navy management of Shared Use Area of
the Johnson Valley Off-Highway Vehicle Recreation Area</header>

<subsection id="HC0B9A9FD0C2E4F8DA59B763B774B8082"><enum>(a)</enum><header>Public
notice required</header><text display-inline="yes-display-inline">Section 2942(b)(2) of
the Military Land Withdrawals Act of 2013 (title XXIX of Public Law 113â€"66; 127 Stat.
1036) is amended by adding at the end the following new subparagraph: </text>

<quoted-block style="OLC" id="H330DFDC11B4F488995867D2ED24758D7" display-inline="no-
display-inline">

<subparagraph id="H2B4A8A28D5FB4C60AA02720164341577"><enum>(D)</enum><header>Public
notice</header><text display-inline="yes-display-inline">Not later than one year before
the date on which a 30-day period of Secretary of the Navy management of the Shared Use
Area commences, the Secretary of the Navy, acting through the Resource Management Group
established pursuant to section 2944, shall notify the public of such date of
commencement and the intention of the Armed Forces to use the Shared Use Area for
military training purposes. The Secretary of the Navy, upon notice to the Secretary of
the Interior, may waive such public notice in the event of an emergent military
training requirement.</text></subparagraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="H1D7C9BDE57644C0FAB350632CDD6F74C"><enum>(b)</enum><header>Application
of amendment</header><text display-inline="yes-display-inline">Subparagraph (D) of
```

section 2942(b)(2) of the Military Land Withdrawals Act of 2013 (title XXIX of Public Law 113â€"66; 127 Stat. 1036), as added by subsection (a), shall apply to periods of Secretary of the Navy management of the Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area under such section that commence on or after January 1, 2021.</text></subsection></section></subtitle>

<subtitle id="H974C1C05AA9D4551B28D66BE81692DE8"><enum>E</enum><header>White Sands National Park and White Sands Missile Range</header>

<section id="HC741A475793A441590275AE59B6183A9"><enum>2851.</enum><header>White Sands Missile Range Land Enhancements</header>

<subsection id="H69E3D06C613A4AED94210035DE70E0C6"><enum>(a)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H29CC3E97E8FA412A8ACF789908DB01BC"><enum>(1)</enum><header>Map</header><text>The term <term>Map</term> means the map entitled <quote>White Sands National Park Proposed Boundary Revision &amp; Transfer of Lands Between National Park Service &amp; Department of the Army</quote>, numbered 142/136,271, and dated February 14, 2017.</text></paragraph>

<paragraph id="HD5813DB35F1841F5BFD42F18E14614FA"><enum>(2)</enum><header>Military munitions</header><text>The term <term>military munitions</term> has the meaning given the term in section 101(e) of title 10, United States Code.</text></paragraph>

<paragraph id="H80CF25A44049493B97427CDF37185D75"><enum>(3)</enum><header>Missile range</header><text>The term <term>missile range</term> means the White Sands Missile Range, New Mexico, administered by the Secretary of the Army.</text></paragraph>

<paragraph id="HBE9E49BCC8D141C68837C32D0E46523B"><enum>(4)</enum><header>Monument</header><text>The term <term>Monument</term> means the White Sands National Monument, New Mexico, established by Presidential Proclamation No. 2025 (54 U.S.C. 320301 note), dated January 18, 1933, and administered by the Secretary of the Interior.</text></paragraph>

<paragraph id="H66D193F997594EB8800934E952FBDF90"><enum>(5)</enum><header>Munitions debris</header><text>The term <term>munitions debris</term> has the meaning given the term in volume 8 of the Department of Defense Manual Number 6055.09-M entitled <quote>DoD Ammunitions and Explosives Safety Standards</quote> and dated February 29, 2008 (as in effect on the date of the enactment of this Act).</text></paragraph>

<paragraph id="H9E9B0EE5377A4D8DBB9EE55B1C427B0D"><enum>(6)</enum><header>Park</header><text>The term <term>Park</term> means the White Sands National Park established by subsection (b)(1).</text></paragraph>

<paragraph id="HF3DF0A64AB464F709FF759E30EFBA41D"><enum>(7)</enum><header>Public Land Order</header><text>The term <term>Public Land Order</term> means Public Land Order 833, dated May 21, 1952 (17 Fed. Reg. 4822).</text></paragraph>

<paragraph id="H2C4777DC1EF3409993A05358819E97F1"><enum>(8)</enum><header>State</header><text>The term <term>State</term> means the State of New Mexico.</text></paragraph></subsection>

<subsection id="HA6EBD42181434D6589C2DF96968B83A8"><enum>(b)</enum><header>White Sands National Park</header>

<paragraph id="H4AC4745CE93A43918CE8D76759534282"><enum>(1)</enum><header>Establishment</header><text>To protect, preserve, and restore its scenic, scientific, educational, natural, geological, historical, cultural, archaeological, paleontological, hydrological, fish, wildlife, and recreational values and to enhance visitor experiences, there is established in the State the White Sands National Park as a unit of the National Park System.</text></paragraph>

<paragraph id="HE3C1E5B4D8DE4061A5FDD4B4A0A2C57A"><enum>(2)</enum><header>Abolishment of White Sands National Monument</header>

<subparagraph id=

WASHSTATEC015464

```
id="H4DAAE0ECBC1E4E479E027E2C1EF5A00C"><enum>(A)</enum><header>Abolishment</header><tex
t>Due to the establishment of the Park, the Monument is
abolished.</text></subparagraph>

<subparagraph
id="HF875C1D69D4F4CA4AAB609066E444302"><enum>(B)</enum><header>Incorporation</header><t
ext>The land and interests in land that comprise the Monument are incorporated in, and
shall be considered to be part of, the Park.</text></subparagraph></paragraph>

<paragraph
id="HDDEC3C9D25814A26AFBC74115E75D7EC"><enum>(3)</enum><header>References</header><text
>Any reference in a law, map, regulation, document, paper, or other record of the
United States to the <quote>White Sands National Monument</quote> shall be considered
to be a reference to the <quote>White Sands National Park</quote>.</text></paragraph>

<paragraph id="HD942D04A6B494933A0E5F0FEB0B9BF22"><enum>(4)</enum><header>Availability
of Funds</header><text>Any funds available for the Monument shall be available for the
Park.</text></paragraph>

<paragraph
id="H10D394086B794C8D9954D461CFF0CDF6"><enum>(5)</enum><header>Administration</header><
text>The Secretary of the Interior shall administer the Park in accordance
withâ€"</text>

<subparagraph id="H12D90AB06A7945A6A4901F6E271C3A1A"><enum>(A)</enum><text>this
subsection; and</text></subparagraph>

<subparagraph id="H1C8EFBAAB2E1450D95AA88D67D8A7AB0"><enum>(B)</enum><text>the laws
generally applicable to units of the National Park System, including section 100101(a),
chapter 1003, sections 100751(a), 100752, 100753, and 102101, and chapter 3201 of title
54, United States Code.</text></subparagraph></paragraph>

<paragraph id="HD61DB646DF5146FEAEC9D33B2FA77CF9"><enum>(6)</enum><header>World
Heritage List nomination</header>

<subparagraph id="HF544F85FDB6648A281C2119F43CC6AA6"><enum>(A)</enum><header>County
concurrence</header><text>The Secretary of the Interior shall not submit a nomination
for the Park to be included on the World Heritage List of the United Nations
Educational, Scientific and Cultural Organization unless each county in which the Park
is located concurs in the nomination.</text></subparagraph>

<subparagraph id="H7C81208822CA468AA28B96AAF74BDCF7"><enum>(B)</enum><header>Army
notification</header><text>Before submitting a nomination for the Park to be included
on the World Heritage List of the United Nations Educational, Scientific and Cultural
Organization, the Secretary of the Interior shall notify the Secretary of the Army of
the intent of the Secretary of the Interior to nominate the
Park.</text></subparagraph></paragraph>

<paragraph
id="H21AEF76AEC8F42E8959EE2F8471AE2C9"><enum>(7)</enum><header>Effect</header><text>Not
hing in this subsection affectsâ€"</text>

<subparagraph id="HF5901EC660D84FA3B3FDD17A5554B5E0"><enum>(A)</enum><text>valid
existing rights (including water rights);</text></subparagraph>

<subparagraph id="H137BDC45A4F14249BA27039700FC86ED"><enum>(B)</enum><text>permits or
contracts issued by the Monument;</text></subparagraph>

<subparagraph id="HFF5FDA6A38EE459D86BA5FF12730F03F"><enum>(C)</enum><text>existing
agreements, including agreements with the Department of Defense;</text></subparagraph>

<subparagraph id="H4AB3927AE8A94A82A96F0B6BBD9C3F59"><enum>(D)</enum><text>the
jurisdiction of the Department of Defense regarding the restricted airspace above the
Park; or</text></subparagraph>

<subparagraph id="H3923DB9B36B049A4AF2ED0F1F485311B"><enum>(E)</enum><text>the airshed
classification of the Park under the <act-name parsable-cite="CAA">Clean Air Act</act-
name> (42 U.S.C. 7401 et seq.).</text></subparagraph></paragraph></subsection>

<subsection id="H91464E8DAA744FA5BF8421FA8AD0D897"><enum>(c)</enum><header>Modification
of boundaries of White Sands National Park and White Sands Missile Range</header>
```

WASHSTATEC015465

```
<paragraph id="H24034B0DD96F45A384C130C95B14CA2A"><enum>(1)</enum><header>Transfers of
administrative jurisdiction</header>

<subparagraph id="HE4F16814F338430EA000BD26C150CE16"><enum>(A)</enum><header>Transfer
of administrative jurisdiction to the Secretary of the Interior</header>

<clause id="HFE3FD9CD10F644D58EBB770FF245B974"><enum>(i)</enum><header>In
general</header><text display-inline="yes-display-inline">Administrative jurisdiction
over the land described in clause (ii) is transferred from the Secretary of the Army to
the Secretary of the Interior.</text></clause>

<clause id="H948018A3E676436C9CBA933C0E19044E"><enum>(ii)</enum><header>Description of
land</header><text display-inline="yes-display-inline">The land referred to in clause
(i) isâ€"</text>

<subclause id="HB805AE2F7B144E3591FBB4DA8C8D6F2F"><enum>(I)</enum><text>the
approximately 2,826 acres of land identified as <quote>To NPS, lands inside current
boundary</quote> on the Map; and</text></subclause>

<subclause id="H8C82902F0B0449939678B178C9D54121"><enum>(II)</enum><text>the
approximately 5,766 acres of land identified as <quote>To NPS, new additions</quote> on
the Map.</text></subclause></clause></subparagraph>

<subparagraph id="H234DA33BC65B49C48B4DB7E834259C92"><enum>(B)</enum><header>Transfer
of administrative jurisdiction to the Secretary of the Army</header>

<clause id="H4F91152438AC4831A5D8EB74A01942D2"><enum>(i)</enum><header>In
general</header><text display-inline="yes-display-inline">Administrative jurisdiction
over the land described in clause (ii) is transferred from the Secretary of the
Interior to the Secretary of the Army.</text></clause>

<clause id="H8FE5C0C5540F4D48B64C12BB2E238836"><enum>(ii)</enum><header>Description of
land</header><text>The land referred to in clause (i) is the approximately 3,737 acres
of land identified as <quote>To DOA</quote> on the
Map.</text></clause></subparagraph></paragraph>

<paragraph id="HFD32FDEA7D6B4402B194D85BDCA45012"><enum>(2)</enum><header>Boundary
modifications</header>

<subparagraph
id="HB5DAE72AD34048CD8C359238D8E6420A"><enum>(A)</enum><header>Park</header>

<clause id="H662C7FFED53A44829B23C38E32B32F3D"><enum>(i)</enum><header>In
general</header><text display-inline="yes-display-inline">The boundary of the Park is
revised to reflect the boundary depicted on the Map.</text></clause>

<clause id="HB36FD4CBC2F447188D231BF2F4DDC7AE"><enum>(ii)</enum><header>Map</header>

<subclause id="H9A40B8738E7C45F7B67070BC14322BE6"><enum>(I)</enum><header>In
general</header><text>The Secretary of the Interior, in coordination with the Secretary
of the Army, shall prepare and keep on file for public inspection in the appropriate
office of the Secretary of the Interior a map and a legal description of the revised
boundary of the Park.</text></subclause>

<subclause
id="H5E8CF84A4E574B88AB2D1C38CE9E5AB0"><enum>(II)</enum><header>Effect</header><text>Th
e map and legal description under subclause (I) shall have the same force and effect as
if included in this section, except that the Secretary of the Interior may correct
clerical and typographical errors in the map and legal
description.</text></subclause></clause>

<clause id="HD0E34C8CE6C64FCEB7D2A3ACB4AC580E"><enum>(iii)</enum><header>Boundary
survey</header><text>As soon as practicable after the date of the establishment of the
Park and subject to the availability of funds, the Secretary of the Interior shall
complete an official boundary survey of the Park.</text></clause></subparagraph>

<subparagraph id="HBC36637B65D14443B252236AD952F6BA"><enum>(B)</enum><header>Missile
range</header>

<clause id="H6C06827B867B4056B3C5601219C5F8DD"><enum>(i)</enum><header>In
general</header><text display-inline="yes-display-inline">The boundary of the missile
range and the Public Land Order are modified to exclude the land transferred to the
```

Secretary of the Interior under paragraph (1)(A) and to include the land transferred to the Secretary of the Army under paragraph (1)(B).</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H09DD580EE1D84B90914177B50F3AC2BB"><enum>(ii)</enum><header display-inline="yes-display-inline">Map</header><text display-inline="yes-display-inline">The Secretary of the Interior shall prepare a map and legal description depicting the revised boundary of the missile range.</text></clause></subparagraph>

<subparagraph id="H940F563CE1CE411382871A8EDD510B6E"><enum>(C)</enum><header>Conforming amendment</header><text>Section 2854 of the National Defense Authorization Act for Fiscal Year 1997 (Public Law 104â€"201; 54 U.S.C. 320301 note) is repealed.</text></subparagraph></paragraph>

<paragraph id="HA32837C1079F4929A75460B22168D89C"><enum>(3)</enum><header>Administration</header>

<subparagraph id="H4EBD7F06A2D94A9E85AADD31C4347AB7"><enum>(A)</enum><header>Park</header><text>The Secretary of the Interior shall administer the land transferred under paragraph (1)(A) in accordance with laws (including regulations) applicable to the Park.</text></subparagraph>

<subparagraph id="HE27092B620C248F3A85ECFAD2318E435"><enum>(B)</enum><header>Missile range</header><text>Subject to subparagraph (C), the Secretary of the Army shall administer the land transferred to the Secretary of the Army under paragraph (1)(B) as part of the missile range.</text></subparagraph>

<subparagraph id="HE07D59C991144013B855D1FF4647DB80"><enum>(C)</enum><header>Infrastructure; resource management</header>

<clause commented="no" id="H4835B1B47546462DA95C89B27D96218E"><enum>(i)</enum><header>Range Road 7</header>

<subclause commented="no" id="H5313D3F3CD70409D8657A5A4A2D94D04"><enum>(I)</enum><header>Infrastructure management</header><text>To the maximum extent practicable, in planning, constructing, and managing infrastructure on the land described in subclause (III), the Secretary of the Army shall apply low-impact development techniques and strategies to prevent impacts within the missile range and the Park from stormwater runoff from the land described in that subclause.</text></subclause>

<subclause commented="no" id="H6754C689B93840F4B15BA73B6EA0E084"><enum>(II)</enum><header>Resource management</header><text>The Secretary of the Army shallâ€"</text>

<item commented="no" id="H6DA381A4B15A4E13A4583C1D5EE096FC"><enum>(aa)</enum><text>manage the land described in subclause (III) in a manner consistent with the protection of natural and cultural resources within the missile range and the Park and in accordance with section 101(a)(1)(B) of the Sikes Act (16 U.S.C. 670a(a)(1)(B)), division A of subtitle III of title 54, United States Code, and the Native American Graves Protection and Repatriation Act (25 U.S.C. 3001 et seq.); and</text></item>

<item commented="no" id="H3DAF1054620B44B99E7F3C17C18F986A"><enum>(bb)</enum><text>include the land described in subclause (III) in the integrated natural and cultural resource management plan for the missile range.</text></item></subclause>

<subclause id="H8AD832D4A24947CEAD1EF1828DDB086A"><enum>(III)</enum><header>Description of land</header><text>The land referred to in subclauses (I) and (II) is the land that is transferred to the administrative jurisdiction of the Secretary of the Army under paragraph (1)(B) and located in the area east of Range Road 7 inâ€"</text>

<item commented="no" id="HF990077891234665A54B197F795C137B"><enum>(aa)</enum><text>T. 17 S., R. 5 E., sec. 31;</text></item>

<item commented="no" id="H4E0488A46A44435E8FA7DDAF71C09A4E"><enum>(bb)</enum><text>T. 18 S., R. 5 E.; and</text></item>

WASHSTATEC015467

```
<item commented="no" display-inline="no-display-inline"
id="H68651CF385664208AB1670C7A8EC5A53"><enum>(cc)</enum><text>T. 19 S., R. 5 E., sec.
5.</text></item></subclause></clause>

<clause id="H90B44A9BDFA8443DBF3C8A0763EC4E6D"><enum>(ii)</enum><header>Fence</header>

<subclause id="H9D6316611E2E4D0BB47CCAA150318743"><enum>(I)</enum><header>In
general</header><text>The Secretary of the Army shall continue to allow the Secretary
of the Interior to maintain the fence shown on the Map until such time as the Secretary
of the Interior determines that the fence is unnecessary for the management of the
Park.</text></subclause>

<subclause
id="H255412468EE5410995B8B0D601B2189F"><enum>(II)</enum><header>Removal</header><text>I
f the Secretary of the Interior determines that the fence is unnecessary for the
management of the Park under subclause (I), the Secretary of the Interior shall
promptly remove the fence at the expense of the Department of the
Interior.</text></subclause></clause></subparagraph>

<subparagraph
id="H85F2A663F8B54A3EBBA33DD0372ED39D"><enum>(D)</enum><header>Research</header><text>T
he Secretary of the Army and the Secretary of the Interior may enter into an agreement
to allow the Secretary of the Interior to conduct certain research in the area
identified as <quote>Cooperative Use Research Area</quote> on the
Map.</text></subparagraph>

<subparagraph commented="no"
id="H82B19ED934044648907BB94380BB5067"><enum>(E)</enum><header>Military munitions and
munitions debris</header>

<clause commented="no"
id="HB2CBE8BCFA924010A6BBD138E7139FB5"><enum>(i)</enum><header>Response
action</header><text>With respect to any Federal liability, the Secretary of the Army
shall remain responsible for any response action addressing military munitions or
munitions debris on the land transferred under paragraph (1)(A) to the same extent as
on the day before the date of the enactment of this Act.</text></clause>

<clause id="H9A3CB074119342F4A852A516E129C8E1"><enum>(ii)</enum><header>Investigation
of military munitions and munitions debris</header>

<subclause id="HC9F04BE5D963412D9720B21CE0917AFE"><enum>(I)</enum><header>In
general</header><text>The Secretary of the Interior may request that the Secretary of
the Army conduct 1 or more investigations of military munitions or munitions debris on
any land transferred under paragraph (1)(A).</text></subclause>

<subclause
id="H7833A3CE1DD8437A8507243D3ED459DF"><enum>(II)</enum><header>Access</header><text>Th
e Secretary of the Interior shall give access to the Secretary of the Army to the land
covered by a request under subclause (I) for the purposes of conducting the 1 or more
investigations under that subclause.</text></subclause>

<subclause
id="H41F07A4A337846C4A41A31FD5C2D7770"><enum>(III)</enum><header>Limitation</header><te
xt>An investigation conducted under this clause shall be subject to available
appropriations.</text></subclause></clause>

<clause commented="no"
id="HFA597C917734473B9EC23BA99EC07C58"><enum>(iii)</enum><header>Applicable
law</header><text>Any activities undertaken under this subparagraph shall be carried
out in accordance withâ€"</text>

<subclause commented="no"
id="H7F972994B80B4DB99900D9C2BDF85F52"><enum>(I)</enum><text>the Comprehensive
Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et
seq.);</text></subclause>

<subclause id="H46752D852684437E9B83ADBAEA6C14C4"><enum>(II)</enum><text>the purposes
for which the Park was established; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H1B540DCD2A7C415996B4D5568C1D8EE2"><enum>(III)</enum><text>any other applicable
```

```
law.</text></subclause></clause></subparagraph></paragraph></subsection></section></sub
title>

<subtitle id="H5EEA16D978B8414EB4C65962CEB23F52"><enum>F</enum><header>Other
Matters</header>

<section id="HFDE07F1384954DC291DC060431AB230A"><enum>2861.</enum><header>Installation
and maintenance of fire extinguishers in Department of Defense facilities</header><text
display-inline="no-display-inline">The Secretary of Defense shall ensure that portable
fire extinguishers are installed and maintained in all Department of Defense
facilities, in accordance with requirements of national model fire codes developed by
the National Fire Protection Association and the International Code Council that
require redundancy and extinguishers throughout occupancies regardless of the presence
of other suppression systems or alarm systems.</text></section>

<section id="H7A8E512093D54F4599C43D1483573BC8"><enum>2862.</enum><header>Definition of
community infrastructure for purposes of military base reuse studies and community
planning assistance</header><text display-inline="no-display-inline">Paragraph (4) of
section 2391(e) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H07F6DCEFA8494ACA9E161BF7E620A773" display-inline="no-
display-inline">

<paragraph id="HCBFD1E682A9D4CA0AD0A3BDC34BFF382"><enum>(4)</enum>

<subparagraph id="H96384E8BE87D496D91C18E78442EABF5" display-inline="yes-display-
inline"><enum>(A)</enum><text>The term <quote>community infrastructure</quote> means a
project or facility described in subparagraph (B) thatâ€"</text>

<clause id="H17C1161186D541388655D95DCC2649EF" indent="up1"><enum>(i)</enum><text>is
located off of a military installation; and</text></clause>

<clause id="HF802DB845D214B3AAC7C9EA8486CC0DE"
indent="up1"><enum>(ii)</enum><text>isâ€"</text>

<subclause id="HD8A729937CAC4930950D7B8F731E2CB8"><enum>(I)</enum><text>owned by a
State or local government; or</text></subclause>

<subclause id="H441CCBBE986D4FCDB56992608DE5FB5A"><enum>(II)</enum><text display-
inline="yes-display-inline">a not-for-profit, member-owned utility
service.</text></subclause></clause></subparagraph>

<subparagraph id="HD20D7C9B8CC346BBB7DAE53C3F6BAB69"
indent="up1"><enum>(B)</enum><text>A project or facility described in this subparagraph
is any of the following:</text>

<clause id="HFE82E499ED1247E095850B4907BDF5CD"><enum>(i)</enum><text>Any transportation
project.</text></clause>

<clause id="H56D21A4AB524433DA3931D6A598FE33E"><enum>(ii)</enum><text>A school,
hospital, police, fire, emergency response, or other community support
facility.</text></clause>

<clause id="H27C9F8A3ACE642869899F6DD216DB92B"><enum>(iii)</enum><text>A water, waste-
water, telecommunications, electric, gas, or other utility infrastructure
project.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section id="H538718FCF73045918DD55BA11F6D6BFC"><enum>2863.</enum><header>Temporary
authority for acceptance and use of contributions for certain design and construction
projects mutually beneficial to the Department of Defense and the Republic of
Korea</header>

<subsection id="H6CCFBECF8DD34C329E25F36EB199F8E6"><enum>(a)</enum><header>Acceptance
of contributions</header>

<paragraph id="HDC684B84D91A48AA8EDB411CEC67C324"><enum>(1)</enum><header>In
general</header><text>The Secretary concerned may accept cash contributions from the
Republic of Korea to carry out the following:</text>

<subparagraph id="H6051AA436F004CF08342A7F4F5BFCCF8"><enum>(A)</enum><text>The design
and construction of the Black Hat Intelligence Fusion Center, Camp Humphreys, Republic
```

WASHSTATEC015469

of Korea.</text></subparagraph>

<subparagraph id="HE02EB6634F5A418FA9C7874FC795088B"><enum>(B)</enum><text>The design of the Korean Air and Space Operations and Intelligence Center, Osan Air Base, Republic of Korea.</text></subparagraph></paragraph>

<paragraph id="HF928E06F20AF4ABEA89C55F8998B0A5F"><enum>(2)</enum><header>Cost-sharing agreement</header><text>In the event the contribution under paragraph (1) is insufficient to cover the entire cost of the activity authorized under that paragraph, the Secretary concerned shall enter into a cost-sharing agreement with the Republic of Korea detailing the portion of the authorized activity that is to be funded with the contribution and identifying sufficient other funds to undertake the entire authorized activity.</text></paragraph></subsection>

<subsection id="HCE4FB66D6F084F1E80824D087B408BA2"><enum>(b)</enum><header>Establishment of account</header><text>Contributions accepted under subsection (a) shall be placed in an account established by the Secretary concerned and shall remain available until expended as provided in such subsection.</text></subsection>

<subsection id="H7E05C17441914D25BD2FF9ECDF2C2E89"><enum>(c)</enum><header>Notice</header>

<paragraph id="HA2AF36E76D1944A3846531A5B719527E"><enum>(1)</enum><header>In general</header><text>Not later than 14 days before carrying out a project using contributions accepted under subsection (a) for which the estimated cost of the project will exceed the thresholds prescribed by section 2805 of title 10, United States Code, the Secretary concerned shall submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representativesâ€"</text>

<subparagraph id="H623FFBC0CC7B484299ED625C2E9B7154"><enum>(A)</enum><text>a written notice of the decision to carry out the project;</text></subparagraph>

<subparagraph id="HC884A632D4BC4A42A7F4DAC6CDD2BCD2"><enum>(B)</enum><text>a justification for the project; and</text></subparagraph>

<subparagraph id="HC887E7B5EB8540F9B0931AD5F9D70EE3"><enum>(C)</enum><text>the estimated cost of the project.</text></subparagraph></paragraph>

<paragraph id="H9C732DCB41E84883A888EFD4AD15EC9B"><enum>(2)</enum><header>Notice for projects that require cost sharing</header><text>Not later than 14 days before carrying out a project using contributions accepted under subsection (a) for which a cost-sharing agreement is entered into under paragraph (2) of such subsection, the Secretary concerned shall submit to the congressional defense committees in an electronic medium pursuant to section 480 of title 10, United States Codeâ€"</text>

<subparagraph id="HD25DD4CA041A4E0AA6A91217AC5412DB"><enum>(A)</enum><text>a written notice of the acceptance of the contributions for the project;</text></subparagraph>

<subparagraph id="H6D0B157A018148589C026C241B8F2AFA"><enum>(B)</enum><text>a copy of the Department of Defense Form 1391 for the project;</text></subparagraph>

<subparagraph id="H6A0324AD91C64405B7802A758E186C5C"><enum>(C)</enum><text>the estimated cost of the project; and</text></subparagraph>

<subparagraph id="HE9AC605FF71A4760A958A861A74744CA"><enum>(D)</enum><text>details on the cost-sharing agreement with the Republic of Korea.</text></subparagraph></paragraph></subsection>

<subsection id="H160D04186C2945599CCEE40DC53B4D3A"><enum>(d)</enum><header>Expiration of project authority</header>

<paragraph id="H4D112ED324634D849E5F656FDCA92E41"><enum>(1)</enum><header>In general</header><text>The authority to accept contributions and carry out projects under this section expires on September 30, 2030.</text></paragraph>

<paragraph id="H8A5063E411E24E1D9C20937A6E2A51F4"><enum>(2)</enum><header>Continuation of projects</header><text>The expiration of authority under paragraph (1) does not prevent the continuation of any project commenced before the date specified in that paragraph.</text></paragraph></subsection>

WASHSTATEC015470

```
<subsection id="H8F323478337D42A793B3E9762B3DE9B8"><enum>(e)</enum><header>Mutually
beneficial</header><text>A project described in subsection (a) shall be considered to
be mutually beneficial ifâ€"</text>

<paragraph id="HF77316CBBC0545DD84565D33AF946E3E"><enum>(1)</enum><text>the project is
in support of a bilateral defense cooperation agreement between the United States and
the Republic of Korea; or</text></paragraph>

<paragraph id="H3474F19E802A4D87B7F1B55E8EB60529"><enum>(2)</enum><text>the Secretary
concerned determines that the United States may derive a benefit from the project,
includingâ€"</text>

<subparagraph id="HACEB54F611AE4DE18CB3C82740B6C8CA"><enum>(A)</enum><text>access to
and use of facilities of the military forces of the Republic of
Korea;</text></subparagraph>

<subparagraph id="HDD9BC245FE1544048A23D0F760A8DDF8"><enum>(B)</enum><text>ability or
capacity for future force posture; and</text></subparagraph>

<subparagraph id="H2C01CC4DFE474C8783959A12376F2579"><enum>(C)</enum><text>increased
interoperability between military forces of the Department of Defense and the Republic
of Korea. </text></subparagraph></paragraph></subsection>

<subsection id="HE15A1E9564784E988FD03261DE14F0E7"><enum>(f)</enum><header>Secretary
concerned defined</header><text>In this section, the term <term>Secretary
concerned</term> has the meaning given that term in section 101(9) of title 10, United
States Code.</text></subsection></section>

<section id="H00AE00D1429A431583F8A0A10DAEFE9D"><enum>2864.</enum><header>Black start
exercises at military installations</header>

<subsection
id="HC8B43E5B6E184A3CA47C0D0C57D31C7E"><enum>(a)</enum><header>Requirement</header><tex
t display-inline="yes-display-inline">Not later than September 30, 2020, the Secretary
of Defense shall conduct a black start exercise at three military installations, at
least one of which shall be a Joint Base. The exercises shall be conducted at
installations at which such an exercise has not previously been conducted, for the
purpose of identifying any shortcomings in infrastructure, joint operations, joint
coordination, and security that would result from a loss of power at the
installation.</text></subsection>

<subsection
id="H1F971A36F01C4C179DA84B1C4C25C373"><enum>(b)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than June 1, 2020, the Secretary of
Defense shall submit to the congressional defense committees a report that contains a
discussion of lessons learned from black start exercises conducted by the Secretary of
Defense during the period beginning with the first such exercise and ending on December
31, 2019, including the three most recurring issues identified as a result of such
exercises with respect to infrastructure, joint coordination efforts, and
security.</text></subsection>

<subsection id="H5ABDE1B4EE7142E8AE437EDD6B598952"><enum>(c)</enum><header>Black start
exercise defined</header><text display-inline="yes-display-inline">In this section, the
term <quote>black start exercise</quote> means, with respect to a military
installation, an exercise in which commercial utility power at the installation is
dropped before backup generation assets start, for the purpose ofâ€"</text>

<paragraph id="HAACA4B62AE2D412784CD93E81465059D"><enum>(1)</enum><text>testing the
ability of the backup systems to start, transfer the load, and carry the load until
commercial power is restored;</text></paragraph>

<paragraph id="HD4CBEAF56625498DB882CAF44452509E"><enum>(2)</enum><text>aligning
stakeholders on critical energy requirements to meet mission
requirements;</text></paragraph>

<paragraph id="H2B4C2EEF4BAE4BAA97F308F96FA9FBAE"><enum>(3)</enum><text>validating
mission operation plans, such as continuity of operations plans;</text></paragraph>

<paragraph id="HC3AE83A90621419AA12EE1DF1EB2EB96"><enum>(4)</enum><text>identifying
infrastructure interdependencies; and</text></paragraph>
```

```
<paragraph id="HD88D3BBA1E2B4000ACD841BAA3214609"><enum>(5)</enum><text>verifying
backup electric power system performance.</text></paragraph></subsection></section>

<section id="H1455187C84F34178B93280F77136F6F6"><enum>2865.</enum><header>Pilot program
to extend service life of roads and runways under the jurisdiction of the Secretary of
Defense</header>

<subsection id="HB3227B4E7A544BF9B5D554F69AC9C7BA"><enum>(a)</enum><header>Pilot
program authorized</header><text>The Secretary of Defense, in consultation with the
Secretary of Transportation, may carry out a pilot program to design, build, and test
technologies, techniques, and materials in order to extend the service life of roads
and runways under the jurisdiction of the Secretary of Defense.</text></subsection>

<subsection
id="H843EA863E50145E3AF17B32C1DBD7714"><enum>(b)</enum><header>Scope</header><text>The
pilot program under subsection (a) shall include the following:</text>

<paragraph id="H15DA82A36B534408A80D65E90DA98167"><enum>(1)</enum><text>The design,
testing, and assembly of technologies and systems suitable for pavement
applications.</text></paragraph>

<paragraph id="HCBC7B67DE8AD48DEA50F30CFAD326626"><enum>(2)</enum><text>Research,
development, and testing of pavement materials for use in different geographic areas in
the United States.</text></paragraph>

<paragraph id="H6127BA6EB10F49D6AA14BA9D0DE1D4D9"><enum>(3)</enum><text>The design and
procurement of platforms and equipment to test the performance, cost, feasibility, and
effectiveness of the technologies, systems, and materials described in paragraphs (1)
and (2).</text></paragraph></subsection>

<subsection id="H4213B25220F44E54BCB28AB1F9E5AA45"><enum>(c)</enum><header>Award of
contracts or grants</header>

<paragraph id="H2A33ABA20DCD42118B56EEFC0854B570"><enum>(1)</enum><header>In
general</header><text>The Secretary of Defense may carry out the pilot program under
subsection (a) through the award of contracts or grants for the designing, building, or
testing of technologies, techniques, and materials under the pilot
program.</text></paragraph>

<paragraph id="H8B902F5BAC5A459DA7F682AF5272923C"><enum>(2)</enum><header>Merit-based
selection</header><text>Any award of a contract or grant under the pilot program under
subsection (a) shall be made using merit-based selection
procedures.</text></paragraph></subsection>

<subsection
id="H7E1A4D78D863492EB5DCC365E7A6298E"><enum>(d)</enum><header>Report</header>

<paragraph id="H9C77E128B84141C884C6ABAC44AE66BA"><enum>(1)</enum><header>In
general</header><text>Not later than two years after the commencement of the pilot
program under subsection (a), the Secretary of Defense shall submit to the
congressional defense committees a report on the pilot program.</text></paragraph>

<paragraph
id="HE52D43088E5E409EA47B72D864A6ED05"><enum>(2)</enum><header>Contents</header><text>T
he report under paragraph (1) with respect to the pilot program shall include the
following:</text>

<subparagraph id="H618C0B796CA64A9DB6BAF8555D2C8D49"><enum>(A)</enum><text>An
assessment of the effectiveness of activities under the pilot program in improving the
service life of roads and runways under the jurisdiction of the
Secretary.</text></subparagraph>

<subparagraph id="H539757E02CA74DF98F6FDB644D8618C4"><enum>(B)</enum><text>An analysis
of the potential lifetime cost savings and reduction in energy demands associated with
the extended service life of such roads and
runways.</text></subparagraph></paragraph></subsection>

<subsection id="HCF9C6C5B4FE74A54B658FE476FF9798A"><enum>(e)</enum><header>Termination
of authority</header><text>The pilot program under subsection (a) shall terminate on
September 30, 2024.</text></subsection></section>

<section id="H5832B5F3FEFC4E88BA6CB4D0CE8F15A7"><enum>2866.</enum><header>Restrictions
```

on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California</header>

<subsection id="H58F692888244469DA2636255971CBFA1"><enum>(a)</enum><header>Restrictions</header><text display-inline="yes-display-inline">Except as provided in subsection (b), the Secretary of the Air Force may not use any funds or resources of the Department of the Air Force to carry out the rehabilitation of the obsolete Over-the-Horizon Backscatter Radar System receiving station located in Modoc National Forest in the State of California.</text></subsection>

<subsection id="H4B977831A8054392A6BD3C22F20601A8"><enum>(b)</enum><header>Exception for removal of perimeter fence</header><text display-inline="yes-display-inline">Notwithstanding subsection (a), the Secretary of the Air Force may use funds and resources of the Department of the Air Forceâ€"</text>

<paragraph id="H76604F05D833435FBBE3AB7487CE4838"><enum>(1)</enum><text>to remove the perimeter fence, which was treated with an arsenic-based weatherproof coating, surrounding the Over-the-Horizon Backscatter Radar System receiving station referred to in such subsection; and</text></paragraph>

<paragraph id="H6965B4075F6D422DB03635ECB54F1298"><enum>(2)</enum><text>to carry out the mitigation of soil contamination associated with such fence.</text></paragraph></subsection>

<subsection id="H6FB99F3AC20E4DA9A0831B53BC770B27"><enum>(c)</enum><header>Sunset</header><text>The restrictions in subsection (a) shall terminate on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2025.</text></subsection></section>

<section id="H08403C7CC9F24725A9F7CB188C701919"><enum>2867.</enum><header>Designation of Sumpter Smith Joint National Guard Base</header>

<subsection id="H55D5E78B1D25434B95A4F7D06CDB9B8C"><enum>(a)</enum><header>Designation</header><text>The Sumpter Smith Air National Guard Base in Birmingham, Alabama, shall after the date of the enactment of this Act be known and designated as the <quote>Sumpter Smith Joint National Guard Base</quote>.</text></subsection>

<subsection id="H4AD11674583E47D68107E1F5E4AA8594"><enum>(b)</enum><header>Reference</header><text>Any reference in any law, regulation, map, document, paper, or other record of the United States to the installation referred to in subsection (a) shall be considered to be a reference to the Sumpter Smith Joint National Guard Base.</text></subsection></section>

<section id="HBCD0F155DBFA41FA8BD83150766105F4"><enum>2868.</enum><header>Santa Ynez Band of Chumash Indians land affirmation</header>

<subsection id="H4C7475C6EACF49C0AE1E55668E0EFDE2"><enum>(a)</enum><header>Short title</header><text>This section may be cited as the <quote><short-title>Santa Ynez Band of Chumash Indians Land Affirmation Act of 2019</short-title></quote>.</text></subsection>

<subsection id="H0DE7A7A5DEEC4953B73C3D0E88493DB9"><enum>(b)</enum><header>Findings</header><text>Congress finds the following:</text>

<paragraph id="HD5C47B8C85C64C28AA766CB5D2A9E083"><enum>(1)</enum><text>On October 13, 2017, the General Council of the Santa Ynez Band of Chumash Indians voted to approve the Memorandum of Agreement between the County of Santa Barbara and the Santa Ynez Band of Chumash Indians regarding the approximately 1,427.28 acres of land, commonly known as Camp 4, and authorized the Tribal Chairman to sign the Memorandum of Agreement.</text></paragraph>

<paragraph id="HCC2FF7A810174B13A9A223D792C18F29"><enum>(2)</enum><text>On October 31, 2017, the Board of Supervisors for the County of Santa Barbara approved the Memorandum of Agreement on Camp 4 and authorized the Chair to sign the Memorandum of Agreement.</text></paragraph>

<paragraph id="H257361019D3D437FAE3836D1C3B6498E"><enum>(3)</enum><text>The Secretary

of the Interior approved the Memorandum of Agreement pursuant to section 2103 of the Revised Statutes (25 U.S.C. 81).</text></paragraph></subsection>

<subsection id="HBDF7F32D98C641D5A990CBE01DAE39CC"><enum>(c)</enum><header>Land to be taken into trust</header>

<paragraph id="H8F5512C5ED054BD4AE893C96BA747D59"><enum>(1)</enum><header>In general</header><text>The approximately 1,427.28 acres of land in Santa Barbara County, CA described in paragraph (3), is hereby taken into trust for the benefit of the Tribe, subject to valid existing rights, contracts, and management agreements related to easements and rights-of-way.</text></paragraph>

<paragraph id="H2B1E3751F0CF4085B3F734B532F2C42B"><enum>(2)</enum><header>Administration</header>

<subparagraph id="H02DEEB99C64340D49D11916CC9360976"><enum>(A)</enum><header>Administration</header><text>The land described in paragraph (3) shall be a part of the Santa Ynez Indian Reservation and administered in accordance with the laws and regulations generally applicable to the land held in trust by the United States for an Indian tribe.</text></subparagraph>

<subparagraph id="HC6B1909993FE460D8F8A34B73A9642D4"><enum>(B)</enum><header>Effect</header><text>For purposes of certain California State laws (including the California Land Conservation Act of 1965, Government Code Section 51200, et seq.), placing the land described in paragraph (3) into trust shall remove any restrictions on the property pursuant to California Government Code Section 51295 or any other provision of such Act.</text></subparagraph></paragraph>

<paragraph id="H1E85440B33084B76AF102F3FFD229C26"><enum>(3)</enum><header>Legal description of lands transferred</header><text>The lands to be taken into trust for the benefit of the Tribe pursuant to this Act are described as follows:</text><list level="paragraph"><list-item>Legal Land Description/Site Location: Real property in the unincorporated area of the County of Santa Barbara, State of California, described as follows: PARCEL 1: (APN: 141â€"121â€"51 AND PORTION OF APN 141â€"140â€"10) LOTS 9 THROUGH 18, INCLUSIVE, OF TRACT 18, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105580 OF OFFICIAL RECORDS. PARCEL 2: (PORTION OF APN: 141â€"140â€"10) LOTS 1 THROUGH 12, INCLUSIVE, OF TRACT 24, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105581 OF OFFICIAL RECORDS. PARCEL 3: (PORTIONS OF APNS: 141â€"230â€"23 AND 141â€"140â€"10) LOTS 19 AND 20 OF TRACT 18 AND THAT PORTION OF LOTS 1, 2, 7, 8, 9, 10, AND 15 THROUGH 20, INCLUSIVE, OF TRACT 16, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, THAT LIES NORTHEASTERLY OF THE NORTHEASTERLY LINE OF THE LAND GRANTED TO THE STATE OF CALIFORNIA BY AN EXECUTORâ€™S DEED RECORDED APRIL 2, 1968 IN BOOK 2227, PAGE 136 OF OFFICIAL RECORDS OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105582 OF OFFICIAL RECORDS. PARCEL 4: (APN: 141â€"240â€"02 AND PORTION OF APN: 141â€"140â€"10) LOTS 1 THROUGH 12, INCLUSIVE, OF TRACT 25, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105583 OF OFFICIAL RECORDS. PARCEL 5: (PORTION OF APN: 141â€"230â€"23) THAT PORTION OF LOTS 3 AND 6 OF TRACT 16, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, THAT LIES NORTHEASTERLY OF THE NORTHEASTERLY LINE OF THE LAND GRANTED TO THE STATE OF CALIFORNIA BY AN EXECUTORâ€™S DEED RECORDED APRIL 2, 1968 IN BOOK 2227, PAGE 136 OF OFFICIAL RECORDS OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105584 OF OFFICIAL RECORDS.</list-item></list></paragraph>

```
<paragraph id="HF1629A905F3B43A0B6FC52679C3A755B"><enum>(4)</enum><header>Rules of
construction</header><text>Nothing in this section shallâ€"</text>

<subparagraph id="H95501B47C6804277B2F56E3A943F2E58"><enum>(A)</enum><text>enlarge,
impair, or otherwise affect any right or claim of the Tribe to any land or interest in
land that is in existence before the date of the enactment of this
Act;</text></subparagraph>

<subparagraph id="H6FE69512E96E41319F30DA5E82D4BC19"><enum>(B)</enum><text>affect any
water right of the Tribe in existence before the date of the enactment of this Act;
or</text></subparagraph>

<subparagraph id="H91FDB1496E764FE291B25225CDBF12CE"><enum>(C)</enum><text>terminate or
limit any access in any way to any right-of-way or right-of-use issued, granted, or
permitted before the date of the enactment of this
Act.</text></subparagraph></paragraph>

<paragraph id="HFD140238E85B4D92A318EACFA3A23C0D"><enum>(5)</enum><header>Restricted
use of transferred lands</header><text>The Tribe may not conduct, on the land described
in paragraph (3) taken into trust for the Tribe pursuant to this section, gaming
activitiesâ€"</text>

<subparagraph id="H4D5D7E090A7A455CA41645F2E801D418"><enum>(A)</enum><text>as a matter
of claimed inherent authority; or</text></subparagraph>

<subparagraph id="H5973AA4DB6FB4383B8BD4551DB3DFAE8"><enum>(B)</enum><text>under any
Federal law, including the Indian Gaming Regulatory Act (25 U.S.C. 2701 et seq.) and
regulations promulgated by the Secretary or the National Indian Gaming Commission under
that Act.</text></subparagraph></paragraph>

<paragraph
id="H589428DE6775443FAC834AEB315E37A0"><enum>(6)</enum><header>Definitions</header><tex
t>For the purposes of this subsection:</text>

<subparagraph
id="HB26FCB729FC744F79E175F728AFAD8FD"><enum>(A)</enum><header>Secretary</header><text>
The term <quote>Secretary</quote> means the Secretary of the
Interior.</text></subparagraph>

<subparagraph
id="H12AAF1B1A8FC4F8297985EA8FC130F4C"><enum>(B)</enum><header>Tribe</header><text>The
term <quote>Tribe</quote> means the Santa Ynez Band of Chumash Mission
Indians.</text></subparagraph></paragraph></subsection></section>

<section id="HC19C52EA87AD4F09B045E4C99ACD9423"><enum>2869.</enum><header>Lands to be
taken into trust as part of the reservation of the Lytton Rancheria</header>

<subsection
id="H662003A7D46D4CB88F2F792284EE470E"><enum>(a)</enum><header>Findings</header><text>C
ongress finds the following:</text>

<paragraph id="H20F4132C1C5146948AA49644B5310F7C"><enum>(1)</enum><text display-
inline="yes-display-inline">The Lytton Rancheria of California is a federally
recognized Indian tribe that lost its homeland after its relationship to the United
States was unjustly and unlawfully terminated in 1958. The Tribe was restored to
Federal recognition in 1991, but the conditions of its restoration have prevented it
from regaining a homeland on its original lands.</text></paragraph>

<paragraph id="H3DA7C979676548B0BEDC39DEEE92D751"><enum>(2)</enum><text>Congress needs
to take action to reverse historic injustices that befell the Tribe and that have
prevented it from regaining a viable homeland for its people.</text></paragraph>

<paragraph id="H31FD51605E2446838CC48F3480E5E3D1"><enum>(3)</enum><text>Prior to
European contact there were as many as 350,000 Indians living in what is now the State
of California. By the turn of the 19th century, that number had been reduced to
approximately 15,000 individuals, many of them homeless and living in scattered bands
and communities.</text></paragraph>

<paragraph id="H63131411B7E34B839666165C3D7C1A1F"><enum>(4)</enum><text>The Lytton
Rancheriaâ€™s original homeland was purchased by the United States in 1926 pursuant to
congressional authority designed to remedy the unique tragedy that befell the Indians
```

of California and provide them with reservations called Rancherias to be held in trust by the United States.</text></paragraph>

<paragraph id="H84C5D7870E3A41169B726BD10CD1BA95"><enum>(5)</enum><text>After the Lytton Rancheria lands were purchased by the United States, the Tribe settled on the land and sustained itself for several decades by farming and ranching.</text></paragraph>

<paragraph id="HD7DBF4B8C13C4B29902CA6F41BB729B7"><enum>(6)</enum><text display-inline="yes-display-inline">By the mid-1950s, Federal Indian policy had shifted back towards a policy of terminating the Federal relationship with Indian tribes. In 1958, Congress enacted the Rancheria Act of 1958 (72 Stat. 619), which slated 41 Rancherias in California, including the Lytton Rancheria, for termination after certain conditions were met.</text></paragraph>

<paragraph id="H012668B4CEAC4EBCBCD0E1432FEF4237"><enum>(7)</enum><text display-inline="yes-display-inline">On August 1, 1961, the Federal Government terminated its relationship with the Lytton Rancheria. This termination was illegal because the conditions for termination under the Rancheria Act had never been met. After termination was implemented, the Tribe lost its lands and was left without any means of supporting itself.</text></paragraph>

<paragraph id="HC6B5D41824B4409B99D49FD4234CDF30"><enum>(8)</enum><text>In 1987, the Tribe joined three other tribes in a lawsuit against the United States challenging the illegal termination of their Rancherias. A Stipulated Judgment in the case, <italic>Scotts Valley Band of Pomo Indians of the Sugar Bowl Rancheria</italic> v. <italic>United States</italic>, No. C–86–3660 (N.D.Cal. March 22, 1991), restored the Lytton Rancheria to its status as a federally recognized Indian tribe.</text></paragraph>

<paragraph id="H7C09444BB9CE4724A79494C025EEE02D"><enum>(9)</enum><text>The Stipulated Judgment provides that the Lytton Rancheria would have the <quote>individual and collective status and rights</quote> which it had prior to its termination and expressly contemplated the acquisition of trust lands for the Lytton Rancheria.</text></paragraph>

<paragraph id="H9AC1CC6ED21484C8D029F7E48E8AC08"><enum>(10)</enum><text display-inline="yes-display-inline">The Stipulated Judgment contains provisions, included at the request of the local county governments and neighboring landowners, that prohibit the Lytton Rancheria from exercising its full Federal rights on its original homeland in the Alexander Valley.</text></paragraph>

<paragraph id="HE9D597A34AAA4EBEA8411F572F2F036C"><enum>(11)</enum><text>In 2000, approximately 9.5 acres of land in San Pablo, California, was placed in trust status for the Lytton Rancheria for economic development purposes.</text></paragraph>

<paragraph id="H85683427CC1C4E8E9F750D9F44DEE00B"><enum>(12)</enum><text>The Tribe has since acquired, from willing sellers at fair market value, property in Sonoma County near the Tribe's historic Rancheria. This property, which the Tribe holds in fee status, is suitable for a new homeland for the Tribe.</text></paragraph>

<paragraph id="H590DE1E8C71C4E3CB4F88B0E9D642CEF"><enum>(13)</enum><text>On a portion of the land to be taken into trust, which portion totals approximately 124.12 acres, the Tribe plans to build housing for its members and governmental and community facilities.</text></paragraph>

<paragraph id="HCDBEBC83B5934895A51E57076BC94177"><enum>(14)</enum><text>A portion of the land to be taken into trust is being used for viniculture, and the Tribe intends to develop more of the lands to be taken into trust for viniculture. The Tribe's investment in the ongoing viniculture operation has reinvigorated the vineyards, which are producing high-quality wines. The Tribe is operating its vineyards on a sustainable basis and is working toward certification of sustainability.</text></paragraph>

<paragraph id="HA9A54042DBC2468EBA2156E85A48CE80"><enum>(15)</enum><text display-inline="yes-display-inline">No gaming shall be conducted on the lands to be taken into trust by this section.</text></paragraph>

<paragraph id="HA502ACFEC5DA48639F734CB834D10725"><enum>(16)</enum><text>No gaming shall be conducted on any lands taken into trust on behalf of the Tribe in Sonoma County after the date of the enactment of this Act.</text></paragraph>

WASHSTATEC015476

```
<paragraph id="H33657A8A8F4945DA898AE5C51D769908"><enum>(17)</enum><text>By directing
that these lands be taken into trust, the United States will ensure that the Lytton
Rancheria will finally have a permanently protected homeland on which the Tribe can
once again live communally and plan for future generations. This action is necessary to
fully restore the Tribe to the status it had before it was wrongfully terminated in
1961.</text></paragraph>

<paragraph id="HF7EBDF92C3E24958A68042F28DC8F85B"><enum>(18)</enum><text display-
inline="yes-display-inline">The Tribe and County of Sonoma have entered into a
Memorandum of Agreement as amended in 2018 in which the County agrees to the lands in
the County being taken into trust for the benefit of the Tribe in consideration for
commitments made by the Tribe.</text></paragraph></subsection>

<subsection
id="HEA5E9496ECDA4B648F1235724A064E51"><enum>(b)</enum><header>Definitions</header><tex
t>For the purpose of this section, the following definitions apply:</text>

<paragraph
id="H8D6844F155D446DDAF2F1745C3130941"><enum>(1)</enum><header>County</header><text
display-inline="yes-display-inline">The term <term>County</term> means Sonoma County,
California.</text></paragraph>

<paragraph
id="HBCDE1A6419B84E9FB3F19741393260F2"><enum>(2)</enum><header>Secretary</header><text>
The term <term>Secretary</term> means the Secretary of the Interior.</text></paragraph>

<paragraph
id="H7D2C5B884C2440F2A52E1F15E9F733F6"><enum>(3)</enum><header>Tribe</header><text>The
term <term>Tribe</term> means the Lytton Rancheria of
California.</text></paragraph></subsection>

<subsection id="H4C310423EB234DDDA870A981800ABABA"><enum>(c)</enum><header>Lands to be
taken into trust</header>

<paragraph id="H70B99428E3254A8EBDB9E6B1C758922E"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">The land owned by the Tribe
and generally depicted on the map titled <quote>Lytton Fee Owned Property to be Taken
into Trust</quote> and dated May 1, 2015, is hereby taken into trust for the benefit of
the Tribe, subject to valid existing rights, contracts, and management agreements
related to easements and rights-of-way.</text></paragraph>

<paragraph id="HE8A0EFBEC0E24172B2A889B9CAAC65A5"><enum>(2)</enum><header>Lands To Be
Made Part of the Reservation</header><text>Lands taken into trust under paragraph (1)
shall be part of the Tribe's reservation and shall be administered in accordance with
the laws and regulations generally applicable to property held in trust by the United
States for an Indian tribe.</text></paragraph></subsection>

<subsection
id="H6281CBDA6CDC4AD1AB5A62AB48CF86EC"><enum>(d)</enum><header>Gaming</header>

<paragraph id="HECC8EB74C808439CA213394CA7DD3018"><enum>(1)</enum><header>Lands taken
into trust under this section</header><text display-inline="yes-display-inline">Lands
taken into trust for the benefit of the Tribe under subsection (c) shall not be
eligible for gaming under the Indian Gaming Regulatory Act (25 U.S.C. 2701 et
seq.).</text></paragraph>

<paragraph id="H588CF2AE313C4634A7F6426FAE90D073"
commented="no"><enum>(2)</enum><header>Other lands taken into trust</header><text
display-inline="yes-display-inline">Lands taken into trust for the benefit of the Tribe
in Sonoma County after the date of the enactment of this Act shall not be eligible for
gaming under the Indian Gaming Regulatory Act (25 U.S.C. 2701 et
seq.).</text></paragraph></subsection>

<subsection
id="HEB353EDB70514184AA134EB6B4B71E51"><enum>(e)</enum><header>Applicability of certain
law</header><text>Notwithstanding any other provision of law, the Memorandum of
Agreement entered into by the Tribe and the County concerning taking land in the County
into trust for the benefit of the Tribe, which was approved by the County Board of
Supervisors on March 10, 2015, and any addenda and supplement or amendment thereto, is
not subject to review or approval of the Secretary in order to be effective, including
```

review or approval under section 2103 of the Revised Statutes (25 U.S.C. 81).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HDEE60898797B466CAE1A0243BE91E7EB" section-type="subsequent-section"><enum>2870.</enum><header display-inline="yes-display-inline">Little Shell Tribe of Chippewa Indians of Montana</header>

<subsection commented="no" display-inline="no-display-inline" id="H8D7E09F3DC534706B7AE1532DA142701"><enum>(a)</enum><header display-inline="yes-display-inline">Findings</header><text display-inline="yes-display-inline">Congress finds that—</text>

<paragraph commented="no" display-inline="no-display-inline" id="H496777B945B843C2B2E5AD839DBE626E"><enum>(1)</enum><text display-inline="yes-display-inline">the Little Shell Tribe of Chippewa Indians is a political successor to signatories of the Pembina Treaty of 1863, under which a large area of land in the State of North Dakota was ceded to the United States;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBDC7AF49EBC44D6B983B575B0CAF7A5B"><enum>(2)</enum><text display-inline="yes-display-inline">the Turtle Mountain Band of Chippewa of North Dakota and the Chippewa-Cree Tribe of the Rocky Boy's Reservation of Montana, which also are political successors to the signatories of the Pembina Treaty of 1863, have been recognized by the Federal Government as distinct Indian tribes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE1F9DC146CE54E5891987096481E4AF4"><enum>(3)</enum><text display-inline="yes-display-inline">the members of the Little Shell Tribe continue to live in the State of Montana, as their ancestors have for more than 100 years since ceding land in the State of North Dakota as described in paragraph (1);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H28EAB63C78BF43A5A31071ACC4349F87"><enum>(4)</enum><text display-inline="yes-display-inline">in the 1930s and 1940s, the Tribe repeatedly petitioned the Federal Government for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the <quote>Indian Reorganization Act</quote>);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3DE5AFA88E364E659E0BC0418E0FBA02"><enum>(5)</enum><text display-inline="yes-display-inline">Federal agents who visited the Tribe and Commissioner of Indian Affairs John Collier attested to the responsibility of the Federal Government for the Tribe and members of the Tribe, concluding that members of the Tribe are eligible for, and should be provided with, trust land, making the Tribe eligible for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the <quote>Indian Reorganization Act</quote>);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF75CA859B0AA4F788CADB472F0F0CFBF"><enum>(6)</enum><text display-inline="yes-display-inline">due to a lack of Federal appropriations during the Depression, the Bureau of Indian Affairs lacked adequate financial resources to purchase land for the Tribe, and the members of the Tribe were denied the opportunity to reorganize;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2E454A9A0C2147B1892497971AA9D1AE"><enum>(7)</enum><text display-inline="yes-display-inline">in spite of the failure of the Federal Government to appropriate adequate funding to secure land for the Tribe as required for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the <quote>Indian Reorganization Act</quote>), the Tribe continued to exist as a separate community, with leaders exhibiting clear political authority;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7C7C488BC8364461B0432534CB029F61"><enum>(8)</enum><text display-inline="yes-display-inline">the Tribe, together with the Turtle Mountain Band of Chippewa of North Dakota and the Chippewa-Cree Tribe of the Rocky Boy's Reservation of Montana, filed 2 law suits under the Act of August 13, 1946 (60 Stat. 1049) (commonly known as the <quote>Indian Claims Commission Act</quote>), to petition for additional compensation for land ceded to the United States under the Pembina Treaty of 1863 and the McCumber Agreement of 1892;</text></paragraph>

WASHSTATEC015478

```
<paragraph commented="no" display-inline="no-display-inline"
id="H53ABEDADF86042D4AF7B097905BDD93B"><enum>(9)</enum><text display-inline="yes-
display-inline">in 1971 and 1982, pursuant to Acts of Congress, the tribes received
awards for the claims described in paragraph (8);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1B6AE31A39E846348A8B25B9608100B6"><enum>(10)</enum><text display-inline="yes-
display-inline">in 1978, the Tribe submitted to the Bureau of Indian Affairs a petition
for Federal recognition, which is still pending as of the date of enactment of this
Act; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H64A7166142B4452AABE7105F755679C5"><enum>(11)</enum><text display-inline="yes-
display-inline">the Federal Government, the State of Montana, and the other federally
recognized Indian tribes of the State have had continuous dealings with the recognized
political leaders of the Tribe since the 1930s.</text></paragraph></subsection>

<subsection
id="H96170317026F4BA797F7FCF04F58A339"><enum>(b)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section:</text>

<paragraph
id="H94F714E31D294C3DB2068279764D6256"><enum>(1)</enum><header>Member</header><text>The
term <quote>member</quote> means an individual who is enrolled in the Tribe pursuant to
subsection (f).</text></paragraph>

<paragraph
id="HC1AACF33085B44F6835E20637DEBB4EF"><enum>(2)</enum><header>Secretary</header><text>
The term <quote>Secretary</quote> means the Secretary of the
Interior.</text></paragraph>

<paragraph
id="H79BEC22E13D64A9587CA5FAC89371C0B"><enum>(3)</enum><header>Tribe</header><text>The
term <quote>Tribe</quote> means the Little Shell Tribe of Chippewa Indians of
Montana.</text></paragraph></subsection>

<subsection id="H6CB73219B5574344A21861C7B99C5799"><enum>(c)</enum><header>Federal
recognition</header>

<paragraph id="HF65EF984C03C4705AA3926CEA2C14210"><enum>(1)</enum><header>In
general</header><text>Federal recognition is extended to the Tribe.</text></paragraph>

<paragraph id="H5FFC8C13328740598ADBDF9FE49B57C5"><enum>(2)</enum><header>Effect of
federal laws</header><text>Except as otherwise provided in this section, all Federal
laws (including regulations) of general application to Indians and Indian tribes,
including the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the
<quote>Indian Reorganization Act</quote>), shall apply to the Tribe and
members.</text></paragraph></subsection>

<subsection id="H56023D7AA2634DAFBB894A7EF9F891A2"><enum>(d)</enum><header>Federal
services and benefits</header>

<paragraph id="HBDD995A0342842E6B7883B61FC00BFF0"><enum>(1)</enum><header>In
general</header><text>Beginning on the date of enactment of this Act, the Tribe and
each member shall be eligible for all services and benefits provided by the United
States to Indians and federally recognized Indian tribes, without regard toâ€"</text>

<subparagraph id="HEAF8EA63755449948F9496BABA7FDEC7"><enum>(A)</enum><text>the
existence of a reservation for the Tribe; or</text></subparagraph>

<subparagraph id="H2176428D14924E0DA3015A7308672C92"><enum>(B)</enum><text>the location
of the residence of any member on or near an Indian
reservation.</text></subparagraph></paragraph>

<paragraph id="HC3F18B5435CA4D7FAD410824E2996443"><enum>(2)</enum><header>Service
area</header><text>For purposes of the delivery of services and benefits to members,
the service area of the Tribe shall be considered to be the area comprised of Blaine,
Cascade, Glacier, and Hill Counties in the State of
Montana.</text></paragraph></subsection>

<subsection
```

WASHSTATEC015479

id="HA8156AAF45FD4F7D9320F57AD3D35563"><enum>(e)</enum><header>Reaffirmation of
rights</header>

<paragraph id="HF9A53206A8BA4152AEECD8085C1B4138"><enum>(1)</enum><header>In
general</header><text>Nothing in this section diminishes any right or privilege of the
Tribe or any member that existed before the date of enactment of this
Act.</text></paragraph>

<paragraph id="H283462D52EDE40C18A514CA163AA13AF"><enum>(2)</enum><header>Claims of
tribe</header><text>Except as otherwise provided in this section, nothing in this
section alters or affects any legal or equitable claim of the Tribe to enforce any
right or privilege reserved by, or granted to, the Tribe that was wrongfully denied to,
or taken from, the Tribe before the date of enactment of this
Act.</text></paragraph></subsection>

<subsection id="H7E2C422FB28849DC944150CBC3A14EAE"><enum>(f)</enum><header>Membership
roll</header>

<paragraph id="H91A4672999DC4C50AE3B013E35B6E8CE"><enum>(1)</enum><header>In
general</header><text>As a condition of receiving recognition, services, and benefits
pursuant to this section, the Tribe shall submit to the Secretary, by not later than 18
months after the date of enactment of this Act, a membership roll consisting of the
name of each individual enrolled as a member of the Tribe.</text></paragraph>

<paragraph id="H94A4D6BC80C545D6BCA43B01A2C8F2E9"><enum>(2)</enum><header>Determination
of membership</header><text>The qualifications for inclusion on the membership roll of
the Tribe shall be determined in accordance with sections 1 through 3 of article 5 of
the constitution of the Tribe dated September 10, 1977 (including amendments to the
constitution).</text></paragraph>

<paragraph id="H8E583EF7C058472DA51F0CBFF4BEC4A2"><enum>(3)</enum><header>Maintenance
of roll</header><text>The Tribe shall maintain the membership roll under this
subsection.</text></paragraph></subsection>

<subsection id="HEBBED99ED7A84416866E9B9711FB69E1"><enum>(g)</enum><header>Acquisition
of land</header>

<paragraph
id="H29D1B7EAC7E5439AAC0C8DA79999C8B6"><enum>(1)</enum><header>Homeland</header><text>T
he Secretary shall acquire, for the benefit of the Tribe, trust title to 200 acres of
land within the service area of the Tribe to be used for a tribal land
base.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5743F0F7BC274FA2BD1FA228D3954E3F"><enum>(2)</enum><header>Additional
land</header><text>The Secretary may acquire additional land for the benefit of the
Tribe pursuant to section 5 of the Act of June 18, 1934 (25 U.S.C. 5108) (commonly
known as the <quote>Indian Reorganization
Act</quote>).</text></paragraph></subsection></section>

<section id="H6BACAE2DC7494F9EA327BB9D1EB4CAC3"><enum>2871.</enum><header>Sense of
Congress on restoration of Tyndall Air Force Base</header><text display-inline="no-
display-inline">It is the sense of Congress that the Secretary of the Air Force
shouldâ€"</text>

<paragraph id="H71B81880E6DF487E88D1303E11B1098A"><enum>(1)</enum><text>restore Tyndall
Air Force Base to achieve military installation resilience, as defined in section
101(e)(8) of title 10, United States Code; and</text></paragraph>

<paragraph id="HBCA1C07DCD7D44299F5475380CC1F98B"><enum>(2)</enum><text>use innovative
construction methods, materials, designs, and technologies in carrying out such
restoration in order to achieve efficiencies, cost savings, resiliency, and capability,
which may includeâ€"</text>

<subparagraph id="HDEABE6BD4D814CC3B491BB2F3D27A719"><enum>(A)</enum><text>open
architecture design to evolve with the national defense strategy;
and</text></subparagraph>

<subparagraph id="H2CC50D2075FA48F78125F133C77D5457"><enum>(B)</enum><text>efficient
ergonomic enterprise for members of the Air Force in the 21st
century.</text></subparagraph></paragraph></section></subtitle></title>

WASHSTATEC015480

```
<title commented="no" id="HD2E20CE1976D48AD8C0AF10ED1C0FEDE" level-type="subsequent"
style="OLC"><enum>XXIX</enum><header display-inline="yes-display-inline">Authorization
of Overseas Contingency Operations Military Construction and Emergency Military
Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="HD2E20CE1976D48AD8C0AF10ED1C0FEDE" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">
```
```
<toc-entry idref="HB3B5C629DF524326AE389C5335357E72" level="subtitle">Subtitle
Aâ€"Overseas Contingency Operations Military Construction</toc-entry>

<toc-entry idref="HEE9722CEAFC344DFB44EFD002A5872AE"
level="section">Sec.â€‚2901.â€‚Authorized Army construction and land acquisition
projects.</toc-entry>

<toc-entry idref="HAA84A6B9A26F4E6FA419AC2AADB5EEE4"
level="section">Sec.â€‚2902.â€‚Authorized Navy construction and land acquisition
projects.</toc-entry>

<toc-entry idref="HC849FC4923A34E4C95DD497D9E805CA1"
level="section">Sec.â€‚2903.â€‚Authorized Air Force construction and land acquisition
projects.</toc-entry>

<toc-entry idref="H8086E9A3A94F443DACE306AC852E4A96"
level="section">Sec.â€‚2904.â€‚Authorized Defense Agencies construction and land
acquisition projects.</toc-entry>

<toc-entry idref="H14D0680F94BA4E63843B8914366608BE"
level="section">Sec.â€‚2905.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="HA1823467D2394A69B3E60CACCC2ED768" level="subtitle">Subtitle
Bâ€"Emergency Military Construction</toc-entry>

<toc-entry idref="H2EDF7BF2A13B44D4BB8607738C2F8060"
level="section">Sec.â€‚2911.â€‚Authorization of emergency Navy construction and land
acquisition projects.</toc-entry>

<toc-entry idref="HB82A5448F0D14601851BA87120D651B7"
level="section">Sec.â€‚2912.â€‚Authorization of emergency Air Force construction and
land acquisition projects.</toc-entry>

<toc-entry idref="H8A22F62C002E4504A444510E307D10C3"
level="section">Sec.â€‚2913.â€‚Authorization of emergency Army National Guard
construction and land acquisition projects.</toc-entry>

<toc-entry idref="H93141A781DB24B7E921F9BB301D63C59"
level="section">Sec.â€‚2914.â€‚Authorization of emergency Defense Agencies construction
and land acquisition projects.</toc-entry>

<toc-entry idref="HE73348A9CF7B4C8CAD25DC4B8BBA1E1E"
level="section">Sec.â€‚2915.â€‚Authorization of emergency supplemental appropriations
for military construction projects.</toc-entry></toc>
```
```
<subtitle id="HB3B5C629DF524326AE389C5335357E72"><enum>A</enum><header>Overseas
Contingency Operations Military Construction</header>

<section id="HEE9722CEAFC344DFB44EFD002A5872AE"><enum>2901.</enum><header>Authorized
Army construction and land acquisition projects</header>

<subsection
id="HA865A64BF64943F4823F54CFFDD22C57"><enum>(a)</enum><header>Authorization</header><t
ext display-inline="yes-display-inline">Subject to subsection (b), the Secretary of the
Army may acquire real property and carry out the military construction projects for the
installations outside the United States, and in the amounts, set forth in the following
table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Army: Outside the United
States</bold></ttitle>
```

```
<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-
typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60"
colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124"
colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15"
colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0"
rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry
namest="column3" morerows="0" rowsep="1" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Cuba</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Guantanamo Bay Naval Station </entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$33,800,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Worldwide Unspecified </entry><entry
rowsep="0" leader-modify="force-ldr-bottom" colname="column2">European Deterrence
Initiative: Various Locations</entry><entry rowsep="0" align="right" leader-
modify="force-ldr"
colname="column3">$78,412,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HE16A5FE76E464A78B871B600AE6FEF4E"><enum>(b)</enum><header>Report
required as condition of authorization</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Secretary of the Army shall submit to the congressional defense committees a report
containing a plan to carry out each military construction project authorized in the
final item in the table in subsection (a) for an unspecified location for the European
Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for
each proposed project. The Secretary may not commence a project until the report has
been submitted.</text></subsection></section>

<section id="HAA84A6B9A26F4E6FA419AC2AADB5EEE4"><enum>2902.</enum><header>Authorized
Navy construction and land acquisition projects</header>

<subsection
id="HF3ABE71B2CC7447AB8E42FB20B7736CC"><enum>(a)</enum><header>Authorization</header><t
ext display-inline="yes-display-inline">Subject to subsection (b), the Secretary of the
Navy may acquire real property and carry out the military construction projects for the
installations outside the United States, and in the amounts, set forth in the following
table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy: Outside the United
States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-
typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60"
colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124"
colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15"
colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0"
rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry
namest="column3" morerows="0" rowsep="1" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Bahrain</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">SW Asia</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
```

```
colname="column3">$53,360,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Italy</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Sigonella</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$77,400,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Spain</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Rota</entry><entry rowsep="0" align="right"
leader-modify="force-ldr" colname="column3">$69,570,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Worldwide Unspecified</entry><entry
rowsep="0" leader-modify="force-ldr-bottom" colname="column2">European Deterrence
Initiative: Various Locations</entry><entry rowsep="0" align="right" leader-
modify="force-ldr"
colname="column3">$36,211,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HB9332478578B4EE4969E3DC57B99B33C"><enum>(b)</enum><header>Report
required as condition of authorization</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Secretary of the Navy shall submit to the congressional defense committees a report
containing a plan to carry out each military construction project authorized in the
final item in the table in subsection (a) for an unspecified location for the European
Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for
each proposed project. The Secretary may not commence a project until the report has
been submitted.</text></subsection></section>

<section id="HC849FC4923A34E4C95DD497D9E805CA1"><enum>2903.</enum><header>Authorized
Air Force construction and land acquisition projects</header>

<subsection
id="H47133211380C454E9E335D7458DFE03F"><enum>(a)</enum><header>Authorization</header><t
ext display-inline="yes-display-inline">Subject to subsection (b), the Secretary of the
Air Force may acquire real property and carry out the military construction projects
for the installations outside the United States, and in the amounts, set forth in the
following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air Force: Outside the United
States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-
typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60"
colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124"
colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15"
colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0"
rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry
namest="column3" morerows="0" rowsep="1" align="center"
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Iceland</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Keflavik </entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$57,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Jordan</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Azraq </entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$66,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
```

WASHSTATEC015483

```
leader-modify="force-ldr" colname="column1">Spain</entry><entry rowsep="0" align="left"
leader-modify="force-ldr" colname="column2">Moron</entry><entry rowsep="0"
align="right" leader-modify="force-ldr" colname="column3">$8,500,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Worldwide Unspecified</entry><entry
rowsep="0" leader-modify="force-ldr-bottom" colname="column2">European Deterrence
Initiative: Various Locations</entry><entry rowsep="0" align="right" leader-
modify="force-ldr"
colname="column3">$211,211,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H6507CB9A1EC347C4ADFE9978F605F5F0"><enum>(b)</enum><header>Report
required as condition of authorization</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Secretary of the Air Force shall submit to the congressional defense committees a
report containing a plan to carry out each military construction project authorized in
the final item in the table in subsection (a) for an unspecified location for the
European Deterrence Initiative. The plan shall include a Department of Defense Form
1391 for each proposed project. The Secretary may not commence a project until the
report has been submitted.</text></subsection></section>

<section id="H8086E9A3A94F443DACE306AC852E4A96"><enum>2904.</enum><header>Authorized
Defense Agencies construction and land acquisition projects</header><text display-
inline="no-display-inline">The Secretary of Defense may acquire real property and carry
out the military construction project for the installation outside the United States,
and in the amount, set forth in the following table:</text>

<table align-to-level="section" colsep="1" frame="all" line-rules="all-gen" rowsep="0"
rule-weights="4.4.4.0.4.0" table-template-name="Military: 2 text, 1 num, bold hds"
table-type=""><ttitle><bold>Defense Agencies: Outside the United States</bold></ttitle>

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="8.9.10" ttitle-
size="10"><colspec coldef="txt" colname="column1" colwidth="99pts" min-data-
value="95"/><colspec coldef="txt" colname="column2" colwidth="152pts" min-data-
value="145"/><colspec coldef="fig" colname="column3" colwidth="65pts" min-data-
value="13"/><thead>

<row><entry align="center" colname="column1" morerows="0" namest="column1"
rowsep="1"><bold>Country</bold></entry><entry align="center" colname="column2"
morerows="0" namest="column2" rowsep="1"><bold>Location</bold></entry><entry
align="center" colname="column3" morerows="0" namest="column3"
rowsep="1"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="force-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Germany</entry><entry align="left"
colname="column2" leader-modify="force-ldr" rowsep="0">Gemersheim</entry><entry
align="right" colname="column3" leader-modify="clr-ldr"
rowsep="0">$46,000,000</entry></row></tbody></tgroup></table></section>

<section id="H14D0680F94BA4E63843B8914366608BE"><enum>2905.</enum><header>Authorization
of appropriations</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for fiscal years beginning after September 30, 2019, for
the military construction projects outside the United States authorized by this
subtitle as specified in the funding table in section 4602.</text></section></subtitle>

<subtitle id="HA1823467D2394A69B3E60CACCC2ED768"><enum>B</enum><header>Emergency
Military Construction</header>

<section id="H2EDF7BF2A13B44D4BB8607738C2F8060"><enum>2911.</enum><header>Authorization
of emergency Navy construction and land acquisition projects</header>

<subsection id="H38166629DE294169B7BDDAA3BB391B89"><enum>(a)</enum><header>Navy
authorization</header><text display-inline="yes-display-inline">Subject to subsection
(b), using amounts appropriated pursuant to the authorization of appropriations in
section 2915 and available for military construction projects inside the United States
as specified in the funding table in section 4603, the Secretary of the Navy may
acquire real property and carry out military construction projects for the
installations or locations inside the United States, and in the amounts, set forth in
```

```
the following table:</text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy
Authorization</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
typeface="1.1"><colspec colnum="1" colname="column2" coldef="txt" min-data-value="32"
colwidth="90pts"/><colspec colnum="2" colname="column3" coldef="txt" min-data-
value="45" colwidth="126pts"/><colspec colnum="4" colname="column5" coldef="fig" min-
data-value="20" colwidth="274.50pt"/><thead>

<row><entry namest="column2" morerows="0" align="center" colname="column2"><bold>State
or Location</bold></entry><entry namest="column3" morerows="0" align="center"
colname="column3"><bold>Installation or Location</bold></entry><entry namest="column5"
morerows="0" colname="column5"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">California</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column3">Naval Air Weapons Station China Lake</entry><entry leader-
modify="clr-ldr" colname="column5">$1,152,680,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">North
Carolina</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column3">Camp Lejeune</entry><entry leader-modify="clr-ldr"
colname="column5">$627,747,000</entry></row>

<row><entry rowsep="0" leader-modify="clr-ldr" colname="column2"/><entry rowsep="0"
leader-modify="force-ldr-bottom" colname="column3">Marine Corps Air Station Cherry
Point</entry><entry leader-modify="clr-ldr" colname="column5">$66,551,000</entry></row>

<row><entry rowsep="0" leader-modify="clr-ldr" colname="column2"/><entry rowsep="0"
leader-modify="force-ldr-bottom" colname="column3">NCAS New River</entry><entry leader-
modify="clr-ldr"
colname="column5">$465,822,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H9701F92289BF4A0C83202CFF47BA6151"><enum>(b)</enum><header>Report
required as a condition of authorization</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Secretary of the Navy shall submit to the congressional defense committees a report
containing a plan to carry out the military construction projects authorized by this
section. The plan shall include an explanation of how each military construction
project will incorporate mitigation measures that reduce the threat from extreme
weather events, mean sea level fluctuation, flooding, and any other known environmental
threat to resilience, including a list of any areas in which there is a variance from
the local building requirements and an explanation of the reason for the variance. The
plan shall also include a Department of Defense Form 1391 for each proposed project.
The Secretary may not commence a project until the report required from the Secretary
has been submitted.</text></subsection></section>

<section id="HB82A5448F0D14601851BA87120D651B7"><enum>2912.</enum><header>Authorization
of emergency Air Force construction and land acquisition projects</header>

<subsection id="H6FA0B3F598F54382A45DE93F7F989AB0"><enum>(a)</enum><header>Air Force
Authorization</header><text display-inline="yes-display-inline">Subject to subsection
(b), using amounts appropriated pursuant to the authorization of appropriations in
section 2915 and available for military construction projects inside the United States
as specified in the funding table in section 4603, the Secretary of the Air Force may
acquire real property and carry out military construction projects for the
installations or locations inside the United States, and in the amounts, set forth in
the following table:</text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air Force
Authorization</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
```

```
typeface="1.1"><colspec colnum="1" colname="column2" coldef="txt" min-data-value="32"
colwidth="90pts"/><colspec colnum="2" colname="column3" coldef="txt" min-data-
value="45" colwidth="126pts"/><colspec colnum="4" colname="column5" coldef="fig" min-
data-value="20" colwidth="162.00pt"/><thead>

<row><entry namest="column2" morerows="0" align="center"
colname="column2"><bold>State</bold></entry><entry namest="column3" morerows="0"
align="center" colname="column3"><bold>Installation or Location</bold></entry><entry
namest="column5" morerows="0"
colname="column5"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Florida</entry><entry rowsep="0" align="left" leader-modify="force-
ldr-bottom" colname="column3">Tyndall Air Force Base</entry><entry leader-modify="clr-
ldr" colname="column5">$1,500,200,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Nebraska</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column3">Offutt Air Force Base</entry><entry rowsep="0" leader-modify="clr-
ldr" colname="column5">$140,500,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column2">Virginia</entry><entry rowsep="0" leader-modify="force-ldr-bottom"
colname="column3">Joint Base Langley-Eustis</entry><entry leader-modify="clr-ldr"
colname="column5">$31,000,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H0CC9B0ADD413497687E31D3AFF279DFD"><enum>(b)</enum><header>Report
required as condition of authorization</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Secretary of the Air Force shall submit to the Committees on Armed Services of the
House of Representatives and the Senate a report containing a plan to carry out the
military construction projects authorized by this section. The plan shall include an
explanation of how each military construction project will incorporate mitigation
measures that reduce the threat from extreme weather events, mean sea level
fluctuation, flooding, and any other known environmental threat to resilience,
including a list of any areas in which there is a variance from the local building
requirements and an explanation of the reason for the variance. The plan shall also
include a Department of Defense Form 1391 for each proposed project. The Secretary may
not commence a project until the report required from the Secretary has been
submitted.</text></subsection></section>

<section id="H8A22F62C002E4504A444510E307D10C3"><enum>2913.</enum><header>Authorization
of emergency Army National Guard construction and land acquisition projects</header>

<subsection id="HAE205F73346444D68DEFB7CEEF6E239E"><enum>(a)</enum><header>Army
National Guard authorization</header><text display-inline="yes-display-inline">Subject
to subsection (b), using amounts appropriated pursuant to the authorization of
appropriations in section 2915 and available for military construction projects inside
the United States as specified in the funding table in section 4603, the Secretary of
the Army may acquire real property and carry out military construction projects for the
installations or locations inside the United States, and in the amounts, set forth in
the following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Army National Guard
Authorization</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-
typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60"
colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124"
colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15"
colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center"
colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0"
rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry
namest="column3" morerows="0" rowsep="1" align="center"
```

WASHSTATEC015486

```
colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Louisiana</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Pineville</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$16,500,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="force-ldr" colname="column1">Nebraska</entry><entry rowsep="0"
align="left" leader-modify="force-ldr" colname="column2">Ashland</entry><entry
rowsep="0" align="right" leader-modify="force-ldr"
colname="column3">$43,500,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HAA543484E89B41A8B42B6CFDBDFA19F3"><enum>(b)</enum><header>Report
required as condition of authorization</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Secretary of the Army shall submit to the congressional defense committees a report
containing a plan to carry out the military construction projects authorized by this
section. The plan shall include an explanation of how each military construction
project will incorporate mitigation measures that reduce the threat from extreme
weather events, mean sea level fluctuation, flooding, and any other known environmental
threat to resilience, including a list of any areas in which there is a variance from
the local building requirements and an explanation of the reason for the variance. The
plan shall also include a Department of Defense Form 1391 for each proposed project.
The Secretary may not commence a project until the report required from the Secretary
has been submitted.</text></subsection></section>

<section id="H93141A781DB24B7E921F9BB301D63C59" section-type="subsequent-
section"><enum>2914.</enum><header>Authorization of emergency Defense Agencies
construction and land acquisition projects</header>

<subsection id="H8ECD717F0CBD4F2D83D49C6D1746F477"><enum>(a)</enum><header>Defense
Agencies authorization</header><text display-inline="yes-display-inline">Subject to
subsection (b), using amounts appropriated pursuant to the authorization of
appropriations in section 2915 and available for military construction projects inside
the United States as specified in the funding table in section 4603, the Secretary of
Defense may acquire real property and carry out the military construction project for
the installation inside the United States, and in the amount, set forth in the
following table:</text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-
level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-
weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Defense Agencies</bold><bold>
Authorization</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-
typeface="1.1"/><colspec colnum="1" colname="column2" coldef="txt" min-data-value="32"
colwidth="87pts"/><colspec colnum="2" colname="column3" coldef="txt" min-data-
value="45" colwidth="130pts"/><colspec colnum="4" colname="column5" coldef="fig" min-
data-value="11" colwidth="126pts"/><thead>

<row><entry namest="column2" morerows="0" align="center" colname="column2"><bold>State
or Location</bold></entry><entry namest="column3" morerows="0" align="center"
colname="column3"><bold>Installation or Location</bold></entry><entry namest="column5"
morerows="0" colname="column5"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">North
Carolina</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom"
colname="column3">Camp Lejeune</entry><entry leader-modify="clr-ldr"
colname="column5">$75,313,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H76CB6F49CD0B4E1D98EC6B92FDA062BF"><enum>(b)</enum><header>Report
required as a condition of authorization</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Secretary of Defense shall submit to the congressional defense committees a report
```

containing a plan to carry out the military construction project authorized by this section. The plan shall include an explanation of how the military construction project will incorporate mitigation measures that reduce the threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for the proposed project. The Secretary may not commence the project until the report required from the Secretary has been submitted.</text></subsection></section>

<section id="HE73348A9CF7B4C8CAD25DC4B8BBA1E1E" section-type="subsequent-section"><enum>2915.</enum><header>Authorization of emergency supplemental appropriations for military construction projects</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for the Department of Defense for the military construction projects authorized by this subtitle as specified in the funding table in section 4603, in such amounts as may be designated as emergency requirements pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985 (2 U.S.C. 901(b)(2)(A)(i)).</text></section></subtitle></title>

<title id="H3B0475F819F443EF9CE866205E6DDB69"><enum>XXX</enum><header>Military Housing Privatization Reform</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H3B0475F819F443EF9CE866205E6DDB69" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HBE108208404C4942BC463C9A3C299F01" level="section">Sec.â€¯3001.â€¯Definitions.</toc-entry>

<toc-entry idref="HE9120F3ED27941CBA0CD131C2B24A9C7" level="subtitle">Subtitle Aâ€"Addition of New Reform Subchapter</toc-entry>

<toc-entry idref="H16CE44487447402FA6371AC59750B528" level="section">Sec.â€¯3011.â€¯Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing.</toc-entry>

<toc-entry idref="H4341D8F5E6BA4C199B613906E7990C14" level="section">Sec.â€¯3012.â€¯Designation of Chief Housing Officer for privatized military housing.</toc-entry>

<toc-entry idref="H0E114CAC5DBF4673A1F763D575C55F3F" level="section">Sec.â€¯3013.â€¯Additional requirements relating to contracts for privatized military housing.</toc-entry>

<toc-entry idref="HEAF017B1125448839C57A4AC8D0AA032" level="section">Sec.â€¯3014.â€¯Additional requirements relating to management of privatized military housing.</toc-entry>

<toc-entry idref="H0A55DAE39962469BA21C525B1E200C02" level="section">Sec.â€¯3015.â€¯Consideration of contractor history in contracts for privatized military housing.</toc-entry>

<toc-entry idref="HBAE2EC526E0C4AC681506CDC7D54EE65" level="section">Sec.â€¯3016.â€¯Additional improvements for management of privatized military housing.</toc-entry>

<toc-entry idref="H780065F84BAD45F59EF9993B9A1F13B6" level="section">Sec.â€¯3017.â€¯Maintenance work order system for privatized military housing.</toc-entry>

<toc-entry idref="H0900724CF3AB46E688A0FA1202C8B2B5" level="section">Sec.â€¯3018.â€¯Access by tenants of privatized military housing to maintenance work order system.</toc-entry>

<toc-entry idref="H7E3F14B5717E498DA537CBE3C8C5B82B" level="section">Sec.â€¯3019.â€¯Access by tenants to historical maintenance information for privatized military housing.</toc-entry>

<toc-entry idref="HF5AC99D8ED744BCE8F8950D653AD65F1"

level="section">Sec.â€,3020.â€,Prohibition on requirement to disclose personally
identifiable information in certain requests for maintenance of privatized military
housing.</toc-entry>

<toc-entry idref="H1F785DDAD89B47568F793E1568035171"
level="section">Sec.â€,3021.â€,Treatment of incentive fees for landlords of privatized
military housing for failure to remedy a health or environmental hazard.</toc-entry>

<toc-entry idref="H110AF8C1ACE6456191725252A5854270"
level="section">Sec.â€,3022.â€,Dispute resolution process for landlord-tenant disputes
regarding privatized military housing and requests to withhold payments during dispute
resolution process.</toc-entry>

<toc-entry idref="H28869CF8CA2F4024B400531871A48E4A"
level="section">Sec.â€,3023.â€,Investigation of reports of reprisals relating to
privatized military housing and congressional notification.</toc-entry>

<toc-entry idref="HF4E5E0799EDF4E15BB5B4E3A57EC914E"
level="section">Sec.â€,3024.â€,Prohibition on use of nondisclosure agreements in
connection with leases of privatized military housing.</toc-entry>

<toc-entry idref="H0ABA60F1111F4F4B9203BE8E5EF04B33" level="subtitle">Subtitle
Bâ€"Other Amendatory Provisions</toc-entry>

<toc-entry idref="H29964AC174344404A344B89C04201400"
level="section">Sec.â€,3031.â€,Installation of carbon monoxide detectors in military
family housing.</toc-entry>

<toc-entry idref="H676E1D819FC94210B6AEE88A138E4846"
level="section">Sec.â€,3032.â€,Authority to furnish certain services in connection with
use of alternative authority for acquisition and improvement of military housing.</toc-
entry>

<toc-entry idref="HD214ECA7AC5D4AEAB0925401110BC2D8"
level="section">Sec.â€,3033.â€,Treatment of breach of contract for privatized military
housing.</toc-entry>

<toc-entry idref="HF0E89EEBD0F44FB5B63E4D85504EFF86"
level="section">Sec.â€,3034.â€,Modification to requirements for window fall prevention
devices in military family housing units.</toc-entry>

<toc-entry idref="H0412A1A768964FB4B553B3B80A659755"
level="section">Sec.â€,3035.â€,Expansion of direct hire authority for Department of
Defense for childcare services providers for Department child development centers to
include direct hire authority for installation military housing office personnel.</toc-
entry>

<toc-entry idref="HC31124447D3F43C79918C15CF2155485"
level="section">Sec.â€,3036.â€,Modification of authority to make payments to lessors of
privatized military housing.</toc-entry>

<toc-entry idref="HB4641358449A42F8B6A8CCF935A33E91"
level="section">Sec.â€,3037.â€,Technical correction to definition used to make payments
to lessors of privatized military housing.</toc-entry>

<toc-entry idref="H4B6BD8F8958D4D2C9A6B06191E62157A" level="subtitle">Subtitle Câ€"One-
Time Reporting Requirements</toc-entry>

<toc-entry idref="HBC92FEB414274F30865802B65D1B03F6"
level="section">Sec.â€,3041.â€,Report on civilian personnel shortages for appropriate
oversight of management of military housing constructed or acquired using alternative
authority for acquisition and improvement of military housing.</toc-entry>

<toc-entry idref="HC2738AB6C6E549858FCB95FD22608BE3"
level="section">Sec.â€,3042.â€,Plans for creation of councils on privatized military
housing.</toc-entry>

<toc-entry idref="HA7A5A766D35149F1AC1EA8B929005B9B"
level="section">Sec.â€,3043.â€,Plan for establishment of Department of Defense
jurisdiction over off-base privatized military housing.</toc-entry>

<toc-entry idref="HE643FEBED8F841748FBC865E01699694"

level="section">Sec.â€,3044.â€,Inspector General review of Department of Defense oversight of privatized military housing.</toc-entry>

<toc-entry idref="H6EAC4124C2D94D7A87176CF2448CE23A" level="section">Sec.â€,3045.â€,Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing.</toc-entry>

<toc-entry idref="HC8DB389A029840E9BD431A2B11336053" level="subtitle">Subtitle Dâ€"Development of Housing Reform Standards and Processes</toc-entry>

<toc-entry idref="HB31E7365932B43F9B547A67425671ED3" level="section">Sec.â€,3051.â€,Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments.</toc-entry>

<toc-entry idref="H7FD09A269542401FB14AD52D76D1C46F" level="section">Sec.â€,3052.â€,Tool for assessment of hazards in Department of Defense housing.</toc-entry>

<toc-entry idref="HF9184FE860D24A149841598CF5FDB22E" level="section">Sec.â€,3053.â€,Process to identify and address environmental health hazards in Department of Defense housing.</toc-entry>

<toc-entry idref="H5311EF251347415ABF191AA96A16E713" level="section">Sec.â€,3054.â€,Department of Defense policy on lead-based paint testing on military installations.</toc-entry>

<toc-entry idref="H892DDFA392694D6DBA26AC02A23AD367" level="section">Sec.â€,3055.â€,Standard for minimum credentials for health and environmental inspectors of privatized military housing.</toc-entry>

<toc-entry idref="HFC0E0090C56D4F1382DDBE4040994E95" level="section">Sec.â€,3056.â€,Requirements relating to move-in, move-out, and maintenance of privatized military housing.</toc-entry>

<toc-entry idref="H971667DD394E475D970404579A21F157" level="section">Sec.â€,3057.â€,Standardized documentation, templates, and forms for privatized military housing.</toc-entry>

<toc-entry idref="H5FBC08B030D94E00A1B55C485BA9E0E3" level="section">Sec.â€,3058.â€,Satisfaction survey for tenants of military housing.</toc-entry>

<toc-entry idref="H8E321BB80D8640E6B7D29D4CBAF6404F" level="subtitle">Subtitle Eâ€"Other Housing Reform Matters</toc-entry>

<toc-entry idref="H70D6A3159DC64D54892BFE7EAF224611" level="section">Sec.â€,3061.â€,Radon testing of privatized military housing.</toc-entry>

<toc-entry idref="HE63320FE1A2C4EE89F4804C389D59DF4" level="section">Sec.â€,3062.â€,Mitigation of risks posed by certain items in military family housing units.</toc-entry>

<toc-entry idref="HF76EA68C37EA4A48ABF068A67054E9C0" level="section">Sec.â€,3063.â€,Suspension of Resident Energy Conservation Program and related programs for privatized military housing.</toc-entry>

<toc-entry idref="HEF5B36C6655B4E77B211A34644507684" level="section">Sec.â€,3064.â€,Department of the Army pilot program to build and monitor use of single family homes.</toc-entry></toc>

<section commented="no" display-inline="no-display-inline" id="HBE108208404C4942BC463C9A3C299F01" section-type="subsequent-section"><enum>3001.</enum><header display-inline="yes-display-inline">Definitions</header>

<subsection commented="no" display-inline="no-display-inline" id="H915F559620BC49048AF6ADD0C41A96D2"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions generally</header><text display-inline="yes-display-inline">In this title:</text>

<paragraph id="H5A52E2F4658043799BC6BEF681D925D7"><enum>(1)</enum><text display-

inline="yes-display-inline">The term <quote>landlord</quote> means an eligible entity that enters into, or has entered into, a contract as a partner with the Secretary concerned for the acquisition or construction of a housing unit under subchapter IV of chapter 169 of title 10, United States Code. The term includes any agent of the eligible entity or any subsequent lessor who owns, manages, or is otherwise responsible for a housing unit. The term does not include an entity of the Federal Government.</text></paragraph>

<paragraph id="H89A2F2EBBF6D457880D6BD1636E802A4"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>privatized military housing</term> means military housing provided under subchapter IV of chapter 169 of title 10, United States Code.</text></paragraph>

<paragraph id="H3F1DBCA67C024FF69042818F7297CE12"><enum>(3)</enum><text display-inline="yes-display-inline">The term <quote>tenant</quote> means a member of the armed forces, including a reserve component thereof in an active status, or a dependent of a member of the armed forces who resides at a housing unit, is a party to a lease for a housing unit, or is authorized to act on behalf of the member under subchapters IV and V of chapter 169 of title 10, United States Code, in the event of the assignment or deployment of a member.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3542B6A60A0844E78DFDAE2B54759B97"><enum>(b)</enum><header display-inline="yes-display-inline">New and Revised Title 10 definitions</header><text display-inline="yes-display-inline">Section 2871 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H3B3E790814344CD8AB52F01E37C1C2B9" commented="no"><enum>(1)</enum><text>in paragraph (4), by adding at the end the following new sentence: <quote>The fact that an agreement between an eligible entity and the Secretary concerned is designated as an agreement rather than a contract shall not be construed to exclude the agreement from the term <quote>contract</quote> for purposes of this subchapter and subchapter V.</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC02DD9DBD44C4209BA587D88C07984CD"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating paragraphs (7) and (8) as paragraphs (11) and (13), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4A59D5280114B7E84149EBAC994E379"><enum>(3)</enum><text display-inline="yes-display-inline">by inserting after paragraph (6) the following new paragraphs:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="HD6C2D11B49464508BC8D3AE3C352BEF9" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HFFAAD942940E4527AA94077FD3DD7F53"><enum>(7)</enum><text display-inline="yes-display-inline">The term <term>housing document</term> means a document developed by the Secretary of Defense under section 2890 of this title and known as the Military Housing Privatization Initiative Tenant Bill of Rights or the Military Housing Privatization Initiative Tenant Responsibilities.</text></paragraph>

<paragraph id="H8C6533BFC2384497BCDD0ABB59229D24"><enum>(8)</enum><text>The term <term>housing unit</term> means a unit of family housing or military unaccompanied housing acquired or constructed under this subchapter.</text></paragraph>

<paragraph id="HE02B0D67569E4E6CA913D0D23C3C55D7"><enum>(9)</enum><text>The term <term>incentive fees</term> means any amounts payable to a landlord for meeting or exceeding performance metrics as specified in a contract with the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6A4C6D1E7F854698BC0310A4BCE8946C"><enum>(10)</enum><text display-inline="yes-display-inline">The term <term>landlord</term> means an eligible entity that enters into, or has entered into, a contract as a partner with the Secretary concerned for the acquisition or construction of a housing unit under this subchapter. The term includes any agent of the eligible entity or any subsequent lessor who owns, manages, or is otherwise responsible for a housing unit. The term does not include an entity of the Federal Government.</text></paragraph><after-quoted-block>; and</after-quoted-block>block></quoted-block></paragraph>

WASHSTATEC015491

```
<paragraph commented="no" display-inline="no-display-inline"
id="H73B1CFE56F684B12914D725DE7E7DE31"><enum>(4)</enum><text display-inline="yes-
display-inline">by inserting after paragraph (11), as redesignated by paragraph (2) of
this subsection, the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H9D6317B0C20E45C1B84C86FEA9666702"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H2D7FE71CCBF8455ABB4391CE08D94AEE"><enum>(12)</enum><text display-inline="yes-
display-inline">The term <term>tenant</term> means a member of the armed forces,
including a reserve component thereof in an active status, or a dependent of a member
of the armed forces who resides at a housing unit, is a party to a lease for a housing
unit, or is authorized to act on behalf of the member under this subchapter and
subchapter V of this chapter in the event of the assignment or deployment of a
member.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection id="HA6576185773C41B596952C87B8B7BF18"
commented="no"><enum>(c)</enum><header>Conforming amendments to existing
definitions</header><text>Section 2871 of title 10, United States Code, is further
amended in paragraphs (1), (3), and (5) by striking <quote>military</quote> before
<quote>housing units</quote>. </text></subsection></section>

<subtitle id="HE9120F3ED27941CBA0CD131C2B24A9C7"><enum>A</enum><header>Addition of New
Reform Subchapter</header>

<section id="H16CE44487447402FA6371AC59750B528" section-type="subsequent-
section"><enum>3011.</enum><header>Improved accountability and oversight of privatized
military housing and protections and responsibilities for tenants of privatized
military housing</header>

<subsection
id="H302FFB14921443C2AE0FFEE4F6FDF451"><enum>(a)</enum><header>Applicability of
definitions</header><text display-inline="yes-display-inline">Section 2871 of title 10,
United States Code, as amended by section 3001, is further amended in the matter
preceding the paragraphs by inserting <quote>and subchapter V of this chapter</quote>
after <quote>this subchapter</quote>.</text></subsection>

<subsection id="H9831A1F867FF4B28A402929FBF5B58C0"><enum>(b)</enum><header>Military
housing privatization reforms</header><text display-inline="yes-display-inline">Chapter
169 of title 10, United States Code, is amended by adding at the end the following new
subchapter:</text>

<quoted-block style="USC" id="H491ACA21FDCF4F46800976045B537EDC" display-inline="no-
display-inline">

<subchapter id="HA4D4546C80964BD7A81C6CEF78EF1B2C"><enum>V</enum><header>Oversight of
landlords and protections and responsibilities for tenants of privatized military
housing</header>

<section id="HF8BA18798158415386C30CF8B51A59E3"><enum>2890.</enum><header>Rights and
responsibilities of tenants of housing units</header>

<subsection id="H0993F8B0F67147428724CA679BE078C9"><enum>(a)</enum><header>Development
of Tenant Bill of Rights and Tenant Responsibilities documents</header>

<paragraph id="HAF635BA08D2C447EB3B9E026F2ED38A7" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of
Defense shall develop two separate documents, to be known as the Military Housing
Privatization Initiative Tenant Bill of Rights and the Military Housing Privatization
Initiative Tenant Responsibilities, for tenants of housing units.</text></paragraph>

<paragraph id="H18FB85D6045342318306679BFFA7FA2F" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">The Secretary of each military department shall
ensure that the housing documents are attached to each lease agreement for a housing
unit.</text></paragraph>

<paragraph id="H754B092178E548F7A0C7DCE18C3A7854" indent="up1"><enum>(3)</enum><text
display-inline="yes-display-inline">The rights and responsibilities contained in the
housing documents are not intended to be exclusive. The omission of a tenant right or
```

responsibility shall not be construed to deny the existence of such a right or
responsibility for tenants.</text></paragraph>

<paragraph id="HC739A6AD869C4E36A2D42DAE86B03080" indent="up1"><enum>(4)</enum><text
display-inline="yes-display-inline">Each contract between the Secretary concerned and a
landlord shall incorporate the housing documents and guarantee the rights and
responsibilities of tenants who reside in housing units covered by the
contract.</text></paragraph>

<paragraph id="HBAB3827533174F52944F587373980862" indent="up1"><enum>(5)</enum><text
display-inline="yes-display-inline">The Secretary of Defense shall develop the housing
documents in coordination with the Secretaries of the military
departments.</text></paragraph></subsection>

<subsection id="H9507C6750C2B41F9BF53A80C2CF717EE"><enum>(b)</enum><header>Elements of
Tenant Bill of Rights</header><text display-inline="yes-display-inline">At a minimum,
the Military Housing Privatization Initiative Tenant Bill of Rights shall address the
following rights of tenants of housing units:</text>

<paragraph id="H78F2DC103E1D490FAFDAE57C8C8485BB"><enum>(1)</enum><text>The right to
reside in a housing unit and community that meets applicable health and environmental
standards.</text></paragraph>

<paragraph id="H2E9E0D282D254DAD9155257CEAD9294F"><enum>(2)</enum><text>The right to
reside in a housing unit that has working fixtures, appliances, and utilities and to
reside in a community with well-maintained common areas and amenity
spaces.</text></paragraph>

<paragraph id="HE44F2FBF0FE24A2EA9C90339887C10F9"><enum>(3)</enum><text>The right to be
provided with a maintenance history of the prospective housing unit before signing a
lease, as provided in section 2892a of this title.</text></paragraph>

<paragraph id="H8AFE0DE6144A407C8317490911929908"><enum>(4)</enum><text display-
inline="yes-display-inline">The right to a written lease with clearly defined rental
terms to establish tenancy in a housing unit, including any addendums and other
regulations imposed by the landlord regarding occupancy of the housing unit and use of
common areas.</text></paragraph>

<paragraph id="H358C998A74D740B3A6CE039D03B777D7"><enum>(5)</enum><text display-
inline="yes-display-inline">The right to a plain-language briefing, before signing a
lease and 30 days after move-in, by the installation housing office on all rights and
responsibilities associated with tenancy of the housing unit, including information
regarding the existence of any additional fees authorized by the lease, any utilities
payments, the procedures for submitting and tracking work orders, the identity of the
military tenant advocate, and the dispute resolution process.</text></paragraph>

<paragraph id="H3637DA4DA9424CC889F0BC65FF4A225C"><enum>(6)</enum><text>The right to
have sufficient time and opportunity to prepare and be present for move-in and move-out
inspections, including an opportunity to obtain and complete necessary
paperwork.</text></paragraph>

<paragraph id="H06CD1E54A3554FD890D9DDE000892125"><enum>(7)</enum><text display-
inline="yes-display-inline">The right to report inadequate housing standards or
deficits in habitability of the housing unit to the landlord, the chain of command, and
housing management office without fear of reprisal or retaliation, as provided in
subsection (e), including reprisal or retaliation in the following forms:</text>

<subparagraph id="H17E9D595F8684484BE79A52557C6DF14"><enum>(A)</enum><text display-
inline="yes-display-inline">Unlawful recovery of, or attempt to recover, possession of
the housing unit.</text></subparagraph>

<subparagraph id="H341BAD13DA1A46A28BC347E665929557"><enum>(B)</enum><text>Unlawfully
increasing the rent, decreasing services, or increasing the obligations of a
tenant.</text></subparagraph>

<subparagraph id="HD987B6CFBF5548E49E28C19EA1ACCD40"><enum>(C)</enum><text>Interference
with a tenant's right to privacy.</text></subparagraph>

<subparagraph id="HB41E10DE92484130871EA0DCFF9E8659"><enum>(D)</enum><text>Harassment
of a tenant.</text></subparagraph>

WASHSTATEC015493

```
<subparagraph id="HDBAC4AA2F47B4F7F8EC4029BD5DC349B"><enum>(E)</enum><text>Refusal to
honor the terms of the lease.</text></subparagraph></paragraph>

<subparagraph id="HF6BEE1ED335F486BA19CA921CFE9D763"><enum>(F)</enum><text>Interference
with the career of a tenant.</text></subparagraph></paragraph>

<paragraph id="HD00C1AFB84EF4EAFA93C25CF6114482B"><enum>(8)</enum><text display-
inline="yes-display-inline">The right of access to a military tenant advocate, as
provided in section 2894(b)(4) of this title, through the housing management office of
the installation of the Department at which the housing unit is
located.</text></paragraph>

<paragraph id="H6C9FA86204AD4B9EAB4BC44F4C01F3CB"><enum>(9)</enum><text>The right to
receive property management services provided by a landlord that meet or exceed
industry standards and that are performed by professionally and appropriately trained,
responsive, and courteous customer service and maintenance staff.</text></paragraph>

<paragraph id="H1AFFA449836946059F418514F155830A"><enum>(10)</enum><text>The right to
have multiple, convenient methods to communicate directly with the landlord maintenance
staff, and to receive consistently honest, accurate, straightforward, and responsive
communications.</text></paragraph>

<paragraph id="H433B2EA52EE7410B85B2F635EB62FDE7"><enum>(11)</enum><text>The right to
have access to an electronic work order system through which a tenant may request
maintenance or repairs of a housing unit and track the progress of the
work.</text></paragraph>

<paragraph id="H46BAF94246C34828A24E5E8940A1E54B"><enum>(12)</enum><text>With respect
to maintenance and repairs to a housing unit, the right to the following:</text>

<subparagraph id="H460FEE5CE55544D08D8E1D7D6353C482"><enum>(A)</enum><text>Prompt and
professional maintenance and repair.</text></subparagraph>

<subparagraph id="HA89393ABB0B34827B4FA44BE90A6F470"><enum>(B)</enum><text>To be
informed of the required time frame for maintenance or repairs when a maintenance
request is submitted.</text></subparagraph>

<subparagraph id="H016B558F9379472C908EBCCE5D82099C"><enum>(C)</enum><text display-
inline="yes-display-inline">In the case of maintenance or repairs necessary to ensure
habitability of a housing unit, to prompt relocation into suitable lodging or other
housing at no cost to the tenant until the maintenance or repairs are
completed.</text></subparagraph></paragraph>

<paragraph id="HDDF1947CC4BB453EB0A15B51A5AC154D"><enum>(13)</enum><text>The right to
receive advice from military legal assistance on procedures involving mechanisms for
resolving disputes with the property management company or property manager to include
mediation, arbitration, and filing claims against a landlord.</text></paragraph>

<paragraph id="H5630FC25B4674C0D8BB2980F3FAB0F531"><enum>(14)</enum><text>The right to
enter into a dispute resolution process, as provided in section 2894 of this title,
should all other methods be exhausted and, in which case, a decision in favor of the
tenant may include a reduction in rent or an amount to be reimbursed or credited to the
tenant.</text></paragraph>

<paragraph id="H32868625A06348C98A5B3D0848102F3D"><enum>(15)</enum><text>The right to
have the tenant’s basic allowance housing payments segregated and held in escrow,
with approval of a designated commander, and not used by the property owner, property
manager, or landlord pending completion of the dispute resolution
process.</text></paragraph>

<paragraph id="H1D7E687AB01F4D148BD0C407D8FF0CA1"><enum>(16)</enum><text>The right to
have reasonable, advance notice of any entrance by a landlord, installation housing
staff, or chain of command into the housing unit, except in the case of an emergency or
abandonment of the housing unit.</text></paragraph>

<paragraph id="HCCDD4609DD4E4252B10722B33A332A13"><enum>(17)</enum><text>The right to
not pay non-refundable fees or have application of rent credits arbitrarily
held.</text></paragraph>

<paragraph id="H8A763FE05E9F493A9CDA06E23D078D0C"><enum>(18)</enum><text>The right to
expect common documents, forms, and processes for housing units will be the same for
```

WASHSTATEC015494

all installations of the Department, to the maximum extent applicable without violating local, State, and Federal regulations.</text></paragraph></subsection>

<subsection id="H986A229ECA2B4143BC7CD52E54969C30"><enum>(c)</enum><header>Elements of Tenant Responsibilities</header><text display-inline="yes-display-inline">At a minimum, the Military Housing Privatization Initiative Tenant Responsibilities shall address the following responsibilities of tenants of housing units:</text>

<paragraph id="HFDC3BCC304C64E44AD0940A8F09E67C9"><enum>(1)</enum><text>The responsibility to report in a timely manner any apparent environmental, safety, or health hazards of the housing unit to the landlord and any defective, broken, damaged, or malfunctioning building systems, fixtures, appliances, or other parts of the housing unit, the common areas, or related facilities.</text></paragraph>

<paragraph id="HF37FD966908448ABB0A31B2F21700A02"><enum>(2)</enum><text display-inline="yes-display-inline">The responsibility to maintain standard upkeep of the housing unit as instructed by the housing management office.</text></paragraph>

<paragraph id="H164BC9ABC00D407CACD24801654EDAE3"><enum>(3)</enum><text display-inline="yes-display-inline">The responsibility to conduct oneself as a tenant in a manner that will not disturb neighbors, and to assume responsibility for one's actions and those of a family member or guest in the housing unit or common areas.</text></paragraph>

<paragraph id="H931A847B43FB430FA9809B9176FC95A9"><enum>(4)</enum><text display-inline="yes-display-inline">The responsibility not to engage in any inappropriate, unauthorized, or criminal activity in the housing unit or common areas.</text></paragraph>

<paragraph id="H6218A14346764ACB85759EA74B6C1683"><enum>(5)</enum><text display-inline="yes-display-inline">The responsibility to allow the landlord reasonable access to the rental home in accordance with the terms of the tenant lease agreement to allow the landlord to make necessary repairs in a timely manner.</text></paragraph>

<paragraph id="HB512420777E34D69ADFBC8CE06ADE219"><enum>(6)</enum><text display-inline="yes-display-inline">The responsibility to read all lease-related materials provided by the landlord and to comply with the terms of the lease agreement, lease addenda, and any associated rules and guidelines.</text></paragraph></subsection>

<subsection id="HFABA99FEA067547C2AD9C1972087489F7"><enum>(d)</enum><header>Submission to congress and public availability</header>

<paragraph id="HEF45F7C0780D44F5819BAE3F5260A2B7" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">As part of the budget submission for fiscal year 2021, and biennially thereafter, the Secretary of Defense shall submit the then-current housing documents to the congressional defense committees.</text></paragraph>

<paragraph id="HE6FCBEAB4F184353BFD9DCE025D5BE3D" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Any change made to a housing document must be submitted to Congress at least 30 days before the change takes effect.</text></paragraph>

<paragraph id="H40AEF5F697F94584B023AD9B53F1EF38" indent="up1"><enum>(3)</enum><text>Upon submission of a housing document under paragraph (1) or (2), the Secretary of Defense shall publish the housing document on a publicly available Internet website of the Department of Defense.</text></paragraph></subsection></section></subchapter><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HF458AD5FE3D94E56923E8C6EBEB2747F"><enum>(c)</enum><header>Clerical amendments</header>

<paragraph id="H213FDAB48B424FF0A1D936C7321B3AD1"><enum>(1)</enum><header>Table of sections</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by subsection (b), is amended by inserting after the subchapter heading the following table of sections:</text>

<toc container-level="quoted-block-container" quoted-block="no-quoted-block" lowest-level="section" idref="H491ACA21FDCF4F46800976045B537EDC" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

WASHSTATEC015495

&lt;toc-entry level="section"&gt;Sec.&lt;/toc-entry&gt;

&lt;toc-entry idref="HF8BA18798158415386C30CF8B51A59E3" level="section"&gt;2890. Rights and responsibilities of tenants of housing units.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2890a. Chief Housing Officer.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2891. Requirements relating to contracts for provision of housing units.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2891a. Requirements relating to management of housing units.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2891b. Considerations of eligible entity housing history in contracts for privatized military housing.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2891c. Financial transparency.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2892. Maintenance work order system for housing units.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2892a. Access by tenants to historical maintenance information.&lt;/toc-entry&gt;

&lt;toc-entry level="section"&gt;2892b. Prohibition on requirement to disclose personally identifiable information in electronic requests for maintenance.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2893. Treatment of incentive fees for landlords of housing units for failure to remedy health or environmental hazards.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2894. â€‹Landlord-tenant dispute resolution process and treatment of certain payments during process.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section"&gt;2894a. Complaint database.&lt;/toc-entry&gt;&lt;/toc&gt;&lt;/paragraph&gt;

&lt;paragraph id="H65F1F18AB53A438489B00CC31A13298C"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Table of subchapters&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The table of subchapters at the beginning of chapter 169 of title 10, United States Code, is amended by inserting after the item relating to subchapter IV the following new item: &lt;/text&gt;

&lt;quoted-block style="OLC" id="H0E34378EA87647C7876FA8669B4080D7" display-inline="no-display-inline"&gt;

&lt;toc regeneration="no-regeneration"&gt;

&lt;multi-column-toc-entry level="subchapter" bold="on"&gt;&lt;toc-enum&gt;V.&lt;/toc-enum&gt;&lt;level-header level="subchapter" bold="on"&gt;Oversight of Landlords and Protections and Responsibilities for Tenants of Privatized Military Housing&lt;/level-header&gt;&lt;target&gt;2890.&lt;/target&gt;&lt;/multi-column-toc-entry&gt;&lt;/toc&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-block&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H4341D8F5E6BA4C199B613906E7990C14" section-type="subsequent-section"&gt;&lt;enum&gt;3012.&lt;/enum&gt;&lt;header&gt;Designation of Chief Housing Officer for privatized military housing&lt;/header&gt;

&lt;subsection id="H97DBC6A512CA42ADA953C03557B7E922"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Designation required&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2890 of such title, as added by section 3011 and amended by sections 3023 and 3024, the following new section:&lt;/text&gt;

&lt;quoted-block style="USC" id="H8AB3DF21C4A34AA2ACA2708ADAF70CA4" display-inline="no-display-inline"&gt;

&lt;section id="H11109A016A3E4E198484330BF718FFF0"&gt;&lt;enum&gt;2890a.&lt;/enum&gt;&lt;header&gt;Chief Housing Officer&lt;/header&gt;

WASHSTATEC015496

```
<subsection
id="H2848B5EEFC394F1FA37D7058DF46F07B"><enum>(a)</enum><header>Designation</header>

<paragraph id="H16020AC5C0E54DE98630BFE93147DAF0" display-inline="yes-display-
inline"><enum>(1)</enum><text>The Secretary of Defense shall designate, from among
officials of the Department of Defense who are appointed by the President with the
advice and consent of the Senate, a Chief Housing Officer who shall oversee housing
units.</text></paragraph>

<paragraph id="HFD49E34FAD0B491E9E4CEA151F5EAD74"
indent="up1"><enum>(2)</enum><text>The official of the Department of Defense designated
as Chief Housing Officer may be assigned duties in addition to the duties as Chief
Housing Officer under subsection (b). </text></paragraph></subsection>

<subsection id="H203BEA21746A40DB9D2D5088D1BB0EE6"><enum>(b)</enum><header>Principal
Duties</header>

<paragraph id="H8B159C395C5C4B468935B1F1B41A7015" display-inline="yes-display-
inline"><enum>(1)</enum><text>The Chief Housing Officer shall oversee all aspects of
the provision of housing under subchapter IV and this subchapter, including the
following:</text>

<subparagraph id="H966FFA25591B49EA83F98195251FD288"
indent="up1"><enum>(A)</enum><text>Creation and standardization of policies and
processes regarding housing units.</text></subparagraph>

<subparagraph id="H1F81519693B9483192C764FF573513A7" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">Oversight of the administration of any Department
of Defense-wide policies regarding housing units, to include, in coordination with the
Secretaries of the military departments, the housing documents developed pursuant to
section 2890 of this title entitled Military Housing Privatization Initiative Tenant
Bill of Rights and Military Housing Privatization Initiative Tenant
Responsibilities.</text></subparagraph></paragraph>

<paragraph id="HF60D3AAA7E3B4178ADEE7A5F6092838335"
indent="up1"><enum>(2)</enum><text>The duties specified in paragraph (1) may not be
further delegated.</text></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H08BBCEE778A44349A83C7E52242974C7"><enum>(b)</enum><header>Notification
of designation</header><text display-inline="yes-display-inline">Not later than 60 days
after the date of the enactment of this Act, the Secretary of Defense shall notify the
congressional defense committees of the official of the Department of Defense
designated as Chief Housing Officer under section 2890a of title 10, United States
Code, as added by subsection (a). Any time the designation of Chief Housing Officer
changes, the Secretary of Defense shall update the notification of the congressional
defense committees within 30 days after the new designation.
</text></subsection></section>

<section id="H0E114CAC5DBF4673A1F763D575C55F3F" section-type="subsequent-
section"><enum>3013</enum><header>Additional requirements relating to contracts for
privatized military housing</header>

<subsection id="HE1EC77B740FD4383837CD4702216E8A9"><enum>(a)</enum><header>In
General</header><text display-inline="yes-display-inline">Subchapter V of chapter 169
of title 10, United States Code, as added by section 3011, is amended by inserting
after section 2890a of such title, as added by section 3012, the following new
section:</text>

<quoted-block style="USC" id="H0C030D2451524E1FA01879EA0A6670A9" display-inline="no-
display-inline">

<section id="H6E4D8A53560F44BCACF20C8FEB8FE1C0"><enum>2891.</enum><header>Requirements
relating to contracts for provision of housing units</header>

<subsection id="H25B1E974826F44D4BEB4512D1C25BC2F"><enum>(a)</enum><header>In
General</header><text display-inline="yes-display-inline">The requirements of this
section condition contracts entered into using the authorities provided to the
Secretary concerned under section 2872 of this title and other authorities provided
under subchapter IV of this chapter and this subchapter.</text></subsection>
```

```
<subsection id="HDF567B49E3DD4F5093202B613671D1F5"><enum>(b)</enum><header>Exclusion of
certain employees</header><text display-inline="yes-display-inline">A landlord
providing a housing unit shall prohibit any employee of the landlord who commits work-
order fraud under the contract from doing any work under the
contract.</text></subsection>

<subsection id="H9C1010BA9CF5455D81CB4EA692D159CA"><enum>(c)</enum><header>Dispute
resolution process</header><text>Any decision the commander renders in favor of the
tenant in the formal dispute resolution process established pursuant to section 2894 of
this title will be taken into consideration in determining whether to pay or withhold
all or part of any incentive fees for which a landlord may otherwise be eligible under
the contract.</text></subsection>

<subsection id="HF2FE5DC4959E4C9CB559AD29F235089F"
commented="no"><enum>(d)</enum><header>Responsibility for certain medical
costs</header>

<paragraph id="HC25A1AED7BD64001850FE45E63C2688D"
commented="no"><enum>(1)</enum><header>Reimbursement required under certain
circumstances</header><text display-inline="yes-display-inline">If the Secretary
concerned finds that a landlord fails to maintain safe and sanitary conditions for a
housing unit under the contract and that, subject to paragraph (2), these conditions
result in a tenant of the housing unit receiving medical evaluations and treatment, the
landlord shall be responsible for reimbursing the Department of Defense for any costs
incurred by the Department to provide the medical evaluations and treatment to the
tenant, whether such evaluations and treatment are provided in a military medical
treatment facility or through the TRICARE provider network.</text></paragraph>

<paragraph id="HAB1BDA65BE164FB8A542C7398D739B14"
commented="no"><enum>(2)</enum><header>Review process</header><text display-
inline="yes-display-inline">Before the Secretary concerned may submit a claim under
paragraph (1) to a landlord for reimbursement of Department medical evaluation and
treatment costsâ€"</text>

<subparagraph id="HDEED7FC2DC674196B4BED6C3CA79B19D"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">a military
medical professional must determine that the tenantâ€™s medical conditions were caused
by unsafe and unsanitary conditions of the housing unit; and</text></subparagraph>

<subparagraph id="H51C2B00EB9094FF69E4D1EF1E0A9BD0A"
commented="no"><enum>(B)</enum><text>the documentation of the medical evaluation
showing causation must be sent to the Director of the Defense Health Agency for review
and approval.</text></subparagraph></paragraph>

<paragraph id="H9BD66A03B1EF4471891F445039B1F5BC"
commented="no"><enum>(3)</enum><header>Uniform processes and procedures</header><text
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this section, the Director of the Defense Health Agency shall develop and
publish uniform processes and procedures to be used by medical providers in military
medical treatment facilities to make determinations regarding whether environmental
hazards within housing units serve as causative factors for medical conditions being
evaluated and treated in military medical treatment facilities or through the TRICARE
provider network. </text></paragraph></subsection>

<subsection
id="HE9590ACB4678473693E8F00563D0597F"><enum>(e)</enum><header>Responsibility for
relocation costs</header>

<paragraph id="H618317437191488DA5A4C6B2B357E793"><enum>(1)</enum><header>Permanent
relocation</header><text display-inline="yes-display-inline">A landlord providing a
housing unit shall pay reasonable relocation costs associated with the permanent
relocation of a tenant from the housing unit to a different housing due to health or
environmental hazardsâ€"</text>

<subparagraph id="HDF08B054ACDB48C58CB681CFE6AD1E92"><enum>(A)</enum><text>present in
the housing unit being vacated through no fault of the tenant;
and</text></subparagraph>

<subparagraph id="H69A6CAB5CE934C0FAF3BBFA6E90D4092"><enum>(B)</enum><text>confirmed by
the housing management office of the installation for which the housing unit is
```

WASHSTATEC015498

provided as making the unit uninhabitable or unable to be remediated safely while tenant occupies the housing unit.</text></subparagraph></paragraph>

<paragraph id="H296E7F3F1535406B8DD0A82D308E4BEF"><enum>(2)</enum><header>Temporary relocation</header><text>The landlord shall pay reasonable relocation costs and actual costs of living, including per diem, associated with the temporary relocation of a tenant to a different housing unit due to health or environmental hazardsâ€"</text>

<subparagraph id="H74A9E0F6912849C4A3B26224C27C25A2"><enum>(A)</enum><text>present in the housing unit being vacated through no fault of the tenant; and</text></subparagraph>

<subparagraph id="H19E315C242A84169AACA7467459CAACC"><enum>(B)</enum><text>confirmed by the housing management office of the installation as making the unit uninhabitable or unable to be remediated safely while tenant occupies the housing unit.</text></subparagraph></paragraph></subsection>

<subsection id="HA99DAA9307CD408EBDC241A5C58E7896"><enum>(f)</enum><header>Maintenance work order system</header><text display-inline="yes-display-inline">A landlord providing a housing unit shall ensure that the maintenance work order system of the landlord (hardware and software) is up to date, includingâ€"</text>

<paragraph id="H0377B7A46B0B49C79472E25AEC57B028"><enum>(1)</enum><text>by providing a reliable mechanism through which a tenant may submit work order requests through an Internet portal and mobile application, which shall incorporate the ability to upload photos, communicate with maintenance personnel, and rate individual service calls;</text></paragraph>

<paragraph id="H011172A8211E4F188D1BA97E13F0D318"><enum>(2)</enum><text>by allowing real-time access to such system by officials of the Department at the installation, major subordinate command, and service-wide levels; and</text></paragraph>

<paragraph id="H8B392DAB17F9421E8519871363843E9C"><enum>(3)</enum><text>by allowing the work order or maintenance ticket to be closed only once the tenant and the head of the housing management office of the installation sign off.</text></paragraph></subsection>

<subsection id="H21127CDB21CD4C1F9C1ED2B35F80B8AC"><enum>(g)</enum><header>Implementation</header><text display-inline="yes-display-inline">The Secretary concerned shall create such legal documents as may be necessary to carry out this section.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H2040F7F1D38F44968EA3A6E1E5DA5C10"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a), shall apply to appropriate legal documents entered into or renewed on or after the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing.</text></subsection>

<subsection id="HB7DDF3AB053F4247958141A058AFA8F5"><enum>(c)</enum><header>Retroactive landlord agreements</header>

<paragraph id="H72B63D35185640FFA7B1E7C2A27ACA86"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall seek agreement from all landlords to accept the application of the requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a), to appropriate legal documents entered into or renewed before the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing</text></paragraph>

<paragraph id="H0BE889BF212B44E9B303ADA713B55BBF"><enum>(2)</enum><header>Submittal of list to congress</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a list of any landlords that did not agree under paragraph (1) to accept the requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a).</text></paragraph>

<paragraph id="H0BC07AD4FC9A4D70A87E382D3E5BB045"><enum>(3)</enum><header>Consideration of lack of agreement in future contracts</header><text display-inline="yes-display-

inline">The Secretary of Defense and the Secretaries of the military departments shall include any lack of agreement under paragraph (1) as past performance considered under section 2891b of title 10, United States Code, as added by section 3015,with respect to entering into or renewing any future contracts regarding privatized military housing.</text></paragraph></subsection></section>

<section id="HEAF017B1125448839C57A4AC8D0AA032" section-type="subsequent-section"><enum>3014.</enum><header>Additional requirements relating to management of privatized military housing</header>

<subsection id="HB13A3C90508F4E21AE6C5534F145D12B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2891 of such title, as added by section 3013, the following new section:</text>

<quoted-block style="USC" id="HD9000BC6B417425C93AED4AB1A149764" display-inline="no-display-inline">

<section id="H4401C812CC764D269AD5DE2AFD10F32E"><enum>2891a.</enum><header>Requirements relating to management of housing units</header>

<subsection id="H1B27E3EBE0234B4DAA1085A2F8221156"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that each contract between the Secretary concerned and a landlord regarding the management of housing units for an installation of the Department of Defense includes the requirements set forth in this section.</text></subsection>

<subsection id="HCDBB3D8900F24B04897546AD00B2D089"><enum>(b)</enum><header>Requirements for installation commanders</header>

<paragraph id="H8A17FF921BBC4049B19E8E2DA0313DC7" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The installation commander shall be responsible forâ€"</text>

<subparagraph id="H25F2E8BCD072486EA493A699FDB91A0B" indent="up1"><enum>(A)</enum><text>reviewing, on an annual basis, the mold mitigation plan and pest control plan of each landlord managing housing units for the installation; and</text></subparagraph>

<subparagraph id="H3158BC82D0BF4621B20350E2055C49AA" indent="up1"><enum>(B)</enum><text>notifying the landlord and the major subordinate command of any deficiencies found in either plan.</text></subparagraph></paragraph>

<paragraph id="H3E6A8FFD23ED4F0797A14CD41E9ADB12" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">In response to a request by the head of the housing management office of an installation, the installation commander shall use the assigned bio-environmental personnel or contractor equivalent at the installation to test housing units for mold, unsafe water conditions, and other health and safety conditions</text></paragraph></subsection>

<subsection id="HE8B9833C84174EEDB8DBDEC1911158A8"><enum>(c)</enum><header>Requirements for housing management office</header>

<paragraph id="H7F655E3742A94ECA86C43BBAC76B2A91" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The head of the housing management office of an installation shall be responsible forâ€"</text>

<subparagraph id="HBAB264F06AE04809B2656F3434D138A2" indent="up1"><enum>(A)</enum><text>conducting a physical inspection of, and approving the habitability of, a vacant housing unit for the installation before the landlord managing the housing unit is authorized to offer the housing unit available for occupancy; </text></subparagraph>

<subparagraph id="H1F20F3DF5B0A49F49DDA6EA8536F7AD7" indent="up1"><enum>(B)</enum><text>conducting a physical inspection of the housing unit upon tenant move-out; and</text></subparagraph>

<subparagraph id="HAA0A69C32B6C40E3B5816B068461D529" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">maintaining all test results relating to the health, environmental, and safety condition of the housing unit and the results of any

WASHSTATEC015500

inspection conducted by the housing management office, landlord, or third-party contractor for the life of the contract relating to that housing unit.</text></subparagraph></paragraph>

<paragraph id="HEB06581760274E61A3EFD04B870D9B77" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The head of the installation housing management office shall be provided a list of any move-out charges that a landlord seeks to collect from an outgoing tenant.</text></paragraph>

<paragraph id="H41C39D06ACFB448CBACD32CA5CC6A828" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The head of the installation housing management office shall initiate contact with a tenant regarding the satisfaction of the tenant with the housing unit of the tenant not later thanâ€"</text>

<subparagraph id="HCEA928A8137149C0AE21BAFCB90EBA23"><enum>(A)</enum><text>15 days after move-in; and</text></subparagraph>

<subparagraph id="H1C9F36ED98934863BFD8A60744FD345A"><enum>(B)</enum><text>60 days after move-in.</text></subparagraph></paragraph></subsection>

<subsection id="H5CA67F36A9B540768E7F7530B27AE0B5"><enum>(d)</enum><header>Requirements for landlords</header>

<paragraph id="H32A6FE01DADD4F648FACBF41CBF5BADE" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The landlord providing a housing unit shall disclose to the Secretary of Defense any bonus structures offered for community managers and regional executives and any bonus structures relating to maintenance of housing units, in order to minimize the impact of those incentives on the operating budget of the installation for which the housing units are provided.</text></paragraph>

<paragraph id="HFB4E25C2A3D84543AEF9F8A02616FBF3" indent="up1"><enum>(2)</enum><text>With respect to test results relating to the health and safety condition of a housing unit, the landlord providing the housing unit shallâ€"</text>

<subparagraph id="HA65AB67DBC294415936C9982E5131D8A"><enum>(A)</enum><text>not later than three days after receiving the test results, share the results with the tenant of the housing unit and submit the results to the head of the installation housing management office; and</text></subparagraph>

<subparagraph id="H5297AD8E5B814D6E869A70C88917DACF"><enum>(B)</enum><text>include with any environmental hazard test results a simple guide explaining those results, preferably citing standards set forth by the Federal Government relating to environmental hazards.</text></subparagraph></paragraph>

<paragraph id="H413B12C2DE4EF44ACA45944A69F686A77" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">Before a prospective tenant signs a lease to occupy a housing unit, the landlord providing the housing unit shall conduct a walkthrough inspection of the housing unitâ€"</text>

<subparagraph id="HFE4E5CC08F7143479D64CAAB08036ADF"><enum>(A)</enum><text>for the prospective tenant; or</text></subparagraph>

<subparagraph id="H5A6B285D97304F2680C6430D40EDF22E"><enum>(B)</enum><text>if the prospective tenant is not able to be present for the inspection, with an official of the housing management office designated by the prospective tenant to conduct the inspection on the tenantâ€™s behalf.</text></subparagraph></paragraph>

<paragraph id="H54C2FC172F8641E698FF0A40321C582E" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">In the event that the installation housing management office determines that a housing unit does not meet minimum health, safety, and welfare standards set forth in Federal, State, and local law as a result of a walkthrough inspection or an inspection conducted under subsection (c), the landlord providing the housing unit shall remediate any issues and make any appropriate repairs to the satisfaction of the housing management office and subject to another inspection by the housing management office.</text></paragraph>

<paragraph id="H858AAF038A1540C986206C1FE1463387" indent="up1"><enum>(5)</enum><text>A landlord providing a housing unit may not conduct any promotional events to encourage tenants to fill out maintenance comment cards or satisfaction surveys of any kind,

WASHSTATEC015501

without the approval of the chief of the housing management office.</text></paragraph>

<paragraph id="HB07025F62CD24AC18B401BB56F994A64" indent="up1"><enum>(6)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit may not award an installation of the Department of Defense or an officer or employee of the Department a <quote>Partner of the Year award</quote> or similar award.</text></paragraph>

<paragraph id="H326167BC702045178461A19BA6DF143A" indent="up1"><enum>(7)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit may not enter into any form of settlement, nondisclosure, or release of liability agreement with a tenant withoutâ€"</text>

<subparagraph id="HA7BA605EC4BA4E5B9697BC8D4F086056"><enum>(A)</enum><text>first notifying the tenant of the tenantâ€™s right to assistance from the legal assistance office at the installation; and</text></subparagraph>

<subparagraph id="H7594EC830B444E0081E5D9AF30253905"><enum>(B)</enum><text>not later than five days before entering into such settlement, nondisclosure, or release of liability agreement, providing a copy of the agreement and terms to the Assistant Secretary of Defense for Sustainment.</text></subparagraph></paragraph>

<paragraph id="HAFFE7DD062FD472FB2678CF8FBDE2A09" indent="up1"><enum>(8)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit may not change the position of a prospective tenant on a waiting list for a housing unit or remove a prospective tenant from the waiting list in response to the prospective tenant turning down an offer for a housing unit, if the housing unit is determined unsatisfactory by the prospective tenant and the determination is confirmed by the housing management office and the installation commander.</text></paragraph>

<paragraph id="H0ECB0B0AE712402892299A11E083995D" indent="up1"><enum>(9)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall allow employees of the housing management office and other officers and employees of the Department to conductâ€"</text>

<subparagraph id="H6FFA5348E42A47DA81364893EEE77BDD"><enum>(A)</enum><text display-inline="yes-display-inline">with the permission of the tenant of the housing unit as appropriate, physical inspections of the housing unit; and</text></subparagraph>

<subparagraph id="H906AF4F659C349DC86C97926C515330B"><enum>(B)</enum><text display-inline="yes-display-inline">physical inspections of any common areas maintained by the landlord.</text></subparagraph></paragraph>

<paragraph id="H10CCD6D4F0534EDE84DFCC77D7B50C4C" indent="up1"><enum>(10)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall agree to participate in the dispute resolution and payment-withholding processes established pursuant to section 2894 of this title.</text></paragraph>

<paragraph id="HA905E1EE1D04428DAD8BB0DD72693F80" indent="up1"><enum>(11)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall ensure that the needs of enrollees in the Exceptional Family Member Program, or any successor program, are considered in assigning prospective tenants to housing units provided by the landlord.</text></paragraph>

<paragraph id="HBC51DE5AA3484A099A4BA7C0363CCD77" indent="up1"><enum>(12)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall maintain an electronic work order system that enables access by the tenant to view work order history, status, and other relevant information, as required by section 2892 of this title.</text></paragraph>

<paragraph id="H311595A4927D4E3BAD2C439AB59807A8" indent="up1"><enum>(13)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall agree to have any agreements or forms to be used by the landlord approved by the Assistant Secretary of Defense for Sustainment, including the following:</text>

<subparagraph id="H6F947B70730B42F19CE63BEE55F9FADC"><enum>(A)</enum><text>A common lease agreement.</text></subparagraph>

<subparagraph id="HCDF4844B49BA4AD4A179A54E2DB4631F"><enum>(B)</enum><text>Any disclosure or nondisclosure forms that could be given to a tenant.</text></subparagraph></paragraph></subsection>

```
<subsection id="H2D7FBEA885E24E7B8EA6320EAC8DC022"><enum>(e)</enum><header>Prohibition
Against Collection of Amounts in Addition to Rent</header>

<paragraph id="H8C9A24D29E9342AC818652340FFA3C2D" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">A landlord providing
a housing unit may not impose on a tenant of the housing unit a supplemental payment,
such as an out-of-pocket fee, in addition to the amount of rent the landlord charges
for a unit of similar size and composition to the housing unit, without regard to
whether or not the amount of the any basic allowance for housing under section 403 of
title 37 the tenant may receive as a member of the armed forces is less than the amount
of the rent.</text></paragraph>

<paragraph id="HE310D9056A8143CB93EE8931ECCB602F"
indent="up1"><enum>(2)</enum><text>Nothing in paragraph (1) shall be
construedâ€"</text>

<subparagraph id="HD6CF9D5DD5C3443BBBDFFD63FD1AD943"><enum>(A)</enum><text>to prohibit
a landlord from imposing an additional paymentâ€"</text>

<clause id="HE334656304C141D892EDF62952EEB520"><enum>(i)</enum><text>for optional
services provided to military tenants, such as access to a gym or a parking
space;</text></clause>

<clause id="H48765EA4C5884C6C867A3B3B1257F7CD"><enum>(ii)</enum><text>for non-essential
utility services, as determined in accordance with regulations promulgated by the
Secretary concerned; or</text></clause>

<clause id="HCCD62AD4A659427584FA9DD254C66AA3"><enum>(iii)</enum><text>to recover
damages associated with tenant negligence, consistent with subsection (c)(2);
or</text></clause></subparagraph>

<subparagraph id="H4AB6F39BD4214F7BAA01F40EEA137FF6"><enum>(B)</enum><text display-
inline="yes-display-inline">to limit or otherwise affect the authority of the Secretary
concerned to enter into rental guarantee agreements under section 2876 of this title or
to make differential lease payments under section 2877 of this title, so long as such
agreements or payments do not require a tenant to pay an out-of-pocket fee or payment
in addition to the amount of the any basic allowance for housing under section 403 of
title 37 the tenant may receive as a member of the armed
forces.</text></subparagraph></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H4F58AD525F9C42668796892BB331EC61"><enum>(b)</enum><header>Military
department implementation plans</header><text display-inline="yes-display-inline">Not
later than February 1, 2020, the Secretary of each military department shall submit to
the congressional defense committees a plan for the implementation by that military
department of section 2891a of title 10, United States Code, as added by subsection
(a).</text></subsection>

<subsection id="H77F4023B17454D4CA05FB856E14D5824"><enum>(c)</enum><header>Effective
date</header><text display-inline="yes-display-inline">The requirements set forth in
section 2891a of title 10, United States Code, as added by subsection (a), shall apply
to appropriate legal documents entered into or renewed on or after the date of the
enactment of this Act between the Secretary of a military department and a landlord
regarding privatized military housing.</text></subsection>

<subsection id="H73CF8273AAEB4DD0BF4047A18033E82A"
commented="no"><enum>(d)</enum><header>Repeal of replaced provision</header>

<paragraph id="HFBEEB0A800FB424199C7A032C57FF58F"
commented="no"><enum>(1)</enum><header>Repeal</header><text display-inline="yes-
display-inline">Section 2886 of title 10, United States Code, is
repealed.</text></paragraph>

<paragraph id="HEB953E09A293401FA6C74AA032CBE09D"
commented="no"><enum>(2)</enum><header>Clerical amendment</header><text display-
inline="yes-display-inline">The table of sections at the beginning of subchapter IV of
chapter 169 of title 10, United States Code, is amended by striking the item relating
to section 2886.</text></paragraph></subsection>

<subsection id="HCE0AD755299243649930013291A77D0D4"><enum>(e)</enum><header>Retroactive
landlord agreements</header>
```

```
<paragraph id="H144610C55F4A4818A0FCF62DDDE8F8A5"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than February 1,
2020, the Secretary of Defense shall seek agreement from all landlords to accept the
application of the requirements set forth in section 2891a of title 10, United States
Code, as added by subsection (a), to appropriate legal documents entered into or
renewed before the date of the enactment of this Act between the Secretary of a
military department and a landlord regarding privatized military
housing</text></paragraph>

<paragraph id="H79614FBA97F54B3084CC09A0DC502F11"><enum>(2)</enum><header>Submittal of
list to congress</header><text display-inline="yes-display-inline">Not later than March
1, 2020, the Secretary of Defense shall submit to the congressional defense committees
a list of any landlords that did not agree under paragraph (1) to accept the
requirements set forth in section 2891a of title 10, United States Code, as added by
subsection (a).</text></paragraph>

<paragraph id="H9235F179B1AB466AB7E15D36D18F4EF4"><enum>(3)</enum><header>Consideration
of lack of agreement in future contracts</header><text display-inline="yes-display-
inline">The Secretary of Defense and the Secretaries of the military departments shall
include any lack of agreement under paragraph (1) as past performance considered under
section 2891b of title 10, United States Code, as added by section 3015, with respect
to entering into or renewing any future contracts regarding privatized military
housing.</text></paragraph></subsection></section>

<section id="H0A55DAE39962469BA21C525B1E200C02" section-type="subsequent-
section"><enum>3015.</enum><header>Consideration of contractor history in contracts for
privatized military housing</header><text display-inline="no-display-inline">Subchapter
V of chapter 169 of title 10, United States Code, as added by section 3011, is amended
by inserting after section 2891a of such title, as added by section 3014, the following
new section:</text>

<quoted-block style="USC" id="H0D4480E9615D4443B9C8E07D5065FBE5" display-inline="no-
display-inline">

<section
id="HA6F0A453ED2249168A610CA4BDC848BE"><enum>2891b.</enum><header>Considerations of
eligible entity housing history in contracts for privatized military housing</header>

<subsection
id="HEC14AF0582814CD68707047B25CF89E7"><enum>(a)</enum><header>Consideration
required</header><text display-inline="yes-display-inline">To assist in making a
determination whether to enter into a new contract, or renew an existing contract, with
an eligible entity, the Secretary of Defense shall develop a standard process by which
the Secretary concerned may evaluate the past performance of the eligible entity for
purposes of informing future decisions regarding the award of such a
contract.</text></subsection>

<subsection id="H38A6A627A7194FA4BCF6930613B3B3C5"><enum>(b)</enum><header>Elements of
process</header><text>The process developed under subsection (a) shall include, at a
minimum, consideration of the following:</text>

<paragraph id="HCE0DBA8BB9724015A37AA4377415BC87"><enum>(1)</enum><text>Any history of
the eligible entity of providing substandard housing.</text></paragraph>

<paragraph id="HF6AD7B8F257645D4B0C003A5396E5891"><enum>(2)</enum><text>The
recommendation of the commander of the installation for which housing units will be
provided under the contract.</text></paragraph>

<paragraph id="H15E85B9D029B4CB08E788344EC8FEEE5"><enum>(3)</enum><text>The
recommendation of the commander of any other installation for which the eligible entity
has provided housing units.</text></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></section>

<section id="HBAE2EC526E0C4AC681506CDC7D54EE65"><enum>3016.</enum><header>Additional
improvements for management of privatized military housing</header>

<subsection id="H17271A4D1C8B472FBE2F4138E0C0406B"><enum>(a)</enum><header>Improved
financial transparency</header><text display-inline="yes-display-inline">Subchapter V
of chapter 169 of title 10, United States Code, as added by section 3011, is amended by
inserting after section 2891b of such title, as added by section 3015, the following
```

new section:</text>

<quoted-block display-inline="no-display-inline" id="H2C3F4B9107A04F5EB4209970DA7888B0" style="USC">

<section id="H109D205048554258BD71034663281C69"><enum>2891c.</enum><header>Financial transparency</header>

<subsection id="HF85C18E577234C4199B23645E64E3472"><enum>(a)</enum><header>Submission of landlord financial information</header>

<paragraph id="H2284299EAB3A4ADDB7D52D6CC4A252C6" display-inline="yes-display-inline"><enum>(1)</enum></enum><text display-inline="yes-display-inline">Not less frequently than annually, the Secretary of Defense shall require that each landlord submit to the Secretary a report providing information regarding all housing units provided by the landlord.</text></paragraph>

<paragraph id="H260D4F8376804066944DE318B9BAD710" indent="up1"><enum>(2)</enum><text>Information provided under paragraph (1) by a landlord shall include the following:</text>

<subparagraph id="H8AAF04B5514D4CA8A4350DAB2A160889"><enum>(A)</enum><text>A comprehensive summary of the landlordâ€™s financial performance. </text></subparagraph>

<subparagraph id="HE386A5ACF33E4B0F8549B428D97C93D0"><enum>(B)</enum><text display-inline="yes-display-inline">The amount of base management fees relating to all housing units provided by the landlord.</text></subparagraph>

<subparagraph id="HD5C56C67D2624FCCA27CF9388CADA088"><enum>(C)</enum><text>The amount of asset management fees relating to such housing units.</text></subparagraph>

<subparagraph id="HCBFD883259074DF0B6DD1AE232D05DE8"><enum>(D)</enum><text display-inline="yes-display-inline">The amount of preferred return fees relating to such housing units.</text></subparagraph>

<subparagraph id="HA9C041BDA94A4E6D999C6E23F02676EC"><enum>(E)</enum><text>The residual cashflow distributions relating to such housing units.</text></subparagraph>

<subparagraph id="HAAB411065C4349D8B68BF6410240F0DA"><enum>(F)</enum><text>The amount of deferred fees or other fees relating to such housing units.</text></subparagraph></paragraph>

<paragraph id="HDDA11721F64C401EAB36C48BAC494A15" indent="up1"><enum>(3)</enum><text>In this subsection:</text>

<subparagraph id="H13D0DA7D208B488BB4B6C88C20EC5FDB"><enum>(A)</enum><text display-inline="yes-display-inline">The term <quote>base management fees</quote> means the monthly management fees collected for services associated with accepting and processing rent payments, ensuring tenant rent payments, property inspections, maintenance management, and emergency maintenance calls.</text></subparagraph>

<subparagraph id="H9BCDDAFED21B4D4A92184F08E6D496EB"><enum>(B)</enum><text display-inline="yes-display-inline">the term <quote>asset management fees</quote> means fees paid to manage a housing unit for the purpose of ensuring the housing unit is maintained in good condition and making repairs over the lifecycle of the housing unit.</text></subparagraph>

<subparagraph id="H79FB0DD8CE834CCB87504A8741A53150"><enum>(C)</enum><text display-inline="yes-display-inline">the term <quote>preferred return fees</quote> means fees associated with any claims on profits furnished to preferred investors with an interest in the housing unit. </text></subparagraph>

<subparagraph id="H5ABA4D68A92242E4B778384CADCD7021"><enum>(D)</enum><text display-inline="yes-display-inline">the term <quote>residual cashflow distribution</quote> means the steps a specific housing project takes to restructure after it is determined that the project is in an unacceptable financial condition.</text></subparagraph>

<subparagraph id="H073A7CD2DCA84B38A5C5080C9B681D59"><enum>(E)</enum><text display-inline="yes-display-inline">the term <quote>deferred fee</quote> means any fee that was not paid to a person in a calendar year in order to meet other financial obligations of the landlord.</text></subparagraph></paragraph></subsection>

WASHSTATEC015505

```
<subsection id="HF4220B499ACF415592652B1D48EA0609"><enum>(b)</enum><header>Availability
of information on use of incentive fees</header>

<paragraph id="H01F54E741FF4456D81BBCDB329D43D46" display-inline="yes-display-
inline"><enum>(1)</enum><text>Not less frequently than annually, the Secretary of
Defense shall publish, on a publicly accessible website, information regarding the use
by the Secretary concerned of incentive fees to support contracts for the provision or
management of housing units.</text></paragraph>

<paragraph id="HB558D1EC13A64D3AB1599F70CC3DF2C7"
indent="up1"><enum>(2)</enum><text>The information provided under paragraph (1) shall
include, with respect to each contract, the following:</text>

<subparagraph id="HDAF80A0953084EEFB2CFED693F7A977C"><enum>(A)</enum><text>The
applicable incentive fees.</text></subparagraph>

<subparagraph id="H82D21E4A6BA048D0B1725353FED77C28"><enum>(B)</enum><text>The metrics
used to determine the incentive fees.</text></subparagraph>

<subparagraph id="H94DF525FA05F4386806DDD9C09659106"><enum>(C)</enum><text>Whether
incentive fees were paid in full, or were withheld in part or in full, during the
period covered by the release of information.</text></subparagraph>

<subparagraph id="H52D17938AAF7499AA2DC72EF91624AAF"><enum>(D)</enum><text>If any
incentive fees were withheld, the reasons for such
withholding.</text></subparagraph></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection
id="HC3907570202C49989FD357D67519929D"><enum>(b)</enum><header>Establishment and
availability of complaint database</header><text display-inline="yes-display-
inline">Subchapter V of chapter 169 of title 10, United States Code, as added by
section 3011, is amended by inserting after section 2894 of such title, as added by
section 3022, the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HF4537220DC414787A8D90E91F5FC01B6"
style="USC">

<section id="HBD05A1886F7F433A947E56EB5AB64756"><enum>2894a.</enum><header>Complaint
database</header>

<subsection id="H76A67CF07B0B493992ECBFC80F1C302D"><enum>(a)</enum><header>Database
required</header><text>The Secretary of Defense shall establish a database of
complaints made regarding housing units.</text></subsection>

<subsection id="HBF071B6097324E9BB13C45E8234E6E42"><enum>(b)</enum><header>Public
availability</header><text display-inline="yes-display-inline">The database shall be
available to the public.</text></subsection>

<subsection id="H4D4660172439402F8902DA029A391745"><enum>(c)</enum><header>Inclusion of
tenant complaints</header><text>The Secretary of Defense shall permit a tenant of a
housing unit to file a complaint regarding the housing unit for inclusion in the
database.</text></subsection>

<subsection id="H601C42D91D2D4363B926AFB4DF7BC624"
commented="no"><enum>(d)</enum><header>Inclusion of certain information</header>

<paragraph id="HCB4A3A3EA0CD4E0FABFF26EE662C8A00" display-inline="yes-display-inline"
commented="no"><enum>(1)</enum><text>Information accessible in the database regarding a
complaint shall include the following:</text>

<subparagraph id="H972B900113444B3BB0219E4173906216"
indent="up1"><enum>(A)</enum><text>The name of the installation for which the housing
unit is provided.</text></subparagraph>

<subparagraph id="H3EEBE9B90D8B48A985F59032BA2302C6"
indent="up1"><enum>(B)</enum><text>The name of the landlord responsible for the housing
unit.</text></subparagraph>

<subparagraph id="HDCFE53F3C7204854ACEAB4FDBC87AA6D"
indent="up1"><enum>(C)</enum><text>A description of the nature of the
complaint.</text></subparagraph></paragraph>
```

WASHSTATEC015506

```
<paragraph id="H319BE9F586004836A6174D123DD7ADFE" indent="up1"
commented="no"><enum>(2)</enum><text>The Secretary of Defense may not disclose
personally identifiable information through the
database.</text></paragraph></subsection>

<subsection id="H4501570770AC4C0D9B94F0B78FF185AA"><enum>(e)</enum><header>Response by
landlords</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="HDA98EF108EA34E50AE89646A5E49F834"><enum>(1)</enum><text>The Secretary of Defense
shall include in any contract with a landlord responsible for a housing unit a
requirement that the landlord respond in a timely manner to any complaints included in
the database that relate to the housing unit.</text></paragraph>

<paragraph id="H8A7C9FAF1502477981F0FEFAB178F4BA"
indent="up1"><enum>(2)</enum><text>The Secretary shall include landlord responses in
the database.</text></paragraph></subsection></section><after-quoted-block>.</after-
quoted-block></quoted-block></subsection>

<subsection id="HC69677874C204E5CA7D403977E98BADE"><enum>(c)</enum><header>Audits of
financial viability of privatized military housing partnerships</header>

<paragraph id="H14510995020446FE96294E39C3908AC5"><enum>(1)</enum><header>Audits
required</header><text display-inline="yes-display-inline">The Comptroller General of
the United States, in accordance with best audit practices, shall conduct an audit of
the financial viability of each partnership for the provision of privatized military
housing that the Comptroller General determines were impacted by extreme weather events
or other natural disasters occurring during the 36-month period immediately preceding
the date of the enactment of this Act.</text></paragraph>

<paragraph id="H7096B6FE16EF40A0A10451C04E614DAB"><enum>(2)</enum><header>Required
information</header><text display-inline="yes-display-inline">The audit under paragraph
(1) shall assess the following:</text>

<subparagraph id="H7691FEAE00AA4404BC862E16E5AD148D"><enum>(A)</enum><text display-
inline="yes-display-inline">The appropriateness of existing insurance caps contained in
contracts for privatized military housing.</text></subparagraph>

<subparagraph id="H934537EF01EF4737A3E753F7E5951625"><enum>(B)</enum><text>The
structure of the cashflow waterfall, including the impact of expenses relating to
disaster recovery.</text></subparagraph></paragraph>

<paragraph id="HF7A186B8FDA34DFB8EF6499DF4402AB4"><enum>(3)</enum><header>Submission to
congress</header><text>Not later than February 1, 2021, the Comptroller General shall
submit to the Secretary of Defense and the Committees on Armed Services of the Senate
and the House of Representatives a report containing the results of the audit conducted
under paragraph (1).</text></paragraph></subsection>

<subsection id="HBC0744D2392741C388BA0DF0EA63565C"><enum>(d)</enum><header>Additional
information in congressional reports on privatized military housing</header><text
display-inline="yes-display-inline">Section 2884(c) of title 10, United States Code, is
amended by adding at the end the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H15CF8FF0D75A4747A9ED58B1E7B571E8"
style="OLC">

<paragraph id="HF3D84B19B5544CCEAD88F675536254FB"><enum>(7)</enum><text>An assessment
of the condition of housing units based on the average age of those units and the
estimated time until recapitalization.</text></paragraph>

<paragraph id="HE0B293F567AC47438778B891D4304DF0"><enum>(8)</enum><text>An assessment
of tenant complaints.</text></paragraph>

<paragraph id="H823BF43EAA9449EC9C5FA7A23CA1E185"><enum>(9)</enum><text>An assessment
of maintenance response times and completion of maintenance
requests.</text></paragraph>

<paragraph id="H33B17D4B735D40DFB394715AEBB86248"><enum>(10)</enum><text>An assessment
of the dispute resolution process, which shall include a specific analysis of each
denied tenant request to withhold rent payments and each instance in which the dispute
resolution process resulted in a favorable outcome for the landlord.</text></paragraph>
```

WASHSTATEC015507

```
<paragraph id="HE071E0CC1E544D768623734733E59498"><enum>(11)</enum><text>An assessment
of overall customer service for tenants.</text></paragraph>

<paragraph id="HD44E5FF9FB604DB4B49C97B4A1C4213D"><enum>(12)</enum><text>A description
of the results of any no-notice housing inspections conducted.</text></paragraph>

<paragraph id="H99AB38FD9B2B45AEB71DE40F8DF3903E"><enum>(13)</enum><text>The results of
any resident surveys conducted.</text></paragraph>

<paragraph id="HBE878657A41F4E87B82C98F5BF97AB71"><enum>(14)</enum><text display-
inline="yes-display-inline">With regard to issues of lead-based paint in housing units,
a summary of data relating to the presence of lead-based paint in such housing units,
including the following by military department:</text>

<subparagraph id="HED4F0CEE55C042ECA96E217AD3B91561"><enum>(A)</enum><text>The total
number of housing units containing lead-based paint.</text></subparagraph>

<subparagraph id="H5B6181F2F0D84F5DB6C2C132816B2BE8"
commented="no"><enum>(B)</enum><text>A description of the reasons for the failure to
inspect any housing unit that contains lead-based paint.</text></subparagraph>

<subparagraph id="HD7338157C369486381B473671944BD6B"><enum>(C)</enum><text>A
description of all abatement or mitigation efforts completed or underway in housing
units containing lead-based paint.</text></subparagraph>

<subparagraph id="HDC85DD0210EE496AA3515F511F4B5277"><enum>(D)</enum><text display-
inline="yes-display-inline">A certification as to whether military housing under the
jurisdiction of the Secretary concerned complies with requirements relating to lead-
based paint, lead-based paint activities, and lead-based paint hazards, as described in
section 408 of the Toxic Substances Control Act (15 U.S.C.
2688).</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="H780065F84BAD45F59EF9993B9A1F13B6" section-type="subsequent-
section"><enum>3017.</enum><header>Maintenance work order system for privatized
military housing</header><text display-inline="no-display-inline">Subchapter V of
chapter 169 of title 10, United States Code, as added by section 3011, is amended by
inserting after section 2891c of such title, as added by section 3016(a), the following
new section:</text>

<quoted-block style="USC" id="HA83698C5474D4F899A1CA5D09B64661E" display-inline="no-
display-inline">

<section id="H90CACA1F37AE4EB3B3F5386FCD1E3A7D"><enum>2892.</enum><header>Maintenance
work order system for housing units</header>

<subsection id="H91F6371F1CB8403E905D5BAA7B4FC1CB"><enum>(a)</enum><header>Electronic
work order system required</header><text display-inline="yes-display-inline">The
Secretary of Defense shall require that each landlord of a housing unit have an
electronic work order system to track all maintenance requests relating to the housing
unit.</text></subsection>

<subsection id="H2CCD0429AC6B43CAA16AADEBC958A0D4"><enum>(b)</enum><header>Access by
department personnel</header><text display-inline="yes-display-inline">The Secretary of
Defense shall require each landlord of a housing unit to provide access to the
maintenance work order system of the landlord relating to the housing unit to the
following persons:</text>

<paragraph id="HE496183532A44DF8A99BCA0182215858"><enum>(1)</enum><text>Personnel of
the housing management office at the installation for which the housing unit is
provided.</text></paragraph>

<paragraph id="H36AE71CA079E40359DBDA1A7F80AE3A4"><enum>(2)</enum><text>Personnel of
the installation and engineer command or center of the military department
concerned.</text></paragraph>

<paragraph id="HCD9FE6AA4B30416993A5572B40656CC9"><enum>(3)</enum><text>Such other
personnel of the Department of Defense as the Secretary determines
necessary.</text></paragraph></subsection></section><after-quoted-block>.</after-
quoted-block></quoted-block></section>

<section id="H0900724CF3AB46E688A0FA1202C8B2B5" section-type="subsequent-
```

```
section"><enum>3018.</enum><header>Access by tenants of privatized military housing to
maintenance work order system</header><text display-inline="no-display-inline">Section
2892 of title 10, United States Code, as added by section 3017, is amended by adding at
the end the following new subsection:</text>

<quoted-block style="OLC" id="H15324A394FD341A78D1CD51871353D1A" display-inline="no-
display-inline">

<subsection id="H0F7B3076B8C84D7BA577301E89F694CF"><enum>(c)</enum><header>Access by
tenants</header><text display-inline="yes-display-inline">The Secretary of Defense
shall require each landlord of a housing unit to provide access to the maintenance work
order system of the landlord relating to the housing unit to the tenant of the housing
unit to permit the tenant, at a minimum, to track the status and progress of work
orders for maintenance requests relating to the housing
unit.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></section>

<section commented="no" display-inline="no-display-inline"
id="H7E3F14B5717E498DA537CBE3C8C5B82B" section-type="subsequent-
section"><enum>3019.</enum><header display-inline="yes-display-inline">Access by
tenants to historical maintenance information for privatized military
housing</header><text display-inline="no-display-inline">Subchapter V of chapter 169 of
title 10, United States Code, as added by section 3011, is amended by inserting after
section 2892, as added by section 3017 and amended by section 3018, the following new
section:</text>

<quoted-block display-inline="no-display-inline" id="HA408AD1F0E43440A974CE1A1CE2B2D16"
style="USC">

<section commented="no" display-inline="no-display-inline"
id="H5E642C94BECE4CBFB79BAC3C4EC8BD80" section-type="subsequent-
section"><enum>2892a.</enum><header display-inline="yes-display-inline">Access by
tenants to historical maintenance information</header><text display-inline="no-display-
inline">The Secretary concerned shall require each eligible entity or subsequent
landlord that offers for lease a housing unit to provide to a prospective tenant of the
housing unit, before the prospective tenant moves into the housing unit as a tenant,
all information regarding maintenance conducted with respect to that housing unit for
the previous seven years. In this section, the term <quote>maintenance</quote> includes
any renovations of the housing unit during such period.</text></section><after-quoted-
block>.</after-quoted-block></quoted-block></section>

<section id="HF5AC99D8ED744BCE8F8950D653AD65F1" section-type="subsequent-
section"><enum>3020.</enum><header>Prohibition on requirement to disclose personally
identifiable information in certain requests for maintenance of privatized military
housing</header>

<subsection id="H295FDB72B62A4853804E509E91ADCB39"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Subchapter V of chapter 169
of title 10, United States Code, as added by section 3011, is amended by inserting
after section 2892a of such title, as added by section 3019, the following new
section:</text>

<quoted-block style="USC" id="H32A6DF68645E4E518B880174DF802B4E" display-inline="no-
display-inline">

<section id="H8DB13379A4914EBBBA1FD1245BEC045D"><enum>2892b.</enum><header>Prohibition
on requirement to disclose personally identifiable information in requests for certain
maintenance</header><text display-inline="no-display-inline">A landlord responsible for
a housing unit may not require the disclosure of personally identifiable information as
a part of the submission of a request for maintenance regarding a housing unit or
common area when the disclosure of personally identifiable information is not needed to
identify the location at which such maintenance will be
performed.</text></section><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="H84480A29C2EB401F89FFB91451C9DB88"><enum>(b)</enum><header>Effective
date</header><text display-inline="yes-display-inline">The prohibition in section 2892b
of title 10, United States Code, as added by subsection (a), shall take effect on the
date that is one year after the date of the enactment of this
Act.</text></subsection></section>
```

WASHSTATEC015509

```
<section id="H1F785DDAD89B47568F793E1568035171" section-type="subsequent-
section"><enum>3021.</enum><header>Treatment of incentive fees for landlords of
privatized military housing for failure to remedy a health or environmental
hazard</header><text display-inline="no-display-inline">Subchapter V of chapter 169 of
title 10, United States Code, as added by section 3011, is amended by inserting after
section 2892b of such title, as added by section 3020, the following new
section:</text>

<quoted-block style="USC" id="HCB7C08D2FA1644A09B4658D7D39F9D01" display-inline="no-
display-inline">

<section id="H6340A1DED9E2452A8082521B6466E136"><enum>2893.</enum><header>Treatment of
incentive fees for landlords of housing units for failure to remedy health or
environmental hazards</header><text display-inline="no-display-inline">The Secretary
concerned shall not approve the payment of incentive fees otherwise authorized to be
paid to a landlord that the Secretary determines has demonstrated a propensity for
failing to remedy, or failing to remedy in a timely manner, a health or environmental
hazard at a housing unit provided by the landlord.</text></section><after-quoted-
block>.</after-quoted-block></quoted-block></section>

<section id="H110AF8C1ACE6456191725252A5854270" section-type="subsequent-
section"><enum>3022.</enum><header>Dispute resolution process for landlord-tenant
disputes regarding privatized military housing and requests to withhold payments during
dispute resolution process</header>

<subsection id="H287B51A129F24B1397BC65688CDB4F45"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Subchapter V of chapter 169
of title 10, United States Code, as added by section 3011, is amended by inserting
after section 2893 of such title, as added by section 3021, the following new
section:</text>

<quoted-block style="USC" id="H912AA40CAFC04B968745FAA9E98D2F70" display-inline="no-
display-inline">

<section id="H5E882EC5663C41C592A063CB10467631"><enum>2894.</enum><header>Landlord-
tenant dispute resolution process and treatment of certain payments during
process</header>

<subsection id="H1BC1FD99194E47F6914536342CAE794A"><enum>(a)</enum><header>Process
required; purpose</header><text display-inline="yes-display-inline">The Secretary
concerned shall implement a standardized formal dispute resolution process to ensure
the prompt and fair resolution of disputes that arise between landlords providing
housing units and tenants residing in housing units concerning maintenance and repairs,
damage claims, rental payments, move-out charges, and such other issues relating to
housing units as the Secretary determines appropriate.</text></subsection>

<subsection id="H6E02E7AB76634000942642CD868E5F0C"><enum>(b)</enum><header>Process
elements</header>

<paragraph id="H687BEE3FD64E42E786589492112C7CC2" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">The dispute
resolution process shall include the process by which a tenant may request that certain
payments otherwise authorized to be paid to a landlord are withheld, as provided in
subsection (e).</text></paragraph>

<paragraph id="HC517F77CDDD84F6486CC20C60B528FB2" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">The process shall designate the installation or
regional commander in charge of oversight of housing units as the deciding authority
under the dispute resolution process.</text></paragraph>

<paragraph id="HB1B13F1156E94791A7C3AE88623C88FC" indent="up1"><enum>(3)</enum><text
display-inline="yes-display-inline">The Secretary concerned shall establish a
standardized mechanism and forms by which a tenant of a housing unit may submit,
through online or other means, a request for resolution of a landlord-tenant dispute
through the dispute resolution process.</text></paragraph>

<paragraph id="HBB3D50F2B00A437AB26C191BCAA99FF5" indent="up1"><enum>(4)</enum><text
display-inline="yes-display-inline">The Secretary shall ensure that, in preparing a
request described in paragraph (3), a tenant has access to advice and assistance from a
military housing advocate employed by the military department concerned or a military
```

WASHSTATEC015510

legal assistance attorney under section 1044 of this title.</text></paragraph>

<paragraph id="HC74B90316C644899953E1AA5023D948F" indent="up1"><enum>(5)</enum><text display-inline="yes-display-inline">The Secretary concerned shall minimize costs to tenants for participation in the dispute resolution process.</text></paragraph></subsection>

<subsection id="H90798FED64254911A6B0398A6B526808"><enum>(c)</enum><header>Resolution process</header>

<paragraph id="HCA03C8D849C64041A7DD69763F640D63" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than 24 hours after receiving a request from a tenant for resolution of a landlord-tenant dispute through the dispute resolution process, the Secretary concerned shall—</text>

<subparagraph id="H1EB244D5E3A54688BA7B23AD50229332" indent="up1"><enum>(A)</enum><text>notify the tenant that the request has been received;</text></subparagraph>

<subparagraph id="HF93CF2CB929B4FF9880E5E86B8A03352" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">transmit a copy of the request to the installation or regional commander (as the case may be), housing management office responsible for the housing unit, and the landlord of the housing unit; and</text></subparagraph>

<subparagraph id="H40A9C345D921476E8B34A25015B7DF7A" indent="up1"><enum>(C)</enum><text>if the request includes a request to withhold payments under subsection (e),initiate the process under such subsection.</text></subparagraph></paragraph>

<paragraph id="H7764AB9DDB794901B5FFA29574EF43B4" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">For purposes of conducting an assessment necessary to render a decision under the dispute resolution process, both the landlord and representatives of the installation housing management office may access the housing unit at a time and for a duration mutually agreed upon amongst the parties.</text></paragraph>

<paragraph id="HAD9A269DCFC6404C9F13B37A5A611428" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">Not later than seven days after the date on which the request was received by the installation housing management office shall complete an investigation that includes a physical inspection and transmit the results of the investigation to the installation or regional commander (as the case may be).</text></paragraph>

<paragraph id="HFFF47434BA9D44D3A47883A769A4DC11" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">Before making any decision with respect to a dispute under the dispute resolution process, the commander shall certify that the commander has solicited recommendations or information relating to the dispute from the following persons:</text>

<subparagraph id="H5719B1EE30644573ADFCF8D6ACE58953"><enum>(A)</enum><text>The chief of the installation housing management office.</text></subparagraph>

<subparagraph id="HDF1D553EC4084057A42014A040B8FECB"><enum>(B)</enum><text>A representative of the landlord for the housing unit.</text></subparagraph>

<subparagraph id="H8B048435DAA24391AD466778D42E6EFA"><enum>(C)</enum><text>The tenant submitting the request for dispute resolution.</text></subparagraph>

<subparagraph id="HD22E1395D2294FA28066EFB6E9D4C1B3"><enum>(D)</enum><text>A qualified judge advocate or civilian attorney who is a Federal employee.</text></subparagraph>

<subparagraph id="H137D0EEDF624457BB342350F84CF0328"><enum>(E)</enum><text>If the dispute involves maintenance or another facilities-related matter, a civil engineer.</text></subparagraph></paragraph>

<paragraph id="H6D5B330BF92440D08E047F1BF5FD0F8B" indent="up1"><enum>(5)</enum></paragraph>

<subparagraph id="H72610E825C1C46A28DAD1C5122E24AFF" display-inline="yes-display-inline"><enum>(A)</enum><text>The commander shall make a decision with respect to a request under the dispute resolution process not later than 30 days after the request was submitted.</text></subparagraph>

```
<subparagraph id="H8B8CE65BCFEF4898A54BFDB75A224559"
indent="up1"><enum>(B)</enum><text>The commander may take longer than such 30-day
period in limited circumstances as determined by the Secretary of Defense, but in no
case shall such a decision be made more than 60 days after the request was
submitted.</text></subparagraph></paragraph>

<paragraph id="H838740FEAC91437F98D664DF62292618" indent="up1"><enum>(6)</enum><text>A
final decision will be transmitted to the tenant and landlord no later than 30 days
from initial receipt by the office of the commander, except as provided in paragraph
(5)(B).</text></paragraph>

<paragraph id="H0D010351F0A74E298CE8468CF7E89C0D"
indent="up1"><enum>(7)</enum><text>The decision shall include instructions for
distribution of any funds that were withheld under subsection (e) and such instructions
for the landlord for further remediation as the commander considers
necessary.</text></paragraph>

<paragraph id="H21189A3D15964D618B2F22689CDEAA59" indent="up1"><enum>(8)</enum><text
display-inline="yes-display-inline">The decision by the commander under this subsection
shall be final.</text></paragraph></subsection>

<subsection id="HD64430CFAC2B404A86EF373827D9F035"><enum>(d)</enum><header>Effect of
failure to comply with decision</header><text>If the landlord responsible for the
housing unit does not remediate the issues in a manner consistent with the instructions
contained in the decision rendered under subsection (c) and within a reasonable period
of time, as provided in the decision, any amounts payable to the landlord for the
housing unit shall be reduced by 10 percent for each period of five days during which
the issues remain unremediated.</text></subsection>

<subsection id="H0FF07E66578341DFA9393623DD76087A"><enum>(e)</enum><header>Request to
withhold payments during resolution process</header>

<paragraph id="H98FEAE2F54054D6D9C9C3FF6DE74D982" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">As part of the
submission of a request for resolution of a landlord-tenant dispute through the dispute
resolution process, the tenant may request that all or part of the payments described
in paragraph (2) for lease of the housing unit be withheld from the landlord of the
housing unit during the period in whichâ€"</text>

<subparagraph id="H9498D27204D74A9CAF22A954758B269F"
indent="up1"><enum>(A)</enum><text>the landlord has not met maintenance guidelines and
procedures established by the Department of Defense, either through contract or
otherwise; or</text></subparagraph>

<subparagraph id="H51FCAEF4352F43EF95B99CC6D0760BC9"
indent="up1"><enum>(B)</enum><text>the housing unit is uninhabitable according to State
and local law for the jurisdiction in which the housing unit is located.
</text></subparagraph></paragraph>

<paragraph id="H7F48786F0B5E40188D53A259146705E6"
indent="up1"><enum>(2)</enum><text>Paragraph (1) applies to the following:</text>

<subparagraph id="H0A2DBABADB284F6BBECA54AD7E3A089F"><enum>(A)</enum><text>Any basic
allowance for housing payable to the tenant (including for any dependents of the tenant
in the tenantâ€™s household) under section 403 of title 37.</text></subparagraph>

<subparagraph id="H44D06839A6142A090C2030DC5C3140D"><enum>(B)</enum><text>All or part
of any pay of a tenant subject to allotment as described in section 2882(c) of this
title.</text></subparagraph></paragraph>

<paragraph id="H5A77B1B0EF1A437FA6D1B1BCDFCAA25E"
indent="up1"><enum>(3)</enum><text>Upon the submission of a request by a tenant under
this subsection and under such procedures as the Secretary of Defense shall establish,
the Defense Finance and Accounting Service or such other appropriate office of the
Department of Defense as the Secretary shall specify for purposes of such procedures,
shall tentatively grant the request and hold any amounts withheld in escrow with notice
to the landlord until the conclusion of the dispute resolution
process.</text></paragraph></subsection>

<subsection id="H54866FC22CAF45489ED220E1BA751835"><enum>(f)</enum><header>Disclosure
of rights</header>
```

```
<paragraph id="HC6D7E691A5CD4011A370B8309307DAFA" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">Each housing
management office of the Department of Defense shall disclose in writing to each new
tenant of a housing unit, upon the signing of the lease for the housing unit, the
tenant€™s rights under this section and the procedures under this section for
submitting a request for resolution of a landlord-tenant dispute through the dispute
resolution process, including the ability to submit a request to withhold payments
during the resolution process.</text></paragraph>

<paragraph id="H722EB6C2FC35424095B762CBD46451A4"
indent="up1"><enum>(2)</enum><text>The Secretary of Defense shall ensure that each
lease entered into with a tenant for a housing unit clearly expresses, in a separate
addendum, the dispute resolution procedures.</text></paragraph></subsection>

<subsection id="HACB4F224F8384E28B39674E859E5E804"><enum>(g)</enum><header>Rule of
construction on use of other adjudicative bodies</header><text>Nothing in this section
or any other provision of law shall be construed to prohibit a tenant of a housing unit
from pursuing a claim against a landlord in any adjudicative body with jurisdiction
over the housing unit or the claim.</text></section><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HEF42FEE8DBB2416C926A27FED84B2738"><enum>(b)</enum><header>Modification
of definition of military legal assistance</header><text display-inline="yes-display-
inline">Section 1044(d)(3)(B) of title 10, United States Code, is amended by striking
<quote>and 1565b(a)(1)(A)</quote> and inserting <quote>1565b(a)(1)(A), and
2894(b)(4)</quote>.</text></subsection>

<subsection id="H70809ACD69734D1585BD695D70EE1D27"><enum>(c)</enum><header>Timing of
establishment</header><text>Not later than 180 days after the date of the enactment of
this Act, the Secretary of Defense shall establish the dispute resolution process
required under section 2894 of title 10, United States Code, as added by subsection
(a).</text></subsection>

<subsection id="H52F036CE65054455A233A877CAF8C807"><enum>(d)</enum><header>Landlord
agreements</header>

<paragraph id="H05527E091E1F470594FCF7F51D9EDADC"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than February 1,
2020, the Secretary of Defense shall seek agreement from all landlords to participate
in the dispute resolution and payment-withholding processes required under section 2894
of title 10, United States Code, as added by subsection (a).</text></paragraph>

<paragraph id="HBCA59A8696AE4DF2AB98CA53D589CB9C"><enum>(2)</enum><header>Submittal of
list to congress</header><text display-inline="yes-display-inline">Not later than March
1, 2020, the Secretary of Defense shall submit to the congressional defense committees
a list of any landlords that did not agree under paragraph (1) to participate in the
dispute resolution and payment-withholding processes.</text></paragraph>

<paragraph id="H9BA89345831D46A99C69B0B992A3C6C3"><enum>(3)</enum><header>Consideration
of lack of agreement in future contracts</header><text display-inline="yes-display-
inline">The Secretary of Defense and the Secretaries of the military departments shall
include any lack of agreement under paragraph (1) as past performance considered under
section 2891b of title 10, United States Code, as added by section 3015,with respect to
entering into or renewing any future contracts regarding privatized military
housing.</text></paragraph></subsection></section>

<section id="H28869CF8CA2F4024B400531871A48E4A" section-type="subsequent-
section"><enum>3023.</enum><header>Investigation of reports of reprisals relating to
privatized military housing and congressional notification</header><text display-
inline="no-display-inline">Section 2890 of title 10, United States Code, as added by
section 3011, is amended by inserting after subsection (d) the following new
subsection:</text>

<quoted-block style="OLC" id="HC1CD6CB0D2DB4FC88610058744688F03" display-inline="no-
display-inline">

<subsection
id="H1729C18E8D1E46A6B6FA645682B42C5C"><enum>(e)</enum><header>Investigation of reports
of reprisals</header>
```

```
<paragraph id="HAE6DCE01D3834B93AE502D9613786B9C" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">The Assistant
Secretary of Defense for Sustainment shall investigate all reports of reprisal against
a member of the armed forces for reporting an issue relating to a housing
unit.</text></paragraph>

<paragraph id="H0BBBC63C22B342048A99EAA9AF561E16" indent="up1"><enum>(2)</enum><text>If
the Assistant Secretary of Defense for Sustainment determines under paragraph (1) that
landlord has retaliated against a member of the armed forces for reporting an issue
relating to a housing unit, the Assistant Secretary shallâ€"</text>

<subparagraph id="HC0D3745305E944AAA630C84B38013151"><enum>(A)</enum><text>provide
initial notice to the Committees on Armed Services of the Senate and the House of
Representatives as soon as practicable after making that determination;
and</text></subparagraph>

<subparagraph id="H9AFAA24DA9704516904F6D0E40E1FF39"><enum>(B)</enum><text>following
that initial notice, provide an update to such committees every 30 days thereafter
until such time as the Assistant Secretary has taken final action with respect to the
retaliation.</text></subparagraph></paragraph>

<paragraph id="H9324811962484907943EBC06447ABC2A"
indent="up1"><enum>(3)</enum><text>The Assistant Secretary of Defense for Sustainment
shall carry out this subsection in coordination with the Secretary of the military
department concerned.</text></paragraph></subsection><after-quoted-block>.</after-
quoted-block></quoted-block></section>

<section id="HF4E5E0799EDF4E15BB5B4E3A57EC914E" section-type="subsequent-
section"><enum>3024.</enum><header>Prohibition on use of nondisclosure agreements in
connection with leases of privatized military housing</header>

<subsection
id="HA5EFA2840CB9437E81AA4D70B4796AC0"><enum>(a)</enum><header>Nondisclosure agreements
prohibited</header><text display-inline="yes-display-inline">Section 2890 of title 10,
United States Code, as added by section 3011, is amended by inserting after subsection
(e), as added by section 3023, the following new subsection:</text>

<quoted-block style="OLC" id="H35C9544D62974F4DA832D58B3C3A869A" display-inline="no-
display-inline">

<subsection id="H0B4653FF02C248FEBB73CABF70EB8187"><enum>(f)</enum><header>Prohibition
on use of nondisclosure agreements</header>

<paragraph id="H072B202DA77E4F8392398938AC7B3BF3" display-inline="yes-display-
inline"><enum>(1)</enum><text display-inline="yes-display-inline">A tenant or
prospective tenant of a housing unit may not be required to sign a nondisclosure
agreement in connection with entering into, continuing, or terminating a lease for the
housing unit. Any such agreement against the interests of the tenant is
invalid.</text></paragraph>

<paragraph id="H91FB81690C4A4D7A8B57EC1685FD540F" indent="up1"><enum>(2)</enum><text
display-inline="yes-display-inline">Paragraph (1) shall not apply to a nondisclosure
agreement executed as part of the settlement of
litigation.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection
id="HAE8B266D8BDC4B3ABD89AA49CA78B246"><enum>(b)</enum><header>Implementation</header><
text display-inline="yes-display-inline">The Secretary of Defense and the Secretaries
of the military departments shall promulgate such regulations as may be necessary to
give full force and effect to subsection (f) of section 2890 of title 10, United States
Code, as added by subsection (a).</text></subsection>

<subsection id="HD9CE6B7D60A34D0493366C65378BD312"><enum>(c)</enum><header>Retroactive
application of amendment</header><text display-inline="yes-display-inline">Subsection
(f) of section 2890 of title 10, United States Code, as added by subsection (a), shall
apply with respect to any nondisclosure agreement covered by the terms of such
subsection (f) regardless of the date on which the agreement was
executed.</text></subsection></section></subtitle>

<subtitle id="H0ABA60F1111F4F4B9203BE8E5EF04B33"><enum>B</enum><header>Other Amendatory
```

Provisions</header>

<section id="H29964AC174344404A344B89C04201400"><enum>3031.</enum><header>Installation of carbon monoxide detectors in military family housing</header><text display-inline="no-display-inline">Section 2821 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="HBCE9AB3DC97349C3B5BBA8FD33E67332" display-inline="no-display-inline">

<subsection id="H5F205A777E3A4B809762172D8D219ADB"><enum>(e)</enum><text display-inline="yes-display-inline">The Secretary concerned shall provide for the installation and maintenance of an appropriate number of carbon monoxide detectors in each unit of military family housing under the jurisdiction of the Secretary.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H676E1D819FC94210B6AEE88A138E4846" section-type="subsequent-section"><enum>3032.</enum><header>Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing</header><text display-inline="no-display-inline">Section 2872a(b) of title 10, United States Code, is amended by adding at the end the following new paragraphs:</text>

<quoted-block style="OLC" id="HC0AA2701C9BF4CF6A9FC973815F66322" display-inline="no-display-inline">

<paragraph id="HA2CD9FA7CA614C88AA3F170EB1390D96"><enum>(13)</enum><text display-inline="yes-display-inline">Street sweeping.</text></paragraph>

<paragraph id="H8EAFE0DD7752468EA913D1CACBA6EC48"><enum>(14)</enum><text>Tree trimming and removal.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HD214ECA7AC5D4AEAB0925401110BC2D8" section-type="subsequent-section"><enum>3033.</enum><header>Treatment of breach of contract for privatized military housing</header>

<subsection id="H6BA84646235B4DA9A372E91E0FCF9E7F"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subchapter IV of chapter 169 of title 10, United States Code, is amended by inserting after section 2872a the following new section:</text>

<quoted-block style="USC" id="H6CDB2680F1344154BF5E435B2C5AB53D" display-inline="no-display-inline">

<section id="H73A80B48E10D48D0BFDEACE641F34F59"><enum>2872b.</enum><header>Treatment of breach of contract</header>

<subsection id="H1C0DAA26077B45CCA4222A3C31064BEF"><enum>(a)</enum><header>Response to material breach</header><text display-inline="yes-display-inline">In the case of a material breach of contract under this subchapter by a party to the contract, the Secretary concerned shall use the authorities available to the Secretary, including withholding amounts to be paid under the contract, to encourage the party to cure the breach.</text></subsection>

<subsection id="HC8D154847C9947B0A4CAF7F358A4A1F0"><enum>(b)</enum><header>Rescinding of Contract</header><text display-inline="yes-display-inline">If a material breach of the contract is not cured in a timely manner, as determined by the Secretary concerned, the Secretary may—"</text>

<paragraph id="HEDAE6998D9DD44F1BB7B7090D866D9C9"><enum>(1)</enum><text>rescind the contract pursuant to the terms of the contract; and</text></paragraph>

<paragraph id="HF0FEA18D50E141279E11C7C78152C651"><enum>(2)</enum><text>prohibit the offending party from entering into a new contract or undertaking expansions of other existing contracts, or both, with the Secretary under this subchapter.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H208B55DB1EFF4547976A41EA0B4B8B83"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at

the beginning of subchapter IV of chapter 169 of title 10, United States Code, is amended by inserting after the item relating to section 2872a the following new item:</text>

<quoted-block style="USC" id="HA8F8249784DB4BFC9EA2C5CD2B02EB44" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2872b. Treatment of breach of contract.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HF0E89EEBD0F44FB5B63E4D85504EFF86"><enum>3034.</enum><header>Modification to requirements for window fall prevention devices in military family housing units</header>

<subsection id="HED3E2B686414452A9B300FC7B30223C5"><enum>(a)</enum><header>Fall prevention device requirements</header><text>Section 2879(a) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HC065146E9792482DA61F7A1750056E89"><enum>(1)</enum><text>in paragraph (1), by striking <quote>that protect against unintentional window falls by young children and that are in compliance with applicable International Building Code (IBC) standards</quote> and inserting <quote>described in paragraph (3)</quote>;</text></paragraph>

<paragraph id="H854F5BB0C3A345AD9C62A488D3A5F3FB"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (2)â€"</text>

<subparagraph id="H8CA24A27C7F144C087C4B4532D13846C"><enum>(A)</enum><text>in subparagraph (A), by striking <quote>December 11, 2017</quote> and inserting <quote>October 1, 2019</quote>; and</text></subparagraph>

<subparagraph id="H19DF8506FFCF4EB3B695F78C56715D16"><enum>(B)</enum><text>in subparagraph (B), by striking <quote>September 1, 2018</quote> and inserting <quote>October 1, 2019</quote>; and</text></subparagraph></paragraph>

<paragraph id="H7DDF33A78F4C48F4942EEB9078E84BA4"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H8BDE74E154B5434EAFCA6CA48D466AB4" display-inline="no-display-inline">

<paragraph id="HB67A792980AC4D3080995ABAD5DC9361"><enum>(3)</enum><header>Fall prevention device described</header><text display-inline="yes-display-inline">A fall prevention device is a window screen or guard that complies with applicable standards in ASTM standard F2090â€"13 (or any successor standard).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H88A627FF85C14D7C81C2927D610459B6"><enum>(b)</enum><header>Modification to window description</header><text display-inline="yes-display-inline">Section 2879(c) of title 10, United States Code, is amended by striking <quote>24</quote> and inserting <quote>42</quote>.</text></subsection>

<subsection id="H6AD5A355C3884A8CBFC2DEC0F478F19E"><enum>(c)</enum><header>Conforming amendment</header><text display-inline="yes-display-inline">Section 2879(b)(1) of title 10, United States Code, is amended by striking <quote>paragraph (1)</quote> and inserting <quote>paragraph (3)</quote>.</text></subsection></section>

<section id="H0412A1A768964FB4B553B3B80A659755"><enum>3035.</enum><header>Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel</header>

<subsection id="HDD3C91DABDCA43188BC61BF1F31C0371"><enum>(a)</enum><header>In general</header><text>Section 559 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1406; 10 U.S.C. 1792 note) is amendedâ€"</text>

<paragraph id="H58FFB478396A4C2385C34C9C1C07B92C"><enum>(1)</enum><text>in subsection (a)â€"</text>

```
<subparagraph id="H01B5AFDD43254C03877BA4FB790BFD62"><enum>(A)</enum><text>in the
matter preceding paragraph (1), by inserting <quote>, and individuals to fill vacancies
in installation military housing offices,</quote> after <quote>childcare services
providers</quote>;</text></subparagraph>

<subparagraph id="H70F5C5E8E72D43E797B15539FD4DF428"><enum>(B)</enum><text>in paragraph
(1), by inserting <quote>or for employees at installation military housing
offices</quote> before the semicolon; and</text></subparagraph>

<subparagraph id="HAEA64518C6F04399AA2FDBDEA8994D05"><enum>(C)</enum><text>in paragraph
(2), by inserting <quote>or for installation military housing office employees</quote>
before the period;</text></subparagraph></paragraph>

<paragraph id="H3D084F2053424986A61503ED2C3846F2"><enum>(2)</enum><text>by
redesignating subsection (f) as subsection (g); and</text></paragraph>

<paragraph id="H3615DF0221A1433DB54C1D19760911EB"><enum>(3)</enum><text>by inserting
after subsection (e) the following new subsection (f):</text>

<quoted-block display-inline="no-display-inline" id="H350810E86EA343E8B01496A1837F3711"
style="OLC">

<subsection id="H9F00EC8712204907A1D156BCFF169E6B"><enum>(f)</enum><header>Installation
military housing office defined</header><text>The term <term>installation military
housing office</term> means any office whose primary function is performing day-to-day
supervision of military housing covered by subchapter IV of chapter 169 of title 10,
United States Code.</text></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection id="HD512B539CB504250B579B446273B47E0"><enum>(b)</enum><header>Heading and
technical amendments</header>

<paragraph id="HEC66761BEFC34331B1BCC0CEDB4A2777"><enum>(1)</enum><header>Heading
amendment</header><text>The heading of such section is amended to read as
follows:</text>

<quoted-block display-inline="no-display-inline" id="HE9F71429EF144FA5A43BA67DE01D97CE"
style="OLC">

<section id="HF3AAC90BDF894D648B02C444901B084E"><enum>559.</enum><header>Direct hire
authority for Department of Defense for childcare services providers for Department
child development centers and employees at installation military housing
offices</header></section><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph id="H125AAAFCBD624A268BE7D14076A10823"><enum>(2)</enum><header>Technical
amendment</header><text>Subsection (d) of such section is amended by striking
<quote>Oversight and Government Reform</quote> and inserting <quote>Oversight and
Reform</quote>.</text></paragraph></subsection>

<subsection id="H578F217456B345129A88F00F6E274617"><enum>(c)</enum><header>Use of
existing regulations</header><text>The Secretary of Defense shall use the authority in
section 559 of the National Defense Authorization Act for Fiscal Year 2018 granted by
the amendments made by this section in a manner consistent with the regulations
prescribed for purposes of such section 559 pursuant to subsection (b) of such section
559, without the need to prescribe separate regulations for the use of such
authority.</text></subsection></section>

<section id="HC31124447D3F43C79918C15CF2155485" section-type="subsequent-
section"><enum>3036.</enum><header>Modification of authority to make payments to
lessors of privatized military housing</header>

<subsection id="H7B6E220C3DC544D387F52A323530F0D2"><enum>(a)</enum><header>Modification
of payment authority</header><text display-inline="yes-display-inline">Subsection (a)
of section 606 of the John S. McCain National Defense Authorization Act for Fiscal Year
2019 (Public Law 115–232; 132 Stat. 1795; 10 U.S.C. 2871 note) is amended to read as
follows:</text>

<quoted-block style="OLC" id="H14C9D3898F7841AFA677F9D6AE707417" display-inline="no-
display-inline">

<subsection id="H3E8F5AED3E414A938F959389CD14E712"><enum>(a)</enum><header>Use of funds
```

in connection with MHPI</header>

<paragraph id="HD32D08601EFC4D699B62D03AA0AC0507"><enum>(1)</enum><header>Payments to lessors generally</header>

<subparagraph id="H3951ACB309D844A9A886ED36BAFEA673"><enum>(A)</enum><header>Payment authority</header><text display-inline="yes-display-inline">Each month beginning with the first month after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, each Secretary of a military department shall use funds, in an amount determined under subparagraph (B), to make payments to lessors of covered housing in the manner provided by this subsection, as in effect on the day before the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.</text></subparagraph>

<subparagraph id="H48ECC7CBC142407F943FE25DCE1802AA"><enum>(B)</enum><header>Calculation of monthly payments</header><text display-inline="yes-display-inline">For purposes of making payments under subparagraph (A) for a month, the Secretary of the military department concerned shall determine the amount equal to 2.5 percent of the aggregate of the amounts calculated under section 403(b)(3)(A)(i) of title 37, United States Code, for covered housing under the jurisdiction of the Secretary for that month.</text></subparagraph></paragraph>

<paragraph id="H0D9BDEBAA02E48EBB545DE84A6232D53"><enum>(2)</enum><header>Additional payments to lessors responsible for underfunded projects</header>

<subparagraph id="H58E09690842A47DA850618D1247DE36C"><enum>(A)</enum><header>Payment authority</header><text display-inline="yes-display-inline">Each month beginning with the first month after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, each Secretary of a military department shall use funds, in an amount determined under subparagraph (B), to make additional payments to certain lessors responsible for underfunded MHPI housing projects identified pursuant to subparagraph (C) for the purposes of future sustainment, recapitalization, and financial sustainability of the projects. </text></subparagraph>

<subparagraph id="HBC492032B13B47B991939E72E2DA8271"><enum>(B)</enum><header>Calculation of monthly payments</header><text>For purposes of making payments under subparagraph (A) for a month, the Secretary of the military department concerned shall determine the amount equal to 2.5 percent of the aggregate of the amounts calculated under section 403(b)(3)(A)(i) of title 37, United States Code, for covered housing under the jurisdiction of the Secretary for that month.</text></subparagraph>

<subparagraph id="H095715BAC81B43CCBDED941E2B3D4A77"><enum>(C)</enum><header>Identification of underfunded projects</header><text display-inline="yes-display-inline">The Chief Housing Officer of the Department of Defense, in conjunction with the Secretaries of the military departments, shall assess MHPI housing projects for the purpose of identifying all MHPI housing projects that are underfunded. Once identified, the Chief Housing Officer shall prioritize for payments under subparagraph (A) those MHPI housing projects most in need of funding to rectify such underfunding.</text></subparagraph></paragraph>

<paragraph id="HA5B1F2A4B7634B38AC35EA0F7BD3C843"><enum>(3)</enum><header>Alternative authority in event of lack of underfunded projects</header>

<subparagraph id="H5A19B2FD52144C70BEF79B5E2C5AA621"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to subparagraph (B), if the Chief Housing Officer determines that no MHPI housing projects for a military department require additional funding under paragraph (2) for a month, the Secretary of the military department concerned, in consultation with the Chief Housing Officer, may allocate the funds otherwise available to the Secretary under such paragraph for that month to support improvements designed to enhance the quality of life of members of the uniformed services and their families who reside in MHPI housing.</text></subparagraph>

<subparagraph id="HF3D1A155C6154F9087342BCA1D0F6E31"><enum>(B)</enum><header>Conditions</header><text display-inline="yes-display-inline">Before the Secretary of a military department may allocate funds as authorized by subparagraph (A), the Chief Housing Officer shall certify to the Committees on Armed Services of the Senate and the House of

WASHSTATEC015518

Representatives that there are no MHPI housing projects for the military department require additional funding under paragraph (2). The certification shall include sufficient details to show why no projects are determined to need the additional funds.</text></subparagraph></paragraph>

<paragraph id="H400FC4CE14D94972AF659C37DAEA981A"><enum>(4)</enum><header>Briefing Required</header><text display-inline="yes-display-inline">Not later than March 1, 2020, and each year thereafter, the Secretary of Defense shall provide a briefing to the Committee on Armed Services of the Senate and the House of Representatives detailing the expenditure of funds under paragraphs (2) and (3), the MHPI housing projects receiving funds under such paragraphs, and any other information the Secretary considers relevant.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H21194CE879E9468CBEC3852018824CF2"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendment made by this section shall take effect on the date of the enactment of this Act and shall apply with respect to months beginning after that date.</text></subsection></section>

<section id="HB4641358449A42F8B6A8CCF935A33E91"><enum>3037.</enum><header>Technical correction to definition used to make payments to lessors of privatized military housing</header><text display-inline="no-display-inline">Paragraph (3) of section 606(d) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1796; 10 U.S.C. 2871 note) is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HFB49E31D1578478D93D70EA05438105A" style="OLC">

<paragraph id="HE99A1BC6294C476084E0C87ED1B05D81"><enum>(3)</enum><text>The term <term>MHPI housing</term> means housing procured, acquired, constructed, or for which any phase or portion of a project agreement was first finalized and signed, under the alternative authority of subchapter IV of chapter 169 of title 10, United States Code (known as the Military Housing Privatization Initiative), on or before September 30, 2014.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="H4B6BD8F8958D4D2C9A6B06191E62157A"><enum>C</enum><header>One-Time Reporting Requirements</header>

<section id="HBC92FEB414274F30865802B65D1B03F6" section-type="subsequent-section"><enum>3041.</enum><header>Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing</header>

<subsection id="H5A97801792234F23B83A3DCDA4CC4061"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than six months after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall submit to the congressional defense committees a report containing the following:</text>

<paragraph id="HF929EAE646B64407A97A06B89ACD7FD4"><enum>(1)</enum><text>An evaluation of the extent to which shortages in the number of civilian personnel performing oversight functions at Department of Defense housing management offices or assigned to housing-related functions at headquarters levels contribute to problems regarding the management of privatized military housing.</text></paragraph>

<paragraph id="H2216D0CA1B2143BCBB108839B3A35E9D"><enum>(2)</enum><text display-inline="yes-display-inline">Recommendations to address such personnel shortagesâ€"</text>

<subparagraph id="HF6DB84B2F3DF45EDABA81F167A9250EF"><enum>(A)</enum><text>to eliminate problems regarding the management of privatized military housing;</text></subparagraph>

<subparagraph id="H9EFA850844824C439AB75F3B3F9B061"><enum>(B)</enum><text>to ensure oversight of the partner's execution of the housing agreement and the delivery of all requirements in accordance with implementing guidance provided by the Secretaries of the military departments;</text></subparagraph>

<subparagraph id="H6D0346094483461CB69C3A63556353F7"><enum>(C)</enum><text>to improve

oversight of and expedite the work-order process; and</text></subparagraph>

<subparagraph id="H7AF53C8EECE14EAC8F932A097A08BD53"><enum>(D)</enum><text>to facilitate a positive experience for members of the Armed Forces and their dependents who reside in privatized military housing.</text></subparagraph></paragraph></subsection>

<subsection id="HB64A1C7AB5564033828024A12F2312AC"><enum>(b)</enum><header>Personnel Recommendations</header><text>As part of the recommendations required by subsection (a)(2), the Secretary of Defense shall identify the following:</text>

<paragraph id="HDD70B4B85975415CB62B64635A20EEA1"><enum>(1)</enum><text>The number of additional personnel who are required, the installation and headquarter locations at which they will be employed, the employment positions they will fill, and the duties they will perform, including a breakdown of duty requirements by function, such as oversight, home inspectors, and maintenance.</text></paragraph>

<paragraph id="HB6D9437C3D0F42C8AD4E3F78E70C21FB"><enum>(2)</enum><text>The number of such additional personnel already hired as of the date on which the report is submitted and their duty locations and the timeline for employing the remaining required personnel identified under paragraph (1).</text></paragraph>

<paragraph id="H5B5035FD53224FC3A6F8057547B14144"><enum>(3)</enum><text display-inline="yes-display-inline">The estimated cost of employing the additional required personnel identified under paragraph (1).</text></paragraph></subsection></section>

<section id="HC2738AB6C6E549858FCB95FD22608BE3" section-type="subsequent-section"><enum>3042.</enum><header>Plans for creation of councils on privatized military housing</header>

<subsection id="H7120EEDAB5B8497A8122B698C76A7D07"><enum>(a)</enum><header>Plans required</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Assistant Secretary of each military department shall submit to the congressional defense committees a plan for the creation within the military department concerned of a council on privatized military housing for the purposes of maintaining adequate oversight of the military housing program and serving as a mechanism to identify and resolve problems regarding privatized military housing.</text></subsection>

<subsection id="H7C0340F4D5CA4D7681884AEA37E482EA"><enum>(b)</enum><header>Plan elements</header><text>The plan for a military department shall includeâ€"</text>

<paragraph id="HB312D712A7D8428AA202F9B8AE55A8FB"><enum>(1)</enum><text display-inline="yes-display-inline">an implementation schedule for the creation the council on privatized military housing;</text></paragraph>

<paragraph id="H4928549B1571408B843B36C72BE72EE0"><enum>(2)</enum><text display-inline="yes-display-inline">proposed members of the council, which shall include, at a minimum, the Assistant Secretary concerned and a representative from the installation housing offices and the civil engineering community; and</text></paragraph>

<paragraph id="H356CB8C7A7CC4A48B70218EAE3243FD2"><enum>(3)</enum><text>the planned frequency of council meetings.</text></paragraph></subsection></section>

<section id="HA7A5A766D35149F1AC1EA8B929005B9B" section-type="subsequent-section"><enum>3043.</enum><header>Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing</header>

<subsection id="HF51146AE5FBA4671986C182CC16AE7C0"><enum>(a)</enum><header>Plan required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan to establish jurisdiction by the Department of Defense for law enforcement and other specified purposes, concurrently with local community law enforcement, at locations with privatized military housing that is not located on an installation of the Department of Defense.</text></subsection>

<subsection id="H323D19B95A9C470DA28063E35129B748"><enum>(b)</enum><header>Consultation</header><text>The Secretary of Defense shall prepare the plan in consultation with the Secretaries of the military departments.</text></subsection></section>

```
<section id="HE643FEBED8F841748FBC865E01699694" section-type="subsequent-
section"><enum>3044.</enum><header>Inspector General review of Department of Defense
oversight of privatized military housing</header><text display-inline="no-display-
inline">Not later than one year after the date of the enactment of this Act, and
annually thereafter until 2022, the Inspector General of the Department of Defense
shallâ€"</text>

<paragraph id="HE512011C6FF941D0AB0FE1ED443314E1"><enum>(1)</enum><text display-
inline="yes-display-inline">conduct, at not less than three military installations, a
review of the oversight by the Secretary of Defense of privatized military housing at
such installations; and</text></paragraph>

<paragraph id="H5F63D999566E43029B3B3CDB085FEA62"><enum>(2)</enum><text>make publicly
available on a website of the Department a summary of the results of the
review.</text></paragraph></section>

<section id="H6EAC4124C2D94D7A87176CF2448CE23A"><enum>3045.</enum><header>Information
on legal services provided to members of the Armed Forces harmed by health or
environmental hazards at military housing</header>

<subsection
id="H00D9577F2B2648B7B8339EB6C3E5B1D3"><enum>(a)</enum><header>Report</header><text>Not
later than 90 days after the date of the enactment of this Act, the Secretary of
Defense shall submit to the congressional defense committees a report on the legal
services that the Secretary may provide to members of the Armed Forces who have been
harmed by a health or environmental hazard while living in military
housing.</text></subsection>

<subsection id="HCB5CD8CFB49B49FC9B1074DADA87B2AC"><enum>(b)</enum><header>Availability
of information</header><text>The Secretary of the military department concerned shall
make the information contained in the report submitted under subsection (a) available
to members of the Armed Forces at all installations of the Department of Defense in the
United States.</text></subsection></section></subtitle>

<subtitle id="HC8DB389A029840E9BD431A2B11336053"><enum>D</enum><header>Development of
Housing Reform Standards and Processes</header>

<section id="HB31E7365932B43F9B547A67425671ED3" section-type="subsequent-
section"><enum>3051.</enum><header>Uniform code of basic standards for privatized
military housing and plan to conduct inspections and assessments</header>

<subsection id="HD8FF4A6359C344078BB93CBD5D2CD5E0"><enum>(a)</enum><header>Uniform
code</header><text display-inline="yes-display-inline">Not later than February 1, 2021,
the Secretary of Defense shall establish and implement a uniform code of basic housing
standards for safety, comfort, and habitability for privatized military housing, which
shall meet or exceed requirements informed by a nationally recognized, consensus-based,
model property maintenance code.</text></subsection>

<subsection id="H382736DA4DBA4A43931D9929DAFD998B"><enum>(b)</enum><header>Inspection
and assessment plan</header><text display-inline="yes-display-inline">Not later than
February 1, 2020, the Secretary of Defense shall submit to the congressional defense
committees a Department of Defense plan to contract with qualified home inspectors to
conduct a thorough inspection and assessment of the structural integrity and
habitability of each unit of privatized military housing. The plan shall include the
implementation plan for the uniform code to be established under subsection
(a).</text></subsection>

<subsection
id="H7BAD205E193340D485C9F458AA399E4E"><enum>(c)</enum><header>Implementation of
inspections and assessments</header>

<paragraph
id="H1261B063CE854A88A9C661ABD5E5E8B3"><enum>(1)</enum><header>Implementation</header><
text display-inline="yes-display-inline">Not later than February 1, 2021, the Secretary
of the military department concerned shall commence conducting inspections and
assessments of units of privatized military housing pursuant to the plan submitted
under subsection (b) to identify issues and ensure compliance with applicable housing
codes, including the uniform code established under subsection (a).</text></paragraph>

<paragraph
```

id="H10BCEDE54EBE45C689F36EDD8FFDC668"><enum>(2)</enum><header>Report</header><text>Not later than March 1, 2021, the Secretary of Defense shall submit to the congressional defense committees a report on the findings of the inspections and assessments conducted under paragraph (1).</text></paragraph></subsection>

<subsection id="HA70F229D261B4D6891E82BD683D089A3"><enum>(d)</enum><header>Qualified home inspectors described</header><text>For purposes of this section, a qualified home inspector must possess the appropriate credentials for the work the inspector will perform, as defined by the respective State in which the work will be performed. A qualified home inspector may not be an employee or in a fiduciary relationship withâ€"</text>

<paragraph id="H38AEFA80315746098D58E1B22B5157A4"><enum>(1)</enum><text>the Federal Government; or</text></paragraph>

<paragraph id="HCA180E04A1004E378F3452FBDB6EA60A"><enum>(2)</enum><text>an individual or entity who owns or manages privatized military housing.</text></paragraph></subsection></section>

<section id="H7FD09A269542401FB14AD52D76D1C46F" section-type="subsequent-section"><enum>3052.</enum><header>Tool for assessment of hazards in Department of Defense housing</header>

<subsection id="HE4029853711148199F5ACE952F16B8B6"><enum>(a)</enum><header>Hazard assessment tool</header>

<paragraph id="H28CA429714E14DE2A8AACAC64872531A"><enum>(1)</enum><header>Development required</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop an assessment tool, such as a rating system or similar mechanism, to identify and measure health and safety hazards in housing under the jurisdiction of the Department of Defense (including privatized military housing).</text></paragraph>

<paragraph id="H38922151E0144C88997A064569A30DF8"><enum>(2)</enum><header>Components</header><text>The assessment tool shall provide for the identification and measurement of the following hazards:</text>

<subparagraph id="HA6083A280CD440D9B91FD492A60DB80F"><enum>(A)</enum><text display-inline="yes-display-inline">Physiological hazards, including dampness and mold growth, lead-based paint, asbestos and manmade fibers, radiation, biocides, carbon monoxide, and volatile organic compounds.</text></subparagraph>

<subparagraph id="H3DCF6B0813CD4731BE12D2098A2491F2"><enum>(B)</enum><text>Psychological hazards, including ease of access by unlawful intruders, and lighting issues.</text></subparagraph>

<subparagraph id="HEB4DE73C87DA418693277CA7C13FFBE5"><enum>(C)</enum><text>Infection hazards.</text></subparagraph>

<subparagraph id="H56ABD72BE4644DC498793907C75D26B5"><enum>(D)</enum><text>Safety hazards.</text></subparagraph></paragraph>

<paragraph id="HFF51F06F75DA4500B36A67997A7A6263"><enum>(3)</enum><header>Public forums</header><text display-inline="yes-display-inline">In developing the assessment tool, the Secretary of Defense shall provide for multiple public forums at which the Secretary may receive input with respect to such assessment tool from occupants of housing under the jurisdiction of the Department of Defense (including privatized military housing).</text></paragraph>

<paragraph id="H1587F90F0FE94150879116FA7286009C"><enum>(4)</enum><header>Report</header><text>Not later than 210 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the assessment tool.</text></paragraph></subsection>

<subsection id="HDAE49C9C069E4EB09F728A7D029A0DFD"><enum>(b)</enum><header>Hazard assessments</header>

<paragraph id="H45B47913CE9D4D2BA3BAB7D188F5BA39"><enum>(1)</enum><header>Assessments

required</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense, using the assessment tool developed under subsection (a)(1), shall complete a hazard assessment for each housing facility under the jurisdiction of the Department of Defense (including privatized military housing).</text></paragraph>

<paragraph id="H471F44B4D103469AADE57CC8144D054A"><enum>(2)</enum><header>Tenant information</header><text display-inline="yes-display-inline">As soon as practicable after the completion of the hazard assessment conducted for a housing facility under paragraph (1), the Secretary of Defense shall provide to each individual who leases or is assigned to a housing unit in the facility a summary of the results of the assessment. </text></paragraph></subsection></section>

<section id="HF9184FE860D24A149841598CF5FDB22E" section-type="subsequent-section"><enum>3053.</enum><header>Process to identify and address environmental health hazards in Department of Defense housing</header>

<subsection id="HEC856CF9888A4B75B33030B3AE77DDFC"><enum>(a)</enum><header>Process required</header><text display-inline="yes-display-inline">Not later than, in coordination with the Secretaries of the military departments, shall develop a process to identify, record, and resolve environmental health hazards in housing under the jurisdiction of the Department of Defense (including privatized housing) in a timely manner.</text></subsection>

<subsection id="H74C91AB0C99D41C3B72B262583341202"><enum>(b)</enum><header>Elements of process</header><text>The process developed under subsection (a) shall provide for the following with respect to each identified environmental health hazard:</text>

<paragraph id="H07160CC8DA9646109AC02A1643C539D2"><enum>(1)</enum><text>Categorization of the hazard.</text></paragraph>

<paragraph id="H0129D083FDFC455F9D28EAA770D04189"><enum>(2)</enum><text>Identification of health risks posed by the hazard.</text></paragraph>

<paragraph id="H295B9D92E78C4E40B088CCD655F03D7A"><enum>(3)</enum><text>Identification of the number of housing occupants potentially affected by the hazard.</text></paragraph>

<paragraph id="H18DDB6C9932E4DD8856D348F4B0CD698"><enum>(4)</enum><text>Recording and maintenance of information regarding the hazard.</text></paragraph>

<paragraph id="HE4D0D498B5924F8889C44CAAF97E44E1"><enum>(5)</enum><text>Resolution of the hazard, which shall include—</text>

<subparagraph id="HE5C574EC337E41A7A0DDDBCFC8025903"><enum>(A)</enum><text>the performance by the Secretary of Defense (or in the case of privatized housing, the landlord) of hazard remediation activities at the affected facility; and</text></subparagraph>

<subparagraph id="HCC9C95A0D2C542DEB40991AEE7FE0ECF"><enum>(B)</enum><text>follow-up by the Secretary of Defense to collect information on medical care related to the hazard sought or received by individuals affected by the hazard.</text></subparagraph></paragraph></subsection>

<subsection id="HF5612D9FC3C84D968BDBE04BBDC67E77"><enum>(c)</enum><header>Coordination</header><text>The Secretary of Defense shall ensure coordination between military treatment facilities, appropriate public health officials, and housing managers at military installations with respect to the development and implementation of the process required by subsection (a).</text></subsection>

<subsection id="HE6D30557BCF443048ED5BA0123725FA5"><enum>(d)</enum><header>Report</header><text>Not later than 210 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the process required by subsection (a).</text></subsection></section>

<section id="H5311EF251347415ABF191AA96A16E713" section-type="subsequent-section"><enum>3054.</enum><header>Department of Defense policy on lead-based paint

testing on military installations</header>

<subsection id="H5C5E82ADB14C471785FF83B0D9CEC51A"><enum>(a)</enum><header>Access and testing Policy</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall establish a policy under which the Secretary of the military department concerned may permit a qualified individual to access a military installation for the purpose of conducting testing for the presence of lead-based paint on the installation.</text></subsection>

<subsection id="H1E76AC478C5548C68100672D319A76E8"><enum>(b)</enum><header>Transmission of results</header>

<paragraph id="H4EA2EF63C74349A58D8B42C3A58114F3"><enum>(1)</enum><header>Installations inside the united states</header><text display-inline="yes-display-inline">In the case of military installations located inside the United States, the results of any testing for lead-based paint on a military installation shall be transmitted the following:</text>

<subparagraph id="H14CFD84B1FE948B6BB77EA654C6F5C22"><enum>(A)</enum><text>The civil engineer of the installation.</text></subparagraph>

<subparagraph id="H0947E3E2733D4F8F8FAA6F0FD94C4825"><enum>(B)</enum><text>The housing management office of the installation.</text></subparagraph>

<subparagraph id="H571944092C2D41E69C75FECF1669F500"><enum>(C)</enum><text>The public health organization on the installation.</text></subparagraph>

<subparagraph id="HF497748BC69D475EB509DEB91F7033A8"><enum>(D)</enum><text>The major subordinate command of the Armed Force with jurisdiction over the installation.</text></subparagraph>

<subparagraph id="HF639B930B09E4519B7F71BDA72135077"><enum>(E)</enum><text>If required by law, any relevant Federal, State, and local agencies.</text></subparagraph></paragraph>

<paragraph id="H8CB5B5132FAC4245A44848880D7A563F"><enum>(2)</enum><header>Installations outside the United States</header><text display-inline="yes-display-inline">In the case of military installations located outside the United States, the results of any testing for lead-based paint on a military installation shall be transmitted to the civil engineer or commander of the installation who shall transmit those results to the major subordinate command of the Armed Force with jurisdiction over the installation.</text></paragraph></subsection>

<subsection id="H2C913CB56B664F879037C2907B2DF5FA"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H88C51AA30C2E4BD8903B33E4920036C7"><enum>(1)</enum><text>The term <quote>United States</quote> has the meaning given that term in section 101(a)(1) of title 10, United States Code.</text></paragraph>

<paragraph id="H8C731337C121429394AC54B96F44E181"><enum>(2)</enum><text>The term <quote>qualified individual</quote> means an individual who is certified by the Environmental Protection Agency or by a State asâ€"</text>

<subparagraph id="HC75BC855D6094111A5BAFAFB99E236E8"><enum>(A)</enum><text>a lead-based paint inspector; or</text></subparagraph>

<subparagraph id="H3232E1143BF44AD0A3F1F8DF39A34939"><enum>(B)</enum><text>a lead-based paint risk assessor.</text></subparagraph></paragraph></subsection></section>

<section id="H892DDFA392694D6DBA26AC02A23AD367" section-type="subsequent-section"><enum>3055.</enum><header>Standard for minimum credentials for health and environmental inspectors of privatized military housing</header>

<subsection id="H8F3EB252B72F4F58B9AF58593DE58241"><enum>(a)</enum><header>Development and submission of standard</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that contains a standard for minimum credentials to be used throughout the Department of Defense for all inspectors of health and environmental hazards at privatized military housing, including inspectors contracted by the Department.</text></subsection>

WASHSTATEC015524

```
<subsection id="H2974AFA2C0BB4537B6E54AED78EF2C68"><enum>(b)</enum><header>Inclusion of
categories for specific environmental hazards</header><text>The standard submitted
under subsection (a) shall include categories for specific environmental hazards such
as lead, mold, and radon.</text></subsection></section>

<section id="HFC0E0090C56D4F1382DDBE4040994E95" section-type="subsequent-
section"><enum>3056.</enum><header>Requirements relating to move-in, move-out, and
maintenance of privatized military housing</header>

<subsection id="HF17D11A421C44D0C811E60CD08EC273B"><enum>(a)</enum><header>Move-in and
move-out checklist</header>

<paragraph id="H96432AD8ED4341BAB19746BAE69D188A"><enum>(1)</enum><header>Checklist
required</header><text display-inline="yes-display-inline">The Secretary of Defense
shall develop a uniform move-in and move-out checklist for use by landlords providing
privatized military housing and by tenants of such housing.</text></paragraph>

<paragraph id="H3BA059B8AF104168A3A0CE1009425AEA"><enum>(2)</enum><header>Required
move-in element</header><text display-inline="yes-display-inline">A tenant who will
occupy a unit of privatized military housing is entitled to be present for an
inspection of the housing unit before accepting occupancy of the housing unit to ensure
that the unit is habitable and that facilities and common areas of the building are in
good repair.</text></paragraph>

<paragraph id="HD9BC6E7E7E45428DBAC057CD20678C6A"><enum>(3)</enum><header>Required
move-out element</header><text display-inline="yes-display-inline">A tenant of a unit
of privatized military housing is entitled to be present for the move-out inspection of
the housing unit and must be given sufficient time to address any concerns related to
the tenantâ€™s occupancy of the housing unit.</text></paragraph></subsection>

<subsection id="H209BECC3B87D4FF4AD87241F41AEDA25"><enum>(b)</enum><header>Maintenance
checklist</header><text display-inline="yes-display-inline">The Secretary of Defense
shallâ€"</text>

<paragraph id="HC480A7BBBD41411DB617EFBF8DD0D7EA"><enum>(1)</enum><text>develop a
uniform checklist to be used by housing management offices to validate the completion
of all maintenance work related to health and safety issues at privatized military
housing; and</text></paragraph>

<paragraph id="HDD0E0F84B4F34535AF8B1046CBB20C68"><enum>(2)</enum><text display-
inline="yes-display-inline">require that all maintenance issues and work orders related
to health and safety issues at privatized military housing be reported to the commander
of the installation for which the housing is provided.</text></paragraph></subsection>

<subsection
id="H05A8822D8C4041259A889145ED52D56A"><enum>(c)</enum><header>Consultation</header><te
xt display-inline="yes-display-inline">The Secretary of Defense shall carry out this
section in consultation with the Secretaries of the military
departments.</text></subsection>

<subsection
id="H17E36B5D614043EA9D4719D80A2E5B49"><enum>(d)</enum><header>Deadline</header><text
display-inline="yes-display-inline">The uniform checklists required by this section
shall be completed not later than 60 days after the date of the enactment of this
Act.</text></subsection></section>

<section id="H971667DD394E475D970404579A21F157" section-type="subsequent-
section"><enum>3057.</enum><header>Standardized documentation, templates, and forms for
privatized military housing</header>

<subsection id="HA965EC29CF7046018518A3C9E4E94B5B"><enum>(a)</enum><header>Development
required</header>

<paragraph id="HAAA92EE90C90453DAAA6A1392C28F14A"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of Defense
shall develop standardized documentation, templates, and forms for use throughout the
Department of Defense with respect to privatized military housing. In developing such
documentation, templates, and forms, the Secretary shall ensure that, to the maximum
extent practicable, the documentation, templates, and forms do not conflict with
applicable State and local housing regulations.</text></paragraph>
```

WASHSTATEC015525

```
<paragraph id="H0F61246680D14DEA985FA99585897130"><enum>(2)</enum><header>Initial
guidance</header><text>Not later than 30 days after the date of the enactment of this
Act, the Secretary of Defense shall issue guidance for the development of the
following:</text>

<subparagraph id="H2C37A2AE22564AF5BA4706B171BBD0D6"><enum>(A)</enum><text>Policies and
standard operating procedures of the Department for privatized military
housing.</text></subparagraph>

<subparagraph id="H7DB4704835F74E4B9E8C713ECAE3CBE5"><enum>(B)</enum><text>A universal
lease agreement for privatized military housing that includesâ€"</text>

<clause id="HB7E537F5540C47AF9CA1CFEE01E25CEF"><enum>(i)</enum><text display-
inline="yes-display-inline">the documents developed pursuant to section 2890 of title
10, United States Code, as added by section 3011, entitled Military Housing
Privatization Initiative Tenant Bill of Rights and Military Housing Privatization
Initiative Tenant Responsibilities; and</text></clause>

<clause id="HE48D6E5DF3164AAE802DBB24F5385A21"><enum>(ii)</enum><text display-
inline="yes-display-inline">any lease addendum required by the law of the State in
which the unit of privatized military housing is located.
</text></clause></subparagraph></paragraph>

<paragraph
id="HF7BF584EFD1447B0980F3FDC2AF5E5B9"><enum>(3)</enum><header>Consultation</header><te
xt display-inline="yes-display-inline">The Secretary of Defense shall carry out this
subsection in consultation with the Secretaries of the military
departments.</text></paragraph></subsection>

<subsection id="HC42905EBCAA74725854B4D4FDDD318E8"><enum>(b)</enum><header>Military
department plans</header><text display-inline="yes-display-inline">Not later than
February 1, 2020, the Secretary of each military department shall submit to the
congressional defense committees a plan for the implementation of this section by that
military department.</text></subsection></section>

<section id="H5FBC08B030D94E00A1B55C485BA9E0E3" section-type="subsequent-
section"><enum>3058.</enum><header>Satisfaction survey for tenants of military
housing</header>

<subsection id="H15DD2B2F03FD4E4191016584D7873F93"><enum>(a)</enum><header>Survey
required</header><text display-inline="yes-display-inline">Not later than March 1,
2020, the Secretary of Defense shall require that each installation of the Department
of Defense use the same satisfaction survey for tenants of military housing, including
privatized military housing.</text></subsection>

<subsection id="HDDFEC8D7F8BF4C22AEAD21F0245E2892"><enum>(b)</enum><header>Form of
survey</header><text display-inline="yes-display-inline">The satisfaction survey
required by subsection (a) shall be an electronic survey with embedded privacy and
security mechanisms.</text></subsection>

<subsection id="HE1A67DE288404DCABC22CA2ACC7E5224"><enum>(c)</enum><header>Privacy and
security mechanisms</header><text display-inline="yes-display-inline">The privacy and
security mechanisms used in the satisfaction survey required by subsection
(a)â€"</text>

<paragraph id="H9580394FD4DE4EE0A45226B6B2A7A5A3"><enum>(1)</enum><text>may include a
code unique to the tenant to be surveyed that is sent to the cell phone number of the
tenant and required to be entered to access the survey; and</text></paragraph>

<paragraph id="H7AB670E7D0E7460CBA7C3D17B600BB36"><enum>(2)</enum><text display-
inline="yes-display-inline">in the case of privatized military housing, shall ensure
the survey is not shared with the landlord providing the privatized military housing
until the survey is reviewed and the results are tallied by Department of Defense
personnel.</text></paragraph></subsection></section></subtitle>

<subtitle id="H8E321BB80D8640E6B7D29D4CBAF6404F"><enum>E</enum><header>Other Housing
Reform Matters</header>

<section id="H70D6A3159DC64D54892BFE7EAF224611" section-type="subsequent-
section"><enum>3061.</enum><header>Radon testing of privatized military
housing</header>
```

```
<subsection
id="HFF80B711C3F442CB93249ABD55DB7422"><enum>(a)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of
Defense shall submit to the congressional defense committees a report identifying the
installations of the Department of Defense that have privatized military housing that
should be monitored for levels of radon at or above the action
level.</text></subsection>

<subsection id="HFADD0A8FB30C45948BEEF1F79353E5A2"><enum>(b)</enum><header>Testing
procedures and standards</header><text display-inline="yes-display-inline">The
Secretaries of the military departments shall ensure that landlords providing
privatized military housing at installations identified under subsection (a) establish
testing procedures that are consistent with then current national consensus standards
and are in compliance with applicable Federal, State, and local radon regulations in
order to ensure radon levels are below recommended levels established by the
Environmental Protection Agency, whether throughâ€"</text>

<paragraph id="HC8AD24B8350A4266BEE78B51B820ABCD"><enum>(1)</enum><text>regular testing
of privatized military housing by persons who possess certification pursuant to the
proficiency program operated under section 305(a)(2) of the Toxic Substances Control
Act (15 U.S.C. 2665(a)(2)); or</text></paragraph>

<paragraph id="H6CD4261BEF7D4B9990BE53162378D92E"><enum>(2)</enum><text display-
inline="yes-display-inline">the installation of monitoring equipment in privatized
military housing.</text></paragraph></subsection>

<subsection id="HFBFB3160C1974379BD29F7D90FCB264B"><enum>(c)</enum><header>Notification
regarding need for mitigation</header><text display-inline="yes-display-inline">If, as
a result of testing described in subsection (b), a unit of privatized military housing
needs radon mitigation to ensure radon levels are below recommended levels, the
landlord providing the housing unit shall submit to the Secretary of the military
department concerned, not later than seven days after the determination of the need for
radon mitigation, the mitigation plan for the housing
unit.</text></subsection></section>

<section id="HE63320FE1A2C4EE89F4804C389D59DF4"><enum>3062.</enum><header>Mitigation of
risks posed by certain items in military family housing units</header>

<subsection id="H41610D7693424E619ED4D8920B1980B9"><enum>(a)</enum><header>Anchoring of
items by residents</header><text display-inline="yes-display-inline">The Secretary of
Defense shall allow a resident of a military family housing unit to anchor any
furniture, television, or large appliance to the wall of the unit for purposes of
preventing such item from tipping over without incurring a penalty or obligation to
repair the wall upon vacating the unit.</text></subsection>

<subsection id="H2FCA0602C370477484BB57A5C2EA8D01"><enum>(b)</enum><header>Anchoring of
items for all units</header>

<paragraph id="HB4D54D49CF394832BC4EB2AE490642CA"><enum>(1)</enum><header>Existing
units</header><text>Not later than one year after the date of the enactment of this
Act, the Secretary of Defense shall ensure that all freestanding chests, door chests,
armoires, dressers, entertainment centers, bookcases taller than 27 inches,
televisions, and large appliances provided by the Department of Defense are securely
anchored in each furnished military family housing unit under the jurisdiction of the
Department as of the date of the enactment of this Act.</text></paragraph>

<paragraph id="H2C835AD8349D4A8EBAEE781F8136D588"><enum>(2)</enum><header>New
units</header><text>The Secretary of Defense shall ensure that all freestanding chests,
door chests, armoires, dressers, entertainment centers, bookcases taller than 27
inches, televisions, and large appliances provided by the Department of Defense are
securely anchored in each furnished military family housing unit made available after
the date of the enactment of this Act.</text></paragraph></subsection></section>

<section id="HF76EA68C37EA4A48ABF068A67054E9C0" section-type="subsequent-
section"><enum>3063.</enum><header>Suspension of Resident Energy Conservation Program
and related programs for privatized military housing</header>

<subsection id="HD1ADABF5579646769D9544FB5E8873B1"><enum>(a)</enum><header>Suspension
required</header><text display-inline="yes-display-inline">The Secretary of Defense
shall suspend the initiative of the Department of Defense known as the Resident Energy
```

WASHSTATEC015527

Conservation Program and instruct the Secretary of each military department to suspend any program carried out by such Secretary that measures the energy usage for individual units of privatized military housing on installations of the Department of Defense.</text></subsection>

<subsection id="H58220E0AF0F3443C89A55F8674D771C6"><enum>(b)</enum><header>Term of suspension</header><text display-inline="yes-display-inline">Subject to subsection (c), the suspension required by subsection (a) shall remain in effect for an installation of the Department of Defense until the Secretary of Defense certifies to the congressional defense committees that 100 percent of the privatized military housing on the installation is individually metered to each respective unit of privatized military housing on the installation military housing unit and the meter accurately measures the energy usage of the unit.</text></subsection>

<subsection id="H201C35507CB643549BA9EB611DE48ADE"><enum>(c)</enum><header>Termination</header><text display-inline="yes-display-inline">If the Secretary of Defense is unable to make the certification required by subsection (b) for an installation of the Department of Defense before the end of the two-year period beginning on the date of the enactment of this Act, each program suspended pursuant to subsection (a) at that installation shall terminate at the end of such period.</text></subsection></section>

<section id="HEF5B36C6655B4E77B211A34644507684" section-type="subsequent-section"><enum>3064.</enum><header>Department of the Army pilot program to build and monitor use of single family homes</header>

<subsection id="HC09486936B29452BAA01752D2B50FB2D"><enum>(a)</enum><header>In General</header><text display-inline="yes-display-inline">The Secretary of the Army shall carry out a pilot program to build and monitor the use of not fewer than five single family homes for members of the Army and their families.</text></subsection>

<subsection id="H9C95DF1C62E240478E86775A3A59DFA7"><enum>(b)</enum><header>Location</header><text>The Secretary of the Army shall carry out the pilot program at no less than two installations of the Army located in different climate regions of the United States as determined by the Secretary.</text></subsection>

<subsection id="H2389420A14C04D8F8921E499755A9DA0"><enum>(c)</enum><header>Design</header><text>In building homes under the pilot program, the Secretary of the Army shall use the All-American Abode design from the suburban single-family division design by the United States Military Academy.</text></subsection></section></subtitle></title></division>

<division id="HFCE49017ED5D43AE807746067C2E92B1" style="OLC"><enum>C</enum><header>DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS</header>

<toc container-level="division-container" quoted-block="no-quoted-block" lowest-level="section" idref="HFCE49017ED5D43AE807746067C2E92B1" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H8A497E084AA149CEBEE669BD1DEC63CB" level="title">Title XXXIâ€"DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</toc-entry>

<toc-entry idref="H485F58B847A74E569F015B5D5F0DA2E1" level="subtitle">Subtitle Aâ€"National Security Programs and Authorizations</toc-entry>

<toc-entry idref="H5A9BE351E24542F89396B66E37294F20" level="section">Sec.â€‚3101.â€‚National Nuclear Security Administration.</toc-entry>

<toc-entry idref="H1A7F642E0AF2419B9C3D69AB13344B5A" level="section">Sec.â€‚3102.â€‚Defense environmental cleanup.</toc-entry>

<toc-entry idref="H76C5707B72634F74A59B7305033BCF1A" level="section">Sec.â€‚3103.â€‚Other defense activities.</toc-entry>

<toc-entry idref="HBDE35998A6984404834AA92130D89E32" level="section">Sec.â€‚3104.â€‚Nuclear energy.</toc-entry>

<toc-entry idref="H8AF3EF6B5A5544A69DB4544DDA5C81B9" level="subtitle">Subtitle Bâ€"Program Authorizations, Restrictions, and Limitations</toc-entry>

WASHSTATEC015528

&lt;toc-entry idref="HCBD5737CC5534095825CAEBA6270CD2A"
level="section"&gt;Sec.â€,3111.â€,Personnel matters at National Nuclear Security
Administration.&lt;/toc-entry&gt;

&lt;toc-entry idref="H18FE5D80577246D89BA7F4208C9AEE55"
level="section"&gt;Sec.â€,3112.â€,Estimation of costs of meeting defense environmental
cleanup milestones required by consent orders.&lt;/toc-entry&gt;

&lt;toc-entry idref="H4AC0E801BC834B47B57047BC638A9380"
level="section"&gt;Sec.â€,3113.â€,Office of Cost Estimating and Program Evaluation.&lt;/toc-
entry&gt;

&lt;toc-entry idref="H4FEE9DAEDAD741B4BC95B603E0ED1DD6"
level="section"&gt;Sec.â€,3114.â€,Clarification of certain Stockpile Responsiveness
Program objectives.&lt;/toc-entry&gt;

&lt;toc-entry idref="H2A128C82AE664753B92A9ED84D1A63F2"
level="section"&gt;Sec.â€,3115.â€,Elimination of limitation on availability of funds
relating to submission of annual reports on unfunded priorities.&lt;/toc-entry&gt;

&lt;toc-entry idref="HB6DB28A1159D407DABB18021F8C03F95"
level="section"&gt;Sec.â€,3116.â€,Modification to certain requirements relating to
plutonium pit production capacity.&lt;/toc-entry&gt;

&lt;toc-entry idref="H7EDA71AF79D14D2EAE0C62AE6C6043A3"
level="section"&gt;Sec.â€,3117.â€,Annual certification of shipments to Waste Isolation
Pilot Plant.&lt;/toc-entry&gt;

&lt;toc-entry idref="H8E39A69442AF493F9CDFA5046FE2D0A8"
level="section"&gt;Sec.â€,3118.â€,Extension and modification of pilot program on
unavailability for overhead costs of amounts specified for laboratory-directed research
and development.&lt;/toc-entry&gt;

&lt;toc-entry idref="H04087C75D5A34CF083C9F93870F7CB72"
level="section"&gt;Sec.â€,3119.â€,Modification to limitation on availability of funds for
acceleration of nuclear weapons dismantlement.&lt;/toc-entry&gt;

&lt;toc-entry idref="HF195D21C72C14F26AF8B9C46FC2F0B65"
level="section"&gt;Sec.â€,3120.â€,Implementation of common financial reporting system for
nuclear security enterprise.&lt;/toc-entry&gt;

&lt;toc-entry idref="HC842175B8604469B99C0A3D737EA78C8"
level="section"&gt;Sec.â€,3121.â€,Limitation relating to reclassification of high-level
waste.&lt;/toc-entry&gt;

&lt;toc-entry idref="H6B83622C4AB54E36B8481FCC85457753"
level="section"&gt;Sec.â€,3122.â€,National Laboratory Jobs ACCESS Program.&lt;/toc-entry&gt;

&lt;toc-entry idref="HB9AC4AE4127749D2AB77ED44A065A8AC" level="subtitle"&gt;Subtitle
Câ€"Reports and other matters&lt;/toc-entry&gt;

&lt;toc-entry idref="HEB53E50EED364BC9AE587A683EBD464F"
level="section"&gt;Sec.â€,3131.â€,Civil penalties for violations of certain whistleblower
protections.&lt;/toc-entry&gt;

&lt;toc-entry idref="HB51E27C45E094DF791939A7CB66F0163"
level="section"&gt;Sec.â€,3132.â€,Repeal of assessments of adequacy of budget requests
relating to nuclear weapons stockpile.&lt;/toc-entry&gt;

&lt;toc-entry idref="H5B20F55B296F412AB1AA771A84ECC1AE"
level="section"&gt;Sec.â€,3133.â€,Repeal of requirement for review relating to enhanced
procurement authority.&lt;/toc-entry&gt;

&lt;toc-entry idref="H2BFE4989EC2443B2B7659BAC729EA73D"
level="section"&gt;Sec.â€,3134.â€,Improvements to Energy Employees Occupational Illness
Compensation Program Act of 2000.&lt;/toc-entry&gt;

&lt;toc-entry idref="HCF9BC291C28E418AAF678AC335819A41"
level="section"&gt;Sec.â€,3135.â€,Replacement of W78 warhead.&lt;/toc-entry&gt;

&lt;toc-entry idref="HA0C1459DB0C2489581011C84EA1F494E"
level="section"&gt;Sec.â€,3136.â€,Independent review of capabilities for detection,

verification, and monitoring of nuclear weapons and fissile material.</toc-entry>

<toc-entry idref="H8DBA93A6B23349599E6113CFFEEDB376"
level="section">Sec.â€¯3137.â€¯Assessment of high energy density physics.</toc-entry>

<toc-entry idref="HCE510BFD538A417498B0EE455EC457FE"
level="section">Sec.â€¯3138.â€¯Determination of effect of treaty obligations with
respect to producing tritium.</toc-entry>

<toc-entry idref="HAC6283D50B6F4EBCAB912212D41138EF"
level="section">Sec.â€¯3139.â€¯Technical corrections to National Nuclear Security
Administration Act and Atomic Energy Defense Act.</toc-entry></toc>

<title id="H8A497E084AA149CEBEE669BD1DEC63CB"
style="OLC"><enum>XXXI</enum><header>DEPARTMENT OF ENERGY NATIONAL SECURITY
PROGRAMS</header>

<subtitle id="H485F58B847A74E569F015B5D5F0DA2E1"
style="OLC"><enum>A</enum><header>National Security Programs and
Authorizations</header>

<section commented="no" display-inline="no-display-inline"
id="H5A9BE351E24542F89396B66E37294F20" section-type="subsequent-
section"><enum>3101.</enum><header display-inline="yes-display-inline">National Nuclear
Security Administration</header>

<subsection commented="no" display-inline="no-display-inline"
id="HD61535E151EA4E4BB9CACB0D35A93787"><enum>(a)</enum><header display-inline="yes-
display-inline">Authorization of appropriations</header><text display-inline="yes-
display-inline">Funds are hereby authorized to be appropriated to the Department of
Energy for fiscal year 2020 for the activities of the National Nuclear Security
Administration in carrying out programs as specified in the funding table in section
4701.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HA4936E3FC7144DD9AD6359B2C2D0AF42"><enum>(b)</enum><header display-inline="yes-
display-inline">Authorization of new plant projects</header><text display-inline="yes-
display-inline">From funds referred to in subsection (a) that are available for
carrying out plant projects, the Secretary of Energy may carry out new plant projects
for the National Nuclear Security Administration as follows:</text><list commented="no"
level="paragraph" list-type="none"><list-item commented="no">Project 20â€"Dâ€"931, KL
Fuel Development Laboratory, Knolls Atomic Power Laboratory, Schenectady, New York,
$23,700,000. </list-item><list-item commented="no">General Purpose Project, PFâ€"4
Power and Communications Systems Upgrade, Los Alamos National Laboratory, Los Alamos,
New Mexico, $16,000,000.</list-item></list></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H1A7F642E0AF2419B9C3D69AB13344B5A" section-type="subsequent-
section"><enum>3102.</enum><header display-inline="yes-display-inline">Defense
environmental cleanup</header>

<subsection commented="no" display-inline="no-display-inline"
id="H8C65FC4C18CF4498BAB3293CFA4FAFB0"><enum>(a)</enum><header display-inline="yes-
display-inline">Authorization of appropriations</header><text display-inline="yes-
display-inline">Funds are hereby authorized to be appropriated to the Department of
Energy for fiscal year 2020 for defense environmental cleanup activities in carrying
out programs as specified in the funding table in section 4701.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H3D4967BA72E84755A07878EF7919A5AA"><enum>(b)</enum><header display-inline="yes-
display-inline">Authorization of new plant projects</header><text display-inline="yes-
display-inline">From funds referred to in subsection (a) that are available for
carrying out plant projects, the Secretary of Energy may carry out, for defense
environmental cleanup activities, the following new plant projects:</text><list
commented="no" level="paragraph" list-type="none"><list-item commented="no">Project
20â€"Dâ€"401, Saltstone Disposal Units numbers 10, 11, and 12, Savannah River Site,
Aiken, South Carolina, $1,000,000.</list-item><list-item commented="no">Project
20â€"Dâ€"402, Advanced Manufacturing Collaborative, Savannah River Site, Aiken, South
Carolina, $50,000,000.</list-item><list-item commented="no">Project 20â€"Uâ€"401, On-
Site Waste Disposal Facility (Cell Lines 2 and 3), Portsmouth Site, Pike County, Ohio,

```
$10,000,000.</list-item></list></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H76C5707B72634F74A59B7305033BCF1A" section-type="subsequent-
section"><enum>3103.</enum><header display-inline="yes-display-inline">Other defense
activities</header><text display-inline="no-display-inline">Funds are hereby authorized
to be appropriated to the Department of Energy for fiscal year 2020 for other defense
activities in carrying out programs as specified in the funding table in section
4701.</text></section>

<section commented="no" display-inline="no-display-inline"
id="HBDE35998A6984404834AA92130D89E32" section-type="subsequent-
section"><enum>3104.</enum><header display-inline="yes-display-inline">Nuclear
energy</header><text display-inline="no-display-inline">Funds are hereby authorized to
be appropriated to the Department of Energy for fiscal year 2020 for nuclear energy as
specified in the funding table in section 4701.</text></section></subtitle>

<subtitle id="H8AF3EF6B5A5544A69DB4544DDA5C81B9"
style="OLC"><enum>B</enum><header>Program Authorizations, Restrictions, and
Limitations</header>

<section id="HCBD5737CC5534095825CAEBA6270CD2A" section-type="subsequent-
section"><enum>3111.</enum><header>Personnel matters at National Nuclear Security
Administration</header>

<subsection id="HCF0820FC74EB4D5AACF37A9E217A1BAB"><enum>(a)</enum><header>Personnel
levels of the Office of the Administrator for Nuclear Security</header>

<paragraph id="H8A2CE8332E0945E7A69865C73C109A85"><enum>(1)</enum><header>Personnel
levels</header>

<subparagraph
id="H43D7A55C35C64AED81D6887D73A9D8BD"><enum>(A)</enum><header>Increase</header><text>S
ubsection (a) of section 3241A of the National Nuclear Security Administration Act (50
U.S.C. 2441a) is amended by striking <quote>1,690</quote> both places it appears and
inserting <quote>1,890</quote>.</text></subparagraph>

<subparagraph id="H0CDDF5CD0F5348998860E27AB8A4328D"><enum>(B)</enum><header>Technical
amendments</header><text>Such subsection is further amended—</text>

<clause id="HD6D259DB30204265973036C94183714B"><enum>(i)</enum><text>in paragraph (1),
by striking <quote>By October 1, 2015, the</quote> and inserting <quote>The</quote>;
and</text></clause>

<clause id="H411DD15FC337403D9B5948650F4129B6"><enum>(ii)</enum><text>in paragraph (2),
by striking <quote>2016</quote> and inserting
<quote>2020</quote>.</text></clause></subparagraph></paragraph>

<paragraph id="HE8304DDF1B15460FB728500C8531507D"><enum>(2)</enum><header>Reports on
service support contracts</header><text>Subsection (f) of such section is
amended—</text>

<subparagraph id="H487F2311B18F47938598A0942EFA9783"><enum>(A)</enum><text>in the
matter preceding paragraph (1), by striking <quote>as of the date of the report</quote>
and inserting <quote>for the most recent fiscal year for which data are
available</quote>; and</text></subparagraph>

<subparagraph id="H0B1257BABC144909948A68A9FE481205"><enum>(B)</enum><text display-
inline="yes-display-inline">by striking paragraph (5) and inserting the following new
paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H99666DFB00F54C27A18B1EBA3DBE6024"
style="OLC">

<paragraph id="H299040A2B91E4C8992A079512141E81D"><enum>(5)</enum><text display-
inline="yes-display-inline">With respect to each contract identified under paragraph
(2)—</text>

<subparagraph id="H29BB794BFD6B42E1BD1C7900ED5B2677"><enum>(A)</enum><text display-
inline="yes-display-inline">identification of each appropriations account that supports
the contract; and</text></subparagraph>
```

WASHSTATEC015531

```
<subparagraph id="H259C62D7697D4567B7A5DC396B4D4E98"><enum>(B)</enum><text display-
inline="yes-display-inline">the amount obligated under the contract during the fiscal
year, listed by each such account.</text></subparagraph></paragraph>

<paragraph id="HEEA9BB793A5044B58DCCFA3B19547585"><enum>(6)</enum><text>With respect to
each appropriations account identified under paragraph (5)(A), the total amount
obligated for contracts identified under paragraph (2).</text></paragraph><after-
quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCCD744D07E0D47E88E2006A95DB5095F"><enum>(b)</enum><header display-inline="yes-
display-inline">Increase in contracting, program management, scientific, engineering,
and technical positions</header><text display-inline="yes-display-inline">Section 3241
of the National Nuclear Security Administration Act (50 U.S.C. 2441) is amended in the
first sentence by striking <quote>600</quote> and inserting
<quote>800</quote>.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H18FE5D80577246D89BA7F4208C9AEE55" section-type="subsequent-
section"><enum>3112.</enum><header display-inline="yes-display-inline">Estimation of
costs of meeting defense environmental cleanup milestones required by consent
orders</header>

<subsection commented="no" display-inline="no-display-inline"
id="HF8956AE1B9A941FCA23926CC122290F3"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Subtitle A
of title XLIV of the Atomic Energy Defense Act (50 U.S.C. 2581 et seq.) is amended by
adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H5771ED05C02043F5B79443D74D28732D"
style="OLC">

<section commented="no" display-inline="no-display-inline"
id="H9809621E59E84BFCB6A927065977952B" section-type="subsequent-
section"><enum>4409.</enum><header display-inline="yes-display-inline">Estimation of
costs of meeting defense environmental cleanup milestones required by consent
orders</header><text display-inline="no-display-inline">The Secretary of Energy shall
include in the budget justification materials submitted to Congress in support of the
Department of Energy budget for each fiscal year (as submitted with the budget of the
President under section 1105(a) of title 31, United States Code) a report on the cost,
for that fiscal year and the four fiscal years following that fiscal year, of meeting
milestones required by a consent order at each defense nuclear facility at which
defense environmental cleanup activities are occurring. The report shall include, for
each such facilityâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H074BF0D94D2B4BDF97547E58D754DA3E"><enum>(1)</enum><text display-inline="yes-
display-inline">a specification of the cost of meeting such milestones during that
fiscal year; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3AC197B1870E4A6DA89D44D38E9618FC"><enum>(2)</enum><text display-inline="yes-
display-inline">an estimate of the cost of meeting such milestones during the four
fiscal years following that fiscal year.</text></paragraph></section><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H362AF9C34B3547E5839C042B9D786475"><enum>(b)</enum><header display-inline="yes-
display-inline">Clerical amendment</header><text display-inline="yes-display-
inline">The table of contents for the Atomic Energy Defense Act is amended by inserting
after the item relating to section 4408 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H5E75E4FAB9FC4139A58E0FD2D995EE2A"
style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 4409. Estimation of costs of meeting defense
environmental cleanup milestones required by consent orders.</toc-entry></toc><after-
```

```
quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H4AC0E801BC834B47B57047BC638A9380" section-type="subsequent-
section"><enum>3113.</enum><header>Office of Cost Estimating and Program
Evaluation</header>

<subsection
id="H558283CAEE1443D3819E8B25330C66AB"><enum>(a)</enum><header>Reporting</header><text
display-inline="yes-display-inline">Section 3221(b)(1) of the National Nuclear Security
Administration Act (50 U.S.C. 2411(b)(1)) is amended by adding at the end the following
new sentence: <quote>The Director shall report directly to the
Administrator.</quote>.</text></subsection>

<subsection
id="H440CC7B73BA94F3F8778D68FBB72D45B"><enum>(b)</enum><header>Briefing</header><text
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this Act, the Administrator for Nuclear Security shall provide to the
congressional defense committees a briefing on the plan of the Administrator to fully
staff the Office of Cost Estimating and Program Evaluation of the National Nuclear
Security Administration pursuant to section 3221(f) of the National Nuclear Security
Administration Act (50 U.S.C. 2411(f)).</text></subsection></section>

<section id="H4FEE9DAEDAD741B4BC95B603E0ED1DD6" section-type="subsequent-
section"><enum>3114.</enum><header>Clarification of certain Stockpile Responsiveness
Program objectives</header><text display-inline="no-display-inline">Section 4220(c) of
the Atomic Energy Defense Act (50 U.S.C. 2538b(c)) is amended—"</text>

<paragraph id="H870CC43C4879405CB38A6E191CB636FF"><enum>(1)</enum><text>in paragraph
(3), by striking <quote>capabilities required, including prototypes</quote> and
inserting <quote>capabilities as required, such as through the use of
prototypes</quote>; and</text></paragraph>

<paragraph id="H542400468E5E415B876DED0F9EA4DFB6"><enum>(2)</enum><text>in paragraph
(6)—"</text>

<subparagraph id="H4B967EBFF149454D92B701065214A9CD"><enum>(A)</enum><text>by striking
<quote>in consultation with the Director of National Intelligence</quote> and inserting
<quote>in coordination with the Director of National Intelligence</quote>;
and</text></subparagraph>

<subparagraph id="HD94CF1FAAFBF46D39DE4880F2A0B5D59"><enum>(B)</enum><text>by inserting
<quote>if needed to meet intelligence requirements</quote> after <quote>foreign
countries</quote>.</text></subparagraph></section>

<section id="H2A128C82AE664753B92A9ED84D1A63F2"><enum>3115.</enum><header>Elimination
of limitation on availability of funds relating to submission of annual reports on
unfunded priorities</header><text display-inline="no-display-inline">Section 4716 of
the Atomic Energy Defense Act (50 U.S.C. 2756) is amended—"</text>

<paragraph id="HD05C0C648EB8448AB119287B7F8DB5C9"><enum>(1)</enum><text>by striking
subsection (a) and inserting the following new subsection:</text></paragraph>

<quoted-block style="OLC" id="HCE4B6886458E4263B7984E58A922E94A" display-inline="no-
display-inline">

<subsection id="HCA9FBCE5FF40449F85CD7C0B111D614B"><enum>(a)</enum><header>Annual
report or certification</header><text display-inline="yes-display-inline">Not later
than 10 days after the date on which the budget of the President for a fiscal year is
submitted to Congress pursuant to section 1105(a) of title 31, United States Code, the
Administrator shall submit to the Secretary of Energy and the congressional defense
committees either—"</text>

<paragraph id="H018AF0A93844431AB6F7A05429EABF95"><enum>(1)</enum><text>a report on the
unfunded priorities of the Administration; or</text></paragraph>

<paragraph id="HC4459D66D9FD48DF8263A774E7D8ADAC"><enum>(2)</enum><text display-
inline="yes-display-inline">if the Administrator determines that there are no unfunded
priorities to include in such a report, a certification and explanation by the
Administrator, without delegation, of the
determination.</text></paragraph></subsection><after-quoted-block>;</after-quoted-
block></quoted-block></paragraph>
```

WASHSTATEC015533

```
<paragraph id="H931A3DB8DB014DAEB02A0E8CA939249D"><enum>(2)</enum><text>in subsection
(b), by striking <quote>report required by subsection (a)</quote> both places it
appears and inserting <quote>report under subsection (a)(1)</quote></text></paragraph>

<paragraph id="H4F3AC53D01F34E1A9B85201AAC85EF8F"><enum>(3)</enum><text>by striking
subsection (c); and</text></paragraph>

<paragraph id="H46A30A7368DA4BC497BB1004CC09BA4D"><enum>(4)</enum><text>by
redesignating subsection (d) as subsection (c).</text></paragraph></section>

<section id="HB6DB28A1159D407DABB18021F8C03F95"><enum>3116.</enum><header>Modification
to certain requirements relating to plutonium pit production capacity</header>

<subsection id="H7573FF55B8004C879F4C4F725E305615"><enum>(a)</enum><header>Sense of
Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="H831399EA49914A18B36AC631DB7AE9B8"><enum>(1)</enum><text>rebuilding a
robust plutonium pit production infrastructure with a capacity of up to 80 pits per
year is critical to maintaining the viability of the nuclear weapons
stockpile;</text></paragraph>

<paragraph id="H7D50A00A0D1946B3971CF03E4DD9FB81"><enum>(2)</enum><text>that effort
will require cooperation from experts across the nuclear security enterprise;
and</text></paragraph>

<paragraph id="H00B8004A885C4F92ADB91A8DF7AD1B58"><enum>(3)</enum><text>any further
delay to achieving a plutonium sustainment capability to support the planned stockpile
life extension programs will result in an unacceptable capability gap to our deterrent
posture.</text></paragraph></subsection>

<subsection id="HEA6EA2A686644DECB8BC9CA502BFC21E"><enum>(b)</enum><header>Modification
to requirements</header><text display-inline="yes-display-inline">Section 4219 of the
Atomic Energy Defense Act (50 U.S.C. 2538a) is amendedâ€"</text>

<paragraph id="H9FC971D0EA4F4D0F89BE5C506AFBFBC8"><enum>(1)</enum><text>in subsection
(a), by striking paragraph (5) and inserting the following:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="HE563CCB314AB42578EF8F2912C66A7DB"
style="OLC">

<paragraph id="H652619CEE2584CC08836376E45ABE0C8"><enum>(5)</enum><text>during 2030,
produces not less than 80 war reserve plutonium pits.</text></paragraph><after-quoted-
block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="HCBCE2402F4F34840A68229CC6D43937C"><enum>(2)</enum><text>by striking
subsection (b);</text></paragraph>

<paragraph id="H15F33D3FFB674FA3A9095E5A00CB2C1C"><enum>(3)</enum><text>by
redesignating subsections (c) and (d) as subsections (b) and (c),
respectively;</text></paragraph>

<paragraph id="HD16E7D9AF65E4B658DDBE8F223BC8F00"><enum>(4)</enum><text>in subsection
(b), as redesignated by paragraph (2), by striking <quote>2027 (or, if the authority
under subsection (b) is exercised, 2029)</quote> and inserting <quote>2030</quote>;
and</text></paragraph>

<paragraph id="H116B0DC53AD94870AFBCED6F0A25A434"><enum>(5)</enum><text>in subsection
(c), as redesignated by paragraph (2), by striking <quote>subsection (c)</quote> and
inserting <quote>subsection (b)</quote>.</text></paragraph></subsection></section>

<section id="H7EDA71AF79D14D2EAE0C62AE6C6043A3" section-type="subsequent-
section"><enum>3117.</enum><header>Annual certification of shipments to Waste Isolation
Pilot Plant</header><text display-inline="no-display-inline">Section 3115(a) of the
National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130
Stat. 2759), as amended by section 3137(b) of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2303), is
further amended, in the matter preceding paragraph (1), by striking <quote>three-year
period</quote> and inserting <quote>10-year period</quote>.</text></section>

<section id="H8E39A69442AF493F9CDFA5046FE2D0A8"><enum>3118.</enum><header>Extension and
modification of pilot program on unavailability for overhead costs of amounts specified
for laboratory-directed research and development</header><text display-inline="no-
```

WASHSTATEC015534

display-inline">Section 3119 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 50 U.S.C. 2791 note) is amendedâ€"</text>

<paragraph id="H888C858FBDA147C98980AAC7AC039584"><enum>(1)</enum><text>in subsection (c)(2), by striking <quote>three</quote> and inserting <quote>four</quote>; and</text></paragraph>

<paragraph id="H19789B164A084EF187CE648DCC7A5FA1"><enum>(2)</enum><text>in subsection (d)â€"</text>

<subparagraph id="H27A1B9778B7C4BFCB35446B6978174E5"><enum>(A)</enum><text>by striking <quote>Before the termination under subsection (c)(2) of the pilot program required by subsection (a)</quote> and inserting <quote>Not later than February 15, 2020</quote>; and</text></subparagraph>

<subparagraph id="H8F23DC71CD4F41D79EA8A0E772CF49C2"><enum>(B)</enum><text>by inserting before the end period the following: <quote>, including effects on laboratory-directed research and development and other programs</quote>.</text></subparagraph></paragraph></section>

<section id="H04087C75D5A34CF083C9F93870F7CB72"><enum>3119.</enum><header>Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement</header><text display-inline="no-display-inline">Subsection (a) of section 3125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2766), as amended by section 3117 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1890), is amended by striking <quote>$56,000,000</quote> and inserting <quote>$87,000,000</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HF195D21C72C14F26AF8B9C46FC2F0B65" section-type="subsequent-section"><enum>3120.</enum><header display-inline="yes-display-inline">Implementation of common financial reporting system for nuclear security enterprise</header><text display-inline="no-display-inline">Not more than 90 percent of the funds authorized to be appropriated by section 3101 for the National Nuclear Security Administration for fiscal year 2020 for Federal salaries and expenses and available for travel and transportation may be obligated or expended before the date on which the Administrator for Nuclear Security completes implementation of the common financial reporting system for the nuclear security enterprise as required by section 3113(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 50 U.S.C. 2512 note).</text></section>

<section id="HC842175B8604469B99C0A3D737EA78C8"><enum>3121.</enum><header>Limitation relating to reclassification of high-level waste</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Energy may be obligated or expended by the Secretary of Energy to apply the interpretation of high-level radioactive waste described in the notice published by the Secretary titled <quote>Supplemental Notice Concerning U.S. Department of Energy Interpretation of High-Level Radioactive Waste</quote> (84 Fed. Reg. 26835), or successor notice, with respect to such waste located in the State of Washington.</text></section>

<section display-inline="no-display-inline" id="H6B83622C4AB54E36B8481FCC85457753" section-type="subsequent-section"><enum>3122.</enum><header>National Laboratory Jobs ACCESS Program</header>

<subsection id="HE7C2CE51B2EE454E9B87BC6CE3BA5FF8"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">On or after the date that is 180 days after the date of the enactment of this Act, the Secretary may establish a program, to be known as the <quote>Department of Energy National Lab Jobs ACCESS Program</quote>, under which the Secretary may award, on a competitive basis, 5-year grants to eligible entities described in subsection (c) for the Federal share of the costs of pre-apprenticeship programs and apprenticeship programs described in subsection (b).</text></subsection>

<subsection id="HB59773F80781445E94A405031B6D7210"><enum>(b)</enum><header>Pre-apprenticeship and apprenticeship programs described</header><text>A pre-apprenticeship program or apprenticeship program described in this subsection is a pre-apprenticeship program or apprenticeship program thatâ€"</text>

```
<paragraph id="HB61798EE46604D9CB6E928F3BABEDBB7"><enum>(1)</enum><text>leads to
recognized postsecondary credentials for secondary school and postsecondary
students;</text></paragraph>

<paragraph id="HA6DD6D24801E4A149B2163FA22AE25E9"><enum>(2)</enum><text display-
inline="yes-display-inline">is focused on skills and qualifications needed, as
determined by the Secretary in consultation with the directors of the National
Laboratories, to meet the immediate and ongoing needs of traditional and emerging
technician positions (including machinists and cybersecurity technicians) at the
National Laboratories and covered facilities of the National Nuclear Security
Administration;</text></paragraph>

<paragraph id="H26058FBB9D084934AF7D11E8A5A4754E"><enum>(3)</enum><text>is established
in consultation with a National Laboratory or covered facility of the National Nuclear
Security Administration;</text></paragraph>

<paragraph id="H53FE3B5F798F43D893C0966DF95572B3"><enum>(4)</enum><text display-
inline="yes-display-inline">is registered with and approved by the Secretary of Labor
or a State apprenticeship agency; and</text></paragraph>

<paragraph id="HFB2491BCF53C40A19D4367F4F6D9288C"><enum>(5)</enum><text>ensures that
participants in the pre-apprenticeship program or apprenticeship program do not
displace paid employees.</text></paragraph></subsection>

<subsection id="HB32A91470B554C879FC6915683B00EC3"><enum>(c)</enum><header>Eligible
Entities described</header><text display-inline="yes-display-inline">An eligible entity
described in this subsection is a workforce intermediary or an eligible sponsor of a
pre-apprenticeship program or apprenticeship program thatâ€"</text>

<paragraph id="HF31EB664C7D248CDA77D9CDB1456B9E4"><enum>(1)</enum><text display-
inline="yes-display-inline">demonstrates experience in implementing and providing
career planning and career pathways toward pre-apprenticeship programs or
apprenticeship programs;</text></paragraph>

<paragraph id="H9CF79134376A4F179CD122394CB12C53"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H2571DE3E86FC45B99309DBE0D61E69FC"><enum>(A)</enum><text>has a relationship with a
National Laboratory or covered facility of the National Nuclear Security
Administration;</text></subparagraph>

<subparagraph id="H8C6D6291B7C94104A07B645A5E58714A"
indent="up1"><enum>(B)</enum><text>has knowledge of the technician workforce needs of
the laboratory or facility and the associated security requirements of the laboratory
or facility; and</text></subparagraph>

<subparagraph id="HD8E1BE670761470C9472501069A1E3DF"
indent="up1"><enum>(C)</enum><text>is eligible to enter into an agreement with the
laboratory or facility that would be paid for in part or entirely from grant funds
received under this section;</text></subparagraph></paragraph>

<paragraph id="H10621E06E3BE429C9327B9B695AC5FB2"><enum>(3)</enum><text display-
inline="yes-display-inline">demonstrates the ability to recruit and support individuals
who plan to work in relevant technician positions upon the successful completion of the
pre-apprenticeship program or apprenticeship program;</text></paragraph>

<paragraph id="HF6FEC976E4CF44F084B40F2CBB190B8D"><enum>(4)</enum><text>provides
students who complete the pre-apprenticeship program or apprenticeship program with, or
prepares such students for obtaining, a recognized postsecondary
credential;</text></paragraph>

<paragraph id="H6C0A8527E57149919399BED86D0CF387"><enum>(5)</enum><text>uses related
instruction that is specifically aligned with the needs of the laboratory or facility
and utilizes workplace learning advisors and on-the-job training to the greatest extent
possible; and</text></paragraph>

<paragraph id="HDAD8829C10AA4A708D29283715AFE1B4"><enum>(6)</enum><text>demonstrates
successful outcomes connecting graduates of the pre-apprenticeship program or
apprenticeship program to careers relevant to the
program.</text></paragraph></subsection>
```

WASHSTATEC015536

```
<subsection
id="H6F10CD9538B646A4ABA7726048D04C30"><enum>(d)</enum><header>Applications</header><te
xt>If the Secretary establishes the program described in subsection (a), an eligible
entity described in subsection (c) seeking a grant under the program shall submit to
the Secretary an application at such time, in such manner, and containing such
information as the Secretary may require.</text></subsection>

<subsection
id="H0F59B791795C424B941FC1D854D8B2D2"><enum>(e)</enum><header>Priority</header><text>I
n selecting eligible entities described in subsection (c) to receive grants under this
section, the Secretary may prioritize an eligible entity thatâ€"</text>

<paragraph id="HDBAF722287B94BCC9A05543567E75CF0"><enum>(1)</enum><text>is a member of
an industry or sector partnership;</text></paragraph>

<paragraph commented="no" id="HAA488034BB4A461FA75CECB5A18A5BCB"><enum>(2)</enum><text
display-inline="yes-display-inline">provides related instruction for a pre-
apprenticeship program or apprenticeship program throughâ€"</text>

<subparagraph commented="no"
id="H56B3B0AF22F84A0FA7CD4787779A3AB1"><enum>(A)</enum><text display-inline="yes-
display-inline">a local educational agency, a secondary school, a provider of adult
education, an area career and technical education school, or an institution of higher
education (such as a community college) that includes basic science, technology, and
mathematics education in the related instruction; or</text></subparagraph>

<subparagraph id="H1185AC6CD3A949D58DE52018B455BA57"><enum>(B)</enum><text>an
apprenticeship program that was registered with the Department of Labor or a State
apprenticeship agency before the date on which the eligible entity applies for the
grant under subsection (d);</text></subparagraph></paragraph>

<paragraph id="H2751A67D3E484C8B98599AFEA0C4AB7B"><enum>(3)</enum><text>works with the
Secretary of Defense, the Secretary of Veterans Affairs, or veterans organizations to
transition members of the Armed Forces and veterans to pre-apprenticeship programs or
apprenticeship programs in a relevant sector;</text></paragraph>

<paragraph id="H5E2F28F6262B4CB0AC7FD4992E42FAC5"><enum>(4)</enum><text>plans to use
the grant to carry out the pre-apprenticeship program or apprenticeship program with an
entity that receives State funding or is operated by a State agency;
and</text></paragraph>

<paragraph id="HCC32BC1509904F009CD712D121C7468E"><enum>(5)</enum><text display-
inline="yes-display-inline">plans to use the grant to carry out the pre-apprenticeship
program or apprenticeship program forâ€"</text>

<subparagraph id="H5FDCF74A49834F02A79F6CE753A574F8"><enum>(A)</enum><text display-
inline="yes-display-inline">young adults ages 16 to 29, inclusive;
or</text></subparagraph>

<subparagraph id="H1BC8E70DBEDB4C989C5F5E4CBD984239"><enum>(B)</enum><text display-
inline="yes-display-inline">individuals with barriers to
employment.</text></subparagraph></paragraph></subsection>

<subsection id="H39F88CBBA89347D0AE826004FAA3479D"><enum>(f)</enum><header>Additional
consideration</header><text>In making grants under this section, the Secretary may
consider regional diversity.</text></subsection>

<subsection id="HC67BAB40E3D14BA3877658E7665CA117"><enum>(g)</enum><header>Limitation
on applications</header><text>An eligible entity described in subsection (c) may not
submit, either individually or as part of a joint application, more than one
application for a grant under this section during any one fiscal
year.</text></subsection>

<subsection id="HA750759FEF3741CD9F9C769D0E9DF6EA"><enum>(h)</enum><header>Limitations
on amount of grant</header><text>The amount of a grant provided under this section may
not, for any 24-month period of the 5-year grant period, exceed
$500,000.</text></subsection>

<subsection id="H3C6550BAB23241CDAB85797858C6F96A"><enum>(i)</enum><header>Non-Federal
share</header><text display-inline="yes-display-inline">The non-Federal share of the
cost of a pre-apprenticeship program or apprenticeship program carried out using a
```

WASHSTATEC015537

grant under this section shall be not less than 25 percent of the total cost of the program.</text></subsection>

<subsection id="H11A7AF5200C74FA1B161A3771A205A33"><enum>(j)</enum><header>Technical assistance</header><text>The Secretary may provide technical assistance to eligible entities described in subsection (c) to leverage the existing job training and education programs of the Department of Labor and other relevant programs at appropriate Federal agencies.</text></subsection>

<subsection id="HEBED5B819606471F8CBA98790DCEEB7B"><enum>(k)</enum><header>Report</header>

<paragraph id="H3CB5932AAB8444DE81501D239AF5553C"><enum>(1)</enum><header>In general</header><text>If the Secretary establishes the program described in subsection (a), not less than once every 2 years thereafter, the Secretary shall submit to Congress, and make publicly available on the website of the Department of Energy, a report on the program, includingâ€"</text>

<subparagraph id="H2E6CF56948044EBABC61E8B238905F07"><enum>(A)</enum><text>a description ofâ€"</text>

<clause id="H0515F8D4CCAE4AEDBE6F582AEDEDDC2A"><enum>(i)</enum><text>any entity that receives a grant under this section;</text></clause>

<clause id="H68CEA78203B14314BD599BCD34C6AAF9"><enum>(ii)</enum><text>any activity carried out using a grant under this section; and</text></clause>

<clause id="H8F801D58EFE6435390334F47E9C3751B"><enum>(iii)</enum><text>best practices used to leverage the investment of the Federal Government under this section; and</text></clause></subparagraph>

<subparagraph id="H80FDDDC483784A4B8720BD2E6BC790E4"><enum>(B)</enum><text>an assessment of the results achieved by the program, including the rate of employment for participants after completing a pre-apprenticeship program or apprenticeship program carried out using a grant under this section.</text></subparagraph></paragraph>

<paragraph id="H30BC2C4D0FD94674B89BCC4878D9E079"><enum>(2)</enum><header>Performance reports</header><text display-inline="yes-display-inline">Not later than one year after the establishment of a pre-apprenticeship program or apprenticeship program using a grant awarded under this section, and annually thereafter, the entity carrying out the program shall submit to the Secretary and the Secretary of Labor a report on the effectiveness of the program based on the accountability measures described in clauses (i) and (ii) of section 116(b)(2)(A) of the Workforce Innovation and Opportunity Act (29 U.S.C. 3141(b)(2)(A)).</text></paragraph></subsection>

<subsection id="HFE5C799CED40449E9ACF4A0883532F6B"><enum>(l)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H0567510D18C545719C2A44A8435C7126"><enum>(1)</enum><header>ESEA terms</header><text>The terms <term>local educational agency</term> and <term>secondary school</term> have the meanings given the terms in section 8101 of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7801).</text></paragraph>

<paragraph id="HD5C82E67D4D24B8CB3F7566DFCE0DD31"><enum>(2)</enum><header>WIOA terms</header><text>The terms <term>career planning</term>, <term>community-based organization</term>, <term>customized training</term>, <term>economic development agency</term>, <term>individual with a barrier to employment</term>, <term>industry or sector partnership</term>, <term>on-the-job training</term>, <term>recognized postsecondary credential</term>, and <term>workplace learning advisor</term> have the meanings given such terms in section 3 of the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).</text></paragraph>

<paragraph id="HD35752C04EAC4E1E94F54E6A11BAACD8"><enum>(3)</enum><header>Apprenticeship program</header><text>The term <term>apprenticeship program</term> means a program registered under the Act of August 16, 1937 (commonly known as the <quote>National Apprenticeship Act</quote>; 50 Stat. 664, chapter 663; 29 U.S.C. 50 et seq.).</text></paragraph>

<paragraph commented="no"

id="H48E40F8E4D8544C2B8FA1240C4E754CD"><enum>(4)</enum><header>Area career and technical education school</header><text display-inline="yes-display-inline">The term <term>area career and technical education school</term> has the meaning given the term in section 3 of the Carl D. Perkins Career and Technical Education Act of 2006 (20 U.S.C. 2302).</text></paragraph>

<paragraph commented="no" id="HA20BE80FFEAE47AE98F7FE9EF5A938FB"><enum>(5)</enum><header>Community college</header><text>The term <term>community college</term> has the meaning given the term <term>junior or community college</term> in section 312(f) of the Higher Education Act of 1965 (20 U.S.C. 1058(f)).</text></paragraph>

<paragraph id="HC34AE9CF774845D08AB3DEDA147FF48A"><enum>(6)</enum><header>Covered facility of the National Nuclear Security Administration</header><text>The term <term>covered facility of the National Nuclear Security Administration</term> means a national security laboratory or a nuclear weapons production facility as such terms are defined in section 4002 of the Atomic Energy Defense Act (50 U.S.C. 2501).</text></paragraph>

<paragraph id="HD013BEE13D274AF0923C0E1ADDDB629E"><enum>(7)</enum><header>Eligible Sponsor</header><text display-inline="yes-display-inline">The term <term>eligible sponsor</term> means a public organization or nonprofit organization thatâ€"</text>

<subparagraph id="HFFE1DA14D27649F48E93FD0A8C5B9A9C"><enum>(A)</enum><text display-inline="yes-display-inline">with respect to an apprenticeship program, administers the program through a partnership that may includeâ€"</text>

<clause id="H2E9FA31883CA4831B5703A3EDC68DFE4"><enum>(i)</enum><text display-inline="yes-display-inline">an industry or sector partnership;</text></clause>

<clause id="H912ED4836CD244B09E233C8EC1E6C7C9"><enum>(ii)</enum><text>an employer or industry association;</text></clause>

<clause id="H926136E15B104E8392AA0687F166C57B"><enum>(iii)</enum><text>a labor-management organization; and</text></clause>

<clause id="H5BA535BFC2C04F738D94CA8334826D65"><enum>(iv)</enum><text>a local workforce development board or State workforce development board;</text></clause>

<clause id="HBC9C6DDDC1AC49ADBB1DF10B6085DCF6"><enum>(v)</enum><text>a 2- or 4-year institution of higher education that offers an educational program leading to an associateâ€™s or bachelorâ€™s degree in conjunction with a certificate of completion of apprenticeship;</text></clause>

<clause id="HFF23BF0BCAB0406BA08B4432D59C073A"><enum>(vi)</enum><text>the Armed Forces (including the National Guard and Reserves);</text></clause>

<clause commented="no" id="HE7D34F1F2A6546008B518BBB524C6C0F"><enum>(vii)</enum><text>a community-based organization; or</text></clause>

<clause id="H00018D0B1B194E09B67FE24F301C1518"><enum>(viii)</enum><text>an economic development agency; and</text></clause></subparagraph>

<subparagraph id="HC1C66C0E74AD4C62A160D883E50EEC7C"><enum>(B)</enum><text display-inline="yes-display-inline">with respect to a pre-apprenticeship program, is a local educational agency, a secondary school, an area career and technical education school, a provider of adult education, a State workforce development board, a local workforce development board, or a community-based organization, that administers the program with any required coordination and necessary approvals from the Secretary of Labor or a State department of labor.</text></subparagraph></paragraph>

<paragraph commented="no" id="HF1CAD0C6F10748FAB794B513F1ADBE8F"><enum>(8)</enum><header>Institution of higher education</header><text>The term <term>institution of higher education</term> has the meaning given the term in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001).</text></paragraph>

<paragraph id="H2C671B64417E4DECA2A5C4F3E8DC67CB"><enum>(9)</enum><header>Local workforce development board</header><text>The term <term>local workforce development board</term> has the meaning given the term <term>local board</term> in section 3 of the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).</text></paragraph>

WASHSTATEC015539

```
<paragraph id="H580A6CD6D9464BB9A653AD46C899FC34"><enum>(10)</enum><header>National
Laboratory</header><text>The term <term>National Laboratory</term> has the meaning
given the term in section 2 of the Energy Policy Act of 2005 (42 U.S.C.
15801).</text></paragraph>

<paragraph id="HD952EC0FDE154D9EA372D321D39FC4EA"><enum>(11)</enum><header>Nonprofit
organization</header><text>The term <term>nonprofit organization</term> means an
organization that is described in section 501(c) of the Internal Revenue Code of 1986
and exempt from tax under section 501(a) of such Code.</text></paragraph>

<paragraph id="HB7C755F49F4842DD9740D20F047760A2"><enum>(12)</enum><header>Pre-
apprenticeship program</header><text>The term <term>pre-apprenticeship program</term>
means a programâ€"</text>

<subparagraph id="H7E494D1DCAF14A47B914E304630267E6"><enum>(A)</enum><text>designed to
prepare individuals to enter and succeed in an apprenticeship program;
and</text></subparagraph>

<subparagraph id="HD8AB5BF2294A49B2894DF159FC32CB4B"><enum>(B)</enum><text>that has a
documented partnership with at least one, if not more, apprenticeship
programs.</text></subparagraph>

<paragraph id="H36512B2346EA43919ED6EE85F0A777AE"><enum>(13)</enum><header>Provider of
adult education</header><text display-inline="yes-display-inline">The term
<term>provider of adult education</term> has the meaning given the term <term>eligible
provider</term> in section 203 of the Adult Education and Family Literacy Act (29
U.S.C. 3272).</text></paragraph>

<paragraph id="H72A0026C2A7A4B6A9282DCDB12109BFB"><enum>(14)</enum><header>Related
instruction</header><text>The term <term>related instruction</term> means an organized
and systematic form of instruction designed to provide an individual in a pre-
apprenticeship program or apprenticeship program with the knowledge of the technical
subjects related to the intended occupation of the individual after completion of the
program.</text></paragraph>

<paragraph
id="H8E6698F5CAF84377A38D0A4153A40E7E"><enum>(15)</enum><header>Secretary</header><text
>The term <term>Secretary</term> means the Secretary of Energy, in consultation with
the Secretary of Labor, except as otherwise specified in this
section.</text></paragraph>

<paragraph
id="H52A0483EFBC24EA7BC1718F2FA4ABAF3"><enum>(16)</enum><header>Sponsor</header><text>T
he term <term>sponsor</term> means any person, association, committee, or organization
operating a pre-apprenticeship program or apprenticeship program and in whose name the
program is (or is to be) registered or approved.</text></paragraph>

<paragraph id="H0081FF8EEB364116A8AFED8EEF1549E5"><enum>(17)</enum><header>State
apprenticeship agency</header><text>The term <term>State apprenticeship agency</term>
has the meaning that term in section 29.2 of title 29, Code of Federal
Regulations (or any corresponding similar regulation or ruling).</text></paragraph>

<paragraph id="H694E860CF1EE4C4ABBC97AFE6D8DF47C"><enum>(18)</enum><header>State
workforce development board</header><text>The term <term>State workforce development
board</term> has the meaning given the term <term>State board</term> in section 3 of
the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).</text></paragraph>

<paragraph id="HFB0578932AD040CCA5CCB0F7D9F4842C"><enum>(19)</enum><header>Workforce
intermediary</header><text display-inline="yes-display-inline">The term <term>workforce
intermediary</term>â€"</text>

<subparagraph id="HFA08BB3D10704E469B795F2E78F34857"><enum>(A)</enum><text>means a
nonprofit organization thatâ€"</text>

<clause id="HC6575C89F60A495DAEF96E2BE65B9F03"><enum>(i)</enum><text>proactively
addresses workforce needs using a dual customer approach, which considers the needs of
both employees and employers; and</text></clause>

<clause id="HD6725393DE4A42D6A10D68CDDD2B2F1F"><enum>(ii)</enum><text>has partnered
with a sponsor of a pre-apprenticeship program or apprenticeship program or is a
sponsor of a pre-apprenticeship program or apprenticeship program;
```

WASHSTATEC015540

```
and</text></clause></subparagraph>

<subparagraph id="HA090BBD7E2014AF294E71CB922107987"><enum>(B)</enum><text display-
inline="yes-display-inline">may include a community organization, an employer
organization, a community college, a temporary staffing agency, a State workforce
development board, a local workforce development board, or a labor or labor-management
organization.</text></paragraph></subsection></section></subtitle>

<subtitle id="HB9AC4AE4127749D2AB77ED44A065A8AC"><enum>C</enum><header>Reports and
other matters</header>

<section id="HEB53E50EED364BC9AE587A683EBD464F"><enum>3131.</enum><header>Civil
penalties for violations of certain whistleblower protections</header><text display-
inline="no-display-inline">Section 234A of the Atomic Energy Act of 1954 (42 U.S.C.
2282a) is amendedâ€"</text>

<paragraph id="HD0673BA8338C4BED9BDA9E4A96DBCB47"><enum>(1)</enum><text>in the heading,
by inserting <quote><header-in-text level="section" style="other" other-
style="nuclear">and Whistleblower</header-in-text></quote> after <quote><header-in-text
level="section" style="other" other-style="nuclear">Safety</header-in-
text></quote>;</text></paragraph>

<paragraph id="HA194D1C5132A4EA794DFFD0407301967"><enum>(2)</enum><text>in subsection
a.â€"</text>

<subparagraph id="H37BC3B15EDE44712A2B5B8663BC24FFB"
commented="no"><enum>(A)</enum><text>by inserting <quote>, or who violates any
applicable law, rule, regulation, or order related to nuclear safety whistleblower
protections,</quote> before <quote>shall be subject to a civil penalty</quote>;
and</text></subparagraph>

<subparagraph id="H77866A463CBE4DEC86F1CE29001B63A6"><enum>(B)</enum><text>by adding at
the end the following new sentence: <quote>The Secretary of Energy may carry out this
section with respect to the National Nuclear Security Administration by acting through
the Administrator for Nuclear Security.</quote>; and </text></subparagraph></paragraph>

<paragraph id="H77F92C56E713454BA3A1187F6D5D800C"><enum>(3)</enum><text>by adding at
the end the following new subsection:</text>

<quoted-block style="other" id="H3A66C528479D41689BA53FC00AD66965" display-inline="no-
display-inline" other-style="nuclear">

<subsection id="HCC89CAA788B84989BCD934D0389A7D94"><enum>e.</enum><text display-
inline="yes-display-inline">In this section, the term <quote>nuclear safety
whistleblower protections</quote> means the protections for employees of contractors or
subcontractors from reprisals pursuant to section 4712 of title 41, United States Code,
section 211 of the Energy Reorganization Act of 1974 (42 U.S.C. 5851), or other
provisions of Federal law (including rules, regulations, or orders) affording such
protections, with respect to disclosures or other activities covered by such
protections that relate to nuclear safety.</text></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HB51E27C45E094DF791939A7CB66F0163" section-type="subsequent-
section"><enum>3132.</enum><header display-inline="yes-display-inline">Repeal of
assessments of adequacy of budget requests relating to nuclear weapons
stockpile</header>

<subsection commented="no" display-inline="no-display-inline"
id="H671F5F5FCAD148738AF48B5DD450894A"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Section
3255 of the National Nuclear Security Administration Act (50 U.S.C. 2455) is
repealed.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF0A356BDB9644D0D82B1A894CB96E71E"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of contents for the National Nuclear Security
Administration Act is amended by striking the item relating to section
3255.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
```

```
id="H5B20F55B296F412AB1AA771A84ECC1AE" section-type="subsequent-
section"><enum>3133.</enum><header display-inline="yes-display-inline">Repeal of
requirement for review relating to enhanced procurement authority</header><text
display-inline="no-display-inline">Section 4806 of the Atomic Energy Defense Act (50
U.S.C. 2786) is amended—</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H8E6E7B8620634C5E985157379050471"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking subsection (e); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1363F93E37544E8E95BC5EB73CDB4BF0"><enum>(2)</enum><text display-inline="yes-
display-inline">by redesignating subsections (f) and (g) as subsections (e) and (f),
respectively.</text></paragraph></section>

<section id="H2BFE4989EC2443B2B7659BAC729EA73D"><enum>3134.</enum><header>Improvements
to Energy Employees Occupational Illness Compensation Program Act of 2000</header>

<subsection id="HC8939D5E88E844898D2BF12E5B4B1DC9"><enum>(a)</enum><header>Office of
Ombudsman</header><text display-inline="yes-display-inline">Section 3686 of the Energy
Employees Occupational Illness Compensation Program Act of 2000 (42 U.S.C. 7385s—15)
is amended—</text>

<paragraph id="H31ADD23D7B2C4FCBB311B2A669AF26D2"><enum>(1)</enum><text>in subsection
(c)—</text>

<subparagraph id="H680069718F3646C094F54B34451430AF"><enum>(A)</enum><text>by
redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively;
and</text></subparagraph>

<subparagraph id="H13460E5425BD47838277092C25B9A1EF"><enum>(B)</enum><text>by inserting
after paragraph (1) the following new paragraph:</text>

<quoted-block style="OLC" id="HF0B2BBF425B84E19BE842FA1555FBE3B" display-inline="no-
display-inline">

<paragraph id="H761A8942AB91438EB5C795A31FFDAC62"><enum>(2)</enum><text display-
inline="yes-display-inline">To provide guidance and assistance to claimants.
</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-
block></subparagraph>

<paragraph id="H47D6A360025D425CB451DB32CF13A50E"><enum>(2)</enum><text>in subsection
(h), by striking <quote>2019</quote> and inserting
<quote>2020</quote>.</text></paragraph></subsection>

<subsection id="HBE8783F8AAA04465ADB28A5B407E19EB"><enum>(b)</enum><header>Advisory
Board on Toxic Substances and Worker Health</header><text display-inline="yes-display-
inline">Section 3687 of the Energy Employees Occupational Illness Compensation Program
Act of 2000 (42 U.S.C. 7385s—16) is amended—</text>

<paragraph id="HAA781A2D91F2482B9D06E590E7A3186D"><enum>(1)</enum><text>in subsection
(b)(1)—</text>

<subparagraph id="H25F9D36922EC473284730E3CE30A7456"><enum>(A)</enum><text>in
subparagraph (C), by striking <quote>; and</quote> and inserting a
semicolon;</text></subparagraph>

<subparagraph id="HA30CF4035C434FDA85F3DB72243D0307"><enum>(B)</enum><text display-
inline="yes-display-inline">in subparagraph (D), by striking <quote>; and</quote> and
inserting a semicolon; and</text></subparagraph>

<subparagraph id="H0631B40E28A449F6AB01E77D79084F48"><enum>(C)</enum><text>by adding
after subparagraph (D) the following:</text>

<quoted-block style="OLC" id="H3BDE207091BA46848E410F0804D7D10A" display-inline="no-
display-inline">

<subparagraph id="HB8BA22693A34473482DF0781549503BB"><enum>(E)</enum><text display-
inline="yes-display-inline">the claims adjudication process generally, including review
of procedure manual changes prior to incorporation into the manual and claims for
medical benefits; and</text></subparagraph>
```

```
<subparagraph id="HCCB349F65EAF4A3D84D5397470A640C5"><enum>(F)</enum><text display-
inline="yes-display-inline">such matters as the Secretary considers appropriate;
and</text></subparagraph><after-quoted-block>; </after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph id="H439423CBD41B432DB6896D131A708211"><enum>(2)</enum><text>in subsection
(g)â€"</text>

<subparagraph id="H7511BA83DA804265AC0BBDA88E64797A"><enum>(A)</enum><text>by striking
<quote>The Secretary of Energy shall</quote> and inserting <quote>The Secretary of
Energy and the Secretary of Labor shall each</quote>; and</text></subparagraph>

<subparagraph id="H28E4636E1FF349DD8424D9A0C73C609A"><enum>(B)</enum><text>by adding at
the end the following new sentence: <quote>The Secretary of Labor shall make available
to the Board the programâ€™s medical director, toxicologist, industrial hygienist and
programâ€™s support contractors as requested by the
Board.</quote>;</text></subparagraph></paragraph>

<paragraph id="HBDB91038C61445D7B6FAFCFED12155E0"><enum>(3)</enum><text>by
redesignating subsections (h) and (i) as subsections (i) and (j), respectively;
and</text></paragraph>

<paragraph id="HE6B999CC556743C6AA084CC70EDFDFA5"><enum>(4)</enum><text>by inserting
after subsection (g) the following:</text>

<quoted-block style="OLC" id="H8FD9128697AC43B79954049A328BB4BB" display-inline="no-
display-inline">

<subsection id="H7A40AB6045C2426DA33E5BA746C9A441"><enum>(h)</enum><header>Response to
recommendations</header><text>Not later than 60 days after submission to the Secretary
of Labor of the Boardâ€™s recommendations, the Secretary shall respond to the Board in
writing, and post on the public internet website of the Department of Labor, a response
to the recommendations thatâ€"</text>

<paragraph id="H2BDB8C76C63C4883B0A0481DA5C03937"><enum>(1)</enum><text>includes a
statement of whether the Secretary accepts or rejects the Boardâ€™s
recommendations;</text></paragraph>

<paragraph id="H20D2CC0325A547F4BFAF73D3AEE33BCD"><enum>(2)</enum><text>if the
Secretary accepts the Boardâ€™s recommendations, describes the timeline for when those
recommendations will be implemented; and</text></paragraph>

<paragraph id="HD71B0355B08A408DB24BDAF824EABECF"><enum>(3)</enum><text>if the
Secretary does not accept the recommendations, describes the reasons the Secretary does
not agree and provides all scientific research to the Board supporting that
decision.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection></section>

<section id="HCF9BC291C28E418AAF678AC335819A41" section-type="subsequent-
section"><enum>3135.</enum><header>Replacement of W78 warhead</header>

<subsection
id="H20C1F94715F643139EB14BD469913B6F"><enum>(a)</enum><header>Report</header>

<paragraph id="H5BE9E0D3CD79480895725C14B954397B"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 210 days after
the date of the enactment of this Act, the Administrator for Nuclear Security shall
submit to the congressional defense committees a report on replacing the W78
warhead.</text></paragraph>

<paragraph id="HE3C5FFBACDD74E079657F825E6C0F6B5"><enum>(2)</enum><header>Matters
included</header><text>The report under paragraph (1) shall include the
following:</text>

<subparagraph id="H58518609FA814ACF9A5107A10E405E76"><enum>(A)</enum><text display-
inline="yes-display-inline">A discussion of the alternatives considered with respect to
replacing the W78 warhead, includingâ€"</text>

<clause id="H31D552D4E092417CB4BF1C652D9C0B31"><enum>(i)</enum><text>a description of
the technical risks, schedule, and costs for each alternative to replacing the W78
warhead; and</text></clause>
```

```
<clause id="HE3D132638C5C4292B3BE8E1D805E0BAA"><enum>(ii)</enum><text>a description of
any changes since January 15, 2014, to the requirements for such
alternatives.</text></clause></subparagraph>

<subparagraph id="H7EBAD0EB6668476DA97881A04E19FE14"><enum>(B)</enum><text display-
inline="yes-display-inline">A review of the matters under subparagraph (A) by the
Director for Cost Estimating and Program Evaluation of the National Nuclear Security
Administration.</text></subparagraph></paragraph></subsection>

<subsection id="H2DAF0E13BF054B859FF8BAB32EF1A31E"><enum>(b)</enum><header>Independent
study</header>

<paragraph id="H659B3A536C6640BF8073F3632E008AAB"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">The Administrator shall seek
to enter into an arrangement with the private scientific advisory group known as JASON
to conduct a study of the plan of the Administrator to replace the W78 warhead. Such
study shall includeâ€"</text>

<subparagraph id="H6D7B519C234D4184BC57026FE928B8FB"><enum>(A)</enum><text>an
assessment of the risks to certification; and</text></subparagraph>

<subparagraph id="HFC5A5B48A53E42B29751A3C87C5C78CA"><enum>(B)</enum><text>the need for
planned upgrades to such warhead.</text></subparagraph></paragraph>

<paragraph
id="H59262943B72F42AFA1684F46C4DA382B"><enum>(2)</enum><header>Submission</header><text
display-inline="yes-display-inline">Not later than 150 days after the date of the
enactment of this Act, the Administrator shall submit to the congressional defense
committees the study under paragraph (1), without
change.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HA0C1459DB0C2489581011C84EA1F494E" section-type="subsequent-
section"><enum>3136.</enum><header display-inline="yes-display-inline">Independent
review of capabilities for detection, verification, and monitoring of nuclear weapons
and fissile material</header>

<subsection
id="HCC9B27F642654857A91ADFFEA1D67B0C"><enum>(a)</enum><header>Plan</header><text>Not
later than 30 days after the date of the enactment of this Act, the Secretary of
Energy, in consultation with the Secretary of Defense, shall seek to enter into a
contract with the National Academy of Sciences to conduct an independent review and
assessment of United States capabilities for detection, verification, and monitoring of
nuclear weapons and fissile material.</text></subsection>

<subsection
id="HAD448CAA278A425F93499387278460BE"><enum>(b)</enum><header>Elements</header><text>T
he review and assessment required by subsection (a) shall include the following:</text>

<paragraph id="HC4450753E2D9476B8AF22DC033B7F5E3"><enum>(1)</enum><text>An evaluation
of the current national research enterprise for detection, verification, and monitoring
of nuclear weapons and fissile material.</text></paragraph>

<paragraph id="H4D6B1A9D7E434DF6A42D351FCC9FCED5"><enum>(2)</enum><text>Integration of
roles, responsibilities, and planning for such detection, verification, and monitoring
within the Federal Government.</text></paragraph>

<paragraph id="H139F6754742D4D22A854D9EAEBB1C350"><enum>(3)</enum><text>Opportunities
to leverage the national research enterprise to further prevent the proliferation of
nuclear weapons and fissile material, including with respect to policy, research and
development, and testing and evaluation.</text></paragraph>

<paragraph id="H093200E46A484639A1741A03F41D5BFF"><enum>(4)</enum><text>Opportunities
for international engagement for building cooperation and transparency, including
bilateral and multilateral efforts, to improve inspections, detection, and monitoring
of nuclear weapons and fissile material, and to create incentives for such cooperation
and transparency.</text></paragraph>

<paragraph id="H8FB3878CCC89425BAAAD3899B44CC43F"><enum>(5)</enum><text>Opportunities
for new or expanded research and development efforts to improve detection and
monitoring of, and in-field inspection and analysis capabilities with respect to,
```

WASHSTATEC015544

nuclear weapons and fissile materials.</text></paragraph>

<paragraph id="HB4A949E83B8C4CA281A22E7E421ADA7E"><enum>(6)</enum><text>Opportunities for improved coordination between departments and agencies of the Federal Government and the military departments, national laboratories, commercial industry, and academia.</text></paragraph>

<paragraph id="HC555CA69E8C94D5A8E23605EF8DA86B1"><enum>(7)</enum><text>Opportunities for leveraging commercial capabilities.</text></paragraph></subsection>

<subsection id="HC278FABD6A9C469095553A177A099603"><enum>(c)</enum><header>Submission to Congress</header>

<paragraph id="HC7042DAC07014966884F1A6DD0D941A3"><enum>(1)</enum><header>In general</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Energy shall submit to the congressional defense committees, without change, the findings of the National Academy resulting from the review and assessment conducted under subsection (a).</text></paragraph>

<paragraph id="H341BCF29A2AE464CAAA4771F59DB1A46"><enum>(2)</enum><header>Form</header><text>The findings described in paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H8DBA93A6B23349599E6113CFFEEDB376" section-type="subsequent-section"><enum>3137.</enum><header display-inline="yes-display-inline">Assessment of high energy density physics</header>

<subsection commented="no" display-inline="no-display-inline" id="H5F43913B29D54D74ACC3E22EDABE03ED"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Administrator for Nuclear Security shall enter into an arrangement with the National Academies of Sciences, Engineering, and Medicine to conduct an assessment of recent advances and the current status of research in the field of high energy density physics.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA91C5C6A1E8344619B527C8D13AEB1EE"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The assessment conducted under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H91F7B820F7444C78850062370C4ED89F"><enum>(1)</enum><text display-inline="yes-display-inline">Theoretical and computational modeling of high energy density material phases, radiation-matter interactions, plasmas atypical of astrophysical conditions, and conditions unique to the National Nuclear Security Administration.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H208615C76FF24129BF0055A0EFB3BC7D"><enum>(2)</enum><text display-inline="yes-display-inline">The simulation of such phases, interactions, plasmas, and conditions.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H06B6EF3E83D34B658F8163F50EA77BBF"><enum>(3)</enum><text display-inline="yes-display-inline">Instrumentation and target fabrication.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H180D4AED53B44FDC8BA08A5DC11B6870"><enum>(4)</enum><text display-inline="yes-display-inline">Workforce training.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H810A58DAE01A44E0B1F043817C48EB3B"><enum>(5)</enum><text display-inline="yes-display-inline">An assessment of advancements made by other countries in high energy density physics.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEA0909E67EB7443186DD3B039968FE23"><enum>(6)</enum><text display-inline="yes-display-inline">Such others items as are agreed upon by the Administrator and the National Academies.</text></paragraph></subsection>

```
<subsection commented="no" display-inline="no-display-inline"
id="HFEDD644ED39244AD93DDAC49349A6172"><enum>(c)</enum><header display-inline="yes-
display-inline">Applicability of internal controls</header><text display-inline="yes-
display-inline">The assessment under subsection (a) shall be conducted in accordance
with the internal controls of the National Academies.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBA5FC882204249129711412O E5B27207"><enum>(d)</enum><header display-inline="yes-
display-inline">Report to Congress</header><text display-inline="yes-display-
inline">Not later than 18 months after entering into the arrangement under subsection
(a), the National Academies of Sciences, Engineering, and Medicine shall submit to the
congressional defense committees a report on the assessment conducted under that
subsection.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H91CDF7EDB8CB46439EE57B4EFD9C548C"><enum>(e)</enum><header display-inline="yes-
display-inline">High energy density physics defined</header><text display-inline="yes-
display-inline">In this section, the term <term>high energy density physics</term>
means the physics of matter and radiation at&#8212;</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H201542D8FCE54712B2F881C3A54E646E"><enum>(1)</enum><text display-inline="yes-
display-inline">energy densities exceeding 100,000,000 joules per cubic meter;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H596A13BC319B4C37897EEEE3638F699D"><enum>(2)</enum><text display-inline="yes-
display-inline">other temperature and pressure ranges within the warm dense matter
regime.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HCE510BFD538A417498B0EE455EC457FE" section-type="subsequent-
section"><enum>3138.</enum><header display-inline="yes-display-inline">Determination of
effect of treaty obligations with respect to producing tritium</header><text display-
inline="no-display-inline">Not later than February 15, 2020, the Secretary of Energy
shall&#8212;</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H138371699AA84763B664EA28C09A8C1A"><enum>(1)</enum><text display-inline="yes-
display-inline">determine whether the Agreement for Cooperation on the Uses of Atomic
Energy for Mutual Defense Purposes, signed at Washington, July 3, 1958 (9 UST 1028),
between the United States and the United Kingdom, permits the United States to obtain
low-enriched uranium for the purposes of producing tritium in the United States;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEB66A8CB1134411BA9E214A26C857240"><enum>(2)</enum><text display-inline="yes-
display-inline">submit to the congressional defense committees a report on that
determination.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HAC6283D50B6F4EBCAB912212D41138EF" section-type="subsequent-
section"><enum>3139.</enum><header display-inline="yes-display-inline">Technical
corrections to National Nuclear Security Administration Act and Atomic Energy Defense
Act</header>

<subsection commented="no" display-inline="no-display-inline"
id="H0D8BE4888B324416ABB4D1E145499D39"><enum>(a)</enum><header display-inline="yes-
display-inline">Definitions in National Nuclear Security Administration
Act</header><text display-inline="yes-display-inline">Section 3281(2)(A) of the
National Nuclear Security Administration Act (50 U.S.C. 2471(2)(A)) is amended by
striking <quote>Plant</quote> and inserting <quote>National Security
Campus</quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H68555073513E4A4AA033CDE3BEE003F7"><enum>(b)</enum><header display-inline="yes-
display-inline">Amendments to Atomic Energy Defense Act</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H5A62545F98A34F20A76D3824ED605472"><enum>(1)</enum><header display-inline="yes-
```

WASHSTATEC015546

display-inline">Definitions</header><text display-inline="yes-display-inline">Section 4002(9)(A) of the Atomic Energy Defense Act (50 U.S.C. 2501(9)(A)) is amended striking <quote>Plant</quote> and inserting <quote>National Security Campus</quote>.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEF103C99AA1342D0A20568185FFB4C66"><enum>(2)</enum><header display-inline="yes-display-inline">Stockpile stewardship, management, and responsiveness plan</header><text display-inline="yes-display-inline">Section 4203 of the Atomic Energy Defense Act (50 U.S.C. 2523) is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HDF9AEB061CD04A3CA59AEC1DDF45FCD5"><enum>(A)</enum><text display-inline="yes-display-inline">in subsection (d)(4)(A)(ii), by striking <quote>quadrennial defense review if such strategy has not been submitted</quote> and inserting <quote>national defense strategy</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H53ABBD25179148E0ADD8E3706F4A3233"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (e)(1)(A)(i), by striking <quote>or the most recent quadrennial defense review, as applicable under subsection (d)(4)(A), and the</quote> and inserting <quote>referred to in subsection (d)(4)(A)(i), the most recent national defense strategy, and the most recent</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H580579EF36EE4D60B0AE25A7368D7513"><enum>(C)</enum><text display-inline="yes-display-inline">in subsection (f)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="H2D97A0A97BC04A69B23584F110925BFB"><enum>(i)</enum><text display-inline="yes-display-inline">by striking paragraph (4);</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H31D8FD6BEAA346118F7299D9CAD90EC9"><enum>(ii)</enum><text display-inline="yes-display-inline">by redesignating paragraph (3) as paragraph (4); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H482B9C59F3CE43EE86227503C3073279"><enum>(iii)</enum><text display-inline="yes-display-inline">by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block display-inline="no-display-inline" id="H586DAC4070DC40B68CEC46F82D70BBF0" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HADFF19D0C4A94E9C998DD888CB759016"><enum>(3)</enum><text display-inline="yes-display-inline">The term <term>national defense strategy</term> means the review of the defense programs and policies of the United States that is carried out every four years under section 113(g) of title 10, United States Code.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE2D463D3432A43368AA69183128D266A"><enum>(3)</enum><header display-inline="yes-display-inline">Manufacturing infrastructure for nuclear weapons stockpile</header><text display-inline="yes-display-inline">Section 4212 of the Atomic Energy Defense Act (50 U.S.C. 2532) is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1B1E9061E84B4251B7360504ADFE8E3F"><enum>(A)</enum><text display-inline="yes-display-inline">in subsection (a)(1), in the matter preceding subparagraph (A), by inserting <quote>most recent</quote> before <quote>Nuclear Posture Review</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0E283B88DE824936A668BCD20CC84B07"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (b)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFCDE05DEEC894880BE0DA42C4890B3C0"><enum>(i)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>Plant</quote> and inserting <quote>National Security Complex</quote>; and</text></clause>

```
<clause commented="no" display-inline="no-display-inline"
id="H306AA741A170441D8FF868ED5E739D95"><enum>(ii)</enum><text display-inline="yes-
display-inline">in paragraph (4), by striking <quote>Plant</quote>) and inserting
<quote>National Security Campus, Kansas City,
Missouri</quote>.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2467C8947B774B27B2113FA4CB02795C"><enum>(4)</enum><header display-inline="yes-
display-inline">Reports on life extension programs</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2AFF06A28CF64B498CB4D2F66A214DC4"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Section
4216 of the Atomic Energy Defense Act (50 U.S.C. 2536) is amendedâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HBB5C132D3A494B528AD5398186A9DCF9"><enum>(i)</enum><text display-inline="yes-
display-inline">in the section heading, by striking <quote><header-in-text
level="section" style="OLC">lifetime</header-in-text></quote> and inserting
<quote><header-in-text level="section" style="OLC">life</header-in-text></quote>;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H38CA282D8AAB47CD90E36218D79E7AFB"><enum>(ii)</enum><text display-inline="yes-
display-inline">by striking <quote>lifetime</quote> each place it appears and inserting
<quote>life</quote>.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA27D3A1BA4474C9396747C3C4CD2B5C4"><enum>(B)</enum><header display-inline="yes-
display-inline">Clerical amendment</header><text display-inline="yes-display-
inline">The table of contents for the Atomic Energy Defense Act is amended by striking
the item relating to section 4216 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H249D7E46CF08458E9764C462AFCC582C"
style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 4216. Reports on life extension
programs.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD5501D1CD21D4B90AF819B9DFBD749C5"><enum>(5)</enum><header display-inline="yes-
display-inline">Advice on safety, security, and reliability of nuclear weapons
stockpile</header><text display-inline="yes-display-inline">Section 4218 of the Atomic
Energy Defense Act (50 U.S.C. 2538) is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4CF21B70DC60491EA9AC260E77DC16D6"><enum>(A)</enum><text display-inline="yes-
display-inline">in subsection (d), by striking <quote>or the Commander of the United
States Strategic Command</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H25312CC1A9D94171B4C688D9BA1CA220"><enum>(B)</enum><text display-inline="yes-
display-inline">in subsection (e)(1)â€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HFE52D65EA2D541458BD2DF7BD0D2B002"><enum>(i)</enum><text display-inline="yes-
display-inline">by striking <quote>, a member of</quote> and all that follows through
<quote>Strategic Command</quote> and inserting <quote>or a member of the Nuclear
Weapons Council</quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H78F03DC629C844018FA3D5A57B61992D"><enum>(ii)</enum><text display-inline="yes-
display-inline">by striking <quote>, member, or Commander</quote> and inserting
<quote>or member</quote>.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC0EBA27347CA4C1DA40691982E25A96E"><enum>(6)</enum><header display-inline="yes-
display-inline">Life-cycle cost estimates</header><text display-inline="yes-display-
```

WASHSTATEC015548

```
inline">Section 4714(a) of the Atomic Energy Defense Act (50 U.S.C. 2754(a)) is
amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H56E9DDF68CA342609199DD99B07E2AA2"><enum>(A)</enum><text display-inline="yes-
display-inline">by striking <quote>413.3</quote> and inserting <quote>413.3B</quote>;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3F7D62774661458EAEBC7F1D331F475D"><enum>(B)</enum><text display-inline="yes-
display-inline">by inserting <quote>, or a successor order,</quote> after
<quote>assets)</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD64882E5EF984EC2AF54F30B126EF2D8"><enum>(7)</enum><header display-inline="yes-
display-inline">Unfunded priorities</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HCD346F15E0C44050A6B183357B26DB34"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Section
4716 of the Atomic Energy Defense Act (50 U.S.C. 2756) is amended in the section
heading by striking <quote><header-in-text level="section" style="OLC">National Nuclear
Security Administration</header-in-text></quote> and inserting <quote><header-in-text
level="section" style="OLC">Administration</header-in-
text></quote>.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0C4D30B571E04FDF982C2008FBDB0ECA"><enum>(B)</enum><header display-inline="yes-
display-inline">Clerical amendment</header><text display-inline="yes-display-
inline">The table of contents for the Atomic Energy Defense Act is amended by striking
the item relating to section 4716 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HFDFFFAEB26E340969A525C4236E8EAE1"
style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 4716. Unfunded priorities of the
Administration.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H980F005993424650940C2141AE0E06BE"><enum>(8)</enum><header display-inline="yes-
display-inline">Reviews of capital assets acquisition projects</header><text display-
inline="yes-display-inline">Section 4733(d)(3)(B) of the Atomic Energy Defense Act (50
U.S.C. 2773(d)(3)(B) is amended by striking <quote>413.3</quote> and inserting
<quote>413.3B</quote>.</text></paragraph></subsection></section></subtitle></title>

<title id="H82B632AE0DDB454E81A43DC37F9A24C3"><enum>XXXII</enum><header>Defense Nuclear
Facilities Safety Board</header>

<toc container-level="title-container" quoted-block="yes-quoted-block" lowest-
level="section" idref="H82B632AE0DDB454E81A43DC37F9A24C3" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H004D31AA73A24BB9BFE2B36CBEAF04E7"
level="section">Sec.â€,3201.â€,Authorization.</toc-entry>

<toc-entry idref="H514F4D5E9E554EC58E9438E0AB823BA5"
level="section">Sec.â€,3202.â€,Improvements to Defense Nuclear Facilities Safety
Board.</toc-entry>

<toc-entry idref="HD4693032182D4F0C8B47E051258C36F8"
level="section">Sec.â€,3203.â€,Membership of Defense Nuclear Facilities Safety
Board.</toc-entry></toc>

<section id="H004D31AA73A24BB9BFE2B36CBEAF04E7" section-type="section-
one"><enum>3201.</enum><header>Authorization</header><text display-inline="no-display-
inline">There are authorized to be appropriated for fiscal year 2020, $29,450,000 for
the operation of the Defense Nuclear Facilities Safety Board under chapter 21 of the
Atomic Energy Act of 1954 (42 U.S.C. 2286 et seq.).</text></section>
```

```
<section commented="no" display-inline="no-display-inline"
id="H514F4D5E9E554EC58E9438E0AB823BA5" section-type="subsequent-
section"><enum>3202.</enum><header display-inline="yes-display-inline">Improvements to
Defense Nuclear Facilities Safety Board</header>

<subsection
id="HEA89381D911944698BFCA0451DEEFDAE"><enum>(a)</enum><header>Staff</header>

<paragraph id="HD082F66EC3AD4F5E81E4DA2024747D67"><enum>(1)</enum><header>Executive
Director of Operations</header>

<subparagraph
id="H2D283DE3F0BB4C4EA24DA46969F69B52"><enum>(A)</enum><header>Establishment of
position</header><text display-inline="yes-display-inline">Subsection (b) of section
313 of the Atomic Energy Act of 1954 (42 U.S.C. 2286b) is amended by adding at the end
the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H17EF3A3CB08E4DFB98D5A6829D5792F0"
style="OLC">

<paragraph id="HEA9909472ACE47FD8779CB395592AA3E" indent="up1"><enum>(3)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H3F6D198731CE4796B724E854C9003A54"><enum>(A)</enum><text>The Board shall have an
Executive Director of Operations who shall be appointed under section
311(c)(6).</text></subparagraph>

<subparagraph id="HB40C189270D840A186C3300F7BD9C301"
indent="up1"><enum>(B)</enum><text>The Executive Director of Operations shall report to
the Chairman.</text></subparagraph>

<subparagraph id="H495D42BFCD22412FB57301E86D8286BA" indent="up1"><enum>(C)</enum><text
display-inline="yes-display-inline">The Executive Director of Operations shall be the
senior employee of the Board responsible forâ€"</text>

<clause id="H96BAEB1E844B4F7F8FCD7C54B4F6E47B"><enum>(i)</enum><text>general
administration and technical matters;</text></clause>

<clause id="H4747C265B9044A78ACB17A416B701DEA"><enum>(ii)</enum><text display-
inline="yes-display-inline">ensuring that the members of the Board are fully and
currently informed with respect to matters for which the members are responsible;
and</text></clause>

<clause id="H066375E025DF4256AF2B4BE2CE7C92B6"><enum>(iii)</enum><text>the functions
delegated by the Chairman pursuant to section
311(c)(3)(B).</text></clause></subparagraph></paragraph><after-quoted-block>.</after-
quoted-block></quoted-block>

<subparagraph id="HED126779B3C64467B33E87498372EC2D"><enum>(B)</enum><header>Delegation
of functions</header><text display-inline="yes-display-inline">Paragraph (3) of section
311(c) of such Act (42 U.S.C. 2286(c)) is amendedâ€"</text>

<clause id="H36496A42A05043D68BD44CBF17D39ED5"><enum>(i)</enum><text>by striking
<quote>The Chairman</quote> and inserting <quote>(A) The Chairman</quote>;
and</text></clause>

<clause id="H621D43AB403442C899E6960893DF27AB"><enum>(ii)</enum><text>by adding at the
end the following new subparagraph:</text></clause>

<quoted-block display-inline="no-display-inline" id="H8802C33EA6CB488BA6035EA1F5532A03"
style="OLC">

<subparagraph id="H6D716D2326D94D02ADA443D0C13864B4" indent="up2"><enum>(B)</enum><text
display-inline="yes-display-inline">In carrying out subparagraph (A), the Chairman
shall delegate to the Executive Director of Operations established under section
313(b)(3) the following functions:</text>

<clause id="H1F4A2B929E054AFFB28EAA079C92B2A2"><enum>(i)</enum><text display-
inline="yes-display-inline">Administrative functions of the Board.</text></clause>

<clause id="H02F9E934E29D45999DE7F0ACD4446262"><enum>(ii)</enum><text display-
inline="yes-display-inline">Appointment and supervision of employees of the Board not
```

```
specified under paragraph (6).</text></clause>

<clause id="HE36134D298EE40588CEB4168AD655B70"><enum>(iii)</enum><text display-
inline="yes-display-inline">Distribution of business among the employees and
administrative units and offices of the Board.</text></clause>

<clause id="H52263BFF1B2D4D4EBC930F04464E14AB"><enum>(iv)</enum><text display-
inline="yes-display-inline">Preparation ofâ€"</text>

<subclause id="H90316E8AF351422981BDAA4932D18EB1"><enum>(I)</enum><text>proposals for
the reorganization of the administrative units or offices of the
Board;</text></subclause>

<subclause id="H154403CE0255403385A844AF3E78B8CD"><enum>(II)</enum><text>the budget
estimate for the Board; and</text></subclause>

<subclause id="HBE282AC792D344BDBBE05C7CA3563BA2"><enum>(III)</enum><text>the proposed
distribution of funds according to purposes approved by the
Board.</text></subclause></subparagraph><after-quoted-block>.</after-quoted-
block></quoted-block></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0977D94C98444EBEB8D39824734109C5"><enum>(2)</enum><header display-inline="yes-
display-inline">Provision of information to Board</header><text display-inline="yes-
display-inline">Such section 311(c), as amended by paragraph (1)(B), is further
amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDD8F2F2F8FDF480D9A4F21FFBBACE896"><enum>(A)</enum><text display-inline="yes-
display-inline">in paragraph (2), by striking <quote>paragraphs (5), (6), and
(7)</quote> and inserting <quote>paragraphs (5) and (6)</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H893E777F5D05418D8BAC8ECD2C0B0053"><enum>(B)</enum><text display-inline="yes-
display-inline">by striking paragraph (6); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9C4F1B49B75B421DB7CE58BB3D14F8EE"><enum>(C)</enum><text display-inline="yes-
display-inline">by redesignating paragraph (7) as paragraph
(6).</text></subparagraph></paragraph>

<paragraph id="H47D7FC9EB8924B2E8E054EBD7BC26E4F"><enum>(3)</enum><header>Appointment
and removal powers</header><text>Paragraph (6) of such section 311(c), as redesignated
by paragraph (2)(C), is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HBAD43ADAFA404647B4A6EA94F5665151"
style="OLC">

<paragraph id="H7B24ADFD604A4C38B6654039A47C5C83" indent="up1"><enum>(6)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="HA33561DD728F4782862AC82C3B3D9320"><enum>(A)</enum><text>The Chairman, subject to
the approval of the Board, shall appoint the senior employees described in subparagraph
(C). Any member of the Board may propose to the Chairman an individual to be so
appointed.</text></subparagraph>

<subparagraph id="H7112EC03F44448FA81FE347B3C33F261" indent="up1"><enum>(B)</enum><text
display-inline="yes-display-inline">The Chairman, subject to the approval of the Board,
may remove a senior employee described in subparagraph (C). Any member of the Board may
propose to the Chairman an individual to be so removed.</text></subparagraph>

<subparagraph id="H124C9E8B54C3453AB1681DB996538BEA"
indent="up1"><enum>(C)</enum><text>The senior employees described in this subparagraph
are the following senior employees of the Board:</text>

<clause id="H70A341994FE6477AB97C2B36D046C19A"><enum>(i)</enum><text display-
inline="yes-display-inline">The Executive Director of Operations established under
section 313(b)(3).</text></clause>

<clause id="H94408F272BDF4A0A937CF673F1A23D40"><enum>(ii)</enum><text>The general
counsel.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="H42CA3E504566474DB16C582540063E0B1"><enum>(4)</enum><header display-inline="yes-
display-inline">Organization of staff of Board</header><text display-inline="yes-
display-inline">Section 313(b) of such Act, as amended by paragraph (1)(A), is further
amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4C821D9E29C54F49A57696B592E89B0E"><enum>(A)</enum><text display-inline="yes-
display-inline">in paragraph (1)(A), by striking <quote>section 311(c)(7)</quote> and
inserting <quote>section 311(c)(6)</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBF34325D72274A6086046067EC0F9F4B"><enum>(B)</enum><text display-inline="yes-
display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HF05011A07D7840778A6D77FEAD9EE5C7"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H1B517932182347A4A525910857515F81" indent="up1"><enum>(4)</enum><text display-
inline="yes-display-inline">Subject to the approval of the Board, the Chairman may
organize the staff of the Board as the Chairman considers appropriate to best
accomplish the mission of the Board described in section
312(a).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph commented="no"
id="HAABDA27492B445A2873AB21B1DC9AA0A"><enum>(5)</enum><header>Temporary personnel
levels</header><text display-inline="yes-display-inline">During fiscal year 2020, the
Defense Nuclear Facilities Safety Board shall employ not fewer than the equivalent of
100 full-time employees.</text></paragraph></subsection>

<subsection id="HE07C1F9385804EF5ABA8602C4CD6877F"><enum>(b)</enum><header>Public
health and safety</header><text>Section 312(a) of such Act (42 U.S.C. 2286a(a)) is
amended by inserting before the period at the end the following: <quote>, including
with respect to the health and safety of employees and contractors at such
facilities</quote>.</text></subsection>

<subsection id="HEA883CD80D5B4107933F69E7C9B8EE58"><enum>(c)</enum><header>Access to
facilities, personnel, and information</header><text>Section 314 of such Act (42 U.S.C.
2286c) is amendedâ€"</text>

<paragraph id="H0F382DF08C59444CA8EF7C9C52C1F0E0"><enum>(1)</enum><text>in subsection
(a)â€"</text>

<subparagraph id="H146BFB3843A34BF58D8F8767661F011E"><enum>(A)</enum><text>by striking
<quote>The Secretary of Energy</quote> and inserting <quote>Except as specifically
provided by this section, the Secretary of Energy</quote>;</text></subparagraph>

<subparagraph id="H58404A88D24844D49E31E50A368FA766"><enum>(B)</enum><text>by striking
<quote>ready access</quote> both places it appears and inserting <quote>prompt and
unfettered access</quote>; and</text></subparagraph>

<subparagraph id="HDD848D4BEF7C40F5AC37210A15476858"><enum>(C)</enum><text>by adding at
the end the following new sentence: <quote>The access provided to defense nuclear
facilities, personnel, and information under this subsection shall be provided without
regard to the hazard or risk category assigned to a facility by the Secretary.</quote>;
and</text></subparagraph></paragraph>

<paragraph id="HE9093316E08F4C908E87936EC961E1A9"><enum>(2)</enum><text>by striking
subsection (b) and inserting the following new subsections:</text>

<quoted-block display-inline="no-display-inline" id="HA5C0B73E1D4A48D781260ECA921FC2DA"
style="OLC">

<subsection commented="no"
id="H0F7D2073123D488B87D4299119F490D6"><enum>(b)</enum><header>Authority of Secretary
to deny information</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H8C9AB79C70C7434A888E2F1B50321784"><enum>(1)</enum><text>The Secretary may deny
```

access to information under subsection (a) only to any person whoâ€"</text>

<subparagraph commented="no" id="HAB03DD2FF274402F865D54AE118A2795"
indent="up1"><enum>(A)</enum><text>has not been granted an appropriate security
clearance or access authorization by the Secretary; or</text></subparagraph>

<subparagraph commented="no" id="HDD1DCD19360045248ABE1A7BDF877A8D"
indent="up1"><enum>(B)</enum><text>does not need such access in connection with the
duties of such person.</text></subparagraph></paragraph>

<paragraph commented="no" id="HF6CB26159B444F5E83F8A80E7C3083A2"
indent="up1"><enum>(2)</enum><text>If the Board requests access to information under
subsection (a) in written form, and the Secretary denies access to such information
pursuant to paragraph (1)â€"</text>

<subparagraph commented="no"
id="H3BCF54D182654D9E9A08674006183325"><enum>(A)</enum><text>the Secretary shall
provide the Board notice of such denial in written form; and</text></subparagraph>

<subparagraph commented="no"
id="H0479E4442B1F49D084E9A8E975E76522"><enum>(B)</enum><text>not later than January 1
and July 1 of each year beginning in 2020â€"</text>

<clause commented="no" id="HF0DD7338D27B41E492E0BA39D1C8E6BF"><enum>(i)</enum><text>the
Board shall submit to the congressional defense committees a report identifying each
request for access to information under subsection (a) submitted to the Secretary in
written form during the preceding six-month period and denied by the Secretary;
and</text></clause>

<clause commented="no"
id="H6D00853AD6D64D43B5E08F1BB3B422CD"><enum>(ii)</enum><text>the Secretary shall
submit to the congressional defense committees a report identifyingâ€"</text>

<subclause commented="no"
id="HA5A0638A1FA349B19A2EE00622E1B617"><enum>(I)</enum><text>each such request denied
by the Secretary during that period; and</text></subclause>

<subclause commented="no"
id="HB6E68B69778846C2A8FDA8A669DF2366"><enum>(II)</enum><text>the reason for the
denial.</text></subclause></clause></paragraph>

<paragraph commented="no" id="H53B18FEE71764772AC9FB32B39721409"
indent="up1"><enum>(3)</enum><text>In this subsection, the term <term>congressional
defense committees</term> has the meaning given that term in section 101(a) of title
10, United States Code.</text></paragraph></subsection>

<subsection commented="no"
id="HD7EEF881E918417988149B97C3E6875D"><enum>(c)</enum><header>Application of
nondisclosure protections by Board</header><text display-inline="yes-display-
inline">The Board may not publicly disclose information provided under this section if
such information is otherwise protected from disclosure by law, including deliberative
process information.</text></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD4693032182D4F0C8B47E051258C36F8" section-type="subsequent-
section"><enum>3203.</enum><header display-inline="yes-display-inline">Membership of
Defense Nuclear Facilities Safety Board</header>

<subsection commented="no" display-inline="no-display-inline"
id="H26A4FF01B29549EA8E16D608F41AF2FF"><enum>(a)</enum><header display-inline="yes-
display-inline">List of candidates for nomination</header><text display-inline="yes-
display-inline">Subsection (b) of section 311 of the Atomic Energy Act of 1954 (42
U.S.C. 2286) is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H2B1C8B8324FA4855A9CC28F47AE400B0"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H35DF5AABB1D24A139F0E102A5F5CAF68" indent="up1"><enum>(4)</enum><text display-
inline="yes-display-inline">The President shall enter into an arrangement with the

WASHSTATEC015553

National Academy of Sciences under which the National Academy shall maintain a list of individuals who meet the qualifications described in paragraph (1) to assist the President in selecting individuals to nominate for positions as members of the Board.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCAF1BEE6BBC4467ABC2964AABCCF5035"><enum>(b)</enum><header display-inline="yes-display-inline">Terms of members</header>

<paragraph commented="no" display-inline="no-display-inline" id="H44AA2A03F7C94B09ACC64C2224505040"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subsection (d) of such section is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H124A112D93EF48EBAE45F37CD351A3E8"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking the second sentence and inserting the following new sentences: <quote>A member may be reappointed for a second term only if the member was confirmed by the Senate more than two years into the member's first term. A member may not be reappointed for a third term.</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5118A02ED0C8446FB2A12642977F65CA"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (3)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="H8EEF858E83CD405EAB93796E381B09FF"><enum>(i)</enum><text display-inline="yes-display-inline">by striking <quote>Any member</quote> and inserting <quote>(A) Any member</quote>;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9A51B65593ED47E4808FB2D2134E34F1"><enum>(ii)</enum><text display-inline="yes-display-inline">by striking the second sentence; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H072429F9CC6144D08946D946751ABF6A"><enum>(iii)</enum><text display-inline="yes-display-inline">by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="HDBDC0306EB1C46A18F4A76DD5073D9DE" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H7A7859061B11437E8DEA2B2D90B43205" indent="up2"><enum>(B)</enum><text display-inline="yes-display-inline">A member may not serve after the expiration of the member's term, unless the departure of the member would result in the loss of a quorum for the Board. If more than one member is serving after the expiration of the member's term and a new member is appointed to the Board so that one of the members serving after the expiration of the member's term is no longer necessary to maintain a quorum, the member whose term expired first may no longer serve on the Board.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H577ECE5F621D4DCD82DDE007092E4874"><enum>(2)</enum><header display-inline="yes-display-inline">Effective date</header><text display-inline="yes-display-inline">The amendments made by paragraph (1) shall take effect on the date that is one year after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBD0D31BDAB7242C693951882AB1B655A"><enum>(c)</enum><header display-inline="yes-display-inline">Filling vacancies</header><text display-inline="yes-display-inline">Such subsection is further amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H9098B67F0A4E4FC3B1C93AB5978629AE" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H6186B28C88A844AF90A695C728F5D0A0" indent="up1"><enum>(4)</enum></enum>

```
<subparagraph commented="no" display-inline="yes-display-inline"
id="HF42A2A8D108C4F298430EA23046B7BD2"><enum>(A)</enum><text display-inline="yes-
display-inline">Not later than 180 days after the expiration of the term of a member of
the Board, the President shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HED93C045F9B14354B24849D491459B3F" indent="up1"><enum>(i)</enum><text display-
inline="yes-display-inline">submit to the Senate the nomination of an individual to
fill the vacancy; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HE051F0F9DCBF4169A74EC00DDF8BE4E8" indent="up1"><enum>(ii)</enum><text display-
inline="yes-display-inline">submit to the Committee on Armed Services of the Senate a
report that includesâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H0424A2296FEC42F78A07FC23F11D6C1D"><enum>(I)</enum><text display-inline="yes-
display-inline">a description of the reasons the President did not submit such a
nomination; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H631DAE6C63BF45BE8EFFAD7A06467991"><enum>(II)</enum><text display-inline="yes-
display-inline">a plan for submitting such a nomination during the 90-day period
following the submission of the report.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD3ABA1C964AF40469E5E1051C0CEF298" indent="up1"><enum>(B)</enum><text display-
inline="yes-display-inline">If the President does not submit to the Senate the
nomination of an individual to fill a vacancy during the 90-day period described in
subclause (II) of subparagraph (A)(ii), the President shall submit to the Committee on
Armed Services a report described in that subparagraph not less frequently than every
90 days until the President submits such a
nomination.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section></title>

<title id="HF98B6800B2A54C52B4DB9A17C6D96992"><enum>XXXIV</enum><header>Naval Petroleum
Reserves</header>

<toc container-level="legis-body-container" quoted-block="yes-quoted-block" lowest-
level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-
bolded">

<toc-entry idref="H7972847503C04E5EA998F3FCC0CC3533"
level="section">Sec.â€,3401.â€,Authorization of appropriations.</toc-entry></toc>

<section id="H7972847503C04E5EA998F3FCC0CC3533" section-type="subsequent-
section"><enum>3401.</enum><header>Authorization of appropriations</header>

<subsection
id="H3312A6865556463AB68B2C2DE25C9BAC"><enum>(a)</enum><header>Amount</header><text
display-inline="yes-display-inline">There are hereby authorized to be appropriated to
the Secretary of Energy $14,000,000 for fiscal year 2020 for the purpose of carrying
out activities under chapter 869 of title 10, United States Code, relating to the naval
petroleum reserves.</text></subsection>

<subsection id="H4DB0536842814701843DADFAA293FFCF"><enum>(b)</enum><header>Period of
availability</header><text display-inline="yes-display-inline">Funds appropriated
pursuant to the authorization of appropriations in subsection (a) shall remain
available until expended.</text></subsection></section></title>

<title id="H7648F8EB2FDC433CADA61A175FD3C8C2"><enum>XXXV</enum><header>Maritime
Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H7648F8EB2FDC433CADA61A175FD3C8C2" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H0A6222929FDD4D329A5BEE77121437CA" level="subtitle">Subtitle
Aâ€"Maritime Administration</toc-entry>

<toc-entry idref="H2830D7D69B2A4DC280F249D5D3ED371A"
```

level="section">Sec.â€,3501.â€,Authorization of the Maritime Administration.</toc-entry>

<toc-entry idref="H3F48D62F54DE439EB2084DB623FDCB65" level="section">Sec.â€,3502.â€,Reauthorization of Maritime Security Program.</toc-entry>

<toc-entry idref="H4F4E0E9BB9174A708C6D65368E354100" level="section">Sec.â€,3503.â€,Maritime technical assistance program.</toc-entry>

<toc-entry idref="HDA0356450D884EAA9E2B211E8E322260" level="section">Sec.â€,3504.â€,Appointment of candidates attending sponsored preparatory school.</toc-entry>

<toc-entry idref="H27084D7DE67F490BB5782136118B1964" level="section">Sec.â€,3505.â€,General support program.</toc-entry>

<toc-entry idref="H247A93FED1734DF0A67203B7BF12C853" level="section">Sec.â€,3506.â€,Improvements to the maritime guaranteed loan program.</toc-entry>

<toc-entry idref="H4A070DC293514099B88C789BB709EF29" level="section">Sec.â€,3507.â€,Requirement for small shipyard grantees.</toc-entry>

<toc-entry idref="H80B2DCE1FCF04C2DB20027BE29DDFEC2" level="section">Sec.â€,3508.â€,Salvage recoveries of cargoes.</toc-entry>

<toc-entry idref="H20E19EF20F2846E880E7514B287605DA" level="section">Sec.â€,3509.â€,Salvage recoveries for subrogated ownership of vessels and cargoes.</toc-entry>

<toc-entry idref="H38AC9093817F4937B959A85698754FDE" level="section">Sec.â€,3510.â€,Maritime Occupational Safety and Health Advisory Committee.</toc-entry>

<toc-entry idref="H9A9D15E3D0724D03AB6398BB01492350" level="section">Sec.â€,3511.â€,Military to mariner.</toc-entry>

<toc-entry idref="H57C6C33150CB4D5A831DBC5BB70BCB53" level="section">Sec.â€,3512.â€,Department of Transportation Inspector General Report.</toc-entry>

<toc-entry idref="HFE7FBDE1E4834DC79F5FE8CA48E83ECE" level="section">Sec.â€,3513.â€,Independent study on the United States Merchant Marine Academy.</toc-entry>

<toc-entry idref="HE28CC16F983348AC9AC254B26734359E" level="section">Sec.â€,3514.â€,Port operations, research, and technology.</toc-entry>

<toc-entry idref="H1ACE2AE2CDF54A13A33095C8D21901C7" level="section">Sec.â€,3515.â€,Assessment and report on strategic seaports.</toc-entry>

<toc-entry idref="H446907B097894CCB860D40BBEADFEB23" level="section">Sec.â€,3516.â€,Technical corrections.</toc-entry>

<toc-entry idref="HE9722F70E19F482AB06CAF6944BC7A2E" level="section">Sec.â€,3517.â€,United States Merchant Marine Academy sexual assault prevention and response program.</toc-entry>

<toc-entry idref="H6E0DDB4475A740B7998DB7889FB46157" level="section">Sec.â€,3518.â€,Report on vessels for emerging offshore energy infrastructure.</toc-entry>

<toc-entry idref="H55E93483D21E42AC85D4CA94F3C2094E" level="section">Sec.â€,3519.â€,Report on United States flagged fuel tanker vessel capacity.</toc-entry>

<toc-entry idref="H4F2851F674114657B832A7499116B473" level="subtitle">Subtitle Bâ€"Cable Security Fleet</toc-entry>

<toc-entry idref="H15F03F1584A4C7893AC3E848D214A42" level="section">Sec.â€,3521.â€,Establishment of Cable Security Fleet.</toc-entry>

<toc-entry idref="H9D419F38677D4A0FB7E08AD8070AB85A" level="subtitle">Subtitle Câ€"Maritime SAFE Act</toc-entry>

<toc-entry idref="H1C6D30885DFB498AB8F991FE6F35F621" level="section">Sec.â€‚3531.â€‚Short titles.</toc-entry>

<toc-entry idref="H8F13C7101FA547F88E1BF84DC8B9376F" level="section">Sec.â€‚3532.â€‚Definitions.</toc-entry>

<toc-entry idref="H57F48048E9964F27AD4F56F822D0CCB0" level="section">Sec.â€‚3533.â€‚Purposes.</toc-entry>

<toc-entry idref="H8B33BE091AE442469F798240642340F0" level="section">Sec.â€‚3534.â€‚Statement of policy.</toc-entry>

<toc-entry idref="HD94C1803F2534D3A840BE53F8C708EA8" level="part">Part Iâ€"Programs to combat IUU fishing and increase maritime security</toc-entry>

<toc-entry idref="HBD869EC839D24E68B07B4FC15D9DEA96" level="section">Sec.â€‚3541.â€‚Coordination with international organizations.</toc-entry>

<toc-entry idref="HBCBB8F3974DE4A14B3A18065BFD34780" level="section">Sec.â€‚3542.â€‚Engagement of diplomatic missions of the United States.</toc-entry>

<toc-entry idref="H97DA4A3679884E32A57C37D9C6A971E7" level="section">Sec.â€‚3543.â€‚Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states.</toc-entry>

<toc-entry idref="H7048BF4F447D4697860DE537AEB7852C" level="section">Sec.â€‚3544.â€‚Expansion of existing mechanisms to combat IUU fishing.</toc-entry>

<toc-entry idref="H6E0B43E7474D4BA29A9DB0ED8D773F84" level="section">Sec.â€‚3545.â€‚Improvement of transparency and traceability programs.</toc-entry>

<toc-entry idref="H85B77DC772FA4C0F877A774CF1A7942D" level="section">Sec.â€‚3546.â€‚Technology programs.</toc-entry>

<toc-entry idref="H79B1394500B74E70AA1D64D3DEB71817" level="section">Sec.â€‚3547.â€‚Savings clause.</toc-entry>

<toc-entry idref="H59E9E0BD9AC44846AB2952BC151F87FD" level="part">Part IIâ€"Establishment of interagency working group on IUU fishing</toc-entry>

<toc-entry idref="HC3728AABF2E649A7B8E2FE3110038405" level="section">Sec.â€‚3551.â€‚Interagency Working Group on IUU Fishing.</toc-entry>

<toc-entry idref="H4B65800BF09E4705994E1F563CCE7D5A" level="section">Sec.â€‚3552.â€‚Strategic plan.</toc-entry>

<toc-entry idref="H355E1B3697094500B4D23A3C64F14793" level="section">Sec.â€‚3553.â€‚Reports.</toc-entry>

<toc-entry idref="HD72E3FB1544943D893957861A2ECD78F" level="section">Sec.â€‚3554.â€‚Gulf of Mexico IUU Fishing Subworking Group.</toc-entry>

<toc-entry idref="HFB4D8BF19A054F8DBF3D80CF4AD9FE25" level="part">Part IIIâ€"Combating human trafficking in connection with the catching and processing of seafood products</toc-entry>

<toc-entry idref="H05B14ED6A589410B9D85FDF0D97E76A0" level="section">Sec.â€‚3561.â€‚Finding.</toc-entry>

<toc-entry idref="HA540984A09E9452AA2C74DA3401D3162" level="section">Sec.â€‚3562.â€‚Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking.</toc-entry>

<toc-entry idref="H9F09DE835161493D9A08EB855E707FB6" level="section">Sec.â€‚3563.â€‚Human trafficking in the seafood supply chain report.</toc-entry>

<toc-entry idref="H3A80A771DE4E4CECBF61676E87195D57" level="part">Part IVâ€"Authorization of appropriations</toc-entry>

<toc-entry idref="H2F6BEFCD30D1479485D3742C050F343D" level="section">Sec.â€,3571.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H2856C782E94A416CB225847AC91A0CCB" level="section">Sec.â€,3572.â€,Accounting of funds.</toc-entry></toc>

<subtitle id="H0A6222929FDD4D329A5BEE77121437CA"><enum>A</enum><header>Maritime Administration</header>

<section commented="no" display-inline="no-display-inline" id="H2830D7D69B2A4DC280F249D5D3ED371A" section-type="subsequent-section"><enum>3501.</enum><header display-inline="yes-display-inline">Authorization of the Maritime Administration</header>

<subsection commented="no" display-inline="no-display-inline" id="HD0A6EE23FA4848B294AAF987A9A92E91"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">There are authorized to be appropriated to the Department of Transportation for fiscal year 2020, to be available without fiscal year limitation if so provided in appropriations Acts, for programs associated with maintaining the United States Merchant Marine, the following amounts:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H711DD7BAA4EE438187B57FE1BE74B7CA"><enum>(1)</enum><text display-inline="yes-display-inline">For expenses necessary for operations of the United States Merchant Marine Academy, $95,944,000, of whichâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0EF2448A14F54D3BBDCF981F69F0B3EC"><enum>(A)</enum><text display-inline="yes-display-inline">$77,944,000 shall remain available until September 30, 2021 for Academy operations; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF66B143B3E034839B53FC918B8A4055D"><enum>(B)</enum><text display-inline="yes-display-inline">$18,000,000 shall remain available until expended for capital asset management at the Academy.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6ACED793595B496FB07CFD56DC2A22D2"><enum>(2)</enum><text display-inline="yes-display-inline">For expenses necessary to support the State maritime academies, $50,280,000, of whichâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9D009F62613C4E86B241C607410E90E4"><enum>(A)</enum><text display-inline="yes-display-inline">$2,400,000 shall remain available until September 30, 2021, for the Student Incentive Program;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9BED45411E0E4A6597ADFD89980F4D15"><enum>(B)</enum><text display-inline="yes-display-inline">$6,000,000 shall remain available until expended for direct payments to such academies;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF75E4C98B5AE4D41AD4CF2EB978316F5"><enum>(C)</enum><text display-inline="yes-display-inline">$30,080,000 shall remain available until expended for maintenance and repair of State maritime academy training vessels;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAC3FA467AFAD45079CD91C9826C64A58"><enum>(D)</enum><text display-inline="yes-display-inline">$3,800,000 shall remain available until expended for training ship fuel assistance; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7CA933A6FD664AF99F35EE6AEA3D0CB4"><enum>(E)</enum><text display-inline="yes-display-inline">$8,000,000 shall remain available until expended for offsetting the costs of training ship sharing.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

WASHSTATEC015558

id="HA0BF14DB69324431880E37B9A146FF2E"><enum>(3)</enum><text display-inline="yes-display-inline">For expenses necessary to support the National Security Multi-Mission Vessel Program, $600,000,000, which shall remain available until expended.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7DD1DF3B55634764AEB6A713DAE428B0"><enum>(4)</enum><text display-inline="yes-display-inline">For expenses necessary to support Maritime Administration operations and programs, $60,442,000, of which $5,000,000 shall remain available until expended for activities authorized under section 50307 of title 46, United States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF29199A1F7B64152A9515FD52E0049A5"><enum>(5)</enum><text display-inline="yes-display-inline">For expenses necessary to dispose of vessels in the National Defense Reserve Fleet, $5,000,000, which shall remain available until expended.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC407A7716A7643B580B7DF3CD61EAC96"><enum>(6)</enum><text display-inline="yes-display-inline">For expenses necessary to maintain and preserve a United States flag Merchant Marine to serve the national security needs of the United States under chapter 531 of title 46, United States Code, $300,000,000, which shall remain available until expended.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4CE40563426B4C3FAE19009769086DFF"><enum>(7)</enum><text display-inline="yes-display-inline">For expenses necessary for the loan guarantee program authorized under chapter 537 of title 46, United States Code, $33,000,000, of whichâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H519C8D2BF39B4F629A01B919C521496A"><enum>(A)</enum><text display-inline="yes-display-inline">$30,000,000 may be used for the cost (as defined in section 502(5) of the Federal Credit Reform Act of 1990 (2 U.S.C. 661a(5)) of loan guarantees under the program, which shall remain available until expended; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H26C6EEFE34A54C06A41911588DA08354"><enum>(B)</enum><text display-inline="yes-display-inline">$3,000,000 may be used for administrative expenses relating to loan guarantee commitments under the program.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB975891487C645CC81A38DBB1132CD9D"><enum>(8)</enum><text display-inline="yes-display-inline">For expenses necessary to provide assistance to small shipyards and for maritime training programs under section 54101 of title 46, United States Code, $40,000,000, which shall remain available until expended.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA7CC9A8280C04B6D8E2484F6C001352B"><enum>(9)</enum><text display-inline="yes-display-inline">For expenses necessary to implement the Port and Intermodal Improvement Program, $500,000,000, except that no funds shall be used for a grant award to purchase fully automated cargo handling equipment that is remotely operated or remotely monitored with or without the exercise of human intervention or control, if the Secretary determines such equipment would result in a net loss of jobs within a port or port terminal.</text></paragraph></subsection></section>

<section id="H3F48D62F54DE439EB2084DB623FDCB65" section-type="subsequent-section"><enum>3502.</enum><header>Reauthorization of Maritime Security Program</header>

<subsection id="H433FB59DBDFB431994B9AF9517C5A875"><enum>(a)</enum><header>Award of operating agreements</header><text display-inline="yes-display-inline">Section 53103 of title 46, United States Code, is amended by striking <quote>2025</quote> each place it appears and inserting <quote>2035</quote>.</text></subsection>

<subsection id="HD2E643BC4E004976B010B6D84B2F71B7"><enum>(b)</enum><header>Effectiveness of operating agreements</header><text display-inline="yes-display-inline">Section 53104(a) of title 46, United States Code, is amended by striking <quote>2025</quote> and inserting <quote>2035</quote>.</text></subsection>

WASHSTATEC015559

```
<subsection
id="HB139B4CA5A8444B08DAA3586537B1057"><enum>(c)</enum><header>Payments</header><text
display-inline="yes-display-inline">Section 53106(a)(1) of title 46, United States
Code, is amendedâ€"</text>

<paragraph id="H939E50030D3A466D91D8F68041132745"><enum>(1)</enum><text display-
inline="yes-display-inline">in subparagraph (B), by striking
<quote>and</quote>;</text></paragraph>

<paragraph id="HEDC4A8CE207B4005ACF5A75673E528E6"><enum>(2)</enum><text>in subparagraph
(C), by striking <quote>$3,700,000 for each of fiscal years 2022, 2023, 2024, and
2025.</quote> and inserting <quote>$5,300,000 for each of fiscal years 2022, 2023,
2024, and 2025;</quote>; and</text></paragraph>

<paragraph id="HDEB2053D31AF4572807153EAB1F7839E"><enum>(3)</enum><text>by adding at
the end the following new subparagraphs: </text>

<quoted-block style="USC" id="HE655E7F07B744774B5E303438DA1A037" display-inline="no-
display-inline">

<subparagraph id="HCCA225AB07984C01BF4EB998B580A31C"><enum>(D)</enum><text display-
inline="yes-display-inline">$5,800,000 for each of fiscal years 2026, 2027, and 2028;
</text></subparagraph>

<subparagraph id="HB35947D9DE01473A846B24B77AB88BD7"><enum>(E)</enum><text>$6,300,000
for each of fiscal years 2029, 2030, and 2031; and</text></subparagraph>

<subparagraph id="H29AD01C48CEF4AF8AB3AD1ABAF4E39C4"><enum>(F)</enum><text>$6,800,000
for each of fiscal years 2032, 2033, 2034, and 2035.</text></subparagraph><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection
id="HE8F6A03C7C064351871497CB5117B401"><enum>(d)</enum><header>Authorization of
appropriations</header><text display-inline="yes-display-inline">Section 53111 of title
46, United States Code, is amendedâ€"</text>

<paragraph id="H4874A232062B4D7488F8F19B0EF5AA7A"><enum>(1)</enum><text>in paragraph
(2), by striking <quote>and</quote>;</text></paragraph>

<paragraph id="H6FDB291864C742EA8AED8A625CB11E01"><enum>(2)</enum><text>in paragraph
(3), by striking <quote>$222,000,000 for each fiscal year thereafter through fiscal
year 2025.</quote> and inserting <quote>$318,000,000 for each of fiscal years 2022,
2023, 2024, and 2025;</quote>; and</text></paragraph>

<paragraph id="H65D0CC72D789443B9D84BF3F7A40453D"><enum>(3)</enum><text>by adding at
the end the following new paragraphs:</text>

<quoted-block style="USC" id="HC5F3D1F8BA7B478E9FF57251AE66349C" display-inline="no-
display-inline">

<paragraph id="HF90B35B755BC47229623CC19C4BE0159"><enum>(4)</enum><text display-
inline="yes-display-inline">$348,000,000 for each of fiscal years 2026, 2027, and
2028;</text></paragraph>

<paragraph id="H4C14A097415C490DB3C4F1216A2B1531"><enum>(5)</enum><text>$378,000,000
for each of fiscal years 2029, 2030, and 2031; and</text></paragraph>

<paragraph id="H50B294058E3A4AE3B3AB03622E1D6B98"><enum>(6)</enum><text>$408,000,000
for each of fiscal years 2032, 2033, 2034, and 2035.</text></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H4F4E0E9BB9174A708C6D65368E354100" section-type="subsequent-
section"><enum>3503.</enum><header display-inline="yes-display-inline">Maritime
technical assistance program</header><text display-inline="no-display-inline">Section
50307 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H443AE301175F4F02AB664B0CE193DB27"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a), by striking <quote>The Secretary of Transportation
may engage in the environmental study</quote> and inserting <quote>The Secretary of
Transportation, acting through the Maritime Administrator, shall engage in the
```

WASHSTATEC015560

study</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD3096454CC7A4EBB89AF2639C1FDE625"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (b)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAE3EA110ED55481A9980FAE8A2D8EC4C"><enum>(A)</enum><text display-inline="yes-
display-inline">by striking <quote>mayâ€"</quote> and all that follows through
<quote>improvements byâ€"</quote> and inserting <quote>shall identify, study, evaluate,
test, demonstrate, or improve emerging marine technologies and practices to
improveâ€"</quote>;</text></subparagraph>

<subparagraph id="HEF6B7E33F7CF4F6DB8B3B32E5657A263"><enum>(B)</enum><text>by inserting
before subparagraph (A) the following:</text>

<quoted-block style="USC" id="H29F679CC71C24CC592AD4447A43E80CC" display-inline="no-
display-inline">

<paragraph id="H31439E2BADAC45A3BEB1B58C662C9715"><enum>(1)</enum><text display-
inline="yes-display-inline">environmental performance to meet United States Federal and
international standards and guidelines, includingâ€"</text></paragraph><after-quoted-
block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HB22EAA4FEB5B49BBA3FACD39D2ADB8E2" commented="no" display-inline="no-
display-inline"><enum>(C)</enum><text display-inline="yes-display-inline">in
subparagraph (C), by striking <quote>species; and</quote> and all that follows through
the end of the subsection and inserting â€œspecies; or</text>

<quoted-block display-inline="no-display-inline" id="H56F94A78F69A4DB0BAF07986378B4A41"
style="OLC">

<subparagraph id="H5A7F47257F974F20A466A8AEEE2CB59B" commented="no" display-inline="no-
display-inline"><enum>(D)</enum><text display-inline="yes-display-inline">reducing
propeller cavitation; and</text></subparagraph>

<paragraph id="HFD991336C7564F98BE9734C087A6D1F5" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">the
efficiency and safety of domestic maritime industries.</text></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA472979C7D574208AE531418BB54E046"><enum>(3)</enum><text display-inline="yes-
display-inline">in subsection (c)(2), by striking <quote>benefits</quote> and inserting
<quote>or other benefits to domestic maritime industries</quote>;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H77F3118C83F04F84B11CD9B2E9CF347B"><enum>(4)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HA027E314AB564867BA75937362B873CF"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="HC7EA8DA0ABEF436197E3D0E29B74B9D5"><enum>(e)</enum><header display-inline="yes-
display-inline">Limitations on the use of funds</header><text display-inline="yes-
display-inline">Not more than three percent of the funds appropriated to carry out this
section may be used for administrative purposes.</text></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HDA0356450D884EAA9E2B211E8E322260" section-type="subsequent-
section"><enum>3504.</enum><header display-inline="yes-display-inline">Appointment of
candidates attending sponsored preparatory school</header><text display-inline="no-
display-inline">Section 51303 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H7345522FFC934CF29AE14F62C5514CA0"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking <quote>The Secretary</quote> and inserting the
following:</text>

WASHSTATEC015561

```
<quoted-block display-inline="no-display-inline" id="H64FC828626D34071B099E06392DFB5F6"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H2AC943091F254CA98F4F58702FA40ACE"><enum>(a)</enum><header display-inline="yes-
display-inline">In General</header><text display-inline="yes-display-inline">The
Secretary</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-
block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8B4C8F01FAD04DAAB9362962FAC30E68"><enum>(2)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H487650158BAA46118FC5F97F8E9C70F6"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H1790253A163D48D8A054F624D3515E31"><enum>(b)</enum><header display-inline="yes-
display-inline">Appointment of candidates selected for preparatory school
sponsorship</header><text display-inline="yes-display-inline">The Secretary of
Transportation may appoint each year as cadets at the United States Merchant Marine
Academy not more than 40 qualified individuals sponsored by the Academy to attend
preparatory school during the academic year prior to entrance in the Academy, and who
have successfully met the terms and conditions of sponsorship set by the
Academy.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H27084D7DE67F490BB5782136118B1964" section-type="subsequent-
section"><enum>3505.</enum><header display-inline="yes-display-inline">General support
program</header><text display-inline="no-display-inline">Section 51501 of title 46,
United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H95C73D9EF9DE40CDB6303779E488F9E6"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="HAE229CE7C051486B90DD835D99537732"><enum>(c)</enum><header display-inline="yes-
display-inline">American maritime centers of excellence</header><text display-
inline="yes-display-inline">The Secretary shall designate each State maritime academy
as an American Maritime Center of Excellence.</text></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline"
id="H247A93FED1734DF0A67203B7BF12C853" section-type="subsequent-
section"><enum>3506.</enum><header display-inline="yes-display-inline">Improvements to
the maritime guaranteed loan program</header>

<subsection commented="no" display-inline="no-display-inline"
id="HA209ACAA71424D6D9FD1686A3C5FD971"><enum>(a)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">Section
53701 of title 46, United States Code, is amendedâ€”</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC81B236E20D84B94B4626D0E4527D657"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking paragraph (5);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H73DA1B69956449DF8C4D2A4983921D5C"><enum>(2)</enum><text display-inline="yes-
display-inline">by redesignating paragraphs (6) through (15) as paragraphs (5) through
(14), respectively; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEC6059AA044E47C1A033FE6A82BF8E54"><enum>(3)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H41F1141119AB42B4863E3CFBD301F611"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HE70A9E013A824B239F54D2C02D407212"><enum>(15)</enum><header display-inline="yes-
```

WASHSTATEC015562

display-inline">Vessel of National Interest</header><text display-inline="yes-display-inline">The term <term>Vessel of National Interest</term> means a vessel deemed to be of national interest that meets characteristics determined by the Administrator, in consultation with the Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, or the heads of other Federal agencies, as described in section 53703(d).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE6AD74F16D2A4923B947F829D73F9D16"><enum>(b)</enum><header display-inline="yes-display-inline">Preferred lender</header><text display-inline="yes-display-inline">Subsection (a) of section 53702 of title 46, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H751E85C8F47F44538CA68B545E10CC39" style="OLC">

<subsection id="HEF13F402F6534C328671655C88C41593" commented="no"><enum>(a)</enum><header>In general</header>

<paragraph id="H11BF4C85612C4D69A550E8C051B048CF" commented="no"><enum>(1)</enum><header>Guarantee of payments</header><text display-inline="yes-display-inline">The Secretary or Administrator, on terms the Secretary or Administrator may prescribe, may guarantee or make a commitment to guarantee the payment of the principal of and interest on an obligation eligible to be guaranteed under this chapter. A guarantee or commitment to guarantee shall cover 100 percent of the principal and interest.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H247C84DEE9E346129DD16DA06A4E5464"><enum>(2)</enum><header display-inline="yes-display-inline">Preferred eligible lender</header><text display-inline="yes-display-inline">The Federal Financing Bank shall be the preferred eligible lender of the principal and interest of the guaranteed obligations issued under this chapter.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H156243A7510943D1AE296C214A20B968"><enum>(c)</enum><header display-inline="yes-display-inline">Application and Administration</header><text display-inline="yes-display-inline">Section 53703 of title 46, United States Code, is amended—"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD9E1C7C3AB4D49B9B1A8660C697710AF"><enum>(1)</enum><text display-inline="yes-display-inline">in the section heading, by striking <quote><header-in-text level="section" style="USC">procedures</header-in-text></quote> and inserting <quote><header-in-text level="section" style="USC">and administration</header-in-text></quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE51F7DFC4D604EB3B923B92092C088C2"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HDFB97752C77B4FADB1D1BDEC15424F22" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HC6D380EE66E04C0D90B745BB47E758FC"><enum>(c)</enum><header display-inline="yes-display-inline">Independent analysis</header>

<paragraph commented="no" display-inline="no-display-inline" id="HD7949FB8E6154B9280F5C5D894B020E8"><enum>(1)</enum><header display-inline="yes-display-inline">In General</header><text display-inline="yes-display-inline">To assess and mitigate the risks due to factors associated with markets, technology, financial, or legal structures related to an application or guarantee under this chapter, the Secretary or Administrator may utilize third party experts, including legal counsel, to—"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC1EA1CDE4A2B443A8E8AA25A2C2AB7556"><enum>(A)</enum><text display-inline="yes-

WASHSTATEC015563

```
display-inline">process and review applications under this chapter, including
conducting independent analysis and review of aspects of an
application;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC48546C60E3A4207974F3A78FCE6F8A5"><enum>(B)</enum><text display-inline="yes-
display-inline">represent the Secretary or Administrator in structuring and documenting
the obligation guarantee;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5FE716F9AE1941898C5DB56F136A0DE5"><enum>(C)</enum><text display-inline="yes-
display-inline">analyze and review aspects of, structure, and document the obligation
guarantee during the term of the guarantee;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2E24315059414EFB848EF249C48FF09C"><enum>(D)</enum><text display-inline="yes-
display-inline">recommend financial covenants or financial ratios to be met by the
applicant during the time a guarantee under this chapter is outstanding that
areâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H87DBD7383EB9442E9F7CC4BE315421E2"><enum>(i)</enum><text display-inline="yes-
display-inline">based on the financial covenants or financial ratios, if any, that are
then applicable to the obligor under private sector credit agreements;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HC7B3CB7708C142B2A0C29AB61CDA4C1F"><enum>(ii)</enum><text display-inline="yes-
display-inline">in lieu of other financial covenants applicable to the obligor under
this chapter with respect to requirements regarding long-term debt-to-equity, minimum
working capital, or minimum amount of equity; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7F6F56EC0FE3432BBFB7C984500187A9"><enum>(E)</enum><text display-inline="yes-
display-inline">represent the Secretary or Administrator to protect the security
interests of the Government relating to an obligation
guarantee.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H44E09E5889BE4DE09329BD0C2416871B"><enum>(2)</enum><header display-inline="yes-
display-inline">Private sector expert</header><text display-inline="yes-display-
inline">Independent analysis, review, and representation conducted under this
subsection shall be performed by a private sector expert in the applicable field who is
selected by the Secretary or Administrator.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HDDE0D346E8DB4F52944DEA2062ADA8D4"><enum>(d)</enum><header display-inline="yes-
display-inline">Vessels of National Interest</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H147D6343938946E788C549B58CB9F8AB"><enum>(1)</enum><header display-inline="yes-
display-inline">Notice of funding</header><text display-inline="yes-display-inline">The
Secretary or Administrator may post a notice in the Federal Register regarding the
availability of funding for obligation guarantees under this chapter for the
construction, reconstruction, or reconditioning of a Vessel of National Interest and
include a timeline for the submission of applications for such
vessels.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H34ADC58A927949FBA8AAAD725698BC53"><enum>(2)</enum><header display-inline="yes-
display-inline">Vessel characteristics</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2D1788BD47B3440DB2E6776D58F492E9"><enum>(A)</enum><header display-inline="yes-
display-inline">In General</header><text display-inline="yes-display-inline">The
Secretary or Administrator, in consultation with the Secretary of Defense, the
Secretary of the Department in which the Coast Guard is operating when it is not
operating as service in the Department of the Navy, or the heads of other Federal
agencies, shall develop and publish a list of vessel types that would be considered
Vessels of National Interest.</text></subparagraph>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HBE3369D5DCC348559EFBA9B0EDF568F2"><enum>(4)</enum><header display-inline="yes-
display-inline">Review</header><text display-inline="yes-display-inline">Such list
shall be reviewed and revised every four years or as necessary, as determined by the
Administrator.</text></subparagraph></paragraph></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H99160A23B8C844ACAD206B33B0394577"><enum>(d)</enum><header display-inline="yes-
display-inline">Funding limits</header><text display-inline="yes-display-
inline">Section 53704 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H1DDECBC1D0C7463A943D609F0CDB711A"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB5A706F0671A4391BFFA56A2B943A351"><enum>(A)</enum><text display-inline="yes-
display-inline">by striking <quote>that amount</quote> and all the follows through
<quote>$850,000,000</quote> and inserting <quote>that amount, $850,000,000</quote>;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H60367B158BBB49F28320318A98BBEEC5"><enum>(B)</enum><text display-inline="yes-
display-inline">by striking <quote>facilities</quote> and all that follows through the
end of the subsection and inserting <quote>facilities.</quote>;
and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H529E3F56D5304CB6B1352079887F7725"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (c)(4)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEFFF458387CB494AAB30981CC6D7CA5C"><enum>(A)</enum><text display-inline="yes-
display-inline">by striking subparagraph (A); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC24B7B2723F40A0B2893D2F3D72ADA7"><enum>(B)</enum><text display-inline="yes-
display-inline">by redesignating subparagraphs (B) through (K), as subparagraphs (A)
through (J), respectively.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD55033BB57164C5981C5E3070F05DAAC"><enum>(e)</enum><header display-inline="yes-
display-inline">Eligible purposes of obligations</header><text display-inline="yes-
display-inline">Section 53706 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H0453B527684C40ABB885439689963DB4"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a)(1)(A)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7BF688E906CA4E8A84E1A629D36D977C"><enum>(A)</enum><text display-inline="yes-
display-inline">in the matter preceding clause (i), by striking <quote>(including an
eligible export vessel)</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9097F0AC256E48D7814E3583BD43B8C4"><enum>(B)</enum><text display-inline="yes-
display-inline">in clause (iv) by inserting <quote>or</quote> after the
semicolon;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2F71EF6D98034328B21F990C8BAF1542"><enum>(C)</enum><text display-inline="yes-
display-inline">in clause (v), by striking <quote>; or</quote> and inserting a period;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H66357C716240425389BBBEABAE7FCD10"><enum>(D)</enum><text display-inline="yes-
display-inline">by striking clause (vi); and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD7D65AC78C584048AB7C712373938DD7"><enum>(2)</enum><text display-inline="yes-
```

```
display-inline">in subsection (c)(1)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7518BAC7D1CC4B9C8A55D98AF7FC8401"><enum>(A)</enum><text display-inline="yes-
display-inline">in subparagraph (A), by striking <quote>and</quote> after the
semicolon;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H40660D03514B49F995F21BEADB3E39D6"><enum>(B)</enum><text display-inline="yes-
display-inline">in subparagraph (B)(ii), by striking the period at the end and
inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1648237987344FF78D689D037F29CBF6"><enum>(C)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H765E746A62224FE3B6118F4D166BE0AA"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="H1ED382B3713D4CF588B03F489C10C9CE"><enum>(C)</enum><text display-inline="yes-
display-inline">after applying subparagraphs (A) and (B), Vessels of National
Interest.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H012C836E40BF43E4AEC97A8A21EBB64D4"><enum>(f)</enum><header display-inline="yes-
display-inline">Amount of obligations</header><text display-inline="yes-display-
inline">Section 53709(b) of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HDA5CCEED210C461B8018AE5FAEF0C1EB"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking paragraphs (3) and (6); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H99E2081410954997B5D0E162ADD0369C"><enum>(2)</enum><text display-inline="yes-
display-inline">by redesignating paragraphs (4) and (5) as paragraphs (3) and (4),
respectively.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H5C524CC036264983972EC31477C2A49D"><enum>(g)</enum><header display-inline="yes-
display-inline">Contents of obligations</header><text display-inline="yes-display-
inline">Section 53710 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H5178A78E70C34E4488429AF02000D2F5"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a)(4)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1FB250147EA24DACB74D309E202AB7C3"><enum>(A)</enum><text display-inline="yes-
display-inline">in subparagraph (A)â€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H61D2AEF792C9438D8B0E492D4FEBC181"><enum>(i)</enum><text display-inline="yes-
display-inline">by striking <quote>or, in the case of</quote> and all that follows
through <quote>party</quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H3A1BEA1484FF4270A3786F2CF02EC4E2"><enum>(ii)</enum><text display-inline="yes-
display-inline">by striking <quote>and</quote> after the semicolon;
and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H766A4944A8904308A9D2BAAA4A8E9B94"><enum>(B)</enum><text display-inline="yes-
display-inline">in subparagraph (B), by striking the period at the end and inserting
<quote>; and</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4F56740FD0AB41778BC3836AA7E6B18D"><enum>(C)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H0079F2DF13304507B84A8173C52ACEE8"
```

```
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="HB51C553A33404F29A60F9A91143610BD"><enum>(C)</enum><text display-inline="yes-
display-inline">documented under the laws of the United States for the term of the
guarantee of the obligation or until the obligation is paid in full, whichever is
sooner.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H55898E246B5F4973BD92D544EC417B81"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (c)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9485BD50FD204F1A928CBE61CD062978"><enum>(A)</enum><text display-inline="yes-
display-inline">in the subsection heading, by inserting <quote><header-in-text
level="subsection" style="USC">and Provide for the Financial Stability of the
Obligor</header-in-text></quote> after <quote><header-in-text level="subsection"
style="USC">Interests</header-in-text></quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5FE3B341186141C893A5788E87AC27FB"><enum>(B)</enum><text display-inline="yes-
display-inline">by striking <quote>provisions for the protection of</quote> and
inserting â€œprovisions, which shall includeâ€"</text>

<quoted-block display-inline="no-display-inline" id="H273CA37F82C54A71B6570120E92DA26B"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H0B99FC437997460C9ACDB00913E558C9"><enum>(1)</enum><text display-inline="yes-
display-inline">provisions for the protection of</text></paragraph><after-quoted-
block>; </after-quoted-block></quoted-block></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA4CE1A5231CC4A32BF7EBB88818685DE"><enum>(C)</enum><text display-inline="yes-
display-inline">by striking <quote>, and other matters that the Secretary or
Administrator may prescribe.</quote> and inserting, <quote>; and</quote>;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE1566D0DE0644BD5A8FB9302BA8CFA71"><enum>(D)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H59F2DD938DDC4408A6576D152587B1AA"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HDB39A091AEFD449C8DD632D978B18531"><enum>(2)</enum><text display-inline="yes-
display-inline">any other provisions that the Secretary or Administrator may
prescribe.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4EFDD2E235C54043BACA0055AF886821"><enum>(h)</enum><header display-inline="yes-
display-inline">Administrative fees</header><text display-inline="yes-display-
inline">Section 53713 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H3864A55A130C48E292F08BCAFC329936"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4E757B44040C48D8B825383BAC36E88F"><enum>(A)</enum><text display-inline="yes-
display-inline">in the matter preceding paragraph (1), by striking <quote>reasonable
forâ€"</quote> and inserting <quote> reasonable for processing the application and
monitoring the loan guarantee, including forâ€"</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0AFA5C321ACC4DE996016A6605828C04"><enum>(4)</enum><text display-inline="yes-
display-inline">in paragraph (4), by striking <quote>; and</quote> and inserting
<quote>or a deposit fund under section 53716 of this
```

WASHSTATEC015567

```
title;</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2A2D43F5A88C4C4C89CFE961167C77F1"><enum>(C)</enum><text display-inline="yes-
display-inline">in paragraph (5), by striking the period at the end and inserting
<quote>; and</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB012F6B66FF74606A8B16E625D9C0B47"><enum>(D)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H4F96D40513F04311AAEC531DDA1D1E30"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H0FB67DEA210D45DA8349DB730FFB11E4"><enum>(6)</enum><text display-inline="yes-
display-inline">monitoring and providing services related to the obligor's compliance
with any terms related to the obligations, the guarantee, or maintenance of the
Secretary or Administrator's security interests under this
chapter.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-
block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2A73E92747194668B5F4F2896691CFB8"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (c)'</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H67AD87FBE7FD45FBA0B97BC751E0B720"><enum>(A)</enum><text display-inline="yes-
display-inline">in paragraph (1), by striking <quote>under section 53708(d) of this
title</quote> and inserting <quote>under section 53703(c) of this
title</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDBD10D842BD640D99FF4629DF44C95E1"><enum>(B)</enum><text display-inline="yes-
display-inline">by redesignating paragraphs (1) through (3) as subparagraphs (A)
through (C), respectively, and adjusting the margins accordingly;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H94406B66610F4F2F96E46408867B2EAD"><enum>(C)</enum><text display-inline="yes-
display-inline">by striking <quote>The Secretary</quote> and inserting the
following:</text>

<quoted-block display-inline="no-display-inline" id="H13F0B1DE0F534F95B8E67CD6B2BBD90C"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H4D3085BC8496406AB57AAF5FD8AC7949"><enum>(1)</enum><header display-inline="yes-
display-inline">In General</header><text display-inline="yes-display-inline">The
Secretary</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-
block></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H31F25ED29A1D4D6981BBAF4CB0944024"><enum>(D)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H9B757640C8B64496B9DC71378DC0B5C8"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H40119FA2A73D4348A95FB387F0FA5BAD"><enum>(2)</enum><header display-inline="yes-
display-inline">Fee limitation inapplicable</header><text display-inline="yes-display-
inline">Fees collected under this subsection are not subject to the limitation of
subsection (b).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HEBBEDF2AB043415FAAE33F9C16F99628"><enum>(i)</enum><header display-inline="yes-
display-inline">Best practices; eligible export vessels</header><text display-
inline="yes-display-inline">Chapter 537 of title 46, United States Code, is further
amended'</text>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="H6A920FC12DAA4C8182EC1C82C6B6ADCE"><enum>(1)</enum><text display-inline="yes-
display-inline">in subchapter I, by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H2DD212BAEABF49308E867569F894389C"
style="USC">

<section commented="no" display-inline="no-display-inline"
id="H306406CB92DA4C358BA3A479AA56B091" section-type="subsequent-
section"><enum>53719.</enum><header display-inline="yes-display-inline">Best
practices</header><text display-inline="no-display-inline">The Secretary or
Administrator shall ensure that all standard documents and agreements that relate to
loan guarantees made pursuant to this chapter are reviewed and updated every four years
to ensure that such documents and agreements meet the current commercial best practices
to the extent permitted by law.</text></section><after-quoted-block>; and</after-
quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC1E8EA6D26FA420A81E05F556A6D8016"><enum>(2)</enum><text display-inline="yes-
display-inline">in subchapter III, by striking section
53732.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF78A577577104CFFB33E4FBDFCFF32F9"><enum>(j)</enum><header display-inline="yes-
display-inline">Expedited consideration of low-risk applications</header>

<paragraph id="H25A273103DD04896BAF3380F573EE3BE"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">In accordance with the
requirements of this subsection, the Administrator shall establish an administrative
process and issue guidance for the expedited consideration of low-risk applications
submitted under chapter 537 of title 46, United States Code.</text></paragraph>

<paragraph id="H9FAE005E60F94450A8D69F339C959331"><enum>(2)</enum><header>Stakeholder
comment</header><text display-inline="yes-display-inline">Not later than 180 days after
the date of enactment of this section, the Administrator of the Maritime Administration
shall publish in the Federal Register a notice of a 45-day public comment period to
request stakeholder input and recommendations to establish the administrative process
required under this subsection, including proposals to assist applicants—</text>

<subparagraph id="H07B588411C84489AAA327D10FEAB0308"><enum>(A)</enum><text display-
inline="yes-display-inline">in the development and submission of initial
applications;</text></subparagraph>

<subparagraph id="H9C3C431791154485973FC963A9B4B73A"><enum>(B)</enum><text>in meeting
requests for supplemental information made by the Administrator;
and</text></subparagraph>

<subparagraph id="H30E67FB8DAD84176941A792EE584359B"><enum>(C)</enum><text>to comply
with other requirements made by the Administrator to ensure the expedited consideration
of applications.</text></subparagraph></paragraph>

<paragraph id="HCBB96D75AFA841168FE6BABE1461C5F9"><enum>(3)</enum><header>Industry best
practices</header><text display-inline="yes-display-inline">The administrative process
established under this subsection shall utilize, to the extent practicable, relevant
Federal and industry best practices found in the maritime and shipbuilding
industries.</text></paragraph>

<paragraph id="HA9D5E91156804BF9A55E4AB2F3328DDA"><enum>(4)</enum><header>Final
guidance</header><text display-inline="yes-display-inline">Not later than 90 days after
the conclusion of the public comment period required under paragraph (2), the
Administrator shall publish in the Federal Register final guidance to assist applicants
in the preparation and filing of applications under this
subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC5331991C8E046C1930AD6995931D649"><enum>(k)</enum><header display-inline="yes-
display-inline">Congressional notification</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HFF71A2D979DF4E89BADA23A059893BAE"><enum>(1)</enum><header display-inline="yes-
display-inline">Notification</header><text display-inline="yes-display-inline">Not less
```

WASHSTATEC015569

than 60 days before reorganizing or consolidating the activities or personnel covered under chapter 537 of title 46, United States Code, the Secretary of Transportation shall notify, in writing, the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Transportation and Infrastructure of the House of Representatives of the proposed reorganization or consolidation.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF28946CC9B88419D814A634C4E46E53B"><enum>(2)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">Each notification under paragraph (1) shall include an evaluation of, and justification for, the reorganization or consolidation.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6A76B7A6C56F4ABAB6059F42E4DE5483"><enum>(m)</enum><header display-inline="yes-display-inline">Clerical amendments</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 537 of title 46, United States Code, is amended—</text>

<paragraph commented="no" display-inline="no-display-inline" id="H0740E522B7F144AD85169565F4740E59"><enum>(1)</enum><text display-inline="yes-display-inline">by inserting after the item relating to section 53718 the following new item:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="HA91D1EB493414CC9938EB5C1F8EE33BE" style="USC">

<toc>

<toc-entry bold="off" level="section">53719. Best practices.</toc-entry></toc><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5102D94AF51A4B50BF95A35249866C78"><enum>(2)</enum><text display-inline="yes-display-inline">by striking the item relating to section 53732.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H4A070DC293514099B88C789BB709EF29" section-type="subsequent-section"><enum>3507.</enum><header display-inline="yes-display-inline">Requirement for small shipyard grantees</header>

<subsection id="HE890462C215C4B45AB97B1FCC1F2565A"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 54101(d) of title 46, United States Code, is amended—</text>

<paragraph commented="no" display-inline="no-display-inline" id="HEDB0BD9ED4634CD89FA37D4D9972FA1B"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>Grants awarded</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H8A51629261CE422691F70B96A5557FA3" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HA8BB35015200430089A9B7FC6840506B"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Grants awarded</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H382B2DC5C1E548FB866BD0134529BB08"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HEAEE5139375B448BBCFEE99F861F3BF1" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H30C1008F211244B69F7C75FBD21614AF"><enum>(2)</enum><header display-inline="yes-display-inline">Buy America</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HC216E67A981F43E89EFCFBAE181785D4"><enum>(A)</enum><header display-inline="yes-

display-inline">In general</header><text display-inline="yes-display-inline">Subject to subparagraph (B), no funds may be obligated by the Administrator of the Maritime Administration under this section, unless each product and material purchased with those funds (including products and materials purchased by a grantee), and including any commercially available off-the-shelf item, isâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H4904118BEC484448BD15252393D1807B"><enum>(i)</enum><text display-inline="yes-display-inline">an unmanufactured article, material, or supply that has been mined or produced in the United States; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H8281F7F232684251B784111BCB44E41B"><enum>(ii)</enum><text display-inline="yes-display-inline">a manufactured article, material, or supply that has been manufactured in the United States substantially all from articles, materials, or supplies mined, produced, or manufactured in the United States.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0BEBD2AC3A7A46778C393BD24055ADE2"><enum>(B)</enum><header display-inline="yes-display-inline">Exceptions</header>

<clause commented="no" display-inline="no-display-inline" id="H513F3C38DA754FAEB7329866D6551035"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Notwithstanding subparagraph (A), the requirements of that subparagraph shall not apply with respect to a particular product or material if the Administrator determinesâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H2063EDB8C99C4ACAA56877D18AA7ACD2"><enum>(I)</enum><text display-inline="yes-display-inline">that the application of those requirements would be inconsistent with the public interest;</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H7F369DDDC37C448DBF4961A8903410DE"><enum>(II)</enum><text display-inline="yes-display-inline">that such product or material is not available in the United States in sufficient and reasonably available quantities, of a satisfactory quality, or on a timely basis; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H1A3F3F3E525C484FA97CB585FD7DDAFB"><enum>(III)</enum><text display-inline="yes-display-inline">that inclusion of a domestic product or material will increase the cost of that product or material by more than 25 percent, with respect to a certain contract between a grantee and that grantee's supplier.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H53468965618B4FB8BA97555B1F6579BB"><enum>(ii)</enum><header display-inline="yes-display-inline">Federal register</header><text display-inline="yes-display-inline">A determination made by the Administrator under this subparagraph shall be published in the Federal Register.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2ACF6B96A0024CB996D9E790DD649128"><enum>(C)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">ln this paragraph:</text>

<clause commented="no" display-inline="no-display-inline" id="HFA41BFC64C4D43C39AE775E0AF5197CB"><enum>(i)</enum><text display-inline="yes-display-inline">The term <term>commercially available off-the-shelf item</term> meansâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HD8C6038CA5DF4E61A61911651FBA71DD"><enum>(I)</enum><text display-inline="yes-display-inline">any item of supply (including construction material) that isâ€"</text>

<item commented="no" display-inline="no-display-inline" id="HAB394EA9A359482BB44D65C80657094F"><enum>(aa)</enum><text display-inline="yes-display-inline">a commercial item, as defined by section 2.101 of title 48, Code of Federal Regulations (as in effect on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020); and</text></item>

WASHSTATEC015571

```xml
<item commented="no" display-inline="no-display-inline"
id="HDECCFA6BA5FF453FADB94D3D7EC335E4"><enum>(bb)</enum><text display-inline="yes-
display-inline">sold in substantial quantities in the commercial marketplace;
and</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H7174C9CC7C4A49D1A0EE76E2DE6918BE"><enum>(II)</enum><text display-inline="yes-
display-inline">does not include bulk cargo, as defined in section 40102(4) of this
title, such as agricultural products and petroleum
products.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H4A309859EC974886BA682D186E63D348"><enum>(ii)</enum><text display-inline="yes-
display-inline">The term <term>product or material</term> means an article, material,
or supply brought to the site by the recipient for incorporation into the building,
work, or project. The term also includes an item brought to the site preassembled from
articles, materials, or supplies. However, emergency life safety systems, such as
emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems
incorporated into a public building or work and that are produced as complete systems,
are evaluated as a single and distinct construction material regardless of when or how
the individual parts or components of those systems are delivered to the construction
site.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF2BE0749AE7440FFAF3DE1F44F010A71"><enum>(iii)</enum><text display-inline="yes-
display-inline">The term <term>United States</term> includes the District of Columbia,
the Commonwealth of Puerto Rico, the Northern Mariana Islands, Guam, American Samoa,
and the Virgin Islands.</text></clause></subparagraph></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection
id="HF6707219B6CE41F79DD9B91B55E68F65"><enum>(b)</enum><header>Authorization of
appropriations</header><text display-inline="yes-display-inline">Section 54101(i) of
title 46, United States Code, is amendedâ€"</text>

<paragraph id="HEFD30656B80C42748F02558E15C6A28C"><enum>(1)</enum><text>by striking
<quote>2018, 2019, and 2020</quote> and inserting <quote>2020 and 2021</quote>;
and</text></paragraph>

<paragraph id="H55CC7E9F87AD443A8FE056EC309B336B"><enum>(2)</enum><text>by striking
<quote>$35,000,000</quote> and inserting
<quote>$40,000,000</quote>.</text></paragraph></subsection>

<subsection id="HB66DF0710D814D69A58DD1C6EBE91506" display-inline="no-display-
inline"><enum>(c)</enum><header>Notification of committees of certain proposed
obligations</header><text display-inline="yes-display-inline">The first section of
Public Law 85-804 (50 U.S.C. 1431) is amended, in the third sentence, by inserting
<quote>and in addition, the Committee on Transportation and Infrastructure of the House
of Representatives and the Committee on Commerce, Science, and Transportation of the
Senate with respect to contracts, or modifications or amendments to contracts, or
advance payments proposed to be made under this section by the Secretary of the
Department in which the Coast Guard is operating with respect to the acquisition of
Coast Guard cutters or aircraft,</quote> after <quote>House of
Representatives</quote>.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H80B2DCE1FCF04C2DB20027BE29DDFEC2" section-type="subsequent-
section"><enum>3508.</enum><header display-inline="yes-display-inline">Salvage
recoveries of cargoes</header><text display-inline="no-display-inline">Section 57107 of
title 46, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HA3B9C5E178C546B38C89C424591CEA31"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H47FF976A559D4C1B81AAAAB373BC2F34"><enum>(c)</enum><header display-inline="yes-
display-inline">Salvaging cargoes</header>

<paragraph id="H259D57D1C25345BAA2F71CDDBAACFD42"><enum>(1)</enum><header>Reimbursable
agreements</header><text display-inline="yes-display-inline">The Secretary of
```

WASHSTATEC015572

Transportation, acting through the Administrator of the Maritime Administration, may enter into reimbursable agreements with other Federal entities to provide legal services to such entities relating to the salvaging of cargoes for which such entities have custody, or control, or for which for such entities have trustee responsibilities from vessels in the custody or control of the Maritime Administration or its predecessor agencies. The Secretary may receive and retain reimbursement from such entities for all costs incurred related to the provision of such services.
</text></paragraph>

<paragraph id="HAA900786518F45E88096491CEF226712" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header>Amounts received</header><text display-inline="yes-display-inline">Amounts received as reimbursements under this subsection shall be credited to the fund or account that was used to cover the costs incurred by the Secretary or, if the period of availability of obligations for that appropriation has expired, to the appropriation of funds that is currently available to the Secretary for substantially the same purpose. Amounts so credited shall be merged with amounts in such fund or account and shall be available for the same purposes, and subject to the same conditions and limitations, as amounts in such fund or account.</text></paragraph>

<paragraph id="HB12346D51D9441CFBC581CD3A8349586" commented="no" display-inline="no-display-inline"><enum>(3)</enum><header>Advance payments</header><text display-inline="yes-display-inline">Payments made in advance shall be for any part of the estimated cost as determined by the Secretary of Transportation. Adjustments to the amounts paid in advance shall be made as agreed to by the Secretary of Transportation and the head of the ordering agency or unit based on the actual cost of goods or services provided.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H20E19EF20F2846E880E7514B287605DA" section-type="subsequent-section"><enum>3509.</enum><header display-inline="yes-display-inline">Salvage recoveries for subrogated ownership of vessels and cargoes</header>

<subsection id="HDFA842E64C044AC5AF3F127133A480E0"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 571 of title 46, United States Code, as amended by this title, is further amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HC2893EDD61304B17B640280282AC8B32" style="OLC">

<section id="H9DDC5C0776054EF5B3E694DEF6468871" commented="no" display-inline="no-display-inline"><enum>57111.</enum><header display-inline="yes-display-inline">Salvage recoveries for subrogated ownership of vessels and cargoes</header>

<subsection id="H7C4C98FEEFE24E5C9411AAEBC2AD40B6"><enum>(a)</enum><header>Salvage agreements</header><text display-inline="yes-display-inline">The Secretary of Transportation is authorized to enter into marine salvage agreements for the recoveries, sale, and disposal of sunken or damaged vessels, cargoes, or properties owned or insured by or on behalf of the Maritime Administration, the United States Shipping Board, the U.S. Shipping Bureau, the United States Maritime Commission, or the War Shipping Administration.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H77A98E8F64184DFCBC525156D3342DAF"><enum>(b)</enum><header display-inline="yes-display-inline">Military craft</header><text display-inline="yes-display-inline">The Secretary of Transportation shall consult with the Secretary of the military department concerned prior to engaging in or authorizing any activity under subsection (a) that will disturb sunken military craft, as such term is defined in section 1408(3) of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108â€"375; 10 U.S.C. 113 note).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC9BAE6FCD29F4B5FA8C8C8EE2F7DC92A"><enum>(c)</enum><header display-inline="yes-display-inline">Recoveries</header><text display-inline="yes-display-inline">Notwithstanding any other provision of law, the net proceeds from salvage agreements entered into as authorized in subsection (a) shall remain available until expended and be distributed as follows:</text>

<paragraph id="H654063A0F3D44651A6B84AA858A6CB0F" commented="no" display-inline="no-

WASHSTATEC015573

```
display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Fifty percent
shall be available to the Administrator of the Maritime Administration for the payment
or reimbursement of expenses incurred by or on behalf of State maritime academies or
the United States Merchant Marine Academy for facility and training ship maintenance,
repair, and modernization, and for the purchase of simulators and
fuel.</text></paragraph>

<paragraph id="H90CB5970359C4B8689D5358CB8120D84" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">The remainder
shall be distributed for maritime heritage preservation to the Department of the
Interior for grants as authorized by section 308703 of title
54.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="HFFCEF82296CD411CA6D5D9219B9D856F"><enum>(b)</enum><header>Clerical
amendment</header><text display-inline="yes-display-inline">The table of sections at
the beginning of such chapter, as amended by this title, is further amended by adding
at the end the following new item:</text>

<quoted-block style="USC" id="H4BB57BC2FFD3427FB5EF73F412807D69" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">57111. Salvage recoveries for subrogated ownership of
vessels and cargoes.</toc-entry></toc><after-quoted-block>.</after-quoted-
block></quoted-block></subsection></section>

<section id="H38AC9093817F4937B959A85698754FDE"><enum>3510.</enum><header>Maritime
Occupational Safety and Health Advisory Committee</header><text display-inline="no-
display-inline">Section 7 of the Occupational Safety and Health Act of 1970 (29 U.S.C.
656) is amended by adding at the end the following:</text>

<quoted-block style="traditional" id="HA600F3B263EE4EDAA70B71EF49F7E224" display-
inline="no-display-inline">

<subsection id="HF7C4A5114EFF42159DB96413A30FE598"><enum>(d)</enum><text display-
inline="yes-display-inline">There is established a Maritime Occupational Safety and
Health Advisory Committee, which shall be a continuing body and shall provide advice to
the Secretary in formulating maritime industry standards and regarding matters
pertaining to the administration of this Act related to the maritime industry. The
composition of such advisory committee shall be consistent with the advisory committees
established under subsection (b). A member of the advisory committee who is otherwise
qualified may continue to serve until a successor is appointed. The Secretary may
promulgate or amend regulations as necessary to implement this
subsection.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></section>

<section commented="no" display-inline="no-display-inline"
id="H9A9D15E3D0724D03AB6398BB01492350" section-type="subsequent-
section"><enum>3511.</enum><header display-inline="yes-display-inline">Military to
mariner</header>

<subsection commented="no" display-inline="no-display-inline"
id="HE38887E064A54372BD7AD9135C7829F1"><enum>(a)</enum><header display-inline="yes-
display-inline">Credentialing support</header><text display-inline="yes-display-
inline">Not later than one year after the date of enactment of this title, the
Secretary of Defense, the Secretary of the Department in which the Coast Guard is
operating when it is not operating as a service in the Department of the Navy, the
Secretary of Commerce, and the Secretary of Health and Human Services, with respect to
the applicable services in their respective departments, and in coordination with one
another and with the United States Committee on the Marine Transportation System, and
in consultation with the Merchant Marine Personnel Advisory Committee, shall,
consistent with applicable law, identify all training and experience within the
applicable service that may qualify for merchant mariner credentialing and submit a
list of all identified training and experience to the United States Coast Guard
National Maritime Center for a determination of whether such training and experience
counts for credentialing purposes.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
```

id="H100A6F113D8C40FCBF7B4328B69C789E"><enum>(b)</enum><header display-inline="yes-display-inline">Review of applicable service</header><text display-inline="yes-display-inline">The United States Coast Guard Commandant shall make a determination of whether training and experience counts for credentialing purposes, as described in subsection (a), not later than 6 months after the date on which the United States Coast Guard National Maritime Center receives a submission under subsection (a) identifying a training or experience and requesting such a determination.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF7781C41E6CA4B2BA5CC8DC368EF5101"><enum>(c)</enum><header display-inline="yes-display-inline">Fees and services</header><text display-inline="yes-display-inline">The Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, and the Secretary of Commerce, with respect to the applicable services in their respective departments, shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H73FB708CBA6640E49665B7A9837B8FC1"><enum>(1)</enum><text display-inline="yes-display-inline">take all necessary and appropriate actions to provide for the waiver of fees through the National Maritime Center license evaluation, issuance, and examination for members of the uniformed services on active duty, if a waiver is authorized and appropriate, and, if a waiver is not granted, take all necessary and appropriate actions to provide for the payment of fees for members of the uniformed services on active duty by the applicable service to the fullest extent permitted by law;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6F007939F8804593A9EE597AC4EF766D"><enum>(2)</enum><text display-inline="yes-display-inline">direct the applicable services to take all necessary and appropriate actions to provide for Transportation Worker Identification Credential cards for members of the uniformed services on active duty pursuing or possessing a mariner credential, such as implementation of an equal exchange process for members of the uniformed services on active duty at no or minimal cost;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE281E5EAB42044C59606A626889BCCC0"><enum>(3)</enum><text display-inline="yes-display-inline">ensure that members of the applicable services who are to be discharged or released from active duty and who request certification or verification of sea service be provided such certification or verification no later than one month after discharge or release;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE4802E0220C84253AC8238EB6FA0B8E9"><enum>(4)</enum><text display-inline="yes-display-inline">ensure the applicable services have developed, or continue to operate, as appropriate, the online resource known as Credentialing Opportunities On-Line to support separating members of the uniformed services who are seeking information and assistance on merchant mariner credentialing; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1DC326D026FB4165B7AB4344B0A40AE4"><enum>(5)</enum><text display-inline="yes-display-inline">not later than 1 year after the date of enactment of this section, take all necessary and appropriate actions to review and implement service-related medical certifications to merchant mariner credential requirements.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H49F8488F36A04C97846468D1A33A95DF"><enum>(d)</enum><header display-inline="yes-display-inline">Advancing military to mariner within the employer agencies</header>

<paragraph commented="no" display-inline="no-display-inline" id="H911EE262B9B94F41A79882959D925EBF"><enum>(1)</enum><header display-inline="yes-display-inline">In General</header><text display-inline="yes-display-inline">The Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, and the Secretary of Commerce shall have direct hiring authority to employ separated members of the uniformed services with valid merchant mariner licenses or sea service experience in support of United States national maritime needs, including the Army Corps of Engineers, U.S. Customs and Border Protection, and the National Oceanic and Atmospheric Administration.</text></paragraph>

WASHSTATEC015575

```
<paragraph commented="no" display-inline="no-display-inline"
id="HE1DCCB16F821489081C7856D5062815B"><enum>(2)</enum><header display-inline="yes-
display-inline">Appointments of retired members of the Armed Forces</header><text
display-inline="yes-display-inline">Except in the case of positions in the Senior
Executive Service, the requirements of section 3326(b) of title 5, United States Code,
shall not apply with respect to the hiring of a separated member of the uniformed
services under paragraph (1).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H7074F1CAFE9A4C60A87805D420ED8A68"><enum>(e)</enum><header display-inline="yes-
display-inline">Separated member of the uniformed services</header><text display-
inline="yes-display-inline">In this section, the term <term>separated member of the
uniformed services</term> means an individual whoâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HFB947649617144D98174B0E776981C5B"><enum>(1)</enum><text display-inline="yes-
display-inline">is retiring or is retired as a member of the uniformed
services;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H549971B68356474ABD9DB21C10E9912E"><enum>(2)</enum><text display-inline="yes-
display-inline">is voluntarily separating or voluntarily separated from the uniformed
services at the end of enlistment or service obligation; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3122F560D009403D94E12458E03E70F5"><enum>(3)</enum><text display-inline="yes-
display-inline">is administratively separating or has administratively separated from
the uniformed services with an honorable or general discharge
characterization.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H57C6C33150CB4D5A831DBC5BB70BCB53" section-type="subsequent-
section"><enum>3512.</enum><header display-inline="yes-display-inline">Department of
Transportation Inspector General Report</header><text display-inline="no-display-
inline">The Inspector General of the Department of Transportation shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H810479D1BE794FF48D73D1EDB0B130DF"><enum>(1)</enum><text display-inline="yes-
display-inline">not later than 180 days after the date of enactment of this title,
initiate an audit of the Maritime Administrationâ€™s actions to address only those
recommendations from Chapter 3 and recommendations 5â€"1, 5â€"2, 5â€"3, 5â€"4, 5â€"5,
and 5â€"6 identified by a National Academy of Public Administration panel in the
November 2017 report entitled <quote>Maritime Administration: Defining its Mission,
Aligning its Programs, and Meeting its Objectives</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H288E8DF1BDF2435E8209200442F794FF"><enum>(2)</enum><text display-inline="yes-
display-inline">submit to the Committee on Commerce, Science, and Transportation of the
Senate and the Committee on Transportation and Infrastructure of the House of
Representatives a report containing the results of that audit once the audit is
completed.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HFE7FBDE1E4834DC79F5FE8CA48E83ECE" section-type="subsequent-
section"><enum>3513.</enum><header display-inline="yes-display-inline">Independent
study on the United States Merchant Marine Academy</header>

<subsection commented="no" display-inline="no-display-inline"
id="HE31F48A1913144C58E9AEF6FF5B5E8E7"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of enactment of this title, the Secretary of
Transportation shall seek to enter into an agreement with the National Academy of
Public Administration (referred to in this section as the <quote>Academy</quote>) to
carry out the activities described in this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE4B607B27FA04109BBBEF27D51E3A3CC"><enum>(b)</enum><header display-inline="yes-
display-inline">Study elements</header><text display-inline="yes-display-inline">In
accordance with the agreement described in subsection (a), the Academy shall conduct a
study of the United States Merchant Marine Academy that consists of the
```

WASHSTATEC015576

```
following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H430A15EE477242968FB46E02CFAEE725"><enum>(1)</enum><text display-inline="yes-
display-inline">A comprehensive assessment of the United States Merchant Marine
Academyâ€™s systems, training, facilities, infrastructure, information technology, and
stakeholder engagement.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF92A310C50B04ED2931086BC33682F0A"><enum>(2)</enum><text display-inline="yes-
display-inline">Identification of needs and opportunities for modernization to help the
United States Merchant Marine Academy keep pace with more modern
campuses.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCC915859A9F04CE59E58956D42BDFFD9"><enum>(3)</enum><text display-inline="yes-
display-inline">Development of an action plan for the United States Merchant Marine
Academy with specific recommendations forâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEFBEBEB5A07E467B9E83F1A6FFF7F4E2"><enum>(A)</enum><text display-inline="yes-
display-inline">improvements or updates relating to the opportunities described in
paragraph (2); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1F25C6405E894303B4667E0368E226DF"><enum>(B)</enum><text display-inline="yes-
display-inline">systemic changes needed to help the United States Merchant Marine
Academy achieve its mission of inspiring and educating the next generation of the
mariner workforce on a long-term basis.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H025D35E9B03741D089DA06F3350AF405"><enum>(c)</enum><header display-inline="yes-
display-inline">Deadline and report</header><text display-inline="yes-display-
inline">Not later than 1 year after the date of the agreement described in subsection
(a), the Academy shall prepare and submit to the Administrator of the Maritime
Administration a report containing the action plan described in subsection (b)(3),
including specific findings and recommendations.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HE28CC16F983348AC9AC254B26734359E" section-type="subsequent-
section"><enum>3514.</enum><header display-inline="yes-display-inline">Port operations,
research, and technology</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3BC0DD9BBCFD4D1887432B61B6B82E58"><enum>(a)</enum><header display-inline="yes-
display-inline">Short title</header><text display-inline="yes-display-inline">This
section may be cited as the <quote><short-title>Ports Improvement Act</short-
title></quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0840F6EF447D4FCBB895D04465BC9759"><enum>(b)</enum><header display-inline="yes-
display-inline">Port and intermodal improvement program</header><text display-
inline="yes-display-inline">Section 50302 of title 46, United States Code, is amended
by striking subsection (c) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H31BCCCF4CB444F1EB1CA57CEF63C866E"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H16DA740E3EC34E09893043F5C43730EC"><enum>(c)</enum><header display-inline="yes-
display-inline">Port and intermodal improvement program</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HFB9873685D874AF99E235DBAB4C2398F"><enum>(1)</enum><header display-inline="yes-
display-inline">General authority</header><text display-inline="yes-display-
inline">Subject to the availability of appropriations, the Secretary of Transportation
shall make grants, on a competitive basis, to eligible applicants to assist in funding
eligible projects for the purpose of improving the safety, efficiency, or reliability
of the movement of goods through ports and intermodal connections to
ports.</text></paragraph>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="HBC25EE21DDBF44EEB204DA7B5CAD6C34"><enum>(2)</enum><header display-inline="yes-
display-inline">Eligible applicant</header><text display-inline="yes-display-
inline">The Secretary may make a grant under this subsection to the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H11AC963865F84309A94916003AF81159"><enum>(A)</enum><text display-inline="yes-
display-inline">A State.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6AA31EABF0E6455D817CFFCC62FF8DF8"><enum>(B)</enum><text display-inline="yes-
display-inline">A political subdivision of a State, or a local
government.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H70834CD36F7344D29DAE2294E8914CC4"><enum>(C)</enum><text display-inline="yes-
display-inline">A public agency or publicly chartered authority established by 1 or
more States.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3CA6259DA2CF4316A298A69CCB35718B"><enum>(D)</enum><text display-inline="yes-
display-inline">A special purpose district with a transportation
function.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE0D64D31621E4EFE93322ABC54280232"><enum>(E)</enum><text display-inline="yes-
display-inline">An Indian Tribe (as defined in section 4 of the Indian Self-
Determination and Education Assistance Act (25 U.S.C. 5304), without regard to
capitalization), or a consortium of Indian Tribes.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3C854B23790046D2A1A977E35B0F2983"><enum>(F)</enum><text display-inline="yes-
display-inline">A multistate or multijurisdictional group of entities described in this
paragraph.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC089B27C13DB4AE184A0DC9B374FEB30"><enum>(G)</enum><text display-inline="yes-
display-inline">A lead entity described in subparagraph (A), (B), (C), (D), (E), or (F)
jointly with a private entity or group of private
entities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7B344F2AA2E649DAB3F60BF9CA59871E"><enum>(3)</enum><header display-inline="yes-
display-inline">Eligible projects</header><text display-inline="yes-display-inline">The
Secretary may make a grant under this subsectionâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H55CAB9B46EB7440EA9B98F151317CE60"><enum>(A)</enum><text display-inline="yes-
display-inline">for a project, or package of projects, thatâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H4F012930A5934A5999A9889EF144A7FE"><enum>(i)</enum><text display-inline="yes-
display-inline">is eitherâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="HA0D383404D2F4157B7AF9476DD6EA667"><enum>(I)</enum><text display-inline="yes-
display-inline">within the boundary of a port; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H040E6549DE024D7CBEE3C8F01BA2D4D8"><enum>(II)</enum><text display-inline="yes-
display-inline">outside the boundary of a port, but is directly related to port
operations or to an intermodal connection to a port; and</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="HCD47C088C076498EA467F639A47DB1AF"><enum>(ii)</enum><text display-inline="yes-
display-inline">will be used to improve the safety, efficiency, or reliability
ofâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H6261950992D14109A5C722251130C730"><enum>(I)</enum><text display-inline="yes-
display-inline">the loading and unloading of goods at the port, such as for marine
```

WASHSTATEC015578

```
terminal equipment;</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H66DCEF33DF1E48F8A4064CF56C674A3A"><enum>(II)</enum><text display-inline="yes-
display-inline">the movement of goods into, out of, around, or within a port, such as
for highway or rail infrastructure, intermodal facilities, freight intelligent
transportation systems, and digital infrastructure systems; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H722E1420CDA248648946C3835E5673DF"><enum>(III)</enum><text display-inline="yes-
display-inline">environmental mitigation measures and operational improvements directly
related to enhancing the efficiency of ports and intermodal connections to ports;
or</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD91EA038E6A742B7B964451A126011D2"><enum>(B)</enum><text display-inline="yes-
display-inline">notwithstanding paragraph (6)(A)(v), to provide financial assistance to
1 or more projects under subparagraph (A) for development phase activities, including
planning, feasibility analysis, revenue forecasting, environmental review, permitting,
and preliminary engineering and design work.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H56077831C52B418087BFD3CF774ED6EF"><enum>(4)</enum><header display-inline="yes-
display-inline">Prohibited uses</header><text display-inline="yes-display-inline">A
grant award under this subsection may not be usedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAAC5251B1C314F70B2A6B63C7B6C677D"><enum>(A)</enum><text display-inline="yes-
display-inline">to finance or refinance the construction, reconstruction,
reconditioning, or purchase of a vessel that is eligible for such assistance under
chapter 537, unless the Secretary determines such vesselâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H3BF905AD50BF4BEDBAF14682B133F8D7"><enum>(i)</enum><text display-inline="yes-
display-inline">is necessary for a project described in paragraph (3)(A)(ii)(III) of
this subsection; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H16BDF5E675174D34B4AED1298B232DE4"><enum>(ii)</enum><text display-inline="yes-
display-inline">is not receiving assistance under chapter 537;
or</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H501DE2807D164E9C8D56C5602FA528B5"><enum>(B)</enum><text display-inline="yes-
display-inline">for any project within a small shipyard (as defined in section
54101).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H94BE1A8C04004DF084C7A91850D8B2EA"><enum>(5)</enum><header display-inline="yes-
display-inline">Applications and process</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H28743E1907664E7B83111CBE514019FF"><enum>(A)</enum><header display-inline="yes-
display-inline">Applications</header><text display-inline="yes-display-inline">To be
eligible for a grant under this subsection, an eligible applicant shall submit to the
Secretary an application in such form, at such time, and containing such information as
the Secretary considers appropriate.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9E404A3F63E1425BBCAFF52685644A7E"><enum>(B)</enum><header display-inline="yes-
display-inline">Solicitation process</header><text display-inline="yes-display-
inline">Not later than 60 days after the date that amounts are made available for
grants under this subsection for a fiscal year, the Secretary shall solicit grant
applications for eligible projects in accordance with this
subsection.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0EF3033E86864A298E6233261E6A11C1"><enum>(6)</enum><header display-inline="yes-
display-inline">Project selection criteria</header>

<subparagraph commented="no" display-inline="no-display-inline"
```

WASHSTATEC015579

```
id="H31B22D1095934FBC8A8BA73F982019C7"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary may select a project described in paragraph (3) for funding under this
subsection if the Secretary determines thatâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HF937804A7B324510A8B0E3A72341BF81"><enum>(i)</enum><text display-inline="yes-
display-inline">the project improves the safety, efficiency, or reliability of the
movement of goods through a port or intermodal connection to a port;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HDA325185263E4D76B8E8C093A301E088"><enum>(ii)</enum><text display-inline="yes-
display-inline">the project is cost effective;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H037A1261D396403EA18E8D1551035473"><enum>(iii)</enum><text display-inline="yes-
display-inline">the eligible applicant has authority to carry out the
project;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H18607836B786440AB1E57057609188DA"><enum>(iv)</enum><text display-inline="yes-
display-inline">the eligible applicant has sufficient funding available to meet the
matching requirements under paragraph (8);</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HCC36F349A94C4B0D9D54E54A695D04DE"><enum>(v)</enum><text display-inline="yes-
display-inline">the project will be completed without unreasonable delay;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H88FFB35A6CDF43ADAAF9E124729E6CFB"><enum>(vi)</enum><text display-inline="yes-
display-inline">the project cannot be easily and efficiently completed without Federal
funding or financial assistance available to the project
sponsor.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF2C811D5E4DF43C1A3B5212EE5587E2B"><enum>(B)</enum><header display-inline="yes-
display-inline">Additional considerations</header><text display-inline="yes-display-
inline">In selecting projects described in paragraph (3) for funding under this
subsection, the Secretary shall give substantial weight toâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HFBA16895527D40E4A04235F698297EE4"><enum>(i)</enum><text display-inline="yes-
display-inline">the utilization of non-Federal contributions; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H653269B978044640B56D2328066C68EA"><enum>(ii)</enum><text display-inline="yes-
display-inline">the net benefits of the funds awarded under this subsection,
considering the cost-benefit analysis of the project, as
applicable.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1741E42F9DA44CDB8C04EBA2D955F7C2"><enum>(C)</enum><header display-inline="yes-
display-inline">Small projects</header><text display-inline="yes-display-inline">The
Secretary may waive the cost-benefit analysis under subparagraph (A)(ii), and establish
a simplified, alternative basis for determining whether a project is cost effective,
for a small project described in paragraph (7)(B).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H98BFB0324EC7483E8036F642F8C496E0"><enum>(7)</enum><header display-inline="yes-
display-inline">Allocation of funds</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEE1F9EE93C2C48C7807AB89E4D1AACF1"><enum>(A)</enum><header display-inline="yes-
display-inline">Geographic distribution</header><text display-inline="yes-display-
inline">Not more than 25 percent of the amounts made available for grants under this
subsection for a fiscal year may be used to make grants for projects in any 1
State.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8C68DC62C8244593B00CAFBFE253F224"><enum>(B)</enum><header display-inline="yes-
```

WASHSTATEC015580

display-inline">Small projects</header><text display-inline="yes-display-inline">The Secretary shall reserve 25 percent of the amounts made available for grants under this subsection each fiscal year to make grants for eligible projects described in paragraph (3)(A) that request the lesser ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H4C886D8603EF4BDD8502949BA1581ECF"><enum>(i)</enum><text display-inline="yes-display-inline">10 percent of the amounts made available for grants under this subsection for a fiscal year; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9927BEA5DAF64DD092074A4DCF394EA3"><enum>(ii)</enum><text display-inline="yes-display-inline">$10,000,000.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA725D85B91C14AE49B69E00032263A2A6"><enum>(C)</enum><header display-inline="yes-display-inline">Development phase activities</header><text display-inline="yes-display-inline">Not more than 10 percent of the amounts made available for grants under this subsection for a fiscal year may be used to make grants for development phase activities under paragraph (3)(B).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H23FC7BF7861F4027A942F63353E62A0B"><enum>(8)</enum><header display-inline="yes-display-inline">Federal share of total project costs</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H4C8D360DE1FC43C2B3EC3E2514AF33AB"><enum>(A)</enum><header display-inline="yes-display-inline">Total project costs</header><text display-inline="yes-display-inline">To be eligible for a grant under this subsection, an eligible applicant shall submit to the Secretary an estimate of the total costs of a project under this subsection based on the best available information, including any available engineering studies, studies of economic feasibility, environmental analyses, and information on the expected use of equipment or facilities.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H180812A7A2794CBEBDDCA0620EB1826C"><enum>(B)</enum><header display-inline="yes-display-inline">Federal share</header>

<clause commented="no" display-inline="no-display-inline" id="H994233A8E5C24501A70E391CF23A83E5"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Except as provided in clause (ii), the Federal share of the total costs of a project under this subsection shall not exceed 80 percent.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H48A9068AC5D24B0D8FB54147E8A07FEA"><enum>(ii)</enum><header display-inline="yes-display-inline">Rural areas</header><text display-inline="yes-display-inline">The Secretary may increase the Federal share of costs above 80 percent for a project located in a rural area.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H75DF552D9BEB408F85C83D0E88EF6B02"><enum>(9)</enum><header display-inline="yes-display-inline">Procedural safeguards</header><text display-inline="yes-display-inline">The Secretary shall issue guidelines to establish appropriate accounting, reporting, and review procedures to ensure thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H36111B1EF5624DD18C3CF664A57E5CD9"><enum>(A)</enum><text display-inline="yes-display-inline">grant funds are used for the purposes for which those funds were made available;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H60B3BA1A5D40434D8661A9CB924CEF2A"><enum>(B)</enum><text display-inline="yes-display-inline">each grantee properly accounts for all expenditures of grant funds; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H023B88EFF412499E8D3903D783019BB7"><enum>(C)</enum><text display-inline="yes-display-inline">grant funds not used for such purposes and amounts not obligated or expended are returned.</text></subparagraph></paragraph>

WASHSTATEC015581

```
<paragraph commented="no" display-inline="no-display-inline"
id="HDFA46B3574EE48D992F328A63B52B7B7"><enum>(10)</enum><header display-inline="yes-
display-inline">Grant conditions</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEF94E330D6A84F63930EAFFC302868B0"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary shall require as a condition of making a grant under this subsection that a
granteeâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HE71BBDD66CD84766A9B56930CF6A540C"><enum>(i)</enum><text display-inline="yes-
display-inline">maintain such records as the Secretary considers
necessary;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H929D8C655CB045269F86F6BC07CE1B19"><enum>(ii)</enum><text display-inline="yes-
display-inline">make the records described in clause (i) available for review and audit
by the Secretary; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HB2EA6AF4D82145B0A1A3F928B7E14E57"><enum>(iii)</enum><text display-inline="yes-
display-inline">periodically report to the Secretary such information as the Secretary
considers necessary to assess progress.</text></clause></subparagraph>

<subparagraph id="H0C4D438C6485495893D7D4A465E523B6"
commented="no"><enum>(B)</enum><header>Additional requirement</header><text>The
Secretary shall apply the same requirements of section 117(k) of title 23, United
States Code, to a port project assisted in whole or in part under this section as the
Secretary does a port-related freight project under section 117 of title 23, United
States Code. </text></subparagraph>

<subparagraph id="H7762C6B5404548289CB5A36BF7D1C4AB"
commented="no"><enum>(C)</enum><header>Construction, repair, or alteration of
vessels</header><text>With regard to the construction, repair, or alteration of
vessels, the same requirements of section 117(k) of title 23, United States Code, shall
apply regardless of whether the location of contract performance is known when bids for
such work are solicited. </text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H153F4FFD659242388AF3F360B37BB90A"><enum>(11)</enum><header display-inline="yes-
display-inline">Administration</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEC91773882CC42CABF5CC3B57696531F"><enum>(A)</enum><header display-inline="yes-
display-inline">Administrative and oversight costs</header><text display-inline="yes-
display-inline">The Secretary may retain not more than 2 percent of the amounts
appropriated for each fiscal year under this subsection for the administrative and
oversight costs incurred by the Secretary to carry out this
subsection.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9C417DC760D94D50B5EEDD32FBA3B0DF"><enum>(B)</enum><header display-inline="yes-
display-inline">Availability</header>

<clause commented="no" display-inline="no-display-inline"
id="H7C570127630E4B258BF32325ACD855DB"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Amounts
appropriated for carrying out this subsection shall remain available until
expended.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H8326EEDC2E1A41E28F06203BB8605F93"><enum>(ii)</enum><header display-inline="yes-
display-inline">Unexpended funds</header><text display-inline="yes-display-
inline">Amounts awarded as a grant under this subsection that are not expended by the
grantee during the 5-year period following the date of the award shall remain available
to the Secretary for use for grants under this subsection in a subsequent fiscal
year.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
```

```
id="HC3411264CFA3489A8503F89AE66F6C33"><enum>(12)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
subsection:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC8E5FF1044BD4559860CC8DB3E58D07A"><enum>(A)</enum><header display-inline="yes-
display-inline">Appropriate committees of Congress</header><text display-inline="yes-
display-inline">The term <term>appropriate committees of Congress</term>
meansâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H137BDF8A798B42988C16F394BC0922EA"><enum>(i)</enum><text display-inline="yes-
display-inline">the <committee-name committee-id="SSCM00">Committee on Commerce,
Science, and Transportation of the Senate</committee-name>; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HE9D8B178084943DD9AD5A3E683A5F077"><enum>(ii)</enum><text display-inline="yes-
display-inline">the <committee-name committee-id="">Committee on Transportation and
Infrastructure of the House of Representatives.</committee-
name></text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HCE439EA0410F4000A6980825BA307A6B"><enum>(B)</enum><header display-inline="yes-
display-inline">Port</header><text display-inline="yes-display-inline">The term
<term>port</term> includesâ€"</text>

<clause id="HB1D0E17E34C34A83BB9C62B28794072C"><enum>(i)</enum><text>any port on the
navigable waters of the United States; and</text></clause>

<clause id="HB6A2F2D477E94348A0649E541023ED25"><enum>(ii)</enum><text>any harbor,
marine terminal, or other shore side facility used principally for the movement of
goods on inland waters. </text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H182BC71B781448CC961182BA411062D2"><enum>(C)</enum><header display-inline="yes-
display-inline">Project</header><text display-inline="yes-display-inline">The term
<term>project</term> includes construction, reconstruction, environmental
rehabilitation, acquisition of property, including land related to the project and
improvements to the land, equipment acquisition, and operational
improvements.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6E71A95382504CB2BEA0778A705FFA0E"><enum>(D)</enum><header display-inline="yes-
display-inline">Rural area</header><text display-inline="yes-display-inline">The term
<term>rural area</term> means an area that is outside an urbanized
area.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H59D5D12AC4F241FF9459173A15F44770"><enum>(d)</enum><header display-inline="yes-
display-inline">Additional authority of the Secretary</header><text display-
inline="yes-display-inline">In carrying out this section, the Secretary mayâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H9D169E0559BA47BD8099903ABBECDDD0"><enum>(1)</enum><text display-inline="yes-
display-inline">coordinate with other Federal agencies to expedite the process
established under the National Environmental Policy Act of 1969 (42 U.S.C. 4321 et
seq.) for the improvement of port facilities to improve the efficiency of the
transportation system, to increase port security, or to provide greater access to port
facilities;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H29DBBBB627154FC3AFFD79F095F80511"><enum>(2)</enum><text display-inline="yes-
display-inline">seek to coordinate all reviews or requirements with appropriate
Federal, State, and local agencies; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7853455EEDF442CAAD09FDB98816DADC"><enum>(3)</enum><text display-inline="yes-
display-inline">in addition to any financial assistance provided under subsection (c),
provide such technical assistance to port authorities or commissions or their
subdivisions and agents.</text></paragraph></subsection><after-quoted-block>.</after-
```

WASHSTATEC015583

quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HFC6B3CBD078345CB8A511F979A236CFB"><enum>(c)</enum><header display-inline="yes-
display-inline">Savings clause</header><text display-inline="yes-display-inline">A
repeal made by subsection (b) of this section shall not affect amounts apportioned or
allocated before the effective date of the repeal. Such apportioned or allocated funds
shall continue to be subject to the requirements to which the funds were subject
underâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H3DC6016706474010BDF135F8FE62B660"><enum>(1)</enum><text display-inline="yes-
display-inline">section 50302(c) of title 46, United States Code, as in effect on the
day before the date of enactment of this title;</text></paragraph>

<paragraph id="HF4C532FF663F4407AD8AA102551DB4A5"
commented="no"><enum>(2)</enum><text>section 9008 of the SAFETEA-LU Act (Public Law
109â€"59; 119 Stat. 1926);</text></paragraph>

<paragraph id="HA958D2F6219A41409A423095E41829B5"
commented="no"><enum>(3)</enum><text>section 10205 of the SAFETEA-LU Act (Public Law
109â€"59; 119 Stat. 1934); and</text></paragraph>

<paragraph id="H62847BF583CC455D9945DBA684B878D2"
commented="no"><enum>(4)</enum><text>section 3512 of the Duncan Hunter National Defense
Authorization Act for Fiscal Year 2009 (48 U.S.C. 1421r).
</text></paragraph></subsection>

<subsection id="HF7296187F9684FEE86143DA1E98F395D"
commented="no"><enum>(d)</enum><header>Remedial actions</header><text>Section 533 of
the Coast Guard Authorization Act of 2016 (Public Law 114â€"120; 130 Stat. 74) is
amended by adding at the end the following:</text>

<quoted-block style="OLC" display-inline="no-display-inline"
id="H42100A11E605461590E14B1010C9F1C2">

<subsection id="HFEB7CB9B139E42959A0C4107C7F1E1D5"
commented="no"><enum>(f)</enum><header>Remedial actions</header><text>For purposes of
the conveyances under this section, the remedial actions required under section 120(h)
of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980
(42 U.S.C. 9620(h)) may be completed by the United States Coast Guard after the date of
such conveyance and a deed entered into for such conveyance shall include a clause
granting the United States Coast Guard access to the property in any case in which
remedial action or corrective action is found to be necessary after the date of such
conveyance.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="HB543D84F93A046678997CC25B0417AA4"
commented="no"><enum>(e)</enum><header>Environmental compliance</header><text>Section
534(a) of the Coast Guard Authorization Act of 2016 (Public Law 114-120; 42 U.S.C. 9620
note) is amendedâ€"</text>

<paragraph id="HC36ABCDE193F43768FA8510E44301921"
commented="no"><enum>(1)</enum><text>by striking <quote>Nothing</quote> and inserting
<quote>After the date on which the Secretary of the Interior conveys land under section
533 of this Act, nothing</quote>; and</text></paragraph>

<paragraph id="H161B5064AE1F4BD9B75F414F67D79DAC"
commented="no"><enum>(2)</enum><text>by inserting <quote>, with respect to contaminants
on such land prior to the date on which the land is conveyed</quote> before the
period.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H1ACE2AE2CDF54A13A33095C8D21901C7" section-type="subsequent-
section"><enum>3515.</enum><header display-inline="yes-display-inline">Assessment and
report on strategic seaports</header>

<subsection commented="no" display-inline="no-display-inline"
id="H830080925E0743E4B4CFA7301E1EEEBF"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 90 days after the date of the enactment of this title, the Secretary of Defense

shall submit to the Committee on Armed Services and the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Armed Services and the Committee on Commerce, Science, and Transportation of the Senate a report on port facilities used for military purposes at ports designated by the Department of Defense as strategic seaports.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H45E75E3BAD2F4BE49AC978BD8B311915"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required by subsection (a) shall include, with respect to port facilities included in the report, the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6C521C88B9CB4F309EFEEE4E3CC2B741"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of whether there are structural integrity or other deficiencies in such facilities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9DC6748A795B4239BD1D02981AA97B76"><enum>(2)</enum><text display-inline="yes-display-inline">If there are such deficiencies—</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4D4744C73CCE4D1E8A0FBD1095A55572"><enum>(A)</enum><text display-inline="yes-display-inline">an assessment of infrastructure improvements to such facilities that would be needed to meet, directly or indirectly, national security and readiness requirements;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD172425F35024CF582294930274E4CF9"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment of the impact on operational readiness of the Armed Forces if such improvements are not undertaken; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H249060E082E94496BF661F6BE432EA23"><enum>(C)</enum><text display-inline="yes-display-inline">an identification of, to the maximum extent practical, all potential funding sources for such improvements from existing authorities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC36F103B834E4479AE7C8E0246861973"><enum>(3)</enum><text display-inline="yes-display-inline">An identification of the support that would be appropriate for the Department of Defense to provide in the execution of the responsibilities of the Secretary of Transportation under section 50302 of title 46, United States Code, with respect to such facilities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB8E472A811AA46BE916E8B532EF1B027"><enum>(4)</enum><text display-inline="yes-display-inline">If additional statutory or administrative authorities would be required for the provision of support as described in paragraph (3), recommendations for legislative or administrative action to establish such authorities.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCDBE8B4E21264BA7803923D36E2076B8"><enum>(c)</enum><header display-inline="yes-display-inline">Consultation</header><text display-inline="yes-display-inline">The Secretary of Defense shall prepare the report required by subsection (a) in consultation with the Maritime Administrator and the individual responsible for each port facility described in such subsection.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H446907B097894CCB860D40BBEADFEB23" section-type="subsequent-section"><enum>3516.</enum><header display-inline="yes-display-inline">Technical corrections</header>

<subsection commented="no" display-inline="no-display-inline" id="H127D1D7FA7E64A0AADE3C6C18F2FD3AB"><enum>(a)</enum><header display-inline="yes-display-inline">Office of personnel management guidance</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this title, the Director of the Office of Personnel Management, in consultation with the Administrator of the Maritime Administration, shall identify key skills and

WASHSTATEC015585

competencies necessary to maintain a balance of expertise in merchant marine seagoing service and strategic sealift military service in each of the following positions within the Office of the Commandant of the Merchant Marine Academy:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H977C49F9E7F14E90AFA679F94D61AFBB"><enum>(1)</enum><text display-inline="yes-display-inline">Commandant.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H066799BC75B44ABCBAEE0C4F3F44456C"><enum>(2)</enum><text display-inline="yes-display-inline">Deputy Commandant.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA0F3796BC6884C9BBA029BE6A4F179BB"><enum>(3)</enum><text display-inline="yes-display-inline">Tactical company officers.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0241E2DFA7F742E8AFEDE0C5EBCC445F"><enum>(4)</enum><text display-inline="yes-display-inline">Regimental officers.</text></paragraph></subsection></section>

<subsection commented="no" display-inline="no-display-inline" id="H7C4E78850DA1415DB4FBC6B7A03F6CE8"><enum>(b)</enum><header display-inline="yes-display-inline">Sea Year compliance</header><text display-inline="yes-display-inline">Section 3514(a)(1)(A) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 46 U.S.C. 51318 note) is amended by inserting <quote>domestic and international</quote> after <quote>criteria that</quote>.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HE9722F70E19F482AB06CAF6944BC7A2E" section-type="subsequent-section"><enum>3517.</enum><header display-inline="yes-display-inline">United States Merchant Marine Academy sexual assault prevention and response program</header>

<subsection commented="no" display-inline="no-display-inline" id="HB318FF361A134392B63C88D0354259EA"><enum>(a)</enum><header display-inline="yes-display-inline">Implementation of recommendations</header><text display-inline="yes-display-inline">The Secretary of Transportation shall ensure that, not later than 180 days after the date of the enactment of this title, the recommendations in report of the Inspector General of the Department of Transportation on the effectiveness sexual assault prevention and response program of the United States Merchant Marine Academy (mandated under section 3512 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2786)), are fully implemented.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC92474F612D44883AC5AC761C6D6E2A2"><enum>(b)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this title, the Secretary of Transportation shall submit to Congress a report that includesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC5E4ECF91EE24BBD90AF6D157B22B32F"><enum>(1)</enum><text display-inline="yes-display-inline">confirmation that the recommendations described in subsection (a) have been fully implemented, and explaining how those recommendations have been implemented; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3EBDE8CE378447848C769D603A37CC9E"><enum>(2)</enum><text display-inline="yes-display-inline">if such recommendations have not been fully implemented as of the date of the report, an explanation of why such recommendations have not been fully implemented and a description of the resources that are needed to fully implement such recommendations.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H6E0DDB4475A740B7998DB7889FB46157" section-type="subsequent-section"><enum>3518.</enum><header display-inline="yes-display-inline">Report on vessels for emerging offshore energy infrastructure</header>

<subsection commented="no" display-inline="no-display-inline" id="H2F8E6A8B3C7843D894F0BD094145372F"><enum>(a)</enum><header display-inline="yes-

display-inline">In general</header><text display-inline="yes-display-inline">Not later than six months after the date of the enactment of this Act, the Comptroller General of the United States shall submit to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Energy and Natural Resources of the Senate, and the Committee on Transportation and Infrastructure of the House of Representatives a report on the need for vessels documented under chapter 121 of title 46, United States Code, to install, operate, and maintain emerging offshore energy infrastructure, including offshore wind energy.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD8C67006B9344FDAA1EF49E4B4AF2BF0"><enum>(b)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The report required by subsection (a) shall includeâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HBADC07143ECC464B8116FB90820F6B07"><enum>(1)</enum><text display-inline="yes-display-inline">an inventory of vessels documented under chapter 121 of title 46, United States Code, (including existing vessels and vessels that have the potential to be refurbished) to install, operate, and maintain such emerging offshore energy infrastructure;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4588E92706F74CB1AE30E8AE61AFD860"><enum>(2)</enum><text display-inline="yes-display-inline">a projection of existing vessels needed to meet such emerging offshore energy needs over the next 10 years;</text></paragraph>

<paragraph id="HAE3BFD93F3C04DA98D279D043F236893"><enum>(3)</enum><text display-inline="yes-display-inline">a summary of actions taken or proposed by offshore energy developers and producers, the United States domestic shipbuilding industry, and United States coastwise qualified operators to ensure sufficient vessel capacity in compliance with United States coastwise laws; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H850667988C4E43E7A08F5098B75446DF"><enum>(4)</enum><text display-inline="yes-display-inline">a description of the potential benefits to the United States maritime and shipbuilding industries and to the United States economy associated with the use of United States coastwise qualified vessels to support offshore energy development and production.</text></paragraph></subsection></section>

<section id="H55E93483D21E42AC85D4CA94F3C2094E"><enum>3519.</enum><header>Report on United States flagged fuel tanker vessel capacity</header>

<subsection id="H5888022EA3724AFA986D42573A26CF5F"><enum>(a)</enum><header>Report required</header><text>Concurrent with the budget of the President for fiscal year 2021, as submitted to Congress under section 1105 of title 31, United States Code, the Secretary of Defense shall, in consultation with the Secretary of Transportation, submit to the appropriate committees of Congress a report on the capabilities of the United States to maintain adequate United States-flagged fuel tanker vessel capacity to support the full range of anticipated military operations over each period as follows:</text>

<paragraph id="HCD6E96D0ADA4466085476713027CA404"><enum>(1)</enum><text>In 2020.</text></paragraph>

<paragraph id="H0EA623C982BE4DC2823B88839183FD05"><enum>(2)</enum><text>Between 2020 and 2025.</text></paragraph>

<paragraph id="H14942DBCE1BA435E9710BE49F30B229D"><enum>(3)</enum><text>Between 2020 and 2030.</text></paragraph></subsection>

<subsection id="H7C8BE64DBFFC43D1BC27E51C3E216ED7"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include, for each period specified in that subsection, the following:</text>

<paragraph id="H020B5F965F2146239D02FF5E5192FCBF"><enum>(1)</enum><text>A description of current and projected United States-flagged fuel tanker vessel capacity.</text></paragraph>

<paragraph id="HEBDC1CB70DE3496F8927473FC6B7E5C9"><enum>(2)</enum><text>A description of current and projected United States military needs for United States-flagged fuel

tanker vessel capacity, including the most stressing peacetime and wartime requirements.</text></paragraph>

<paragraph id="HF1535D144BDE40F499599EA98C02FB44"><enum>(3)</enum><text>A description and assessment of the number of foreign-flagged tanker vessels required to address United States military needs described pursuant to paragraph (2), including the most stressing peacetime and wartime requirements.</text></paragraph>

<paragraph id="HD4D5D955A4664DBCBAE7FA762B42BE10"><enum>(4)</enum><text>An identification and assessment of any gaps in the capacity described pursuant to paragraph (1) to meet the United States military needs described pursuant to paragraph (2), including quantities of tanker vessels, as well as an assessment of the risk to military objectives due to reliance on foreign-flagged tanker vessels described pursuant to paragraph (3).</text></paragraph>

<paragraph id="H7343AB9D5B8E48FA8DED0E86B3D924C2"><enum>(5)</enum><text>A description and assessment of options to address the gaps identified pursuant to paragraph (4), including the establishment of a program for United States-flagged fuel tanker vessels modeled on the Maritime Security Program.</text></paragraph>

<paragraph id="H09840DA635C9442BAD1A93176EEEABAD"><enum>(6)</enum><text>Such recommendations as the Secretary of Defense considers appropriate in light of the matters set forth in the report.</text></paragraph></subsection>

<subsection id="H18ABB46A189D4B53BD6B4F26247BDEAE"><enum>(c)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H1F7F3910B9BE43B8BC40203EAD80EF34"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H4CF89E2DBFCE4D0988D9B187CA99E180"><enum>(1)</enum><text>The term <term>appropriate committees of Congress</term> means—</text>

<subparagraph id="H7364CC53CA734BE1BA82F1CEECC6F7C0"><enum>(A)</enum><text>the Committee on Commerce, Science, and Transportation and the Committee on Armed Services of the Senate; and</text></subparagraph>

<subparagraph id="H45ECC3363C8A449CA2092A104F750A77"><enum>(B)</enum><text>the Committee on Transportation and Infrastructure and the Committee on Armed Services of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HE3A9B51583BA4C49936B851D5EF050DF"><enum>(2)</enum><text>The term <term>Maritime Security Program</term> means the program in connection with the Maritime Security Fleet under chapter 531 of title 46, United States Code.</text></paragraph></subsection></section></subtitle>

<subtitle id="H4F2851F674114657B832A7499116B473"><enum>B</enum><header>Cable Security Fleet</header>

<section id="H15F03F1584AA4C7893AC3E848D214A42"><enum>3521.</enum><header>Establishment of Cable Security Fleet</header>

<subsection id="HDCAF512FD53A4A84A53A8CEE77EA2911"><enum>(a)</enum><header>In general</header><text>Title 46, United States Code, is amended by inserting before chapter 533 the following new chapter:</text>

<quoted-block style="USC" id="HC002C49C1A1441B1AAC922C2E6BB7656" display-inline="no-display-inline">

<chapter id="H0FF458463A7E40D488E69A542DD08462"><enum>532</enum><header>Cable Security Fleet</header>

<toc container-level="chapter-container" quoted-block="no-quoted-block" lowest-level="section" idref="H0FF458463A7E40D488E69A542DD08462" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H9144062EDDBD46A28F3C623F464F426F" level="section">Sec.</toc-entry>

<toc-entry level="section">53201.Definitions.</toc-entry>

```
<toc-entry idref="H561E0F9BC85A4524BCB07C05B4955EF0"
level="section">53202.â€,Establishment of the Cable Security Fleet.</toc-entry>

<toc-entry idref="HE1A815ADA57140B693CB83F5B0A72C50" level="section">53203.â€,Award of
operating agreements.</toc-entry>

<toc-entry idref="H3623F453792343868E4C7AD341A4CE98"
level="section">53204.â€,Effectiveness of operating agreements.</toc-entry>

<toc-entry idref="HDF3E727EE4CA4FA0A4203C1BBC28A1AC"
level="section">53205.â€,Obligations and rights under operating agreements.</toc-entry>

<toc-entry idref="HFE6AD57E883C441C9E6714394D89AA2B"
level="section">53206.â€,Payments.</toc-entry>

<toc-entry idref="H155B42AA6FD34653A482664CEA998C7E" level="section">53207.â€,National
security requirements.</toc-entry>

<toc-entry idref="H43E8B0AD1647482A9B2ED2622B98674D"
level="section">53208.â€,Regulatory relief.</toc-entry>

<toc-entry idref="H3CEEE12635B94AF9A0A2E7307D123AE4"
level="section">53209.â€,Authorization of appropriations.</toc-entry></toc>

<section
id="H9144062EDDBD46A28F3C623F464F426F"><enum>53201.</enum><header>Definitions</header><
text display-inline="no-display-inline">In this chapter:</text>

<paragraph id="H5F748C8607764C20BE7EFDDF95702C92"><enum>(1)</enum><header>Cable
services</header><text>The term <quote>cable services</quote> means the installation,
maintenance, or repair of submarine cables and related equipment, and related cable
vessel operations.</text></paragraph>

<paragraph id="HA5237A7DB4CB4D4D989AFAB5686927EB"><enum>(2)</enum><header>Cable
vessel</header><text>The term <quote>cable vessel</quote> means a vesselâ€"</text>

<subparagraph id="HE3FF64DA638743BD938339532E8B5888"><enum>(A)</enum><text>classed as a
cable ship or cable vessel by, and designed in accordance with the rules of, the
American Bureau of Shipping, or another classification society accepted by the
Secretary; and</text></subparagraph>

<subparagraph id="H95939F4FC55E4A2295847575E921870B"><enum>(B)</enum><text>capable of
installing, maintaining, and repairing submarine
cables.</text></subparagraph></paragraph>

<paragraph id="HD44C66C4AB6A48808385F914E45767DE"><enum>(3)</enum><header>Cable
fleet</header><text>The term <quote>Cable Fleet</quote> means the Cable Security Fleet
established under section 53202(a).</text></paragraph>

<paragraph id="H9D511013E9D54A90BCDD7172B4661F66"><enum>(4)</enum><header>Contingency
agreement</header><text>The term <quote>Contingency Agreement</quote> means the
agreement required by section 53207.</text></paragraph>

<paragraph
id="H14C37AF03C8447D99F7BACE9724024C9"><enum>(5)</enum><header>Contractor</header><text
>The term <quote>Contractor</quote> means an owner or operator of a vessel that enters
into an Operating Agreement for a cable vessel with the Secretary under section
53203.</text></paragraph>

<paragraph id="H7CF0C7EFCEF74ACB874D4E22D2AC1223"><enum>(6)</enum><header>Fiscal
year</header><text>The term <quote>fiscal year</quote> means any annual period
beginning on October 1 and ending on September 30.</text></paragraph>

<paragraph id="H4181FB1EDB824E0E970B4B220AE21EA8"><enum>(7)</enum><header>Operating
agency</header><text>The term <quote>Operating Agency</quote> means that agency or
component of the Department of Defense so designated by the Secretary of Defense under
this chapter.</text></paragraph>

<paragraph id="H4E73DFD1941941F9B6F818A94E67DBE6"><enum>(8)</enum><header>Operating
agreement or agreement</header><text>The terms <quote>Operating Agreement</quote> or
<quote>Agreement</quote> mean the agreement required by section
53203.</text></paragraph>
```

WASHSTATEC015589

<paragraph id="H1B4F0E3EB46749369B6FF9FD34001329"><enum>(9)</enum><header>Person</header><text>The term <quote>person</quote> includes corporations, partnerships, and associations existing under or authorized by the laws of the United States, or any State, Territory, District, or possession thereof, or of any foreign country.</text></paragraph>

<paragraph id="H49ADF2852F62488197DDE6FA49904BF5"><enum>(10)</enum><header>Secretary</header><text>The term <quote>Secretary</quote> means the Secretary of Transportation.</text></paragraph>

<paragraph id="H7A73B1B4A1EA4CFC86BB6E61DB58FB2C"><enum>(11)</enum><header>United states</header><text>The term <quote>United States</quote> includes the States, the District of Columbia, the Commonwealth of Puerto Rico, the Northern Mariana Islands, Guam, American Samoa, and the Virgin Islands.</text></paragraph>

<paragraph id="H79007A876B944DFCB1424754E525D335"><enum>(12)</enum><header>United states citizen trust</header>

<subparagraph id="H14FD3A5AA216433E9C4A334BD615340C"><enum>(A)</enum><text>Subject to paragraph (C), the term <quote>United States citizen trust</quote> means a trust that is qualified under this paragraph.</text></subparagraph>

<subparagraph id="H2ACF081494D34A1F8BD9E4AACE80A89C"><enum>(B)</enum><text>A trust is qualified under this paragraph with respect to a vessel only ifâ€"</text>

<clause id="H4C87F1412A1342AF9D423924D54E1579"><enum>(i)</enum><text>it was created under the laws of a state of the United States;</text></clause>

<clause id="H7F38C801C7CF4E4688F9E0410231729D"><enum>(ii)</enum><text>each of the trustees is a citizen of the United States; and</text></clause>

<clause id="HF67D0CE5A2CC472F80E688D95645BFA7"><enum>(iii)</enum><text>the application for documentation of the vessel under chapter 121 of this title includes the affidavit of each trustee stating that the trustee is not aware of any reason involving a beneficiary of the trust that is not a citizen of the United States, or involving any other person that is not a citizen of the United States, as a result of which the beneficiary or other person would hold more than 25 percent of the aggregate power to influence, or limit the exercise of the authority of, the trustee with respect to matters involving any ownership or operation of the vessel that may adversely affect the interests of the United States.</text></clause></subparagraph>

<subparagraph id="HE5AAD400BBC44B47877B4374103B46A9"><enum>(C)</enum><text>If any person that is not a citizen of the United States has authority to direct, or participate in directing, the trustee for a trust in matters involving any ownership or operation of the vessel that may adversely affect the interests of the United States or in removing a trustee for a trust without cause, either directly or indirectly through the control of another person, the trust is not qualified under this paragraph unless the trust instrument provides that persons who are not citizens of the United States may not hold more than 25 percent of the aggregate authority to direct or remove a trustee.</text></subparagraph>

<subparagraph id="HFF037FBD8EC24D73B55FD6452BC21B49"><enum>(D)</enum><text>This paragraph shall not be considered to prohibit a person who is not a citizen of the United States from holding more than 25 percent of the beneficial interest in a trust.</text></subparagraph></paragraph></section>

<section id="H561E0F9BC85A4524BCB07C05B4955EF0"><enum>53202.</enum><header>Establishment of the Cable Security Fleet</header>

<subsection id="H525F59CE015B4E5A9CCB510935359388"><enum>(a)</enum><header>In general</header>

<paragraph id="HC34A4AB72123407291EF068426A364E2" display-inline="yes-display-inline"><enum>(1)</enum><text>The Secretary, in consultation with the Operating Agency, shall establish a fleet of active, commercially viable, cable vessels to meet national security requirements. The fleet shall consist of privately owned, United States-documented cable vessels for which there are in effect Operating Agreements under this chapter, and shall be known as the Cable Security Fleet.</text></paragraph>

WASHSTATEC015590

<paragraph id="H5768D07F26A94B05A607D88275F41F16" indent="up1"><enum>(2)</enum><text>The Fleet described under this section shall include two vessels.</text></paragraph></subsection>

<subsection id="H9E8378A2968A4ABF8A835FF12C37DF46"><enum>(b)</enum><header>Vessel eligibility</header><text>A cable vessel is eligible to be included in the Fleet ifâ€"</text>

<paragraph id="H3664197C9D3C47FFA3B7C8BB315686CB"><enum>(1)</enum><text>the vessel meets the requirements of paragraph (1), (2), (3), or (4) of subsection (c);</text></paragraph>

<paragraph id="HC2157E8C8AFD449E8C27D2BB2EF12A59"><enum>(2)</enum><text>the vessel is operated (or in the case of a vessel to be constructed, will be operated) in commercial service providing cable services;</text></paragraph>

<paragraph id="H57502948E9DF4246BF9BE0D640DD2467"><enum>(3)</enum><text>the vessel is 40 years of age or less on the date the vessel is included in the Fleet;</text></paragraph>

<paragraph id="H155042AEA852440DA270318B9F421DA2"><enum>(4)</enum><text>the vessel isâ€"</text>

<subparagraph id="HD07B01898EC24068B56A1156B28C30D7"><enum>(A)</enum><text>determined by the Operating Agency to be suitable for engaging in cable services by the United States in the interest of national security; and</text></subparagraph>

<subparagraph id="H67AB71D519F14722962DFD7F630ABD8F"><enum>(B)</enum><text>determined by the Secretary to be commercially viable, whether independently or taking any payments which are the consequence of participation in the Cable Fleet into account; and</text></subparagraph></paragraph>

<paragraph id="HF8349DCF0F6040F4B1CC40C53D57398B"><enum>(5)</enum><text>the vesselâ€"</text>

<subparagraph id="HF0DAC789C756433B86585D8807266B1B"><enum>(A)</enum><text>is a United States-documented vessel; or</text></subparagraph>

<subparagraph id="HBC6A0903F3234340BF03904CD9518542"><enum>(B)</enum><text>is not a United States-documented vessel, butâ€"</text>

<clause id="H8047BF9616244E72A02D5EB9E73A560C"><enum>(i)</enum><text>the owner of the vessel has demonstrated an intent to have the vessel documented under chapter 121 of this title if it is included in the Cable Fleet; and</text></clause>

<clause id="HAEA927603005417B8862BC9AEC664810"><enum>(ii)</enum><text>at the time an Operating Agreement is entered into under this chapter, the vessel is eligible for documentation under chapter 121 of this title.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H85862EBE266C42019B06E926B4A46228"><enum>(c)</enum><header>Requirements regarding citizenship of owners and operators</header>

<paragraph id="HF8B90F812BF145D382940FC43B27B222"><enum>(1)</enum><header>Vessels owned and operated by section 50501 citizens</header><text>A vessel meets the requirements of this paragraph if, during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be owned and operated by one or more persons that are citizens of the United states under section 50501 of this title.</text></paragraph>

<paragraph id="HD1BB9B280C3E4344B93F34806D88A373"><enum>(2)</enum><header>Vessels owned by a section 50501 citizen, or united states citizen trust, and chartered to a documentation citizen</header><text>A vessel meets the requirements of this paragraph ifâ€"</text>

<subparagraph id="HAFC67820303040AEB69A7F00C8BDBAD6"><enum>(A)</enum><text>during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will beâ€"</text>

<clause id="H21F4E726BD5E4ADA995CF0663BAD20AE"><enum>(i)</enum><text>owned by a person that is a citizen of the United States under section 50501 of this title or that is a United States citizen trust; and</text></clause>

<clause id="H6DBD9FDB624F4BC485610DDA9E8B5288"><enum>(ii)</enum><text>demise chartered to and operated by a personâ€"</text>

<subclause id="HBB6194DB064947A29C282FD589449700"><enum>(I)</enum><text>that is eligible to document the vessel under chapter 121 of this title;</text></subclause>

<subclause id="HCEA33251AAA94312BF7C1E2EC2B37596"><enum>(II)</enum><text>the chairman of the board of directors, chief executive officer, and a majority of the members of the board of directors of which are citizens of the United States under section 50501 of this title, and are appointed and subject to removal only upon approval by the Secretary; and</text></subclause>

<subclause id="HD54C45161FD44F20BC9DEA7D59706A22"><enum>(III)</enum><text>that certifies to the Secretary that there are no treaties, statutes, regulations, or other laws that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter;</text></subclause></clause></subparagraph>

<subparagraph id="HF8A2844071324825B2CB0B9C9FB0AF82"><enum>(B)</enum><text>in the case of a vessel that will be demise chartered to a person that is owned or controlled by another person that is not a citizen of the United States under section 50501 of this title, the other person enters into an agreement with the Secretary not to influence the operation of the vessel in a manner that will adversely affect the interests of the United States; and</text></subparagraph>

<subparagraph id="H64191C3DB21A40449B36D8A2A4DEBBCF"><enum>(C)</enum><text>the Secretary and the Operating Agency notify the Committee on Armed Services and the Committee on Commerce, Science and Transportation of the Senate, and the Committee on Armed Services of the House of Representatives that they concur, and have reviewed the certification required under subparagraph (A)(ii)(III) and determined that there are no legal, operational, or other impediments that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter.</text></subparagraph></paragraph>

<paragraph id="HD914F9BC3038430F92A251B1A9B9DFE3"><enum>(3)</enum><header>Vessel owned and operated by a defense contractor</header><text>A vessel meets the requirements of this paragraph ifâ€"</text>

<subparagraph id="H33C96002D75B47719367B28AE8AA349A"><enum>(A)</enum><text>during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be owned and operated by a person thatâ€"</text>

<clause id="H3CADAB9B3FD84D5993ACCCD73CD23C77"><enum>(i)</enum><text>is eligible to document a vessel under chapter 121 of this title;</text></clause>

<clause id="H4BE1CDE2EEF94A21AF71B6C6F1F5905C"><enum>(ii)</enum><text>operates or manages other United States-documented vessels for the Secretary of Defense, or charters other vessels to the Secretary of Defense;</text></clause>

<clause id="H57326EB2F00440508BB28B371632B9FC"><enum>(iii)</enum><text>has entered into a special security agreement for purposes of this paragraph with the Secretary of Defense;</text></clause>

<clause id="H1F09A016DB7E48B1823EFD4B1FFB6D05"><enum>(iv)</enum><text>makes the certification described in paragraph (2)(A)(ii)(III); and</text></clause>

<clause id="HAB76425ED60C4ACEB9E2C5FD41625F0B"><enum>(v)</enum><text>in the case of a vessel described in paragraph (2)(B), enters into an agreement referred to in that paragraph; and</text></clause></subparagraph>

<subparagraph id="H14451F582FC6461DA161F7F6B0C7BE6E"><enum>(B)</enum><text>the Secretary and the Secretary of Defense notify the Committee on Armed Services and Committee on Commerce, Science, and Transportation of the Senate and the Committee on Armed Services of the House of Representatives that they have reviewed the certification required by subparagraph (A)(iv) and determined that there are no other legal, operational, or other impediments that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter.</text></subparagraph></paragraph>

<paragraph id="HC5FCABDC1CA74AC7841C8AD4AACD5948"><enum>(4)</enum><header>Vessel owned by a documentation citizen and chartered to a section 50501 citizen</header><text>A

vessel meets the requirements of this paragraph if, during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be—"</text>

<subparagraph id="HC59EB705D3FD4D6CA16AFA78C7C018B7"><enum>(A)</enum><text>owned by a person that is eligible to document a vessel under chapter 121 of this title; and</text></subparagraph>

<subparagraph id="H58DF52E4AE57426487E2BFB75D213795"><enum>(B)</enum><text>demise chartered to a person that is a citizen of the United States under section 50501 of this title.</text></subparagraph></paragraph></subsection>

<subsection id="HA7F4F2ED8B774213860A590426DDD50D"><enum>(d)</enum><header>Vessel standards</header>

<paragraph id="HA5DB15C993B64068B91097446BA64D10"><enum>(1)</enum><header>Certificate of inspection</header><text>A cable vessel which the Secretary of the Department in which the Coast Guard is operating determines meets the criteria of subsection (b) of this section but which, on the date of enactment of the Act, is not documented under chapter 121 of this title, shall be eligible for a certificate of inspection if that Secretary determines that—"</text>

<subparagraph id="HED279F29646349B386551B171BFAE6EF"><enum>(A)</enum><text>the vessel is classed by, and designed in accordance with the rules of, the American Bureau of Shipping, or another classification society accepted by that Secretary;</text></subparagraph>

<subparagraph id="HC4C7783BD601439D971E5C718A9113C6"><enum>(B)</enum><text>the vessel complies with applicable international agreements and associated guidelines, as determined by the country in which the vessel was documented immediately before becoming documented under chapter 121; and</text></subparagraph>

<subparagraph id="H2E43DD0EC3544C64832D2DD3C2AE0622"><enum>(C)</enum><text>that country has not been identified by that Secretary as inadequately enforcing international vessel regulations as to that vessel.</text></subparagraph></paragraph>

<paragraph id="HBC60048993CE4A21BFB5812F863F1A72"><enum>(2)</enum><header>Continued eligibility for certificate</header><text>Paragraph (1) does not apply to a vessel after any date on which the vessel fails to comply with the applicable international agreements and associated guidelines referred to in paragraph (1)(B).</text></paragraph>

<paragraph id="HD8F15E511C904C508FBC184AF6CF2E89"><enum>(3)</enum><header>Reliance on classification society</header>

<subparagraph id="H128B8C606387478A99302A1DE82FE8EE"><enum>(A)</enum><header>In general</header><text>The Secretary of the Department in which the Coast Guard is operating may rely on a certification from the American Bureau of Shipping or, subject to subparagraph (B), another classification society accepted by that Secretary to establish that a vessel is in compliance with the requirements of paragraphs (1) and (2).</text></subparagraph>

<subparagraph id="HB3356BD768BE422193F8AF64161DF05F"><enum>(B)</enum><header>Foreign classification society</header><text>The Secretary of the Department in which the Coast Guard is operating may accept certification from a foreign classification society under subparagraph (A) only—"</text>

<clause id="H3B53A46BF031402A945269FBD026336C"><enum>(i)</enum><text>to the extent that the government of the foreign country in which the society is headquartered provides access on a reciprocal basis to the American Bureau of Shipping; and</text></clause>

<clause id="HEE782AFC77404146BE73EAED07D620D3"><enum>(ii)</enum><text>if the foreign classification society has offices and maintains records in the United States.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H6D7AA0DB6326455FB18EC43E5EDC7E90"><enum>(e)</enum><header>Waiver of age registration</header><text>The Secretary, in conjunction with the Operating Agency, may waive the application of the age restriction under subsection (b)(3) if they jointly determine that the waiver—"</text>

<paragraph id="H5AA5002EA8F64C409914EA680B6A468F"><enum>(1)</enum><text>is in the national interest;</text></paragraph>

&lt;paragraph id="H325EF7D14EBB41D4A37DDCD636993437"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;the subject cable vessel and any associated operating network is and will continue to be economically viable; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HF0A512D768EF40F8B0B56A86DBE3F088"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;is necessary due to the lack of availability of other vessels and operators that comply with the requirements of this chapter.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="HE1A815ADA57140B693CB83F5B0A72C50"&gt;&lt;enum&gt;53203.&lt;/enum&gt;&lt;header&gt;Award of operating agreements&lt;/header&gt;

&lt;subsection id="H564F54E9FF6949989FFCE6C31E7ABF06"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;The Secretary shall require, as a condition of including any vessel in the Cable Fleet, that the person that is the owner or operator of the vessel for purposes of section 53202(c) enter into an Operating Agreement with the Secretary under this section.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H249EAE36E69A4DE3AC57F5DE0C3BE0E3"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Procedure for applications&lt;/header&gt;

&lt;paragraph id="HB86311C2FD5A4AB384859168D9971EE9"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;Acceptance of applications&lt;/header&gt;&lt;text&gt;Beginning no later than 60 days after the effective date of this chapter, the Secretary shall accept applications for enrollment of vessels in the Cable Fleet.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HC08531E557254F36A3A65E8A34649C4D"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Action on applications&lt;/header&gt;&lt;text&gt;Within 120 days after receipt of an application for enrollment of a vessel in the Cable Fleet, the Secretary shall approve the application in conjunction with the Operating Agency, and shall enter into an Operating Agreement with the applicant, or provide in writing the reason for denial of that application.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H86B94FBC5455406D84F50386F25B1042"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Priority for awarding agreements&lt;/header&gt;&lt;text&gt;Subject to the availability of appropriations, the Secretary shall enter into Operating Agreements with those vessels determined by the Operating Agency, in its sole discretion, to best meet the national security requirements of the United States. After consideration of national security requirements, priority shall be given to an applicant that is a United States citizen under section 50501 of this title.&lt;/text&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H3623F453792343868E4C7AD341A4CE98"&gt;&lt;enum&gt;53204.&lt;/enum&gt;&lt;header&gt;Effectiveness of operating agreements&lt;/header&gt;

&lt;subsection id="HB19F41161E714D55A1F41BCE4D67C0C4"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Effectiveness generally&lt;/header&gt;&lt;text&gt;The Secretary may enter into an Operating Agreement under this chapter for fiscal year 2021. Except as provided in subsection (d), the agreement shall be effective only for one fiscal year, but shall be renewable, subject to available appropriations, for each subsequent year.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H3FE4BB8BD76D483B8147BED04A5E3B0B"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Vessels under charter to the United States&lt;/header&gt;&lt;text&gt;Vessels under charter to the United States are eligible to receive payments pursuant to their Operating Agreements.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H04B9BCFE3ACF48548DAD61E72898F008"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Termination&lt;/header&gt;

&lt;paragraph id="H5F99048808E54367A3B682535938FC2A"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;Termination by the secretary&lt;/header&gt;&lt;text&gt;If the Contractor with respect to an Operating Agreement materially fails to comply with the terms of the Agreementâ€"&lt;/text&gt;

&lt;subparagraph id="HC6EF977130AE47F598B1449196B4906F"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;the Secretary shall notify the Contractor and provide a reasonable opportunity for it to comply with the Operating Agreement;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H203B9D434BF64CE6AC019332E9E04158"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;the Secretary shall terminate the Operating Agreement if the Contractor fails to achieve such compliance; and&lt;/text&gt;&lt;/subparagraph&gt;

```
<subparagraph id="H21C49BA7D96B4E629B3D7C3B1D96A29D"><enum>(C)</enum><text>upon such
termination, any funds obligated by the Agreement shall be available to the Secretary
to carry out this chapter.</text></subparagraph></paragraph>

<paragraph id="HAB5664A1848F4495B8E620F254FBE7A"><enum>(2)</enum><header>Early
termination by a contractor</header><text>An Operating Agreement under this chapter
shall terminate on a date specified by the Contractor if the Contractor notifies the
Secretary, not fewer than 60 days prior to the effective date of the termination, that
the Contractor intends to terminate the Agreement.</text></paragraph></subsection>

<subsection id="HBEF59FEB87744FC9BE466005011B30C2"><enum>(d)</enum><header>Nonrenewal
for lack of funds</header><text>If, by the first day of a fiscal year, sufficient funds
have not been appropriated under the authority provided by this chapter for that fiscal
year for all Operating Agreements, then the Secretary shall notify the Committee on
Armed Services and the Committee on Commerce, Science, and Transportation of the Senate
and the Committee on Armed Services of the House of Representatives that Operating
Agreements authorized under this chapter for which sufficient funds are not available
will not be renewed for that fiscal year if sufficient funds are not appropriated by
the 60th day of that fiscal year. If only partial funding is appropriated by the 60th
day of such fiscal year, then the Secretary, in consultation with the Operating Agency,
shall select the vessels to retain under Operating Agreements, based on their
determinations of which vessels are most useful for national security. In the event
that no funds are appropriated, then no Operating Agreements shall be renewed and each
Contractor shall be released from its obligations under the Operating Agreement. Final
payments under an Operating Agreement that is not renewed shall be made in accordance
with section 53206. To the extent that sufficient funds are appropriated in a
subsequent fiscal year, an Operating Agreement that has not been renewed pursuant to
this subsection may be reinstated if mutually acceptable to the Secretary, in
consultation with the Operating Agency, and the Contractor, provided the vessel remains
eligible for participation pursuant to section 53202, without regard to subsection
53202 (b)(3).</text></subsection>

<subsection id="HDFC15DCBED5F44EA8A672DF11A5233EA"><enum>(e)</enum><header>Release of
vessels from obligations</header><text>If funds are not appropriated for payments under
an Operating Agreement under this chapter for any fiscal year by the 60th day of a
fiscal year, and the Secretary, in consultation with the Operating Agency determines to
not renew a Contractor's Operating Agreement for a vessel, then—</text>

<paragraph id="H36F8BA64F13540FBB3CC101F101BE390"><enum>(1)</enum><text>each vessel
covered by the Operating Agreement that is not renewed is thereby released from any
further obligation under the Operating Agreement;</text></paragraph>

<paragraph id="HF7AB1D4A47FF4AB99F472387986411B6"><enum>(2)</enum><text>the owner or
operator of the vessel whose Operating Agreement was not renewed may transfer and
register such vessel under a foreign registry that is acceptable to the Secretary and
the Operating Agency, notwithstanding section 56101 of this title;
and</text></paragraph>

<paragraph id="H6EF1165B58A04EE4A772A2A8021FC7BF"><enum>(3)</enum><text>if chapter 563
of this title is applicable to such vessel after registration, then the vessel is
available to be requisitioned by the Secretary pursuant to chapter
563.</text></paragraph></subsection></section>

<section id="HDF3E727EE4CA4FA0A4203C1BBC28A1AC"><enum>53205.</enum><header>Obligations
and rights under operating agreements</header>

<subsection id="HF60DB9E29B544B97BAF28513F3FF351B"><enum>(a)</enum><header>Operation of
vessel</header><text>An Operating Agreement under this chapter shall require that,
during the period the vessel is operating under the Agreement, the vessel—</text>

<paragraph id="H9DF057BF4F7648F4806C9B1C404B9467"><enum>(1)</enum><text>shall be
operated in the trade for Cable Services, or under a charter to the United States;
and</text></paragraph>

<paragraph id="H04C5F1E33BAA427082C0F4C3F0A771E1"><enum>(2)</enum><text>shall be
documented under chapter 121 of this title.</text></paragraph></subsection>

<subsection id="HC96ABACCBF0143E8AFC7720438D22557"><enum>(b)</enum><header>Annual
payments by the secretary</header>
```

&lt;paragraph id="H68BAD0171855462DA75190147F6B8AD3"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;An Operating Agreement under this chapter shall require, subject to the availability of appropriations, that the Secretary make payment to the Contractor in accordance with section 53206.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H1A4B12D7EEBC43B8A894A679DA24F8F4"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Operating agreement is an obligation of the united states government&lt;/header&gt;&lt;text&gt;An Operating Agreement under this chapter constitutes a contractual obligation of the United States Government to pay the amounts provided for in the Operating Agreement to the extent of actual appropriations.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HB77070F5FBD247DAA98A5F44BFCB02F0"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Documentation requirement&lt;/header&gt;&lt;text&gt;Each vessel covered by an Operating Agreement (including an Agreement terminated under section 53204(c)(2)) shall remain documented under chapter 121 of this title, until the date the Operating Agreement would terminate according to its own terms.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H4A3E558A94C2410CA35BCEABEF9C384D"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header&gt;National security requirements&lt;/header&gt;

&lt;paragraph id="HA9553ECF1AED45D3B86AD2B96C0A0496"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;A Contractor with respect to an Operating Agreement (including an Agreement terminated under section 53204(c)(2)) shall continue to be bound by the provisions of section 53207 until the date the Operating Agreement would terminate according to its terms.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H72E13984566F4D3EB9A5ABF6E4E24A2F"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Contingency agreement with operating agency&lt;/header&gt;&lt;text&gt;All terms and conditions of a Contingency Agreement entered into under section 53207 shall remain in effect until a date the Operating Agreement would terminate according to its terms, except that the terms of such Contingency Agreement may be modified by the mutual consent of the Contractor, and the Operating Agency.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HEFED8282C5644F63930F1533632C6C6C"&gt;&lt;enum&gt;(e)&lt;/enum&gt;&lt;header&gt;Transfer of operating agreements&lt;/header&gt;&lt;text&gt;Operating Agreements shall not be transferrable by the Contractor.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H3ED878A24E7040E1B2FE38A18849C173"&gt;&lt;enum&gt;(f)&lt;/enum&gt;&lt;header&gt;Replacement vessel&lt;/header&gt;&lt;text&gt;A Contractor may replace a vessel under an Operating Agreement with another vessel that is eligible to be included in the Fleet under section 53202(b), if the Secretary and the Operating Agency jointly determine that the replacement vessel meets national security requirements and approve the replacement.&lt;/text&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="HFE6AD57E883C441C9E6714394D89AA2B"&gt;&lt;enum&gt;53206.&lt;/enum&gt;&lt;header&gt;Payments&lt;/header&gt;

&lt;subsection id="H497F96CF4C0A48A3A6B370863CD80B43"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Annual payment&lt;/header&gt;

&lt;paragraph id="H5726B98DC51540B1BCA2142269B57375"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;The Secretary, subject to availability of appropriations and other provisions of this section, shall pay to the Contractor for an operating agreement, for each vessel that is covered by the operating agreement, an amount equal to \$5,000,000 for each fiscal year 2021 through 2035.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H884B3874151E4E908FBFBCFBE8F64433"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Timing&lt;/header&gt;&lt;text&gt;This amount shall be paid in equal monthly installments at the end of each month. The amount shall not be reduced except as provided by this section.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HC6BC39D7F88A4F8788316A6F3D21A9B2"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Certification required for payment&lt;/header&gt;&lt;text&gt;As a condition of receiving payment under this section for a fiscal year for a vessel, the Contractor for the vessel shall certify that the vessel has been and will be operated in accordance with section 53205(a)(1) for 365 days in each fiscal year. Up to thirty (30) days during which the vessel is drydocked, surveyed, inspected, or repaired shall be considered days of operation for purposes of

WASHSTATEC015596

this subsection.</text></subsection>

<subsection id="HD223C1349A1A4533B336C287CC97DFCD"><enum>(c)</enum><header>General limitations</header><text>The Secretary shall not make any payment under this chapter for a vessel with respect to any days for which the vessel isâ€"</text>

<paragraph id="HAABBCDF7B3FA48F98905939B83203476"><enum>(1)</enum><text>not operated or maintained in accordance with an Operating Agreement under this chapter; or</text></paragraph>

<paragraph id="HADF0BECB27BA4C5F9FB1132B8E886A3D"><enum>(2)</enum><text>more than 40 years of age.</text></paragraph></subsection>

<subsection id="H7DD75222467E460788572A7D9A31B179"><enum>(d)</enum><header>Reductions in payments</header><text>With respect to payments under this chapter for a vessel covered by an Operating Agreement, the Secretary shall make a pro rata reduction for each day less than 365 in a fiscal year that the vessel is not operated in accordance with section 53205(a)(1), with days during which the vessel is drydocked or undergoing survey, inspection or repair to be considered days on which the vessel is operated as provided in subsection (b).</text></subsection></section>

<section id="H155B42AA6FD34653A482664CEA998C7E"><enum>53207.</enum><header>National security requirements</header>

<subsection id="HCFE52759C867476DB5B9F3F079222FDB"><enum>(a)</enum><header>Contingency agreement required</header><text>The Secretary shall include in each Operating Agreement under this chapter a requirement that the Contractor enter into a Contingency Agreement with the Operating Agency. The Operating Agency shall negotiate and enter into a Contingency Agreement with each Contractor as promptly as practicable after the Contractor has entered into an Operating Agreement under this chapter.</text></subsection>

<subsection id="H27831DAB7E2045B58B1E8B33B9D4CB3E"><enum>(b)</enum><header>Terms of contingency agreement</header>

<paragraph id="HD60BBBC7EA364F98AC28AA393476193C"><enum>(1)</enum><header>In general</header><text>A Contingency Agreement under this section shall require that a Contractor for a vessel covered by an Operating Agreement under this chapter make the vessel, including all necessary resources to engage in Cable Services required by the Operating Agency, available upon request by the Operating Agency.</text></paragraph>

<paragraph id="H484EBF6A82B84E8D9864BBF2FFFFDC2D"><enum>(2)</enum><header>Terms</header>

<subparagraph id="H67ED7B33AB7E4963A43CA6CEB0ABD665"><enum>(A)</enum><header>In general</header><text>The basic terms of a Contingency Agreement shall be established (subject to subparagraph (B)) by the Operating Agency.</text></subparagraph>

<subparagraph id="H3419F7A5B91745F8A03A857E986D08D1"><enum>(B)</enum><header>Additional terms</header><text>The Operating Agency and a Contractor may agree to additional or modifying terms appropriate to the Contractorâ€™s circumstances.</text></subparagraph></paragraph></subsection>

<subsection id="H4E48E36D0CED404FBE55F9964AC5776D"><enum>(c)</enum><header>Defense measures against unauthorized seizures</header>

<paragraph id="H72A67DA525474C39ADF0440D21B36FBD" display-inline="yes-display-inline"><enum>(1)</enum><text>The Contingency Agreement shall require that any vessel operating under the direction of the Operating Agency operating in area that is designated by the Coast Guard as an area of high risk of piracy shall be equipped with, at a minimum, appropriate non-lethal defense measures to protect the vessel and crew from unauthorized seizure at sea.</text></paragraph>

<paragraph id="HC8E5B6E5E66B4FE195495A3339BCA356" indent="up1"><enum>(2)</enum><text>The Secretary of Defense and the Secretary of the department in which the Coast Guard is operating shall jointly prescribe the non-lethal defense measures that are required under this paragraph.</text></paragraph></subsection>

<subsection id="HA6B22088092E4562BC8DB7CE29589619"><enum>(d)</enum><header>Participation after

WASHSTATEC015597

expiration of operating agreement</header><text>Except as provided by section 53205(d), the Operating Agency may not require, through a Contingency Agreement or an Operating Agreement, that a Contractor continue to participate in a Contingency Agreement after the Operating Agreement with the Contractor has expired according to its terms or is otherwise no longer in effect.</text></subsection>

<subsection id="HBC664F30772945E881E92145C6302EE4"><enum>(e)</enum><header>Resources made available</header><text>The resources to be made available in addition to the vessel under a Contingency Agreement shall include all equipment, personnel, supplies, management services, and other related services as the Operating Agency may determine to be necessary to provide the Cable Services required by the Operating Agency.</text></subsection>

<subsection id="HA42F44AD7F0047D0BC35DA24E427A8AC"><enum>(f)</enum><header>Compensation</header>

<paragraph id="HDBDE2EF97A974269A279557A749591C1"><enum>(1)</enum><header>In general</header><text>The Operating Agency shall include in each Contingency Agreement provisions under which the Operating Agency shall pay fair and reasonable compensation for use of the vessel and all Cable Services provided pursuant to this section and the Contingency Agreement.</text></paragraph>

<paragraph id="H73FC27FCAC7844092BD0B01757D7662AD"><enum>(2)</enum><header>Specific requirements</header><text>Compensation under this subsection—"</text>

<subparagraph id="HC78F2C6C11BB4AAC9C0AEC9D59D378C5"><enum>(A)</enum><text>shall be at the rate specified in the Contingency Agreement;</text></subparagraph>

<subparagraph id="HC509477C03004F84BD3525A816235243"><enum>(B)</enum><text>shall be provided from the time that a vessel is required by the Operating Agency under the Contingency Agreement until the time it is made available by the Operating Agency available to reenter commercial service; and</text></subparagraph>

<subparagraph id="HE7408AAC5A194A6C87D7A63E53902AA6"><enum>(C)</enum><text>shall be in addition to and shall not in any way reflect amounts payable under section 53206.</text></subparagraph></paragraph></subsection>

<subsection id="H8438725B0E9D461FA73536FC39278916"><enum>(g)</enum><header>Liability of the United States for damages</header>

<paragraph id="HE7737F8F57B842E89E04B0926227AA86"><enum>(1)</enum><header>Limitation on the liability of the U.S</header><text>Except as otherwise provided by law, the Government shall not be liable for disruption of a Contractor's commercial business or other consequential damages to a Contractor arising from the activation of the Contingency Agreement.</text></paragraph>

<paragraph id="HA4C59D20760D4842934A7BAE822376CE"><enum>(2)</enum><header>Affirmative defense</header><text>In any action in any Federal or State court for breach of third-party contract, there shall be available as an affirmative defense that the alleged breach of contract was caused predominantly by action taken to carry out a Contingent Agreement. Such defense shall not release the party asserting it from any obligation under applicable law to mitigate damages to the greatest extent possible.</text></paragraph></subsection></section>

<section id="H43E8B0AD1647482A9B2ED2622B98674D"><enum>53208.</enum><header>Regulatory relief</header><text display-inline="no-display-inline">The telecommunications and other electronic equipment on an existing vessel that is redocumented under the laws of the United States for operation under an Operating Agreement under this chapter shall be deemed to satisfy all Federal Communication Commission equipment certification requirements, if—"</text>

<paragraph id="H3CDE8B9ACA2A4B9690CE27808FE9F9F1"><enum>(1)</enum><text>such equipment complies with all applicable international agreements and associated guidelines as determined by the country in which the vessel was documented immediately before becoming documented under the laws of the United States;</text></paragraph>

<paragraph id="H809AD2B4784C4127BA1DF033A0A71245"><enum>(2)</enum><text>that country has not been identified by the Secretary of the Department in which the Coast Guard is operating as inadequately enforcing international regulations as to that vessel; and</text></paragraph>

WASHSTATEC015598

```
<paragraph id="H78B961F1EE774B739A5EC14B2C2F145F"><enum>(3)</enum><text>at the end of
its useful life, such equipment shall be replaced with equipment that meets Federal
Communication Commission equipment certification
standards.</text></paragraph></section>

<section
id="H3CEEE12635B94AF9A0A2E7307D123AE4"><enum>53209.</enum><header>Authorization of
appropriations</header><text display-inline="no-display-inline">There are authorized to
be appropriated for payments under section 53206, $10,000,000 for each of the fiscal
years 2021 through 2035.</text></section></chapter><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection id="HA5FDF2D7A4A44F859CB53965F9403195"><enum>(b)</enum><header>Conforming
amendment</header><text>The table of chapters at the beginning of subtitle V of title
46, United States Code, is amended by inserting before the item relating to chapter 533
the following new item:</text>

<quoted-block style="USC" id="H080B6446529D4CB5BD4894C31DF7920F" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section" bold="on"><toc-enum>532.</toc-enum><level-
header level="section" bold="on">Cable Security Fleet</level-
header><target>53201</target></multi-column-toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></subsection></section></subtitle>

<subtitle commented="no" id="H9D419F38677D4A0FB7E08AD8070AB85A" level-type="subsequent"
style="OLC"><enum>C</enum><header display-inline="yes-display-inline">Maritime SAFE
Act</header>

<section commented="no" display-inline="no-display-inline"
id="H1C6D30885DFB498AB8F991FE6F35F621" section-type="subsequent-
section"><enum>3531.</enum><header display-inline="yes-display-inline">Short
titles</header><text display-inline="no-display-inline">This subtitle may be cited as
the <quote><short-title>Maritime Security and Fisheries Enforcement Act</short-
title></quote> or the <quote><short-title>Maritime SAFE Act</short-
title></quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H8F13C7101FA547F88E1BF84DC8B9376F" section-type="subsequent-
section"><enum>3532.</enum><header display-inline="yes-display-
inline">Definitions</header><text display-inline="no-display-inline">In this
subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H52352C00B07A406B8ED865BD49DF5B33"><enum>(1)</enum><header display-inline="yes-
display-inline">AIS</header><text display-inline="no-display-inline">The term
<term>AIS</term> means Automatic Identification System (as defined in section 164.46 of
title 33, Code of Federal Regulations, or a similar successor
regulation).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE4DDA3F2C62048C7819549AF9BC459E4"><enum>(2)</enum><header display-inline="yes-
display-inline">Combined maritime forces</header><text display-inline="yes-display-
inline">The term <term>Combined Maritime Forces</term> means the 33-nation naval
partnership, originally established in February 2002, which promotes security,
stability, and prosperity across approximately 3,200,000 square miles of international
waters.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H79DF0D82B5834D27B0CF7FC79EC4AC67"><enum>(3)</enum><header display-inline="yes-
display-inline">Exclusive economic zone</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF30A422994374C95BC1EC0D392376C5C"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Unless
otherwise specified by the President as being in the public interest in a writing
published in the Federal Register, the term <term>exclusive economic zone</term>
meansâ€"</text>
```

WASHSTATEC015599

```
<clause commented="no" display-inline="no-display-inline"
id="H1364A7D37665421B972F7E5CD6D23CBE"><enum>(i)</enum><text display-inline="yes-
display-inline">the area within a zone established by a maritime boundary that has been
established by a treaty in force or a treaty that is being provisionally applied by the
United States; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H2116E9CCD5514E98BFC6736ADFA3EC5B"><enum>(ii)</enum><text display-inline="yes-
display-inline">in the absence of a treaty described in clause (i)â€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="HF456E724DC964999B4D95C3B110C9115"><enum>(I)</enum><text display-inline="yes-
display-inline">a zone, the outer boundary of which is 200 nautical miles from the
baseline from which the breadth of the territorial sea is measured;
or</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HD1E78FDC5F754495AB993A69BEAF59D8"><enum>(II)</enum><text display-inline="yes-
display-inline">if the distance between the United States and another country is less
than 400 nautical miles, a zone, the outer boundary of which is represented by a line
equidistant between the United States and the other
country.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HFD60848C29B048BF828E153AFF6F4D4A"><enum>(B)</enum><header display-inline="yes-
display-inline">Inner boundary</header><text display-inline="yes-display-
inline">Without affecting any Presidential Proclamation with regard to the
establishment of the United States territorial sea or exclusive economic zone, the
inner boundary of the exclusive economic zone isâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H28DAF13569574207AD0D11DFFF846EE3"><enum>(i)</enum><text display-inline="yes-
display-inline">in the case of coastal States, a line coterminous with the seaward
boundary of each such State (as described in section 4 of the Submerged Lands Act (43
U.S.C. 1312));</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HEC6EE8F23A9B442DBEC7808628BB66E9"><enum>(ii)</enum><text display-inline="yes-
display-inline">in the case of the Commonwealth of Puerto Rico, a line that is 3 marine
leagues from the coastline of the Commonwealth of Puerto Rico;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HC7572428746445619F9D9A2E969C846A"><enum>(iii)</enum><text display-inline="yes-
display-inline">in the case of American Samoa, the United States Virgin Islands, Guam,
and the Northern Mariana Islands, a line that is 3 geographic miles from the coastlines
of American Samoa, the United States Virgin Islands, Guam, or the Northern Mariana
Islands, respectively; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H0B7B08C9767549FFBCEB15BB3C046552"><enum>(iv)</enum><text display-inline="yes-
display-inline">for any possession of the United States not referred to in clause (ii)
or (iii), the coastline of such possession.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0EAA820AA5EB487ABE74F46882C1B39C"><enum>(C)</enum><header display-inline="yes-
display-inline">Rule of construction</header><text display-inline="yes-display-
inline">Nothing in this paragraph may be construed to diminish the authority of the
Department of Defense, the Department of the Interior, or any other Federal department
or agency.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAEDD364CD9D9490587DF58C0A65A8383"><enum>(4)</enum><header display-inline="yes-
display-inline">Food security</header><text display-inline="yes-display-inline">The
term <term>food security</term> means access to, and availability, utilization, and
stability of, sufficient food to meet caloric and nutritional needs for an active and
healthy life.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H91A0CC65330E4479837C36E2D19D4300"><enum>(5)</enum><header display-inline="yes-
display-inline">Global record of fishing vessels, refrigerated transport vessels, and
```

WASHSTATEC015600

supply vessels</header><text display-inline="yes-display-inline">The term <term>global record of fishing vessels, refrigerated transport vessels, and supply vessels</term> means the Food and Agriculture Organization of the United Nationsâ€™ initiative to rapidly make available certified data from state authorities about vessels and vessel related activities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H01324CBA8DC84DC5A9136F9B845C96B0"><enum>(6)</enum><header display-inline="yes-display-inline">IUU fishing</header><text display-inline="yes-display-inline">The term <term>IUU fishing</term> means illegal fishing, unreported fishing, or unregulated fishing (as such terms are defined in paragraph 3 of the International Plan of Action to Prevent, Deter, and Eliminate Illegal, Unreported and Unregulated Fishing, adopted at the 24th Session of the Committee on Fisheries in Rome on March 2, 2001).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H66A2803D335B4FE1A15A3DDC9E2D85EA"><enum>(7)</enum><header display-inline="yes-display-inline">Port state measures agreement</header><text display-inline="yes-display-inline">The term <term>Port State Measures Agreement</term> means the Agreement on Port State Measures to Prevent, Deter, and Eliminate Illegal, Unreported, and Unregulated Fishing set forth by the Food and Agriculture Organization of the United Nations, done at Rome, Italy November 22, 2009, and entered into force June 5, 2016, which offers standards for reporting and inspecting fishing activities of foreign-flagged fishing vessels at port.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H83D99B143CF241BEA8BE8D007815EE59"><enum>(8)</enum><header display-inline="yes-display-inline">Priority flag state</header><text display-inline="yes-display-inline">The term <term>priority flag state</term> means a country selected in accordance with section 3552 (b)(3)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H82FE258CF570423985F97D8BC88B4A5C"><enum>(A)</enum><text display-inline="yes-display-inline">whereby the flagged vessels of which actively engage in, knowingly profit from, or are complicit in IUU fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6E104C3CFD434BE3B9E1D310E6B8422D"><enum>(B)</enum><text display-inline="yes-display-inline">that is willing, but lacks the capacity, to monitor or take effective enforcement action against its fleet.</text></subparagraph>

<paragraph commented="no" display-inline="no-display-inline" id="H51DB6E47AD744DD7BB193534EC817298"><enum>(9)</enum><header display-inline="yes-display-inline">Priority region</header><text display-inline="yes-display-inline">The term <term>priority region</term> means a region selected in accordance with section 3552 (b)(2)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H2ED162C490FA4885A40D91C90929A6A1"><enum>(A)</enum><text display-inline="yes-display-inline">that is at high risk for IUU fishing activity or the entry of illegally caught seafood into the markets of countries in the region; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEA8EAF0EA22A481FA90DE5AD74A58AA8"><enum>(B)</enum><text display-inline="yes-display-inline">in which countries lack the capacity to fully address the illegal activity described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H003F2FF2690F46808B0049BEF7B812FB"><enum>(10)</enum><header display-inline="yes-display-inline">Regional fisheries management organization</header><text display-inline="yes-display-inline">The term <term>Regional Fisheries Management Organization</term> means an intergovernmental fisheries organization or arrangement, as appropriate, that has the competence to establish conservation and management measures.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBAD3F39FDB2441F8B428FAAD17B19E1D"><enum>(11)</enum><header display-inline="yes-display-inline">Seafood</header><text display-inline="yes-display-inline">The term <term>seafood</term>â€"</text>

WASHSTATEC015601

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H8DA650923EB242849200CB3D9D4BB4FD"><enum>(A)</enum><text display-inline="yes-
display-inline">means marine finfish, mollusks, crustaceans, and all other forms of
marine animal and plant life, including those grown, produced, or reared through marine
aquaculture operations or techniques; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H29FE3A45D5764A46ACFC61E7583704B7"><enum>(B)</enum><text display-inline="yes-
display-inline">does not include marine mammals, turtles, or
birds.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAC5057296C6D498DB4996ACD069C880D"><enum>(12)</enum><header display-inline="yes-
display-inline">Transnational organized illegal activity</header><text display-
inline="yes-display-inline">The term <term>transnational organized illegal
activity</term> means criminal activity conducted by self-perpetuating associations of
individuals who operate transnationally for the purpose of obtaining power, influence,
or monetary or commercial gains, wholly or in part by illegal means, while protecting
their activities through a pattern of corruption or violence or through a transnational
organizational structure and the exploitation of transnational commerce or
communication mechanisms.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H429EA03D147F4CC59DDFD7C5ABFF576C"><enum>(13)</enum><header display-inline="yes-
display-inline">Transshipment</header><text display-inline="yes-display-inline">The
term <term>transshipment</term> means the use of refrigerated vessels thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1B7FC03F34474360AB1414EBEC505F61"><enum>(A)</enum><text display-inline="yes-
display-inline">collect catch from multiple fishing boats;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7EF945FC669042BFBEF0D564353D3226"><enum>(B)</enum><text display-inline="yes-
display-inline">carry the accumulated catches back to port; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H10A6B26CEAE84398AC9956644E00BFB4"><enum>(C)</enum><text display-inline="yes-
display-inline">deliver supplies to fishing boats, which allows fishing vessels to
remain at sea for extended periods without coming into
port.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H57F48048E9964F27AD4F56F822D0CCB0" section-type="subsequent-
section"><enum>3533.</enum><header display-inline="yes-display-
inline">Purposes</header><text display-inline="no-display-inline">The purposes of this
subtitle areâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H78070281C9784F7BB711F66BF590ED1F"><enum>(1)</enum><text display-inline="yes-
display-inline">to support a whole-of-government approach across the Federal Government
to counter IUU fishing and related threats to maritime security;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC4AEEE997FC04096B32B3BFA1A1DE9B1"><enum>(2)</enum><text display-inline="yes-
display-inline">to improve data sharing that enhances surveillance, enforcement, and
prosecution against IUU fishing and related activities at a global
level;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H81C218039D8945C29183A7489AC20B58"><enum>(3)</enum><text display-inline="yes-
display-inline">to support coordination and collaboration to counter IUU fishing within
priority regions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC80C23AC70CC4B6E805653B18A5B4923"><enum>(4)</enum><text display-inline="yes-
display-inline">to increase and improve global transparency and traceability across the
seafood supply chain asâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H55D61E505D794C8F99FAAB433D74BA2D"><enum>(A)</enum><text display-inline="yes-
```

```
display-inline">a deterrent to IUU fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEA4F52DBB9324434A48D5C6ED6D1AD65"><enum>(B)</enum><text display-inline="yes-
display-inline">a tool for strengthening fisheries management and food
security;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD159BEC48A5E43BEA99CEFE7281EDCB6"><enum>(5)</enum><text display-inline="yes-
display-inline">to improve global enforcement operations against IUU fishing through a
whole-of-government approach by the United States; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFD81146E56DD457D876182EF485CA57C"><enum>(6)</enum><text display-inline="yes-
display-inline">to prevent the use of IUU fishing as a financing source for
transnational organized groups that undermine United States and global security
interests.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H8B33BE091AE442469F798240642340F0" section-type="subsequent-
section"><enum>3534.</enum><header display-inline="yes-display-inline">Statement of
policy</header><text display-inline="no-display-inline">It is the policy of the United
Statesâ€•</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H32C24AC944654D52ACFC2D088FB131EC"><enum>(1)</enum><text display-inline="yes-
display-inline">to take action to curtail the global trade in seafood and seafood
products derived from IUU fishing, including its links to forced labor and
transnational organized illegal activity;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5352DE3A04284A07B325986A2CC1B112"><enum>(2)</enum><text display-inline="yes-
display-inline">to develop holistic diplomatic, military, law enforcement, economic,
and capacity-building tools to counter IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7899E070F3B34775AC6163C4EB7C7A9A"><enum>(3)</enum><text display-inline="yes-
display-inline">to provide technical assistance to countries in priority regions and
priority flag states to combat IUU fishing, including assistanceâ€•</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE629AC108E4B4F8FAD077CFF7669D904"><enum>(A)</enum><text display-inline="yes-
display-inline">to increase local, national, and regional level capacities to counter
IUU fishing through the engagement of law enforcement and security
forces;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDE7C214CC84A4735A4D714C63AB21996"><enum>(B)</enum><text display-inline="yes-
display-inline">to enhance port capacity and security, including by supporting other
countries in working toward the adoption and implementation of the Port State Measures
Agreement;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8E9FB241CFD54A38B384D2F459A3CC78"><enum>(C)</enum><text display-inline="yes-
display-inline">to combat corruption and increase transparency and traceability in
fisheries management and trade;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H904A9C1B274E469CA4137F0A4E1EC9B2"><enum>(D)</enum><text display-inline="yes-
display-inline">to enhance information sharing within and across governments and
multilateral organizations through the development and use of agreed standards for
information sharing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA1EE779B2E2344268E6D4335B80D6816"><enum>(E)</enum><text display-inline="yes-
display-inline">to support effective, science-based fisheries management regimes that
promote legal and safe fisheries and act as a deterrent to IUU
fishing;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF090412E7B0E4D23B6936DF60D70FE1E"><enum>(4)</enum><text display-inline="yes-
```

WASHSTATEC015603

```
display-inline">to promote global maritime security through improved capacity and
technological assistance to support improved maritime domain
awareness;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1E7ABD8ADDCA48E09C59838888161376"><enum>(5)</enum><text display-inline="yes-
display-inline">to engage with priority flag states to encourage the use of high
quality vessel tracking technologies where existing enforcement tools are
lacking;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H68AF2181C366422586E1D2CF1676FE89"><enum>(6)</enum><text display-inline="yes-
display-inline">to engage with multilateral organizations working on fisheries issues,
including Regional Fisheries Management Organizations and the Food and Agriculture
Organization of the United Nations, to combat and deter IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC875BAB2CE084F96AFF7BD50DD87CB51"><enum>(7)</enum><text display-inline="yes-
display-inline">to advance information sharing across governments and multilateral
organizations in areas that cross multiple jurisdictions, through the development and
use of an agreed standard for information sharing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H62F194643D93459D8E0CCF40B3BD301C"><enum>(8)</enum><text display-inline="yes-
display-inline">to continue to use existing and future trade agreements to combat IUU
fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H38292513FABF425DA55C6BB95BCD8E01"><enum>(9)</enum><text display-inline="yes-
display-inline">to employ appropriate assets and resources of the United States
Government in a coordinated manner to disrupt the illicit networks involved in IUU
fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCE4FF4C9B87E486EA640DBE00CE7C5EE"><enum>(10)</enum><text display-inline="yes-
display-inline">to continue to declassify and make available, as appropriate and
practicable, technologies developed by the United States Government that can be used to
help counter IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEC92843F10534146B01760B98D5A015E"><enum>(11)</enum><text display-inline="yes-
display-inline">to recognize the ties of IUU fishing to transnational organized illegal
activity, including human trafficking and illegal trade in narcotics and arms, and as
applicable, to focus on illicit activity in a coordinated, cross-cutting
manner;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H00424230ED1144919E7FF61A93BF6AF0"><enum>(12)</enum><text display-inline="yes-
display-inline">to recognize and respond to poor working conditions, labor abuses, and
other violent crimes in the fishing industry;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3CF5D666325542979D66546BDBEAF087"><enum>(13)</enum><text display-inline="yes-
display-inline">to increase and improve global transparency and traceability along the
seafood supply chain asâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H655074FA730C4C48A4C522179325D1BE"><enum>(A)</enum><text display-inline="yes-
display-inline">a deterrent to IUU fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H969D93138CDC4973AF7E2BD5C935F13D"><enum>(B)</enum><text display-inline="yes-
display-inline">an approach for strengthening fisheries management and food security;
and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAA619BA3EBB24BBBA7BDC2C610501AF0"><enum>(14)</enum><text display-inline="yes-
display-inline">to promote technological investment and innovation to combat IUU
fishing.</text></paragraph></section>

<part commented="no" id="HD94C1803F2534D3A840BE53F8C708EA8" level-type="subsequent"
```

WASHSTATEC015604

```
style="OLC"><enum>I</enum><header display-inline="yes-display-inline">Programs to
combat IUU fishing and increase maritime security</header>

<section commented="no" display-inline="no-display-inline"
id="HBD869EC839D24E68B07B4FC15D9DEA96" section-type="subsequent-
section"><enum>3541.</enum><header display-inline="yes-display-inline">Coordination
with international organizations</header><text display-inline="no-display-inline">The
Secretary of State, in consultation with the Secretary of Commerce, shall coordinate
with Regional Fisheries Management Organizations and the Food and Agriculture
Organization of the United Nations, and may coordinate with other relevant
international governmental or nongovernmental organizations, or the private sector, as
appropriate, to enhance regional responses to IUU fishing and related transnational
organized illegal activities.</text></section>

<section commented="no" display-inline="no-display-inline"
id="HBCBB8F3974DE4A14B3A18065BFD34780" section-type="subsequent-
section"><enum>3542.</enum><header display-inline="yes-display-inline">Engagement of
diplomatic missions of the United States</header><text display-inline="no-display-
inline">Not later than 1 year after the date of the enactment of this title, each chief
of mission (as defined in section 102 of the Foreign Service Act of 1980 (22 U.S.C.
3902)) to a relevant country in a priority region or to a priority flag state may, if
the Secretary of State determines such action is appropriate—"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H9E51FC03769C46179B1A19AB546FA51D"><enum>(1)</enum><text display-inline="yes-
display-inline">convene a working group, led by Department of State officials, to
examine IUU fishing, which may include stakeholders such as—"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1F1E2B67E3804854A2014787AD0FDE57"><enum>(A)</enum><text display-inline="yes-
display-inline">United States officials from relevant agencies participating in the
interagency Working Group identified in section 3551, foreign officials,
nongovernmental organizations, the private sector, and representatives of local
fishermen in the region; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H23B997D8335D4E31BEE97CE1FCFC92C0"><enum>(B)</enum><text display-inline="yes-
display-inline">experts on IUU fishing, law enforcement, criminal justice,
transnational organized illegal activity, defense, intelligence, vessel movement
monitoring, and international development operating in or with knowledge of the region;
and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCA28300CC2F44CE29BF8A3B1C31BDFAC"><enum>(2)</enum><text display-inline="yes-
display-inline">designate a counter-IUU Fishing Coordinator from among existing
personnel at the mission if the chief of mission determines such action is
appropriate.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H97DA4A3679884E32A57C37D9C6A971E7" section-type="subsequent-
section"><enum>3543.</enum><header display-inline="yes-display-inline">Assistance by
Federal agencies to improve law enforcement within priority regions and priority flag
states</header>

<subsection commented="no" display-inline="no-display-inline"
id="HAF69205175B6495BAFA37110483653F9"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of State, in consultation with the Secretary of Commerce and the Commandant
of the Coast Guard when the Coast Guard is not operating as a service in the Department
of the Navy, as well as any other relevant department or agency, shall provide
assistance, as appropriate, in accordance with this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H34B52A170433443EA94EF9C72C10EB38"><enum>(b)</enum><header display-inline="yes-
display-inline">Law enforcement training and coordination activities</header><text
display-inline="yes-display-inline">The officials referred to in subsection (a) shall
evaluate opportunities to provide assistance, as appropriate, to countries in priority
regions and priority flag states to improve the effectiveness of IUU fishing
enforcement, with clear and measurable targets and indicators of success,
```

WASHSTATEC015605

includingâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HF384A58E0E504E6E8E7AD79F743EA2E4"><enum>(1)</enum><text display-inline="yes-
display-inline">by assessing and using existing resources, enforcement tools, and legal
authorities to coordinate efforts to combat IUU fishing with efforts to combat other
illegal trade, including weapons, drugs, and human trafficking;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFE1C4A5EC7E948BBAAD4FE38FD1BD8DD"><enum>(2)</enum><text display-inline="yes-
display-inline">by expanding existing IUU fishing enforcement
training;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H648C009A3B2149E48FA0A31292A56C5C"><enum>(3)</enum><text display-inline="yes-
display-inline">by providing targeted, country- and region-specific training on
combating IUU fishing, including in those countries that have not adopted the Port
State Measures Agreement;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB61F3B622FA8456CB2405705D4C800B5"><enum>(4)</enum><text display-inline="yes-
display-inline">by supporting increased effectiveness and transparency of the fisheries
enforcement sectors of the governments of such countries; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H69388BA34BAA4D7C833FF4CC3B2E8021"><enum>(5)</enum><text display-inline="yes-
display-inline">by supporting increased outreach to stakeholders in the affected
communities as key partners in combating and prosecuting IUU
fishing.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0FD096E6CF31491087480E3813D438CE"><enum>(c)</enum><header display-inline="yes-
display-inline">Implementation of port State measures</header><text display-
inline="yes-display-inline">The officials referred to in subsection (a) shall evaluate
opportunities to provide assistance, as appropriate, to countries in priority regions
and priority flag states to help those states implement programs related to port
security and capacity for the purposes of preventing IUU fishing products from entering
the global seafood market, including by supporting other countries in working toward
the adoption and implementation of the Port State Measures
Agreement.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H271AB8CBA43E4BB0B24E5C6C1250238F"><enum>(d)</enum><header display-inline="yes-
display-inline">Capacity building for investigations and prosecutions</header><text
display-inline="yes-display-inline">The officials referred to in subsection (a), in
collaboration with the governments of countries in priority regions and of priority
flag states, shall evaluate opportunities to assist those countries in designing and
implementing programs in such countries, as appropriate, to increase the capacity of
IUU fishing enforcement and customs and border security officers to improve their
abilityâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H82FE539723184369AA6DDFE418A2FA0C"><enum>(1)</enum><text display-inline="yes-
display-inline">to conduct effective investigations, including using law enforcement
techniques such as undercover investigations and the development of informer networks
and actionable intelligence;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H720CF865977A461683FE42B23D71F3EC"><enum>(2)</enum><text display-inline="yes-
display-inline">to conduct vessel boardings and inspections at sea and associated
enforcement actions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H68E14F732C724D898C66D321F78765A0"><enum>(3)</enum><text display-inline="yes-
display-inline">to exercise existing shiprider agreements and to enter into and
implement new shiprider agreements, as appropriate, including in those countries that
have not adopted the Port State Measures Agreement;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDC87929851B9479894DD8DD44D82F9BA"><enum>(4)</enum><text display-inline="yes-

```
display-inline">to conduct vessel inspections at port and associated enforcement
actions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H349314736D1849EEAF8FC59006B6BAE2"><enum>(5)</enum><text display-inline="yes-
display-inline">to assess technology needs and promote the use of technology to improve
monitoring, enforcement, and prosecution of IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD540107FA42D4CA2AAC9A8E13FF46A9A"><enum>(6)</enum><text display-inline="yes-
display-inline">to conduct DNA-based and forensic identification of seafood used in
trade;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H10DF754CE99243F385D66E94D903A3D8"><enum>(7)</enum><text display-inline="yes-
display-inline">to conduct training on techniques, such as collecting electronic
evidence and using computer forensics, for law enforcement personnel involved in
complex investigations related to international matters, financial issues, and
government corruption that include IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDC65E53EF91E478A8F24C880CA29D9BF"><enum>(8)</enum><text display-inline="yes-
display-inline">to assess financial flows and the use of financial institutions to
launder profits related to IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H45162E7264824ACAAE621191904B917B"><enum>(9)</enum><text display-inline="yes-
display-inline">to conduct training on the legal mechanisms that can be used to
prosecute those identified in the investigations as alleged perpetrators of IUU fishing
and other associated crimes such as trafficking and forced labor;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7193FB065B6E4C519610041E54937B94"><enum>(10)</enum><text display-inline="yes-
display-inline">to conduct training to raise awareness of the use of whistleblower
information and ways to incentivize whistleblowers to come forward with original
information related to IUU fishing.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H03AB6D0197CB4123AF269A27B38D2B96"><enum>(e)</enum><header display-inline="yes-
display-inline">Capacity building for information sharing</header><text display-
inline="yes-display-inline">The officials referred to in subsection (a) shall evaluate
opportunities to provide assistance, as appropriate, to key countries in priority
regions and priority flag states in the form of training, equipment, and systems
development to build capacity for information sharing related to maritime enforcement
and port security.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB8EDA12D0DC54D6C9404275C4E8585A9"><enum>(f)</enum><header display-inline="yes-
display-inline">Coordination with other relevant agencies</header><text display-
inline="yes-display-inline">The Secretary of State shall coordinate, as appropriate,
with the Secretary of Commerce, the Commandant of the Coast Guard when the Coast Guard
is not operating as a service in the Department of the Navy, and with other relevant
Federal agencies in accordance with this section.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H7048BF4F447D4697860DE537AEB7852C" section-type="subsequent-
section"><enum>3544.</enum><header display-inline="yes-display-inline">Expansion of
existing mechanisms to combat IUU fishing</header>

<subsection id="H62CB8A7515DE4EE39C20DD645E498B56"><enum>(a)</enum><header>Mechanisms
to combat IUU fishing</header><text>The Secretary of State, the Administrator of the
United States Agency for International Development, the Secretary of the Department in
which the Coast Guard is operating when it is not operating as a service in the
Department of the Navy, the Secretary of Defense, the Secretary of Commerce, the
Attorney General, and the heads of other appropriate Federal agencies shall assess
opportunities to combat IUU fishing by expanding, as appropriate, the use of the
following mechanisms:</text>

<paragraph commented="no" display-inline="no-display-inline"
```

```
id="HF2C9EB169CE04C6494E13EBDDF4317C4"><enum>(1)</enum><text display-inline="yes-
display-inline">Including counter-IUU fishing in existing shiprider agreements in which
the United States is a party.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H45DCEB5210634161AF414E0B0A8BC6DD"><enum>(2)</enum><text display-inline="yes-
display-inline">Entering into shiprider agreements that include counter-IUU fishing
with priority flag states and countries in priority regions with which the United
States does not already have such an agreement.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2110C6932A014F3BB92DD500A51CF9EC"><enum>(3)</enum><text display-inline="yes-
display-inline">Including counter-IUU fishing as part of the mission of the Combined
Maritime Forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H997EBFEF8A1649B1883B0177FA195BA9"><enum>(4)</enum><text display-inline="yes-
display-inline">Including counter-IUU fishing exercises in the annual at-sea exercises
conducted by the Department of Defense, in coordination with the United States Coast
Guard.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF3954262C2F0479AB2C929B3B0EF73F4"><enum>(5)</enum><text display-inline="yes-
display-inline">Creating partnerships similar to the Oceania Maritime Security
Initiative and the Africa Maritime Law Enforcement Partnership in other priority
regions.</text></paragraph></subsection>

<subsection id="H95DB7FAC75EF4C53A1F0556A516D7F80"><enum>(b)</enum><header>Information
sharing</header><text>The Director of National Intelligence, in conjunction with other
agencies, as appropriate, shall develop an enterprise approach to appropriately share
information and data within the United States Government or with other countries or
nongovernmental organizations, or the private sector, as appropriate, on IUU fishing
and other connected transnational organized illegal activity occurring in priority
regions and elsewhere, including big data analytics and machine
learning.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H6E0B43E7474D4BA29A9DB0ED8D773F84" section-type="subsequent-
section"><enum>3545.</enum><header display-inline="yes-display-inline">Improvement of
transparency and traceability programs</header><text display-inline="no-display-
inline">The Secretary of State, the Administrator of the United States Agency for
International Development, the Secretary of the Department in which the Coast Guard is
operating when it is not operating as a service in the Department of the Navy, the
Secretary of Commerce, and the heads of other Federal agencies, if merited, shall work,
as appropriate, with priority flag states and key countries in priority
regionsâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H92A986E4275645B1BCC3F4E456DA25E4"><enum>(1)</enum><text display-inline="yes-
display-inline">to increase knowledge within such countries about the United States
transparency and traceability standards for imports of seafood and seafood
products;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9E6980913E8D4C2D815DF2E9AB946305"><enum>(2)</enum><text display-inline="yes-
display-inline">to improve the capacity of seafood industries within such countries
through information sharing and training to meet the requirements of transparency and
traceability standards for seafood and seafood product imports, including catch
documentation and trade tracking programs adopted by relevant regional fisheries
management organizations; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HED4F4A4469BB49A6A88FBC1783E5EDA0"><enum>(3)</enum><text display-inline="yes-
display-inline">to improve the capacities of government, industry, and civil society
groups to develop and implement comprehensive traceability systems thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1D487E628E384E49AA95267113D095B4"><enum>(A)</enum><text display-inline="yes-
display-inline">deter IUU fishing;</text></subparagraph>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HB428F1FC0B5144D18437678CFE1925E0"><enum>(B)</enum><text display-inline="yes-
display-inline">strengthen fisheries management; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1C7615F7F96E84EB09FFDE9012647EFEB"><enum>(C)</enum><text display-inline="yes-
display-inline">enhance maritime domain
awareness.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H85B77DC772FA4C0F877A774CF1A7942D" section-type="subsequent-
section"><enum>3546.</enum><header display-inline="yes-display-inline">Technology
programs</header><text display-inline="no-display-inline">The Secretary of State, the
Administrator of the United States Agency for International Development, the Secretary
of the Department in which the Coast Guard is operating when it is not operating as a
service in the Department of the Navy, the Secretary of Defense, the Secretary of
Commerce, and the heads of other Federal agencies, if merited, shall pursue programs,
as appropriate, to expand the role of technology for combating IUU fishing, including
byâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H6C0711D5455342898531C49B82A218B8"><enum>(1)</enum><text display-inline="yes-
display-inline">promoting the use of technology to combat IUU
fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7F130FB5907547FA9E05294B822233E2"><enum>(2)</enum><text display-inline="yes-
display-inline">assessing the technology needs, including vessel tracking technologies
and data sharing, in priority regions and priority flag states;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H07ADBE306F764818B38D1C34732E93BF"><enum>(3)</enum><text display-inline="yes-
display-inline">engaging with priority flag states to encourage the mandated use of
vessel tracking technologies, including vessel monitoring systems, AIS, or other vessel
movement monitoring technologies on fishing vessels and transshipment vessels at all
times, as appropriate, while at sea as a means to identify IUU fishing activities and
the shipment of illegally caught fish products; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H957AFD1691E44F629C0E64642C54C0AD"><enum>(4)</enum><text display-inline="yes-
display-inline">building partnerships with the private sector, including universities,
nonprofit research organizations, the seafood industry, and the technology,
transportation and logistics sectors, to leverage new and existing technologies and
data analytics to address IUU fishing.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H79B1394500B74E70AA1D64D3DEB71817" section-type="subsequent-
section"><enum>3547.</enum><header display-inline="yes-display-inline">Savings
clause</header><text display-inline="no-display-inline">No provision of section 3532 or
of this part shall impose, or be interpreted to impose, any duty, responsibility,
requirement, or obligation on the Department of Defense, the Department of the Navy,
the United States Coast Guard when operating as a service in the Department of Homeland
Security, or any official or component of either.</text></section></part>

<part commented="no" id="H59E9E0BD9AC44846AB2952BC151F87FD" level-type="subsequent"
style="OLC"><enum>II</enum><header display-inline="yes-display-inline">Establishment of
interagency working group on IUU fishing</header>

<section commented="no" display-inline="no-display-inline"
id="HC3728AABF2E649A7B8E2FE3110038405" section-type="subsequent-
section"><enum>3551.</enum><header display-inline="yes-display-inline">Interagency
Working Group on IUU Fishing</header>

<subsection commented="no" display-inline="no-display-inline"
id="H8841CF826AF042E99F968362ED4866E1"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">There is
established a collaborative interagency working group on maritime security and IUU
fishing (referred to in this subtitle as the <quote>Working
Group</quote>).</text></subsection>
```

```
<subsection commented="no" display-inline="no-display-inline"
id="H136EE53CA3534186B10631049E1D4BE4"><enum>(b)</enum><header display-inline="yes-
display-inline">Members</header><text display-inline="yes-display-inline">The members
of the Working Group shall be composed ofâ€"</text>

<paragraph id="HF7C61F750B2F454AAB13F226C0CAE561"><enum>(1)</enum><text>1 chair, who
shall rotate between the Secretary of the Department in which the Coast Guard is
operating, acting through the Commandant of the Coast Guard, the Secretary of State,
and the National Oceanographic and Atmospheric Administration, acting through the
Administrator, on a 3-year term;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H976F963A915944EE8A8591EE51F80C0C"><enum>(2)</enum><text display-inline="yes-
display-inline">2 deputy chairs, who shall be appointed by their respective agency
heads and shall be from a different Department than that of the chair, fromâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4D4E3164FAE54866BF3F1873C8522185"><enum>(A)</enum><text display-inline="yes-
display-inline">the Coast Guard;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H06C117EB3C324D499B2ADBF9875B8910"><enum>(B)</enum><text display-inline="yes-
display-inline">the Department of State; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H92BE7D55E8FE4881B2784C9E92BFC48F"><enum>(C)</enum><text display-inline="yes-
display-inline">the National Oceanic and Atmospheric
Administration;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF6BE4591E8B0441A982D3B419A1180F5"><enum>(3)</enum><text display-inline="yes-
display-inline">12 members, who shall be appointed by their respective agency heads,
fromâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HFA50CB27431E46778CAC790D84794864"><enum>(A)</enum><text display-inline="yes-
display-inline">the Department of Defense;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H679404839AF044ECAE3083EB4A33461C"><enum>(B)</enum><text display-inline="yes-
display-inline">the United States Navy;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H48CF008C31CB4EA7B06691866F40559E"><enum>(C)</enum><text display-inline="yes-
display-inline">the United States Agency for International
Development;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H57792A9F2284418D94A08543BFBBDC8E"><enum>(D)</enum><text display-inline="yes-
display-inline">the United States Fish and Wildlife Service;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4FB931637BDD48F9ACF0FE5185C3D608"><enum>(E)</enum><text display-inline="yes-
display-inline">the Department of Justice;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H747E36B338B04729A6F9688FA5CAA7A0"><enum>(F)</enum><text display-inline="yes-
display-inline">the Department of the Treasury;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE38BCFD6890F42B5932A9D1822837D35"><enum>(G)</enum><text display-inline="yes-
display-inline">U.S. Customs and Border Protection;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H860C79FF0D2C4DF193195F1E93FBB806"><enum>(H)</enum><text display-inline="yes-
display-inline">U.S. Immigration and Customs Enforcement;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H157485BBE0714055B694D77C1877310D"><enum>(I)</enum><text display-inline="yes-
display-inline">the Federal Trade Commission;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
```

WASHSTATEC015610

```
id="HE872E49208504AE5B5960E93F6E62229"><enum>(J)</enum><text display-inline="yes-
display-inline">the Department of Agriculture;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H345CA73E77D345D29C6CD6433B70D970"><enum>(K)</enum><text display-inline="yes-
display-inline">the Food and Drug Administration; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8E8213A669F744FBAAA2798BE4653360"><enum>(L)</enum><text display-inline="yes-
display-inline">the Department of Labor;</text></subparagraph></paragraph>

<paragraph commented="no"
id="H3F593B7A118C48E88DCEE44EC5AF9C70"><enum>(4)</enum><text>1 or more members from the
intelligence community (as defined in section 3 of the National Security Act of 1947
(50 U.S.C. 3003)), who shall be appointed by the Director of National Intelligence;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H300810D245264869BA774485F4B79983"><enum>(5)</enum><text display-inline="yes-
display-inline">5 members, who shall be appointed by the President, fromâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9275DBDBBFDC4F79AE924F2CF9A1A10A"><enum>(A)</enum><text display-inline="yes-
display-inline">the National Security Council;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4B41EE357DE64318BBB654DDC42BC9E4"><enum>(B)</enum><text display-inline="yes-
display-inline">the Council on Environmental Quality;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H553613B7216A47118988FB32B1C11F7C"><enum>(C)</enum><text display-inline="yes-
display-inline">the Office of Management and Budget;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD8AB49133FA44340B80BA2C9C36C83BA"><enum>(D)</enum><text display-inline="yes-
display-inline">the Office of Science and Technology Policy; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4FD0A20B190749608E1D55D04E7C9010"><enum>(E)</enum><text display-inline="yes-
display-inline">the Office of the United States Trade
Representative.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF89A029728624F1491CD6426E94AB42D"><enum>(c)</enum><header display-inline="yes-
display-inline">Responsibilities</header><text display-inline="yes-display-inline">The
Working Group shall ensure an integrated, Federal Government-wide response to IUU
fishing globally, including byâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H7C4D7640C2B147F5931EAD8FB0CF9EBB"><enum>(1)</enum><text display-inline="yes-
display-inline">improving the coordination of Federal agencies to identify, interdict,
investigate, prosecute, and dismantle IUU fishing operations and organizations
perpetrating and knowingly benefitting from IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4C90E1C075474E088C428EB05B7684F5"><enum>(2)</enum><text display-inline="yes-
display-inline">assessing areas for increased interagency information sharing on
matters related to IUU fishing and related crimes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9328D6833BDC470588947C17DE4F932F"><enum>(3)</enum><text display-inline="yes-
display-inline">establishing standards for information sharing related to maritime
enforcement;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H95F6912DAA3E4534B1B3FB395282285F"><enum>(4)</enum><text display-inline="yes-
display-inline">developing a strategy to determine how military assets and intelligence
can contribute to enforcement strategies to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H24251C73CA7941AD89408868EEF1FA6F"><enum>(5)</enum><text display-inline="yes-
```

WASHSTATEC015611

display-inline">increasing maritime domain awareness relating to IUU fishing and
related crimes and developing a strategy to leverage awareness for enhanced enforcement
and prosecution actions against IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H178AE51C774A48F299F3EA6DC449B74A"><enum>(6)</enum><text display-inline="yes-
display-inline">supporting the adoption and implementation of the Port State Measures
Agreement in relevant countries and assessing the capacity and training needs in such
countries;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF7F6A24F7D7D47CFA2D801CA5D177CF4"><enum>(7)</enum><text display-inline="yes-
display-inline">outlining a strategy to coordinate, increase, and use shiprider
agreements between the Department of Defense or the Coast Guard and relevant
countries;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBD04A45B664541B68ADCD57AFC8F9B73"><enum>(8)</enum><text display-inline="yes-
display-inline">enhancing cooperation with partner governments to combat IUU
fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5A1C659E82504AA1A29514AEEE0DF703"><enum>(9)</enum><text display-inline="yes-
display-inline">identifying opportunities for increased information sharing between
Federal agencies and partner governments working to combat IUU
fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1A2EF72E9E4A41EB95EC8AB2208D85E6"><enum>(10)</enum><text display-inline="yes-
display-inline">consulting and coordinating with the seafood industry and
nongovernmental stakeholders that work to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H714E240CD3C948C8A1116CA13D5CCB42"><enum>(11)</enum><text display-inline="yes-
display-inline">supporting the work of collaborative international initiatives to make
available certified data from state authorities about vessel and vessel-related
activities related to IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4F68A4B2EAB14DADB0F9EBDAF9BD7556"><enum>(12)</enum><text display-inline="yes-
display-inline">supporting the identification and certification procedures to address
IUU fishing in accordance with the High Seas Driftnet Fishing Moratorium Protection Act
(16 U.S.C. 1826d et seq.); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H804F4180D72E4ECFBF09D4DAB041CB06"><enum>(13)</enum><text display-inline="yes-
display-inline">publishing annual reports summarizing nonsensitive information about
the Working Group's efforts to investigate, enforce, and prosecute groups and
individuals engaging in IUU fishing.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H4B65800BF09E4705994E1F563CCE7D5A" section-type="subsequent-
section"><enum>3552.</enum><header display-inline="yes-display-inline">Strategic
plan</header>

<subsection id="H06025E7F157C4BA4986A36A71EBE78EB"><enum>(a)</enum><header>Strategic
plan</header><text>Not later than 2 years after the date of the enactment of this
title, the Working Group, after consultation with the relevant stakeholders, shall
submit to the Committee on Commerce, Science, and Transportation of the Senate, the
Committee on Foreign Relations of the Senate, the Committee on Appropriations of the
Senate, the Committee on Transportation and Infrastructure of the House of
Representatives, the Committee on Natural Resources of the House of Representatives,
the Committee on Foreign Affairs of the House of Representatives, and the Committee on
Appropriations of the House of Representatives a 5-year integrated strategic plan on
combating IUU fishing and enhancing maritime security, including specific strategies
with monitoring benchmarks for addressing IUU fishing in priority
regions.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H98BEE408026047DA8AB0551FB66C0F3C"><enum>(b)</enum><header display-inline="yes-

display-inline">Identification of priority regions and priority flag states</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2C4357427DEC4887A85765D0BEC5A9C6"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
strategic plan submitted under subsection (a) shall identify priority regions and
priority flag states to be the focus of assistance coordinated by the Working Group
under section 3551.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2DD020C5073E413BAAF5BB5E0A14533D"><enum>(2)</enum><header display-inline="yes-
display-inline">Priority region selection criteria</header><text display-inline="yes-
display-inline">In selecting priority regions under paragraph (1), the Working Group
shall select regions thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H211B1764C9644CA988097396CE7B9875"><enum>(A)</enum><text display-inline="yes-
display-inline">are at high risk for IUU fishing activity or the entry of illegally
caught seafood into their markets; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H10DF7C5CDF2E4679914910B8856030AE"><enum>(B)</enum><text display-inline="yes-
display-inline">lack the capacity to fully address the issues described in subparagraph
(A).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF0EF60B5383D4E4981C0328622C00BF7"><enum>(3)</enum><header display-inline="yes-
display-inline">Priority flag states selection criteria</header><text display-
inline="yes-display-inline">In selecting priority flag states under paragraph (1), the
Working Group shall select countriesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9F3B066998F44BBF9E27F4A34FB5A36C"><enum>(A)</enum><text display-inline="yes-
display-inline">the flagged vessels of which actively engage in, knowingly profit from,
or are complicit in IUU fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF76B263371234FA69C0B8376AA3DA3B4"><enum>(B)</enum><text display-inline="yes-
display-inline">that lack the capacity to police their
fleet.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H355E1B3697094500B4D23A3C64F14793" section-type="subsequent-
section"><enum>3553.</enum><header display-inline="yes-display-
inline">Reports</header><text display-inline="no-display-inline">Not later than 5 years
after the submission of the 5-year integrated strategic plan under section 3552, and 5
years after, the Working Group shall submit a report to the Committee on Commerce,
Science, and Transportation of the Senate, the Committee on Foreign Relations of the
Senate, the Committee on Appropriations of the Senate, the Committee on the Judiciary
of the Senate, the Select Committee on Intelligence of the Senate, the Committee on
Agriculture, Nutrition, and Forestry of the Senate, the Committee on Transportation and
Infrastructure of the House of Representatives, the Committee on Natural Resources of
the House of Representatives, the Committee on Foreign Affairs of the House of
Representatives, and the Committee on Appropriations of the House of Representatives
that containsâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H2A7EC447CFCE416A938157705A8428E5"><enum>(1)</enum><text display-inline="yes-
display-inline">a summary of global and regional trends in IUU
fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H38B3E3655E7B41FDB303A620D48009F9"><enum>(2)</enum><text display-inline="yes-
display-inline">an assessment of the extent of the convergence between transnational
organized illegal activity, including human trafficking and forced labor, and IUU
fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H07CC2CA222C4411E93DA3B3614F7443C"><enum>(3)</enum><text display-inline="yes-
display-inline">an assessment of the topics, data sources, and strategies that would

benefit from increased information sharing and recommendations regarding harmonization of data collection and sharing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5EEE099524034AF78ADD4C7DDEFF007A"><enum>(4)</enum><text display-inline="yes-display-inline">an assessment of assets, including military assets and intelligence, which can be used for either enforcement operations or strategies to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC0C9508D1C9F482A92299403CAAC5A4A"><enum>(5)</enum><text display-inline="yes-display-inline">summaries of the situational threats with respect to IUU fishing in priority regions and an assessment of the capacity of countries within such regions to respond to those threats;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H51D945785DF64299B8019D7A66937C55"><enum>(6)</enum><text display-inline="yes-display-inline">an assessment of the progress of countries in priority regions in responding to those threats as a result of assistance by the United States pursuant to the strategic plan developed under section 3552, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5A5581E0ECBE479B99BB914D3F88EB6A"><enum>(A)</enum><text display-inline="yes-display-inline">the identification ofâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H74AF2A2508994645BA82575792B25470"><enum>(i)</enum><text display-inline="yes-display-inline">relevant supply routes, ports of call, methods of landing and entering illegally caught product into legal supply chains, and financial institutions used in each country by participants engaging in IUU fishing; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H3ACF88E3314544149374E9747612F7FF"><enum>(ii)</enum><text display-inline="yes-display-inline">indicators of IUU fishing that are related to money laundering;</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0141790B37FF4C0983C118DD6E4DAA5F"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment of the adherence to, or progress toward adoption of, international treaties related to IUU fishing, including the Port State Measures Agreement, by countries in priority regions;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H65C64DA743FF4FAEAC3B34B678280A36"><enum>(C)</enum><text display-inline="yes-display-inline">an assessment of the implementation by countries in priority regions of seafood traceability or capacity to apply traceability to verify the legality of catch and strengthen fisheries management;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H58EDC30AC432427C8E622B24958F4EC5"><enum>(D)</enum><text display-inline="yes-display-inline">an assessment of the capacity of countries in priority regions to implement shiprider agreements;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H05D8C843E4024C218DDAFF464B600473"><enum>(E)</enum><text display-inline="yes-display-inline">an assessment of the capacity of countries in priority regions to increase maritime domain awareness; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2BA2F5A1A0A046DFBE1D5F7AB900F1C4"><enum>(F)</enum><text display-inline="yes-display-inline">an assessment of the capacity of governments of relevant countries in priority regions to sustain the programs for which the United States has provided assistance under this subtitle;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA214E55E032E4D24ABF29F55B2B83D2B"><enum>(7)</enum><text display-inline="yes-display-inline">an assessment of the capacity of priority flag states to track the movement of and police their fleet, prevent their flagged vessels from engaging in IUU fishing, and enforce applicable laws and regulations; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

WASHSTATEC015614

id="H612985CB7F2A4204A4CE3BB7390774FA"><enum>(8)</enum><text display-inline="yes-display-inline">an assessment of the extent of involvement in IUU fishing of organizations designated as foreign terrorist organizations under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HD72E3FB1544943D893957861A2ECD78F" section-type="subsequent-section"><enum>3554.</enum><header display-inline="yes-display-inline">Gulf of Mexico IUU Fishing Subworking Group</header>

<subsection commented="no" display-inline="no-display-inline" id="H989456915E2848A3A5C1D8DDCCE682E6"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this title, the Administrator of the National Oceanic and Atmospheric Administration, in coordination with the Commandant of the Coast Guard and the Secretary of State, shall establish a subworking group to address IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCBC46C7205B043F2A33C8C03B453B668"><enum>(b)</enum><header display-inline="yes-display-inline">Functions</header><text display-inline="yes-display-inline">The subworking group established under subsection (a) shall identify—</text>

<paragraph commented="no" display-inline="no-display-inline" id="H85845EDDE35049D5B753E2C5D8E39CFC"><enum>(1)</enum><text display-inline="yes-display-inline">Federal actions taken and policies established during the 5-year period immediately preceding the date of the enactment of this title with respect to IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico, including such actions and policies related to—</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5A2E027096454742A1C52CA81A400389"><enum>(A)</enum><text display-inline="yes-display-inline">the surveillance, interdiction, and prosecution of any foreign nationals engaged in such fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4D6F80803EE048D3950F117966296582"><enum>(B)</enum><text display-inline="yes-display-inline">the application of the provisions of the High Seas Driftnet Fishing Moratorium Protection Act (16 U.S.C. 1826d et seq.) to any relevant nation, including the status of any past or ongoing consultations and certification procedures;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8715DA76E5E1430A9ABA375C6CFEC6EA"><enum>(2)</enum><text display-inline="yes-display-inline">actions and policies, in addition to the actions and policies described in paragraph (1), each of the Federal agencies described in subsection (a) can take, using existing resources, to combat IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H22A8A81905554EFAA208F0F342AF753B"><enum>(3)</enum><text display-inline="yes-display-inline">any additional authorities that could assist each such agency in more effectively addressing such IUU fishing.</text></paragraph></subsection>

<subsection id="HF5EAF75207BA46B7B9FC80CFC1C8CBAB"><enum>(c)</enum><header>Report</header><text>Not later than 1 year after the IUU Fishing Subworking Group is established under subsection (a), the group shall submit a report to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Transportation and Infrastructure of the House of Representatives, and the Committee on Natural Resources of the House of Representatives that contains—</text>

<paragraph commented="no" display-inline="no-display-inline" id="H522FBDC5572C41079F1513276945CB48"><enum>(1)</enum><text display-inline="yes-display-inline">the findings identified pursuant to subsection (b); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD7D70A46931D42E181F15C38A97E4865"><enum>(2)</enum><text display-inline="yes-

```
display-inline">a timeline for each of the Federal agencies described in subsection (a)
to implement each action or policy identified pursuant to subsection
(b)(2).</text></paragraph></subsection></section></part>

<part commented="no" id="HFB4D8BF19A054F8DBF3D80CF4AD9FE25" level-type="subsequent"
style="OLC"><enum>III</enum><header display-inline="yes-display-inline">Combating human
trafficking in connection with the catching and processing of seafood products</header>

<section commented="no" display-inline="no-display-inline"
id="H05B14ED6A589410B9D85FDF0D97E76A0" section-type="subsequent-
section"><enum>3561.</enum><header display-inline="yes-display-
inline">Finding</header><text display-inline="no-display-inline">Congress finds that
human trafficking, including forced labor, is a pervasive problem in the catching and
processing of certain seafood products imported into the United States, particularly
seafood products obtained through illegal, unreported, and unregulated
fishing.</text></section>

<section commented="no" display-inline="no-display-inline"
id="HA540984A09E9452AA2C74DA3401D3162" section-type="subsequent-
section"><enum>3562.</enum><header display-inline="yes-display-inline">Adding the
Secretary of Commerce to the Interagency Task Force to Monitor and Combat
Trafficking</header><text display-inline="no-display-inline">Section 105(b) of the
Victims of Trafficking and Violence Protection Act of 2000 (22 U.S.C. 7103(b)) is
amended by inserting <quote>the Secretary of Commerce,</quote> after <quote>the
Secretary of Education,</quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H9F09DE835161493D9A08EB855E707FB6" section-type="subsequent-
section"><enum>3563.</enum><header display-inline="yes-display-inline">Human
trafficking in the seafood supply chain report</header>

<subsection commented="no" display-inline="no-display-inline"
id="HE32AAB31084445C4B3CD49E019E79A34"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 1 year after the date of the enactment of this title, the Secretary of State and
the Administrator of the National Oceanic and Atmospheric Administration shall jointly
submit a report to the Committee on Commerce, Science, and Transportation of the
Senate, the Committee on Foreign Relations of the Senate, the Committee on
Appropriations of the Senate, the Committee on Natural Resources of the House of
Representatives, the Committee on Foreign Affairs of the House of Representatives, and
the Committee on Appropriations of the House of Representatives that describes the
existence of human trafficking, including forced labor, in the supply chains of seafood
products imported into the United States.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0369A8637BF046889B6A7D2D0114DCA5"><enum>(b)</enum><header display-inline="yes-
display-inline">Report elements</header><text display-inline="yes-display-inline">The
report required under subsection (a) shall includeâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE0A8852E2A754962AB09831049DF5755"><enum>(1)</enum><text display-inline="yes-
display-inline">a list of the countries at risk for human trafficking, including forced
labor, in their seafood catching and processing industries, and an assessment of such
risk for each listed country;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF4E5235486404BB69C37F4F15D890979"><enum>(2)</enum><text display-inline="yes-
display-inline">a description of the quantity and economic value of seafood products
imported into the United States from the countries on the list compiled pursuant to
paragraph (1);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3BF122CBA04245B4B2B16F021A326256"><enum>(3)</enum><text display-inline="yes-
display-inline">a description and assessment of the methods, if any, in the countries
on the list compiled pursuant to paragraph (1) to trace and account for the manner in
which seafood is caught;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE9E0A48027734B0CA8C4280E1842D2D7"><enum>(4)</enum><text display-inline="yes-
display-inline">a description of domestic and international enforcement mechanisms to
```

```
deter illegal practices in the catching of seafood in the countries on the list
compiled pursuant to paragraph (1); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE6C63BDB1C9B4ACB9DAB472DB56A07D3"><enum>(5)</enum><text display-inline="yes-
display-inline">such recommendations as the Secretary of State and the Administrator of
the National Oceanic and Atmospheric Administration jointly consider appropriate for
administrative action to enhance and improve actions against human trafficking,
including forced labor, in the catching and processing of seafood products outside of
United States waters.</text></paragraph></subsection></section></part>

<part commented="no" id="H3A80A771DE4E4CECBF61676E87195D57" level-type="subsequent"
style="OLC"><enum>IV</enum><header display-inline="yes-display-inline">Authorization of
appropriations</header>

<section commented="no" display-inline="no-display-inline"
id="H2F6BEFCD30D1479485D3742C050F343D" section-type="subsequent-
section"><enum>3571.</enum><header display-inline="yes-display-inline">Authorization of
appropriations</header>

<subsection commented="no" display-inline="no-display-inline"
id="H68B0A32713324A1FBC57A329413BCFC2"><enum>(a)</enum><header display-inline="yes-
display-inline">Funding</header><text display-inline="yes-display-inline">Amounts made
available to carry out this subtitle shall be derived from amounts appropriated to the
relevant agencies and departments.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBDBDF9A6D1904FC19351C432523FDF7C"><enum>(b)</enum><header display-inline="yes-
display-inline">No increase in contributions</header><text display-inline="yes-display-
inline">Nothing in this subtitle shall be construed to authorize an increase in
required or voluntary contributions paid by the United States to any multilateral or
international organization.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H2856C782E94A416CB225847AC91A0CCB" section-type="subsequent-
section"><enum>3572.</enum><header display-inline="yes-display-inline">Accounting of
funds</header><text display-inline="no-display-inline">By not later than 180 days after
the date of enactment of this title, the head of each Federal agency receiving or
allocating funds to carry out activities under this subtitle shall, to the greatest
extent practicable, prepare and submit to Congress a report that provides an accounting
of all funds made available under this subtitle to the Federal
agency.</text></section></part></subtitle></title></division>

<division id="H53423323806142F8A9771E9B8AB0FA93"><enum>D</enum><header>Funding
Tables</header>

<toc container-level="division-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H53423323806142F8A9771E9B8AB0FA93" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H5C7626138AAB418BA794B9C136728EBA"
level="section">Sec.â€‹4001.â€‹Authorization of amounts in funding tables.</toc-entry>

<toc-entry idref="H3F34024D4E274241BBC2866C9F3F3ECE" level="title">Title
XLIâ€"PROCUREMENT</toc-entry>

<toc-entry idref="HE2D0C790530B49D1A9FD3D6C0F57E632"
level="section">Sec.â€‹4101.â€‹Procurement.</toc-entry>

<toc-entry idref="H58AE92D47F624F6C89DC7FA667412053"
level="section">Sec.â€‹4102.â€‹Procurement for overseas contingency operations.</toc-
entry>

<toc-entry idref="H9FE2E96A606D416DAE7F2482DBA0BD12"
level="section">Sec.â€‹4103.â€‹Procurement for emergency requirements.</toc-entry>

<toc-entry idref="H59D796276A55425DAD85A8B7A15C4AF4" level="title">Title
XLIIâ€"RESEARCH, DEVELOPMENT, TEST, AND EVALUATION</toc-entry>

<toc-entry idref="H3A6FDD1331E841BC8BA6E44813C7309A"
level="section">Sec.â€‹4201.â€‹Research, development, test, and evaluation.</toc-entry>
```

```
<toc-entry idref="H3C76793B607D4E76938BDAB33D1BA4F4"
level="section">Sec.â€‚4202.â€‚Research, development, test, and evaluation for overseas
contingency operations.</toc-entry>

<toc-entry idref="HAB5E367C08A44394843B975360A6043F"
level="section">Sec.â€‚4203.â€‚Research, development, test, and evaluation for
emergency requirements.</toc-entry>

<toc-entry idref="HFBE65473274543AAB0E95857410DA525" level="title">Title
XLIIIâ€"OPERATION AND MAINTENANCE</toc-entry>

<toc-entry idref="H3EA3FD49B70349FB90E1DC84FC8B5D8D"
level="section">Sec.â€‚4301.â€‚Operation and maintenance.</toc-entry>

<toc-entry idref="H07A0507C2A464FA2B2339E6F7E2C0CAA"
level="section">Sec.â€‚4302.â€‚Operation and maintenance for overseas contingency
operations.</toc-entry>

<toc-entry idref="HE0737CA1375D4EE79161FC02969B1425"
level="section">Sec.â€‚4303.â€‚Operation and maintenance for emergency
requirements.</toc-entry>

<toc-entry idref="H78EFE90C43EA451586C920AFEC833DCC" level="title">Title
XLIVâ€"MILITARY PERSONNEL</toc-entry>

<toc-entry idref="H615C2C871A2D4454AA30F79239777C6A"
level="section">Sec.â€‚4401.â€‚Military personnel.</toc-entry>

<toc-entry idref="H8407E68101904344913017FFC2CE761C"
level="section">Sec.â€‚4402.â€‚Military personnel for overseas contingency
operations.</toc-entry>

<toc-entry idref="H3D4047D1ADA9471BB74183D189F4B6AC" level="title">Title XLVâ€"OTHER
AUTHORIZATIONS</toc-entry>

<toc-entry idref="HD3115B22CF9E4DAEA64255215CD2ED60"
level="section">Sec.â€‚4501.â€‚Other authorizations.</toc-entry>

<toc-entry idref="HB64BF282681944648EBE900D5AB6CBE6"
level="section">Sec.â€‚4502.â€‚Other authorizations for overseas contingency
operations.</toc-entry>

<toc-entry idref="H089CF242592B419DB4B26518825B5A7B" level="title">Title
XLVIâ€"MILITARY CONSTRUCTION</toc-entry>

<toc-entry idref="H18EB71C0FBA145DE99254084B59C6865"
level="section">Sec.â€‚4601.â€‚Military construction.</toc-entry>

<toc-entry idref="H2C37CDE9828C4FFEB15D3E42D82899BA"
level="section">Sec.â€‚4602.â€‚Military construction for overseas contingency
operations.</toc-entry>

<toc-entry idref="H3AE3D0782A59443FAB5198AE36B514F2"
level="section">Sec.â€‚4603.â€‚Military construction for emergency requirements.</toc-
entry>

<toc-entry idref="H673D6CFED7F04A8BBF04B586E26A7BD8" level="title">Title
XLVIIâ€"DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</toc-entry>

<toc-entry idref="HB4F0A731D3214A369C1E2ABFE783608B"
level="section">Sec.â€‚4701.â€‚Department of energy national security programs.</toc-
entry> </toc>

<section id="H5C7626138AAB418BA794B9C136728EBA"><enum>4001.</enum><header>Authorization
of amounts in funding tables</header>

<subsection id="HB30BCAAC3D9F4612AE9E430E08B03D1E"><enum>(a)</enum><header>In
general</header><text>Whenever a funding table in this division specifies a dollar
amount authorized for a project, program, or activity, the obligation and expenditure
of the specified dollar amount for the project, program, or activity is hereby
authorized, subject to the availability of appropriations.</text></subsection>

<subsection id="HFB2211C2ED9B41149B9A14B453FFFCE4"><enum>(b)</enum><header>Merit-based
```

decisions</header><text>A decision to commit, obligate, or expend funds with or to a specific entity on the basis of a dollar amount authorized pursuant to subsection (a) shallâ€"</text>

<paragraph id="HDAB317464960429281F346663CA1891A"><enum>(1)</enum><text>be based on merit-based selection procedures in accordance with the requirements of sections 2304(k) and 2374 of title 10, United States Code, or on competitive procedures; and</text></paragraph>

<paragraph id="H629EF7759DEF4C7696A64795008F936F"><enum>(2)</enum><text>comply with other applicable provisions of law.</text></paragraph></subsection>

<subsection id="H7052DD05BD0F416BA523DB14BCBA913E"><enum>(c)</enum><header>Relationship to transfer and programming authority</header><text>An amount specified in the funding tables in this division may be transferred or reprogrammed under a transfer or reprogramming authority provided by another provision of this Act or by other law. The transfer or reprogramming of an amount specified in such funding tables shall not count against a ceiling on such transfers or reprogrammings under section 1001 or section 1522 of this Act or any other provision of law, unless such transfer or reprogramming would move funds between appropriation accounts.</text></subsection>

<subsection id="HA8A1EEA98D874108A63D7080FB705BC1"><enum>(d)</enum><header>Applicability to classified annex</header><text>This section applies to any classified annex that accompanies this Act.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD92D1AAA3383437BB6005242FA2A3940"><enum>(e)</enum><header>Oral written communications</header><text>No oral or written communication concerning any amount specified in the funding tables in this division shall supersede the requirements of this section.</text></subsection></section>

<title id="H3F34024D4E274241BBC2866C9F3F3ECE"><enum>XLI</enum><header>PROCUREMENT</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H3F34024D4E274241BBC2866C9F3F3ECE" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HE2D0C790530B49D1A9FD3D6C0F57E632" level="section">Sec.â€,4101.â€,Procurement.</toc-entry>

<toc-entry idref="H58AE92D47F624F6C89DC7FA667412053" level="section">Sec.â€,4102.â€,Procurement for overseas contingency operations.</toc-entry>

<toc-entry idref="H9FE2E96A606D416DAE7F2482DBA0BD12" level="section">Sec.â€,4103.â€,Procurement for emergency requirements.</toc-entry>
</toc>

<section id="HE2D0C790530B49D1A9FD3D6C0F57E632"><enum>4101.</enum><header>Procurement</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Procurement" table-type="">

<tgroup bearoff="2" cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="7"><colspec align="center" coldef="txt-no-ldr-no-spread" colname="column1" colnum="0" colwidth="51pts" min-data-value="32"/><colspec coldef="txt" colname="column2" colnum="1" colwidth="277pts" min-data-value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="110pts" min-data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="11" colwidth="113pts" min-data-value="12"/><thead>

<row><entry colname="column1" nameend="column8" namest="column1"><bold>SEC. 4101. PROCUREMENT<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Line</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2"><bold>Item</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>FY 2020

```
<linebreak/>Request</bold></entry><entry align="center" colname="column8" morerows="0"
namest="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FIXED WING</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">UTILITY F/W AIRCRAFT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€“16,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">RQâ€“11 (RAVEN)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">23,510</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">21,420</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€“2,090]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ROTARY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL UNMANNED AIRCRAFT SYSTEM (TUAS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,100</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€“6,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">HELICOPTER, LIGHT UTILITY (LUH)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase for sustainment
improvements</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
```

WASHSTATEC015620

```
rowsep="0">[11,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">AHâ€¯64 APACHE BLOCK IIIA REMAN</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">806,849</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">798,785</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€¯8,064]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">AHâ€¯64 APACHE BLOCK IIIA REMAN</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">190,870</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">190,870</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">UHâ€¯60 BLACKHAWK M MODEL (MYP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,411,540</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,397,740</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€¯13,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">UHâ€¯60 BLACKHAWK M MODEL (MYP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">79,572</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">79,572</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">UHâ€¯60 BLACK HAWK L AND V MODELS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">169,290</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">169,290</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">CHâ€¯47 HELICOPTER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">140,290</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">131,290</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€¯9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">CHâ€¯47 HELICOPTER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">18,186</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">46,186</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Advance procurement for CHâ€¯47F Block
II</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[28,000]</entry></row>
```

WASHSTATEC015621

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF AIRCRAFT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">UNIVERSAL GROUND CONTROL EQUIPMENT (UAS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,090</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">GRAY EAGLE MODS2</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,699</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,699</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">MULTI SENSOR ABN RECON (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">35,189</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">35,189</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">AHâ€64 MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">58,172</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">58,172</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">CHâ€47 CARGO HELICOPTER MODS (MYP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,785</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,785</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">GRCS SEMA MODS (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,677</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,677</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">ARL SEMA MODS (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,566</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,566</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">EMARSS SEMA MODS (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,859</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,859</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">UTILITY/CARGO AIRPLANE MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,476</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">13,476</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost discrepancy</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">UTILITY HELICOPTER MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,744</entry><entry align="left"
```

WASHSTATEC015622

```
colname="column8" leader-modify="clr-ldr" rowsep="0">6,744</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">NETWORK AND MISSION PLAN</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">105,442</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">98,442</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">COMMS, NAV SURVEILLANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">164,315</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">164,315</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">GATM ROLLUP</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">30,966</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">30,966</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">RQâ€"7 UAV MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,983</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,983</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">UAS MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">10,205</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">10,205</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GROUND SUPPORT AVIONICS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left"
colname="column2" rowsep="0">AIRCRAFT SURVIVABILITY EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52,297</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52,297</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">SURVIVABILITY CM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,388</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,388</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">CMWS</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">13,999</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">13,999</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">COMMON INFRARED COUNTERMEASURES (CIRCM)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">168,784</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">168,784</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

WASHSTATEC015623

```
modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">AVIONICS SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,777</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,777</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">COMMON GROUND EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">18,624</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">18,624</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left"
colname="column2" rowsep="0">AIRCREW INTEGRATED SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">48,255</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">48,255</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left"
colname="column2" rowsep="0">AIR TRAFFIC CONTROL</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">32,738</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,738</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left"
colname="column2" rowsep="0">LAUNCHER, 2.75 ROCKET</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,201</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,201</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE
XM2</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">991</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">991</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL AIRCRAFT PROCUREMENT,
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>3,696,429</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>3,671,475</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISSILE PROCUREMENT, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SURFACE-TO-AIR MISSILE SYSTEM</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">SYSTEM INTEGRATION AND TEST PROCUREMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">113,857</entry><entry
```

```
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">113,857</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">M-SHORADâ€"PROCUREMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">103,800</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">71,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"32,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">MSE MISSILE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">698,603</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">698,603</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">INDIRECT FIRE PROTECTION CAPABILITY INC
2â€"I</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">9,337</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">9,337</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIR-TO-SURFACE MISSILE SYSTEM</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">HELLFIRE SYS SUMMARY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">193,284</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">186,084</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">JOINT AIR-TO-GROUND MSLS (JAGM)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">233,353</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">199,295</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Contract and schedule delays</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"34,058]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ANTI-TANK/ASSAULT MISSILE SYS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">JAVELIN (AAWS-M) SYSTEM SUMMARY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">138,405</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">138,405</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015625

```
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">TOW 2 SYSTEM SUMMARY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">114,340</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">107,958</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€6,382]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">TOW 2 SYSTEM SUMMARY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,500</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">GUIDED MLRS ROCKET (GMLRS)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">797,213</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">767,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program adjustment</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">MLRS REDUCED RANGE PRACTICE ROCKETS (RRPR)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,555</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,555</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">ARMY TACTICAL MSL SYS (ATACMS)â€"SYS SUM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">209,842</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">170,013</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€39,829]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATIONS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">PATRIOT MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">279,464</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">279,464</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">ATACMS MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">85,320</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">80,320</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€5,000]</entry></row>
```

WASHSTATEC015626

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">GMLRS MOD</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">5,094</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">5,094</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">STINGER MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">81,615</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">81,615</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">AVENGER MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">14,107</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">14,107</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">ITAS/TOW MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">3,469</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">3,469</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">MLRS MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">39,019</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">39,019</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">HIMARS MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">12,483</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">12,483</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,444</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">26,444</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT &amp;
FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">AIR DEFENSE TARGETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,593</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,593</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL MISSILE PROCUREMENT,
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>3,207,697</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>3,053,228</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

```
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF W&amp;TCV, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TRACKED COMBAT VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">ARMORED MULTI PURPOSE VEHICLE (AMPV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">264,040</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">230,307</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"33,733]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF TRACKED COMBAT
VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">STRYKER (MOD)</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">144,387</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">393,587</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Accelerate Stryker medium caliber weapon
systemâ€"Army unfunded priority</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-
ldr" rowsep="0">[249,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">STRYKER UPGRADE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">550,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">522,962</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"27,038]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">BRADLEY PROGRAM (MOD)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">638,781</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">573,781</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

WASHSTATEC015628

```
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"65,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">M109 FOV MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">25,756</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">25,756</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">PALADIN INTEGRATED MANAGEMENT (PIM)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">553,425</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">553,425</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">ASSAULT BRIDGE (MOD)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,821</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,821</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">ASSAULT BREACHER VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">31,697</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">31,697</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">M88 FOV MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">4,500</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">4,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">JOINT ASSAULT BRIDGE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">205,517</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">205,517</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">M1 ABRAMS TANK (MOD)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">348,800</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">401,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Test support excess to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Vehicle protection system for one armored
brigade</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[60,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">ABRAMS UPGRADE PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,752,784</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,752,784</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>WEAPONS &amp; OTHER COMBAT
VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>
```

WASHSTATEC015629

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">19,420</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">19,420</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">GUN AUTOMATIC 30MM M230</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">20,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,042</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"14,958]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">MORTAR SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,907</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,907</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">XM320 GRENADE LAUNCHER MODULE (GLM)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">191</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">191</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">PRECISION SNIPER RIFLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,977</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,977</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">COMPACT SEMI-AUTOMATIC SNIPER SYSTEM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,860</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,860</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">CARBINE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">30,331</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">30,331</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">SMALL ARMSâ€"FIRE CONTROL</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,060</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Late contract award</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,060]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">COMMON REMOTELY OPERATED WEAPONS STATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,007</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,007</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">HANDGUN</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">6,174</entry><entry align="left" colname="column8"
```

WASHSTATEC015630

```
leader-modify="clr-ldr" rowsep="0">6,174</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MOD OF WEAPONS AND OTHER COMBAT
VEH</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">MKâ€™19 GRENADE MACHINE GUN MODS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,737</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,737</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">M777 MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">2,367</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">2,367</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">M4 CARBINE MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17,595</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">17,595</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">M240 MEDIUM MACHINE GUN MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">SNIPER RIFLES MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,426</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,426</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left"
colname="column2" rowsep="0">M119 MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,269</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,269</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">MORTAR MODIFICATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,693</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,693</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">MODIFICATIONS LESS THAN $5.0M (WOCV-WTCV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,327</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,327</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT &amp;
FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (WOCV-WTCV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,066</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,066</entry></row>
```

WASHSTATEC015631

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">PRODUCTION BASE SUPPORT (WOCV-WTCV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,651</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,651</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT OF W&amp;TCV,
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>4,715,566</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>4,868,977</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMUNITION, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SMALL/MEDIUM CAL AMMUNITION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">CTG, 5.56MM, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">68,949</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">65,520</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Prior-year carryover</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€“3,429]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">CTG, 7.62MM, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">114,228</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">112,228</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Prior-year carryover</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€“2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">CTG, HANDGUN, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17,807</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">17,807</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">CTG, .50 CAL, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">63,966</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">63,966</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">CTG, 20MM, ALL TYPES</entry><entry align="left"
```

```
colname="column4" leader-modify="clr-ldr" rowsep="0">35,920</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">27,920</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">CTG, 25MM, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,990</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,990</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">CTG, 30MM, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">68,813</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">65,337</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Prior-year carry over</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,134]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program adjustment</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,342]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">CTG, 40MM, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">103,952</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">103,952</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MORTAR AMMUNITION</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">60MM MORTAR, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">50,580</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">49,580</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost discrepancy</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">81MM MORTAR, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">59,373</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">44,673</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Contract delays</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"14,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015633

```
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">120MM MORTAR, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">125,452</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">123,452</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TANK AMMUNITION</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left"
colname="column2" rowsep="0">CARTRIDGES, TANK, 105MM AND 120MM, ALL TYPES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">171,284</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">120,464</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[€"50,820]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ARTILLERY AMMUNITION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">ARTILLERY CARTRIDGES, 75MM &amp; 105MM, ALL
TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">44,675</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">44,675</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">ARTILLERY PROJECTILE, 155MM, ALL TYPES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">266,037</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">266,037</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">PROJ 155MM EXTENDED RANGE M982</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">57,434</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">57,434</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">ARTILLERY PROPELLANTS, FUZES AND PRIMERS,
ALL</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">271,602</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">268,022</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Cost growth and unjustified product
improvements</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[€"3,580]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

```
modify="clr-ldr" rowsep="0"><bold>MINES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">MINES &amp; CLEARING CHARGES, ALL TYPES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,433</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,239</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Contract delay</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"16,194]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ROCKETS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">SHOULDER LAUNCHED MUNITIONS, ALL TYPES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">74,878</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">74,878</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">ROCKET, HYDRA 70, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">175,994</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">165,994</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess support costs</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AMMUNITION</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">CAD/PAD, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,595</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,595</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">DEMOLITION MUNITIONS, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">51,651</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">51,651</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">GRENADES, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">40,592</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">40,592</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">SIGNALS, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">18,609</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">18,609</entry></row>
```

WASHSTATEC015635

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">SIMULATORS, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,054</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,054</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISCELLANEOUS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">AMMO COMPONENTS, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,261</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,261</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">NON-LETHAL AMMUNITION, ALL TYPES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">715</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">715</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION (AMMO)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,213</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">AMMUNITION PECULIAR EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,044</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,044</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION (AMMO)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,492</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,492</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">CLOSEOUT LIABILITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">99</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">99</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PRODUCTION BASE SUPPORT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">INDUSTRIAL FACILITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">474,511</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">474,511</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">CONVENTIONAL MUNITIONS DEMILITARIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">202,512</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">202,512</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">ARMS INITIATIVE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,833</entry><entry align="left"
```

```
colname="column8" leader-modify="clr-ldr" rowsep="0">3,833</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT OF AMMUNITION,
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>2,694,548</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>2,579,349</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL VEHICLES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL TRAILERS/DOLLY SETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">12,993</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">12,993</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">SEMITRAILERS, FLATBED:</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">102,386</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">102,386</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">AMBULANCE, 4 LITTER, 5/4 TON, 4X4</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">127,271</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">127,271</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">GROUND MOBILITY VEHICLES (GMV)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">37,038</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">35,038</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">JOINT LIGHT TACTICAL VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">996,007</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">976,507</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Army requested transfer to RDTE, A line
169</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"4,500]</entry></row>
```

WASHSTATEC015637

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Simulator delay</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">TRUCK, DUMP, 20T (CCE)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,838</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,838</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF MEDIUM TACTICAL VEH (FMTV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">72,057</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">138,057</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[66,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">FIRETRUCKS &amp; ASSOCIATED FIREFIGHTING
EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">28,048</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">28,048</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF HEAVY TACTICAL VEHICLES (FHTV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,969</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,969</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">PLS ESP</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">6,280</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">6,280</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">30,841</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">95,185</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[64,344]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">HMMWV RECAPITALIZATION PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,734</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL WHEELED VEHICLE PROTECTION KITS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,113</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">45,113</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">MODIFICATION OF IN SVC EQUIP</entry><entry align="left"
```

```
colname="column4" leader-modify="clr-ldr" rowsep="0">58,946</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">58,946</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>NON-TACTICAL VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">HEAVY ARMORED VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">791</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">791</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,416</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,416</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">NONTACTICAL VEHICLES, OTHER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">29,891</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">29,891</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"JOINT COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">SIGNAL MODERNIZATION PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">153,933</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">143,933</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess funding for spares</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL NETWORK TECHNOLOGY MOD IN SVC</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">387,439</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">411,439</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ITN-M for one armored brigade combat
team</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[24,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">SITUATION INFORMATION TRANSPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">46,693</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">46,693</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">JCSE EQUIPMENT (USRDECOM)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,075</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,075</entry></row>
```

WASHSTATEC015639

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"SATELLITE COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">DEFENSE ENTERPRISE WIDEBAND SATCOM SYSTEMS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">101,189</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">101,189</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">TRANSPORTABLE TACTICAL COMMAND
COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">77,141</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">77,141</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">SHF TERM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">16,054</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">16,054</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">ASSURED POSITIONING, NAVIGATION AND TIMING</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">41,074</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,674</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program cancellation</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">SMART-T (SPACE)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,515</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,515</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">GLOBAL BRDCST SVCâ€"GBS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,800</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">ENROUTE MISSION COMMAND (EMC)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,609</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,609</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"C3 SYSTEM</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">COE TACTICAL SERVER INFRASTRUCTURE (TSI)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,533</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">57,533</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
```

```
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"COMBAT COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">HANDHELD MANPACK SMALL FORM FIT (HMS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">468,026</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">488,026</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> SFAB technology refresh</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">RADIO TERMINAL SET, MIDS LVT(2)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">23,778</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">23,778</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left"
colname="column2" rowsep="0">SPIDER FAMILY OF NETWORKED MUNITIONS INCR</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,930</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left"
colname="column2" rowsep="0">UNIFIED COMMAND SUITE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">9,291</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">9,291</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left"
colname="column2" rowsep="0">COTS COMMUNICATIONS EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">55,630</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">55,630</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF MED COMM FOR COMBAT CASUALTY CARE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,590</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,590</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left"
colname="column2" rowsep="0">ARMY COMMUNICATIONS &amp; ELECTRONICS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,457</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,457</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"INTELLIGENCE COMM</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">CI AUTOMATION ARCHITECTURE (MIP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,470</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,470</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015641

```
definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left"
colname="column2" rowsep="0">DEFENSE MILITARY DECEPTION INITIATIVE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,704</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,704</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>INFORMATION SECURITY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF BIOMETRICS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left"
colname="column2" rowsep="0">INFORMATION SYSTEM SECURITY PROGRAM-ISSP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,600</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,600</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left"
colname="column2" rowsep="0">COMMUNICATIONS SECURITY (COMSEC)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">160,899</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">147,097</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€“13,802]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left"
colname="column2" rowsep="0">DEFENSIVE CYBER OPERATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">61,962</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">61,962</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left"
colname="column2" rowsep="0">INSIDER THREAT PROGRAMâ€"UNIT ACTIVITY
MONITO</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">756</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">756</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left"
colname="column2" rowsep="0">PERSISTENT CYBER TRAINING ENVIRONMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"LONG HAUL COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">BASE SUPPORT COMMUNICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">31,770</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">31,770</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"BASE COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

```
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column2" rowsep="0">INFORMATION SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">159,009</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">159,009</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left"
colname="column2" rowsep="0">EMERGENCY MANAGEMENT MODERNIZATION PROGRAM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,854</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,854</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left"
colname="column2" rowsep="0">HOME STATION MISSION COMMAND CENTERS (HSMCC)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,174</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">47,174</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left"
colname="column2" rowsep="0">INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">297,994</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">265,494</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient budget justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"32,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"TACT INT REL ACT
(TIARA)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left"
colname="column2" rowsep="0">JTT/CIBS-M (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,686</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,686</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left"
colname="column2" rowsep="0">DCGS-A (MIP)</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">180,350</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">180,350</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column2" rowsep="0">TROJAN (MIP)</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">17,368</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">17,368</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left"
colname="column2" rowsep="0">MOD OF IN-SVC EQUIP (INTEL SPT) (MIP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">59,052</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">59,052</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"ELECTRONIC WARFARE
(EW)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>
```

WASHSTATEC015643

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">077</entry><entry align="left"
colname="column2" rowsep="0">LIGHTWEIGHT COUNTER MORTAR RADAR</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,400</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">078</entry><entry align="left"
colname="column2" rowsep="0">EW PLANNING &amp; MANAGEMENT TOOLS (EWPMT)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,568</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,568</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">079</entry><entry align="left"
colname="column2" rowsep="0">AIR VIGILANCE (AV) (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,953</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,953</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">081</entry><entry align="left"
colname="column2" rowsep="0">MULTI-FUNCTION ELECTRONIC WARFARE (MFEW)
SYST</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">6,420</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">3,220</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">083</entry><entry align="left"
colname="column2" rowsep="0">COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">501</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">501</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">084</entry><entry align="left"
colname="column2" rowsep="0">CI MODERNIZATION (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">121</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">121</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"TACTICAL SURV. (TAC
SURV)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">085</entry><entry align="left"
colname="column2" rowsep="0">SENTINEL MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">115,210</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">114,210</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess support costs</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">086</entry><entry align="left"
colname="column2" rowsep="0">NIGHT VISION DEVICES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">236,604</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">160,379</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
```

WASHSTATEC015644

```
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification (IVAS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"76,225]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">088</entry><entry align="left"
colname="column2" rowsep="0">SMALL TACTICAL OPTICAL RIFLE MOUNTED MLRF</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,623</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">22,623</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column2" rowsep="0">INDIRECT FIRE PROTECTION FAMILY OF SYSTEMS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">29,127</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,127</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">091</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF WEAPON SIGHTS (FWS)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">120,883</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">81,541</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"39,342]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">094</entry><entry align="left"
colname="column2" rowsep="0">JOINT BATTLE COMMANDâ€"PLATFORM (JBC-P)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">265,667</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">256,567</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program adjustment</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">095</entry><entry align="left"
colname="column2" rowsep="0">JOINT EFFECTS TARGETING SYSTEM (JETS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">69,720</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,720</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program delay</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">096</entry><entry align="left"
colname="column2" rowsep="0">MOD OF IN-SVC EQUIP (LLDR)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,044</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,044</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">097</entry><entry align="left"
colname="column2" rowsep="0">COMPUTER BALLISTICS: LHMBC XM32</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,268</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,268</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">098</entry><entry align="left"
colname="column2" rowsep="0">MORTAR FIRE CONTROL SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">13,199</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">13,199</entry></row>
```

WASHSTATEC015645

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">099</entry><entry align="left"
colname="column2" rowsep="0">MORTAR FIRE CONTROL SYSTEMS MODIFICATIONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column2" rowsep="0">COUNTERFIRE RADARS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,416</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,416</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIP—TACTICAL C2
SYSTEMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">102</entry><entry align="left"
colname="column2" rowsep="0">FIRE SUPPORT C2 FAMILY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">13,197</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">13,197</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">103</entry><entry align="left"
colname="column2" rowsep="0">AIR &amp; MSL DEFENSE PLANNING &amp; CONTROL
SYS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">24,730</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">24,730</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">104</entry><entry align="left"
colname="column2" rowsep="0">IAMD BATTLE COMMAND SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">29,629</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">29,629</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">105</entry><entry align="left"
colname="column2" rowsep="0">LIFE CYCLE SOFTWARE SUPPORT (LCSS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,774</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,774</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">106</entry><entry align="left"
colname="column2" rowsep="0">NETWORK MANAGEMENT INITIALIZATION AND
SERVICE</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">24,448</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">24,448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">107</entry><entry align="left"
colname="column2" rowsep="0">MANEUVER CONTROL SYSTEM (MCS)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">260</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">260</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">108</entry><entry align="left"
colname="column2" rowsep="0">GLOBAL COMBAT SUPPORT SYSTEM-ARMY (GCSS-A)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,962</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,962</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">109</entry><entry align="left"
colname="column2" rowsep="0">INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY
(IPP</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">18,674</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">8,674</entry></row>
```

WASHSTATEC015646

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Poor business process reengineering</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column2" rowsep="0">RECONNAISSANCE AND SURVEYING INSTRUMENT SET</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">111</entry><entry align="left"
colname="column2" rowsep="0">MOD OF IN-SVC EQUIPMENT (ENFIRE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,317</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,317</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"land surveying
systems</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[8,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"AUTOMATION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">112</entry><entry align="left"
colname="column2" rowsep="0">ARMY TRAINING MODERNIZATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,578</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,578</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">113</entry><entry align="left"
colname="column2" rowsep="0">AUTOMATED DATA PROCESSING EQUIP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">139,342</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">129,342</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">114</entry><entry align="left"
colname="column2" rowsep="0">GENERAL FUND ENTERPRISE BUSINESS SYSTEMS FAM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,802</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,802</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">115</entry><entry align="left"
colname="column2" rowsep="0">HIGH PERF COMPUTING MOD PGM (HPCMP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">67,610</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">67,610</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">116</entry><entry align="left"
colname="column2" rowsep="0">CONTRACT WRITING SYSTEM</entry><entry align="left"
```

WASHSTATEC015647

```
colname="column4" leader-modify="clr-ldr" rowsep="0">15,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program duplication</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">117</entry><entry align="left"
colname="column2" rowsep="0">CSS COMMUNICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">24,700</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">24,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">118</entry><entry align="left"
colname="column2" rowsep="0">RESERVE COMPONENT AUTOMATION SYS (RCAS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,879</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,879</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"AUDIO VISUAL SYS
(A/V)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5M (SURVEYING EQUIPMENT)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"SUPPORT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">122</entry><entry align="left"
colname="column2" rowsep="0">BCT EMERGING TECHNOLOGIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">22,302</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,302</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"12,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">122A</entry><entry align="left"
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,910</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CHEMICAL DEFENSIVE EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>
```

WASHSTATEC015648

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">126</entry><entry align="left"
colname="column2" rowsep="0">CBRN DEFENSE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">25,828</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">25,828</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">127</entry><entry align="left"
colname="column2" rowsep="0">SMOKE &amp; OBSCURANT FAMILY: SOF (NON AAO
ITEM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">5,050</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">5,050</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BRIDGING EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL BRIDGING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">59,821</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">57,821</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Contract delays</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">129</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL BRIDGE, FLOAT-RIBBON</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">57,661</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">57,661</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left"
colname="column2" rowsep="0">BRIDGE SUPPLEMENTAL SET</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17,966</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">17,966</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">131</entry><entry align="left"
colname="column2" rowsep="0">COMMON BRIDGE TRANSPORTER (CBT) RECAP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,155</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,155</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ENGINEER (NON-CONSTRUCTION)
EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">132</entry><entry align="left"
colname="column2" rowsep="0">HANDHELD STANDOFF MINEFIELD DETECTION SYS-
HST</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">7,570</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">7,570</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">133</entry><entry align="left"
colname="column2" rowsep="0">GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,025</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,025</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015649

```
definition="txt-ldr" stub-hierarchy="1">135</entry><entry align="left"
colname="column2" rowsep="0">HUSKY MOUNTED DETECTION SYSTEM (HMDS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">83,082</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">47,899</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified unit cost growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"35,183]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">136</entry><entry align="left"
colname="column2" rowsep="0">ROBOTIC COMBAT SUPPORT SYSTEM (RCSS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">137</entry><entry align="left"
colname="column2" rowsep="0">EOD ROBOTICS SYSTEMS RECAPITALIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,115</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,115</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">138</entry><entry align="left"
colname="column2" rowsep="0">ROBOTICS AND APPLIQUE SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">101,056</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">101,056</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column2" rowsep="0">RENDER SAFE SETS KITS OUTFITS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">18,684</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">18,684</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">142</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF BOATS AND MOTORS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,245</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,245</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMBAT SERVICE SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">143</entry><entry align="left"
colname="column2" rowsep="0">HEATERS AND ECU'S</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,336</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,336</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">145</entry><entry align="left"
colname="column2" rowsep="0">PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,281</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,281</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">146</entry><entry align="left"
colname="column2" rowsep="0">GROUND SOLDIER SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">111,955</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">111,955</entry></row>
```

WASHSTATEC015650

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">147</entry><entry align="left"
colname="column2" rowsep="0">MOBILE SOLDIER POWER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">31,364</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">29,943</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,421]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">149</entry><entry align="left"
colname="column2" rowsep="0">FIELD FEEDING EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,673</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,673</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left"
colname="column2" rowsep="0">CARGO AERIAL DEL &amp; PERSONNEL PARACHUTE
SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">43,622</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">43,622</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">151</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF ENGR COMBAT AND CONSTRUCTION SETS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,451</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,451</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">152</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5M (ENG SPT)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,167</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,167</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PETROLEUM EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">154</entry><entry align="left"
colname="column2" rowsep="0">DISTRIBUTION SYSTEMS, PETROLEUM &amp; WATER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">74,867</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">74,867</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MEDICAL EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">155</entry><entry align="left"
colname="column2" rowsep="0">COMBAT SUPPORT MEDICAL</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">68,225</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">68,225</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAINTENANCE EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">156</entry><entry align="left"
colname="column2" rowsep="0">MOBILE MAINTENANCE EQUIPMENT SYSTEMS</entry><entry
```

WASHSTATEC015651

```
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,053</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,053</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">157</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (MAINT EQ)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,608</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,608</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CONSTRUCTION EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">161</entry><entry align="left"
colname="column2" rowsep="0">HYDRAULIC EXCAVATOR</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">500</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">162</entry><entry align="left"
colname="column2" rowsep="0">TRACTOR, FULL TRACKED</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,835</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,835</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">163</entry><entry align="left"
colname="column2" rowsep="0">ALL TERRAIN CRANES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">23,936</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">23,936</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">164</entry><entry align="left"
colname="column2" rowsep="0">HIGH MOBILITY ENGINEER EXCAVATOR (HMEE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,188</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,188</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">166</entry><entry align="left"
colname="column2" rowsep="0">CONST EQUIP ESP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">34,790</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">34,790</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">167</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (CONST EQUIP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,381</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,381</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>RAIL FLOAT CONTAINERIZATION
EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">168</entry><entry align="left"
colname="column2" rowsep="0">ARMY WATERCRAFT ESP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">35,194</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">35,194</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">169</entry><entry align="left"
colname="column2" rowsep="0">MANEUVER SUPPORT VESSEL (MSV)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,185</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,185</entry></row>
```

WASHSTATEC015652

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (FLOAT/RAIL)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,920</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,920</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GENERATORS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left"
colname="column2" rowsep="0">GENERATORS AND ASSOCIATED EQUIP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">58,566</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">58,566</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">172</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL ELECTRIC POWER RECAPITALIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,814</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,814</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MATERIAL HANDLING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">173</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF FORKLIFTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,864</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,864</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">174</entry><entry align="left"
colname="column2" rowsep="0">COMBAT TRAINING CENTERS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">123,411</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">123,411</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">175</entry><entry align="left"
colname="column2" rowsep="0">TRAINING DEVICES, NONSYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">220,707</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">220,707</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">176</entry><entry align="left"
colname="column2" rowsep="0">SYNTHETIC TRAINING ENVIRONMENT (STE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,749</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,749</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program adjustment</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">178</entry><entry align="left"
colname="column2" rowsep="0">AVIATION COMBINED ARMS TACTICAL TRAINER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,840</entry><entry
```

```
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,840</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/></entry><entry align="left"
colname="column2" rowsep="0">GAMING TECHNOLOGY IN SUPPORT OF ARMY
TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">15,463</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">15,463</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TEST MEASURE AND DIG EQUIPMENT
(TMD)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left"
colname="column2" rowsep="0">CALIBRATION SETS EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,030</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,030</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">181</entry><entry align="left"
colname="column2" rowsep="0">INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">76,980</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">76,980</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">182</entry><entry align="left"
colname="column2" rowsep="0">TEST EQUIPMENT MODERNIZATION (TEMOD)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,415</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,415</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Historical underexecution</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">184</entry><entry align="left"
colname="column2" rowsep="0">RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,877</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,877</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">185</entry><entry align="left"
colname="column2" rowsep="0">PHYSICAL SECURITY SYSTEMS (OPA3)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">82,158</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">82,158</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">186</entry><entry align="left"
colname="column2" rowsep="0">BASE LEVEL COMMON EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,340</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">15,340</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">187</entry><entry align="left"
colname="column2" rowsep="0">MODIFICATION OF IN-SVC EQUIPMENT (OPAâ€"3)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,458</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,458</entry></row>
```

WASHSTATEC015654

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">189</entry><entry align="left"
colname="column2" rowsep="0">BUILDING, PRE-FAB, RELOCATABLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,400</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL EQUIPMENT FOR USER TESTING</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,821</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,821</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OPA2</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">192</entry><entry align="left"
colname="column2" rowsep="0">INITIAL SPARESâ€"C&amp;E</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">9,757</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">9,757</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OTHER PROCUREMENT,
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>7,451,301</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>7,284,972</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMBAT AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">F/Aâ€"18E/F (FIGHTER) HORNET</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,748,934</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,730,360</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ECO and ancillary equipment excess
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"18,574]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">F/Aâ€"18E/F (FIGHTER) HORNET</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">55,128</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">51,180</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015655

```xml
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess engine cost growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,948]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">JOINT STRIKE FIGHTER CV</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,272,301</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">2,217,821</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Target cost savings</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"54,480]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">JOINT STRIKE FIGHTER CV</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">339,053</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">339,053</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">JSF STOVL</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,342,035</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,266,301</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Target cost savings</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"75,734]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">JSF STOVL</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">291,804</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">291,804</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">CHâ€"53K (HEAVY LIFT)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">807,876</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">807,876</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">CHâ€"53K (HEAVY LIFT)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">215,014</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">215,014</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">Vâ€"22 (MEDIUM LIFT)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">966,666</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,214,766</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[248,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">Vâ€"22 (MEDIUM LIFT)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">27,104</entry><entry align="left"
```

WASHSTATEC015656

```
colname="column8" leader-modify="clr-ldr" rowsep="0">27,104</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">Hâ€"1 UPGRADES (UHâ€"1Y/AHâ€"1Z)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">62,003</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">53,003</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Production line shutdown excess to
need</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">MHâ€"60R (MYP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">894</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">894</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">Pâ€"8A POSEIDON</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,206,701</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,680,601</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Line shutdown costs early to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"67,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Navy unfunded priority</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[541,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">Eâ€"2D ADV HAWKEYE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">744,484</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">900,284</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Navy unfunded priority</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[173,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> NRE excess cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"17,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">Eâ€"2D ADV HAWKEYE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">190,204</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">190,204</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINER AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>
```

WASHSTATEC015657

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">ADVANCED HELICOPTER TRAINING SYSTEM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">261,160</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">261,160</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2"
colname="column2" rowsep="0">KCâ€130J</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">240,840</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">221,904</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€18,936]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2"
colname="column2" rowsep="0">KCâ€130J</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">66,061</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">66,061</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">Fâ€5</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">39,676</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">39,676</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">MQâ€4 TRITON</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">473,134</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">448,134</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> PGSE excess cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">MQâ€4 TRITON</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">20,139</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">20,139</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">MQâ€8 UAV</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">44,957</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">44,957</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">STUASLO UAV</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">43,819</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">43,819</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">VHâ€92A EXECUTIVE HELO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">658,067</entry><entry align="left"
```

WASHSTATEC015658

```
colname="column8" leader-modify="clr-ldr" rowsep="0">647,351</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€10,716]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF AIRCRAFT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">AEA SYSTEMS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">44,470</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">39,170</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€5,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">AVâ€8 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">39,472</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">39,472</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">ADVERSARY</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">3,415</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">3,415</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">Fâ€18 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,207,089</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,128,089</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€79,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">Hâ€53 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">68,385</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">68,385</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">MHâ€60 SERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">149,797</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">147,297</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> NRE prior year carryover (OSIP
018â€12)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€2,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left"
colname="column2" rowsep="0">Hâ€"1 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">114,059</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">114,059</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">EPâ€"3 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">8,655</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">8,655</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">Eâ€"2 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">117,059</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">117,059</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">TRAINER A/C SERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,616</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,616</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">Câ€"2A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">15,747</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">15,747</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left"
colname="column2" rowsep="0">Câ€"130 SERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">122,671</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">116,786</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> B kit cost growth (OSIP 019â€"14)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,009]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> GFE excess growth (OSIP 019â€"14)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,876]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left"
colname="column2" rowsep="0">FEWSG</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">509</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">509</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left"
colname="column2" rowsep="0">CARGO/TRANSPORT A/C SERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,767</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,767</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left"
colname="column2" rowsep="0">Eâ€"6 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">169,827</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">167,216</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,611]</entry></row>
```

WASHSTATEC015660

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">EXECUTIVE HELICOPTERS SERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,933</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,933</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left"
colname="column2" rowsep="0">T–45 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">186,022</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">184,314</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> NRE previously funded</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[–1,708]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left"
colname="column2" rowsep="0">POWER PLANT CHANGES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,136</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,136</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left"
colname="column2" rowsep="0">JPATS SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">21,824</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">21,824</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column2" rowsep="0">AVIATION LIFE SUPPORT MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">39,762</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">39,762</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">COMMON ECM EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">162,839</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">152,839</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[–10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left"
colname="column2" rowsep="0">COMMON AVIONICS CHANGES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">102,107</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">75,107</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Computing and displays concurrency and equipment
growth early to need</entry><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[–27,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left"
colname="column2" rowsep="0">COMMON DEFENSIVE WEAPON SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,100</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left"
colname="column2" rowsep="0">ID SYSTEMS</entry><entry align="left" colname="column4"
```

WASHSTATEC015661

```
leader-modify="clr-ldr" rowsep="0">41,437</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">41,437</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left"
colname="column2" rowsep="0">Pâ€"8 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">107,539</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">96,563</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Increment 3 ECP 6 early to need (OSIP
006â€"18)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"10,976]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left"
colname="column2" rowsep="0">MAGTF EW FOR AVIATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,536</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">26,536</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left"
colname="column2" rowsep="0">MQâ€"8 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">34,686</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">34,686</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left"
colname="column2" rowsep="0">Vâ€"22 (TILT/ROTOR ACFT) OSPREY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">325,367</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">325,367</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">NEXT GENERATION JAMMER (NGJ)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,223</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,111</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,112]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column2" rowsep="0">Fâ€"35 STOVL SERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">65,585</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">65,585</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left"
colname="column2" rowsep="0">Fâ€"35 CV SERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,358</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">15,358</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left"
colname="column2" rowsep="0">QRC</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">165,016</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">146,558</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"18,458]</entry></row>
```

WASHSTATEC015662

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left"
colname="column2" rowsep="0">MQâ€"4 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">27,994</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">27,994</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left"
colname="column2" rowsep="0">RQâ€"21 SERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">66,282</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">61,032</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> EO/IR turret upgrades unit cost growth (OSIP
004â€"20)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"5,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left"
colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,166,788</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">2,146,788</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> MQâ€"4 Triton spares excess growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SUPPORT EQUIP &amp;
FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left"
colname="column2" rowsep="0">COMMON GROUND EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">491,025</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">470,025</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Other flight training previously
funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"21,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left"
colname="column2" rowsep="0">AIRCRAFT INDUSTRIAL FACILITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">71,335</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">71,335</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column2" rowsep="0">WAR CONSUMABLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">41,086</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,086</entry></row>
```

WASHSTATEC015663

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> BRUâ€61 previously funded</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">135,740</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">135,740</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">073</entry><entry align="left"
colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">892</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">892</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL AIRCRAFT PROCUREMENT,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>18,522,204</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>18,961,816</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>WEAPONS PROCUREMENT, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF MISSILES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">TRIDENT II MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,177,251</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,177,251</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT &amp;
FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">MISSILE INDUSTRIAL FACILITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,142</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,142</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>STRATEGIC MISSILES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">TOMAHAWK</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">386,730</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">344,648</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified tooling and facilitization
costs</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€42,082]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL MISSILES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">AMRAAM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">224,502</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">201,502</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€23,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">SIDEWINDER</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">119,456</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">117,404</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€2,052]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">STANDARD MISSILE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">404,523</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">404,523</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">STANDARD MISSILE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">96,085</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">96,085</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">SMALL DIAMETER BOMB II</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">118,466</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">115,828</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€2,638]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">RAM</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">106,765</entry><entry align="left" colname="column8"
```

WASHSTATEC015665

leader-modify="clr-ldr" rowsep="0">106,765</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">HELLFIRE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,525</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">1,525</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">AERIAL TARGETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">145,880</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">145,880</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">DRONES AND DECOYS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">20,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">18,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,479]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">OTHER MISSILE SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,388</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,388</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">LRASM</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">143,200</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">143,200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">LCS OTH MISSILE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">38,137</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">38,137</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF MISSILES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">ESSM</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">128,059</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">110,059</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Production support excess to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"18,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">HARPOON MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">25,447</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">25,447</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"

WASHSTATEC015666

```
colname="column2" rowsep="0">HARM MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">183,740</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">183,740</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">STANDARD MISSILES MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">22,500</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT &amp;
FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">WEAPONS INDUSTRIAL FACILITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,958</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,958</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">FLEET SATELLITE COMM FOLLOW-ON</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">67,380</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">67,380</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ORDNANCE SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">ORDNANCE SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">109,427</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">85,717</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient budget justifcation</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,710]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TORPEDOES AND RELATED EQUIP</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">SSTD</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">5,561</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">5,561</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">MKâ€"48 TORPEDO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">114,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">130,000</entry></row>
```

WASHSTATEC015667

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[16,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">ASW TARGETS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">15,095</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">15,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MOD OF TORPEDOES AND RELATED
EQUIP</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">MKâ€"54 TORPEDO MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">119,453</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">112,013</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> HAAWC cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,440]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">MKâ€"48 TORPEDO ADCAP MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">39,508</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">39,508</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">QUICKSTRIKE MINE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,183</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,183</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">TORPEDO SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">79,028</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">79,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left"
colname="column2" rowsep="0">ASW RANGE SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,890</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,890</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>DESTINATION TRANSPORTATION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION</entry><entry
```

WASHSTATEC015668

```
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,803</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,803</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GUNS AND GUN MOUNTS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">SMALL ARMS AND WEAPONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,797</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">13,607</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,190]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF GUNS AND GUN
MOUNTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">CIWS MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">44,126</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">44,126</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">COAST GUARD WEAPONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">44,980</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">44,980</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">GUN MOUNT MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">66,376</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">66,376</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left"
colname="column2" rowsep="0">LCS MODULE WEAPONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,585</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,585</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left"
colname="column2" rowsep="0">AIRBORNE MINE NEUTRALIZATION SYSTEMS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,160</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,160</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>
```

WASHSTATEC015669

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">126,138</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">124,390</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€‘1,748]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL WEAPONS PROCUREMENT,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>4,235,244</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>4,107,905</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMO, NAVY &amp;
MC</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>NAVY AMMUNITION</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">GENERAL PURPOSE BOMBS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">36,028</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">34,997</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Fuze contract delay and unit cost
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€‘1,031]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">JDAM</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">70,413</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">70,413</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">AIRBORNE ROCKETS, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">31,756</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">27,707</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€‘4,049]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015670

```
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">MACHINE GUN AMMUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,793</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,793</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">PRACTICE BOMBS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">34,708</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">27,208</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Q1300 LGTR unit cost growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€7,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2"
colname="column2" rowsep="0">CARTRIDGES &amp; CART ACTUATED DEVICES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,738</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">38,738</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Contract and schedule delays</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">AIR EXPENDABLE COUNTERMEASURES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">77,301</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">67,854</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€9,447]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">JATOS</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">7,262</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">7,262</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">5 INCH/54 GUN AMMUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">22,594</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">21,166</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> MK187 mod 0 projectile unit cost
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€1,428]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">INTERMEDIATE CALIBER GUN AMMUNITION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,193</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,193</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">OTHER SHIP GUN AMMUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">39,491</entry><entry align="left"
```

WASHSTATEC015671

```
colname="column8" leader-modify="clr-ldr" rowsep="0">39,291</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> CART 20MM contract award delay</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">SMALL ARMS &amp; LANDING PARTY AMMO</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,896</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">47,896</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">PYROTECHNIC AND DEMOLITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,621</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,621</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">AMMUNITION LESS THAN $5 MILLION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,386</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,386</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MARINE CORPS AMMUNITION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">MORTARS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">55,543</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">50,543</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Prior year underexecution</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">DIRECT SUPPORT MUNITIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">131,765</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">131,765</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">INFANTRY WEAPONS AMMUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">78,056</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">52,088</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
modify="fl-hang-hier-3" rowsep="0"> Underexecution and schedule delays</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€25,968]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">COMBAT SUPPORT MUNITIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">40,048</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">34,048</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
```

WASHSTATEC015672

```
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"6,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">AMMO MODERNIZATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,325</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,325</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">ARTILLERY MUNITIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">188,876</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">167,476</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> DA 54 contract delay</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"21,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,521</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT OF AMMO, NAVY &amp;
MC</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>981,314</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>892,291</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SHIPBUILDING AND CONVERSION,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FLEET BALLISTIC MISSILE SHIPS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">OHIO REPLACEMENT SUBMARINE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,698,907</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,821,907</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Submarine supplier development</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[123,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER WARSHIPS</bold></entry><entry align="left"
```

WASHSTATEC015673

```
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">CARRIER REPLACEMENT PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,347,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,042,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Basic construction/conversion excess cost
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Restoring acquisition accountability: Transfer
CVNâ€"81 only to line 2X</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-
ldr" rowsep="0">[â€"1,285,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002A</entry><entry align="left"
colname="column2" rowsep="0">CARRIER REPLACEMENT PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,285,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> For CVNâ€"81 only</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[1,285,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2"
colname="column2" rowsep="0">VIRGINIA CLASS SUBMARINE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,155,946</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">5,445,946</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Block V program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[1,490,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> SSNâ€"812 program decrease</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">VIRGINIA CLASS SUBMARINE ADVANCE PROCUREMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">2,769,552</entry><entry align="left" colname="column8" leader-modify="clr-
ldr" rowsep="0">2,969,552</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Advance Procurement in support of a 10th multi-year
procurement contract ship only</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-
ldr" rowsep="0">[200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">CVN REFUELING OVERHAULS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">647,926</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">631,926</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> CVNâ€74 RCOH unjustified cost growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€16,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">CVN REFUELING OVERHAULS ADVANCE PROCUREMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Restore CVNâ€75 RCOH</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[16,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">DDG 1000</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">155,944</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">155,944</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">DDGâ€51</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">5,099,295</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,033,295</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Basic Construction excess growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€66,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">DDGâ€51 ADVANCE PROCUREMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">224,028</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">484,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Accelerate LLTM for FY21 Flight III
destroyers</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[260,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">FFG-FRIGATE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,281,177</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,281,177</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AMPHIBIOUS SHIPS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">LPD FLIGHT II</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-
```

WASHSTATEC015675

```
modify="clr-ldr" rowsep="0">525,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> LPDâ€31 program increase</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[277,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Transfer from line 13</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[247,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">LPD FLIGHT II ADVANCE PROCUREMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">247,100</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Transfer to line 12</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€247,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">LHA REPLACEMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">650,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> LHAâ€9 program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[650,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AUXILIARIES, CRAFT AND PRIOR YR PROGRAM
COST</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">TAO FLEET OILER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">981,215</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">981,215</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">TAO FLEET OILER ADVANCE PROCUREMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">73,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">73,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">TOWING, SALVAGE, AND RESCUE SHIP (ATS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">150,282</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">150,282</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">LCU 1700</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">85,670</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">85,670</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015676

```
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">OUTFITTING</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">754,679</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">705,721</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Virginia class outfitting excess
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€8,958]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">SHIP TO SHORE CONNECTOR</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">65,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[65,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">SERVICE CRAFT</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">56,289</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">81,789</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Accelerate YPâ€703 Flight II</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[25,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">COMPLETION OF PY SHIPBUILDING PROGRAMS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,700</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">104,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> UPL EPFâ€14 conversion</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[49,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL SHIPBUILDING AND CONVERSION,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>23,783,710</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>23,590,052</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, NAVY</bold></entry><entry
```

WASHSTATEC015677

```
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SHIP PROPULSION EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">SURFACE POWER EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,490</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,490</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GENERATORS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">SURFACE COMBATANT HM&amp;E</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">31,583</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">31,561</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Twisted rudder installation early to
need</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"22]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>NAVIGATION EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">OTHER NAVIGATION EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">77,404</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">77,404</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SHIPBOARD EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">SUB PERISCOPE, IMAGING AND SUPT EQUIP PROG</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">160,803</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">160,803</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">DDG MOD</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">566,140</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">553,490</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Aegis modernization testing excess to
need</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"5,000]</entry></row>
```

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Combat system ship qualification trials excess to
need</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"7,650]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">FIREFIGHTING EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">18,223</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">18,223</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">COMMAND AND CONTROL SWITCHBOARD</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,086</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,086</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">LHA/LHD MIDLIFE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">95,651</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">79,563</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"16,088]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">POLLUTION CONTROL EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">23,910</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">23,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">SUBMARINE SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">44,895</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">44,895</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">VIRGINIA CLASS SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,465</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,465</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">LCS CLASS SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">19,426</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">19,426</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">SUBMARINE BATTERIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,290</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">25,297</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Virginia class unit cost growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"993]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">LPD CLASS SUPPORT EQUIPMENT</entry><entry align="left"
```

WASHSTATEC015679

```
colname="column4" leader-modify="clr-ldr" rowsep="0">46,945</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">46,945</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">DDG 1000 CLASS SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,930</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">STRATEGIC PLATFORM SUPPORT EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,331</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,331</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">DSSP EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,909</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,909</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">CG MODERNIZATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">193,990</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">193,990</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">LCAC</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">3,392</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">3,392</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">UNDERWATER EOD PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">71,240</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">71,240</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">102,543</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">102,543</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">CHEMICAL WARFARE DETECTORS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,961</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,961</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">SUBMARINE LIFE SUPPORT SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,635</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,635</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>REACTOR PLANT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">REACTOR POWER UNITS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,340</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,340</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015680

```
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">REACTOR COMPONENTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">465,726</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">462,749</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decreaseâ€"unit cost growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,977]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OCEAN ENGINEERING</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">DIVING AND SALVAGE EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,854</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,854</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SMALL BOATS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">STANDARD BOATS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">79,102</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">79,102</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PRODUCTION FACILITIES EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">OPERATING FORCES IPE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">202,238</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">202,238</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SHIP SUPPORT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">LCS COMMON MISSION MODULES EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">51,553</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">51,553</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">LCS MCM MISSION MODULES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">197,129</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">134,157</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"62,972]</entry></row>
```

WASHSTATEC015681

```xml
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">LCS ASW MISSION MODULES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">27,754</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">27,754</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">LCS SUW MISSION MODULES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,566</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">26,566</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">LCS IN-SERVICE MODERNIZATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">84,972</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">82,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Habitability mod (Freedom variant) unit cost
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€‘2,972]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">SMALL &amp; MEDIUM UUV</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">40,547</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,647</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Knifefish early to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€‘29,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>LOGISTIC SUPPORT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left"
colname="column2" rowsep="0">LSD MIDLIFE &amp; MODERNIZATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">40,269</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">40,269</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SHIP SONARS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">SPQâ€‘9B RADAR</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,195</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">26,195</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">AN/SQQâ€‘89 SURF ASW COMBAT SYSTEM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">125,237</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">125,237</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">SSN ACOUSTIC EQUIPMENT</entry><entry align="left"
```

WASHSTATEC015682

```
colname="column4" leader-modify="clr-ldr" rowsep="0">366,968</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">356,953</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Low cost conformal array contract
delay</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"10,015]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">UNDERSEA WARFARE SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,967</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,967</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ASW ELECTRONIC EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">SUBMARINE ACOUSTIC WARFARE SYSTEM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,545</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,545</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left"
colname="column2" rowsep="0">SSTD</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">12,439</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">12,439</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left"
colname="column2" rowsep="0">FIXED SURVEILLANCE SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">128,441</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">128,441</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left"
colname="column2" rowsep="0">SURTASS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">21,923</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">21,923</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECTRONIC WARFARE EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left"
colname="column2" rowsep="0">AN/SLQâ€"32</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">420,154</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">350,686</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Block 3 kit early to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"65,758]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> FMP block 1B3 for SLQâ€"32(V) 6 previously
funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"2,300]</entry></row>
```

WASHSTATEC015683

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> SEWIP block 1B2 for USCG ship forward fit contract
delays</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€¹1,410]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>RECONNAISSANCE EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">SHIPBOARD IW EXPLOIT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">194,758</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">193,440</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> SSEE modifications kits unit cost
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€¹1,318]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left"
colname="column2" rowsep="0">AUTOMATED IDENTIFICATION SYSTEM (AIS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,368</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,368</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SHIP ELECTRONIC EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left"
colname="column2" rowsep="0">COOPERATIVE ENGAGEMENT CAPABILITY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,128</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">35,128</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left"
colname="column2" rowsep="0">NAVAL TACTICAL COMMAND SUPPORT SYSTEM
(NTCSS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">15,154</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">15,154</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left"
colname="column2" rowsep="0">ATDLS</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">52,753</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">52,753</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column2" rowsep="0">NAVY COMMAND AND CONTROL SYSTEM (NCCS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,390</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,390</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">MINESWEEPING SYSTEM REPLACEMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">19,448</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">19,448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015684

```
definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left"
colname="column2" rowsep="0">SHALLOW WATER MCM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,730</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,730</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left"
colname="column2" rowsep="0">NAVSTAR GPS RECEIVERS (SPACE)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">32,674</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,674</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left"
colname="column2" rowsep="0">AMERICAN FORCES RADIO AND TV SERVICE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,617</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,617</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left"
colname="column2" rowsep="0">STRATEGIC PLATFORM SUPPORT EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,973</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,973</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AVIATION ELECTRONIC EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left"
colname="column2" rowsep="0">ASHORE ATC EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">72,406</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">72,406</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left"
colname="column2" rowsep="0">AFLOAT ATC EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">67,410</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">65,779</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ACLS mod kits installations cost
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"1,631]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left"
colname="column2" rowsep="0">ID SYSTEMS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">26,059</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">26,059</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">JOINT PRECISION APPROACH AND LANDING SYSTEM
(</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">92,695</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">78,195</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"14,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column2" rowsep="0">NAVAL MISSION PLANNING SYSTEMS</entry><entry align="left"
```

WASHSTATEC015685

```
colname="column4" leader-modify="clr-ldr" rowsep="0">15,296</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">15,296</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SHORE ELECTRONIC EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL/MOBILE C4I SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">36,226</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">36,226</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left"
colname="column2" rowsep="0">DCGS-N</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">21,788</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">21,427</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> DCGS-N increment 2 kit unit cost
discrepancy</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"361]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left"
colname="column2" rowsep="0">CANES</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">426,654</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">395,154</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"31,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left"
colname="column2" rowsep="0">RADIAC</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">6,450</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">6,450</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">065</entry><entry align="left"
colname="column2" rowsep="0">CANES-INTELL</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">52,713</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">52,713</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left"
colname="column2" rowsep="0">GPETE</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">13,028</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">13,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left"
colname="column2" rowsep="0">MASF</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">5,193</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">5,193</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left"
colname="column2" rowsep="0">INTEG COMBAT SYSTEM TEST FACILITY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,028</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,028</entry></row>
```

WASHSTATEC015686

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left"
colname="column2" rowsep="0">EMI CONTROL INSTRUMENTATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,209</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,209</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">168,436</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">144,636</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> NGSSR early to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SHIPBOARD COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left"
colname="column2" rowsep="0">SHIPBOARD TACTICAL COMMUNICATIONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,853</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,053</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> DMR IW and MUOS system procurement afloat
previously funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"5,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left"
colname="column2" rowsep="0">SHIP COMMUNICATIONS AUTOMATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">137,861</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">122,380</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> STACC cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,481]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">073</entry><entry align="left"
colname="column2" rowsep="0">COMMUNICATIONS ITEMS UNDER $5M</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">35,093</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">31,493</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Improving funds management: prior year
carryover</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"3,600]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SUBMARINE COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">074</entry><entry align="left"
```

WASHSTATEC015687

```xml
colname="column2" rowsep="0">SUBMARINE BROADCAST SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">50,833</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">50,833</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left"
colname="column2" rowsep="0">SUBMARINE COMMUNICATION EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">69,643</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">60,794</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Buoy shape improvement unjustified
request</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"8,849]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SATELLITE COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">076</entry><entry align="left"
colname="column2" rowsep="0">SATELLITE COMMUNICATIONS SYSTEMS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,841</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">45,841</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">077</entry><entry align="left"
colname="column2" rowsep="0">NAVY MULTIBAND TERMINAL (NMT)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">88,021</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">82,148</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Afloat ship kit cost growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,055]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Assured C2 modems installation cost excess
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"1,818]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SHORE COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">078</entry><entry align="left"
colname="column2" rowsep="0">JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,293</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,293</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CRYPTOGRAPHIC EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">079</entry><entry align="left"
colname="column2" rowsep="0">INFO SYSTEMS SECURITY PROGRAM (ISSP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">166,540</entry><entry
```

WASHSTATEC015688

```
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">166,540</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column2" rowsep="0">MIO INTEL EXPLOITATION TEAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">968</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">968</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CRYPTOLOGIC EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">081</entry><entry align="left"
colname="column2" rowsep="0">CRYPTOLOGIC COMMUNICATIONS EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,090</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER ELECTRONIC SUPPORT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">083</entry><entry align="left"
colname="column2" rowsep="0">COAST GUARD EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">61,370</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">61,370</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SONOBUOYS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">085</entry><entry align="left"
colname="column2" rowsep="0">SONOBUOYSâ€"ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">260,644</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">310,644</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> UPL sonobuoy increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[50,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">086</entry><entry align="left"
colname="column2" rowsep="0">MINOTAUR</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">087</entry><entry align="left"
colname="column2" rowsep="0">WEAPONS RANGE SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">101,843</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">101,843</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">088</entry><entry align="left"
```

```
colname="column2" rowsep="0">AIRCRAFT SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">145,601</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">135,211</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,390]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">089</entry><entry align="left"
colname="column2" rowsep="0">ADVANCED ARRESTING GEAR (AAG)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,725</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,725</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column2" rowsep="0">METEOROLOGICAL EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,687</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">12,407</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ASOS upgrades unit cost growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,280]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">092</entry><entry align="left"
colname="column2" rowsep="0">LEGACY AIRBORNE MCM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">19,250</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">18,918</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Modifications unjustified growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"332]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">093</entry><entry align="left"
colname="column2" rowsep="0">LAMPS EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">792</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">792</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">094</entry><entry align="left"
colname="column2" rowsep="0">AVIATION SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">55,415</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">52,415</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Contract delay</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0">UMCS-UNMAN CARRIER AVIATION(UCA)MISSION
CNTRL</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">32,668</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">32,668</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SHIP GUN SYSTEM EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>
```

WASHSTATEC015690

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">096</entry><entry align="left"
colname="column2" rowsep="0">SHIP GUN SYSTEMS EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,451</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,451</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SHIP MISSILE SYSTEMS EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">097</entry><entry align="left"
colname="column2" rowsep="0">HARPOON SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,100</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">098</entry><entry align="left"
colname="column2" rowsep="0">SHIP MISSILE SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">228,104</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">268,304</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[40,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">099</entry><entry align="left"
colname="column2" rowsep="0">TOMAHAWK SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">78,593</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">78,593</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FBM SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column2" rowsep="0">STRATEGIC MISSILE SYSTEMS EQUIP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">280,510</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">280,510</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ASW SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">101</entry><entry align="left"
colname="column2" rowsep="0">SSN COMBAT CONTROL SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">148,547</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">143,678</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,869]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">102</entry><entry align="left"
colname="column2" rowsep="0">ASW SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">21,130</entry><entry align="left"
```

```
colname="column8" leader-modify="clr-ldr" rowsep="0">21,130</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER ORDNANCE SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">103</entry><entry align="left"
colname="column2" rowsep="0">EXPLOSIVE ORDNANCE DISPOSAL EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,244</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,244</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">104</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,071</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,071</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER EXPENDABLE ORDNANCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">105</entry><entry align="left"
colname="column2" rowsep="0">ANTI-SHIP MISSILE DECOY SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">41,962</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">41,962</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">106</entry><entry align="left"
colname="column2" rowsep="0">SUBMARINE TRAINING DEVICE MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">75,057</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">75,057</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">107</entry><entry align="left"
colname="column2" rowsep="0">SURFACE TRAINING EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">233,175</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">222,647</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> BFFT ship sets excess to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,515]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> LCS trainer equipment early to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,013]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CIVIL ENGINEERING SUPPORT
EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">108</entry><entry align="left"
colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,562</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,562</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015692

```
definition="txt-ldr" stub-hierarchy="1">109</entry><entry align="left"
colname="column2" rowsep="0">GENERAL PURPOSE TRUCKS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,974</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,974</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column2" rowsep="0">CONSTRUCTION &amp; MAINTENANCE EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,191</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,191</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">111</entry><entry align="left"
colname="column2" rowsep="0">FIRE FIGHTING EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">21,142</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,642</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Contract delays</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">112</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">33,432</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">33,432</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">114</entry><entry align="left"
colname="column2" rowsep="0">POLLUTION CONTROL EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,633</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,633</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">115</entry><entry align="left"
colname="column2" rowsep="0">ITEMS UNDER $5 MILLION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">53,467</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">53,467</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">116</entry><entry align="left"
colname="column2" rowsep="0">PHYSICAL SECURITY VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,173</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,173</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SUPPLY SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">117</entry><entry align="left"
colname="column2" rowsep="0">SUPPLY EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,730</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,730</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">118</entry><entry align="left"
colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,389</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,389</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">119</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL PURPOSE SUPPLY SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">654,674</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">617,522</entry></row>
```

WASHSTATEC015693

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient budget justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"37,152]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING DEVICES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column2" rowsep="0">TRAINING SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,633</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,633</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">121</entry><entry align="left"
colname="column2" rowsep="0">TRAINING AND EDUCATION EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">97,636</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">94,536</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMAND SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">122</entry><entry align="left"
colname="column2" rowsep="0">COMMAND SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">66,102</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">50,434</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Prior year underexecution</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,668]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">123</entry><entry align="left"
colname="column2" rowsep="0">MEDICAL SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,633</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,633</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">125</entry><entry align="left"
colname="column2" rowsep="0">NAVAL MIP SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,097</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,097</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">126</entry><entry align="left"
colname="column2" rowsep="0">OPERATING FORCES SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,905</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,905</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">127</entry><entry align="left"
colname="column2" rowsep="0">C4ISR EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">30,146</entry><entry align="left"
```

WASHSTATEC015694

```
colname="column8" leader-modify="clr-ldr" rowsep="0">30,146</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left"
colname="column2" rowsep="0">ENVIRONMENTAL SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">21,986</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">21,986</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">129</entry><entry align="left"
colname="column2" rowsep="0">PHYSICAL SECURITY EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">160,046</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">160,046</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left"
colname="column2" rowsep="0">ENTERPRISE INFORMATION TECHNOLOGY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">56,899</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">56,899</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">133</entry><entry align="left"
colname="column2" rowsep="0">NEXT GENERATION ENTERPRISE SERVICE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">122,832</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">122,832</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">133A</entry><entry align="left"
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,346</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,346</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">134</entry><entry align="left"
colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">375,608</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">352,140</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> JPALS spares early to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€8,137]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> LCS spares early to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€15,331]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
```

WASHSTATEC015695

```
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OTHER PROCUREMENT,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>9,652,956</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>9,302,099</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT, MARINE CORPS</bold></entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TRACKED COMBAT VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">AAV7A1 PIP</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">39,495</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">39,495</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">AMPHIBIOUS COMBAT VEHICLE 1.1</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">317,935</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">313,131</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess engineering change orders</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,804]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2"
colname="column2" rowsep="0">LAV PIP</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">60,734</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">60,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ARTILLERY AND OTHER WEAPONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">155MM LIGHTWEIGHT TOWED HOWITZER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,065</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,065</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">ARTILLERY WEAPONS SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">100,002</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">90,002</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment previously funded and cost
growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
```

WASHSTATEC015696

```
rowsep="0">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">WEAPONS AND COMBAT VEHICLES UNDER $5 MILLION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,945</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,945</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">MODIFICATION KITS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">22,760</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">22,760</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GUIDED MISSILES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">GROUND BASED AIR DEFENSE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">175,998</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">175,998</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">ANTI-ARMOR MISSILE-JAVELIN</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">20,207</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">20,207</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">FAMILY ANTI-ARMOR WEAPON SYSTEMS (FOAAWS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,913</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,913</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">ANTI-ARMOR MISSILE-TOW</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">60,501</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">60,501</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">GUIDED MLRS ROCKET (GMLRS)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">29,062</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">28,062</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost discrepancy</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMAND AND CONTROL SYSTEMS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
```

```
colname="column2" rowsep="0">COMMON AVIATION COMMAND AND CONTROL SYSTEM
(C</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">37,203</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">32,203</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> AN/MRQâ€13 communications subsystems upgrades
unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>REPAIR AND TEST EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">REPAIR AND TEST EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">55,156</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">55,156</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT (TEL)</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">MODIFICATION KITS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,945</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,945</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMAND AND CONTROL SYSTEM (NON-
TEL)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">ITEMS UNDER $5 MILLION (COMM &amp; ELEC)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">112,124</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">82,424</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€29,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">AIR OPERATIONS C2 SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17,408</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">17,408</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>RADAR + EQUIPMENT (NON-TEL)</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">RADAR SYSTEMS</entry><entry align="left" colname="column4"
```

```
leader-modify="clr-ldr" rowsep="0">329</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">329</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">GROUND/AIR TASK ORIENTED RADAR (G/ATOR)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">273,022</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">273,022</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>INTELL/COMM EQUIPMENT (NON-TEL)</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">GCSS-MC</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">4,484</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">4,484</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">FIRE SUPPORT SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">35,488</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">35,488</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">INTELLIGENCE SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">56,896</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">54,396</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">UNMANNED AIR SYSTEMS (INTEL)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">34,711</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">34,711</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">DCGS-MC</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">32,562</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">32,562</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT (NON-TEL)</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">NEXT GENERATION ENTERPRISE NETWORK (NGEN)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">114,901</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">114,901</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">COMMON COMPUTER RESOURCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">51,094</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">51,094</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015699

```
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">COMMAND POST SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">108,897</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">108,897</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">RADIO SYSTEMS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">227,320</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">212,320</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Cost growth and early to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">COMM SWITCHING &amp; CONTROL SYSTEMS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,685</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,781</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ECP small form factor previously
funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"7,904]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left"
colname="column2" rowsep="0">COMM &amp; ELEC INFRASTRUCTURE SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,140</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,140</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">27,632</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">27,632</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036A</entry><entry align="left"
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,535</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,535</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ADMINISTRATIVE VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">COMMERCIAL CARGO VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">28,913</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">28,913</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL VEHICLES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

WASHSTATEC015700

```
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">MOTOR TRANSPORT MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">19,234</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">19,234</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">JOINT LIGHT TACTICAL VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">558,107</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">556,107</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ECP previously funded</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF TACTICAL TRAILERS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,693</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,693</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ENGINEER AND OTHER EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left"
colname="column2" rowsep="0">ENVIRONMENTAL CONTROL EQUIP ASSORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">495</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">495</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL FUEL SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">52</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">52</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left"
colname="column2" rowsep="0">POWER EQUIPMENT ASSORTED</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">22,441</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">22,441</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left"
colname="column2" rowsep="0">AMPHIBIOUS SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,101</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,101</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">EOD SYSTEMS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">44,700</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">44,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MATERIALS HANDLING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left"
```

WASHSTATEC015701

```
colname="column2" rowsep="0">PHYSICAL SECURITY EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,404</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">15,404</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GENERAL PROPERTY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left"
colname="column2" rowsep="0">FIELD MEDICAL EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,898</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,898</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left"
colname="column2" rowsep="0">TRAINING DEVICES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">149,567</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">126,567</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ODS unjustified request</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF CONSTRUCTION EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,622</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">35,622</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column2" rowsep="0">ULTRA-LIGHT TACTICAL VEHICLE (ULTV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">647</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">647</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,956</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,956</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left"
colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">33,470</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">33,470</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT, MARINE
CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>3,090,449</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>2,989,541</bold></entry></row>
```

WASHSTATEC015702

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">Fâ€35</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">4,274,359</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,566,409</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[1,042,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase: Turkish Fâ€35A Reallocation
Initiative</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[440,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Target cost savings</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€190,750]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">Fâ€35</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">655,500</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">811,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> UPL Increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[156,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">Fâ€15E</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,050,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">985,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified non-recurring engineering</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€64,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL AIRLIFT</bold></entry><entry align="left"
```

WASHSTATEC015703

```
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">KCâ€"46A MDAP</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">2,234,529</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,198,529</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"36,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AIRLIFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">Câ€"130J</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">12,156</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">404,156</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[392,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">MCâ€"130J</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">871,207</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">857,607</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"13,600]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">MCâ€"130J</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">40,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">40,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>HELICOPTERS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">COMBAT RESCUE HELICOPTER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">884,235</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">876,035</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015704

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISSION SUPPORT AIRCRAFT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">Câ€"37A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">161,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">147,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"13,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">CIVIL AIR PATROL A/C</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,767</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,767</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">TARGET DRONES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">130,837</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">130,837</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">COMPASS CALL</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">114,095</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">114,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">MQâ€"9</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">189,205</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">175,205</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"14,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>STRATEGIC AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">Bâ€"2A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">9,582</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">9,582</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">Bâ€"1B</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">22,111</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">13,111</entry></row>
```

WASHSTATEC015705

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ADS-B ahead of need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">Bâ€52</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">69,648</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">69,648</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">LARGE AIRCRAFT INFRARED COUNTERMEASURES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,758</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,758</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column4"
colname="column2" rowsep="0">Aâ€10</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">132,069</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">132,069</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">Eâ€11 BACN/HAG</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">70,027</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">70,027</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">Fâ€15</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">481,073</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">467,767</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> ADCP unnecessary due to Fâ€15X</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€13,306]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">Fâ€16</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">234,782</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">309,782</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Additional radars</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[75,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">Fâ€22A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">323,597</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">323,597</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">Fâ€35 MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">343,590</entry><entry align="left"
```

WASHSTATEC015706

```
colname="column8" leader-modify="clr-ldr" rowsep="0">343,590</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">Fâ€"15 EPAW</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">149,047</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">125,417</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Not required because of Fâ€"15X</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,630]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">INCREMENT 3.2B</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">20,213</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">20,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">KCâ€"46A MDAP</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">10,213</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">5,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Funding ahead of need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRLIFT AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">Câ€"5</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">73,550</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">73,550</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">Câ€"17A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">60,244</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">60,244</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">Câ€"21</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">216</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">216</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">Câ€"32A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">11,511</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">11,511</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">Câ€"37A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">435</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">435</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

WASHSTATEC015707

```
modify="clr-ldr" rowsep="0"><bold>TRAINER AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">GLIDER MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">138</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">138</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left"
colname="column2" rowsep="0">Tâ€6</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">11,826</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">11,826</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left"
colname="column2" rowsep="0">Tâ€1</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">26,787</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">26,787</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left"
colname="column2" rowsep="0">Tâ€38</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">37,341</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">37,341</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left"
colname="column2" rowsep="0">Uâ€2 MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">86,896</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">106,896</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Increase for Uâ€2 enhancements</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">KCâ€10A (ATCA)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,108</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,108</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left"
colname="column2" rowsep="0">Câ€12</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">3,021</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">3,021</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left"
colname="column2" rowsep="0">VCâ€25A MOD</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">48,624</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">48,624</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left"
colname="column2" rowsep="0">Câ€40</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">256</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">256</entry></row>
```

WASHSTATEC015708

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left"
colname="column2" rowsep="0">Câ€˜130</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">52,066</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">186,066</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> 3.5 Engine Enhancement Package</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[79,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> NPâ€˜2000 prop blade upgrades</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[55,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column2" rowsep="0">Câ€˜130J MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">141,686</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">141,686</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">Câ€˜135</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">124,491</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">122,616</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Low cost mods slow execution</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€˜1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> RPI installs</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€˜875]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left"
colname="column2" rowsep="0">COMPASS CALL</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">110,754</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">110,754</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left"
colname="column2" rowsep="0">COMBAT FLIGHT INSPECTIONâ€˜CFIN</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">508</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">508</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left"
colname="column2" rowsep="0">RCâ€˜135</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">227,673</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">227,673</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left"
colname="column2" rowsep="0">Eâ€˜3</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">216,299</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">128,992</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> NATO AWACSâ€˜Air Force requested transfer to line
88</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
```

WASHSTATEC015709

```
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"87,307]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left"
colname="column2" rowsep="0">Eâ€"4</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">58,477</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">58,477</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left"
colname="column2" rowsep="0">Eâ€"8</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">28,778</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">48,778</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Increase for re-engining</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">AIRBORNE WARNING AND CNTRL SYS (AWACS) 40/45</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">36,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">36,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,910</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left"
colname="column2" rowsep="0">Hâ€"1</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">3,817</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">3,817</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left"
colname="column2" rowsep="0">Hâ€"60</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">20,879</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">20,879</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left"
colname="column2" rowsep="0">RQâ€"4 MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,704</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">1,704</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left"
colname="column2" rowsep="0">HC/MCâ€"130 MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">51,482</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">51,482</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">065</entry><entry align="left"
colname="column2" rowsep="0">OTHER AIRCRAFT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">50,098</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">50,098</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left"
colname="column2" rowsep="0">MQâ€"9 MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">383,594</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">251,594</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Production rate adjustment of DAS€"4
sensor</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"132,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left"
colname="column2" rowsep="0">CVâ€"22 MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">65,348</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">65,348</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left"
colname="column2" rowsep="0">INITIAL SPARES/REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">708,230</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">799,230</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Fâ€"35 spares</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[96,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> RQâ€"4</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">[25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMON SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left"
colname="column2" rowsep="0">AIRCRAFT REPLACEMENT SUPPORT EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">84,938</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">84,938</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>POST PRODUCTION SUPPORT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">073</entry><entry align="left"
colname="column2" rowsep="0">Bâ€"2A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,403</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">1,403</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">074</entry><entry align="left"
colname="column2" rowsep="0">Bâ€"2B</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">42,234</entry><entry align="left" colname="column8"
```

WASHSTATEC015711

```
leader-modify="clr-ldr" rowsep="0">42,234</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left"
colname="column2" rowsep="0">B&#52</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">4,641</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">4,641</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">076</entry><entry align="left"
colname="column2" rowsep="0">C&#17A</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">124,805</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">124,805</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">079</entry><entry align="left"
colname="column2" rowsep="0">F&#15</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">2,589</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">2,589</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">081</entry><entry align="left"
colname="column2" rowsep="0">F&#16</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">15,348</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">15,348</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">084</entry><entry align="left"
colname="column2" rowsep="0">RQ&#4 POST PRODUCTION CHARGES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">47,246</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">47,246</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>INDUSTRIAL PREPAREDNESS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">086</entry><entry align="left"
colname="column2" rowsep="0">INDUSTRIAL RESPONSIVENESS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17,705</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">17,705</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>WAR CONSUMABLES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">087</entry><entry align="left"
colname="column2" rowsep="0">WAR CONSUMABLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">32,102</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,102</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PRODUCTION CHARGES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">088</entry><entry align="left"
colname="column2" rowsep="0">OTHER PRODUCTION CHARGES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,194,728</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,222,035</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015712

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Fâ€"22 NGEN lab excess</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"60,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> NATO AWACSâ€"Air Force requested transfer from line
56</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[87,307]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090A</entry><entry align="left"
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">34,193</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">34,193</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL AIRCRAFT PROCUREMENT, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>16,784,279</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>18,569,718</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISSILE PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISSILE REPLACEMENT
EQUIPMENTâ€"BALLISTIC</bold></entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-
ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">MISSILE REPLACEMENT EQ-BALLISTIC</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,888</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,888</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">REPLAC EQUIP &amp; WAR CONSUMABLES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,100</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
```

WASHSTATEC015713

colname="column2" rowsep="0">JOINT AIR-TO-GROUND MUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified requirement (JAGM-F)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">JOINT AIR-SURFACE STANDOFF MISSILE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">482,525</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">482,525</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">SIDEWINDER (AIMâ€"9X)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">160,408</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">160,408</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">AMRAAM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">332,250</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">332,250</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">PREDATOR HELLFIRE MISSILE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">118,860</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">118,860</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">SMALL DIAMETER BOMB</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">275,438</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">275,438</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">SMALL DIAMETER BOMB II</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">212,434</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">200,684</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"11,750]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>INDUSTRIAL FACILITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">INDUSTR'L PREPAREDNS/POL PREVENTION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">801</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">801</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASS IV</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

WASHSTATEC015714

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">ICBM FUZE MOD</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">ICBM FUZE MOD</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">14,497</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">14,497</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">MM III MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">50,831</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">59,705</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Air Force requested transfer</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[8,874]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">AGMâ€˜65D MAVERICK</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">294</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">294</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">AIR LAUNCH CRUISE MISSILE (ALCM)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,387</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">68,513</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Air Force requested transfer</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,874]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISSILE SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">MSL SPRS/REPAIR PARTS (INITIAL)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,910</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">REPLEN SPARES/REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">82,490</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">82,490</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPECIAL PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL UPDATE PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">144,553</entry><entry align="left"
```

WASHSTATEC015715

```
colname="column8" leader-modify="clr-ldr" rowsep="0">144,553</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023A</entry><entry align="left"
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">849,521</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">849,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL MISSILE PROCUREMENT, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>2,889,187</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>2,869,937</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPACE PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPACE PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">ADVANCED EHF</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">31,894</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">31,894</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">AF SATELLITE COMM SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">56,298</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">56,298</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">COUNTERSPACE SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,700</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,020</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,020</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015716

```
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">GENERAL INFORMATION TECHâ€"SPACE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,244</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,244</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">GPSIII FOLLOW ON</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">414,625</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">414,625</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">GPS III SPACE SEGMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">31,466</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">31,466</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">SPACEBORNE EQUIP (COMSEC)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">32,031</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,031</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">MILSATCOM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">11,096</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">11,096</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">EVOLVED EXPENDABLE LAUNCH VEH(SPACE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,237,635</entry><entry align="left" colname="column8" leader-modify="clr-
ldr" rowsep="0">1,237,635</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">SBIR HIGH (SPACE)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">233,952</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">233,952</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">NUDET DETECTION SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,432</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,432</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">ROCKET SYSTEMS LAUNCH PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,473</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,473</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">SPACE FENCE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">71,784</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">71,784</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">SPACE MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">106,330</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">106,330</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">SPACELIFT RANGE SYSTEM SPACE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">118,140</entry><entry align="left"
```

WASHSTATEC015717

```xml
colname="column8" leader-modify="clr-ldr" rowsep="0">118,140</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPACE PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPARES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,263</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,263</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL SPACE PROCUREMENT, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>2,414,383</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>2,409,383</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMUNITION, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ROCKETS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">ROCKETS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">133,268</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">115,068</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> APKWS Mk 66 rocket motor price
adjustment</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"18,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CARTRIDGES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">CARTRIDGES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">140,449</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">140,449</entry></row>
```

WASHSTATEC015718

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BOMBS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">PRACTICE BOMBS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">29,313</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">29,313</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">GENERAL PURPOSE BOMBS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">85,885</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">85,885</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">JOINT DIRECT ATTACK MUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,066,224</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,034,224</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Tailkit unit cost adjustment</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"32,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">B61</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">80,773</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">80,773</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER ITEMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">CAD/PAD</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">47,069</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">47,069</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">EXPLOSIVE ORDNANCE DISPOSAL (EOD)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,133</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">533</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">533</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">MODIFICATIONS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,291</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">1,291</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5,000,000</entry><entry align="left"
```

WASHSTATEC015719

```
colname="column4" leader-modify="clr-ldr" rowsep="0">1,677</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,677</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FLARES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">FLARES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">36,116</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">36,116</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FUZES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">FUZES</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">1,734</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">1,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SMALL ARMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">SMALL ARMS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">37,496</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">37,496</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT OF AMMUNITION, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>1,667,961</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>1,617,761</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PASSENGER CARRYING VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,238</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">15,238</entry></row>
```

WASHSTATEC015720

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CARGO AND UTILITY VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">MEDIUM TACTICAL VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">34,616</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">34,616</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">CAP VEHICLES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,040</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">3,567</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0">Program increaseâ€"communications</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[1,867]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"vehicles</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[660]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">CARGO AND UTILITY VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">23,133</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">23,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPECIAL PURPOSE VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">JOINT LIGHT TACTICAL VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">32,027</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,027</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">SECURITY AND TACTICAL VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,315</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,315</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL PURPOSE VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,593</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,593</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FIRE FIGHTING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">FIRE FIGHTING/CRASH RESCUE VEHICLES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,604</entry><entry
```

WASHSTATEC015721

```
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,604</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MATERIALS HANDLING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">MATERIALS HANDLING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">21,848</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">21,848</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BASE MAINTENANCE SUPPORT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">RUNWAY SNOW REMOV AND CLEANING EQU</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,925</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,925</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2"
colname="column2" rowsep="0">BASE MAINTENANCE SUPPORT VEHICLES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,776</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,776</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMM SECURITY EQUIPMENT(COMSEC)</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">COMSEC EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">91,461</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">91,461</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>INTELLIGENCE PROGRAMS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">INTERNATIONAL INTEL TECH &amp; ARCHITECTURES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,386</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,386</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">INTELLIGENCE TRAINING EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,619</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">7,619</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">INTELLIGENCE COMM EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">35,558</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,058</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
```

WASHSTATEC015722

```
modify="fl-hang-hier-3" rowsep="0"> IMAD unjustified procurement</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECTRONICS PROGRAMS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">AIR TRAFFIC CONTROL &amp; LANDING SYS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,939</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,939</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">BATTLE CONTROL SYSTEM-FIXED</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,063</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,063</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">WEATHER OBSERVATION FORECAST</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">31,447</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">31,447</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">STRATEGIC COMMAND AND CONTROL</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,090</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">CHEYENNE MOUNTAIN COMPLEX</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,145</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,145</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">MISSION PLANNING SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,508</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,508</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">INTEGRATED STRAT PLAN &amp; ANALY NETWORK
(ISPAN)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">9,901</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">9,901</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPCL COMM-ELECTRONICS PROJECTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">GENERAL INFORMATION TECHNOLOGY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,933</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">26,933</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">AF GLOBAL COMMAND &amp; CONTROL SYS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,756</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,756</entry></row>
```

WASHSTATEC015723

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">BATTLEFIELD AIRBORNE CONTROL NODE (BACN)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">48,478</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">48,478</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column2" rowsep="0">MOBILITY COMMAND AND CONTROL</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">21,186</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">21,186</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">AIR FORCE PHYSICAL SECURITY SYSTEM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">178,361</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">178,361</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">COMBAT TRAINING RANGES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">233,993</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">261,993</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Joint threat emitters</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[28,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">MINIMUM ESSENTIAL EMERGENCY COMM N</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">132,648</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">132,648</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">WIDE AREA SURVEILLANCE (WAS)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">80,818</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">42,118</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€˜38,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left"
colname="column2" rowsep="0">C3 COUNTERMEASURES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">25,036</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">25,036</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">INTEGRATED PERSONNEL AND PAY SYSTEM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,900</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Poor agile implementation</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€˜20,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">GCSS-AF FOS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">11,226</entry><entry align="left" colname="column8"
```

WASHSTATEC015724

```
leader-modify="clr-ldr" rowsep="0">11,226</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">DEFENSE ENTERPRISE ACCOUNTING &amp; MGT SYS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,905</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,905</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left"
colname="column2" rowsep="0">MAINTENANCE REPAIR &amp; OVERHAUL INITIATIVE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,912</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,912</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">THEATER BATTLE MGT C2 SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,337</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,337</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left"
colname="column2" rowsep="0">AIR &amp; SPACE OPERATIONS CENTER (AOC)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,243</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,243</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIR FORCE COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left"
colname="column2" rowsep="0">BASE INFORMATION TRANSPT INFRAST (BITI)
WIRED</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">69,530</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">62,280</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Restoring acquisition accountability</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left"
colname="column2" rowsep="0">AFNET</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">147,063</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">147,063</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,505</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,505</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left"
colname="column2" rowsep="0">USCENTCOM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">20,190</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">20,190</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left"
colname="column2" rowsep="0">USSTRATCOM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">11,244</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">11,244</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015725

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ORGANIZATION AND BASE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL C-E EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">143,757</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">143,757</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column2" rowsep="0">RADIO EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,402</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">15,402</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">CCTV/AUDIOVISUAL EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,211</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,211</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left"
colname="column2" rowsep="0">BASE COMM INFRASTRUCTURE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">43,123</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">43,123</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATIONS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left"
colname="column2" rowsep="0">COMM ELECT MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,500</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PERSONAL SAFETY &amp; RESCUE
EQUIP</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left"
colname="column2" rowsep="0">PERSONAL SAFETY AND RESCUE EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,634</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,634</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>DEPOT PLANT+MTRLS HANDLING EQ</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left"
colname="column2" rowsep="0">POWER CONDITIONING EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left"
colname="column2" rowsep="0">MECHANIZED MATERIAL HANDLING EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,901</entry><entry
```

WASHSTATEC015726

```
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,901</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BASE SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left"
colname="column2" rowsep="0">BASE PROCURED EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">23,963</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">23,963</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left"
colname="column2" rowsep="0">ENGINEERING AND EOD EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">34,124</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">34,124</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">MOBILITY EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,439</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">26,439</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column2" rowsep="0">FUELS SUPPORT EQUIPMENT (FSE)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">24,255</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">24,255</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left"
colname="column2" rowsep="0">BASE MAINTENANCE AND SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">38,986</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">38,986</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPECIAL SUPPORT PROJECTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left"
colname="column2" rowsep="0">DARP RC135</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">26,716</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">26,716</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left"
colname="column2" rowsep="0">DCGS-AF</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">116,055</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">116,055</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL UPDATE PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">835,148</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">835,148</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">066A</entry><entry align="left"
```

WASHSTATEC015727

```
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">18,292,807</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">18,292,807</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left"
colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">81,340</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">81,340</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OTHER PROCUREMENT, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>21,342,857</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>21,303,034</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT, DEFENSE-WIDE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, OSD</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENT, DPAA</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,504</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,504</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENT, OSD</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">43,705</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">43,705</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, NSA</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left"
colname="column2" rowsep="0">INFORMATION SYSTEMS SECURITY PROGRAM (ISSP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,533</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to DISA for Sharkseer</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

```
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, WHS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENT, WHS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">507</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">507</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DISA</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">INFORMATION SYSTEMS SECURITY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,318</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,718</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment for Sharkseer</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[1,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">TELEPORT PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">25,103</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">25,103</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,416</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">26,416</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">DEFENSE INFORMATION SYSTEM NETWORK</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,574</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,574</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">WHITE HOUSE COMMUNICATION AGENCY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,079</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">45,079</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">SENIOR LEADERSHIP ENTERPRISE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">78,669</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">78,669</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">JOINT REGIONAL SECURITY STACKS (JRSS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">88,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">88,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
```

WASHSTATEC015729

```
colname="column2" rowsep="0">JOINT SERVICE PROVIDER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">107,907</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">107,907</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DLA</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,122</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,122</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DSS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">496</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">496</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, TJS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENT, TJS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,905</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,905</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENTâ€"TJS CYBER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,458</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,458</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, MISSILE DEFENSE
AGENCY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left"
colname="column2" rowsep="0">THAAD</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">425,863</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">388,543</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost savings</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"37,320]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">GROUND BASED MIDCOURSE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">9,471</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">9,471</entry></row>
```

WASHSTATEC015730

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">AEGIS BMD</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">600,773</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">565,374</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> SMâ€3 Block IB multiyear unit cost
savings</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">[â€"35,399]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">AEGIS BMD</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">96,995</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">96,995</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left"
colname="column2" rowsep="0">BMDS AN/TPYâ€"2 RADARS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,046</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,046</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left"
colname="column2" rowsep="0">ARROW 3 UPPER TIER SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">55,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">55,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left"
colname="column2" rowsep="0">SHORT RANGE BALLISTIC MISSILE DEFENSE
(SRBMD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">50,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">50,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">AEGIS ASHORE PHASE III</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">25,659</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">25,659</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">IRON DOME</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">95,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">95,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">AEGIS BMD HARDWARE AND SOFTWARE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">124,986</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">124,986</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DHRA</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">PERSONNEL ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,030</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,030</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

WASHSTATEC015731

```
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION
AGENCY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">VEHICLES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">211</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">211</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">OTHER MAJOR EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,521</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DODEA</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">AUTOMATION/EDUCATIONAL SUPPORT &amp;
LOGISTICS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,320</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">1,320</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DCMA</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,432</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,432</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DMACT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">MAJOR EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,961</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,961</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">049A</entry><entry align="left"
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">589,366</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">589,366</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AVIATION PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

WASHSTATEC015732

```
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left"
colname="column2" rowsep="0">ROTARY WING UPGRADES AND SUSTAINMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">172,020</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">172,020</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left"
colname="column2" rowsep="0">UNMANNED ISR</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">15,208</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">15,208</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left"
colname="column2" rowsep="0">NON-STANDARD AVIATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">32,310</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,310</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left"
colname="column2" rowsep="0">Uâ€28</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">10,898</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">10,898</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left"
colname="column2" rowsep="0">MHâ€47 CHINOOK</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">173,812</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">173,812</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left"
colname="column2" rowsep="0">CVâ€22 MODIFICATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17,256</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">17,256</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">MQâ€9 UNMANNED AERIAL VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,338</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,338</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column2" rowsep="0">PRECISION STRIKE PACKAGE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">232,930</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">232,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left"
colname="column2" rowsep="0">AC/MCâ€130J</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">173,419</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">165,019</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> RFCM realignment to RDAF FVL</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€8,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left"
colname="column2" rowsep="0">Câ€130 MODIFICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,582</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">15,582</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

WASHSTATEC015733

```
modify="clr-ldr" rowsep="0"><bold>SHIPBUILDING</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left"
colname="column2" rowsep="0">UNDERWATER SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">58,991</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">58,991</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AMMUNITION PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left"
colname="column2" rowsep="0">ORDNANCE ITEMS &lt;$5M</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">279,992</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">279,992</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT PROGRAMS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">065</entry><entry align="left"
colname="column2" rowsep="0">INTELLIGENCE SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">100,641</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">100,641</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left"
colname="column2" rowsep="0">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,522</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,522</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left"
colname="column2" rowsep="0">OTHER ITEMS &lt;$5M</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">103,910</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">103,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left"
colname="column2" rowsep="0">COMBATANT CRAFT SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">33,088</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">33,088</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">63,467</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">63,467</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">77,832</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">77,832</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left"
colname="column2" rowsep="0">WARRIOR SYSTEMS &lt;$5M</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">298,480</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">298,480</entry></row>
```

WASHSTATEC015734

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left"
colname="column2" rowsep="0">COMBAT MISSION REQUIREMENTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">19,702</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">19,702</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">073</entry><entry align="left"
colname="column2" rowsep="0">GLOBAL VIDEO SURVEILLANCE ACTIVITIES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,787</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,787</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">074</entry><entry align="left"
colname="column2" rowsep="0">OPERATIONAL ENHANCEMENTS INTELLIGENCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,175</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,175</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left"
colname="column2" rowsep="0">OPERATIONAL ENHANCEMENTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">282,532</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">282,532</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CBDP</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">076</entry><entry align="left"
colname="column2" rowsep="0">CHEMICAL BIOLOGICAL SITUATIONAL AWARENESS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">162,406</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">162,406</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">077</entry><entry align="left"
colname="column2" rowsep="0">CB PROTECTION &amp; HAZARD MITIGATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">188,188</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">183,618</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€“4,570]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT, DEFENSE-
WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>5,114,416</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>5,028,727</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>JOINT URGENT OPERATIONAL NEEDS
FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

WASHSTATEC015735

```
modify="clr-ldr" rowsep="0"><bold>JOINT URGENT OPERATIONAL NEEDS
FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">JOINT URGENT OPERATIONAL NEEDS FUND</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">99,200</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"99,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL JOINT URGENT OPERATIONAL NEEDS
FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>99,200</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>132,343,701</bold></entry><entry align="left" colname="column8"
leader-modify="clr-ldr"
rowsep="0"><bold>133,100,265</bold></entry></row></tbody></tgroup></table></section>

<section id="H58AE92D47F624F6C89DC7FA667412053"><enum>4102.</enum><header>Procurement
for overseas contingency operations</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Procurement for Overseas
Contingency Operations" table-type="">

<tgroup bearoff="2" cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="6.6.8" ttitle-size="7"><colspec align="center" coldef="txt-no-ldr-no-spread"
colname="column1" colnum="0" colwidth="107pts" min-data-value="32"/><colspec
coldef="txt" colname="column2" colnum="1" colwidth="242pts" min-data-
value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="196pts" min-
data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig"
colname="column8" colnum="11" colwidth="139pts" min-data-value="12"/><thead>

<row><entry colname="column1" nameend="column8" namest="column1"><bold>SEC. 4102.
PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS<linebreak/>(In Thousands of
Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Line</bold></entry><entry align="center" colname="column2"
morerows="0" namest="column2"><bold>Item</bold></entry><entry align="center"
colname="column4" morerows="0" namest="column4"><bold>FY 2020
<linebreak/>Request</bold></entry><entry align="center" colname="column8" morerows="0"
namest="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

WASHSTATEC015736

```
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FIXED WING</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">MQâ€‘1 UAV</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">54,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">54,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ROTARY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">CHâ€‘47 HELICOPTER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">25,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">25,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF AIRCRAFT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">MULTI SENSOR ABN RECON (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">80,260</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">80,260</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left"
colname="column2" rowsep="0">GRCS SEMA MODS (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">750</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">750</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">EMARSS SEMA MODS (MIP)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">22,180</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">22,180</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">UTILITY/CARGO AIRPLANE MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,362</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,362</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">NETWORK AND MISSION PLAN</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">DEGRADED VISUAL ENVIRONMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">49,450</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">49,450</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

WASHSTATEC015737

```
modify="clr-ldr" rowsep="0"><bold>GROUND SUPPORT AVIONICS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left"
colname="column2" rowsep="0">CMWS</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">130,219</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">130,219</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left"
colname="column2" rowsep="0">COMMON INFRARED COUNTERMEASURES (CIRCM)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,310</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,310</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE
XM2</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">2,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">2,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL AIRCRAFT PROCUREMENT, ARMY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>381,541</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>381,541</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISSILE PROCUREMENT, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SURFACE-TO-AIR MISSILE SYSTEM</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">M-SHORADâ€"PROCUREMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">158,300</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">158,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">MSE MISSILE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">37,938</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">37,938</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIR-TO-SURFACE MISSILE SYSTEM</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

WASHSTATEC015738

```
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">HELLFIRE SYS SUMMARY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">236,265</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">236,265</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ANTI-TANK/ASSAULT MISSILE SYS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">JAVELIN (AAWS-M) SYSTEM SUMMARY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,389</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,389</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">GUIDED MLRS ROCKET (GMLRS)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">431,596</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">431,596</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">ARMY TACTICAL MSL SYS (ATACMS)â€"SYS SUM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">130,770</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">130,770</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">LETHAL MINIATURE AERIAL MISSILE SYSTEM
(LMAMS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">83,300</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">83,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATIONS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">STINGER MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">7,500</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">7,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">MLRS MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">348,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">336,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"11,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL MISSILE PROCUREMENT, ARMY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>1,438,058</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>1,426,558</bold></entry></row>
```

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF W&amp;TCV, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TRACKED COMBAT VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">ARMORED MULTI PURPOSE VEHICLE (AMPV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">221,638</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">221,638</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF TRACKED COMBAT
VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">STRYKER (MOD)</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">4,100</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">4,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">IMPROVED RECOVERY VEHICLE (M88A2 HERCULES)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">80,146</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">80,146</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">M1 ABRAMS TANK (MOD)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">13,100</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">13,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>WEAPONS &amp; OTHER COMBAT
VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">M240 MEDIUM MACHINE GUN (7.62MM)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">900</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,400</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
```

```
colname="column2" rowsep="0">MORTAR SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">18,941</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">18,941</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">XM320 GRENADE LAUNCHER MODULE (GLM)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">526</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">526</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left"
colname="column2" rowsep="0">CARBINE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,183</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">1,183</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left"
colname="column2" rowsep="0">COMMON REMOTELY OPERATED WEAPONS STATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,182</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,182</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">HANDGUN</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">248</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">248</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MOD OF WEAPONS AND OTHER COMBAT
VEH</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">M2 50 CAL MACHINE GUN MODS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,090</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT OF W&amp;TCV, ARMY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>353,454</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>353,454</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMUNITION, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SMALL/MEDIUM CAL AMMUNITION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">CTG, 5.56MM, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">567</entry><entry align="left"
```

WASHSTATEC015741

```
colname="column8" leader-modify="clr-ldr" rowsep="0">567</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">CTG, 7.62MM, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">40</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">40</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">CTG, HANDGUN, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">17</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">CTG, .50 CAL, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">189</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">189</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">CTG, 30MM, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">24,900</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">24,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ARTILLERY AMMUNITION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">PROJ 155MM EXTENDED RANGE M982</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">36,052</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">36,052</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">ARTILLERY PROPELLANTS, FUZES AND PRIMERS,
ALL</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">7,271</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">7,271</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ROCKETS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">SHOULDER LAUNCHED MUNITIONS, ALL TYPES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">176</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">176</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">ROCKET, HYDRA 70, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">79,459</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">79,459</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISCELLANEOUS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015742

```
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION (AMMO)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT OF AMMUNITION, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>148,682</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>148,682</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL VEHICLES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF HEAVY TACTICAL VEHICLES (FHTV)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,917</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,917</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">PLS ESP</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">16,941</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">16,941</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">62,734</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">62,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL WHEELED VEHICLE PROTECTION KITS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">MODIFICATION OF IN SVC EQUIP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">28,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">28,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€JOINT COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL NETWORK TECHNOLOGY MOD IN SVC</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,000</entry><entry
```

```
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">40,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"SATELLITE COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left"
colname="column2" rowsep="0">TRANSPORTABLE TACTICAL COMMAND
COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">6,930</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">6,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">ASSURED POSITIONING, NAVIGATION AND TIMING</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,778</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,778</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left"
colname="column2" rowsep="0">SMART-T (SPACE)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">825</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">825</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"COMBAT COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column2" rowsep="0">RADIO TERMINAL SET, MIDS LVT(2)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">350</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">350</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left"
colname="column2" rowsep="0">COTS COMMUNICATIONS EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">20,400</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">20,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF MED COMM FOR COMBAT CASUALTY CARE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,231</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,231</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"INTELLIGENCE COMM</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">CI AUTOMATION ARCHITECTURE (MIP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,200</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€"LONG HAUL COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015744

```
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">BASE SUPPORT COMMUNICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">20,482</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">20,482</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMâ€BASE COMMUNICATIONS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column2" rowsep="0">INFORMATION SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">55,800</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">55,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left"
colname="column2" rowsep="0">INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">75,820</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">75,820</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€TACT INT REL ACT
(TIARA)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left"
colname="column2" rowsep="0">DCGS-A (MIP)</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">38,613</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">38,613</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column2" rowsep="0">TROJAN (MIP)</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,337</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">1,337</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left"
colname="column2" rowsep="0">MOD OF IN-SVC EQUIP (INTEL SPT) (MIP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,051</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,051</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left"
colname="column2" rowsep="0">BIOMETRIC TACTICAL COLLECTION DEVICES (MIP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,800</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€ELECTRONIC WARFARE
(EW)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">082</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF PERSISTENT SURVEILLANCE CAP. (MIP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">71,493</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,493</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
```

```
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">083</entry><entry align="left"
colname="column2" rowsep="0">COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,917</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,917</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€TACTICAL SURV. (TAC
SURV)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">085</entry><entry align="left"
colname="column2" rowsep="0">SENTINEL MODS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">20,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">20,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">086</entry><entry align="left"
colname="column2" rowsep="0">NIGHT VISION DEVICES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,676</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,676</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">094</entry><entry align="left"
colname="column2" rowsep="0">JOINT BATTLE COMMANDâ€PLATFORM (JBC-P)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,568</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,568</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">097</entry><entry align="left"
colname="column2" rowsep="0">COMPUTER BALLISTICS: LHMBC XM32</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">570</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">570</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">098</entry><entry align="left"
colname="column2" rowsep="0">MORTAR FIRE CONTROL SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,975</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">15,975</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€TACTICAL C2
SYSTEMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">103</entry><entry align="left"
colname="column2" rowsep="0">AIR &amp; MSL DEFENSE PLANNING &amp; CONTROL
SYS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">14,331</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">14,331</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€AUTOMATION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">112</entry><entry align="left"
colname="column2" rowsep="0">ARMY TRAINING MODERNIZATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,014</entry><entry align="left"
```

WASHSTATEC015746

```
colname="column8" leader-modify="clr-ldr" rowsep="0">6,014</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">113</entry><entry align="left"
colname="column2" rowsep="0">AUTOMATED DATA PROCESSING EQUIP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">32,700</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CHEMICAL DEFENSIVE EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">124</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF NON-LETHAL EQUIPMENT (FNLE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,480</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,480</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">125</entry><entry align="left"
colname="column2" rowsep="0">BASE DEFENSE SYSTEMS (BDS)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">47,110</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">39,984</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,126]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">126</entry><entry align="left"
colname="column2" rowsep="0">CBRN DEFENSE</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">18,711</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">17,461</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Unit cost discrepancies</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BRIDGING EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL BRIDGING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,884</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,884</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ENGINEER (NON-CONSTRUCTION)
EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">133</entry><entry align="left"
colname="column2" rowsep="0">GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,500</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,655</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"845]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">135</entry><entry align="left"
colname="column2" rowsep="0">HUSKY MOUNTED DETECTION SYSTEM (HMDS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,253</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,071</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"6,182]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">136</entry><entry align="left"
colname="column2" rowsep="0">ROBOTIC COMBAT SUPPORT SYSTEM (RCSS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,300</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column2" rowsep="0">RENDER SAFE SETS OUTFITS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">84,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">84,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMBAT SERVICE SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">143</entry><entry align="left"
colname="column2" rowsep="0">HEATERS AND ECU'S</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">145</entry><entry align="left"
colname="column2" rowsep="0">PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,101</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,101</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">146</entry><entry align="left"
colname="column2" rowsep="0">GROUND SOLDIER SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,760</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,760</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">148</entry><entry align="left"
colname="column2" rowsep="0">FORCE PROVIDER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">56,400</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">56,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left"
colname="column2" rowsep="0">CARGO AERIAL DEL &amp; PERSONNEL PARACHUTE
SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">2,040</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">2,040</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PETROLEUM EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

WASHSTATEC015748

```
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">154</entry><entry align="left"
colname="column2" rowsep="0">DISTRIBUTION SYSTEMS, PETROLEUM &amp; WATER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,986</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,986</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MEDICAL EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">155</entry><entry align="left"
colname="column2" rowsep="0">COMBAT SUPPORT MEDICAL</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,735</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,735</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CONSTRUCTION EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">159</entry><entry align="left"
colname="column2" rowsep="0">SCRAPERS, EARTHMOVING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,669</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,669</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left"
colname="column2" rowsep="0">LOADERS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">380</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">380</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">162</entry><entry align="left"
colname="column2" rowsep="0">TRACTOR, FULL TRACKED</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,225</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">8,225</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">164</entry><entry align="left"
colname="column2" rowsep="0">HIGH MOBILITY ENGINEER EXCAVATOR (HMEE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">166</entry><entry align="left"
colname="column2" rowsep="0">CONST EQUIP ESP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,870</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,870</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">167</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (CONST EQUIP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">350</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">350</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GENERATORS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">171</entry><entry align="left"
```

```
colname="column2" rowsep="0">GENERATORS AND ASSOCIATED EQUIP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,436</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,436</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MATERIAL HANDLING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">173</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF FORKLIFTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,152</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,152</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">175</entry><entry align="left"
colname="column2" rowsep="0">TRAINING DEVICES, NONSYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,106</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,106</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TEST MEASURE AND DIG EQUIPMENT
(TMD)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">181</entry><entry align="left"
colname="column2" rowsep="0">INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,395</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,395</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">184</entry><entry align="left"
colname="column2" rowsep="0">RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,122</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,122</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">185</entry><entry align="left"
colname="column2" rowsep="0">PHYSICAL SECURITY SYSTEMS (OPA3)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,016</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,016</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">187</entry><entry align="left"
colname="column2" rowsep="0">MODIFICATION OF IN-SVC EQUIPMENT (OPAâ€"3)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,354</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,354</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">189</entry><entry align="left"
colname="column2" rowsep="0">BUILDING, PRE-FAB, RELOCATABLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">62,654</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">62,654</entry></row>
```

WASHSTATEC015750

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL OTHER PROCUREMENT, ARMY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>1,131,450</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>1,076,047</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left"
colname="column2" rowsep="0">STUASL0 UAV</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">7,921</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">7,921</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">MQâ€"9A REAPER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">77,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">77,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF AIRCRAFT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left"
colname="column2" rowsep="0">EPâ€"3 SERIES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">5,488</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">5,488</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL PROJECT AIRCRAFT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,498</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,498</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">COMMON ECM EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,406</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,406</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left"
colname="column2" rowsep="0">COMMON DEFENSIVE WEAPON SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,274</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,274</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left"
colname="column2" rowsep="0">QRC</entry><entry align="left" colname="column4" leader-
```

```
modify="clr-ldr" rowsep="0">18,458</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">18,458</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL AIRCRAFT PROCUREMENT, NAVY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>119,045</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>119,045</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>WEAPONS PROCUREMENT, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL MISSILES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">JOINT AIR GROUND MISSILE (JAGM)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">90,966</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">90,966</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">AERIAL TARGETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,500</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">6,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL WEAPONS PROCUREMENT, NAVY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>97,466</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>97,466</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMO, NAVY &amp;
MC</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>NAVY AMMUNITION</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">GENERAL PURPOSE BOMBS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,978</entry><entry align="left"
```

WASHSTATEC015752

```
colname="column8" leader-modify="clr-ldr" rowsep="0">26,978</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">JDAM</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">12,263</entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">12,263</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"
colname="column2" rowsep="0">AIRBORNE ROCKETS, ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">45,020</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">45,020</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">MACHINE GUN AMMUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">33,577</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">33,577</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">PRACTICE BOMBS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,903</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">11,903</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left"
colname="column2" rowsep="0">CARTRIDGES &amp; CART ACTUATED DEVICES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,081</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,081</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">AIR EXPENDABLE COUNTERMEASURES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,911</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,911</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">OTHER SHIP GUN AMMUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,262</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,262</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">SMALL ARMS &amp; LANDING PARTY AMMO</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,010</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,010</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"
colname="column2" rowsep="0">PYROTECHNIC AND DEMOLITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">537</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">537</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MARINE CORPS AMMUNITION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">MORTARS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">1,930</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">1,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
```

WASHSTATEC015753

```
colname="column2" rowsep="0">DIRECT SUPPORT MUNITIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,172</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,172</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">INFANTRY WEAPONS AMMUNITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,158</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,158</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"
colname="column2" rowsep="0">COMBAT SUPPORT MUNITIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">965</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">965</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left"
colname="column2" rowsep="0">ARTILLERY MUNITIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">32,047</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">32,047</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT OF AMMO, NAVY &amp; MC</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>204,814</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>204,814</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER SHIPBOARD EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column2" rowsep="0">UNDERWATER EOD PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,800</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ASW ELECTRONIC EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left"
colname="column2" rowsep="0">FIXED SURVEILLANCE SYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">310,503</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">310,503</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SONOBUOYS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>
```

WASHSTATEC015754

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">085</entry><entry align="left"
colname="column2" rowsep="0">SONOBUOYSâ€"ALL TYPES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,910</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">088</entry><entry align="left"
colname="column2" rowsep="0">AIRCRAFT SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">13,420</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">13,420</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">094</entry><entry align="left"
colname="column2" rowsep="0">AVIATION SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">500</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER ORDNANCE SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">103</entry><entry align="left"
colname="column2" rowsep="0">EXPLOSIVE ORDNANCE DISPOSAL EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,307</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,307</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CIVIL ENGINEERING SUPPORT
EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">108</entry><entry align="left"
colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">173</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">173</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">109</entry><entry align="left"
colname="column2" rowsep="0">GENERAL PURPOSE TRUCKS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">408</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">408</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">111</entry><entry align="left"
colname="column2" rowsep="0">FIRE FIGHTING EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">785</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">785</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SUPPLY SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">117</entry><entry align="left"
colname="column2" rowsep="0">SUPPLY EQUIPMENT</entry><entry align="left"
```

WASHSTATEC015755

```
colname="column4" leader-modify="clr-ldr" rowsep="0">100</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">118</entry><entry align="left"
colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">510</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">510</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMAND SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">122</entry><entry align="left"
colname="column2" rowsep="0">COMMAND SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,800</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">123</entry><entry align="left"
colname="column2" rowsep="0">MEDICAL SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,794</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,794</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">126</entry><entry align="left"
colname="column2" rowsep="0">OPERATING FORCES SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,090</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left"
colname="column2" rowsep="0">ENVIRONMENTAL SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">200</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">129</entry><entry align="left"
colname="column2" rowsep="0">PHYSICAL SECURITY EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,300</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL OTHER PROCUREMENT, NAVY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>357,600</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>357,600</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT, MARINE CORPS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GUIDED MISSILES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>
```

WASHSTATEC015756

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry></entry><entry align="left"
colname="column2" rowsep="0">GUIDED MLRS ROCKET (GMLRS)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,919</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,919</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ENGINEER AND OTHER EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left"
colname="column2" rowsep="0">EOD SYSTEMS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">3,670</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">3,670</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT, MARINE CORPS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>20,589</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>20,589</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">MQâ€"9</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">172,240</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">172,240</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left"
colname="column2" rowsep="0">RQâ€"20B PUMA</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">12,150</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">12,150</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>STRATEGIC AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"
colname="column2" rowsep="0">LARGE AIRCRAFT INFRARED COUNTERMEASURES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">53,335</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">53,335</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left"
```

WASHSTATEC015757

```
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left"
colname="column2" rowsep="0">MQâ€9 UAS PAYLOADS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">19,800</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">19,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SPARES AND REPAIR PARTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left"
colname="column2" rowsep="0">INITIAL SPARES/REPAIR PARTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">44,560</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">44,560</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMON SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left"
colname="column2" rowsep="0">AIRCRAFT REPLACEMENT SUPPORT EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,025</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,025</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>309,110</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>309,110</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MISSILE PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">JOINT AIR-SURFACE STANDOFF MISSILE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,900</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">PREDATOR HELLFIRE MISSILE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">180,771</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">180,771</entry></row>
```

WASHSTATEC015758

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL MISSILE PROCUREMENT, AIR FORCE</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>201,671</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>201,671</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMUNITION, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ROCKETS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">ROCKETS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">84,960</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">84,960</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CARTRIDGES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left"
colname="column2" rowsep="0">CARTRIDGES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">52,642</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">52,642</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BOMBS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">GENERAL PURPOSE BOMBS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">545,309</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">545,309</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FLARES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left"
colname="column2" rowsep="0">FLARES</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">93,272</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">93,272</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
```

WASHSTATEC015759

```
modify="clr-ldr" rowsep="0"><bold>FUZES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left"
colname="column2" rowsep="0">FUZES</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0">157,155</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">157,155</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SMALL ARMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"
colname="column2" rowsep="0">SMALL ARMS</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">6,095</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">6,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>939,433</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>939,433</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PASSENGER CARRYING VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,276</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,276</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CARGO AND UTILITY VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">CARGO AND UTILITY VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">9,702</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">9,702</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPECIAL PURPOSE VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>
```

WASHSTATEC015760

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left"
colname="column2" rowsep="0">JOINT LIGHT TACTICAL VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">40,999</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">40,999</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL PURPOSE VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">52,502</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">52,502</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FIRE FIGHTING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left"
colname="column2" rowsep="0">FIRE FIGHTING/CRASH RESCUE VEHICLES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,652</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,652</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MATERIALS HANDLING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">MATERIALS HANDLING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,944</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,944</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BASE MAINTENANCE SUPPORT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column2" rowsep="0">RUNWAY SNOW REMOV AND CLEANING EQU</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,753</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,753</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">BASE MAINTENANCE SUPPORT VEHICLES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,837</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,837</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPCL COMM-ELECTRONICS PROJECTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">GENERAL INFORMATION TECHNOLOGY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left"
colname="column2" rowsep="0">AIR FORCE PHYSICAL SECURITY SYSTEM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">106,919</entry><entry
```

WASHSTATEC015761

```
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">106,919</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>ORGANIZATION AND BASE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL C-E EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">306</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">306</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left"
colname="column2" rowsep="0">BASE COMM INFRASTRUCTURE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,300</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PERSONAL SAFETY &amp; RESCUE
EQUIP</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left"
colname="column2" rowsep="0">PERSONAL SAFETY AND RESCUE EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,200</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">22,200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BASE SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">MOBILITY EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,535</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">26,535</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column2" rowsep="0">FUELS SUPPORT EQUIPMENT (FSE)</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,040</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">4,040</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left"
colname="column2" rowsep="0">BASE MAINTENANCE AND SUPPORT EQUIPMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,067</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,067</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">066A</entry><entry align="left"
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,209,066</entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">3,209,066</entry></row>
```

WASHSTATEC015762

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL OTHER PROCUREMENT, AIR FORCE</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>3,538,098</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>3,538,098</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PROCUREMENT, DEFENSE-WIDE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DISA</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">TELEPORT PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">3,800</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">3,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left"
colname="column2" rowsep="0">DEFENSE INFORMATION SYSTEM NETWORK</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,000</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION
AGENCY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left"
colname="column2" rowsep="0">COUNTER IED &amp; IMPROVISED THREAT
TECHNOLOGIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">4,590</entry><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0">4,590</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">049A</entry><entry align="left"
colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">51,380</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">46,380</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€“5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015763

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AVIATION PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column2" rowsep="0">MANNED ISR</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left"
colname="column2" rowsep="0">MCâ€12</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left"
colname="column2" rowsep="0">MHâ€60 BLACKHAWK</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">28,100</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">28,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left"
colname="column2" rowsep="0">UNMANNED ISR</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">8,207</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">8,207</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left"
colname="column2" rowsep="0">Uâ€28</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">31,500</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">31,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left"
colname="column2" rowsep="0">MHâ€47 CHINOOK</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">37,500</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">37,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left"
colname="column2" rowsep="0">MQâ€9 UNMANNED AERIAL VEHICLE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,900</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">1,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AMMUNITION PROGRAMS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left"
colname="column2" rowsep="0">ORDNANCE ITEMS &lt;$5M</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">138,252</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">138,252</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT PROGRAMS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">065</entry><entry align="left"
colname="column2" rowsep="0">INTELLIGENCE SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">16,500</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">16,500</entry></row>
```

WASHSTATEC015764

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left"
colname="column2" rowsep="0">OTHER ITEMS &lt;$5M</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">28</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">28</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,990</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">2,990</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left"
colname="column2" rowsep="0">WARRIOR SYSTEMS &lt;$5M</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">37,512</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">37,512</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left"
colname="column2" rowsep="0">COMBAT MISSION REQUIREMENTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">10,000</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">10,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">074</entry><entry align="left"
colname="column2" rowsep="0">OPERATIONAL ENHANCEMENTS INTELLIGENCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,594</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,594</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left"
colname="column2" rowsep="0">OPERATIONAL ENHANCEMENTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">45,194</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">45,194</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT, DEFENSE-WIDE</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>447,047</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>442,047</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>NATIONAL GUARD AND RESERVE
EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0">265,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
```

WASHSTATEC015765

```
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[265,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL NATIONAL GUARD AND RESERVE EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>265,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT</bold></entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"><bold>9,688,058</bold></entry><entry align="left"
colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>9,881,155</bold></entry></row></tbody></tgroup></table></section>

<section id="H9FE2E96A606D416DAE7F2482DBA0BD12"><enum>4103.</enum><header>Procurement
for emergency requirements</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Procurement for OCO for Base
Requirements" table-type="">

<tgroup bearoff="2" cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="6.6.8" ttitle-size="7"><colspec align="center" coldef="txt-no-ldr-no-spread"
colname="column1" colnum="0" colwidth="32pts" min-data-value="32"/><colspec
coldef="txt" colname="column2" colnum="1" colwidth="203pts" min-data-
value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="40pts" min-
data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig"
colname="column8" colnum="11" colwidth="40pts" min-data-value="12"/><thead>

<row><entry colname="column1" morerows="0" nameend="column8"
namest="column1"><bold>SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS<linebreak/>(In
Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Line</bold></entry><entry align="center" colname="column2"
morerows="0" namest="column2"><bold>Item</bold></entry><entry align="center"
colname="column4" morerows="0" namest="column4"><bold>FY 2020
<linebreak/>Request</bold></entry><entry align="center" colname="column8" morerows="0"
namest="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMAND SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">122</entry><entry align="left"
colname="column2" rowsep="0">COMMAND SUPPORT EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">233,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
```

```
modify="fl-hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[233,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT, NAVY</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>233,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TACTICAL FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left"
colname="column2" rowsep="0">RCâ€¯135</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">204,448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[204,448]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>COMMON SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left"
colname="column2" rowsep="0">AIRCRAFT REPLACEMENT SUPPORT EQUIP</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">46,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[46,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr" rowsep="0"><bold>250,448</bold></entry></row>
```

WASHSTATEC015767

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>PASSENGER CARRYING VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left"
colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">994</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[994]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>CARGO AND UTILITY VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left"
colname="column2" rowsep="0">CARGO AND UTILITY VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">126</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[126]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPECIAL PURPOSE VEHICLES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left"
colname="column2" rowsep="0">SPECIAL PURPOSE VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">306</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[306]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>FIRE FIGHTING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

WASHSTATEC015768

```
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left"
colname="column2" rowsep="0">MATERIALS HANDLING VEHICLES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">276</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[994]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BASE MAINTENANCE SUPPORT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left"
colname="column2" rowsep="0">BASE MAINTENANCE SUPPORT VEHICLES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[994]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>BASE SUPPORT EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left"
colname="column2" rowsep="0">BASE PROCURED EQUIPMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">49,434</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[49,434]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>SPECIAL SUPPORT PROJECTS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left"
colname="column2" rowsep="0">DARP RC135</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8"
leader-modify="clr-ldr" rowsep="0">29,438</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[29,438]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
```

WASHSTATEC015769

```
rowsep="0"><bold>TOTAL OTHER PROCUREMENT, AIR FORCE</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry
align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>82,974</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"
rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"
rowsep="0"><bold>TOTAL PROCUREMENT</bold></entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left"
colname="column8" leader-modify="clr-ldr"
rowsep="0"><bold>566,422</bold></entry></row></tbody></tgroup></table></section></title
>

<title id="H59D796276A55425DAD85A8B7A15C4AF4"><enum> XLII</enum><header>RESEARCH,
DEVELOPMENT, TEST, AND EVALUATION</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H59D796276A55425DAD85A8B7A15C4AF4" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H3A6FDD1331E841BC8BA6E44813C7309A"
level="section">Sec.â€‚4201.â€‚Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H3C76793B607D4E76938BDAB33D1BA4F4"
level="section">Sec.â€‚4202.â€‚Research, development, test, and evaluation for overseas
contingency operations.</toc-entry>

<toc-entry idref="HAB5E367C08A44394843B975360A6043F"
level="section">Sec.â€‚4203.â€‚Research, development, test, and evaluation for
emergency requirements.</toc-entry> </toc>

<section id="H3A6FDD1331E841BC8BA6E44813C7309A"><enum>4201.</enum><header>Research,
development, test, and evaluation</header>

<table table-type="" table-template-name="Research, Development, Test and Evaluation"
align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver"
rule-weights="4.4.4.0.0.0">

<tgroup cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-
size="8" bearoff="2"><colspec align="center" coldef="fig" colname="column1" colnum="0"
min-data-value="5" colwidth="44pts"/><colspec coldef="txt-no-ldr-no-spread"
colname="column2" colnum="1" min-data-value="46" colwidth="75pts"/><colspec
coldef="txt" colname="column3" colnum="2" min-data-value="50"
colwidth="436pts"/><colspec coldef="fig" colname="column4" colnum="3" min-data-
value="12" colwidth="74pts"/><colspec align="char" char="]" charoff="0" coldef="fig"
colname="column8" colnum="7" min-data-value="12" colwidth="85pts"/><thead>

<row><entry namest="column1" nameend="column8" morerows="0"
colname="column1"><bold>SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND
EVALUATION<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center"
colname="column1"><bold>Line</bold></entry><entry namest="column2" morerows="0"
align="center" colname="column2"><bold>Program<linebreak/>Element</bold></entry><entry
namest="column3" morerows="0" align="center"
colname="column3"><bold>Item</bold></entry><entry namest="column4" morerows="0"
align="center" colname="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry
namest="column8" morerows="0" align="center" colname="column8"><bold>Conference
<linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
```

```
modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>BASIC RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601102A</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE RESEARCH SCIENCES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">297,976</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">307,976</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Counter UAS University Research</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Cyber basic research</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601103A</entry><entry align="left" rowsep="0"
colname="column3">UNIVERSITY RESEARCH INITIATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">65,858</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">75,858</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">004</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601104A</entry><entry align="left" rowsep="0"
colname="column3">UNIVERSITY AND INDUSTRY RESEARCH CENTERS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">86,164</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">95,164</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increaseâ€"artificial intelligence</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> University and industry biotechnology
research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[4,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

```
stub-hierarchy="1" colname="column1">005</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601121A</entry><entry align="left" rowsep="0"
colname="column3">CYBER COLLABORATIVE RESEARCH ALLIANCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">4,982</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">4,982</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL BASIC RESEARCH</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">454,980</entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>483,980</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602141A</entry><entry align="left" rowsep="0"
colname="column3">LETHALITY TECHNOLOGY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">26,961</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">31,961</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increaseâ€"next generation air-breathing
propulsion technology</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">011</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602142A</entry><entry align="left" rowsep="0"
colname="column3">ARMY APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">25,319</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">25,319</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">012</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602143A</entry><entry align="left" rowsep="0"
colname="column3">SOLDIER LETHALITY TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">115,274</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">128,274</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Expeditionary mobile base camp technology</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> HEROES program</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
```

WASHSTATEC015772

ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> UPL MDTF for INDOPACOM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">013</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602144A</entry><entry align="left" rowsep="0"
colname="column3">GROUND TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">35,199</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">54,199</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced materials manufacturing process</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Biopolymer structural materials</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Cellulose structural materials</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> High performance polymers research</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Manufacturing research technology</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">014</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602145A</entry><entry align="left" rowsep="0"
colname="column3">NEXT GENERATION COMBAT VEHICLE TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">219,047</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">225,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Structural thermoplastics</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">015</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602146A</entry><entry align="left" rowsep="0"
colname="column3">NETWORK C3I TECHNOLOGY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">114,516</entry><entry align="char" leader-

```
modify="clr-ldr" colname="column8">117,016</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Next generation SAR small sat</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">016</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602147A</entry><entry align="left" rowsep="0"
colname="column3">LONG RANGE PRECISION FIRES TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">74,327</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">86,327</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Composite tube and propulsion technology</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Novel printed armament components</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">017</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602148A</entry><entry align="left" rowsep="0"
colname="column3">FUTURE VERTICLE LIFT TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">93,601</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">96,601</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">018</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602150A</entry><entry align="left" rowsep="0"
colname="column3">AIR AND MISSILE DEFENSE TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">50,771</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">50,771</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602213A</entry><entry align="left" rowsep="0"
colname="column3">C3I APPLIED CYBER</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">18,947</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">18,947</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602785A</entry><entry align="left" rowsep="0"
colname="column3">MANPOWER/PERSONNEL/TRAINING TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">20,873</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">20,873</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602787A</entry><entry align="left" rowsep="0"
colname="column3">MEDICAL TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">99,155</entry><entry align="char" leader-modify="clr-ldr"
```

WASHSTATEC015774

```
colname="column8">108,955</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Female warfighter performance research</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Musculoskeletal injury risk mitigation</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[4,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL APPLIED RESEARCH</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">893,990</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>964,290</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">042</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603002A</entry><entry align="left" rowsep="0"
colname="column3">MEDICAL ADVANCED TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">42,030</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">42,030</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">047</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603007A</entry><entry align="left" rowsep="0"
colname="column3">MANPOWER, PERSONNEL AND TRAINING ADVANCED TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,038</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">11,038</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603117A</entry><entry align="left" rowsep="0"
colname="column3">ARMY ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">63,338</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">63,338</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">051</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603118A</entry><entry align="left" rowsep="0"
colname="column3">SOLDIER LETHALITY ADVANCED TECHNOLOGY</entry><entry align="left"
```

```
leader-modify="clr-ldr" rowsep="0" colname="column4">118,468</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">128,468</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Improvement of combat helmet suspension
systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Thermal mitigation technologies</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">052</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603119A</entry><entry align="left" rowsep="0"
colname="column3">GROUND ADVANCED TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">12,593</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">35,593</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> 100 hour battery</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Ground advanced technology for cold regions</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Lightweight protective and hardening
materials</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Robotic construction research</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">059</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603457A</entry><entry align="left" rowsep="0"
colname="column3">C3I CYBER ADVANCED DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">13,769</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">13,769</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603461A</entry><entry align="left" rowsep="0"
colname="column3">HIGH PERFORMANCE COMPUTING MODERNIZATION PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">184,755</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">224,755</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC015776

```
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[40,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">061</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603462A</entry><entry align="left" rowsep="0"
colname="column3">NEXT GENERATION COMBAT VEHICLE ADVANCED TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">160,035</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">174,035</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Ground vehicle sustainment research</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[4,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increaseâ€"hydrogen fuel cells</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">062</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603463A</entry><entry align="left" rowsep="0"
colname="column3">NETWORK C3I ADVANCED TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">106,899</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">103,899</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Underexecution</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">063</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603464A</entry><entry align="left" rowsep="0"
colname="column3">LONG RANGE PRECISION FIRES ADVANCED TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">174,386</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">183,386</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Hypersonics research</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[4,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase missile demonstrations</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">064</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603465A</entry><entry align="left" rowsep="0"
colname="column3">FUTURE VERTICAL LIFT ADVANCED TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">151,640</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">151,640</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">065</entry><entry align="left" leader-modify="clr-
```

```
ldr" rowsep="0" colname="column2">0603466A</entry><entry align="left" rowsep="0"
colname="column3">AIR AND MISSILE DEFENSE ADVANCED TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">60,613</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">60,613</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED TECHNOLOGY
DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,099,564</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>1,192,564</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">073</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603305A</entry><entry align="left" rowsep="0"
colname="column3">ARMY MISSLE DEFENSE SYSTEMS INTEGRATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">10,987</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">18,987</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Conventional mission capabilities</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603327A</entry><entry align="left" rowsep="0"
colname="column3">AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,148</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">15,148</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">075</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603619A</entry><entry align="left" rowsep="0"
colname="column3">LANDMINE WARFARE AND BARRIERâ€"ADV DEV</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">92,915</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">92,915</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">077</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603639A</entry><entry align="left" rowsep="0"
colname="column3">TANK AND MEDIUM CALIBER AMMUNITION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">82,146</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">82,146</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">078</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603645A</entry><entry align="left" rowsep="0"
colname="column3">ARMORED SYSTEM MODERNIZATIONâ€"ADV DEV</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">157,656</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">157,656</entry></row>
```

WASHSTATEC015778

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603747A</entry><entry align="left" rowsep="0"
colname="column3">SOLDIER SUPPORT AND SURVIVABILITY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,514</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">6,514</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">080</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603766A</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL ELECTRONIC SURVEILLANCE SYSTEMâ€"ADV DEV</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,890</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">34,890</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">081</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603774A</entry><entry align="left" rowsep="0"
colname="column3">NIGHT VISION SYSTEMS ADVANCED DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">251,011</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">222,791</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> IVAS insufficient justification</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"28,220]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">082</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603779A</entry><entry align="left" rowsep="0"
colname="column3">ENVIRONMENTAL QUALITY TECHNOLOGYâ€"DEM/VAL</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">15,132</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">15,132</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">083</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603790A</entry><entry align="left" rowsep="0"
colname="column3">NATO RESEARCH AND DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,406</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,406</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">084</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603801A</entry><entry align="left" rowsep="0"
colname="column3">AVIATIONâ€"ADV DEV</entry><entry align="left" leader-modify="ADV DEV"
rowsep="0" colname="column4">459,290</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">534,890</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase: Future long-range assault
aircraft</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[75,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603804A</entry><entry align="left" rowsep="0"
colname="column3">LOGISTICS AND ENGINEER EQUIPMENTâ€"ADV DEV</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">6,254</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">6,254</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">086</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603807A</entry><entry align="left" rowsep="0"
colname="column3">MEDICAL SYSTEMSâ€"ADV DEV</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">31,175</entry><entry align="char" leader-
```

```
modify="clr-ldr" colname="column8">31,175</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">087</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603827A</entry><entry align="left" rowsep="0"
colname="column3">SOLDIER SYSTEMSâ€"ADVANCED DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">22,113</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">22,113</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">088</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604017A</entry><entry align="left" rowsep="0"
colname="column3">ROBOTICS DEVELOPMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">115,222</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">88,222</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"27,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604021A</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONIC WARFARE TECHNOLOGY MATURATION (MIP)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,043</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">18,043</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">091</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604100A</entry><entry align="left" rowsep="0"
colname="column3">ANALYSIS OF ALTERNATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10,023</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">10,023</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">092</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604113A</entry><entry align="left" rowsep="0"
colname="column3">FUTURE TACTICAL UNMANNED AIRCRAFT SYSTEM (FTUAS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,745</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">35,745</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program adjustment</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">093</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604114A</entry><entry align="left" rowsep="0"
colname="column3">LOWER TIER AIR MISSILE DEFENSE (LTAMD) SENSOR</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">427,772</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">379,772</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Rapid prototyping excess funding</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"48,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">094</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604115A</entry><entry align="left" rowsep="0"
colname="column3">TECHNOLOGY MATURATION INITIATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">196,676</entry><entry align="char"
```

WASHSTATEC015780

leader-modify="clr-ldr" colname="column8">161,676</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient schedule detail</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€“35,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604117A</entry><entry align="left" rowsep="0"
colname="column3">MANEUVERâ€“SHORT RANGE AIR DEFENSE (M-SHORAD)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">33,100</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">29,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess testing cost</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“3,700]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">097</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604119A</entry><entry align="left" rowsep="0"
colname="column3">ARMY ADVANCED COMPONENT DEVELOPMENT &amp; PROTOTYPING</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">115,116</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">103,331</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“11,785]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">099</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604121A</entry><entry align="left" rowsep="0"
colname="column3">SYNTHETIC TRAINING ENVIRONMENT REFINEMENT &amp;
PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">136,761</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">111,761</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need (IVAS)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“25,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604182A</entry><entry align="left" rowsep="0"
colname="column3">HYPERSONICS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">228,000</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">389,610</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Transfer from RDTE Defense-Wide, line 124</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[31,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> UPL accelerate Hypersonic Weapons System</entry><entry

```
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[130,610]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">102</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604403A</entry><entry align="left" rowsep="0"
colname="column3">FUTURE INTERCEPTOR</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">8,000</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€˜8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">103</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604541A</entry><entry align="left" rowsep="0"
colname="column3">UNIFIED NETWORK TRANSPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">39,600</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">29,700</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€˜9,900]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">104</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604644A</entry><entry align="left" rowsep="0"
colname="column3">MOBILE MEDIUM RANGE MISSILE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">20,000</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">10,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€˜10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">106</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305251A</entry><entry align="left" rowsep="0"
colname="column3">CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">52,102</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">52,102</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">107</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206120A</entry><entry align="left" rowsep="0"
colname="column3">ASSURED POSITIONING, NAVIGATION AND TIMING (PNT)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">192,562</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">150,062</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Project cancellation</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€˜42,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">108</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206308A</entry><entry align="left" rowsep="0"
colname="column3">ARMY SPACE SYSTEMS INTEGRATION</entry><entry align="left" leader-
```

```
modify="clr-ldr" rowsep="0" colname="column4">104,996</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">104,996</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>2,929,355</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>2,920,460</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>SYSTEM DEVELOPMENT &amp; DEMONSTRATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">109</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604201A</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT AVIONICS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">29,164</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">29,164</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">110</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604270A</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">70,539</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">70,539</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">113</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604601A</entry><entry align="left" rowsep="0"
colname="column3">INFANTRY SUPPORT WEAPONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">106,121</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">106,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">114</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604604A</entry><entry align="left" rowsep="0"
colname="column3">MEDIUM TACTICAL VEHICLES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,152</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,152</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">115</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604611A</entry><entry align="left" rowsep="0"
colname="column3">JAVELIN</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">17,897</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">16,055</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Qualification testing early to need</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€1,842]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">116</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604622A</entry><entry align="left" rowsep="0"
```

WASHSTATEC015783

```
colname="column3">FAMILY OF HEAVY TACTICAL VEHICLES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">16,745</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">16,745</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">117</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604633A</entry><entry align="left" rowsep="0"
colname="column3">AIR TRAFFIC CONTROL</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">6,989</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">6,989</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">118</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604642A</entry><entry align="left" rowsep="0"
colname="column3">LIGHT TACTICAL WHEELED VEHICLES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10,465</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,965</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"7,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">119</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604645A</entry><entry align="left" rowsep="0"
colname="column3">ARMORED SYSTEMS MODERNIZATION (ASM) â€"ENG DEV</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">310,152</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">293,964</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program delay</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"16,188]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">120</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604710A</entry><entry align="left" rowsep="0"
colname="column3">NIGHT VISION SYSTEMSâ€"ENG DEV</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">181,732</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">166,732</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient justification (IVAS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">121</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604713A</entry><entry align="left" rowsep="0"
colname="column3">COMBAT FEEDING, CLOTHING, AND EQUIPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">2,393</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">2,393</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">122</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604715A</entry><entry align="left" rowsep="0"
colname="column3">NON-SYSTEM TRAINING DEVICESâ€"ENG DEV</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">27,412</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">27,412</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">123</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604741A</entry><entry align="left" rowsep="0"
```

WASHSTATEC015784

```
colname="column3">AIR DEFENSE COMMAND, CONTROL AND INTELLIGENCEâ€"ENG DEV</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">43,502</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">43,502</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">124</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604742A</entry><entry align="left" rowsep="0"
colname="column3">CONSTRUCTIVE SIMULATION SYSTEMS DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,636</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">11,636</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">125</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604746A</entry><entry align="left" rowsep="0"
colname="column3">AUTOMATIC TEST EQUIPMENT DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">10,915</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">10,915</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">126</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604760A</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTIVE INTERACTIVE SIMULATIONS (DIS)â€"ENG DEV</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,801</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">7,801</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">127</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604768A</entry><entry align="left" rowsep="0"
colname="column3">BRILLIANT ANTI-ARMOR SUBMUNITION (BAT)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">25,000</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">20,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> PFAL excess</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">128</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604780A</entry><entry align="left" rowsep="0"
colname="column3">COMBINED ARMS TACTICAL TRAINER (CATT) CORE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">9,241</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">9,241</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">129</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604798A</entry><entry align="left" rowsep="0"
colname="column3">BRIGADE ANALYSIS, INTEGRATION AND EVALUATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,634</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">38,303</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> RCO support excess</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"4,331]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">130</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604802A</entry><entry align="left" rowsep="0"
colname="column3">WEAPONS AND MUNITIONSâ€"ENG DEV</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">181,023</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">181,023</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">131</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604804A</entry><entry align="left" rowsep="0"
```

WASHSTATEC015785

```
colname="column3">LOGISTICS AND ENGINEER EQUIPMENTâ€"ENG DEV</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">103,226</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">103,226</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">132</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604805A</entry><entry align="left" rowsep="0"
colname="column3">COMMAND, CONTROL, COMMUNICATIONS SYSTEMSâ€"ENG DEV</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,595</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">12,595</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">133</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604807A</entry><entry align="left" rowsep="0"
colname="column3">MEDICAL MATERIEL/MEDICAL BIOLOGICAL DEFENSE EQUIPMENTâ€"ENG
DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">48,264</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">48,264</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">134</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604808A</entry><entry align="left" rowsep="0"
colname="column3">LANDMINE WARFARE/BARRIERâ€"ENG DEV</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">39,208</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">39,208</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">135</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604818A</entry><entry align="left" rowsep="0"
colname="column3">ARMY TACTICAL COMMAND &amp; CONTROL HARDWARE &amp;
SOFTWARE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">140,637</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">138,137</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> CPI2 testing previously funded</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">136</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604820A</entry><entry align="left" rowsep="0"
colname="column3">RADAR DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">105,243</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">105,243</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">137</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604822A</entry><entry align="left" rowsep="0"
colname="column3">GENERAL FUND ENTERPRISE BUSINESS SYSTEM (GFEBS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">46,683</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">46,683</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">138</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604823A</entry><entry align="left" rowsep="0"
colname="column3">FIREFINDER</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">17,294</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">17,294</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">139</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604827A</entry><entry align="left" rowsep="0"
colname="column3">SOLDIER SYSTEMSâ€"WARRIOR DEM/VAL</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,803</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,803</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015786

```
stub-hierarchy="1" colname="column1">140</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604852A</entry><entry align="left" rowsep="0"
colname="column3">SUITE OF SURVIVABILITY ENHANCEMENT SYSTEMSâ€"EMD</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">98,698</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">118,698</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase for vehicle active protection system
evaluation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">141</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604854A</entry><entry align="left" rowsep="0"
colname="column3">ARTILLERY SYSTEMSâ€"EMD</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,832</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,832</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">142</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605013A</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">126,537</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">71,537</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Historical underexecution</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€‘10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘45,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605018A</entry><entry align="left" rowsep="0"
colname="column3">INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPPS-A)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">142,773</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">92,073</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Poor business process reengineering</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€‘50,700]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">144</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605028A</entry><entry align="left" rowsep="0"
colname="column3">ARMORED MULTI-PURPOSE VEHICLE (AMPV)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">96,730</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">92,130</entry></row>
```

WASHSTATEC015787

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"4,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">145</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605029A</entry><entry align="left" rowsep="0"
colname="column3">INTEGRATED GROUND SECURITY SURVEILLANCE RESPONSE CAPABILITY (IGSSR-
C)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">6,699</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">6,699</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">146</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605030A</entry><entry align="left" rowsep="0"
colname="column3">JOINT TACTICAL NETWORK CENTER (JTNC)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">15,882</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">15,882</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">147</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605031A</entry><entry align="left" rowsep="0"
colname="column3">JOINT TACTICAL NETWORK (JTN)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">40,808</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">40,808</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">149</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605033A</entry><entry align="left" rowsep="0"
colname="column3">GROUND-BASED OPERATIONAL SURVEILLANCE SYSTEMâ€"EXPEDITIONARY (GBOSS-
E)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">3,847</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">3,847</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">150</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605034A</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL SECURITY SYSTEM (TSS)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,928</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">6,928</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">151</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605035A</entry><entry align="left" rowsep="0"
colname="column3">COMMON INFRARED COUNTERMEASURES (CIRCM)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">34,488</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">34,488</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">152</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605036A</entry><entry align="left" rowsep="0"
colname="column3">COMBATING WEAPONS OF MASS DESTRUCTION (CWMD)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">10,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">154</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605038A</entry><entry align="left" rowsep="0"
colname="column3">NUCLEAR BIOLOGICAL CHEMICAL RECONNAISSANCE VEHICLE (NBCRV) SENSOR
SUITE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">6,054</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">6,054</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">155</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605041A</entry><entry align="left" rowsep="0"
```

```
colname="column3">DEFENSIVE CYBER TOOL DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">62,262</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">45,662</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Contract delays</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€6,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">156</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605042A</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL NETWORK RADIO SYSTEMS (LOW-TIER)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">35,654</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">29,254</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€6,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">157</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605047A</entry><entry align="left" rowsep="0"
colname="column3">CONTRACT WRITING SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">19,682</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">19,682</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">158</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605049A</entry><entry align="left" rowsep="0"
colname="column3">MISSILE WARNING SYSTEM MODERNIZATION (MWSM)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,539</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">1,539</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">159</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605051A</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT SURVIVABILITY DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">64,557</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">64,557</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">160</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605052A</entry><entry align="left" rowsep="0"
colname="column3">INDIRECT FIRE PROTECTION CAPABILITY INC 2â€BLOCK 1</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">243,228</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">236,428</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> EMAM development ahead of need</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€6,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">161</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605053A</entry><entry align="left" rowsep="0"
```

WASHSTATEC015789

colname="column3">GROUND ROBOTICS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">41,308</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">28,508</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess to requirement</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â‚¬12,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">162</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605054A</entry><entry align="left" rowsep="0"
colname="column3">EMERGING TECHNOLOGY INITIATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">45,896</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">31,616</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Testing and evaluation excess growth</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â‚¬4,280]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â‚¬10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">163</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605203A</entry><entry align="left" rowsep="0"
colname="column3">ARMY SYSTEM DEVELOPMENT &amp; DEMONSTRATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">164,883</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">164,883</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">165</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605450A</entry><entry align="left" rowsep="0"
colname="column3">JOINT AIR-TO-GROUND MISSILE (JAGM)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,500</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">9,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">166</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605457A</entry><entry align="left" rowsep="0"
colname="column3">ARMY INTEGRATED AIR AND MISSILE DEFENSE (AIAMD)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">208,938</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">193,938</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Testing and evaluation excess growth</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â‚¬15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">167</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605625A</entry><entry align="left" rowsep="0"
colname="column3">MANNED GROUND VEHICLE</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">378,400</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">228,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"

```
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€˜150,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">168</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605766A</entry><entry align="left" rowsep="0"
colname="column3">NATIONAL CAPABILITIES INTEGRATION (MIP)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">7,835</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">7,835</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">169</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605812A</entry><entry align="left" rowsep="0"
colname="column3">JOINT LIGHT TACTICAL VEHICLE (JLTV) ENGINEERING AND MANUFACTURING
DEVELOPMENT PH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">2,732</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">7,232</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Army requested realignment from OPA 7</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[4,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">170</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605830A</entry><entry align="left" rowsep="0"
colname="column3">AVIATION GROUND SUPPORT EQUIPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,664</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,664</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">172</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303032A</entry><entry align="left" rowsep="0"
colname="column3">TROJANâ€˜RH12</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">3,936</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">3,936</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0304270A</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">19,675</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">19,675</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL SYSTEM DEVELOPMENT &amp;
DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>3,549,431</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>3,189,390</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>RDT&amp;E MANAGEMENT SUPPORT</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015791

```
stub-hierarchy="1" colname="column1">176</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604256A</entry><entry align="left" rowsep="0"
colname="column3">THREAT SIMULATOR DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">14,117</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">16,117</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Cybersecurity threat simulation</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">177</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604258A</entry><entry align="left" rowsep="0"
colname="column3">TARGET SYSTEMS DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">8,327</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">8,327</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">178</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604759A</entry><entry align="left" rowsep="0"
colname="column3">MAJOR T&amp;E INVESTMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">136,565</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">136,565</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">179</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605103A</entry><entry align="left" rowsep="0"
colname="column3">RAND ARROYO CENTER</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">13,113</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">13,113</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">180</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605301A</entry><entry align="left" rowsep="0"
colname="column3">ARMY KWAJALEIN ATOLL</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">238,691</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">238,691</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">181</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605326A</entry><entry align="left" rowsep="0"
colname="column3">CONCEPTS EXPERIMENTATION PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">42,922</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">36,922</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[&#8212;6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">183</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605601A</entry><entry align="left" rowsep="0"
colname="column3">ARMY TEST RANGES AND FACILITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">334,468</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">334,468</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">184</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605602A</entry><entry align="left" rowsep="0"
colname="column3">ARMY TECHNICAL TEST INSTRUMENTATION AND TARGETS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">46,974</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">51,974</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

```
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increaseâ€"space and missile
cybersecurity</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">185</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605604A</entry><entry align="left" rowsep="0"
colname="column3">SURVIVABILITY/LETHALITY ANALYSIS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">35,075</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">35,075</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">186</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605606A</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT CERTIFICATION</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">3,461</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">3,461</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">187</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605702A</entry><entry align="left" rowsep="0"
colname="column3">METEOROLOGICAL SUPPORT TO RDT&amp;E ACTIVITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,233</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">6,233</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">188</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605706A</entry><entry align="left" rowsep="0"
colname="column3">MATERIEL SYSTEMS ANALYSIS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">21,342</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">21,342</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">189</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605709A</entry><entry align="left" rowsep="0"
colname="column3">EXPLOITATION OF FOREIGN ITEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">11,168</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">11,168</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">190</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605712A</entry><entry align="left" rowsep="0"
colname="column3">SUPPORT OF OPERATIONAL TESTING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">52,723</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">52,723</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">191</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605716A</entry><entry align="left" rowsep="0"
colname="column3">ARMY EVALUATION CENTER</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">60,815</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">60,815</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">192</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605718A</entry><entry align="left" rowsep="0"
colname="column3">ARMY MODELING &amp; SIM X-CMD COLLABORATION &amp; INTEG</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,527</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">2,527</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">193</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605801A</entry><entry align="left" rowsep="0"
colname="column3">PROGRAMWIDE ACTIVITIES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">58,175</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">58,175</entry></row>
```

WASHSTATEC015793

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">194</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605803A</entry><entry align="left" rowsep="0"
colname="column3">TECHNICAL INFORMATION ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">25,060</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">25,060</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">195</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605805A</entry><entry align="left" rowsep="0"
colname="column3">MUNITIONS STANDARDIZATION, EFFECTIVENESS AND SAFETY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,458</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">44,458</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">196</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605857A</entry><entry align="left" rowsep="0"
colname="column3">ENVIRONMENTAL QUALITY TECHNOLOGY MGMT SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,681</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">4,681</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">197</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605898A</entry><entry align="left" rowsep="0"
colname="column3">ARMY DIRECT REPORT HEADQUARTERSâ€"R&amp;D - MHA</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">53,820</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">53,820</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">198</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606001A</entry><entry align="left" rowsep="0"
colname="column3">MILITARY GROUND-BASED CREW TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">4,291</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">4,291</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">199</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606002A</entry><entry align="left" rowsep="0"
colname="column3">RONALD REAGAN BALLISTIC MISSILE DEFENSE TEST SITE</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">62,069</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">62,069</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">200</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606003A</entry><entry align="left" rowsep="0"
colname="column3">COUNTERINTEL AND HUMAN INTEL MODERNIZATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,050</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">1,050</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">201</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606942A</entry><entry align="left" rowsep="0"
colname="column3">ASSESSMENTS AND EVALUATIONS CYBER VULNERABILITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,500</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">4,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL RDT&amp;E MANAGEMENT
SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,286,625</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>1,287,625</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
```

WASHSTATEC015794

```
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">204</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603778A</entry><entry align="left" rowsep="0"
colname="column3">MLRS PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">22,877</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">19,877</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> HIMARS excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">206</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605024A</entry><entry align="left" rowsep="0"
colname="column3">ANTI-TAMPER TECHNOLOGY SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">8,491</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">8,491</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">207</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607131A</entry><entry align="left" rowsep="0"
colname="column3">WEAPONS AND MUNITIONS PRODUCT IMPROVEMENT PROGRAMS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,645</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">15,645</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">209</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607134A</entry><entry align="left" rowsep="0"
colname="column3">LONG RANGE PRECISION FIRES (LRPF)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">164,182</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">164,182</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">211</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607136A</entry><entry align="left" rowsep="0"
colname="column3">BLACKHAWK PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">13,039</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">13,039</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">212</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607137A</entry><entry align="left" rowsep="0"
colname="column3">CHINOOK PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">174,371</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">168,371</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
```

WASHSTATEC015795

```xml
ldr" colname="column8">[â€6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">213</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607138A</entry><entry align="left" rowsep="0"
colname="column3">FIXED WING PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">4,545</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€4,545]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">214</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607139A</entry><entry align="left" rowsep="0"
colname="column3">IMPROVED TURBINE ENGINE PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">206,434</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">206,434</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">216</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607142A</entry><entry align="left" rowsep="0"
colname="column3">AVIATION ROCKET SYSTEM PRODUCT IMPROVEMENT AND
DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">24,221</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">21,130</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Integrated munitions launcher early to need</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€3,091]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">217</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607143A</entry><entry align="left" rowsep="0"
colname="column3">UNMANNED AIRCRAFT SYSTEM UNIVERSAL PRODUCTS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">32,016</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">25,516</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€6,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">218</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607145A</entry><entry align="left" rowsep="0"
colname="column3">APACHE FUTURE DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,448</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">448</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">219</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607312A</entry><entry align="left" rowsep="0"
colname="column3">ARMY OPERATIONAL SYSTEMS DEVELOPMENT</entry><entry align="left"
```

WASHSTATEC015796

```
leader-modify="clr-ldr" rowsep="0" colname="column4">49,526</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">49,526</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">220</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607665A</entry><entry align="left" rowsep="0"
colname="column3">FAMILY OF BIOMETRICS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">1,702</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">1,702</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">221</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607865A</entry><entry align="left" rowsep="0"
colname="column3">PATRIOT PRODUCT IMPROVEMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">96,430</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">63,630</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"32,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">222</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0203728A</entry><entry align="left" rowsep="0"
colname="column3">JOINT AUTOMATED DEEP OPERATION COORDINATION SYSTEM
(JADOCS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">47,398</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">47,398</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">223</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0203735A</entry><entry align="left" rowsep="0"
colname="column3">COMBAT VEHICLE IMPROVEMENT PROGRAMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">334,463</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">290,545</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"41,918]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program support excess growth</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">225</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0203743A</entry><entry align="left" rowsep="0"
colname="column3">155MM SELF-PROPELLED HOWITZER IMPROVEMENTS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">214,246</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">192,746</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"21,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">226</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0203744A</entry><entry align="left" rowsep="0"
```

WASHSTATEC015797

```
colname="column3">AIRCRAFT MODIFICATIONS/PRODUCT IMPROVEMENT PROGRAMS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,486</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">13,778</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"2,708]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">227</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0203752A</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">144</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">144</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0203758A</entry><entry align="left" rowsep="0"
colname="column3">DIGITIZATION</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">5,270</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">5,270</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">229</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0203801A</entry><entry align="left" rowsep="0"
colname="column3">MISSILE/AIR DEFENSE PRODUCT IMPROVEMENT PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,287</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">1,287</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">234</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205412A</entry><entry align="left" rowsep="0"
colname="column3">ENVIRONMENTAL QUALITY TECHNOLOGYâ€"OPERATIONAL SYSTEM
DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">732</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">732</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">235</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205456A</entry><entry align="left" rowsep="0"
colname="column3">LOWER TIER AIR AND MISSILE DEFENSE (AMD) SYSTEM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">107,746</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">99,746</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Testing excess to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">236</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205778A</entry><entry align="left" rowsep="0"
colname="column3">GUIDED MULTIPLE-LAUNCH ROCKET SYSTEM (GMLRS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">138,594</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">128,594</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Testing excess to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">238</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015798

ldr" rowsep="0" colname="column2">0303028A</entry><entry align="left" rowsep="0"
colname="column3">SECURITY AND INTELLIGENCE ACTIVITIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">13,845</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">13,845</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">239</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303140A</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">29,185</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">29,185</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">240</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303141A</entry><entry align="left" rowsep="0"
colname="column3">GLOBAL COMBAT SUPPORT SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">68,976</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">48,376</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"20,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">241</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303150A</entry><entry align="left" rowsep="0"
colname="column3">WWMCCS/GLOBAL COMMAND AND CONTROL SYSTEM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">2,073</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">2,073</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">245</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305179A</entry><entry align="left" rowsep="0"
colname="column3">INTEGRATED BROADCAST SERVICE (IBS)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">459</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">459</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">246</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305204A</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL UNMANNED AERIAL VEHICLES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,097</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,097</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">247</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305206A</entry><entry align="left" rowsep="0"
colname="column3">AIRBORNE RECONNAISSANCE SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">11,177</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">11,177</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">248</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305208A</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">38,121</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">38,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">250</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305232A</entry><entry align="left" rowsep="0"
colname="column3">RQâ€"11 UAV</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">3,218</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">3,218</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">251</entry><entry align="left" leader-modify="clr-

```
ldr" rowsep="0" colname="column2">0305233A</entry><entry align="left" rowsep="0"
colname="column3">RQâ€"7 UAV</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">7,817</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">7,817</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0307665A</entry><entry align="left" rowsep="0"
colname="column3">BIOMETRICS ENABLED INTELLIGENCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,000</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">253</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0708045A</entry><entry align="left" rowsep="0"
colname="column3">END ITEM INDUSTRIAL PREPAREDNESS ACTIVITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">59,848</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">67,848</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Nanoscale materials manufacturing</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increaseâ€"additive manufacturing technology
insertion</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">254</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203142A</entry><entry align="left" rowsep="0"
colname="column3">SATCOM GROUND ENVIRONMENT (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">34,169</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">34,169</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">255</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1208053A</entry><entry align="left" rowsep="0"
colname="column3">JOINT TACTICAL GROUND SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10,275</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">10,275</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">255A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left"
rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">7,273</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">7,273</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATIONAL SYSTEMS
DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,978,826</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>1,819,164</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"><bold>â€"159,662</bold></entry></row>
```

WASHSTATEC015800

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>12,192,771</bold></entry><entry align="char" leader-
modify="clr-ldr" colname="column8"><bold>11,857,473</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>BASIC RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">001</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601103N</entry><entry align="left" rowsep="0"
colname="column3">UNIVERSITY RESEARCH INITIATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">116,850</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">146,850</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced radar research</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Cyber basic research</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Defense University research initiatives</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
```

WASHSTATEC015801

```
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601152N</entry><entry align="left" rowsep="0"
colname="column3">IN-HOUSE LABORATORY INDEPENDENT RESEARCH</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">19,121</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">19,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601153N</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE RESEARCH SCIENCES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">470,007</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">470,007</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL BASIC RESEARCH</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>605,978</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>635,978</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">004</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602114N</entry><entry align="left" rowsep="0"
colname="column3">POWER PROJECTION APPLIED RESEARCH</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">18,546</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">25,546</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Hypersonic testing facilities</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[7,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">005</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602123N</entry><entry align="left" rowsep="0"
colname="column3">FORCE PROTECTION APPLIED RESEARCH</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">119,517</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">166,017</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Carbon capture</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
```

WASHSTATEC015802

```
rowsep="0" colname="column3"> Electric propulsion research</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Energy resilience</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Energy resilience research</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Hybrid composite struct. res. enhanced
mobility</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Navy power and energy systems technology</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Test bed for autonomous ship systems</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">006</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602131M</entry><entry align="left" rowsep="0"
colname="column3">MARINE CORPS LANDING FORCE TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">56,604</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">61,604</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Interdisciplinary expeditionary cybersecurity
research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">007</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602235N</entry><entry align="left" rowsep="0"
colname="column3">COMMON PICTURE APPLIED RESEARCH</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">49,297</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">44,297</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015803

```
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Coordinate space activities</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">008</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602236N</entry><entry align="left" rowsep="0"
colname="column3">WARFIGHTER SUSTAINMENT APPLIED RESEARCH</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">63,825</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">63,825</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">009</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602271N</entry><entry align="left" rowsep="0"
colname="column3">ELECTROMAGNETIC SYSTEMS APPLIED RESEARCH</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">83,497</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">83,497</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602435N</entry><entry align="left" rowsep="0"
colname="column3">OCEAN WARFIGHTING ENVIRONMENT APPLIED RESEARCH</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">63,894</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">63,894</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">011</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602651M</entry><entry align="left" rowsep="0"
colname="column3">JOINT NON-LETHAL WEAPONS APPLIED RESEARCH</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">6,346</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">6,346</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">012</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602747N</entry><entry align="left" rowsep="0"
colname="column3">UNDERSEA WARFARE APPLIED RESEARCH</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">57,075</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">74,075</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Academic partnerships for undersea vehicle
research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Resident autonomous undersea robotics</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[7,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">013</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602750N</entry><entry align="left" rowsep="0"
colname="column3">FUTURE NAVAL CAPABILITIES APPLIED RESEARCH</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">154,755</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">154,755</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">014</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602782N</entry><entry align="left" rowsep="0"
colname="column3">MINE AND EXPEDITIONARY WARFARE APPLIED RESEARCH</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,074</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">36,074</entry></row>
```

WASHSTATEC015804

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">015</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602792N</entry><entry align="left" rowsep="0"
colname="column3">INNOVATIVE NAVAL PROTOTYPES (INP) APPLIED RESEARCH</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">153,062</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">153,062</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">016</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602861N</entry><entry align="left" rowsep="0"
colname="column3">SCIENCE AND TECHNOLOGY MANAGEMENTâ€"ONR FIELD
ACITIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">73,961</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">73,961</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL APPLIED RESEARCH</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>936,453</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>1,006,953</bold></entry></row>
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">017</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603123N</entry><entry align="left" rowsep="0"
colname="column3">FORCE PROTECTION ADVANCED TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">35,286</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">35,286</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">018</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603271N</entry><entry align="left" rowsep="0"
colname="column3">ELECTROMAGNETIC SYSTEMS ADVANCED TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,499</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">9,499</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">019</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603640M</entry><entry align="left" rowsep="0"
colname="column3">USMC ADVANCED TECHNOLOGY DEMONSTRATION (ATD)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">172,847</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">177,847</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increaseâ€"modular advanced armed robotic
system</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603651M</entry><entry align="left" rowsep="0"
```

WASHSTATEC015805

```
colname="column3">JOINT NON-LETHAL WEAPONS TECHNOLOGY DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,307</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">13,307</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">021</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603673N</entry><entry align="left" rowsep="0"
colname="column3">FUTURE NAVAL CAPABILITIES ADVANCED TECHNOLOGY
DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">231,907</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">231,907</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">022</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603680N</entry><entry align="left" rowsep="0"
colname="column3">MANUFACTURING TECHNOLOGY PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">60,138</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">65,138</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">023</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603729N</entry><entry align="left" rowsep="0"
colname="column3">WARFIGHTER PROTECTION ADVANCED TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">4,849</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">4,849</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">025</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603758N</entry><entry align="left" rowsep="0"
colname="column3">NAVY WARFIGHTING EXPERIMENTS AND DEMONSTRATIONS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">67,739</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">67,739</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">026</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603782N</entry><entry align="left" rowsep="0"
colname="column3">MINE AND EXPEDITIONARY WARFARE ADVANCED TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,335</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">13,335</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">027</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603801N</entry><entry align="left" rowsep="0"
colname="column3">INNOVATIVE NAVAL PROTOTYPES (INP) ADVANCED TECHNOLOGY
DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">133,303</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">150,330</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Electromagnetic railgun</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Funds excess to requirements</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"7,973]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015806

```
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED TECHNOLOGY
DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>742,210</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>769,237</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">028</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603207N</entry><entry align="left" rowsep="0"
colname="column3">AIR/OCEAN TACTICAL APPLICATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">32,643</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">38,643</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase for 1 REMUS 600 vehicle</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">029</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603216N</entry><entry align="left" rowsep="0"
colname="column3">AVIATION SURVIVABILITY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">11,919</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">11,919</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603251N</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT SYSTEMS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,473</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1,473</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">031</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603254N</entry><entry align="left" rowsep="0"
colname="column3">ASW SYSTEMS DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">7,172</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">7,172</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">032</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603261N</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL AIRBORNE RECONNAISSANCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,419</entry><entry align="char" leader-
```

WASHSTATEC015807

```
modify="clr-ldr" colname="column8">3,419</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">033</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603382N</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED COMBAT SYSTEMS TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">64,694</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">64,694</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">034</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603502N</entry><entry align="left" rowsep="0"
colname="column3">SURFACE AND SHALLOW WATER MINE COUNTERMEASURES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">507,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">310,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Reduce one LUSV</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">[â€86,500]</entry><entry align="char" leader-
ldr" colname="column8"></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> VLS concept design and LLTM early to need</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€110,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">035</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603506N</entry><entry align="left" rowsep="0"
colname="column3">SURFACE SHIP TORPEDO DEFENSE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,800</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">7,242</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess sundown costs</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€8,558]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">036</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603512N</entry><entry align="left" rowsep="0"
colname="column3">CARRIER SYSTEMS DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,997</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,997</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">037</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603525N</entry><entry align="left" rowsep="0"
colname="column3">PILOT FISH</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">291,148</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">186,328</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program adjustment</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€104,820]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603527N</entry><entry align="left" rowsep="0"
colname="column3">RETRACT LARCH</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">11,980</entry><entry align="char" leader-modify="clr-ldr"
```

WASHSTATEC015808

```
colname="column8">11,980</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">039</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603536N</entry><entry align="left" rowsep="0"
colname="column3">RETRACT JUNIPER</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">129,163</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">129,163</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603542N</entry><entry align="left" rowsep="0"
colname="column3">RADIOLOGICAL CONTROL</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">689</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">689</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">041</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603553N</entry><entry align="left" rowsep="0"
colname="column3">SURFACE ASW</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,137</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1,137</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">042</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603561N</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED SUBMARINE SYSTEM DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">148,756</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">120,046</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€19,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Project 9710: Unjustified new start</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€9,710]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">043</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603562N</entry><entry align="left" rowsep="0"
colname="column3">SUBMARINE TACTICAL WARFARE SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">11,192</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">11,192</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">044</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603563N</entry><entry align="left" rowsep="0"
colname="column3">SHIP CONCEPT ADVANCED DESIGN</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">81,846</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">57,846</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Future surface combatant concept
development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€24,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">045</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603564N</entry><entry align="left" rowsep="0"
colname="column3">SHIP PRELIMINARY DESIGN &amp; FEASIBILITY STUDIES</entry><entry
```

WASHSTATEC015809

```
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">69,084</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">22,584</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"46,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">046</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603570N</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED NUCLEAR POWER SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">181,652</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">181,652</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">047</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603573N</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED SURFACE MACHINERY SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">25,408</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">155,408</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Surface combatant component-level
prototyping</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[125,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">048</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603576N</entry><entry align="left" rowsep="0"
colname="column3">CHALK EAGLE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">64,877</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">64,877</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">049</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603581N</entry><entry align="left" rowsep="0"
colname="column3">LITTORAL COMBAT SHIP (LCS)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,934</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">9,934</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603582N</entry><entry align="left" rowsep="0"
colname="column3">COMBAT SYSTEM INTEGRATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">17,251</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">17,251</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">051</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603595N</entry><entry align="left" rowsep="0"
colname="column3">OHIO REPLACEMENT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">419,051</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">434,051</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
```

WASHSTATEC015810

```
rowsep="0" colname="column3"> Accelerate advanced propulsor development</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">052</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603596N</entry><entry align="left" rowsep="0"
colname="column3">LCS MISSION MODULES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">108,505</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">105,595</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Available prior year funds due to SUW MP testing
delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€2,910]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">053</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603597N</entry><entry align="left" rowsep="0"
colname="column3">AUTOMATED TEST AND ANALYSIS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">7,653</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">7,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">054</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603599N</entry><entry align="left" rowsep="0"
colname="column3">FRIGATE DEVELOPMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">59,007</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">59,007</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">055</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603609N</entry><entry align="left" rowsep="0"
colname="column3">CONVENTIONAL MUNITIONS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">9,988</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">9,988</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">056</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603635M</entry><entry align="left" rowsep="0"
colname="column3">MARINE CORPS GROUND COMBAT/SUPPORT SYSTEM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">86,464</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">16,477</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient justification and contract
delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€69,987]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">057</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603654N</entry><entry align="left" rowsep="0"
colname="column3">JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">33,478</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">33,478</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">058</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603713N</entry><entry align="left" rowsep="0"
colname="column3">OCEAN ENGINEERING TECHNOLOGY DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">5,619</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">5,619</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015811

```
stub-hierarchy="1" colname="column1">059</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603721N</entry><entry align="left" rowsep="0"
colname="column3">ENVIRONMENTAL PROTECTION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">20,564</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">20,564</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603724N</entry><entry align="left" rowsep="0"
colname="column3">NAVY ENERGY PROGRAM</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">26,514</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">49,514</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Battery development and safety enterprise</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[13,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Marine energy systems for sensors and
microgrids</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">061</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603725N</entry><entry align="left" rowsep="0"
colname="column3">FACILITIES IMPROVEMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">3,440</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">3,440</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">062</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603734N</entry><entry align="left" rowsep="0"
colname="column3">CHALK CORAL</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">346,800</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">310,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient budget justification</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"36,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">063</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603739N</entry><entry align="left" rowsep="0"
colname="column3">NAVY LOGISTIC PRODUCTIVITY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,857</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">3,857</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">064</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603746N</entry><entry align="left" rowsep="0"
colname="column3">RETRACT MAPLE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">258,519</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">258,519</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">065</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603748N</entry><entry align="left" rowsep="0"
colname="column3">LINK PLUMERIA</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">403,909</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">396,509</entry></row>
```

WASHSTATEC015812

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient budget justification</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"7,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">066</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603751N</entry><entry align="left" rowsep="0"
colname="column3">RETRACT ELM</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">63,434</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">63,434</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">067</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603764N</entry><entry align="left" rowsep="0"
colname="column3">LINK EVERGREEN</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">184,110</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">184,110</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">068</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603790N</entry><entry align="left" rowsep="0"
colname="column3">NATO RESEARCH AND DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">7,697</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">7,697</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">069</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603795N</entry><entry align="left" rowsep="0"
colname="column3">LAND ATTACK TECHNOLOGY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">9,086</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">9,086</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603851M</entry><entry align="left" rowsep="0"
colname="column3">JOINT NON-LETHAL WEAPONS TESTING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">28,466</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">28,466</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">071</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603860N</entry><entry align="left" rowsep="0"
colname="column3">JOINT PRECISION APPROACH AND LANDING SYSTEMSâ€"DEM/VAL</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">51,341</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">51,341</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">072</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603925N</entry><entry align="left" rowsep="0"
colname="column3">DIRECTED ENERGY AND ELECTRIC WEAPON SYSTEMS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">118,169</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">118,169</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">073</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604014N</entry><entry align="left" rowsep="0"
colname="column3">F/A â€"18 INFRARED SEARCH AND TRACK (IRST)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">113,456</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">112,456</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program delay</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"1,000]</entry></row>
```

WASHSTATEC015813

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604027N</entry><entry align="left" rowsep="0"
colname="column3">DIGITAL WARFARE OFFICE</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">50,120</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">25,120</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Artificial intelligence development operations
unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">075</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604028N</entry><entry align="left" rowsep="0"
colname="column3">SMALL AND MEDIUM UNMANNED UNDERSEA VEHICLES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">32,527</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">32,527</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">076</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604029N</entry><entry align="left" rowsep="0"
colname="column3">UNMANNED UNDERSEA VEHICLE CORE TECHNOLOGIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">54,376</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">54,376</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">077</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604030N</entry><entry align="left" rowsep="0"
colname="column3">RAPID PROTOTYPING, EXPERIMENTATION AND DEMONSTRATION.</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,197</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">36,197</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">078</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604031N</entry><entry align="left" rowsep="0"
colname="column3">LARGE UNMANNED UNDERSEA VEHICLES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">68,310</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">68,310</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604112N</entry><entry align="left" rowsep="0"
colname="column3">GERALD R. FORD CLASS NUCLEAR AIRCRAFT CARRIER (CVN
78â€"80)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">121,310</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">112,310</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Integrated digital shipbuilding insufficient budget
justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€"9,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">080</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604126N</entry><entry align="left" rowsep="0"
```

WASHSTATEC015814

colname="column3">LITTORAL AIRBORNE MCM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,248</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,248</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">081</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604127N</entry><entry align="left" rowsep="0" colname="column3">SURFACE MINE COUNTERMEASURES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,735</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,735</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">082</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604272N</entry><entry align="left" rowsep="0" colname="column3">TACTICAL AIR DIRECTIONAL INFRARED COUNTERMEASURES (TADIRCM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">68,346</entry><entry align="char" leader-modify="clr-ldr" colname="column8">58,449</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"9,897]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">084</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604289M</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION LOGISTICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,420</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,420</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Additive manufacturing logistics software pilot</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[9,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604320M</entry><entry align="left" rowsep="0" colname="column3">RAPID TECHNOLOGY CAPABILITY PROTOTYPE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,558</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,558</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">086</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604454N</entry><entry align="left" rowsep="0" colname="column3">LX (R)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,500</entry><entry align="char" leader-modify="clr-ldr" colname="column8">12,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">087</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604536N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED UNDERSEA PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">181,967</entry><entry align="char" leader-modify="clr-ldr" colname="column8">181,967</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">088</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604636N</entry><entry align="left" rowsep="0" colname="column3">COUNTER UNMANNED AIRCRAFT SYSTEMS (C-UAS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,500</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

```
stub-hierarchy="1" colname="column1">089</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604659N</entry><entry align="left" rowsep="0"
colname="column3">PRECISION STRIKE WEAPONS DEVELOPMENT PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">718,148</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">688,148</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604707N</entry><entry align="left" rowsep="0"
colname="column3">SPACE AND ELECTRONIC WARFARE (SEW) ARCHITECTURE/ENGINEERING
SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">5,263</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">5,263</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">091</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604786N</entry><entry align="left" rowsep="0"
colname="column3">OFFENSIVE ANTI-SURFACE WARFARE WEAPON DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">65,419</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">65,419</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">092</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303354N</entry><entry align="left" rowsep="0"
colname="column3">ASW SYSTEMS DEVELOPMENTâ€"MIP</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,991</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">9,991</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">093</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0304240M</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED TACTICAL UNMANNED AIRCRAFT SYSTEM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">21,157</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">39,657</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> KMAX Large Unmanned Logistics System USMC unfunded
priority</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[18,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0304270N</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONIC WARFARE DEVELOPMENTâ€"MIP</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">609</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">609</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>5,559,062</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>5,159,880</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
```

WASHSTATEC015816

```
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>SYSTEM DEVELOPMENT &amp; DEMONSTRATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">096</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603208N</entry><entry align="left" rowsep="0"
colname="column3">TRAINING SYSTEM AIRCRAFT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,514</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,514</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">097</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604212N</entry><entry align="left" rowsep="0"
colname="column3">OTHER HELO DEVELOPMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">28,835</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">28,835</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">098</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604214M</entry><entry align="left" rowsep="0"
colname="column3">AV8€"8B AIRCRAFT8€"ENG DEV</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">27,441</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">27,441</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604215N</entry><entry align="left" rowsep="0"
colname="column3">STANDARDS DEVELOPMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">3,642</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">3,642</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">101</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604216N</entry><entry align="left" rowsep="0"
colname="column3">MULTI-MISSION HELICOPTER UPGRADE DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,196</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">19,196</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">104</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604230N</entry><entry align="left" rowsep="0"
colname="column3">WARFARE SUPPORT SYSTEM</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">8,601</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">8,601</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">105</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604231N</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL COMMAND SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">77,232</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">77,232</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">106</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604234N</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED HAWKEYE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">232,752</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">232,752</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">107</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604245M</entry><entry align="left" rowsep="0"
colname="column3">H8€"1 UPGRADES</entry><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC015817

```
rowsep="0" colname="column4">65,359</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">65,359</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">109</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604261N</entry><entry align="left" rowsep="0"
colname="column3">ACOUSTIC SEARCH SENSORS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">47,013</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">47,013</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">110</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604262N</entry><entry align="left" rowsep="0"
colname="column3">Vâ€"22A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">185,105</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">190,105</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Increase reliability and reduce vibrations of Vâ€"22
nacelles</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">111</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604264N</entry><entry align="left" rowsep="0"
colname="column3">AIR CREW SYSTEMS DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">21,172</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">21,172</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">112</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604269N</entry><entry align="left" rowsep="0"
colname="column3">EAâ€"18</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">143,585</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">133,585</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified cost growth</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">113</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604270N</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">116,811</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">109,651</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"7,160]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">114</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604273M</entry><entry align="left" rowsep="0"
colname="column3">EXECUTIVE HELO DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">187,436</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">187,436</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">116</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604274N</entry><entry align="left" rowsep="0"
```

WASHSTATEC015818

```
colname="column3">NEXT GENERATION JAMMER (NGJ)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">524,261</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">448,261</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Underexecution</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“76,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">117</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604280N</entry><entry align="left" rowsep="0"
colname="column3">JOINT TACTICAL RADIO SYSTEMâ€“NAVY (JTRS-NAVY)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">192,345</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">190,845</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“1,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">118</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604282N</entry><entry align="left" rowsep="0"
colname="column3">NEXT GENERATION JAMMER (NGJ) INCREMENT II</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">111,068</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">90,922</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“20,146]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">119</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604307N</entry><entry align="left" rowsep="0"
colname="column3">SURFACE COMBATANT COMBAT SYSTEM ENGINEERING</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">415,625</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">413,684</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Aegis development support studies and analysis early to
need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€“1,941]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">120</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604311N</entry><entry align="left" rowsep="0"
colname="column3">LPDâ€“17 CLASS SYSTEMS INTEGRATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">640</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">640</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">121</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604329N</entry><entry align="left" rowsep="0"
colname="column3">SMALL DIAMETER BOMB (SDB)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">50,096</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">50,096</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">122</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015819

```
ldr" rowsep="0" colname="column2">0604366N</entry><entry align="left" rowsep="0"
colname="column3">STANDARD MISSILE IMPROVEMENTS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">232,391</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">232,391</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">123</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604373N</entry><entry align="left" rowsep="0"
colname="column3">AIRBORNE MCM</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">10,916</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">10,916</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">124</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604378N</entry><entry align="left" rowsep="0"
colname="column3">NAVAL INTEGRATED FIRE CONTROLâ€"COUNTER AIR SYSTEMS
ENGINEERING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">33,379</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">33,379</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">125</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604501N</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED ABOVE WATER SENSORS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">34,554</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">34,554</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">126</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604503N</entry><entry align="left" rowsep="0"
colname="column3">SSNâ€"688 AND TRIDENT MODERNIZATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">84,663</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">84,663</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">127</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604504N</entry><entry align="left" rowsep="0"
colname="column3">AIR CONTROL</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">44,923</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">44,923</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">128</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604512N</entry><entry align="left" rowsep="0"
colname="column3">SHIPBOARD AVIATION SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10,632</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">10,632</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">129</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604518N</entry><entry align="left" rowsep="0"
colname="column3">COMBAT INFORMATION CENTER CONVERSION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">16,094</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">16,094</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">130</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604522N</entry><entry align="left" rowsep="0"
colname="column3">AIR AND MISSILE DEFENSE RADAR (AMDR) SYSTEM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">55,349</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">52,349</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Engineering changes testing and evaluation early to
need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€"3,000]</entry></row>
```

WASHSTATEC015820

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">131</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604530N</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED ARRESTING GEAR (AAG)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">123,490</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">123,490</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">132</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604558N</entry><entry align="left" rowsep="0"
colname="column3">NEW DESIGN SSN</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">221,010</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">221,010</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Accelerate capability development</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">133</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604562N</entry><entry align="left" rowsep="0"
colname="column3">SUBMARINE TACTICAL WARFARE SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">62,426</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">62,426</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">134</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604567N</entry><entry align="left" rowsep="0"
colname="column3">SHIP CONTRACT DESIGN/ LIVE FIRE T&amp;E</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">46,809</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">46,809</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">135</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604574N</entry><entry align="left" rowsep="0"
colname="column3">NAVY TACTICAL COMPUTER RESOURCES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,692</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">3,692</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">137</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604601N</entry><entry align="left" rowsep="0"
colname="column3">MINE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">28,964</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">28,964</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">138</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604610N</entry><entry align="left" rowsep="0"
colname="column3">LIGHTWEIGHT TORPEDO DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">148,349</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">115,541</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€32,808]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">139</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604654N</entry><entry align="left" rowsep="0"
colname="column3">JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,237</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">8,237</entry></row>
```

WASHSTATEC015821

```xml
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">140</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604657M</entry><entry align="left" rowsep="0" colname="column3">USMC GROUND COMBAT/SUPPORTING ARMS SYSTEMSâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">22,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">141</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604703N</entry><entry align="left" rowsep="0" colname="column3">PERSONNEL, TRAINING, SIMULATION, AND HUMAN FACTORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,500</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">142</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604727N</entry><entry align="left" rowsep="0" colname="column3">JOINT STANDOFF WEAPON SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,725</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,225</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604755N</entry><entry align="left" rowsep="0" colname="column3">SHIP SELF DEFENSE (DETECT &amp; CONTROL)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">192,603</entry><entry align="char" leader-modify="clr-ldr" colname="column8">180,085</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Project 2178 prior year carryover</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"12,518]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">144</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604756N</entry><entry align="left" rowsep="0" colname="column3">SHIP SELF DEFENSE (ENGAGE: HARD KILL)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">137,268</entry><entry align="char" leader-modify="clr-ldr" colname="column8">121,630</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Project 2070 excess test assets</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"15,638]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">145</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604757N</entry><entry align="left" rowsep="0" colname="column3">SHIP SELF DEFENSE (ENGAGE: SOFT KILL/EW)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">97,363</entry><entry align="char" leader-modify="clr-ldr" colname="column8">97,363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">146</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604761N</entry><entry align="left" rowsep="0" colname="column3">INTELLIGENCE ENGINEERING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,710</entry><entry align="char" leader-modify="clr-ldr" colname="column8">26,710</entry></row>
```

WASHSTATEC015822

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">147</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604771N</entry><entry align="left" rowsep="0"
colname="column3">MEDICAL DEVELOPMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">8,181</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">8,181</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">148</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604777N</entry><entry align="left" rowsep="0"
colname="column3">NAVIGATION/ID SYSTEM</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">40,755</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">40,755</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">149</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604800M</entry><entry align="left" rowsep="0"
colname="column3">JOINT STRIKE FIGHTER (JSF) â€"EMD</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,710</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,710</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">150</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604800N</entry><entry align="left" rowsep="0"
colname="column3">JOINT STRIKE FIGHTER (JSF) â€"EMD</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,490</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,490</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">153</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605013M</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,494</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,494</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">154</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605013N</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">384,162</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">268,364</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"36,000]</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth over FY19 projection</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"79,798]</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">155</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605024N</entry><entry align="left" rowsep="0"
colname="column3">ANTI-TAMPER TECHNOLOGY SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,882</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,882</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">156</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605212M</entry><entry align="left" rowsep="0"
colname="column3">CHâ€"53K RDTE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">516,955</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">516,955</entry></row>
```

WASHSTATEC015823

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">158</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605215N</entry><entry align="left" rowsep="0"
colname="column3">MISSION PLANNING</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">75,886</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">75,886</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">159</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605217N</entry><entry align="left" rowsep="0"
colname="column3">COMMON AVIONICS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">43,187</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">43,187</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">160</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605220N</entry><entry align="left" rowsep="0"
colname="column3">SHIP TO SHORE CONNECTOR (SSC)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,909</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">19,909</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Expand development and use of composite
materials</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">161</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605327N</entry><entry align="left" rowsep="0"
colname="column3">T-AO 205 CLASS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,682</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1,682</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">162</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605414N</entry><entry align="left" rowsep="0"
colname="column3">UNMANNED CARRIER AVIATION (UCA)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">671,258</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">657,098</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> UMCS excess to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"14,160]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">163</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605450M</entry><entry align="left" rowsep="0"
colname="column3">JOINT AIR-TO-GROUND MISSILE (JAGM)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">18,393</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">18,393</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">165</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605500N</entry><entry align="left" rowsep="0"
colname="column3">MULTI-MISSION MARITIME AIRCRAFT (MMA)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">21,472</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">21,472</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">166</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605504N</entry><entry align="left" rowsep="0"
colname="column3">MULTI-MISSION MARITIME (MMA) INCREMENT III</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">177,234</entry><entry align="char"
```

WASHSTATEC015824

```
leader-modify="clr-ldr" colname="column8">177,234</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605611M</entry><entry align="left" rowsep="0"
colname="column3">MARINE CORPS ASSAULT VEHICLES SYSTEM DEVELOPMENT &amp;
DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">77,322</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">69,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“2,201]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">168</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605813M</entry><entry align="left" rowsep="0"
colname="column3">JOINT LIGHT TACTICAL VEHICLE (JLTV) SYSTEM DEVELOPMENT &amp;
DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">2,105</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">2,105</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">169</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204202N</entry><entry align="left" rowsep="0"
colname="column3">DDGâ€“1000</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">111,435</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">111,435</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">172</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0304785N</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL CRYPTOLOGIC SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">101,339</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">101,339</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">173</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0306250M</entry><entry align="left" rowsep="0"
colname="column3">CYBER OPERATIONS TECHNOLOGY DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">26,406</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">26,406</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL SYSTEM DEVELOPMENT &amp;
DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>6,332,033</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>6,130,663</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
```

rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604256N</entry><entry align="left" rowsep="0"
colname="column3">THREAT SIMULATOR DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">66,678</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">66,678</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">175</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604258N</entry><entry align="left" rowsep="0"
colname="column3">TARGET SYSTEMS DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">12,027</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">12,027</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">176</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604759N</entry><entry align="left" rowsep="0"
colname="column3">MAJOR T&amp;E INVESTMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">85,348</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">85,348</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">178</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605152N</entry><entry align="left" rowsep="0"
colname="column3">STUDIES AND ANALYSIS SUPPORTâ€"NAVY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">3,908</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">3,908</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">179</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605154N</entry><entry align="left" rowsep="0"
colname="column3">CENTER FOR NAVAL ANALYSES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">47,669</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">47,669</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">180</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605285N</entry><entry align="left" rowsep="0"
colname="column3">NEXT GENERATION FIGHTER</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">20,698</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">20,698</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">182</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605804N</entry><entry align="left" rowsep="0"
colname="column3">TECHNICAL INFORMATION SERVICES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">988</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">988</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">183</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605853N</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT, TECHNICAL &amp; INTERNATIONAL SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">102,401</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">102,401</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">184</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605856N</entry><entry align="left" rowsep="0"
colname="column3">STRATEGIC TECHNICAL SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,742</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">3,742</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">186</entry><entry align="left" leader-modify="clr-

WASHSTATEC015826

```
ldr" rowsep="0" colname="column2">0605863N</entry><entry align="left" rowsep="0"
colname="column3">RDT&amp;E SHIP AND AIRCRAFT SUPPORT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">93,872</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">93,872</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">187</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605864N</entry><entry align="left" rowsep="0"
colname="column3">TEST AND EVALUATION SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">394,020</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">394,020</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">188</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605865N</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL TEST AND EVALUATION CAPABILITY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">25,145</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">25,145</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">189</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605866N</entry><entry align="left" rowsep="0"
colname="column3">NAVY SPACE AND ELECTRONIC WARFARE (SEW) SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,773</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">15,773</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">190</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605867N</entry><entry align="left" rowsep="0"
colname="column3">SEW SURVEILLANCE/RECONNAISSANCE SUPPORT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">8,402</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">8,402</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">191</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605873M</entry><entry align="left" rowsep="0"
colname="column3">MARINE CORPS PROGRAM WIDE SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">37,265</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">29,265</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">192</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605898N</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT HQâ€"R&amp;D</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">39,673</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">39,673</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">193</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606355N</entry><entry align="left" rowsep="0"
colname="column3">WARFARE INNOVATION MANAGEMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">28,750</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">28,750</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">196</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305327N</entry><entry align="left" rowsep="0"
colname="column3">INSIDER THREAT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">2,645</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">2,645</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">197</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015827

```
ldr" rowsep="0" colname="column2">0902498N</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT HEADQUARTERS (DEPARTMENTAL SUPPORT
ACTIVITIES)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">1,460</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1,460</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL MANAGEMENT SUPPORT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>990,464</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>982,464</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">202</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604227N</entry><entry align="left" rowsep="0"
colname="column3">HARPOON MODIFICATIONS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">2,302</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">2,302</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">203</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604840M</entry><entry align="left" rowsep="0"
colname="column3">Fâ€ 35 C2D2</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">422,881</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">422,881</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">204</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604840N</entry><entry align="left" rowsep="0"
colname="column3">Fâ€ 35 C2D2</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">383,741</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">383,741</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">205</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607658N</entry><entry align="left" rowsep="0"
colname="column3">COOPERATIVE ENGAGEMENT CAPABILITY (CEC)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">127,924</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">127,924</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">207</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101221N</entry><entry align="left" rowsep="0"
colname="column3">STRATEGIC SUB &amp; WEAPONS SYSTEM SUPPORT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">157,676</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">113,492</entry></row>
```

WASHSTATEC015828

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> D5LE2 unjustified request</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"44,184]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">208</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101224N</entry><entry align="left" rowsep="0"
colname="column3">SSBN SECURITY TECHNOLOGY PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">43,354</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">43,354</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">209</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101226N</entry><entry align="left" rowsep="0"
colname="column3">SUBMARINE ACOUSTIC WARFARE DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">6,815</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">6,815</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">210</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101402N</entry><entry align="left" rowsep="0"
colname="column3">NAVY STRATEGIC COMMUNICATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">31,174</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">31,174</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">211</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204136N</entry><entry align="left" rowsep="0"
colname="column3">F/Aâ€"18 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">213,715</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">208,215</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Block III support prior year carryover</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"7,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Jet noise reduction research</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">213</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204228N</entry><entry align="left" rowsep="0"
colname="column3">SURFACE SUPPORT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">36,389</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">36,389</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">214</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204229N</entry><entry align="left" rowsep="0"
colname="column3">TOMAHAWK AND TOMAHAWK MISSION PLANNING CENTER (TMPC)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">320,134</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">286,799</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> JMEWS schedule delays</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"12,098]</entry></row>
```

WASHSTATEC015829

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Maritime strike schedule delays</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"21,237]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">215</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204311N</entry><entry align="left" rowsep="0"
colname="column3">INTEGRATED SURVEILLANCE SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">88,382</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">103,382</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Additional TRAPS units</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">216</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204313N</entry><entry align="left" rowsep="0"
colname="column3">SHIP-TOWED ARRAY SURVEILLANCE SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">14,449</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">14,449</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">217</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204413N</entry><entry align="left" rowsep="0"
colname="column3">AMPHIBIOUS TACTICAL SUPPORT UNITS (DISPLACEMENT CRAFT)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,931</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">6,931</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">218</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204460M</entry><entry align="left" rowsep="0"
colname="column3">GROUND/AIR TASK ORIENTED RADAR (G/ATOR)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">23,891</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">23,891</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">219</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204571N</entry><entry align="left" rowsep="0"
colname="column3">CONSOLIDATED TRAINING SYSTEMS DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">129,873</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">129,873</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">221</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204575N</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONIC WARFARE (EW) READINESS SUPPORT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">82,325</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">62,434</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Prior year carryover</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"19,891]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">222</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205601N</entry><entry align="left" rowsep="0"
colname="column3">HARM IMPROVEMENT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">138,431</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">132,371</entry></row>
```

WASHSTATEC015830

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> AARGM ER test schedule discrepancy</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€6,060]</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">224</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205620N</entry><entry align="left" rowsep="0"
colname="column3">SURFACE ASW COMBAT SYSTEM INTEGRATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">29,572</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">29,572</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">225</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205632N</entry><entry align="left" rowsep="0"
colname="column3">MKâ€48 ADCAP</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">85,973</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">85,973</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">226</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205633N</entry><entry align="left" rowsep="0"
colname="column3">AVIATION IMPROVEMENTS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">125,461</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">125,461</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">227</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205675N</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL NUCLEAR POWER SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">106,192</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">106,192</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0206313M</entry><entry align="left" rowsep="0"
colname="column3">MARINE CORPS COMMUNICATIONS SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">143,317</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">134,317</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program delay</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€9,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">229</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0206335M</entry><entry align="left" rowsep="0"
colname="column3">COMMON AVIATION COMMAND AND CONTROL SYSTEM (CAC2S)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,489</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">4,489</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">230</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0206623M</entry><entry align="left" rowsep="0"
colname="column3">MARINE CORPS GROUND COMBAT/SUPPORTING ARMS SYSTEMS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">51,788</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">51,788</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">231</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0206624M</entry><entry align="left" rowsep="0"
colname="column3">MARINE CORPS COMBAT SERVICES SUPPORT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">37,761</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">42,761</entry></row>
```

WASHSTATEC015831

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Airborne Power Generation Tech Development</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">232</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0206625M</entry><entry align="left" rowsep="0"
colname="column3">USMC INTELLIGENCE/ELECTRONIC WARFARE SYSTEMS (MIP)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,458</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">21,458</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">233</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0206629M</entry><entry align="left" rowsep="0"
colname="column3">AMPHIBIOUS ASSAULT VEHICLE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,476</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,476</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">234</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207161N</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL AIM MISSILES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">19,488</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">19,488</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">235</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207163N</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">39,029</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">39,029</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">239</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303109N</entry><entry align="left" rowsep="0"
colname="column3">SATELLITE COMMUNICATIONS (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">34,344</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">34,344</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">240</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303138N</entry><entry align="left" rowsep="0"
colname="column3">CONSOLIDATED AFLOAT NETWORK ENTERPRISE SERVICES (CANES)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,873</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">22,873</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">241</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303140N</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">41,853</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">41,853</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">243</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305192N</entry><entry align="left" rowsep="0"
colname="column3">MILITARY INTELLIGENCE PROGRAM (MIP) ACTIVITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,913</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">8,913</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">244</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305204N</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL UNMANNED AERIAL VEHICLES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,451</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">9,451</entry></row>
```

WASHSTATEC015832

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">245</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305205N</entry><entry align="left" rowsep="0"
colname="column3">UAS INTEGRATION AND INTEROPERABILITY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">42,315</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">42,315</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">246</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305208M</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">22,042</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">22,042</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">248</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305220N</entry><entry align="left" rowsep="0"
colname="column3">MQâ€"4C TRITON</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">11,784</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">11,784</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">249</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305231N</entry><entry align="left" rowsep="0"
colname="column3">MQâ€"8 UAV</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">29,618</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">29,618</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">250</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305232M</entry><entry align="left" rowsep="0"
colname="column3">RQâ€"11 UAV</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">509</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">509</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">251</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305234N</entry><entry align="left" rowsep="0"
colname="column3">SMALL (LEVEL 0) TACTICAL UAS (STUASL0)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">11,545</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">11,545</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305239M</entry><entry align="left" rowsep="0"
colname="column3">RQâ€"21A</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">10,914</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">10,914</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">253</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305241N</entry><entry align="left" rowsep="0"
colname="column3">MULTI-INTELLIGENCE SENSOR DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">70,612</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">70,612</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">254</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305242M</entry><entry align="left" rowsep="0"
colname="column3">UNMANNED AERIAL SYSTEMS (UAS) PAYLOADS (MIP)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,704</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">3,704</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">255</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305421N</entry><entry align="left" rowsep="0"
colname="column3">RQâ€"4 MODERNIZATION</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">202,346</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">185,446</entry></row>
```

WASHSTATEC015833

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> IFC 5.0 concurrency</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"16,900]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">256</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0308601N</entry><entry align="left" rowsep="0"
colname="column3">MODELING AND SIMULATION SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">7,119</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">7,119</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">257</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0702207N</entry><entry align="left" rowsep="0"
colname="column3">DEPOT MAINTENANCE (NON-IF)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">38,182</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">38,182</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">258</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0708730N</entry><entry align="left" rowsep="0"
colname="column3">MARITIME TECHNOLOGY (MARITECH)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,779</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">6,779</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">259</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203109N</entry><entry align="left" rowsep="0"
colname="column3">SATELLITE COMMUNICATIONS (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,868</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,868</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">259A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left"
rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,613,137</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">1,613,137</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATIONAL SYSTEMS
DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>5,104,299</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>4,989,429</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"><bold>â€"114,870</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
```

WASHSTATEC015834

```
colname="column4"><bold>20,270,499</bold></entry><entry align="char" leader-
modify="clr-ldr" colname="column8"><bold>19,674,604</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL, AF</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>BASIC RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">001</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601102F</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE RESEARCH SCIENCES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">356,107</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">356,107</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601103F</entry><entry align="left" rowsep="0"
colname="column3">UNIVERSITY RESEARCH INITIATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">158,859</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">163,859</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601108F</entry><entry align="left" rowsep="0"
colname="column3">HIGH ENERGY LASER RESEARCH INITIATIVES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">14,795</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">14,795</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL BASIC RESEARCH</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>529,761</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>534,761</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
```

WASHSTATEC015835

```
modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">004</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602102F</entry><entry align="left" rowsep="0"
colname="column3">MATERIALS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">128,851</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">152,851</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced materials high energy x-ray</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[4,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced materials manufacturing flexible
biosensors</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced thermal protection systems</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">005</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602201F</entry><entry align="left" rowsep="0"
colname="column3">AEROSPACE VEHICLE TECHNOLOGIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">147,724</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">147,724</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">006</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602202F</entry><entry align="left" rowsep="0"
colname="column3">HUMAN EFFECTIVENESS APPLIED RESEARCH</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">131,795</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">131,795</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">007</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602203F</entry><entry align="left" rowsep="0"
colname="column3">AEROSPACE PROPULSION</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">198,775</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">208,775</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Educational partnership agreements for next generation
liquid propulsion</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015836

```
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Electrical power/thermal management systems</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">008</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602204F</entry><entry align="left" rowsep="0"
colname="column3">AEROSPACE SENSORS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">202,912</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">202,912</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602298F</entry><entry align="left" rowsep="0"
colname="column3">SCIENCE AND TECHNOLOGY MANAGEMENTâ€" MAJOR HEADQUARTERS
ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">7,968</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">7,968</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">012</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602602F</entry><entry align="left" rowsep="0"
colname="column3">CONVENTIONAL MUNITIONS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">142,772</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">142,772</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">013</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602605F</entry><entry align="left" rowsep="0"
colname="column3">DIRECTED ENERGY TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">124,379</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">124,379</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">014</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602788F</entry><entry align="left" rowsep="0"
colname="column3">DOMINANT INFORMATION SCIENCES AND METHODS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">181,562</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">199,562</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Detection and countering of adversarial UAS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Quantum Information Science Innovation
Center</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Quantum science</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">015</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602890F</entry><entry align="left" rowsep="0"
colname="column3">HIGH ENERGY LASER RESEARCH</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">44,221</entry><entry align="char" leader-
```

```
modify="clr-ldr" colname="column8">44,221</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">016</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206601F</entry><entry align="left" rowsep="0"
colname="column3">SPACE TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">124,667</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">124,667</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL APPLIED RESEARCH</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,435,626</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>1,487,626</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">017</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603112F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED MATERIALS FOR WEAPON SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">36,586</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">41,586</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Metals affordability initiative</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">018</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603199F</entry><entry align="left" rowsep="0"
colname="column3">SUSTAINMENT SCIENCE AND TECHNOLOGY (S&amp;T)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,249</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">16,249</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">019</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603203F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED AEROSPACE SENSORS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">38,292</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">38,292</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603211F</entry><entry align="left" rowsep="0"
colname="column3">AEROSPACE TECHNOLOGY DEV/DEMO</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">102,949</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">202,949</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Low cost attritable aircraft technology</entry><entry
```

WASHSTATEC015838

```xml
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">021</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603216F</entry><entry align="left" rowsep="0"
colname="column3">AEROSPACE PROPULSION AND POWER TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">113,973</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">128,973</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced turbine engine gas generator</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Electrical power systems</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">022</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603270F</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONIC COMBAT TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">48,408</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">48,408</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">023</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603401F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED SPACECRAFT TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">70,525</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">73,525</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Strategic radiation hardened microelectronic
processors</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">024</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603444F</entry><entry align="left" rowsep="0"
colname="column3">MAUI SPACE SURVEILLANCE SYSTEM (MSSS)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">11,878</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">11,878</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">025</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603456F</entry><entry align="left" rowsep="0"
colname="column3">HUMAN EFFECTIVENESS ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,542</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">37,542</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">026</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603601F</entry><entry align="left" rowsep="0"
colname="column3">CONVENTIONAL WEAPONS TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">225,817</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">225,817</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">027</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603605F</entry><entry align="left" rowsep="0"
```

```
colname="column3">ADVANCED WEAPONS TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">37,404</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">37,404</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">028</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603680F</entry><entry align="left" rowsep="0"
colname="column3">MANUFACTURING TECHNOLOGY PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">43,116</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">66,116</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced materials and materials
manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[7,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Aerospace composites manufacturing</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">029</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603788F</entry><entry align="left" rowsep="0"
colname="column3">BATTLESPACE KNOWLEDGE DEVELOPMENT AND DEMONSTRATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">56,414</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">56,414</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED TECHNOLOGY
DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>839,153</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>985,153</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">031</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603260F</entry><entry align="left" rowsep="0"
colname="column3">INTELLIGENCE ADVANCED DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,672</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,672</entry></row>
```

WASHSTATEC015840

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">032</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603742F</entry><entry align="left" rowsep="0"
colname="column3">COMBAT IDENTIFICATION TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">27,085</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">27,085</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">033</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603790F</entry><entry align="left" rowsep="0"
colname="column3">NATO RESEARCH AND DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,955</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,955</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">034</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603851F</entry><entry align="left" rowsep="0"
colname="column3">INTERCONTINENTAL BALLISTIC MISSILEâC"DEM/VAL</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,109</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">44,109</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">036</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604002F</entry><entry align="left" rowsep="0"
colname="column3">AIR FORCE WEATHER SERVICES RESEARCH</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">772</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">772</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">037</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604004F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED ENGINE DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">878,442</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">878,442</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604015F</entry><entry align="left" rowsep="0"
colname="column3">LONG RANGE STRIKEâC"BOMBER</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,003,899</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">3,003,899</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">039</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604032F</entry><entry align="left" rowsep="0"
colname="column3">DIRECTED ENERGY PROTOTYPING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10,000</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">20,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> High-value airborne asset protection</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604032F</entry><entry align="left" rowsep="0"
colname="column3">HYPERSONICS PROTOTYPING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">576,000</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">576,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">041</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604201F</entry><entry align="left" rowsep="0"
colname="column3">PNT RESILIENCY, MODS, AND IMPROVEMENTS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">92,600</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">124,600</entry></row>
```

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[32,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">042</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604257F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED TECHNOLOGY AND SENSORS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">23,145</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">23,145</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">043</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604288F</entry><entry align="left" rowsep="0"
colname="column3">NATIONAL AIRBORNE OPS CENTER (NAOC) RECAP</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">16,669</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">16,669</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">044</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604317F</entry><entry align="left" rowsep="0"
colname="column3">TECHNOLOGY TRANSFER</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">23,614</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">23,614</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">045</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604327F</entry><entry align="left" rowsep="0"
colname="column3">HARD AND DEEPLY BURIED TARGET DEFEAT SYSTEM (HDBTDS)
PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">113,121</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">113,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">046</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604414F</entry><entry align="left" rowsep="0"
colname="column3">CYBER RESILIENCY OF WEAPON SYSTEMS-ACS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">56,325</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">56,325</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">047</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604776F</entry><entry align="left" rowsep="0"
colname="column3">DEPLOYMENT &amp; DISTRIBUTION ENTERPRISE R&amp;D</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,034</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">28,034</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">048</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604858F</entry><entry align="left" rowsep="0"
colname="column3">TECH TRANSITION PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">128,476</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">134,476</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Rapid repair</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">049</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605230F</entry><entry align="left" rowsep="0"
colname="column3">GROUND BASED STRATEGIC DETERRENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">570,373</entry><entry align="char"
```

leader-modify="clr-ldr" colname="column8">552,395</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€40,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Technical adjustment for NC3</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[22,022]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207100F</entry><entry align="left" rowsep="0"
colname="column3">LIGHT ATTACK ARMED RECONNAISSANCE (LAAR) SQUADRONS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">35,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">051</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207110F</entry><entry align="left" rowsep="0"
colname="column3">NEXT GENERATION AIR DOMINANCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,000,000</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">955,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Cost-risk associated with development
profile</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€45,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">052</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207455F</entry><entry align="left" rowsep="0"
colname="column3">THREE DIMENSIONAL LONG-RANGE RADAR (3DELRR)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,290</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">37,290</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">053</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208099F</entry><entry align="left" rowsep="0"
colname="column3">UNIFIED PLATFORM (UP)</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">10,000</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">10,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">054</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305236F</entry><entry align="left" rowsep="0"
colname="column3">COMMON DATA LINK EXECUTIVE AGENT (CDL EA)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">36,910</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">36,910</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">055</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305251F</entry><entry align="left" rowsep="0"
colname="column3">CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">35,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">056</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305601F</entry><entry align="left" rowsep="0"
colname="column3">MISSION PARTNER ENVIRONMENTS</entry><entry align="left" leader-

WASHSTATEC015843

```
modify="clr-ldr" rowsep="0" colname="column4">8,550</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">8,550</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">057</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0306250F</entry><entry align="left" rowsep="0"
colname="column3">CYBER OPERATIONS TECHNOLOGY DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">198,864</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">240,064</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Accelerate development of Cyber National Mission Force
capabilities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[13,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> ETERNALDARKNESS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[7,100]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Joint Common Access Platform</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[20,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">058</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0306415F</entry><entry align="left" rowsep="0"
colname="column3">ENABLED CYBER ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">16,632</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">16,632</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0901410F</entry><entry align="left" rowsep="0"
colname="column3">CONTRACTING INFORMATION TECHNOLOGY SYSTEM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">20,830</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">20,830</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">061</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203164F</entry><entry align="left" rowsep="0"
colname="column3">NAVSTAR GLOBAL POSITIONING SYSTEM (USER EQUIPMENT)
(SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">329,948</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">329,948</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">062</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203710F</entry><entry align="left" rowsep="0"
colname="column3">EO/IR WEATHER SYSTEMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">101,222</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">101,222</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">063</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206422F</entry><entry align="left" rowsep="0"
colname="column3">WEATHER SYSTEM FOLLOW-ON</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">225,660</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">205,660</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC015844

rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€20,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">064</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206425F</entry><entry align="left" rowsep="0"
colname="column3">SPACE SITUATION AWARENESS SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">29,776</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">29,776</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">065</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206427F</entry><entry align="left" rowsep="0"
colname="column3">SPACE SYSTEMS PROTOTYPE TRANSITIONS (SSPT)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">142,045</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">142,045</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">067</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206438F</entry><entry align="left" rowsep="0"
colname="column3">SPACE CONTROL TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">64,231</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">59,231</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">068</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206730F</entry><entry align="left" rowsep="0"
colname="column3">SPACE SECURITY AND DEFENSE PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">56,385</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">56,385</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">069</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206760F</entry><entry align="left" rowsep="0"
colname="column3">PROTECTED TACTICAL ENTERPRISE SERVICE (PTES)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">105,003</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">105,003</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206761F</entry><entry align="left" rowsep="0"
colname="column3">PROTECTED TACTICAL SERVICE (PTS)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">173,694</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">163,694</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">071</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206855F</entry><entry align="left" rowsep="0"
colname="column3">EVOLVED STRATEGIC SATCOM (ESS)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">172,206</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">172,206</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">072</entry><entry align="left" leader-modify="clr-

```
ldr" rowsep="0" colname="column2">1206857F</entry><entry align="left" rowsep="0"
colname="column3">SPACE RAPID CAPABILITIES OFFICE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">33,742</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">23,742</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>8,436,279</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>8,417,501</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>SYSTEM DEVELOPMENT &amp; DEMONSTRATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">073</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604200F</entry><entry align="left" rowsep="0"
colname="column3">FUTURE ADVANCED WEAPON ANALYSIS &amp; PROGRAMS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">246,200</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘246,200]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604201F</entry><entry align="left" rowsep="0"
colname="column3">PNT RESILIENCY, MODS, AND IMPROVEMENTS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">67,782</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">148,782</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> UPL M-Code Acceleration</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[81,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">075</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604222F</entry><entry align="left" rowsep="0"
colname="column3">NUCLEAR WEAPONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,406</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,406</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015846

```
stub-hierarchy="1" colname="column1">076</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604270F</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,066</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,066</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">077</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604281F</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL DATA NETWORKS ENTERPRISE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">229,631</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">210,331</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Prior-year carryover</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"19,300]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">078</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604287F</entry><entry align="left" rowsep="0"
colname="column3">PHYSICAL SECURITY EQUIPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,700</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">9,700</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604329F</entry><entry align="left" rowsep="0"
colname="column3">SMALL DIAMETER BOMB (SDB)â€"EMD</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">31,241</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">41,241</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program efficiency initiative</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">080</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604429F</entry><entry align="left" rowsep="0"
colname="column3">AIRBORNE ELECTRONIC ATTACK</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">081</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604602F</entry><entry align="left" rowsep="0"
colname="column3">ARMAMENT/ORDNANCE DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">28,043</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">28,043</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">082</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604604F</entry><entry align="left" rowsep="0"
colname="column3">SUBMUNITIONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">3,045</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">3,045</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">083</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604617F</entry><entry align="left" rowsep="0"
colname="column3">AGILE COMBAT SUPPORT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">19,944</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">19,944</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015847

```
stub-hierarchy="1" colname="column1">084</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604706F</entry><entry align="left" leader-modify="0"
colname="column3">LIFE SUPPORT SYSTEMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">8,624</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">8,624</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604735F</entry><entry align="left" rowsep="0"
colname="column3">COMBAT TRAINING RANGES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">37,365</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">37,365</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">086</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604800F</entry><entry align="left" rowsep="0"
colname="column3">F—35—EMD</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">7,628</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">7,628</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">087</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604932F</entry><entry align="left" rowsep="0"
colname="column3">LONG RANGE STANDOFF WEAPON</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">712,539</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">712,539</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">088</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604933F</entry><entry align="left" rowsep="0"
colname="column3">ICBM FUZE MODERNIZATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">161,199</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">161,199</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">089</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605030F</entry><entry align="left" rowsep="0"
colname="column3">JOINT TACTICAL NETWORK CENTER (JTNC)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">2,414</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">2,414</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">091</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605056F</entry><entry align="left" rowsep="0"
colname="column3">OPEN ARCHITECTURE MANAGEMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">30,000</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">30,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">093</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605221F</entry><entry align="left" rowsep="0"
colname="column3">KC—46</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">59,561</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">59,561</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">094</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605223F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED PILOT TRAINING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">348,473</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">348,473</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605229F</entry><entry align="left" rowsep="0"
colname="column3">COMBAT RESCUE HELICOPTER</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">247,047</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">247,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

stub-hierarchy="1" colname="column1">098</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605931F</entry><entry align="left" rowsep="0"
colname="column3">Bâ€2 DEFENSIVE MANAGEMENT SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">294,400</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">294,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">099</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101125F</entry><entry align="left" rowsep="0"
colname="column3">NUCLEAR WEAPONS MODERNIZATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">27,564</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">27,564</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101213F</entry><entry align="left" rowsep="0"
colname="column3">MINUTEMAN SQUADRONS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">1</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">101</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207171F</entry><entry align="left" rowsep="0"
colname="column3">Fâ€15 EPAWSS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">47,322</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">47,322</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">102</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207328F</entry><entry align="left" rowsep="0"
colname="column3">STAND IN ATTACK WEAPON</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">162,840</entry><entry align="char" leader-modify="clr-ldr"
modify="clr-ldr" colname="column8">162,840</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">103</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207701F</entry><entry align="left" rowsep="0"
colname="column3">FULL COMBAT MISSION TRAINING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,797</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">9,797</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">106</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401310F</entry><entry align="left" rowsep="0"
colname="column3">Câ€32 EXECUTIVE TRANSPORT RECAPITALIZATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,930</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">9,930</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">107</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401319F</entry><entry align="left" rowsep="0"
colname="column3">VCâ€25B</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">757,923</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">757,923</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">108</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0701212F</entry><entry align="left" rowsep="0"
colname="column3">AUTOMATED TEST SYSTEMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">2,787</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">2,787</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">109</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203176F</entry><entry align="left" rowsep="0"
colname="column3">COMBAT SURVIVOR EVADER LOCATOR</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,000</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

WASHSTATEC015849

```
stub-hierarchy="1" colname="column1">110</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203269F</entry><entry align="left" rowsep="0"
colname="column3">GPS III FOLLOW-ON (GPS IIIF)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">462,875</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">452,875</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">111</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203940F</entry><entry align="left" rowsep="0"
colname="column3">SPACE SITUATION AWARENESS OPERATIONS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">76,829</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">56,829</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> GBOSS unjustified growth</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€20,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">112</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206421F</entry><entry align="left" rowsep="0"
colname="column3">COUNTERSPACE SYSTEMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">29,037</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">29,037</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">113</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206422F</entry><entry align="left" rowsep="0"
colname="column3">WEATHER SYSTEM FOLLOW-ON</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,237</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,237</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">114</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206425F</entry><entry align="left" rowsep="0"
colname="column3">SPACE SITUATION AWARENESS SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">412,894</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">412,894</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">116</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206431F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED EHF MILSATCOM (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">117,290</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">117,290</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">117</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206432F</entry><entry align="left" rowsep="0"
colname="column3">POLAR MILSATCOM (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">427,400</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">401,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Prior year carryover</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€26,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

```
stub-hierarchy="1" colname="column1">118</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206433F</entry><entry align="left" rowsep="0"
colname="column3">WIDEBAND GLOBAL SATCOM (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,920</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,920</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">119</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206441F</entry><entry align="left" rowsep="0"
colname="column3">SPACE BASED INFRARED SYSTEM (SBIRS) HIGH EMD</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">1</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">120</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206442F</entry><entry align="left" rowsep="0"
colname="column3">NEXT GENERATION OPIR</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">1,395,278</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,395,278</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">121</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206445F</entry><entry align="left" rowsep="0"
colname="column3">COMMERCIAL SATCOM (COMSATCOM) INTEGRATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">5,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Accelerate integration of COMSATCOM
capabilities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">122</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206853F</entry><entry align="left" rowsep="0"
colname="column3">NATIONAL SECURITY SPACE LAUNCH PROGRAM (SPACE)â€"EMD</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">432,009</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">432,009</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL SYSTEM DEVELOPMENT &amp;
DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>6,929,244</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>6,703,744</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">123</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604256F</entry><entry align="left" rowsep="0"
colname="column3">THREAT SIMULATOR DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">59,693</entry><entry align="char" leader-
```

WASHSTATEC015851

```
modify="clr-ldr" colname="column8">59,693</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">124</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604759F</entry><entry align="left" rowsep="0"
colname="column3">MAJOR T&amp;E INVESTMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">181,663</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">219,663</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Telemetry extension SATCOM relay</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> UPL M-Code Acceleration</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[36,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">125</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605101F</entry><entry align="left" rowsep="0"
colname="column3">RAND PROJECT AIR FORCE</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">35,258</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">35,258</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">127</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605712F</entry><entry align="left" rowsep="0"
colname="column3">INITIAL OPERATIONAL TEST &amp; EVALUATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">13,793</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">13,793</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">128</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605807F</entry><entry align="left" rowsep="0"
colname="column3">TEST AND EVALUATION SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">717,895</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">717,895</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">129</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605826F</entry><entry align="left" rowsep="0"
colname="column3">ACQ WORKFORCE- GLOBAL POWER</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">258,667</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">258,667</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">130</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605827F</entry><entry align="left" rowsep="0"
colname="column3">ACQ WORKFORCE- GLOBAL VIG &amp; COMBAT SYS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">251,992</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">251,992</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">131</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605828F</entry><entry align="left" rowsep="0"
colname="column3">ACQ WORKFORCE- GLOBAL REACH</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">149,191</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">149,191</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">132</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605829F</entry><entry align="left" rowsep="0"
colname="column3">ACQ WORKFORCE- CYBER, NETWORK, &amp; BUS SYS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">235,360</entry><entry
```

```
align="char" leader-modify="clr-ldr" colname="column8">235,360</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">133</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605830F</entry><entry align="left" rowsep="0"
colname="column3">ACQ WORKFORCE- GLOBAL BATTLE MGMT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">160,196</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">160,196</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">134</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605831F</entry><entry align="left" rowsep="0"
colname="column3">ACQ WORKFORCE- CAPABILITY INTEGRATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">220,255</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">220,255</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">135</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605832F</entry><entry align="left" rowsep="0"
colname="column3">ACQ WORKFORCE- ADVANCED PRGM TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">42,392</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">42,392</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">136</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605833F</entry><entry align="left" rowsep="0"
colname="column3">ACQ WORKFORCE- NUCLEAR SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">133,231</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">133,231</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">137</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605898F</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT HQâ€"R&amp;D</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,590</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,590</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">138</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605976F</entry><entry align="left" rowsep="0"
colname="column3">FACILITIES RESTORATION AND MODERNIZATIONâ€"TEST AND EVALUATION
SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">88,445</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">88,445</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">139</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605978F</entry><entry align="left" rowsep="0"
colname="column3">FACILITIES SUSTAINMENTâ€"TEST AND EVALUATION SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,424</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">29,424</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">140</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606017F</entry><entry align="left" rowsep="0"
colname="column3">REQUIREMENTS ANALYSIS AND MATURATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">62,715</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">62,715</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">141</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606398F</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT HQâ€"T&amp;E</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,013</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,013</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">142</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0308602F</entry><entry align="left" rowsep="0"
colname="column3">ENTEPRISE INFORMATION SERVICES (EIS)</entry><entry align="left"
```

WASHSTATEC015853

```
leader-modify="clr-ldr" rowsep="0" colname="column4">17,128</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">17,128</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0702806F</entry><entry align="left" rowsep="0"
colname="column3">ACQUISITION AND MANAGEMENT SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,913</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,913</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">144</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0804731F</entry><entry align="left" rowsep="0"
colname="column3">GENERAL SKILL TRAINING</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">1,475</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">1,475</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">146</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1001004F</entry><entry align="left" rowsep="0"
colname="column3">INTERNATIONAL ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,071</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,071</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">147</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206116F</entry><entry align="left" rowsep="0"
colname="column3">SPACE TEST AND TRAINING RANGE DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">19,942</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">19,942</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">148</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206392F</entry><entry align="left" rowsep="0"
colname="column3">SPACE AND MISSILE CENTER (SMC) CIVILIAN WORKFORCE</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">167,810</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">167,810</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">149</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206398F</entry><entry align="left" rowsep="0"
colname="column3">SPACE &amp; MISSILE SYSTEMS CENTERâ€"MHA</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">10,170</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">10,170</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">150</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206860F</entry><entry align="left" rowsep="0"
colname="column3">ROCKET SYSTEMS LAUNCH PROGRAM (SPACE)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">13,192</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">13,192</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">151</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206864F</entry><entry align="left" rowsep="0"
colname="column3">SPACE TEST PROGRAM (STP)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">26,097</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">26,097</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL MANAGEMENT SUPPORT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>2,916,571</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>2,954,571</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
```

WASHSTATEC015854

```
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">152</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604003F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED BATTLE MANAGEMENT SYSTEM (ABMS)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">35,611</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">33,611</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increaseâ€"sensor fusion and artificial
intelligence technology</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">154</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604233F</entry><entry align="left" rowsep="0"
colname="column3">SPECIALIZED UNDERGRADUATE FLIGHT TRAINING</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">2,584</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">2,584</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">156</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604776F</entry><entry align="left" rowsep="0"
colname="column3">DEPLOYMENT &amp; DISTRIBUTION ENTERPRISE R&amp;D</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">903</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">903</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">157</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604840F</entry><entry align="left" rowsep="0"
colname="column3">Fâ€"35 C2D2</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">694,455</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">694,455</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">158</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605018F</entry><entry align="left" rowsep="0"
colname="column3">AF INTEGRATED PERSONNEL AND PAY SYSTEM (AF-IPPS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,567</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">40,567</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">159</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015855

ldr" rowsep="0" colname="column2">0605024F</entry><entry align="left" rowsep="0"
colname="column3">ANTI-TAMPER TECHNOLOGY EXECUTIVE AGENCY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">47,193</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">47,193</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">160</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605117F</entry><entry align="left" rowsep="0"
colname="column3">FOREIGN MATERIEL ACQUISITION AND EXPLOITATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,083</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">70,083</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">161</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605278F</entry><entry align="left" rowsep="0"
colname="column3">HC/MCâ€"130 RECAP RDT&amp;E</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">17,218</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">17,218</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">162</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606018F</entry><entry align="left" rowsep="0"
colname="column3">NC3 INTEGRATION</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">25,917</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">25,917</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">164</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101113F</entry><entry align="left" rowsep="0"
colname="column3">Bâ€"52 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">325,974</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">325,974</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">165</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101122F</entry><entry align="left" rowsep="0"
colname="column3">AIR-LAUNCHED CRUISE MISSILE (ALCM)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10,217</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">10,217</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">166</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101126F</entry><entry align="left" rowsep="0"
colname="column3">Bâ€"1B SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,000</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">167</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101127F</entry><entry align="left" rowsep="0"
colname="column3">Bâ€"2 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">97,276</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">97,276</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">168</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101213F</entry><entry align="left" rowsep="0"
colname="column3">MINUTEMAN SQUADRONS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">128,961</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">128,961</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">170</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101316F</entry><entry align="left" rowsep="0"
colname="column3">WORLDWIDE JOINT STRATEGIC COMMUNICATIONS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">18,177</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">18,177</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">171</entry><entry align="left" leader-modify="clr-

WASHSTATEC015856

```
ldr" rowsep="0" colname="column2">0101324F</entry><entry align="left" rowsep="0"
colname="column3">INTEGRATED STRATEGIC PLANNING &amp; ANALYSIS NETWORK</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">24,261</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">24,261</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">172</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0101328F</entry><entry align="left" rowsep="0"
colname="column3">ICBM REENTRY VEHICLES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">75,571</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">41,271</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program delay</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“34,300]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0102110F</entry><entry align="left" rowsep="0"
colname="column3">UHâ€“1N REPLACEMENT PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">170,975</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">170,975</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">176</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205219F</entry><entry align="left" rowsep="0"
colname="column3">MQâ€“9 UAV</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">154,996</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">127,296</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€“27,700]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">178</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207131F</entry><entry align="left" rowsep="0"
colname="column3">Aâ€“10 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">36,816</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">36,816</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">179</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207133F</entry><entry align="left" rowsep="0"
colname="column3">Fâ€“16 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">193,013</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">193,013</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">180</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207134F</entry><entry align="left" rowsep="0"
colname="column3">Fâ€“15E SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">336,079</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">319,829</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified Fâ€“15C requirements</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€“16,250]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">181</entry><entry align="left" leader-modify="clr-
```

ldr" rowsep="0" colname="column2">0207136F</entry><entry align="left" rowsep="0"
colname="column3">MANNED DESTRUCTIVE SUPPRESSION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,521</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,521</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">182</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207138F</entry><entry align="left" rowsep="0"
colname="column3">Fâ€"22A SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">496,298</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">496,298</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">183</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207142F</entry><entry align="left" rowsep="0"
colname="column3">Fâ€"35 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">99,943</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">99,943</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">184</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207161F</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL AIM MISSILES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">10,314</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">10,314</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">185</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207163F</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">55,384</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">55,384</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">186</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207227F</entry><entry align="left" rowsep="0"
colname="column3">COMBAT RESCUEâ€"PARARESCUE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">281</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">281</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">187</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207247F</entry><entry align="left" rowsep="0"
colname="column3">AF TENCAP</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">21,365</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">21,365</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">188</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207249F</entry><entry align="left" rowsep="0"
colname="column3">PRECISION ATTACK SYSTEMS PROCUREMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">10,696</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">10,696</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">189</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207253F</entry><entry align="left" rowsep="0"
colname="column3">COMPASS CALL</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">15,888</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">15,888</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">190</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207268F</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">112,505</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">112,505</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">191</entry><entry align="left" leader-modify="clr-

```
ldr" rowsep="0" colname="column2">0207325F</entry><entry align="left" rowsep="0"
colname="column3">JOINT AIR-TO-SURFACE STANDOFF MISSILE (JASSM)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">78,498</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">78,498</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">192</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207410F</entry><entry align="left" rowsep="0"
colname="column3">AIR &amp; SPACE OPERATIONS CENTER (AOC)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">114,864</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">114,864</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">193</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207412F</entry><entry align="left" rowsep="0"
colname="column3">CONTROL AND REPORTING CENTER (CRC)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">8,109</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">8,109</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">194</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207417F</entry><entry align="left" rowsep="0"
colname="column3">AIRBORNE WARNING AND CONTROL SYSTEM (AWACS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">67,996</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">67,996</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">195</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207418F</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL AIRBORNE CONTROL SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,462</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,462</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">197</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207431F</entry><entry align="left" rowsep="0"
colname="column3">COMBAT AIR INTELLIGENCE SYSTEM ACTIVITIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">13,668</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">13,668</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">198</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207444F</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL AIR CONTROL PARTY-MOD</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,217</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">6,217</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">200</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207452F</entry><entry align="left" rowsep="0"
colname="column3">DCAPES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">19,910</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">19,910</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">201</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207573F</entry><entry align="left" rowsep="0"
colname="column3">NATIONAL TECHNICAL NUCLEAR FORENSICS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,788</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">1,788</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">202</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207590F</entry><entry align="left" rowsep="0"
colname="column3">SEEK EAGLE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">28,237</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">28,237</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">203</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015859

ldr" rowsep="0" colname="column2">0207601F</entry><entry align="left" rowsep="0"
colname="column3">USAF MODELING AND SIMULATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,725</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,725</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">204</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207605F</entry><entry align="left" rowsep="0"
colname="column3">WARGAMING AND SIMULATION CENTERS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,316</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,316</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">205</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207610F</entry><entry align="left" rowsep="0"
colname="column3">BATTLEFIELD ABN COMM NODE (BACN)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">26,946</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">26,946</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">206</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0207697F</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTED TRAINING AND EXERCISES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,303</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,303</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">207</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208006F</entry><entry align="left" rowsep="0"
colname="column3">MISSION PLANNING SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">71,465</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">71,465</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">208</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208007F</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL DECEPTION</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">7,446</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">7,446</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">209</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208064F</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL HQâ€"CYBER</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">7,602</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">7,602</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">210</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208087F</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTED CYBER WARFARE OPERATIONS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">35,178</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">35,178</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">211</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208088F</entry><entry align="left" rowsep="0"
colname="column3">AF DEFENSIVE CYBERSPACE OPERATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">16,609</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">16,609</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">212</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208097F</entry><entry align="left" rowsep="0"
colname="column3">JOINT CYBER COMMAND AND CONTROL (JCC2)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">11,603</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">11,603</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">213</entry><entry align="left" leader-modify="clr-

```
ldr" rowsep="0" colname="column2">0208099F</entry><entry align="left" rowsep="0"
colname="column3">UNIFIED PLATFORM (UP)</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">84,702</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">84,702</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">219</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0301025F</entry><entry align="left" rowsep="0"
colname="column3">GEOBASE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">2,723</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">2,723</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">220</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0301112F</entry><entry align="left" rowsep="0"
colname="column3">NUCLEAR PLANNING AND EXECUTION SYSTEM (NPES)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,190</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">44,190</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">226</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0301401F</entry><entry align="left" rowsep="0"
colname="column3">AIR FORCE SPACE AND CYBER NON-TRADITIONAL ISR FOR BATTLESPACE
AWARENESS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">3,575</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">3,575</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">227</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0302015F</entry><entry align="left" rowsep="0"
colname="column3">Eâ€"4B NATIONAL AIRBORNE OPERATIONS CENTER (NAOC)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,173</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">42,623</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unclear acquisition strategy</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"27,550]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303131F</entry><entry align="left" rowsep="0"
colname="column3">MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK
(MEECN)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">13,543</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">13,543</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">229</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303133F</entry><entry align="left" rowsep="0"
colname="column3">HIGH FREQUENCY RADIO SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,881</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,881</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">230</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303140F</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">27,726</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">27,726</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">232</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303142F</entry><entry align="left" rowsep="0"
colname="column3">GLOBAL FORCE MANAGEMENTâ€"DATA INITIATIVE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">2,210</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">2,210</entry></row>
```

WASHSTATEC015861

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">234</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0304115F</entry><entry align="left" rowsep="0"
colname="column3">MULTI DOMAIN COMMAND AND CONTROL (MDC2)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">150,880</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">150,880</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">235</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0304260F</entry><entry align="left" rowsep="0"
colname="column3">AIRBORNE SIGINT ENTERPRISE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">102,667</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">85,167</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Common development ahead of need</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€‘8,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘9,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">236</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0304310F</entry><entry align="left" rowsep="0"
colname="column3">COMMERCIAL ECONOMIC ANALYSIS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,431</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">3,431</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">239</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305015F</entry><entry align="left" rowsep="0"
colname="column3">C2 AIR OPERATIONS SUITEâ€"C2 INFO SERVICES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">9,313</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">9,313</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">240</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305020F</entry><entry align="left" rowsep="0"
colname="column3">CCMD INTELLIGENCE INFORMATION TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,121</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">1,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">241</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305022F</entry><entry align="left" rowsep="0"
colname="column3">ISR MODERNIZATION &amp; AUTOMATION DVMT (IMAD)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">3,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘16,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">242</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305099F</entry><entry align="left" rowsep="0"
colname="column3">GLOBAL AIR TRAFFIC MANAGEMENT (GATM)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">4,544</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">4,544</entry></row>
```

WASHSTATEC015862

```xml
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">243</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305111F</entry><entry align="left" rowsep="0"
colname="column3">WEATHER SERVICE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">25,461</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">27,461</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Commercial weather data pilot</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">244</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305114F</entry><entry align="left" rowsep="0"
colname="column3">AIR TRAFFIC CONTROL, APPROACH, AND LANDING SYSTEM
(ATCALS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">5,651</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">5,651</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">245</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305116F</entry><entry align="left" rowsep="0"
colname="column3">AERIAL TARGETS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">7,448</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">7,448</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">248</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305128F</entry><entry align="left" rowsep="0"
colname="column3">SECURITY AND INVESTIGATIVE ACTIVITIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">425</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">425</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">249</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305145F</entry><entry align="left" rowsep="0"
colname="column3">ARMS CONTROL IMPLEMENTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">54,546</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">54,546</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">250</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305146F</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE JOINT COUNTERINTELLIGENCE ACTIVITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,858</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">6,858</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305179F</entry><entry align="left" rowsep="0"
colname="column3">INTEGRATED BROADCAST SERVICE (IBS)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">8,728</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">8,728</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">253</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305202F</entry><entry align="left" rowsep="0"
colname="column3">DRAGON Uâ€²2</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">38,939</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">38,939</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">255</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305206F</entry><entry align="left" rowsep="0"
colname="column3">AIRBORNE RECONNAISSANCE SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">122,909</entry><entry align="char"
```

WASHSTATEC015863

```
leader-modify="clr-ldr" colname="column8">132,909</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase for Gorgon Stare sensor
enhancements</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">256</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305207F</entry><entry align="left" rowsep="0"
colname="column3">MANNED RECONNAISSANCE SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">11,787</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">11,787</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">257</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305208F</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">25,009</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">25,009</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">258</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305220F</entry><entry align="left" rowsep="0"
colname="column3">RQâ€"4 UAV</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">191,733</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">191,733</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">259</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305221F</entry><entry align="left" rowsep="0"
colname="column3">NETWORK-CENTRIC COLLABORATIVE TARGETING</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">10,757</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">10,757</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">260</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305238F</entry><entry align="left" rowsep="0"
colname="column3">NATO AGS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">32,567</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">32,567</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">261</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305240F</entry><entry align="left" rowsep="0"
colname="column3">SUPPORT TO DCGS ENTERPRISE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">37,774</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">37,774</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">262</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305600F</entry><entry align="left" rowsep="0"
colname="column3">INTERNATIONAL INTELLIGENCE TECHNOLOGY AND ARCHITECTURES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,515</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">13,515</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">263</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305881F</entry><entry align="left" rowsep="0"
colname="column3">RAPID CYBER ACQUISITION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,383</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,383</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">264</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305984F</entry><entry align="left" rowsep="0"
colname="column3">PERSONNEL RECOVERY COMMAND &amp; CTRL (PRC2)</entry><entry
```

WASHSTATEC015864

```
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,133</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">2,133</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">265</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0307577F</entry><entry align="left" rowsep="0"
colname="column3">INTELLIGENCE MISSION DATA (IMD)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">8,614</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">8,614</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">266</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401115F</entry><entry align="left" rowsep="0"
colname="column3">Câ€130 AIRLIFT SQUADRON</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">140,425</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">101,425</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Contract award savings</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€39,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">267</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401119F</entry><entry align="left" rowsep="0"
colname="column3">Câ€5 AIRLIFT SQUADRONS (IF)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10,223</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">10,223</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">268</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401130F</entry><entry align="left" rowsep="0"
colname="column3">Câ€17 AIRCRAFT (IF)</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">25,101</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">25,101</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">269</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401132F</entry><entry align="left" rowsep="0"
colname="column3">Câ€130J PROGRAM</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">8,640</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">8,640</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">270</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401134F</entry><entry align="left" rowsep="0"
colname="column3">LARGE AIRCRAFT IR COUNTERMEASURES (LAIRCM)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">5,424</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">5,424</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">272</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401219F</entry><entry align="left" rowsep="0"
colname="column3">KCâ€10S</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">20</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">20</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">274</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0401318F</entry><entry align="left" rowsep="0"
colname="column3">CVâ€22</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">17,906</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">17,906</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">276</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0408011F</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL TACTICS / COMBAT CONTROL</entry><entry align="left" leader-
```

WASHSTATEC015865

```
modify="clr-ldr" rowsep="0" colname="column4">3,629</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">3,629</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">277</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0702207F</entry><entry align="left" rowsep="0"
colname="column3">DEPOT MAINTENANCE (NON-IF)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,890</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,890</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">278</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0708055F</entry><entry align="left" rowsep="0"
colname="column3">MAINTENANCE, REPAIR &amp; OVERHAUL SYSTEM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">10,311</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">10,311</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">279</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0708610F</entry><entry align="left" rowsep="0"
colname="column3">LOGISTICS INFORMATION TECHNOLOGY (LOGIT)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">16,065</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">16,065</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">280</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0708611F</entry><entry align="left" rowsep="0"
colname="column3">SUPPORT SYSTEMS DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">539</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">539</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">281</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0804743F</entry><entry align="left" rowsep="0"
colname="column3">OTHER FLIGHT TRAINING</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">2,057</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">2,057</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">282</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0808716F</entry><entry align="left" rowsep="0"
colname="column3">OTHER PERSONNEL ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">10</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">283</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0901202F</entry><entry align="left" rowsep="0"
colname="column3">JOINT PERSONNEL RECOVERY AGENCY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,060</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,060</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">284</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0901218F</entry><entry align="left" rowsep="0"
colname="column3">CIVILIAN COMPENSATION PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,809</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">3,809</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">285</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0901220F</entry><entry align="left" rowsep="0"
colname="column3">PERSONNEL ADMINISTRATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,476</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">6,476</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">286</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0901226F</entry><entry align="left" rowsep="0"
colname="column3">AIR FORCE STUDIES AND ANALYSIS AGENCY</entry><entry align="left"
```

WASHSTATEC015866

```
leader-modify="clr-ldr" rowsep="0" colname="column4">1,443</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">1,443</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">287</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0901538F</entry><entry align="left" rowsep="0"
colname="column3">FINANCIAL MANAGEMENT INFORMATION SYSTEMS DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,323</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">9,323</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">288</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0901554F</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE ENTERPRISE ACNTNG AND MGT SYS (DEAMS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">46,789</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">46,789</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">289</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1201017F</entry><entry align="left" rowsep="0"
colname="column3">GLOBAL SENSOR INTEGRATED ON NETWORK (GSIN)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">3,647</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">3,647</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">290</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1201921F</entry><entry align="left" rowsep="0"
colname="column3">SERVICE SUPPORT TO STRATCOMâ€"SPACE ACTIVITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">988</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">988</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">291</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1202140F</entry><entry align="left" rowsep="0"
colname="column3">SERVICE SUPPORT TO SPACECOM ACTIVITIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">11,863</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">11,863</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">293</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203001F</entry><entry align="left" rowsep="0"
colname="column3">FAMILY OF ADVANCED BLOS TERMINALS (FAB-T)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">197,388</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">177,388</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> FET schedule slip</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">294</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203110F</entry><entry align="left" rowsep="0"
colname="column3">SATELLITE CONTROL NETWORK (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">61,891</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">61,891</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">297</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203173F</entry><entry align="left" rowsep="0"
colname="column3">SPACE AND MISSILE TEST AND EVALUATION CENTER</entry><entry
```

WASHSTATEC015867

```
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,566</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">4,566</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">298</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203174F</entry><entry align="left" rowsep="0"
colname="column3">SPACE INNOVATION, INTEGRATION AND RAPID TECHNOLOGY
DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">43,292</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">43,292</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">300</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203182F</entry><entry align="left" rowsep="0"
colname="column3">SPACELIFT RANGE SYSTEM (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">10,837</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">10,837</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">301</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203265F</entry><entry align="left" rowsep="0"
colname="column3">GPS III SPACE SEGMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">42,440</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">42,440</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">302</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203400F</entry><entry align="left" rowsep="0"
colname="column3">SPACE SUPERIORITY INTELLIGENCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">14,428</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">14,428</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">303</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203614F</entry><entry align="left" rowsep="0"
colname="column3">JSPOC MISSION SYSTEM</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">72,762</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">72,762</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">304</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203620F</entry><entry align="left" rowsep="0"
colname="column3">NATIONAL SPACE DEFENSE CENTER</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,653</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">2,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">306</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203873F</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE RADARS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,881</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,881</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">308</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203913F</entry><entry align="left" rowsep="0"
colname="column3">NUDET DETECTION SYSTEM (SPACE)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">49,300</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">49,300</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">309</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203940F</entry><entry align="left" rowsep="0"
colname="column3">SPACE SITUATION AWARENESS OPERATIONS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">17,834</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">17,834</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">310</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206423F</entry><entry align="left" rowsep="0"
```

WASHSTATEC015868

```
colname="column3">GLOBAL POSITIONING SYSTEM IIIâ€"OPERATIONAL CONTROL
SEGMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">445,302</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">445,302</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">311</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206770F</entry><entry align="left" rowsep="0"
colname="column3">ENTERPRISE GROUND SERVICES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">138,870</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">99,070</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Contract award delay</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"39,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">311A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left"
rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">18,351,506</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">18,229,506</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Classified reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"122,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATIONAL SYSTEMS
DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>24,851,488</bold></entry><entry align="char" leader-
modify="clr-ldr" colname="column8"><bold>24,501,388</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"><bold>â€"350,100</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
AF</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>45,938,122</bold></entry><entry align="char" leader-
modify="clr-ldr" colname="column8"><bold>45,584,744</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>
```

WASHSTATEC015869

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL, DW</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>BASIC RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">001</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601000BR</entry><entry align="left" rowsep="0"
colname="column3">DTRA BASIC RESEARCH</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">26,000</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">26,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601101E</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE RESEARCH SCIENCES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">432,284</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">432,284</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601110D8Z</entry><entry align="left" rowsep="0"
colname="column3">BASIC RESEARCH INITIATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">48,874</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">68,874</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> DEPSCOR</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">004</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601117E</entry><entry align="left" rowsep="0"
colname="column3">BASIC OPERATIONAL MEDICAL RESEARCH SCIENCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">54,122</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">54,122</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">005</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601120D8Z</entry><entry align="left" rowsep="0"
colname="column3">NATIONAL DEFENSE EDUCATION PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">92,074</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">102,074</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Civics education grant program</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[2,000]</entry></row>
```

WASHSTATEC015870

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Submarine industrial base workforce training and
education</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">006</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601228D8Z</entry><entry align="left" rowsep="0"
colname="column3">HISTORICALLY BLACK COLLEGES AND UNIVERSITIES/MINORITY
INSTITUTIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">30,708</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">46,708</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Aerospace research and education</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[14,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">007</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0601384BP</entry><entry align="left" rowsep="0"
colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">45,238</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">45,238</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL BASIC RESEARCH</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>729,300</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>775,300</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">008</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602000D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT MUNITIONS TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">19,306</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">19,306</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">009</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602115E</entry><entry align="left" rowsep="0"
```

WASHSTATEC015871

```
colname="column3">BIOMEDICAL TECHNOLOGY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">97,771</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">97,771</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">011</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602234D8Z</entry><entry align="left" rowsep="0"
colname="column3">LINCOLN LABORATORY RESEARCH PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">52,317</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">52,317</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">012</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602251D8Z</entry><entry align="left" rowsep="0"
colname="column3">APPLIED RESEARCH FOR THE ADVANCEMENT OF S&amp;T
PRIORITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">62,200</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">55,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Computer modeling of PFAS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘8,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">013</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602303E</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION &amp; COMMUNICATIONS TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">442,556</entry><entry
align="char" leader-modify-clr-ldr" colname="column8">437,556</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">014</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602383E</entry><entry align="left" rowsep="0"
colname="column3">BIOLOGICAL WARFARE DEFENSE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">34,588</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">34,588</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">015</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602384BP</entry><entry align="left" rowsep="0"
colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">202,587</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">215,087</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[12,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">016</entry><entry align="left" leader-modify="clr-
```

```
ldr" rowsep="0" colname="column2">0602668D8Z</entry><entry align="left" rowsep="0"
colname="column3">CYBER SECURITY RESEARCH</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,118</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">25,118</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Academic cyber institutes</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">017</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602702E</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL TECHNOLOGY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">337,602</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">337,602</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">018</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602715E</entry><entry align="left" rowsep="0"
colname="column3">MATERIALS AND BIOLOGICAL TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">223,976</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">223,976</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">019</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602716E</entry><entry align="left" rowsep="0"
colname="column3">ELECTRONICS TECHNOLOGY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">332,192</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">326,192</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602718BR</entry><entry align="left" rowsep="0"
colname="column3">COUNTER WEAPONS OF MASS DESTRUCTION APPLIED RESEARCH</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">179,096</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">174,096</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">021</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602751D8Z</entry><entry align="left" rowsep="0"
colname="column3">SOFTWARE ENGINEERING INSTITUTE (SEI) APPLIED RESEARCH</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,580</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">9,580</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">022</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160401BB</entry><entry align="left" rowsep="0"
colname="column3">SOF TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">40,569</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">40,569</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC015873

```
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL APPLIED RESEARCH</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>2,049,458</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>2,049,158</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">023</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603000D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT MUNITIONS ADVANCED TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">25,779</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">25,779</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">024</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603121D8Z</entry><entry align="left" rowsep="0"
colname="column3">SO/LIC ADVANCED DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">5,000</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">5,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">025</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603122D8Z</entry><entry align="left" rowsep="0"
colname="column3">COMBATING TERRORISM TECHNOLOGY SUPPORT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">70,517</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">75,517</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">026</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603133D8Z</entry><entry align="left" rowsep="0"
colname="column3">FOREIGN COMPARATIVE TESTING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">24,970</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">24,970</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">028</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603160BR</entry><entry align="left" rowsep="0"
colname="column3">COUNTER WEAPONS OF MASS DESTRUCTION ADVANCED TECHNOLOGY
DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">340,065</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">338,575</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"1,490]</entry></row>
```

WASHSTATEC015874

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">029</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603176C</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED CONCEPTS AND PERFORMANCE ASSESSMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,208</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">14,208</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603178C</entry><entry align="left" rowsep="0"
colname="column3">WEAPONS TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">10,000</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> MD72 program termination</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">031</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603180C</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED RESEARCH</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">20,674</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">27,674</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced carbon-carbon composites
manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[7,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">032</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603225D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT DOD-DOE MUNITIONS TECHNOLOGY DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,773</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">18,773</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">033</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603286E</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED AEROSPACE SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">279,741</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">279,741</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">034</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603287E</entry><entry align="left" rowsep="0"
colname="column3">SPACE PROGRAMS AND TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">202,606</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">172,606</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> RSGS program delays</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">035</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603288D8Z</entry><entry align="left" rowsep="0"
colname="column3">ANALYTIC ASSESSMENTS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">19,429</entry><entry align="char" leader-modify="clr-
```

```
ldr" colname="column8">19,429</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">036</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603289D8Z</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">37,645</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">37,645</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">037</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603291D8Z</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED INNOVATIVE ANALYSIS AND CONCEPTSâ€"MHA</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,668</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">14,668</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603294C</entry><entry align="left" rowsep="0"
colname="column3">COMMON KILL VEHICLE TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">13,600</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">13,600</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603342D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE INNOVATION UNIT (DIU)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">29,398</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">29,398</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">041</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603375D8Z</entry><entry align="left" rowsep="0"
colname="column3">TECHNOLOGY INNOVATION</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">60,000</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">30,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">042</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603384BP</entry><entry align="left" rowsep="0"
colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAMâ€"ADVANCED
DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">172,486</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">172,486</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">043</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603527D8Z</entry><entry align="left" rowsep="0"
colname="column3">RETRACT LARCH</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">159,688</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">159,688</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">044</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603618D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT ELECTRONIC ADVANCED TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">12,063</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">12,063</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">045</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603648D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT CAPABILITY TECHNOLOGY DEMONSTRATIONS</entry><entry align="left"
```

WASHSTATEC015876

```
leader-modify="clr-ldr" rowsep="0" colname="column4">107,359</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">89,859</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[–17,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">046</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603662D8Z</entry><entry align="left" rowsep="0"
colname="column3">NETWORKED COMMUNICATIONS CAPABILITIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">2,858</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">2,858</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">047</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603680D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE-WIDE MANUFACTURING SCIENCE AND TECHNOLOGY
PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">96,397</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">116,397</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Additive manufacturing</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Integrated silicon based lasers</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">048</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603680S</entry><entry align="left" rowsep="0"
colname="column3">MANUFACTURING TECHNOLOGY PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">42,834</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">42,834</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">049</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603699D8Z</entry><entry align="left" rowsep="0"
colname="column3">EMERGING CAPABILITIES TECHNOLOGY DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">80,911</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">80,911</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603712S</entry><entry align="left" rowsep="0"
colname="column3">GENERIC LOGISTICS R&amp;D TECHNOLOGY DEMONSTRATIONS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,817</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">10,817</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">051</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603716D8Z</entry><entry align="left" rowsep="0"
```

```
colname="column3">STRATEGIC ENVIRONMENTAL RESEARCH PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">66,157</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">66,157</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">052</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603720S</entry><entry align="left" rowsep="0"
colname="column3">MICROELECTRONICS TECHNOLOGY DEVELOPMENT AND SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">171,771</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">171,771</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">053</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603727D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT WARFIGHTING PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,846</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,846</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">054</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603739E</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED ELECTRONICS TECHNOLOGIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">128,616</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">128,616</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">055</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603760E</entry><entry align="left" rowsep="0"
colname="column3">COMMAND, CONTROL AND COMMUNICATIONS SYSTEMS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">232,134</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">232,134</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">056</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603766E</entry><entry align="left" rowsep="0"
colname="column3">NETWORK-CENTRIC WARFARE TECHNOLOGY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">512,424</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">507,424</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">057</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603767E</entry><entry align="left" rowsep="0"
colname="column3">SENSOR TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">163,903</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">163,903</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">058</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603769D8Z</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTED LEARNING ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,723</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">13,723</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">059</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603781D8Z</entry><entry align="left" rowsep="0"
colname="column3">SOFTWARE ENGINEERING INSTITUTE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,111</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,111</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603826D8Z</entry><entry align="left" rowsep="0"
```

WASHSTATEC015878

```
colname="column3">QUICK REACTION SPECIAL PROJECTS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">47,147</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">47,147</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">061</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603833D8Z</entry><entry align="left" rowsep="0"
colname="column3">ENGINEERING SCIENCE &amp; TECHNOLOGY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">19,376</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">19,376</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">062</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603924D8Z</entry><entry align="left" rowsep="0"
colname="column3">HIGH ENERGY LASER ADVANCED TECHNOLOGY PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">85,223</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">85,223</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">063</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603941D8Z</entry><entry align="left" rowsep="0"
colname="column3">TEST &amp; EVALUATION SCIENCE &amp; TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">175,574</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">185,574</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase to support NDS
technologies</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">064</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603950D8Z</entry><entry align="left" rowsep="0"
colname="column3">NATIONAL SECURITY INNOVATION NETWORK</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">25,000</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">25,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">065</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604055D8Z</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL ENERGY CAPABILITY IMPROVEMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">70,536</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">53,900</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"16,636]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">066</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303310D8Z</entry><entry align="left" rowsep="0"
colname="column3">CWMD SYSTEMS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">28,907</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">28,907</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">068</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160402BB</entry><entry align="left" rowsep="0"
colname="column3">SOF ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">89,154</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">89,154</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">069</entry><entry align="left" leader-modify="clr-
```

```
ldr" rowsep="0" colname="column2">1206310SDA</entry><entry align="left" rowsep="0"
colname="column3">SPACE SCIENCE AND TECHNOLOGY RESEARCH AND DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">20,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED TECHNOLOGY
DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>3,742,088</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>3,673,462</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT AND
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603161D8Z</entry><entry align="left" rowsep="0"
colname="column3">NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&amp;E
ADC&amp;P</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">42,695</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">42,695</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">071</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603600D8Z</entry><entry align="left" rowsep="0"
colname="column3">WALKOFF</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">92,791</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">92,791</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">072</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603821D8Z</entry><entry align="left" rowsep="0"
colname="column3">ACQUISITION ENTERPRISE DATA &amp; INFORMATION SERVICES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,659</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">5,659</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">073</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603851D8Z</entry><entry align="left" rowsep="0"
colname="column3">ENVIRONMENTAL SECURITY TECHNICAL CERTIFICATION PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">66,572</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">68,572</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> ESTCP</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"> [2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603881C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">302,761</entry><entry
```

WASHSTATEC015880

```
align="char" leader-modify="clr-ldr" colname="column8">302,761</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">075</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603882C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE MIDCOURSE DEFENSE SEGMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">1,156,506</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1,237,606</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Common booster engineering early to need</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€“15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Homeland Defense Radar-Hawaii delay</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€“30,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> RKV cancellationâ€"on demand communications</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€“13,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> RKV Program Terminationâ€"Trasfer from RD,DW 109 for SLEP
program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[140,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">076</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603884BP</entry><entry align="left" rowsep="0"
colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAMâ€"DEM/VAL</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">83,662</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">83,662</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">077</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603884C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE SENSORS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">283,487</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">283,487</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">078</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603890C</entry><entry align="left" rowsep="0"
colname="column3">BMD ENABLING PROGRAMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">571,507</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">571,507</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603891C</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL PROGRAMSâ€"MDA</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">377,098</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">512,098</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
```

```
rowsep="0" colname="column3"> Classified unfunded priority</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[135,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">080</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603892C</entry><entry align="left" rowsep="0"
colname="column3">AEGIS BMD</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">727,479</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">699,479</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"28,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">081</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603896C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE COMMAND AND CONTROL, BATTLE MANAGEMENT AND
COMMUNICATI</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">564,206</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">562,706</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> IBCS integration delays</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"1,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">082</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603898C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE JOINT WARFIGHTER SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">51,532</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">51,532</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">083</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603904C</entry><entry align="left" rowsep="0"
colname="column3">MISSILE DEFENSE INTEGRATION &amp; OPERATIONS CENTER
(MDIOC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">56,161</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">56,161</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">084</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603906C</entry><entry align="left" rowsep="0"
colname="column3">REGARDING TRENCH</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">22,424</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">22,424</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603907C</entry><entry align="left" rowsep="0"
colname="column3">SEA BASED X-BAND RADAR (SBX)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">128,156</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">128,156</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">086</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603913C</entry><entry align="left" rowsep="0"
colname="column3">ISRAELI COOPERATIVE PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">300,000</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">300,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015882

```
stub-hierarchy="1" colname="column1">087</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603914C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE TEST</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">395,924</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">395,924</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">088</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603915C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE TARGETS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">554,171</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">554,171</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">089</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603920D8Z</entry><entry align="left" rowsep="0"
colname="column3">HUMANITARIAN DEMINING</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">10,820</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">14,700</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[3,880]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603923D8Z</entry><entry align="left" rowsep="0"
colname="column3">COALITION WARFARE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">11,316</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">11,316</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">091</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604016D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEPARTMENT OF DEFENSE CORROSION PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">3,365</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">3,365</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">092</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604115C</entry><entry align="left" rowsep="0"
colname="column3">TECHNOLOGY MATURATION INITIATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">303,458</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">269,458</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Cancel Neutral Particle Beam</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€"34,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">093</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604132D8Z</entry><entry align="left" rowsep="0"
colname="column3">MISSILE DEFEAT PROJECT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">17,816</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">10,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified budget requestâ€"program transitioned to
services</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€"7,816]</entry></row>
```

WASHSTATEC015883

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604181C</entry><entry align="left" rowsep="0"
colname="column3">HYPERSONIC DEFENSE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">157,425</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">157,425</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">096</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604250D8Z</entry><entry align="left" rowsep="0"
colname="column3">ADVANCED INNOVATIVE TECHNOLOGIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,312,735</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">1,312,735</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Hypervelocity Gun Weapon System</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[80,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[â€80,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">097</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604294D8Z</entry><entry align="left" rowsep="0"
colname="column3">TRUSTED &amp; ASSURED MICROELECTRONICS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">542,421</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">547,421</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Trusted and assured microelectronics
research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">098</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604331D8Z</entry><entry align="left" rowsep="0"
colname="column3">RAPID PROTOTYPING PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">100,957</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">50,957</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Uncoordinated prototyping efforts</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€50,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">099</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604341D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE INNOVATION UNIT (DIU) PROTOTYPING</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">92,000</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">92,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604400D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEPARTMENT OF DEFENSE (DOD) UNMANNED SYSTEM COMMON
DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
```

```
colname="column4">3,021</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">3,021</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">102</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604672C</entry><entry align="left" rowsep="0"
colname="column3">HOMELAND DEFENSE RADARâ€"HAWAII (HDR-H)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">274,714</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">173,598</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Funding acceleration early to need</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€"60,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Radar foundation and thermal control system early to
need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€"41,116]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">103</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604673C</entry><entry align="left" rowsep="0"
colname="column3">PACIFIC DISCRIMINATING RADAR</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,711</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">6,711</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">104</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604682D8Z</entry><entry align="left" rowsep="0"
colname="column3">WARGAMING AND SUPPORT FOR STRATEGIC ANALYSIS (SSA)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,751</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">3,751</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">105</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604775BR</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE RAPID INNOVATION PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">14,021</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">14,021</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">107</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604826J</entry><entry align="left" rowsep="0"
colname="column3">JOINT C5 CAPABILITY DEVELOPMENT, INTEGRATION AND INTEROPERABILITY
ASSESSMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">20,062</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">20,062</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">108</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604873C</entry><entry align="left" rowsep="0"
colname="column3">LONG RANGE DISCRIMINATION RADAR (LRDR)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">136,423</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">136,423</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">109</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604874C</entry><entry align="left" rowsep="0"
colname="column3">IMPROVED HOMELAND DEFENSE INTERCEPTORS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">412,363</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">272,363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC015885

```
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> RKV Termination â€" transfer to RD,DW 075 for SLEP
program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[â€"140,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">110</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604876C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT TEST</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,137</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">25,137</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">111</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604878C</entry><entry align="left" rowsep="0"
colname="column3">AEGIS BMD TEST</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">169,822</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">169,822</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">112</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604879C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE SENSOR TEST</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">105,530</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">105,530</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">113</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604880C</entry><entry align="left" rowsep="0"
colname="column3">LAND-BASED SMâ€"3 (LBSM3)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">38,352</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">38,352</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">115</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604887C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE MIDCOURSE SEGMENT TEST</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">98,139</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">98,139</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">117</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0300206R</entry><entry align="left" rowsep="0"
colname="column3">ENTERPRISE INFORMATION TECHNOLOGY SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,600</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">1,600</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">118</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303191D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT ELECTROMAGNETIC TECHNOLOGY (JET) PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,191</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">3,191</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">119</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305103C</entry><entry align="left" rowsep="0"
colname="column3">CYBER SECURITY INITIATIVE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,138</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,138</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">120</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206410SDA</entry><entry align="left" rowsep="0"
colname="column3">SPACE TECHNOLOGY DEVELOPMENT AND PROTOTYPING</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">85,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">55,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015886

```
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Missile defense studies realignment</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">121</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206893C</entry><entry align="left" rowsep="0"
colname="column3">SPACE TRACKING &amp; SURVEILLANCE SYSTEM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">35,849</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">35,849</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">122</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206895C</entry><entry align="left" rowsep="0"
colname="column3">BALLISTIC MISSILE DEFENSE SYSTEM SPACE PROGRAMS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,565</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">135,565</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Hypersonic and Ballistic Tracking Space
Sensor</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[108,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">122A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">0604011D8Z</entry><entry align="left"
rowsep="0" colname="column3">NEXT GENERATION INFORMATION COMMUNICATIONS TECHNOLOGY
(5G)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">275,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> NTTR and additional AF installation 5G
network</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8">[100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[175,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>9,797,493</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>10,015,041</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
```

```
modify="clr-ldr"><bold>SYSTEM DEVELOPMENT AND DEMONSTRATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">123</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604161D8Z</entry><entry align="left" rowsep="0"
colname="column3">NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&amp;E
SDD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">11,276</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">11,276</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">124</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604165D8Z</entry><entry align="left" rowsep="0"
colname="column3">PROMPT GLOBAL STRIKE CAPABILITY DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">107,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">76,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Transfer to RDTE, Army Line 100</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€‘31,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">125</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604384BP</entry><entry align="left" rowsep="0"
colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAMâ€"EMD</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">384,047</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">374,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€‘10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">126</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604771D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT TACTICAL INFORMATION DISTRIBUTION SYSTEM (JTIDS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,102</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">40,102</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">127</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605000BR</entry><entry align="left" rowsep="0"
colname="column3">COUNTER WEAPONS OF MASS DESTRUCTION SYSTEMS DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,100</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">13,100</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">128</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605013BL</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,070</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">3,070</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">129</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605021SE</entry><entry align="left" rowsep="0"
colname="column3">HOMELAND PERSONNEL SECURITY INITIATIVE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">7,295</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">7,295</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">130</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015888

```
ldr" rowsep="0" colname="column2">0605022D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE EXPORTABILITY PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">17,615</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">17,615</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">131</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605027D8Z</entry><entry align="left" rowsep="0"
colname="column3">OUSD(C) IT DEVELOPMENT INITIATIVES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,653</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">132</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605070S</entry><entry align="left" rowsep="0"
colname="column3">DOD ENTERPRISE SYSTEMS DEVELOPMENT AND DEMONSTRATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,378</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">2,378</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">133</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605075D8Z</entry><entry align="left" rowsep="0"
colname="column3">CMO POLICY AND INTEGRATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,618</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,618</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">134</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605080S</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE AGENCY INITIATIVES (DAI) â€"FINANCIAL SYSTEM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,944</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">27,944</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">135</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605090S</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE RETIRED AND ANNUITANT PAY SYSTEM (DRAS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,609</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">6,609</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">136</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605210D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE-WIDE ELECTRONIC PROCUREMENT CAPABILITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,619</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">9,619</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">137</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605294D8Z</entry><entry align="left" rowsep="0"
colname="column3">TRUSTED &amp; ASSURED MICROELECTRONICS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">175,032</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">175,032</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">138</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303140BL</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">425</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">425</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">139</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303141K</entry><entry align="left" rowsep="0"
colname="column3">GLOBAL COMBAT SUPPORT SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,578</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,578</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">140</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015889

```
ldr" rowsep="0" colname="column2">0305304D8Z</entry><entry align="left" rowsep="0"
colname="column3">DOD ENTERPRISE ENERGY INFORMATION MANAGEMENT (EEIM)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,373</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">4,373</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">141</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305310D8Z</entry><entry align="left" rowsep="0"
colname="column3">CWMD SYSTEMS: SYSTEM DEVELOPMENT AND DEMONSTRATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,854</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">12,854</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL SYSTEM DEVELOPMENT AND
DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>841,588</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>800,588</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">142</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603829J</entry><entry align="left" rowsep="0"
colname="column3">JOINT CAPABILITY EXPERIMENTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">13,000</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">13,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604774D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE READINESS REPORTING SYSTEM (DRRS)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">9,724</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">9,724</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">144</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604875D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT SYSTEMS ARCHITECTURE DEVELOPMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">9,593</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">9,593</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">145</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604940D8Z</entry><entry align="left" rowsep="0"
colname="column3">CENTRAL TEST AND EVALUATION INVESTMENT DEVELOPMENT
(CTEIP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">260,267</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">260,267</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">146</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604942D8Z</entry><entry align="left" rowsep="0"
colname="column3">ASSESSMENTS AND EVALUATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">30,834</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">30,834</entry></row>
```

WASHSTATEC015890

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">147</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605001E</entry><entry align="left" rowsep="0"
colname="column3">MISSION SUPPORT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">68,498</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">68,498</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">148</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605100D8Z</entry><entry align="left" rowsep="0"
colname="column3">JOINT MISSION ENVIRONMENT TEST CAPABILITY (JMETC)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">83,091</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">89,091</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Cyber range development</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">149</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605104D8Z</entry><entry align="left" rowsep="0"
colname="column3">TECHNICAL STUDIES, SUPPORT AND ANALYSIS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">18,079</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">18,079</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">150</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605126J</entry><entry align="left" rowsep="0"
colname="column3">JOINT INTEGRATED AIR AND MISSILE DEFENSE ORGANIZATION
(JIAMDO)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">70,038</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">70,038</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">152</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605142D8Z</entry><entry align="left" rowsep="0"
colname="column3">SYSTEMS ENGINEERING</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">37,140</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">37,140</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">153</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605151D8Z</entry><entry align="left" rowsep="0"
colname="column3">STUDIES AND ANALYSIS SUPPORTâ€OSD</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,759</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">4,759</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">154</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605161D8Z</entry><entry align="left" rowsep="0"
colname="column3">NUCLEAR MATTERS-PHYSICAL SECURITY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">8,307</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">8,307</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">155</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605170D8Z</entry><entry align="left" rowsep="0"
colname="column3">SUPPORT TO NETWORKS AND INFORMATION INTEGRATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,441</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">9,441</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">156</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605200D8Z</entry><entry align="left" rowsep="0"
colname="column3">GENERAL SUPPORT TO USD (INTELLIGENCE)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,700</entry><entry align="char"
```

WASHSTATEC015891

```
leader-modify="clr-ldr" colname="column8">1,700</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">157</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605384BP</entry><entry align="left" rowsep="0"
colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">110,363</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">110,363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">166</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605790D8Z</entry><entry align="left" rowsep="0"
colname="column3">SMALL BUSINESS INNOVATION RESEARCH (SBIR)/ SMALL BUSINESS TECHNOLOGY
TRANSFER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">3,568</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">3,568</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">167</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605797D8Z</entry><entry align="left" rowsep="0"
colname="column3">MAINTAINING TECHNOLOGY ADVANTAGE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">19,936</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">19,936</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">168</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605798D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE TECHNOLOGY ANALYSIS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">16,875</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">19,875</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> National Science, Technology, and Security Roundtable
with Academia</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"> [3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">169</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605801KA</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE TECHNICAL INFORMATION CENTER (DTIC)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">57,716</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">57,716</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">170</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605803SE</entry><entry align="left" rowsep="0"
colname="column3">R&amp;D IN SUPPORT OF DOD ENLISTMENT, TESTING AND
EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">34,448</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">34,448</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">171</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605804D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEVELOPMENT TEST AND EVALUATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">22,203</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">22,203</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">172</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605898E</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT HQâ€"R&amp;D</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">13,208</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">13,208</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">173</entry><entry align="left" leader-modify="clr-
```
WASHSTATEC015892

```
ldr" rowsep="0" colname="column2">0605998KA</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT HQâ€"DEFENSE TECHNICAL INFORMATION CENTER
(DTIC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">3,027</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">3,027</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606100D8Z</entry><entry align="left" rowsep="0"
colname="column3">BUDGET AND PROGRAM ASSESSMENTS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">8,017</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">8,017</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">175</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606225D8Z</entry><entry align="left" rowsep="0"
colname="column3">ODNA TECHNOLOGY AND RESOURCE ANALYSIS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">3,194</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">3,194</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">176</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0606589D8W</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE DIGITAL SERVICE (DDS) DEVELOPMENT SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,000</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">1,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">179</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0203345D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE OPERATIONS SECURITY INITIATIVE (DOSI)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,037</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">3,037</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">180</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0204571J</entry><entry align="left" rowsep="0"
colname="column3">JOINT STAFF ANALYTICAL SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,216</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">9,216</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">183</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303166J</entry><entry align="left" rowsep="0"
colname="column3">SUPPORT TO INFORMATION OPERATIONS (IO) CAPABILITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">553</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">553</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">184</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303260D8Z</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE MILITARY DECEPTION PROGRAM OFFICE (DMDPO)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,014</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">1,014</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">185</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305172K</entry><entry align="left" rowsep="0"
colname="column3">COMBINED ADVANCED APPLICATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">58,667</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">48,667</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015893

```
stub-hierarchy="1" colname="column1">187</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305245D8Z</entry><entry align="left" rowsep="0"
colname="column3">INTELLIGENCE CAPABILITIES AND INNOVATION INVESTMENTS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,081</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">21,081</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">189</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0307588D8Z</entry><entry align="left" rowsep="0"
colname="column3">ALGORITHMIC WARFARE CROSS FUNCTIONAL TEAMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">221,235</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">221,235</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">191</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0804768J</entry><entry align="left" rowsep="0"
colname="column3">COCOM EXERCISE ENGAGEMENT AND TRAINING TRANSFORMATION (CE2T2)â€"NON-
MHA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">40,073</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">40,073</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">192</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0808709SE</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE EQUAL OPPORTUNITY MANAGEMENT INSTITUTE (DEOMI)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">100</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">100</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">193</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0901598C</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT HQâ€"MDA</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">27,065</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">27,065</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">194</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0903235K</entry><entry align="left" rowsep="0"
colname="column3">JOINT SERVICE PROVIDER (JSP)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,090</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">3,090</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">194A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left"
rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">51,471</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">51,471</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL MANAGEMENT SUPPORT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,354,628</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>1,353,628</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>OPERATIONAL SYSTEM DEVELOPMENT</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
```

```
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">195</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604130V</entry><entry align="left" rowsep="0"
colname="column3">ENTERPRISE SECURITY SYSTEM (ESS)</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">7,945</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">7,945</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">196</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604532K</entry><entry align="left" rowsep="0"
colname="column3">JOINT ARTIFICIAL INTELLIGENCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">208,834</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">208,834</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">197</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605127T</entry><entry align="left" rowsep="0"
colname="column3">REGIONAL INTERNATIONAL OUTREACH (RIO) AND PARTNERSHIP FOR PEACE
INFORMATION MANA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">1,947</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1,947</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">198</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605147T</entry><entry align="left" rowsep="0"
colname="column3">OVERSEAS HUMANITARIAN ASSISTANCE SHARED INFORMATION SYSTEM
(OHASIS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">310</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">310</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">199</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607210D8Z</entry><entry align="left" rowsep="0"
colname="column3">INDUSTRIAL BASE ANALYSIS AND SUSTAINMENT SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,051</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">18,551</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Advanced systems manufacturing</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Rare earth element production</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[3,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">200</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607310D8Z</entry><entry align="left" rowsep="0"
colname="column3">CWMD SYSTEMS: OPERATIONAL SYSTEMS DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,734</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">12,734</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">201</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607327T</entry><entry align="left" rowsep="0"
```

WASHSTATEC015895

```
colname="column3">GLOBAL THEATER SECURITY COOPERATION MANAGEMENT INFORMATION SYSTEMS
(G-TSCMIS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">14,800</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">10,350</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-
ldr" colname="column8">[â€"4,450]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">202</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0607384BP</entry><entry align="left" rowsep="0"
colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE (OPERATIONAL SYSTEMS
DEVELOPMENT)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">54,023</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">54,023</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">203</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208043J</entry><entry align="left" rowsep="0"
colname="column3">PLANNING AND DECISION AID SYSTEM (PDAS)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">4,537</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">4,537</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">204</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208045K</entry><entry align="left" rowsep="0"
colname="column3">C4I INTEROPERABILITY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">64,122</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">64,122</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">210</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0302019K</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE INFO INFRASTRUCTURE ENGINEERING AND INTEGRATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,798</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">15,798</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">211</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303126K</entry><entry align="left" rowsep="0"
colname="column3">LONG-HAUL COMMUNICATIONSâ€"DCS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">11,166</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">11,166</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">212</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303131K</entry><entry align="left" rowsep="0"
colname="column3">MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK
(MEECN)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">17,383</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">17,383</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">214</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303136G</entry><entry align="left" rowsep="0"
colname="column3">KEY MANAGEMENT INFRASTRUCTURE (KMI)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">54,516</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">54,516</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">215</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303140D8Z</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">67,631</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">92,631</entry></row>
```

WASHSTATEC015896

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> AI and Cyber Center of Excellence</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[25,000]</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">216</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303140G</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">289,080</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">287,198</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment to DISA for Sharkseer</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[â€‘1,882]</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">217</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303140K</entry><entry align="left" rowsep="0"
colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">42,796</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">44,678</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment for Sharkseer</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[1,882]</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">218</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303150K</entry><entry align="left" rowsep="0"
colname="column3">GLOBAL COMMAND AND CONTROL SYSTEM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">25,218</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">25,218</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">219</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303153K</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE SPECTRUM ORGANIZATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">21,698</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">21,698</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">220</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303228K</entry><entry align="left" rowsep="0"
colname="column3">JOINT REGIONAL SECURITY STACKS (JRSS)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">18,077</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">18,077</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">222</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0303430K</entry><entry align="left" rowsep="0"
colname="column3">FEDERAL INVESTIGATIVE SERVICES INFORMATION TECHNOLOGY</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,001</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">44,001</entry></row>


<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305128V</entry><entry align="left" rowsep="0"
colname="column3">SECURITY AND INVESTIGATIVE ACTIVITIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">2,400</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">2,400</entry></row>
```

WASHSTATEC015897

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">232</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305186D8Z</entry><entry align="left" rowsep="0"
colname="column3">POLICY R&amp;D PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,301</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">6,301</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">233</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305199D8Z</entry><entry align="left" rowsep="0"
colname="column3">NET CENTRICITY</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">21,384</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">21,384</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">235</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305208BB</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">6,359</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">6,359</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">238</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305208K</entry><entry align="left" rowsep="0"
colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">2,981</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">2,981</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">241</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305327V</entry><entry align="left" rowsep="0"
colname="column3">INSIDER THREAT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,964</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">1,964</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">242</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305387D8Z</entry><entry align="left" rowsep="0"
colname="column3">HOMELAND DEFENSE TECHNOLOGY TRANSFER PROGRAM</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,221</entry><entry
align="char" leader-modify="clr-ldr" colname="column8">2,221</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">250</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0708012K</entry><entry align="left" rowsep="0"
colname="column3">LOGISTICS SUPPORT ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,361</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,361</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">251</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0708012S</entry><entry align="left" rowsep="0"
colname="column3">PACIFIC DISASTER CENTERS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,770</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">1,770</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0708047S</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE PROPERTY ACCOUNTABILITY SYSTEM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">3,679</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">3,679</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">254</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1105219BB</entry><entry align="left" rowsep="0"
colname="column3">MQâ€9 UAV</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">20,697</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">20,697</entry></row>
```

WASHSTATEC015898

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">256</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160403BB</entry><entry align="left" rowsep="0"
colname="column3">AVIATION SYSTEMS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">245,795</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">262,995</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increaseâ€"Future Vertical Lift</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8">[8,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> UPL FVL realignment from RFCM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-
modify="clr-ldr" colname="column8">[8,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">257</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160405BB</entry><entry align="left" rowsep="0"
colname="column3">INTELLIGENCE SYSTEMS DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">15,484</entry><entry align="char" leader-
modify="clr-ldr" colname="column8">15,484</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">258</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160408BB</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL ENHANCEMENTS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">166,922</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">166,922</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">259</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160431BB</entry><entry align="left" rowsep="0"
colname="column3">WARRIOR SYSTEMS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">62,332</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">62,332</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">260</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160432BB</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL PROGRAMS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">21,805</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">21,805</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">261</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160434BB</entry><entry align="left" rowsep="0"
colname="column3">UNMANNED ISR</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">37,377</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">37,377</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">262</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160480BB</entry><entry align="left" rowsep="0"
colname="column3">SOF TACTICAL VEHICLES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">11,150</entry><entry align="char" leader-modify="clr-
ldr" colname="column8">11,150</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">263</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160483BB</entry><entry align="left" rowsep="0"
colname="column3">MARITIME SYSTEMS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">72,626</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">72,626</entry></row>
```

WASHSTATEC015899

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">264</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160489BB</entry><entry align="left" rowsep="0"
colname="column3">GLOBAL VIDEO SURVEILLANCE ACTIVITIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">5,363</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">5,363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">265</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160490BB</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL ENHANCEMENTS INTELLIGENCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">12,962</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">12,962</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">266</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1203610K</entry><entry align="left" rowsep="0"
colname="column3">TELEPORT PROGRAM</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">6,158</entry><entry align="char" leader-modify="clr-ldr"
colname="column8">6,158</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">266A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left"
rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">4,542,640</entry><entry align="char"
leader-modify="clr-ldr" colname="column8">4,542,640</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATIONAL SYSTEM
DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>6,258,398</bold></entry><entry align="char" leader-modify="clr-
ldr" colname="column8"><bold>6,304,648</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2"
rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char"
leader-modify="clr-ldr" colname="column8"><bold>46,250</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
DW</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>24,772,953</bold></entry><entry align="char" leader-
modify="clr-ldr" colname="column8"><bold>24,971,825</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="char" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>OPERATIONAL TEST &amp; EVAL, DEFENSE</bold></entry><entry
```

align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">001</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605118OTE</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL TEST AND EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">93,291</entry><entry align="char" leader-modify="clr-ldr" colname="column8">93,291</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605131OTE</entry><entry align="left" rowsep="0" colname="column3">LIVE FIRE TEST AND EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">69,172</entry><entry align="char" leader-modify="clr-ldr" colname="column8">69,172</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605814OTE</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL TEST ACTIVITIES AND ANALYSES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">58,737</entry><entry align="char" leader-modify="clr-ldr" colname="column8">58,737</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>221,200</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>221,200</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATIONAL TEST &amp; EVAL, DEFENSE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>221,200</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>221,200</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL RDT&amp;E</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>103,395,545</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>102,309,846</bold></entry></row></tbody></tgroup></table></sect

WASHSTATEC015901

```
ion>

<section id="H3C76793B607D4E76938BDAB33D1BA4F4"><enum>4202.</enum><header>Research,
development, test, and evaluation for overseas contingency operations</header>

<table table-type="" table-template-name="RDT and E for Overseas Contingency
Operations" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-
rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-
size="8" bearoff="2"><colspec align="center" coldef="fig" colname="column1" colnum="0"
min-data-value="5" colwidth="37pts"/><colspec coldef="txt-no-ldr-no-spread"
colname="column2" colnum="1" min-data-value="42" colwidth="70pts"/><colspec
coldef="txt" colname="column3" colnum="2" min-data-value="50"
colwidth="307pts"/><colspec coldef="fig" colname="column4" colnum="3" min-data-
value="10" colwidth="78pts"/><colspec align="char" char="]" charoff="0" coldef="fig"
colname="column8" colnum="7" min-data-value="11" colwidth="101pts"/><thead>

<row><entry namest="column1" nameend="column8" morerows="0"
colname="column1"><bold>SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR
OVERSEAS CONTINGENCY OPERATIONS<linebreak/>(In Thousands of
Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center"
colname="column1"><bold>Line</bold></entry><entry namest="column2" morerows="0"
align="center" colname="column2"><bold>Program<linebreak/>Element</bold></entry><entry
namest="column3" morerows="0" align="center"
colname="column3"><bold>Item</bold></entry><entry namest="column4" morerows="0"
align="center" colname="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry
namest="column8" morerows="0" align="center"
colname="column8"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603327A</entry><entry align="left" rowsep="0"
colname="column3">AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">500</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603747A</entry><entry align="left" rowsep="0"
colname="column3">SOLDIER SUPPORT AND SURVIVABILITY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">3,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603804A</entry><entry align="left" rowsep="0"
colname="column3">LOGISTICS AND ENGINEER EQUIPMENTâ€"ADV DEV</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,085</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,085</entry></row>
```

WASHSTATEC015902

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604117A</entry><entry align="left" rowsep="0"
colname="column3">MANEUVERâ€"SHORT RANGE AIR DEFENSE (M-SHORAD)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[â€"6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">097</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604119A</entry><entry align="left" rowsep="0"
colname="column3">ARMY ADVANCED COMPONENT DEVELOPMENT &amp; PROTOTYPING</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,529</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">4,529</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">105</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604785A</entry><entry align="left" rowsep="0"
colname="column3">INTEGRATED BASE DEFENSE (BUDGET ACTIVITY 4)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">2,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>17,114</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>17,114</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>SYSTEM DEVELOPMENT &amp; DEMONSTRATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">151</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605035A</entry><entry align="left" rowsep="0"
colname="column3">COMMON INFRARED COUNTERMEASURES (CIRCM)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">11,770</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">11,770</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">159</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605051A</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT SURVIVABILITY DEVELOPMENT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">77,420</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">77,420</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">163</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0605203A</entry><entry align="left" rowsep="0"
colname="column3">ARMY SYSTEM DEVELOPMENT &amp; DEMONSTRATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,527</entry><entry
```

align="left" leader-modify="clr-ldr" colname="column8">19,527</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304270A</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,200</entry><entry align="left" leader-modify="clr-ldr" colname="column8">3,200</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL SYSTEM DEVELOPMENT &amp; DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>111,917</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>111,917</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RDT&amp;E MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606003A</entry><entry align="left" rowsep="0" colname="column3">COUNTERINTEL AND HUMAN INTEL MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,875</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,875</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL RDT&amp;E MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,875</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,875</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">238</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303028A</entry><entry align="left" rowsep="0"

```
colname="column3">SECURITY AND INTELLIGENCE ACTIVITIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">22,904</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">22,904</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">246</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305204A</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL UNMANNED AERIAL VEHICLES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">34,100</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">34,100</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">247</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0305206A</entry><entry align="left" rowsep="0"
colname="column3">AIRBORNE RECONNAISSANCE SYSTEMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">14,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">14,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0307665A</entry><entry align="left" rowsep="0"
colname="column3">BIOMETRICS ENABLED INTELLIGENCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,214</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">2,214</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>73,218</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>73,218</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>204,124</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>198,124</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
```

```
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">028</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603207N</entry><entry align="left" rowsep="0"
colname="column3">AIR/OCEAN TACTICAL APPLICATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">2,400</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">2,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603527N</entry><entry align="left" rowsep="0"
colname="column3">RETRACT LARCH</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">22,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">22,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">057</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603654N</entry><entry align="left" rowsep="0"
colname="column3">JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,178</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">14,178</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">069</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603795N</entry><entry align="left" rowsep="0"
colname="column3">LAND ATTACK TECHNOLOGY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">1,428</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">1,428</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>40,006</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>40,006</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>SYSTEM DEVELOPMENT &amp; DEMONSTRATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604755N</entry><entry align="left" rowsep="0"
colname="column3">SHIP SELF DEFENSE (DETECT &amp; CONTROL)</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,122</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,122</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL SYSTEM DEVELOPMENT &amp;
DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,122</bold></entry><entry align="left" leader-modify="clr-ldr"
colname="column8"><bold>1,122</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
```

WASHSTATEC015906

```
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0206313M</entry><entry align="left" rowsep="0"
colname="column3">MARINE CORPS COMMUNICATIONS SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">15,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">15,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">259A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left"
rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">108,282</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">108,282</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>123,282</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>123,282</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>164,410</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>164,410</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL, AF</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015907

```
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">048</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604858F</entry><entry align="left" rowsep="0"
colname="column3">TECH TRANSITION PROGRAM</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">26,450</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">26,450</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">072</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1206857F</entry><entry align="left" rowsep="0"
colname="column3">SPACE RAPID CAPABILITIES OFFICE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">17,885</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">17,885</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL ADVANCED COMPONENT DEVELOPMENT &amp;
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>44,335</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>44,335</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">177</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0205671F</entry><entry align="left" rowsep="0"
colname="column3">JOINT COUNTER RCIED ELECTRONIC WARFARE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">4,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">4,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">217</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0208288F</entry><entry align="left" rowsep="0"
colname="column3">INTEL DATA APPLICATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,200</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">1,200</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">311A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left"
rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">78,713</entry><entry align="left" leader-
```

WASHSTATEC015908

```
modify="clr-ldr" colname="column8">78,713</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>83,913</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>83,913</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
AF</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>128,248</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>128,248</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL, DW</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0602134BR</entry><entry align="left" rowsep="0"
colname="column3">COUNTER IMPROVISED-THREAT ADVANCED STUDIES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,677</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,677</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL APPLIED RESEARCH</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,677</bold></entry><entry
align="left" leader-modify="clr-ldr" colname="column8"><bold>1,677</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
```

WASHSTATEC015909

```
modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">025</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603122D8Z</entry><entry align="left" rowsep="0"
colname="column3">COMBATING TERRORISM TECHNOLOGY SUPPORT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">25,230</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">25,230</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">027</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0603134BR</entry><entry align="left" rowsep="0"
colname="column3">COUNTER IMPROVISED-THREAT SIMULATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">49,528</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">49,528</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>74,758</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>74,758</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT AND
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">094</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">0604134BR</entry><entry align="left" rowsep="0"
colname="column3">COUNTER IMPROVISED-THREAT DEMONSTRATION, PROTOTYPE DEVELOPMENT, AND
TESTING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">113,590</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">113,590</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND
PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>113,590</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>113,590</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>OPERATIONAL SYSTEM DEVELOPMENT</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
```

WASHSTATEC015910

```
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">258</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160408BB</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL ENHANCEMENTS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">726</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">726</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">259</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160431BB</entry><entry align="left" rowsep="0"
colname="column3">WARRIOR SYSTEMS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">6,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">6,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">261</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">1160434BB</entry><entry align="left" rowsep="0"
colname="column3">UNMANNED ISR</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">5,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">5,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">266A</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left"
rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">200,199</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">200,199</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>211,925</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>211,925</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
colname="column3"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
DW</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>401,950</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>401,950</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-
modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" rowsep="0"
```

WASHSTATEC015911

```
colname="column3"><bold>TOTAL RDT&amp;E</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"><bold>898,732</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column8"><bold>892,732</bold></entry></row></tbody></tgroup></table></section>

<section id="HAB5E367C08A44394843B975360A6043F"><enum>4203.</enum><header>Research,
development, test, and evaluation for emergency requirements</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="RDT and E for OCO for Base
Requirements" table-type="">

<tgroup bearoff2="2" cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="6.6.8" ttitle-size="8"><colspec align="center" coldef="fig" colname="column1"
colnum="0" colwidth="17pts" min-data-value="5"/><colspec coldef="txt-no-ldr-no-spread"
colname="column2" colnum="1" colwidth="42pts" min-data-value="42"/><colspec
coldef="txt" colname="column3" colnum="2" colwidth="179pts" min-data-
value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="33pts" min-
data-value="10"/><colspec align="char" char="1" charoff="0" coldef="fig"
colname="column8" colnum="7" colwidth="37pts" min-data-value="11"/><thead>

<row><entry colname="column1" morerows="0" nameend="column8"
namest="column1"><bold>SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR
EMERGENCY REQUIREMENTS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Line</bold></entry><entry align="center" colname="column2"
morerows="0" namest="column2"><bold>Program<linebreak/>Element</bold></entry><entry
align="center" colname="column3" morerows="0"
namest="column3"><bold>Item</bold></entry><entry align="center" colname="column4"
morerows="0" namest="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry
align="center" colname="column8" morerows="0"
namest="column8"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-
ldr" rowsep="0"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-
ldr" rowsep="0"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">187</entry><entry align="left"
colname="column2" leader-modify="clr-ldr" rowsep="0">0605864N</entry><entry
align="left" colname="column3" rowsep="0">TEST AND EVALUATION SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column8" leader-modify="clr-ldr">129,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" entry-modify="fl-
hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr">[129,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3"
rowsep="0"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-
```

```
modify="clr-ldr"><bold>129,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-
ldr" rowsep="0"><bold>RESEARCH, DEVELOPMENT, TEST &amp; EVAL, AF</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-
ldr" rowsep="0"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left"
colname="column2" leader-modify="clr-ldr" rowsep="0">0605807F</entry><entry
align="left" colname="column3" rowsep="0">TEST AND EVALUATION SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column8" leader-modify="clr-ldr">14,436</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" entry-modify="fl-
hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr">[14,436]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">138</entry><entry align="left"
colname="column2" leader-modify="clr-ldr" rowsep="0">0605976F</entry><entry
align="left" colname="column3" rowsep="0">FACILITIES RESTORATION AND
MODERNIZATIONâ€”TEST AND EVALUATION SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column8" leader-modify="clr-ldr">1,060</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" entry-modify="fl-
hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr">[1,060]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3"
rowsep="0"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST &amp; EVAL, AF</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr"><bold>15,496</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3"
rowsep="0"><bold>TOTAL RDT&amp;E</bold></entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left"
```

WASHSTATEC015913

```
colname="column8" leader-modify="clr-
ldr"><bold>144,496</bold></entry></row></tbody></tgroup></table></section></title>

<title id="HFBE65473274543AAB0E95857410DA525"><enum> XLIII</enum><header>OPERATION AND
MAINTENANCE</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="HFBE65473274543AAB0E95857410DA525" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H3EA3FD49B70349FB90E1DC84FC8B5D8D"
level="section">Sec.â€‚4301.â€‚Operation and maintenance.</toc-entry>

<toc-entry idref="H07A0507C2A464FA2B2339E6F7E2C0CAA"
level="section">Sec.â€‚4302.â€‚Operation and maintenance for overseas contingency
operations.</toc-entry>

<toc-entry idref="HE0737CA1375D4EE79161FC02969B1425"
level="section">Sec.â€‚4303.â€‚Operation and maintenance for emergency
requirements.</toc-entry> </toc>

<section id="H3EA3FD49B70349FB90E1DC84FC8B5D8D"><enum>4301.</enum><header>Operation and
maintenance</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Operation and Maintenance"
table-type="">

<tgroup cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-
size="8"><colspec align="center" coldef="fig" colname="column1" colnum="0"
colwidth="57pts" min-data-value="5"/><colspec coldef="txt" colname="column3" colnum="2"
colwidth="495pts" min-data-value="50"/><colspec coldef="fig" colname="column4"
colnum="3" colwidth="84pts" min-data-value="12"/><colspec align="char" char="]"
charoff="0" coldef="fig" colname="column8" colnum="7" colwidth="94pts" min-data-
value="12"/><thead>

<row><entry colname="column1" morerows="0" nameend="column8"
namest="column1"><bold>SEC. 4301. OPERATION AND MAINTENANCE<linebreak/>(In Thousands of
Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Line</bold></entry><entry align="center" colname="column3"
morerows="0" namest="column3"><bold>Item</bold></entry><entry align="center"
colname="column4" morerows="0" namest="column4"><bold>FY 2020<linebreak/>
Request</bold></entry><entry align="center" colname="column8" morerows="0"
namest="column8"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE,
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">MANEUVER UNITS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,735,922</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,398,674</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
```

```
colname="column8" leader-modify="clr-ldr">[â€260,548]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€76,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">MODULAR SUPPORT BRIGADES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">127,815</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">124,665</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€3,150]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">ECHELONS ABOVE BRIGADE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">716,356</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">709,356</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">THEATER LEVEL ASSETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">890,891</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">878,891</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€12,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES OPERATIONS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,232,477</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,222,977</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€9,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">AVIATION ASSETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,355,606</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,269,106</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€86,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
```

```
colname="column3" rowsep="0">FORCE READINESS OPERATIONS SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">3,882,315</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">2,664,315</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Female personal protective equipment</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€1,100,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€120,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES SYSTEMS READINESS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">417,069</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">446,269</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> UPL MDTF INDOPACOM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[29,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES DEPOT MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,633,327</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,608,327</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATIONS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,047,933</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">8,002,933</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€45,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION &amp;
MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">4,326,840</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">4,326,840</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">MANAGEMENT AND OPERATIONAL HEADQUARTERS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">405,612</entry><entry
```

WASHSTATEC015916

```
align="char" colname="column8" leader-modify="clr-ldr">405,612</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left"
colname="column3" rowsep="0">US AFRICA COMMAND</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">251,511</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">243,011</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€“8,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left"
colname="column3" rowsep="0">US EUROPEAN COMMAND</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">146,358</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">146,358</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3"
rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left"
colname="column3" rowsep="0">US SOUTHERN COMMAND</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">191,840</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">209,840</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Multi-Mission Support Vessel</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[18,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left"
colname="column3" rowsep="0">US FORCES KOREA</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">57,603</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">57,603</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€"CYBERSPACE
OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">423,156</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">423,156</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€"CYBERSECURITY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">551,185</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">551,185</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>26,393,816</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>24,689,118</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
```

WASHSTATEC015917

```
modify="clr-ldr" rowsep="0"><bold>MOBILIZATION</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">220</entry><entry align="left"
colname="column3" rowsep="0">STRATEGIC MOBILITY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">380,577</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">380,577</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">230</entry><entry align="left"
colname="column3" rowsep="0">ARMY PREPOSITIONED STOCKS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">362,942</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">362,942</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">240</entry><entry align="left"
colname="column3" rowsep="0">INDUSTRIAL PREPAREDNESS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,637</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">5,637</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Advanced Manufacturing COE Tech
Roadmapping</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>748,156</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>749,156</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">250</entry><entry align="left"
colname="column3" rowsep="0">OFFICER ACQUISITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">157,175</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">157,175</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">260</entry><entry align="left"
colname="column3" rowsep="0">RECRUIT TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">55,739</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">55,739</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left"
colname="column3" rowsep="0">ONE STATION UNIT TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">62,300</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">62,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left"
colname="column3" rowsep="0">SENIOR RESERVE OFFICERS TRAINING CORPS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">538,357</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">538,357</entry></row>
```

WASHSTATEC015918

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">290</entry><entry align="left"
colname="column3" rowsep="0">SPECIALIZED SKILL TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">969,813</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">969,813</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">300</entry><entry align="left"
colname="column3" rowsep="0">FLIGHT TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,234,049</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,234,049</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">310</entry><entry align="left"
colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">218,338</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">218,338</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">320</entry><entry align="left"
colname="column3" rowsep="0">TRAINING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">554,659</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">552,659</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess travel request</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€‘2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">330</entry><entry align="left"
colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">716,056</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">706,056</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth for recruiting</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€‘10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">340</entry><entry align="left"
colname="column3" rowsep="0">EXAMINING</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">185,034</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">185,034</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">350</entry><entry align="left"
colname="column3" rowsep="0">OFF-DUTY AND VOLUNTARY EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">214,275</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">214,275</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">360</entry><entry align="left"
colname="column3" rowsep="0">CIVILIAN EDUCATION AND TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">147,647</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">147,647</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">370</entry><entry align="left"
colname="column3" rowsep="0">JUNIOR RESERVE OFFICER TRAINING CORPS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">173,812</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">173,812</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND
RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
```

```
rowsep="0"><bold>5,227,254</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>5,215,254</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWIDE ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">390</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">559,229</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">559,229</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">400</entry><entry align="left"
colname="column3" rowsep="0">CENTRAL SUPPLY ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">929,944</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">928,944</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess personnel</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">410</entry><entry align="left"
colname="column3" rowsep="0">LOGISTIC SUPPORT ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">629,981</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">629,981</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">420</entry><entry align="left"
colname="column3" rowsep="0">AMMUNITION MANAGEMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">458,771</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">451,771</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">430</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">428,768</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">418,768</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">440</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE COMMUNICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,512,736</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,472,736</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
```

```
modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€'40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">450</entry><entry align="left"
colname="column3" rowsep="0">MANPOWER MANAGEMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">272,738</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">272,738</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">460</entry><entry align="left"
colname="column3" rowsep="0">OTHER PERSONNEL SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">391,869</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">361,869</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€'30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">470</entry><entry align="left"
colname="column3" rowsep="0">OTHER SERVICE SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,901,165</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,881,165</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified headquarters growth</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€'20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">480</entry><entry align="left"
colname="column3" rowsep="0">ARMY CLAIMS ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">198,765</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">191,265</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Historical underexecution</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€'7,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">490</entry><entry align="left"
colname="column3" rowsep="0">REAL ESTATE MANAGEMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">226,248</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">226,248</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">500</entry><entry align="left"
colname="column3" rowsep="0">FINANCIAL MANAGEMENT AND AUDIT READINESS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">315,489</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">292,489</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€'23,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">510</entry><entry align="left"
colname="column3" rowsep="0">INTERNATIONAL MILITARY HEADQUARTERS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">427,254</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">427,254</entry></row>
```

WASHSTATEC015921

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">520</entry><entry align="left"
colname="column3" rowsep="0">MISC. SUPPORT OF OTHER NATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">43,248</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">43,248</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">565</entry><entry align="left"
colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,347,053</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,347,053</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWIDE
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>9,643,258</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>9,504,758</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE,
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>42,012,484</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>40,158,286</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, ARMY
RES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">MODULAR SUPPORT BRIGADES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,927</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">11,927</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">ECHELONS ABOVE BRIGADE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">533,015</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">533,015</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">THEATER LEVEL ASSETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">119,517</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">118,101</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
```

```
colname="column8" leader-modify="clr-ldr">[â€"1,416]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES OPERATIONS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">550,468</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">543,468</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">AVIATION ASSETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">86,670</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">85,170</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"1,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">FORCE READINESS OPERATIONS SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">390,061</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">388,661</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess civilian increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"1,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES SYSTEMS READINESS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">101,890</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">101,890</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES DEPOT MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">48,503</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">48,503</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATIONS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">598,907</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">594,707</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"4,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION &amp;
MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">444,376</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">444,376</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015923

```
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">MANAGEMENT AND OPERATIONAL HEADQUARTERS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,095</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">22,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIES–CYBERSPACE
OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">3,288</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">3,288</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIES–CYBERSECURITY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,655</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">7,655</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>2,918,372</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>2,902,856</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,533</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">14,533</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17,231</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">17,231</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE COMMUNICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,304</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">14,304</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left"
colname="column3" rowsep="0">MANPOWER MANAGEMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">6,129</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">6,129</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left"
colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">58,541</entry><entry align="char"
```

```
colname="column8" leader-modify="clr-ldr">58,541</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>110,738</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>110,738</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left"
colname="column3" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-
modify="clr-ldr">â€25,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Overestimation of civilian FTE
targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"><bold>â€25,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE, ARMY
RES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>3,029,110</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>2,988,594</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE,
ARNG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">MANEUVER UNITS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">805,671</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">775,671</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">MODULAR SUPPORT BRIGADES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">195,334</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">193,334</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">ECHELONS ABOVE BRIGADE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">771,048</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">770,548</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">THEATER LEVEL ASSETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">94,726</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">94,226</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES OPERATIONS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">33,696</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">35,185</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"advanced trauma training
program</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[1,489]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">AVIATION ASSETS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">981,819</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">973,819</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€8,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">FORCE READINESS OPERATIONS SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">743,206</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">743,206</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES SYSTEMS READINESS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">50,963</entry><entry align="char"
```

WASHSTATEC015926

```
colname="column8" leader-modify="clr-ldr">50,963</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">LAND FORCES DEPOT MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">258,278</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">254,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€4,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATIONS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,153,076</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,133,076</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION &amp;
MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,113,475</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,113,475</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">MANAGEMENT AND OPERATIONAL HEADQUARTERS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,001,042</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">987,042</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€14,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€CYBERSPACE
OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">8,448</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">8,448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€CYBERSECURITY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,768</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">7,768</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>7,218,550</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>7,140,789</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left"
colname="column3" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-
```

WASHSTATEC015927

```
modify="clr-ldr">â€"20,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Overestimation of civilian FTE
targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"><bold>â€"20,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">9,890</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">9,890</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">71,070</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">71,070</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE COMMUNICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">68,213</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">62,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"6,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left"
colname="column3" rowsep="0">MANPOWER MANAGEMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,628</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">8,628</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left"
colname="column3" rowsep="0">OTHER PERSONNEL SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">250,376</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">250,376</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left"
colname="column3" rowsep="0">REAL ESTATE MANAGEMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,676</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">2,676</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
```

```
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>410,853</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>404,853</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE,
ARNG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>7,629,403</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>7,525,642</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">MISSION AND OTHER FLIGHT OPERATIONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">5,309,109</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">4,659,109</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Projected underexecution</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€‐50,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€‐600,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">FLEET AIR TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,284,828</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">2,249,828</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Projected underexecution</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€‐35,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">AVIATION TECHNICAL DATA &amp; ENGINEERING
SERVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">59,299</entry><entry align="char" colname="column8" leader-modify="clr-
```

WASHSTATEC015929

```
ldr">59,299</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">AIR OPERATIONS AND SAFETY SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">155,896</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">155,896</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">AIR SYSTEMS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">719,107</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">719,107</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">AIRCRAFT DEPOT MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,154,181</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,154,181</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">AIRCRAFT DEPOT OPERATIONS SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">60,402</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">59,202</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€1,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">AVIATION LOGISTICS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,241,421</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,219,421</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Projected underexecution</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€22,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">MISSION AND OTHER SHIP OPERATIONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">4,097,262</entry><entry align="char" colname="column" leader-modify="clr-
ldr">3,547,262</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€450,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€100,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">SHIP OPERATIONS SUPPORT &amp; TRAINING</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,031,792</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,029,792</entry></row>
```

WASHSTATEC015930

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess civilian growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">SHIP DEPOT MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,061,298</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">8,714,298</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[653,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">SHIP DEPOT OPERATIONS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,073,641</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">2,066,141</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€7,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left"
colname="column3" rowsep="0">COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,378,856</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,364,856</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€14,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column3" rowsep="0">SPACE SYSTEMS AND SURVEILLANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">276,245</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">273,745</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€2,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left"
colname="column3" rowsep="0">WARFARE TACTICS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">675,209</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">675,209</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left"
colname="column3" rowsep="0">OPERATIONAL METEOROLOGY AND OCEANOGRAPHY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">389,516</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">389,516</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left"
colname="column3" rowsep="0">COMBAT SUPPORT FORCES</entry><entry align="left"
```

WASHSTATEC015931

```
colname="column4" leader-modify="clr-ldr" rowsep="0">1,536,310</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,126,310</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€400,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="char"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left"
colname="column3" rowsep="0">EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS
SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">161,579</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">161,579</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left"
colname="column3" rowsep="0">COMBATANT COMMANDERS CORE OPERATIONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">59,521</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">59,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left"
colname="column3" rowsep="0">COMBATANT COMMANDERS DIRECT MISSION SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">93,978</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">98,978</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Posture site assessments INDOPACOM</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left"
colname="column3" rowsep="0">MILITARY INFORMATION SUPPORT OPERATIONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,641</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">8,641</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">220</entry><entry align="left" colname="column3"
rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">496,385</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">496,385</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">230</entry><entry align="left"
colname="column3" rowsep="0">FLEET BALLISTIC MISSILE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,423,339</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,423,339</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">240</entry><entry align="left"
colname="column3" rowsep="0">WEAPONS MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">924,069</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">895,032</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€29,037]</entry></row>
```

WASHSTATEC015932

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">250</entry><entry align="left"
colname="column3" rowsep="0">OTHER WEAPON SYSTEMS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">540,210</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">540,210</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">260</entry><entry align="left"
colname="column3" rowsep="0">ENTERPRISE INFORMATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,131,627</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,111,627</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left"
colname="column3" rowsep="0">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">3,029,634</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">3,029,634</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,414,943</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">4,414,943</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold>SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>42,788,298</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>41,703,061</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>MOBILIZATION</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">290</entry><entry align="left"
colname="column3" rowsep="0">SHIP PREPOSITIONING AND SURGE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">942,902</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">942,902</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">300</entry><entry align="left"
colname="column3" rowsep="0">READY RESERVE FORCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">352,044</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">352,044</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">310</entry><entry align="left"
colname="column3" rowsep="0">SHIP ACTIVATIONS/INACTIVATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">427,555</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">427,555</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">320</entry><entry align="left"
colname="column3" rowsep="0">EXPEDITIONARY HEALTH SERVICES SYSTEMS</entry><entry
```

WASHSTATEC015933

```
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">137,597</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">137,597</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">330</entry><entry align="left"
colname="column3" rowsep="0">COAST GUARD SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">24,604</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">24,604</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>1,884,702</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>1,884,702</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">340</entry><entry align="left"
colname="column3" rowsep="0">OFFICER ACQUISITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">150,765</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">150,765</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">350</entry><entry align="left"
colname="column3" rowsep="0">RECRUIT TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,584</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">11,584</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">360</entry><entry align="left"
colname="column3" rowsep="0">RESERVE OFFICERS TRAINING CORPS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">159,133</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">159,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">370</entry><entry align="left"
colname="column3" rowsep="0">SPECIALIZED SKILL TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">911,316</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">891,316</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">380</entry><entry align="left"
colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">185,211</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">186,261</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase: Sea Cadets</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[1,050]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1">390</entry><entry align="left"
colname="column3" rowsep="0">TRAINING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">267,224</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">267,224</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">400</entry><entry align="left"
colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">209,252</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">204,252</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">410</entry><entry align="left"
colname="column3" rowsep="0">OFF-DUTY AND VOLUNTARY EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">88,902</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">88,902</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">420</entry><entry align="left"
colname="column3" rowsep="0">CIVILIAN EDUCATION AND TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">67,492</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">67,492</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">430</entry><entry align="left"
colname="column3" rowsep="0">JUNIOR ROTC</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">55,164</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">55,164</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND
RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>2,106,043</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>2,082,093</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">440</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,143,358</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,103,358</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">450</entry><entry align="left"
colname="column3" rowsep="0">CIVILIAN MANPOWER AND PERSONNEL MANAGEMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">178,342</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">175,342</entry></row>
```

WASHSTATEC015935

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess civilian growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"3,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">460</entry><entry align="left"
colname="column3" rowsep="0">MILITARY MANPOWER AND PERSONNEL MANAGEMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">418,413</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">418,413</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">490</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">157,465</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">157,465</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">510</entry><entry align="left"
colname="column3" rowsep="0">PLANNING, ENGINEERING, AND PROGRAM SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">485,397</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">490,397</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> REPO</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-
modify="clr-ldr">[5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">520</entry><entry align="left"
colname="column3" rowsep="0">ACQUISITION, LOGISTICS, AND OVERSIGHT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">654,137</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">647,137</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">530</entry><entry align="left"
colname="column3" rowsep="0">INVESTIGATIVE AND SECURITY SERVICES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">718,061</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">718,061</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">645</entry><entry align="left"
colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">591,535</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">591,535</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>4,346,708</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>4,301,708</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
```

WASHSTATEC015936

```
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">650</entry><entry align="left"
colname="column3" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-
modify="clr-ldr">â€"20,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Overestimation of civilian FTE
targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"><bold>â€"20,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>51,125,751</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>49,951,564</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, MARINE
CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">OPERATIONAL FORCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">968,224</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">727,224</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess civilian growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
```

WASHSTATEC015937

```
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€40,000]</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">FIELD LOGISTICS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,278,533</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,064,533</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€200,000]</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€14,000]</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">DEPOT MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">232,991</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">232,991</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">MARITIME PREPOSITIONING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">100,396</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">100,396</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">203,580</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">203,580</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">SUSTAINMENT, RESTORATION &amp; MODERNIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,559,034</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,559,034</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,253,776</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">2,223,776</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€30,000]</entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>6,596,534</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>6,111,534</bold></entry></row>


<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>
```

WASHSTATEC015938

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">RECRUIT TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">21,240</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">21,240</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">OFFICER ACQUISITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,168</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">1,168</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">SPECIALIZED SKILL TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">106,601</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">106,601</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">49,095</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">49,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">TRAINING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">407,315</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">407,315</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left"
colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">210,475</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">210,475</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column3" rowsep="0">OFF-DUTY AND VOLUNTARY EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">42,810</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">42,810</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left"
colname="column3" rowsep="0">JUNIOR ROTC</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">25,183</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">25,183</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND
RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>863,887</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>863,887</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
```

WASHSTATEC015939

```
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">29,894</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">29,894</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">384,352</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">384,352</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">225</entry><entry align="left"
colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">52,057</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">52,057</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>466,303</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>466,303</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE, MARINE
CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>7,926,724</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>7,441,724</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, NAVY
RES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">MISSION AND OTHER FLIGHT OPERATIONS</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">654,220</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">629,220</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
```

WASHSTATEC015940

```
colname="column3" rowsep="0">INTERMEDIATE MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">8,767</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">8,767</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">AIRCRAFT DEPOT MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">108,236</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">108,236</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">AIRCRAFT DEPOT OPERATIONS SUPPORT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">463</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">463</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">AVIATION LOGISTICS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,014</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">26,014</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">SHIP OPERATIONS SUPPORT &amp; TRAINING</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">583</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">583</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">COMBAT COMMUNICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">17,883</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">17,883</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">COMBAT SUPPORT FORCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">128,079</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">128,079</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">356</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">356</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">ENTERPRISE INFORMATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,133</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">26,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,397</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">35,397</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">101,376</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">101,376</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>1,107,507</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>1,082,507</bold></entry></row>
```

WASHSTATEC015941

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,888</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">1,888</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column3" rowsep="0">MILITARY MANPOWER AND PERSONNEL MANAGEMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,778</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">12,778</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left"
colname="column3" rowsep="0">ACQUISITION AND PROGRAM MANAGEMENT</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,943</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">2,943</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>17,609</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>17,609</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE, NAVY
RES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>1,125,116</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>1,100,116</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, MC
RESERVE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">OPERATING FORCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">106,484</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">106,484</entry></row>
```

WASHSTATEC015942

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">DEPOT MAINTENANCE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">18,429</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">18,429</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,516</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">47,516</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">106,073</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">106,073</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>278,502</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>278,502</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">13,574</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">13,574</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>13,574</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>13,574</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE, MC
RESERVE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>292,076</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>292,076</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
```

WASHSTATEC015943

```
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">PRIMARY COMBAT FORCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">729,127</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">729,127</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">COMBAT ENHANCEMENT FORCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,318,770</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">918,770</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€400,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">AIR OPERATIONS TRAINING (OJT, MAINTAIN
SKILLS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,486,790</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,446,790</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3"
colname="column3" rowsep="0">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">3,334,792</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">3,299,792</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€35,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION &amp;
MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">4,142,435</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">4,142,435</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE SUSTAINMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">228,811</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">228,811</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM
SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">8,329,364</entry><entry align="char" colname="column8" leader-modify="clr-
```

```
ldr">8,347,364</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Expansion of Conditions Based Maintenance Plus
(CBM+)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[18,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">FLYING HOUR PROGRAM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">4,048,773</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">3,418,773</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€550,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€80,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATIONS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">7,223,982</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">6,933,982</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€90,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">GLOBAL C3I AND EARLY WARNING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">964,553</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">964,553</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">OTHER COMBAT OPS SPT PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,032,307</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,026,161</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"> [â€6,146]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">670,076</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">670,076</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column3" rowsep="0">LAUNCH FACILITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">179,980</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">179,980</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left"
colname="column3" rowsep="0">SPACE CONTROL SYSTEMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">467,990</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">464,390</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"3,600]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left"
colname="column3" rowsep="0">US NORTHCOM/NORAD</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">184,655</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">184,655</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left"
colname="column3" rowsep="0">US STRATCOM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">478,357</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">478,357</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left"
colname="column3" rowsep="0">US CYBERCOM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">323,121</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">347,921</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Accelerate development of Cyber National Mission
Force capabilities</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[1,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Cyber National Mission Force mobile &amp; modular
hunt forward kit</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[5,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> ETERNALDARKNESS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[18,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left"
colname="column3" rowsep="0">US CENTCOM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">160,989</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">160,989</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left"
colname="column3" rowsep="0">US SOCOM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">6,225</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">6,225</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left"
colname="column3" rowsep="0">US TRANSCOM</entry><entry align="left" colname="column4"
```

WASHSTATEC015946

```
leader-modify="clr-ldr" rowsep="0">544</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">544</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">220</entry><entry align="left"
colname="column3" rowsep="0">CENTCOM CYBERSPACE SUSTAINMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,073</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">2,073</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">230</entry><entry align="left" colname="column3" rowsep="0">USSPACECOM</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">70,588</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">70,588</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">235</entry><entry align="left"
colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,322,944</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,316,694</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€6,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>36,707,246</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>35,339,050</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>MOBILIZATION</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">240</entry><entry align="left"
colname="column3" rowsep="0">AIRLIFT OPERATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,158,142</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,158,142</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">250</entry><entry align="left"
colname="column3" rowsep="0">MOBILIZATION PREPAREDNESS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">138,672</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">130,172</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€8,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>1,296,814</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>1,288,314</bold></entry></row>
```

WASHSTATEC015947

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">260</entry><entry align="left"
colname="column3" rowsep="0">OFFICER ACQUISITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">130,835</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">130,835</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left"
colname="column3" rowsep="0">RECRUIT TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">26,021</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">26,021</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left"
colname="column3" rowsep="0">RESERVE OFFICERS TRAINING CORPS (ROTC)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">121,391</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">121,391</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">290</entry><entry align="left"
colname="column3" rowsep="0">SPECIALIZED SKILL TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">454,539</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">414,539</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€‘40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">300</entry><entry align="left"
colname="column3" rowsep="0">FLIGHT TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">600,565</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">600,565</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">310</entry><entry align="left"
colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">282,788</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">282,788</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">320</entry><entry align="left"
colname="column3" rowsep="0">TRAINING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">123,988</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">113,988</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€‘10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">330</entry><entry align="left"
colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">167,731</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">162,731</entry></row>
```

WASHSTATEC015948

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€˜5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">340</entry><entry align="left"
colname="column3" rowsep="0">EXAMINING</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">4,576</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">4,576</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">350</entry><entry align="left"
colname="column3" rowsep="0">OFF-DUTY AND VOLUNTARY EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">211,911</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">211,911</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">360</entry><entry align="left"
colname="column3" rowsep="0">CIVILIAN EDUCATION AND TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">219,021</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">219,021</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">370</entry><entry align="left"
colname="column3" rowsep="0">JUNIOR ROTC</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">62,092</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">62,092</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND
RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>2,405,458</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>2,350,458</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">380</entry><entry align="left"
colname="column3" rowsep="0">LOGISTICS OPERATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">664,926</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">664,926</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">390</entry><entry align="left"
colname="column3" rowsep="0">TECHNICAL SUPPORT ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">101,483</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">101,483</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">400</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">892,480</entry><entry align="char"
```

```
colname="column8" leader-modify="clr-ldr">892,480</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">410</entry><entry align="left"
colname="column3" rowsep="0">SERVICEWIDE COMMUNICATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">152,532</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">122,532</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">420</entry><entry align="left"
colname="column3" rowsep="0">OTHER SERVICEWIDE ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,254,089</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,204,089</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Remove one-time fiscal year 2019
increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">430</entry><entry align="left"
colname="column3" rowsep="0">CIVIL AIR PATROL</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">30,070</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">37,200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Improved emergency crew readiness</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[7,130]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">460</entry><entry align="left"
colname="column3" rowsep="0">INTERNATIONAL SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">136,110</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">136,110</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">465</entry><entry align="left"
colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,269,624</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,269,624</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>4,501,314</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>4,428,444</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>44,910,832</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>43,406,266</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, SPACE
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">BASE SUPPORT</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">72,436</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">72,436</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>72,436</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>72,436</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE, SPACE
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>72,436</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>72,436</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, AF
RESERVE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">PRIMARY COMBAT FORCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,781,413</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">1,756,413</entry></row>
```

WASHSTATEC015951

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Delay in KCâ€46 aircraft delivery</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">MISSION SUPPORT OPERATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">209,650</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">204,150</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€5,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">494,235</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">484,235</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION &amp;
MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">128,746</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">128,746</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM
SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">256,512</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">256,512</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">BASE SUPPORT</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">414,626</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">414,626</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,673</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">1,673</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>3,286,855</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>3,246,355</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
```

WASHSTATEC015952

```
modify="clr-ldr" rowsep="0"><bold>ADMINISTRATION AND SERVICEWIDE
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">69,436</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">69,436</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">22,124</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">22,124</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">MILITARY MANPOWER AND PERS MGMT (ARPC)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,946</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">10,946</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">OTHER PERS SUPPORT (DISABILITY COMP)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,009</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">7,009</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">AUDIOVISUAL</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">448</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMINISTRATION AND SERVICEWIDE
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>109,963</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>109,963</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE, AF
RESERVE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>3,396,818</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>3,356,318</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, ANG</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>
```

WASHSTATEC015953

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">AIRCRAFT OPERATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">2,497,967</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">2,472,967</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Delay in KCâ€46 aircraft delivery</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">MISSION SUPPORT OPERATIONS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">600,377</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">585,377</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">879,467</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">879,467</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION &amp;
MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">400,734</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">400,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM
SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,299,089</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,299,089</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">BASE SUPPORT</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0">911,775</entry><entry align="char" colname="column8"
leader-modify="clr-ldr">911,775</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE SUSTAINMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">24,742</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">24,742</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">25,507</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">25,507</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
```

```
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>6,639,658</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>6,599,658</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMINISTRATION AND SERVICE-WIDE
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">47,215</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">47,215</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">40,356</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">40,356</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMINISTRATION AND SERVICE-WIDE
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>87,571</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>87,571</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left"
colname="column3" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-
modify="clr-ldr">â€‘30,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Maintain program affordability: Overestimation of
civilian FTE targets</entry><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€‘30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"><bold>â€‘30,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE,
ANG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>6,727,229</bold></entry><entry align="char" colname="column8" leader-
```

WASHSTATEC015955

```
modify="clr-ldr"><bold>6,657,229</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION AND MAINTENANCE, DEFENSE-
WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">JOINT CHIEFS OF STAFF</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">409,542</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">392,542</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€12,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Remove one-time fiscal year 2019
costs</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">JOINT CHIEFS OF STAFFâ€CE2T2</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">579,179</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">579,179</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">JOINT CHIEFS OF STAFFâ€CYBER</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">24,598</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">24,598</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT
ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,075,762</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,070,262</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Classified adjustment</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€5,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND CYBERSPACE
ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">14,409</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">14,409</entry></row>
```

WASHSTATEC015956

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND INTELLIGENCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">501,747</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">486,953</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> DCGSâ€"SOF - excess to need</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"5,794]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decreaseâ€"SOCRATES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND MAINTENANCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">559,300</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">544,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Projected underexecution</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND MANAGEMENT/OPERATIONAL
HEADQUARTERS</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">177,928</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">177,928</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND OPERATIONAL
SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">925,262</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">899,762</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Base support underexecution</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"5,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Operational support underexecution</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"9,600]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growthâ€"C4IAS Saas</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left"
colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND THEATER FORCES</entry><entry
align="left" colname="column4"
rowsep="0">2,764,738</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">2,250,038</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015957

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€14,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€500,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING
FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>7,032,465</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>6,439,971</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE ACQUISITION UNIVERSITY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">180,250</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">180,250</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left"
colname="column3" rowsep="0">JOINT CHIEFS OF STAFF</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">100,610</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">100,610</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left"
colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,967</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">33,967</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND
RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>314,827</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>314,827</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMIN &amp; SRVWIDE ACTIVITIES</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left"
colname="column3" rowsep="0">CIVIL MILITARY PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">165,707</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">260,007</entry></row>
```

WASHSTATEC015958

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> IRT Increase</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[14,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> National Guard Youth Challenge Program
support</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[50,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"STARBASE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE CONTRACT AUDIT AGENCY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">627,467</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">627,467</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE CONTRACT AUDIT AGENCYâ€"CYBER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,362</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">3,362</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE CONTRACT MANAGEMENT AGENCY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,438,068</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,418,068</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left" colname="column3"
colname="column3" rowsep="0">DEFENSE CONTRACT MANAGEMENT AGENCYâ€"CYBER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,391</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">24,391</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">220</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE HUMAN RESOURCES ACTIVITY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">892,438</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">882,438</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Defense Manpower Data Centerâ€"Excess
Growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Enterprise Operations Centerâ€"Excess
Growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€"5,000]</entry></row>
```

WASHSTATEC015959

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">230</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE INFORMATION SYSTEMS AGENCY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">2,012,885</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,992,885</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">240</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE INFORMATION SYSTEMS AGENCYâ€"CYBER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">601,223</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">636,360</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Sharkseer transfer</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[35,137]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE LEGAL SERVICES AGENCY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">34,632</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">34,632</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE LOGISTICS AGENCY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">415,699</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">435,199</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"PTAP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[19,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">290</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE MEDIA ACTIVITY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">202,792</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">202,792</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">300</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE PERSONNEL ACCOUNTING AGENCY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">144,881</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">144,881</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">310</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE SECURITY COOPERATION AGENCY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">696,884</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">666,884</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Assessment, monitoring, and
evaluation</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[11,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
```

WASHSTATEC015960

```
modify="fl-hang-hier-3" rowsep="0"> Security cooperation account</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"11,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">320</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE SECURITY SERVICE</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">889,664</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">889,664</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">340</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE SECURITY SERVICEâ€"CYBER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,220</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">9,220</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">360</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE TECHNICAL INFORMATION CENTER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,000</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">3,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">370</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE TECHNOLOGY SECURITY ADMINISTRATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,626</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">35,626</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">380</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE THREAT REDUCTION AGENCY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">568,133</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">568,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">400</entry><entry align="left"
colname="column3" rowsep="0">DEFENSE THREAT REDUCTION AGENCYâ€"CYBER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,339</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">13,339</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">410</entry><entry align="left"
colname="column3" rowsep="0">DEPARTMENT OF DEFENSE EDUCATION ACTIVITY</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">2,932,226</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">2,912,226</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Remove one-time fiscal year 2019
increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€"50,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Overestimation of civilian FTE
targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"impact aid for children with
```

WASHSTATEC015961

```
severe disabilites</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"impact aid to schools with
military dependents</entry><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">420</entry><entry align="left"
colname="column3" rowsep="0">MISSILE DEFENSE AGENCY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">522,529</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">509,859</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> THAAD prior year under-execution</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"12,670]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">450</entry><entry align="left"
colname="column3" rowsep="0">OFFICE OF ECONOMIC ADJUSTMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">59,513</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">134,513</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Defense Community Infrastructure Program
(DCIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[75,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">460</entry><entry align="left"
colname="column3" rowsep="0">OFFICE OF THE SECRETARY OF DEFENSE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,604,738</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,625,738</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Bien Hoa dioxin cleanup</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> CDC study</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Emerging contaminants</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"37,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Interstate compacts for licensure and
```

WASHSTATEC015962

```
credentialing</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[4,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Military aviation safety commission</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[3,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Readiness and Environmental Protection Initiative
increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">470</entry><entry align="left"
colname="column3" rowsep="0">OFFICE OF THE SECRETARY OF DEFENSEâ€"CYBER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">48,783</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">48,783</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">480</entry><entry align="left"
colname="column3" rowsep="0">SPACE DEVELOPMENT AGENCY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">44,750</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">34,750</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">500</entry><entry align="left"
colname="column3" rowsep="0">WASHINGTON HEADQUARTERS SERVICES</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">324,001</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">296,201</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"27,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">505</entry><entry align="left"
colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">15,816,598</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">15,757,457</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Classified adjustment</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"24,004]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to DISA for Sharkseer</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"35,137]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN &amp; SRVWIDE
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>30,132,549</bold></entry><entry align="char" colname="column8" leader-
```

WASHSTATEC015963

```
modify="clr-ldr"><bold>30,167,875</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION AND MAINTENANCE, DEFENSE-
WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>37,479,841</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>36,922,673</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp; MAINTENANCE, DEFENSE-
WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr"><bold>â€‘557,168</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>US COURT OF APPEALS FOR ARMED FORCES,
DEF</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ADMINISTRATION AND ASSOCIATED
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">US COURT OF APPEALS FOR THE ARMED FORCES,
DEFENSE</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">14,771</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">14,771</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMINISTRATION AND ASSOCIATED
ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>14,771</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>14,771</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL US COURT OF APPEALS FOR ARMED FORCES,
DEF</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>14,771</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>14,771</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015964

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>DOD ACQUISITION WORKFORCE DEVELOPMENT
FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ACQUISITION WORKFORCE
DEVELOPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">ACQ WORKFORCE DEV FD</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">400,000</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">400,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ACQUISITION WORKFORCE
DEVELOPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>400,000</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>400,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL DOD ACQUISITION WORKFORCE DEVELOPMENT
FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>400,000</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>400,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC
AID</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>HUMANITARIAN ASSISTANCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">OVERSEAS HUMANITARIAN, DISASTER AND CIVIC
AID</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">108,600</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">117,663</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Increase for foreign disaster relief</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[6,822]</entry></row>
```

WASHSTATEC015965

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Increase for humanitarian mine action
program</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-
ldr">[2,241]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL HUMANITARIAN
ASSISTANCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>108,600</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>117,663</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OVERSEAS HUMANITARIAN, DISASTER, AND
CIVIC AID</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>108,600</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>117,663</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>COOPERATIVE THREAT REDUCTION
ACCOUNT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>COOPERATIVE THREAT REDUCTION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">COOPERATIVE THREAT REDUCTION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">338,700</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">358,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Cooperative biological engagement</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL COOPERATIVE THREAT
REDUCTION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>338,700</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>358,700</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL COOPERATIVE THREAT REDUCTION
```

```
ACCOUNT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>338,700</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>358,700</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION, ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>DEPARTMENT OF THE ARMY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION, ARMY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">207,518</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">212,518</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Perfluorinated chemicals</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEPARTMENT OF THE
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>207,518</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>212,518</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION,
ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>207,518</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>290,582</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>DEPARTMENT OF THE NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION, NAVY</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">335,932</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">350,932</entry></row>
```

WASHSTATEC015967

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Perfluorinated chemicals</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unexploded ordnance remediation</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEPARTMENT OF THE
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>335,932</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>350,932</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>335,932</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>418,996</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION, AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>DEPARTMENT OF THE AIR FORCE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION, AIR FORCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">302,744</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">365,808</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Perfluorinated chemicals</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[63,064]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEPARTMENT OF THE AIR
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>302,744</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>365,808</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION, AIR
```

WASHSTATEC015968

```
FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>302,744</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>385,808</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION, DEFENSE-
WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left"
colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION, DEFENSE-WIDE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,105</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">9,105</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEFENSE-WIDE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>9,105</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>9,105</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION, DEFENSE-
WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>9,105</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>92,169</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION FORMERLY USED
SITES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>DEFENSE-WIDE</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left"
colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION FORMERLY USED
SITES</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">216,499</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">216,499</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEFENSE-WIDE</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>216,499</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>216,499</bold></entry></row>
```

WASHSTATEC015969

```
<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION FORMERLY USED
SITES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>216,499</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>216,499</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION &amp;
MAINTENANCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>207,661,689</bold></entry><entry align="char" colname="column8"
leader-modify="clr-
ldr"><bold>201,610,944</bold></entry></row></tbody></tgroup></table></section>

<section id="H07A0507C2A464FA2B2339E6F7E2C0CAA"><enum>4302.</enum><header>Operation and
maintenance for overseas contingency operations</header>

<table table-type="" table-template-name="Operation and Maintenance for Overseas
Contingency Operations" align-to-level="section" frame="topbot" colsep="1" rowsep="0"
line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-
size="8" bearoff="2"><colspec align="center" coldef="fig" colname="column1" colnum="0"
min-data-value="5" colwidth="60pts"/><colspec coldef="txt" colname="column3" colnum="2"
min-data-value="50" colwidth="265pts"/><colspec coldef="fig" colname="column4"
colnum="3" min-data-value="12" colwidth="100pts"/><colspec char="]" charoff="0"
coldef="fig" colname="column8" colnum="7" min-data-value="12" colwidth="79pts"
align="char"/><thead>

<row><entry namest="column1" nameend="column8" morerows="0"
colname="column1"><bold>SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY
OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center"
colname="column1"><bold>Line</bold></entry><entry namest="column3" morerows="0"
align="center" colname="column3"><bold>Item</bold></entry><entry namest="column4"
morerows="0" align="center" colname="column4"><bold>FY 2020<linebreak/>
Request</bold></entry><entry namest="column8" morerows="0" align="center"
colname="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, ARMY</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">MANEUVER UNITS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,410,874</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">1,671,422</entry></row>
```

WASHSTATEC015970

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[260,548]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0"
colname="column3">ECHELONS ABOVE BRIGADE</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">26,502</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">26,502</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0"
colname="column3">THEATER LEVEL ASSETS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">2,274,490</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">2,259,490</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[â€'15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0"
colname="column3">LAND FORCES OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">136,288</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">136,288</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">AVIATION ASSETS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">300,240</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">300,240</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0"
colname="column3">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,415,009</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">4,510,009</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8">[â€'5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[1,100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">080</entry><entry align="left" rowsep="0"
colname="column3">LAND FORCES SYSTEMS READINESS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">29,985</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">29,985</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0"
colname="column3">LAND FORCES DEPOT MAINTENANCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">86,931</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">86,931</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0"
colname="column3">BASE OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">115,706</entry><entry align="left"
```

```
leader-modify="clr-ldr" colname="column8">115,706</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">110</entry><entry align="left" rowsep="0"
colname="column3">FACILITIES SUSTAINMENT, RESTORATION &amp; MODERNIZATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">72,657</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">72,657</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">130</entry><entry align="left" rowsep="0"
colname="column3">ADDITIONAL ACTIVITIES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">6,397,586</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">6,385,586</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8">[â€"12,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">140</entry><entry align="left" rowsep="0"
colname="column3">COMMANDER'S EMERGENCY RESPONSE PROGRAM</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">5,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">2,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8">[â€"2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">150</entry><entry align="left" rowsep="0"
colname="column3">RESET</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">1,048,896</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">1,048,896</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0"
colname="column3">US AFRICA COMMAND</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">203,174</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">203,174</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0"
colname="column3">US EUROPEAN COMMAND</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">173,676</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">173,676</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0"
colname="column3">CYBERSPACE ACTIVITIESâ€"CYBERSPACE OPERATIONS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">188,529</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">188,529</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">210</entry><entry align="left" rowsep="0"
colname="column3">CYBERSPACE ACTIVITIESâ€"CYBERSECURITY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">5,682</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">5,682</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>15,891,225</bold></entry><entry align="left" leader-
modify="clr-ldr" colname="column8"><bold>17,217,273</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015972

```
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>MOBILIZATION</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">230</entry><entry align="left" rowsep="0"
colname="column3">ARMY PREPOSITIONED STOCKS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">131,954</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">131,954</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-align="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>131,954</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>131,954</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>ADMIN &amp; SRVWIDE ACTIVITIES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">390</entry><entry align="left" rowsep="0"
colname="column3">SERVICEWIDE TRANSPORTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">721,014</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">721,014</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">400</entry><entry align="left" rowsep="0"
colname="column3">CENTRAL SUPPLY ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">66,845</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">66,845</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">410</entry><entry align="left" rowsep="0"
colname="column3">LOGISTIC SUPPORT ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,309</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">9,309</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">420</entry><entry align="left" rowsep="0"
colname="column3">AMMUNITION MANAGEMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">23,653</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">23,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">460</entry><entry align="left" rowsep="0"
colname="column3">OTHER PERSONNEL SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">109,019</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">109,019</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">490</entry><entry align="left" rowsep="0"
colname="column3">REAL ESTATE MANAGEMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">251,355</entry><entry align="left" leader-
```

WASHSTATEC015973

```
modify="clr-ldr" colname="column8">251,355</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">565</entry><entry align="left" rowsep="0"
colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">1,568,564</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">1,568,564</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN &amp; SRVWIDE
ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>2,749,759</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>2,749,759</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE,
ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>18,772,938</bold></entry><entry align="left" leader-
modify="clr-ldr" colname="column8"><bold>20,098,986</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, ARMY
RES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">ECHELONS ABOVE BRIGADE</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">20,440</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">20,440</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">689</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">689</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0"
colname="column3">BASE OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">16,463</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">16,463</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>37,592</bold></entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015974

```
ldr" colname="column8"><bold>37,592</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE, ARMY
RES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>37,592</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>37,592</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, ARNG</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">MANEUVER UNITS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">45,896</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">45,896</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">MODULAR SUPPORT BRIGADES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">180</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">180</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0"
colname="column3">ECHELONS ABOVE BRIGADE</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">2,982</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">2,982</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0"
colname="column3">THEATER LEVEL ASSETS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">548</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">548</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">AVIATION ASSETS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">9,229</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">9,229</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0"
colname="column3">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,584</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">1,584</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

```
stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0"
colname="column3">BASE OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">22,063</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">22,063</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">120</entry><entry align="left" rowsep="0"
colname="column3">MANAGEMENT AND OPERATIONAL HEADQUARTERS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">606</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">606</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>83,088</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>83,088</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0"
colname="column3">SERVICEWIDE COMMUNICATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">203</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">203</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>203</bold></entry><entry align="left" leader-modify="clr-ldr"
colname="column8"><bold>203</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE,
ARNG</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>83,291</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>83,291</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>AFGHANISTAN SECURITY FORCES FUND</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
```

WASHSTATEC015976

```
leader-modify="clr-ldr"><bold>AFGHAN NATIONAL ARMY</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0"
colname="column3">SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,313,047</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">1,313,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0"
colname="column3">INFRASTRUCTURE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">37,152</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">37,152</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">110</entry><entry align="left" rowsep="0"
colname="column3">EQUIPMENT AND TRANSPORTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">120,868</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">120,868</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">120</entry><entry align="left" rowsep="0"
colname="column3">TRAINING AND OPERATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">118,591</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">118,591</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL AFGHAN NATIONAL ARMY</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,589,658</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>1,589,658</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>AFGHAN NATIONAL POLICE</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">130</entry><entry align="left" rowsep="0"
colname="column3">SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">422,806</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">422,806</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">140</entry><entry align="left" rowsep="0"
colname="column3">INFRASTRUCTURE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">2,358</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">2,358</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">150</entry><entry align="left" rowsep="0"
colname="column3">EQUIPMENT AND TRANSPORTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">127,081</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">127,081</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0"
colname="column3">TRAINING AND OPERATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">108,112</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">108,112</entry></row>
```

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL AFGHAN NATIONAL
POLICE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>660,357</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>660,357</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>AFGHAN AIR FORCE</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0"
colname="column3">SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">893,829</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">893,829</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">180</entry><entry align="left" rowsep="0"
colname="column3">INFRASTRUCTURE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">8,611</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">8,611</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">190</entry><entry align="left" rowsep="0"
colname="column3">EQUIPMENT AND TRANSPORTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">566,967</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">566,967</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0"
colname="column3">TRAINING AND OPERATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">356,108</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">356,108</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL AFGHAN AIR FORCE</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,825,515</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>1,825,515</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>AFGHAN SPECIAL SECURITY FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">210</entry><entry align="left" rowsep="0"
colname="column3">SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">437,909</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">437,909</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">220</entry><entry align="left" rowsep="0"
```

WASHSTATEC015978

```
colname="column3">INFRASTRUCTURE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">21,131</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">21,131</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">230</entry><entry align="left" rowsep="0"
colname="column3">EQUIPMENT AND TRANSPORTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">153,806</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">153,806</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">240</entry><entry align="left" rowsep="0"
colname="column3">TRAINING AND OPERATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">115,602</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">115,602</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL AFGHAN SPECIAL SECURITY
FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>728,448</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>728,448</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">245</entry><entry align="left" rowsep="0"
colname="column3">UNDISTRIBUTED</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8">â€"300,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[â€"300,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"><bold>â€"300,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL AFGHANISTAN SECURITY FORCES
FUND</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>4,803,978</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>4,503,978</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC015979

```
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>COUNTER ISIS TRAIN AND EQUIP FUND
(CTEF)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>COUNTER ISIS TRAIN AND EQUIP FUND
(CTEF)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">IRAQ</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">745,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">545,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[â€"100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Transfer to DSCA Security Cooperation</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8">[â€"100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">SYRIA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">300,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">300,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL COUNTER ISIS TRAIN AND EQUIP FUND
(CTEF)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,045,000</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>845,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL COUNTER ISIS TRAIN AND EQUIP FUND
(CTEF)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,045,000</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>845,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, NAVY</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
```

```
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">MISSION AND OTHER FLIGHT OPERATIONS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">373,047</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">973,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[600,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0"
colname="column3">AVIATION TECHNICAL DATA &amp; ENGINEERING SERVICES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">816</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">816</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0"
colname="column3">AIR OPERATIONS AND SAFETY SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">9,582</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">9,582</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0"
colname="column3">AIR SYSTEMS SUPPORT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">197,262</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">197,262</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT DEPOT MAINTENANCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">168,246</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">168,246</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT DEPOT OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,594</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">3,594</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">080</entry><entry align="left" rowsep="0"
colname="column3">AVIATION LOGISTICS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">10,618</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">10,618</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0"
colname="column3">MISSION AND OTHER SHIP OPERATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,485,108</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,935,108</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[450,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0"
```

WASHSTATEC015981

```
colname="column3">SHIP OPERATIONS SUPPORT &amp; TRAINING</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">20,334</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">20,334</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">110</entry><entry align="left" rowsep="0"
colname="column3">SHIP DEPOT MAINTENANCE</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">2,365,615</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">2,365,615</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">130</entry><entry align="left" rowsep="0"
colname="column3">COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">58,092</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">58,092</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">140</entry><entry align="left" rowsep="0"
colname="column3">SPACE SYSTEMS AND SURVEILLANCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">18,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">18,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">150</entry><entry align="left" rowsep="0"
colname="column3">WARFARE TACTICS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">16,984</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">16,984</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL METEOROLOGY AND OCEANOGRAPHY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">29,382</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">29,382</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0"
colname="column3">COMBAT SUPPORT FORCES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">608,870</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">1,008,870</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[400,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">180</entry><entry align="left" rowsep="0"
colname="column3">EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,799</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">7,799</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0"
colname="column3">COMBATANT COMMANDERS DIRECT MISSION SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">24,800</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">24,800</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">220</entry><entry align="left" rowsep="0"
colname="column3">CYBERSPACE ACTIVITIES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">363</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">240</entry><entry align="left" rowsep="0"
colname="column3">WEAPONS MAINTENANCE</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">486,188</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">486,188</entry></row>
```

WASHSTATEC015982

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">250</entry><entry align="left" rowsep="0"
colname="column3">OTHER WEAPON SYSTEMS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">12,189</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">12,189</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">270</entry><entry align="left" rowsep="0"
colname="column3">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">68,667</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">68,667</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">280</entry><entry align="left" rowsep="0"
colname="column3">BASE OPERATING SUPPORT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">219,099</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">219,099</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>6,184,655</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>7,634,655</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>MOBILIZATION</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">320</entry><entry align="left" rowsep="0"
colname="column3">EXPEDITIONARY HEALTH SERVICES SYSTEMS</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">17,580</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">17,580</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">330</entry><entry align="left" rowsep="0"
colname="column3">COAST GUARD SUPPORT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">190,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">190,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>207,580</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>207,580</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">370</entry><entry align="left" rowsep="0"
```

WASHSTATEC015983

```
colname="column3">SPECIALIZED SKILL TRAINING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">52,161</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">52,161</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL TRAINING AND
RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>52,161</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>52,161</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">440</entry><entry align="left" rowsep="0"
colname="column3">ADMINISTRATION</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">8,475</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">8,475</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">460</entry><entry align="left" rowsep="0"
colname="column3">MILITARY MANPOWER AND PERSONNEL MANAGEMENT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">7,653</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">7,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">490</entry><entry align="left" rowsep="0"
colname="column3">SERVICEWIDE TRANSPORTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">70,683</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">70,683</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">520</entry><entry align="left" rowsep="0"
colname="column3">ACQUISITION, LOGISTICS, AND OVERSIGHT</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">11,130</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">11,130</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">530</entry><entry align="left" rowsep="0"
colname="column3">INVESTIGATIVE AND SECURITY SERVICES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,559</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,559</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">645</entry><entry align="left" rowsep="0"
colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">17,754</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">17,754</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>117,254</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>117,254</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC015984

```
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE,
NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>6,561,650</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>8,011,650</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, MARINE
CORPS</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">OPERATIONAL FORCES</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">714,653</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">914,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[200,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">FIELD LOGISTICS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">232,508</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">432,508</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[200,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0"
colname="column3">DEPOT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">54,101</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">54,101</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0"
colname="column3">CYBERSPACE ACTIVITIES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">2,000</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">2,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0"
colname="column3">BASE OPERATING SUPPORT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">24,570</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">24,570</entry></row>
```

WASHSTATEC015985

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,027,832</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>1,427,832</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">120</entry><entry align="left" rowsep="0"
colname="column3">TRAINING SUPPORT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">30,459</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">30,459</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL TRAINING AND
RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>30,459</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>30,459</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0"
colname="column3">SERVICEWIDE TRANSPORTATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">61,400</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">61,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">225</entry><entry align="left" rowsep="0"
colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">5,100</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">5,100</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>66,500</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>66,500</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

```
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE, MARINE
CORPS</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,124,791</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>1,524,791</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, NAVY
RES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">INTERMEDIATE MAINTENANCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">510</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">510</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0"
colname="column3">AIRCRAFT DEPOT MAINTENANCE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">11,628</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">11,628</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">080</entry><entry align="left" rowsep="0"
colname="column3">COMBAT SUPPORT FORCES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">10,898</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">10,898</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>23,036</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>23,036</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE, NAVY
RES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>23,036</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>23,036</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015987

```
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, MC
RESERVE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">OPERATING FORCES</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">7,627</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">7,627</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0"
colname="column3">BASE OPERATING SUPPORT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">1,080</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">1,080</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>8,707</bold></entry><entry align="left" leader-modify="clr-ldr"
colname="column8"><bold>8,707</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE, MC
RESERVE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>8,707</bold></entry><entry align="left" leader-modify="clr-ldr"
colname="column8"><bold>8,707</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, AIR
FORCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">PRIMARY COMBAT FORCES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">163,632</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">163,632</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
```

WASHSTATEC015988

```
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">COMBAT ENHANCEMENT FORCES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,049,170</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,449,170</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[400,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0"
colname="column3">AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">111,808</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">111,808</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0"
colname="column3">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">408,699</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">408,699</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0"
colname="column3">FACILITIES SUSTAINMENT, RESTORATION &amp; MODERNIZATION</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">147,264</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">147,264</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">CYBERSPACE SUSTAINMENT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">10,061</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">10,061</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0"
colname="column3">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">953,594</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">953,594</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">080</entry><entry align="left" rowsep="0"
colname="column3">FLYING HOUR PROGRAM</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">2,495,266</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">3,045,266</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[550,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0"
colname="column3">BASE OPERATIONS SUPPORT</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,538,120</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,738,120</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[200,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0"
colname="column3">GLOBAL C3I AND EARLY WARNING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">13,863</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">13,863</entry></row>
```

WASHSTATEC015989

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">110</entry><entry align="left" rowsep="0"
colname="column3">OTHER COMBAT OPS SPT PROGRAMS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">272,020</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">272,020</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">120</entry><entry align="left" rowsep="0"
colname="column3">CYBERSPACE ACTIVITIES</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">17,657</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">17,657</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">130</entry><entry align="left" rowsep="0"
colname="column3">TACTICAL INTEL AND OTHER SPECIAL ACTIVITIES</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,098</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">36,098</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">140</entry><entry align="left" rowsep="0"
colname="column3">LAUNCH FACILITIES</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">391</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">391</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">150</entry><entry align="left" rowsep="0"
colname="column3">SPACE CONTROL SYSTEMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">39,990</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">39,990</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0"
colname="column3">US NORTHCOM/NORAD</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">725</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">725</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0"
colname="column3">US STRATCOM</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">926</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">926</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">180</entry><entry align="left" rowsep="0"
colname="column3">US CYBERCOM</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">35,189</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">35,189</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">190</entry><entry align="left" rowsep="0"
colname="column3">US CENTCOM</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">163,015</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">163,015</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0"
colname="column3">US SOCOM</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">19,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">19,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>7,476,488</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>8,626,488</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
```

WASHSTATEC015990

```
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>MOBILIZATION</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">240</entry><entry align="left" rowsep="0"
colname="column3">AIRLIFT OPERATIONS</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,271,439</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">1,271,439</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">250</entry><entry align="left" rowsep="0"
colname="column3">MOBILIZATION PREPAREDNESS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">109,682</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">109,682</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>1,381,121</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>1,381,121</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">260</entry><entry align="left" rowsep="0"
colname="column3">OFFICER ACQUISITION</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">200</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">200</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">270</entry><entry align="left" rowsep="0"
colname="column3">RECRUIT TRAINING</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">352</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">352</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">290</entry><entry align="left" rowsep="0"
colname="column3">SPECIALIZED SKILL TRAINING</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">26,802</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">26,802</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">300</entry><entry align="left" rowsep="0"
colname="column3">FLIGHT TRAINING</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">844</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">844</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">310</entry><entry align="left" rowsep="0"
colname="column3">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,199</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">1,199</entry></row>
```

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">320</entry><entry align="left" rowsep="0"
colname="column3">TRAINING SUPPORT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">1,320</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">1,320</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL TRAINING AND
RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>30,717</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>30,717</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>ADMIN &amp; SRVWD ACTIVITIES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">380</entry><entry align="left" rowsep="0"
colname="column3">LOGISTICS OPERATIONS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">164,701</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">164,701</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">390</entry><entry align="left" rowsep="0"
colname="column3">TECHNICAL SUPPORT ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">11,608</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">11,608</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">400</entry><entry align="left" rowsep="0"
colname="column3">ADMINISTRATION</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">4,814</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">4,814</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">410</entry><entry align="left" rowsep="0"
colname="column3">SERVICEWIDE COMMUNICATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">145,204</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">145,204</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">420</entry><entry align="left" rowsep="0"
colname="column3">OTHER SERVICEWIDE ACTIVITIES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">98,841</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">98,841</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">460</entry><entry align="left" rowsep="0"
colname="column3">INTERNATIONAL SUPPORT</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">29,890</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">29,890</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">465</entry><entry align="left" rowsep="0"
colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC015992

ldr" rowsep="0" colname="column4">52,995</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">52,995</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN &amp; SRVWD
ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>508,053</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>508,053</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE, AIR
FORCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>9,396,379</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>10,546,379</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, AF
RESERVE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0"
colname="column3">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">24,188</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">24,188</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">BASE SUPPORT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">5,570</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">5,570</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>29,758</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>29,758</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE, AF

```
RESERVE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>29,758</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>29,758</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION &amp; MAINTENANCE, ANG</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">MISSION SUPPORT OPERATIONS</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">3,666</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">3,666</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0"
colname="column3">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">66,944</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">66,944</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0"
colname="column3">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">93,620</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">93,620</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">BASE SUPPORT</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column4">12,679</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">12,679</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>176,909</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>176,909</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE,
ANG</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>176,909</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>176,909</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC015994

```
colname="column7"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION AND MAINTENANCE, DEFENSE-
WIDE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">JOINT CHIEFS OF STAFF</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">21,866</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">21,866</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">JOINT CHIEFS OF STAFFâ€CE2T2</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,634</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">6,634</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT
ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">1,121,580</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">1,111,580</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Classified adjustment</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[â€10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND INTELLIGENCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,328,201</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">1,328,201</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND MAINTENANCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">399,845</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">399,845</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">138,458</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">103,458</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Projected underexecutionâ€communications</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8">[â€35,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND THEATER FORCES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">808,729</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,308,729</entry></row>
```

WASHSTATEC015995

```
<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[500,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>3,825,313</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>4,280,313</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>ADMIN &amp; SRVWIDE ACTIVITIES</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">180</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE CONTRACT AUDIT AGENCY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">1,810</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">1,810</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE CONTRACT MANAGEMENT AGENCY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">21,723</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">21,723</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">230</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE INFORMATION SYSTEMS AGENCY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">81,133</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">81,133</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">240</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE INFORMATION SYSTEMS AGENCYâ€"CYBER</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">3,455</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">3,455</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">270</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE LEGAL SERVICES AGENCY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">196,124</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">196,124</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">290</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE MEDIA ACTIVITY</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">14,377</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">14,377</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">310</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE SECURITY COOPERATION AGENCY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,927,217</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">1,677,217</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Security cooperation account, unjustified
```

```
growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8">[â€"37,030]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Transfer from CTEF Iraq</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8">[100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Transfer of funds to Ukraine Security Assistance
Initiative</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8">[â€"250,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[â€"62,970]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">380</entry><entry align="left" rowsep="0"
colname="column3">DEFENSE THREAT REDUCTION AGENCY</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">317,558</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">317,558</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">410</entry><entry align="left" rowsep="0"
colname="column3">DEPARTMENT OF DEFENSE EDUCATION ACTIVITY</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">31,620</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">31,620</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">460</entry><entry align="left" rowsep="0"
colname="column3">OFFICE OF THE SECRETARY OF DEFENSE</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">16,666</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">16,666</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">500</entry><entry align="left" rowsep="0"
colname="column3">WASHINGTON HEADQUARTERS SERVICES</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,331</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">6,331</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">505</entry><entry align="left" rowsep="0"
colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">1,924,785</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">1,924,785</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN &amp; SRVWIDE
ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>4,542,799</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>4,292,799</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION AND MAINTENANCE, DEFENSE-
WIDE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
```

WASHSTATEC015997

```
colname="column4"><bold>8,368,112</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column8"><bold>8,573,112</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp; MAINTENANCE, DEFENSE-
WIDE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"><bold>205,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>UKRAINE SECURITY ASSISTANCE</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>UKRAINE SECURITY ASSISTANCE</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">UKRAINE SECURITY ASSISTANCE INITIATIVE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8">300,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[50,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Transfer of funds from Defense Security Cooperation
Agency</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8">[250,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"><bold> SUBTOTAL UKRAINE SECURITY
ASSISTANCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"><bold>300,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL UKRAINE SECURITY
ASSISTANCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
```

WASHSTATEC015998

```
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"><bold>300,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4"
rowsep="0" colname="column3"><bold> TOTAL OPERATION &amp;
MAINTENANCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"><bold>50,432,141</bold></entry><entry align="left" leader-
modify="clr-ldr"
colname="column8"><bold>54,968,189</bold></entry></row></tbody></tgroup></table></secti
on>

<section id="HE0737CA1375D4EE79161FC02969B1425"><enum>4303.</enum><header>Operation and
maintenance for emergency requirements</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Operations and Maintenance
for Emergency Appropriations" table-type="">

<tgroup bearoff="2" cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="6.7.9" ttitle-size="8"><colspec align="center" coldef="fig" colname="column1"
colnum="0" colwidth="19pts" min-data-value="5"/><colspec coldef="txt" colname="column3"
colnum="2" colwidth="203pts" min-data-value="50"/><colspec coldef="fig"
colname="column4" colnum="3" colwidth="47pts" min-data-value="12"/><colspec
align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="7"
colwidth="43pts" min-data-value="11"/><thead>

<row><entry colname="column1" morerows="0" nameend="column8"
namest="column1"><bold>SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY
REQUIREMENTS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Line</bold></entry><entry align="center" colname="column3"
morerows="0" namest="column3"><bold>Item</bold></entry><entry align="center"
colname="column4" morerows="0" namest="column4"><bold>FY 2020<linebreak/>
Request</bold></entry><entry align="center" colname="column8" morerows="0"
namest="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE,
NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left"
colname="column3" rowsep="0">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column8" leader-modify="clr-ldr">462,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Earthquake damage repair</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr">[370,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
```

WASHSTATEC015999

```
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Navy Working Capital Fund earthquake recovery
losses</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-
ldr">[92,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left"
colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column8" leader-modify="clr-ldr">9,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr">[9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3"
rowsep="0"><bold>TOTAL OPERATION &amp; MAINTENANCE, NAVY</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr"><bold>471,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, MARINE
CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">SUSTAINMENT, RESTORATION &amp; MODERNIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column8" leader-modify="clr-ldr">6,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Earthquake damage repair</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr">[6,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3"
rowsep="0"><bold>TOTAL OPERATION &amp; MAINTENANCE, MARINE CORPS</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-
modify="clr-ldr"><bold>6,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3"
leader-modify="clr-ldr" rowsep="0"><bold>OPERATION &amp; MAINTENANCE, ANG</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
```

WASHSTATEC016000

```
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION &amp;
MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-
ldr">58,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Hurricane recovery</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr">[58,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3"
rowsep="0"><bold>TOTAL OPERATION &amp; MAINTENANCE, ANG</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="
clr-ldr"><bold>58,900</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3"
rowsep="0"><bold>TOTAL OPERATION &amp; MAINTENANCE</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry
align="left" colname="column8" leader-modify="clr-
ldr"><bold>535,900</bold></entry></row></tbody></tgroup></table></section></title>

<title id="H78EFE90C43EA451586C920AFEC833DCC"><enum> XLIV </enum><header>MILITARY
PERSONNEL</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H78EFE90C43EA451586C920AFEC833DCC" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H615C2C871A2D4454AA30F79239777C6A"
level="section">Sec.â€,4401.â€,Military personnel.</toc-entry>

<toc-entry idref="H8407E68101904344913017FFC2CE761C"
level="section">Sec.â€,4402.â€,Military personnel for overseas contingency
operations.</toc-entry> </toc>

<section id="H615C2C871A2D4454AA30F79239777C6A"><enum>4401.</enum><header>Military
personnel</header>

<table table-type="" table-template-name="Military Personnel" align-to-level="section"
frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-
size="8" bearoff="2"><colspec coldef="txt" colname="column1" colnum="0" min-data-
value="80" rowsep="0" colwidth="226pts"/><colspec align="char" char="]" charoff="0"
coldef="fig" colname="column2" colnum="1" min-data-value="12"
colwidth="47pts"/><colspec coldef="fig" colname="column6" colnum="5" min-data-
value="12" colwidth="47pts" align="char" char="]" charoff="0"/><thead>

<row><entry namest="column1" nameend="column6" morerows="0" align="center"
colname="column1"><bold>SEC. 4401. MILITARY PERSONNEL<linebreak/>(In Thousands of
Dollars)</bold></entry></row>
```

WASHSTATEC016001

```
<row><entry namest="column1" morerows="0" align="center"
colname="column1"><bold>Item</bold></entry><entry namest="column2" morerows="0"
align="center" colname="column2"><bold>FY 2020<linebreak/> Request</bold></entry><entry
namest="column6" morerows="0" align="center"
colname="column6"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">Military Personnel Appropriations</entry><entry align="char" leader-
modify="clr-ldr" rowsep="0" colname="column2">143,476,503</entry><entry align="left"
leader-modify="clr-ldr" colname="column6">142,676,503</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">Historical unobligated balances</entry><entry align="char" leader-
modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-
ldr" colname="column6">[â€"800,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">Medicare-Eligible Retiree Health Fund Contributions</entry><entry
align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2">7,816,815</entry><entry align="left" leader-modify="clr-ldr"
colname="column6">7,816,815</entry></row></tbody></tgroup></table></section>

<section id="H8407E68101904344913017FFC2CE761C"><enum>4402.</enum><header>Military
personnel for overseas contingency operations</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Military Personnel for
Overseas Contingency Operations" table-type="">

<tgroup bearoff="2" cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="6.7.9" ttitle-size="8"><colspec coldef="txt" colname="column1" colnum="0"
colwidth="273.75pt" min-data-value="80" rowsep="0"/><colspec align="char" char="]"
charoff="0" coldef="fig" colname="column2" colnum="1" colwidth="249.25pt" min-data-
value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column6"
colnum="5" colwidth="256.50pt" min-data-value="12"/><thead>

<row><entry align="center" colname="column1" morerows="0" nameend="column6"
namest="column1"><bold>SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY
OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Item</bold></entry><entry align="center" colname="column2"
morerows="0" namest="column2"><bold>FY 2020<linebreak/> Request</bold></entry><entry
align="center" colname="column6" morerows="0"
namest="column6"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">Military Personnel Appropriations</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">4,485,808</entry><entry
align="left" colname="column6" leader-modify="clr-ldr">4,485,808</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>Total, Military Personnel Appropriations</bold></entry><entry
align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"><bold>4,485,808</bold></entry><entry align="left" colname="column6" leader-
modify="clr-
ldr"><bold>4,485,808</bold></entry></row></tbody></tgroup></table></section></title>

<title id="H3D4047D1ADA9471BB74183D189F4B6AC"><enum> XLV</enum><header>OTHER
AUTHORIZATIONS</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
```

```
level="section" idref="H3D4047D1ADA9471BB74183D189F4B6AC" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HD3115B22CF9E4DAEA64255215CD2ED60"
level="section">Sec.â€‚4501.â€‚Other authorizations.</toc-entry>

<toc-entry idref="HB64BF282681944648EBE900D5AB6CBE6"
level="section">Sec.â€‚4502.â€‚Other authorizations for overseas contingency
operations.</toc-entry> </toc>

<section id="HD3115B22CF9E4DAEA64255215CD2ED60"><enum>4501.</enum><header>Other
authorizations</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Other Authorizations" table-
type="">

<tgroup bearoff="2" cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="6.7.9" ttitle-size="8"><colspec coldef="txt" colname="column1" colnum="0"
colwidth="226pts" min-data-value="80" rowsep="0"/><colspec align="char" char="]"
charoff="0" coldef="fig" colname="column2" colnum="1" colwidth="47pts" min-data-
value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column6"
colnum="5" colwidth="47pts" min-data-value="12"/><thead>

<row><entry align="center" colname="column1" morerows="0" nameend="column6"
namest="column1"><bold>SEC. 4501. OTHER AUTHORIZATIONS<linebreak/>(In Thousands of
Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Program Title</bold></entry><entry align="center"
colname="column2" morerows="0" namest="column2"><bold>FY 2020<linebreak/>
Request</bold></entry><entry align="center" colname="column6" morerows="0"
namest="column6"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>WORKING CAPITAL FUND,
ARMY</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">INDUSTRIAL OPERATIONS</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">57,467</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">57,467</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">SUPPLY MANAGEMENTâ€"ARMY</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">32,130</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">32,130</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL WORKING CAPITAL FUND, ARMY</bold></entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>89,597</bold></entry><entry
align="left" colname="column6" leader-modify="clr-
ldr"><bold>89,597</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>WORKING CAPITAL FUND, AIR
FORCE</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>TRANSPORTATION</bold></entry><entry
align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column6" leader-modify="clr-ldr"/></row>
```

WASHSTATEC016003

```
<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">SUPPLIES AND MATERIALS</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">92,499</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">92,499</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL WORKING CAPITAL FUND, AIR FORCE</bold></entry><entry
align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"><bold>92,499</bold></entry><entry align="left" colname="column6" leader-
modify="clr-ldr"><bold>92,499</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>WORKING CAPITAL FUND, DEFENSE-
WIDE</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">SUPPLY CHAIN MANAGEMENT&#226;€"DEF</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">49,085</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">49,085</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL WORKING CAPITAL FUND, DEFENSE-WIDE</bold></entry><entry
align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"><bold>49,085</bold></entry><entry align="left" colname="column6" leader-
modify="clr-ldr"><bold>49,085</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>WORKING CAPITAL FUND,
DECA</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">WORKING CAPITAL FUND, DECA</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">995,030</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">995,030</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL WORKING CAPITAL FUND, DECA</bold></entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>995,030</bold></entry><entry
align="left" colname="column6" leader-modify="clr-
ldr"><bold>995,030</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>WCF, DEF COUNTERINTELLIGENCE &amp;
SECURITY AGENCY</bold></entry><entry align="char" colname="column2" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY</entry><entry
align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">200,000</entry><entry
align="left" colname="column6" leader-modify="clr-ldr">200,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL WCF, DEF COUNTERINTELLIGENCE &amp; SECURITY
AGENCY</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
```

```
rowsep="0"><bold>200,000</bold></entry><entry align="left" colname="column6" leader-
modify="clr-ldr"><bold>200,000</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>CHEM AGENTS &amp; MUNITIONS
DESTRUCTION</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">OPERATION &amp; MAINTENANCE</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">107,351</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">107,351</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">RDT&amp;E</entry><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0">875,930</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">875,930</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">PROCUREMENT</entry><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0">2,218</entry><entry align="left" colname="column6" leader-
modify="clr-ldr">2,218</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL CHEM AGENTS &amp; MUNITIONS DESTRUCTION</bold></entry><entry
align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"><bold>985,499</bold></entry><entry align="left" colname="column6" leader-
modify="clr-ldr"><bold>985,499</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>DRUG INTERDICTION &amp; CTR-DRUG
ACTIVITIES, DEF</bold></entry><entry align="char" colname="column2" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">COUNTER-NARCOTICS SUPPORT</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">581,739</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">532,818</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Realignment of National Guard Bureau funding</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column6" leader-modify="clr-ldr">[â€"30,921]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Unjustified growth</entry><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr">[â€"18,000]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">DRUG DEMAND REDUCTION PROGRAM</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">120,922</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">120,922</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">NATIONAL GUARD COUNTER-DRUG PROGRAM</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">91,370</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">122,291</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Realignment of National Guard Bureau funding</entry><entry align="char"
```

WASHSTATEC016005

```
colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column6" leader-modify="clr-ldr">[30,921]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">NATIONAL GUARD COUNTER-DRUG SCHOOLS</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">5,371</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">5,371</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL DRUG INTERDICTION &amp; CTR-DRUG ACTIVITIES,
DEF</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"><bold>799,402</bold></entry><entry align="left" colname="column6" leader-
modify="clr-ldr"><bold>781,402</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>OFFICE OF THE INSPECTOR
GENERAL</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">OFFICE OF THE INSPECTOR GENERAL</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">359,022</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">359,022</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">OFFICE OF THE INSPECTOR GENERALâ€"CYBER</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">1,179</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">1,179</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">OFFICE OF THE INSPECTOR GENERAL</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">2,965</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">2,965</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">OFFICE OF THE INSPECTOR GENERAL</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">333</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">333</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL OFFICE OF THE INSPECTOR GENERAL</bold></entry><entry
align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"><bold>363,499</bold></entry><entry align="left" colname="column6" leader-
modify="clr-ldr"><bold>363,499</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"><bold>DEFENSE HEALTH
PROGRAM</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">IN-HOUSE CARE</entry><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0">9,570,615</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">9,320,615</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Unjustified growth</entry><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr">[â€"250,000]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
```

```
hierarchy="1">PRIVATE SECTOR CARE</entry><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0">15,041,006</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">15,002,506</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Historical underexecution</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-
modify="clr-ldr">[â€"38,500]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">CONSOLIDATED HEALTH SUPPORT</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">1,975,536</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">1,986,536</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Wounded Warrior Service Dog program</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column6" leader-modify="clr-ldr">[11,000]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">INFORMATION MANAGEMENT</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">2,004,588</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">1,998,938</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Historical underexecution</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-
modify="clr-ldr">[â€"5,650]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">MANAGEMENT ACTIVITIES</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">333,246</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">333,246</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">EDUCATION AND TRAINING</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">793,810</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">793,310</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Other costs excess growth</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-
modify="clr-ldr">[â€"3,000]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="3"> Program increaseâ€"specialized medical pilot program</entry><entry
align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column6" leader-modify="clr-ldr">[2,500]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">BASE OPERATIONS/COMMUNICATIONS</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">2,093,289</entry><entry
align="left" colname="column6" leader-modify="clr-ldr">2,093,289</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">R&amp;D RESEARCH</entry><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0">12,621</entry><entry align="left" colname="column6" leader-
modify="clr-ldr">12,621</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">R&amp;D EXPLORATORY DEVELOPMENT</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">84,266</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">84,266</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">R&amp;D ADVANCED DEVELOPMENT</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">279,766</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">279,766</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">R&amp;D DEMONSTRATION/VALIDATION</entry><entry align="char"
```

```
colname="column2" leader-modify="clr-ldr" rowsep="0">128,055</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">128,055</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">R&amp;D ENGINEERING DEVELOPMENT</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">143,527</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">143,527</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">R&amp;D MANAGEMENT AND SUPPORT</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">67,219</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">67,219</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">R&amp;D CAPABILITIES ENHANCEMENT</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">16,819</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">16,819</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">PROC INITIAL OUTFITTING</entry><entry align="char" colname="column2"
leader-modify="clr-ldr" rowsep="0">26,135</entry><entry align="left" colname="column6"
leader-modify="clr-ldr">26,135</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">PROC REPLACEMENT &amp; MODERNIZATION</entry><entry align="char"
colname="column2" leader-modify="clr-ldr" rowsep="0">225,774</entry><entry align="left"
colname="column6" leader-modify="clr-ldr">225,774</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">PROC JOINT OPERATIONAL MEDICINE INFORMATION SYSTEM</entry><entry
align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">314</entry><entry
align="left" colname="column6" leader-modify="clr-ldr">314</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">PROC MILITARY HEALTH SYSTEMâ€"DESKTOP TO DATACENTER</entry><entry
align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">73,010</entry><entry
align="left" colname="column6" leader-modify="clr-ldr">73,010</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="1">PROC DOD HEALTHCARE MANAGEMENT SYSTEM MODERNIZATION</entry><entry
align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">129,091</entry><entry
align="left" colname="column6" leader-modify="clr-ldr">129,091</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL DEFENSE HEALTH PROGRAM</bold></entry><entry align="char"
colname="column2" leader-modify="clr-ldr"
rowsep="0"><bold>32,998,687</bold></entry><entry align="left" colname="column6" leader-
modify="clr-ldr"><bold>32,715,037</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-
hierarchy="2"><bold>TOTAL OTHER AUTHORIZATIONS</bold></entry><entry align="char"
colname="column2" leader-modify="clr-ldr"
rowsep="0"><bold>36,573,298</bold></entry><entry align="left" colname="column6" leader-
modify="clr-
ldr"><bold>36,271,648</bold></entry></row></tbody></tgroup></table></section>

<section id="HB64BF282681944648EBE900D5AB6CBE6"><enum>4502.</enum><header>Other
authorizations for overseas contingency operations</header>

<table table-type="" table-template-name="Other Authorizations for Overseas Contingency
Operations" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-
rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-
size="8" bearoff="2"><colspec coldef="txt" colname="column1" colnum="0" min-data-
value="80" rowsep="0" colwidth="337pts"/><colspec align="char" char="]" charoff="0"
```

WASHSTATEC016008

```
coldef="fig" colname="column2" colnum="1" min-data-value="12"
colwidth="47pts"/><colspec coldef="fig" colname="column6" colnum="5" min-data-
value="12" colwidth="47pts" align="char" char="]" charoff="0"/><thead>

<row><entry namest="column1" nameend="column6" morerows="0" align="center"
colname="column1"><bold>SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY
OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center"
colname="column1"><bold>Program Title</bold></entry><entry namest="column2"
morerows="0" align="center" colname="column2"><bold>FY 2020<linebreak/>
Request</bold></entry><entry namest="column6" morerows="0" align="center"
colname="column6"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>WORKING CAPITAL FUND,
ARMY</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>INDUSTRIAL
OPERATIONS</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">SUPPLY MANAGEMENTâ€"ARMY</entry><entry align="char" leader-
modify="clr-ldr" rowsep="0" colname="column2">20,100</entry><entry align="left" leader-
modify="clr-ldr" colname="column6">20,100</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>TOTAL WORKING CAPITAL FUND, ARMY</bold></entry><entry
align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>20,100</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column6"><bold>20,100</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="char" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>DRUG INTERDICTION &amp; CTR-DRUG
ACTIVITIES, DEF</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">COUNTER-NARCOTICS SUPPORT</entry><entry align="char" leader-
modify="clr-ldr" rowsep="0" colname="column2">163,596</entry><entry align="left"
leader-modify="clr-ldr" colname="column6">163,596</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>TOTAL DRUG INTERDICTION &amp; CTR-DRUG ACTIVITIES,
DEF</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>163,596</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column6"><bold>163,596</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="char" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>OFFICE OF THE INSPECTOR
GENERAL</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>
```

WASHSTATEC016009

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">OFFICE OF THE INSPECTOR GENERAL</entry><entry align="char" leader-
modify="clr-ldr" rowsep="0" colname="column2">24,254</entry><entry align="left" leader-
modify="clr-ldr" colname="column6">24,254</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>TOTAL OFFICE OF THE INSPECTOR GENERAL</bold></entry><entry
align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>24,254</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column6"><bold>24,254</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="char" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>DEFENSE HEALTH
PROGRAM</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">IN-HOUSE CARE</entry><entry align="char" leader-modify="clr-ldr"
rowsep="0" colname="column2">57,459</entry><entry align="left" leader-modify="clr-ldr"
colname="column6">57,459</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">PRIVATE SECTOR CARE</entry><entry align="char" leader-modify="clr-
ldr" rowsep="0" colname="column2">287,487</entry><entry align="left" leader-
modify="clr-ldr" colname="column6">287,487</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1">CONSOLIDATED HEALTH SUPPORT</entry><entry align="char" leader-
modify="clr-ldr" rowsep="0" colname="column2">2,800</entry><entry align="left" leader-
modify="clr-ldr" colname="column6">2,800</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>TOTAL DEFENSE HEALTH PROGRAM</bold></entry><entry align="char"
leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>347,746</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column6"><bold>347,746</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="char" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>TOTAL OTHER AUTHORIZATIONS</bold></entry><entry align="char"
leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>555,696</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column6"><bold>555,696</bold></entry></row></tbody></tgroup></table></section>
</title>

<title id="H089CF242592B419DB4B26518825B5A7B"><enum> XLVI</enum><header>MILITARY
CONSTRUCTION</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H089CF242592B419DB4B26518825B5A7B" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H18EB71C0FBA145DE99254084B59C6865"
level="section">Sec.â€‚4601.â€‚Military construction.</toc-entry>

<toc-entry idref="H2C37CDE9828C4FFEB15D3E42D82899BA"
level="section">Sec.â€‚4602.â€‚Military construction for overseas contingency
operations.</toc-entry>

<toc-entry idref="H3AE3D0782A59443FAB5198AE36B514F2"
level="section">Sec.â€‚4603.â€‚Military construction for emergency requirements.</toc-
```

```
entry> </toc>

<section id="H18EB71C0FBA145DE99254084B59C6865"><enum>4601.</enum><header>Military
construction</header>

<table table-type="" table-template-name="Military Construction" align-to-
level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-
weights="4.4.4.0.0.0">

<tgroup cols="5" rowsep="0" bearoff="2" ttitle-size="8" thead-tbody-ldg-size="6.6.8"
grid-typeface="1.1"><colspec colnum="0" colname="column1" coldef="txt-no-ldr-no-spread"
min-data-value="45" colwidth="45pts"/><colspec colnum="2" colname="column3"
coldef="txt-no-ldr" min-data-value="40" colwidth="64pts"/><colspec colnum="3"
colname="column4" coldef="txt" min-data-value="80" colwidth="131.25pt"/><colspec
colnum="4" colname="column5" coldef="fig" min-data-value="11"
colwidth="59.75pt"/><colspec colnum="8" colname="column9" align="char" char="]"
charoff="0" coldef="fig" min-data-value="11" colwidth="104pts"/><thead>

<row><entry namest="column1" nameend="column9" morerows="0" rowsep="1" align="center"
colname="column1"><bold>SEC. 4601. MILITARY CONSTRUCTION<linebreak/>(In Thousands of
Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center"
colname="column1"><bold>Account</bold></entry><entry namest="column3" morerows="0"
align="center" colname="column3"><bold>State/Country and
Installation</bold></entry><entry namest="column4" morerows="0" align="center"
colname="column4"><bold>Project Title</bold></entry><entry namest="column5"
morerows="0" align="center" colname="column5"><bold>FY 2020<linebreak/>
Request</bold></entry><entry namest="column9" morerows="0" align="center"
colname="column9"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Alabama</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Redstone
Arsenal</entry><entry rowsep="0" align="left" colname="column4">Aircraft and Flight
Equipment Building</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">38,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">38,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Colorado</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Carson</entry><entry rowsep="0" align="left" colname="column4">Company Operations
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">71,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">71,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Georgia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>
```

WASHSTATEC016011

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Gordon</entry><entry rowsep="0" align="left" colname="column4">Cyber Instructional Fac
(Admin/Command)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">107,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">67,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hunter Army
Airfield</entry><entry rowsep="0" align="left" colname="column4">Aircraft Maintenance
Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">62,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">62,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Hawaii</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Shafter</entry><entry rowsep="0" align="left" colname="column4">Command and Control
Facility, Incr 5</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">60,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">60,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Honduras</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Soto Cano Air
Base</entry><entry rowsep="0" align="left" colname="column4">Aircraft Maintenance
Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">34,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">34,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Kentucky</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Campbell</entry><entry rowsep="0" align="left" colname="column4">Automated Infantry
Platoon Battle Course</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">7,100</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">7,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Campbell</entry><entry rowsep="0" align="left"
colname="column4">Easements</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">3,200</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">3,200</entry></row>
```

WASHSTATEC016012

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Campbell</entry><entry rowsep="0" align="left" colname="column4">General Purpose
Maintenance Shop</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">51,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">51,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Kwajalein</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Kwajalein
Atoll</entry><entry rowsep="0" align="left" colname="column4">Air Traffic Control Tower
and Terminal</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">40,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Massachusetts</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">U.S. Army
Natick Soldier Systems Center</entry><entry rowsep="0" align="left"
colname="column4">Human Engineering Lab</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">50,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">50,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Michigan</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Detroit
Arsenal</entry><entry rowsep="0" align="left"
colname="column4">Substation</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">24,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">24,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">New York</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Drum</entry><entry rowsep="0" align="left" colname="column4">Railhead</entry><entry
rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">21,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
```

WASHSTATEC016013

```
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Drum</entry><entry rowsep="0" align="left" colname="column4">Unmanned Aerial Vehicle
Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">23,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">23,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">North Carolina</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Bragg</entry><entry rowsep="0" align="left" colname="column4">Dining
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">12,500</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">12,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Oklahoma</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Sill</entry><entry rowsep="0" align="left" colname="column4">Adv Individual Training
Barracks Cplx, Ph2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">73,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">73,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Pennsylvania</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Carlisle
Barracks</entry><entry rowsep="0" align="left" colname="column4">General Instruction
Building</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">98,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">60,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">South Carolina</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Jackson</entry><entry rowsep="0" align="left" colname="column4">Reception Complex,
Ph2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">54,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">54,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Texas</entry><entry rowsep="0" align="left" leader-
```

```
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Corpus Christi
Army Depot</entry><entry rowsep="0" align="left" colname="column4">Powertrain Facility
(Machine Shop)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">86,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">86,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Hood</entry><entry rowsep="0" align="left" colname="column4">Barracks</entry><entry
rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">32,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">32,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Hood</entry><entry rowsep="0" align="left" colname="column4">Vehicle
Bridge</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">18,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Virginia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort
Belvoir</entry><entry rowsep="0" align="left" colname="column4">Secure Operations and
Admin Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">60,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">60,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base
Langley-Eustis</entry><entry rowsep="0" align="left" colname="column4">Adv Individual
Training Barracks Cplx, Ph4</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">55,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">55,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base
Lewis-McChord</entry><entry rowsep="0" align="left" colname="column4">Information
Systems Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">46,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">46,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
```

leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Child
Development Centers</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">27,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Host Nation
Support</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">31,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">31,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning
and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">94,099</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">94,099</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified
Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">70,600</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">70,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified
Worldwide Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">211,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Military Construction, Army Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>1,453,499</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>1,270,999</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Arizona</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"

```
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Yuma</entry><entry rowsep="0" align="left" colname="column4">Bachelor
Enlisted Quarters</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">99,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Yuma</entry><entry rowsep="0" align="left" colname="column4">Hangar 95
Renovation &amp; Addition</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">90,160</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">90,160</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Australia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Darwin</entry><entry rowsep="0" align="left"
colname="column4">Aircraft Parking Apron</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">50,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Bahrain Island</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">SW
Asia</entry><entry rowsep="0" align="left" colname="column4">Electrical System
Upgrade</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">53,360</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Pendleton</entry><entry rowsep="0" align="left" colname="column4">62 Area Mess Hall and
Consolidated Warehouse</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">71,700</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">71,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Pendleton</entry><entry rowsep="0" align="left" colname="column4">I MEF Consolidated
Information Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">113,869</entry><entry align="left" leader-modify="clr-ldr"
```

colname="column9">38,869</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Miramar</entry><entry rowsep="0" align="left" colname="column4">Child
Development Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">37,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air
Weapons Station China Lake</entry><entry rowsep="0" align="left"
colname="column4">Runway &amp; Taxiway Extension</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">64,500</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">64,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air
Weapons Station China Lake</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Military Constructionâ€"Earthquake Damage
Recovery</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base
Coronado</entry><entry rowsep="0" align="left" colname="column4">Aircraft Paint
Complex</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">79,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base
Coronado</entry><entry rowsep="0" align="left" colname="column4">Navy Vâ€"22
Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">86,830</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">86,830</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base San
Diego</entry><entry rowsep="0" align="left" colname="column4">Pier 8 Replacement
(Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">59,353</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">59,353</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base San
Diego</entry><entry rowsep="0" align="left" colname="column4">PMO Facility
Repair</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">9,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Weapons
Station Seal Beach</entry><entry rowsep="0" align="left" colname="column4">Ammunition
Pier</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">95,310</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">60,310</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"

```
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Weapons
Station Seal Beach</entry><entry rowsep="0" align="left" colname="column4">Missile
Magazine</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">28,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Travis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Alert Force
Complex</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">64,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">64,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Connecticut</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Submarine
Base New London</entry><entry rowsep="0" align="left" colname="column4">SSN Berthing
Pier 32</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">72,260</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">72,260</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">District of Columbia</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval
Observatory</entry><entry rowsep="0" align="left" colname="column4">Master Time Clocks
&amp; Operations Fac (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">75,600</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">20,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Florida</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Blount
Island</entry><entry rowsep="0" align="left" colname="column4">Police Station and EOC
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">18,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air
Station Jacksonville</entry><entry rowsep="0" align="left" colname="column4">Targeting
&amp; Surveillance Syst Prod Supp Fac</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">32,420</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">32,420</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
```

WASHSTATEC016019

```
modify="clr-ldr" colname="column3">Guam</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region
Marianas</entry><entry rowsep="0" align="left" colname="column4">Bachelor Enlisted
Quarters H</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">164,100</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">34,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region
Marianas</entry><entry rowsep="0" align="left" colname="column4">EOD Compound
Facilities</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">61,900</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">61,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region
Marianas</entry><entry rowsep="0" align="left" colname="column4">Machine Gun Range
(Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">91,287</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">91,287</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Hawaii</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Kaneohe Bay</entry><entry rowsep="0" align="left"
colname="column4">Bachelor Enlisted Quarters</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">13,4050</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">65,490</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval
Ammunition Depot West Loch</entry><entry rowsep="0" align="left"
colname="column4">Magazine Consolidation, Phase 1</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">53,790</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">53,790</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Italy</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air
Station Sigonella</entry><entry rowsep="0" align="left"
colname="column4">Communications Station</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">77,400</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
```

WASHSTATEC016020

```
modify="clr-ldr" colname="column3">Japan</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fleet
Activities Yokosuka</entry><entry rowsep="0" align="left" colname="column4">Pier 5
(Berths 2 and 3)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">17,4692</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">100,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Iwakuni</entry><entry rowsep="0" align="left" colname="column4">VTOL
Padâ€"South</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">15,870</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">15,870</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Saint
Inigoes</entry><entry rowsep="0" align="left" colname="column4">Air Traffic Control
Tower</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">15,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">North Carolina</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Lejeune</entry><entry rowsep="0" align="left" colname="column4">10th Marines Himars
Complex</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">35,110</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">35,110</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Lejeune</entry><entry rowsep="0" align="left" colname="column4">2nd MARDIV/2nd MLG Ops
Center Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">60,130</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">60,130</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Lejeune</entry><entry rowsep="0" align="left" colname="column4">2nd Radio BN Complex,
Phase 2 (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">25,650</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">25,650</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
```

```
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Lejeune</entry><entry rowsep="0" align="left" colname="column4">ACV-AAV Maintenance
Facility Upgrades</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">11,570</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">11,570</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Lejeune</entry><entry rowsep="0" align="left" colname="column4">II MEF Operations
Center Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">12,2200</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">92,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Cherry Point</entry><entry rowsep="0" align="left"
colname="column4">Aircraft Maintenance Hangar (Inc)</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">73,970</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">73,970</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Cherry Point</entry><entry rowsep="0" align="left" colname="column4">ATC
Tower &amp; Airfield Operations</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">61,340</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">61,340</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Cherry Point</entry><entry rowsep="0" align="left" colname="column4">Fâ€"35
Training and Simulator Facility</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">53,230</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">53,230</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station Cherry Point</entry><entry rowsep="0" align="left"
colname="column4">Flightline Utility Modernization (Inc)</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">51,860</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">51,860</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Air Station New River</entry><entry rowsep="0" align="left" colname="column4">CHâ€"53K
Cargo Loading Trainer</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">11,320</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">11,320</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Pennsylvania</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Philadelphia</entry><entry rowsep="0" align="left"
colname="column4">Machinery Control Development Center</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left"
leader-modify="clr-ldr" colname="column9">74,630</entry></row>
```

WASHSTATEC016022

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">South Carolina</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Parris
Island</entry><entry rowsep="0" align="left" colname="column4">Range Improvements &amp;
Modernization Phase 3</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">37,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Utah</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hill Air Force
Base</entry><entry rowsep="0" align="left" colname="column4">D5 Missile Motor
Receipt/Storage Fac (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">50,520</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">50,520</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Virginia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps
Base Quantico</entry><entry rowsep="0" align="left" colname="column4">Wargaming
Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">143,350</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">33,350</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Station
Norfolk</entry><entry rowsep="0" align="left" colname="column4">Mariner Skills Training
Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">79,100</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">79,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Station
Norfolk</entry><entry rowsep="0" align="left" colname="column4">MHâ€"60 &amp; CMVâ€"22B
Corrison Control and Paint Facility</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">60,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Portsmouth
Naval Shipyard</entry><entry rowsep="0" align="left" colname="column4">Dry Dock Flood
Protection Improvements</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">48,930</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">48,930</entry></row>
```

WASHSTATEC016023

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Yorktown Naval
Weapons Station</entry><entry rowsep="0" align="left" colname="column4">NMC Ordnance
Facilities Recapitalization Phase 1</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">59,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Bremerton</entry><entry rowsep="0" align="left" colname="column4">Dry
Dock 4 &amp; Pier 3 Modernization</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">51,010</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">51,010</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Keyport</entry><entry rowsep="0" align="left"
colname="column4">Undersea Vehicle Maintenance Facility</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">25,050</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">25,050</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base
Kitsap</entry><entry rowsep="0" align="left" colname="column4">Seawolf Service Pier
Cost-to-Complete</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">48,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Child
Development Centers</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">62,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning
and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">167,715</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">167,715</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified
Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">81,237</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">81,237</entry></row>
```

WASHSTATEC016024

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Military Construction, Navy Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>2,805,743</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>2,774,961</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Alaska</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Eielson Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Fâ€35 AME Storage
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">8,600</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">8,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Arkansas</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Little Rock Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Câ€130H/J Fuselage
Trainer Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">47,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">47,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Little Rock Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Dormitory Cost-to-
Complete</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">7,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Australia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
```

WASHSTATEC016025

```
colname="column3">Tindal</entry><entry rowsep="0" align="left"
colname="column4">APR–RAAF Tindal/Earth Covered Magazine</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">11,600</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">11,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Tindal</entry><entry rowsep="0" align="left" colname="column4">APR-
RAAF Tindal/Bulk Storage Tanks</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">59,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">59,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Travis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">ADAL Aerial Port
Squadron Materiel Warehouse</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">17,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Travis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">KC–46A Alter
B181/B185/B187 Squad Ops/AMU</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">6,600</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">6,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Travis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">KC–46A Regional
Maintenance Training Facility</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">19,500</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">19,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Colorado</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Peterson Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">SOCNORTH Theater
Operational Support Facility</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">54,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Schriever Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated Space
Operations Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">148,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">73,449</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
```

WASHSTATEC016026

```
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">United States
Air Force Academy</entry><entry rowsep="0" align="left" colname="column4">Consolidate
Cadet Prep School Dormitory</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">49,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Cyprus</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Royal Air Force
Akrotiri</entry><entry rowsep="0" align="left" colname="column4">New Dormitory for 1
ERS</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">27,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">27,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Georgia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Moody Air Force
Base</entry><entry rowsep="0" align="left" colname="column4">41 RQS HHâ€˜60W
Apron</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">12,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Guam</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region
Marianas</entry><entry rowsep="0" align="left" colname="column4">Munitions Storage
Igloos III</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">65,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">65,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Illinois</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Scott Air Force
Base</entry><entry rowsep="0" align="left" colname="column4">Joint Operations &amp;
Mission Planning Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">100,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">100,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Japan</entry><entry rowsep="0" align="left" leader-
```

WASHSTATEC016027

```
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column9"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Yokota Air
Base</entry><entry rowsep="0" align="left" colname="column4">Fuel Receipt &amp;
Distribution Upgrade</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">12,400</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">12,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Jordan</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Azraq</entry><entry rowsep="0" align="left" colname="column4">Air
Traffic Control Tower</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">24,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Azraq</entry><entry rowsep="0" align="left"
colname="column4">Munitions Storage Area</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">42,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Mariana Islands</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Tinian</entry><entry rowsep="0" align="left"
colname="column4">Airfield Development Phase 1</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">109,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Tinian</entry><entry rowsep="0" align="left" colname="column4">Fuel
Tanks W/ Pipeline/Hydrant System</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">109,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Tinian</entry><entry rowsep="0" align="left"
colname="column4">Parking Apron</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">98,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">25,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left"
```

```
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base
Andrews</entry><entry rowsep="0" align="left" colname="column4">Presidential Aircraft
Recap Complex Inc 3</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">86,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">86,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Massachusetts</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hanscom Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">MIT-Lincoln Lab
(West Lab CSL/MIF) Inc 2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">135,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">80,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Missouri</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Whiteman Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated Vehicle
Ops and MX Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">27,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Montana</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Malmstrom Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Weapons Storage and
Maintenance Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">235,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">59,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Nevada</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Nellis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">365th ISR Group
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
```

WASHSTATEC016029

```
colname="column5">57,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">57,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Nellis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Fâ€35 Munitions
Maintenance Facilities Cost-to-Complete</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">3,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Nellis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Fâ€35A Munitions
Assembly Conveyor Facility</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">8,200</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">8,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">New Mexico</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Holloman Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">NC3 Support WRM
Storage/Shipping Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">20,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Kirtland Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Combat Rescue
Helicopter Simulator (CRH) ADAL</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">15,500</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">15,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Kirtland Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">UHâ€1 Replacement
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">22,400</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">22,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">North Dakota</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Minot Air Force
Base</entry><entry rowsep="0" align="left"
colname="column4">Helo/Trfops/AMUfacility</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">5,500</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">5,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Ohio</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
```

WASHSTATEC016030

```
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Wright-
Patterson Air Force Base</entry><entry rowsep="0" align="left" colname="column4">ADAL
Intelligence Prod. Complex (NASIC) Inc 2</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">120,900</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">120,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Texas</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San
Antonio</entry><entry rowsep="0" align="left" colname="column4">AFPC B-
Wing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">36,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San
Antonio</entry><entry rowsep="0" align="left" colname="column4">Aquatics
Tank</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">69,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">69,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San
Antonio</entry><entry rowsep="0" align="left" colname="column4">BMT Recruit Dormitory
8</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">110,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">110,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San
Antonio</entry><entry rowsep="0" align="left" colname="column4">T-X ADAL Ground Based
Trng Sys (GBTS) Sim</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">9,300</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">9,300</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San
Antonio</entry><entry rowsep="0" align="left" colname="column4">T-X MX Trng Sys
Centralized Trng Fac</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">19,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">19,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">United Kingdom</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Royal Air Force
Lakenheath</entry><entry rowsep="0" align="left" colname="column4">Fâ€"35A PGM
```

WASHSTATEC016031

Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">14,300</entry><entry align="left" leader-modify="clr-ldr" colname="column9">14,300</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Utah</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hill Air Force Base</entry><entry rowsep="0" align="left" colname="column4">GBSD Mission Integration Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">108,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">33,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hill Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Joint Advanced Tactical Missile Storage Fac</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">6,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">6,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fairchild Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated TFI Base Operations</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">31,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">31,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fairchild Air Force Base</entry><entry rowsep="0" align="left" colname="column4">SERE Pipeline Dormitory Cost-to-Complete</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">4,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Child Development Centers</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">31,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning

and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">142,148</entry><entry align="left" leader-modify="clr-ldr" colname="column9">142,148</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">79,682</entry><entry align="left" leader-modify="clr-ldr" colname="column9">79,682</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Wyoming</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">F. E. Warren Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated Helo/TRF Ops/AMU and Alert Fac</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">18,100</entry><entry align="left" leader-modify="clr-ldr" colname="column9">18,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Air Force Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>2,179,230</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>1,723,579</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Beale Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Hydrant Fuel System Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">33,700</entry><entry align="left" leader-modify="clr-ldr" colname="column9">33,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Pendleton</entry><entry rowsep="0" align="left" colname="column4">Ambul Care Center/Dental Clinic Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">17,700</entry><entry

align="left" leader-modify="clr-ldr" colname="column9">17,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Mountain Viewâ€˜63 RSC</entry><entry rowsep="0" align="left"
colname="column4">Install Microgrid Controller, 750 Kw PV, and 750 Kwh Battery
Storage</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">9,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Naval Air Weapons Station China Lake</entry><entry rowsep="0"
align="left" colname="column4">Energy Storage System</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left"
leader-modify="clr-ldr" colname="column9">8,950</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">NSA Monterey</entry><entry rowsep="0" align="left"
colname="column4">Cogeneration Plant at B236</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">10,540</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">CONUS Classified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Classified Location</entry><entry rowsep="0" align="left"
colname="column4">Battalion Complex, Ph 3</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">82,200</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">82,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Florida</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Eglin Air Froce Base</entry><entry rowsep="0" align="left"
colname="column4">SOF Combined Squadron Ops Facility</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">16,500</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">16,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Hurlburt Field</entry><entry rowsep="0" align="left"
colname="column4">SOF AMU &amp; Weapons Hangar</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">72,923</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">72,923</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Hurlburt Field</entry><entry rowsep="0" align="left"

WASHSTATEC016034

colname="column4">SOF Combined Squadron Operations Facility</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">16,513</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">16,513</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Hurlburt Field</entry><entry rowsep="0" align="left"
colname="column4">SOF Maintenance Training Facility</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">18,950</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">18,950</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Naval Air Station Key West</entry><entry rowsep="0" align="left"
colname="column4">SOF Watercraft Maintenance Facility</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">16,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">16,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Germany</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Geilenkirchen Air Base</entry><entry rowsep="0" align="left"
colname="column4">Ambulatory Care Center/Dental Clinic</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">30,479</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">30,479</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Ramstein</entry><entry rowsep="0" align="left"
colname="column4">Landstuhl Elementary School</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">66,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Guam</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Joint Region Marianas</entry><entry rowsep="0" align="left"
colname="column4">Xray Wharf Refueling Facility</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">19,200</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">19,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Naval Base Guam</entry><entry rowsep="0" align="left"
colname="column4">NSA Anderson Smart Grid and ICS Infrustructure</entry><entry
rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">16,970</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Hawaii</entry><entry rowsep="0" align="left" leader-

```
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Joint Base Pearl Harbor-Hickam</entry><entry rowsep="0" align="left"
colname="column4">Install 500kw Covered Parking PV System &amp; Electric Vehicle
Charging Stations B479</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">4,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Joint Base Pearl Harbor-Hickam</entry><entry rowsep="0" align="left"
colname="column4">SOF Undersea Operational Training Facility</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">67,700</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">67,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Japan</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Yokosuka</entry><entry rowsep="0" align="left"
colname="column4">Kinnick High School Inc 2</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">130,386</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Yokota Air Base</entry><entry rowsep="0" align="left"
colname="column4">Bulk Storage Tanks PH1</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">116,305</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">20,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Yokota Air Base</entry><entry rowsep="0" align="left"
colname="column4">Pacific East District Superintendent's Office</entry><entry
rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">20,106</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">20,106</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Bethesda Naval Hospital</entry><entry rowsep="0" align="left"
colname="column4">MEDCEN Addition/Altertion Incr 3</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">96,900</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">33,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
```

WASHSTATEC016036

```
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Fort Detrick</entry><entry rowsep="0" align="left"
colname="column4">Medical Research Acquisition Building</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">27,846</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">27,846</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Fort Meade</entry><entry rowsep="0" align="left"
colname="column4">NSAW Recapitalize Building #3 Inc 2</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">426,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">426,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">NSA Bethesda</entry><entry rowsep="0" align="left"
colname="column4">Chiller 3â€"9 Replacement</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">13,840</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">South Potomac</entry><entry rowsep="0" align="left"
colname="column4">IH Water Projectâ€"CBIRF/IHEODTD/Housing</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left"
leader-modify="clr-ldr" colname="column9">18,460</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Mississippi</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Columbus Air Force Base</entry><entry rowsep="0" align="left"
colname="column4">Fuel Facilities Replacement</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">16,800</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">16,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Missouri</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Fort Leonard Wood</entry><entry rowsep="0" align="left"
colname="column4">Hospital Replacement Incr 2</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">50,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">50,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">St. Louis</entry><entry rowsep="0" align="left"
colname="column4">Next NGA West (N2W) Complex Phase 2 Inc. 2</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">218,800</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">118,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
```

WASHSTATEC016037

```
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">New Mexico</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">White Sands Missile Range</entry><entry rowsep="0" align="left"
colname="column4">Install Microgrid, 700kw PV, 150 Kw Generator, and
Batteries</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">5,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">North Carolina</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Camp Lejeune</entry><entry rowsep="0" align="left"
colname="column4">SOF Marine Raider Regiment HQ</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">13,400</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">13,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Fort Bragg</entry><entry rowsep="0" align="left"
colname="column4">SOF Assessment and Selection Training Complex</entry><entry
rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,103</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">12,103</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Fort Bragg</entry><entry rowsep="0" align="left"
colname="column4">SOF Human Platform-Force Generation Facility</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">43,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">43,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Fort Bragg</entry><entry rowsep="0" align="left"
colname="column4">SOF Operations Support Bldg</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">29,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">29,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Oklahoma</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Tulsa IAP</entry><entry rowsep="0" align="left"
colname="column4">Fuels Storage Complex</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">18,900</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">18,900</entry></row>
```

WASHSTATEC016038

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Rhode Island</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Quonset State Airport</entry><entry rowsep="0" align="left"
colname="column4">Fuels Storage Complex Replacement</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">11,600</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">11,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">South Carolina</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Joint Base Charleston</entry><entry rowsep="0" align="left"
colname="column4">Medical Consolidated Storage &amp; Distrib Center</entry><entry
rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">33,300</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">33,300</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">South Dakota</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Ellsworth Air Force Base</entry><entry rowsep="0" align="left"
colname="column4">Hydrant Fuel System Replacement</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">24,800</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">24,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Texas</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Camp Swift</entry><entry rowsep="0" align="left"
colname="column4">Install Microgrid, 650KW OV, &amp; 500 KW Generator</entry><entry
rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">4,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Fort Hood</entry><entry rowsep="0" align="left"
colname="column4">Install a Central Energy Plant</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">16,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
```

WASHSTATEC016039

```
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Virginia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Defense Distribution Depot Richmond</entry><entry rowsep="0"
align="left" colname="column4">Operations Center Phase 2</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">98,800</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">33,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Joint Expeditionary Base Little Creekâ€"Fort Story</entry><entry
rowsep="0" align="left" colname="column4">SOF NSWGâ€"10 Operations Support
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">32,600</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">32,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Joint Expeditionary Base Little Creekâ€"Fort Story</entry><entry
rowsep="0" align="left" colname="column4">SOF NSWG2 JSOTF Ops Training
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">13,004</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">13,004</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">NRO Headquarters</entry><entry rowsep="0" align="left"
colname="column4">Intergration System Upgrades</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">66</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Pentagon</entry><entry rowsep="0" align="left"
colname="column4">Backup Generator</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">8,670</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">8,670</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Pentagon</entry><entry rowsep="0" align="left"
colname="column4">Control Tower &amp; Fire Day Station</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">20,132</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">20,132</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Training Center Dam Neck</entry><entry rowsep="0" align="left"
colname="column4">SOF Demolition Training Compound Expansion</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">12,770</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">12,770</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC016040

```
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Joint Base Lewis-McChord</entry><entry rowsep="0" align="left"
colname="column4">SOF 22 STS Operations Facility</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">47,700</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">47,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Naval Base Kitsap</entry><entry rowsep="0" align="left"
colname="column4">Keyport Main Substation Replacement</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left"
leader-modify="clr-ldr" colname="column9">23,670</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Wisconsin</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Gen Mitchell IAP</entry><entry rowsep="0" align="left"
colname="column4">POL Facilities Replacement</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">25,900</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">25,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Classified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Classified Location</entry><entry rowsep="0" align="left"
colname="column4">Mission Support Compound</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">52,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">52,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Contingency Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">10,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Energy Resilience and Conserv. Invest. Prog.</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">150,000</entry><entry
```

WASHSTATEC016041

```
align="left" leader-modify="clr-ldr" colname="column9">150,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">ERCIP Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">10,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Exercise Related Minor Construction</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">11,770</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">11,770</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">15,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">15,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">29,679</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">29,679</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">35,472</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">35,472</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">4,890</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">4,890</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">14,400</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">14,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">3,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">3,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
```

WASHSTATEC016042

```
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">31,464</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">31,464</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">3,228</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">3,228</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">10,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">8,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">8,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">4,950</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">4,950</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">52,532</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">52,532</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">63,382</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">63,382</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">27,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">27,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design: Military Installation Resiliency</entry><entry
rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">30,000</entry></row>
```

WASHSTATEC016043

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">10,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">16,736</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">16,736</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Military Construction, Defense-Wide Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>2,504,190</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>2,267,595</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">NATO</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">NATO Security
Investment Program</entry><entry rowsep="0" align="left" colname="column4">NATO
Security Investment Program</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">144,040</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">144,040</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>NATO Security Investment Program Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>144,040</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>144,040</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
```

```
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Alabama</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Anniston Army
Depot</entry><entry rowsep="0" align="left" colname="column4">Enlisted Transient
Barracks</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">34,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Foley</entry><entry rowsep="0" align="left"
colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">12,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">12,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Roberts</entry><entry rowsep="0" align="left" colname="column4">Automated Multipurpose
Machine Gun Range</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">12,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">12,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Idaho</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Orchard Combat
Training Center</entry><entry rowsep="0" align="left" colname="column4">Railroad
Tracks</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">29,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">29,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Havre de
Grace</entry><entry rowsep="0" align="left" colname="column4">Combined Support
Maintenance Shop</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
```

WASHSTATEC016045

```
colname="column5">12,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">12,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Massachusetts</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Edwards</entry><entry rowsep="0" align="left" colname="column4">Automated Multipurpose
Machine Gun Range</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">9,700</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">9,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Minnesota</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">New
Ulm</entry><entry rowsep="0" align="left" colname="column4">National Guard Vehicle
Maintenance Shop</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">11,200</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">11,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Mississippi</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp
Shelby</entry><entry rowsep="0" align="left" colname="column4">Automated Multipurpose
Machine Gun Range</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">8,100</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">8,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Missouri</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Springfield</entry><entry rowsep="0" align="left"
colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">12,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">12,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Nebraska</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>
```

WASHSTATEC016046

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Bellevue</entry><entry rowsep="0" align="left"
colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">29,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">29,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">New Hampshire</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Concord</entry><entry rowsep="0" align="left"
colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">5,950</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">5,950</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">New York</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Jamaica
Armory</entry><entry rowsep="0" align="left" colname="column4">National Guard Readiness
Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">91,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Pennsylvania</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Moon
Township</entry><entry rowsep="0" align="left" colname="column4">Combined Support
Maintenance Shop</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">23,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">23,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Vermont</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Jericho</entry><entry rowsep="0" align="left"
colname="column4">General Instruction Builiding</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">30,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
```

WASHSTATEC016047

```
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Richland</entry><entry rowsep="0" align="left"
colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">11,400</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">11,400</row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning
and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">20,469</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">20,469</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified
Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">15,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">15,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Military Construction, Army National Guard
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>210,819</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>365,819</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Delaware</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army Res</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Newark</entry><entry rowsep="0" align="left" colname="column4">Army
```

WASHSTATEC016048

```
Reserve Center/BMA</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">21,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">21,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Wisconsin</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army Res</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Fort McCoy</entry><entry rowsep="0" align="left"
colname="column4">Transient Training Barracks</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">25,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">25,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army Res</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">6,000</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">6,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Army Res</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">8,928</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">8,928</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Military Construction, Army Reserve Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>60,928</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>60,928</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Louisiana</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>
```

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">N/MC Res</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">New Orleans</entry><entry rowsep="0" align="left"
colname="column4">Entry Control Facility Upgrades</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">25,260</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">25,260</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">N/MC Res</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">4,780</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">4,780</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">N/MC Res</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">24,915</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">24,915</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Military Construction, Naval Reserve Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>54,955</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>54,955</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Moffett Air
National Guard Base</entry><entry rowsep="0" align="left"
colname="column4">Fuels/Corrosion Control Hanger and Shops</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left"
leader-modify="clr-ldr" colname="column9">57,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
```

WASHSTATEC016050

```
modify="clr-ldr" colname="column3">Georgia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Savannah/Hilton
Head IAP</entry><entry rowsep="0" align="left" colname="column4">Consolidated Joint Air
Dominance Hangar/Shops</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">24,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">24,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Missouri</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Rosecrans
Memorial Airport</entry><entry rowsep="0" align="left" colname="column4">C–130 Flight
Simulator Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">9,500</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">9,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Puerto Rico</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Luis Munoz-
Marin IAP</entry><entry rowsep="0" align="left" colname="column4">Communications
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">12,500</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">12,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Luis Munoz-
Marin IAP</entry><entry rowsep="0" align="left" colname="column4">Maintenance
Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">37,500</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">36,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Wisconsin</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Truax
Field</entry><entry rowsep="0" align="left" colname="column4">F–35 Simulator
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">14,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">14,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Truax
```

```
Field</entry><entry rowsep="0" align="left" colname="column4">Fighter Alert
Shelters</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">20,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">20,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified
Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">31,471</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">31,471</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning
and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">17,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">17,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Military Construction, Air National Guard
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>165,971</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>221,471</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Georgia</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Robins Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated
Misssion Complex Phase 3</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">43,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">43,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC016052

```
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base
Andrews</entry><entry rowsep="0" align="left" colname="column4">AES Training Admin
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">15,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Minnesota</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Minneapolis-
St.paul IAP</entry><entry rowsep="0" align="left" colname="column4">Aerial Port
Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">9,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning
and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">4,604</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">4,604</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified
Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">12,146</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">12,146</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Military Construction, Air Force Reserve
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>59,750</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>84,550</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
```

```
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Germany</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Baumholder</entry><entry rowsep="0" align="left"
colname="column4">Family Housing Improvements</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">29,983</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">29,983</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Korea</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Camp Humphreys</entry><entry rowsep="0" align="left"
colname="column4">Family Housing New Construction Incr 4</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">83,167</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">83,167</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Pennsylvania</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Tobyhanna Army Depot</entry><entry rowsep="0" align="left"
colname="column4">Family Housing Replacement Construction</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">19,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">19,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Family Housing P &amp; D</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">9,222</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">14,222</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Family Housing Construction, Army Total</bold></entry><entry
```

```
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>141,372</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>146,372</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">24,027</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">24,027</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Housing Privitization Support</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">18,627</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">63,627</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">128,938</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">128,938</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Maintenance</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">81,065</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">135,798</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Management</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">38,898</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">38,898</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Miscellaneous</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">484</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">484</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
```

colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Services</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">10,156</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">10,156</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">55712</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">55712</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Family Housing Operation And Maintenance, Army
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>357,907</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>457,640</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Construction Improvements</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">41,798</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">41,798</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning &amp; Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">3,863</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">3,863</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">USMC DPRI/Guam Planning and Design</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">2,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column9">2,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"

```
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Family Housing Construction, Navy And Marine Corps
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>47,661</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>47,661</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">19,009</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">19,009</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Housing Privatization Support</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">21,975</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">81,575</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">64,126</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">64,126</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Maintenance</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">82,611</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">137,344</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Management</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">50,122</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">50,122</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Miscellaneous</entry><entry rowsep="0" align="left" leader-
```

```
modify="clr-ldr" colname="column5">151</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">151</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Services</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">16,647</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">16,647</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">63,229</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">63,229</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Family Housing Operation And Maintenance, Navy And Marine Corps
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>317,870</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>432,203</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Germany</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Spangdahlem Air Base</entry><entry rowsep="0" align="left"
colname="column4">Construct Deficit Military Family Housing</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">53,584</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">53,584</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Construction Improvements</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">46,638</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">46,638</entry></row>
```

WASHSTATEC016058

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Con AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning &amp; Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">3,409</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">3,409</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Family Housing Construction, Air Force
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>103,631</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>103,631</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">30,283</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">30,283</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Housing Privatization</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">22,593</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">53,793</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">15,768</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">15,768</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Maintenance</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">117,704</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">172,437</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
```

WASHSTATEC016059

```
leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Management</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">56,022</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">56,022</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Miscellaneous</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">2,144</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">2,144</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Services</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
ldr" colname="column5">7,770</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">7,770</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">42,732</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">42,732</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Family Housing Operation And Maintenance, Air Force
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>295,016</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>380,949</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">82</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">82</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0"
```

```
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">645</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">645</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">12,906</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">12,906</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">39,222</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">39,222</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Maintenance</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">32</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">32</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">13</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">13</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">4,100</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">4,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Family Housing Operation And Maintenance, Defense-Wide Total
</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>57,000</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>57,000</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
```

```
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">FHIF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Administrative Expensesâ€"FHIF</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">3,045</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">3,045</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>DOD Family Housing Improvement Fund Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>3,045</bold></entry><entry align="left" leader-modify="clr-ldr"
colname="column9"><bold><act-name>3,045</act-name></bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">UHIF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Administrative Expensesâ€"UHIF</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">500</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Unaccompanied Housing Improvement Fund
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>500</bold></entry><entry align="left" leader-modify="clr-ldr"
colname="column9"><bold>500</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>
```

WASHSTATEC016062

```
<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">BRAC</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Worldwide
Unspecified Locations</entry><entry rowsep="0" align="left" colname="column4">Base
Realignment and Closure</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">66,111</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">94,111</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Base Realignment and Closure—Army Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>66,111</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>94,111</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">BRAC</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Base
Realignment &amp; Closure</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">158,349</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">216,349</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Base Realignment and Closure—Navy Total</bold></entry><entry
rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>158,349</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>216,349</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
```

```xml
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">BRAC</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified
Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Dod BRAC
Activitiesâ€"Air Force</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">54,066</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">82,066</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Base Realignment and Closureâ€"Air Force
Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"><bold>54,066</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column9"><bold>82,066</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Prior Year Savings</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">PYS</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Prior Year
Savings</entry><entry rowsep="0" align="left" colname="column4">Prior Year
Savings</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">â€"64685</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Prior Year Savings Total</bold></entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5"><bold>0</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column9"><bold>â€"64,685</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-
```

WASHSTATEC016064

```
modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry colname="column1" nameend="column4" rowsep="0" align="left" stub-
definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr"
colname="column1"><bold>Total, Military Construction</bold></entry><entry rowsep="0"
align="left" leader-modify="clr-ldr"
colname="column5"><bold>11,241,653</bold></entry><entry align="left" leader-
modify="clr-ldr"
colname="column9"><bold>10,925,739</bold></entry></row></tbody></tgroup></table></secti
on>

<section id="H2C37CDE9828C4FFEB15D3E42D82899BA"><enum>4602.</enum><header>Military
construction for overseas contingency operations</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Military Construction for
Overseas Contingency Operations" table-type="">

<tgroup bearoff="1" cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="6.6.8" ttitle-size="8"><colspec coldef="txt-no-ldr-no-spread" colname="column1"
colnum="0" colwidth="111pts" min-data-value="26"/><colspec coldef="txt-no-spread"
colname="column3" colnum="2" colwidth="183pts" min-data-value="70"/><colspec
coldef="txt" colname="column4" colnum="3" colwidth="240pts" min-data-
value="80"/><colspec coldef="fig" colname="column5" colnum="4" colwidth="95pts" min-
data-value="11"/><colspec align="char" char="]" charoff="0" coldef="fig"
colname="column9" colnum="8" colwidth="92pts" min-data-value="11"/><thead>

<row><entry align="center" colname="column1" morerows="0" nameend="column9"
namest="column1"><bold>SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY
OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Service</bold></entry><entry align="center" colname="column3"
morerows="0" namest="column3"><bold>State/Country and Installation</bold></entry><entry
align="center" colname="column4" morerows="0"
namest="column4"><bold>Project</bold></entry><entry align="center" colname="column5"
morerows="0" namest="column5"><bold>FY 2020<linebreak/> Request</bold></entry><entry
align="center" colname="column9" morerows="0"
namest="column9"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Guantanamo Bay, Cuba</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Guantanamo Bay Naval Station</entry><entry align="left" colname="column4"
rowsep="0">OCO: Communications Facility</entry><entry align="left" colname="column5"
leader-modify="clr-ldr" rowsep="0">22,000</entry><entry align="left" colname="column9"
leader-modify="clr-ldr">22,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Guantanamo Bay Naval Station</entry><entry align="left" colname="column4"
rowsep="0">OCO: Detention Legal Office and Comms Ctr</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">11,800</entry><entry align="left"
colname="column9" leader-modify="clr-ldr">11,800</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
```

```
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Guantanamo Bay Naval Station</entry><entry align="left" colname="column4"
rowsep="0">OCO: High Value Detention Facility</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">88,500</entry><entry align="left"
colname="column9" leader-modify="clr-ldr">0</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Worldwide Unspecified</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4"
rowsep="0">EDI/OCO Planning and Design</entry><entry align="left" colname="column5"
leader-modify="clr-ldr" rowsep="0">19,498</entry><entry align="left" colname="column9"
leader-modify="clr-ldr">19,498</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4"
rowsep="0">EDI: Bulk Fuel Storage</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">36,000</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">36,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4"
rowsep="0">EDI: Information Systems Facility</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">6,200</entry><entry align="left"
colname="column9" leader-modify="clr-ldr">6,200</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4"
rowsep="0">EDI: Minor Construction</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">5,220</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">5,220</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4"
rowsep="0">Unspecified Worldwide Construction</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">9,200,000</entry><entry
align="left" colname="column9" leader-modify="clr-ldr">0</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Various Worldwide Locations</entry><entry align="left" colname="column4"
rowsep="0">EDI: Various Worldwide Locations Europe</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column9" leader-modify="clr-ldr">36,212</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military
```

WASHSTATEC016066

```
Construction, Army Total</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">9,389,218</entry><entry align="left" colname="column9"
leader-modify="clr-ldr">136,930</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Bahrain</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">SW
Asia</entry><entry align="left" colname="column4" rowsep="0">Electrical System
Upgrade</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">53,360</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Italy</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Sigonella</entry><entry align="left" colname="column4"
rowsep="0">Communications Station</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">77,400</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Spain</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Rota</entry><entry align="left" colname="column4" rowsep="0">EDI: In-Transit
Munitions Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">9,960</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">9,960</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Rota</entry><entry align="left" colname="column4" rowsep="0">EDI: Joint
Mobility Center</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">46,840</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">46,840</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Rota</entry><entry align="left" colname="column4" rowsep="0">EDI: Small
Craft Berthing Facility</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">12,770</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">12,770</entry></row>
```

WASHSTATEC016067

```
<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Worldwide Unspecified</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4"
rowsep="0">Planning and Design</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">25,000</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">25,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Various Worldwide Locations</entry><entry align="left" colname="column4"
rowsep="0">EDI: Various Worldwide Locations Europe</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column9" leader-modify="clr-ldr">36,211</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military
Construction, Navy Total</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">94,570</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">261,541</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Iceland</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Keflavik</entry><entry
align="left" colname="column4" rowsep="0">EDI: Airfield Upgrades€"Dangerous Cargo
Pad</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">18,000</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">18,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Keflavik</entry><entry
align="left" colname="column4" rowsep="0">EDI: Beddown Site Prep</entry><entry
align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">7,000</entry><entry
align="left" colname="column9" leader-modify="clr-ldr">7,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Keflavik</entry><entry
align="left" colname="column4" rowsep="0">EDI: Expand Parking Apron</entry><entry
align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">32,000</entry><entry
```

WASHSTATEC016068

```
align="left" colname="column9" leader-modify="clr-ldr">32,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Jordan</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Azraq</entry><entry
align="left" colname="column4" rowsep="0">Air Traffic Control Tower</entry><entry
align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column9" leader-modify="clr-ldr">24,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Azraq</entry><entry
align="left" colname="column4" rowsep="0">Munitions Storage Area</entry><entry
align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column9" leader-modify="clr-ldr">42,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Spain</entry><entry align="left" colname="column4" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Moron</entry><entry
align="left" colname="column4" rowsep="0">EDI: Hot Cargo Pad</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">8,500</entry><entry align="left"
colname="column9" leader-modify="clr-ldr">8,500</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Worldwide Unspecified</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Unspecified</entry><entry align="left" colname="column4" rowsep="0">Planning
&amp; Design</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">60,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide
Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: ECAOS DABS/FEV
EMEDS Storage</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">107,000</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">107,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide
Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Hot Cargo
Pad</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">29,000</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">29,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide
Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Munitions
```

WASHSTATEC016069

```
Storage Area</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">39,000</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">39,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Various Worldwide
Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Various
Worldwide Locations Europe</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">36,211</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Various Worldwide
Locations</entry><entry align="left" colname="column4" rowsep="0">EDI:
P&amp;D</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">61,438</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">61,438</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Various Worldwide
Locations</entry><entry align="left" colname="column4" rowsep="0">EDI:
UMMC</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">12,800</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">12,800</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military
Construction, Air Force Total</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">314,738</entry><entry align="left" colname="column9"
leader-modify="clr-ldr">476,949</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Germany</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Def-Wide</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Gemersheim</entry><entry align="left" colname="column4" rowsep="0">EDI:
Logistics Distribution Center Annex</entry><entry align="left" colname="column5"
leader-modify="clr-ldr" rowsep="0">46,000</entry><entry align="left" colname="column9"
leader-modify="clr-ldr">46,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military
```

WASHSTATEC016070

```
Construction,Defense-Wide Total</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">46,000</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">46,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"><bold>Total,
Military Construction</bold></entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"><bold>9,844,526</bold></entry><entry align="left"
colname="column9" leader-modify="clr-
ldr"><bold>921,420</bold></entry></row></tbody></tgroup></table></section>

<section id="H3AE3D0782A59443FAB5198AE36B514F2"><enum>4603.</enum><header>Military
construction for emergency requirements</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver"
rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Military Construction for
OCO for Base Requirements" table-type="">

<tgroup bearoff="1" cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-
size="6.6.8" ttitle-size="8"><colspec coldef="txt-no-ldr-no-spread" colname="column1"
colnum="0" colwidth="26pts" min-data-value="26"/><colspec coldef="txt-no-ldr-no-spread"
colname="column3" colnum="2" colwidth="70pts" min-data-value="70"/><colspec
coldef="txt" colname="column4" colnum="3" colwidth="138pts" min-data-
value="80"/><colspec coldef="fig" colname="column5" colnum="4" colwidth="37pts" min-
data-value="11"/><colspec align="char" char="]" charoff="0" coldef="fig"
colname="column9" colnum="8" colwidth="37pts" min-data-value="11"/><thead>

<row><entry align="center" colname="column1" morerows="0" nameend="column9"
namest="column1"><bold>SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY
REQUIREMENTS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0"
namest="column1"><bold>Service</bold></entry><entry align="center" colname="column3"
morerows="0" namest="column3"><bold>State/Country and Installation</bold></entry><entry
align="center" colname="column4" morerows="0"
namest="column4"><bold>Project</bold></entry><entry align="center" colname="column5"
morerows="0" namest="column5"><bold>FY 2020<linebreak/> Request</bold></entry><entry
align="center" colname="column9" morerows="0"
namest="column9"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">California</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left"
colname="column4" rowsep="0">Planning and Design</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column9" leader-modify="clr-ldr">89,320</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left"
colname="column4" rowsep="0">Hanger 3 Replacement, Apron, Taxiway &amp; Utilities for
RDT&amp;E</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
```

```
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">514,600</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left"
colname="column4" rowsep="0">Aircraft Parking Apron in Support of Hanger 2
Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">50,800</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left"
colname="column4" rowsep="0">Michelson Mission Systems Intergration
Laboratory</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">202,340</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left"
colname="column4" rowsep="0">Magazines &amp; Inert Storage Facility</entry><entry
align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column9" leader-modify="clr-ldr">138,930</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left"
colname="column4" rowsep="0">Air Operations Facility &amp; Air Traffic Control
Tower</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">70,900</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left"
colname="column4" rowsep="0">Community Support Facilities</entry><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left"
colname="column9" leader-modify="clr-ldr">85,790</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">North Carolina</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">Courthouse Bay Fire
Station Replacement</entry><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">21,336</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">Hadnot Point Fire
Station Replacement</entry><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">21,931</entry></row>
```

WASHSTATEC016072

```
<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">Hadnot Point Mess Hall
Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">66,023</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">II MEF
Simulation/Training Center Replacement</entry><entry align="left" colname="column5"
leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9"
leader-modify="clr-ldr">74,487</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">LOGCOM CSP Warehouse
Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">35,874</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">LSSS Facility
Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">26,815</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">MC Advisor Battalion
HQS Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">30,109</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">MCCSSS Log Ops
School</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">179,617</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">MCES Applied
Instruction Facility Replacement</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">95,599</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">NCIS Facilities
Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">22,594</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">PMO Facility
Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
```

WASHSTATEC016073

rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">34,718</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">WTBN Headquarters
Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">18,644</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS
Cherry Point</entry><entry align="left" colname="column4" rowsep="0">Physical Security
Compliance</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">52,300</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS
Cherry Point</entry><entry align="left" colname="column4" rowsep="0">BTâ€"11 Range
Operations Center Replacement</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">14,251</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS
New River</entry><entry align="left" colname="column4" rowsep="0">Câ€"12W Aircraft
Maintenance Hangar Replacement</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">36,295</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS
New River</entry><entry align="left" colname="column4" rowsep="0">Bachelor Enlisted
Quarters Replacement</entry><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">62,104</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS
New River</entry><entry align="left" colname="column4" rowsep="0">CNATT Classroom
Building Replacement</entry><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">114,706</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS
New River</entry><entry align="left" colname="column4" rowsep="0">CHâ€"53K Maintenance
Hangar Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">252,717</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military
Construction, Navy Total</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-

WASHSTATEC016074

```
modify="clr-ldr">2,312,800</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Florida</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">325th Fighting Wing HQ
Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">38,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Aerospace &amp;
Operational Physiology Facility</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">12,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Aircraft MX Fuel Cell
Hangar</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">37,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Aircraft Wash
Rack</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">9,100</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Airfield
Drainage</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">144,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Auxiliary Ground Equipment
Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">22,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Chapel</entry><entry
align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry
```

WASHSTATEC016075

align="left" colname="column9" leader-modify="clr-ldr">26,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Community Commons
Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">64,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Deployment Center/Flight
Line Dining/AAFES</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">43,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Dorm Complex Phase
1</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">145,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Dorm Complex Phase
2</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">131,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Emergency Management, EOC,
Alt CP</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">20,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Flightlineâ€"Muns Storage,
7000 Area</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">36,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Lodging Facilities Phase
1</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">90,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Lodging Facilities Phase
2</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">89,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force

WASHSTATEC016076

```
Base</entry><entry align="left" colname="column4" rowspep="0">Operations
Group/Maintenance Group HQ</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">24,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Ops/Aircraft Maintenance
Unit/Hangar #2</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">74,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Ops/Aircraft Maintenance
Unit/Hangar #3</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">75,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">OSS/Radar Approach Control
Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">37,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Planning and
Design</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">52,400</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Security Forces Mobility
Storage Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">6,700</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Simulator
Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">38,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Site Development,
Utilities &amp; Demo Phase 2</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">141,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Small Arms
Range</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">26,000</entry></row>
```

WASHSTATEC016077

```
<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Special Purpose Vehicle
Maintenance</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">20,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Tyndall AFB Gate
Complexes</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">75,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Weapons Load Training
Hangar</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">25,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Nebraska</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Emergency Power
Microgrid</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">43,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Flightline Hangars
Campus</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">10,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Lake Campus</entry><entry
align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column9" leader-modify="clr-ldr">6,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Logistics Readiness
Squadron Campus</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">18,500</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force
Base</entry><entry align="left" colname="column4" rowsep="0">Security
Campus</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">63,000</entry></row>
```

WASHSTATEC016078

```
<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Virginia</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Joint Base Langley-
Eustis</entry><entry align="left" colname="column4" rowsep="0">Dormitory</entry><entry
align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry
align="left" colname="column9" leader-modify="clr-ldr">31,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" namend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military
Construction, Air Force Total</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">1,671,700</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">North Carolina</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Def-Wide</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">Ambulatory Care Center
(Camp Geiger)</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">17,821</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Def-Wide</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">Ambulatory Care Center
(Camp Johnson)</entry><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">27,492</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Def-Wide</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp
Lejeune</entry><entry align="left" colname="column4" rowsep="0">MARSOC ITC Team
Facility Replacement</entry><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">30,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>
```

WASHSTATEC016079

```
<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military
Construction, Defense-Wide Total</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">75,313</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Louisiana</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army NG</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Pineville</entry><entry align="left" colname="column4" rowsep="0">National
Guard Readiness Center</entry><entry align="left" colname="column5" leader-modify="clr-
ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-
ldr">16,500</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0">Nebraska</entry><entry align="left" colname="column4"
leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-
ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army NG</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Ashland</entry><entry align="left" colname="column4" rowsep="0">Training
Site, Various Facilities</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">35,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">Army NG</entry><entry align="left"
colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
rowsep="0">Ashland</entry><entry align="left" colname="column4" rowsep="0">Flood
Control Levee/Floodwall</entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-
modify="clr-ldr">8,500</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr"
rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military
Construction, Army National Guard Total</entry><entry align="left" colname="column5"
leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9"
leader-modify="clr-ldr">60,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column9" leader-modify="clr-ldr"/></row>
```

WASHSTATEC016080

```
<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4"
namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"><bold>Total,
Military Construction</bold></entry><entry align="left" colname="column5" leader-
modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column9"
leader-modify="clr-
ldr"><bold>4,119,813</bold></entry></row></tbody></tgroup></table></section></title>

<title id="H673D6CFED7F04A8BBF04B586E26A7BD8"><enum> XLVII</enum><header>DEPARTMENT OF
ENERGY NATIONAL SECURITY PROGRAMS</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H673D6CFED7F04A8BBF04B586E26A7BD8" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB4F0A731D3214A369C1E2ABFE783608B"
level="section">Sec.â€‹4701.â€‹Department of Energy national security programs.</toc-
entry> </toc>

<section id="HB4F0A731D3214A369C1E2ABFE783608B"><enum>4701.</enum><header>Department of
Energy national security programs</header>

<table table-type="" table-template-name="Department of Energy National Security
Programs" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-
rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-
size="8" bearoff="2"><colspec coldef="txt" colname="column1" colnum="0" min-data-
value="180" rowsep="0" colwidth="242pts"/><colspec coldef="fig" colname="column2"
colnum="1" min-data-value="11" colwidth="39pts"/><colspec coldef="fig"
colname="column5" colnum="5" min-data-value="11" colwidth="39pts" align="char" char="]"
charoff="0"/>

<row><entry namest="column1" nameend="column5" morerows="0" align="center"
colname="column1"><bold>SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY
PROGRAMS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center"
colname="column1"><bold>Program</bold></entry><entry namest="column2" morerows="0"
align="center" colname="column2"><bold>FY 2020<linebreak/> Request</bold></entry><entry
namest="column5" morerows="0" align="center"
colname="column5"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Discretionary Summary By
Appropriation</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Energy And Water Development, And
Related Agencies</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Appropriation
Summary:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Energy Programs</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Nuclear Energy</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">137,808</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">137,808</entry></row>
```

WASHSTATEC016081

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Atomic Energy Defense
Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"><bold>National nuclear security
administration:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Weapons activities</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">12,408,603</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">12,444,780</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Defense nuclear nonproliferation</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">1,993,302</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">2,020,814</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Naval reactors</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">1,648,396</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">1,633,396</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Federal salaries and expenses</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">434,699</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">434,699</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1"><bold>Total, National nuclear security
administration</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>16,485,000</bold></entry><entry align="left" leader-
modify="clr-ldr" colname="column5"><bold>16,533,689</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"><bold>Environmental and other defense
activities:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Defense environmental cleanup</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">5,506,501</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">5,527,732</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Other defense activities</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">1,035,339</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">885,839</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Defense nuclear waste disposal</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">26,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">0</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1"><bold>Total, Environmental &amp; other defense
```

```
activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">6,567,840</bold>6,567,840</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>6,413,571</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Atomic Energy Defense Activities</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>23,052,840</bold></entry><entry align="left" leader-
modify="clr-ldr" colname="column5"><bold>22,947,260</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Discretionary Funding</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>23,190,648</bold></entry><entry align="left" leader-
modify="clr-ldr" colname="column5"><bold>23,085,068</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Nuclear Energy</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Idaho sitewide safeguards and security</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">137,808</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">137,808</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Nuclear Energy</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>137,808</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>137,808</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Weapons Activities</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Directed stockpile
work</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Life extension programs and major
alterations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">B61â€"12 Life extension program</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">792,611</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">792,611</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W76â€"2 Modification program</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">10,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">10,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W88 Alt 370</entry><entry align="left" leader-modify="clr-ldr"
```

WASHSTATEC016083

```
rowsep="0" colname="column2">304,186</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">304,186</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W80â€"4 Life extension program</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">898,551</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">898,551</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W87â€"1 Modification Program (formerly IW1)</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">112,011</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">112,011</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Life extension programs and major
alterations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>2,117,359</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>2,117,359</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Stockpile systems</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">B61 Stockpile systems</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">71,232</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">71,232</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W76 Stockpile systems</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">89,804</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">89,804</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W78 Stockpile systems</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">81,299</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">81,299</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W80 Stockpile systems</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">85,811</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">85,811</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">B83 Stockpile systems</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">51,543</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">51,543</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W87 Stockpile systems</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">98,262</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">98,262</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">W88 Stockpile systems</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">157,815</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">157,815</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Stockpile systems</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>635,766</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>635,766</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
```

```
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Weapons dismantlement and
disposition</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Operations and maintenance</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">47,500</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">47,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1" leader-modify="clr-ldr"><bold>Program increase</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Stockpile services</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Production support</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">543,964</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">543,964</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Research and development support</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">39,339</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">39,339</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">R&amp;D certification and safety</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">236,235</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">236,235</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Management, technology, and production</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">305,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">305,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Stockpile services</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>1,124,538</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>1,124,538</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Strategic
materials</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Uranium sustainment</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">94,146</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">94,146</entry></row>
```

WASHSTATEC016085

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Plutonium sustainment</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">712,440</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">712,440</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Tritium sustainment</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">269,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">269,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Lithium sustainment</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">28,800</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">28,800</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Domestic uranium enrichment</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">140,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">140,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Strategic materials sustainment</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">256,808</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">256,808</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Strategic materials</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>1,501,194</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>1,501,194</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Directed stockpile work</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>5,426,357</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>5,426,357</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Research, development, test and
evaluation (RDT&amp;E)</bold></entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Science</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Advanced certification</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">57,710</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">57,710</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Primary assessment technologies</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">95,169</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">95,169</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Dynamic materials properties</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">133,800</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">133,800</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Advanced radiography</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">32,544</entry><entry align="left" leader-modify="clr-
```

WASHSTATEC016086

```
ldr" colname="column5">32,544</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Secondary assessment technologies</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">77,553</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">77,553</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Academic alliances and partnerships</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">44,625</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">44,625</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Enhanced Capabilities for Subcritical Experiments</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">145,160</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">145,160</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Science</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>586,561</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>586,561</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Engineering</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Enhanced surety</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">46,500</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">46,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Delivery Environments (formerly Weapons Systems Engineering
Assessment Technology)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">35,945</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">35,945</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Nuclear survivability</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">53,932</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">53,932</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Enhanced surveillance</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">57,747</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">57,747</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Stockpile Responsiveness</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">39,830</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">80,630</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Program expansion</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[40,800]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Engineering </bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>233,954</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>274,754</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
```

WASHSTATEC016087

```
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Inertial confinement fusion ignition
and high yield</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Ignition and Other Stockpile Programs</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">55,649</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">55,649</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Diagnostics, cryogenics and experimental support</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">66,128</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">66,128</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Pulsed power inertial confinement fusion</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">8,571</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">8,571</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Joint program in high energy density laboratory plasmas</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">12,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">12,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Facility operations and target production</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">338,247</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">343,247</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Program increase</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[5,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Inertial confinement fusion and high
yield</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>480,595</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>485,595</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Advanced simulation and
computing</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Advanced simulation and computing</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">789,849</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">789,849</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">18â€"Dâ€"620, Exascale Computing Facility Modernization Project,
LLNL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">50,000</entry><entry align="left" leader-modify="clr-ldr"
```

```
colname="column5">50,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>50,000</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>50,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Advanced simulation and computing</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>839,849</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>839,849</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Advanced
manufacturing</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Additive manufacturing</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">18,500</entry><entry align="left" leader-modify="clr-
ldr" colname="column5">18,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Component manufacturing development</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">48,410</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">52,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">UFR listâ€"technology maturation</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-
ldr" colname="column5">[3,590]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Process technology development</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">69,998</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">69,998</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Advanced manufacturing</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>136,908</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>140,498</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, RDT&amp;E</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>2,277,867</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>2,327,257</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Infrastructure and
operations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Operations of facilities</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">905,000</entry><entry align="left"
```

WASHSTATEC016089

```
leader-modify="clr-ldr" colname="column5">905,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Safety and environmental operations</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">119,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">119,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Maintenance and repair of facilities</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">456,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">456,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Recapitalization:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Infrastructure and safety</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">447,657</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">447,657</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Capability based investments</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">135,341</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">135,341</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Recapitalization</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>582,998</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>582,998</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">19â€"Dâ€"670, 138kV Power Transmission System Replacement,
NNSS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">6,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">6,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">18â€"Dâ€"690, Lithium Processing Facility, Yâ€"12 (formerly Lithium
Production Capability, Yâ€"12)</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">32,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">32,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">18â€"Dâ€"650, Tritium Finishing Facility, SRS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">27,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">27,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">17â€"Dâ€"640, Ula Complex Enhancements Project, NNSS</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">35,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">35,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">15â€"Dâ€"612, Emergency Operations Center, LLNL</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">5,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">5,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
```

WASHSTATEC016090

```
colname="column1">15â€"Dâ€"611, Emergency Operations Center, SNL</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">4,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">4,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">15â€"Dâ€"301, HE Science &amp; Engineering Facility, PX</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">123,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">123,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">06â€"Dâ€"141 Uranium processing facility Yâ€"12, Oak Ridge,
TN</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">745,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">745,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">04â€"Dâ€"125, Chemistry and Metallurgy Research Replacement Project,
LANL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">168,444</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">168,444</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>1,145,444</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>1,145,444</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Infrastructure and operations</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>3,208,442</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>3,208,442</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Secure transportation
asset</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Operations and equipment</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">209,502</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">209,502</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">107,660</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">107,660</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Secure transportation asset</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>317,162</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>317,162</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Defense nuclear
security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>
```

WASHSTATEC016091

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Operations and maintenance</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">778,213</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">765,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Excess to need</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€"13,213]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Defense nuclear security</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>778,213</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>765,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Information technology and cybersecurity</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">309,362</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">309,362</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Legacy contractor pensions</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">91,200</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">91,200</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Weapons Activities</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>12,408,603</bold></entry><entry align="left" leader-
modify="clr-ldr" colname="column5"><bold>12,444,780</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Defense Nuclear
Nonproliferation</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Defense Nuclear Nonproliferation
Programs</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Global material
security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
```

```
colname="column1">International nuclear security</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">48,839</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">48,839</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Domestic radiological security</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">90,513</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">90,513</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">International radiological security</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">60,827</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">78,907</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Secure additional radiologic materials</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-
modify="clr-ldr" colname="column5">[18,080]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Nuclear smuggling detection and deterrence</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">142,171</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">142,171</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Global material security</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>342,350</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>360,430</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Material management and
minimization</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">HEU reactor conversion</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">114,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">99,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€15,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Nuclear material removal</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">32,925</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">32,925</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Material disposition</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column2">186,608</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">186,608</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Material management &amp;
minimization</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>333,533</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>318,533</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>
```

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Nonproliferation and arms control</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">137,267</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">137,267</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Defense nuclear nonproliferation R&amp;D</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">495,357</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">499,789</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Additional verification and detection effort</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5">[4,432]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Nonproliferation
Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">18â€"Dâ€"150 Surplus Plutonium Disposition Project</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">79,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">79,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">99â€"Dâ€"143 Mixed Oxide (MOX) Fuel Fabrication Facility,
SRS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">220,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">220,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Low-enriched uranium research and development</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">20,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Program increase</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[20,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Nonproliferation construction</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>299,000</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>299,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Defense Nuclear Nonproliferation
Programs</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>1,607,507</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>1,635,019</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Legacy contractor pensions</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">13,700</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">13,700</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Nuclear counterterrorism and incident response program</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">372,095</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">372,095</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">DPRK phased denuclearization long-term monitoring and
```

```
verification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Defense Nuclear Nonproliferation</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>1,993,302</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>2,020,814</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold/></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold/></entry><entry align="left"
leader-modify="clr-ldr" colname="column5"><bold/></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Naval Reactors</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Naval reactors development</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">531,205</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">516,205</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Unjustified growth</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€"15,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Columbia-Class reactor systems development</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">75,500</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">75,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">S8G Prototype refueling</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">155,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">155,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Naval reactors operations and infrastructure</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">553,591</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">553,591</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">20-Dâ€"931, KL Fuel Development Laboratory</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">23,700</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">23,700</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">19â€"Dâ€"930, KS Overhead Piping</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">20,900</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">20,900</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">14â€"Dâ€"901 Spent fuel handling recapitalization project,
NRF</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">238,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">238,000</entry></row>
```

WASHSTATEC016095

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>282,600</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>282,600</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">50,500</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">50,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Naval Reactors</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>1,648,396</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>1,633,396</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Federal Salaries And
Expenses</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">434,699</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">434,699</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Office Of The Administrator</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>434,699</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>434,699</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Defense Environmental
Cleanup</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Closure sites:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Closure sites administration</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">4,987</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">4,987</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
```

WASHSTATEC016096

```
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Richland:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">River corridor and other cleanup operations</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">139,750</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">139,750</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Central plateau remediation</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">472,949</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">522,949</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Program increase</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[50,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Richland community and regulatory support</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">5,121</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">5,121</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">18â€"Dâ€"404 WESF Modifications and Capsule Storage</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">11,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">11,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>11,000</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>11,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Hanford site</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>628,820</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>678,820</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Office of River
Protection:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Waste Treatment Immobilization Plant Commissioning</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">15,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">15,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Rad liquid tank waste stabilization and disposition</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">677,460</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">705,460</entry></row>
```

WASHSTATEC016097

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Program increase</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[28,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">18â€"Dâ€"16 Waste treatment and immobilization plantâ€"LBL/Direct
feed LAW</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">640,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">640,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">01â€"Dâ€"16 D, High-level waste facility</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">30,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">25,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€"5,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">01â€"Dâ€"16 Eâ€"Pretreatment Facility</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">20,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">15,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€"5,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>690,000</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>680,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">ORP Low-level waste offsite disposal</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">10,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">10,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Office of River Protection</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>1,392,460</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>1,410,460</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Idaho National
Laboratory:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
```

WASHSTATEC016098

```
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Idaho cleanup and waste disposition</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">331,354</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">331,354</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Idaho community and regulatory support</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">3,500</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">3,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Idaho National Laboratory</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>334,854</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>334,854</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>NNSA sites and Nevada off-
sites</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Lawrence Livermore National Laboratory</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">1,727</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">1,727</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">LLNL Excess facilities D&amp;D</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">128,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">55,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€”73,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Nuclear facility D &amp;
D</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Separations Process Research Unit</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">15,300</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">15,300</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Nevada</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">60,737</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">60,737</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Sandia National Laboratories</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">2,652</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">2,652</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Los Alamos National Laboratory</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">195,462</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">195,462</entry></row>
```

WASHSTATEC016099

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, NNSA sites and Nevada off-sites</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>403,878</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>330,878</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Oak Ridge
Reservation:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">OR Nuclear facility D &amp; D</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">93,693</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">93,693</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, OR Nuclear facility D &amp; D</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>93,693</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>93,693</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">U233 Disposition Program</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">45,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">45,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>OR cleanup and waste
disposition</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">OR cleanup and disposition</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">82,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">82,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">17â€"Dâ€"401 On-site waste disposal facility</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">15,269</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">10,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="6"
colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€"5,269]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">14â€"Dâ€"403 Outfall 200 Mercury Treatment Facility</entry><entry
```

```
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">49,000</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">49,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>64,269</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>59,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, OR cleanup and waste disposition</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>146,269</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>141,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">OR community &amp; regulatory support</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">4,819</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">4,819</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">OR technology development and deployment</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">3,000</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">3,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Oak Ridge Reservation</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>292,781</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>287,512</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Savannah River
Sites:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Savannah River risk management
operations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Savannah River risk management operations</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">490,613</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">515,613</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">18â€"Dâ€"402, Emergency Operations Center</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">6,792</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">6,792</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, risk management operations</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
```

```
colname="column2"><bold>497,405</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>522,405</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">SR community and regulatory support</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">4,749</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">11,249</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Radioactive liquid tank waste stabilization and
disposition</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">797,706</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">797,706</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">20-Dâ€402 Advanced Manufacturing Collaborative Facility
(AMC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">50,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">50,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">20-Dâ€401 Saltstone Disposal Unit #10, 11, 12</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">500</entry><entry
align="left" leader-modify="clr-ldr" colname="column5">500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">19â€Dâ€701 SR Security sytem replacement</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">0</entry><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">18â€Dâ€402 Saltstone Disposal Unit #8/9</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">51,750</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">51,750</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">17â€Dâ€402 Saltstone Disposal Unit #7</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">40,034</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">40,034</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5"
colname="column1">05â€Dâ€405 Salt waste processing facility, Savannah River
Site</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">20,988</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">20,988</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>163,272</bold></entry><entry
align="left" leader-modify="clr-ldr"
colname="column5"><bold>163,272</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Savannah River site</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>1,463,132</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>1,494,632</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
```

```
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Waste Isolation Pilot
Plant</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Waste Isolation Pilot Plant</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">299,088</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">299,088</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left"
leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">15â€"Dâ€"411 Safety significant confinement ventilation system,
WIPP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2">58,054</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">58,054</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">15â€"Dâ€"412 Exhaust shaft, WIPP</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">34,500</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">34,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold>92,554</bold></entry><entry
align="left" leader-modify="clr-ldr" colname="column5"><bold>92,554</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Waste Isolation Pilot Plant</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>391,642</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>391,642</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">278,908</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">278,908</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Program support</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">12,979</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">12,979</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Safeguards and
Security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Safeguards and Security</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">317,622</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">317,622</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Safeguards and Security</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>317,622</bold></entry><entry align="left" leader-modify="clr-
```

WASHSTATEC016103

```
ldr" colname="column5"><bold>317,622</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Use of prior year balances</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">â€"15,562</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">â€"15,562</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Defense Environmental Cleanup</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>5,506,501</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>5,527,732</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Other Defense
Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Environment, health, safety and
security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Environment, health, safety and security</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column2">139,628</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">139,628</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">72,881</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">72,881</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Environment, Health, Safety and
Security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>212,509</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>212,509</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Independent enterprise
assessments</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Independent enterprise assessments</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">24,068</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">24,068</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">57,211</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">54,711</entry></row>
```

WASHSTATEC016104

```
<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Non-defense function realignment</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-
ldr" colname="column5">[â€"2,500]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Independent enterprise assessments</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>81,279</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>78,779</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Specialized security activities</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">254,578</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">254,578</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Office of Legacy
Management</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Legacy management</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">283,767</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">142,767</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€"141,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">19,262</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">19,262</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Office of Legacy Management</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>303,029</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>162,029</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"><bold>Defense related administrative
support</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Chief financial officer</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">54,538</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">54,538</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Chief information officer</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">124,554</entry><entry align="left"
leader-modify="clr-ldr" colname="column5">118,554</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"
colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr"
```

```
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€™6,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1"><bold>Total, Defense related administrative
support</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>179,092</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>173,092</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Office of Hearings and Appeals</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">4,852</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">4,852</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Subtotal, Other Defense Activities</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>1,035,339</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>885,839</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Other Defense Activities</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>1,035,339</bold></entry><entry align="left" leader-modify="clr-
ldr" colname="column5"><bold>885,839</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold/></entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2"><bold/></entry><entry align="left"
leader-modify="clr-ldr" colname="column5"><bold/></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1" leader-modify="clr-ldr"><bold>Defense Nuclear Waste
Disposal</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"/><entry align="left" leader-modify="clr-ldr"
colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"
colname="column1">Yucca Mountain and interim storage</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column2">26,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column5">0</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"
colname="column1">Program cut</entry><entry align="left" leader-modify="clr-ldr"
rowsep="0" colname="column2">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column5">[â€“26,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"
colname="column1"><bold>Total, Defense Nuclear Waste Disposal</bold></entry><entry
align="left" leader-modify="clr-ldr" rowsep="0"
colname="column2"><bold>26,000</bold></entry><entry align="left" leader-modify="clr-
ldr"
colname="column5"><bold>0</bold></entry></row></tbody></tgroup></table></section></titl
e></division>

<division id="HB8DCCA768CBE454BA5A9F92E578BAD87"
style="OLC"><enum>E</enum><header>Intelligence authorizations for fiscal years 2018,
2019, and 2020</header>

<section id="H7FE0C908254F4AC480D7F349998E9E27" section-type="section-
one"><enum>5001.</enum><header>Short title</header><text display-inline="no-display-
```

inline">This division may be cited as the <quote><short-title>Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019, and 2020</short-title></quote>.</text></section>

<section id="H3436A847759C4EE59673A17F72FDE1B8"><enum>5002.</enum><header>Subdivisions and table of contents</header>

<subsection id="H9BAE2AC298E2401B9062FE8165BCEA1C"><enum>(a)</enum><header>Divisions</header><text>This division is organized into two subdivisions as follows:</text>

<paragraph id="HEA6B066D95B74B748DACC86F7A08C602"><enum>(1)</enum><text>Subdivision 1—Intelligence Authorizations for Fiscal Year 2020.</text></paragraph>

<paragraph id="H4FB5AEEA45BA4280928AD31DA0F688F8"><enum>(2)</enum><text display-inline="yes-display-inline">Subdivision 2—Intelligence Authorizations for Fiscal Years 2018 and 2019.</text></paragraph></subsection>

<subsection id="H756ABDAE2C794B1F94DFC162538EA187"><enum>(b)</enum><header>Table of contents</header><text display-inline="yes-display-inline">The table of contents for this division is as follows:</text>

<toc container-level="legis-body-container" quoted-block="no-quoted-block" lowest-level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB8DCCA768CBE454BA5A9F92E578BAD87" level="division">Division E—Intelligence authorizations for fiscal years 2018, 2019, and 2020</toc-entry>

<toc-entry idref="H7FE0C908254F4AC480D7F349998E9E27" level="section">Sec.—5001.—Short title.</toc-entry>

<toc-entry idref="H3436A847759C4EE59673A17F72FDE1B8" level="section">Sec.—5002.—Subdivisions and table of contents.</toc-entry>

<toc-entry idref="HB2DC41A832154EE4B873C9242CBEAD46" level="section">Sec.—5003.—Definitions.</toc-entry>

<toc-entry idref="HA0F8886D715E452B9075804935B8DF60" level="subdivision">Subdivision 1—Intelligence authorizations for fiscal year 2020</toc-entry>

<toc-entry idref="H92834765015F4CA6833813B30F7FE1F1" level="section">Sec.—5100.—Table of contents.</toc-entry>

<toc-entry idref="HD058FB935EF849A781B41996A479F276" level="title">Title LI—Intelligence activities</toc-entry>

<toc-entry idref="H9A9B5E5D2E394384AC600D1C192492B4" level="section">Sec.—5101.—Authorization of appropriations.</toc-entry>

<toc-entry idref="H7038E2A7F9CF4BCFA0CF7E9E838960B5" level="section">Sec.—5102.—Classified schedule of authorizations.</toc-entry>

<toc-entry idref="H4DCD0CDCC40C4F1ABB4D0294409F17AC" level="section">Sec.—5103.—Intelligence community management account.</toc-entry>

<toc-entry idref="H2B2A2C9DA5B249C8ABA3227307254249" level="title">Title LII—Central intelligence agency retirement and disability system</toc-entry>

<toc-entry idref="HE0474AF12B1F49C2A14F01820240FA04" level="section">Sec.—5201.—Authorization of appropriations.</toc-entry>

<toc-entry idref="H3F50D0F236064CF48C144250D855B808" level="title">Title LIII—Intelligence community matters</toc-entry>

<toc-entry idref="HBA8F8E346BF941A280BC80EC4DB52571" level="subtitle">Subtitle A—General intelligence community matters</toc-entry>

<toc-entry idref="H958AA3D00124431EBBFE937CE8541296" level="section">Sec.—5301.—Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="H45DEA937923843DC8E44091CBEA3D7CA"

level="section">Sec. â€ 5302. â€ Increase in employee compensation and benefits
authorized by law.</toc-entry>

<toc-entry idref="H85AB0ACC72E242FEABAD2BD07C7D3CBE"
level="section">Sec. â€ 5303. â€ Expansion of scope of protections for identities of
covert agents.</toc-entry>

<toc-entry idref="HEC8030F911774244A1DEA8A64AD1F358"
level="section">Sec. â€ 5304. â€ Required counterintelligence assessments, briefings,
notifications, and reports.</toc-entry>

<toc-entry idref="HABD6D01F4DAE4BF483C8718EE051A646"
level="section">Sec. â€ 5305. â€ Inclusion of security risks in program management plans
required for acquisition of major systems in National Intelligence Program.</toc-entry>

<toc-entry idref="H406EC3F0B5AA4A46B30C97A4A75671E9"
level="section">Sec. â€ 5306. â€ Intelligence community public-private talent
exchange.</toc-entry>

<toc-entry idref="H6391EACD1430473785468E3B489A8F57"
level="section">Sec. â€ 5307. â€ Assessment of contracting practices to identify certain
security and counterintelligence concerns.</toc-entry>

<toc-entry idref="H647E8F87256144D9A667881FBF4C7E46" level="subtitle">Subtitle
Bâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="H1608D7B42BAF4DBB845E1C3EF5EC80BC"
level="section">Sec. â€ 5321. â€ Establishment of Climate Security Advisory
Council.</toc-entry>

<toc-entry idref="H21B33AC9B7F745D98C43BA10B3543FF3"
level="section">Sec. â€ 5322. â€ Foreign Malign Influence Response Center.</toc-entry>

<toc-entry idref="HC25424E8D5514C2B93B7117A5E39EDE1"
level="section">Sec. â€ 5323. â€ Encouragement of cooperative actions to detect and
counter foreign influence operations.</toc-entry>

<toc-entry idref="H1E6EF6D24563496DB5F4A0D05FD60360"
level="section">Sec. â€ 5324. â€ Transfer of National Intelligence University to the
Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC3B67608FB7648299F442FF572629969" level="subtitle">Subtitle
Câ€"Inspector General of the Intelligence Community</toc-entry>

<toc-entry idref="HEFCD83129CFD419EABC8398C199C455C"
level="section">Sec. â€ 5331. â€ Definitions.</toc-entry>

<toc-entry idref="HEAEFD8763F894527888D6AE19A9D9500"
level="section">Sec. â€ 5332. â€ Inspector General external review panel.</toc-entry>

<toc-entry idref="H814045AA8750430E8616D445A8245DEF"
level="section">Sec. â€ 5333. â€ Harmonization of whistleblower processes and
procedures.</toc-entry>

<toc-entry idref="HD5B5B981A3194CF498D8DF0257C0C299"
level="section">Sec. â€ 5334. â€ Oversight by Inspector General of the Intelligence
Community over intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="H6060BF867C9C432AA2911B4AEB668D3F"
level="section">Sec. â€ 5335. â€ Report on cleared whistleblower attorneys.</toc-entry>

<toc-entry idref="HB73E1AB5EBBA48D399F6FC41C7AF7B29" level="subtitle">Subtitle
Dâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="H3F8158894A2B4F8EB8DF7CCCA065C682"
level="section">Sec. â€ 5341. â€ Clarification of certain authority of the Central
Intelligence Agency.</toc-entry>

<toc-entry idref="H0630CFC8136247158B3446BB86FAE07B" level="title">Title LIVâ€"Security
clearances</toc-entry>

<toc-entry idref="HDC16D81968F146FBB7BC7DFB379CD295"
level="section">Sec. â€ 5401. â€ Improving visibility into the security clearance

```
process.</toc-entry>

<toc-entry idref="H793AA16146154AB18D9D846751D6262E"
level="section">Sec.â€.5402.â€,Making certain policies and execution plans relating to
personnel clearances available to industry partners.</toc-entry>

<toc-entry idref="HB24532E7193E493CB985C5BF7EA6CE86" level="title">Title LVâ€"Matters
relating to foreign countries</toc-entry>

<toc-entry idref="H8A63699D5B0D4C7BAC086549C4E6CE8F" level="subtitle">Subtitle
Aâ€"Matters relating to Russia</toc-entry>

<toc-entry idref="H318C9766AA6A42EF90C8D3C81F4BE769"
level="section">Sec.â€.5501.â€,Annual reports on influence operations and campaigns in
the United States by the Russian Federation.</toc-entry>

<toc-entry idref="HB4636101AF834D19AE3443BE468E48B2"
level="section">Sec.â€.5502.â€,Assessment of legitimate and illegitimate financial and
other assets of Vladimir Putin.</toc-entry>

<toc-entry idref="HB23ABE4421FC4E2680C185094FC1821F"
level="section">Sec.â€.5503.â€,Assessments of intentions of political leadership of the
Russian Federation.</toc-entry>

<toc-entry idref="H7DE43AE89F4D43678630C3BFBA479CA6" level="subtitle">Subtitle
Bâ€"Matters relating to China</toc-entry>

<toc-entry idref="H71501824B055421D895BBD45AD4F2077"
level="section">Sec.â€.5511.â€,Annual reports on influence operations and campaigns in
the United States by the Communist Party of China.</toc-entry>

<toc-entry idref="H29AB6741EC584A739471041154F8C431"
level="section">Sec.â€.5512.â€,Report on repression of ethnic Muslim minorities in the
Xinjiang region of the Peopleâ€™s Republic of China.</toc-entry>

<toc-entry idref="HBAE689C6E88E475ABCB7FEB8017C9E4A"
level="section">Sec.â€.5513.â€,Report on efforts by Peopleâ€™s Republic of China to
influence election in Taiwan.</toc-entry>

<toc-entry idref="H32C9FB0317DF41BE84B01539012BB83D" level="subtitle">Subtitle
Câ€"Matters relating to other countries</toc-entry>

<toc-entry idref="H2E12AF03DB4C49E68AC5524DBF8E4206"
level="section">Sec.â€.5521.â€,Sense of Congress and report on Iranian efforts in Syria
and Lebanon.</toc-entry>

<toc-entry idref="H705E37E324ED48E0B410EF66C50350D7"
level="section">Sec.â€.5522.â€,Assessments regarding the Northern Triangle and
Mexico.</toc-entry>

<toc-entry idref="HF16FB199216543BFB4365469179023B0" level="title">Title LVIâ€"Federal
Efforts Against Domestic Terrorism</toc-entry>

<toc-entry idref="H3D1AACD2DD794691AFED056732E77239"
level="section">Sec.â€.5601.â€,Definitions.</toc-entry>

<toc-entry idref="HC342F13818FA43B3BD6D778BB5FF9F47"
level="section">Sec.â€.5602.â€,Strategic intelligence assessment of and reports on
domestic terrorism.</toc-entry>

<toc-entry idref="H5D7CCBEC94AE4A509E379C6F1E194B59" level="title">Title LVIIâ€"Reports
and other matters</toc-entry>

<toc-entry idref="HCD6A9D1363444EC68A3DAA28BBCF268E" level="subtitle">Subtitle
Aâ€"Reports and briefings</toc-entry>

<toc-entry idref="H94EBFC9EA2194684BC3A651994AD30E6" level="section">Sec.â€.5701.
â€,Modification of requirements for submission to Congress of certain reports.</toc-
entry>

<toc-entry idref="HB7AE6ABD05CF4508835672EACE3F79CE"
level="section">Sec.â€.5702.â€,Increased transparency regarding counterterrorism budget
of the United States.</toc-entry>
```

```
<toc-entry idref="H60411C9A885D4105BFAC86F89DA4B6A2"
level="section">Sec.â€,5703.â€,Study on role of retired and former personnel of
intelligence community with respect to certain foreign intelligence operations.</toc-
entry>

<toc-entry idref="HD254CD7BB1154776A14778C24A593FD4"
level="section">Sec.â€,5704.â€,Collection, analysis, and dissemination of workforce
data.</toc-entry>

<toc-entry idref="H160CF69B17BC4643BD40B1B324E6A5AF"
level="section">Sec.â€,5705.â€,Plan for strengthening the supply chain intelligence
function.</toc-entry>

<toc-entry idref="HB0BDC7BEA97941A4BD952246C6B82995"
level="section">Sec.â€,5706.â€,Comprehensive economic assessment of investment in key
United States technologies by companies or organizations linked to China.</toc-entry>

<toc-entry idref="HCEAE4BB82B1447D19B490EAD1F5A6407"
level="section">Sec.â€,5707.â€,Report by Director of National Intelligence on fifth-
generation wireless network technology.</toc-entry>

<toc-entry idref="HE9E2F5359D814C1387A3F3189394A387"
level="section">Sec.â€,5708.â€,Report on use by intelligence community of facial
recognition technology.</toc-entry>

<toc-entry idref="H9F8E94711F714EE2AE22A519D05526A0"
level="section">Sec.â€,5709.â€,Report on deepfake technology, foreign weaponization of
deepfakes, and related notifications.</toc-entry>

<toc-entry idref="H9AC5392694954CD48F9E545E6CD39888"
level="section">Sec.â€,5710.â€,Annual report by Comptroller General of the United
States on cybersecurity and surveillance threats to Congress.</toc-entry>

<toc-entry idref="HC79C1226FCA54061BD29B5ECC9DF6B74"
level="section">Sec.â€,5711.â€,Analysis of and periodic briefings on major initiatives
of intelligence community in artificial intelligence and machine learning.</toc-entry>

<toc-entry idref="HDDEAB4A04A9545D8ADD7D59F3B788D20"
level="section">Sec.â€,5712.â€,Report on best practices to protect privacy and civil
liberties of Chinese Americans.</toc-entry>

<toc-entry idref="H3BE8E815174B4FBB806EE7CC4B0F2EC1"
level="section">Sec.â€,5713.â€,Oversight of foreign influence in academia.</toc-entry>

<toc-entry idref="H001399F5F99C41B7AB228CD8DDC60DBF"
level="section">Sec.â€,5714.â€,Report on death of Jamal Khashoggi.</toc-entry>

<toc-entry idref="HD37D333FA299428EA112499A43AA3239"
level="section">Sec.â€,5715.â€,Report on terrorist screening database.</toc-entry>

<toc-entry idref="H811891E93D414595BD2AE7D8F2A62E1F"
level="section">Sec.â€,5716.â€,Report containing threat assessment on terrorist use of
conventional and advanced conventional weapons.</toc-entry>

<toc-entry idref="H4E200CCEF0A14F7B90D83CE282F8812B"
level="section">Sec.â€,5717.â€,Assessment of homeland security vulnerabilities
associated with certain retired and former personnel of the intelligence
community.</toc-entry>

<toc-entry idref="H86C52FFAD9734447B91D20638AEF5BE5"
level="section">Sec.â€,5718.â€,Study on feasibility and advisability of establishing
Geospatial-Intelligence Museum and learning center.</toc-entry>

<toc-entry idref="H8EB3543C9CBA49B99D57FDF3FB2B661E" level="subtitle">Subtitle
Bâ€"Other matters</toc-entry>

<toc-entry idref="HB50DC87075D048EE9FD0E450C82C5838"
level="section">Sec.â€,5721.â€,Whistleblower disclosures to Congress and committees of
Congress.</toc-entry>

<toc-entry idref="H8FD86B1167AF4F72829D43115AE34B5E"
level="section">Sec.â€,5722.â€,Task force on illicit financing of espionage and foreign
```

influence operations.</toc-entry>

<toc-entry idref="H70DB963E967243ABA39DAB65724DF09B"
level="section">Sec.â€,5723.â€,Establishment of fifth-generation technology prize
competition.</toc-entry>

<toc-entry idref="H9316BE87718645CE878A96BEBD26BD8F"
level="section">Sec.â€,5724.â€,Establishment of deepfakes prize competition.</toc-
entry>

<toc-entry idref="HFC66A95E52444AD09F018610047A74EA"
level="section">Sec.â€,5725.â€,Identification of and countermeasures against certain
International Mobile Subscriber Identity-catchers.</toc-entry>

<toc-entry idref="H5044E2E9A2F8404B893C7FB08E8BE225"
level="section">Sec.â€,5726.â€,Securing energy infrastructure.</toc-entry>

<toc-entry idref="H3C9F44B606494BE18C3B6E4144C172BA" level="subdivision">Subdivision
2â€"Intelligence authorizations for fiscal years 2018 and 2019</toc-entry>

<toc-entry idref="HA4C32C81984349F585D28F573092EAAD"
level="section">Sec.â€,6100.â€,Table of contents.</toc-entry>

<toc-entry idref="HF471018E95D3451987F39634ADF98103" level="title">Title
LXIâ€"Intelligence activities</toc-entry>

<toc-entry idref="H93D0B8DDD8444DD392F9EAF4F1EB9F91"
level="section">Sec.â€,6101.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H9CCA382A40BE4E1EB57EBFEC69766EE5"
level="section">Sec.â€,6102.â€,Intelligence Community Management Account.</toc-entry>

<toc-entry idref="H1941F3384F68499AAD3C530AB82FA799" level="title">Title LXIIâ€"Central
Intelligence Agency Retirement and Disability System</toc-entry>

<toc-entry idref="HE0048FE5CF154E14B72973608CF41B84"
level="section">Sec.â€,6201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H01EFBADEE15242C787248855107883A7"
level="section">Sec.â€,6202.â€,Computation of annuities for employees of the Central
Intelligence Agency.</toc-entry>

<toc-entry idref="H26A8ADF05E8C4AC18D535ABC8908990E" level="title">Title
LXIIIâ€"General intelligence community matters</toc-entry>

<toc-entry idref="H387D04E5B9BC45AC87A21A2D7A1D40A7"
level="section">Sec.â€,6301.â€,Restriction on conduct of intelligence activities.</toc-
entry>

<toc-entry idref="HBB4201AD2D80471B850C9B5477533278"
level="section">Sec.â€,6302.â€,Increase in employee compensation and benefits
authorized by law.</toc-entry>

<toc-entry idref="HB3BDD4148D8F44978E3708E9A1AB9BBE"
level="section">Sec.â€,6303.â€,Modification of special pay authority for science,
technology, engineering, or mathematics positions and addition of special pay authority
for cyber positions.</toc-entry>

<toc-entry idref="H2549E2990682439B9D29965E8A928D8A"
level="section">Sec.â€,6304.â€,Modification of appointment of Chief Information Officer
of the Intelligence Community.</toc-entry>

<toc-entry idref="HB7D2D6EAB6E647C5B3CC7216291FF6EB"
level="section">Sec.â€,6305.â€,Director of National Intelligence review of placement of
positions within the intelligence community on the Executive Schedule.</toc-entry>

<toc-entry idref="HAC5382FD94B245D79776565C2CB44C10"
level="section">Sec.â€,6306.â€,Supply Chain and Counterintelligence Risk Management
Task Force.</toc-entry>

<toc-entry idref="H590C58D2167D4C52AAEBDC26D45EB18B"
level="section">Sec.â€,6307.â€,Consideration of adversarial telecommunications and
cybersecurity infrastructure when sharing intelligence with foreign governments and

entities.</toc-entry>

<toc-entry idref="HABF8136409004B5DBDBD70E987B4A892"
level="section">Sec.â€,6308.â€,Cyber protection support for the personnel of the
intelligence community in positions highly vulnerable to cyber attack.</toc-entry>

<toc-entry idref="H4756AEB503FB4497AD2076B7C2064305"
level="section">Sec.â€,6309.â€,Elimination of sunset of authority relating to
management of supply-chain risk.</toc-entry>

<toc-entry idref="H4845C337EFD04DA282C8EA672405604A"
level="section">Sec.â€,6310.â€,Limitations on determinations regarding certain security
classifications.</toc-entry>

<toc-entry idref="H696DD650FC7D487BBC8E1D50481A69CA"
level="section">Sec.â€,6311.â€,Joint Intelligence Community Council.</toc-entry>

<toc-entry idref="H820B95A01F614C35B58CC8F7611E950B"
level="section">Sec.â€,6312.â€,Intelligence community information technology
environment.</toc-entry>

<toc-entry idref="H31993E77858341C18A812DA20964B990"
level="section">Sec.â€,6313.â€,Report on development of secure mobile voice solution
for intelligence community.</toc-entry>

<toc-entry idref="HBFEF307F60624071A6604E4E30D175FC"
level="section">Sec.â€,6314.â€,Policy on minimum insider threat standards.</toc-entry>

<toc-entry idref="H575DD635B3DE43BEBBF6E5A31B5857B5"
level="section">Sec.â€,6315.â€,Submission of intelligence community policies.</toc-
entry>

<toc-entry idref="H283D7581DDF547EEAF7F525857C27E0D"
level="section">Sec.â€,6316.â€,Expansion of intelligence community recruitment
efforts.</toc-entry>

<toc-entry idref="H26DF4719F12C4F2B886337305E480D08" level="title">Title LXIVâ€"Matters
relating to elements of the intelligence community</toc-entry>

<toc-entry idref="H27A0504866A7439AB65810978679FAE4" level="subtitle">Subtitle
Aâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="HCD1E23FB5A56436EBCCD712DAF73F0C1"
level="section">Sec.â€,6401.â€,Authority for protection of current and former employees
of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HBDE6C9D2FEEF4E649253B900B74F3038"
level="section">Sec.â€,6402.â€,Designation of the program manager-information-sharing
environment.</toc-entry>

<toc-entry idref="H243BD1383A8749B0BCA1F17B5909D330"
level="section">Sec.â€,6403.â€,Technical modification to the executive schedule.</toc-
entry>

<toc-entry idref="H40A23CD9E28B4BDAA83121619C878EDB"
level="section">Sec.â€,6404.â€,Chief Financial Officer of the Intelligence
Community.</toc-entry>

<toc-entry idref="H7EECC9BE3DC5407B95E457D134868783"
level="section">Sec.â€,6405.â€,Chief Information Officer of the Intelligence
Community.</toc-entry>

<toc-entry idref="HF23AEC065B7243E39B5F17BFD901BDC5" level="subtitle">Subtitle
Bâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="HC062FC4B69B243ADA4063B125B2C45A1"
level="section">Sec.â€,6411.â€,Central Intelligence Agency subsistence for personnel
assigned to austere locations.</toc-entry>

<toc-entry idref="HB2B451D4663D4427BC8EA30695F05647"
level="section">Sec.â€,6412.â€,Special rules for certain monthly workersâ€™
compensation payments and other payments for Central Intelligence Agency

personnel.</toc-entry>

<toc-entry idref="HF7D8C4A752F842DD8DF8C3CD48430A90"
level="section">Sec.â€,6413.â€,Expansion of security protective service jurisdiction of
the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H3246620099BC4EF0BD48AC63E4FC611D"
level="section">Sec.â€,6414.â€,Repeal of foreign language proficiency requirement for
certain senior level positions in the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H1D3DE17AEF3D497C82CDED6AA4217F42" level="subtitle">Subtitle
Câ€"Office of Intelligence and Counterintelligence of Department of Energy</toc-entry>

<toc-entry idref="H6C1C0689CDA147C68309CAFFD73F499F"
level="section">Sec.â€,6421.â€,Consolidation of Department of Energy Offices of
Intelligence and Counterintelligence.</toc-entry>

<toc-entry idref="H58979EEB87654020ACA5C6B4E04CD4E0"
level="section">Sec.â€,6422.â€,Repeal of Department of Energy Intelligence Executive
Committee and budget reporting requirement.</toc-entry>

<toc-entry idref="H2F150296565C41859B66306616C931DE" level="subtitle">Subtitle
Dâ€"Other elements</toc-entry>

<toc-entry idref="H04B1226426A64152831C23DBBCDCC5A3"
level="section">Sec.â€,6431.â€,Plan for designation of counterintelligence component of
Defense Security Service as an element of intelligence community.</toc-entry>

<toc-entry idref="H421C8ECF43AC400E95340F329225DA42"
level="section">Sec.â€,6432.â€,Notice not required for private entities.</toc-entry>

<toc-entry idref="HF1C9404EBBF646BAB2421362B42BADC0"
level="section">Sec.â€,6433.â€,Establishment of advisory board for National
Reconnaissance Office.</toc-entry>

<toc-entry idref="H5A7903231B1647838C2438F649CCE182"
level="section">Sec.â€,6434.â€,Collocation of certain Department of Homeland Security
personnel at field locations.</toc-entry>

<toc-entry idref="HAD3715B98F5548B6941AA22A55A463BD" level="title">Title LXVâ€"Election
matters</toc-entry>

<toc-entry idref="HC0E15BEFA5CC4FB792447558D20C0A9B"
level="section">Sec.â€,6501.â€,Report on cyber attacks by foreign governments against
United States election infrastructure.</toc-entry>

<toc-entry idref="H6E9949DDD7A04DF58B11E64DA636518E"
level="section">Sec.â€,6502.â€,Review of intelligence community's posture to collect
against and analyze Russian efforts to influence the Presidential election.</toc-entry>

<toc-entry idref="HCA219979EAF64F8E905F790CE5786D9F"
level="section">Sec.â€,6503.â€,Assessment of foreign intelligence threats to Federal
elections.</toc-entry>

<toc-entry idref="H34EA0AFB7EC244E5BC353624C3C6F610"
level="section">Sec.â€,6504.â€,Strategy for countering Russian cyber threats to United
States elections.</toc-entry>

<toc-entry idref="H9E9EE992B5524C27AB5E182EE3A87E1B"
level="section">Sec.â€,6505.â€,Assessment of significant Russian influence campaigns
directed at foreign elections and referenda.</toc-entry>

<toc-entry idref="H46F86161A3004B3283010888A2CDBBDA"
level="section">Sec.â€,6506.â€,Information sharing with State election officials.</toc-
entry>

<toc-entry idref="H08CEB965AECC4E11847C00613504AF47"
level="section">Sec.â€,6507.â€,Notification of significant foreign cyber intrusions and
active measures campaigns directed at elections for Federal offices.</toc-entry>

<toc-entry idref="HA708194394B44776B1A5E1E83ABA782F"
level="section">Sec.â€,6508.â€,Designation of counterintelligence officer to lead

WASHSTATEC016113

election security matters.</toc-entry>

<toc-entry idref="H8B69F17B95054B95B07935C3BF5B7A9D" level="title">Title
LXVIâ€"Security clearances</toc-entry>

<toc-entry idref="H2A2D95D2C8EE456CA6454FF7B19AD21B"
level="section">Sec.â€,6601.â€,Definitions.</toc-entry>

<toc-entry idref="H79E4B4EA29744BBBB589DE744D6F1A5F"
level="section">Sec.â€,6602.â€,Reports and plans relating to security clearances and
background investigations.</toc-entry>

<toc-entry idref="HEF159E8739A946C187EB05A3DBA2CA5D"
level="section">Sec.â€,6603.â€,Improving the process for security clearances.</toc-
entry>

<toc-entry idref="HFAE4018BF54B417DAFF118B0D35D5834"
level="section">Sec.â€,6604.â€,Goals for promptness of determinations regarding
security clearances.</toc-entry>

<toc-entry idref="HD0149C30DA9445F0A77279A2933D18FE"
level="section">Sec.â€,6605.â€,Security Executive Agent.</toc-entry>

<toc-entry idref="HF8EA4DA5EC4F4A839A6968F1D3416B9F"
level="section">Sec.â€,6606.â€,Report on unified, simplified, Governmentwide standards
for positions of trust and security clearances.</toc-entry>

<toc-entry idref="H2D0B1EDB85F345DBA6C13AE6DA085549"
level="section">Sec.â€,6607.â€,Report on clearance in person concept.</toc-entry>

<toc-entry idref="HC7EC09228D9C4F61AE32F3CB0379AA64"
level="section">Sec.â€,6608.â€,Reports on reciprocity for security clearances inside of
departments and agencies.</toc-entry>

<toc-entry idref="H576EBAD66BC24249BF42BD8481EDBB38"
level="section">Sec.â€,6609.â€,Intelligence community reports on security
clearances.</toc-entry>

<toc-entry idref="HE2486D57B40D4263862EE5DE59C88CD3"
level="section">Sec.â€,6610.â€,Periodic report on positions in the intelligence
community that can be conducted without access to classified information, networks, or
facilities.</toc-entry>

<toc-entry idref="H8DD811FFE14A4157B2FFFAE382C3207D"
level="section">Sec.â€,6611.â€,Information-sharing program for positions of trust and
security clearances.</toc-entry>

<toc-entry idref="H71676BA4CBCC405A9B93DC45493DB42F"
level="section">Sec.â€,6612.â€,Report on protections for confidentiality of
whistleblower-related communications.</toc-entry>

<toc-entry idref="H3DDE7ECFB14F442E9406BFA01E3AFAB5"
level="section">Sec.â€,6613.â€,Reports on costs of security clearance background
investigations.</toc-entry>

<toc-entry idref="HCF9705B6E60D47148DB7A5B1D79097BE" level="title">Title
LXVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="H92A9BF77D1A243CAA49BEA13C4932BE9" level="subtitle">Subtitle
Aâ€"Matters relating to Russia and other foreign powers</toc-entry>

<toc-entry idref="H43705B5071224877BC30A6424A1E2FC5"
level="section">Sec.â€,6701.â€,Limitation relating to establishment or support of
cybersecurity unit with the Russian Federation.</toc-entry>

<toc-entry idref="H0F3E460AC7294CC2B471DCEE2DB6464C"
level="section">Sec.â€,6702.â€,Assessment of threat finance relating to Russia.</toc-
entry>

<toc-entry idref="HD82FB6E0334047FDA732076EF5BF6E98"
level="section">Sec.â€,6703.â€,Notification of an active measures campaign.</toc-entry>

<toc-entry idref="HCB5B8407F8A444159109309E95D8A293"

level="section">Sec.â€,6704.â€,Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.</toc-entry>

<toc-entry idref="H3E82E8EFFA8C4F02B3C23B48BD4EAA9D" level="section">Sec.â€,6705.â€,Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.</toc-entry>

<toc-entry idref="HD6622CF63A9646BA9BD0BBCD8B56B2B3" level="section">Sec.â€,6706.â€,Expansion of scope of committee to counter active measures.</toc-entry>

<toc-entry idref="H6493A058B8384A13B5F5FC8C606287A2" level="subtitle">Subtitle Bâ€"Reports</toc-entry>

<toc-entry idref="HCB4AD073A899425FBC54EBF6C788D5C5" level="section">Sec.â€,6711.â€,Technical correction to Inspector General study.</toc-entry>

<toc-entry idref="HC57D647A077B450DB656495F1E249B7C" level="section">Sec.â€,6712.â€,Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.</toc-entry>

<toc-entry idref="HE83EE0D2A8164BD392CC3375973658DA" level="section">Sec.â€,6713.â€,Review of intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="H90D3D9D56A5C43EE97E25742CC9A693B" level="section">Sec.â€,6714.â€,Report on role of Director of National Intelligence with respect to certain foreign investments.</toc-entry>

<toc-entry idref="H12AC0FE1CCB444FE9E629CE4AF2194D0" level="section">Sec.â€,6715.â€,Report on surveillance by foreign governments against United States telecommunications networks.</toc-entry>

<toc-entry idref="H49D06B0B9CF3495480A850F58B113437" level="section">Sec.â€,6716.â€,Biennial report on foreign investment risks.</toc-entry>

<toc-entry idref="H58D9EC351CE04514B2F366B15E25FD72" level="section">Sec.â€,6717.â€,Modification of certain reporting requirement on travel of foreign diplomats.</toc-entry>

<toc-entry idref="H26C625979DDC4FCA8B216CDD13F88547" level="section">Sec.â€,6718.â€,Semiannual reports on investigations of unauthorized disclosures of classified information.</toc-entry>

<toc-entry idref="H01AE55D3200B4EFE8C30F992F0B7B8CF" level="section">Sec.â€,6719.â€,Congressional notification of designation of covered intelligence officer as persona non grata.</toc-entry>

<toc-entry idref="H024F2DCC127E49EABB92BF3EFF457507" level="section">Sec.â€,6720.â€,Reports on intelligence community participation in vulnerabilities equities process of Federal Government.</toc-entry>

<toc-entry idref="H26EF17E617604B2CAFBEECF86A7D74AD" level="section">Sec.â€,6721.â€,Inspectors General reports on classification.</toc-entry>

<toc-entry idref="H059ED63BAC2141E687B8A458A11F1C2E" level="section">Sec.â€,6722.â€,Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.</toc-entry>

<toc-entry idref="HE14D9B8958E8480EB0413B2346EF38F6" level="section">Sec.â€,6723.â€,Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.</toc-entry>

<toc-entry idref="H33D63586260D4AE1A0CF116D14CE9CF1" level="section">Sec.â€,6724.â€,Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.</toc-entry>

<toc-entry idref="HE52693724CA34C11B878657480D55C9F" level="section">Sec.â€,6725.â€,Reports on intelligence community loan repayment and

related programs.</toc-entry>

<toc-entry idref="H826C5803723C4967BF41B9507C65A9B0"
level="section">Sec.â€‚6726.â€‚Repeal of certain reporting requirements.</toc-entry>

<toc-entry idref="H115B8CE564684B92AC4B10C86BDF03B1"
level="section">Sec.â€‚6727.â€‚Inspector General of the Intelligence Community report
on senior executives of the Office of the Director of National Intelligence.</toc-
entry>

<toc-entry idref="H7F6F46529D68421C9779809702BE6B8D"
level="section">Sec.â€‚6728.â€‚Briefing on Federal Bureau of Investigation offering
permanent residence to sources and cooperators.</toc-entry>

<toc-entry idref="HA66CD97902704FA8BA8034698D429E47"
level="section">Sec.â€‚6729.â€‚Intelligence assessment of North Korea revenue
sources.</toc-entry>

<toc-entry idref="HC557C2E6CCC4435F89C9FAA916840E78"
level="section">Sec.â€‚6730.â€‚Report on possible exploitation of virtual currencies by
terrorist actors.</toc-entry>

<toc-entry idref="HE8F1ADC6F86E471EB57AE5BD3591E3DC" level="subtitle">Subtitle
Câ€"Other matters</toc-entry>

<toc-entry idref="HE1AA8A7332B34F34B94E08D1ED4A67CA"
level="section">Sec.â€‚6741.â€‚Public Interest Declassification Board.</toc-entry>

<toc-entry idref="H57F8EFBBC8DB4C61B8E9D358B28B8075"
level="section">Sec.â€‚6742.â€‚Technical and clerical amendments to the National
Security Act of 1947.</toc-entry>

<toc-entry idref="HA06794052EDA4EA892895CB851C5B036" level="section">Sec.â€‚6743.â€‚Bug
bounty programs.</toc-entry>

<toc-entry idref="HD6F22D67E3D440E4BA34B4330B4BC05F"
level="section">Sec.â€‚6744.â€‚Technical amendments related to the Department of
Energy.</toc-entry>

<toc-entry idref="H951FBA23494B4D91ADEF11E6EA075B90"
level="section">Sec.â€‚6745.â€‚Sense of Congress on notification of certain disclosures
of classified information.</toc-entry>

<toc-entry idref="H06202E76B5D04824BB95B12BCC6B9AF4"
level="section">Sec.â€‚6746.â€‚Sense of Congress on consideration of espionage
activities when considering whether or not to provide visas to foreign individuals to
be accredited to a United Nations mission in the United States.</toc-entry>

<toc-entry idref="HF48721251FB34793AA8FFF67B5FB1C67"
level="section">Sec.â€‚6747.â€‚Sense of Congress on WikiLeaks.</toc-
entry></toc></subsection></section>

<section
id="HB2DC41A832154EE4B873C9242CBEAD46"><enum>5003.</enum><header>Definitions</header><t
ext display-inline="no-display-inline">In this division:</text>

<paragraph id="H028B4C7DD1AE47DF8AFB810FE4C10C42"><enum>(1)</enum><header>Congressional
intelligence committees</header><text>The term <term>congressional intelligence
committees</term> has the meaning given such term in section 3 of the National Security
Act of 1947 (50 U.S.C. 3003).</text></paragraph>

<paragraph id="H96B66872F8EA487A81242E9F4976165F"><enum>(2)</enum><header>Intelligence
community</header><text display-inline="yes-display-inline">The term <term>intelligence
community</term> has the meaning given such term in section 3 of the National Security
Act of 1947 (50 U.S.C. 3003).</text></paragraph></section>

<subdivision id="HA0F8886D715E452B9075804935B8DF60"><enum>1</enum><header>Intelligence
authorizations for fiscal year 2020</header>

<section id="H92834765015F4CA6833813B30F7FE1F1"><enum>5100.</enum><header>Table of
contents</header><text display-inline="no-display-inline">The table of contents for
this subdivision is as follows:</text>

```
<toc container-level="subdivision-container" quoted-block="no-quoted-block" lowest-
level="section" idref="HA0F8886D715E452B9075804935B8DF60" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H92834765015F4CA6833813B30F7FE1F1"
level="section">Sec.â€,5100.â€,Table of contents.</toc-entry>

<toc-entry idref="HD058FB935EF849A781B41996A479F276" level="title">Title
LIâ€"Intelligence activities</toc-entry>

<toc-entry idref="H9A9B5E5D2E394384AC600D1C192492B4"
level="section">Sec.â€,5101.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H7038E2A7F9CF4BCFA0CF7E9E838960B5"
level="section">Sec.â€,5102.â€,Classified schedule of authorizations.</toc-entry>

<toc-entry idref="H4DCD0CDCC40C4F1ABB4D0294409F17AC"
level="section">Sec.â€,5103.â€,Intelligence community management account.</toc-entry>

<toc-entry idref="H2B2A2C9DA5B249C8ABA3227307254249" level="title">Title LIIâ€"Central
intelligence agency retirement and disability system</toc-entry>

<toc-entry idref="HE0474AF12B1F49C2A14F01820240FA04"
level="section">Sec.â€,5201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H3F50D0F236064CF48C144250D855B808" level="title">Title
LIIIâ€"Intelligence community matters</toc-entry>

<toc-entry idref="HBA8F8E346BF941A280BC80EC4DB52571" level="subtitle">Subtitle
Aâ€"General intelligence community matters</toc-entry>

<toc-entry idref="H958AA3D00124431EBBFE937CE8541296"
level="section">Sec.â€,5301.â€,Restriction on conduct of intelligence activities.</toc-
entry>

<toc-entry idref="H45DEA937923843DC8E44091CBEA3D7CA"
level="section">Sec.â€,5302.â€,Increase in employee compensation and benefits
authorized by law.</toc-entry>

<toc-entry idref="H85AB0ACC72E242FEABAD2BD07C7D3CBE"
level="section">Sec.â€,5303.â€,Expansion of scope of protections for identities of
covert agents.</toc-entry>

<toc-entry idref="HEC8030F911774244A1DEA8A64AD1F358"
level="section">Sec.â€,5304.â€,Required counterintelligence assessments, briefings,
notifications, and reports.</toc-entry>

<toc-entry idref="HABD6D01F4DAE4BF483C8718EE051A646"
level="section">Sec.â€,5305.â€,Inclusion of security risks in program management plans
required for acquisition of major systems in National Intelligence Program.</toc-entry>

<toc-entry idref="H406EC3F0B5AA4A46B30C97A4A75671E9"
level="section">Sec.â€,5306.â€,Intelligence community public-private talent
exchange.</toc-entry>

<toc-entry idref="H6391EACD1430473785468E3B489A8F57"
level="section">Sec.â€,5307.â€,Assessment of contracting practices to identify certain
security and counterintelligence concerns.</toc-entry>

<toc-entry idref="H647E8F87256144D9A667881FBF4C7E46" level="subtitle">Subtitle
Bâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="H1608D7B42BAF4DBB845E1C3EF5EC80BC"
level="section">Sec.â€,5321.â€,Establishment of Climate Security Advisory
Council.</toc-entry>

<toc-entry idref="H21B33AC9B7F745D98C43BA10B3543FF3"
level="section">Sec.â€,5322.â€,Foreign Malign Influence Response Center.</toc-entry>

<toc-entry idref="HC25424E8D5514C2B93B7117A5E39EDE1"
level="section">Sec.â€,5323.â€,Encouragement of cooperative actions to detect and
counter foreign influence operations.</toc-entry>
```

&lt;toc-entry idref="H1E6EF6D24563496DB5F4A0D05FD60360"
level="section">Sec.â€¯5324.â€¯Transfer of National Intelligence University to the
Office of the Director of National Intelligence.&lt;/toc-entry>

&lt;toc-entry idref="HC3B67608FB7648299F442FF572629969" level="subtitle">Subtitle
Câ€"Inspector General of the Intelligence Community&lt;/toc-entry>

&lt;toc-entry idref="HEFCD83129CFD419EABC8398C199C455C"
level="section">Sec.â€¯5331.â€¯Definitions.&lt;/toc-entry>

&lt;toc-entry idref="HEAEFD8763F894527888D6AE19A9D9500"
level="section">Sec.â€¯5332.â€¯Inspector General external review panel.&lt;/toc-entry>

&lt;toc-entry idref="H814045AA8750430E8616D445A8245DEF"
level="section">Sec.â€¯5333.â€¯Harmonization of whistleblower processes and
procedures.&lt;/toc-entry>

&lt;toc-entry idref="HD5B5B981A3194CF498D8DF0257C0C299"
level="section">Sec.â€¯5334.â€¯Oversight by Inspector General of the Intelligence
Community over intelligence community whistleblower matters.&lt;/toc-entry>

&lt;toc-entry idref="H6060BF867C9C432AA2911B4AEB668D3F"
level="section">Sec.â€¯5335.â€¯Report on cleared whistleblower attorneys.&lt;/toc-entry>

&lt;toc-entry idref="HB73E1AB5EBBA48D399F6FC41C7AF7B29" level="subtitle">Subtitle
Dâ€"Central Intelligence Agency&lt;/toc-entry>

&lt;toc-entry idref="H3F8158894A2B4F8EB8DF7CCCA065C682"
level="section">Sec.â€¯5341.â€¯Clarification of certain authority of the Central
Intelligence Agency.&lt;/toc-entry>

&lt;toc-entry idref="H0630CFC8136247158B3446BB86FAE07B" level="title">Title LIVâ€"Security
clearances&lt;/toc-entry>

&lt;toc-entry idref="HDC16D81968F146FBB7BC7DFB379CD295"
level="section">Sec.â€¯5401.â€¯Improving visibility into the security clearance
process.&lt;/toc-entry>

&lt;toc-entry idref="H793AA16146154AB18D9D846751D6262E"
level="section">Sec.â€¯5402.â€¯Making certain policies and execution plans relating to
personnel clearances available to industry partners.&lt;/toc-entry>

&lt;toc-entry idref="HB24532E7193E493CB985C5BF7EA6CE86" level="title">Title LVâ€"Matters
relating to foreign countries&lt;/toc-entry>

&lt;toc-entry idref="H8A63699D5B0D4C7BAC086549C4E6CE8F" level="subtitle">Subtitle
Aâ€"Matters relating to Russia&lt;/toc-entry>

&lt;toc-entry idref="H318C9766AA6A42EF90C8D3C81F4BE769"
level="section">Sec.â€¯5501.â€¯Annual reports on influence operations and campaigns in
the United States by the Russian Federation.&lt;/toc-entry>

&lt;toc-entry idref="HB4636101AF834D19AE3443BE468E48B2"
level="section">Sec.â€¯5502.â€¯Assessment of legitimate and illegitimate financial and
other assets of Vladimir Putin.&lt;/toc-entry>

&lt;toc-entry idref="HB23ABE4421FC4E2680C185094FC1821F"
level="section">Sec.â€¯5503.â€¯Assessments of intentions of political leadership of the
Russian Federation.&lt;/toc-entry>

&lt;toc-entry idref="H7DE43AE89F4D43678630C3BFBA479CA6" level="subtitle">Subtitle
Bâ€"Matters relating to China&lt;/toc-entry>

&lt;toc-entry idref="H71501824B055421D895BBD45AD4F2077"
level="section">Sec.â€¯5511.â€¯Annual reports on influence operations and campaigns in
the United States by the Communist Party of China.&lt;/toc-entry>

&lt;toc-entry idref="H29AB6741EC584A739471044154F8C431"
level="section">Sec.â€¯5512.â€¯Report on repression of ethnic Muslim minorities in the
Xinjiang region of the Peopleâ€™s Republic of China.&lt;/toc-entry>

&lt;toc-entry idref="HBAE689C6E88E475ABCB7FEB8017C9E4A"
level="section">Sec.â€¯5513.â€¯Report on efforts by Peopleâ€™s Republic of China to

influence election in Taiwan.</toc-entry>

<toc-entry idref="H32C9FB0317DF41BE84B01539012BB83D" level="subtitle">Subtitle Câ€"Matters relating to other countries</toc-entry>

<toc-entry idref="H2E12AF03DB4C49E68AC5524DBF8E4206" level="section">Sec.â€¯5521.â€¯Sense of Congress and report on Iranian efforts in Syria and Lebanon.</toc-entry>

<toc-entry idref="H705E37E324ED48E0B410EF66C50350D7" level="section">Sec.â€¯5522.â€¯Assessments regarding the Northern Triangle and Mexico.</toc-entry>

<toc-entry idref="HF16FB199216543BFB4365469179023B0" level="title">Title LVIâ€"Federal Efforts Against Domestic Terrorism</toc-entry>

<toc-entry idref="H3D1AACD2DD794691AFED056732E77239" level="section">Sec.â€¯5601.â€¯Definitions.</toc-entry>

<toc-entry idref="HC342F13818FA43B3BD6D778BB5FF9F47" level="section">Sec.â€¯5602.â€¯Strategic intelligence assessment of and reports on domestic terrorism.</toc-entry>

<toc-entry idref="H5D7CCBEC94AE4A509E379C6F1E194B59" level="title">Title LVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="HCD6A9D1363444EC68A3DAA28BBCF268E" level="subtitle">Subtitle Aâ€"Reports and briefings</toc-entry>

<toc-entry idref="H94EBFC9EA2194684BC3A651994AD30E6" level="section">Sec.â€¯5701.â€¯Modification of requirements for submission to Congress of certain reports.</toc-entry>

<toc-entry idref="HB7AE6ABD05CF4508835672EACE3F79CE" level="section">Sec.â€¯5702.â€¯Increased transparency regarding counterterrorism budget of the United States.</toc-entry>

<toc-entry idref="H60411C9A885D4105BFAC86F89DA4B6A2" level="section">Sec.â€¯5703.â€¯Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.</toc-entry>

<toc-entry idref="HD254CD7BB1154776A14778C24A593FD4" level="section">Sec.â€¯5704.â€¯Collection, analysis, and dissemination of workforce data.</toc-entry>

<toc-entry idref="H160CF69B17BC4643BD40B1B324E6A5AF" level="section">Sec.â€¯5705.â€¯Plan for strengthening the supply chain intelligence function.</toc-entry>

<toc-entry idref="HB0BDC7BEA97941A4BD952246C6B82995" level="section">Sec.â€¯5706.â€¯Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.</toc-entry>

<toc-entry idref="HCEAE4BB82B1447D19B490EAD1F5A6407" level="section">Sec.â€¯5707.â€¯Report by Director of National Intelligence on fifth-generation wireless network technology.</toc-entry>

<toc-entry idref="HE9E2F5359D814C1387A3F3189394A387" level="section">Sec.â€¯5708.â€¯Report on use by intelligence community of facial recognition technology.</toc-entry>

<toc-entry idref="H9F8E894711F714EE2AE22A519D05526A0" level="section">Sec.â€¯5709.â€¯Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.</toc-entry>

<toc-entry idref="H9AC5392694954CD48F9E545E6CD39888" level="section">Sec.â€¯5710.â€¯Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.</toc-entry>

<toc-entry idref="HC79C1226FCA54061BD29B5ECC9DF6B74" level="section">Sec.â€¯5711.â€¯Analysis of and periodic briefings on major initiatives

of intelligence community in artificial intelligence and machine learning.</toc-entry>

<toc-entry idref="HDDEAB4A04A9545D8ADD7D59F3B788D20"
level="section">Sec.â€‹5712.â€‹Report on best practices to protect privacy and civil
liberties of Chinese Americans.</toc-entry>

<toc-entry idref="H3BE8E815174B4FBB806EE7CC4B0F2EC1"
level="section">Sec.â€‹5713.â€‹Oversight of foreign influence in academia.</toc-entry>

<toc-entry idref="H001399F5F99C41B7AB228CD8DDC60DBF"
level="section">Sec.â€‹5714.â€‹Report on death of Jamal Khashoggi.</toc-entry>

<toc-entry idref="HD37D333FA299428EA112499A43AA3239"
level="section">Sec.â€‹5715.â€‹Report on terrorist screening database.</toc-entry>

<toc-entry idref="H81891E93D414595BD2AE7D8F2A62E1F"
level="section">Sec.â€‹5716.â€‹Report containing threat assessment on terrorist use of
conventional and advanced conventional weapons.</toc-entry>

<toc-entry idref="H4E200CCEF0A14F7B90D83CE282F8812B"
level="section">Sec.â€‹5717.â€‹Assessment of homeland security vulnerabilities
associated with certain retired and former personnel of the intelligence
community.</toc-entry>

<toc-entry idref="H86C52FFAD9734447B91D20638AEF5BE5"
level="section">Sec.â€‹5718.â€‹Study on feasibility and advisability of establishing
Geospatial-Intelligence Museum and learning center.</toc-entry>

<toc-entry idref="H9EB3543C9CBA49B99D57FDF3FB2B661E" level="subtitle">Subtitle
Bâ€"Other matters</toc-entry>

<toc-entry idref="HB50DC87075D048EE9FD0E450C82C5838"
level="section">Sec.â€‹5721.â€‹Whistleblower disclosures to Congress and committees of
Congress.</toc-entry>

<toc-entry idref="H8FD86B1167AF4F72829D43115AE34B5E"
level="section">Sec.â€‹5722.â€‹Task force on illicit financing of espionage and foreign
influence operations.</toc-entry>

<toc-entry idref="H70DB963E967243ABA39DAB65724DF09B"
level="section">Sec.â€‹5723.â€‹Establishment of fifth-generation technology prize
competition.</toc-entry>

<toc-entry idref="H9316BE87718645CE878A96BEBD26BD8F"
level="section">Sec.â€‹5724.â€‹Establishment of deepfakes prize competition.</toc-
entry>

<toc-entry idref="HFC66A95E52444AD09F018610047A74EA"
level="section">Sec.â€‹5725.â€‹Identification of and countermeasures against certain
International Mobile Subscriber Identity-catchers.</toc-entry>

<toc-entry idref="H5044E2E9A2F8404B893C7FB08E8BE225"
level="section">Sec.â€‹5726.â€‹Securing energy infrastructure.</toc-entry>
</toc></section>

<title id="HD058FB935EF849A781B41996A479F276"><enum>LI</enum><header>Intelligence
activities</header>

<section id="H9A9B5E5D2E394384AC600D1C192492B4"><enum>5101.</enum><header>Authorization
of appropriations</header><text display-inline="no-display-inline">Funds are hereby
authorized to be appropriated for fiscal year 2020 for the conduct of the intelligence
and intelligence-related activities of the following elements of the United States
Government:</text>

<paragraph id="H5943B8ACF07245B894B686E985AE6E3A"><enum>(1)</enum><text>The Office of
the Director of National Intelligence.</text></paragraph>

<paragraph id="H2AC395023D91407A9FE0E9BAB2749101"><enum>(2)</enum><text>The Central
Intelligence Agency.</text></paragraph>

<paragraph id="HA880419899934C3E844DF9D60E0F9EE7"><enum>(3)</enum><text>The Department
of Defense.</text></paragraph>

```
<paragraph id="H1DAC0EAE33244649877316803231268S"><enum>(4)</enum><text>The Defense
Intelligence Agency.</text></paragraph>

<paragraph id="HFFAF229FDD16436BB3A7C226B3CEF618"><enum>(5)</enum><text>The National
Security Agency.</text></paragraph>

<paragraph id="HB02006C639D14489859161B72289DE7A"><enum>(6)</enum><text>The Department
of the Army, the Department of the Navy, and the Department of the Air
Force.</text></paragraph>

<paragraph id="HAF6E224466154FA18D068DA8015614E9"><enum>(7)</enum><text>The Coast
Guard.</text></paragraph>

<paragraph id="HCC390C5EA05A45BE870B4035F0D9E295"><enum>(8)</enum><text>The Department
of State.</text></paragraph>

<paragraph id="HD748530E681E47AFB9F90F38940CB531"><enum>(9)</enum><text>The Department
of the Treasury.</text></paragraph>

<paragraph id="HE656915080694DCD90E157908EF31DAB"><enum>(10)</enum><text>The Department
of Energy.</text></paragraph>

<paragraph id="HE33CBAAD27424D5899384702452EA418"><enum>(11)</enum><text>The Department
of Justice.</text></paragraph>

<paragraph id="H1E092DF7C3504C0EAA9B8D87A0924E66"><enum>(12)</enum><text>The Federal
Bureau of Investigation.</text></paragraph>

<paragraph id="HACFF7A0FFA5B467B9B5477132C435F89"><enum>(13)</enum><text>The Drug
Enforcement Administration.</text></paragraph>

<paragraph id="H24BBF071F644458DB16D73306D2D9038"><enum>(14)</enum><text>The National
Reconnaissance Office.</text></paragraph>

<paragraph id="H8AD18C7B539D43FE938FF25AA5C759D1"><enum>(15)</enum><text>The National
Geospatial-Intelligence Agency.</text></paragraph>

<paragraph id="H8D72E0B470FC45F8B415097E1EBC7F39"><enum>(16)</enum><text>The Department
of Homeland Security.</text></paragraph></section>

<section id="H7038E2A7F9CF4BCFA0CF7E9E838960B5"><enum>5102.</enum><header>Classified
schedule of authorizations</header>

<subsection
id="HDD522660DC3B48589A70142E010FFAAB"><enum>(a)</enum><header>Specifications of
amounts</header><text>The amounts authorized to be appropriated under section 5101 for
the conduct of the intelligence activities of the elements listed in paragraphs (1)
through (16) of section 5101, are those specified in the classified Schedule of
Authorizations prepared to accompany this division.</text></subsection>

<subsection id="HFE7D8C6F40604E71B4228FB7B204B328"><enum>(b)</enum><header>Availability
of classified schedule of authorizations</header>

<paragraph
id="H79C1A1DED51A4BB1A4A78DA44E9CB233"><enum>(1)</enum><header>Availability</header><te
xt>The classified Schedule of Authorizations referred to in subsection (a) shall be
made available to the Committee on Appropriations of the Senate, the Committee on
Appropriations of the House of Representatives, and to the
President.</text></paragraph>

<paragraph id="H61391E887CA24E01AD5A06A8080AF850"><enum>(2)</enum><header>Distribution
by the president</header><text>Subject to paragraph (3), the President shall provide
for suitable distribution of the classified Schedule of Authorizations referred to in
subsection (a), or of appropriate portions of such Schedule, within the executive
branch.</text></paragraph>

<paragraph id="H6F584FA4D7994CF19A88307A12B6EF67"><enum>(3)</enum><header>Limits on
disclosure</header><text>The President shall not publicly disclose the classified
Schedule of Authorizations or any portion of such Schedule exceptâ€"</text>

<subparagraph id="H57919FA1B6C248E9A40691F8462E34D1"><enum>(A)</enum><text>as provided
in section 601(a) of the Implementing Recommendations of the 9/11 Commission Act of
```

WASHSTATEC016121

2007 (50 U.S.C. 3306(a));</text></subparagraph>

<subparagraph id="HE3580DA2B2DC45A4AC360C8EE75555BB"><enum>(B)</enum><text>to the extent necessary to implement the budget; or</text></subparagraph>

<subparagraph id="HE2C6AC19DB104CD38056DA200176084C"><enum>(C)</enum><text>as otherwise required by law.</text></subparagraph></paragraph></subsection></section>

<section id="H4DCD0CDCC40C4F1ABB4D0294409F17AC"><enum>5103.</enum><header>Intelligence community management account</header>

<subsection id="HEC0FFB833DA84C37977DC7679CC9740A"><enum>(a)</enum><header>Authorization of appropriations</header><text display-inline="yes-display-inline">There is authorized to be appropriated for the Intelligence Community Management Account of the Director of National Intelligence for fiscal year 2020 the sum of $565,637,000.</text></subsection>

<subsection id="H781D9FE1D8724819AFECFC57C181D8A6"><enum>(b)</enum><header>Classified authorization of appropriations</header><text>In addition to amounts authorized to be appropriated for the Intelligence Community Management Account by subsection (a), there are authorized to be appropriated for the Intelligence Community Management Account for fiscal year 2020 such additional amounts as are specified in the classified Schedule of Authorizations referred to in section 5102(a).</text></subsection></section></title>

<title id="H2B2A2C9DA5B249C8ABA3227307254249"><enum>LII</enum><header>Central intelligence agency retirement and disability system</header>

<section id="HE0474AF12B1F49C2A14F01820240FA04"><enum>5201.</enum><header>Authorization of appropriations</header><text display-inline="no-display-inline">There is authorized to be appropriated for the Central Intelligence Agency Retirement and Disability Fund $514,000,000 for fiscal year 2020.</text></section></title>

<title commented="no" id="H3F50D0F236064CF48C144250D855B808" level-type="subsequent"><enum>LIII</enum><header display-inline="yes-display-inline">Intelligence community matters</header>

<subtitle commented="no" id="HBA8F8E346BF941A280BC80EC4DB52571" level-type="subsequent" style="OLC"><enum>A</enum><header display-inline="yes-display-inline">General intelligence community matters</header>

<section id="H958AA3D00124431EBBFE937CE8541296"><enum>5301.</enum><header>Restriction on conduct of intelligence activities</header><text display-inline="no-display-inline">The authorization of appropriations by this subdivision shall not be deemed to constitute authority for the conduct of any intelligence activity which is not otherwise authorized by the Constitution or the laws of the United States.</text></section>

<section id="H45DEA937923843DC8E44091CBEA3D7CA"><enum>5302.</enum><header>Increase in employee compensation and benefits authorized by law</header><text display-inline="no-display-inline">Appropriations authorized by this subdivision for salary, pay, retirement, and other benefits for Federal employees may be increased by such additional or supplemental amounts as may be necessary for increases in such compensation or benefits authorized by law.</text></section>

<section commented="no" display-inline="no-display-inline" id="H85AB0ACC72E242FEABAD2BD07C7D3CBE" section-type="subsequent-section"><enum>5303.</enum><header display-inline="yes-display-inline">Expansion of scope of protections for identities of covert agents</header><text display-inline="no-display-inline">Section 605(4) of the National Security Act of 1947 (50 U.S.C. 3126(4)) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD34033A3103B48B0ADB543D93F081294"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (A)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H90724568FBB341448AA489FB629CE3E3"><enum>(A)</enum><text display-inline="yes-display-inline">by striking clause (ii);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="H0FC028618B5641539D4F67F511578BC0"><enum>(B)</enum><text display-inline="yes-display-inline">in clause (i), by striking <quote>, and</quote> and inserting <quote>; or</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HECEDC91AA4DB4EE6B72F8F2EA91C6249"><enum>(C)</enum><text display-inline="yes-display-inline">by striking <quote>agencyâ€"</quote> and all that follows through <quote>whose identity</quote> and inserting <quote>agency whose identity</quote>; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCBD7A027BDA847B482FA688B3247FDCA"><enum>(2)</enum><text display-inline="yes-display-inline">in subparagraph (B)(i), by striking <quote>resides and acts outside the United States</quote> and inserting <quote>acts</quote>.</text></paragraph></section>

<section id="HEC8030F911774244A1DEA8A64AD1F358" section-type="subsequent-section"><enum>5304.</enum><header>Required counterintelligence assessments, briefings, notifications, and reports</header>

<subsection id="H76C240481EF24E5284DA53DFF494BF70"><enum>(a)</enum><header>Foreign counterintelligence and cybersecurity threats to Federal election campaigns</header>

<paragraph id="H48675513D4FF4428821EFA09C8643135"><enum>(1)</enum><header>Reports required</header>

<subparagraph id="HBDD2414EE2454E8191A934541FFA4303"><enum>(A)</enum><header>In general</header><text>As provided in subparagraph (B), with respect to an election for Federal office, the Director of National Intelligence, in coordination with the Under Secretary of Homeland Security for Intelligence and Analysis and the Director of the Federal Bureau of Investigation, shall make publicly available on an internet website an advisory report on foreign counterintelligence and cybersecurity threats to campaigns of candidates for Federal office. Each such report, consistent with the protection of sources and methods, shall include the following:</text>

<clause id="HE43BB59689CA4945B10B407F206969C2"><enum>(i)</enum><text display-inline="yes-display-inline">A description of foreign counterintelligence and cybersecurity threats to campaigns of candidates for Federal office.</text></clause>

<clause id="HC049ECCED4044ED19BAD88D50F06F047"><enum>(ii)</enum><text>A summary of best practices that campaigns of candidates for Federal office can employ in seeking to counter such threats.</text></clause>

<clause id="HD365A97A074349ABB0C3AD0ED8CAA100"><enum>(iii)</enum><text>An identification of publicly available resources, including United States Government resources, for countering such threats.</text></clause></subparagraph>

<subparagraph id="HB4A1D1EDB08B46A2937C86B80FE4D349" commented="no"><enum>(B)</enum><header>Schedule for submittal</header>

<clause id="H0361D609FDA24356BADE6F7B1C4200F3"><enum>(i)</enum><header>In general</header><text>Except as provided by clause (ii), with respect to an election for Federal office, a report under this subsection shall be first made available not later than the date that is 1 year before the date of such election, and may be subsequently revised as the Director of National Intelligence determines appropriate.</text></clause>

<clause id="HB7674208CEE74D5085708F7ABD148B07"><enum>(ii)</enum><header>2020 elections</header><text display-inline="yes-display-inline">With respect to an election for Federal office that occurs during 2020, the report under this subsection shall be first made available not later than the date that is 60 days after the date of the enactment this Act, and may be subsequently revised as the Director of National Intelligence determines appropriate.</text></clause></subparagraph>

<subparagraph id="H5DECCDFF27DD421888F91169C70E92A4" commented="no"><enum>(C)</enum><header>Information to be included</header><text>A report under this subsection shall reflect the most current information available to the Director of National Intelligence regarding foreign counterintelligence and cybersecurity threats.</text></subparagraph></paragraph>

<paragraph id="HDFB97CF7A2904F7C82983511AAB70952"><enum>(2)</enum><header>Treatment of campaigns subject to heightened threats</header><text display-inline="yes-display-

inline">If the Director of the Federal Bureau of Investigation and the Under Secretary of Homeland Security for Intelligence and Analysis jointly determine that a campaign of a candidate for Federal office is subject to a heightened foreign counterintelligence or cybersecurity threat, the Director and the Under Secretary, consistent with the protection of sources and methods, may make available additional information to the appropriate representatives of such campaign.</text></paragraph></subsection>

<subsection id="H17E7165C26DE499C85661D733EB211BE"><enum>(b)</enum><header>Briefings on counterintelligence activities of the Federal Bureau of Investigation</header>

<paragraph id="H186F318252E74820A295B45B07CF91AD"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Title V of the National Security Act of 1947 (50 U.S.C. 3091 et seq.), is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HC761BF6C66FA430CA6F84B2327FBACF8" style="OLC">

<section id="H374872790557479C998F1ED7FC56FC95"><enum>512.</enum><header>Briefings and notifications on counterintelligence activities of the Federal Bureau of Investigation</header>

<subsection id="HD9C704711F18439986B18CBDE27E6D58"><enum>(a)</enum><header>Quarterly briefings</header><text display-inline="yes-display-inline">In addition to, and without any derogation of, the requirement under section 501 to keep the congressional intelligence committees fully and currently informed of the intelligence and counterintelligence activities of the United States, not less frequently than once each quarter, or more frequently if requested by the congressional intelligence committees, the Director of the Federal Bureau of Investigation shall provide to the congressional intelligence committees a briefing on the counterintelligence activities of the Federal Bureau of Investigation. Such briefings shall include, at a minimum, an overview and update of—"</text>

<paragraph id="H72BCC3D709F24790983E1DC23EEB9540"><enum>(1)</enum><text display-inline="yes-display-inline">the counterintelligence posture of the Bureau;</text></paragraph>

<paragraph id="H80BC8BC2E2EB467F93E03CA03E5B9C8B"><enum>(2)</enum><text display-inline="yes-display-inline">counterintelligence investigations; and</text></paragraph>

<paragraph id="HA87E4AB025A740E9A8745EF45CAA60B5"><enum>(3)</enum><text display-inline="yes-display-inline">any other information relating to the counterintelligence activities of the Bureau that the Director determines necessary.</text></paragraph></subsection>

<subsection id="HA75CA395B64F40698E178A00D5DE2A91"><enum>(b)</enum><header>Notifications</header><text display-inline="yes-display-inline">In addition to the quarterly briefings under subsection (a), the Director of the Federal Bureau of Investigation shall promptly notify the congressional intelligence committees of any counterintelligence investigation carried out by the Bureau with respect to any counterintelligence risk or threat that is related to an election or campaign for Federal office.</text></subsection>

<subsection id="H92911B419FD840D7813BA1360C4A7BAE"><enum>(c)</enum><header>Guidelines</header>

<paragraph id="HE5AA4243562B4A97BA040149796494A0"><enum>(1)</enum><header>Development and consultation</header><text display-inline="yes-display-inline">The Director shall develop guidelines governing the scope of the briefings provided under subsection (a), the notifications provided under subsection (b), and the information required by section 5304(a)(2) of the Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019, and 2020. The Director shall consult the congressional intelligence committees during such development.</text></paragraph>

<paragraph id="H6A5B75092B9045A19153A09DCDBC2E5D"><enum>(2)</enum><header>Submission</header><text>The Director shall submit to the congressional intelligence committees—"</text>

<subparagraph id="H43455D921A4E4DA0A030E04878FD1F16"><enum>(A)</enum><text>the guidelines under paragraph (1) upon issuance; and</text></subparagraph>

```
<subparagraph id="H2F8970AA2F4C4D71B57372E66D6B55BC"><enum>(B)</enum><text>any updates
to such guidelines by not later than 15 days after making such
update.</text></subparagraph></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H3FE23984D2074D1BA1D0374536FE7A0B"><enum>(2)</enum><header>Clerical
amendment</header><text display-inline="yes-display-inline">The table of contents at
the beginning of such Act is amended by inserting after the item relating to section
511 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H498F9A6BA05F4508AFBB079F877C2041"
style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 512. Briefings and notifications on counterintelligence
activities of the Federal Bureau of Investigation.</toc-entry></toc><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H37AF62A1214C410D8AFBF359634B6C31" commented="no" display-inline="no-
display-inline"><enum>(c)</enum><header display-inline="yes-display-inline">Director of
National Intelligence assessment of foreign interference in Federal elections</header>

<paragraph id="H814FC40D049B4F9BB5C207C6E873A694" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><header display-inline="yes-display-inline">Assessments
required</header><text display-inline="yes-display-inline">Not later than 45 days after
the end of a Federal election cycle, the Director of National Intelligence, in
consultation with the heads of such other executive departments and agencies as the
Director considers appropriate, shallâ€"</text>

<subparagraph id="H748DEA68E9244A5E869946361C0249AA" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">conduct an
assessment of any information indicating that a foreign government, or any person
acting as an agent of or on behalf of a foreign government, has acted with the intent
or purpose of interfering in elections for Federal office occurring during the Federal
election cycle; and</text></subparagraph>

<subparagraph id="HBDE3C5D4E0F644BAA5FA7570BD118C48" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">transmit the
findings of the Director with respect to the assessment conducted under subparagraph
(A), along with such supporting information as the Director considers appropriate, to
the following:</text>

<clause id="H3A6BFB274A6C4828A2B5B12352BC27DB" commented="no" display-inline="no-
display-inline"><enum>(i)</enum><text display-inline="yes-display-inline">The
President.</text></clause>

<clause id="H9D159A93EE1E4F57A6C3A5937B73F468" commented="no" display-inline="no-
display-inline"><enum>(ii)</enum><text display-inline="yes-display-inline">The
Secretary of State.</text></clause>

<clause id="H81142763EA2A4FF5B5FBC60CA5F6AA6B" commented="no" display-inline="no-
display-inline"><enum>(iii)</enum><text display-inline="yes-display-inline">The
Secretary of the Treasury.</text></clause>

<clause id="HAA68EFD46A0D493790486AEBA5F823B8" commented="no" display-inline="no-
display-inline"><enum>(iv)</enum><text display-inline="yes-display-inline">The
Secretary of Defense.</text></clause>

<clause id="H3729C0C5257040BDAAB4F80FDE728642" commented="no" display-inline="no-
display-inline"><enum>(v)</enum><text display-inline="yes-display-inline">The Attorney
General.</text></clause>

<clause id="H12BC641D0D0C4240BE258DC4A105CED8" commented="no" display-inline="no-
display-inline"><enum>(vi)</enum><text display-inline="yes-display-inline">The
Secretary of Homeland Security.</text></clause>

<clause id="H5ADE5A25F85C41FEA604C3AF2B30ED14" commented="no" display-inline="no-
display-inline"><enum>(vii)</enum><text display-inline="yes-display-
inline">Congress.</text></clause></subparagraph></paragraph>

<paragraph id="H44039BA0A4CC4240BB22BFC02FA566BB" commented="no" display-inline="no-
```

```
display-inline"><enum>(2)</enum><header display-inline="yes-display-
inline">Elements</header><text display-inline="yes-display-inline">An assessment
conducted under paragraph (1)(A), with respect to an act described in such paragraph,
shall identify, to the maximum extent ascertainable, the following:</text>

<subparagraph id="H8AD8C123B24342BF90E149C8364D8562" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">The nature of
any foreign interference and any methods employed to execute the
act.</text></subparagraph>

<subparagraph id="H63C18AFF6F924981B3072763EB414C93" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">The persons
involved.</text></subparagraph>

<subparagraph id="H0D544832624843A18D792EDBECBAC7B2" commented="no" display-inline="no-
display-inline"><enum>(C)</enum><text display-inline="yes-display-inline">The foreign
government or governments that authorized, directed, sponsored, or supported the
act.</text></subparagraph></paragraph>

<paragraph id="HAF0EF35DFAA24C9FA3AE9BA03C636107" commented="no" display-inline="no-
display-inline"><enum>(3)</enum><header display-inline="yes-display-
inline">Publication</header><text display-inline="yes-display-inline">The Director
shall, not later than 60 days after the end of a Federal election cycle, make available
to the public, to the greatest extent possible consistent with the protection of
sources and methods, the findings transmitted under paragraph
(1)(B).</text></paragraph>

<paragraph id="H89C8C86DC1864838819752836CC83D65"><enum>(4)</enum><header>Federal
election cycle defined</header><text display-inline="yes-display-inline">In this
section, the term <quote>Federal election cycle</quote> means the period which begins
on the day after the date of a regularly scheduled general election for Federal office
and which ends on the date of the first regularly scheduled general election for
Federal office held after such date.</text></paragraph>

<paragraph id="H5B6CF40486EF4568A5D58F7A69AE352F"><enum>(5)</enum><header>Effective
date</header><text>This subsection shall apply with respect to the Federal election
cycle that began during November 2018, and each succeeding Federal election
cycle.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HABD6D01F4DAE4BF483C8718EE051A646" section-type="subsequent-
section"><enum>5305.</enum><header display-inline="yes-display-inline">Inclusion of
security risks in program management plans required for acquisition of major systems in
National Intelligence Program</header><text display-inline="no-display-inline">Section
102A(q)(1)(A) of the National Security Act of 1947 (50 U.S.C. 3024(q)(1)(A)) is amended
by inserting <quote>security risks,</quote> after
<quote>schedule,</quote>.</text></section>

<section id="H406EC3F0B5AA4A46B30C97A4A75671E9" section-type="subsequent-
section"><enum>5306.</enum><header>Intelligence community public-private talent
exchange</header>

<subsection id="H37D1D68B222D473287BD10A17F6E657E"><enum>(a)</enum><header>Policies,
processes, and procedures required</header><text>Not later than 270 days after the date
of the enactment of this Act, the Director of National Intelligence shall develop
policies, processes, and procedures to facilitate the rotation of personnel of the
intelligence community to the private sector, and personnel from the private sector to
the intelligence community.</text></subsection>

<subsection id="HCF6EC5E3CECD42778CE7AE76C853DDCF"><enum>(b)</enum><header>Detail
authority</header><text>Under policies developed by the Director pursuant to subsection
(a), pursuant to a written agreement with a private-sector organization, and with the
consent of the employee, a head of an element of the intelligence community may arrange
for the temporary detail of an employee of such element to such private-sector
organization, or from such private-sector organization to such element under this
section.</text></subsection>

<subsection
id="H8229D39CF1624C73BB6A9E90A2E0ACAF"><enum>(c)</enum><header>Agreements</header>
```

```
<paragraph id="H82EEE4D167E94531B4EE266D338D0394"><enum>(1)</enum><header>In
general</header><text>A head of an element of the intelligence community exercising the
authority of the head under subsection (a) shall provide for a written agreement among
the element of the intelligence community, the private-sector organization, and the
employee concerned regarding the terms and conditions of the employeeâ€™s detail under
this section. The agreementâ€"</text>

<subparagraph id="H69416008D2284BEA8EB2F2C8AA7AF031"><enum>(A)</enum><text>shall
require that the employee of the element, upon completion of the detail, serve in the
element, or elsewhere in the civil service if approved by the head of the element, for
a period that is at least equal to the length of the detail;</text></subparagraph>

<subparagraph id="H75B47BE6664640D8920B9885D3A55C66"><enum>(B)</enum><text>shall
provide that if the employee of the element fails to carry out the agreement, such
employee shall be liable to the United States for payment of all nonsalary and benefit
expenses of the detail, unless that failure was for good and sufficient reason, as
determined by the head of the element;</text></subparagraph>

<subparagraph id="H4766974DD85041388711B023222E30FE"><enum>(C)</enum><text>shall
contain language informing such employee of the prohibition on sharing, using, or
otherwise improperly handling classified or unclassified nonpublic information for the
benefit or advantage of the private-sector organization;</text></subparagraph>

<subparagraph id="HD76E1764EB454709A5F08E7AEC4FDCCD"><enum>(D)</enum><text display-
inline="yes-display-inline">shall contain language governing the handling of classified
information by such employee during the detail; and</text></subparagraph>

<subparagraph id="H9EC7583755934C62814B30C0ED040C2E"><enum>(E)</enum><text>shall
contain language requiring the employee to acknowledge the obligations of the employee
under section 1905 of title 18, United States Code.</text></subparagraph></paragraph>

<paragraph id="HC98F94F0E403499AB0551EB50C2A2876"><enum>(2)</enum><header>Amount of
liability</header><text>An amount for which an employee is liable under paragraph (1)
shall be treated as a debt due the United States.</text></paragraph>

<paragraph
id="H3A04CFB95CC5421BA17D88A400323E81"><enum>(3)</enum><header>Waiver</header><text>The
head of an element of the intelligence community may waive, in whole or in part,
collection of a debt described in paragraph (2) based on a determination that the
collection would be against equity and good conscience and not in the best interests of
the United States, after taking into account any indication of fraud,
misrepresentation, fault, or lack of good faith on the part of the
employee.</text></paragraph></subsection>

<subsection
id="H67E70448A73740FF8ADD26D05DB6C0A1"><enum>(d)</enum><header>Termination</header><tex
t>A detail under this section may, at any time and for any reason, be terminated by the
head of the element of the intelligence community concerned or the private-sector
organization concerned.</text></subsection>

<subsection
id="H59A3FC5A024C445EBB7DA1BE1D1F38D5"><enum>(e)</enum><header>Duration</header>

<paragraph id="HF75C03740C404DA5863F53D9B8EBC9CA"><enum>(1)</enum><header>In
general</header><text>A detail under this section shall be for a period of not less
than 3 months and not more than 2 years, renewable up to a total of 3
years.</text></paragraph>

<paragraph id="H73FE33E0EC0849C8A9743E6452F82C43"><enum>(2)</enum><header>Longer
periods</header><text>A detail under this section may be for a period in excess of 2
years, but not more than 3 years, if the head of the element making the detail
determines that such detail is necessary to meet critical mission or program
requirements.</text></paragraph>

<paragraph
id="H4CCEE512C1E440CCB62EAA74119EB5F8"><enum>(3)</enum><header>Limitation</header><text
>No employee of an element of the intelligence community may be detailed under this
section for more than a total of 5 years, inclusive of all such
details.</text></paragraph></subsection>

<subsection id="H76D7A7A2DE364516BA02CE2A9299A5AD"><enum>(f)</enum><header>Status of
```

WASHSTATEC016127

Federal employees detailed to private-Sector organizations</header>

<paragraph id="H6AE84C7EDF0E46F7AC13E4EB1071F8F4"><enum>(1)</enum><header>In general</header><text>An employee of an element of the intelligence community who is detailed to a private-sector organization under this section shall be considered, during the period of detail, to be on a regular work assignment in the element. The written agreement established under subsection (c)(1) shall address the specific terms and conditions related to the employeeâ€™s continued status as a Federal employee.</text></paragraph>

<paragraph id="H78172217D8D94F278D181ED6B475CC4C"><enum>(2)</enum><header>Requirements</header><text>In establishing a temporary detail of an employee of an element of the intelligence community to a private-sector organization, the head of the element shallâ€"</text>

<subparagraph id="HC6BC4DA97AEE4834A1AD7C2B84F13419"><enum>(A)</enum><text>certify that the temporary detail of such employee shall not have an adverse or negative impact on mission attainment or organizational capabilities associated with the detail; and</text></subparagraph>

<subparagraph id="H89B724C8244B478F9846BCF1ABFE0B26"><enum>(B)</enum><text>in the case of an element of the intelligence community in the Department of Defense, ensure that the normal duties and functions of such employees are not, as a result of and during the course of such temporary detail, performed or augmented by contractor personnel in violation of the provisions of section 2461 of title 10, United States Code.</text></subparagraph></paragraph></subsection>

<subsection id="H258198F00CA347E39C1E4791DE9DA0D2"><enum>(g)</enum><header>Terms and conditions for private-Sector employees</header><text>An employee of a private-sector organization who is detailed to an element of the intelligence community under this sectionâ€"</text>

<paragraph id="H4203DE35E63D4E1498A27B6BEBDC6C2A"><enum>(1)</enum><text>shall continue to receive pay and benefits from the private-sector organization from which such employee is detailed and shall not receive pay or benefits from the element, except as provided in paragraph (2);</text></paragraph>

<paragraph id="H4D6AD2EC898F43028F3CBE4659495C3A"><enum>(2)</enum><text>is deemed to be an employee of the element for the purposes ofâ€"</text>

<subparagraph id="H976E189D49824F0AA4AA0E7487AD6BC5"><enum>(A)</enum><text>chapters 73 and 81 of title 5, United States Code;</text></subparagraph>

<subparagraph id="H3B19140CDA774E028606B95B6A8D5CCE"><enum>(B)</enum><text>sections 201, 203, 205, 207, 208, 209, 603, 606, 607, 643, 654, 1905, and 1913 of title 18, United States Code;</text></subparagraph>

<subparagraph id="HD33BAA6E015849F5B7A60D3F83CDF742"><enum>(C)</enum><text>sections 1343, 1344, and 1349(b) of title 31, United States Code;</text></subparagraph>

<subparagraph id="H3924EF30F1A848369075C1F3E3F9CB30"><enum>(D)</enum><text>chapter 171 of title 28, United States Code (commonly known as the <quote>Federal Tort Claims Act</quote>) and any other Federal tort liability statute;</text></subparagraph>

<subparagraph id="HE974527EC35C493A9B24E3A0C9337B03"><enum>(E)</enum><text>the Ethics in Government Act of 1978 (5 U.S.C. App.); and</text></subparagraph>

<subparagraph id="H620534E90B9D4DDC9F6827F88638A5B3"><enum>(F)</enum><text>chapter 21 of title 41, United States Code;</text></subparagraph></paragraph>

<paragraph id="H6343323B9BCE4856A342246EBABC7DE2"><enum>(3)</enum><text>may perform work that is considered inherently governmental in nature only when requested in writing by the head of the element;</text></paragraph>

<paragraph id="H50F66147E5D74A548F862B97282F807D"><enum>(4)</enum><text>may not be used to circumvent any limitation or restriction on the size of the workforce of the element;</text></paragraph>

<paragraph id="H0916955FB20B4B51B3251F312BD4DCB7"><enum>(5)</enum><text>shall be subject to the same requirements applicable to an employee performing the same functions and duties proposed for performance by the private-sector employee; and</text></paragraph>

WASHSTATEC016128

```
<paragraph id="HCD8110B5DB3B4A6BAB8CD40F6BB3E066"><enum>(6)</enum><text>in the case of
an element of the intelligence community in the Department of Defense, may not be used
to circumvent the provisions of section 2461 of title 10, United States
Code.</text></paragraph></subsection>

<subsection id="H9B39082548814EFA9A849792432C587A"><enum>(h)</enum><header>Prohibition
against charging certain costs to the federal government</header><text>A private-sector
organization may not charge an element of the intelligence community or any other
agency of the Federal Government, as direct costs under a Federal contract, the costs
of pay or benefits paid by the organization to an employee detailed to an element of
the intelligence community under this section for the period of the detail and any
subsequent renewal periods.</text></subsection>

<subsection id="HAB8930EFB0D0408884C5342A8E99B442"><enum>(i)</enum><header>Additional
administrative matters</header><text>In carrying out this section, the Director,
pursuant to procedures developed under subsection (a)â€"</text>

<paragraph id="H4A4E288B97CE411D93BABFC2997065A8"><enum>(1)</enum><text>shall, to the
degree practicable, ensure that small business concerns are represented with respect to
details authorized by this section;</text></paragraph>

<paragraph id="H274B3FECFFD14C70AE842E087931521D"><enum>(2)</enum><text>may,
notwithstanding any other provision of law, establish criteria for elements of the
intelligence community to use appropriated funds to reimburse small business concerns
for the salaries and benefits of its employees during the periods when the small
business concern agrees to detail its employees to the intelligence community under
this section;</text></paragraph>

<paragraph id="H16D1872EE57B409FB13BFF848D6BEDB0"><enum>(3)</enum><text>shall take into
consideration the question of how details under this section might best be used to help
meet the needs of the intelligence community, including with respect to the training of
employees;</text></paragraph>

<paragraph id="HEC8396C902B2473B8D2BE3A322635E50"><enum>(4)</enum><text>shall take into
consideration areas of private-sector expertise that are critical to the intelligence
community; and</text></paragraph>

<paragraph id="H7F21031D8ACB45FAA907CC7EC7EA6473"><enum>(5)</enum><text>shall establish
oversight mechanisms to determine whether the public-private exchange authorized by
this section improves the efficiency and effectiveness of the intelligence
community.</text></paragraph></subsection>

<subsection
id="H6DE724603F9E445B9509821452D687A1"><enum>(j)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph
id="H65239FA1745B4089985D54DBF8C58973"><enum>(1)</enum><header>Detail</header><text>The
term <term>detail</term> means, as appropriate in the context in which such term is
usedâ€"</text>

<subparagraph id="HF40E66EDB26E4274AB652579986F8DC5"><enum>(A)</enum><text>the
assignment or loan of an employee of an element of the intelligence community to a
private-sector organization without a change of position from the intelligence
community element that employs the individual; or</text></subparagraph>

<subparagraph id="H1B6444D0CDD348A2888798B32E50BA49"><enum>(B)</enum><text>the
assignment or loan of an employee of a private-sector organization to an element of the
intelligence community without a change of position from the private-sector
organization that employs the individual.</text></subparagraph></paragraph>

<paragraph id="HF1DED3355490489C89A9931B192CCFA1"><enum>(2)</enum><header>Private-
sector organization</header><text>The term <term>private-sector organization</term>
meansâ€"</text>

<subparagraph id="H7051E7ED802043BA96108F1CCF7329BA"><enum>(A)</enum><text>a for-profit
organization; or</text></subparagraph>

<subparagraph id="HAC15C0DB97FF4A4D851B7A836A8E2171"><enum>(B)</enum><text>a not-for-
profit organization.</text></subparagraph></paragraph>
```

WASHSTATEC016129

```
<paragraph commented="no" display-inline="no-display-inline"
id="H387517CF1A0949649E96100BC78AF425"><enum>(2)</enum><header>Small business
concern</header><text>The term <term>small business concern</term> has the meaning
given such term in section 3703(e)(2) of title 5, United States
Code.</text></paragraph></subsection></section>

<section id="H6391EACD1430473785468E3B489A8F57" section-type="subsequent-
section"><enum>5307.</enum><header>Assessment of contracting practices to identify
certain security and counterintelligence concerns</header>

<subsection
id="HFBE8AF29BAA84C0EA8C0F75E8AF0B60B"><enum>(a)</enum><header>Assessment</header>

<paragraph id="HBA3BE6D56C53435684ACB4A2DD0E1F77"><enum>(1)</enum><header>Contracting
practices</header><text display-inline="yes-display-inline">The Director of National
Intelligence shall conduct an assessment of the authorities, policies, processes, and
standards used by the elements of the intelligence community to ensure that the
elements appropriately weigh security and counterintelligence risks in awarding a
contract to a contractor thatâ€"</text>

<subparagraph id="H4C387DA5697F436CB27531DC7B370AC9"><enum>(A)</enum><text>carries out
any joint research and development activities with a covered foreign country;
or</text></subparagraph>

<subparagraph id="H60C30E51995A4B869271273CB0FA17EA"><enum>(B)</enum><text>performs any
contract or other agreement entered into with a covered foreign
country.</text></subparagraph></paragraph>

<paragraph
id="HD2072AEA0957466A953ECD35B3D0FC6D"><enum>(2)</enum><header>Elements</header><text>T
he assessment under paragraph (1) shall include the following:</text>

<subparagraph id="HBA2924E014E0414FAF24980C46AE6E24"><enum>(A)</enum><text display-
inline="yes-display-inline">An assessment of whether the authorities, policies,
processes, and standards specified in paragraph (1) sufficiently identify security and
counterintelligence concerns.</text></subparagraph>

<subparagraph id="HB938746CCD4A4A46902815DDF1751AE0"><enum>(B)</enum><text display-
inline="yes-display-inline">Identification of any authority gaps in such authorities,
policies, processes, and standards that prevent the intelligence community from
considering the activities specified in subparagraphs (A) and (B) of paragraph (1) when
evaluating offers for a contract.</text></subparagraph></paragraph>

<paragraph
id="H5C526C87E5F0485086AD9C86E15FB0C3"><enum>(3)</enum><header>Consultation</header><te
xt>In carrying out paragraph (1), the Director shall consult with each head of an
element of the intelligence community.</text></paragraph></subsection>

<subsection
id="H0C7185ACED694629B629301CD18EE93E"><enum>(b)</enum><header>Report</header>

<paragraph
id="HB6C2D7F015BE42CB938B6C36D70F663D"><enum>(1)</enum><header>Requirement</header><tex
t>Not later than 180 days after the date of the enactment of this Act, the Director
shall submit to the congressional intelligence committees a report on the assessment
under subsection (a)(1).</text></paragraph>

<paragraph id="H030E694C584045FBB334951C1C76E4CB"><enum>(2)</enum><header>Matters
included</header><text>The report under paragraph (1) shall include the
following:</text>

<subparagraph id="H03BBB7517B6449E683EB8FF51BD0B36F"><enum>(A)</enum><text>The
assessment under subsection (a)(1).</text></subparagraph>

<subparagraph id="H66BBF73A9BF04D7F9C215FD5020F8977"><enum>(B)</enum><text display-
inline="yes-display-inline">An identification of any known contractors that
haveâ€"</text>

<clause id="H81A66CC3E7FB401B82FE0D2E4DCDBD99"><enum>(i)</enum><text display-
inline="yes-display-inline">carried out activities specified in subparagraphs (A) and
(B) of subsection (a)(1); and</text></clause>
```

WASHSTATEC016130

```
<clause id="H5B3C73EC55BD4D0BB24A4DB6451FB954"><enum>(ii)</enum><text>submitted an
offer for a contract with an element of the intelligence
community.</text></clause></subparagraph>

<subparagraph id="H21E46397201F46248B08B81613E64994"><enum>(C)</enum><text display-
inline="yes-display-inline">A description of the steps that the Director and the heads
of the elements of the intelligence community took to identify contractors under
subparagraph (B).</text></subparagraph></paragraph>

<paragraph
id="H16369AA5E5ED4EBDB6ADEE78AFE27392"><enum>(3)</enum><header>Form</header><text>The
report under paragraph (1) shall be submitted in unclassified form, but may include a
classified annex.</text></paragraph></subsection>

<subsection id="H8CE09BCA4C8A49BC9633A3A28EBDD4E3"><enum>(c)</enum><header>Covered
foreign country defined</header><text>In this section, the term <term>covered foreign
country</term> means the government, or any entity affiliated with the military or
intelligence services of, the following foreign countries:</text>

<paragraph id="HB72175074F1D46149E46613F59339530"><enum>(1)</enum><text>The People's
Republic of China.</text></paragraph>

<paragraph id="HDDEA836736F04F2A98FBEC92F8A56FEA"><enum>(2)</enum><text>The Russian
Federation.</text></paragraph>

<paragraph id="H149965C1158241FEB70322EF109F5D2F"><enum>(3)</enum><text>The Democratic
People's Republic of Korea.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA4F81334585746C28B9A5C3E822849FF"><enum>(4)</enum><text>The Islamic Republic of
Iran.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H814ABB5D68EF42A89FC974173EB19060"><enum>(5)</enum><text>Such other countries as
the Director considers
appropriate.</text></paragraph></subsection></section></subtitle>

<subtitle commented="no" id="H647E8F87256144D9A667881FBF4C7E46" level-type="subsequent"
style="OLC"><enum>B</enum><header>Office of the Director of National
Intelligence</header>

<section id="H1608D7B42BAF4DBB845E1C3EF5EC80BC" section-type="subsequent-
section"><enum>5321.</enum><header>Establishment of Climate Security Advisory
Council</header>

<subsection
id="H4E36302E266D4691BB95AF21F7838333"><enum>(a)</enum><header>Establishment</header><t
ext display-inline="yes-display-inline">Title I of the National Security Act of 1947
(50 U.S.C. 3021 et seq.) is amended by adding at the end the following new
section:</text>

<quoted-block display-inline="no-display-inline" id="HFB1C3BBE77034A5783A4E337ADD0AB04"
style="OLC">

<section id="HF2558764BA2F49C99DDF2EFC37BBD265"><enum>120.</enum><header>Climate
Security Advisory Council</header>

<subsection
id="H3862039BB9254BA99934B1281A991376"><enum>(a)</enum><header>Establishment</header><t
ext display-inline="yes-display-inline">The Director of National Intelligence shall
establish a Climate Security Advisory Council for the purpose of'</text>

<paragraph id="H775C3DCCAB7149C595A31EC4D87F56CD"><enum>(1)</enum><text>assisting
intelligence analysts of various elements of the intelligence community with respect to
analysis of climate security and its impact on the areas of focus of such
analysts;</text></paragraph>

<paragraph id="H39610AB3C99B4707814483FD67667970"><enum>(2)</enum><text>facilitating
coordination between the elements of the intelligence community and elements of the
Federal Government that are not elements of the intelligence community in collecting
data on, and conducting analysis of, climate change and climate security;
and</text></paragraph>
```

```
<paragraph id="H45AECB76232A46AE9225924CC08C7298"><enum>(3)</enum><text>ensuring that
the intelligence community is adequately prioritizing climate change in carrying out
its activities.</text></paragraph></subsection>

<subsection id="HD469A6505AB24559B3BDA22795D74B87"><enum>(b)</enum><header>Composition
of Council</header>

<paragraph
id="HBA1E690D8754048ADD9BACA28E12183"><enum>(1)</enum><header>Members</header><text>Th
e Council shall be composed of the following individuals appointed by the Director of
National Intelligence:</text>

<subparagraph id="H893AF98784C74EDC9ADFF8635ABBC6BE"><enum>(A)</enum><text>An
appropriate official from the National Intelligence Council, who shall chair the
Council.</text></subparagraph>

<subparagraph id="H57DBAE4053634F67A4D6DE4424F5678D"><enum>(B)</enum><text>The lead
official with respect to climate and environmental security analysis fromâ€"</text>

<clause id="H1D4AD56C61AA4B40A9AD40CC240E067E"><enum>(i)</enum><text>the Central
Intelligence Agency;</text></clause>

<clause id="H0E13D86ACC7441939207E514D5053AE8"><enum>(ii)</enum><text>the Bureau of
Intelligence and Research of the Department of State;</text></clause>

<clause id="H4391E85338974C7C90B9DE90B8116629"><enum>(iii)</enum><text>the National
Geospatial-Intelligence Agency;</text></clause>

<clause id="H41EEE3CD8461452987CA3542527876EB"><enum>(iv)</enum><text>the Office of
Intelligence and Counterintelligence of the Department of Energy;</text></clause>

<clause id="H7DDFF9205A5E42BAB37F1736249CCEBE"><enum>(v)</enum><text>the Office of the
Under Secretary of Defense for Intelligence; and</text></clause>

<clause id="H4FA0210A523E41BDA6A0D311159365CB"><enum>(vi)</enum><text>the Defense
Intelligence Agency.</text></clause></subparagraph>

<subparagraph id="H1BA98BDACFAD4B558364F3E2759895EC"><enum>(C)</enum><text display-
inline="yes-display-inline">Three appropriate officials from elements of the Federal
Government that are not elements of the intelligence community that are responsible
forâ€"</text>

<clause id="H91E8D8EAE5034A13950BFFDFB86C4B91"><enum>(i)</enum><text>providing decision
makers with a predictive understanding of the climate;</text></clause>

<clause id="H4315EE7C50224EDEA99F7A207AF8DF2A"><enum>(ii)</enum><text>making
observations of our Earth system that can be used by the public, policymakers, and to
support strategic decisions; or</text></clause>

<clause id="H2B3398FE6D144318951BF85BBFAA7358"><enum>(iii)</enum><text>coordinating
Federal research and investments in understanding the forces shaping the global
environment, both human and natural, and their impacts on
society.</text></clause></subparagraph>

<subparagraph id="H6AD5438B64F343A7AF66D328828FE35A"><enum>(D)</enum><text>Any other
officials as the Director of National Intelligence or the chair of the Council may
determine appropriate.</text></subparagraph></paragraph>

<paragraph
id="H17EB373497F640FFACFFFFDB5972B670"><enum>(2)</enum><header>Responsibilities of
chair</header><text>The chair of the Council shall have responsibility forâ€"</text>

<subparagraph id="HF93A37C0628241E2BA2B6B61E9EAB2B0"><enum>(A)</enum><text>identifying
agencies to supply individuals from elements of the Federal Government that are not
elements of the intelligence community;</text></subparagraph>

<subparagraph id="H58E0BCC840C94F9B9101958EFB84C0F8"><enum>(B)</enum><text>securing the
permission of the relevant agency heads for the participation of such individuals on
the Council; and</text></subparagraph>

<subparagraph id="H5932F40D1B174488A52C6E56140C7101"><enum>(C)</enum><text>any other
duties that the Director of National Intelligence may
```

```
direct.</text></subparagraph></paragraph></subsection>

<subsection id="HA19A8EE44C904F8D98E4A8D9B8A02FDD"><enum>(c)</enum><header>Duties and
responsibilities of Council</header><text>The Council shall carry out the following
duties and responsibilities:</text>

<paragraph id="H7C9F23DA094A45818D4A9A68F9A53930"><enum>(1)</enum><text display-
inline="yes-display-inline">To meet at least quarterly toâ€"</text>

<subparagraph id="HBB0F8E65FCB74F2CAEA5FC8ADC3BEA59"><enum>(A)</enum><text>exchange
appropriate data between elements of the intelligence community and elements of the
Federal Government that are not elements of the intelligence
community;</text></subparagraph>

<subparagraph id="H612A7C360ED8447A84249B82D2031E35"><enum>(B)</enum><text>discuss
processes for the routine exchange of such data and implementation of such processes;
and</text></subparagraph>

<subparagraph id="HECFC73FBED7A4060B19B060457333581"><enum>(C)</enum><text>prepare
summaries of the business conducted at each meeting.</text></subparagraph></paragraph>

<paragraph id="H14EBC9DB5AF6485D9D3E0AC298CD77F4"><enum>(2)</enum><text display-
inline="yes-display-inline">To assess and determine best practices with respect to the
analysis of climate security, including identifying publicly available information and
intelligence acquired through clandestine means that enables such
analysis.</text></paragraph>

<paragraph id="H775DE15E522A4BE286303159777F5AE2"><enum>(3)</enum><text display-
inline="yes-display-inline">To assess and identify best practices with respect to prior
efforts of the intelligence community to analyze climate security.</text></paragraph>

<paragraph id="HACFB3C4BAD9D40D1890A81DABB13DBCD"><enum>(4)</enum><text display-
inline="yes-display-inline">To assess and describe best practices for identifying and
disseminating climate security indicators and warnings.</text></paragraph>

<paragraph id="H5D259D08C9204E58A805D072106242DE"><enum>(5)</enum><text display-
inline="yes-display-inline">To recommend methods of incorporating analysis of climate
security and the best practices identified under paragraphs (2) through (4) into
existing analytic training programs.</text></paragraph>

<paragraph id="HD7444603382F43889EE89D740B75F30B"><enum>(6)</enum><text display-
inline="yes-display-inline">To consult, as appropriate, with other elements of the
intelligence community that conduct analysis of climate change or climate security and
elements of the Federal Government that are not elements of the intelligence community
that conduct analysis of climate change or climate security, for the purpose of sharing
information about ongoing efforts and avoiding duplication of existing
efforts.</text></paragraph>

<paragraph id="H8A9970DE08B543CFA5A69FE8A1A4A9FC"><enum>(7)</enum><text display-
inline="yes-display-inline">To work with elements of the intelligence community that
conduct analysis of climate change or climate security and elements of the Federal
Government that are not elements of the intelligence community that conduct analysis of
climate change or climate securityâ€"</text>

<subparagraph id="HEED7F88AAC384AADAB1349FE7BC3A774"><enum>(A)</enum><text>to exchange
appropriate data between such elements, establish processes, procedures and practices
for the routine exchange of such data, discuss the implementation of such processes;
and</text></subparagraph>

<subparagraph id="H604DED86AFBD4FEDB773E2E5A4FB47F5"><enum>(B)</enum><text display-
inline="yes-display-inline">to enable and facilitate the sharing of findings and
analysis between such elements.</text></subparagraph></paragraph>

<paragraph id="HECC74CC3550C4BA9A1710931C58E6A54"><enum>(8)</enum><text display-
inline="yes-display-inline">To assess whether the elements of the intelligence
community that conduct analysis of climate change or climate security may inform the
research direction of academic work and the sponsored work of the United States
Government.</text></paragraph>

<paragraph id="HBA51143E9D5B45D4B59469D906D60C0F"><enum>(9)</enum><text display-
inline="yes-display-inline">At the discretion of the chair of the Council, to convene
```

```
conferences of analysts and nonintelligence community personnel working on climate
change or climate security on subjects that the chair shall
direct.</text></paragraph></subsection>

<subsection
id="H5F14E38FEA4542AE84D2BF917E8CD575"><enum>(d)</enum><header>Sunset</header><text>The
Council shall terminate on the date that is 4 years after the date of the enactment of
this section.</text></subsection>

<subsection
id="H96E8E9C0AD674FD5A4585C4032F01591"><enum>(e)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H34369726DAEC4DBB82F084DE7DA30BE9"><enum>(1)</enum><header>Climate
security</header><text>The term <term>climate security</term> means the effects of
climate change on the following:</text>

<subparagraph id="H65593EAECEEC495DB9B89843BA834981"><enum>(A)</enum><text>The national
security of the United States, including national security
infrastructure.</text></subparagraph>

<subparagraph id="H77CFC1D5AA74448FBA4A09CBE50A1199"><enum>(B)</enum><text>Subnational,
national, and regional political stability.</text></subparagraph>

<subparagraph id="HC4E70C07D6E64DBE80145EBB75E54BDF"><enum>(C)</enum><text display-
inline="yes-display-inline">The security of allies and partners of the United
States.</text></subparagraph>

<subparagraph id="HE57C8B13CF814BE6B1A5C5F89F94069B"><enum>(D)</enum><text>Ongoing or
potential political violence, including unrest, rioting, guerrilla warfare, insurgency,
terrorism, rebellion, revolution, civil war, and interstate
war.</text></subparagraph></paragraph>

<paragraph id="H3EDEF139ABE54101A5F174DAC0C61423"><enum>(2)</enum><header>Climate
intelligence indications and warnings</header><text>The term <term>climate intelligence
indications and warnings</term> means developments relating to climate security with
the potential toâ€"</text>

<subparagraph id="H71FF3AE81D5547819AD049EBB9D9094C"><enum>(A)</enum><text>imminently
and substantially alter the political stability or degree of human security in a
country or region; or</text></subparagraph>

<subparagraph id="HB9E51BDB0EEA4BA398B8A74E63BBF8FA"><enum>(B)</enum><text display-
inline="yes-display-inline">imminently and substantially threatenâ€"</text>

<clause id="HF231D77199CB4FCCAAA694FF47EF8E07"><enum>(i)</enum><text>the national
security of the United States;</text></clause>

<clause id="H2F01EFD3278B460EA18EA54D5385F163"><enum>(ii)</enum><text>the military,
political, or economic interests of allies and partners of the United States;
or</text></clause>

<clause id="HDC7887F6FA1042D9B62494CE2DD94136"><enum>(iii)</enum><text>citizens of the
United States
abroad.</text></clause></subparagraph></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H83DCC3FE876C4D79AAE1D3745806D138"><enum>(b)</enum><header>Clerical
amendment</header><text>The table of contents in the first section of the National
Security Act of 1947 is amended by inserting after the item relating to section 119B
the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H9E0596331C84492CB7A3F8B08D099BB6"
style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 120. Climate Security Advisory Council.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC593825BE4914DDE90BFA02DEDA19B39"><enum>(c)</enum><header>Initial
```

appointments</header><text>Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall appoint the members of the Council under section 120 of the National Security Act of 1947, as added by subsection (a).</text></subsection></section>

<section id="H21B33AC9B7F745D98C43BA10B3543FF3" section-type="subsequent-section" display-inline="no-display-inline"><enum>5322.</enum><header>Foreign Malign Influence Response Center</header>

<subsection id="H66E6132CBB604B85BC0012CD8FC7DF2C"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The National Security Act of 1947 (50 U.S.C. 3001 et seq.) is amended by inserting after section 119B the following new section:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="HE519BC59F2944100A45AFCA0C4182E40">

<section id="H4ABFA4CC10C343B0B7BEF728CC6C1A58"><enum>119C.</enum><header>Foreign Malign Influence Response Center</header>

<subsection id="H2A72A60935694D78A946A2A84E90211A"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">There is within the Office of the Director of National Intelligence a Foreign Malign Influence Response Center (in this section referred to as the <quote>Center</quote>).</text></subsection>

<subsection id="H05DF46690A454CEAA85C3FB494D0EA8B"><enum>(b)</enum><header>Functions and composition</header><text>The Center shallâ€"</text>

<paragraph id="H2D35730E833845A691CE53504ABD036D"><enum>(1)</enum><text>be comprised of analysts from all elements of the intelligence community, including elements with diplomatic and law enforcement functions;</text></paragraph>

<paragraph id="H83BD5303DF1A4EDC9332F533D73940D5"><enum>(2)</enum><text display-inline="yes-display-inline">have access to all intelligence and other reporting possessed or acquired by the United States Government pertaining to foreign malign influence; </text></paragraph>

<paragraph id="H839838394A914A8899C68CC7109AC7FE"><enum>(3)</enum><text>serve as the primary organization in the United States Government for analyzing and integrating all intelligence possessed or acquired by the United States Government pertaining to foreign malign influence; and</text></paragraph>

<paragraph id="H1D8E22BB554B49EB80074C4E571ACA10"><enum>(4)</enum><text display-inline="yes-display-inline">provide to employees and officers of the Federal Government in policy-making positions and Congress comprehensive assessments, and indications and warnings, of foreign malign influence.</text></paragraph></subsection>

<subsection id="H0E75DB3010F546AFBD80C50F5FA88677"><enum>(c)</enum><header>Director</header>

<paragraph id="HC0014BFA324F429E893CC4DDF6F63638"><enum>(1)</enum><header>Appointment</header><text display-inline="yes-display-inline">There is a Director of the Center, who shall be the head of the Center, and who shall be appointed by the Director of National Intelligence.</text></paragraph>

<paragraph id="H20C128E425C64A6C91DDA4C8BDA7FF70"><enum>(2)</enum><header>Role</header><text>The Director of the Center shallâ€"</text>

<subparagraph id="HD1BB1E3EDE604AC4B47CD91B233FCB96"><enum>(A)</enum><text display-inline="yes-display-inline">report directly to the Director of National Intelligence;</text></subparagraph>

<subparagraph id="HC30BA268371A424A9FFA6DA898A9A220"><enum>(B)</enum><text>carry out the functions under subsection (b); and</text></subparagraph>

<subparagraph id="HC29F70ABA6AE4ADFA29C0A5617F0BEF9"><enum>(C)</enum><text display-inline="yes-display-inline">at the request of the President or the Director of National Intelligence, develop and provide recommendations for potential responses by the United

WASHSTATEC016135

States to foreign malign influence.</text></subparagraph></paragraph></subsection>

<subsection id="HDD8EE3853910408D849B342FB90CF28A"><enum>(d)</enum><header>Annual reports</header>

<paragraph id="H18BEB7DDC3C346E6A0782E459F0C034D"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">In addition to the matters submitted pursuant to subsection (b)(4), at the direction of the Director of National Intelligence, but not less than once each year, the Director of the Center shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on foreign malign influence.</text></paragraph>

<paragraph id="H716A67E29771412DAD062D0BD6AFBC8B"><enum>(2)</enum><header>Matters included</header><text>Each report under paragraph (1) shall include, with respect to the period covered by the report, a discussion of the following:</text>

<subparagraph id="HFC0F08DD94F142BA96C47BFF95F4D2AD"><enum>(A)</enum><text display-inline="yes-display-inline">The most significant activities of the Center.</text></subparagraph>

<subparagraph id="H68AA3C81CB3F4301A72A505759EE7C3C"><enum>(B)</enum><text display-inline="yes-display-inline">Any recommendations the Director determines necessary for legislative or other actions to improve the ability of the Center to carry out its functions, including recommendations regarding the protection of privacy and civil liberties.</text></subparagraph></paragraph></subsection>

<subsection id="H4509CD79C28E4813829C264297B042E1"><enum>(e)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H8A7A9343F71B4EFB8D128879554D1F8A"><enum>(1)</enum><header>Covered foreign country</header><text>The term <quote>covered foreign country</quote> means the following:</text>

<subparagraph id="HEFB125A22362431AB8DD1EC4802DCEC0" display-inline="no-display-inline"><enum>(A)</enum><text>The Russian Federation.</text></subparagraph>

<subparagraph id="H9B17A73DD2C14958A8B9E265A31BFBF3"><enum>(B)</enum><text>The Islamic Republic of Iran.</text></subparagraph>

<subparagraph id="H1265F522275347B18EE1392B356FDCBA"><enum>(C)</enum><text>The Democratic People€™s Republic of Korea.</text></subparagraph>

<subparagraph id="H2F61638CBB6C410CBC464223AB71C8D3"><enum>(D)</enum><text>The People€™s Republic of China.</text></subparagraph>

<subparagraph id="H2810F2AF8F6D417A82C48C569892FB6B"><enum>(E)</enum><text>Any other foreign country that the Director of the Center determines appropriate for purposes of this section.</text></subparagraph></paragraph>

<paragraph id="H79D0346C5506403B9A85E1C0A8130336"><enum>(2)</enum><header>Foreign malign influence</header><text display-inline="yes-display-inline">The term <quote>foreign malign influence</quote> means any hostile effort undertaken by, at the direction of, or on behalf of or with the substantial support of, the government of a covered foreign country with the objective of influencing, through overt or covert means€"</text>

<subparagraph id="H3A8506D68E1D49CCAE415467C4FD8023"><enum>(A)</enum><text>the political, military, economic, or other policies or activities of the United States Government or State or local governments, including any election within the United States; or</text></subparagraph>

<subparagraph id="H8E6C8041221F45D089F75DF46949CB3D"><enum>(B)</enum><text>the public opinion within the United States.</text></subparagraph></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HDE4DA4AAD9C94FD9B85946239841E34D"><enum>(b)</enum><header>Clerical amendment</header><text>The table of contents at the beginning of such Act is amended by inserting after the item relating to section 119B the following new item:</text>

```
<quoted-block style="OLC" display-inline="no-display-inline"
id="H2A7E804A76A046EE8BB6D2A1A5140E77">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 119C. Foreign Malign Influence Response Center.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H8F2B46E681494FD485990A49905541CB"><enum>(c)</enum><header>Conforming
amendment</header><text>Section 507(a) of such Act (50 U.S.C. 3106) is amended by
adding at the end the following new paragraph:</text>

<quoted-block style="OLC" display-inline="no-display-inline"
id="H6CE890882F9444E983272D81B188BDB7">

<paragraph id="HB4E25FB0085E45A783E6D2E3655A7B6B"><enum>(6)</enum><text display-
inline="yes-display-inline">An annual report submitted under section
119C(d)(1).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HC25424E8D5514C2B93B7117A5E39EDE1" section-type="subsequent-
section"><enum>5323.</enum><header>Encouragement of cooperative actions to detect and
counter foreign influence operations</header>

<subsection commented="no"
id="H5DDBA262DB814D8580643325BC27BB2E"><enum>(a)</enum><header>Findings</header><text>C
ongress makes the following findings:</text>

<paragraph commented="no"
id="H3B1FBBE615D9E459698313DE66D2B24723"><enum>(1)</enum><text>The Russian Federation,
through military intelligence units, also known as the <quote>GRU</quote>, and Kremlin-
linked troll organizations often referred to as the <quote>Internet Research
Agency</quote>, deploy information warfare operations against the United States, its
allies and partners, with the goal of advancing the strategic interests of the Russian
Federation.</text></paragraph>

<paragraph commented="no"
id="H5C620B1E76B94CFF9A7AFC8411B4FA05"><enum>(2)</enum><text>One line of effort
deployed as part of these information warfare operations is the weaponization of social
media platforms with the goals of intensifying societal tensions, undermining trust in
governmental institutions within the United States, its allies and partners in the
West, and generally sowing division, fear, and confusion.</text></paragraph>

<paragraph commented="no"
id="H25A34FA5AF8F4ACCB00C229F7DE7BCA4"><enum>(3)</enum><text>These information warfare
operations are a threat to the national security of the United States and that of the
allies and partners of the United States. As former Director of National Intelligence
Dan Coats stated, <quote>These actions are persistent, they are pervasive and they are
meant to undermine Americaâ€™s democracy.</quote>.</text></paragraph>

<paragraph commented="no"
id="H028DB3E3DC854039B56C18402AAEEA9F"><enum>(4)</enum><text>These information warfare
operations continue to evolve and increase in sophistication.</text></paragraph>

<paragraph commented="no" id="HA6637A76F3E94A11A1C3685C020210D6"><enum>(5)</enum><text
display-inline="yes-display-inline">Other foreign adversaries and hostile non-state
actors are increasingly adopting similar tactics of deploying information warfare
operations against the West, such as recent state-backed operations from China around
the Hong Kong protests identified by social media companies.</text></paragraph>

<paragraph commented="no"
id="H99C8A5ED2E30419180E8F745692A62B8"><enum>(6)</enum><text>Technological advances,
including artificial intelligence, will only make it more difficult in the future to
detect fraudulent accounts, deceptive material posted on social media, and malign
behavior on social media platforms.</text></paragraph>

<paragraph commented="no" id="H5138FD2427A34C998214105210DEFFFA"><enum>(7)</enum><text
display-inline="yes-display-inline">Because these information warfare operations are
deployed within and across private social media platforms, the companies that own these
platforms have a responsibility to detect and facilitate the removal or neutralization
```

WASHSTATEC016137

of foreign adversary networks operating clandestinely on their
platforms.</text></paragraph>

<paragraph commented="no"
id="HB51497FF71EE4A55865DF734A4C65E41"><enum>(8)</enum><text>The social media companies
are inherently technologically sophisticated and adept at rapidly analyzing large
amounts of data and developing software-based solutions to diverse and ever-changing
challenges on their platforms, which makes them well-equipped to address the threat
occurring on their platforms.</text></paragraph>

<paragraph commented="no"
id="H6BF40C0CA7BF4181B42BDD8145033F09"><enum>(9)</enum><text>Independent analyses
confirmed Kremlin-linked threat networks, based on data provided by several social
media companies to the Select Committee on Intelligence of the Senate, thereby
demonstrating that it is possible to discern both broad patterns of cross-platform
information warfare operations and specific fraudulent behavior on social media
platforms.</text></paragraph>

<paragraph commented="no" id="H2B93DE0D90994661A0D8E5B5E1432E24"><enum>(10)</enum><text
display-inline="yes-display-inline">General Paul Nakasone, Director of the National
Security Agency, emphasized the importance of these independent analyses to the
planning and conducting of military cyber operations to frustrate Kremlin-linked
information warfare operations against the 2018 mid-term elections. General Nakasone
stated that the reports <quote>were very, very helpful in terms of being able to
understand exactly what our adversary was trying to do to build dissent within our
nation.</quote>.</text></paragraph>

<paragraph commented="no"
id="HC4B111173D53453EBD82AECBE2988188"><enum>(11)</enum><text>Institutionalizing
ongoing robust, independent, and vigorous analysis of data related to foreign threat
networks within and across social media platforms will help counter ongoing information
warfare operations against the United States, its allies, and its
partners.</text></paragraph>

<paragraph commented="no"
id="H9EF6B594C3E045DA842F567A461F366B"><enum>(12)</enum><text>Archiving and disclosing
to the public the results of these analyses by the social media companies and trusted
third-party experts in a transparent manner will serve to demonstrate that the social
media companies are detecting and removing foreign malign activities from their
platforms while protecting the privacy of the people of the United States and will
build public understanding of the scale and scope of these foreign threats to our
democracy, since exposure is one of the most effective means to build
resilience.</text></paragraph></subsection>

<subsection commented="no"
id="H73C52CBD0CE54DA3A8C74D9C401C73A6"><enum>(b)</enum><header>Sense of
Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph commented="no"
id="HFF17B8B70EDC4F819E622C10D010E661"><enum>(1)</enum><text>the social media companies
should cooperate among themselves and with independent organizations and researchers on
a sustained and regular basis to share and analyze data and indicators relevant to
foreign information warfare operations within and across their platforms in order to
detect and counter foreign information warfare operations that threaten the national
security of the United States and its allies and partners;</text></paragraph>

<paragraph id="HBB3C981E728B46ED921071C05597AF0A"><enum>(2)</enum><text display-
inline="yes-display-inline">information from law enforcement and the intelligence
community is also important in assisting efforts by these social media companies to
identify foreign information warfare operations;</text></paragraph>

<paragraph commented="no"
id="H8ADCD065B0004715869914D320DBB36B"><enum>(3)</enum><text>these analytic efforts
should be organized in such a fashion as to meet the highest standards of ethics,
confidentiality, and privacy protection of the people of the United States, while still
allowing timely research access to relevant data;</text></paragraph>

<paragraph commented="no" id="HA0F18DB88F9C49308A74A2C60C9554EC"><enum>(4)</enum><text
display-inline="yes-display-inline">these analytic efforts should be undertaken as soon
as possible to facilitate countering ongoing state or state-backed foreign information

WASHSTATEC016138

warfare operations and to aid in preparations for the United States Presidential and congressional elections in 2020 and beyond;</text></paragraph>

<paragraph commented="no" id="HCE5A6441117044529DEC8402CF96C0AB"><enum>(5)</enum><text>the structure and operations of social media companies make them well positioned to work with independent organizations and researchers to address foreign adversary threat networks within and across their platforms, and these efforts could be conducted without direct Government involvement, direction, or regulation; and</text></paragraph>

<paragraph commented="no" id="HE47962DE6E9F4A0BB879FFA8D3D2F4DE"><enum>(6)</enum><text>if the social media industry fails to take sufficient action to address foreign adversary threat networks operating within or across their platforms, Congress would have to consider additional safeguards for ensuring that this threat is effectively mitigated.</text></paragraph></subsection>

<subsection commented="no" id="H7BD6F81A087D4A8998C37F8CEF806453"><enum>(c)</enum><header>Authority to facilitate establishment of Social Media Data and Threat Analysis Center</header>

<paragraph commented="no" id="HD3CEF42CCC924C7FA974B93612F8DF2C"><enum>(1)</enum><header>Authority</header><text>The Director of National Intelligence, in coordination with the Secretary of Defense, may facilitate, by grant or contract or under an existing authority of the Director, the establishment of a Social Media Data and Threat Analysis Center with the functions described in paragraph (2) at an independent, nonprofit organization.</text></paragraph>

<paragraph commented="no" id="H882415BB30204E5C85CFCDC6EA484555"><enum>(2)</enum><header>Functions</header><text>The functions described in this paragraph are the following:</text>

<subparagraph commented="no" id="H8171148026D4466ABA485BF685B05D4D"><enum>(A)</enum><text>Acting as a convening and sponsoring authority for cooperative social media data analysis of foreign threat networks involving social media companies and third-party experts, nongovernmental organizations, data journalists, Federally funded research and development centers, academic researchers, traditional media, and international counterparts, as appropriate.</text></subparagraph>

<subparagraph commented="no" id="HA1161D35D164403381A0E91567AD5FF7"><enum>(B)</enum><text>Facilitating analysis of foreign influence operation, within and across the individual social media platforms as well as hacking and leaking campaigns, and other tactics, and related unlawful activities that fund or subsidize such operations.</text></subparagraph>

<subparagraph commented="no" id="HAE5CA136F0DE4321A240A5FA3336F3DB"><enum>(C)</enum><text>Developing processes to share information from government entities on foreign influence operations with the individual social media companies to inform threat analysis, and working with the Office of the Director of National Intelligence as appropriate.</text></subparagraph>

<subparagraph commented="no" id="HC835BA3B4CEE412F80D83CDD6033FFD1"><enum>(D)</enum><text>Determining and making public criteria for identifying which companies, organizations, or researchers qualify for inclusion in the activities of the Center, and inviting entities that fit the criteria to join.</text></subparagraph>

<subparagraph commented="no" id="HFF3AB46871C34EE9A3F5291234F29FE6"><enum>(E)</enum><text>Determining jointly with the social media companies what data and metadata related to indicators of foreign adversary threat networks from their platforms and business operations will be made available for access and analysis.</text></subparagraph>

<subparagraph commented="no" id="H2D7A45006A5143F5AB26936F792A93DE"><enum>(F)</enum><text>Developing and making public the criteria and standards that must be met for companies, other organizations, and individual researchers to access and analyze data relating to foreign adversary threat networks within and across social media platforms and publish or otherwise use

WASHSTATEC016139

the results.</text></subparagraph>

<subparagraph commented="no"
id="H9E7CB1ADBD8748FFA2A7CC8397AD5252"><enum>(G)</enum><text>Developing and making
public the ethical standards for investigation of foreign threat networks and use of
analytic results and for protection of the privacy of the customers and users of the
social media platforms and of the proprietary information of the social media
companies.</text></subparagraph>

<subparagraph commented="no"
id="H8B598A14A56A43DC850D420F3D44401F"><enum>(H)</enum><text>Developing technical,
contractual, and procedural controls to prevent misuse of data, including any necessary
auditing procedures, compliance checks, and review mechanisms.</text></subparagraph>

<subparagraph commented="no"
id="H7E1C1BAEBF74483D8097A80FEFA82D9A"><enum>(I)</enum><text>Developing and making
public criteria and conditions under which the Center shall share information with the
appropriate Government agencies regarding threats to national security from, or
violations of the law involving, foreign activities on social media
platforms.</text></subparagraph>

<subparagraph commented="no"
id="H75B8DE1A3B5C4E209B624832FB664FA1"><enum>(J)</enum><text display-inline="yes-
display-inline">Hosting a searchable archive aggregating information related to foreign
influence and disinformation operations to build a collective understanding of the
threats and facilitate future examination consistent with privacy
protections.</text></subparagraph>

<subparagraph id="HD2EA9AE625F6420EB196F0A19F3B48C9"><enum>(K)</enum><text>Developing
data standards to harmonize the sharing of information pursuant to this
paragraph.</text></subparagraph></paragraph></subsection>

<subsection commented="no"
id="H0C673F1B0CCF407FAA525D5E5F65EB9B"><enum>(d)</enum><header>Reporting and
notifications</header><text>If the Director of National Intelligence chooses to use
funds under subsection (c)(1) to facilitate the establishment of the Center, the
Director of the Center shallâ€"</text>

<paragraph commented="no" id="HA6FA0CF55CBC4FBB9BD823628BB55AFD"><enum>(1)</enum><text
display-inline="yes-display-inline">not later than 180 days after the date of the
enactment of this Act, submit to appropriate congressional committees a report
onâ€"</text>

<subparagraph commented="no"
id="HED8BB3E86A3941FCAE088E0270ED8AA2"><enum>(A)</enum><text>the estimated funding
needs of the Center for fiscal year 2021 and for subsequent
years;</text></subparagraph>

<subparagraph commented="no"
id="H19F5E085ACEB4B45B382DD2BB692C4D0"><enum>(B)</enum><text>such statutory protections
from liability as the Director considers necessary for the Center, participating social
media companies, and participating third-party analytical
participants;</text></subparagraph>

<subparagraph commented="no"
id="H428328C6FC5442D98C072D3207F9F6D7"><enum>(C)</enum><text>such statutory penalties
as the Director considers necessary to ensure against misuse of data by researchers;
and</text></subparagraph>

<subparagraph commented="no"
id="HAAD992D435A14EEEBBFAE4E4EF89139A"><enum>(D)</enum><text>such changes to the
Centerâ€™s mission to fully capture broader unlawful activities that intersect with,
complement, or support information warfare tactics;
and</text></subparagraph></paragraph>

<paragraph commented="no"
id="H6E0B10D409F6420CAC4F52E1582EAC5F"><enum>(2)</enum><text>not less frequently than
once each year, submit to the Director of National Intelligence, the Secretary of
Defense, and the appropriate congressional committees a reportâ€"</text>

<subparagraph commented="no"

```
id="H188277F79D404193A4113021134F5BD1"><enum>(A)</enum><text>that assessesâ€"</text>

<clause commented="no"
id="H4954D3369A8D4260979654CABF80A10D"><enum>(i)</enum><text>degree of cooperation and
commitment from the social media companies to the mission of the Center;
and</text></clause>

<clause commented="no" id="H8EBBC59FBCEB4910A15A3FAEEFF71B2D"><enum>(ii)</enum><text
display-inline="yes-display-inline">effectiveness of the Center in detecting and
facilitating the removal or neutralization of clandestine foreign information warfare
operations from social media platforms; and</text></clause></subparagraph>

<subparagraph commented="no"
id="HD6CA9AC73BBC411F81714A9814700644"><enum>(B)</enum><text>includes such
recommendations for legislative or administrative action as the Center considers
appropriate to carry out the functions of the
Center.</text></subparagraph></paragraph></subsection>

<subsection commented="no"
id="H537D7BCA90CE4C0A8EAD3D312EB19673"><enum>(e)</enum><header>Periodic reporting to
the public</header><text>The Director of the Center shallâ€"</text>

<paragraph commented="no"
id="H1BFC37757C8E47FCA7DF911CFA5FACCE"><enum>(1)</enum><text>once each quarter, make
available to the public a report on key trends in foreign influence and disinformation
operations, including any threats to campaigns and elections, to inform the public of
the United States; and</text></paragraph>

<paragraph commented="no"
id="H2928F324D4DF4D2CA3B9DAE36067C40D"><enum>(2)</enum><text>as the Director considers
necessary, provide more timely assessments relating to ongoing disinformation
campaigns.</text></paragraph></subsection>

<subsection commented="no"
id="HBF69AB26D97B47AA895C179A82F7BFB2"><enum>(f)</enum><header>Funding</header><text>Of
the amounts appropriated or otherwise made available to the National Intelligence
Program (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003))
in fiscal year 2020 and 2021, the Director of National Intelligence may use up to
$30,000,000 to carry out this section.</text></subsection>

<subsection commented="no"
id="H3992B227CD62428CA55BEB3DE3B9C244"><enum>(g)</enum><header>Definition of
appropriate congressional committees</header><text>In this section, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<paragraph commented="no"
id="HEE81D905106A4C60929B617107BF031A"><enum>(1)</enum><text>the Committee on Armed
Services of the Senate;</text></paragraph>

<paragraph commented="no"
id="H9B1E68F7545E4C5C943EDDF201FB53A2"><enum>(2)</enum><text>the Committee on Homeland
Security and Governmental Affairs of the Senate;</text></paragraph>

<paragraph commented="no"
id="H5A3A34F56145439E9BDC8ADEFE7C27EA"><enum>(3)</enum><text>the Committee on Foreign
Relations of the Senate;</text></paragraph>

<paragraph commented="no"
id="H73122C3A12924424894D9DA28B37B785"><enum>(4)</enum><text>the Committee on the
Judiciary of the Senate;</text></paragraph>

<paragraph commented="no"
id="HEACB5C38E38C463383CA6BF6BFC2A9CF"><enum>(5)</enum><text>the Select Committee on
Intelligence of the Senate;</text></paragraph>

<paragraph commented="no"
id="H15227ED297EB468F8D19C3B94A64D511"><enum>(6)</enum><text>the Committee on Armed
Services of the House of Representatives;</text></paragraph>

<paragraph commented="no"
id="H32A0D17A77BD400F99EB1B68B58831A9"><enum>(7)</enum><text>the Committee on Homeland
```

```
Security of the House of Representatives;</text></paragraph>

<paragraph commented="no"
id="H321E7A76301A4285A83A7896676DA883"><enum>(8)</enum><text>the Committee on Foreign
Affairs of the House of Representatives;</text></paragraph>

<paragraph commented="no"
id="H208CFF5747274B349661694AF31E9AFA"><enum>(9)</enum><text>the Committee on the
Judiciary of the House of Representatives; and</text></paragraph>

<paragraph commented="no"
id="HD52FACB5ACF4457290092EDC91DDC0DE"><enum>(10)</enum><text>the Permanent Select
Committee on Intelligence of the House of
Representatives.</text></paragraph></subsection></section>

<section id="H1E6EF6D24563496DB5F4A0D05FD60360" section-type="subsequent-section"
display-inline="no-display-inline" commented="no"><enum>5324.</enum><header>Transfer of
National Intelligence University to the Office of the Director of National
Intelligence</header>

<subsection id="H5020B6B3713B4B488DDA9E606B04B872"
commented="no"><enum>(a)</enum><header>Transfer</header><text display-inline="yes-
display-inline">Upon the submission of the joint certifications under subsection
(b)(1), the Secretary of Defense and the Director of National Intelligence shall take
such actions that the Director determines necessary to transfer the National
Intelligence University from the Defense Intelligence Agency to the Director of
National Intelligence.</text></subsection>

<subsection id="HE29C1DB4A9DC461DA18566E2F9CD34E8"
commented="no"><enum>(b)</enum><header>Joint certifications</header>

<paragraph id="H668CEB3E9B64486FB91399241C06A18D"
commented="no"><enum>(1)</enum><header>Requirement</header><text display-inline="yes-
display-inline">Except as provided by paragraph (2), as soon as practicable after the
date of the enactment of this Act, but not later than 18 months after the date of such
enactment, the Secretary of Defense and the Director of National Intelligence shall
jointly submit to the appropriate congressional committees written certifications of
each of the following:</text>

<subparagraph id="HE0C4F7336D304CFEAA04725A982B2CB7" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">The Middle
States Commission on Higher Education has provided regional academic accreditation for
the National Intelligence University before the date of the certification, or will
provide such academic accreditation as of the date on which the University is
transferred under subsection (a).</text></subparagraph>

<subparagraph id="H1714107773244528B73DDCD84A5CFBDF" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">Members of
the Armed Forces attending the University will be eligible to receive credit for Phase
I joint professional military education.</text></subparagraph>

<subparagraph id="H06108237744344118A06DAAD4B069880" commented="no" display-inline="no-
display-inline"><enum>(C)</enum><text display-inline="yes-display-inline">The Secretary
of Education has informed the Director of National Intelligence that the Secretary has
recommended approval of the degrees to be conferred pursuant to subsection (e)(2) or
will provide such recommended approval as of the date on which the University is
transferred under subsection (a).</text></subparagraph>

<subparagraph id="H3A14DE8D1BD9424881FBA9B4EFD37E5B" commented="no" display-inline="no-
display-inline"><enum>(D)</enum><text display-inline="yes-display-inline">The Director
of National Intelligence, in collaboration with the Secretary of Defense, has
established an appropriate governance model for the University.</text></subparagraph>

<subparagraph id="H28EEF4FB9AA44FD0A626BCD94320F54C" commented="no" display-inline="no-
display-inline"><enum>(E)</enum><text display-inline="yes-display-inline">The Secretary
of Defense shall use the University to provide personnel of the Department of Defense
with advanced intelligence education.</text></subparagraph></paragraph>

<paragraph id="H50CCC54A3A4C4A548244BC7FEA2938E1"
commented="no"><enum>(2)</enum><header>Failure to certify</header>
```

```
<subparagraph id="H67B5DD2A00294A149AC00420E68E38A9"
commented="no"><enum>(A)</enum><header>Actions required</header><text>If the Secretary
of Defense and the Director of National Intelligence fail to submit the certifications
under paragraph (1) by the date specified in such paragraph, the Secretary and the
Director shallâ€"</text>

<clause id="H700CD153896743D18EEC894484DDD57B"
commented="no"><enum>(i)</enum><text>jointly submit to the appropriate congressional
committees a report on such failure by not later than 21 months after the date of the
enactment of this Act; and</text></clause>

<clause id="H75E49EAB87504AEA9FAFF6A29281DBD5"
commented="no"><enum>(ii)</enum><text>jointly submit such certifications as soon as
practicable.</text></clause></subparagraph>

<subparagraph id="HB6AEBFE56BD944FF8E59C81A81719927"
commented="no"><enum>(B)</enum><header>Contents of report</header><text>The report
under subparagraph (A)(i) shall contain the following:</text>

<clause id="HA0EA77D01DF0449FA9A27C6C26AFE716" commented="no"><enum>(i)</enum><text
display-inline="yes-display-inline">A description of the progress made toward
fulfilling the conditions described in such paragraph as of the date of the
report.</text></clause>

<clause id="H657822AA9565479B8E72672871B68440" commented="no"><enum>(ii)</enum><text>A
description of any obstacles preventing the fulfillment of such
conditions.</text></clause>

<clause id="H298A9D67DDA64E75AC770E6D661B78A0"
commented="no"><enum>(iii)</enum><text>The estimated dates of completion for the
fulfillment of such conditions and the submission of the
certifications.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HBA711022464D4D09A213ACA5ABACB5DF"
commented="no"><enum>(c)</enum><header>Briefing</header><text display-inline="yes-
display-inline">Not later than 90 days after the date of the enactment of this Act, the
Director of National Intelligence, the Director of the Defense Intelligence Agency, and
the President of the National Intelligence University shall jointly provide to the
appropriate congressional committees a briefing on the plan to carry out the transfer
under subsection (a), including with respect toâ€"</text>

<paragraph id="HEC061BFC203E49688A839DB9C45B583B"
commented="no"><enum>(1)</enum><text>ensuring the provision of services to all elements
of the intelligence community;</text></paragraph>

<paragraph id="H218387DB1CFD4E028B53312D9CBB916E"
commented="no"><enum>(2)</enum><text>employing a military cadre at the University;
and</text></paragraph>

<paragraph id="H401028E8AA574982BD842412CEC4FC6B" commented="no"><enum>(3)</enum><text
display-inline="yes-display-inline">addressing the current accreditation status of the
National Intelligence University with the Middle States Commission on Higher
Education.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H18674E958BD8490DA578DC55EE7B2FCC"><enum>(d)</enum><header display-inline="yes-
display-inline">Cost estimates of transfer</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HA136C47821154AD7B68A21B072B759E4"><enum>(1)</enum><header display-inline="yes-
display-inline">Requirement</header><text display-inline="yes-display-inline">Not later
than 90 days after the date of the enactment of this Act, the Secretary of Defense and
the Director of National Intelligence shall jointly submit to the appropriate
congressional committees an estimate ofâ€"</text>

<subparagraph id="HB76DE0AACFF6479FB1D3A00BF2128DC5"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">the annual
costs of operating the National Intelligence University; and</text></subparagraph>

<subparagraph id="H600CCEE8067E4CDCB892398DA9F94BF7"
commented="no"><enum>(B)</enum><text>the costs to the Federal Government of
```

WASHSTATEC016143

```
transferring the National Intelligence University to the Director of National
Intelligence.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H745CE41A1D1E48CD9D07321FF2CC1997"><enum>(2)</enum><header display-inline="yes-
display-inline">Inclusion of indirect costs</header><text display-inline="yes-display-
inline">The estimate submitted under paragraph (1) shall include all indirect costs,
including with respect to human resources, security, facilities, and information
technology.</text></paragraph></subsection>

<subsection id="H7BD55D83936D49A786CF1BD7E25BF0EE" display-inline="no-display-inline"
commented="no"><enum>(e)</enum><header>Degree-granting authority</header>

<paragraph id="H3A1C7F21ADBD4C5F8E2CB6D1F76C0545"
commented="no"><enum>(1)</enum><header>Regulations</header><text display-inline="yes-
display-inline">Beginning on the date on which the National Intelligence University is
transferred under subsection (a), under regulations prescribed by the Director of
National Intelligence, the President of the National Intelligence University may, upon
the recommendation of the faculty of the University, confer appropriate degrees upon
graduates who meet the degree requirements.</text></paragraph>

<paragraph
id="HF48F0ACAF0A142838DD8690EA69A9A47"><enum>(2)</enum><header>Limitation</header><text
display-inline="yes-display-inline">A degree may not be conferred under this section
unlessâ€"</text>

<subparagraph id="HA69920A5184C46F39E5336F56B51685E"><enum>(A)</enum><text display-
inline="yes-display-inline">the Secretary of Education has recommended approval of the
degree in accordance with the Federal Policy Governing Granting of Academic Degrees by
Federal Agencies; and</text></subparagraph>

<subparagraph id="H7A592C263B394676A66004A8AAF441F4"><enum>(B)</enum><text display-
inline="yes-display-inline">the University is accredited by the appropriate civilian
academic accrediting agency or organization to award the degree, as determined by the
Secretary of Education.</text></subparagraph></paragraph></subsection>

<subsection id="HF41305C3E0BF4B639E29DCCD8D8569C0" display-inline="no-display-inline"
commented="no"><enum>(f)</enum><header>Congressional notification requirements</header>

<paragraph id="H8D214AC5738C46289ED24E6FBBB7AC53"
commented="no"><enum>(1)</enum><header>Actions on nonaccreditation</header><text
display-inline="yes-display-inline">Beginning on the date on which the National
Intelligence University is transferred under subsection (a), the Director of National
Intelligence shall promptlyâ€"</text>

<subparagraph id="H372D142C54494F018AC3BC4D4EF07292"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">notify the
congressional intelligence committees of any action by the Middle States Commission on
Higher Education, or other appropriate academic accrediting agency or organization, to
not accredit the University to award any new or existing degree;
and</text></subparagraph>

<subparagraph id="HC128412592F74F9EB33F3E8EC818978D"
commented="no"><enum>(B)</enum><text>submit to such committees a report containing an
explanation of any such action.</text></subparagraph></paragraph>

<paragraph id="H903DBBEC43184429A08ED474087A464D"
commented="no"><enum>(2)</enum><header>Modification or redesignation of degree-granting
authority</header><text display-inline="yes-display-inline">Beginning on the date on
which the National Intelligence University is transferred under subsection (a), upon
any modification or redesignation of existing degree-granting authority, the Director
shall submit to the congressional intelligence committees a report containing the
rationale for the proposed modification or redesignation and any subsequent
recommendation of the Secretary of Education with respect to the proposed modification
or redesignation.</text></paragraph></subsection>

<subsection id="H883D7C87DB5F489DAF87AB64120CB46D" display-inline="no-display-inline"
commented="no"><enum>(g)</enum><header>Conforming repeal</header>

<paragraph id="H97DECD9BC61B4D4A8868AFF85959E540"
commented="no"><enum>(1)</enum><header>In general</header><text>Section 2161 of title
```

```
10, United States Code, is repealed, and the table of sections at the beginning of
chapter 108 of such title is amended by striking the item relating to such section
2161.</text></paragraph>

<paragraph id="HF7C8626983334CC0A339524429DCFADC"
commented="no"><enum>(2)</enum><header>Effective date</header><text display-
inline="yes-display-inline">The amendments made by paragraph (1) shall take effect on
the date on which the Secretary of Defense and the Director of National Intelligence
jointly submit the joint certifications under subsection (b)(1). The Secretary and the
Director shall jointly notify the Law Revision Counsel of the House of Representatives
of the submission of the certifications so that the Law Revision Counsel may execute
the amendments made by paragraph (1).</text></paragraph></subsection>

<subsection
id="H36CEAECA59974885A094690EAFF7E0A0"><enum>(h)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="HB2D6335429CC4830A46A19344C036886" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><header display-inline="yes-display-inline">Appropriate
congressional committees</header><text display-inline="yes-display-inline">The term
<term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HD9CC71B4C840441CBF358F101708B87C" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">the
congressional intelligence committees; and</text></subparagraph>

<subparagraph id="H2860F0F9D4AF4DBCA3A99B226E870DFB" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">the
Committees on Armed Services of the Senate and House of
Representatives.</text></subparagraph></paragraph>

<paragraph id="H2244871BD26E4E62B8E0CC3CA84D8DCE"><enum>(2)</enum><header>Phase I joint
professional military education</header><text display-inline="yes-display-inline">The
term <quote>Phase I joint professional military education</quote> has the meaning given
that term pursuant to section 2154 of title 10, United States
Code.</text></paragraph></subsection></section></subtitle>

<subtitle commented="no" id="HC3B67608FB7648299F442FF572629969" level-type="subsequent"
style="OLC"><enum>C</enum><header display-inline="yes-display-inline">Inspector General
of the Intelligence Community</header>

<section commented="no" display-inline="no-display-inline"
id="HEFCD83129CFD419EABC8398C199C455C" section-type="subsequent-
section"><enum>5331.</enum><header display-inline="yes-display-
inline">Definitions</header><text display-inline="no-display-inline">In this
subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HD7EC3A68DA1540F694E533DAF1C47031"><enum>(1)</enum><header display-inline="yes-
display-inline">Whistleblower</header><text display-inline="yes-display-inline">The
term <term>whistleblower</term> means a person who makes a whistleblower
disclosure.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4346CECCDFDB4A2EBF65471B93C40A35"><enum>(2)</enum><header display-inline="yes-
display-inline">Whistleblower disclosure</header><text display-inline="yes-display-
inline">The term <term>whistleblower disclosure</term> means a disclosure that is
protected under section 1104 of the National Security Act of 1947 (50 U.S.C. 3234) or
section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50
U.S.C. 3341(j)).</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HEAEFD8763F894527888D6AE19A9D9500" section-type="subsequent-
section"><enum>5332.</enum><header display-inline="yes-display-inline">Inspector
General external review panel</header>

<subsection commented="no" display-inline="no-display-inline"
id="H9A3D98D099DB45CB8B2454E5A70BC06B"><enum>(a)</enum><header display-inline="yes-
display-inline">Authority to convene external review panels</header>

<paragraph commented="no" display-inline="no-display-inline"
```

```
id="H7F3D3CD883894F35874998DE6C452576"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Title XI
of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section
6718, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H0A0631527D99435CB747F4B698A5FC78"
style="OLC">

<section commented="no" display-inline="no-display-inline"
id="H9968FA22A9404EB9BA6893E10EEAB322" section-type="subsequent-
section"><enum>1106.</enum><header display-inline="yes-display-inline">Inspector
General external review panel</header>

<subsection commented="no" display-inline="no-display-inline"
id="HCC5ECB984B9F4B268140E060CC37A3A8"><enum>(a)</enum><header display-inline="yes-
display-inline">Request for review</header><text display-inline="yes-display-inline">An
individual with a claim described in subsection (b) may submit to the Inspector General
of the Intelligence Community a request for a review of such claim by an external
review panel convened under subsection (c).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBACD638699064473BD472BD5D4FBF798"><enum>(b)</enum><header display-inline="yes-
display-inline">Claims and individuals described</header><text display-inline="yes-
display-inline">A claim described in this subsection is anyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HA0D95D365AC84F2D9D29AB15791EF923"><enum>(1)</enum><text display-inline="yes-
display-inline">claim by an individualâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6AAFEA827D6F490EA88895FB8D8F84DE"><enum>(A)</enum><text display-inline="yes-
display-inline">that the individual has been subjected to a personnel action that is
prohibited under section 1104; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8C14D704F5044E6FBCFAE187C273F118"><enum>(B)</enum><text display-inline="yes-
display-inline">who has exhausted the applicable review process for the claim pursuant
to enforcement of such section; or</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H47DD153C46554D77A8408578B77D6364"><enum>(2)</enum><text display-inline="yes-
display-inline">claim by an individualâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1291445303404C209ADD57DD7CE33532"><enum>(A)</enum><text display-inline="yes-
display-inline">that he or she has been subjected to a reprisal prohibited by paragraph
(1) of section 3001(j) of the Intelligence Reform and Terrorism Prevention Act of 2004
(50 U.S.C. 3341(j)); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBE585CA6986B4079827E6B3F5B056428"><enum>(B)</enum><text display-inline="yes-
display-inline">who received a decision on an appeal regarding that claim under
paragraph (4) of such section.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H8683ABBC3B0F41EABBAC7223CB3DAB53"><enum>(c)</enum><header display-inline="yes-
display-inline">External review panel convened</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HE36FABAC589A47B8A1ACD3C92F4BEA51"><enum>(1)</enum><header display-inline="yes-
display-inline">Discretion to convene</header><text display-inline="yes-display-
inline">Upon receipt of a request under subsection (a) regarding a claim, the Inspector
General of the Intelligence Community may, at the discretion of the Inspector General,
convene an external review panel under this subsection to review the
claim.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3166416766654EBA949C70D7711CB44B"><enum>(2)</enum><header display-inline="yes-
display-inline">Membership</header>

<subparagraph commented="no" display-inline="no-display-inline"
```

```
id="HD41D3CE7324140038ED6EFE878FF7963"><enum>(A)</enum><header display-inline="yes-
display-inline">Composition</header><text display-inline="yes-display-inline">An
external review panel convened under this subsection shall be composed of three members
as follows:</text>

<clause commented="no" display-inline="no-display-inline"
id="H7102BC0FE06049DD993B49E20ACF340D"><enum>(i)</enum><text display-inline="yes-
display-inline">The Inspector General of the Intelligence Community.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H42F6A71EB11D4C378874EB315E1E6EEA"><enum>(ii)</enum><text display-inline="yes-
display-inline">Except as provided in subparagraph (B), two members selected by the
Inspector General as the Inspector General considers appropriate on a case-by-case
basis from among inspectors general of the following:</text>

<subclause commented="no" display-inline="no-display-inline"
id="HC96A3C939FB74A0DA79CE7FE95DE19CB"><enum>(I)</enum><text display-inline="yes-
display-inline">The Department of Defense.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H8BE2DBCA607843E4BE511825C19C91E9"><enum>(II)</enum><text display-inline="yes-
display-inline">The Department of Energy.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HD7EAAB43634D4D22BF488355951EAD3F"><enum>(III)</enum><text display-inline="yes-
display-inline">The Department of Homeland Security.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H90804AD4186147AB881BA5D6F32811F6"><enum>(IV)</enum><text display-inline="yes-
display-inline">The Department of Justice.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HACD45756738D4560B582A40805EA4635"><enum>(V)</enum><text display-inline="yes-
display-inline">The Department of State.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H838AD8237C324B9884F3EEBE8BB18C68"><enum>(VI)</enum><text display-inline="yes-
display-inline">The Department of the Treasury.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HE64DF85BFBB541ED95030B0166C18C88"><enum>(VII)</enum><text display-inline="yes-
display-inline">The Central Intelligence Agency.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HBBBD943EFF73483EA30D7B8610C1808E"><enum>(VIII)</enum><text display-inline="yes-
display-inline">The Defense Intelligence Agency.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H0067BF4614954D8CA227963A817E6ACD"><enum>(IX)</enum><text display-inline="yes-
display-inline">The National Geospatial-Intelligence Agency.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H4BFF4972E43644BA883E7E523BCFC380"><enum>(X)</enum><text display-inline="yes-
display-inline">The National Reconnaissance Office.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HCDA223618549401D9C9022721F43AC57"><enum>(XI)</enum><text display-inline="yes-
display-inline">The National Security
Agency.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H33FD289AEF6046CBAB9E95DBD208F416"><enum>(B)</enum><header display-inline="yes-
display-inline">Limitation</header><text display-inline="yes-display-inline">An
inspector general of an agency may not be selected to sit on the panel under
subparagraph (A)(ii) to review any matter relating to a decision made by such
agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD91D748EB6F84CA18858ABAA3C1EF799"><enum>(C)</enum><header display-inline="yes-
display-inline">Chairperson</header>

<clause commented="no" display-inline="no-display-inline"
```

id="H1D2872F3F67E4189BBF54ABF6B12D528"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Except as provided in clause (ii), the chairperson of any panel convened under this subsection shall be the Inspector General of the Intelligence Community.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2B332C370BF54440AE32DB213C25F621"><enum>(ii)</enum><header display-inline="yes-display-inline">Conflicts of interest</header><text display-inline="yes-display-inline">If the Inspector General of the Intelligence Community finds cause to recuse himself or herself from a panel convened under this subsection, the Inspector General of the Intelligence Community shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H5040F7FEAFAA4A96B608E85983901CDF"><enum>(I)</enum><text display-inline="yes-display-inline">select a chairperson from inspectors general of the elements listed under subparagraph (A)(ii) whom the Inspector General of the Intelligence Community considers appropriate; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HB25E76A72BAB4456B4256096EA26B901"><enum>(II)</enum><text display-inline="yes-display-inline">notify the congressional intelligence committees of such selection.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H27E565C51C44447BB56AD2A3906418F1"><enum>(3)</enum><header display-inline="yes-display-inline">Period of review</header><text display-inline="yes-display-inline">Each external review panel convened under this subsection to review a claim shall complete review of the claim no later than 270 days after the date on which the Inspector General convenes the external review panel.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEC31F0EDA35143BA9A62F8E2890813BA"><enum>(d)</enum><header display-inline="yes-display-inline">Remedies</header>

<paragraph commented="no" display-inline="no-display-inline" id="H96CFC86697444239BF19C74527BB6324"><enum>(1)</enum><header display-inline="yes-display-inline">Panel recommendations</header><text display-inline="yes-display-inline">If an external review panel convened under subsection (c) determines, pursuant to a review of a claim submitted by an individual under subsection (a), that the individual was the subject of a personnel action prohibited under section 1104 or was subjected to a reprisal prohibited by section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)(1)), the panel may recommend that the agency head take corrective actionâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H29CE0750A9AB4009A251546F52B9177B"><enum>(A)</enum><text display-inline="yes-display-inline">in the case of an employee or former employeeâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H10682E8D6AF64A8E84BE127DC29A8179"><enum>(i)</enum><text display-inline="yes-display-inline">to return the employee or former employee, as nearly as practicable and reasonable, to the position such employee or former employee would have held had the reprisal not occurred; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HA6271038C9E44620BB73DC0D209B57B9"><enum>(ii)</enum><text display-inline="yes-display-inline">reconsider the employee's or former employee's eligibility for access to classified information consistent with national security; or</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H079B74376A954DE3BDC598057CF19CA4"><enum>(B)</enum><text display-inline="yes-display-inline">in any other case, such other action as the external review panel considers appropriate.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H025F17C154964B3F90CD2EC4AA26C372"><enum>(2)</enum><header display-inline="yes-display-inline">Agency action</header>

<subparagraph commented="no" display-inline="no-display-inline"

```
id="HECD46760E75543DD957BEC17947A550C"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 90 days after the date on which the head of an agency receives a recommendation
from an external review panel under paragraph (1), the head shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H71DF37E37C5242FBA2BB63D0A8D3CA9A"><enum>(i)</enum><text display-inline="yes-
display-inline">give full consideration to such recommendation; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H786C683548B345BEB31B7CA9E56CF917"><enum>(ii)</enum><text display-inline="yes-
display-inline">inform the panel and the Director of National Intelligence of what
action the head has taken with respect to the
recommendation.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF0C3C13D8F6B494E8022CBE7C41FC853"><enum>(B)</enum><header display-inline="yes-
display-inline">Failure to inform</header><text display-inline="yes-display-inline">The
Director shall notify the President of any failures to comply with subparagraph
(A)(ii).</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB455B9D4F0D14FC8AAA69A6BD7BF2FD6"><enum>(e)</enum><header display-inline="yes-
display-inline">Annual reports</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H454510C6A4EC4A2CBACE35AB241B73E0"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not less
frequently than once each year, the Inspector General of the Intelligence Community
shall submit to the congressional intelligence committees and the Director of National
Intelligence a report on the activities under this section during the previous
year.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE38DF45EB6664288BA166D97FE70759A"><enum>(2)</enum><header display-inline="yes-
display-inline">Contents</header><text display-inline="yes-display-inline">Subject to
such limitations as the Inspector General of the Intelligence Community considers
necessary to protect the privacy of an individual who has made a claim described in
subsection (b), each report submitted under paragraph (1) shall include, for the period
covered by the report, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HCB7A848B762D422492E3584DEDC0302A"><enum>(A)</enum><text display-inline="yes-
display-inline">The determinations and recommendations made by the external review
panels convened under this section.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H74A3BDF6B53A49E4B9A28959FD39680A"><enum>(B)</enum><text display-inline="yes-
display-inline">The responses of the heads of agencies that received recommendations
from the external review
panels.</text></subparagraph></paragraph></subsection></section><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD5308B37421E4917B8D1BDCDE7776FC3"><enum>(2)</enum><header display-inline="yes-
display-inline">Table of contents amendment</header><text display-inline="yes-display-
inline">The table of contents in the first section of the National Security Act of
1947, as amended by section 6718, is amended by adding at the end the following new
item:</text>

<quoted-block display-inline="no-display-inline" id="H398C171A2DE446B69F35A0AF767CB2A5"
style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 1106. Inspector General external review
panel.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB8280BD613F24FF3BBFDB1FDCD859522"><enum>(b)</enum><header display-inline="yes-
```

display-inline">Recommendation on addressing whistleblower appeals relating to reprisal
complaints against inspectors general</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H378B4B572EB640E0AF96A2ACB3278D44"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Inspector General of the
Intelligence Community, in consultation with the Intelligence Community Inspectors
General Forum, shall submit to the congressional intelligence committees a
recommendation on how to ensure thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HCB6EBE034261461783C49D01B7EEF2AE"><enum>(A)</enum><text display-inline="yes-
display-inline">a whistleblower in the intelligence community who has a complaint
against an inspector general in the intelligence community and who alleges a reprisal,
has available the adjudication and review provided under section 1104 of the National
Security Act of 1947 (50 U.S.C. 3234); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5CCE8A912ED44C41BDBF4DB2E17E6FAC"><enum>(B)</enum><text display-inline="yes-
display-inline">any such whistleblower who has exhausted the applicable review process
may request an external review panel and receive one, at the discretion of the
Inspector General of the Intelligence Community.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5817D3A88FCE460E8A9072F0BA2E1DB8"><enum>(2)</enum><header display-inline="yes-
display-inline">Contents</header><text display-inline="yes-display-inline">The
recommendation submitted pursuant to paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEA320A6C71424344B4409B79E85A745B"><enum>(A)</enum><text display-inline="yes-
display-inline">A discussion of whether and to what degree section 1106 of the National
Security Act of 1947, as added by subsection (a)(1), provides appropriate authorities
and mechanisms to provide an external review panel as described in paragraph (1) of
this subsection and for the purposes described in such paragraph.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD78A0B7E5CB84AE1A477928C92D24658"><enum>(B)</enum><text display-inline="yes-
display-inline">Such recommendations for legislative or administrative action as the
Inspector General may have with respect to providing an external review panel as
described in paragraph (1) and for the purposes described in such
paragraph.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H814045AA8750430E8616D445A8245DEF" section-type="subsequent-
section"><enum>5333.</enum><header display-inline="yes-display-inline">Harmonization of
whistleblower processes and procedures</header>

<subsection commented="no" display-inline="no-display-inline"
id="H4719AF3BA7874C5BAED88212FB8062E2"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 1 year after the date of the enactment of this Act, the Inspector General of the
Intelligence Community, in coordination with the Intelligence Community Inspectors
General Forum, shall develop recommendations, applicable to all inspectors general of
elements of the intelligence community, regarding the harmonization, where appropriate,
of instructions, policies, and directives relating to processes, procedures, and
timelines for claims and appeals relating to allegations of personnel actions
prohibited under section 1104 of the National Security Act of 1947 or reprisals
prohibited under section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention
Act of 2004 (50 U.S.C. 3341(j)(1)).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB9C0F242F1EA42219957B3A140C37109"><enum>(b)</enum><header display-inline="yes-
display-inline">Transparency and protection</header><text display-inline="yes-display-
inline">In developing recommendations under subsection (a), the Inspector General of
the Intelligence Community shall make efforts to maximize transparency and protect
whistleblowers.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD5B5B981A3194CF498D8DF0257C0C299" section-type="subsequent-

section"><enum>5334.</enum><header display-inline="yes-display-inline">Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters</header>

<subsection id="HD40CCF3ACD93423FAFFF4A63F50F03C1"><enum>(a)</enum><header>System for notification of information relating to complaints by whistleblowers within the intelligence community</header><text>Subject to subsection (b), not later than 1 year after the date of the enactment of this Act, the Inspector General of the Intelligence Community, in consultation with the Intelligence Community Inspectors General Forum, shall establish a system whereby the Inspector General of the Intelligence Community is notified in near real time of the following:</text>

<paragraph id="HBF250F6DAF0C4F2B893EDAFBB6D2C93B"><enum>(1)</enum><text>Submission of complaints by whistleblowers to inspectors general of elements of the intelligence community relating to the programs and activities under the jurisdiction of the Director of National Intelligence, and information related to such complaints.</text></paragraph>

<paragraph id="H92719E826B604F75A4473085B9CA4D4C"><enum>(2)</enum><text>Actions taken by an inspector general of an element of the Intelligence Community relating to such complaints.</text></paragraph></subsection>

<subsection id="H77504ECCEDBE485B8A0411BB43B99C5E"><enum>(b)</enum><header>Policies for implementation</header>

<paragraph id="HBF74B0E649E44BC49880DF0E9EE19304"><enum>(1)</enum><header>In general</header><text>The system established under subsection (a) may not be implemented until the Inspector General of the Intelligence Community, in consultation with the Intelligence Community Inspectors General Forum, has developed and released to each of the inspectors general of the elements of the intelligence community written policies regarding the implementation of such subsection.</text></paragraph>

<paragraph id="H5393581963FC4E42A369909DFE4726E5"><enum>(2)</enum><header>Requirements</header><text>The policies required by paragraph (1) shallâ€"</text>

<subparagraph id="HA31D4A97AE8443C28E54A0A8D30213C0"><enum>(A)</enum><text>protect the privacy of whistleblowers, including by preventing dissemination without the consent of the whistleblower, of any information submitted previously by a whistleblower to an inspector general of an element of the intelligence community; and</text></subparagraph>

<subparagraph id="HC0C7D8D9773D4F3F839D79DCBCD96426"><enum>(B)</enum><text>ensure compliance with the requirements of subsection (a), whileâ€"</text>

<clause id="H83414992497744A49BE13CDCB2ACF700"><enum>(i)</enum><text>ensuring that the Inspector General of the Intelligence Community can oversee whistleblower policies and practices and identify matters that, in the judgment of the Inspector General of the Intelligence Community, may be the subject of an investigation, inspection, audit, or review by the Inspector General of the Intelligence Community; and</text></clause>

<clause id="H603EC1242AFE43ACA8144186476A771E"><enum>(ii)</enum><text>avoiding the imposition of inappropriate resource burdens on inspectors general of elements of the intelligence community.</text></clause></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H6060BF867C9C432AA2911B4AEB668D3F" section-type="subsequent-section"><enum>5335.</enum><header display-inline="yes-display-inline">Report on cleared whistleblower attorneys</header>

<subsection commented="no" display-inline="no-display-inline" id="H38D94B8DA0DD4F25AFC28448711CCCDA"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence shall, in coordination with the Inspector General of the Intelligence Community and the Intelligence Community Inspectors General Forum, submit to the congressional intelligence committees a report on access to cleared attorneys by whistleblowers in the intelligence community.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"

```
id="H186AF940266F4056A9E6E7D79BE80427"><enum>(b)</enum><header display-inline="yes-
display-inline">Contents</header><text display-inline="yes-display-inline">The report
submitted pursuant to subsection (a) shall include the following with respect to the 3-
year period preceding the date of the report:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H5143C798E10D4735A055E0745D333176"><enum>(1)</enum><text display-inline="yes-
display-inline">The number of whistleblowers in the intelligence community who
requested, through formal submission or verbal request, to retain a cleared attorney
and at what stage they requested an attorney.</text></paragraph>

<paragraph id="H182D0CF14C6B4CC0817ACC8400425E20" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">The number of
such limited security agreements approved, rejected, or pending.</text></paragraph>

<paragraph id="H2D95B31D2950421293F3109B93219BC4" commented="no" display-inline="no-
display-inline"><enum>(3)</enum><text display-inline="yes-display-inline">The scope and
clearance levels of such limited security agreements.</text></paragraph>

<paragraph id="HB009FE24052F4671953396A90D4E37DC" commented="no" display-inline="no-
display-inline"><enum>(4)</enum><text display-inline="yes-display-inline">The number of
such whistleblowers represented by cleared counsel.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCA6BE08C88894A4C943E6DF7CCC7FFD3"><enum>(5)</enum><text display-inline="yes-
display-inline">Recommendations for legislative or administrative action to ensure that
whistleblowers in the intelligence community have access to cleared attorneys,
including improvements to the limited security agreement process and such other options
as the Inspector General of the Intelligence Community considers
appropriate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H74B9E87E097843EEAE8CA74A187912D7"><enum>(c)</enum><header display-inline="yes-
display-inline">Survey</header><text display-inline="yes-display-inline">The Inspector
General of the Intelligence Community shall ensure that the report submitted under
subsection (a) is based onâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H378CF7A8577A40E0B685358F17F2CDEB"><enum>(1)</enum><text display-inline="yes-
display-inline">data from a survey of whistleblowers whose identity may be shared, as
appropriate, with the Inspector General of the Intelligence Community by means of the
system established pursuant to section 5334;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H98EA46DCA1CF46759B84728DFDD9BBC9"><enum>(2)</enum><text display-inline="yes-
display-inline">information obtained from the inspectors general of the intelligence
community; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6D5F411748734E09806311A1AE115D02"><enum>(3)</enum><text display-inline="yes-
display-inline">information from such other sources as may be identified by the
Inspector General of the Intelligence
Community.</text></paragraph></subsection></section></subtitle>

<subtitle id="HB73E1AB5EBBA48D399F6FC41C7AF7B29"><enum>D</enum><header>Central
Intelligence Agency</header>

<section id="H3F8158894A2B4F8EB8DF7CCCA065C682"
commented="no"><enum>5341.</enum><header>Clarification of certain authority of the
Central Intelligence Agency</header><text display-inline="no-display-inline">Section
8(a)(1) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3510(a)(1)) is
amended by inserting before <quote>rental of</quote> the following: <quote>payment of
death benefits in cases in which the circumstances of the death of an employee of the
Agency, a detailee of the Agency or other employee of another department or agency of
the Federal Government assigned to the Agency, or an individual affiliated with the
Agency (as determined by the Director), is not covered by section 11, other similar
provisions of Federal law, or any regulation issued by the Director providing death
benefits, but that the Director determines such payment
appropriate;</quote>.</text></section></subtitle></title>
```

WASHSTATEC016152

```
<title id="H0630CFC8136247158B3446BB86FAE07B"><enum>LIV</enum><header>Security
clearances</header>

<section commented="no" display-inline="no-display-inline"
id=HDC16D81968F146FBB7BC7DFB379CD295" section-type="subsequent-
section"><enum>5401.</enum><header display-inline="yes-display-inline">Improving
visibility into the security clearance process</header>

<subsection commented="no" display-inline="no-display-inline"
id=HD584FB1E1FD44EA99AC4EB9AFB901A66"><enum>(a)</enum><header display-inline="yes-
display-inline">Definition of Security Executive Agent</header><text display-
inline="yes-display-inline">In this section, the term <term>Security Executive
Agent</term> means the officer serving as the Security Executive Agent pursuant to
section 803 of the National Security Act of 1947, as added by section
6605.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id=HD262576CA3494D3B9A38F4C29DDA1C77"><enum>(b)</enum><header display-inline="yes-
display-inline">Policy required</header><text display-inline="yes-display-inline">Not
later than 90 days after the date of the enactment of this Act, the Security Executive
Agent shall issue a policy that requires the head of each Federal agency to create, not
later than December 31, 2023, an electronic portal that can be used by human resources
personnel and applicants for security clearances to view information about the status
of an application for a security clearance and the average time required for each phase
of the security clearance process.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H793AA16146154AB18D9D846751D6262E" section-type="subsequent-
section"><enum>5402.</enum><header display-inline="yes-display-inline">Making certain
policies and execution plans relating to personnel clearances available to industry
partners</header>

<subsection commented="no" display-inline="no-display-inline"
id="H5508B2806FAA4ED384D6E7DA89C6C129"><enum>(a)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H79472682D44C4D9FA11ADF2BB90271B1"><enum>(1)</enum><header display-inline="yes-
display-inline">Security Executive Agent</header><text display-inline="yes-display-
inline">The term <term>Security Executive Agent</term> means the officer serving as the
Security Executive Agent pursuant to section 803 of the National Security Act of 1947,
as added by section 6605.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H312E9C0BCD3F4666A36736CAB380F733"><enum>(2)</enum><header display-inline="yes-
display-inline">Appropriate industry partner</header><text display-inline="yes-display-
inline">The term <term>appropriate industry partner</term> means a contractor,
licensee, or grantee (as defined in section 101(a) of Executive Order 12829 (50 U.S.C.
3161 note; relating to National Industrial Security Program), as in effect on the day
before the date of the enactment of this Act) that is participating in the National
Industrial Security Program established by such Executive
Order.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HB2F1B171E59A4A209FBACE899411CDAC"><enum>(b)</enum><header display-inline="yes-
display-inline">Sharing of policies and plans required</header><text display-
inline="yes-display-inline">Each head of a Federal agency shall share policies and
plans relating to security clearances with appropriate industry partners directly
affected by such policies and plans in a manner consistent with the protection of
national security as well as the goals and objectives of the National Industrial
Security Program administered pursuant to Executive Order 12829 (50 U.S.C. 3161 note;
relating to the National Industrial Security Program).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0EDA3DAA65624238B1865663E3A7AAB4"><enum>(c)</enum><header display-inline="yes-
display-inline">Development of policies and procedures required</header><text display-
inline="yes-display-inline">Not later than 90 days after the date of the enactment of
this Act, the Security Executive Agent and the Director of the National Industrial
```

Security Program shall jointly develop policies and procedures by which appropriate industry partners with proper security clearances and a need to know can have appropriate access to the policies and plans shared pursuant to subsection (b) that directly affect those industry partners.</text></subsection></section></title>

<title id="HB24532E7193E493CB985C5BF7EA6CE86"><enum>LV</enum><header>Matters relating to foreign countries</header>

<subtitle id="H8A63699D5B0D4C7BAC086549C4E6CE8F"><enum>A</enum><header>Matters relating to Russia</header>

<section id="H318C9766AA6A42EF90C8D3C81F4BE769" display-inline="no-display-inline" section-type="subsequent-section"><enum>5501.</enum><header>Annual reports on influence operations and campaigns in the United States by the Russian Federation</header>

<subsection id="H468C48F6EF624C4585B869602647AB59"><enum>(a)</enum><header>Reports</header><text>Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section 5511, is further amended by adding at the end the following new section:</text>

<quoted-block style="OLC" id="H19BEB470ADD347BEB956A7E6E41B86E7">

<section id="HC25582D71100448A89634BB868533C0D"><enum>1108.</enum><header>Annual reports on influence operations and campaigns in the United States by the Russian Federation</header>

<subsection id="H6C8AE4D1A88246C29D46E4F3621DC04D"><enum>(a)</enum><header>Requirement</header><text>On an annual basis, the Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees a report on the influence operations and campaigns in the United States conducted by the Russian Federation.</text></subsection>

<subsection id="HABCAEFEDB07046ADA89CD4DC7B6FE69F"><enum>(b)</enum><header>Contents</header><text>Each report under subsection (a) shall include the following:</text>

<paragraph id="H14870F58E1AF4771AF6ED4418B4EE583"><enum>(1)</enum><text>A description and listing of the Russian organizations and persons involved in influence operations and campaigns operating in the United States as of the date of the report.</text></paragraph>

<paragraph id="H9B0A2E7A7CE94F6C92103035D354F53F"><enum>(2)</enum><text>An assessment of organizations that are associated with or receive funding from organizations and persons identified in paragraph (1), particularly such entities operating in the United States.</text></paragraph>

<paragraph id="HF588C03BEF4743888408825D3525AF44"><enum>(3)</enum><text>A description of the efforts by the organizations and persons identified in paragraph (1) to target, coerce, and influence populations within the United States.</text></paragraph>

<paragraph id="H9E0D0C18A8DE4C7D83FCDE2DC5B81AEC"><enum>(4)</enum><text>An assessment of the activities of the organizations and persons identified in paragraph (1) designed to influence the opinions of elected leaders of the United States or candidates for election in the United States.</text></paragraph>

<paragraph id="H6179AA275B6C4DEEB6A4F91DF6B0FD2E"><enum>(5)</enum><text>With respect to reports submitted after the first report, an assessment of the change in goals, tactics, techniques, and procedures of the influence operations and campaigns conducted by the organizations and persons identified in paragraph (1).</text></paragraph></subsection>

<subsection id="H9D28D7BEEE6D49DFB94003580E9EB191"><enum>(c)</enum><header>Coordination</header><text>In carrying out subsection (a), the Director shall coordinate with the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Director of the National Security Agency, and any other relevant head of an element of the intelligence community.</text></subsection>

<subsection id="H0896C8D6049B4D969D126C52FDCF5D66"><enum>(d)</enum><header>Form</header><text>Each

report submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H17C2C4C4D8DE44BE9C5A3E2B0A966E95"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of contents in the first section of the National Security Act of 1947, as amended by section 5511, is further amended by inserting after the item relating to section 1107 the following new item:</text>

<quoted-block style="OLC" id="H58760AA95940433C94B97B8EB2C313D4">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. â€,1108. â€,Annual reports on influence operations and campaigns in the United States by the Russian Federation.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H17E9FB2C45614B34B143C21B903B5DC4"><enum>(c)</enum><header>Initial report</header><text>The Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees the first report under section 1108 of the National Security Act of 1947, as added by subsection (a), by not later than 180 days after the date of the enactment of this Act.</text></subsection></section>

<section id="HB4636101AF834D19AE3443BE468E48B2"><enum>5502.</enum><header>Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin</header>

<subsection id="H25F902483F604814B07AADE3590081AD"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress that the United States should do more to expose the corruption of Vladimir Putin, whose ill-gotten wealth is perhaps the most powerful global symbol of his dishonesty and his persistent efforts to undermine the rule of law and democracy in the Russian Federation.</text></subsection>

<subsection id="H057B6C5162BD4ABFAA09076E47069137"><enum>(b)</enum><header>Assessment</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, consistent with the protection of intelligence sources and methods, the Director of National Intelligence shall submit to the appropriate congressional committees an assessment, based on all sources of intelligence, on the net worth and financial and other assets, legitimate as well as illegitimate, of Vladimir Putin and his family members, includingâ€"</text>

<paragraph id="HDBD403148B5547DDB6C3008266E58C5F"><enum>(1)</enum><text>the estimated net worth of Vladimir Putin and his family members;</text></paragraph>

<paragraph id="HCE8CA72E49CF47389055BDBBAEAAD214"><enum>(2)</enum><text>a description of their legitimately and illegitimately obtained assets, including all real, personal, and intellectual property, bank or investment or similar accounts, and any other financial or business interests or holdings, including those outside of Russia;</text></paragraph>

<paragraph id="H516B537057754EA9848540BB92EA67AA"><enum>(3)</enum><text display-inline="yes-display-inline">the details of the legitimately and illegitimately obtained assets, including real, personal, and intellectual property, bank or investment or similar accounts, and any other financial or business interests or holdings, including those outside of Russia, that are owned or controlled by, accessible to, or otherwise maintained for the benefit of Vladimir Putin, including their nature, location, manner of acquisition, value, and publicly named owner (if other than Vladimir Putin);</text></paragraph>

<paragraph id="HE68DC1D240DF4F8F82E56E6052EA9DB3"><enum>(4)</enum><text>the methods used by Vladimir Putin or others acting at his direction, with his knowledge, or for his benefit, to conceal Putinâ€™s interest in his accounts, holdings, or other assets, including the establishment of <quote>front</quote> or shell companies and the use of intermediaries; and</text></paragraph>

<paragraph id="HA98A035D2DE24415ADB3C28CEC0B5C9D"><enum>(5)</enum><text>an identification of the most significant senior Russian political figures, oligarchs, and any other persons who have engaged in activity intended to conceal the true financial condition of Vladimir Putin.</text></paragraph></subsection>

WASHSTATEC016155

```
<subsection commented="no"
id="HC34030A182B84435A055F12CF21C554B"><enum>(c)</enum><header>Form</header><text>The
assessment required under subsection (b) shall be submitted eitherâ€"</text>

<paragraph commented="no"
id="H18CD02D0C6244B86B087057F38186560"><enum>(1)</enum><text>in unclassified form to
the extent consistent with the protection of intelligence sources and methods, and may
include a classified annex; or</text></paragraph>

<paragraph commented="no"
id="HCF442DDD16EC4CD1B5B40ABAE01FA0F3"><enum>(2)</enum><text>simultaneously as both an
unclassified version and a classified version.</text></paragraph></subsection>

<subsection id="HF6221349075F4DCFB6D9BDC3A6402DC9"><enum>(d)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H06648AAFB6AB4878BF58BAB2B8F64D76"><enum>(1)</enum><text>the Select
Committee on Intelligence, the Committee on Foreign Relations, the Committee on
Banking, Housing, and Urban Affairs, and the Committee on Finance of the Senate;
and</text></paragraph>

<paragraph id="HC00A149C69EF4BBE90A2527EAF0A762E"><enum>(2)</enum><text>the Permanent
Select Committee on Intelligence, Committee on Foreign Affairs, the Committee on
Financial Services, and the Committee on Ways and Means of the House of
Representatives.</text></paragraph></subsection></section>

<section id="HB23ABE4421FC4E2680C185094FC1821F"><enum>5503.</enum><header>Assessments
of intentions of political leadership of the Russian Federation</header>

<subsection id="H0B52FD4FC85844AE92B1FB40C1EA5DC6"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 90 days after
the date of the enactment of this Act, consistent with the protection of intelligence
sources and methods, the Director of National Intelligence, and the head of any element
of the intelligence community that the Director determines appropriate, shall submit to
the appropriate congressional committees each of the assessments described in
subsection (b).</text></subsection>

<subsection id="H79755C60E19D4040AED3FF73905F335E"><enum>(b)</enum><header>Assessments
described</header><text display-inline="yes-display-inline">The assessments described
in this subsection are assessments based on intelligence obtained from all sources that
assess the current intentions of the political leadership of the Russian Federation
with respect to the following:</text>

<paragraph id="HF8DE6EB760FA433A863FCE1181BC980B"><enum>(1)</enum><text display-
inline="yes-display-inline">Potential military action against members of the North
Atlantic Treaty Organization (NATO).</text></paragraph>

<paragraph id="HC4DDB176EC69469885C98AC6D60504AC"><enum>(2)</enum><text display-
inline="yes-display-inline">Potential responses to an enlarged United States or NATO
military presence in eastern Europe or to increased United States military support for
allies and partners in the region, such as the provision of additional lethal military
equipment to Ukraine or Georgia.</text></paragraph>

<paragraph id="H8461706AD80E43C3BA66CFAAF7F56388"><enum>(3)</enum><text display-
inline="yes-display-inline">Potential actions taken for the purpose of exploiting
perceived divisions among the governments of Russiaâ€™s Western
adversaries.</text></paragraph></subsection>

<subsection
id="H684D6AE2C7CE4B29A91BACF9420A34BC"><enum>(c)</enum><header>Form</header><text
display-inline="yes-display-inline">Each assessment required under subsection (a) may
be submitted in classified form but shall also include an unclassified executive
summary, consistent with the protection of intelligence sources and
methods.</text></subsection>

<subsection id="HCAE6BAA7608A41739276FF5237EE3BFD"><enum>(d)</enum><header>Appropriate
congressional committees</header><text>In this section, the term <term>appropriate
congressional committees</term> meansâ€"</text>

<paragraph id="HD4D0C1581D0147C3896FA9C2A6346907"><enum>(1)</enum><text display-
```

inline="yes-display-inline">the Permanent Select Committee on Intelligence, the Committee on Foreign Affairs, and the Committee on Armed Services of the House of Representatives; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H017D4016543A4EA1A14CDFEFE0CA1A60"><enum>(2)</enum><text>the Select Committee on Intelligence, the Committee on Foreign Relations, and the Committee on Armed Services of the Senate.</text></paragraph></subsection></section></subtitle>

<subtitle id="H7DE43AE89F4D43678630C3BFBA479CA6"><enum>B</enum><header>Matters relating to China</header>

<section id="H71501824B055421D895BBD45AD4F2077" section-type="subsequent-section"><enum>5511.</enum><header>Annual reports on influence operations and campaigns in the United States by the Communist Party of China</header>

<subsection id="H5C10801E893B42E2A8971B8CB6DAD8F3"><enum>(a)</enum><header>Reports</header><text display-inline="yes-display-inline">Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section 5332, is further amended by adding at the end the following new section:</text>

<quoted-block style="OLC" id="H19650EE63D2A401CB91FBEEB2263B099" display-inline="no-display-inline">

<section id="HCB35F09588624231809AE728FA388344"><enum>1107.</enum><header>Annual reports on influence operations and campaigns in the United States by the Communist Party of China</header>

<subsection id="H28F787951470442EB654D019E48BEFC1"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">On an annual basis, consistent with the protection of intelligence sources and methods, the Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on the influence operations and campaigns in the United States conducted by the Communist Party of China.</text></subsection>

<subsection id="H082AAFD351F84AA8A696671042662AC7"><enum>(b)</enum><header>Contents</header><text display-inline="yes-display-inline">Each report under subsection (a) shall include the following:</text>

<paragraph id="HAC54C9279D4C4309A2F95B4E536277E4"><enum>(1)</enum><text display-inline="yes-display-inline">A description of the organization of the United Front Work Department of the People's Republic of China, or the successors of the United Front Work Department, and the links between the United Front Work Department and the Central Committee of the Communist Party of China.</text></paragraph>

<paragraph id="H6D7638FA2B7B4C068D64294D88F596EE"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment of the degree to which organizations that are associated with or receive funding from the United Front Work Department, particularly such entities operating in the United States, are formally tasked by the Chinese Communist Party or the Government of China.</text></paragraph>

<paragraph id="H45211AE999D04793A38E4239B32A052A"><enum>(3)</enum><text display-inline="yes-display-inline">A description of the efforts by the United Front Work Department and subsidiary organizations of the United Front Work Department to target, coerce, and influence foreign populations, particularly those of ethnic Chinese descent.</text></paragraph>

<paragraph id="H6889A7A88DF24EE89D2FB323E20BE2A9"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of attempts by the Chinese Embassy, consulates, and organizations affiliated with the Chinese Communist Party (including, at a minimum, the United Front Work Department) to influence the United States-based Chinese Student Scholar Associations.</text></paragraph>

<paragraph id="HBFCB5047500F42C4846D29474A0A64A0"><enum>(5)</enum><text display-inline="yes-display-inline">A description of the evolution of the role of the United Front Work Department under the leadership of the President of

WASHSTATEC016157

```
China.</text></paragraph>

<paragraph id="HA92F8C4238FA4D5F904B511633BF4ACC"><enum>(6)</enum><text display-
inline="yes-display-inline">An assessment of the activities of the United Front Work
Department designed to influence the opinions of elected leaders of the United States,
or candidates for elections in the United States, with respect to issues of importance
to the Chinese Communist Party.</text></paragraph>

<paragraph id="H12301D834DE34579B86B5030818234F1"><enum>(7)</enum><text display-
inline="yes-display-inline">A listing of all known organizations affiliated with the
United Front Work Department that are operating in the United States as of the date of
the report.</text></paragraph>

<paragraph id="HB98F9D9B1E2141768274A6BA414823D8"><enum>(8)</enum><text display-
inline="yes-display-inline">With respect to reports submitted after the first report,
an assessment of the change in goals, tactics, techniques, and procedures of the
influence operations and campaigns conducted by the Chinese Communist
Party.</text></paragraph></subsection>

<subsection
id="H3FBD17DF59994CA1AAA9FC8A71318AB0"><enum>(c)</enum><header>Coordination</header><te
xt>In carrying out subsection (a), the Director shall coordinate with the Director of
the Federal Bureau of Investigation, the Director of the Central Intelligence Agency,
the Director of the National Security Agency, and any other relevant head of an element
of the intelligence community.</text></subsection>

<subsection
id="H6B9178A01057457584997512E4AD2F3E"><enum>(d)</enum><header>Form</header><text
display-inline="yes-display-inline">Each report submitted under subsection (a) shall be
submitted in unclassified form, but may include a classified
annex.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="H5A08EFDB4F554F6A830A1216F3A82C75"><enum>(b)</enum><header>Clerical
amendment</header><text display-inline="yes-display-inline">The table of contents in
the first section of the National Security Act of 1947, as amended by section 5332, is
further amended by inserting after the item relating to section 1106 the following new
item:</text>

<quoted-block style="OLC" id="HBB8714571C264A6694A9C9E4EA712381" display-inline="no-
display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 1107. Annual reports on influence operations and
campaigns in the United States by the Communist Party of China.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HE42C8D360EA462C957E1B68488B0B02"><enum>(c)</enum><header>Initial
report</header><text display-inline="yes-display-inline">The Director of the National
Counterintelligence and Security Center shall submit to the congressional intelligence
committees, the Committee on Foreign Affairs of the House of Representatives, and the
Committee on Foreign Relations of the Senate the first report under section 1107 of the
National Security Act of 1947, as added by subsection (a), by not later than 180 days
after the date of the enactment of this Act.</text></subsection></section>

<section id="H29AB6741EC584A739471044154F8C431" section-type="subsequent-
section"><enum>5512.</enum><header>Report on repression of ethnic Muslim minorities in
the Xinjiang region of the Peopleâ€™s Republic of China</header>

<subsection
id="H7E21BB2328F64A7E8785359D5A157D33"><enum>(a)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 150 days after the date of the
enactment of this Act, consistent with the protection of intelligence sources and
methods, the Director of National Intelligence shall, in consultation with the
Secretary of State, submit to the congressional intelligence committees, the Committee
on Foreign Affairs of the House of Representatives, and the Committee on Foreign
Relations of the Senate a report on activity by the Peopleâ€™s Republic of China to
repress ethnic Muslim minorities in the Xinjiang region of China.</text></subsection>

<subsection
```

```
id="H23A450E629DE4C1E95ED0AE97665D125"><enum>(b)</enum><header>Contents</header><text
display-inline="yes-display-inline">The report under subsection (a) shall include the
following:</text>

<paragraph id="HB17503AA5D474391AE963C1F4F574574"><enum>(1)</enum><text display-
inline="yes-display-inline">An assessment of the number of individuals detained in
<quote>political reeducation camps</quote>, and the conditions in such camps for
detainees, in the Xinjiang region of China, including whether detainees endure torture,
forced renunciation of faith, or other mistreatment.</text></paragraph>

<paragraph id="H7DC4B890EE564E959948F0745B2E9A0F"><enum>(2)</enum><text display-
inline="yes-display-inline">A description, as possible, of the geographic location of
such camps.</text></paragraph>

<paragraph id="H8EC7A9712ECB428795DEB89B5DC0A839"><enum>(3)</enum><text>A description,
as possible, of the methods used by China to <quote>reeducate</quote> detainees and the
elements of China responsible for such <quote>reeducation</quote>.</text></paragraph>

<paragraph id="H930AEA0B2B814C4697ED5993EFD247F8"><enum>(4)</enum><text>A description
of any forced labor in such camps, and any labor performed in regional factories for
low wages under the threat of being sent back to <quote>political reeducation
camps</quote>.</text></paragraph>

<paragraph id="HE0C7124930D04A25B40DCF360C76BCD0"><enum>(5)</enum><text display-
inline="yes-display-inline">An assessment of the level of access China grants to
foreign persons observing the situation in Xinjiang and a description of measures used
to impede efforts to monitor the conditions in Xinjiang.</text></paragraph>

<paragraph id="H51B799DFB8CF4D4A80B2A3279A8AFB7B"><enum>(6)</enum><text display-
inline="yes-display-inline">An assessment of the surveillance, detection, and control
methods used by China to target ethnic minorities, including new <quote>high-
tech</quote> policing models and a description of any civil liberties or privacy
protections provided under such models.</text></paragraph>

<paragraph id="HDA49387DFDF04771A8FD2FEB6157CA7A"><enum>(7)</enum><text display-
inline="yes-display-inline">An assessment and identification of the technological and
financial support provided by United States-based companies, including technological
support for the development of facial recognition capabilities or technologies for
digital surveillance, social control, or censorship, and financial support, including
from financial institutions, investment vehicles, and pension funds, to China-based
companies or Chinese government entities providing material support to the digital
surveillance or repression of Uyghur and other ethnic minorities in Xinjiang by the
Xinjiang authorities.</text></paragraph></subsection>

<subsection
id="HEEA6182CED1640D980C7A3B11C2028E8"><enum>(c)</enum><header>Coordination</header><te
xt display-inline="yes-display-inline">The Director of National Intelligence shall
carry out subsection (a) in coordination with the Director of the Central Intelligence
Agency, the Director of the National Security Agency, the Director of the National
Geospatial-Intelligence Agency, and the head of any other agency of the Federal
Government that the Director of National Intelligence determines
appropriate.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCE21A8A5F1DF4AE5B24DA7B8FBD8FFB6"><enum>(d)</enum><header>Form</header><text
display-inline="yes-display-inline">The report submitted under subsection (a) shall be
submitted in unclassified form, but may include a classified
annex.</text></subsection></section>

<section id="HBAE689C6B88E475ABCB7FEB8017C9E4A" section-type="subsequent-
section"><enum>5513.</enum><header>Report on efforts by People's Republic of China to
influence election in Taiwan</header>

<subsection
id="H2FCAC1BEF0944EB18C0B2BBEB006344C"><enum>(a)</enum><header>Report</header><text
display-inline="yes-display-inline">Consistent with section 3(c) of the Taiwan
Relations Act (Public Law 96–8; 22 U.S.C. 3302(c)), and consistent with the
protection of intelligence sources and methods, not later than 45 days after the date
of the election for the President and Vice President of Taiwan in 2020, the Director of
National Intelligence shall submit to the congressional intelligence committees, the
```

Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on any—"</text>

<paragraph id="H91C8A5064FF74625BC2A54B1964E2254"><enum>(1)</enum><text display-inline="yes-display-inline">influence operations conducted by China to interfere in or undermine such election; and</text></paragraph>

<paragraph id="H09A5DAFDDEAB4A7A870D1B82DE5ABD04"><enum>(2)</enum><text>efforts by the United States to disrupt such operations.</text></paragraph></subsection>

<subsection id="HB7CF9AFB3FAE45A988D246386858FBF3"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The report under subsection (a) shall include the following:</text>

<paragraph id="H3C92EA928CB64C42B46F6FEE4FAB7D2A"><enum>(1)</enum><text display-inline="yes-display-inline">A description of any significant efforts by the intelligence community to coordinate technical and material support for Taiwan to identify, disrupt, and combat influence operations specified in subsection (a)(1).</text></paragraph>

<paragraph id="H19AE41C253314BE3974E0E6F03AF62E5"><enum>(2)</enum><text display-inline="yes-display-inline">A description of any efforts by the United States Government to build the capacity of Taiwan to disrupt external efforts that degrade a free and fair election process.</text></paragraph>

<paragraph id="H8B3EF63BA79848A5A4BAD9517C74543D"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of whether and to what extent China conducted influence operations specified in subsection (a)(1), and, if such operations occurred—"</text>

<subparagraph id="HF3FD3CC4405E46C28A8BBE07AA3688F7"><enum>(A)</enum><text display-inline="yes-display-inline">a comprehensive list of specific governmental and nongovernmental entities of China that were involved in supporting such operations and a description of the role of each such entity; and</text></subparagraph>

<subparagraph id="HFAF420C69AD5470B8B514F6E8B70BA38"><enum>(B)</enum><text display-inline="yes-display-inline">an identification of any tactics, techniques, and procedures used in such operations. </text></subparagraph></paragraph></subsection>

<subsection id="H8F07E100C0824C5385B8B80206826285"><enum>(c)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section></subtitle>

<subtitle id="H32C9FB0317DF41BE84B01539012BB83D"><enum>C</enum><header>Matters relating to other countries</header>

<section id="H2E12AF03DB4C49E68AC5524DBF8E4206"><enum>5521.</enum><header>Sense of Congress and report on Iranian efforts in Syria and Lebanon</header>

<subsection id="HDF490C02D7674928BAECF43911E231AD"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress that, regardless of the ultimate number of United States military personnel deployed to Syria, it is a vital interest of the United States to prevent the Islamic Republic of Iran, Hizballah, and other Iranian-backed forces from establishing a strong and enduring presence in Syria that can be used to project power in the region and threaten the United States and its allies, including Israel.</text></subsection>

<subsection id="H21653E511C1B4B24943AC32A2679752D"><enum>(b)</enum><header>Report</header>

<paragraph id="HD016260DD922407482566CF652604B56"><enum>(1)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Secretary of State and the Secretary of Defense, shall submit to the appropriate congressional committees a report that assesses—"</text>

<subparagraph id="HA9D745271C8E46F3B0AB169D714CCCB1"><enum>(A)</enum><text>efforts by Iran to establish long-term influence in Syria through military, political, economic, social, and cultural means;</text></subparagraph>

<subparagraph id="H207AFDD0DE5C41BDADE5CFC4C502ACF3"><enum>(B)</enum><text>the degree to which Iranian support of proxy forces in Syria and Lebanon contributes to Iranian strategy with respect to the region; and</text></subparagraph>

<subparagraph id="H70A9E1CBF1214F20B9532E70DCB54DF5"><enum>(C)</enum><text>the threat posed by the efforts described in subparagraph (A) to United States interests and allies.</text></subparagraph></paragraph>

<paragraph id="HCF50F19732F2495D886D7BFBECA66236"><enum>(2)</enum><header>Elements</header><text>The report under paragraph (1) shall include each of the following:</text>

<subparagraph id="H8B6FF2650BCB417FAB8CE675DEEA0750"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment ofâ€"</text>

<clause id="H496D1D23371F419A8EA6D7058E3B2861"><enum>(i)</enum><text>how Iran and Iranian-backed forces, including the Islamic Revolutionary Guard Corps and Hizballah, have provided or are currently providing manpower, training, weapons, equipment, and funding to the Syrian government led by President Bashar al-Assad;</text></clause>

<clause id="H1E9B6E929AB34133907BE3AFABFA7890"><enum>(ii)</enum><text>the support provided by Iran and Hizballah to Shia militias operating in Syria composed of domestic fighters from Syria and foreign fighters from countries such as Afghanistan, Iraq, Lebanon, and Pakistan;</text></clause>

<clause id="H14FB2BBF71014350AFA0860890B8C1C2"><enum>(iii)</enum><text display-inline="yes-display-inline">operational lessons learned by Hizballah based on the recent experiences of Hizballah in Syria;</text></clause>

<clause id="HCC8676540EF74818866B41B808B8D365"><enum>(iv)</enum><text>the threat posed by Iran and Iranian-backed forces toâ€"</text>

<subclause id="H37E1008F7CD14C8A87A4A60A90CDA302"><enum>(I)</enum><text>the al-Tanf garrison; and</text></subclause>

<subclause id="H552AA32DA8384158A40844F0A3D312D4"><enum>(II)</enum><text>areas of northeast Syria that are currently controlled by local partner forces of the United States;</text></subclause></clause>

<clause id="HDC2A008418A14D6180ED85C63D77B1E3"><enum>(v)</enum><text>the degree to which efforts of the United States to sustain and strengthen Kurdish forces in Syria may undermine the influence of Iran and Iranian-backed forces in Syria;</text></clause>

<clause id="H75313941D60D4FC59EC7CB119601C6C6"><enum>(vi)</enum><text>how Iran and Iranian-backed forces seek to enhance the long-term influence of such entities in Syria through non-military means such as purchasing strategic real estate in Syria, constructing Shia religious centers and schools, securing loyalty from Sunni tribes in exchange for material assistance, and inducing the Assad government to open Farsi-language departments at Syrian universities; </text></clause>

<clause id="HB8A33B0E685E4B1382380E33AF3D7020"><enum>(vii)</enum><text>whether the prominent role of Iran in Syria, including the influence of Iran over government institutions, may increase the likelihood of the reconstitution of the Islamic State of Iraq and Syria in Syria; and</text></clause>

<clause id="H9321A2D9691042DDA2C0A5389065D2B0"><enum>(viii)</enum><text display-inline="yes-display-inline">the provision of goods, services, or technology transferred by Iran or its affiliates to Hizballah for the purpose of indigenously manufacturing or otherwise producing missiles.</text></clause></subparagraph>

<subparagraph id="H017316F7E0D74ECD99A3AF7932B358F1"><enum>(B)</enum><text display-inline="yes-display-inline">An analysis ofâ€"</text>

<clause id="HC4F5C051C4DC4ED4A2AE182F0357027C"><enum>(i)</enum><text>how Iran is working with the Russian Federation, Turkey, and other countries to increase the influence of Iran in Syria; </text></clause>

<clause id="HDF82C28D9708499A8A4E91813BCFAB3D"><enum>(ii)</enum><text>the goals of Iran in Syria, including, but not limited to, protecting the Assad government, increasing the regional influence of Iran, threatening Israel from a more proximate location, building weapon-production facilities and other military infrastructure, and securing a land bridge to connect Iran through Iraq and Syria to the stronghold of Hizballah in

WASHSTATEC016161

southern Lebanon; and</text></clause>

<clause id="H3FB97508771C445C9429E07ACC494A20"><enum>(iii)</enum><text display-inline="yes-display-inline">the foreign and domestic supply chains that significantly facilitate, support, or otherwise aid acquisition or development by Hizballah of missile production facilities, including the geographic distribution of such foreign and domestic supply chains.</text></clause></subparagraph>

<subparagraph id="H375E8D1487AF4B049338AA87A684C5A2"><enum>(C)</enum><text display-inline="yes-display-inline">A description ofâ€"</text>

<clause id="H2F92C9F627AC4C73828C6CB02DBE112B"><enum>(i)</enum><text>how the efforts of Iran to transfer advanced weapons to Hizballah and to establish a military presence in Syria has led to direct and repeated confrontations with Israel; </text></clause>

<clause id="H2D1123EFA18D4DF39148C7DEADE5D128"><enum>(ii)</enum><text>the intelligence and military support that the United States provides to Israel to help Israel identify and appropriately address specific threats to Israel from Iran and Iranian-backed forces in Syria;</text></clause>

<clause id="H44B9D120FBFD4DBAB0299C240A0BDBBB"><enum>(iii)</enum><text display-inline="yes-display-inline">the threat posed to Israel and other allies of the United States in the Middle East resulting from the transfer of arms or related material, or other support, by Iran to Hizballah and other proxies;</text></clause>

<clause id="HAB0A74BD85A94A35B4319747C8215BED"><enum>(iv)</enum><text display-inline="yes-display-inline">Iranian and Iranian-controlled personnel operating within Syria, including Hizballah, Shiite militias, and Revolutionary Guard Corps forces of Iran, and the number and geographic distribution of such personnel;</text></clause>

<clause id="HEAC296FF9613443D8C9908F3F9030ACC"><enum>(v)</enum><text display-inline="yes-display-inline">any rocket-producing facilities in Lebanon for nonstate actors, including whether such facilities were assessed to be built at the direction of Hizballah leadership, Iranian leadership, or in consultation between Iranian leadership and Hizballah leadership; and</text></clause>

<clause id="HBB58FEB10C294B94AF47C8E56A725A62"><enum>(vi)</enum><text display-inline="yes-display-inline">Iranian expenditures in the previous calendar year on military and terrorist activities outside the country, including the amount of such expenditures with respect to each of Hizballah, Houthi rebels in Yemen, Hamas, proxy forces in Iraq and Syria, ballistic missile research and testing, and any other entity, country, or activity that the Director determines as destabilizing to the Middle East region.</text></clause></subparagraph></paragraph>

<paragraph id="H76433B9F4D234838ABBE6CA6DC558936"><enum>(3)</enum><header>Form of report</header><text display-inline="yes-display-inline">The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph>

<paragraph id="HEDA9275866A44496AB9A7C5CE7825929"><enum>(4)</enum><header>Definitions</header><text>In this subsection: </text>

<subparagraph id="H42BC6180B08A4C788F707790463D8F6D"><enum>(A)</enum><header>Appropriate congressional committees</header><text>the term <quote>appropriate congressional committees</quote> meansâ€"</text>

<clause id="H561A462DB0DD4CE4804BBFC9EC73CFE3"><enum>(i)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Relations, and the Select Committee on Intelligence of the Senate; and</text></clause>

<clause id="H763CD67F00284D849355F27F102919AA"><enum>(ii)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></clause></subparagraph>

<subparagraph id="H4939E91ACB5E40989D5FDA1FF22D33CA"><enum>(B)</enum><header>Arms or related material</header><text>The term <term>arms or related material</term> meansâ€"</text>

```
<clause id="H936DB80E90384605BB01E2DE59563808"><enum>(i)</enum><text>nuclear,
biological, chemical, or radiological weapons or materials or components of such
weapons;</text></clause>

<clause id="HD82ED5E448F14AE786DEE9878F0A614E"><enum>(ii)</enum><text>ballistic or
cruise missile weapons or materials or components of such weapons;</text></clause>

<clause id="HAA4AB62244BE48118165DFA3588A5212"><enum>(iii)</enum><text>destabilizing
numbers and types of advanced conventional weapons;</text></clause>

<clause id="HC3C2A260A8AA4ADA9BEDE7D4281C2010"><enum>(iv)</enum><text>defense articles
or defense services, as those terms are defined in paragraphs (3) and (4),
respectively, of section 47 of the Arms Export Control Act (22 U.S.C.
2794);</text></clause>

<clause id="H820D6B34F69946E790270E0F0090A126"><enum>(v)</enum><text>defense
information, as that term is defined in section 644 of the Foreign Assistance Act of
1961 (22 U.S.C. 2403); or</text></clause>

<clause id="H3276E9AC788C4D5A83BF744138293210" commented="no" display-inline="no-
display-inline"><enum>(vi)</enum><text>items designated by the President for purposes
of the United States Munitions List under section 38(a)(1) of the Arms Export Control
Act (22 U.S.C.
2778(a)(1)).</text></clause></subparagraph></paragraph></subsection></section>

<section id="H705E37E324ED48E0B410EF66C50350D7" display-inline="no-display-inline"
section-type="subsequent-section"><enum>5522.</enum><header>Assessments regarding the
Northern Triangle and Mexico</header>

<subsection
id="H8A57B21A1D234BF8B4559B6E76B431E3"><enum>(a)</enum><header>Assessment</header>

<paragraph
id="HC6FF93EC7DE6474FBB54576C320FCEF0"><enum>(1)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 90 days after the date of the
enactment of this Act, the Director of National Intelligence, in coordination with the
Under Secretary of Homeland Security for Intelligence and Analysis, the Assistant
Secretary of State for Intelligence and Research, the Chief of Intelligence of the Drug
Enforcement Administration, and other appropriate officials in the intelligence
community, shall submit to the appropriate congressional committees a report containing
a comprehensive assessment of drug trafficking, human trafficking, and human smuggling
activities in the Northern Triangle and Mexico.</text></paragraph>

<paragraph id="H2055F1645DF84285AE2C5798EFB55C73"><enum>(2)</enum><header>Matters
included</header><text>The report under paragraph (1) shall include, at a minimum, the
following:</text>

<subparagraph id="H4A00C2FFFE93435C966F5098B4769F51"><enum>(A)</enum><text display-
inline="yes-display-inline">An assessment of the effect of drug trafficking, human
trafficking, and human smuggling on the security and economic situation in the Northern
Triangle.</text></subparagraph>

<subparagraph id="H33D65E5F4F2B44E586D388F5123679EB"><enum>(B)</enum><text display-
inline="yes-display-inline">An assessment of the effect of the activities of drug
trafficking organizations on the migration of persons from the Northern Triangle to the
United States-Mexico border.</text></subparagraph>

<subparagraph id="HC34E9D7CEB934081B0719C6EB6A4F710"><enum>(C)</enum><text display-
inline="yes-display-inline">A summary of any relevant activities by elements of the
intelligence community in relation to drug trafficking, human trafficking, and human
smuggling in the Northern Triangle and Mexico.</text></subparagraph>

<subparagraph id="HDF5E99D84D204F91A7E6D4BB53035C97"><enum>(D)</enum><text display-
inline="yes-display-inline">An assessment of methods and routes used by drug
trafficking organizations, human traffickers, and human smugglers to move drugs,
persons, or both from the Northern Triangle and Mexico to the United
States.</text></subparagraph>

<subparagraph id="HFCD4F35038F34B5B901EBEE902C8C704"><enum>(E)</enum><text display-
inline="yes-display-inline">An assessment of the intersection between the activities of
drug trafficking organizations, human traffickers and human smugglers, and other
```

organized criminal groups in the Northern Triangle and Mexico.</text></subparagraph>

<subparagraph id="HF934305DB27342268C667567C74C0B13"><enum>(F)</enum><text display-inline="yes-display-inline">An assessment of the illicit funds and financial transactions that support the activities of drug trafficking organizations, human traffickers, and human smugglers, and connected criminal enterprises, in the Northern Triangle and Mexico.</text></subparagraph>

<subparagraph id="H4A9F20A6200D4C3FBFD0C6B2032B4D24"><enum>(G)</enum><text display-inline="yes-display-inline">A comprehensive review of the current collection priorities of the intelligence community for the Northern Triangle and Mexico, as of the date of the enactment of this Act, in order to identify whether such priorities are appropriate and sufficient in light of the threat posed by the activities of drug trafficking organizations and human traffickers and human smugglers to the security of the United States and the Western Hemisphere.</text></subparagraph></paragraph>

<paragraph id="HC438318DC54C4196984608F2827F5D3E"><enum>(3)</enum><header>Form</header><text display-inline="yes-display-inline">The report required by paragraph (1) may be submitted in classified form, but if so submitted, shall contain an unclassified summary.</text></paragraph>

<paragraph id="HF6415E73C8B142409E1AEED03D67C112"><enum>(4)</enum><header>Availability</header><text display-inline="yes-display-inline">The report under paragraph (1), or the unclassified summary of the report described in paragraph (3), shall be made publicly available.</text></paragraph></subsection>

<subsection id="HCC3B97D418C84CA5B7B5ADF3A2C587E4"><enum>(b)</enum><header>Briefings</header>

<paragraph id="H98C8F832ECF94CE8A80D5BF22288D370"><enum>(1)</enum><header>Semiannual requirement</header><text>Not later than 90 days after the date on which the report under subsection (a) is submitted, and every 180 days thereafter for a 5-year period, the Director of National Intelligence shall provide to the congressional intelligence committees a briefing on the intelligence community’s collection priorities and activities in the Northern Triangle and Mexico with a focus on the threat posed by the activities of drug trafficking organizations and human traffickers and human smugglers to the security of the United States and the Western Hemisphere.</text></paragraph>

<paragraph id="HB39D6C1EA557459BA165805F182489E3"><enum>(2)</enum><header>Matters included</header><text>Each briefing under paragraph (1) shall include a description of the funds expended by the intelligence community on the efforts described in such paragraph during the preceding fiscal year, except the first such briefing shall cover fiscal years 2018 and 2019.</text></paragraph></subsection>

<subsection id="H89AC8EF78722484CB1547B3328473175"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H5D554E0342BB4B37B5DED9C998306A14"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> means—</text>

<subparagraph id="H2FDE986C45F94601846CCC656D020F73"><enum>(A)</enum><text>the Committee on Foreign Affairs, the Committee on Homeland Security, and the Permanent Select Committee on Intelligence of the House of Representatives; and</text></subparagraph>

<subparagraph id="H41F95BBEDBDC441CA680025A2EA4AA40"><enum>(B)</enum><text>the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, and the Select Committee on Intelligence of the Senate.</text></subparagraph></paragraph>

<paragraph id="H26C3A8E5CD9E458897447CD23960DE80" commented="no"><enum>(2)</enum><header>Human trafficking</header><text display-inline="yes-display-inline">The term <term>human trafficking</term> has the meaning given the term <term>severe forms of trafficking in persons</term> by section 103 of the Victims of Trafficking and Violence Protection Act of 2000 (22 U.S.C. 7102).</text></paragraph>

WASHSTATEC016164

<paragraph id="HDAAEE988C8F84C51B4F89C6E651582BE"><enum>(3)</enum><header>Northern Triangle</header><text display-inline="yes-display-inline">The term <term>Northern Triangle</term> means El Salvador, Guatemala, and Honduras.</text></paragraph></subsection></section></subtitle></title>

<title id="HF16FB199216543BFB4365469179023B0" commented="no"><enum>LVI</enum><header>Federal Efforts Against Domestic Terrorism</header>

<section id="H3D1AACD2DD794691AFED056732E77239" commented="no"><enum>5601.</enum><header>Definitions</header><text display-inline="no-display-inline">In this title:</text>

<paragraph id="H8225C5CE94BD4EFFAF6B2832D513FB56" commented="no"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H0B7E7C62E5574F209477A8F2D6A85280" commented="no"><enum>(A)</enum><text>the Permanent Select Committee on Intelligence, the Committee on Homeland Security, and the Committee on the Judiciary of the House of Representatives; and</text></subparagraph>

<subparagraph id="H1F84AA52D118407D874AD662FF98B640" commented="no"><enum>(B)</enum><text>the Select Committee on Intelligence, the Committee on Homeland Security and Governmental Affairs, and the Committee on the Judiciary of the Senate.</text></subparagraph></paragraph>

<paragraph id="H82C1348522334E45A8331E9C336CB87C" commented="no"><enum>(2)</enum><header>Domestic terrorism</header><text>The term <term>domestic terrorism</term> has the meaning given that term in section 2331 of title 18, United States Code.</text></paragraph>

<paragraph id="H329335991F7444EF9EB788A672A20A20" commented="no"><enum>(3)</enum><header>Hate crime</header><text>The term <term>hate crime</term> means a criminal offense underâ€"</text>

<subparagraph id="H68737DAB7E074D438402EAFABA082C01" commented="no"><enum>(A)</enum><text>sections 241, 245, 247, and 249 of title 18, United States Code; and</text></subparagraph>

<subparagraph id="HCE3DDB97F26B47EDB23B17F473349454" commented="no"><enum>(B)</enum><text>section 3631 of title 42, United States Code.</text></subparagraph></paragraph>

<paragraph id="H9B50F5FE779045639F552ED486E952CA" commented="no"><enum>(4)</enum><header>International terrorism</header><text>The term <term>international terrorism</term> has the meaning given that term in section 2331 of title 18, United States Code.</text></paragraph>

<paragraph id="HFCE908BD1012444CBB9E84145FBA835D" commented="no"><enum>(5)</enum><header>Terms in Attorney Generalâ€™s Guidelines for Domestic FBI Operations</header><text display-inline="yes-display-inline">The terms <term>assessments</term>, <term>full investigations</term>, <term>enterprise investigations</term>, <term>predicated investigations</term>, and <term>preliminary investigations</term> have the meanings given those terms in the most recent, approved version of the Attorney Generalâ€™s Guidelines for Domestic FBI Operations (or successor).</text></paragraph>

<paragraph id="HCF8F8DF1AB9441C8B68447F65D0A4A3C" commented="no"><enum>(6)</enum><header>Terms in FBI budget materials</header><text>The terms <term>Consolidated Strategy Guide</term>, <term>Field Office Strategic Plan</term>, <term>Integrated Program Management Process</term>, and <term>Threat Review and Prioritization</term> have the meanings given those terms in the materials submitted to Congress by the Attorney General in support of the Federal Bureau of Investigation budget for fiscal year 2020.</text></paragraph>

<paragraph id="H2B943518EBD94063A0EA4720E3FE4C0D" commented="no"><enum>(7)</enum><header>Terrorism</header><text>The term <term>terrorism</term> includes domestic terrorism and international terrorism.</text></paragraph>

WASHSTATEC016165

```
<paragraph id="HDD2909D88CDB4757B4C916853C61E9F7"
commented="no"><enum>(8)</enum><header>Terrorism information</header><text display-
inline="yes-display-inline">The term <term>terrorism information</term> has the meaning
given that term in section 1016(a) of the Intelligence Reform and Terrorism Prevention
Act of 2004 (6 U.S.C. 485).</text></paragraph>

<paragraph id="H647295F4EDCA4D458DD80FEBE634BA7A"
commented="no"><enum>(9)</enum><header>Time utilization and recordkeeping
data</header><text>The term <term>time utilization and recordkeeping data</term> means
data collected on resource utilization and workload activity of personnel of the
Federal Bureau of Investigation in accordance with Federal
law.</text></paragraph></section>

<section id="HC342F13818FA43B3BD6D778BB5FF9F47" section-type="subsequent-section"
commented="no"><enum>5602.</enum><header>Strategic intelligence assessment of and
reports on domestic terrorism</header>

<subsection id="HD491D9516A3B4D75A9620A46F15826FC"
commented="no"><enum>(a)</enum><header>Report on standardization of terminology and
procedures relating to domestic terrorism</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Director of the Federal Bureau of Investigation and the Secretary of Homeland Security,
in consultation with the Director of National Intelligence in a manner consistent with
the authorities and responsibilities of such Director, shall jointlyâ€"</text>

<paragraph id="HD4A264EA3E184C129CA6CB2A28DCE5C0"
commented="no"><enum>(1)</enum><text>develop, to the fullest extent feasible and for
purposes of internal recordkeeping and tracking, uniform and standardizedâ€"</text>

<subparagraph id="H5782BB5273004F0FA0F5ED5D0BA4A861"
commented="no"><enum>(A)</enum><text>definitions of the terms <term>domestic
terrorism</term>, <term>act of domestic terrorism</term>, <term>domestic terrorism
groups</term>, and any other commonly used terms with respect to domestic
terrorism;</text></subparagraph>

<subparagraph id="H3BDDB911D2004161AE8D9F1FFAEF5E2A"
commented="no"><enum>(B)</enum><text>methodologies for tracking incidents of domestic
terrorism; and</text></subparagraph>

<subparagraph id="H6893CD75A5EE457684C09B35F2A7E3D5"
commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">descriptions
of categories and subcategories ofâ€"</text>

<clause id="H87853C9550BD471A89895ED0C92D3DC8"
commented="no"><enum>(i)</enum><text>domestic terrorism; and</text></clause>

<clause id="H882E0D62948F43E69E4246F57D2E8AD6"
commented="no"><enum>(ii)</enum><text>ideologies relating to domestic
terrorism;</text></clause></subparagraph></paragraph>

<paragraph id="HC82D763872E14B4182DB7DDD8F457004"
commented="no"><enum>(2)</enum><text>submit to the appropriate congressional committees
a report containing the information developed under paragraph
(1).</text></paragraph></subsection>

<subsection id="HCE965CD2C5BD4A40B3DCF1A29FA73E8E"
commented="no"><enum>(b)</enum><header>Report containing strategic intelligence
assessment and data on domestic terrorism</header>

<paragraph id="H61C11E105AE24ED1B99C770A139493C6"
commented="no"><enum>(1)</enum><header>In general</header><text>Not later than 180 days
after the date of the enactment of this Act, the Director of the Federal Bureau of
Investigation and the Secretary of Homeland Security, in consultation with the Director
of National Intelligence in a manner consistent with the authorities and
responsibilities of such Director, shall jointly submit to the appropriate
congressional committees a report on domestic terrorism containing the
following:</text>

<subparagraph id="HFDC3FC9F36D34C32BF21AAD695405F83"
commented="no"><enum>(A)</enum><text>The strategic intelligence assessment under
paragraph (2).</text></subparagraph>
```

WASHSTATEC016166

```
<subparagraph id="H13493785919C4192B3DE3EC67AA4E761"
commented="no"><enum>(B)</enum><text>The discussion of activities under paragraph
(3).</text></subparagraph>

<subparagraph id="H5EC5B2CF983C43A9AFDBCCDBE6D8591A"
commented="no"><enum>(C)</enum><text>Data on domestic terrorism under paragraph
(4).</text></subparagraph>

<subparagraph id="H4C7EFB6B7E9E4985BAE8D15AC80F29B3"
commented="no"><enum>(D)</enum><text>Recommendations under paragraph
(5).</text></subparagraph></paragraph>

<paragraph id="H60613F09ADBD48BCB921E2479DB8C0A0"
commented="no"><enum>(2)</enum><header>Strategic intelligence assessment</header>

<subparagraph id="HC155796EEE604CE184B39A5F5100B4F3"
commented="no"><enum>(A)</enum><header>Assessment required</header><text display-
inline="yes-display-inline">The Director of the Federal Bureau of Investigation and the
Secretary of Homeland Security, in consultation with the Director of National
Intelligence in a manner consistent with the authorities and responsibilities of such
Director, shall prepare and include in the report under paragraph (1) a strategic
intelligence assessment of domestic terrorism in the United States during fiscal years
2017, 2018, and 2019.</text></subparagraph>

<subparagraph id="HF9B9426DA0EE4A5CADB1AB75E266DF89"
commented="no"><enum>(B)</enum><header>Standards</header><text display-inline="yes-
display-inline">The Director of the Federal Bureau of Investigation and the Secretary
of Homeland Security, in consultation with the Director of National Intelligence in a
manner consistent with the authorities and responsibilities of such Director, shall
ensure that the strategic assessment under subparagraph (A) complies with the analytic
integrity and tradecraft standards of the intelligence
community.</text></subparagraph></paragraph>

<paragraph id="H04FCB0B21E084CB3B9DE2ECD394FA871"
commented="no"><enum>(3)</enum><header>Discussion of activities</header><text display-
inline="yes-display-inline">The report under paragraph (1) shall discuss and compare
the following with respect to each applicable element of the intelligence
community:</text>

<subparagraph id="HDACD8251355648D6BEDF029F68A5861A"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">The criteria
for opening, managing, and closing domestic and international terrorism
investigations.</text></subparagraph>

<subparagraph id="HDAD398A10E9E4B56850F00B046E8EDF9"
commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">Standards and
procedures for the Federal Bureau of Investigation with respect to the review,
prioritization, and mitigation of domestic and international terrorism threats in the
United States.</text></subparagraph>

<subparagraph id="HD464433157714B4F8C14FA1A771A3EA0"
commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">The planning
(including plans of analysis of the Federal Bureau of Investigation, Department of
Homeland Security, and National Counterterrorism Center), development, production,
analysis, and evaluation of intelligence and intelligence products relating to
terrorism, noting any differences with respect to domestic terrorism and international
terrorism.</text></subparagraph>

<subparagraph id="H040020D879BF4F7C8030E67494C7715F"
commented="no"><enum>(D)</enum><text display-inline="yes-display-inline">The sharing of
information relating to domestic and international terrorism by and betweenâ€"</text>

<clause id="H72A0B410BFE24FFDA52533F087F0A72C" commented="no"><enum>(i)</enum><text
display-inline="yes-display-inline">the Federal Government;</text></clause>

<clause id="HF9D833CF68D54F93A2C861334B9A240F" commented="no"><enum>(ii)</enum><text
display-inline="yes-display-inline">State, local, Tribal, territorial, and foreign
governments;</text></clause>

<clause id="H99F78A304DC342AE92F341EDCC7C3232" commented="no"><enum>(iii)</enum><text
display-inline="yes-display-inline">the appropriate congressional
```

```
committees;</text></clause>

<clause id="HB4C7914A80994189AE3EDFD672ACDB01" commented="no"><enum>(iv)</enum><text
display-inline="yes-display-inline">nongovernmental organizations; and</text></clause>

<clause id="H382B8FB6888E43E6940070371E4501CC" commented="no"><enum>(v)</enum><text>the
private sector.</text></clause></subparagraph>

<subparagraph id="H7314D8FC54214783808C2651AF1F20F6"
commented="no"><enum>(E)</enum><text display-inline="yes-display-inline">The criteria
and methodology used by the Federal Bureau of Investigation to identify or assign
terrorism classifications to investigations of domestic
terrorism.</text></subparagraph>

<subparagraph id="HB46D45A5C00F4D78BB1F0EB679A41715"
commented="no"><enum>(F)</enum><text display-inline="yes-display-inline">Compliance by
the Federal Government with privacy, civil rights, and civil liberties policies and
protections applicable to the production of the report under paragraph (1), including
protections against the public release of names or other personally identifiable
information of individuals involved in incidents, investigations, indictments,
prosecutions, or convictions for which data is reported under this
section.</text></subparagraph>

<subparagraph id="HB632F1DF9D70416886184E6E86A72150"
commented="no"><enum>(G)</enum><text display-inline="yes-display-inline">Information
regarding any training or resources provided by the Federal Bureau of Investigation,
the Department of Homeland Security, or the National Counterterrorism Center, to assist
Federal, State, local, and Tribal law enforcement agencies in understanding, detecting,
deterring, and investigating acts of domestic terrorism, including the date, type,
subject, and recipient agencies of such training or
resources.</text></subparagraph></paragraph>

<paragraph id="HF1F5781055F9421BA212075053A728AF"
commented="no"><enum>(4)</enum><header>Data on domestic terrorism</header>

<subparagraph id="H94073D202326405396BBF733619C9865"
commented="no"><enum>(A)</enum><header>Data required</header><text>In accordance with
subparagraph (B), the report under paragraph (1) shall include the following data for
the period beginning on January 1, 2009, and ending on the date of the enactment of
this Act:</text>

<clause id="HBC374B897A554367BA816F0D082EE172" commented="no"><enum>(i)</enum><text>For
each completed or attempted incident of domestic terrorism that has occurred in the
United States during such periodâ€"</text>

<subclause id="H64FE44F78AD24A98813C3AEDB0B21F4B"
commented="no"><enum>(I)</enum><text>a description of such incident;
</text></subclause>

<subclause id="H6E0ADA866D4344B496262313C6694457" display-inline="no-display-inline"
commented="no"><enum>(II)</enum><text display-inline="yes-display-inline">the date and
location of such incident;</text></subclause>

<subclause id="H16FE6259ABE843A3BC560E27E31A9368" display-inline="no-display-inline"
commented="no"><enum>(III)</enum><text>the number and type of completed and attempted
Federal nonviolent crimes committed during such incident;</text></subclause>

<subclause id="H3B8147DFAE574313ACC03AD70E158A35" commented="no"><enum>(IV)</enum><text
display-inline="yes-display-inline">the number and type of completed and attempted
Federal and State property crimes committed during such incident, including an estimate
of economic damages resulting from such crimes; and</text></subclause>

<subclause id="HEC9A4F35CFA34396B2378D46176DF37B"
commented="no"><enum>(V)</enum><text>the number and type of completed and attempted
Federal violent crimes committed during such incident, including the number of people
injured or killed as a result of such crimes.</text></subclause></clause>

<clause id="H6C7FA29DA3B441489920BD939548F30D"
commented="no"><enum>(ii)</enum><text>For such periodâ€"</text>

<subclause id="H7BCF55AFCF1B4952B9965614D5B46C43"
```

```
commented="no"><enum>(I)</enum><text>an identification of each assessment, preliminary
investigation, full investigation, and enterprise investigation with a nexus to
domestic terrorism opened, pending, or closed by the Federal Bureau of
Investigation;</text></subclause>

<subclause id="HF8F88B3442C44ABB998059566119EC79"
commented="no"><enum>(II)</enum><text>the number of assessments or investigations
identified under subclause (I) associated with each domestic terrorism investigative
classification (including subcategories);</text></subclause>

<subclause id="H84E127B423F646DA94329CCC7ECB79C8"
commented="no"><enum>(III)</enum><text>the number of assessments or investigations
described in subclause (II) initiated as a result of a referral or investigation by a
Federal, State, local, Tribal, territorial, or foreign government, of a hate crime;
</text></subclause>

<subclause id="HB387B8FBAA9246628B30B53CD771DF4D"
commented="no"><enum>(IV)</enum><text>the number of Federal criminal charges with a
nexus to domestic terrorism, including the number of indictments and complaints
associated with each domestic terrorism investigative classification (including
subcategories), a summary of the allegations contained in each such indictment, the
disposition of the prosecution, and, if applicable, the sentence imposed as a result of
a conviction on such charges;</text></subclause>

<subclause id="HD0B0BFC6BA6A45D982BC33C02BFECFA9"
commented="no"><enum>(V)</enum><text>referrals of incidents of domestic terrorism by or
to State, local, Tribal, territorial, or foreign governments, to or by departments or
agencies of the Federal Government, for investigation or prosecution, including the
number of such referrals associated with each domestic terrorism investigation
classification (including any subcategories), and a summary of each such referral that
includes the rationale for such referral and the disposition of the applicable Federal
investigation or prosecution;</text></subclause>

<subclause id="H911673399E7049B49C20B8DF7E4A6CF2"
commented="no"><enum>(VI)</enum><text>intelligence products produced by the
intelligence community relating to domestic terrorism, including, with respect to the
Federal Bureau of Investigation, the number of such products associated with each
domestic terrorism investigative classification (including any
subcategories);</text></subclause>

<subclause id="HDE92E4CD5EAC44E681AD39335967CE69"
commented="no"><enum>(VII)</enum><text>with respect to the Federal Bureau of
Investigationâ€"</text>

<item id="H3BF470A69BFD4119A6C782C2B8421079" commented="no"><enum>(aa)</enum><text
display-inline="yes-display-inline">the number of staff (expressed in terms of full-
time equivalents and positions) working on matters relating to domestic terrorism
described in subclauses (I) through (VI); and</text></item>

<item id="H1A0B0BEAB9BB49DDA36FD299AFD45D5D" commented="no"><enum>(bb)</enum><text>a
summary of time utilization and recordkeeping data for personnel working on such
matters, including the number or percentage of such personnel associated with each
domestic terrorism investigative classification (including any subcategories) in the
FBI Headquarters Operational Divisions and Field Divisions;</text></item></subclause>

<subclause id="HFD131745BDCD41998AB564B756CB1E99" display-inline="no-display-inline"
commented="no"><enum>(VIII)</enum><text display-inline="yes-display-inline">with
respect to the Office of Intelligence and Analysis of the Department of Homeland
Security, the number of staff (expressed in terms of full-time equivalents and
positions) working on matters relating to domestic terrorism described in subclauses
(I) through (VI); and</text></subclause>

<subclause id="HE2A545C8331640FAAB926F3E645DC695"
commented="no"><enum>(IX)</enum><text>with respect to the National Counterterrorism
Center, the number of staff (expressed in terms of full-time equivalents and positions)
working on matters relating to domestic terrorism described in subclauses (I) through
(VI), and the applicable legal authorities relating to the activities of such
staff.</text></subclause></clause></subparagraph>

<subparagraph id="HDF384950A4B74AF0AE84168A8922DE5E"
```

commented="no"><enum>(B)</enum><header>Collection and compilation</header><text
display-inline="yes-display-inline">The requirement to submit data under paragraph
(1)â€"</text>

<clause id="H9883540DB175438C995135B93AD5A1DA" commented="no"><enum>(i)</enum><text>may
not be construed to require the creation or maintenance of any record that the Federal
Bureau of Investigation, the Department of Homeland Security, or the National
Counterterrorism Center, as the case may be, does not maintain in the ordinary course
of business or pursuant to another provision of law; and</text></clause>

<clause id="H8FEDC70DE9234E7D85D497C5644399E0"
commented="no"><enum>(ii)</enum><text>shall be carried out by collecting, compiling, or
otherwise using data and records that such entities otherwise maintain or
create.</text></clause></subparagraph>

<subparagraph id="HD25D0C52E67C43E3B63A3EFBB8F9D4F1"
commented="no"><enum>(C)</enum><header>Format</header><text>The information required
under subparagraph (A) may be provided in a format that uses the marking associated
with the Central Records System (or any successor system) of the Federal Bureau of
Investigation.</text></subparagraph></paragraph>

<paragraph id="H26E3526CB11245F2884085D463C15920"
commented="no"><enum>(5)</enum><header>Recommendations</header>

<subparagraph id="H9AEE7D5766BF4B97871CB6FF4F68B8FD"
commented="no"><enum>(A)</enum><header>In general</header><text>The report under
paragraph (1) shall include recommendations, including any constitutional analysis
conducted relating to such recommendations, with respect to the following:</text>

<clause id="HD8F20A6CD5884AEBA685A5C548400F64" commented="no"><enum>(i)</enum><text>The
necessity of changing authorities, roles, resources, or responsibilities within the
Federal Government to more effectively prevent and counter domestic terrorism
activities.</text></clause>

<clause id="H077D504683DE4A94B4B9BDF7D4EE2655"
commented="no"><enum>(ii)</enum><text>Measures necessary to ensure the protection of
privacy and civil liberties in the carrying out of activities relating to countering
domestic terrorism.</text></clause></subparagraph>

<subparagraph id="H17EE46B8295545B0BFA26B3CC9910ADB"
commented="no"><enum>(B)</enum><header>Consultation</header><text display-inline="yes-
display-inline">In developing recommendations pursuant to subparagraph (A)(ii), the
Director of the Federal Bureau of Investigation and the Secretary of Homeland Security,
in consultation with the Director of National Intelligence, may seek the advice of the
Privacy and Civil Liberties Oversight
Board.</text></subparagraph></paragraph></subsection>

<subsection id="HFDDEA9DE84C6443D9588BCC4A888C4E8"
commented="no"><enum>(c)</enum><header>Provision of other documents and
materials</header>

<paragraph id="HFFF0B11BC14F46EDB22FB9D710DB179A"
commented="no"><enum>(1)</enum><header>In general</header><text display-inline="yes-
display-inline">Together with the report under subsection (b)(1), the Director of the
Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation
with the Director of National Intelligence in a manner consistent with the authorities
and responsibilities of such Director, shall also submit to the appropriate
congressional committees the following documents and materials in complete and
unredacted form:</text>

<subparagraph id="HE05242070D034BA99EB5D07807F01B82"
commented="no"><enum>(A)</enum><text>With respect to the Federal Bureau of
Investigation, at a minimum, the most recent, approved versions ofâ€"</text>

<clause id="HA004D653BB2D4304981355D2E7D0218F" commented="no"><enum>(i)</enum><text>the
Attorney Generalâ€™s Guidelines for Domestic FBI Operations (or any
successor);</text></clause>

<clause id="HCC06B0A24D3544459DE8AC90146D6EE0" commented="no"><enum>(ii)</enum><text
display-inline="yes-display-inline">the FBI Domestic Investigations and Operations
Guide (or any successor);</text></clause>

```
<clause id="HF8A6A2BCC9084A8CBF7445DF6DFD39B6"
commented="no"><enum>(iii)</enum><text>the FBI Counterterrorism Policy Guide (or any
successor); and</text></clause>

<clause id="H617EE15C51694501A8CCE4AE8EF7E3B4"
commented="no"><enum>(iv)</enum><text>materials sufficient to show the rankings of
domestic terrorism in relation to other threats within the Threat Review and
Prioritization process, with respect to the headquarters and each field office of the
Federal Bureau of Investigation.</text></clause></subparagraph>

<subparagraph id="H9BC906A2C3B8419AB70145B47E704EB0"
commented="no"><enum>(B)</enum><text>With respect to the intelligence
communityâ€"</text>

<clause id="HB0686369FC5B4A9E8CB1B87A39C2B635" commented="no"><enum>(i)</enum><text>a
list of all intelligence products described in subsection (b)(4)(A)(ii)(VI);
and</text></clause>

<clause id="HAEB5566D63BE4877954C1F0F0D621531" commented="no"><enum>(ii)</enum><text>a
means of accessing each such product.</text></clause></subparagraph></paragraph>

<paragraph id="H1396C9EAF56E4FE4969D8DDD5E304C2A"
commented="no"><enum>(2)</enum><header>Nonduplication</header><text display-
inline="yes-display-inline">If any documents or materials required under paragraph (1)
have been previously submitted to the appropriate congressional committees under such
paragraph and have not been modified since such submission, the Director of the Federal
Bureau of Investigation, the Secretary of Homeland Security, and the Director of
National Intelligence may provide a list of such documents or materials in lieu of
making the submission under paragraph (1) for those documents or
materials.</text></paragraph></subsection>

<subsection id="H2B00D869581F4E6396668C0CCDA4320B"
commented="no"><enum>(d)</enum><header>Annual updates</header><text display-
inline="yes-display-inline">During the 5-year period following the date of the
submission of the reports under subsections (b) and (c), the Director of the Federal
Bureau of Investigation and the Secretary of Homeland Security, in consultation with
the Director of National Intelligence in a manner consistent with the authorities and
responsibilities of such Director, shall jointly submit to the appropriate
congressional committees annual updates to the reports submitted under subsections (a),
(b), and (c).</text></subsection>

<subsection id="H4644F72E877B4B3B9C394E77CAED6F94"
commented="no"><enum>(e)</enum><header>Classification and public release</header><text
display-inline="yes-display-inline">The reports under subsections (a), (b), and (d)
shall beâ€"</text>

<paragraph id="H43A79724791743079BFE8DC9CE828C31"
commented="no"><enum>(1)</enum><text>unclassified, but may contain a classified
annex;</text></paragraph>

<paragraph id="HCDC1618C53D946ACBC5F7B5800B632CE" display-inline="no-display-inline"
commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">with respect
to the unclassified portion of the report, made available on the public internet
websites of the Federal Bureau of Investigation, the Department of Homeland Security,
and the National Counterterrorism Centerâ€"</text>

<subparagraph id="H9865027E038145FCBDA90A00F29614B7"
commented="no"><enum>(A)</enum><text>not later than 30 days after submission to the
appropriate congressional committees; and</text></subparagraph>

<subparagraph id="H4352071F540A4F30BA2635902AE5B243"
commented="no"><enum>(B)</enum><text>in an electronic format that is fully indexed and
searchable; and</text></subparagraph></paragraph>

<paragraph id="H5DB57E3E34664B7FABBF44CA2C27EE5A"
commented="no"><enum>(3)</enum><text>with respect to a classified annex, submitted to
the appropriate congressional committees in an electronic format that is fully indexed
and searchable. </text></paragraph></subsection>

<subsection id="H474E88AA2EE648AABA0594238C50D082" display-inline="no-display-inline"
commented="no"><enum>(f)</enum><header>Information quality</header><text display-
```

inline="yes-display-inline">The reports under subsections (a), (b), and (d), to the extent applicable, shall comply with the guidelines issued by the Director of the Office of Management and Budget pursuant to section 515 of title V of the Consolidated Appropriations Act, 2001 (Public Law 106â€"554; 114 Stat. 2763Aâ€"154).
</text></subsection></section></title>

<title id="H5D7CCBEC94AE4A509E379C6F1E194B59"
style="OLC"><enum>LVII</enum><header>Reports and other matters</header>

<subtitle id="HCD6A9D1363444EC68A3DAA28BBCF268E"><enum>A</enum><header>Reports and briefings</header>

<section id="H94EBFC9EA2194684BC3A651994AD30E6" section-type="subsequent-section"><enum>5701. </enum><header>Modification of requirements for submission to Congress of certain reports</header>

<subsection id="HF435D28FCC1E4D9BA9A6A007FA3497FF"><enum>(a)</enum><header>Modification of reports relating to Guantanamo Bay</header>

<paragraph id="H8FFEB9B56EB24020B0D8A798528A5BA0"><enum>(1)</enum><header>Modification</header><text>Section 506I(b) of the National Security Act of 1947 (50 U.S.C. 3105(b)) is amended by striking <quote>once every 6 months</quote> and inserting <quote>annually</quote>.</text></paragraph>

<paragraph id="H36080751B7EB46888DA8C4E20D11E968"><enum>(2)</enum><header>Modification</header><text>Section 319(a) of the Supplemental Appropriations Act, 2009 (10 U.S.C. 801 note) is amended by striking <quote>every 90 days</quote> and inserting <quote>annually</quote>.</text></paragraph></subsection>

<subsection id="HAF4384ADFE5740159FF783600A654E5D"><enum>(b)</enum><header>Modification to reports on analytic integrity</header><text display-inline="yes-display-inline">Subsection (c) of section 1019 of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3364) is amendedâ€"</text>

<paragraph id="HF49B15E1D14840118BE274B14AE01451"><enum>(1)</enum><text>in the heading, by striking <quote><header-in-text level="subsection" style="OLC">reports</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="OLC">briefings</header-in-text></quote>; and</text></paragraph>

<paragraph id="H918A6CDAD2C04FB7A8FB7CE33F994EE6"><enum>(2)</enum><text>by striking <quote>submit to the congressional intelligence committees, the heads of the relevant elements of the intelligence community, and the heads of analytic training departments a report containing</quote> and inserting <quote>provide to the congressional intelligence committees, the heads of the relevant elements of the intelligence community, and the heads of analytic training departments a briefing with</quote>.</text></paragraph></subsection>

<subsection id="HF6CA3F56AD7149DC87A3C336537E8993"><enum>(c)</enum><header>Repeal of reports relating to intelligence functions</header><text display-inline="yes-display-inline">Section 506J of the National Security Act of 1947 (50 U.S.C. 3105a) is repealed and the table of contents in the first section of such Act is amended by striking the item relating to section 506J.</text></subsection>

<subsection id="HD478CF90A77F4F5692659AFE1A4DA0B1"
commented="no"><enum>(d)</enum><header>Modification of required reports relating to entertainment industry</header><text display-inline="yes-display-inline">Section 308 of the Intelligence Authorization Act for Fiscal Year 2017 (50 U.S.C. 3332) is amendedâ€"</text>

<paragraph id="HA51A9242C2594EB58EE11B82B0DDE9A7" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (b)(2)â€"</text>

<subparagraph id="HDAC60DACC1CC4255ABDB9AF06B9E6CD9"
commented="no"><enum>(A)</enum><text>by striking <quote>paragraph (1) shallâ€"</quote> and all that follows through <quote>permit an element</quote> and insert <quote>paragraph (1) shall permit an element</quote>;</text></subparagraph>

<subparagraph id="H1A37548886254FA9953B8822C82EC95C"
commented="no"><enum>(B)</enum><text>by striking <quote>approval; and</quote> and

inserting <quote>approval.</quote>; and</text></subparagraph>

<subparagraph id="H58A2DE79DBF44C21952953E43E021036"
commented="no"><enum>(C)</enum><text>by striking subparagraph (B);
and</text></subparagraph></paragraph>

<paragraph id="H8AF0746288454E18A57622A2A747695B"
commented="no"><enum>(2)</enum><text>by striking subsection (c) and inserting the
following new subsection:</text>

<quoted-block style="OLC" id="H2C557A3FDB534F35912070DB322FA81E" display-inline="no-
display-inline">

<subsection id="H41638CA5FDAF4B44A9C45C6E0FB4903A"><enum>(c)</enum><header>Information
on prior year engagements</header><text display-inline="yes-display-inline">At the
written request of either of the congressional intelligence committees, the Director of
National Intelligence shall submit to such committees information with respect to
engagements occurring during the calendar year prior to the year during which such
request is made. Such information may includeâ€"</text>

<paragraph id="HCA88ABA91C6C4950A60A8FA051E6EDEB"><enum>(1)</enum><text display-
inline="yes-display-inline">a description of the nature and duration of each such
engagement;</text></paragraph>

<paragraph id="HCB26F70649D3430EAE28B888F842303C"><enum>(2)</enum><text>the cost
incurred by the United States Government for each such engagement;</text></paragraph>

<paragraph id="H5745959BBA884F909A72F9187636AB46"><enum>(3)</enum><text>a description
of the benefits to the United States Government for each such
engagement;</text></paragraph>

<paragraph id="HD3B2B225889A45DDB4F02DF0EED0EBC5"><enum>(4)</enum><text>a determination
of whether any information was declassified, and whether any classified information was
improperly disclosed, for each such engagement; and</text></paragraph>

<paragraph id="H79A56AC2EEF146909F8C2527429451CC"><enum>(5)</enum><text>a description
of the work produced through each such
engagement.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection></section>

<section id="HB7AE6ABD05CF4508835672EACE3F79CE" section-type="subsequent-
section"><enum>5702.</enum><header>Increased transparency regarding counterterrorism
budget of the United States</header>

<subsection
id="H578DF842878F48BB9ADA2E51271E648C"><enum>(a)</enum><header>Findings</header><text
display-inline="yes-display-inline">Congress finds the following:</text>

<paragraph id="H984CCE4705B4483C9B5D830CA4579C61"><enum>(1)</enum><text>Consistent with
section 601(a) of the Implementing Recommendations of the 9/11 Commission Act of 2007
(50 U.S.C. 3306(a)), the recent practice of the intelligence community has been to
release to the publicâ€"</text>

<subparagraph id="HB20685BE495A43379D852F959DB9934A"><enum>(A)</enum><text>around the
date on which the President submits to Congress a budget for a fiscal year pursuant to
section 1105 of title 31, United States Code, the <quote>top-line</quote> amount of
total funding requested for the National Intelligence Program for such fiscal year;
and</text></subparagraph>

<subparagraph id="H75E432AB17E84A158FBF2F46BFDAF115"><enum>(B)</enum><text>the amount
of requested and appropriated funds for the National Intelligence Program and Military
Intelligence Program for certain prior fiscal years, consistent with the protection of
intelligence sources and methods.</text></subparagraph></paragraph>

<paragraph id="H9602BC145DF840F9A90E7E2D9056C07F"><enum>(2)</enum><text>The Directorate
of Strategic Operational Planning of the National Counterterrorism Center is
responsible for producing an annual National Counterterrorism Budget report, which
examines the alignment of intelligence and other resources in the applicable fiscal
year budget with the counterterrorism goals and areas of focus in the National Strategy
for Counterterrorism.</text></paragraph></subsection>

<subsection id="H2893E1A06584435595D3D7054D60A21C"><enum>(b)</enum><header>Sense of

Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H507E0839DDDC412FAF9A22F9C94867BE"><enum>(1)</enum><text>despite the difficulty of compiling and releasing to the public comprehensive information on the resource commitments of the United States to counterterrorism activities and programs, including with respect to such activities and programs of the intelligence community, the United States Government could take additional steps to enhance the understanding of the public with respect to such resource commitments, in a manner consistent with the protection of intelligence sources and methods and other national security interests; and</text></paragraph>

<paragraph id="H68456D7554C542ED965BA8514A911D7A"><enum>(2)</enum><text>the United States Government should release to the public as much information as possible regarding the funding of counterterrorism activities and programs, including activities and programs of the intelligence community, in a manner consistent with the protection of intelligence sources and methods and other national security interests.</text></paragraph></subsection>

<subsection id="HA635843D891F4FA598E89AA44477E453"><enum>(c)</enum><header>Briefing on public release of information</header>

<paragraph id="HB68204B730194B24AC61DA1A06773F1C"><enum>(1)</enum><header>Requirement</header><text>Not later than 90 days after the date of the enactment of this Act, and not later than 90 days after the beginning of each fiscal year thereafter, the President shall ensure that the congressional intelligence committees receive a briefing from appropriate personnel of the United States Government on the feasibility of releasing to the public additional information relating to counterterrorism efforts of the intelligence community.</text></paragraph>

<paragraph id="H9EDEF14D31F1461697C293A5064D6E0F"><enum>(2)</enum><header>Elements</header><text display-inline="yes-display-inline">Each briefing required by paragraph (1) shall include a discussion of the feasibility ofâ€"</text>

<subparagraph id="H33038922BD0543D9920C9EE4E0728B5C"><enum>(A)</enum><text>subject to paragraph (3), releasing to the public the National Counterterrorism Budget report described in subsection (a)(2) for the prior fiscal year; and</text></subparagraph>

<subparagraph id="HB2A3EF7B73AE4D8482D56FB7ED0E00F6"><enum>(B)</enum><text display-inline="yes-display-inline">declassifying other reports, documents, or activities of the intelligence community relating to counterterrorism and releasing such information to the public in a manner consistent with the protection of intelligence sources and methods and other national security interests.</text></subparagraph></paragraph>

<paragraph id="H57927EBEE7CB4102BE1ADD0EB6A04728"><enum>(3)</enum><header>Release of National Counterterrorism Budget report</header><text display-inline="yes-display-inline">The President may satisfy the requirement under paragraph (2)(A) during a fiscal year by, not later than 90 days after the beginning of the fiscal year, releasing to the public the National Counterterrorism Budget report (with any redactions the Director determines necessary to protect intelligence sources and methods and other national security interests) for the prior fiscal year.</text></paragraph></subsection></section>

<section id="H60411C9A885D4105BFAC86F89DA4B6A2"><enum>5703.</enum><header>Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations</header>

<subsection commented="no" id="H8E721E18D3724DE8B1E53EC8F4216727"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Director of National Intelligence shall conduct a study on former intelligence personnel providing covered intelligence assistance.</text></subsection>

<subsection id="H12A162DC1220487B80DFADCE63FD53CC"><enum>(b)</enum><header>Elements</header><text>The study under subsection (a) shall include the following:</text>

<paragraph id="HF5D2BED7DAE74C7EAFD0B2DC1BBB1530"><enum>(1)</enum><text>An

identification of, and discussion of the effectiveness of, existing laws, policies, procedures, and other measures relevant to the ability of elements of the intelligence community to prevent former intelligence personnel from providing covered intelligence assistanceâ€"</text>

<subparagraph id="H7237E715319C4F879E64D88EB7C2B8B8"><enum>(A)</enum><text>without proper authorization; or</text></subparagraph>

<subparagraph id="HB025753993FB49E29D3241FF7B619D1F"><enum>(B)</enum><text>in a manner that would violate legal or policy controls if the personnel performed such assistance while working for the United States Government; and</text></subparagraph></paragraph>

<paragraph id="H2D988047884C4132B04C1694D7C88538"><enum>(2)</enum><text>Make recommendations for such legislative, regulatory, policy, or other changes as may be necessary to ensure that the United States consistently meets the objectives described in paragraph (1).</text></paragraph></subsection>

<subsection id="H6976A34A81B74A82A09C05310FD3004B"><enum>(c)</enum><header>Report and plan</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Committee on Homeland Security of the House of Representativesâ€"</text>

<paragraph id="HA40E514346B6427398882C56A3B3C1A1"><enum>(1)</enum><text>a report on the findings of the Director with respect to each element of the study under subsection (a); and</text></paragraph>

<paragraph id="H5D21BC469489467886B96BC0DEB5E317"><enum>(2)</enum><text>a plan to implement any recommendations made by the Director that the Director may implement without changes to Federal law.</text></paragraph></subsection>

<subsection id="H1D5E990EE8B04016BD63C3DB429FD39F"><enum>(d)</enum><header>Form</header><text>The report and plan under subsection (c) may be submitted in classified form.</text></subsection>

<subsection id="HFB2A00F3EDA84E8D8D246485C6A43B60"><enum>(e)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="HA88E0109F6C54A04A48179BF2315D425"><enum>(1)</enum><header>Covered intelligence assistance</header><text>The term <term>covered intelligence assistance</term> means assistanceâ€"</text>

<subparagraph id="H3A6F34DEC658448D98AE26CD44C3ED03"><enum>(A)</enum><text display-inline="yes-display-inline">provided by former intelligence personnel directly to, or for the benefit of, the government of a foreign country or indirectly to, or for the benefit of, such a government through a company or other entity; and</text></subparagraph>

<subparagraph id="HDDD7B23BF42847D4935A326C767AD909"><enum>(B)</enum><text>that relates to intelligence, military, or law enforcement activities of a foreign country, including with respect to operations that involve abuses of human rights, violations of the laws of the United States, or infringements on the privacy rights of United States persons.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9C3714FFD14A43C98296A2208804338E"><enum>(2)</enum><header>Former intelligence personnel</header><text>The term <term>former intelligence personnel</term> means retired or former personnel of the intelligence community, including civilian employees of elements of the intelligence community, members of the Armed Forces, and contractors of elements of the intelligence community.</text></paragraph></subsection></section>

<section display-inline="no-display-inline" id="HD254CD7BB1154776A14778C24A593FD4" section-type="subsequent-section" commented="no"><enum>5704.</enum><header>Collection, analysis, and dissemination of workforce data</header>

<subsection id="H0CC51F0A6EB34C3387D36CF337F52CD3" commented="no"><enum>(a)</enum><header>Modification of requirement for annual report on hiring and retention of minority employees</header>

```
<paragraph id="HBB1EA117CEDE4B73BE9F4C221E969967" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><header display-inline="yes-display-inline">Expansion
of period of report</header><text>Subsection (a) of section 114 of the National
Security Act of 1947 (50 U.S.C. 3050) is amended by inserting <quote>and the preceding
5 fiscal years</quote> after <quote>fiscal year</quote>.</text></paragraph>

<paragraph id="HBD33FFA26DD94AF9B9BF2E2380F5BCF0" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><header display-inline="yes-display-
inline">Clarification on disaggregation of data</header><text display-inline="yes-
display-inline">Subsection (b) of such section is amended, in the matter before
paragraph (1), by striking <quote>disaggregated data by category of covered person from
each element of the intelligence community</quote> and inserting <quote>data,
disaggregated by category of covered person and by element of the intelligence
community,</quote>.</text></paragraph></subsection>

<subsection id="HEC2EC0C2F5BA485BA5EC72572B3CFBF0"
commented="no"><enum>(b)</enum><header>Initial reporting</header>

<paragraph id="HF932F3C581FC4ABB837ADFC1352106D3"
commented="no"><enum>(1)</enum><header>In general</header><text>Not later than 180 days
after the date of the enactment of this Act, and subject to paragraph (3), the Director
of National Intelligence shall make available to the public, the appropriate
congressional committees, and the workforce of the intelligence community a report
which includes aggregate demographic data and other information regarding the diversity
and inclusion efforts of the workforce of the intelligence
community.</text></paragraph>

<paragraph id="HCC6421CC807543989026355FB70C14BE"
commented="no"><enum>(2)</enum><header>Contents</header><text>A report made available
under paragraph (1)â€"</text>

<subparagraph id="H1CD6D4B6FB974758883B943DC1848DEC"
commented="no"><enum>(A)</enum><text>shall include unclassified reports and barrier
analyses relating to diversity and inclusion efforts;</text></subparagraph>

<subparagraph id="HE7EA3FD629A547CE99C804180C268922"
commented="no"><enum>(B)</enum><text>shall include aggregate demographic dataâ€"</text>

<clause id="H53A6E98FBA634AB2A685DDFACEAB1721" commented="no"><enum>(i)</enum><text>by
segment of the workforce of the intelligence community and grade or
rank;</text></clause>

<clause id="HE90975DA0039467EA3EC46595AF20AE5"
commented="no"><enum>(ii)</enum><text>relating to attrition and promotion
rates;</text></clause>

<clause id="HB27798D4A2EE4AB8BDD8415E3A63A77E"
commented="no"><enum>(iii)</enum><text>that addresses the compliance of the
intelligence community with validated inclusion metrics, such as the New Inclusion
Quotient index score; and</text></clause>

<clause id="HFEA83B6A34FE41CB84393620F2C17319"
commented="no"><enum>(iv)</enum><text>that provides demographic comparisons to the
relevant nongovernmental labor force and the relevant civilian labor
force;</text></clause></subparagraph>

<subparagraph id="H97AF4A5C9D72486E9D97FC728D3A183D"
commented="no"><enum>(C)</enum><text>shall include an analysis of applicant flow data,
including the percentage and level of positions for which data are collected, and a
discussion of any resulting policy changes or recommendations;</text></subparagraph>

<subparagraph id="HCBAF0B2DAAB3478E98E11D5EE24C640C"
commented="no"><enum>(D)</enum><text>shall include demographic data relating to
participants in professional development programs of the intelligence community and the
rate of placement into senior positions for participants in such
programs;</text></subparagraph>

<subparagraph id="H6117C5BD4AFF49BFB502B4E58239F310"
commented="no"><enum>(E)</enum><text>shall include any voluntarily collected
demographic data relating to the membership of any external advisory committee or board
to which individuals in senior positions in the intelligence community appoint members;
```

WASHSTATEC016176

and</text></subparagraph>

<subparagraph id="H01422AAF3BAD496CA499E60C84A41A04"
commented="no"><enum>(F)</enum><text>may include data in proportions or percentages to
account for concerns relating to the protection of classified
information.</text></subparagraph></paragraph></subsection>

<subsection id="HE14C21D1B6A940BAA264BF6820AAACB7"
commented="no"><enum>(c)</enum><header>Updates</header><text>After making available a
report under subsection (b), the Director of National Intelligence shall annually
provide a report (which may be provided as part of an annual report required under
another provision of law) to the workforce of the intelligence community (including
senior leadership), the public, and the appropriate congressional committees that
includesâ€"</text>

<paragraph id="H34584559895C4E1CA1C35DBCB02536A6"
commented="no"><enum>(1)</enum><text>demographic data and information on the status of
diversity and inclusion efforts of the intelligence community;</text></paragraph>

<paragraph id="H168C462CD6A1417E861039EEC57C7496"
commented="no"><enum>(2)</enum><text>an analysis of applicant flow data, including the
percentage and level of positions for which data are collected, and a discussion of any
resulting policy changes or recommendations; and</text></paragraph>

<paragraph id="H833AC6BE645744A28F31378A05964AB9"
commented="no"><enum>(3)</enum><text>demographic data relating to participants in
professional development programs of the intelligence community and the rate of
placement into senior positions for participants in such
programs.</text></paragraph></subsection>

<subsection id="H7D6961F027D64EE2902424CFCB1BEAFE"
commented="no"><enum>(d)</enum><header>Expand the collection and analysis of voluntary
applicant flow data</header>

<paragraph id="H7E18737C787D40A584D9496680BEAE44"
commented="no"><enum>(1)</enum><header>In general</header><text>The Director of
National Intelligence shall develop a system to collect and analyze applicant flow data
for as many positions within the intelligence community as practicable, in order to
identify areas for improvement in attracting diverse talent, with particular attention
to senior and management positions.</text></paragraph>

<paragraph id="H85A6A9B7DB554573A7070D54719C8C7C"
commented="no"><enum>(2)</enum><header>Phased implementation</header><text>The
collection of applicant flow data may be implemented by the Director of National
Intelligence in a phased approach commensurate with the resources available to the
intelligence community.</text></paragraph></subsection>

<subsection id="H6F913D89823E40559E3CDC7AE04B5A16"
commented="no"><enum>(e)</enum><header>Identify additional categories for voluntary
data collection of current employees</header>

<paragraph id="HED3F6A9A81034D98B8EB946E6FA4B7E1"
commented="no"><enum>(1)</enum><header>In general</header><text>The Director of
National Intelligence may submit to the Office of Management and Budget and to the
appropriate congressional committees a recommendation regarding whether the
intelligence community should voluntarily collect more detailed data on demographic
categories in addition to the race and ethnicity categories specified in the
statistical policy directive issued by the Office of Management and Budget entitled
<quote>Standards for Maintaining, Collecting, and Presenting Federal Data on Race and
Ethnicity</quote>.</text></paragraph>

<paragraph id="H862814AFA3F84F84803CA4B741AC8A1E"
commented="no"><enum>(2)</enum><header>Process</header><text>In making a recommendation
under paragraph (1), the Director of National Intelligence shallâ€"</text>

<subparagraph id="H2DE0853C45A6471D9184B342E6917CAE"
commented="no"><enum>(A)</enum><text>engage in close consultation with internal
stakeholders, such as employee resource or affinity groups;</text></subparagraph>

<subparagraph id="HBB61CC5305A547EAACF49E60D4767DC3"
commented="no"><enum>(B)</enum><text>ensure that there is clear communication with the

```
workforce of the intelligence communityâ€"</text>

<clause id="HDDB98733BB244BF593537215FBEF4B4D" commented="no"><enum>(i)</enum><text>to
explain the purpose of the potential collection of such data; and</text></clause>

<clause id="H0BB29562E88F465194A93FDDB29A7EAB"
commented="no"><enum>(ii)</enum><text>regarding legal protections relating to any
anticipated use of such data; and</text></clause></subparagraph>

<subparagraph id="H3EEC60341A2547059EF1C38086829DE7"
commented="no"><enum>(C)</enum><text>ensure adherence to relevant standards and
guidance issued by the Federal
Government.</text></subparagraph></paragraph></subsection>

<subsection display-inline="no-display-inline" id="H21F6219C8CF24F59A37E640ABE6F7218"
commented="no"><enum>(f)</enum><header>Definitions</header><text>In this
section:</text>

<paragraph id="H5E3B1DCA9B3A4CCB8A303B691D9DF124"
commented="no"><enum>(1)</enum><header>Applicant flow data</header><text>The term
<term>applicant flow data</term> means data that tracks the rate of applications for
job positions among demographic categories.</text></paragraph>

<paragraph id="H9E451B4D82FF4EF1ACFC45A94DC14B86"
commented="no"><enum>(2)</enum><header>Appropriate congressional
committees</header><text>The term <term>appropriate congressional committees</term>
meansâ€"</text>

<subparagraph id="H4D5CCAF51126444AA75616A0DE49C231"
commented="no"><enum>(A)</enum><text>the Committee on Foreign Relations, the Committee
on Armed Services, the Committee on Homeland Security and Governmental Affairs, the
Select Committee on Intelligence, and the Committee on Appropriations of the Senate;
and</text></subparagraph>

<subparagraph id="H19779F36DDC14045BC3DE5E54E6B0962"
commented="no"><enum>(B)</enum><text>the Committee on Foreign Affairs, the Committee on
Armed Services, the Committee on Homeland Security, the Permanent Select Committee on
Intelligence, and the Committee on Appropriations of the House of
Representatives.</text></subparagraph></paragraph>

<paragraph id="HAE2F7F5651C54A7E95C56D9AB4366D80"
commented="no"><enum>(3)</enum><header>Diversity</header><text>The term
<term>diversity</term> means diversity of persons based on gender, race, ethnicity,
disability status, veteran status, sexual orientation, gender identity, national
origin, and other demographic categories.</text></paragraph></subsection></section>

<section display-inline="no-display-inline" id="H160CF69B17BC4643BD40B1B324E6A5AF"
section-type="subsequent-section"><enum>5705.</enum><header>Plan for strengthening the
supply chain intelligence function</header>

<subsection id="H46CC912E32204EBAA1FB6931199FE8F2"><enum>(a)</enum><header>In
general</header><text>Not later than 180 days after the date of the enactment of this
Act, the Director of the National Counterintelligence and Security Center, in
coordination with the Director of the Defense Counterintelligence and Security Agency
and other interagency partners, shall submit to the appropriate congressional
committees a plan for strengthening the supply chain intelligence
function.</text></subsection>

<subsection
id="HD4CC62F8ECC145B1A7F9237C9B48D079"><enum>(b)</enum><header>Elements</header><text>T
he plan submitted under subsection (a) shall address the following:</text>

<paragraph commented="no"
id="H28E1C1DB5DBB4D7DA700A5A30ED0B562"><enum>(1)</enum><text>The appropriate workforce
model, including size, mix, and seniority, from the elements of the intelligence
community and other interagency partners.</text></paragraph>

<paragraph commented="no"
id="H54121999639145A287C92F453997092E"><enum>(2)</enum><text>The budgetary resources
necessary to implement the plan.</text></paragraph>
```

```
<paragraph commented="no"
id="HB3DB8F84515A41728AFDA2907EB3AAC0"><enum>(3)</enum><text>The appropriate governance
structure within the intelligence community and with interagency
partners.</text></paragraph>

<paragraph commented="no"
id="H9289AC1CCB0D43E2AFEC829B795776B9"><enum>(4)</enum><text>The authorities necessary
to implement the plan.</text></paragraph></subsection>

<subsection id="H6DB79A3AABDA4F94A07C92034BC5381A"
commented="no"><enum>(c)</enum><header>Appropriate congressional committees
defined</header><text>The term <term>appropriate congressional committees</term>
meansâ€"</text>

<paragraph id="HE5417513EE17484C903C9FDCB5D19F29"
commented="no"><enum>(1)</enum><text>the congressional intelligence committees;
and</text></paragraph>

<paragraph id="H743078185192412AB3DFF7A24EE2875C"
commented="no"><enum>(2)</enum><text>the Committees on Armed Services of the House of
Representatives and the Senate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HB0BDC7BEA97941A4BD952246C6B82995" section-type="subsequent-
section"><enum>5706.</enum><header display-inline="yes-display-inline">Comprehensive
economic assessment of investment in key United States technologies by companies or
organizations linked to China</header>

<subsection commented="no" display-inline="no-display-inline"
id="H7313408FC2E141CA8722431FB1331B7B"><enum>(a)</enum><header display-inline="yes-
display-inline">Assessment required</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, the
Director of National Intelligence, in coordination with the Director of the National
Counterintelligence and Security Center, the Director of the Federal Bureau of
Investigation, the Director of the Central Intelligence Agency, the Secretary of the
Treasury, and the heads of such other Federal agencies as the Director of National
Intelligence considers appropriate, shall submit to the congressional intelligence
committees a comprehensive economic assessment of investment in key United States
technologies, including emerging technologies, by companies or organizations linked to
China, including the implications of these investments for the national security of the
United States.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HE061C8E7B2BA417D87FAC9D83C6D3BA6"><enum>(b)</enum><header display-inline="yes-
display-inline">Form of assessment</header><text display-inline="yes-display-
inline">The assessment submitted under subsection (a) shall be submitted in
unclassified form, but may include a classified annex.</text></subsection></section>

<section id="HCEAE4BB82B1447D19B490EAD1F5A6407" section-type="subsequent-
section"><enum>5707.</enum><header>Report by Director of National Intelligence on
fifth-generation wireless network technology</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3560F83C82A741C28EA265D9D4AFD971"><enum>(a)</enum><header>Definition of
appropriate committees of Congress</header><text>In this section, the term
<term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H87DB8DA419104ADC863C5086174D576C"><enum>(1)</enum><text>the congressional
intelligence committees;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFD13152830F24A0EAABFED6391602278"><enum>(2)</enum><text>the Committee on Foreign
Relations of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB9227DAFA8974185947A0CE0CA13FA84"><enum>(3)</enum><text>Committee on Foreign
Affairs of the House of Representatives.</text></paragraph></subsection>

<subsection
id="HEBF36835F16A4EB0AACDEA3E9780DF84"><enum>(b)</enum><header>Report</header><text
```

```
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this Act, the Director of National Intelligence shall submit to the
appropriate committees of Congress a report onâ€"</text>

<paragraph id="H893EA416783E4826BD9041928ACE4203"><enum>(1)</enum><text display-
inline="yes-display-inline">the threat to the national security of the United States
posed by the global and regional adoption of fifth-generation wireless network (known
as <quote>5G</quote>) technology built by foreign companies;</text></paragraph>

<paragraph display-inline="no-display-inline"
id="H7DDAABB3BFB341EB9BB954F92E32E326"><enum>(2)</enum><text display-inline="yes-
display-inline">the threat to the national security of the United States posed by
telecommunications companies that are subject to the jurisdiction of a foreign
adversary; and</text></paragraph>

<paragraph id="H200E00DDA0FC44FF839CB413FD142BA3"><enum>(3)</enum><text display-
inline="yes-display-inline">possible efforts to mitigate the
threat.</text></paragraph></subsection>

<subsection
id="H8FB574F438E240AA95A15011AA0ADDF5"><enum>(c)</enum><header>Contents</header><text
display-inline="yes-display-inline">The report under subsection (b) shall
includeâ€"</text>

<paragraph id="H26ACE97108D8427484B5F2266B4F02E5"><enum>(1)</enum><text display-
inline="yes-display-inline">the timeline and scale of global and regional adoption of
foreign fifth-generation wireless network technology;</text></paragraph>

<paragraph id="H61388585A3754F8A9548FE85236C2B58"><enum>(2)</enum><text display-
inline="yes-display-inline">the implications of such global and regional adoption on
the cyber and espionage threat to the United States, the interests of the United
States, and the cyber and collection capabilities of the United
States;</text></paragraph>

<paragraph display-inline="no-display-inline"
id="H004679C11C71429A90DAA08B26D5BF59"><enum>(3)</enum><text display-inline="yes-
display-inline">the threat to the national security of the United States from
acquisition, importation, transfer, installation, or use of any communications
technology by any person subject to the jurisdiction of the United States that involves
communications technology designed, developed, manufactured or supplied by, controlled
by, or subject to, the jurisdiction of a foreign adversary; and</text></paragraph>

<paragraph id="HF1AF6310EF57443380BBAA1A4EC0FD85"><enum>(4)</enum><text display-
inline="yes-display-inline">the effect of possible mitigation efforts, including with
respect toâ€"</text>

<subparagraph id="HA53CAB4FD0B14E57BB374367CA2DEC92"><enum>(A)</enum><text display-
inline="yes-display-inline">a policy of the United States Government promoting the use
of strong, end-to-end encryption for data transmitted over fifth-generation wireless
networks;</text></subparagraph>

<subparagraph id="H30E034ADAD7C4DD78432FE9765050880"><enum>(B)</enum><text display-
inline="yes-display-inline">a policy of the United States Government promoting or
funding free, open-source implementation of fifth-generation wireless network
technology;</text></subparagraph>

<subparagraph id="HA7D67810EAFD4A39AABBDF04057151EA"><enum>(C)</enum><text display-
inline="yes-display-inline">subsidies or incentives provided by the United States
Government that could be used to promote the adoption of secure fifth-generation
wireless network technology developed by companies of the United States or companies of
allies of the United States; and</text></subparagraph>

<subparagraph id="H7FF7E61BF64A48AD8348401D15CDEAEA"><enum>(D)</enum><text display-
inline="yes-display-inline">a strategy by the United States Government to reduce
foreign influence and political pressure in international standard-setting
bodies.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD4C1F94E38384DE296D32B85221E7EA7"><enum>(d)</enum><header>Form</header><text
display-inline="yes-display-inline">The report submitted under subsection (b) shall be
submitted in unclassified form, but may include a classified
```

annex.</text></subsection></section>

<section display-inline="no-display-inline" id="HE9E2F5359D814C1387A3F3189394A387" section-type="subsequent-section"><enum>5708.</enum><header>Report on use by intelligence community of facial recognition technology</header>

<subsection id="H5FDEEAB12C094C8ABE106CBF3C97C321"><enum>(a)</enum><header>Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H2D713DDAA0094AC8943864A7046BC47A"><enum>(1)</enum><text display-inline="yes-display-inline">the use of facial recognition technology for the purpose of suppressing or burdening criticism or dissent, or for disadvantaging persons based on their ethnicity, race, gender, sexual orientation, or religion, is contrary to the values of the United States;</text></paragraph>

<paragraph id="H6655C049022940E6BB1E1FF7D9780DB1"><enum>(2)</enum><text display-inline="yes-display-inline">the United States Government should not engage in the sale or transfer of facial recognition technology to any country that is using such technology for the suppression of human rights; and</text></paragraph>

<paragraph id="H8D024FDC6FE646FABE1C6A27770EB0AD"><enum>(3)</enum><text display-inline="yes-display-inline">it is incumbent upon the intelligence community to develop clear policies and procedures that prevent the abuse of facial recognition technology.</text></paragraph></subsection>

<subsection id="HB65DA00C3CCA43949BF8FA794A2178DD"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees a report on the use of facial recognition technology by the intelligence community. Such report shall include each of the following:</text>

<paragraph id="HA172CAC399C24FC7B2C91F188C83E677"><enum>(1)</enum><text display-inline="yes-display-inline">An analysis of the current use of facial recognition technology by the intelligence community.</text></paragraph>

<paragraph id="HEA5B5DA1E6E04212AA9FDAE6F41F5A92"><enum>(2)</enum><text>An analysis of the accuracy of facial recognition technology, including a discussion of the appropriate threshold for use, and data disaggregated by race, gender, ethnicity, and age.</text></paragraph>

<paragraph id="HB7F675A0FA244F47B20EC0038892E70B"><enum>(3)</enum><text>Whether the Government has adequate procedures in place to audit or test technology they purchase to assess its accuracy, including on the basis of race, gender, ethnicity, and age.</text></paragraph>

<paragraph id="HDD254D7DF72849D3BC4472767702122D"><enum>(4)</enum><text>The extent to which the intelligence community has codified policies governing the use of facial recognition technology that adequately prevent adverse impacts on privacy, civil rights, and civil liberties.</text></paragraph>

<paragraph id="HA2250FD9900040398F448A4A7E4CC2D0"><enum>(5)</enum><text>An analysis of the ability of the intelligence community to use facial recognition technology to identify individuals in a way that respects constitutional rights, civil rights, civil liberties, and privacy of such individuals.</text></paragraph>

<paragraph id="H52C4388759694664BFB6FEC429438F48"><enum>(6)</enum><text>Identification of risks and safeguards to uphold the constitutional rights, civil rights, civil liberties, and privacy of individuals, including for communities of color and religious minorities.</text></paragraph>

<paragraph id="HED7C67C57D814D1386BD99019BDE5DDC"><enum>(7)</enum><text>Whether such technology is deployed in public areas or on photos of public areas in a manner that could raise First Amendment concerns.</text></paragraph>

<paragraph id="HF945770415D94EDEB86A9D2E2A00502A"><enum>(8)</enum><text>An identification of existing policies, procedures, or practices that permit the sharing of facial recognition data and technology with foreign governments or other non-United States Government entities.</text></paragraph>

WASHSTATEC016181

&lt;paragraph id="H2E4D72CD698D4B359009529BDCD7B863"&gt;&lt;enum&gt;(9)&lt;/enum&gt;&lt;text&gt;An identification of measures in place to protect data security.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HF0E0F7EDDA0C4397BB1B335CFEEC3C23"&gt;&lt;enum&gt;(10)&lt;/enum&gt;&lt;text&gt;An identification of any redress procedures to address complaints in cases where the use of facial recognition resulted in harm to an individual.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H4F6EAC943DD942A3B71944085D52A021"&gt;&lt;enum&gt;(11)&lt;/enum&gt;&lt;text&gt;An analysis of existing transparency, oversight, and audits of the use of facial recognition to measure the efficacy of the technology on an ongoing basis, as measured against the cost and impact on individual rights.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HE983F2AAD57C478C8419692313BB716A"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Form&lt;/header&gt;&lt;text&gt;The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H452BE8CDD0764EDCA79012F0D907D108"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header&gt;Facial recognition data defined&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;In this section, the term &lt;term&gt;facial recognition data&lt;/term&gt; means any unique attribute or feature of the face of an end user that is used by facial recognition technology to assign a unique, persistent identifier, or for the unique personal identification of a specific individual.&lt;/text&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section display-inline="no-display-inline" id="H9F8E94711F714EE2AE22A519D05526A0" section-type="subsequent-section"&gt;&lt;enum&gt;5709.&lt;/enum&gt;&lt;header&gt;Report on deepfake technology, foreign weaponization of deepfakes, and related notifications&lt;/header&gt;

&lt;subsection id="H4740FDA48E7F46698768B571E060B010"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Report on foreign weaponization of deepfakes and deepfake technology&lt;/header&gt;

&lt;paragraph id="H80B11097631246C3AF07D76A097B89E3"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;Report Required&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director, shall submit to the congressional intelligence committees a report onâ€"&lt;/text&gt;

&lt;subparagraph id="H3B617A69394F44ECB068660B270AB411"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;the potential national security impacts of machine-manipulated media (commonly known as &lt;quote&gt;deepfakes&lt;/quote&gt;); and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HEE65236E265A4058A454EC878B435C00"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;the actual or potential use of machine-manipulated media by foreign governments to spread disinformation or engage in other malign activities.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="HFEBE0AC18A5B4AEBB6F8A0F7B422A9FB"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Matters to be included&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The report under subsection (a) shall include the following:&lt;/text&gt;

&lt;subparagraph id="H2ECCBFE2692640E78CC1E0036CCA06DC"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;An assessment of the technical capabilities of foreign governments, including foreign intelligence services, foreign government-affiliated entities, and foreign individuals, with respect to machine-manipulated media, machine-generated text, generative adversarial networks, and related machine-learning technologies, includingâ€"&lt;/text&gt;

&lt;clause id="HE55DCF1ECF734CBCA6B9E44E5C1E88FF"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;an assessment of the technical capabilities of the Peopleâ€™s Republic of China and the Russian Federation with respect to the production and detection of machine-manipulated media; and&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H556307CDC851463E92F5A16453CC13E6"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;an annex describing those governmental elements within China and Russia known to have supported or facilitated machine-manipulated media research, development, or dissemination, as well as any civil-military fusion, private-sector, academic, or nongovernmental entities which have meaningfully participated in such activities.&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H685E2DCF55BD493B944077EE9FED9EF1"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;An updated assessment of how foreign governments, including foreign intelligence services, foreign government-affiliated entities, and foreign individuals, could use or are using

machine-manipulated media and machine-generated text to harm the national security interests of the United States, including an assessment of the historic, current, or potential future efforts of China and Russia to use machine-manipulated media, including with respect toâ€"</text>

<clause id="H2C387D80AE92423E94EA63E216BA3A20"><enum>(i)</enum><text>the overseas or domestic dissemination of misinformation;</text></clause>

<clause id="H65D775C8DB7944A1A6AE7E9D9D160BA6"><enum>(ii)</enum><text>the attempted discrediting of political opponents or disfavored populations; and</text></clause>

<clause id="H2D09EB6DCD50467EAC589EEC16E5B4C8"><enum>(iii)</enum><text>intelligence or influence operations directed against the United States, allies or partners of the United States, or other jurisdictions believed to be subject to Chinese or Russian interference.</text></clause></subparagraph>

<subparagraph id="H338EF070B10D47EDB36D39843D9E96A6"><enum>(C)</enum><text display-inline="yes-display-inline">An updated identification of the countertechnologies that have been or could be developed and deployed by the United States Government, or by the private sector with Government support, to deter, detect, and attribute the use of machine-manipulated media and machine-generated text by foreign governments, foreign-government affiliates, or foreign individuals, along with an analysis of the benefits, limitations and drawbacks of such identified counter-technologies, including any emerging concerns related to privacy.</text></subparagraph>

<subparagraph id="H35556D3E54BC458BB02C1D74F12B22D1"><enum>(D)</enum><text>An identification of the offices within the elements of the intelligence community that have, or should have, lead responsibility for monitoring the development of, use of, and response to machine-manipulated media and machine-generated text, includingâ€"</text>

<clause id="H0A1B1BB275474DBEB6BFE683CEEDB375"><enum>(i)</enum><text>a description of the coordination of such efforts across the intelligence community;</text></clause>

<clause id="H11B49202AD4D4C12BF03592F948CEBA2"><enum>(ii)</enum><text>a detailed description of the existing capabilities, tools, and relevant expertise of such elements to determine whether a piece of media has been machine manipulated or machine generated, including the speed at which such determination can be made, the confidence level of the element in the ability to make such a determination accurately, and how increasing volume and improved quality of machine-manipulated media or machine-generated text may negatively impact such capabilities; and</text></clause>

<clause id="H40E5D9248D234023BE7985F6B10F5EFE"><enum>(iii)</enum><text>a detailed description of planned or ongoing research and development efforts intended to improve the ability of the intelligence community to detect machine-manipulated media and machine-generated text.</text></clause></subparagraph>

<subparagraph id="H275381194A414080BA053E517D941FD2"><enum>(E)</enum><text>A description of any research and development activities carried out or under consideration to be carried out by the intelligence community, including the Intelligence Advanced Research Projects Activity, relevant to machine-manipulated media and machine-generated text detection technologies.</text></subparagraph>

<subparagraph id="H76F7F56728814891A9A348D39A152D7B"><enum>(F)</enum><text>Updated recommendations regarding whether the intelligence community requires additional legal authorities, financial resources, or specialized personnel to address the national security threat posed by machine-manipulated media and machine-generated text.</text></subparagraph>

<subparagraph id="H5BB0F3E9D932455F88A80550692D4CA8"><enum>(G)</enum><text>Other additional information the Director determines appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="H64E1EDB006664956984B720B7173130F"><enum>(b)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection display-inline="no-display-inline" id="H45136A096E3C49358A6E21C31F026838"><enum>(c)</enum><header>Requirement for notification</header><text>The Director of National Intelligence, in cooperation with

the heads of any other relevant departments or agencies of the Federal Government, shall notify the congressional intelligence committees each time the Director of National Intelligence determinesâ€"</text>

<paragraph id="HFEFB9627D2F64DE4B68357C9AC182BC5"><enum>(1)</enum><text>there is credible information or intelligence that a foreign entity has attempted, is attempting, or will attempt to deploy machine-manipulated media or machine-generated text aimed at the elections or domestic political processes of the United States; and</text></paragraph>

<paragraph id="H1DAC02BB8B524951BE76E099C9CF53C4"><enum>(2)</enum><text>that such intrusion or campaign can be attributed to a foreign government, a foreign government-affiliated entity, or a foreign individual.</text></paragraph></subsection>

<subsection id="H9FCD9F78F11C412B9B07BBC8D4FD85F0"><enum>(d)</enum><header>Annual update</header><text display-inline="yes-display-inline">Upon submission of the report in subsection (a), on an annual basis, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director, shall submit to the congressional intelligence committees any significant updates with respect to the matters described in subsection (a).</text></subsection>

<subsection id="H9AD45ED50898432D82E38872A6325429"><enum>(e)</enum><header>Definitions</header>

<paragraph id="H6E4EDA6180834EF7A6F5F93CA389E330"><enum>(1)</enum><header>Machine-generated text</header><text>The term <term>machine-generated text</term> means text generated using machine-learning techniques in order to resemble writing in natural language.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8B4248B8AA234F188D59F449187E5B4A"><enum>(2)</enum><header>Machine-manipulated media</header><text>The term <term>machine-manipulated media</term> has the meaning given that term in section 5724.</text></paragraph></subsection></section>

<section id="H9AC5392694954CD48F9E545E6CD39888"><enum>5710.</enum><header>Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress</header>

<subsection commented="no" display-inline="no-display-inline" id="H5196F561D4364180BCC4DA9F36744A7A"><enum>(a)</enum><header display-inline="yes-display-inline">Annual report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act and not less frequently than once each year thereafter, the Comptroller General of the United States shall submit to the congressional intelligence committees a report on cybersecurity and surveillance threats to Congress.</text></subsection>

<subsection id="HC8E9CF9FE7AF401CAD35360BBD5D7873"><enum>(b)</enum><header>Statistics</header><text display-inline="yes-display-inline">Each report submitted under subsection (a) shall include statistics on cyber attacks and other incidents of espionage or surveillance targeted against Senators or the immediate families or staff of the Senators, and Representatives, Delegates, and the Resident Commissioner, or the immediate families or staff of the Representatives, Delegates, and the Resident Commissioner, in which the nonpublic communications and other private information of such targeted individuals were lost, stolen, or otherwise subject to unauthorized access.</text></subsection>

<subsection id="H40823ECE3940449881C515D44D82C860"><enum>(c)</enum><header>Consultation</header><text>In preparing a report to be submitted under subsection (a), the Comptroller General shall consult with the Director of National Intelligence, the Secretary of Homeland Security, the Sergeant at Arms of the House of Representatives, and the Sergeant at Arms and Doorkeeper of the Senate.</text></subsection>

<subsection id="HAE3231BAE39240B88A88FF8D695B3BBD"><enum>(d)</enum><header>Form</header><text>The report under subsection (a), including the contents of the report in subsection (b), shall be submitted in unclassified form, but may include a classified annex to protect sources and methods and any appropriate redactions of personally identifiable information.</text></subsection></section>

```
<section commented="no" display-inline="no-display-inline"
id="HC79C1226FCA54061BD29B5ECC9DF6B74" section-type="subsequent-
section"><enum>5711.</enum><header display-inline="yes-display-inline">Analysis of and
periodic briefings on major initiatives of intelligence community in artificial
intelligence and machine learning</header>

<subsection commented="no" display-inline="no-display-inline"
id="H7CBBC8DF06244DB096BB9DCA055713BC"><enum>(a)</enum><header display-inline="yes-
display-inline">Analysis</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H89575F69D07647AF9E2283689E231338"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 90 days after the date of the enactment of this Act, the Director of National
Intelligence shall, in coordination with the heads of such elements of the intelligence
community as the Director considers appropriateâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7989EC2565C14982A4B9FA8C8068F40F"><enum>(A)</enum><text display-inline="yes-
display-inline">complete a comprehensive analysis of the major initiatives of the
intelligence community in artificial intelligence and machine learning;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4B688D3388CE4B6ABDC8CD8F1C448E01"><enum>(B)</enum><text display-inline="yes-
display-inline">provide to the congressional intelligence committees a briefing on the
findings of the Director with respect to the analysis conducted pursuant to
subparagraph (A).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1009E81FE6004A109612632D6AB909CF"><enum>(2)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The analysis
conducted under paragraph (1)(A) shall include analyses of how the initiatives
described in such paragraphâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7CA8D6D8A95949A8A829B20BF002A11A"><enum>(A)</enum><text display-inline="yes-
display-inline">correspond with the strategy of the intelligence community entitled
<quote>Augmenting Intelligence Using Machines</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6FCB9A698085451B9D9217F843AF8B89"><enum>(B)</enum><text display-inline="yes-
display-inline">complement each other and avoid unnecessary
duplication;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H87B027E316384D478864684CA31514B8"><enum>(C)</enum><text display-inline="yes-
display-inline">are coordinated with the efforts of the Defense Department on
artificial intelligence, including efforts at the Joint Artificial Intelligence Center
and Project Maven; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8FA3D6165A4C4270ABC10945B8DA3678"><enum>(D)</enum><text display-inline="yes-
display-inline">leverage advances in artificial intelligence and machine learning in
the private sector.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H1892D19F2F8344049EAC46BC33DC7C14"><enum>(b)</enum><header display-inline="yes-
display-inline">Periodic briefings</header><text display-inline="yes-display-
inline">Not later than 30 days after the date of the enactment of this Act, not less
frequently than twice each year thereafter until the date that is 2 years after the
date of the enactment of this Act, and not less frequently than once each year
thereafter until the date that is 7 years after the date of the enactment of this Act,
the Director and the Chief Information Officer of the Department of Defense shall
jointly provide to the congressional intelligence committees and congressional defense
committees (as defined in section 101 of title 10, United States Code) briefings with
updates on activities relating to, and the progress of, their respective artificial
intelligence and machine learning initiatives, particularly the Augmenting Intelligence
Using Machines initiative and the Joint Artificial Intelligence
Center.</text></subsection></section>
```

```
<section display-inline="no-display-inline" id="HDDEAB4A04A9545D8ADD7D59F3B788D20"
section-type="subsequent-section"><enum>5712.</enum><header>Report on best practices to
protect privacy and civil liberties of Chinese Americans</header>

<subsection id="H700C104777D34413AD8557914202BA36"><enum>(a)</enum><header>Sense of
Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="HC3733EAD59094F9F9AD8464B273A36EC"><enum>(1)</enum><text>the Peopleâ€™s
Republic of China appears to be specifically targeting the Chinese-American community
for intelligence purposes;</text></paragraph>

<paragraph id="HDB58A1C268114074A6FA96C2CE068988"><enum>(2)</enum><text>such targeting
carries a substantial risk that the loyalty of such Americans may be generally
questioned and lead to unacceptable stereotyping, targeting, and racial
profiling;</text></paragraph>

<paragraph id="H64E8B03A4B3A48EC88AAC0A5148C7BDF"><enum>(3)</enum><text>the United
States Government has a duty to warn and protect all Americans including those of
Chinese descent from these intelligence efforts by the Peopleâ€™s Republic of
China;</text></paragraph>

<paragraph id="HD3EBA728AA9748F98459FFAC6FF93259"><enum>(4)</enum><text>the broad
stereotyping, targeting, and racial profiling of Americans of Chinese descent is
contrary to the values of the United States and reinforces the flawed narrative
perpetuated by the Peopleâ€™s Republic of China that ethnically Chinese individuals
worldwide have a duty to support the Peopleâ€™s Republic of China;
and</text></paragraph>

<paragraph id="HE84E62F61F8045B480DC5C7C2721F212"><enum>(5)</enum><text>the United
States efforts to combat the Peopleâ€™s Republic of Chinaâ€™s intelligence activities
should actively safeguard and promote the constitutional rights of all Chinese
Americans.</text></paragraph></subsection>

<subsection
id="HD3B8D5F336C047CBA5DD4DE4A09A157E"><enum>(b)</enum><header>Report</header><text>Not
later than 180 days after the date of the enactment of this Act, the Director of
National Intelligence, acting through the Office of Civil Liberties, Privacy, and
Transparency, in coordination with the civil liberties and privacy officers of the
elements of the intelligence community, shall submit a report to the congressional
intelligence committees containingâ€"</text>

<paragraph id="H8D8B0332903B4D07B2878152D9C90A61"><enum>(1)</enum><text display-
inline="yes-display-inline">a review of how the policies, procedures, and practices of
the intelligence community that govern the intelligence activities and operations
targeting the Peopleâ€™s Republic of China affect policies, procedures, and practices
relating to the privacy and civil liberties of Americans of Chinese descent who may be
targets of espionage and influence operations by China; and</text></paragraph>

<paragraph id="H55A1DDB562A4422C88EDA01A9D17531A"><enum>(2)</enum><text>recommendations
to ensure that the privacy and civil liberties of Americans of Chinese descent are
sufficiently protected.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H6DA2B7826C7F44A7B227A29343434CA4"><enum>(c)</enum><header>Form</header><text>The
report under subsection (b) shall be submitted in unclassified form, but may include a
classified annex.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H3BE8E815174B4FBB806EE7CC4B0F2EC1" section-type="subsequent-
section"><enum>5713.</enum><header display-inline="yes-display-inline">Oversight of
foreign influence in academia</header>

<subsection commented="no" display-inline="no-display-inline"
id="H394BEF98AEB84980A687329062F07D40"><enum>(a)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC24B60E88EC8410E9434BAAFD61C193F"><enum>(1)</enum><header display-inline="yes-
display-inline">Covered institution of higher education</header><text display-
inline="yes-display-inline">The term <term>covered institution of higher
```

WASHSTATEC016186

education</term> means an institution described in section 102 of the Higher Education Act of 1965 (20 U.S.C. 1002) that receives Federal funds in any amount and for any purpose.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF59702CDEE7A413E9A484EA5E0331A01"><enum>(2)</enum><header display-inline="yes-display-inline">Sensitive research subject</header><text display-inline="yes-display-inline">The term <term>sensitive research subject</term> means a subject of research that is carried out at a covered institution of higher education that receives funds that were appropriated forâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC4C9AEBC6BCC4C9AA0F63A56D33E48CD"><enum>(A)</enum><text display-inline="yes-display-inline">the National Intelligence Program; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE590DA3AE7D54072A8C04848457BA5E3"><enum>(B)</enum><text display-inline="yes-display-inline">any Federal agency the Director of National Intelligence deems appropriate.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7F19557C043B410F8A43E6638AEA48AD"><enum>(b)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act and not less frequently than once each year thereafter, the Director of National Intelligence, in consultation with such elements of the intelligence community as the Director considers appropriate and consistent with the privacy protections afforded to United States persons, shall submit to congressional intelligence committees a report on risks to sensitive research subjects posed by foreign entities in order to provide Congress and covered institutions of higher education with more complete information on these risks and to help ensure academic freedom.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H38127DA19C99432091BB58642469231C"><enum>(c)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The report required by subsection (b) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H569BB1F1DD3841AB80F6B670ABC15248"><enum>(1)</enum><text display-inline="yes-display-inline">A list of sensitive research subjects that could affect national security.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H86FD3649BCD04BC28DEB0E031E57D329"><enum>(2)</enum><text display-inline="yes-display-inline">A list of foreign entities, including governments, corporations, nonprofit organizations and for-profit organizations, and any subsidiary or affiliate of such an entity, that the Director determines pose a counterintelligence, espionage (including economic espionage), or other national security threat with respect to sensitive research subjects.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB99C292DA21943679B0B09876C78C64D"><enum>(3)</enum><text display-inline="yes-display-inline">A list of any known or suspected attempts by foreign entities to exert pressure on covered institutions of higher education, including attempts to limit freedom of speech, propagate misinformation or disinformation, or to influence professors, researchers, or students.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H707BFD4268A64011867B931759470C8C"><enum>(4)</enum><text display-inline="yes-display-inline">Recommendations for collaboration between covered institutions of higher education and the intelligence community to mitigate threats to sensitive research subjects associated with foreign influence in academia, including any necessary legislative or administrative action.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H59D1B0D4EB9A4FFFBFA6D8864EC191BD"><enum>(d)</enum><header display-inline="yes-display-inline">Congressional notifications required</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the Director identifies a change to either list described in paragraph (1) or (2) of subsection (c), the Director shall notify the congressional intelligence committees of the

WASHSTATEC016187

```
change.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H001399F5F99C41B7AB228CD8DDC60DBF" section-type="subsequent-
section"><enum>5714.</enum><header display-inline="yes-display-inline">Report on death
of Jamal Khashoggi</header>

<subsection commented="no" display-inline="no-display-inline"
id="H8222D04AE5F94F14995A1D4F46BA3A2D"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 30 days after the date of the enactment of this Act, the Director of National
Intelligence shall submit to Congress a report on the death of Jamal Khashoggi,
consistent with protecting sources and methods. Such report shall include
identification of those who carried out, participated in, ordered, or were otherwise
complicit in or responsible for the death of Jamal Khashoggi.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H80ABE65C0CC44095928D4416EC01251B"><enum>(b)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
submitted under subsection (a) shall be submitted in unclassified
form.</text></subsection></section>

<section id="HD37D333FA299428EA112499A43AA3239" display-inline="no-display-inline"
section-type="subsequent-section" commented="no"><enum>5715.</enum><header>Report on
terrorist screening database</header>

<subsection id="HAF46C7CE93EB44EFA62EC56D2B0E87EB"
commented="no"><enum>(a)</enum><header>Report</header><text display-inline="yes-
display-inline">Not later than 180 days after the date of the enactment of this Act,
the Director of National Intelligence and the Secretary of State shall jointly submit
to the congressional intelligence committees, the Committee on Foreign Affairs of the
House of Representatives, and the Committee on Foreign Relations of the Senate a report
on the terrorist screening database of the Federal Bureau of
Investigation.</text></subsection>

<subsection id="HE054A7A669024BB987D0754551736E4A"
commented="no"><enum>(b)</enum><header>Matters included</header><text display-
inline="yes-display-inline">The report under subsection (a) shall identify the
following:</text>

<paragraph id="H35DBA393280D4B5BB67729618E73DC1A" commented="no"><enum>(1)</enum><text
display-inline="yes-display-inline">Which foreign countries receive access to the
terrorist screening database.</text></paragraph>

<paragraph id="H23D176EB0BCC4C10BBE7736DC8686462" commented="no"><enum>(2)</enum><text
display-inline="yes-display-inline">Which foreign countries have successfully
petitioned to add individuals to the terrorist screening database.</text></paragraph>

<paragraph id="H9C83904D55344B86ACF566DB1C92F8BA" commented="no"><enum>(3)</enum><text
display-inline="yes-display-inline">What standards exist for determining which
countries get access to the terrorist screening database.</text></paragraph>

<paragraph id="H9CCE542581194DD09D94FC9195848EFE" commented="no"><enum>(4)</enum><text
display-inline="yes-display-inline">The extent to which the human rights record of the
government of a foreign country is considered in the determination to give the country
access to the terrorist screening database.</text></paragraph>

<paragraph id="HD635695DDFDF43D0A3F17BF1DCC5922E" commented="no"><enum>(5)</enum><text
display-inline="yes-display-inline">What procedures, if any, exist to remove access to
the terrorist screening database from a foreign country.</text></paragraph>

<paragraph id="H81DEF636C90A4A08937B40E4CABE0039" commented="no"><enum>(6)</enum><text
display-inline="yes-display-inline">What procedures, if any, exist to inform an
individual, or the legal counsel of an individual, of the placement of the individual
on the terrorist screening database.</text></paragraph></subsection>

<subsection id="H17EAF22729E9451493DD320917D28BA2"
commented="no"><enum>(c)</enum><header>Form</header><text>The report under subsection
(a) shall be submitted in unclassified form, but may include a classified annex.
</text></subsection></section>
```

WASHSTATEC016188

```
<section id="H811891E93D414595BD2AE7D8F2A62E1F" display-inline="no-display-inline"
section-type="subsequent-section" commented="no"><enum>5716.</enum><header>Report
containing threat assessment on terrorist use of conventional and advanced conventional
weapons</header>

<subsection id="H3AC08141A0E64F818CA778121AE4D98A"
commented="no"><enum>(a)</enum><header>Report required</header><text display-
inline="yes-display-inline">Not later than 180 days after the date of the enactment of
this Act, and annually thereafter for a period of 4 years, the Under Secretary of
Homeland Security for Intelligence and Analysis, in coordination with the Director of
the Federal Bureau of Investigation, shall develop and submit to the entities in
accordance with subsection (b) a report containing a threat assessment regarding the
availability of conventional weapons, including conventional weapons lacking serial
numbers, and advanced conventional weapons, for use in furthering acts of terrorism,
including the provision of material support or resources to a foreign terrorist
organization and to individuals or groups supporting or engaging in domestic
terrorism.</text></subsection>

<subsection id="HBE0E5D2EAE52435C949B24D2FD709380"
commented="no"><enum>(b)</enum><header>Dissemination of report</header><text>Consistent
with the protection of classified and confidential unclassified information, the Under
Secretary shallâ€"</text>

<paragraph id="H1F8F85BA61C94F69A14A28070EDD1B36"
commented="no"><enum>(1)</enum><text>submit the initial report required under
subsection (a) to Federal, State, local, and Tribal law enforcement officials,
including officials who operate within State, local, and regional fusion centers under
the Department of Homeland Security State, Local, and Regional Fusion Center Initiative
established by section 210A of the Homeland Security Act of 2002 (6 U.S.C. 124h);
and</text></paragraph>

<paragraph id="HAFDA8B24423140C2AD22EFB9DC397BE7"
commented="no"><enum>(2)</enum><text>submit each report required under subsection (a)
to the appropriate congressional committees.</text></paragraph></subsection>

<subsection id="H840B74E0588D4E31B83AE5F92CEB4E7B"
commented="no"><enum>(c)</enum><header>Definitions</header><text>In this
section:</text>

<paragraph id="H8808A33F23874FA0BE2B45CF4BE9D34E"
commented="no"><enum>(1)</enum><header>Appropriate congressional
committees</header><text>The term <quote>appropriate congressional committees</quote>
meansâ€"</text>

<subparagraph id="H39EB2838594A4C269381CF09D58699E3"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">the Permanent
Select Committee on Intelligence, the Committee on Homeland Security, and the Committee
on the Judiciary of the House of Representatives; and</text></subparagraph>

<subparagraph id="H723DDFCE1AFA48D9895DA4A82B205EBE"
commented="no"><enum>(B)</enum><text>the Select Committee on Intelligence, the
Committee on Homeland Security and Governmental Affairs, and the Committee on the
Judiciary of the Senate.</text></subparagraph></paragraph>

<paragraph id="H817FB4F0F45B42A7AADBB2C5A171F881"
commented="no"><enum>(2)</enum><header>Domestic terrorism</header><text>The term
<quote>domestic terrorism</quote> has the meaning given that term in section 2331 of
title 18, United States Code.</text></paragraph>

<paragraph id="HAEFA2F2F8BBA467786E02B05F036709F"
commented="no"><enum>(3)</enum><header>Foreign terrorist organization</header><text
display-inline="yes-display-inline">The term <quote>foreign terrorist
organization</quote> means an organization designated as a foreign terrorist
organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).
</text></paragraph></subsection></section>

<section id="H4E200CCEF0A14F7B90D83CE282F8812B" display-inline="no-display-inline"
section-type="subsequent-section"><enum>5717.</enum><header>Assessment of homeland
security vulnerabilities associated with certain retired and former personnel of the
intelligence community</header>
```

```
<subsection id="HCD013DA060AA47228C23FF7E2D455E88"><enum>(a)</enum><header>Assessment
required</header><text display-inline="yes-display-inline">Not later than the date that
is 120 days after submission of the report required under section 5703, and annually
thereafter, the Director of National Intelligence, in coordination with the Under
Secretary of Homeland Security for Intelligence and Analysis, the Director of the
Federal Bureau of Investigation, the Director of the Central Intelligence Agency, and
the Director of the Defense Counterintelligence and Security Agency, shall submit to
the appropriate congressional committees an assessment of the homeland security
vulnerabilities associated with retired and former personnel of the intelligence
community providing covered intelligence assistance.</text></subsection>

<subsection
id="H58AA86FCBEEB4E539AAD0C3DF6FD08A2"><enum>(b)</enum><header>Form</header><text
display-inline="yes-display-inline">The assessment under subsection (a) may be
submitted in classified form.</text></subsection>

<subsection
id="H9BEA40CCD9AE4AF092475C3EC8C203C5"><enum>(c)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="HDE03D85A278748E694C4A4295D72734B"><enum>(1)</enum><header>Appropriate
congressional committees</header><text>The term <quote>appropriate congressional
committees</quote> means&#226;"</text>

<subparagraph id="H8D0070B8BCF947968A375BB4CFC6AF7A"><enum>(A)</enum><text>the
congressional intelligence committees;</text></subparagraph>

<subparagraph id="H605B5AF3A21443A1BE74613C78BA9FA9"><enum>(B)</enum><text>the
Committee on Homeland Security and Governmental Affairs of the Senate;
and</text></subparagraph>

<subparagraph id="HB578285BF1EF45378A6F3445975CCCE9"><enum>(C)</enum><text>the
Committee on Homeland Security of the House of
Representatives.</text></subparagraph></paragraph>

<paragraph id="H5D217BC8C4EC42FE83F35F67EF75EC18"><enum>(2)</enum><header>Covered
intelligence assistance</header><text>The term <quote>covered intelligence
assistance</quote> has the meaning given that term in section 5703.
</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H86C52FFAD9734447B91D20638AEF5BE5" section-type="subsequent-
section"><enum>5718.</enum><header display-inline="yes-display-inline">Study on
feasibility and advisability of establishing Geospatial-Intelligence Museum and
learning center</header>

<subsection commented="no" display-inline="no-display-inline"
id="H12B457E085884F7B9056F206B08E90D4"><enum>(a)</enum><header display-inline="yes-
display-inline">Study required</header><text display-inline="yes-display-inline">Not
later than 180 days after the date of the enactment of this Act, the Director of the
National Geospatial-Intelligence Agency shall complete a study on the feasibility and
advisability of establishing a Geospatial-Intelligence Museum and learning
center.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC19DA84C5EB640EBB44D743D068843CF"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The study
required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H9EFE6A69725047B9BC1ADB4FADE88EEE"><enum>(1)</enum><text display-inline="yes-
display-inline">Identifying the costs, opportunities, and challenges of establishing
the museum and learning center as described in such subsection.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H067C443DF3ED4F679806396403A935BB"><enum>(2)</enum><text display-inline="yes-
display-inline">Developing recommendations concerning such
establishment.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H822592535BAC4A9AB2D15D2B0507B266"><enum>(3)</enum><text display-inline="yes-
```

WASHSTATEC016190

```
display-inline">Identifying and reviewing lessons learned from the establishment of the
Cyber Center for Education and Innovation-Home of the National Cryptologic Museum under
section 7781(a) of title 10, United States Code.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H06060A9F00404BEC95C09CC84E0F6525"><enum>(c)</enum><header display-inline="yes-
display-inline">Report</header><text display-inline="yes-display-inline">Not later than
180 days after the date of the enactment of this Act, the Director shall submit to the
congressional intelligence committees and the congressional defense committees (as
defined in section 101 of title 10, United States Code) a report on the findings of the
Director with respect to the study completed under subsection
(a).</text></subsection></section></subtitle>

<subtitle id="H8EB3543C9CBA49B99D57FDF3FB2B661E"><enum>B</enum><header>Other
matters</header>

<section id="HB50DC87075D048EE9FD0E450C82C5838" section-type="subsequent-section"
display-inline="no-display-inline"><enum>5721.</enum><header>Whistleblower disclosures
to Congress and committees of Congress</header><text display-inline="no-display-
inline">Section 2302 of title 5, United States Code, is amendedâ€"</text>

<paragraph id="H7B29859E2CF941A699FAF616E7329F5A"><enum>(1)</enum><text>in subsection
(b)(8)â€"</text>

<subparagraph id="H03E5899B9CA94EADB47E7307F4CF47C5"><enum>(A)</enum><text>in
subparagraph (A), by striking <quote>; or</quote> and inserting a
semicolon;</text></subparagraph>

<subparagraph id="H30A96B08A0BC49B8B7A24498161E3B5A"><enum>(B)</enum><text>in
subparagraph (B)(ii), by striking the semicolon at the end and inserting <quote>;
or</quote>; and</text></subparagraph>

<subparagraph id="HFB7A912F153645988D6CCDD79920F2B1"><enum>(C)</enum><text>by inserting
after subparagraph (B) the following new subparagraph:</text>

<quoted-block style="USC" id="H8D75E4D760E7495F9E89D435EA6C32F8" display-inline="no-
display-inline">

<subparagraph id="HE91270EC767D489B816657F0EAD5FFBC"><enum>(C)</enum><text display-
inline="yes-display-inline">any disclosure to Congress (including any committee of
Congress) by any employee of an agency or applicant for employment at an agency of
information described in subparagraph (B) that isâ€"</text>

<clause id="HE54D77F0ADE3400F9457535BC1E8493C"><enum>(i)</enum><text display-
inline="yes-display-inline">not classified; or</text></clause>

<clause id="HD65E9A315F9F472093036BC8A8C5CD2D"><enum>(ii)</enum><text display-
inline="yes-display-inline">if classifiedâ€"</text>

<subclause id="H02118DD0B31343889249BCDC08480812"><enum>(I)</enum><text display-
inline="yes-display-inline">has been classified by the head of an agency that is not an
element of the intelligence community (as defined by section 3 of the National Security
Act of 1947 (50 U.S.C. 3003)); and</text></subclause>

<subclause id="H3676242F1740418A9BA80F50E2DA0E8F"><enum>(II)</enum><text>does not
reveal intelligence sources and
methods.</text></subclause></clause></subparagraph><after-quoted-block>; and</after-
quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H4DF83DA3DE9043D9A502FECAF093A531"><enum>(2)</enum><text>in subsection
(c)(2)(C)(iii)(III), by inserting after <quote>Congress</quote> the following:
<quote>(including any committee of Congress with respect to information that is not
classified or, if classified, has been classified by the head of an agency that is not
an element of the intelligence community and does not reveal intelligence sources and
methods)</quote>.</text></paragraph></section>

<section id="H8FD86B1167AF4F72829D43115AE34B5E" section-type="subsequent-
section"><enum>5722.</enum><header>Task force on illicit financing of espionage and
foreign influence operations</header>

<subsection
id="H04FBC59EB63D43F885AD61AECBA71E9B"><enum>(a)</enum><header>Establishment</header><t
```

ext display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall establish a task force to study and assess the illicit financing of espionage and foreign influence operations directed at the United States.</text></subsection>

<subsection id="H252CDF39335345AABBB4945C6F51DCF6"><enum>(b)</enum><header>Membership</header><text display-inline="yes-display-inline">The task force shall be composed of the following individuals (or designees of the individual):</text>

<paragraph id="HA89D3025ADF04CE7A3404E3C78A48E2A"><enum>(1)</enum><text display-inline="yes-display-inline">The Director of the Central Intelligence Agency.</text></paragraph>

<paragraph id="H59BC8C9CD377432293860CA0B3B73587"><enum>(2)</enum><text>The Director of the Federal Bureau of Investigation.</text></paragraph>

<paragraph id="HBD96D5EA097D4F3496D939A062B4DF4E"><enum>(3)</enum><text>The Assistant Secretary of the Treasury for Intelligence and Analysis.</text></paragraph>

<paragraph id="HDFB782A8C75E4B0D8EF6DFC0302B5465"><enum>(4)</enum><text>The Assistant Secretary of State for Intelligence and Research.</text></paragraph>

<paragraph id="HCF5DE618C4E04616A7D8AB83F341956A"><enum>(5)</enum><text>Such other heads of the elements of the intelligence community that the Director of National Intelligence determines appropriate.</text></paragraph></subsection>

<subsection id="H62A345DAC8254002BFC8A9478F72FEAF"><enum>(c)</enum><header>Chairperson; Meetings</header>

<paragraph id="H4CEF7352D1244BA0A9EAD42924B554C7"><enum>(1)</enum><header>Chairperson</header><text display-inline="yes-display-inline">The Director of National Intelligence shall appoint a senior official within the Office of the Director of National Intelligence to serve as the chairperson of the task force.</text></paragraph>

<paragraph id="H342CC65C1AC44334ABA070D8F8B96DFA"><enum>(2)</enum><header>Meetings</header><text>The task force shall meet regularly but not less frequently than on a quarterly basis.</text></paragraph></subsection>

<subsection id="HA1CEC925E7FA4DC9A8F479DB69B3175F"><enum>(d)</enum><header>Reports</header>

<paragraph id="HBFBA628F0B544AD19lE8F9BC0E4A1F66"><enum>(1)</enum><header>Initial report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the task force shall submit to the appropriate congressional committees a report on the illicit financing of espionage and foreign influence operations directed at the United States. The report shall address the following:</text>

<subparagraph id="H91059A8C4EAE412297F2CF923DF07A68"><enum>(A)</enum><text display-inline="yes-display-inline">The extent of the collection by the intelligence community, from all sources (including the governments of foreign countries), of intelligence and information relating to illicit financing of espionage and foreign influence operations directed at the United States, and any gaps in such collection.</text></subparagraph>

<subparagraph id="H3FEF3E6AA79D4F20B867A4015FDD7A06"><enum>(B)</enum><text>Any specific legal, regulatory, policy, or other prohibitions, or financial, human, technical, or other resource limitations or constraints, that have affected the ability of the Director of National Intelligence or other heads of relevant elements of the intelligence community in collecting or analyzing intelligence or information relating to illicit financing of espionage and foreign influence operations directed at the United States.</text></subparagraph>

<subparagraph id="H366E91D51DA64EC68304879AEE02947D"><enum>(C)</enum><text display-inline="yes-display-inline">The methods, as of the date of the report, by which hostile governments of foreign countries or foreign organizations, and any groups or persons acting on behalf of or with the support of such governments or organizations, seek to disguise or obscure relationships between such governments, organizations, groups, or persons and United States persons, for the purpose of conducting espionage or foreign

WASHSTATEC016192

influence operations directed at the United States, including by exploiting financial
laws, systems, or instruments, of the United States.</text></subparagraph>

<subparagraph id="HF87F08736E654BAFBAAD60D262BF84C4"><enum>(D)</enum><text>The existing
practices of the intelligence community for ensuring that intelligence and information
relating to the illicit financing of espionage and foreign influence operations is
analyzed and shared with other elements of the intelligence community, and any
recommendations for improving such analysis and
sharing.</text></subparagraph></paragraph>

<paragraph id="H750FD7A482904EBDABB31259FCF56D0F"><enum>(2)</enum><header>Annual
update</header><text>Not later than 1 year after the date of the enactment of this Act,
and each year thereafter through the date specified in subsection (e), the task force
shall submit to the appropriate congressional committees an update on the
report.</text></paragraph>

<paragraph
id="HC39DCFD0E5B14063BB95BF5C6503BE01"><enum>(3)</enum><header>Form</header><text>Each
report submitted under this subsection may be submitted in classified form, but if
submitted in such form, shall include an unclassified
summary.</text></paragraph></subsection>

<subsection
id="H4CCC425D909944E79432973119E54AA1"><enum>(e)</enum><header>Termination</header><tex
t>The task force shall terminate on January 1, 2025.</text></subsection>

<subsection id="H109711D386C745948AE97074D14E8E0B"><enum>(f)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> means the following:</text>

<paragraph id="H2EB7218E75DF4D928C7FC5C2B8DF1505"><enum>(1)</enum><text>The
congressional intelligence committees.</text></paragraph>

<paragraph id="HBE7A95A856EC4B03B93252A9A3929317"><enum>(2)</enum><text>The Committee
on Foreign Affairs and the Committee on Financial Services of the House of
Representatives.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3357E5CA4DA945C8B8E3A4B47099AC02"><enum>(3)</enum><text display-inline="yes-
display-inline">The Committee on Foreign Relations and the Committee on Banking,
Housing, and Urban Affairs of the Senate.</text></paragraph></subsection></section>

<section id="H70DB963E967243ABA39DAB65724DF09B"><enum>5723.</enum><header>Establishment
of fifth-generation technology prize competition</header>

<subsection id="H73BF8A16AAE34CA796596B335F4D6DCC"><enum>(a)</enum><header>Prize
competition</header><text display-inline="yes-display-inline">Pursuant to section 24 of
the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3719), the Director
of National Intelligence, acting through the Director of the Intelligence Advanced
Research Projects Agency, shall carry out a program to award prizes competitively to
stimulate research and development relevant to fifth-generation
technology.</text></subsection>

<subsection id="H94C71AE39D5348E5B905AB74DBB27722"><enum>(b)</enum><header>Prize
amount</header><text display-inline="yes-display-inline">In carrying out the program
under subsection (a), the Director may award not more than a total of $5,000,000 to one
or more winners of the prize competition.</text></subsection>

<subsection
id="H035C6CA8434B4864A9A810A367D464F0"><enum>(c)</enum><header>Consultation</header><te
xt display-inline="yes-display-inline">In carrying out the program under subsection
(a), the Director may consult with the heads of relevant departments and agencies of
the Federal Government.</text></subsection>

<subsection commented="no"
id="H8DC1C1BB5F064B8B9BE654180B7F73C9"><enum>(d)</enum><header>Fifth-generation
technology defined</header><text display-inline="yes-display-inline">In this section,
the term <term>fifth-generation technology</term> means hardware, software, or other
technologies relating to fifth-generation wireless networks (known as
<quote>5G</quote>).</text></subsection></section>

```
<section id="H9316BE87718645CE878A96BEBD26BD8F"><enum>5724.</enum><header>Establishment
of deepfakes prize competition</header>

<subsection id="H906157EA2391402A95482DC85AAC0E5F"><enum>(a)</enum><header>Prize
competition</header><text display-inline="yes-display-inline">Pursuant to section 24 of
the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3719), the Director
of National Intelligence, acting through the Director of the Intelligence Advanced
Research Projects Agency, shall carry out a program to award prizes competitively to
stimulate the research, development, or commercialization of technologies to
automatically detect machine-manipulated media.</text></subsection>

<subsection id="H21C0D8AB686A343F0ABF6214891591856"><enum>(b)</enum><header>Prize
amount</header><text display-inline="yes-display-inline">In carrying out the program
under subsection (a), the Director may award not more than a total of $5,000,000 to one
or more winners of the prize competition.</text></subsection>

<subsection
id="HAE32BEC62A13414495FECB797CBDFA40"><enum>(c)</enum><header>Consultation</header><te
xt display-inline="yes-display-inline">In carrying out the program under subsection
(a), the Director may consult with the heads of relevant departments and agencies of
the Federal Government.</text></subsection>

<subsection id="HE1F5635B0CC44CFC8065B54F14ACE0B9"><enum>(d)</enum><header>Machine-
Manipulated media defined</header><text display-inline="yes-display-inline">In this
section, the term <term>machine-manipulated media</term> means video, image, or audio
recordings generated or substantially modified using machine-learning techniques in
order to falsely depict events, to falsely depict the speech or conduct of an
individual, or to depict individuals who do not exist.</text></subsection></section>

<section display-inline="no-display-inline" id="HFC66A95E52444AD09F018610047A74EA"
section-type="subsequent-section"
commented="no"><enum>5725.</enum><header>Identification of and countermeasures against
certain International Mobile Subscriber Identity-catchers</header>

<subsection id="HACD020EE7E874BF3975643E46AB8AE2D"
commented="no"><enum>(a)</enum><header>In general</header><text display-inline="yes-
display-inline">The Director of National Intelligence and the Director of the Federal
Bureau of Investigation, in collaboration with the Under Secretary of Homeland Security
for Intelligence and Analysis, and the heads of such other Federal, State, or local
agencies as the Directors determine appropriate, and in accordance with applicable law
and policy, mayâ€"</text>

<paragraph id="HAD7E9E7F58994BB298357B55CC0A5B50"
commented="no"><enum>(1)</enum><text>undertake an effort to identify International
Mobile Subscriber Identity-catchers operated within the United States byâ€"</text>

<subparagraph id="HFE5E5785DEB14090BD2378B2C347A055"><enum>(A)</enum><text>hostile
foreign governments; and</text></subparagraph>

<subparagraph id="HD26C17381C364B8F89CB8EBC4473FCEF"><enum>(B)</enum><text display-
inline="yes-display-inline">individuals who have violated a criminal law of the United
States or of any State, or who have committed acts that would be a criminal violation
if committed within the jurisdiction of the United States or any State;
and</text></subparagraph></paragraph>

<paragraph id="H0273EC54694A4B94A72CDFC06AD101DF"><enum>(2)</enum><text display-
inline="yes-display-inline">when appropriate, develop countermeasures against such
International Mobile Subscriber Identity-catchers, with prioritization given to such
International Mobile Subscriber Identity-catchers identified in the National Capital
Region.</text></paragraph></subsection>

<subsection id="H3AB9A0607C084E2EB33BD37F0607973D"><enum>(b)</enum><header>Briefing
required</header><text>Prior to developing countermeasures under subsection (a)(2), the
Director of National Intelligence and the Director of the Federal Bureau of
Investigation shall provide a briefing to the appropriate congressional committees
onâ€"</text>

<paragraph id="H0A6DD188CCCB4B0E9DAB5F75AF95C044"><enum>(1)</enum><text>the use of
International Mobile Subscriber Identity-catchers operated within the United States by
the individuals and governments described in subsection (a)(1);</text></paragraph>
```

```
<paragraph id="H93BB1F29E3344A6A82EBB57EFA7BBCEB"><enum>(2)</enum><text display-
inline="yes-display-inline">potential countermeasures by the intelligence community
against such International Mobile Subscriber Identity-catchers; and</text></paragraph>

<paragraph id="HA5489D36156A42D9ABBCC296191A98F2"><enum>(3)</enum><text>any legal or
policy limitations with respect to the development or carrying out of such
countermeasures.</text></paragraph></subsection>

<subsection id="HCEB8F6EC8EBA4038A801919FC8D22AE1"
commented="no"><enum>(c)</enum><header>Definitions</header>

<paragraph id="HEC5A4248B649432DA9CAB13C7A6DEA4E"><enum>(1)</enum><header>Appropriate
congressional committees</header><text>The term <quote>appropriate congressional
committees</quote> means—</text>

<subparagraph id="H7101DD258CB2444B996345DE4341B4C3"><enum>(A)</enum><text>the
congressional intelligence committees;</text></subparagraph>

<subparagraph id="H51527E8BFA884F7BB4AB91511F0ECC78"><enum>(B)</enum><text>the
Committee on Homeland Security of the House of Representatives and the Committee on
Homeland Security and Governmental Affairs of the Senate; and</text></subparagraph>

<subparagraph id="HF5A4B7848E8E436AAD758820B6E7A9D5"><enum>(C)</enum><text>the
Committees on the Judiciary of the House of Representatives and the
Senate.</text></subparagraph></paragraph>

<paragraph id="HD79A1A0F07BC4618AB1155830D1CAAED"><enum>(2)</enum><header>International
Mobile Subscriber Identity-catcher</header><text>The term <quote>International Mobile
Subscriber Identity-catcher</quote> means a device used for intercepting mobile phone
identifying information and location data. </text></paragraph></subsection></section>

<section display-inline="no-display-inline" id="H5044E2E9A2F8404B893C7FB08E8BE225"
section-type="subsequent-section"><enum>5726.</enum><header>Securing energy
infrastructure</header>

<subsection
id="H6F61AE6287F04459887A362BB50CFDFA"><enum>(a)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph display-inline="no-display-inline"
id="H19DA312F6F354C60BC36A89B97EE2743"><enum>(1)</enum><header>Appropriate
congressional committees</header><text>The term <term>appropriate congressional
committees</term> means—</text>

<subparagraph id="HB0AA4352B86A4B7E9503FA4B07C570DE"><enum>(A)</enum><text>the
congressional intelligence committees;</text></subparagraph>

<subparagraph id="H84B32CC9509B4FDF96130805BB348899"><enum>(B)</enum><text>the
Committee on Homeland Security and Governmental Affairs and the <committee-name
committee-id="">Committee on Energy and Natural Resources of the Senate</committee-
name>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8D94BDF6FE764920B873D007C3DA517C"><enum>(C)</enum><text>the Committee on Homeland
Security and the <committee-name committee-id="">Committee on Energy and Commerce of
the House of Representatives</committee-name>.</text></subparagraph></paragraph>

<paragraph id="H75FD9E1153894E4EA4D60DE0057A65DE"><enum>(2)</enum><header>Covered
entity</header><text>The term <term>covered entity</term> means an entity identified
pursuant to section 9(a) of Executive Order No. 13636 of February 12, 2013 (78 Fed.
Reg. 11742), relating to identification of critical infrastructure where a
cybersecurity incident could reasonably result in catastrophic regional or national
effects on public health or safety, economic security, or national
security.</text></paragraph>

<paragraph
id="HD7C283D3CA164236B92D498D815FD7A8"><enum>(3)</enum><header>Exploit</header><text>Th
e term <term>exploit</term> means a software tool designed to take advantage of a
security vulnerability.</text></paragraph>

<paragraph id="H1105B4BB60AE43468DFAFC1B0422166A"><enum>(4)</enum><header>Industrial
control system</header><text display-inline="yes-display-inline">The term
```

```
<term>industrial control system</term> means an operational technology used to measure,
control, or manage industrial functions, and includes supervisory control and data
acquisition systems, distributed control systems, and programmable logic or embedded
controllers.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDF387BF575DD4E5CB1D9EB5E934534EC"><enum>(5)</enum><header>National
Laboratory</header><text>The term <term>National Laboratory</term> has the meaning
given the term in section 2 of the Energy Policy Act of 2005 (42 U.S.C.
15801).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC33D49E952114EA788EED7613CF2C366"><enum>(6)</enum><header>Program</header><text>Th
e term <term>Program</term> means the pilot program established under subsection
(b).</text></paragraph>

<paragraph
id="H0202AB059A3C42068567B8B17269DC60"><enum>(7)</enum><header>Secretary</header><text>
Except as otherwise specifically provided, the term <term>Secretary</term> means the
Secretary of Energy.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAB57FF7AE1CD482293AB01B14720430F"><enum>(8)</enum><header>Security
vulnerability</header><text>The term <term>security vulnerability</term> means any
attribute of hardware, software, process, or procedure that could enable or facilitate
the defeat of a security control.</text></paragraph></subsection>

<subsection id="H6D3B5708389645F58A98F20B256BB475"><enum>(b)</enum><header>Pilot
program for securing energy infrastructure</header><text>Not later than 180 days after
the date of the enactment of this Act, the Secretary shall establish a 2-year control
systems implementation pilot program within the National Laboratories for the purposes
ofâ€"</text>

<paragraph id="HB554B58E784D4B2DB22BB8D70525342D"><enum>(1)</enum><text>partnering with
covered entities in the energy sector (including critical component manufacturers in
the supply chain) that voluntarily participate in the Program to identify new classes
of security vulnerabilities of the covered entities; and</text></paragraph>

<paragraph id="HF6547303547E46DDA8C84E449AC5EDC2"><enum>(2)</enum><text display-
inline="yes-display-inline">evaluating technology and standards, in partnership with
covered entities, to isolate and defend industrial control systems of covered entities
from security vulnerabilities and exploits in the most critical systems of the covered
entities, includingâ€"</text>

<subparagraph id="HDB39C0432F744ECF9C4D239EA490D647"><enum>(A)</enum><text>analog and
nondigital control systems;</text></subparagraph>

<subparagraph id="H09D6720D4BE149F3ACD0D5FF4617510D"><enum>(B)</enum><text>purpose-
built control systems; and</text></subparagraph>

<subparagraph id="HCC316768808A4639B3B2A943F702071D"><enum>(C)</enum><text>physical
controls.</text></subparagraph></paragraph></subsection>

<subsection id="H26DC5E8C50DE436AB8B2DD37C3AB735C"><enum>(c)</enum><header>Working
group To evaluate program standards and develop strategy</header>

<paragraph
id="HF80F33EA7CA74171834ED7A9A361AA39"><enum>(1)</enum><header>Establishment</header><t
ext>The Secretary shall establish a working groupâ€"</text>

<subparagraph id="H015A3340D95A41A39156CB16EB9F4016"><enum>(A)</enum><text>to evaluate
the technology and standards used in the Program under subsection (b)(2);
and</text></subparagraph>

<subparagraph id="HCA5FDC793BE54FCA80F4BD109D20C16F"><enum>(B)</enum><text>to develop a
national cyber-informed engineering strategy to isolate and defend covered entities
from security vulnerabilities and exploits in the most critical systems of the covered
entities.</text></subparagraph></paragraph>

<paragraph
id="HAAA7FF98DA2A4AE792CD4D13ACE1ED05"><enum>(2)</enum><header>Membership</header><text
```

WASHSTATEC016196

```
>The working group established under paragraph (1) shall be composed of not fewer than
10 members, to be appointed by the Secretary, at least 1 member of which shall
represent each of the following:</text>

<subparagraph id="HC0544C5BB9B644AC8B615B7362D040F9"><enum>(A)</enum><text>The
Department of Energy.</text></subparagraph>

<subparagraph id="HE0404AA0D25A4C2F8C2E6D119DC572E4"><enum>(B)</enum><text>The energy
industry, including electric utilities and manufacturers recommended by the Energy
Sector coordinating councils.</text></subparagraph>

<subparagraph id="HF478275448914AFEA8F03BAED2590C56"><enum>(C)</enum>

<clause commented="no" display-inline="yes-display-inline"
id="H2ED68F3CCC4E430799525E403ADF8D55"><enum>(i)</enum><text>The Department of Homeland
Security; or</text></clause>

<clause id="HAE5C8CC694A14E61B30FF45D7DFE3F6E" indent="up1"><enum>(ii)</enum><text>the
Industrial Control Systems Cyber Emergency Response
Team.</text></clause></subparagraph>

<subparagraph id="H5226A6581A2D45F2A6ED9903116D2CCC"><enum>(D)</enum><text>The North
American Electric Reliability Corporation.</text></subparagraph>

<subparagraph id="H22D6C21802544A519F3DC03B9E45D9DB"><enum>(E)</enum><text>The Nuclear
Regulatory Commission.</text></subparagraph>

<subparagraph id="H75B5482242D449B68742FF27190E6C67"><enum>(F)</enum>

<clause commented="no" display-inline="yes-display-inline"
id="H1A0155B2E875435C81D64A117C5ECC00"><enum>(i)</enum><text>The Office of the Director
of National Intelligence; or</text></clause>

<clause id="HA52518ACBFED46A38DC525F36DE97476" indent="up1"><enum>(ii)</enum><text>the
intelligence community (as defined in section 3 of the National Security Act of 1947
(50 U.S.C. 3003)).</text></clause></subparagraph>

<subparagraph id="H6FE60864D78745F2A91796BED1A5FB00"><enum>(G)</enum>

<clause commented="no" display-inline="yes-display-inline"
id="H5AC67743899449E5BBFD61DDE400EC0F"><enum>(i)</enum><text>The Department of Defense;
or</text></clause>

<clause id="H48603E7C7E8F42138A1FB9A86FDBF219" indent="up1"><enum>(ii)</enum><text>the
Assistant Secretary of Defense for Homeland Security and America's Security
Affairs.</text></clause></subparagraph>

<subparagraph id="H3BFDBA01F23C4063B84C3695C465E6E1"><enum>(H)</enum><text>A State or
regional energy agency.</text></subparagraph>

<subparagraph id="H58485B5C4A804DD18C2894A6C9C8CE55"><enum>(I)</enum><text>A national
research body or academic institution.</text></subparagraph>

<subparagraph id="HA914F513159343489130D3779D916FDA"><enum>(J)</enum><text>The National
Laboratories.</text></subparagraph></paragraph></subsection>

<subsection id="HF35B2DE03F954D8A9EBE1C2FF1D7013E"><enum>(d)</enum><header>Reports on
the Program</header>

<paragraph id="H4CAAFA248D94490CBA6F42EEEBEE4C6D"><enum>(1)</enum><header>Interim
report</header><text>Not later than 180 days after the date on which funds are first
disbursed under the Program, the Secretary shall submit to the appropriate
congressional committees an interim report thatâ€"</text>

<subparagraph id="HC96AFCD53F344182A371F808113DE2C8"><enum>(A)</enum><text display-
inline="yes-display-inline">describes the results of the Program;</text></subparagraph>

<subparagraph id="H352E4CA468564E4B8013384D6593FE52"><enum>(B)</enum><text display-
inline="yes-display-inline">includes an analysis of the feasibility of each method
studied under the Program; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7721B4047FEC4C11928DA97ADD43796A"><enum>(C)</enum><text display-inline="yes-
```

WASHSTATEC016197

display-inline">describes the results of the evaluations conducted by the working group established under subsection (c)(1).</text></subparagraph></paragraph>

<paragraph id="HAA5F452C54C446E6873EC7E9BDF05685"><enum>(2)</enum><header>Final report</header><text display-inline="yes-display-inline">Not later than 2 years after the date on which funds are first disbursed under the Program, the Secretary shall submit to the appropriate congressional committees a final report thatâ€"</text>

<subparagraph id="HF198160FAA434F07A441F46BA0DDE4D4"><enum>(A)</enum><text display-inline="yes-display-inline">describes the results of the Program;</text></subparagraph>

<subparagraph id="HFC29830B44FD4723A71F345405AE184E"><enum>(B)</enum><text display-inline="yes-display-inline">includes an analysis of the feasibility of each method studied under the Program; and</text></subparagraph>

<subparagraph id="H1BF58CA587E24648A77FB69AE361B132"><enum>(C)</enum><text display-inline="yes-display-inline">describes the results of the evaluations conducted by the working group established under subsection (c)(1).</text></subparagraph></paragraph></subsection>

<subsection id="H900C909C7D7849BCBFCD955860D7A46E"><enum>(e)</enum><header>Exemption from disclosure</header><text>Information shared by or with the Federal Government or a State, Tribal, or local government under this sectionâ€"</text>

<paragraph id="HEC3AE26467CD404983EB21054B824A75"><enum>(1)</enum><text>shall be deemed to be voluntarily shared information;</text></paragraph>

<paragraph id="HCA073B0AB13D46239FCEF33A24E974BB"><enum>(2)</enum><text>shall be exempt from disclosure under section 552 of title 5, United States Code, or any provision of any State, Tribal, or local freedom of information law, open government law, open meetings law, open records law, sunshine law, or similar law requiring the disclosure of information or records; and</text></paragraph>

<paragraph id="H44DF7F519F8F4071A606EC213EF0AB76"><enum>(3)</enum><text display-inline="yes-display-inline">shall be withheld from the public, without discretion, under section 552(b)(3) of title 5, United States Code, and any provision of any State, Tribal, or local law requiring the disclosure of information or records.</text></paragraph></subsection>

<subsection id="H2B16DFE666ED40FB929C50903C84083A"><enum>(f)</enum><header>Protection from liability</header>

<paragraph id="H9C67E438152543349F9A43964C710914"><enum>(1)</enum><header>In general</header><text>A cause of action against a covered entity for engaging in the voluntary activities authorized under subsection (b)â€"</text>

<subparagraph id="H124086BCF9CC4FCD8A27C149E8CB414E"><enum>(A)</enum><text>shall not lie or be maintained in any court; and</text></subparagraph>

<subparagraph id="H4AD853ADCAB84E8DBE432762A8D550FD"><enum>(B)</enum><text>shall be promptly dismissed by the applicable court.</text></subparagraph></paragraph>

<paragraph id="H38663418FFB640F099F98E8B2F5B7E3E"><enum>(2)</enum><header>Voluntary activities</header><text>Nothing in this section subjects any covered entity to liability for not engaging in the voluntary activities authorized under subsection (b).</text></paragraph></subsection>

<subsection id="HABC69C3007BF424FBB9035A1A456CA8D"><enum>(g)</enum><header>No new regulatory authority for Federal agencies</header><text>Nothing in this section authorizes the Secretary or the head of any other department or agency of the Federal Government to issue new regulations.</text></subsection>

<subsection id="H2990C5BE40174C2DA2A4F8889EDA5D3F"><enum>(h)</enum><header>Authorization of appropriations</header>

<paragraph id="HF51D167EBB90429A905008E1E04B9519"><enum>(1)</enum><header>Pilot Program</header><text>There is authorized to be appropriated $10,000,000 to carry out subsection (b).</text></paragraph>

<paragraph id="H848F0FA97FE146B29FE8AD9757860BBC"><enum>(2)</enum><header>Working Group and Report</header><text>There is authorized to be appropriated $1,500,000 to carry out

WASHSTATEC016198

subsections (c) and (d).</text></paragraph>

<paragraph
id="HC0447C5CD68E44DAB8AD6CFED696D14B"><enum>(3)</enum><header>Availability</header><te
xt>Amounts made available under paragraphs (1) and (2) shall remain available until
expended.</text></paragraph></subsection></section></subtitle></title></subdivision>

<subdivision id="H3C9F44B606494BE18C3B6E4144C172BA"><enum>2</enum><header>Intelligence
authorizations for fiscal years 2018 and 2019</header>

<section id="HA4C32C81984349F585D28F573092EAAD"><enum>6100.</enum><header>Table of
contents</header><text display-inline="no-display-inline">The table of contents for
this subdivision is as follows:</text>

<toc container-level="subdivision-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H3C9F44B606494BE18C3B6E4144C172BA" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HA4C32C81984349F585D28F573092EAAD"
level="section">Sec.â€,6100.â€,Table of contents.</toc-entry>

<toc-entry idref="HF471018E95D3451987F39634ADF98103" level="title">Title
LXIâ€"Intelligence activities</toc-entry>

<toc-entry idref="H93D0B8DDD8444DD392F9EAF4F1EB9F91"
level="section">Sec.â€,6101.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H9CCA382A40BE4E1EB57EBFEC69766EE5"
level="section">Sec.â€,6102.â€,Intelligence Community Management Account.</toc-entry>

<toc-entry idref="H1941F3384F68499AAD3C530AB82FA799" level="title">Title LXIIâ€"Central
Intelligence Agency Retirement and Disability System</toc-entry>

<toc-entry idref="HE0048FE5CF154E14B72973608CF41B84"
level="section">Sec.â€,6201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H01EFBADEE15242C787248855107883A7"
level="section">Sec.â€,6202.â€,Computation of annuities for employees of the Central
Intelligence Agency.</toc-entry>

<toc-entry idref="H26A8ADF05E8C4AC18D535ABC8908990E" level="title">Title
LXIIIâ€"General intelligence community matters</toc-entry>

<toc-entry idref="H387D04E5B9BC45AC87A21A2D7A1D40A7"
level="section">Sec.â€,6301.â€,Restriction on conduct of intelligence activities.</toc-
entry>

<toc-entry idref="HBB4201AD2D80471B850C9B5477533278"
level="section">Sec.â€,6302.â€,Increase in employee compensation and benefits
authorized by law.</toc-entry>

<toc-entry idref="HB3BDD4148D8F44978E3708E9A1AB9BBE"
level="section">Sec.â€,6303.â€,Modification of special pay authority for science,
technology, engineering, or mathematics positions and addition of special pay authority
for cyber positions.</toc-entry>

<toc-entry idref="H2549E2990682439B9D29965E8A928D8A"
level="section">Sec.â€,6304.â€,Modification of appointment of Chief Information Officer
of the Intelligence Community.</toc-entry>

<toc-entry idref="HB7D2D6EAB6E647C5B3CC7216291FF6EB"
level="section">Sec.â€,6305.â€,Director of National Intelligence review of placement of
positions within the intelligence community on the Executive Schedule.</toc-entry>

<toc-entry idref="HAC5382FD94B245D79776565C2CB44C10"
level="section">Sec.â€,6306.â€,Supply Chain and Counterintelligence Risk Management
Task Force.</toc-entry>

<toc-entry idref="H590C58D2167D4C52AAEBDC26D45EB18B"
level="section">Sec.â€,6307.â€,Consideration of adversarial telecommunications and
cybersecurity infrastructure when sharing intelligence with foreign governments and
entities.</toc-entry>

<toc-entry idref="HABF8136409004B5DBDBD70E987B4A892"
level="section">Sec.â€‚6308.â€‚Cyber protection support for the personnel of the
intelligence community in positions highly vulnerable to cyber attack.</toc-entry>

<toc-entry idref="H4756AEB503FB4497AD2076B7C2064305"
level="section">Sec.â€‚6309.â€‚Elimination of sunset of authority relating to
management of supply-chain risk.</toc-entry>

<toc-entry idref="H4845C337EFD04DA282C8EA672405604A"
level="section">Sec.â€‚6310.â€‚Limitations on determinations regarding certain security
classifications.</toc-entry>

<toc-entry idref="H696DD650FC7D487BBC8E1D50481A69CA"
level="section">Sec.â€‚6311.â€‚Joint Intelligence Community Council.</toc-entry>

<toc-entry idref="H820B95A01F614C35B58CC8F7611E950B"
level="section">Sec.â€‚6312.â€‚Intelligence community information technology
environment.</toc-entry>

<toc-entry idref="H31993E77858341C18A812DA20964B990"
level="section">Sec.â€‚6313.â€‚Report on development of secure mobile voice solution
for intelligence community.</toc-entry>

<toc-entry idref="HBFEF307F60624071A6604E4E30D175FC"
level="section">Sec.â€‚6314.â€‚Policy on minimum insider threat standards.</toc-entry>

<toc-entry idref="H575DD635B3DE43BEBBF6E5A31B5857B5"
level="section">Sec.â€‚6315.â€‚Submission of intelligence community policies.</toc-
entry>

<toc-entry idref="H283D7581DDF547EEAF7F525857C27E0D"
level="section">Sec.â€‚6316.â€‚Expansion of intelligence community recruitment
efforts.</toc-entry>

<toc-entry idref="H26DF4719F12C4F2B886337305E480D08" level="title">Title LXIVâ€"Matters
relating to elements of the intelligence community</toc-entry>

<toc-entry idref="H27A0504866A7439AB65810978679FAE4" level="subtitle">Subtitle
Aâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="HCD1E23FB5A56436EBCCD712DAF73F0C1"
level="section">Sec.â€‚6401.â€‚Authority for protection of current and former employees
of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HBDE6C9D2FEEF4E649253B900B74F3038"
level="section">Sec.â€‚6402.â€‚Designation of the program manager-information-sharing
environment.</toc-entry>

<toc-entry idref="H243BD1383A8749B0BCA1F17B5909D330"
level="section">Sec.â€‚6403.â€‚Technical modification to the executive schedule.</toc-
entry>

<toc-entry idref="H40A23CD9E28B4BDAA83121619C878EDB"
level="section">Sec.â€‚6404.â€‚Chief Financial Officer of the Intelligence
Community.</toc-entry>

<toc-entry idref="H7EECC9BE3DC5407B95E457D134868783"
level="section">Sec.â€‚6405.â€‚Chief Information Officer of the Intelligence
Community.</toc-entry>

<toc-entry idref="HF23AEC065B7243E39B5F17BFD901BDC5" level="subtitle">Subtitle
Bâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="HC062FC4B69B243ADA4063B125B2C45A1"
level="section">Sec.â€‚6411.â€‚Central Intelligence Agency subsistence for personnel
assigned to austere locations.</toc-entry>

<toc-entry idref="HB2B451D4663D4427BC8EA30695F05647"
level="section">Sec.â€‚6412.â€‚Special rules for certain monthly workersâ€™
compensation payments and other payments for Central Intelligence Agency
personnel.</toc-entry>

WASHSTATEC016200

&lt;toc-entry idref="HF7D8C4A752F842DD8DF8C3CD48430A90"
level="section"&gt;Sec.â€,6413.â€,Expansion of security protective service jurisdiction of
the Central Intelligence Agency.&lt;/toc-entry&gt;

&lt;toc-entry idref="H3246620099BC4EF0BD48AC63E4FC611D"
level="section"&gt;Sec.â€,6414.â€,Repeal of foreign language proficiency requirement for
certain senior level positions in the Central Intelligence Agency.&lt;/toc-entry&gt;

&lt;toc-entry idref="H1D3DE17AEF3D497C82CDED6AA4217F42" level="subtitle"&gt;Subtitle
Câ€"Office of Intelligence and Counterintelligence of Department of Energy&lt;/toc-entry&gt;

&lt;toc-entry idref="H6C1C0689CDA147C68309CAFFD73F499F"
level="section"&gt;Sec.â€,6421.â€,Consolidation of Department of Energy Offices of
Intelligence and Counterintelligence.&lt;/toc-entry&gt;

&lt;toc-entry idref="H58979EEB87654020ACA5C6B4E04CD4E0"
level="section"&gt;Sec.â€,6422.â€,Repeal of Department of Energy Intelligence Executive
Committee and budget reporting requirement.&lt;/toc-entry&gt;

&lt;toc-entry idref="H2F150296565C41859B66306616C931DE" level="subtitle"&gt;Subtitle
Dâ€"Other elements&lt;/toc-entry&gt;

&lt;toc-entry idref="H04B1226426A64152831C23DBBCDCC5A3"
level="section"&gt;Sec.â€,6431.â€,Plan for designation of counterintelligence component of
Defense Security Service as an element of intelligence community.&lt;/toc-entry&gt;

&lt;toc-entry idref="H421C8ECF43AC400E95340F329225DA42"
level="section"&gt;Sec.â€,6432.â€,Notice not required for private entities.&lt;/toc-entry&gt;

&lt;toc-entry idref="HF1C9404EBBF646BAB2421362B42BADC0"
level="section"&gt;Sec.â€,6433.â€,Establishment of advisory board for National
Reconnaissance Office.&lt;/toc-entry&gt;

&lt;toc-entry idref="H5A7903231B1647838C2438F649CCE182"
level="section"&gt;Sec.â€,6434.â€,Collocation of certain Department of Homeland Security
personnel at field locations.&lt;/toc-entry&gt;

&lt;toc-entry idref="HAD3715B98F5548B6941AA22A55A463BD" level="title"&gt;Title LXVâ€"Election
matters&lt;/toc-entry&gt;

&lt;toc-entry idref="HC0E15BEFA5CC4FB792447558D20C0A9B"
level="section"&gt;Sec.â€,6501.â€,Report on cyber attacks by foreign governments against
United States election infrastructure.&lt;/toc-entry&gt;

&lt;toc-entry idref="H6E9949DDD7A04DF58B11E64DA636518E"
level="section"&gt;Sec.â€,6502.â€,Review of intelligence community's posture to collect
against and analyze Russian efforts to influence the Presidential election.&lt;/toc-entry&gt;

&lt;toc-entry idref="HCA219979EAF64F8E905F790CE5786D9F"
level="section"&gt;Sec.â€,6503.â€,Assessment of foreign intelligence threats to Federal
elections.&lt;/toc-entry&gt;

&lt;toc-entry idref="H34EA0AFB7EC244E5BC353624C3C6F610"
level="section"&gt;Sec.â€,6504.â€,Strategy for countering Russian cyber threats to United
States elections.&lt;/toc-entry&gt;

&lt;toc-entry idref="H9E9EE992B5524C27AB5E182EE3A87E1B"
level="section"&gt;Sec.â€,6505.â€,Assessment of significant Russian influence campaigns
directed at foreign elections and referenda.&lt;/toc-entry&gt;

&lt;toc-entry idref="H46F86161A3004B3283010888A2CDBBDA"
level="section"&gt;Sec.â€,6506.â€,Information sharing with State election officials.&lt;/toc-
entry&gt;

&lt;toc-entry idref="H08CEB965AECC4E11847C00613504AF47"
level="section"&gt;Sec.â€,6507.â€,Notification of significant foreign cyber intrusions and
active measures campaigns directed at elections for Federal offices.&lt;/toc-entry&gt;

&lt;toc-entry idref="HA708194394B44776B1A5E1E83ABA782F"
level="section"&gt;Sec.â€,6508.â€,Designation of counterintelligence officer to lead
election security matters.&lt;/toc-entry&gt;

<toc-entry idref="H8B69F17B95054B95B07935C3BF5B7A9D" level="title">Title LXVIâ€"Security clearances</toc-entry>

<toc-entry idref="H2A2D95D2C8EE456CA6454FF7B19AD21B" level="section">Sec.â€¯6601.â€¯Definitions.</toc-entry>

<toc-entry idref="H79E4B4EA29744BBBB589DE744D6F1A5F" level="section">Sec.â€¯6602.â€¯Reports and plans relating to security clearances and background investigations.</toc-entry>

<toc-entry idref="HEF159E8739A946C187EB05A3DBA2CA5D" level="section">Sec.â€¯6603.â€¯Improving the process for security clearances.</toc-entry>

<toc-entry idref="HFAE4018BF54B417DAFF118B0D35D5834" level="section">Sec.â€¯6604.â€¯Goals for promptness of determinations regarding security clearances.</toc-entry>

<toc-entry idref="HD0149C30DA9445F0A77279A2933D18FE" level="section">Sec.â€¯6605.â€¯Security Executive Agent.</toc-entry>

<toc-entry idref="HF8EA4DA5EC4F4A839A6968F1D3416B9F" level="section">Sec.â€¯6606.â€¯Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.</toc-entry>

<toc-entry idref="H2D0B1EDB85F345DBA6C13AE6DA085549" level="section">Sec.â€¯6607.â€¯Report on clearance in person concept.</toc-entry>

<toc-entry idref="HC7EC09228D9C4F61AE32F3CB0379AA64" level="section">Sec.â€¯6608.â€¯Reports on reciprocity for security clearances inside of departments and agencies.</toc-entry>

<toc-entry idref="H576EBAD66BC24249BF42BD8481EDBB38" level="section">Sec.â€¯6609.â€¯Intelligence community reports on security clearances.</toc-entry>

<toc-entry idref="HE2486D57B40D4263862EE5DE59C88CD3" level="section">Sec.â€¯6610.â€¯Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.</toc-entry>

<toc-entry idref="H8DD811FFE14A4157B2FFFAE382C3207D" level="section">Sec.â€¯6611.â€¯Information-sharing program for positions of trust and security clearances.</toc-entry>

<toc-entry idref="H71676BA4CBCC405A9B93DC45493DB42F" level="section">Sec.â€¯6612.â€¯Report on protections for confidentiality of whistleblower-related communications.</toc-entry>

<toc-entry idref="H3DDE7ECFB14F442E9406BFA01E3AFAB5" level="section">Sec.â€¯6613.â€¯Reports on costs of security clearance background investigations.</toc-entry>

<toc-entry idref="HCF9705B6E60D47148DB7A5B1D79097BE" level="title">Title LXVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="H92A9BF77D1A243CAA49BEA13C4932BE9" level="subtitle">Subtitle Aâ€"Matters relating to Russia and other foreign powers</toc-entry>

<toc-entry idref="H43705B5071224877BC30A6424A1E2FC5" level="section">Sec.â€¯6701.â€¯Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.</toc-entry>

<toc-entry idref="H0F3E460AC7294CC2B471DCEE2DB6464C" level="section">Sec.â€¯6702.â€¯Assessment of threat finance relating to Russia.</toc-entry>

<toc-entry idref="HD82FB6E0334047FDA732076EF5BF6E98" level="section">Sec.â€¯6703.â€¯Notification of an active measures campaign.</toc-entry>

<toc-entry idref="HCB5B8407F8A444159109309E95D8A293" level="section">Sec.â€¯6704.â€¯Notification of travel by accredited diplomatic and

consular personnel of the Russian Federation in the United States.</toc-entry>

<toc-entry idref="H3E82E8EFFA8C4F02B3C23B48BD4EAA9D"
level="section">Sec.â€,6705.â€,Report and annual briefing on Iranian expenditures
supporting foreign military and terrorist activities.</toc-entry>

<toc-entry idref="HD6622CF63A9646BA9BD0BBCD8B56B2B3"
level="section">Sec.â€,6706.â€,Expansion of scope of committee to counter active
measures.</toc-entry>

<toc-entry idref="H6493A058B8384A13B5F5FC8C606287A2" level="subtitle">Subtitle
Bâ€"Reports</toc-entry>

<toc-entry idref="HCB4AD073A899425FBC54EBF6C788D5C5"
level="section">Sec.â€,6711.â€,Technical correction to Inspector General study.</toc-
entry>

<toc-entry idref="HC57D647A077B450DB656495F1E249B7C"
level="section">Sec.â€,6712.â€,Reports on authorities of the Chief Intelligence Officer
of the Department of Homeland Security.</toc-entry>

<toc-entry idref="HE83EE0D2A8164BD392CC3375973658DA"
level="section">Sec.â€,6713.â€,Review of intelligence community whistleblower
matters.</toc-entry>

<toc-entry idref="H90D3D9D56A5C43EE97E25742CC9A693B"
level="section">Sec.â€,6714.â€,Report on role of Director of National Intelligence with
respect to certain foreign investments.</toc-entry>

<toc-entry idref="H12AC0FE1CCB444FE9E629CE4AF2194D0"
level="section">Sec.â€,6715.â€,Report on surveillance by foreign governments against
United States telecommunications networks.</toc-entry>

<toc-entry idref="H49D06B0B9CF3495480A850F58B113437"
level="section">Sec.â€,6716.â€,Biennial report on foreign investment risks.</toc-entry>

<toc-entry idref="H58D9EC351CE04514B2F366B15E25FD72"
level="section">Sec.â€,6717.â€,Modification of certain reporting requirement on travel
of foreign diplomats.</toc-entry>

<toc-entry idref="H26C625979DDC4FCA8B216CDD13F88547"
level="section">Sec.â€,6718.â€,Semiannual reports on investigations of unauthorized
disclosures of classified information.</toc-entry>

<toc-entry idref="H01AE55D3200B4EFE8C30F992F0B7B8CF"
level="section">Sec.â€,6719.â€,Congressional notification of designation of covered
intelligence officer as persona non grata.</toc-entry>

<toc-entry idref="H024F2DCC127E49EABB92BF3EFF457507"
level="section">Sec.â€,6720.â€,Reports on intelligence community participation in
vulnerabilities equities process of Federal Government.</toc-entry>

<toc-entry idref="H26EF17E617604B2CAFBEECF86A7D74AD"
level="section">Sec.â€,6721.â€,Inspectors General reports on classification.</toc-
entry>

<toc-entry idref="H059ED63BAC2141E687B8A458A11F1C2E"
level="section">Sec.â€,6722.â€,Reports and briefings on national security effects of
global water insecurity and emerging infectious disease and pandemics.</toc-entry>

<toc-entry idref="HE14D9B8958E8480EB0413B2346EF38F6"
level="section">Sec.â€,6723.â€,Annual report on memoranda of understanding between
elements of intelligence community and other entities of the United States Government
regarding significant operational activities or policy.</toc-entry>

<toc-entry idref="H33D63586260D4AE1A0CF116D14CE9CF1"
level="section">Sec.â€,6724.â€,Study on the feasibility of encrypting unclassified
wireline and wireless telephone calls.</toc-entry>

<toc-entry idref="HE52693724CA34C11B878657480D55C9F"
level="section">Sec.â€,6725.â€,Reports on intelligence community loan repayment and
related programs.</toc-entry>

```
<toc-entry idref="H826C5803723C4967BF41B9507C65A9B0"
level="section">Sec.â€,6726.â€,Repeal of certain reporting requirements.</toc-entry>

<toc-entry idref="H115B8CE564684B92AC4B10C86BDF03B1"
level="section">Sec.â€,6727.â€,Inspector General of the Intelligence Community report
on senior executives of the Office of the Director of National Intelligence.</toc-
entry>

<toc-entry idref="H7F6F46529D68421C9779809702BE6B8D"
level="section">Sec.â€,6728.â€,Briefing on Federal Bureau of Investigation offering
permanent residence to sources and cooperators.</toc-entry>

<toc-entry idref="HA66CD97902704FA8BA8034698D429E47"
level="section">Sec.â€,6729.â€,Intelligence assessment of North Korea revenue
sources.</toc-entry>

<toc-entry idref="HC557C2E6CCC4435F89C9FAA916840E78"
level="section">Sec.â€,6730.â€,Report on possible exploitation of virtual currencies by
terrorist actors.</toc-entry>

<toc-entry idref="HE8F1ADC6F86E471EB57AE5BD3591E3DC" level="subtitle">Subtitle
Câ€"Other matters</toc-entry>

<toc-entry idref="HE1AA8A7332B34F34B94E08D1ED4A67CA"
level="section">Sec.â€,6741.â€,Public Interest Declassification Board.</toc-entry>

<toc-entry idref="H57F8EFBBC8DB4C61B8E9D358B28B8075"
level="section">Sec.â€,6742.â€,Technical and clerical amendments to the National
Security Act of 1947.</toc-entry>

<toc-entry idref="HA06794052EDA4EA892895CB851C5B036" level="section">Sec.â€,6743.â€,Bug
bounty programs.</toc-entry>

<toc-entry idref="HD6F22D67E3D440E4BA34B4330B4BC05F"
level="section">Sec.â€,6744.â€,Technical amendments related to the Department of
Energy.</toc-entry>

<toc-entry idref="H951FBA23494B4D91ADEF11E6EA075B90"
level="section">Sec.â€,6745.â€,Sense of Congress on notification of certain disclosures
of classified information.</toc-entry>

<toc-entry idref="H06202E76B5D04824BB95B12BCC6B9AF4"
level="section">Sec.â€,6746.â€,Sense of Congress on consideration of espionage
activities when considering whether or not to provide visas to foreign individuals to
be accredited to a United Nations mission in the United States.</toc-entry>

<toc-entry idref="HF48721251FB34793AA8FFF67B5FB1C67"
level="section">Sec.â€,6747.â€,Sense of Congress on WikiLeaks.</toc-
entry></toc></section>

<title commented="no" id="HF471018E95D3451987F39634ADF98103" level-
type="subsequent"><enum>LXI</enum><header display-inline="yes-display-
inline">Intelligence activities</header>

<section commented="no" display-inline="no-display-inline"
id="H93D0B8DDD8444DD392F9EAF4F1EB9F91" section-type="subsequent-
section"><enum>6101.</enum><header display-inline="yes-display-inline">Authorization of
appropriations</header>

<subsection commented="no" display-inline="no-display-inline"
id="H2DC30DE441364E559E3E8504F0ADA3C2"><enum>(a)</enum><header>Fiscal year
2019</header><text display-inline="yes-display-inline">Funds that were appropriated for
fiscal year 2019 for the conduct of the intelligence and intelligence-related
activities of the following elements of the United States Government are hereby
authorized:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HF60CC127B71F4EE4889197F83E86CBFC"><enum>(1)</enum><text display-inline="yes-
display-inline">The Office of the Director of National Intelligence.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H77109A0BA4B44FF1BB818545DF7F15AD"><enum>(2)</enum><text display-inline="yes-
```

```
display-inline">The Central Intelligence Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H83245B4BB20E49F3B2D00F1B8D743E3D"><enum>(3)</enum><text display-inline="yes-
display-inline">The Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB1F921DBBCC044E1B5DD6742C6929A72"><enum>(4)</enum><text display-inline="yes-
display-inline">The Defense Intelligence Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H97F0B2F9939F4E569729DE6F05F742AE"><enum>(5)</enum><text display-inline="yes-
display-inline">The National Security Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2DC4BA858889464B9A2319DAAC4B5253"><enum>(6)</enum><text display-inline="yes-
display-inline">The Department of the Army, the Department of the Navy, and the
Department of the Air Force.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDC91F5C4A2E4444E99233C98EE09A0D3"><enum>(7)</enum><text display-inline="yes-
display-inline">The Coast Guard.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H45B373935D074703A137650EA1114D0A"><enum>(8)</enum><text display-inline="yes-
display-inline">The Department of State.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD14503D9FDA744BFB9488AAEA343628D"><enum>(9)</enum><text display-inline="yes-
display-inline">The Department of the Treasury.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H210CCB27821D48CCB8CC2B29BC93306A"><enum>(10)</enum><text display-inline="yes-
display-inline">The Department of Energy.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H03635241229B4DA8859D88EC356C5F43"><enum>(11)</enum><text display-inline="yes-
display-inline">The Department of Justice.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H057BC2F010D64EF281297D6D9A614A45"><enum>(12)</enum><text display-inline="yes-
display-inline">The Federal Bureau of Investigation.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD2AD91A541844EA88CC76BA5DEC1711B"><enum>(13)</enum><text display-inline="yes-
display-inline">The Drug Enforcement Administration.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB6146E01C4E847CDBB7E0482FDE81637"><enum>(14)</enum><text display-inline="yes-
display-inline">The National Reconnaissance Office.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H09123DDDED9043A1A26C1C64DF607FB7"><enum>(15)</enum><text display-inline="yes-
display-inline">The National Geospatial-Intelligence Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HED4C52C37D14402DBD8537DA7DB19EFE"><enum>(16)</enum><text display-inline="yes-
display-inline">The Department of Homeland Security.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H15FBB977D5A340009F980B632D913B32"><enum>(b)</enum><header>Fiscal year
2018</header><text>Funds that were appropriated for fiscal year 2018 for the conduct of
the intelligence and intelligence-related activities of the elements of the United
States set forth in subsection (a) are hereby authorized.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H9CCA382A40BE4E1EB57EBFEC69766EE5" section-type="subsequent-
section"><enum>6102.</enum><header display-inline="yes-display-inline">Intelligence
Community Management Account</header><text display-inline="no-display-inline">The
amounts that were appropriated for the Intelligence Community Management Account of the
Director of National Intelligence for fiscal years 2018 and 2019 are hereby
authorized.</text></section></title>
```

WASHSTATEC016205

```
<title commented="no" id="H1941F3384F68499AAD3C530AB82FA799" level-
type="subsequent"><enum>LXII</enum><header display-inline="yes-display-inline">Central
Intelligence Agency Retirement and Disability System</header>

<section commented="no" display-inline="no-display-inline"
id="HE0048FE5CF154E14B72973608CF41B84" section-type="subsequent-
section"><enum>6201.</enum><header display-inline="yes-display-inline">Authorization of
appropriations</header><text display-inline="no-display-inline">The amounts that were
appropriated for the Central Intelligence Agency Retirement and Disability Fund for
fiscal years 2018 and 2019 are hereby authorized.</text></section>

<section id="H01EFBADEE15242C787248855107883A7"><enum>6202.</enum><header>Computation
of annuities for employees of the Central Intelligence Agency</header>

<subsection id="HDAE39A1E0FF446CAA67F85CE8195DB7D"><enum>(a)</enum><header>Computation
of annuities</header>

<paragraph id="H7ADF1CF2248E4E65A68C0BE3837C2B1F"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Section 221 of the Central
Intelligence Agency Retirement Act (50 U.S.C. 2031) is amendedâ€"</text>

<subparagraph id="H929B1044E6D4463EB17463B7F0EBCDE1"><enum>(A)</enum><text display-
inline="yes-display-inline">in subsection (a)(3)(B), by striking the period at the end
and inserting <quote>, as determined by using the annual rate of basic pay that would
be payable for full-time service in that position.</quote>;</text></subparagraph>

<subparagraph id="H4F3DACA3411B4EE598E3C7CBEFE2E1E3"><enum>(B)</enum><text display-
inline="yes-display-inline">in subsection (b)(1)(C)(i), by striking <quote>12-
month</quote> and inserting <quote>2-year</quote>;</text></subparagraph>

<subparagraph id="H11FF672BDD8B4E16A47F8B15C7958AD0"><enum>(C)</enum><text>in
subsection (f)(2), by striking <quote>one year</quote> and inserting <quote>two
years</quote>;</text></subparagraph>

<subparagraph id="H4E69905564BB469D84B6315191E46784"><enum>(D)</enum><text>in
subsection (g)(2), by striking <quote>one year</quote> each place such term appears and
inserting <quote>two years</quote>;</text></subparagraph>

<subparagraph commented="no"
id="HE33B6602C6E840EAAA02816106B2EAD1"><enum>(E)</enum><text>by redesignating
subsections (h), (i), (j), (k), and (l) as subsections (i), (j), (k), (l), and (m),
respectively; and</text></subparagraph>

<subparagraph commented="no"
id="H154B26C5A0A145BCB98445B998030BE7"><enum>(F)</enum><text>by inserting after
subsection (g) the following:</text>

<quoted-block display-inline="no-display-inline" id="H8178984AC2D84A2BB37F5A1E38A6A0D1"
style="OLC">

<subsection id="H14F0FD613DA74345A3A175039EF252F9"><enum>(h)</enum><header>Conditional
election of insurable interest survivor annuity by participants married at the time of
retirement</header>

<paragraph id="H21E82EC5F9C444209D159F0F271B9142"><enum>(1)</enum><header> Authority to
make designation</header><text>Subject to the rights of former spouses under subsection
(b) and section 222, at the time of retirement a married participant found by the
Director to be in good health may elect to receive an annuity reduced in accordance
with subsection (f)(1)(B) and designate in writing an individual having an insurable
interest in the participant to receive an annuity under the system after the
participant's death, except that any such election to provide an insurable interest
survivor annuity to the participant's spouse shall only be effective if the
participant's spouse waives the spousal right to a survivor annuity under this Act. The
amount of the annuity shall be equal to 55 percent of the participant's reduced
annuity.</text></paragraph>

<paragraph id="HFAAC8646451C4AB0AA3DCA6EF2041C3D"><enum>(2)</enum><header>Reduction in
participant's annuity</header><text>The annuity payable to the participant making such
election shall be reduced by 10 percent of an annuity computed under subsection (a) and
by an additional 5 percent for each full 5 years the designated individual is younger
than the participant. The total reduction under this subparagraph may not exceed 40
```

percent.</text></paragraph>

<paragraph id="H70033445F9C143FD9E0219CB5C733753"><enum>(3)</enum><header>Commencement of survivor annuity</header><text>The annuity payable to the designated individual shall begin on the day after the retired participant dies and terminate on the last day of the month before the designated individual dies.</text></paragraph>

<paragraph id="H107EC2CFFB204C7CA7A9D8BA766CF673"><enum>(4)</enum><header>Recomputation of participant's annuity on death of designated individual</header><text>An annuity that is reduced under this subsection shall, effective the first day of the month following the death of the designated individual, be recomputed and paid as if the annuity had not been so reduced.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" id="H2B8CF507D3FE487BAE8862F29B1FE29C"><enum>(2)</enum><header>Conforming amendments</header>

<subparagraph commented="no" id="H9642B889B8634D03913E369C3869CFF7"><enum>(A)</enum><header>Central Intelligence Agency Retirement Act</header><text>The Central Intelligence Agency Retirement Act (50 U.S.C. 2001 et seq.) is amendedâ€"</text>

<clause commented="no" id="HF5F3FDB336EF45AAA0B5D3BF3E858207"><enum>(i)</enum><text>in section 232(b)(1) (50 U.S.C. 2052(b)(1)), by striking <quote>221(h),</quote> and inserting <quote>221(i),</quote>; and</text></clause>

<clause commented="no" id="H0A8AE3D8D51B4C19A9D08DA52476C811"><enum>(ii)</enum><text>in section 252(h)(4) (50 U.S.C. 2082(h)(4)), by striking <quote>221(k)</quote> and inserting <quote>221(l)</quote>.</text></clause></subparagraph>

<subparagraph commented="no" id="HED8BAC6EFD5E4BCC8731601CDFA3A750"><enum>(B)</enum><header>Central Intelligence Agency Act of 1949</header><text>Subsection (a) of section 14 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3514(a)) is amended by striking <quote>221(h)(2), 221(i), 221(l),</quote> and inserting <quote>221(i)(2), 221(j), 221(m),</quote>.</text></subparagraph></paragraph></subsection>

<subsection commented="no" id="H24DB492E6F5D4951B31EF2A72C7F92C9"><enum>(b)</enum><header>Annuities for former spouses</header><text>Subparagraph (B) of section 222(b)(5) of the Central Intelligence Agency Retirement Act (50 U.S.C. 2032(b)(5)(B)) is amended by striking <quote>one year</quote> and inserting <quote>two years</quote>.</text></subsection>

<subsection commented="no" id="H7A4A6B860BA04A559C57170D8FF99AC3"><enum>(c)</enum><header>Prior service credit</header><text>Subparagraph (A) of section 252(b)(3) of the Central Intelligence Agency Retirement Act (50 U.S.C. 2082(b)(3)(A)) is amended by striking <quote>October 1, 1990</quote> both places that term appears and inserting <quote>March 31, 1991</quote>.</text></subsection>

<subsection commented="no" id="H918D6C37F69B4FE5B7A51CEAFA0C62D8"><enum>(d)</enum><header>Reemployment compensation</header><text>Section 273 of the Central Intelligence Agency Retirement Act (50 U.S.C. 2113) is amendedâ€"</text>

<paragraph commented="no" id="H96263237454445C5917F2BBBC568B9CD"><enum>(1)</enum><text>by redesignating subsections (b) and (c) as subsections (c) and (d), respectively; and</text></paragraph>

<paragraph commented="no" id="H1BCDA0AEF917419EB6EC5C49908D0B6A"><enum>(2)</enum><text>by inserting after subsection (a) the following:</text>

<quoted-block display-inline="no-display-inline" id="HDA04963308D245D2AFA6E0D9C1296AC8" style="OLC">

<subsection commented="no" id="HC79FF763787A45509AD6E8854BEB2766"><enum>(b)</enum><header>Part-Time reemployed annuitants</header><text>The Director shall have the authority to reemploy an annuitant

WASHSTATEC016207

```
on a part-time basis in accordance with section 8344(l) of title 5, United States
Code.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection commented="no"
id="HC0D031D6F107426F9FC7ADEFB2D1EBEE"><enum>(e)</enum><header>Effective date and
application</header><text>The amendments made by subsection (a)(1)(A) and subsection
(c) shall take effect as if enacted on October 28, 2009, and shall apply to
computations or participants, respectively, as of such
date.</text></subsection></section></title>

<title id="H26A8ADF05E8C4AC18D535ABC8908990E"><enum>LXIII</enum><header>General
intelligence community matters</header>

<section commented="no" display-inline="no-display-inline"
id="H387D04E5B9BC45AC87A21A2D7A1D40A7" section-type="subsequent-
section"><enum>6301.</enum><header>Restriction on conduct of intelligence
activities</header><text display-inline="no-display-inline">The authorization of
appropriations by this subdivision shall not be deemed to constitute authority for the
conduct of any intelligence activity which is not otherwise authorized by the
Constitution or the laws of the United States.</text></section>

<section display-inline="no-display-inline"
id="HBB4201AD2D80471B850C9B5477533278"><enum>6302.</enum><header>Increase in employee
compensation and benefits authorized by law</header><text display-inline="no-display-
inline">Appropriations authorized by this subdivision for salary, pay, retirement, and
other benefits for Federal employees may be increased by such additional or
supplemental amounts as may be necessary for increases in such compensation or benefits
authorized by law.</text></section>

<section display-inline="no-display-inline"
id="HB3BDD4148D8F44978E3708E9A1AB9BBE"><enum>6303.</enum><header>Modification of
special pay authority for science, technology, engineering, or mathematics positions
and addition of special pay authority for cyber positions</header><text display-
inline="no-display-inline">Section 113B of the National Security Act of 1947 (50 U.S.C.
3049a) is amended—</text>

<paragraph display-inline="no-display-inline"
id="H8CA9AD311C8F4780B342746692674BD9"><enum>(1)</enum><text display-inline="yes-
display-inline">by amending subsection (a) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H40E1652C9DEB45BA9DDD12A90BE3F90E"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H9A0DB3BA74CD413383849A75AECA9E55"><enum>(a)</enum><header display-inline="yes-
display-inline">Special rates of pay for positions requiring expertise in science,
technology, engineering, or mathematics</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2B3ED4F95DCA4E58A366F2338057DD1F"><enum>(1)</enum><header>In general</header><text
display-inline="yes-display-inline">Notwithstanding part III of title 5, United States
Code, the head of each element of the intelligence community may, for one or more
categories of positions in such element that require expertise in science, technology,
engineering, or mathematics—</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H00278627A3F0492EB9E9BC2C1198B4CE"><enum>(A)</enum><text display-inline="yes-
display-inline">establish higher minimum rates of pay; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEE354C7A4CA6448494592A3F41E88EE1"><enum>(B)</enum><text display-inline="yes-
display-inline">make corresponding increases in all rates of pay for the pay range for
each grade or level, subject to subsection (b) or (c), as
applicable.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAAF93BF2562C44F6A94A895C1191A8C6"><enum>(2)</enum><header>Treatment</header><text
display-inline="yes-display-inline">The special rate supplements resulting from the
establishment of higher rates under paragraph (1) shall be basic pay for the same or
```

WASHSTATEC016208

similar purposes as those specified in section 5305(j) of title 5, United States Code.</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></quoted-block></paragraph>

<paragraph display-inline="no-display-inline" id="H7BF78F9AC4224B7F9B0F0D2697E1033F"><enum>(2)</enum><text>by redesignating subsections (b) through (f) as subsections (c) through (g), respectively;</text></paragraph>

<paragraph display-inline="no-display-inline" id="HE4711D413A9945DBB13DF8BF70A41958"><enum>(3)</enum><text>by inserting after subsection (a) the following:</text>

<quoted-block display-inline="no-display-inline" id="HFFADD1E18FBE4503AC537D740DE3133B" style="OLC">

<subsection id="HD4332110743E46BEA7AE0EFF95B25964"><enum>(b)</enum><header>Special rates of pay for cyber positions</header>

<paragraph id="H072B3586A4E44CF6AC1C30A7911FDB6E"><enum>(1)</enum><header>In general</header><text>Notwithstanding subsection (c), the Director of the National Security Agency may establish a special rate of pay—</text>

<subparagraph id="HC5079FC39FF44D51B7ECBE0B4F7CBEF8"><enum>(A)</enum><text>not to exceed the rate of basic pay payable for level II of the Executive Schedule under section 5313 of title 5, United States Code, if the Director certifies to the Under Secretary of Defense for Intelligence, in consultation with the Under Secretary of Defense for Personnel and Readiness, that the rate of pay is for positions that perform functions that execute the cyber mission of the Agency; or</text></subparagraph>

<subparagraph id="H2504E11D41744DC3859F9261289A559B"><enum>(B)</enum><text>not to exceed the rate of basic pay payable for the Vice President of the United States under section 104 of title 3, United States Code, if the Director certifies to the Secretary of Defense, by name, individuals that have advanced skills and competencies and that perform critical functions that execute the cyber mission of the Agency.</text></subparagraph></paragraph>

<paragraph id="HE2ACB84263544D768EA08CB8F4F0C374"><enum>(2)</enum><header>Pay limitation</header><text>Employees receiving a special rate under paragraph (1) shall be subject to an aggregate pay limitation that parallels the limitation established in section 5307 of title 5, United States Code, except that—</text>

<subparagraph id="H92A1155F8A714F70BF24626A17E24A79"><enum>(A)</enum><text display-inline="yes-display-inline">any allowance, differential, bonus, award, or other similar cash payment in addition to basic pay that is authorized under title 10, United States Code, (or any other applicable law in addition to title 5 of such Code, excluding the Fair Labor Standards Act of 1938 (29 U.S.C. 201 et seq.)) shall also be counted as part of aggregate compensation; and</text></subparagraph>

<subparagraph id="HE056E0DB540C47C9B947310B870E9C35"><enum>(B)</enum><text>aggregate compensation may not exceed the rate established for the Vice President of the United States under section 104 of title 3, United States Code.</text></subparagraph></paragraph>

<paragraph id="HF140B2E138134086B5B7C3D3D7D798E6"><enum>(3)</enum><header>Limitation on number of recipients</header><text>The number of individuals who receive basic pay established under paragraph (1)(B) may not exceed 100 at any time.</text></paragraph>

<paragraph id="HD74EB6A7538644449F2F2233600EE6C8"><enum>(4)</enum><header>Limitation on use as comparative reference</header><text>Notwithstanding any other provision of law, special rates of pay and the limitation established under paragraph (1)(B) may not be used as comparative references for the purpose of fixing the rates of basic pay or maximum pay limitations of qualified positions under section 1599f of title 10, United States Code, or section 226 of the Homeland Security Act of 2002 (6 U.S.C. 147).</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph display-inline="no-display-inline" id="HBEAEB78766124BAF874F0E8F2178DE5D"><enum>(4)</enum><text>in subsection (c), as redesignated by paragraph (2), by striking <quote>A minimum</quote> and inserting <quote>Except as provided in subsection (b), a minimum</quote>;</text></paragraph>

```
<paragraph id="H82784BC215F64C97870C975E602D1A37"><enum>(5)</enum><text display-
inline="yes-display-inline">in subsection (d), as redesignated by paragraph (2), by
inserting <quote>or (b)</quote> after <quote>by subsection (a)</quote>;
and</text></paragraph>

<paragraph id="H2008468FD5AB4258920C1B5D2629CABF"><enum>(6)</enum><text>in subsection
(g), as redesignated by paragraph (2)â€"</text>

<subparagraph id="H68BD88C5A0134FFD8B014D07FF8225B6"><enum>(A)</enum><text display-
inline="yes-display-inline">in paragraph (1), by striking <quote>Not later than 90 days
after the date of the enactment of the Intelligence Authorization Act for Fiscal Year
2017</quote> and inserting <quote>Not later than 90 days after the date of the
enactment of the <short-title>Damon Paul Nelson and Matthew Young Pollard Intelligence
Authorization Act for Fiscal Years 2018 and 2019</short-title></quote>;
and</text></subparagraph>

<subparagraph commented="no"
id="H5F5FE2BAB4314DE1961D492E05AD89FA"><enum>(B)</enum><text>in paragraph (2)(A), by
inserting <quote>or (b)</quote> after <quote>subsection
(a)</quote>.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H2549E2990682439B9D29965E8A928D8A" section-type="subsequent-
section"><enum>6304.</enum><header display-inline="yes-display-inline">Modification of
appointment of Chief Information Officer of the Intelligence Community</header><text
display-inline="no-display-inline">Section 103G(a) of the National Security Act of 1947
(50 U.S.C. 3032(a)) is amended by striking <quote>President</quote> and inserting
<quote>Director</quote>.</text></section>

<section id="HB7D2D6EAB6E647C5B3CC7216291FF6EB"><enum>6305.</enum><header>Director of
National Intelligence review of placement of positions within the intelligence
community on the Executive Schedule</header>

<subsection
id="H9FB5C347CC474EDC9899DC47C7588E31"><enum>(a)</enum><header>Review</header><text
display-inline="yes-display-inline">The Director of National Intelligence, in
coordination with the Director of the Office of Personnel Management, shall conduct a
review of positions within the intelligence community regarding the placement of such
positions on the Executive Schedule under subchapter II of chapter 53 of title 5,
United States Code. In carrying out such review, the Director of National Intelligence,
in coordination with the Director of the Office of Personnel Management, shall
determineâ€"</text>

<paragraph id="HA3693EF5764C47548FCFE1051EC9AF41"><enum>(1)</enum><text display-
inline="yes-display-inline">the standards under which such review will be
conducted;</text></paragraph>

<paragraph id="HC991A4BC48994D4E971F75EE8E119B44"><enum>(2)</enum><text>which positions
should or should not be on the Executive Schedule; and</text></paragraph>

<paragraph id="H2C8580F4C60546B0B983CDD352105716"><enum>(3)</enum><text>for those
positions that should be on the Executive Schedule, the level of the Executive Schedule
at which such positions should be placed.</text></paragraph></subsection>

<subsection
id="H2EDB935BDC844CE5A2C1A2EA2412CE10"><enum>(b)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 60 days after the date on which the
review under subsection (a) is completed, the Director of National Intelligence shall
submit to the congressional intelligence committees, the Committee on Homeland Security
and Governmental Affairs of the Senate, and the Committee on Oversight and Reform of
the House of Representatives an unredacted report describing the standards by which the
review was conducted and the outcome of the review.</text></subsection></section>

<section id="HAC5382FD94B245D79776565C2CB44C10"><enum>6306.</enum><header>Supply Chain
and Counterintelligence Risk Management Task Force</header>

<subsection id="H19B3B0E5275F417389CBC319E7ED0C72"><enum>(a)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> means the following:</text>

<paragraph id="H3ECCF6C799424A3C8C40E4186DB039D8"><enum>(1)</enum><text display-
```

inline="yes-display-inline">The congressional intelligence
committees.</text></paragraph>

<paragraph id="H985C35EE78D64C9D83F8AFD6C397777E"><enum>(2)</enum><text display-
inline="yes-display-inline">The Committee on Armed Services and the Committee on
Homeland Security and Governmental Affairs of the Senate.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE10A3D1B1F7F4030B094D3A214885FB0"><enum>(3)</enum><text display-
inline="yes-display-inline">The Committee on Armed Services, the Committee on Homeland Security,
and the Committee on Oversight and Reform of the House of
Representatives.</text></paragraph></subsection>

<subsection id="H029FE338E0BB461E8A1A7A53F0211538"><enum>(b)</enum><header>Requirement
to establish</header><text>The Director of National Intelligence shall establish a
Supply Chain and Counterintelligence Risk Management Task Force to standardize
information sharing between the intelligence community and the acquisition community of
the United States Government with respect to the supply chain and counterintelligence
risks.</text></subsection>

<subsection
id="H527CD45D105A4C62B38F82B00FD96052"><enum>(c)</enum><header>Members</header><text>Th
e Supply Chain and Counterintelligence Risk Management Task Force established under
subsection (b) shall be composed of â€"</text>

<paragraph id="H0F427B0A8F944558B2DF9E186AC64C0E"><enum>(1)</enum><text>a
representative of the Defense Security Service of the Department of
Defense;</text></paragraph>

<paragraph id="H5955D53729524C19B3EC1E9C0444E504"><enum>(2)</enum><text>a
representative of the General Services Administration;</text></paragraph>

<paragraph id="HE701CE36D9EB4FBB8777D84D9276708E"><enum>(3)</enum><text>a
representative of the Office of Federal Procurement Policy of the Office of Management
and Budget;</text></paragraph>

<paragraph id="H253EE2EC72BD458AB70504638AF4C436"><enum>(4)</enum><text>a
representative of the Department of Homeland Security;</text></paragraph>

<paragraph id="HCB856B26EDDB4D6CB96B44F68FCD9FFF"><enum>(5)</enum><text>a
representative of the Federal Bureau of Investigation;</text></paragraph>

<paragraph id="HAD546855D1134FC9B646415972DD3DFF"><enum>(6)</enum><text display-
inline="yes-display-inline">the Director of the National Counterintelligence and
Security Center; and</text></paragraph>

<paragraph id="H3C2D392F9E9A42BEB42BF79844778290"><enum>(7)</enum><text>any other
members the Director of National Intelligence determines
appropriate.</text></paragraph></subsection>

<subsection id="H57C9666C260448D3943A5D94B82E94B9"><enum>(d)</enum><header>Security
clearances</header><text display-inline="yes-display-inline">Each member of the Supply
Chain and Counterintelligence Risk Management Task Force established under subsection
(b) shall have a security clearance at the top secret level and be able to access
sensitive compartmention information.</text></subsection>

<subsection id="H5E348964162E4A95819FF7F0F0330317"><enum>(e)</enum><header>Annual
report</header><text>The Supply Chain and Counterintelligence Risk Management Task
Force established under subsection (b) shall submit to the appropriate congressional
committees an annual report that describes the activities of the Task Force during the
previous year, including identification of the supply chain, cybersecurity, and
counterintelligence risks shared with the acquisition community of the United States
Government by the intelligence community.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H590C58D2167D4C52AAEBDC26D45EB18B" section-type="subsequent-
section"><enum>6307.</enum><header display-inline="yes-display-inline">Consideration of
adversarial telecommunications and cybersecurity infrastructure when sharing
intelligence with foreign governments and entities</header><text display-inline="no-
display-inline">Whenever the head of an element of the intelligence community enters
into an intelligence-sharing agreement with a foreign government or any other foreign

entity, the head of the element shall consider the pervasiveness of telecommunications and cybersecurity infrastructure, equipment, and services provided by adversaries of the United States, particularly China and Russia, or entities of such adversaries in the country or region of the foreign government or other foreign entity entering into the agreement.</text></section>

<section id="HABF8136409004B5DBDBD70E987B4A892"><enum>6308.</enum><header>Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack</header>

<subsection id="H433E59F406C84A0489CE1E281CE67293"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HCA94B1281DE4438BB0F61B8E9139FB1C"><enum>(1)</enum><header>Personal accounts</header><text>The term <term>personal accounts</term> means accounts for online and telecommunications services, including telephone, residential internet access, email, text and multimedia messaging, cloud computing, social media, health care, and financial services, used by personnel of the intelligence community outside of the scope of their employment with elements of the intelligence community.</text></paragraph>

<paragraph id="H877D9F32209D480C9F3B1F58549A14DD"><enum>(2)</enum><header>Personal technology devices</header><text>The term <term>personal technology devices</term> means technology devices used by personnel of the intelligence community outside of the scope of their employment with elements of the intelligence community, including networks to which such devices connect.</text></paragraph></subsection>

<subsection id="HE4DAAACC8D7447779A0ADBBFF931F984"><enum>(b)</enum><header>Authority To provide cyber protection support</header>

<paragraph id="H52AC8AB8714E4295983E78FBC1E95CF7"><enum>(1)</enum><header>In general</header><text>Subject to a determination by the Director of National Intelligence, the Director may provide cyber protection support for the personal technology devices and personal accounts of the personnel described in paragraph (2).</text></paragraph>

<paragraph id="H3D1791E222FC4F0286FBEA9A740A2D70"><enum>(2)</enum><header>At-risk personnel</header><text>The personnel described in this paragraph are personnel of the intelligence communityâ€"</text>

<subparagraph id="HF40755A7DD8E4E2DBA2E39098750A378"><enum>(A)</enum><text>who the Director determines to be highly vulnerable to cyber attacks and hostile information collection activities because of the positions occupied by such personnel in the intelligence community; and</text></subparagraph>

<subparagraph id="H81E1D5AAB7974A25A100A4CAC8A9409F"><enum>(B)</enum><text>whose personal technology devices or personal accounts are highly vulnerable to cyber attacks and hostile information collection activities.</text></subparagraph></paragraph></subsection>

<subsection id="H1C17054589A64A088A10870077DE0062"><enum>(c)</enum><header>Nature of cyber protection support</header><text>Subject to the availability of resources, the cyber protection support provided to personnel under subsection (b) may include training, advice, assistance, and other services relating to cyber attacks and hostile information collection activities.</text></subsection>

<subsection id="HA50BACE5DA9743B89E4C4D71002B5CCC"><enum>(d)</enum><header>Limitation on support</header><text>Nothing in this section shall be construedâ€"</text>

<paragraph id="H1B8C6C917381429FAAE3F5583D1426B6"><enum>(1)</enum><text>to encourage personnel of the intelligence community to use personal technology devices for official business; or</text></paragraph>

<paragraph id="HBE0607E687A5471B8142F11568278D29"><enum>(2)</enum><text>to authorize cyber protection support for senior intelligence community personnel using personal devices, networks, and personal accounts in an official capacity.</text></paragraph></subsection>

<subsection id="H8BEB23684A8F46A7B57884809F6DEE48"><enum>(e)</enum><header>Report</header><text>Not

later than 180 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees a report on the provision of cyber protection support under subsection (b). The report shall includeâ€"</text>

<paragraph id="HE7229968331B48A9A748F8599FB4A096"><enum>(1)</enum><text>a description of the methodology used to make the determination under subsection (b)(2); and</text>

<paragraph id="HCBAC3F61B85944A2ABE6333D240231C4"><enum>(2)</enum><text>guidance for the use of cyber protection support and tracking of support requests for personnel receiving cyber protection support under subsection (b).</text></paragraph></subsection></section>

<section id="H4756AEB503FB4497AD2076B7C2064305"><enum>6309.</enum><header>Elimination of sunset of authority relating to management of supply-chain risk</header><text display-inline="no-display-inline">Section 309 of the Intelligence Authorization Act for Fiscal Year 2012 (Public Law 112â€"87; 50 U.S.C. 3329 note) is amended by striking subsection (g).</text></section>

<section commented="no" display-inline="no-display-inline" id="H4845C337EFD04DA282C8EA672405604A" section-type="subsequent-section"><enum>6310.</enum><header display-inline="yes-display-inline">Limitations on determinations regarding certain security classifications</header>

<subsection commented="no" display-inline="no-display-inline" id="HBCCAB4A11D0847829B11990AB6AFAADF"><enum>(a)</enum><header>Prohibition</header><text display-inline="yes-display-inline">An officer of an element of the intelligence community who has been nominated by the President for a position that requires the advice and consent of the Senate may not make a classification decision with respect to information related to such officer's nomination.</text></subsection>

<subsection id="HCB5A2755813A47B1A0588FC3D6F86603"><enum>(b)</enum><header>Classification determinations</header>

<paragraph id="H6100B3D046C64068A4CFEAD8223AA9D6"><enum>(1)</enum><header>In general</header><text>Except as provided in paragraph (2), in a case in which an officer described in subsection (a) has been nominated as described in such subsection and classification authority rests with the officer or another officer who reports directly to such officer, a classification decision with respect to information relating to the officer shall be made by the Director of National Intelligence.</text></paragraph>

<paragraph id="HF7C44BA5F6384D199E609CF6FC48470A"><enum>(2)</enum><header>Nominations of Director of National Intelligence</header><text>In a case described in paragraph (1) in which the officer nominated is the Director of National Intelligence, the classification decision shall be made by the Principal Deputy Director of National Intelligence.</text></paragraph></subsection>

<subsection id="HAF0CCA4B567C4149928AA6E2A170CD55"><enum>(c)</enum><header>Reports</header><text>Whenever the Director or the Principal Deputy Director makes a decision under subsection (b), the Director or the Principal Deputy Director, as the case may be, shall submit to the congressional intelligence committees a report detailing the reasons for the decision.</text></subsection></section>

<section id="H696DD650FC7D487BBC8E1D50481A69CA"><enum>6311.</enum><header>Joint Intelligence Community Council</header>

<subsection id="HAFFEEA9C38604FCD879005BAD515DFC9"><enum>(a)</enum><header>Meetings</header><text>Section 101A(d) of the National Security Act of 1947 (50 U.S.C. 3022(d)) is amendedâ€"</text>

<paragraph id="HBDC3B66479284807977B5DB931F7102D"><enum>(1)</enum><text>by striking <quote>regular</quote>; and</text></paragraph>

<paragraph id="HCAC904BC92164B32972C54233CF5E0E3"><enum>(2)</enum><text>by inserting <quote>as the Director considers appropriate</quote> after <quote>Council</quote>.</text></paragraph></subsection>

WASHSTATEC016213

```
<subsection id="H62ED69CB9E714CA18729EEBC1940D77F"><enum>(b)</enum><header>Report on
function and utility of the Joint Intelligence Community Council</header>

<paragraph id="H4AB8A036AF2042B39A0481EFE39ABD59"><enum>(1)</enum><header>In
general</header><text>No later than 180 days after the date of the enactment of this
Act, the Director of National Intelligence, in coordination with the Executive Office
of the President and members of the Joint Intelligence Community Council, shall submit
to the congressional intelligence committees a report on the function and utility of
the Joint Intelligence Community Council.</text></paragraph>

<paragraph
id="HB36B95A0BF1B4121840084E1E2F7EAD3"><enum>(2)</enum><header>Contents</header><text>T
he report required by paragraph (1) shall include the following:</text>

<subparagraph id="H1C7F6906E8E44B1EB1DA6E49C6A4543E"><enum>(A)</enum><text>The number
of physical or virtual meetings held by the Council per year since the Councilâ€™s
inception.</text></subparagraph>

<subparagraph id="HFE67BBCB1CA24A38B5F0A080DBF47DB0"><enum>(B)</enum><text>A
description of the effect and accomplishments of the Council.</text></subparagraph>

<subparagraph id="H3EB5F0937A06497095686475907A38C8"><enum>(C)</enum><text>An
explanation of the unique role of the Council relative to other entities, including
with respect to the National Security Council and the Executive Committee of the
intelligence community.</text></subparagraph>

<subparagraph
id="HE4D2CA17F58745D086CFDD5F94F48801"><enum>(D)</enum><text>Recommendations for the
future role and operation of the Council.</text></subparagraph>

<subparagraph id="H59815701AC5642769DD18E6732A1620E"><enum>(E)</enum><text>Such other
matters relating to the function and utility of the Council as the Director considers
appropriate.</text></subparagraph></paragraph>

<paragraph
id="HF4C5A5083B7648AA85A5E55C477525B7"><enum>(3)</enum><header>Form</header><text>The
report submitted under paragraph (1) shall be submitted in unclassified form, but may
include a classified annex.</text></paragraph></subsection></section>

<section id="H820B95A01F614C35B58CC8F7611E950B"><enum>6312.</enum><header>Intelligence
community information technology environment</header>

<subsection
id="HFE02E34974C440C78F8BD33A19AECC4D"><enum>(a)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H7DAF2B8B346C4677912BE55C019FA322"><enum>(1)</enum><header>Core
service</header><text>The term <term>core service</term> means a capability that is
available to multiple elements of the intelligence community and required for
consistent operation of the intelligence community information technology
environment.</text></paragraph>

<paragraph id="HEB2BFB48C8DB419B92CDB5BA7EF892D4"><enum>(2)</enum><header>Intelligence
community information technology environment</header><text>The term <term>intelligence
community information technology environment</term> means all of the information
technology services across the intelligence community, including the data sharing and
protection environment across multiple classification
domains.</text></paragraph></subsection>

<subsection id="H2A0B3BE7F32447F69D0D792FAD8EC3A6"><enum>(b)</enum><header>Roles and
responsibilities</header>

<paragraph id="H3FCD24F5720C4B4AA20647F0B14A5207"><enum>(1)</enum><header>Director of
National Intelligence</header><text display-inline="yes-display-inline">The Director of
National Intelligence shall be responsible for coordinating the performance by elements
of the intelligence community of the intelligence community information technology
environment, including each of the following:</text>

<subparagraph id="H5B9E414C9B1E4075A2585EFC9E2638DF"><enum>(A)</enum><text>Ensuring
compliance with all applicable environment rules and regulations of such
environment.</text></subparagraph>
```

```
<subparagraph id="H6D5B9612BAE7441E8081CB7FFBB93F3A"><enum>(B)</enum><text>Ensuring
measurable performance goals exist for such environment.</text></subparagraph>

<subparagraph id="H8D5793756AC34D65A3959B1399739B48"><enum>(C)</enum><text>Documenting
standards and practices of such environment.</text></subparagraph>

<subparagraph id="H79ADA6F474E24146BED40AC8DDF54C37"><enum>(D)</enum><text>Acting as an
arbiter among elements of the intelligence community related to any disagreements
arising out of the implementation of such environment.</text></subparagraph>

<subparagraph id="HD59B365DB993409F8CF5125B9AC700B1"><enum>(E)</enum><text>Delegating
responsibilities to the elements of the intelligence community and carrying out such
other responsibilities as are necessary for the effective implementation of such
environment.</text></subparagraph></paragraph>

<paragraph id="H26C6B680269448E3AACA064908963A81"><enum>(2)</enum><header>Core service
providers</header><text>Providers of core services shall be responsible forâ€"</text>

<subparagraph id="HDA4F45568ADC4CBEB8C1EC7084F99CC7"><enum>(A)</enum><text>providing
core services, in coordination with the Director of National Intelligence;
and</text></subparagraph>

<subparagraph id="H98A9B84F9FBF4CCD900586EC6418BF3E"><enum>(B)</enum><text>providing
the Director with information requested and required to fulfill the responsibilities of
the Director under paragraph (1).</text></subparagraph></paragraph>

<paragraph id="H09EB47E73D1C43B2A9516FEB636016B6"><enum>(3)</enum><header>Use of core
services</header>

<subparagraph id="HB14BC00C511E4369A084284CFCC06C53"><enum>(A)</enum><header>In
general</header><text>Except as provided in subparagraph (B), each element of the
intelligence community shall use core services when such services are
available.</text></subparagraph>

<subparagraph
id="H39D2B3E982E443B989C3AB4F8B01FA46"><enum>(B)</enum><header>Exception</header><text>
The Director of National Intelligence may provide for a written exception to the
requirement under subparagraph (A) if the Director determines there is a compelling
financial or mission need for such
exception.</text></subparagraph></paragraph></subsection>

<subsection id="H3EC047FFD6F94E338B264B526518C51C"><enum>(c)</enum><header>Management
accountability</header><text>Not later than 90 days after the date of the enactment of
this Act, the Director of National Intelligence shall designate and maintain one or
more accountable executives of the intelligence community information technology
environment to be responsible forâ€"</text>

<paragraph id="H7B1933B1A9CC43738B8094B99C4F301B"><enum>(1)</enum><text>management,
financial control, and integration of such environment;</text></paragraph>

<paragraph id="HC525DA5491794070ADFE2DD55EADD5DC"><enum>(2)</enum><text>overseeing the
performance of each core service, including establishing measurable service
requirements and schedules;</text></paragraph>

<paragraph id="HD1AEB19C0BB647FE8C7E674471CEBF7A"><enum>(3)</enum><text display-
inline="yes-display-inline">to the degree feasible, ensuring testing of each core
service of such environment, including testing by the intended users, to evaluate
performance against measurable service requirements and to ensure the capability meets
user requirements; and</text></paragraph>

<paragraph id="H13F1104146D743CE9F0E759F8B564268"><enum>(4)</enum><text>coordinate
transition or restructuring efforts of such environment, including phaseout of legacy
systems.</text></paragraph></subsection>

<subsection id="H18692BCF3C36499A865264E3EC2C403B"><enum>(d)</enum><header>Security
plan</header><text>Not later than 180 days after the date of the enactment of this Act,
the Director of National Intelligence shall develop and maintain a security plan for
the intelligence community information technology environment.</text></subsection>

<subsection id="H1AD624DD3B34467C9516542EBBC2C0B0"><enum>(e)</enum><header>Long-Term
roadmap</header><text>Not later than 180 days after the date of the enactment of this
Act, and during each of the second and fourth fiscal quarters thereafter, the Director
```

WASHSTATEC016215

of National Intelligence shall submit to the congressional intelligence committees a
long-term roadmap that shall include each of the following:</text>

&lt;paragraph id="H4377AF4D4CAB4733BA36C6F174B5CED0"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;A description
of the minimum required and desired core service requirements, includingâ€"&lt;/text&gt;

&lt;subparagraph id="H908FD41158644FBD9B5D5FF7B215B20D"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;key
performance parameters; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HECD99CDFE8AE4A3098B411138348CA39"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;an
assessment of current, measured performance.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H5BF64AEBDECC454E9205C70000EDD81F"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;Implementation
milestones for the intelligence community information technology environment, including
each of the following:&lt;/text&gt;

&lt;subparagraph id="H549E757C950B41F9B76D4697F588E106"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;A schedule
for expected deliveries of core service capabilities during each of the following
phases:&lt;/text&gt;

&lt;clause id="H349B151EAB74476B97CA4910F036DDC4"&gt;&lt;enum&gt;(i)&lt;/enum&gt;&lt;text&gt;Concept refinement
and technology maturity demonstration.&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="HBE2AC30B24624EDB8D10B82D4F638D16"&gt;&lt;enum&gt;(ii)&lt;/enum&gt;&lt;text&gt;Development,
integration, and demonstration.&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="H886CEC2751CB408B9CCE051627727E6F"&gt;&lt;enum&gt;(iii)&lt;/enum&gt;&lt;text&gt;Production,
deployment, and sustainment.&lt;/text&gt;&lt;/clause&gt;

&lt;clause id="HAD906F4BB2B74EEA87F82FEB781601F8"&gt;&lt;enum&gt;(iv)&lt;/enum&gt;&lt;text&gt;System
retirement.&lt;/text&gt;&lt;/clause&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H75CAB927BA6A4CA598D18D01CE50BCAE"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;Dependencies
of such core service capabilities.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HC974E3207FC24C1FB92030E1E621685E"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;Plans for
the transition or restructuring necessary to incorporate core service
capabilities.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HDB4776C62AC148658FCFE55DDCD2DCFF"&gt;&lt;enum&gt;(D)&lt;/enum&gt;&lt;text&gt;A
description of any legacy systems and discontinued capabilities to be phased
out.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph id="H4B6159DA94F04CBF951E4605E70D1592"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;Such other
matters as the Director determines appropriate.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H3CE58C7854E54BF695C3BE9ABDCD5700"&gt;&lt;enum&gt;(f)&lt;/enum&gt;&lt;header&gt;Business
plan&lt;/header&gt;&lt;text&gt;Not later than 180 days after the date of the enactment of this Act,
and during each of the second and fourth fiscal quarters thereafter, the Director of
National Intelligence shall submit to the congressional intelligence committees a
business plan that includes each of the following:&lt;/text&gt;

&lt;paragraph id="H6025B19D3B844DBB843A7030F7C034D0"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;A systematic
approach to identify core service funding requests for the intelligence community
information technology environment within the proposed budget, including multiyear
plans to implement the long-term roadmap required by subsection (e).&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HA704CADD827D49DFB1B212453967BD1A"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;A uniform
approach by which each element of the intelligence community shall identify the cost of
legacy information technology or alternative capabilities where services of the
intelligence community information technology environment will also be
available.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H7E44B2B2A42E416D9716A956D8BA0D59"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;A uniform
effort by which each element of the intelligence community shall identify transition
and restructuring costs for new, existing, and retiring services of the intelligence
community information technology environment, as well as services of such environment
that have changed designations as a core service.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HCFEB497B8DAA4497935172F4A69F5683"&gt;&lt;enum&gt;(g)&lt;/enum&gt;&lt;header&gt;Quarterly
presentations&lt;/header&gt;&lt;text&gt;Beginning not later than 180 days after the date of the
enactment of this Act, the Director of National Intelligence shall provide to the

WASHSTATEC016216

congressional intelligence committees quarterly updates regarding ongoing
implementation of the intelligence community information technology environment as
compared to the requirements in the most recently submitted security plan required by
subsection (d), long-term roadmap required by subsection (e), and business plan
required by subsection (f).</text></subsection>

<subsection id="HDBFA108429DA44AAAF57003FDF9B5D2F"><enum>(h)</enum><header>Additional
notifications</header><text>The Director of National Intelligence shall provide timely
notification to the congressional intelligence committees regarding any policy changes
related to or affecting the intelligence community information technology environment,
new initiatives or strategies related to or impacting such environment, and changes or
deficiencies in the execution of the security plan required by subsection (d), long-
term roadmap required by subsection (e), and business plan required by subsection
(f).</text></subsection>

<subsection
id="H7947571DA53D4486BBD595958E7D31E5"><enum>(i)</enum><header>Sunset</header><text>The
section shall have no effect on or after September 30,
2024.</text></subsection></section>

<section id="H31993E77858341C18A812DA20964B990"><enum>6313.</enum><header>Report on
development of secure mobile voice solution for intelligence community</header>

<subsection id="H94C33A1590204A19B905B99DBB95EEFD"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 180 days after
the date of the enactment of this Act, the Director of National Intelligence, in
coordination with the Director of the Central Intelligence Agency and the Director of
the National Security Agency, shall submit to the congressional intelligence committees
a classified report on the feasibility, desirability, cost, and required schedule
associated with the implementation of a secure mobile voice solution for the
intelligence community.</text></subsection>

<subsection
id="HFD7B0628C50740929BC7B06398EF6FAA"><enum>(b)</enum><header>Contents</header><text
display-inline="yes-display-inline">The report required by subsection (a) shall
include, at a minimum, the following:</text>

<paragraph id="H662EC890A3C84A2188CF1181B8607AC4"><enum>(1)</enum><text display-
inline="yes-display-inline">The benefits and disadvantages of a secure mobile voice
solution.</text></paragraph>

<paragraph id="HC9C93F00A1584E4A845E128A91245C67"><enum>(2)</enum><text display-
inline="yes-display-inline">Whether the intelligence community could leverage
commercially available technology for classified voice communications that operates on
commercial mobile networks in a secure manner and identifying the accompanying security
risks to such networks.</text></paragraph>

<paragraph id="HE9717567F1BE41F78349C26CCFCE1690"><enum>(3)</enum><text display-
inline="yes-display-inline">A description of any policies or community guidance that
would be necessary to govern the potential solution, such as a process for determining
the appropriate use of a secure mobile telephone and any limitations associated with
such use.</text></paragraph></subsection></section>

<section id="HBFEF307F60624071A6604E4E30D175FC"><enum>6314.</enum><header>Policy on
minimum insider threat standards</header>

<subsection id="HC7B5A345ECDD488CAFD4DB2F49D6826B"><enum>(a)</enum><header>Policy
required</header><text display-inline="yes-display-inline">Not later than 60 days after
the date of the enactment of this Act, the Director of National Intelligence shall
establish a policy for minimum insider threat standards that is consistent with the
National Insider Threat Policy and Minimum Standards for Executive Branch Insider
Threat Programs.</text></subsection>

<subsection
id="HE76AE20196C646F2AD067D973C3DD94D"><enum>(b)</enum><header>Implementation</header><
text display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this Act, the head of each element of the intelligence community shall
implement the policy established under subsection (a).</text></subsection></section>

<section id="H575DD635B3DE43BEBBF6E5A31B5857B5"><enum>6315.</enum><header>Submission of

intelligence community policies</header>

<subsection commented="no" display-inline="no-display-inline"
id="HC1D882A8F1954FC79A732ECF27D77918"><enum>(a)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H5F2DE1ED6F69476D8E41571A28762AB3"><enum>(1)</enum><header>Electronic
repository</header><text display-inline="yes-display-inline">The term <term>electronic
repository</term> means the electronic distribution mechanism, in use as of the date of
the enactment of this Act, or any successor electronic distribution mechanism, by which
the Director of National Intelligence submits to the congressional intelligence
committees information.</text></paragraph>

<paragraph
id="H2080C296DF6D4C86A6481BA0A297C2E3"><enum>(2)</enum><header>Policy</header><text>The
term <term>policy</term>, with respect to the intelligence community, includes
unclassified or classified—</text>

<subparagraph id="HF684571C6C964F16B8C36DFCF43ABB89"><enum>(A)</enum><text>directives,
policy guidance, and policy memoranda of the intelligence
community;</text></subparagraph>

<subparagraph id="H9590D87A48A04513AB81A3A14B2E5208"><enum>(B)</enum><text>executive
correspondence of the Director of National Intelligence; and</text></subparagraph>

<subparagraph id="H6330EAC359494912B78DAE47016646B9"><enum>(C)</enum><text>any
equivalent successor policy instruments.</text></subparagraph></paragraph></subsection>

<subsection id="H0896800A51794383BE96549CE2107D6C"><enum>(b)</enum><header>Submission
of policies</header>

<paragraph id="H06E742B236CD42AFB02DE2156D40970E"><enum>(1)</enum><header>Current
policy</header><text display-inline="yes-display-inline">Not later than 180 days after
the date of the enactment of this Act, the Director of National Intelligence shall
submit to the congressional intelligence committees using the electronic repository all
nonpublicly available policies issued by the Director of National Intelligence for the
intelligence community that are in effect as of the date of the
submission.</text></paragraph>

<paragraph id="HC2102728A70443C982638068BBDBCD36"><enum>(2)</enum><header>Continuous
updates</header><text display-inline="yes-display-inline">Not later than 15 days after
the date on which the Director of National Intelligence issues, modifies, or rescinds a
policy of the intelligence community, the Director shall—</text>

<subparagraph id="H4592A43FCDE848848E7838B167B06A69"><enum>(A)</enum><text>notify the
congressional intelligence committees of such addition, modification, or removal;
and</text></subparagraph>

<subparagraph id="H3E7D7AA606384BBEB7A216562A59298F"><enum>(B)</enum><text display-
inline="yes-display-inline">update the electronic repository with respect to such
addition, modification, or
removal.</text></subparagraph></paragraph></subsection></section>

<section id="H283D7581DDF547EEAF7F525857C27E0D"><enum>6316.</enum><header>Expansion of
intelligence community recruitment efforts</header><text display-inline="no-display-
inline">In order to further increase the diversity of the intelligence community
workforce, not later than 90 days after the date of the enactment of this Act, the
Director of National Intelligence, in consultation with heads of elements of the
Intelligence Community, shall create, implement, and submit to the congressional
intelligence committees a written plan to ensure that rural and underrepresented
regions are more fully and consistently represented in such elements' employment
recruitment efforts. Upon receipt of the plan, the congressional committees shall have
60 days to submit comments to the Director of National Intelligence before such plan
shall be implemented.</text></section></title>

<title id="H26DF4719F12C4F2B886337305E480D08"><enum>LXIV</enum><header>Matters relating
to elements of the intelligence community</header>

<subtitle id="H27A0504866A7439AB65810978679FAE4"><enum>A</enum><header>Office of the
Director of National Intelligence</header>

WASHSTATEC016218

```
<section id="HCD1E23FB5A56436EBCCD712DAF73F0C1"><enum>6401.</enum><header>Authority for
protection of current and former employees of the Office of the Director of National
Intelligence</header><text display-inline="no-display-inline">Section 5(a)(4) of the
Central Intelligence Agency Act of 1949 (50 U.S.C. 3506(a)(4)) is amended by striking
<quote>such personnel of the Office of the Director of National Intelligence as the
Director of National Intelligence may designate;</quote> and inserting <quote>current
and former personnel of the Office of the Director of National Intelligence and their
immediate families as the Director of National Intelligence may
designate;</quote>.</text></section>

<section id="HBDE6C9D2FEEF4E649253B900B74F3038"><enum>6402.</enum><header>Designation
of the program manager-information-sharing environment</header>

<subsection id="HAB724770DB03463784631028097553A2"><enum>(a)</enum><header>Information-
sharing environment</header><text>Section 1016(b) of the Intelligence Reform and
Terrorism Prevention Act of 2004 (6 U.S.C. 485(b)) is amendedâ€"</text>

<paragraph id="HEE638774FBDA4446906A8D8CFF3C6AED"><enum>(1)</enum><text>in paragraph
(1), by striking <quote>President</quote> and inserting <quote>Director of National
Intelligence</quote>; and</text></paragraph>

<paragraph id="HC7714CEDEFCD4D59836A2D1BF1CCF9C1"><enum>(2)</enum><text>in paragraph
(2), by striking <quote>President</quote> both places that term appears and inserting
<quote>Director of National Intelligence</quote>.</text></paragraph></subsection>

<subsection id="H8A3EBB8A295342ECA863FDAEBD60A249"><enum>(b)</enum><header>Program
manager</header><text>Section 1016(f)(1) of the Intelligence Reform and Terrorism
Prevention Act of 2004 (6 U.S.C. 485(f)(1)) is amended by striking <quote>The
individual designated as the program manager shall serve as program manager until
removed from service or replaced by the President (at the President's sole
discretion).</quote> and inserting <quote>Beginning on the date of the enactment of the
Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal
Years 2018, 2019 and 2020, each individual designated as the program manager shall be
appointed by the Director of National
Intelligence.</quote>.</text></subsection></section>

<section id="H243BD1383A8749B0BCA1F17B5909D330"><enum>6403.</enum><header>Technical
modification to the executive schedule</header><text display-inline="no-display-
inline">Section 5315 of title 5, United States Code, is amended by adding at the end
the following:</text>

<quoted-block display-inline="no-display-inline" id="HAA7DA849B59747678A8314B3D805E7D6"
style="OLC"><list level="section"><list-item>Director of the National
Counterintelligence and Security Center.</list-item></list><after-quoted-
block>.</after-quoted-block></quoted-block></section>

<section id="H40A23CD9E28B4BDAA83121619C878EDB"><enum>6404.</enum><header>Chief
Financial Officer of the Intelligence Community</header><text display-inline="no-
display-inline">Section 103I(a) of the National Security Act of 1947 (50 U.S.C.
3034(a)) is amended by adding at the end the following new sentence: <quote>The Chief
Financial Officer shall report directly to the Director of National
Intelligence.</quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H7EECC9BE3DC5407B95E457D134868783"><enum>6405.</enum><header>Chief Information
Officer of the Intelligence Community</header><text display-inline="no-display-
inline">Section 103G(a) of the National Security Act of 1947 (50 U.S.C. 3032(a)) is
amended by adding at the end the following new sentence: <quote>The Chief Information
Officer shall report directly to the Director of National
Intelligence.</quote>.</text></section></subtitle>

<subtitle id="HF23AEC065B7243E39B5F17BFD901BDC5"><enum>B</enum><header>Central
Intelligence Agency</header>

<section id="HC062FC4B69B243ADA4063B125B2C45A1"><enum>6411.</enum><header>Central
Intelligence Agency subsistence for personnel assigned to austere
locations</header><text display-inline="no-display-inline">Subsection (a) of section 5
of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3506) is amendedâ€"</text>

<paragraph id="H83BE07C6A9CC45FDA259C6CA5D2737E0"><enum>(1)</enum><text display-
```

```
inline="yes-display-inline">in paragraph (1), by striking <quote>(50 U.S.C.
403â€"4a).,</quote> and inserting <quote>(50 U.S.C.
403â€"4a),</quote>;</text></paragraph>

<paragraph id="H993ACCD1D07D46C29B33F86D754D3C9C"><enum>(2)</enum><text>in paragraph
(6), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HE1C6465E427649A4B7B83904C638A5E8"><enum>(3)</enum><text>in paragraph
(7), by striking the period at the end and inserting <quote>; and</quote>;
and</text></paragraph>

<paragraph id="HA9D5B51F9B424A9691DE7B1DD136C7DA"><enum>(4)</enum><text>by adding at
the end the following new paragraph:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H482475A5C48B4904BDD0BF06D6E496F2"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H5A209ED727294161BC078FE962EEEB24"><enum>(8)</enum><text display-inline="yes-
display-inline">Upon the approval of the Director, provide, during any fiscal year,
with or without reimbursement, subsistence to any personnel assigned to an overseas
location designated by the Agency as an austere location.</text></paragraph><after-
quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HB2B451D4663D4427BC8EA30695F05647"
commented="no"><enum>6412.</enum><header>Special rules for certain monthly workersâ€™
compensation payments and other payments for Central Intelligence Agency
personnel</header>

<subsection id="H20ECDC05074645C0BC70E4BC2361B37B"
commented="no"><enum>(a)</enum><header>In general</header><text display-inline="yes-
display-inline">The Central Intelligence Agency Act of 1949 (50 U.S.C. 3501 et seq.) is
amended by inserting after section 19 the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H06BAF953012B4836B54DB4248A13392D"
style="OLC">

<section commented="no"
id="HB2A20428197A42A8B8D786DAA22C6650"><enum>19A.</enum><header>Special rules for
certain individuals injured by reason of war, insurgency, hostile act, terrorist
activities, or incidents designated by the Director</header>

<subsection commented="no"
id="HA2D941E6C7E44BB4AF29EBF7095074CE"><enum>(a)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section:</text>

<paragraph id="H475981789F604CADA09B393FD188A775"
commented="no"><enum>(1)</enum><header>Covered dependent</header><text>The term
<term>covered dependent</term> means a family member (as defined by the Director) of a
covered employee who, on or after September 11, 2001â€"</text>

<subparagraph id="H4020E04F8EF246CA815C947DB19E1C8B"
commented="no"><enum>(A)</enum><text>accompanies the covered employee to an assigned
duty station in a foreign country; and</text></subparagraph>

<subparagraph id="H7C07FC26550241E09903F1A935D4C8D8"
commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">becomes
injured by reason of a qualifying injury.</text></subparagraph></paragraph>

<paragraph id="HEF3C3E63748F4D1BAA5D3505E66FA051"
commented="no"><enum>(2)</enum><header>Covered employee</header><text>The term
<term>covered employee</term> means an officer or employee of the Central Intelligence
Agency who, on or after September 11, 2001, becomes injured by reason of a qualifying
injury.</text></paragraph>

<paragraph id="HDC69F521FE0842A6902315B4323BE7EC"
commented="no"><enum>(3)</enum><header>Covered individual</header><text display-
inline="yes-display-inline">The term <term>covered individual</term> means an
individual whoâ€"</text>

<subparagraph id="H1CE07303DA5841ECAA9D7E4801BFC4E3" commented="no"><enum>(A)</enum>
```

```
<clause commented="no" display-inline="yes-display-inline"
id="HCA7823B475B74863A78F2941E1D78A57"><enum>(i)</enum><text display-inline="yes-
display-inline">is detailed to the Central Intelligence Agency from other agencies of
the United States Government or from the Armed Forces; or</text></clause>

<clause id="HE31E8F36733D47249555A72C175AA331" indent="up1"
commented="no"><enum>(ii)</enum><text display-inline="yes-display-inline">is affiliated
with the Central Intelligence Agency, as determined by the Director;
and</text></clause></subparagraph>

<subparagraph id="HBC8E417EE570453EA5F622517EF605E2"
commented="no"><enum>(B)</enum><text>who, on or after September 11, 2001, becomes
injured by reason of a qualifying injury.</text></subparagraph></paragraph>

<paragraph commented="no"
id="HF39AAE8AE9014D0FBA395632295E5E42"><enum>(4)</enum><header>Qualifying
injury</header><text display-inline="yes-display-inline">The term <term>qualifying
injury</term> means the following:</text>

<subparagraph id="H371EA658C475403AB025C014E610F100"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">With respect
to a covered dependent, an injury incurredâ€"</text>

<clause id="HC786F78AEC604E828F15A5FB98F00C54" commented="no"><enum>(i)</enum><text
display-inline="yes-display-inline">during a period in which the covered dependent is
accompanying the covered employee to an assigned duty station in a foreign
country;</text></clause>

<clause id="H9DB3EE3B62C6400E83B607B397FD392A" commented="no"><enum>(ii)</enum><text
display-inline="yes-display-inline">in connection with war, insurgency, hostile act,
terrorist activity, or an incident designated for purposes of this section by the
Director; and</text></clause>

<clause id="H205014B6E42744A0BBCC052506B8FC10" commented="no"><enum>(iii)</enum><text
display-inline="yes-display-inline">that was not the result of the willful misconduct
of the covered dependent.</text></clause></subparagraph>

<subparagraph id="H9D11B2F9331B41BA8B6A3DF7E2D37561"
commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">With respect
to a covered employee or a covered individualâ€"</text>

<clause id="H9C4FEB0F93F643CAB56283EE6EE1DDA2" commented="no"><enum>(i)</enum><text>an
injury incurredâ€"</text>

<subclause id="H91C96ACA50CA4E09B65936EC38CAFBD8" commented="no"><enum>(I)</enum><text
display-inline="yes-display-inline">during a period of assignment to a duty station in
a foreign country; </text></subclause>

<subclause id="H71A9D18B029B45AB9C7B51997C24CA97" commented="no"><enum>(II)</enum><text
display-inline="yes-display-inline">in connection with war, insurgency, hostile act, or
terrorist activity; and</text></subclause>

<subclause id="HB647659E55DF4F9F8E63B2389DEF1700"
commented="no"><enum>(III)</enum><text display-inline="yes-display-inline">that was not
the result of the willful misconduct of the covered employee or the covered individual;
or</text></subclause></clause>

<clause id="HB2931A50AD5F42B0BFF4F2F3D2FB06A7" commented="no"><enum>(ii)</enum><text>an
injury incurredâ€"</text>

<subclause id="H3FDAEE629885492CA783ADEE4BE22D8B"
commented="no"><enum>(I)</enum><text>in connection with an incident designated for
purposes of this section by the Director; and</text></subclause>

<subclause id="H2698854B4012421BAD90E245306DD845" commented="no"><enum>(II)</enum><text
display-inline="yes-display-inline">that was not the result of the willful misconduct
of the covered employee or the covered
individual.</text></subclause></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBD3B81F97EA54FCAAEDF82E5C22C049A"><enum>(b)</enum><header>Adjustment of
compensation for certain injuries</header>
```

WASHSTATEC016221

```
<paragraph commented="no" display-inline="no-display-inline"
id="H5B3EB66EB99D41CF9EFEC25CA00E90E0"><enum>(1)</enum><header>Increase</header><text
display-inline="yes-display-inline">The Director may increase the amount of monthly
compensation paid to a covered employee under section 8105 of title 5, United States
Code. Subject to paragraph (2), the Director may determine the amount of each such
increase by taking into accountâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H76E32D54E99142F78245BC6FF37F4046"><enum>(A)</enum><text>the severity of the
qualifying injury;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBD5EC97649E34CE997C2114DE95FD4BF"><enum>(B)</enum><text display-inline="yes-
display-inline">the circumstances by which the covered employee became injured;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBF43FB3F774A441B93D932B60746B68B"><enum>(C)</enum><text display-inline="yes-
display-inline">the seniority of the covered
employee.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1F8E1C52878A4FB08A7616D6C7136D29"><enum>(2)</enum><header>Maximum</header><text
display-inline="yes-display-inline">Notwithstanding chapter 81 of title 5, United
States Code, the total amount of monthly compensation increased under paragraph (1) may
not exceed the monthly pay of the maximum rate of basic pay for GSâ€"15 of the General
Schedule under section 5332 of such title.</text></paragraph></subsection>

<subsection id="H052508F702E3433F919BC77F314316FD"
commented="no"><enum>(c)</enum><header>Costs for treating qualifying
injuries</header><text display-inline="yes-display-inline">The Director may pay the
costs of treating a qualifying injury of a covered employee, a covered individual, or a
covered dependent, or may reimburse a covered employee, a covered individual, or a
covered dependent for such costs, that are not otherwise covered by chapter 81 of title
5, United States Code, or other provision of Federal
law.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection id="H84691FB008704443AFE093CC936C5B2B"
commented="no"><enum>(b)</enum><header>Regulations</header><text display-inline="yes-
display-inline">Not later than 120 days after the date of the enactment of this Act,
the Director of the Central Intelligence Agency shallâ€"</text>

<paragraph id="HFBEFF1232B45456FB2556E9D1ED3AF28"
commented="no"><enum>(1)</enum><text>prescribe regulations ensuring the fair and
equitable implementation of section 19A of the Central Intelligence Agency Act of 1949,
as added by subsection (a); and</text></paragraph>

<paragraph id="HFD4DFE4308CF46C2887EEF599569E593"
commented="no"><enum>(2)</enum><text>submit to the congressional intelligence
committees such regulations.</text></paragraph></subsection>

<subsection id="HB556419576F54DBF829D3583186229A0"
commented="no"><enum>(c)</enum><header>Application</header><text display-inline="yes-
display-inline">Section 19A of the Central Intelligence Agency Act of 1949, as added by
subsection (a), shall apply with respect toâ€"</text>

<paragraph id="HD7AADAD16EE44C819A19E286308D92DA" commented="no"><enum>(1)</enum><text
display-inline="yes-display-inline">payments made to covered employees (as defined in
such section) under section 8105 of title 5, United States Code, beginning on or after
the date of the enactment of this Act; and</text></paragraph>

<paragraph id="H9AF48003E6EA475FAED056DB807BD136"
commented="no"><enum>(2)</enum><text>treatment described in subsection (b) of such
section 19A occurring on or after the date of the enactment of this
Act.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HF7D8C4A752F842DD8DF8C3CD48430A90" section-type="subsequent-
section"><enum>6413.</enum><header display-inline="yes-display-inline">Expansion of
```

WASHSTATEC016222

security protective service jurisdiction of the Central Intelligence Agency</header><text display-inline="no-display-inline">Subsection (a)(1) of section 15 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3515(a)(1)) is amendedâ€"</text>

<paragraph id="H09365C2839344F649D5898A8C4F0273F" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (B), by striking <quote>500 feet;</quote> and inserting <quote>500 yards;</quote>; and</text></paragraph>

<paragraph id="H12E985E682784C68B0568D9A12208262" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">in subparagraph (D), by striking <quote>500 feet.</quote> and inserting <quote>500 yards.</quote>.</text></paragraph></section>

<section id="H3246620099BC4EF0BD48AC63E4FC611D"><enum>6414.</enum><header>Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency</header>

<subsection id="H8D15BF3DA5324DD7BAC1470CB853B9EF"><enum>(a)</enum><header>Repeal of foreign language proficiency requirement</header><text>Section 104A of the National Security Act of 1947 (50 U.S.C. 3036) is amended by striking subsection (g).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD5414EFB13A14727B41B4F725D2BC63D"><enum>(b)</enum><header>Conforming repeal of report requirement</header><text display-inline="yes-display-inline">Section 611 of the Intelligence Authorization Act for Fiscal Year 2005 (Public Law 108â€"487) is amended by striking subsection (c).</text></subsection></section></subtitle>

<subtitle id="H1D3DE17AEF3D497C82CDED6AA4217F42"><enum>C</enum><header>Office of Intelligence and Counterintelligence of Department of Energy</header>

<section id="H6C1C0689CDA147C68309CAFFD73F499F"><enum>6421.</enum><header>Consolidation of Department of Energy Offices of Intelligence and Counterintelligence</header>

<subsection id="HAE3A7BDDA61D4650B196382B1F61D75C"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 215 of the Department of Energy Organization Act (42 U.S.C. 7144b) is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H4778287AD70E4790A0E8523EDA151438" style="traditional">

<section id="H21C7748453D34678B95C2C79EB17A59E"><enum>215.</enum><header>Office of Intelligence and Counterintelligence</header>

<subsection commented="no" display-inline="yes-display-inline" id="H2CC1618E161E45F79C681230BE5653BF"><enum>(a)</enum><header>Definitions</header><text>In this section, the terms <term>intelligence community</term> and <term>National Intelligence Program</term> have the meanings given such terms in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></subsection>

<subsection id="H6F49A23458DE4C5D929628E6255E203A"><enum>(b)</enum><header>In general</header><text display-inline="yes-display-inline">There is in the Department an Office of Intelligence and Counterintelligence. Such office shall be under the National Intelligence Program.</text></subsection>

<subsection id="H9F4E4F8FAF59437AADCF92E75C125BED"><enum>(c)</enum><header>Director</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HE12F45E7D4E14EE1B62025DBAE01CEC1"><enum>(1)</enum><text display-inline="yes-display-inline">The head of the Office shall be the Director of the Office of Intelligence and Counterintelligence, who shall be an employee in the Senior Executive Service, the Senior Intelligence Service, the Senior National Intelligence Service, or any other Service that the Secretary, in coordination with the Director of National Intelligence, considers appropriate. The Director of the Office shall report directly to the Secretary.</text></paragraph>

<paragraph id="HC9902448C9384EAEBFAD02C040A9ED7F" indent="up1"><enum>(2)</enum><text>The Secretary shall select an individual to serve as

WASHSTATEC016223

the Director from among individuals who have substantial expertise in matters relating to the intelligence community, including foreign intelligence and counterintelligence.</text></paragraph></subsection>

<subsection id="HE22DBC9769A64E2FBD02FBC94C9ABA0B"><enum>(d)</enum><header>Duties</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HE488C529EC6F4AB0BA227BDFA950AF0E"><enum>(1)</enum><text display-inline="yes-display-inline">Subject to the authority, direction, and control of the Secretary, the Director shall perform such duties and exercise such powers as the Secretary may prescribe.</text></paragraph>

<paragraph id="H374A218E299D4A46B05816574FC133E3" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Director shall be responsible for establishing policy for intelligence and counterintelligence programs and activities at the Department.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H6A390B89B52B41F3BBD17E073CCB4F1A"><enum>(b)</enum><header>Conforming repeal</header><text display-inline="yes-display-inline">Section 216 of the Department of Energy Organization Act (42 U.S.C. 7144c) is hereby repealed.</text></subsection>

<subsection id="H620AA6F3C3E249CB9D07E2E1FAF33F3D"><enum>(c)</enum><header>Clerical amendment</header><text>The table of contents at the beginning of the Department of Energy Organization Act is amended by striking the items relating to sections 215 and 216 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H446A41ADDBE947EF9D27DC19BE27E5E2" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 215. Office of Intelligence and Counterintelligence.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H58979EEB87654020ACA5C6B4E04CD4E0"><enum>6422.</enum><header>Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement</header><text display-inline="no-display-inline">Section 214 of the Department of Energy Organization Act (42 U.S.C. 7144a) is amended—</text>

<paragraph id="H3179D634CEC140F2BB30B9AEC8AF69F3"><enum>(1)</enum><text>by striking <quote>(a)</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDD55BFA9452D4D208DD5DF60BA69CCC2"><enum>(2)</enum><text>by striking subsections (b) and (c).</text></paragraph></section></subtitle>

<subtitle id="H2F150296565C41859B66306616C931DE"><enum>D</enum><header>Other elements</header>

<section id="H04B1226426A64152831C23DBBCDCC5A3"><enum>6431.</enum><header>Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community</header><text display-inline="no-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence and Under Secretary of Defense for Intelligence, in coordination with the Director of the National Counterintelligence and Security Center, shall submit to the congressional intelligence committees, the Committee on Armed Services of the Senate, and the Committee on Armed Services of the House of Representatives a plan to designate the counterintelligence component of the Defense Security Service of the Department of Defense as an element of the intelligence community by not later than January 1, 2021. Such plan shall—</text>

<paragraph id="H3771CFF18155471D80A0C1F411F492A0"><enum>(1)</enum><text>address the implications of such designation on the authorities, governance, personnel, resources, information technology, collection, analytic products, information sharing, and business processes of the Defense Security Service and the intelligence community; and</text></paragraph>

<paragraph id="HBBD7A2A00F404BB2A5B973A9DE0DEEEF"><enum>(2)</enum><text display-

inline="yes-display-inline">not address the personnel security functions of the Defense Security Service.</text></paragraph></section>

<section id="H421C8ECF43AC400E95340F329225DA42"><enum>6432.</enum><header>Notice not required for private entities</header><text display-inline="no-display-inline">Section 3553 of title 44, United States Code, is amended—"</text>

<paragraph id="H4EF13A7157E5424485E2A68D7D8E86FC"><enum>(1)</enum><text>by redesignating subsection (j) as subsection (k); and</text></paragraph>

<paragraph id="H4AF052586626418499684C467ED17D1D"><enum>(2)</enum><text>by inserting after subsection (i) the following:</text>

<quoted-block display-inline="no-display-inline" id="HC53713DC225640F3B37001C449DAA6A0" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HF056D9E9BB8A436FA0A31D6B1FC934D1"><enum>(j)</enum><header>Rule of construction</header><text>Nothing in this section shall be construed to require the Secretary to provide notice to any private entity before the Secretary issues a binding operational directive under subsection (b)(2).</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HF1C9404EBBF646BAB2421362B42BADC0"><enum>6433.</enum><header>Establishment of advisory board for National Reconnaissance Office</header>

<subsection id="H9BE5953EFCDC4ECF8B329A306392DA65"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">Section 106A of the National Security Act of 1947 (50 U.S.C. 3041a) is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H2C873181C3F245D1821466D1CF853346" style="OLC">

<subsection id="HE1174D69951B43C1874D7A0997D8DA7C"><enum>(d)</enum><header>Advisory board</header>

<paragraph id="H597EF3EF915B45629B676E13C1CAD538"><enum>(1)</enum><header>Establishment</header><text display-inline="yes-display-inline">There is established in the National Reconnaissance Office an advisory board (in this section referred to as the <quote>Board</quote>).</text></paragraph>

<paragraph id="HF49ADED494694BCE80BA1C3DD08ED900"><enum>(2)</enum><header>Duties</header><text>The Board shall—"</text>

<subparagraph id="H79068394999F4DF6877A931635AD4DC1"><enum>(A)</enum><text display-inline="yes-display-inline">study matters relating to the mission of the National Reconnaissance Office, including with respect to promoting innovation, competition, and resilience in space, overhead reconnaissance, acquisition, and other matters; and</text></subparagraph>

<subparagraph id="H8431323F68F14637A3D829A62CA4AAC4"><enum>(B)</enum><text>advise and report directly to the Director with respect to such matters.</text></subparagraph></paragraph>

<paragraph id="HC06216ADB58140D1934A79D028FC1F1A"><enum>(3)</enum><header>Members</header>

<subparagraph id="H9AD8E17CB6BB480CB47CC23786312088"><enum>(A)</enum><header>Number and appointment</header>

<clause id="H802720322A494D8CB546FC8353967464"><enum>(i)</enum><header>In general</header><text display-inline="yes-display-inline">The Board shall be composed of five members appointed by the Director from among individuals with demonstrated academic, government, business, or other expertise relevant to the mission and functions of the National Reconnaissance Office.</text></clause>

<clause id="HAF4117B56DBF43BFBE652AD74D82D8EE"><enum>(ii)</enum><header>Notification</header><t

ext>Not later than 30 days after the date on which the Director appoints a member to the Board, the Director shall notify the congressional intelligence committees and the congressional defense committees (as defined in section 101(a) of title 10, United States Code) of such appointment.</text></clause></subparagraph>

<subparagraph id="H8DEEB3AAEFFB4017973CA12620AC259A"><enum>(B)</enum><header>Terms</header><text>Each member shall be appointed for a term of 2 years. Except as provided by subparagraph (C), a member may not serve more than three terms.</text></subparagraph>

<subparagraph id="HE6D78A664A8E48E89BF35E639B1B4197"><enum>(C)</enum><header>Vacancy</header><text display-inline="yes-display-inline"><italic/>Any member appointed to fill a vacancy occurring before the expiration of the term for which the member's predecessor was appointed shall be appointed only for the remainder of that term. A member may serve after the expiration of that member's term until a successor has taken office.</text></subparagraph>

<subparagraph id="H72A5C04EE4A7400D9B8B21E7BD7142D6"><enum>(D)</enum><header>Chair</header><text>The Board shall have a Chair, who shall be appointed by the Director from among the members.</text></subparagraph>

<subparagraph id="H6446C6031E7648B48392867DF1F68845"><enum>(E)</enum><header>Travel expenses</header><text display-inline="yes-display-inline">Each member shall receive travel expenses, including per diem in lieu of subsistence, in accordance with applicable provisions under subchapter I of chapter 57 of title 5, United States Code.</text></subparagraph>

<subparagraph id="H23A5E93D5E8B4DCEB074883F8F1B7BDF"><enum>(F)</enum><header>Executive Secretary</header><text display-inline="yes-display-inline">The Director may appoint an executive secretary, who shall be an employee of the National Reconnaissance Office, to support the Board.</text></subparagraph></paragraph>

<paragraph id="H68D15E43FEA84E16AA37263DF4A1DC09"><enum>(4)</enum><header>Meetings</header><text>The Board shall meet not less than quarterly, but may meet more frequently at the call of the Director.</text></paragraph>

<paragraph id="H1981A6612B5A485F81EDB2A2AED72B65"><enum>(5)</enum><header>Reports</header><text>Not later than March 31 of each year, the Board shall submit to the Director and to the congressional intelligence committees a report on the activities and significant findings of the Board during the preceding year.</text></paragraph>

<paragraph id="HAF188FBA9D6B449D85F2921B2C4A1029"><enum>(6)</enum><header>Nonapplicability of certain requirements</header><text display-inline="yes-display-inline">The Federal Advisory Committee Act (5 U.S.C. App.) shall not apply to the Board.</text></paragraph>

<paragraph id="H4827430518404899BBAFE8AC88092A84"><enum>(7)</enum><header>Termination</header><text display-inline="yes-display-inline">The Board shall terminate on the date that is 3 years after the date of the first meeting of the Board.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0E2A0FF3D7FA4A45A77C05B861CEDE02"><enum>(b)</enum><header>Initial appointments</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of the National Reconnaissance Office shall appoint the initial five members to the advisory board under subsection (d) of section 106A of the National Security Act of 1947 (50 U.S.C. 3041a), as added by subsection (a).</text></subsection></section>

<section id="H5A7903231B1647838C2438F649CCE182"><enum>6434.</enum><header>Collocation of certain Department of Homeland Security personnel at field locations</header>

<subsection id="H405F4D465A874F0FAD601EBED23F77EF"><enum>(a)</enum><header>Identification of

opportunities for collocation</header><text>Not later than 60 days after the date of the enactment of this Act, the Under Secretary of Homeland Security for Intelligence and Analysis shall identify, in consultation with the Commissioner of U.S. Customs and Border Protection, the Administrator of the Transportation Security Administration, the Director of U.S. Immigration and Customs Enforcement, and the heads of such other elements of the Department of Homeland Security as the Under Secretary considers appropriate, opportunities for collocation of officers of the Office of Intelligence and Analysis in the field outside of the greater Washington, District of Columbia, area in order to support operational units from U.S. Customs and Border Protection, the Transportation Security Administration, U.S. Immigration and Customs Enforcement, and other elements of the Department of Homeland Security.</text></subsection>

<subsection id="H1DFC62B1F87B4B689B21B107D7C9E285"><enum>(b)</enum><header>Plan for collocation</header><text>Not later than 120 days after the date of the enactment of this Act, the Under Secretary shall submit to the congressional intelligence committees a report that includes a plan for collocation as described in subsection (a).</text></subsection></section></subtitle></title>

<title id="HAD3715B98F5548B6941AA22A55A463BD"><enum>LXV</enum><header>Election matters</header>

<section id="HC0E15BEFA5CC4FB792447558D20C0A9B"><enum>6501.</enum><header>Report on cyber attacks by foreign governments against United States election infrastructure</header>

<subsection id="H408C218CF5ED4B11AC053FC8EC55E38B"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H09469C31EFD94452842A512C39869C04"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H01562C89BDE940559CBDCD496EDFB3AF"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional intelligence committees;</text></subparagraph>

<subparagraph id="HF5D1EFCE767047A6AC5C85F96BABC3FD"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security and Governmental Affairs of the Senate;</text></subparagraph>

<subparagraph id="H86E4FDAC30EC4C60991C9A3F847701E2"><enum>(C)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security of the House of Representatives;</text></subparagraph>

<subparagraph id="HD024D4A4EFE84908B38BFA303709E19C"><enum>(D)</enum><text>the Committee on Foreign Relations of the Senate; and</text></subparagraph>

<subparagraph id="H83A967BF82414089AE66AB98B7F52546"><enum>(E)</enum><text>the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H89442C60C84E4E468299931F13051B1F"><enum>(2)</enum><header>Congressional leadership</header><text>The term <term>congressional leadership</term> includes the following:</text>

<subparagraph id="H5BF7DC4CA0204A6984B9E5E79DCF5D05"><enum>(A)</enum><text>The majority leader of the Senate.</text></subparagraph>

<subparagraph id="H73F3EC2D2D70411697D983E0349A36E6"><enum>(B)</enum><text>The minority leader of the Senate.</text></subparagraph>

<subparagraph id="H13D18D83512E47B1B73C8B10EAB495BD"><enum>(C)</enum><text>The Speaker of the House of Representatives.</text></subparagraph>

<subparagraph id="H12A0C49E907E403486C0F307AB617D9C"><enum>(D)</enum><text>The minority leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2BE038C559BA4FB4AFD5EC583D9BD8F6"><enum>(3)</enum><header>State</header><text>The term <term>State</term> means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United

WASHSTATEC016227

```
States.</text></paragraph></subsection>

<subsection id="HFC01F507E8864FD998B236616CB6C2ED"><enum>(b)</enum><header>Report
required</header><text>Not later than 60 days after the date of the enactment of this
Act, the Under Secretary of Homeland Security for Intelligence and Analysis shall
submit to congressional leadership and the appropriate congressional committees a
report on cyber attacks and attempted cyber attacks by foreign governments on United
States election infrastructure in States and localities in connection with the 2016
Presidential election in the United States and such cyber attacks or attempted cyber
attacks as the Under Secretary anticipates against such infrastructure. Such report
shall identify the States and localities affected and shall include cyber attacks and
attempted cyber attacks against voter registration databases, voting machines, voting-
related computer networks, and the networks of Secretaries of State and other election
officials of the various States.</text></subsection>

<subsection
id="H2748B12044FD42568337001720C92130"><enum>(c)</enum><header>Form</header><text>The
report submitted under subsection (b) shall be submitted in unclassified form, but may
include a classified annex.</text></subsection></section>

<section id="H6E9949DDD7A04DF58B11E64DA636518E"><enum>6502.</enum><header>Review of
intelligence community's posture to collect against and analyze Russian efforts to
influence the Presidential election</header>

<subsection id="H474B037AFB5B4BF186B163323496252A"><enum>(a)</enum><header>Review
required</header><text>Not later than 1 year after the date of the enactment of this
Act, the Director of National Intelligence shall—"</text>

<paragraph id="H41E3363297FF46A1A95A2F75E6D8F39F"><enum>(1)</enum><text>complete an
after action review of the posture of the intelligence community to collect against and
analyze efforts of the Government of Russia to interfere in the 2016 Presidential
election in the United States; and</text></paragraph>

<paragraph id="HA7D2D9BB81014FC19F9C493E014D60D3"><enum>(2)</enum><text>submit to the
congressional intelligence committees a report on the findings of the Director with
respect to such review.</text></paragraph></subsection>

<subsection
id="HF930FCB0CFA346879CEC1AC5D840C3CC"><enum>(b)</enum><header>Elements</header><text>T
he review required by subsection (a) shall include, with respect to the posture and
efforts described in paragraph (1) of such subsection, the following:</text>

<paragraph id="H11793250BEF24342B6ADF99751FA290C"><enum>(1)</enum><text>An assessment
of whether the resources of the intelligence community were properly aligned to detect
and respond to the efforts described in subsection (a)(1).</text></paragraph>

<paragraph id="H39C552D1391E415D9F1C5ACEF0C162AE"><enum>(2)</enum><text>An assessment
of the information sharing that occurred within elements of the intelligence
community.</text></paragraph>

<paragraph id="HAED31EA647E145A690C901C27C0BCDDD"><enum>(3)</enum><text>An assessment
of the information sharing that occurred between elements of the intelligence
community.</text></paragraph>

<paragraph id="H429EFFFC3D214E68958D6926C8A7AFD9"><enum>(4)</enum><text>An assessment
of applicable authorities necessary to collect on any such efforts and any deficiencies
in those authorities.</text></paragraph>

<paragraph id="H764798D7585B4F049928E7A705FAA629"><enum>(5)</enum><text>A review of the
use of open source material to inform analysis and warning of such
efforts.</text></paragraph>

<paragraph id="H7DE7C526326C4F9A9F5CB46AE1E763C3"><enum>(6)</enum><text>A review of the
use of alternative and predictive analysis.</text></paragraph></subsection>

<subsection id="HEA4A12E28C2147C186666BB5FB2AA0E5"><enum>(c)</enum><header>Form of
report</header><text>The report required by subsection (a)(2) shall be submitted to the
congressional intelligence committees in a classified
form.</text></subsection></section>

<section id="HCA219979EAF64F8E905F790CE5786D9F"><enum>6503.</enum><header>Assessment of
```

foreign intelligence threats to Federal elections</header>

<subsection id="H06662D695D9B4BAD9E268701CDCFDCB7"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph display-inline="no-display-inline" id="H3B765399580942B8BD253BCA4BE50A9E"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H13D84186FDF44C168767242A33796439"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional intelligence committees;</text></subparagraph>

<subparagraph id="H9D40FA1AD97F4F0688F612FA4C1425E4"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security and Governmental Affairs of the Senate; and</text></subparagraph>

<subparagraph id="HF394C03423744134A67DFF1014B4B7BB"><enum>(C)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H575468321F0C4939AFB762D8C1FC82A1"><enum>(2)</enum><header>Congressional leadership</header><text>The term <term>congressional leadership</term> includes the following:</text>

<subparagraph id="H26018360058E4F919396F35FE742F648"><enum>(A)</enum><text>The majority leader of the Senate.</text></subparagraph>

<subparagraph id="HEA7B254ADDE442EAAF70D810FE2C594A"><enum>(B)</enum><text>The minority leader of the Senate.</text></subparagraph>

<subparagraph id="H4E9FA73B651348AEBEFE43EA44AA4D22"><enum>(C)</enum><text>The Speaker of the House of Representatives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF7E3753FB99D426FABBE9D8B9354DB41"><enum>(D)</enum><text>The minority leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBBEC234BC8EE482886189B1E1BE731EB"><enum>(3)</enum><header>Security vulnerability</header><text>The term <term>security vulnerability</term> has the meaning given such term in section 102 of the Cybersecurity Information Sharing Act of 2015 (6 U.S.C. 1501).</text></paragraph></subsection>

<subsection id="HA2102AFC3E5647258449586DB9F37D9C"><enum>(b)</enum><header>In general</header><text>The Director of National Intelligence, in coordination with the Director of the Central Intelligence Agency, the Director of the National Security Agency, the Director of the Federal Bureau of Investigation, the Secretary of Homeland Security, and the heads of other relevant elements of the intelligence community, shallâ€"</text>

<paragraph id="H9201F9D30E7942169BBA4C5B2110BFFF"><enum>(1)</enum><text>commence not later than 1 year before any regularly scheduled Federal election occurring after December 31, 2018, and complete not later than 180 days before such election, an assessment of security vulnerabilities of State election systems; and</text></paragraph>

<paragraph id="H8F4416558F3844329B7856AD72D27693"><enum>(2)</enum><text>not later than 180 days before any regularly scheduled Federal election occurring after December 31, 2018, submit a report on such security vulnerabilities and an assessment of foreign intelligence threats to the election toâ€"</text>

<subparagraph id="H123A220593A649FB8A932B90238B5FB2"><enum>(A)</enum><text>congressional leadership; and</text></subparagraph>

<subparagraph id="H5C9D49FC9F014D93B67B11CA27C5F868"><enum>(B)</enum><text display-inline="yes-display-inline">the appropriate congressional committees.</text></subparagraph></paragraph></subsection>

WASHSTATEC016229

```
<subsection
id="H99717A04D0FA4BE682FB3FA62A5DB77F"><enum>(c)</enum><header>Update</header><text>Not
later than 90 days before any regularly scheduled Federal election occurring after
December 31, 2018, the Director of National Intelligence shallâ€"</text>

<paragraph id="HD7B35EE38C804A82A2D23B26AFCCBB39"><enum>(1)</enum><text>update the
assessment of foreign intelligence threats to that election; and</text></paragraph>

<paragraph id="H6BEE175A275542B4B07A6616E73ABFE8"><enum>(2)</enum><text>submit the
updated assessment toâ€"</text>

<subparagraph
id="H92CAFF73DBE94AE88224CDE9291CBD30"><enum>(A)</enum><text>congressional leadership;
and</text></subparagraph>

<subparagraph id="HE7A94EF7BCCC4F3F978E89F08A49D226"><enum>(B)</enum><text display-
inline="yes-display-inline">the appropriate congressional
committees.</text></subparagraph></paragraph></subsection></section>

<section id="H34EA0AFB7EC244E5BC353624C3C6F610"><enum>6504.</enum><header>Strategy for
countering Russian cyber threats to United States elections</header>

<subsection id="H31DF26A14B804524B998F6EF372B6A40"><enum>(a)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> means the following:</text>

<paragraph id="H10A9EEB6F1BC46FE915B32F6AAC5C04D"><enum>(1)</enum><text display-
inline="yes-display-inline">The congressional intelligence
committees.</text></paragraph>

<paragraph id="HB5B19EB71BC74AA1B9EF615684CD72C8"><enum>(2)</enum><text display-
inline="yes-display-inline">The Committee on Armed Services and the Committee on
Homeland Security and Governmental Affairs of the Senate.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2F0428CEB7D145109A3828B80B8DAFF2"><enum>(3)</enum><text display-inline="yes-
display-inline">The Committee on Armed Services and the Committee on Homeland Security
of the House of Representatives.</text></paragraph>

<paragraph id="H672220EF88154460B56C8D99037A9492"><enum>(4)</enum><text>The Committee
on Foreign Relations of the Senate.</text></paragraph>

<paragraph id="H017333EA886E4C24A8514D044045DA52"><enum>(5)</enum><text>The Committee
on Foreign Affairs of the House of Representatives.</text></paragraph></subsection>

<subsection id="H1EE7673117E94107869706C409546CF6"><enum>(b)</enum><header>Requirement
for a strategy</header><text>Not later than 90 days after the date of the enactment of
this Act, the Director of National Intelligence, in coordination with the Secretary of
Homeland Security, the Director of the Federal Bureau of Investigation, the Director of
the Central Intelligence Agency, the Secretary of State, the Secretary of Defense, and
the Secretary of the Treasury, shall develop a whole-of-government strategy for
countering the threat of Russian cyber attacks and attempted cyber attacks against
electoral systems and processes in the United States, including Federal, State, and
local election systems, voter registration databases, voting tabulation equipment, and
equipment and processes for the secure transmission of election
results.</text></subsection>

<subsection id="H1452D5AAC083459B8208C4B04451F4A4"><enum>(c)</enum><header>Elements of
the strategy</header><text>The strategy required by subsection (b) shall include the
following elements:</text>

<paragraph id="H9AA5EA3713BC426CA6B937364469D8AD"><enum>(1)</enum><text>A whole-of-
government approach to protecting United States electoral systems and processes that
includes the agencies and departments indicated in subsection (b) as well as any other
agencies and departments of the United States, as determined appropriate by the
Director of National Intelligence and the Secretary of Homeland
Security.</text></paragraph>

<paragraph id="H70092BDF91834BE2A37B8779C79A6C9E"><enum>(2)</enum><text>Input solicited
from Secretaries of State of the various States and the chief election officials of the
States.</text></paragraph>
```

WASHSTATEC016230

```
<paragraph id="H918254599460470980EFEBEC6D688FCD"><enum>(3)</enum><text>Technical
security measures, including auditable paper trails for voting machines, securing
wireless and internet connections, and other technical safeguards.</text></paragraph>

<paragraph id="H66A5534EC0264844AA873480D8792C39"><enum>(4)</enum><text>Detection of
cyber threats, including attacks and attempted attacks by Russian government or
nongovernment cyber threat actors.</text></paragraph>

<paragraph id="HF8277F18A5E7484D92733D8908CE91C9"><enum>(5)</enum><text>Improvements in
the identification and attribution of Russian government or nongovernment cyber threat
actors.</text></paragraph>

<paragraph id="H934DE353AF4A42B0B5FB26EB20E37800"><enum>(6)</enum><text>Deterrence,
including actions and measures that could or should be undertaken against or
communicated to the Government of Russia or other entities to deter attacks against, or
interference with, United States election systems and processes.</text></paragraph>

<paragraph id="H5BA187A3817C44CCA99FECB1ACD0642F"><enum>(7)</enum><text>Improvements in
Federal Government communications with State and local election
officials.</text></paragraph>

<paragraph id="H91D656761BC3494392132E5DFF7084CC"><enum>(8)</enum><text>Public
education and communication efforts.</text></paragraph>

<paragraph id="HCAA7FF59B25C48ABA655E32013344868"><enum>(9)</enum><text>Benchmarks and
milestones to enable the measurement of concrete steps taken and progress made in the
implementation of the strategy.</text></paragraph></subsection>

<subsection
id="HF3B35448CAF84B26B26327E71DA7A24D"><enum>(d)</enum><header>Congressional
briefing</header><text display-inline="yes-display-inline">Not later than 90 days after
the date of the enactment of this Act, the Director of National Intelligence and the
Secretary of Homeland Security shall jointly brief the appropriate congressional
committees on the strategy developed under subsection
(b).</text></subsection></section>

<section id="H9E9EE992B5524C27AB5E182EE3A87E1B" section-type="subsequent-
section"><enum>6505.</enum><header>Assessment of significant Russian influence
campaigns directed at foreign elections and referenda</header>

<subsection id="H62979D7011564E74981CD95AA8D439BD"><enum>(a)</enum><header>Russian
influence campaign defined</header><text display-inline="yes-display-inline">In this
section, the term <term>Russian influence campaign</term> means any effort, covert or
overt, and by any means, attributable to the Russian Federation directed at an
election, referendum, or similar process in a country other than the Russian Federation
or the United States.</text></subsection>

<subsection id="H92175F87C067413C820EFFD1B98744C8"><enum>(b)</enum><header>Assessment
required</header><text display-inline="yes-display-inline">Not later than 60 days after
the date of the enactment of this Act, the Director of National Intelligence shall
submit to the congressional intelligence committees, the Committee on Foreign Affairs
of the House of Representatives, and the Committee on Foreign Relations of the Senate a
report containing an analytical assessment of the most significant Russian influence
campaigns, if any, conducted during the 3-year period preceding the date of the
enactment of this Act, as well as the most significant current or planned such Russian
influence campaigns, if any. Such assessment shall includeâ€"</text>

<paragraph id="H8BC39545991E43208BD10F70EC4A00B2"><enum>(1)</enum><text display-
inline="yes-display-inline">a summary of such significant Russian influence campaigns,
including, at a minimum, the specific means by which such campaigns were conducted, are
being conducted, or likely will be conducted, as appropriate, and the specific goal of
each such campaign;</text></paragraph>

<paragraph id="H857B24DC837B4534B89CB02FEAF499FD"><enum>(2)</enum><text>a summary of
any defenses against or responses to such Russian influence campaigns by the foreign
state holding the elections or referenda;</text></paragraph>

<paragraph id="H487A91BC30A84A2C8E9CC66B6F4380F7"><enum>(3)</enum><text display-
inline="yes-display-inline">a summary of any relevant activities by elements of the
intelligence community undertaken for the purpose of assisting the government of such
foreign state in defending against or responding to such Russian influence campaigns;
```

and</text></paragraph>

<paragraph id="HC3DF1A657ECB4FBE90517C6F62F87390"><enum>(4)</enum><text>an assessment of the effectiveness of such defenses and responses described in paragraphs (2) and (3).</text></paragraph></subsection>

<subsection id="H85E9591CC3F04B4BB0F4640EEEB0DE05"><enum>(c)</enum><header>Form</header><text display-inline="yes-display-inline">The report required by subsection (b) may be submitted in classified form, but if so submitted, shall contain an unclassified summary.</text></subsection></section>

<section id="H46F86161A3004B3283010888A2CDBBDA"><enum>6506.</enum><header>Information sharing with State election officials</header>

<subsection commented="no" display-inline="no-display-inline" id="H627B762FCB8E459E950D7052777C3DFA"><enum>(a)</enum><header>State defined</header><text>In this section, the term <term>State</term> means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.</text></subsection>

<subsection id="HAD086C9CB1384EF98DECD23682BC7E0C"><enum>(b)</enum><header>Security clearances</header>

<paragraph id="HC7D956ABDA2947C2B08C34AFD475FF73"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall support the Under Secretary of Homeland Security for Intelligence and Analysis, and any other official of the Department of Homeland Security designated by the Secretary of Homeland Security, in sponsoring a security clearance up to the top secret level for each eligible chief election official of a State or the District of Columbia, and additional eligible designees of such election official as appropriate, at the time that such election official assumes such position.</text></paragraph>

<paragraph id="H9874B8A2EA4E4FCE8E167CEA1B70E9DF"><enum>(2)</enum><header>Interim clearances</header><text display-inline="yes-display-inline">Consistent with applicable policies and directives, the Director of National Intelligence may issue interim clearances, for a period to be determined by the Director, to a chief election official as described in paragraph (1) and up to one designee of such official under such paragraph.</text></paragraph></subsection>

<subsection id="HBEB19DD47C574F1DBA8053C5F0B77493"><enum>(c)</enum><header>Information sharing</header>

<paragraph id="HFB732D82180D400DB5FCD694C8CDE205"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Director of National Intelligence shall assist the Under Secretary of Homeland Security for Intelligence and Analysis and the Under Secretary responsible for overseeing critical infrastructure protection, cybersecurity, and other related programs of the Department (as specified in section 103(a)(1)(H) of the Homeland Security Act of 2002 (6 U.S.C. 113(a)(1)(H))) with sharing any appropriate classified information related to threats to election systems and to the integrity of the election process with chief election officials and such designees who have received a security clearance under subsection (b).</text></paragraph>

<paragraph id="H0F6B806A4B36479385CA44D7246FF690"><enum>(2)</enum><header>Coordination</header><text display-inline="yes-display-inline">The Under Secretary of Homeland Security for Intelligence and Analysis shall coordinate with the Director of National Intelligence and the Under Secretary responsible for overseeing critical infrastructure protection, cybersecurity, and other related programs of the Department (as specified in section 103(a)(1)(H) of the Homeland Security Act of 2002 (6 U.S.C. 113(a)(1)(H))) to facilitate the sharing of information to the affected Secretaries of State or States.</text></paragraph></subsection></section>

<section id="H08CEB965AECC4E11847C00613504AF47" section-type="subsequent-section"><enum>6507.</enum><header>Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices</header>

<subsection

```
id="H8981C50E4DCC429E9373418FA5A895F7"><enum>(a)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph commented="no"
id=HF094EF3A11A843658A3C8547533203B7"><enum>(1)</enum><header>Active measures
campaign</header><text display-inline="yes-display-inline">The term <term>active
measures campaign</term> means a foreign semi-covert or covert intelligence
operation.</text></paragraph>

<paragraph commented="no"
id="HA3B331AEDABC44BA80A7E2F9BB8692EF"><enum>(2)</enum><header>Candidate, election, and
political party</header><text display-inline="yes-display-inline">The terms
<term>candidate</term>, <term>election</term>, and <term>political party</term> have
the meanings given those terms in section 301 of the Federal Election Campaign Act of
1971 (52 U.S.C. 30101).</text></paragraph>

<paragraph display-inline="no-display-inline"
id="H2A2D82BC92A142B8A93287FD197496D5"><enum>(3)</enum><header>Congressional
leadership</header><text>The term <term>congressional leadership</term> includes the
following:</text>

<subparagraph id="HE406FB1E817F494CA3C0D1C2E00EF73F"><enum>(A)</enum><text>The majority
leader of the Senate.</text></subparagraph>

<subparagraph id="HCA6008A19DBF4ACFB5F32E76B6D56746"><enum>(B)</enum><text>The minority
leader of the Senate.</text></subparagraph>

<subparagraph id="HFA57A2E9F9BF4B19B098395B468E5DD5"><enum>(C)</enum><text>The Speaker
of the House of Representatives.</text></subparagraph>

<subparagraph id="H89F6C77CF23A4DC3AB86C49DFD9ECBD3"><enum>(D)</enum><text>The minority
leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H71B210ACFE8241DE8A81848C04E74479"><enum>(4)</enum><header>Cyber
intrusion</header><text display-inline="yes-display-inline">The term <term>cyber
intrusion</term> means an electronic occurrence that actually or imminently
jeopardizes, without lawful authority, electronic election infrastructure, or the
integrity, confidentiality, or availability of information within such
infrastructure.</text></paragraph>

<paragraph commented="no"
id="H9627922F8C30450B9FCD353FD464D218"><enum>(5)</enum><header>Electronic election
infrastructure</header><text display-inline="yes-display-inline">The term
<term>electronic election infrastructure</term> means an electronic information system
of any of the following that is related to an election for Federal office:</text>

<subparagraph commented="no"
id="HF67B341FE72A4A229813D66CD7706FD4"><enum>(A)</enum><text>The Federal
Government.</text></subparagraph>

<subparagraph commented="no"
id="HB887754D97EA484BA6C6EAB6E885D5BE"><enum>(B)</enum><text>A State or local
government.</text></subparagraph>

<subparagraph commented="no"
id="H6ED4C3678D664E89BDA731A2998CEA89"><enum>(C)</enum><text>A political
party.</text></subparagraph>

<subparagraph commented="no"
id="HE8F6B12187014A0395FC7804F3FF1AD1"><enum>(D)</enum><text display-inline="yes-
display-inline">The election campaign of a candidate.</text></subparagraph></paragraph>

<paragraph commented="no"
id="H44DA283283BF400CBE5EBA768F9566DD"><enum>(6)</enum><header>Federal
office</header><text display-inline="yes-display-inline">The term <term>Federal
office</term> has the meaning given that term in section 301 of the Federal Election
Campaign Act of 1971 (52 U.S.C. 30101).</text></paragraph>

<paragraph id="HC79C0E0689444A19A307AFC8E2BC3C34"><enum>(7)</enum><header>High
confidence</header><text>The term <term>high confidence</term>, with respect to a
determination, means that the determination is based on high-quality information from
```

```
multiple sources.</text></paragraph>

<paragraph id="H19B58462B27445CCB4EC2F9B467850E3"><enum>(8)</enum><header>Moderate
confidence</header><text display-inline="yes-display-inline">The term <term>moderate
confidence</term>, with respect to a determination, means that a determination is
credibly sourced and plausible but not of sufficient quality or corroborated
sufficiently to warrant a higher level of confidence.</text></paragraph>

<paragraph id="H48F4B1F41C424F6A8A2B6A80A40AEBBD"><enum>(9)</enum><header>Other
appropriate congressional committees</header><text>The term <term>other appropriate
congressional committees</term> means€"</text>

<subparagraph id="HD160833128994C7698D1BDED530DA506"><enum>(A)</enum><text>the
Committee on Armed Services, the Committee on Foreign Relations, the Committee on
Homeland Security and Governmental Affairs, and the Committee on Appropriations of the
Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0A033C72870448F38D4DC76D75735294"><enum>(B)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, the
Committee on Homeland Security, and the Committee on Appropriations of the House of
Representatives.</text></subparagraph></paragraph></subsection>

<subsection
id="H0D39B683BF3F4076AA1F8CE681A8FDD5"><enum>(b)</enum><header>Determinations of
significant foreign cyber intrusions and active measures campaigns</header><text
display-inline="yes-display-inline">The Director of National Intelligence, the Director
of the Federal Bureau of Investigation, and the Secretary of Homeland Security shall
jointly carry out subsection (c) if such Directors and the Secretary jointly
determine€"</text>

<paragraph id="HA28F2C412BF0495F925D994B7144AAB0"><enum>(1)</enum><text>that on or
after the date of the enactment of this Act, a significant foreign cyber intrusion or
active measures campaign intended to influence an upcoming election for any Federal
office has occurred or is occurring; and</text></paragraph>

<paragraph id="HEB35A198A4EF47D780A565C4913932CA"><enum>(2)</enum><text>with moderate
or high confidence, that such intrusion or campaign can be attributed to a foreign
state or to a foreign nonstate person, group, or other
entity.</text></paragraph></subsection>

<subsection
id="H995BBE2C9A854A2FB43EB26F8B5A2569"><enum>(c)</enum><header>Briefing</header>

<paragraph id="HB63BC9EC557C4EAAA71540E8A7406757"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 14 days after
making a determination under subsection (b), the Director of National Intelligence, the
Director of the Federal Bureau of Investigation, and the Secretary of Homeland Security
shall jointly provide a briefing to the congressional leadership, the congressional
intelligence committees and, consistent with the protection of sources and methods, the
other appropriate congressional committees. The briefing shall be classified and
address, at a minimum, the following:</text>

<subparagraph id="H488F3083254F441E96BBE8DDBCAE473D"><enum>(A)</enum><text display-
inline="yes-display-inline">A description of the significant foreign cyber intrusion or
active measures campaign, as the case may be, covered by the
determination.</text></subparagraph>

<subparagraph id="H1529DF2672D84FEC95DCAEC6D0BF0A08"><enum>(B)</enum><text display-
inline="yes-display-inline">An identification of the foreign state or foreign nonstate
person, group, or other entity, to which such intrusion or campaign has been
attributed.</text></subparagraph>

<subparagraph id="H8CF026832F7E4DCF87E35C6028C2561B"><enum>(C)</enum><text display-
inline="yes-display-inline">The desirability and feasibility of the public release of
information about the cyber intrusion or active measures
campaign.</text></subparagraph>

<subparagraph id="HC6C76D6D894048FAA2FE594C4B9726C3"><enum>(D)</enum><text>Any other
information such Directors and the Secretary jointly determine
appropriate.</text></subparagraph></paragraph>
```

```
<paragraph id="HDE400935550749C2B6A20D848157411D"><enum>(2)</enum><header>Electronic
election infrastructure briefings</header><text display-inline="yes-display-
inline">With respect to a significant foreign cyber intrusion covered by a
determination under subsection (b), the Secretary of Homeland Security, in consultation
with the Director of National Intelligence and the Director of the Federal Bureau of
Investigation, shall offer to the owner or operator of any electronic election
infrastructure directly affected by such intrusion, a briefing on such intrusion,
including steps that may be taken to mitigate such intrusion. Such briefing may be
classified and made available only to individuals with appropriate security
clearances.</text></paragraph>

<paragraph id="HE74607F58CCC4F4180669B2390071860"><enum>(3)</enum><header>Protection of
sources and methods</header><text display-inline="yes-display-inline">This subsection
shall be carried out in a manner that is consistent with the protection of sources and
methods.</text></paragraph></subsection></section>

<section id="HA708194394B44776B1A5E1E83ABA782F"><enum>6508.</enum><header>Designation
of counterintelligence officer to lead election security matters</header>

<subsection id="HB07E0D62CE4E4FD6805236FF64F92EBF"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Director of National
Intelligence shall designate a national counterintelligence officer within the National
Counterintelligence and Security Center to lead, manage, and coordinate
counterintelligence matters relating to election security.</text></subsection>

<subsection id="H9AE991339A7741C9937107CE92F578F3"><enum>(b)</enum><header>Additional
responsibilities</header><text>The person designated under subsection (a) shall also
lead, manage, and coordinate counterintelligence matters relating to risks posed by
interference from foreign powers (as defined in section 101 of the Foreign Intelligence
Surveillance Act of 1978 (50 U.S.C. 1801)) to the following:</text>

<paragraph id="H11154C46C4244597B3C8D817985CB747"><enum>(1)</enum><text>The Federal
Government election security supply chain.</text></paragraph>

<paragraph id="HE0AD671F2D1A41EDB8C8918B2EE26E8E"><enum>(2)</enum><text>Election voting
systems and software.</text></paragraph>

<paragraph id="HE5AC946D792E46B3B500D8D2EC859C22"><enum>(3)</enum><text>Voter
registration databases.</text></paragraph>

<paragraph id="H8C364F8E55B542D09B8BCA81DB7835E3"><enum>(4)</enum><text>Critical
infrastructure related to elections.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAF3ACAE39B9B4D0B8F24C3ECC188258B"><enum>(5)</enum><text>Such other Government
goods and services as the Director of National Intelligence considers
appropriate.</text></paragraph></subsection></section></title>

<title id="H8B69F17B95054B95B07935C3BF5B7A9D"
style="OLC"><enum>LXVI</enum><header>Security clearances</header>

<section
id="H2A2D95D2C8EE456CA6454FF7B19AD21B"><enum>6601.</enum><header>Definitions</header><t
ext display-inline="no-display-inline">In this title:</text>

<paragraph id="HB353EAE7097C42ABA9132718C871C181"><enum>(1)</enum><header>Appropriate
congressional committees</header><text>The term <term>appropriate congressional
committees</term> meansâ€"</text>

<subparagraph id="HA51EA6B5AC384816A0F6C8048990EE2E"><enum>(A)</enum><text>the
congressional intelligence committees;</text></subparagraph>

<subparagraph id="H623944808B474859BB8F02B7AEECB6CD"><enum>(B)</enum><text>the
<committee-name committee-id="">Committee on Armed Services of the Senate</committee-
name>;</text></subparagraph>

<subparagraph id="H8E521DE1F3DB4FB5B934223E93E18DE6"><enum>(C)</enum><text>the
<committee-name committee-id="">Committee on Appropriations of the Senate</committee-
name>;</text></subparagraph>

<subparagraph id="HE8E1B88501A348919BCBCEAE7FBDF294"><enum>(D)</enum><text>the
<committee-name committee-id="">Committee on Homeland Security and Governmental Affairs
```

of the Senate</committee-name>;</text></subparagraph>

<subparagraph id="HA676190418C24F819F813CD3C0030DFE"><enum>(E)</enum><text>the
<committee-name committee-id="">Committee on Armed Services of the House of
Representatives</committee-name>;</text></subparagraph>

<subparagraph id="H32BC11FA60C84CA3A99094658E00EAF3"><enum>(F)</enum><text>the
<committee-name committee-id="">Committee on Appropriations of the House of
Representatives</committee-name>;</text></subparagraph>

<subparagraph id="HBDCFB13B38A54CA5B58BD2271D20C211"><enum>(G)</enum><text>the
<committee-name committee-id="">Committee on Homeland Security of the House of
Representatives</committee-name>; and</text></subparagraph>

<subparagraph id="H64982C5E40694C9CA8D4F0787E819743"><enum>(H)</enum><text>the
<committee-name committee-id="">Committee on Oversight and Reform of the House of
Representatives</committee-name>.</text></subparagraph></paragraph>

<paragraph id="HA01815D7840B4C81869D5CC98F0AC9DA"><enum>(2)</enum><header>Appropriate
industry partner</header><text>The term <term>appropriate industry partner</term> means
a contractor, licensee, or grantee (as defined in section 101(a) of Executive Order No.
12829 (50 U.S.C. 3161 note; relating to National Industrial Security Program)) that is
participating in the National Industrial Security Program established by such Executive
order.</text></paragraph>

<paragraph id="H6F9D6E3269A547B18E61ED1F1E04F925"><enum>(3)</enum><header>Continuous
vetting</header><text>The term <term>continuous vetting</term> has the meaning given
such term in Executive Order No. 13467 (50 U.S.C. 3161 note; relating to reforming
processes for determining suitability for government employment, fitness for contractor
employees, and eligibility for access to classified national security
information).</text></paragraph>

<paragraph
id="H9B1BDBD4AED6450489E68577B9A168D5"><enum>(4)</enum><header>Council</header><text>Th
e term <term>Council</term> means the Security, Suitability, and Credentialing
Performance Accountability Council established pursuant to such Executive order, or any
successor entity.</text></paragraph>

<paragraph id="H94DC8C689C20496BA43DDD96C001C3E0"
commented="no"><enum>(5)</enum><header>Reciprocity</header><text display-inline="yes-
display-inline">The term <quote>reciprocity</quote> means reciprocal recognition by
Federal departments and agencies of eligibility for access to classified
information.</text></paragraph>

<paragraph id="H57135997B55E4F839F50724F5C98637E"><enum>(6)</enum><header>Security
Executive Agent</header><text>The term <term>Security Executive Agent</term> means the
officer serving as the Security Executive Agent pursuant to section 803 of the National
Security Act of 1947, as added by section 6605.</text></paragraph>

<paragraph id="H889D50AF73954322A576B7D0A2F5C386"><enum>(7)</enum><header>Suitability
and Credentialing Executive Agent</header><text>The term <term>Suitability and
Credentialing Executive Agent</term> means the Director of the Office of Personnel
Management acting as the Suitability and Credentialing Executive Agent in accordance
with Executive Order No. 13467 (50 U.S.C. 3161 note; relating to reforming processes
related to suitability for Government employment, fitness for contractor employees, and
eligibility for access to classified national security information), or any successor
entity.</text></paragraph></section>

<section id="H79E4B4EA29744BBBB589DE744D6F1A5F"><enum>6602.</enum><header>Reports and
plans relating to security clearances and background investigations</header>

<subsection id="H04DA3971D6A34A5CA51083ED4D41EE83"><enum>(a)</enum><header>Sense of
Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="HF0C941D3F76B4D42A380F4BC59A53655"><enum>(1)</enum><text>ensuring the
trustworthiness and security of the workforce, facilities, and information of the
Federal Government is of the highest priority to national security and public
safety;</text></paragraph>

<paragraph id="HE936ECD21B1D408FB9F248B97252A2F4"><enum>(2)</enum><text>the President
and Congress should prioritize the modernization of the personnel security framework to

improve its efficiency, effectiveness, and accountability;</text></paragraph>

<paragraph id="HCDE80C258C4E426FB0F97C1BF561DBF1"><enum>(3)</enum><text>the current system for background investigations for security clearances, suitability and fitness for employment, and credentialing lacks efficiencies and capabilities to meet the current threat environment, recruit and retain a trusted workforce, and capitalize on modern technologies; and</text></paragraph>

<paragraph id="H058C3A44DB2C4A6C9936F04A7805E026"><enum>(4)</enum><text>changes to policies or processes to improve this system should be vetted through the Council to ensure standardization, portability, and reciprocity in security clearances across the Federal Government.</text></paragraph></subsection>

<subsection id="H25F78DDE4E2544C8823927A5F5299D1F"><enum>(b)</enum><header>Accountability plans and reports</header>

<paragraph id="H9D4FA9312DE641ECB29975143F1B0502"><enum>(1)</enum><header>Plans</header><text>Not later than 90 days after the date of the enactment of this Act, the Council shall submit to the appropriate congressional committees and make available to appropriate industry partners the following:</text>

<subparagraph id="HDFDFAF8FF7EF4D409F1D2CE958B7EC18"><enum>(A)</enum><text>A plan, with milestones, to reduce the background investigation inventory to 200,000, or an otherwise sustainable steady-level, by the end of year 2020. Such plan shall include notes of any required changes in investigative and adjudicative standards or resources.</text></subparagraph>

<subparagraph id="HB074A692AC5F45B68E988115FF60DC2C"><enum>(B)</enum><text>A plan to consolidate the conduct of background investigations associated with the processing for security clearances in the most effective and efficient manner in the Defense Counterintelligence and Security Agency. Such plan shall address required funding, personnel, contracts, information technology, field office structure, policy, governance, schedule, transition costs, and effects on stakeholders.</text></subparagraph></paragraph>

<paragraph id="H153EA941026C424D90AEDCD5EDDBA69F"><enum>(2)</enum><header>Report on the future of personnel security</header>

<subparagraph id="H7AFE4D2B805948429B36CD792AFADF0B"><enum>(A)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Chairman of the Council, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a report on the future of personnel security to reflect changes in threats, the workforce, and technology.</text></subparagraph>

<subparagraph id="HC1ABA3E65AB14FB299986E3FBBEF004A"><enum>(B)</enum><header>Contents</header><text>The report submitted under subparagraph (A) shall include the following:</text>

<clause id="H437F8A5745FC446EBB1C2BE92A915223"><enum>(i)</enum><text>A risk framework for granting and renewing access to classified information.</text></clause>

<clause id="HE79A1DA0B2CC489C8CB3B6309DC07BED"><enum>(ii)</enum><text>A discussion of the use of technologies to prevent, detect, and monitor threats.</text></clause>

<clause id="H834EA36648094FDFBBE9C3D0324A2D56"><enum>(iii)</enum><text>A discussion of efforts to address reciprocity and portability.</text></clause>

<clause id="HAA7BC9E0FBA14D6AB3AFF53DC9F11490"><enum>(iv)</enum><text>A discussion of the characteristics of effective insider threat programs.</text></clause>

<clause id="HA95104618CFD492698A896F3D5B3F8C4"><enum>(v)</enum><text>An analysis of how to integrate data from continuous vetting, insider threat programs, and human resources data.</text></clause>

<clause id="H4506DB171A0F411390BA16F6EB56A359"><enum>(vi)</enum><text>Recommendations on interagency governance.</text></clause></subparagraph></paragraph>

<paragraph id="H6037F82580E54A6CA40B42E02BFB53D5"><enum>(3)</enum><header>Plan for implementation</header><text>Not later than 180 days after the date of the enactment of

this Act, the Chairman of the Council, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a plan to implement the reportâ€™s framework and recommendations submitted under paragraph (2)(A).</text></paragraph>

<paragraph id="H0BA9387EC32742F39682F6B5322CCA4C"><enum>(4)</enum><header>Congressional notifications</header><text>Not less frequently than quarterly, the Security Executive Agent shall make available to the public a report regarding the status of the disposition of requests received from departments and agencies of the Federal Government for a change to, or approval under, the Federal investigative standards, the national adjudicative guidelines, continuous vetting, or other national policy regarding personnel security.</text></paragraph></subsection></section>

<section id="HEF159E8739A946C187EB05A3DBA2CA5D"><enum>6603.</enum><header>Improving the process for security clearances</header>

<subsection id="H4CB79C2BBB964A65BC990112F116453F"><enum>(a)</enum><header>Reviews</header><text>Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a report that includes the following:</text>

<paragraph id="H7F00CFF9061946A1930D635606D55996"><enum>(1)</enum><text display-inline="yes-display-inline">A review of whether the information requested on the Questionnaire for National Security Positions (Standard Form 86) and by the Federal Investigative Standards prescribed by the Suitability and Credentialing Executive Agent and the Security Executive Agent appropriately supports the adjudicative guidelines under Security Executive Agent Directive 4 (known as the <quote>National Security Adjudicative Guidelines</quote>). Such review shall include identification of whether any such information currently collected is unnecessary to support the adjudicative guidelines.</text></paragraph>

<paragraph id="H5E7584C2031A44FFB54FE6F0733BC02F"><enum>(2)</enum><text>An assessment of whether such Questionnaire, Standards, and guidelines should be revised to account for the prospect of a holder of a security clearance becoming an insider threat.</text></paragraph>

<paragraph id="HE6C5DC8482AA4AE6AB14FC6B0291290F"><enum>(3)</enum><text>Recommendations to improve the background investigation process byâ€”</text>

<subparagraph id="H1A46C8B58D924080B262C3673C04A8F7"><enum>(A)</enum><text>simplifying the Questionnaire for National Security Positions (Standard Form 86) and increasing customer support to applicants completing such Questionnaire;</text></subparagraph>

<subparagraph id="H570073D463AD419B9E2080D7F74AF12E"><enum>(B)</enum><text>using remote techniques and centralized locations to support or replace field investigation work;</text></subparagraph>

<subparagraph id="HBE8946640F04408D90872E1ED9014633"><enum>(C)</enum><text>using secure and reliable digitization of information obtained during the clearance process;</text></subparagraph>

<subparagraph id="H075F6BF6AEA84EFA85C222D49FEDEB38"><enum>(D)</enum><text>building the capacity of the background investigation workforce; and</text></subparagraph>

<subparagraph id="H7E1AD4DAB2F64CAE8262273910957F5B"><enum>(E)</enum><text>replacing periodic reinvestigations with continuous vetting techniques in all appropriate circumstances.</text></subparagraph></paragraph></subsection>

<subsection id="H06487845E9594816BA4A75F953D3043B"><enum>(b)</enum><header>Policy, strategy, and implementation</header><text>Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent shall, in coordination with the members of the Council, establish the following:</text>

<paragraph id="H2DF7628BD1A34C9C8BB83ECA998C38D3"><enum>(1)</enum><text>A policy and implementation plan for the issuance of interim security clearances.</text></paragraph>

<paragraph id="HAC8A25EC4D164C8BAD048BA740BA2489"><enum>(2)</enum><text>A policy and implementation plan to ensure contractors are treated consistently in the security clearance process across agencies and departments of the United States as compared to

employees of such agencies and departments. Such policy shall address€"</text>

<subparagraph id="H0BA5BEF458A14E43A8A1CAC5E634BA2F"><enum>(A)</enum><text>prioritization of processing security clearances based on the mission the contractors will be performing;</text></subparagraph>

<subparagraph id="H3DF25B78DF5341EA8CAD3E0653A644EB"><enum>(B)</enum><text>standardization in the forms that agencies issue to initiate the process for a security clearance;</text></subparagraph>

<subparagraph id="HFDA10D456DF84F19948C1D979FA79F19"><enum>(C)</enum><text>digitization of background investigation-related forms;</text></subparagraph>

<subparagraph id="H37DE9D700F83452F8856863CA6AB9E51"><enum>(D)</enum><text>use of the polygraph;</text></subparagraph>

<subparagraph id="H9D794DC5DB63428F8945E86098BAFF4D"><enum>(E)</enum><text>the application of the adjudicative guidelines under Security Executive Agent Directive 4 (known as the <quote>National Security Adjudicative Guidelines</quote>);</text></subparagraph>

<subparagraph id="HADE7B3F8622E47DA9076C10F2C653531"><enum>(F)</enum><text>reciprocal recognition of clearances across agencies and departments of the United States, regardless of status of periodic reinvestigation;</text></subparagraph>

<subparagraph id="HDFD88B5F8DE648C3A9A1588530BD81B1"><enum>(G)</enum><text>tracking of clearance files as individuals move from employment with an agency or department of the United States to employment in the private sector;</text></subparagraph>

<subparagraph id="HC5C5D616269940D0A8AFF60B52610CE2"><enum>(H)</enum><text>collection of timelines for movement of contractors across agencies and departments;</text></subparagraph>

<subparagraph id="H66DF158F724C48AC919DD49267EC1B0C"><enum>(I)</enum><text>reporting on security incidents and job performance, consistent with section 552a of title 5, United States Code (commonly known as the <quote>Privacy Act of 1974</quote>), that may affect the ability to hold a security clearance;</text></subparagraph>

<subparagraph id="H59701F1F03CB4BF4AE182B3F8132F1A9"><enum>(J)</enum><text>any recommended changes to the Federal Acquisition Regulations (FAR) necessary to ensure that information affecting contractor clearances or suitability is appropriately and expeditiously shared between and among agencies and contractors; and</text></subparagraph>

<subparagraph id="H2BF7E9B8D4E641FF99C10AE53B90C108"><enum>(K)</enum><text>portability of contractor security clearances between or among contracts at the same agency and between or among contracts at different agencies that require the same level of clearance.</text></subparagraph></paragraph>

<paragraph id="H50946E88EDF6496A85A65B27F0BB9DD4"><enum>(3)</enum><text>A strategy and implementation plan that€"</text>

<subparagraph id="H81EAB97D5F3C4115BEFFE4AD671D0F73"><enum>(A)</enum><text>provides for periodic reinvestigations as part of a security clearance determination only on an as-needed, risk-based basis;</text></subparagraph>

<subparagraph id="H2CA4D8A0C80B4609AA0A9B4ECF488E3A"><enum>(B)</enum><text>includes actions to assess the extent to which automated records checks and other continuous vetting methods may be used to expedite or focus reinvestigations; and</text></subparagraph>

<subparagraph id="HDC8FD5BD82DA4DD7B8C12C973F2F1FF5"><enum>(C)</enum><text>provides an exception to the requirement under subparagraph (A) for certain populations if the Security Executive Agent€"</text>

<clause id="HEF5249139F96443D93B56563C2ACCF1A"><enum>(i)</enum><text>determines such populations require reinvestigations at regular intervals; and</text></clause>

<clause id="H912FDDC5E8C34F76AD8D061DE94765D2"><enum>(ii)</enum><text>provides written justification to the appropriate congressional committees for any such

WASHSTATEC016239

determination.</text></clause></subparagraph></paragraph>

<paragraph id="H81D416E72C9A4548B4A50C700E2B0E46"><enum>(4)</enum><text>A policy and implementation plan for agencies and departments of the United States, as a part of the security clearance process, to accept automated records checks generated pursuant to a security clearance applicantâ€™s employment with a prior employer.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC4290157DCA044A7A9F13A2E7418AE3E"><enum>(5)</enum><text>A policy for the use of certain background information on individuals collected by the private sector for background investigation purposes.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H715C2FF016F84153975C5782FB08FD37"><enum>(6)</enum><text>Uniform standards for agency continuous vetting programs to ensure quality and reciprocity in accepting enrollment in a continuous vetting program as a substitute for a periodic investigation for continued access to classified information.</text></paragraph></subsection></section>

<section id="HFAE4018BF54B417DAFF118B0D35D5834"><enum>6604.</enum><header>Goals for promptness of determinations regarding security clearances</header>

<subsection commented="no" display-inline="no-display-inline" id="H51BD0D155CE04F1584FFD184F01CFF0C"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Council shall reform the security clearance process with the objective that, by December 31, 2021, 90 percent of all determinations, other than determinations regarding populations identified under section 6603(b)(3)(C), regardingâ€"</text></subsection>

<paragraph commented="no" display-inline="no-display-inline" id="HE4756F8A25A1444B8931FF1F10763606"><enum>(1)</enum><text display-inline="yes-display-inline">security clearancesâ€"</text></subsection>

<subparagraph id="H9EAA2899126D4E27ABA525C292A0D5B3"><enum>(A)</enum><text>at the secret level are issued in 30 days or fewer; and</text></subparagraph>

<subparagraph id="H28CF2B1E40814ED38DDC71BDEBC86CE7"><enum>(B)</enum><text>at the top secret level are issued in 90 days or fewer; and</text></subparagraph></paragraph>

<paragraph id="HCA574F0E67D74CA3BDEA29AAB8DADA99"><enum>(2)</enum><text>reciprocity of security clearances at the same level are recognized in 2 weeks or fewer.</text></paragraph></subsection>

<subsection id="H80C85A6E393C4E6799C1CE3A2DB860AD"><enum>(b)</enum><header>Certain reinvestigations</header><text>The Council shall reform the security clearance process with the goal that by December 31, 2021, reinvestigation on a set periodicity is not required for more than 10 percent of the population that holds a security clearance.</text></subsection>

<subsection id="HDF6B50B542294C94A6FC9E89D8C7A5C9"><enum>(c)</enum><header>Equivalent metrics</header>

<paragraph id="H03D523B97BF8470194DF1F861D256206"><enum>(1)</enum><header>In general</header><text>If the Council develops a set of performance metrics that it certifies to the appropriate congressional committees should achieve substantially equivalent outcomes as those outlined in subsections (b) and (c), the Council may use those metrics for purposes of compliance within this provision.</text></paragraph>

<paragraph id="H38CB36E24C3B44AB9720700172C4C616"><enum>(2)</enum><header>Notice</header><text>If the Council uses the authority provided by paragraph (1) to use metrics as described in such paragraph, the Council shall, not later than 30 days after communicating such metrics to departments and agencies, notify the appropriate congressional committees that it is using such authority.</text></paragraph></subsection>

<subsection id="H1F88AA183E084570945A966DAD97568B"><enum>(d)</enum><header>Plan</header><text>Not later than 180 days after the date of the enactment of this Act, the Council shall submit to the appropriate congressional committees and make available to appropriate industry partners a plan to carry out this section. Such plan shall include recommended interim milestones for the goals set forth in subsections (b) and (c) for 2019, 2020,

WASHSTATEC016240

and 2021.</text></subsection></section>

<section id="HD0149C30DA9445F0A77279A2933D18FE"><enum>6605.</enum><header>Security Executive Agent</header>

<subsection id="H08F235F53506442D9AE9EC8816DE1F3D"><enum>(a)</enum><header>In general</header><text>Title VIII of the National Security Act of 1947 (50 U.S.C. 3161 et seq.) is amendedâ€"</text>

<paragraph id="H071380B17A884A8ABB35B8F632DA68E9"><enum>(1)</enum><text>by redesignating sections 803 and 804 as sections 804 and 805, respectively; and</text></paragraph>

<paragraph id="HC46057D020B747C6A6B0CF2D8DB84D13"><enum>(2)</enum><text>by inserting after section 802 the following:</text>

<quoted-block display-inline="no-display-inline" id="H226C708B274F4340B28F7A49D5E17C77" style="OLC">

<section id="HCDFFBCB4BE744420886D3DBB31BCCC87"><enum>803.</enum><header>Security Executive Agent</header>

<subsection id="H8F0AC7D96CF546D8A257AD3E35587AC6"><enum>(a)</enum><header>In general</header><text>The Director of National Intelligence, or such other officer of the United States as the President may designate, shall serve as the Security Executive Agent for all departments and agencies of the United States.</text></subsection>

<subsection id="H45A73D4D1ADB4B058A5EBB4DBB493132"><enum>(b)</enum><header>Duties</header><text>The duties of the Security Executive Agent are as follows:</text>

<paragraph id="HBC53078B29C6401987D9996ACEA64B92"><enum>(1)</enum><text>To direct the oversight of investigations, reinvestigations, adjudications, and, as applicable, polygraphs for eligibility for access to classified information or eligibility to hold a sensitive position made by any Federal agency.</text></paragraph>

<paragraph id="H80A85961570C4D568C0BFB1B4BBD5914"><enum>(2)</enum><text>To review the national security background investigation and adjudication programs of Federal agencies to determine whether such programs are being implemented in accordance with this section.</text></paragraph>

<paragraph id="HE55ABB1FB67F4346A5FAE0AA610E79D4"><enum>(3)</enum><text>To develop and issue uniform and consistent policies and procedures to ensure the effective, efficient, timely, and secure completion of investigations, polygraphs, and adjudications relating to determinations of eligibility for access to classified information or eligibility to hold a sensitive position.</text></paragraph>

<paragraph id="HBDC3EDEFF4FC42028302DE783DBE16B7"><enum>(4)</enum><text>Unless otherwise designated by law, to serve as the final authority to designate a Federal agency or agencies to conduct investigations of persons who are proposed for access to classified information or for eligibility to hold a sensitive position to ascertain whether such persons satisfy the criteria for obtaining and retaining access to classified information or eligibility to hold a sensitive position, as applicable.</text></paragraph>

<paragraph id="H3652656510C14D45B6E87985BF4F102F"><enum>(5)</enum><text>Unless otherwise designated by law, to serve as the final authority to designate a Federal agency or agencies to determine eligibility for access to classified information or eligibility to hold a sensitive position in accordance with Executive Order No. 12968 (50 U.S.C. 3161 note; relating to access to classified information).</text></paragraph>

<paragraph id="HC1BEB1F9E52B4646B70E36FA32D26E12"><enum>(6)</enum><text display-inline="yes-display-inline">To review and approve the policies of the Federal agencies that ensure reciprocal recognition of eligibility for access to classified information or eligibility to hold a sensitive position among Federal agencies, and to act as the final authority to arbitrate and resolve disputes among such agencies involving the reciprocity of investigations and adjudications of eligibility.</text></paragraph>

<paragraph id="H74BAFE5366774B19B91E5BC415E3CD01"><enum>(7)</enum><text>To execute all other duties assigned to the Security Executive Agent by law.</text></paragraph></subsection>

WASHSTATEC016241

```
<subsection
id="H1708329E4B904741A30E27EAB5387AE8"><enum>(c)</enum><header>Authorities</header><tex
t>The Security Executive Agent shallâ€"</text>

<paragraph id="HE0AC412E9410463E9B16CA2E632B4600"><enum>(1)</enum><text>issue
guidelines and instructions to the heads of Federal agencies to ensure appropriate
uniformity, centralization, efficiency, effectiveness, timeliness, and security in
processes relating to determinations by such agencies of eligibility for access to
classified information or eligibility to hold a sensitive position, including such
matters as investigations, polygraphs, adjudications, and
reciprocity;</text></paragraph>

<paragraph id="HB5BC1003387C478B9BBC3D1ACC2135E8"><enum>(2)</enum><text>have the
authority to grant exceptions to, or waivers of, national security investigative
requirements, including issuing implementing or clarifying guidance, as
necessary;</text></paragraph>

<paragraph id="HC6B67A2C26A44AEF934728CAEAA60267"><enum>(3)</enum><text>have the
authority to assign, in whole or in part, to the head of any Federal agency (solely or
jointly) any of the duties of the Security Executive Agent described in subsection (b)
or the authorities described in paragraphs (1) and (2), provided that the exercise of
such assigned duties or authorities is subject to the oversight of the Security
Executive Agent, including such terms and conditions (including approval by the
Security Executive Agent) as the Security Executive Agent determines appropriate;
and</text></paragraph>

<paragraph id="H0DB3F2CB3224472AA44C9B43B6708412"><enum>(4)</enum><text>define and set
standards for continuous vetting for continued access to classified information and for
eligibility to hold a sensitive
position.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></subsection>

<subsection id="H28FD46F3ECAC45B3A8B38E343003F222"><enum>(b)</enum><header>Report on
recommendations for revising authorities</header><text>Not later than 30 days after the
date on which the Chairman of the Council submits to the appropriate congressional
committees the report required by section 6602(b)(2)(A), the Chairman shall submit to
the appropriate congressional committees such recommendations as the Chairman may have
for revising the authorities of the Security Executive Agent.</text></subsection>

<subsection id="H7A9DE7D729F14BE5B1F649BF9C748E9E"><enum>(c)</enum><header>Conforming
amendment</header><text>Section 103H(j)(4)(A) of such Act (50 U.S.C. 3033(j)(4)(A)) is
amended by striking <quote>in section 804</quote> and inserting <quote>in section
805</quote>.</text></subsection>

<subsection id="HFFD58072AE6F424DB4E5C1747D91C1DA"><enum>(d)</enum><header>Clerical
amendment</header><text>The table of contents in the matter preceding section 2 of such
Act (50 U.S.C. 3002) is amended by striking the items relating to sections 803 and 804
and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="HE61CB38336A641C6A7A0D14DDC9F0E97"
style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 803. Security Executive Agent.</toc-entry>

<toc-entry bold="off" level="section">Sec. 804. Exceptions.</toc-entry>

<toc-entry bold="off" level="section">Sec. 805. Definitions.</toc-entry></toc><after-
quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HF8EA4DA5EC4F4A839A6968F1D3416B9F"><enum>6606.</enum><header>Report on
unified, simplified, Governmentwide standards for positions of trust and security
clearances</header><text display-inline="no-display-inline">Not later than 90 days
after the date of the enactment of this Act, the Security Executive Agent and the
Suitability and Credentialing Executive Agent, in coordination with the other members
of the Council, shall jointly submit to the appropriate congressional committees and
make available to appropriate industry partners a report regarding the advisability and
the risks, benefits, and costs to the Government and to industry of consolidating to
not more than three tiers for positions of trust and security
clearances.</text></section>
```

```
<section id="H2D0B1EDB85F345DBA6C13AE6DA085549"><enum>6607.</enum><header>Report on
clearance in person concept</header>

<subsection id="HDB807C68AB5347DEA80671F377322958"><enum>(a)</enum><header>Sense of
congress</header><text>It is the sense of Congress that to reflect the greater mobility
of the modern workforce, alternative methodologies merit analysis to allow greater
flexibility for individuals moving in and out of positions that require access to
classified information, while still preserving security.</text></subsection>

<subsection id="HBF0CDC3A563142C7B835E12E382D7BE3"><enum>(b)</enum><header>Report
required</header><text display-inline="yes-display-inline">Not later than 90 days after
the date of the enactment of this Act, the Security Executive Agent shall submit to the
appropriate congressional committees and make available to appropriate industry
partners a report that describes the requirements, feasibility, and advisability of
implementing a clearance in person concept described in subsection
(c).</text></subsection>

<subsection id="HD2F1AFB12EEC498A92F572393965C1D8"><enum>(c)</enum><header>Clearance in
person concept</header><text display-inline="yes-display-inline">The clearance in
person conceptâ€"</text>

<paragraph id="HC19AD76A609C4F14A8433A525EE16329"><enum>(1)</enum><text display-
inline="yes-display-inline">permits an individual who once held a security clearance to
maintain his or her eligibility for access to classified information, networks, and
facilities for up to 3 years after the individualâ€™s eligibility for access to
classified information would otherwise lapse; and</text></paragraph>

<paragraph id="H0A94694345484CD89DE42A933857DB2B"><enum>(2)</enum><text display-
inline="yes-display-inline">recognizes, unless otherwise directed by the Security
Executive Agent, an individualâ€™s security clearance and background investigation as
current, regardless of employment status, contingent on enrollment in a continuous
vetting program.</text></paragraph></subsection>

<subsection
id="H0C71764C766442368110638E0492AD24"><enum>(d)</enum><header>Contents</header><text
display-inline="yes-display-inline">The report required under subsection (b) shall
addressâ€"</text>

<paragraph id="H1C0499DF8D03412B8D43DC4B7D3095D7"><enum>(1)</enum><text>requirements
for an individual to voluntarily remain in a continuous vetting program validated by
the Security Executive Agent even if the individual is not in a position requiring
access to classified information;</text></paragraph>

<paragraph id="HC3E77AA5083A494393279291AB80BFAC"><enum>(2)</enum><text>appropriate
safeguards for privacy;</text></paragraph>

<paragraph id="HABCDD8B8A2E44E50922D5692580309ED"><enum>(3)</enum><text>advantages to
government and industry;</text></paragraph>

<paragraph id="HAEE4A6B7CA514E91BD60DC4AAD072F64"><enum>(4)</enum><text>the costs and
savings associated with implementation;</text></paragraph>

<paragraph id="H8440AE97841B43A288C6DB7F72528B98"><enum>(5)</enum><text>the risks of
such implementation, including security and counterintelligence
risks;</text></paragraph>

<paragraph id="H316F1AD16A9A4B63BDC68B566C874C2B"><enum>(6)</enum><text>an appropriate
funding model; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H060DB97FAE68430C9C5A2FC2A3379B62"><enum>(7)</enum><text>fairness to small
companies and independent contractors.</text></paragraph></subsection></section>

<section id="HC7EC09228D9C4F61AE32F3CB0379AA64"><enum>6608.</enum><header>Reports on
reciprocity for security clearances inside of departments and agencies</header>

<subsection id="H3ED5064477A34160B69DF94B962844AE"><enum>(a)</enum><header>Reports to
Security Executive Agent</header><text>The head of each Federal department or agency
shall submit an annual report to the Security Executive Agent that, with respect to the
period covered by the reportâ€"</text>

<paragraph id="HCF85264AB0B642E4A6B76AD9EA444427"><enum>(1)</enum><text display-
```

```
inline="yes-display-inline">identifies the number of individuals whose security
clearances took more than 2 weeks for reciprocity recognition after such individuals
move to another part of such department or agency; and</text></paragraph>

<paragraph id="HFFC89BE51A4E4DCFA4ECF252B9D9C07E"><enum>(2)</enum><text>breaks out the
information described in paragraph (1) by type of clearance and the reasons for any
delays.</text></paragraph></subsection>

<subsection id="H2EC1A4E262DB4EA2B82FE4395A1A2C08"><enum>(b)</enum><header>Annual
report</header><text>Not less frequently than once each year, the Security Executive
Agent shall submit to the appropriate congressional committees and make available to
industry partners a report that summarizes the information received pursuant to
subsection (b) during the period covered by such report.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H576EBAD66BC24249BF42BD8481EDBB38" section-type="subsequent-
section"><enum>6609.</enum><header display-inline="yes-display-inline">Intelligence
community reports on security clearances</header>

<subsection id="H6A42335F12464D58AD671A25BE5C8B66"><enum>(a)</enum><header>Sense of
Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="HC1283654AF6E491B95AB579AAF25A419"><enum>(1)</enum><text>despite
sustained efforts by Congress and the executive branch, an unacceptable backlog in
processing and adjudicating security clearances persists, both within elements of the
intelligence community and in other departments of the Federal Government, with some
processing times exceeding a year or even more;</text></paragraph>

<paragraph id="H6C636CC070214D31BF9241F9A3C958C7"><enum>(2)</enum><text>the protracted
clearance timetable threatens the ability of elements of the intelligence community to
hire and retain highly qualified individuals, and thus to fulfill the missions of such
elements;</text></paragraph>

<paragraph id="H44E7FC9416FA4C74A8E260EBA1F47379"><enum>(3)</enum><text>the prospect of
a lengthy clearance process deters some such individuals from seeking employment with
the intelligence community in the first place, and, when faced with a long wait time,
those with conditional offers of employment may opt to discontinue the security
clearance process and pursue different opportunities;</text></paragraph>

<paragraph id="HE28CACD67A4347F781EEEBA0971F4BC6"><enum>(4)</enum><text>now more than
ever, therefore, the broken security clearance process badly needs fundamental reform;
and</text></paragraph>

<paragraph id="H777F8DAE818743E0A9BA1C25B8814131"><enum>(5)</enum><text>in the
meantime, to ensure the ability of elements of the intelligence community to hire and
retain highly qualified personnel, elements should consider, to the extent possible and
consistent with national security, permitting new employees to enter on duty
immediately or nearly so, and to perform, on a temporary basis pending final
adjudication of their security clearances, work that either does not require a security
clearance or requires only a low-level interim
clearance.</text></paragraph></subsection>

<subsection id="H74AC680810BD4DAFAC8DB79B631B4A5D"><enum>(b)</enum><header>Reports
required</header><text display-inline="yes-display-inline">Section 506H of the National
Security Act of 1947 (50 U.S.C. 3104) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H82B9E241B7C44564910FC650623F0033"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a)(1)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD116B0C2A3DC4FC2AE28D94CDAC17FAE"><enum>(A)</enum><text display-inline="yes-
display-inline">in subparagraph (A)(ii), by adding <quote>and</quote> at the
end;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEC12BD7BBBD94E6796A0C0760E976EC5"><enum>(B)</enum><text display-inline="yes-
display-inline">in subparagraph (B)(ii), by striking <quote>; and</quote> and inserting
a period; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
```

```
id="HA826801AAD14486DB6497EB88246C900"><enum>(C)</enum><text display-inline="yes-
display-inline">by striking subparagraph (C);</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE3CF6EA5A1754E15ABBC9EE58A84D2C4"><enum>(2)</enum><text display-inline="yes-
display-inline">by redesignating subsection (b) as subsection (c);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7594252520A54CEC835842D0033F19E8"><enum>(3)</enum><text display-inline="yes-
display-inline">by inserting after subsection (a) the following:</text>

<quoted-block display-inline="no-display-inline" id="HC4F94F5239C64840A16AD47AFF0F4EDC"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H1B6220AA59884D8B869547F3D2E12E41"><enum>(b)</enum><header display-inline="yes-
display-inline">Intelligence community reports</header>

<paragraph commented="no" display-inline="yes-display-inline"
id="H9509C2BAFBA649568D84BC9621844FB9"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="HB0A76814BAE94872B1A31C4927693A16"><enum>(A)</enum><text display-inline="yes-
display-inline">Not later than March 1 of each year, the Director of National
Intelligence shall submit a report to the congressional intelligence committees, the
<committee-name committee-id="SSGA00">Committee on Homeland Security and Governmental
Affairs of the Senate</committee-name>, the <committee-name committee-id="">Committee
on Homeland Security of the House of Representatives</committee-name>, and the
<committee-name committee-id="">Committee on Oversight and Reform of the House of
Representatives</committee-name> regarding the security clearances processed by each
element of the intelligence community during the preceding fiscal
year.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H36C044C3CD2A43F1A58E93AAF2FC3CCF" indent="up2"><enum>(B)</enum><text display-
inline="yes-display-inline">The Director shall submit to the <committee-name committee-
id="SSAS00">Committee on Armed Services of the Senate</committee-name> and the
<committee-name committee-id="">Committee on Armed Services of the House of
Representatives</committee-name> such portions of the report submitted under
subparagraph (A) as the Director determines address elements of the intelligence
community that are within the Department of Defense.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H29D8FC2724794F539F318F49ED7673E6" indent="up2"><enum>(C)</enum><text display-
inline="yes-display-inline">Each report submitted under this paragraph shall separately
identify security clearances processed for Federal employees and contractor employees
sponsored by each such element.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H26FF52C311F546559030355036EE2DE2" indent="up1"><enum>(2)</enum><text display-
inline="yes-display-inline">Each report submitted under paragraph (1)(A) shall include,
for each element of the intelligence community for the fiscal year covered by the
report, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2074DA4946554CFBAFBCE2E416959AEC"><enum>(A)</enum><text display-inline="yes-
display-inline">The total number of initial security clearance background
investigations sponsored for new applicants.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD0A61C37805F4870B940CE6260B79282"><enum>(B)</enum><text display-inline="yes-
display-inline">The total number of security clearance periodic reinvestigations
sponsored for existing employees.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA0AEBE2808854FA5A14747F17351A3D7"><enum>(C)</enum><text display-inline="yes-
display-inline">The total number of initial security clearance background
investigations for new applicants that were adjudicated with notice of a determination
provided to the prospective applicant, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline"
```

```
id="H226FCA5C6B4B48E4BA4A936E97F27C8B"><enum>(i)</enum><text display-inline="yes-
display-inline">the total number of such adjudications that were adjudicated favorably
and granted access to classified information; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HFB09DEB325A74380824FEF610E476F60"><enum>(ii)</enum><text display-inline="yes-
display-inline">the total number of such adjudications that were adjudicated
unfavorably and resulted in a denial or revocation of a security
clearance.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0A1C670855304D438CF9454A5FA9DE9D"><enum>(D)</enum><text display-inline="yes-
display-inline">The total number of security clearance periodic background
investigations that were adjudicated with notice of a determination provided to the
existing employee, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H6C7AE907F2B1464DBA44FB55E56D99B8"><enum>(i)</enum><text display-inline="yes-
display-inline">the total number of such adjudications that were adjudicated favorably;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF7797B6075C442789D573052804B3E24"><enum>(ii)</enum><text display-inline="yes-
display-inline">the total number of such adjudications that were adjudicated
unfavorably and resulted in a denial or revocation of a security
clearance.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAA01DC121AB443AF8092992D20C9FE76"><enum>(E)</enum><text display-inline="yes-
display-inline">The total number of pending security clearance background
investigations, including initial applicant investigations and periodic
reinvestigations, that were not adjudicated as of the last day of such year and that
remained pending, categorized as follows:</text>

<clause commented="no" display-inline="no-display-inline"
id="H8AA00D54900F4FC19044D275340369EC"><enum>(i)</enum><text display-inline="yes-
display-inline">For 180 days or shorter.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H58364E1D1A364AE6AFEE258E02B5EDEB"><enum>(ii)</enum><text display-inline="yes-
display-inline">For longer than 180 days, but shorter than 12 months.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H6391281A059B4F71931AF9EC5BAEE9D7"><enum>(iii)</enum><text display-inline="yes-
display-inline">For 12 months or longer, but shorter than 18 months.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H9A8F0142CF214F9989AD3E7BF802476F"><enum>(iv)</enum><text display-inline="yes-
display-inline">For 18 months or longer, but shorter than 24 months.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H4F57B881E29C41CF8365CA52F5A069BC"><enum>(v)</enum><text display-inline="yes-
display-inline">For 24 months or longer.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9B392E28D3F2448688DBA0C8A6BC2880"><enum>(F)</enum><text display-inline="yes-
display-inline">For any security clearance determinations completed or pending during
the year preceding the year for which the report is submitted that have taken longer
than 12 months to completeâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HF5B225E569934581A55416AAE51A5C4D"><enum>(i)</enum><text display-inline="yes-
display-inline">an explanation of the causes for the delays incurred during the period
covered by the report; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H70DDCBE2A9A84083BE6DB5638BA11854"><enum>(ii)</enum><text display-inline="yes-
display-inline">the number of such delays involving a polygraph
requirement.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
```

WASHSTATEC016246

```
id="HCC68305C2BBA4FAF997A16E4FBF8AECB"><enum>(G)</enum><text display-inline="yes-
display-inline">The percentage of security clearance investigations, including initial
and periodic reinvestigations, that resulted in a denial or revocation of a security
clearance.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H91593F2FE00D4E358888ECE418EE6CA3"><enum>(H)</enum><text display-inline="yes-
display-inline">The percentage of security clearance investigations that resulted in
incomplete information.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1B923D4D69294A60A849E9FC80DE27FD"><enum>(I)</enum><text display-inline="yes-
display-inline">The percentage of security clearance investigations that did not result
in enough information to make a decision on potentially adverse
information.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1210DEA486D6434CA9133A326F5FC1D8" indent="up1"><enum>(3)</enum><text display-
inline="yes-display-inline">The report required under this subsection shall be
submitted in unclassified form, but may include a classified
annex.</text></paragraph></subsection><after-quoted-block>; and</after-quoted-
block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H65811A76D8F64FAF9ADF506840A66674"><enum>(4)</enum><text display-inline="yes-
display-inline">in subsection (c), as redesignated, by striking <quote>subsection
(a)(1)</quote> and inserting <quote>subsections (a)(1) and
(b)</quote>.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HE2486D57B40D4263862EE5DE59C88CD3" section-type="subsequent-
section"><enum>6610.</enum><header display-inline="yes-display-inline">Periodic report
on positions in the intelligence community that can be conducted without access to
classified information, networks, or facilities</header><text display-inline="no-
display-inline">Not later than 180 days after the date of the enactment of this Act and
not less frequently than once every 5 years thereafter, the Director of National
Intelligence shall submit to the congressional intelligence committees a report that
reviews the intelligence community for which positions can be conducted without access
to classified information, networks, or facilities, or may only require a security
clearance at the secret level.</text></section>

<section id="H8DD811FFE14A4157B2FFFAE382C3207D"><enum>6611.</enum><header>Information-
sharing program for positions of trust and security clearances</header>

<subsection id="HECD3921690DE4DEC9DA6A3BA593C5CED"><enum>(a)</enum><header>Program
required</header>

<paragraph id="H01ABE5352F2D4EBBBD876955FA5168C5"><enum>(1)</enum><header>In
general</header><text>Not later than 90 days after the date of the enactment of this
Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent
shall establish and implement a program to share between and among agencies of the
Federal Government and industry partners of the Federal Government relevant background
information regarding individuals applying for and currently occupying national
security positions and positions of trust, in order to ensure the Federal Government
maintains a trusted workforce.</text></paragraph>

<paragraph
id="HF09B559255FA47BF9E53C5F7B9CC3008"><enum>(2)</enum><header>Designation</header><tex
t>The program established under paragraph (1) shall be known as the <quote>Trusted
Information Provider Program</quote> (in this section referred to as the
<quote>Program</quote>).</text></paragraph></subsection>

<subsection id="H68E4736CEAE94935B32DDE8BC91436B3"><enum>(b)</enum><header>Privacy
safeguards</header><text>The Security Executive Agent and the Suitability and
Credentialing Executive Agent shall ensure that the Program includes such safeguards
for privacy as the Security Executive Agent and the Suitability and Credentialing
Executive Agent consider appropriate.</text></subsection>

<subsection id="HE01D9C5F7F3C483B95E0F7E433BA12D2"><enum>(c)</enum><header>Provision of
information to the Federal Government</header><text>The Program shall include
```

WASHSTATEC016247

requirements that enable investigative service providers and agencies of the Federal Government to leverage certain pre-employment information gathered through private-sector means during the employment or military recruiting process, and other relevant security or human resources information obtained during employment with or for the Federal Government, that satisfy Federal investigative standards, while safeguarding personnel privacy.</text></subsection>

<subsection id="H47A35BAC6D39459A9143A01C67F5DDFD"><enum>(d)</enum><header>Information and records</header><text>The information and records considered under the Program shall include the following:</text>

<paragraph id="HF55FEA5C0AE34722874E7D755C8435C3"><enum>(1)</enum><text>Date and place of birth.</text></paragraph>

<paragraph id="H6BA58EC6AE0348B68740476AD1EB73FF"><enum>(2)</enum><text>Citizenship or immigration and naturalization information.</text></paragraph>

<paragraph id="H997FA25B564344D59DA13E110E389F05"><enum>(3)</enum><text>Education records.</text></paragraph>

<paragraph id="H5EE76EB88F65420FB91FED0BB8DF8FD6"><enum>(4)</enum><text>Employment records.</text></paragraph>

<paragraph id="H9FC9354DEB90474A849BFC48F6076BA9"><enum>(5)</enum><text>Employment or social references.</text></paragraph>

<paragraph id="H923A85129B9A4F6F838486A812048277"><enum>(6)</enum><text>Military service records.</text></paragraph>

<paragraph id="H795505E4B29A45EE910C5A11F5FCC0C9"><enum>(7)</enum><text>State and local law enforcement checks.</text></paragraph>

<paragraph id="H0B0FC0ADA72D471F831704485A3A2D85"><enum>(8)</enum><text>Criminal history checks.</text></paragraph>

<paragraph id="H27CD8589544C4DDD962A26841A37E1ED"><enum>(9)</enum><text>Financial records or information.</text></paragraph>

<paragraph id="H71AF2D76D6D14076B65F942CBCB00668"><enum>(10)</enum><text>Foreign travel, relatives, or associations.</text></paragraph>

<paragraph id="H7F3B93DED9C748E9A6339E92D3823F18"><enum>(11)</enum><text>Social media checks.</text></paragraph>

<paragraph id="H21EA8D05EB7F44BC91E5D922F3895B94"><enum>(12)</enum><text>Such other information or records as may be relevant to obtaining or maintaining national security, suitability, fitness, or credentialing eligibility.</text></paragraph></subsection>

<subsection id="H02984AF22AF34B01B02562AACED5403D"><enum>(e)</enum><header>Implementation plan</header>

<paragraph id="H518C12DB0AD14CECAB36CC38CD1800F8"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a plan for the implementation of the Program.</text></paragraph>

<paragraph id="H096FD05D6B0B40E7A3FEDA0C96B7DCA1"><enum>(2)</enum><header>Elements</header><text>The plan required by paragraph (1) shall include the following:</text>

<subparagraph id="H3CE2467B265943ED880B6641A977332E"><enum>(A)</enum><text>Mechanisms that address privacy, national security, suitability or fitness, credentialing, and human resources or military recruitment processes.</text></subparagraph>

<subparagraph id="H22E73E30266247C0A966146805B83923"><enum>(B)</enum><text>Such recommendations for legislative or administrative action as the Security Executive Agent and the Suitability and Credentialing Executive Agent consider appropriate to carry out or improve the Program.</text></subparagraph></paragraph></subsection>

WASHSTATEC016248

```
<subsection id="HB1BDCB594FFA42179CE5A25F0D00F1FF"><enum>(f)</enum><header>Plan for
pilot program on two-way information sharing</header>

<paragraph id="HED1A499A05B447189643F81912679F39"><enum>(1)</enum><header>In
general</header><text>Not later than 180 days after the date of the enactment of this
Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent
shall jointly submit to the appropriate congressional committees and make available to
appropriate industry partners a plan for the implementation of a pilot program to
assess the feasibility and advisability of expanding the Program to include the sharing
of information held by the Federal Government related to contract personnel with the
security office of the employers of those contractor personnel.</text></paragraph>

<paragraph
id="H2229A1ADA4D7463D8ACBA438A6723BBC"><enum>(2)</enum><header>Elements</header><text>T
he plan required by paragraph (1) shall include the following:</text>

<subparagraph id="HA110BFD117CA4C57A6137813D840B15E"><enum>(A)</enum><text>Mechanisms
that address privacy, national security, suitability or fitness, credentialing, and
human resources or military recruitment processes.</text></subparagraph>

<subparagraph id="H3665682C798849EAB9EABF1ADED15353"><enum>(B)</enum><text>Such
recommendations for legislative or administrative action as the Security Executive
Agent and the Suitability and Credentialing Executive Agent consider appropriate to
carry out or improve the pilot program.</text></subparagraph></paragraph></subsection>

<subsection
id="HCE425C4423014A21B7F26D890B322C10"><enum>(g)</enum><header>Review</header><text>Not
later than 1 year after the date of the enactment of this Act, the Security Executive
Agent and the Suitability and Credentialing Executive Agent shall jointly submit to the
appropriate congressional committees and make available to appropriate industry
partners a review of the plans submitted under subsections (e)(1) and (f)(1) and
utility and effectiveness of the programs described in such
plans.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H71676BA4CBCC405A9B93DC45493DB42F" section-type="subsequent-
section"><enum>6612.</enum><header>Report on protections for confidentiality of
whistleblower-related communications</header><text display-inline="no-display-
inline">Not later than 180 days after the date of the enactment of this Act, the
Security Executive Agent shall, in coordination with the Inspector General of the
Intelligence Community, submit to the appropriate congressional committees a report
detailing the controls employed by the intelligence community to ensure that continuous
vetting programs, including those involving user activity monitoring, protect the
confidentiality of whistleblower-related communications.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H3DDE7ECFB14F442E9406BFA01E3AFAB5" section-type="subsequent-
section"><enum>6613.</enum><header display-inline="yes-display-inline">Reports on costs
of security clearance background investigations</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3E440796D0B34573B05BD1FE72F47E82"><enum>(a)</enum><header display-inline="yes-
display-inline">Reports</header><text display-inline="yes-display-inline">Not later
than March 1, 2020, and each year thereafter through 2022, the Security Executive
Agent, in coordination with the Council, shall submit to the appropriate congressional
committees a report on the resources expended by each agency of the Federal Government
during the fiscal year prior to the date of the report for processing security
clearance background investigations and continuous vetting programs, disaggregated by
tier and whether the individual was a Government employee or
contractor.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H7FCDB88689FF4C7EB0FE7BD7FC988D24"><enum>(b)</enum><header display-inline="yes-
display-inline">Contents</header><text display-inline="yes-display-inline">Each report
submitted under subsection (a) shall include, for the period covered by the
reportâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H099DAC74EACF428F8A840EC69DAF783E"><enum>(1)</enum><text display-inline="yes-
display-inline">the costs of background investigations;</text></paragraph>
```

```
<paragraph id="H70A32F9AD93F4AFC95F9FD7D28AE6BB3"><enum>(2)</enum><text>the costs of
reinvestigations;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB8F6D244ACA0437C9E1DEA7A521F961F"><enum>(3)</enum><text display-inline="yes-
display-inline">the costs associated with background investigations and
reinvestigations for Government personnel;</text></paragraph>

<paragraph id="HDE92F532F67B48BB8AF7090ADB19BC4C"><enum>(4)</enum><text display-
inline="yes-display-inline">the costs associated with background investigations and
reinvestigations for contract personnel;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H96C846DE3D934682A198C4FAF85DE015"><enum>(5)</enum><text display-inline="yes-
display-inline">costs associated with continuous evaluation initiatives monitoring for
personnel for whom a background investigation or reinvestigation was conducted, other
than costs associated with adjudication;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H672957E9F1AF4A85B208E3E134C80AB4"><enum>(6)</enum><text display-inline="yes-
display-inline">the average cost per person for each type of background investigation;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9A1FE0175D424B20B370482A3D3C1FF0"><enum>(7)</enum><text display-inline="yes-
display-inline">a summary of transfers and reprogrammings that were executed to support
the processing of security
clearances.</text></paragraph></subsection></section></title>

<title id="HCF9705B6E60D47148DB7A5B1D79097BE"><enum>LXVII</enum><header>Reports and
other matters</header>

<subtitle id="H92A9BF77D1A243CAA49BEA13C4932BE9"><enum>A</enum><header>Matters relating
to Russia and other foreign powers</header>

<section id="H43705B5071224877BC30A6424A1E2FC5"><enum>6701.</enum><header>Limitation
relating to establishment or support of cybersecurity unit with the Russian
Federation</header>

<subsection id="H135E5B4DE95E411CA4D7E0FF6AA1B6D0"><enum>(a)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HC462393768554BBE98AE816518B55A4D"><enum>(1)</enum><text>the
congressional intelligence committees;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7785F039460D46D0A349E40B678FF19C"><enum>(2)</enum><text>the Committee on Armed
Services of the Senate and the Committee on Armed Services of the House of
Representatives; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H4B336CE0AB6344A49D93B1B05B22E7DE"><enum>(3)</enum><text>the Committee on Foreign
Relations of the Senate and the Committee on Foreign Affairs of the House of
Representatives.</text></paragraph></subsection>

<subsection
id="H022490F9AD2A427990F7DB02F28F7B29"><enum>(b)</enum><header>Limitation</header>

<paragraph id="HFB36AABA37794672958039D2B71FD7CE"><enum>(1)</enum><header>In
general</header><text display-inline="yes-display-inline">No amount may be expended by
the Federal Government, other than the Department of Defense, to enter into or
implement any bilateral agreement between the United States and the Russian Federation
regarding cybersecurity, including the establishment or support of any cybersecurity
unit, unless, at least 30 days prior to the conclusion of any such agreement, the
Director of National Intelligence submits to the appropriate congressional committees a
report on such agreement that includes the elements required by subsection
(c).</text></paragraph>

<paragraph id="HAA799C75598243378811D88822023818"><enum>(2)</enum><header>Department of
Defense agreements</header><text display-inline="yes-display-inline">Any agreement
```

WASHSTATEC016250

between the Department of Defense and the Russian Federation regarding cybersecurity shall be conducted in accordance with section 1232 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328), as amended by section 1231 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91).</text></paragraph></subsection>

<subsection id="H35446FEE616B42DC8C378736A571AF6D"><enum>(c)</enum><header>Elements</header><text display-inline="yes-display-inline">If the Director submits a report under subsection (b) with respect to an agreement, such report shall include a discussion of each of the following:</text>

<paragraph id="H670C876F80054940A0365934A8FA9121"><enum>(1)</enum><text>The purpose of the agreement.</text></paragraph>

<paragraph id="HA6E95B12F6084BB48835AF500E50CB98"><enum>(2)</enum><text>The nature of any intelligence to be shared pursuant to the agreement.</text></paragraph>

<paragraph id="HB2F4A7FFBA56461F8135947CDD20B38B"><enum>(3)</enum><text>The expected value to national security resulting from the implementation of the agreement.</text></paragraph>

<paragraph id="HC93BC5881DA244B2A1A1F4B5F6449B02"><enum>(4)</enum><text>Such counterintelligence concerns associated with the agreement as the Director may have and such measures as the Director expects to be taken to mitigate such concerns.</text></paragraph></subsection>

<subsection id="HC1FD4146ADBE4CAA9BBEB5AB09E04ED4"><enum>(d)</enum><header>Rule of construction</header><text display-inline="yes-display-inline">This section shall not be construed to affect any existing authority of the Director of National Intelligence, the Director of the Central Intelligence Agency, or another head or element of the intelligence community, to share or receive foreign intelligence on a case-by-case basis.</text></subsection></section>

<section id="H0F3E460AC7294CC2B471DCEE2DB6464C"><enum>6702.</enum><header>Assessment of threat finance relating to Russia</header>

<subsection id="H8440D2B289B441F79B7930A256135443"><enum>(a)</enum><header>Threat finance defined</header><text>In this section, the term <term>threat finance</term> meansâ€"</text>

<paragraph id="H0A539DBE910947A7BAB71714A5B1031E"><enum>(1)</enum><text display-inline="yes-display-inline">the financing of cyber operations, global influence campaigns, intelligence service activities, proliferation, terrorism, or transnational crime and drug organizations;</text></paragraph>

<paragraph id="HE0D7BE5EF5EB48A28B8310BE387865F9"><enum>(2)</enum><text>the methods and entities used to spend, store, move, raise, conceal, or launder money or value, on behalf of threat actors;</text></paragraph>

<paragraph id="H66321C6F068B489ABBFFB87DE4D4D35E"><enum>(3)</enum><text>sanctions evasion; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB16B66B39CB74710A57CB64E62751392"><enum>(4)</enum><text>other forms of threat finance activity domestically or internationally, as defined by the President.</text></paragraph></subsection>

<subsection id="HF977CABABE5E44ACB065D2DD40B00A2F"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 60 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Assistant Secretary of the Treasury for Intelligence and Analysis, shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing an assessment of Russian threat finance. The assessment shall be based on intelligence from all sources, including from the Office of Terrorism and Financial Intelligence of the Department of the Treasury.</text></subsection>

<subsection id="H2FE52FFFF9374BBDA0EB3345895A54CB"><enum>(c)</enum><header>Elements</header><text

display-inline="yes-display-inline">The report required by subsection (b) shall include each of the following:</text>

<paragraph id="H8A63BDB4874C4286ADC5149CA20FBF23"><enum>(1)</enum><text display-inline="yes-display-inline">A summary of leading examples from the 3-year period preceding the date of the submittal of the report of threat finance activities conducted by, for the benefit of, or at the behest ofâ€"</text>

<subparagraph id="H6CD65565381545D3B114D46B49CB6C17"><enum>(A)</enum><text>officials of the Government of Russia;</text></subparagraph>

<subparagraph id="HB1AA556FB8644BAFBFEFF86183A60AC3"><enum>(B)</enum><text>persons subject to sanctions under any provision of law imposing sanctions with respect to Russia;</text></subparagraph>

<subparagraph id="H8FAEB9E8DF454B479C7401FD6D20400A"><enum>(C)</enum><text>Russian nationals subject to sanctions under any other provision of law; or</text></subparagraph>

<subparagraph id="HA7C8CDD985B643809AD481B2D347C8AD"><enum>(D)</enum><text>Russian oligarchs or organized criminals.</text></subparagraph></paragraph>

<paragraph id="H712573A427B446EBA7FA2DBE7F2A1D95"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment with respect to any trends or patterns in threat finance activities relating to Russia, including common methods of conducting such activities and global nodes of money laundering used by Russian threat actors described in paragraph (1) and associated entities.</text></paragraph>

<paragraph id="HF2500EEE1DEE4FA3987E90082BF6881C"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of any connections between Russian individuals involved in money laundering and the Government of Russia.</text></paragraph>

<paragraph id="HB372A864AAEE4287ACF0F6535A7EE0D2"><enum>(4)</enum><text>A summary of engagement and coordination with international partners on threat finance relating to Russia, especially in Europe, including examples of such engagement and coordination.</text></paragraph>

<paragraph id="H675A68BCCD0348F0ACBC2DCEF18CA2A2"><enum>(5)</enum><text>An identification of any resource and collection gaps.</text></paragraph>

<paragraph id="H36B7C72AD4BA4A9D88F285A0A0A0FE47"><enum>(6)</enum><text display-inline="yes-display-inline">An identification ofâ€"</text>

<subparagraph id="HE54736D04C2341CB9059F38F6E850CC3"><enum>(A)</enum><text>entry points of money laundering by Russian and associated entities into the United States;</text></subparagraph>

<subparagraph id="H23DBA8C4F8714B389F421678ECF1D2E4"><enum>(B)</enum><text>any vulnerabilities within the United States legal and financial system, including specific sectors, which have been or could be exploited in connection with Russian threat finance activities; and</text></subparagraph>

<subparagraph id="H24940C9E22D445B8A1C7F5CA27D1D30B"><enum>(C)</enum><text>the counterintelligence threat posed by Russian money laundering and other forms of threat finance, as well as the threat to the United States financial system and United States efforts to enforce sanctions and combat organized crime.</text></subparagraph></paragraph>

<paragraph id="H66D5D11E935445CDBB68BDDC41FA14D1"><enum>(7)</enum><text>Any other matters the Director determines appropriate.</text></paragraph></subsection>

<subsection id="H9DC7466629634DE3B095421D9BF98DA2"><enum>(d)</enum><header>Form of report</header><text display-inline="yes-display-inline">The report required under subsection (b) may be submitted in classified form.</text></subsection></section>

<section id="HD82FB6E0334047FDA732076EF5BF6E98"><enum>6703.</enum><header>Notification of an active measures campaign</header>

<subsection id="H56588436C9104AE1B994A573FC67D3A5"><enum>(a)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

```
<paragraph id="H5B6883A65CCF468A8D5BE4F00CD54022"><enum>(1)</enum><header>Appropriate
congressional committees</header><text>The term <term>appropriate congressional
committees</term> meansâ€"</text>

<subparagraph id="H30B25C0B287A4BE7ACC22D6DB082D9C6"><enum>(A)</enum><text>the
congressional intelligence committees;</text></subparagraph>

<subparagraph id="H48B17104D6474F4EAA22CEBB60F10FC2"><enum>(B)</enum><text>the
Committee on Armed Services of the Senate and the Committee on Armed Services of the
House of Representatives; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA50528B6436340DE8737057FBF819CB9"><enum>(C)</enum><text>the Committee on Foreign
Relations of the Senate and the Committee on Foreign Affairs of the House of
Representatives.</text></subparagraph></paragraph>

<paragraph display-inline="no-display-inline"
id="H1ECAA3A85C4F4EAB9D3D942BEF4AB723"><enum>(2)</enum><header>Congressional
leadership</header><text>The term <term>congressional leadership</term> includes the
following:</text>

<subparagraph id="H21F3850DE56D4F64B4FC44DED1FB3FF4"><enum>(A)</enum><text>The majority
leader of the Senate.</text></subparagraph>

<subparagraph id="H6142141DB43E44C6B3DC7050592D7137"><enum>(B)</enum><text>The minority
leader of the Senate.</text></subparagraph>

<subparagraph id="HF0B73F35C736491AAA6CFB83269AAB75"><enum>(C)</enum><text>The Speaker
of the House of Representatives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H28AB9479C27A4FF78B2B40B4E65A06A6"><enum>(D)</enum><text>The minority leader of the
House of Representatives.</text></subparagraph></paragraph></subsection>

<subsection id="H2E373A878E0D4DA787011069E53E1178"><enum>(b)</enum><header>Requirement
for notification</header><text display-inline="yes-display-inline">The Director of
National Intelligence, in cooperation with the Director of the Federal Bureau of
Investigation and the head of any other relevant agency, shall notify the congressional
leadership and the chairman and vice chairman or ranking member of each of the
appropriate congressional committees, and of other relevant committees of jurisdiction,
each time the Director of National Intelligence determines there is credible
information that a foreign power has, is, or will attempt to employ a covert influence
or active measures campaign with regard to the modernization, employment, doctrine, or
force posture of the nuclear deterrent or missile defense.</text></subsection>

<subsection id="H612108FF698E4726BAA51E5B9BC7DB2F"><enum>(c)</enum><header>Content of
notification</header><text>Each notification required by subsection (b) shall include
information concerning actions taken by the United States to expose or halt an attempt
referred to in subsection (b).</text></subsection></section>

<section id="HCB5B8407F8A444159109309E95D8A293"><enum>6704.</enum><header>Notification
of travel by accredited diplomatic and consular personnel of the Russian Federation in
the United States</header><text display-inline="no-display-inline">In carrying out the
advance notification requirements set out in section 502 of the Intelligence
Authorization Act for Fiscal Year 2017 (division N of Public Law 115â€"31; 131 Stat.
825; 22 U.S.C. 254a note), the Secretary of State shallâ€"</text>

<paragraph id="H3DEB375060D040C8A39ACF5B27D521F7"><enum>(1)</enum><text display-
inline="yes-display-inline">ensure that the Russian Federation provides notification to
the Secretary of State at least 2 business days in advance of all travel that is
subject to such requirements by accredited diplomatic and consular personnel of the
Russian Federation in the United States, and take necessary action to secure full
compliance by Russian personnel and address any noncompliance; and</text></paragraph>

<paragraph id="H10425CA02FAB4C07A560923C74BA8850"><enum>(2)</enum><text>provide notice
of travel described in paragraph (1) to the Director of National Intelligence and the
Director of the Federal Bureau of Investigation within 1 hour of receiving notice of
such travel.</text></paragraph></section>

<section id="H3E82E8EFFA8C4F02B3C23B48BD4EAA9D"><enum>6705.</enum><header>Report and
annual briefing on Iranian expenditures supporting foreign military and terrorist
```

WASHSTATEC016253

```
activities</header>

<subsection id="H5BF5A26FE8EA436CA173517ED460A120" display-inline="no-display-
inline"><enum>(a)</enum><header>Report</header>

<paragraph id="HE8D7ADFC97EF4D7BBC304C25E8556764"><enum>(1)</enum><header>Report
required</header><text>Not later than 90 days after the date of the enactment of this
Act, the Director of National Intelligence shall submit to the congressional
intelligence committees a report, and not less frequently than once each year
thereafter provide a briefing to Congress, describing Iranian expenditures in the
previous calendar year on military and terrorist activities outside the country,
including each of the following:</text>

<subparagraph id="H7727C117103C4C838681B85E270DD0E4"><enum>(A)</enum><text display-
inline="yes-display-inline">The amount spent in such calendar year on activities by the
Islamic Revolutionary Guard Corps, including activities providing support forâ€"</text>

<clause
id="H0EED235F544E40CE95CEC12FD077AEB4"><enum>(i)</enum><text>Hizballah;</text></clause>

<clause id="H27D4DF88C6B74CE5AAB52A1B11B95572"><enum>(ii)</enum><text>Houthi rebels in
Yemen;</text></clause>

<clause
id="H99327AAA82AC4616AF01BD70797ED464"><enum>(iii)</enum><text>Hamas;</text></clause>

<clause id="H13D642D498D34660BAA81C6D508D6D22"><enum>(iv)</enum><text>proxy forces in
Iraq and Syria; or</text></clause>

<clause id="HAE7FC7811E8C4068BA11E8A4C7458CDF"><enum>(v)</enum><text>any other entity
or country the Director determines to be relevant.</text></clause></subparagraph>

<subparagraph id="H8FED569DAE544B169436B260DCC5C5C5"><enum>(B)</enum><text>The amount
spent in such calendar year for ballistic missile research and testing or other
activities that the Director determines are destabilizing to the Middle East
region.</text></subparagraph></paragraph>

<paragraph
id="H3FE87379B5FD4E299DB72CBFAADC2B0F"><enum>(2)</enum><header>Form</header><text
display-inline="yes-display-inline">The report required under subsection (a) shall be
submitted in unclassified form, but may include a classified
annex.</text></paragraph></subsection>

<subsection id="HCF27322A56864B87B815671036676A67"><enum>(b)</enum><header>Annual
briefing</header><text>Following the submission of the report under subsection (a), the
Director shall annually provide a briefing to the congressional intelligence committees
on the information described in such subsection.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD6622CF63A9646BA9BD0BBCD8B56B2B3" section-type="subsequent-
section"><enum>6706.</enum><header display-inline="yes-display-inline">Expansion of
scope of committee to counter active measures</header>

<subsection id="HF52C13A0276B470EAE5DDC8AADF96C34" commented="no" display-inline="no-
display-inline"><enum>(a)</enum><header display-inline="yes-display-inline">Scope of
committee to counter active measures</header><text display-inline="yes-display-
inline">Section 501 of the Intelligence Authorization Act for Fiscal Year 2017 (Public
Law 115â€"31; 50 U.S.C. 3001 note) is amendedâ€"</text>

<paragraph id="H7ACC1EB02A2643B280601EF3F211C028" commented="no" display-inline="no-
display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">in
subsections (a) through (h)â€"</text>

<subparagraph id="HCAA560B8DF694D9DB3EB9C5E5CD04958" commented="no" display-inline="no-
display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">by inserting
<quote>, the People's Republic of China, the Islamic Republic of Iran, the Democratic
People's Republic of Korea, or other nation state</quote> after <quote>Russian
Federation</quote> each place it appears; and</text></subparagraph>

<subparagraph id="H73E95E8C0D8B46EF87D36F9A3906F484" commented="no" display-inline="no-
display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">by inserting
<quote>, China, Iran, North Korea, or other nation state</quote> after
```

```
<quote>Russia</quote> each place it appears; and</text></subparagraph></paragraph>

<paragraph id="HDD1048A842844004A458E1BFD5ADEDF6" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">in the
section heading, by inserting <quote><header-in-text level="section" style="OLC">, the
People's Republic of China, the Islamic Republic of Iran, the Democratic People's
Republic of Korea, or other nation state</header-in-text></quote> after <quote><header-
in-text level="section" style="OLC">Russian Federation</header-in-
text></quote>.</text></paragraph></subsection>

<subsection id="HC93DC8BBB30E400482BDAE57FA03D4B7" commented="no" display-inline="no-
display-inline"><enum>(b)</enum><header display-inline="yes-display-inline">Clerical
amendment</header><text display-inline="yes-display-inline">The table of contents in
section 1(b) of such Act is amended by striking the item relating to section 501 and
inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HCB02712D8CBB4412882F8BAA42C679C5"
style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 501. Committee to counter active measures by
the Russian Federation, the People's Republic of China, the Islamic Republic of Iran,
the Democratic People's Republic of Korea, and other nation states to exert covert
influence over peoples and governments.</toc-entry></toc><after-quoted-block>.</after-
quoted-block></quoted-block></subsection></section></subtitle>

<subtitle id="H6493A058B8384A13B5F5FC8C606287A2"><enum>B</enum><header>Reports</header>

<section id="HCB4AD073A899425FBC54EBF6C788D5C5"><enum>6711.</enum><header>Technical
correction to Inspector General study</header><text display-inline="no-display-
inline">Section 11001(d) of title 5, United States Code, is amended—</text>

<paragraph id="H4639C9E22D1644718D99996C68968DD2"><enum>(1)</enum><text>in the
subsection heading, by striking <quote><header-in-text level="subsection"
style="OLC">Audit</header-in-text></quote> and inserting <quote><header-in-text
level="subsection" style="OLC">Review</header-in-text></quote>;</text></paragraph>

<paragraph id="H54A5ED23CA084569802FA9E18BBFAE63"><enum>(2)</enum><text>in paragraph
(1), by striking <quote>audit</quote> and inserting <quote>review</quote>;
and</text></paragraph>

<paragraph id="H4B0FD82AAC1F446F82A10B9E919A628C"><enum>(3)</enum><text>in paragraph
(2), by striking <quote>audit</quote> and inserting
<quote>review</quote>.</text></paragraph></section>

<section id="HC57D647A077B450DB656495F1E249B7C"><enum>6712.</enum><header>Reports on
authorities of the Chief Intelligence Officer of the Department of Homeland
Security</header>

<subsection
id="HCB8502E5AA3E4AC994025ADD011F0B49"><enum>(a)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H0D23124E61AC495BA340DDC580B843F8"><enum>(1)</enum><header>Appropriate
committees of Congress</header><text>The term <term>appropriate committees of
Congress</term> means—</text>

<subparagraph id="HE9270C05BB6046419325802FB5F96A17"><enum>(A)</enum><text>the
congressional intelligence committees;</text></subparagraph>

<subparagraph id="HE273D43270D3441C87ED9C25F38B0721"><enum>(B)</enum><text>the
Committee on Homeland Security and Governmental Affairs of the Senate;
and</text></subparagraph>

<subparagraph id="HD94D1FB10F174800815F19D04F492433"><enum>(C)</enum><text>the
Committee on Homeland Security of the House of
Representatives.</text></subparagraph></paragraph>

<paragraph id="H585614BF49E44CDAA7FB283F608AF15A"><enum>(2)</enum><header>Homeland
Security Intelligence Enterprise</header><text>The term <term>Homeland Security
Intelligence Enterprise</term> has the meaning given such term in Department of
```

Homeland Security Instruction Number 264â€"01â€"001, or successor authority.</text></paragraph></subsection>

<subsection id="H3B00A77DC25E488F803F66A0152AB417"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Secretary of Homeland Security, in consultation with the Under Secretary of Homeland Security for Intelligence and Analysis, shall submit to the appropriate committees of Congress a report on the authorities of the Under Secretary.</text></subsection>

<subsection id="H465AF6B6E2CD44DC9E80A4DE7EEF6256"><enum>(c)</enum><header>Elements</header><text>The report required by subsection (b) shall include each of the following:</text>

<paragraph id="H6C685DC120D44536BBDC85D3E4951BAA"><enum>(1)</enum><text>An analysis of whether the Under Secretary has the legal and policy authority necessary to organize and lead the Homeland Security Intelligence Enterprise, with respect to intelligence, and, if not, a description ofâ€"</text>

<subparagraph id="H06566D36D0974DC09341C5987CA65644"><enum>(A)</enum><text>the obstacles to exercising the authorities of the Chief Intelligence Officer of the Department and the Homeland Security Intelligence Council, of which the Chief Intelligence Officer is the chair; and</text></subparagraph>

<subparagraph id="HDBCB94B6CF2F4209BFAAEE4AF96D850D"><enum>(B)</enum><text>the legal and policy changes necessary to effectively coordinate, organize, and lead intelligence activities of the Department of Homeland Security.</text></subparagraph></paragraph>

<paragraph id="H6FF8D949BDE44D24AC4D4DA1F4C3EB6B"><enum>(2)</enum><text>A description of the actions that the Secretary has taken to address the inability of the Under Secretary to require components of the Department, other than the Office of Intelligence and Analysis of the Department toâ€"</text>

<subparagraph id="H2CDD3263A34E404F8045E9773B4DFBC8"><enum>(A)</enum><text>coordinate intelligence programs; and</text></subparagraph>

<subparagraph id="HD097C94306F942E3BF14A2E768C1232D"><enum>(B)</enum><text>integrate and standardize intelligence products produced by such other components.</text></subparagraph></paragraph></subsection></section>

<section id="HE83EE0D2A8164BD392CC3375973658DA"><enum>6713.</enum><header>Review of intelligence community whistleblower matters</header>

<subsection id="H001B5B5EC6DD46DBAD30F287EE6A222F"><enum>(a)</enum><header>Review of whistleblower matters</header><text display-inline="yes-display-inline">The Inspector General of the Intelligence Community, in consultation with the inspectors general for the Central Intelligence Agency, the National Security Agency, the National Geospatial-Intelligence Agency, the Defense Intelligence Agency, and the National Reconnaissance Office, shall conduct a review of the authorities, policies, investigatory standards, and other practices and procedures relating to intelligence community whistleblower matters, with respect to such inspectors general.</text></subsection>

<subsection id="H1BF8C012EE2646ADA5DDB45ED56281C8"><enum>(b)</enum><header>Objective of review</header><text display-inline="yes-display-inline">The objective of the review required under subsection (a) is to identify any discrepancies, inconsistencies, or other issues, which frustrate the timely and effective reporting of intelligence community whistleblower matters to appropriate inspectors general and to the congressional intelligence committees, and the fair and expeditious investigation and resolution of such matters.</text></subsection>

<subsection id="HD3C585E406E54C12898779DC2F267520"><enum>(c)</enum><header>Conduct of review</header><text display-inline="yes-display-inline">The Inspector General of the Intelligence Community shall take such measures as the Inspector General determines necessary in order to ensure that the review required by subsection (a) is conducted in an independent and objective fashion.</text></subsection>

<subsection id="HA0689E113D774A39BB6C5C6E8101D7A8"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Inspector General of the Intelligence Community shall submit to the congressional intelligence committees a written report containing the results of

the review required under subsection (a), along with recommendations to improve the timely and effective reporting of intelligence community whistleblower matters to inspectors general and to the congressional intelligence committees and the fair and expeditious investigation and resolution of such matters.</text></subsection></section>

<section id="H90D3D9D56A5C43EE97E25742CC9A693B"><enum>6714.</enum><header>Report on role of Director of National Intelligence with respect to certain foreign investments</header>

<subsection id="H7A177A1F40124C2995B344016E6DD0A4"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director, shall submit to the congressional intelligence committees a report on the role of the Director in preparing analytic materials in connection with the evaluation by the Federal Government of national security risks associated with potential foreign investments into the United States.</text></subsection>

<subsection id="HA8EB8B76A2F24727AAABE8D5913D8087"><enum>(b)</enum><header>Elements</header><text>The report under subsection (a) shall includeâ€"</text>

<paragraph id="H1701496B7BF449998BE118E83D7CE739"><enum>(1)</enum><text display-inline="yes-display-inline">a description of the current process for the provision of the analytic materials described in subsection (a);</text></paragraph>

<paragraph id="H445C7AE79BC0426E9F94C5A7433896F3"><enum>(2)</enum><text display-inline="yes-display-inline">an identification of the most significant benefits and drawbacks of such process with respect to the role of the Director, including the sufficiency of resources and personnel to prepare such materials; and</text></paragraph>

<paragraph id="HFFD14F4E6A5944548D3917AF727338AC"><enum>(3)</enum><text>recommendations to improve such process.</text></paragraph></subsection></section>

<section id="H12AC0FE1CCB444FE9E629CE4AF2194D0"><enum>6715.</enum><header>Report on surveillance by foreign governments against United States telecommunications networks</header>

<subsection id="H2917A50A9B3644B2BABD9488607CCA48"><enum>(a)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> means the following:</text>

<paragraph id="HF534DA15A2544117BDD9F230AC4C8C71"><enum>(1)</enum><text display-inline="yes-display-inline">The congressional intelligence committees.</text></paragraph>

<paragraph id="HF029D2BE2748409DAC6A543E33A519AE"><enum>(2)</enum><text display-inline="yes-display-inline">The Committee on the Judiciary and the Committee on Homeland Security and Governmental Affairs of the Senate.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD20724424C664B919B3C8E865C7DD659"><enum>(3)</enum><text display-inline="yes-display-inline">The Committee on the Judiciary and the Committee on Homeland Security of the House of Representatives.</text></paragraph></subsection>

<subsection id="HF0BB2C2EB8C5473392812EE2171905AC"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall, in coordination with the Director of the Central Intelligence Agency, the Director of the National Security Agency, the Director of the Federal Bureau of Investigation, and the Secretary of Homeland Security, submit to the appropriate congressional committees a report describingâ€"</text>

<paragraph id="H6EED123ACE7949F898B946B69A1B133A"><enum>(1)</enum><text>any attempts known to the intelligence community by foreign governments to exploit cybersecurity vulnerabilities in United States telecommunications networks (including Signaling System No. 7) to target for surveillance United States persons, including employees of the Federal Government; and</text></paragraph>

WASHSTATEC016257

&lt;paragraph id="HC7074D2C25D04E28B4687AB27055A762"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;any actions, as of the date of the enactment of this Act, taken by the intelligence community to protect agencies and personnel of the United States Government from surveillance conducted by foreign governments.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H49D06B0B9CF3495480A850F58B113437"&gt;&lt;enum&gt;6716.&lt;/enum&gt;&lt;header&gt;Biennial report on foreign investment risks&lt;/header&gt;

&lt;subsection id="H3AEB8C5D750A484696B66614D835401A"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Intelligence community interagency working group&lt;/header&gt;

&lt;paragraph id="H31E300D3EE624B639AFF7CC9A7ADC513"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;Requirement to establish&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The Director of National Intelligence shall establish an intelligence community interagency working group to prepare the biennial reports required by subsection (b).&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H34D57D20B72B4E6FAE25E55FC4F006BD"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Chairperson&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;The Director of National Intelligence shall serve as the chairperson of such interagency working group.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H81417CC10D1449D0819040248341D031"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;header&gt;Membership&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Such interagency working group shall be composed of representatives of each element of the intelligence community that the Director of National Intelligence determines appropriate.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H7B939EF19A9640F0A6A96E5962287E48"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Biennial report on foreign investment risks&lt;/header&gt;

&lt;paragraph id="HC9793EC21CAB48F8A586612EDF60EAD2"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;header&gt;Report required&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Not later than 180 days after the date of the enactment of this Act and not less frequently than once every 2 years thereafter, the Director of National Intelligence shall submit to the appropriate congressional committees a report on foreign investment risks prepared by the interagency working group established under subsection (a).&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H88FDD71D750D402EA19EE54CEB89476C"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;header&gt;Elements&lt;/header&gt;&lt;text&gt;Each report required by paragraph (1) shall include identification, analysis, and explanation of the following:&lt;/text&gt;

&lt;subparagraph id="H088714D51F934A11A8695A69E87D310D"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;Any current or projected major threats to the national security of the United States with respect to foreign investment.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H3DE90287778043809DF53B76A73390DF"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;Any strategy used by a foreign country that such interagency working group has identified to be a country of special concern to use foreign investment to target the acquisition of critical technologies, critical materials, or critical infrastructure.&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="HFB9C8706DEA14988BE2279ED0A53785F"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;Any economic espionage efforts directed at the United States by a foreign country, particularly such a country of special concern.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="HEC86203965E944469642A201AD5A57AA"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Appropriate congressional committees defined&lt;/header&gt;&lt;text&gt;In this section, the term &lt;quote&gt;appropriate congressional committees&lt;/quote&gt; means—&lt;/text&gt;

&lt;paragraph id="H2DFAFD1CFF6C417FAF9D5E26232DA20F"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;the congressional intelligence committees;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H1FEECD5F143248D181C7370AD68AFDF5"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text display-inline="yes-display-inline"&gt;the Committee on Homeland Security and Governmental Affairs and the Committee on Foreign Relations of the Senate; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HDD854E80428B4AD79E9FD72F1DAAF70B"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;the Committee on Homeland Security and the Committee on Foreign Affairs of the House of

WASHSTATEC016258

Representatives.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H58D9EC351CE04514B2F366B15E25FD72"><enum>6717.</enum><header display-inline="yes-
display-inline">Modification of certain reporting requirement on travel of foreign
diplomats</header><text display-inline="no-display-inline">Section 502(d)(2) of the
Intelligence Authorization Act for Fiscal Year 2017 (Public Law 115â€'31) is amended by
striking <quote>the number</quote> and inserting <quote>a best
estimate</quote>.</text></section>

<section id="H26C625979DDC4FCA8B216CDD13F88547"><enum>6718.</enum><header>Semiannual
reports on investigations of unauthorized disclosures of classified
information</header>

<subsection id="H85D31BDFF84A4B52BD88AEAA2E37997E"><enum>(a)</enum><header>In
general</header><text>Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et
seq.) is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H2796A0911A614739BE6035348F1E2B9C"
style="OLC">

<section id="H1B4D32E12AE746D9A4834659E849E3F1"><enum>1105.</enum><header>Semiannual
reports on investigations of unauthorized disclosures of classified
information</header>

<subsection
id="H3E56E38E7EDA425E8087D3EA0B3C84CF"><enum>(a)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H87DDEB0BFDA4452895088A066680FA11"><enum>(1)</enum><header>Covered
official</header><text>The term <term>covered official</term> meansâ€'</text>

<subparagraph id="H2C600F79D4B54DF991BEF8D7BB3A49EB"><enum>(A)</enum><text>the heads of
each element of the intelligence community; and</text></subparagraph>

<subparagraph id="HA77B3656BE8A419988F1116DF1A7D8D8"><enum>(B)</enum><text>the
inspectors general with oversight responsibility for an element of the intelligence
community.</text></subparagraph></paragraph>

<paragraph
id="H38880629B7D64068A9D631DDDCB6028C"><enum>(2)</enum><header>Investigation</header><t
ext>The term <term>investigation</term> means any inquiry, whether formal or informal,
into the existence of an unauthorized public disclosure of classified
information.</text></paragraph>

<paragraph id="HB34939C795A8498A958027F2FF7E507E"><enum>(3)</enum><header>Unauthorized
disclosure of classified information</header><text>The term <term>unauthorized
disclosure of classified information</term> means any unauthorized disclosure of
classified information to any recipient.</text></paragraph>

<paragraph id="HE018D0067F154FE9969BA5F58BCDFC81"><enum>(4)</enum><header>Unauthorized
public disclosure of classified information</header><text>The term <term>unauthorized
public disclosure of classified information</term> means the unauthorized disclosure of
classified information to a journalist or media
organization.</text></paragraph></subsection>

<subsection id="H64AD219F6FC14B6F9C2C618223121258"><enum>(b)</enum><header>Intelligence
community reporting</header>

<paragraph id="H95BC6191796A4A309A572FA4C7DFCE55"><enum>(1)</enum><header>In
general</header><text>Not less frequently than once every 6 months, each covered
official shall submit to the congressional intelligence committees a report on
investigations of unauthorized public disclosures of classified
information.</text></paragraph>

<paragraph
id="H4DC795DC2776407284523492461 7DF3C"><enum>(2)</enum><header>Elements</header><text>E
ach report submitted under paragraph (1) shall include, with respect to the preceding
6-month period, the following:</text>

<subparagraph id="H855D5EB53D9748ABBAC4675BF54EB647"><enum>(A)</enum><text>The number
of investigations opened by the covered official regarding an unauthorized public

disclosure of classified information.</text></subparagraph>

<subparagraph id="HC68E3303750D4917A053A9AB5B72438A"><enum>(B)</enum><text>The number of investigations completed by the covered official regarding an unauthorized public disclosure of classified information.</text></subparagraph>

<subparagraph id="HD1503BC952A9415AACD14F999FCFA375"><enum>(C)</enum><text>Of the number of such completed investigations identified under subparagraph (B), the number referred to the Attorney General for criminal investigation.</text></subparagraph></paragraph></subsection>

<subsection id="H1EE4B5D6D0654851B64609522C4C232C"><enum>(c)</enum><header>Department of Justice reporting</header>

<paragraph id="H53CA1343EE824CF796676AE76B65615A"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not less frequently than once every 6 months, the Assistant Attorney General for National Security of the Department of Justice, in consultation with the Director of the Federal Bureau of Investigation, shall submit to the congressional intelligence committees, the Committee on the Judiciary of the Senate, and the Committee on the Judiciary of the House of Representatives a report on the status of each referral made to the Department of Justice from any element of the intelligence community regarding an unauthorized disclosure of classified information made during the most recent 365-day period or any referral that has not yet been closed, regardless of the date the referral was made.</text></paragraph>

<paragraph id="H35A372D7E17A4AB583E1F6CF2BC45DDC"><enum>(2)</enum><header>Contents</header><text>Each report submitted under paragraph (1) shall include, for each referral covered by the report, at a minimum, the following:</text>

<subparagraph id="H5586C078D97140D1A89E77A11C3A62DF"><enum>(A)</enum><text>The date the referral was received.</text></subparagraph>

<subparagraph id="HED6B96A3C2EB498B8E40D6A535C2DC5B"><enum>(B)</enum><text>A statement indicating whether the alleged unauthorized disclosure described in the referral was substantiated by the Department of Justice.</text></subparagraph>

<subparagraph id="H96C72CD6CAEC4A48B2567EDB235B6150"><enum>(C)</enum><text>A statement indicating the highest level of classification of the information that was revealed in the unauthorized disclosure.</text></subparagraph>

<subparagraph id="H55DA995B5902470E817C7F37C9029B85"><enum>(D)</enum><text>A statement indicating whether an open criminal investigation related to the referral is active.</text></subparagraph>

<subparagraph id="HF4AC2E6DD5D54B24BFFB63E2C92BEAF6"><enum>(E)</enum><text>A statement indicating whether any criminal charges have been filed related to the referral.</text></subparagraph>

<subparagraph id="HCB481854BA084DBEA1072CB749F18490"><enum>(F)</enum><text>A statement indicating whether the Department of Justice has been able to attribute the unauthorized disclosure to a particular entity or individual.</text></subparagraph></paragraph></subsection>

<subsection id="H03D247C5D9F947EBA89D65DCAAA1822E"><enum>(d)</enum><header>Form of reports</header><text>Each report submitted under this section shall be submitted in unclassified form, but may have a classified annex.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HBF7493A7AF9C4117B210BAC166AEBE23"><enum>(b)</enum><header>Clerical amendment</header><text>The table of contents in the first section of the National Security Act of 1947 is amended by inserting after the item relating to section 1104 the following new item:</text>

<quoted-block id="H255B0ED6CD5B470DABD0D38BD7A9144B" style="OLC">

<toc>

<toc-entry idref="H1B4D32E12AE746D9A4834659E849E3F1" level="section">Sec. 1105. Semiannual reports on investigations of unauthorized disclosures of classified

information.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H01AE55D3200B4EFE8C30F992F0B7B8CF"><enum>6719.</enum><header>Congressional notification of designation of covered intelligence officer as persona non grata</header>

<subsection id="H12E89D1B44844F85A2A26C035E151F7F"><enum>(a)</enum><header>Covered intelligence officer defined</header><text>In this section, the term <term>covered intelligence officer</term> meansâ€"</text>

<paragraph id="H55E7BAD6678745519DA71A29A3966659"><enum>(1)</enum><text>a United States intelligence officer serving in a post in a foreign country; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H54599AC6204545058A4ADC717762036D"><enum>(2)</enum><text>a known or suspected foreign intelligence officer serving in a United States post.</text></paragraph></subsection>

<subsection id="H4DED0E12AC94411D812A219C13DBEC15"><enum>(b)</enum><header>Requirement for reports</header><text>Not later than 72 hours after a covered intelligence officer is designated as a persona non grata, the Director of National Intelligence, in consultation with the Secretary of State, shall submit to the congressional intelligence committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a notification of that designation. Each such notification shall includeâ€"</text>

<paragraph id="HEEFE82EB079F410DBD9568A46846A4B0"><enum>(1)</enum><text>the date of the designation;</text></paragraph>

<paragraph id="HBE47914793104E90BB0527A0AD1AA2E1"><enum>(2)</enum><text>the basis for the designation; and</text></paragraph>

<paragraph id="H08970B5E1CFF4A6F8C627D95319EDD17"><enum>(3)</enum><text>a justification for the expulsion.</text></paragraph></subsection></section>

<section id="H024F2DCC127E49EABB92BF3EFF457507"><enum>6720.</enum><header>Reports on intelligence community participation in vulnerabilities equities process of Federal Government</header>

<subsection id="HA92C09EFCA394E52B67DF3BF6533F72B"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H71868A732E604F79BC703348F3922E0E"><enum>(1)</enum><header>Vulnerabilities Equities Policy and Process document</header><text>The term <term>Vulnerabilities Equities Policy and Process document</term> means the executive branch document entitled <quote>Vulnerabilities Equities Policy and Process</quote> dated November 15, 2017.</text></paragraph>

<paragraph id="H814761262DD34F96AEB2D9D1FA57BEE2"><enum>(2)</enum><header>Vulnerabilities Equities Process</header><text>The term <term>Vulnerabilities Equities Process</term> means the interagency review of vulnerabilities, pursuant to the Vulnerabilities Equities Policy and Process document or any successor document.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H46DD7945303B4D57B0BF074783549A1E"><enum>(3)</enum><header>Vulnerability</header><text>The term <term>vulnerability</term> means a weakness in an information system or its components (for example, system security procedures, hardware design, and internal controls) that could be exploited or could affect confidentiality, integrity, or availability of information.</text></paragraph></subsection>

<subsection id="H57DFEFD221A647F08BD4FDC403321FCB"><enum>(b)</enum><header>Reports on process and criteria under Vulnerabilities Equities Policy and Process</header>

<paragraph id="H515AA63A70A949ADA45A4E683A8347FD"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees a written report describingâ€"</text>

```
<subparagraph id="H4ED94DC3619F4C4CB22830DF9B04E79F"><enum>(A)</enum><text>with respect
to each element of the intelligence communityâ€"</text>

<clause id="H196D6BECC9964A5A82CF7E8988A85B71"><enum>(i)</enum><text>the title of the
official or officials responsible for determining whether, pursuant to criteria
contained in the Vulnerabilities Equities Policy and Process document or any successor
document, a vulnerability must be submitted for review under the Vulnerabilities
Equities Process; and</text></clause>

<clause id="HE5D257C99C704806B7F3FDECE8A64B7D"><enum>(ii)</enum><text>the process used
by such element to make such determination; and</text></clause></subparagraph>

<subparagraph id="HEDFD4B2549B646109F3DC8C68C733072"><enum>(B)</enum><text>the roles or
responsibilities of that element during a review of a vulnerability submitted to the
Vulnerabilities Equities Process.</text></subparagraph></paragraph>

<paragraph id="HDC33C7C40695499390F450476983B470"><enum>(2)</enum><header>Changes to
process or criteria</header><text>Not later than 30 days after any significant change
is made to the process and criteria used by any element of the intelligence community
for determining whether to submit a vulnerability for review under the Vulnerabilities
Equities Process, such element shall submit to the congressional intelligence
committees a report describing such change.</text></paragraph>

<paragraph id="HA3C37EC7E39948C4859E4C36DB9649E3"><enum>(3)</enum><header>Form of
reports</header><text>Each report submitted under this subsection shall be submitted in
unclassified form, but may include a classified annex.</text></paragraph></subsection>

<subsection id="H11A4AF51CE674F1AAD58E537FA21604A"><enum>(c)</enum><header>Annual
reports</header>

<paragraph id="HDA136D5D4D8546DA8345261FD44752FE"><enum>(1)</enum><header>In
general</header><text>Not less frequently than once each calendar year, the Director of
National Intelligence shall submit to the congressional intelligence committees a
classified report containing, with respect to the previous yearâ€"</text>

<subparagraph id="H66D3238F86B24FCF8C1360218EB4D7ED"><enum>(A)</enum><text>the number
of vulnerabilities submitted for review under the Vulnerabilities Equities
Process;</text></subparagraph>

<subparagraph id="H37D4BACD123642A1B481D73EC2560CBD"><enum>(B)</enum><text>the number
of vulnerabilities described in subparagraph (A) disclosed to each vendor responsible
for correcting the vulnerability, or to the public, pursuant to the Vulnerabilities
Equities Process; and</text></subparagraph>

<subparagraph id="HCD29A7ECA5924577A19C6F7945B479DA"><enum>(C)</enum><text display-
inline="yes-display-inline">the aggregate number, by category, of the vulnerabilities
excluded from review under the Vulnerabilities Equities Process, as described in
paragraph 5.4 of the Vulnerabilities Equities Policy and Process
document.</text></subparagraph></paragraph>

<paragraph id="H82D3CE68486943418914FE1F56103D13"><enum>(2)</enum><header>Unclassified
information</header><text>Each report submitted under paragraph (1) shall include an
unclassified appendix that containsâ€"</text>

<subparagraph id="HB27FB0B614CE4DD294EC380BDB4A988E"><enum>(A)</enum><text>the
aggregate number of vulnerabilities disclosed to vendors or the public pursuant to the
Vulnerabilities Equities Process; and</text></subparagraph>

<subparagraph id="HFBAF724C43BC442C9BCAF460AAC60509"><enum>(B)</enum><text>the
aggregate number of vulnerabilities disclosed to vendors or the public pursuant to the
Vulnerabilities Equities Process known to have been
patched.</text></subparagraph></paragraph>

<paragraph
id="HCFA5B024732942D4AB544514050B44BC"><enum>(3)</enum><header>Nonduplication</header><
text>The Director of National Intelligence may forgo submission of an annual report
required under this subsection for a calendar year, if the Director notifies the
intelligence committees in writing that, with respect to the same calendar year, an
annual report required by paragraph 4.3 of the Vulnerabilities Equities Policy and
Process document already has been submitted to Congress, and such annual report
contains the information that would otherwise be required to be included in an annual
```

WASHSTATEC016262

```
report under this subsection.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H26EF17E617604B2CAFBEECF86A7D74AD" section-type="subsequent-
section"><enum>6721.</enum><header display-inline="yes-display-inline">Inspectors
General reports on classification</header>

<subsection commented="no" display-inline="no-display-inline"
id="H5513FC24645949E38876BDCED1A6FED1"><enum>(a)</enum><header display-inline="yes-
display-inline">Reports required</header><text display-inline="yes-display-inline">Not
less than once per year in each of the three fiscal years immediately following the
date of the enactment of this Act, each Inspector General listed in subsection (b)
shall submit to the congressional intelligence committees a report that includes, with
respect to the department or agency of the Inspector General, analyses of the following
with respect to the prior fiscal year:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H5B4E351CCD2F4E8BA7C02916A7A0E185"><enum>(1)</enum><text display-inline="yes-
display-inline">The accuracy of the application of classification and handling markers
on a representative sample of finished reports, including such reports that are
compartmented.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H459CC3FEDA624EA1B1057C4C80622C3D"><enum>(2)</enum><text display-inline="yes-
display-inline">Compliance with declassification procedures.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H562BBD14A4F04CE4B7E7E666E61219AA"><enum>(3)</enum><text display-inline="yes-
display-inline">The effectiveness of processes for identifying topics of public or
historical importance that merit prioritization for a declassification
review.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H5B92FF786ACF45E08D74F6DD6E1B8888"><enum>(b)</enum><header display-inline="yes-
display-inline">Inspectors General listed</header><text display-inline="yes-display-
inline">The Inspectors General listed in this subsection are as follows:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HEE7108306E8148AEA313CC6ED3B9D805"><enum>(1)</enum><text display-inline="yes-
display-inline">The Inspector General of the Intelligence Community.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9C77440ACE214B83BADFE9E7DABC7B92"><enum>(2)</enum><text display-inline="yes-
display-inline">The Inspector General of the Central Intelligence
Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBCAB930E57D74421A0E39881C2D6025B"><enum>(3)</enum><text display-inline="yes-
display-inline">The Inspector General of the National Security
Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9D235C6B4F28411DAC48CAB71C31E470"><enum>(4)</enum><text display-inline="yes-
display-inline">The Inspector General of the Defense Intelligence
Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3C4C05499EE448C59C02F686C59D80EB"><enum>(5)</enum><text display-inline="yes-
display-inline">The Inspector General of the National Reconnaissance
Office.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6706427827A144AD9C034AF9BFEE1B34"><enum>(6)</enum><text display-inline="yes-
display-inline">The Inspector General of the National Geospatial-Intelligence
Agency.</text></paragraph></subsection></section>

<section id="H059ED63BAC2141E687B8A458A11F1C2E"
commented="no"><enum>6722.</enum><header>Reports and briefings on national security
effects of global water insecurity and emerging infectious disease and
pandemics</header>
```

```
<subsection id="H57CE738CA5B94321B6DAB373BA1CC855"
commented="no"></enum>(a)</enum><header>Global water insecurity</header>

<paragraph id="H2FD06C40E1334729858E29E5AA4E0DB1"
commented="no"></enum>(1)</enum><header>Report</header>

<subparagraph id="HD482082118DB495EA51234C55F51AE51"
commented="no"></enum>(A)</enum><header>In general</header><text display-inline="yes-
display-inline">Not later than 180 days after the date of the enactment of this Act,
the Director of National Intelligence shall submit to the congressional intelligence
committees, the Committee on Foreign Affairs of the House of Representatives, and the
Committee on Foreign Relations of the Senate a report on the implications of water
insecurity on the national security interests of the United States, including
consideration of social, economic, agricultural, and environmental
factors.</text></subparagraph>

<subparagraph id="HA57517BC65DB4C9DB95F169A830D2E64"
commented="no"></enum>(B)</enum><header>Assessment scope and focus</header><text>The
report submitted under subparagraph (A) shall include an assessment of water insecurity
described in such subsection with a global scope, but focus on areas of the
worldâ€"</text>

<clause id="HD9417E0A38EB4D7BBD7B6167D910685F" commented="no"></enum>(i)</enum><text>of
strategic, economic, or humanitarian interest to the United Statesâ€"</text>

<subclause id="H89AC34D0C83746C5AAF406DAB152FB28"
commented="no"></enum>(I)</enum><text>that are, as of the date of the report, at the
greatest risk of instability, conflict, human insecurity, or mass displacement;
or</text></subclause>

<subclause id="H7F431793DAC34D48899B806E580023A5"
commented="no"></enum>(II)</enum><text>where challenges relating to water insecurity are
likely to emerge and become significant during the 5-year or the 20-year period
beginning on the date of the report; and</text></subclause></clause>

<clause id="H83A9957EE31A4871A3A76617BDE92999"
commented="no"></enum>(ii)</enum><text>where challenges relating to water insecurity are
likely to imperil the national security interests of the United States or allies of the
United States.</text></clause></subparagraph>

<subparagraph id="H3CD6DAC1A82C478F8C500B47037E9CA5"
commented="no"></enum>(C)</enum><header>Consultation</header><text display-inline="yes-
display-inline">In researching the report required by subparagraph (A), the Director
shall consult withâ€"</text>

<clause id="HC0C2DB66E2E942A3975771B037089499"
commented="no"></enum>(i)</enum><text>such stakeholders within the intelligence
community, the Department of Defense, and the Department of State as the Director
considers appropriate; and</text></clause>

<clause id="H454632F9177941058E5EEBBBCF3D4690"
commented="no"></enum>(ii)</enum><text>such additional Federal agencies and persons in
the private sector as the Director considers
appropriate.</text></clause></subparagraph>

<subparagraph id="H712CA519C7CF4B9AA21880D131D38C9D" commented="no" display-inline="no-
display-inline"><enum>(D)</enum><header>Form</header><text display-inline="yes-display-
inline">The report submitted under subparagraph (A) shall be submitted in unclassified
form, but may include a classified annex.</text></subparagraph></paragraph>

<paragraph id="H2A59CC62C6AE4499B7C0A77C4026BCCE"
commented="no"></enum>(2)</enum><header>Quinquennial briefings</header><text display-
inline="yes-display-inline">Beginning on the date that is 5 years after the date on
which the Director submits the report under paragraph (1), and every 5 years
thereafter, the Director shall provide to the committees specified in such paragraph a
briefing that updates the matters contained in the
report.</text></paragraph></subsection>

<subsection id="H511932823EA24AB5AE6B6133349683DD"
commented="no"></enum>(b)</enum><header>Emerging infectious disease and
pandemics</header>
```

```
<paragraph
id="HEB8A99F86882453399A4A9250B74BFCF"><enum>(1)</enum><header>Report</header>

<subparagraph id="H388A97B0FB7D4B90BD6297CE2A60B69A"
commented="no"><enum>(A)</enum><header>In general</header><text>Not later than 120 days
after the date of the enactment of this Act, the Director of National Intelligence
shall submit to the appropriate congressional committees a report on the anticipated
geopolitical effects of emerging infectious disease (including deliberate, accidental,
and naturally occurring infectious disease threats) and pandemics, and their
implications on the national security of the United States.</text></subparagraph>

<subparagraph id="HDE48E5D920E14EA98177797D40323448"
commented="no"><enum>(B)</enum><header>Contents</header><text>The report under
subparagraph (A) shall include an assessment ofâ€"</text>

<clause id="HCBA1D7E86E864698971934F38D14D8F3" commented="no"><enum>(i)</enum><text>the
economic, social, political, and security risks, costs, and impacts of emerging
infectious diseases on the United States and the international political and economic
system;</text></clause>

<clause id="HBFF34820E4E349E1AA6748513249B5FE"
commented="no"><enum>(ii)</enum><text>the economic, social, political, and security
risks, costs, and impacts of a major transnational pandemic on the United States and
the international political and economic system; and</text></clause>

<clause id="H64C2B3407C8A46558DF24E41DF27726D"
commented="no"><enum>(iii)</enum><text>contributing trends and factors to the matters
assessed under clauses (i) and (ii).</text></clause></subparagraph>

<subparagraph id="HC416CF6088D74AFF8C3C5089AF674E97"
commented="no"><enum>(C)</enum><header>Examination of response
capacity</header><text>In examining the risks, costs, and impacts of emerging
infectious disease and a possible transnational pandemic under subparagraph (B), the
Director of National Intelligence shall also examine in the report under subparagraph
(A) the response capacity within affected countries and the international system. In
considering response capacity, the Director shall includeâ€"</text>

<clause id="H4EE2D4B38AD04A4BA661187D091B9398" commented="no"><enum>(i)</enum><text>the
ability of affected nations to effectively detect and manage emerging infectious
diseases and a possible transnational pandemic;</text></clause>

<clause id="H26585874F3BE4234B5C3A139174FDA39"
commented="no"><enum>(ii)</enum><text>the role and capacity of international
organizations and nongovernmental organizations to respond to emerging infectious
disease and a possible pandemic, and their ability to coordinate with affected and
donor nations; and</text></clause>

<clause id="HAEC304A3FCF14E5799BB4CA41418E7BE"
commented="no"><enum>(iii)</enum><text>the effectiveness of current international
frameworks, agreements, and health systems to respond to emerging infectious diseases
and a possible transnational pandemic.</text></clause></subparagraph></paragraph>

<paragraph id="H5B9B6DB212F44B6F9D538F545008A40D" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><header>Quinquennial briefings</header><text display-
inline="yes-display-inline">Beginning on the date that is 5 years after the date on
which the Director submits the report under paragraph (1), and every 5 years
thereafter, the Director shall provide to the congressional intelligence committees a
briefing that updates the matters contained in the report.</text></paragraph>

<paragraph id="H0C4273DAF70C453098BF90B27D58227E"
commented="no"><enum>(3)</enum><header>Form</header><text>The report under paragraph
(1) and the briefings under paragraph (2) may be classified.</text></paragraph>

<paragraph id="H14E1A281BD824F21A0A1678D24C53DF5"
commented="no"><enum>(4)</enum><header>Appropriate congressional committees
defined</header><text>In this subsection, the term <term>appropriate congressional
committees</term> meansâ€"</text>

<subparagraph id="HA3C0D21E07204ED4AAF74CDC58E665E1"
commented="no"><enum>(A)</enum><text>the congressional intelligence
committees;</text></subparagraph>
```

```
<subparagraph id="H2BF9C218F2994975A13F7BE620239D0B"
commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee
on Foreign Affairs, the Committee on Armed Services, the Committee on Energy and
Commerce, and the Committee on Appropriations of the House of Representatives;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H83F9165605DF4478B45512E389A2E3D0"><enum>(C)</enum><text display-inline="yes-
display-inline">the Committee on Foreign Relations, the Committee on Armed Services,
the Committee on Health, Education, Labor, and Pensions, and the Committee on
Appropriations of the Senate.</text></subparagraph></paragraph></subsection></section>

<section id="HE14D9B8958E8480EB0413B2346EF38F6"><enum>6723.</enum><header>Annual report
on memoranda of understanding between elements of intelligence community and other
entities of the United States Government regarding significant operational activities
or policy</header><text display-inline="no-display-inline">Section 311 of the
Intelligence Authorization Act for Fiscal Year 2017 (50 U.S.C. 3313) is
amendedâ€"</text>

<paragraph id="HF4103D6E7CB9443B83E52FB78CAA6366"><enum>(1)</enum><text>by
redesignating subsection (b) as subsection (c); and</text></paragraph>

<paragraph id="HE0AB14F2A79444A5A5438667D6CB10F0"><enum>(2)</enum><text>by striking
subsection (a) and inserting the following:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H4F6DF0423A644004BBFFA7C7EBCD7522"
style="OLC">

<subsection id="H3F492F1FA7034A91995D2FF85460AA57"><enum>(a)</enum><header>In
general</header><text>Each year, concurrent with the annual budget request submitted by
the President to Congress under section 1105 of title 31, United States Code, each head
of an element of the intelligence community shall submit to the congressional
intelligence committees a report that lists each memorandum of understanding or other
agreement regarding significant operational activities or policy entered into during
the most recently completed fiscal year between or among such element and any other
entity of the United States Government.</text></subsection>

<subsection id="H576308C35EF7408294F26EABFFD8CA3E"><enum>(b)</enum><header>Provision of
documents</header><text>Each head of an element of an intelligence community who
receives a request from the Select Committee on Intelligence of the Senate or the
Permanent Select Committee on Intelligence of the House of Representatives for a copy
of a memorandum of understanding or other document listed in a report submitted by the
head under subsection (a) shall submit to such committee the requested copy as soon as
practicable after receiving such request.</text></subsection></after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H33D63586260D4AE1A0CF116D14CE9CF1" section-type="subsequent-
section"><enum>6724.</enum><header display-inline="yes-display-inline">Study on the
feasibility of encrypting unclassified wireline and wireless telephone calls</header>

<subsection commented="no" display-inline="no-display-inline"
id="HCF9F3F0A1D764F339598881858A8AA0A"><enum>(a)</enum><header display-inline="yes-
display-inline">Study required</header><text display-inline="yes-display-inline">Not
later than 180 days after the date of the enactment of this Act, the Director of
National Intelligence shall complete and submit to the congressional intelligence
committees a study on the feasibility of encrypting unclassified wireline and wireless
telephone calls between personnel in the intelligence community.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC1C23968B417444B80B7FF04985E7DEA"><enum>(b)</enum><header display-inline="yes-
display-inline">Briefing</header><text display-inline="yes-display-inline">Not later
than 90 days after the date on which the Director submits the study required by
subsection (a), the Director shall provide to the congressional intelligence committees
a briefing on the Director's findings with respect to such
study.</text></subsection></section>

<section display-inline="no-display-inline"
id="HE52693724CA34C11B78657480D55C9F"><enum>6725.</enum><header>Reports on
intelligence community loan repayment and related programs</header>
```

```
<subsection id="HF99CE368B96646D2905A89BD3E13F641"><enum>(a)</enum><header>Sense of
Congress</header><text display-inline="yes-display-inline">It is the sense of Congress
thatâ€"</text>

<paragraph id="H999C193623DE49B9BA4D2078BE3050FE"><enum>(1)</enum><text display-
inline="yes-display-inline">there should be established, through the issuing of an
Intelligence Community Directive or otherwise, an intelligence-community-wide program
for student loan repayment, student loan forgiveness, financial counseling, and related
matters, for employees of the intelligence community;</text></paragraph>

<paragraph id="H731EF7EF666043AD8AEC77B915795A0F"><enum>(2)</enum><text display-
inline="yes-display-inline">creating such a program would enhance the ability of the
elements of the intelligence community to recruit, hire, and retain highly qualified
personnel, including with respect to mission-critical and hard-to-fill
positions;</text></paragraph>

<paragraph id="H5A155C618ADB4DBD940885888A20F624"><enum>(3)</enum><text>such a program,
including with respect to eligibility requirements, should be designed so as to
maximize the ability of the elements of the intelligence community to recruit, hire,
and retain highly qualified personnel, including with respect to mission-critical and
hard-to-fill positions; and</text></paragraph>

<paragraph id="HC8B862060A02486D973278470EDDB6CE"><enum>(4)</enum><text display-
inline="yes-display-inline">to the extent possible, such a program should be uniform
throughout the intelligence community and publicly promoted by each element of the
intelligence community to both current employees of the element as well as to
prospective employees of the element.</text></paragraph></subsection>

<subsection id="H9A34E83FB1314862BBA166A6AD8EAA12"><enum>(b)</enum><header>Report on
potential intelligence community-Wide program</header>

<paragraph id="H238F24B9D36C495BA43EE6543FA9E493"><enum>(1)</enum><header>In
general</header><text>Not later than 180 days after the date of the enactment of this
Act, the Director of National Intelligence, in cooperation with the heads of the
elements of the intelligence community and the heads of any other appropriate
department or agency of the Federal Government, shall submit to the congressional
intelligence committees a report on potentially establishing and carrying out an
intelligence-community-wide program for student loan repayment, student loan
forgiveness, financial counseling, and related matters, as described in subsection
(a).</text></paragraph>

<paragraph id="H1FFE10AD71FA47FCAA470601BE4141EE"><enum>(2)</enum><header>Matters
included</header><text>The report under paragraph (1) shall include, at a minimum, the
following:</text>

<subparagraph id="H3F5994A77523402EB1BE06C3D640D840"><enum>(A)</enum><text>A
description of the financial resources that the elements of the intelligence community
would require to establish and initially carry out the program specified in paragraph
(1).</text></subparagraph>

<subparagraph id="H9E4CD7C237E84BE5A87F3B60EAEC194D"><enum>(B)</enum><text display-
inline="yes-display-inline">A description of the practical steps to establish and carry
out such a program.</text></subparagraph>

<subparagraph id="H9264E923B21B4A8AAF2DEF34722052B6"><enum>(C)</enum><text>The
identification of any legislative action the Director determines necessary to establish
and carry out such a program.</text></subparagraph></paragraph></subsection>

<subsection id="HDC5D7737E0C048F7B1D435BEE9D00234"><enum>(c)</enum><header>Annual
reports on established programs</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H1F35CF7D7BEC4720BEAC3F36F0C90E11"><enum>(1)</enum><header>Covered programs
defined</header><text display-inline="yes-display-inline">In this subsection, the term
<term>covered programs</term> means any loan repayment program, loan forgiveness
program, financial counseling program, or similar program, established pursuant to
title X of the National Security Act of 1947 (50 U.S.C. 3191 et seq.) or any other
provision of law that may be administered or used by an element of the intelligence
community.</text></paragraph>

<paragraph id="HA7A346F531A3463992B0E7B88F2CCD13"><enum>(2)</enum><header>Annual
```

reports required</header><text>Not less frequently than once each year, the Director of National Intelligence shall submit to the congressional intelligence committees a report on the covered programs. Each such report shall include, with respect to the period covered by the report, the following:</text>

<subparagraph id="H438409BF0FC0402586CABB5EDD3AF7A2"><enum>(A)</enum><text>The number of personnel from each element of the intelligence community who used each covered program.</text></subparagraph>

<subparagraph id="H1C56799738E346198921350FD921B3B2"><enum>(B)</enum><text>The total amount of funds each element expended for each such program.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA466136D242F476AB0BFBCD92D5232FC"><enum>(C)</enum><text display-inline="yes-display-inline">A description of the efforts made by each element to promote each covered program pursuant to both the personnel of the element of the intelligence community and to prospective personnel.</text></subparagraph></paragraph></subsection></section>

<section id="H826C5803723C4967BF41B9507C65A9B0"><enum>6726.</enum><header>Repeal of certain reporting requirements</header>

<subsection id="H0AE3C67019DE4616AF103D8CA4D69020"><enum>(a)</enum><header>Correcting long-Standing material weaknesses</header><text display-inline="yes-display-inline">Section 368 of the Intelligence Authorization Act for Fiscal Year 2010 (Public Law 110â€"259; 50 U.S.C. 3051 note) is hereby repealed.</text></subsection>

<subsection id="H16D3197A1C024DDEAA1F2A70EBC3A73C"><enum>(b)</enum><header>Interagency threat assessment and coordination group</header><text>Section 210D of the Homeland Security Act of 2002 (6 U.S.C. 124k) is amendedâ€"</text>

<paragraph id="HC84130EB6E5D4C05B978DC9A334052A3"><enum>(1)</enum><text>by striking subsection (c); and</text></paragraph>

<paragraph id="HF0B4E9E7663F4291A59C3651AC6CBADD"><enum>(2)</enum><text>by redesignating subsections (d) through (i) as subsections (c) through (h), respectively; and</text></paragraph>

<paragraph id="H35BF7DE45A744504A3FB94CC52AF91FF"><enum>(3)</enum><text>in subsection (c), as so redesignatedâ€"</text>

<subparagraph id="H4F9C868F3156426FB2086BEF665AA439"><enum>(A)</enum><text>in paragraph (8), by striking <quote>; and</quote> and inserting a period; and</text></subparagraph>

<subparagraph id="HEA49144A6105456FAFE836FA6602EDED"><enum>(B)</enum><text>by striking paragraph (9).</text></subparagraph></paragraph></subsection>

<subsection id="H1D211375CD11441C9C65BF15F6D181D0"><enum>(c)</enum><header>Inspector General report</header><text>Section 8H of the Inspector General Act of 1978 (5 U.S.C. App.) is amendedâ€"</text>

<paragraph id="H71B54C1EDEC040679931E5FF5D1A0314"><enum>(1)</enum><text>by striking subsection (g); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2F0C1DB5D5074EE9BFE3BB949BD0A2FD"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subsections (h) and (i) as subsections (g) and (h), respectively.</text></paragraph></subsection></section>

<section commented="no" id="H115B8CE564684B92AC4B10C86BDF03B1"><enum>6727.</enum><header>Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence</header>

<subsection commented="no" id="H26A9D66308434F68863436FA01D6D591"><enum>(a)</enum><header>Senior Executive Service position defined</header><text display-inline="yes-display-inline">In this section, the term <term>Senior Executive Service position</term> has the meaning given that term in section 3132(a)(2) of title 5, United States Code, and includes any position above the GSâ€"15, step 10, level of the General Schedule under section 5332 of such title.</text></subsection>

```
<subsection commented="no"
id="H53596756BEAA44D182C0B57FC53BC78F"><enum>(b)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 90 days after the date of the
enactment of this Act, the Inspector General of the Intelligence Community shall submit
to the congressional intelligence committees a report on the number of Senior Executive
Service positions in the Office of the Director of National
Intelligence.</text></subsection>

<subsection commented="no"
id="H14707DE3234D4128B9E3F30D2BE3B478"><enum>(c)</enum><header>Matters
included</header><text>The report under subsection (b) shall include the
following:</text>

<paragraph commented="no" id="HC683C6D9510B4ED696E546B2F3CDB050"><enum>(1)</enum><text
display-inline="yes-display-inline">The number of required Senior Executive Service
positions for the Office of the Director of National Intelligence.</text></paragraph>

<paragraph id="HF227AEFB385047489F5B99F84BC98B19"><enum>(2)</enum><text>Whether such
requirements are reasonably based on the mission of the Office.</text></paragraph>

<paragraph id="HA0CDE5C034CA4D4B9D4DBD37E8536CEF"><enum>(3)</enum><text display-
inline="yes-display-inline">A discussion of how the number of the Senior Executive
Service positions in the Office compare to the number of senior positions at comparable
organizations.</text></paragraph></subsection>

<subsection
id="H58ADCDA1EC2142B2821F59C4DF6ECC6A"><enum>(d)</enum><header>Cooperation</header><tex
t display-inline="yes-display-inline">The Director of National Intelligence shall
provide to the Inspector General of the Intelligence Community any information
requested by the Inspector General of the Intelligence Community that is necessary to
carry out this section by not later than 14 calendar days after the date on which the
Inspector General of the Intelligence Community makes such
request.</text></subsection></section>

<section id="H7F6F46529D68421C9779809702BE6B8D"><enum>6728.</enum><header>Briefing on
Federal Bureau of Investigation offering permanent residence to sources and
cooperators</header><text display-inline="no-display-inline">Not later than 30 days
after the date of the enactment of this Act, the Director of the Federal Bureau of
Investigation shall provide to the congressional intelligence committees a briefing on
the ability of the Federal Bureau of Investigation to offer, as an inducement to
assisting the Bureau, permanent residence within the United States to foreign
individuals who are sources or cooperators in counterintelligence or other national-
security-related investigations. The briefing shall address the following:</text>

<paragraph id="HD2A52E003E16436F934C3D8562EB2CAB"><enum>(1)</enum><text>The extent to
which the Bureau may make such offers, whether independently or in conjunction with
other agencies and departments of the United States Government, including a discussion
of the authorities provided by section 101(a)(15)(S) of the Immigration and Nationality
Act (8 U.S.C. 1101(a)(15)(S)), section 7 of the Central Intelligence Agency Act (50
U.S.C. 3508), and any other provision of law under which the Bureau may make such
offers.</text></paragraph>

<paragraph id="H1583DBADF874403A84BFCFE4A43BBD0E"><enum>(2)</enum><text>An overview of
the policies and operational practices of the Bureau with respect to making such
offers.</text></paragraph>

<paragraph id="HC1BF2D7C636C4E56BCA284E7F879D711"><enum>(3)</enum><text>The sufficiency
of such policies and practices with respect to inducing individuals to cooperate with,
serve as sources for such investigations, or both.</text></paragraph>

<paragraph id="H1C643202C7F54A7ABC2613C0C7591A6B"><enum>(4)</enum><text>Whether the
Director recommends any legislative actions to improve such policies and practices,
particularly with respect to the counterintelligence efforts of the
Bureau.</text></paragraph></section>

<section id="HA66CD97902704FA8BA8034698D429E47"><enum>6729.</enum><header>Intelligence
assessment of North Korea revenue sources</header>

<subsection id="H6A8A01090F6549FF91485611B17A2617"><enum>(a)</enum><header>Assessment
required</header><text display-inline="yes-display-inline">Not later than 180 days
```

after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Assistant Secretary of State for Intelligence and Research and the Assistant Secretary of the Treasury for Intelligence and Analysis, shall produce an intelligence assessment of the revenue sources of the North Korean regime. Such assessment shall include revenue from the following sources:</text>

<paragraph id="H0C91A580FBBE4B868D5D984FAF275B69"><enum>(1)</enum><text>Trade in coal, iron, and iron ore.</text></paragraph>

<paragraph id="HE11EF79C6BFE49AF955962F1301177FF"><enum>(2)</enum><text>The provision of fishing rights to North Korean territorial waters.</text></paragraph>

<paragraph id="H944782FCD2034E3E8744DF6031EBB1C4"><enum>(3)</enum><text>Trade in gold, titanium ore, vanadium ore, copper, silver, nickel, zinc, or rare earth minerals, and other stores of value.</text></paragraph>

<paragraph id="HECDE2026A30F42A4BE100CA0CE2334C4"><enum>(4)</enum><text>Trade in textiles.</text></paragraph>

<paragraph id="H8F40C0BAA8B342F394FE952AE00FBE09"><enum>(5)</enum><text>Sales of conventional defense articles and services.</text></paragraph>

<paragraph id="HCF623B7FB1B54DEAB134AD61841785C5"><enum>(6)</enum><text>Sales of controlled goods, ballistic missiles, and other associated items.</text></paragraph>

<paragraph id="H815FC69FFE9A46E29173774B86776B35"><enum>(7)</enum><text>Other types of manufacturing for export, as the Director of National Intelligence considers appropriate.</text></paragraph>

<paragraph id="H998F4C271E114AA49B79D00480024FDB"><enum>(8)</enum><text>The exportation of workers from North Korea in a manner intended to generate significant revenue, directly or indirectly, for use by the government of North Korea.</text></paragraph>

<paragraph id="H97ED0BFB9F5B4BE398BFD659E9C53DA8"><enum>(9)</enum><text>The provision of nonhumanitarian goods (such as food, medicine, and medical devices) and services by other countries.</text></paragraph>

<paragraph id="HB98D919CD0E14887A23E6929A586270B"><enum>(10)</enum><text>The provision of services, including banking and other support, including by entities located in the Russian Federation, China, and Iran.</text></paragraph>

<paragraph id="HC96ABF30663D43DAAD5B4D4359611228"><enum>(11)</enum><text>Online commercial activities of the Government of North Korea, including online gambling.</text></paragraph>

<paragraph id="HD2EFF55F91C145A982CC0E9D31319582"><enum>(12)</enum><text>Criminal activities, including cyber-enabled crime and counterfeit goods.</text></paragraph></subsection>

<subsection id="H5E9F6827F0A4422C935464514F9F2E78"><enum>(b)</enum><header>Elements</header><text>The assessment required under subsection (a) shall include an identification of each of the following:</text>

<paragraph id="H1729594EA46E42E6A24DD63BCD948888"><enum>(1)</enum><text>The sources of North Korea's funding.</text></paragraph>

<paragraph id="HA099D9CE0E1341658D99C27E644FE6C0"><enum>(2)</enum><text>Financial and nonfinancial networks, including supply chain management, transportation, and facilitation, through which North Korea accesses the United States and international financial systems and repatriates and exports capital, goods, and services; and</text></paragraph>

<paragraph id="HF11D2FBB1479484D8BABA3283902B50E"><enum>(3)</enum><text>the global financial institutions, money services business, and payment systems that assist North Korea with financial transactions.</text></paragraph></subsection>

<subsection id="HE6D7B0EE558647BCA49E7D2CA67ECA70"><enum>(c)</enum><header>Submittal to congress</header><text display-inline="yes-display-inline">Upon completion of the assessment required under subsection (a), the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a

```
copy of such assessment.</text></subsection></section>

<section id="HC557C2E6CCC4435F89C9FAA916840E78"><enum>6730.</enum><header>Report on
possible exploitation of virtual currencies by terrorist actors</header>

<subsection id="H918568B6F9BB40EC87B7C019AC952D78"><enum>(a)</enum><header>Short
title</header><text>This section may be cited as the <quote><short-title>Stop Terrorist
Use of Virtual Currencies Act</short-title></quote>.</text></subsection>

<subsection
id="H7DA04B98B36247DB86E484BAFC42A217"><enum>(b)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 1 year after the date of the
enactment of this Act, the Director of National Intelligence, in consultation with the
Secretary of the Treasury and the Under Secretary of Homeland Security for Intelligence
and Analysis, shall submit to Congress a report on the possible exploitation of virtual
currencies by terrorist actors. Such report shall include the following
elements:</text>

<paragraph id="HDAD530755C8145AAA48BF5B8A9E96973"><enum>(1)</enum><text display-
inline="yes-display-inline">An assessment of the means and methods by which
international terrorist organizations and State sponsors of terrorism use virtual
currencies.</text></paragraph>

<paragraph id="HAFDBBF2E438E42B293E7EA06E0D59913"><enum>(2)</enum><text display-
inline="yes-display-inline">An assessment of the use by terrorist organizations and
state sponsors of terrorism of virtual currencies compared to the use by such
organizations and states of other forms of financing to support operations, including
an assessment of the collection posture of the intelligence community on the use of
virtual currencies by such organizations and states.</text></paragraph>

<paragraph id="H7D545464832D411DB32750D00DCF4AEC"><enum>(3)</enum><text display-
inline="yes-display-inline">A description of any existing legal impediments that
inhibit or prevent the intelligence community from collecting information on or helping
prevent the use of virtual currencies by international terrorist organizations and
state sponsors of terrorism and an identification of any gaps in existing law that
could be exploited for illicit funding by such organizations and
States.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HFAD1CF1C3181462B8193D969CBB8544A"><enum>(c)</enum><header>Form of
report</header><text>The report required by subsection (b) shall be submitted in
unclassified form, but may include a classified annex.</text></subsection>

<subsection
id="H213BEE58D1BD494E880569A34950CE68"><enum>(d)</enum><header>Dissemination to State
and local partners</header><text>Consistent with the protection of classified and
confidential unclassified information, the Under Secretary shall share the report
required by subsection (b) with State, local, and regional officials who operate within
State, local, and regional fusion centers through the Department of Homeland Security
State, Local, and Regional Fusion Center Initiative established in section 210A of the
Homeland Security Act of 2002 (6 U.S.C. 124h).</text></subsection></section></subtitle>

<subtitle id="HE8F1ADC6F86E471EB57AE5BD3591E3DC"><enum>C</enum><header>Other
matters</header>

<section commented="no" display-inline="no-display-inline"
id="HE1AA8A7332B34F34B94E08D1ED4A67CA"><enum>6741.</enum><header display-inline="yes-
display-inline">Public Interest Declassification Board</header>

<subsection id="HE151296C1A9841A984CF446B3D774B8E"
commented="no"><enum>(a)</enum><header>Meetings</header><text display-inline="yes-
display-inline">Section 703(e) of the Public Interest Declassification Act of 2000
(Public Law 106â€"567; 50 U.S.C. 3161 note) is amended by striking
<quote>funds.</quote> and inserting <quote>funds, but shall meet in person not less
frequently than on a quarterly basis.</quote>. </text></subsection>

<subsection id="H1D6F29B1AC114436B20C78E0721A5B35"
commented="no"><enum>(b)</enum><header>Removal of sunset</header><text display-
inline="yes-display-inline">Section 710 of the Public Interest Declassification Act of
2000 (Public Law 106â€"567; 50 U.S.C. 3161 note) is amendedâ€"</text>
```

```
<paragraph id="H8EEB3AE761BC42EE97055FB6B7AE6528"
commented="no"><enum>(1)</enum><text>by striking subsection (b);</text></paragraph>

<paragraph id="H3B4E257B0BD145AA98CFB599158845E3"
commented="no"><enum>(2)</enum><text>in the section heading, by striking
<quote><header-in-text level="section" style="OLC">; Sunset</header-in-text></quote>;
and</text></paragraph>

<paragraph id="HC683781A43F4405EB66DA3BD0A0160B8"
commented="no"><enum>(3)</enum><text>by striking <quote>(a) <header-in-text
level="subsection" style="OLC">Effective date.â€"</header-in-
text></quote>.</text></paragraph></subsection>

<subsection id="HEF417CD00BDF4E369DD99184E8860260"
commented="no"><enum>(c)</enum><header>Status of Board</header><text display-
inline="yes-display-inline">Notwithstanding section 710(b) of the Public Interest
Declassification Act of 2000 (Public Law 106â€"567; 50 U.S.C. 3161 note) as in effect
on the day before the date of the enactment of this Actâ€"</text>

<paragraph id="HBA81838E358F4E0CAD6323BE73E45321"
commented="no"><enum>(1)</enum><text>the Public Interest Declassification Board shall
be deemed to not have terminated for purposes of the appointment of members to the
Board;</text></paragraph>

<paragraph id="H198AB7B5BF224E79AED3D7638A3AD817" commented="no"><enum>(2)</enum><text
display-inline="yes-display-inline">section 703(h) of such Act shall not apply with
respect to the period beginning on December 31, 2018, and ending on the day before the
date of the enactment of this Act; and </text></paragraph>

<paragraph id="HE9872B65B86A4B63911472D1B1B88E67"
commented="no"><enum>(3)</enum><text>the length of the terms of the members serving on
the Board as of December 30, 2018, shall be calculated by not counting the period
specified in paragraph (2).</text></paragraph></subsection></section>

<section id="H57F8EFBBC8DB4C61B8E9D358B28B8075"><enum>6742.</enum><header>Technical and
clerical amendments to the National Security Act of 1947</header>

<subsection id="HE296EA67401547FBB1D269CFA8812648"><enum>(a)</enum><header>Table of
contents</header><text display-inline="yes-display-inline">The table of contents at the
beginning of the National Security Act of 1947 (50 U.S.C. 3001 et seq.) is
amendedâ€"</text>

<paragraph id="HFF9F4BF0DDFA4012A4F414DF7475573A"><enum>(1)</enum><text>by inserting
after the item relating to section 2 the following new item:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="HCD86DFF8019F4827BFD7238AABE67CE0"
style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 3. Definitions.</toc-entry></toc><after-quoted-
block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H54066E14FE274511955DC3BE4105D2B0"><enum>(2)</enum><text>by striking the
item relating to section 107;</text></paragraph>

<paragraph id="HA9526253C3B34FEAB28741A3455CBA59"><enum>(3)</enum><text>by striking the
item relating to section 113B and inserting the following new item:</text></paragraph>

<quoted-block display-inline="no-display-inline" id="H031C8A6CA809447B86B5B3EC894441DD"
style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 113B. Special pay authority for science, technology,
engineering, or mathematics positions.</toc-entry></toc><after-quoted-block>;</after-
quoted-block></quoted-block></paragraph>

<paragraph id="HD1045AFBF12643E4A7E19316291640B8"><enum>(4)</enum><text>by striking the
items relating to sections 202, 203, 204, 208, 209, 210, 211, 212, 213, and 214;
and</text></paragraph>
```

WASHSTATEC016272

```
<paragraph id="HC3A268312F1C42DDA960A75374F0544A"><enum>(5)</enum><text>by inserting
after the item relating to section 311 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HDA25D4E1FCF44C62A9E64E32A7AF30C2"
style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 312. Repealing and saving provisions.</toc-
entry></toc><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection id="H59F446B3C6374E8D8BC2EECC7D52946B"><enum>(b)</enum><header>Other
technical corrections</header><text>Such Act is further amendedâ€"</text>

<paragraph id="HA9711A5A028A42FC82AB6C8370E5B1DB"><enum>(1)</enum><text>in section
102Aâ€"</text>

<subparagraph id="HBE19012F9FA54CAAA4A30818A30DEF75"><enum>(A)</enum><text>in
subparagraph (G) of paragraph (1) of subsection (g), by moving the margins of such
subparagraph 2 ems to the left; and</text></subparagraph>

<subparagraph id="H395050743A6943B2B469CC2036DDD1B9"><enum>(B)</enum><text>in paragraph
(3) of subsection (v), by moving the margins of such paragraph 2 ems to the
left;</text></subparagraph></paragraph>

<paragraph id="H026A5FDA757B46729EC70E2DD686EC6F"><enum>(2)</enum><text display-
inline="yes-display-inline">in section 106â€"</text>

<subparagraph id="H21500911381548D3B86E78BEB1D1438C"><enum>(A)</enum><text>by inserting
<quote>Sec. 106.</quote> before <quote>(a)</quote> and conforming the typeface and
typestyle accordingly; and</text></subparagraph>

<subparagraph id="H2B2CEE9E37764D14B8E3A96F43DC08F3"><enum>(B)</enum><text>in
subparagraph (I) of paragraph (2) of subsection (b), by moving the margins of such
subparagraph 2 ems to the left;</text></subparagraph></paragraph>

<paragraph commented="no"
id="HBE3EE02A487F4402B2F7954EE99C07FA"><enum>(3)</enum><text>by striking section
107;</text></paragraph>

<paragraph id="H89E2B4F35B3A4F5790DA63DD2D4A437E"><enum>(4)</enum><text>in section
108(c), by striking <quote>in both a classified and an unclassified form</quote> and
inserting <quote>to Congress in classified form, but may include an unclassified
summary</quote>;</text></paragraph>

<paragraph id="HE04F25FEDA584DCAB8DBDA4D7089982E"><enum>(5)</enum><text>in section
112(c)(1), by striking <quote>section 103(c)(7)</quote> and inserting <quote>section
102A(i)</quote>;</text></paragraph>

<paragraph commented="no" id="H125F7C76650F44AF91B3D47F227C68E8"><enum>(6)</enum><text
display-inline="yes-display-inline">by amending section 201 to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H749415ECBD53460E95E07C92830520C6"
style="OLC">

<section commented="no"
id="HA7CC317E4D7F41FAAEFA320C41961803"><enum>201.</enum><header>Department of
Defense</header><text display-inline="no-display-inline">Except to the extent
inconsistent with the provisions of this Act or other provisions of law, the provisions
of title 5, United States Code, shall be applicable to the Department of
Defense.</text></section><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph>

<paragraph id="HD075CA68CE4E4DBBBC40A29B9A47BD69"><enum>(7)</enum><text>in section 205,
by redesignating subsections (b) and (c) as subsections (a) and (b),
respectively;</text></paragraph>

<paragraph id="HE97E33A4A5294AE9B2AB6981ED42924C"><enum>(8)</enum><text>in section 206,
by striking <quote>(a)</quote>;</text></paragraph>

<paragraph id="H2B6C2A1E84D34CE7BFFA2829C8AAD8CE"><enum>(9)</enum><text>in section 207,
```

by striking <quote>(c)</quote>;</text></paragraph>

<paragraph id="H09B2B2119ACD4C7FAE39B4E06B2CA9F0"><enum>(10)</enum><text>in section
308(a), by striking <quote>this Act</quote> and inserting <quote>sections 2, 101, 102,
103, and 303 of this Act</quote>;</text></paragraph>

<paragraph id="H3F8EC7A9690440538D0C3A4DFEF91CBC"><enum>(11)</enum><text>by
redesignating section 411 as section 312;</text></paragraph>

<paragraph id="H049F6744D2164024B287D817A2C394AE"><enum>(12)</enum><text>in section
503â€"</text>

<subparagraph id="H6BB0A06A9BFA47E8A72AD3BBD80DBA3C"><enum>(A)</enum><text>in paragraph
(5) of subsection (c)â€"</text>

<clause id="HF3CD079C27CB4A7AB5218483B23B5178"><enum>(i)</enum><text>by moving the
margins of such paragraph 4 ems to the left; and</text></clause>

<clause id="H88E6A8B6A46A40A591B99BCF2394E16E"><enum>(ii)</enum><text>by moving the
margins of subparagraph (B) of such paragraph 2 ems to the left;
and</text></clause></subparagraph>

<subparagraph id="HA77D3B4CFB5C4D9492E8CF1038F953CA"><enum>(B)</enum><text>in paragraph
(2) of subsection (d), by moving the margins of such paragraph 2 ems to the left;
and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H32E70088D51C431B93596B16ABB629E1"><enum>(13)</enum><text>in subparagraph (B) of
paragraph (3) of subsection (a) of section 504, by moving the margins of such
subparagraph 2 ems to the right.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HA06794052EDA4EA892895CB851C5B036" section-type="subsequent-
section"><enum>6743.</enum><header display-inline="yes-display-inline">Bug bounty
programs</header>

<subsection commented="no" display-inline="no-display-inline"
id="H5486E275732C40D9903F166EB6C0FD3A"><enum>(a)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H2B7B95E24AA34B82BFA93F7FB40D82CB"><enum>(1)</enum><header display-inline="yes-
display-inline">Appropriate committees of Congress</header><text display-inline="yes-
display-inline">The term <term>appropriate committees of Congress</term>
meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H50B6D79329454111B03714B15D315928"><enum>(A)</enum><text display-inline="yes-
display-inline">the congressional intelligence committees;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB4F5EDB74E3C4C56966228C912BBE3FD"><enum>(B)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services and the Committee on Homeland Security
and Governmental Affairs of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H623D92405B4D472C8561F3F22661483D"><enum>(C)</enum><text display-inline="yes-
display-inline">the Committee on Armed Services and the Committee on Homeland Security
of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H07D52324C0FB48E79F476B2B3E70A9F6"><enum>(2)</enum><header display-inline="yes-
display-inline">Bug bounty program</header><text display-inline="yes-display-
inline">The term <term>bug bounty program</term> means a program under which an
approved computer security specialist or security researcher is temporarily authorized
to identify and report vulnerabilities within the information system of an agency or
department of the United States in exchange for compensation.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8462689B7D244F9E9AFBF541C4601B37"><enum>(3)</enum><header display-inline="yes-
display-inline">Information system</header><text display-inline="yes-display-

```
inline">The term <term>information system</term> has the meaning given that term in
section 3502 of title 44, United States Code.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H27785BCCD7424D7BB681B7978FB7D76A"><enum>(b)</enum><header display-inline="yes-
display-inline">Bug bounty program plan</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HA5C3F0183598406BE2C7A60D208E395D"><enum>(1)</enum><header display-inline="yes-
display-inline">Requirement</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Secretary of Homeland
Security, in consultation with the Secretary of Defense, shall submit to appropriate
committees of Congress a strategic plan for appropriate agencies and departments of the
United States to implement bug bounty programs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFAB1F5110A4246A4A381C60AF3CEEBDA"><enum>(2)</enum><header display-inline="yes-
display-inline">Contents</header><text display-inline="yes-display-inline">The plan
required by paragraph (1) shall includeâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H27ED67228E814EDA8737782608DE7ABE"><enum>(A)</enum><text display-inline="yes-
display-inline">an assessment ofâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H67C1F1BEE33A434DA15007BFCBBF0F16"><enum>(i)</enum><text display-inline="yes-
display-inline">the <quote>Hack the Pentagon</quote> pilot program carried out by the
Department of Defense in 2016 and subsequent bug bounty programs in identifying and
reporting vulnerabilities within the information systems of the Department of Defense;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H1B7A8050899C4BBDABE9435DE4C32A0E"><enum>(ii)</enum><text display-inline="yes-
display-inline">private sector bug bounty programs, including such programs implemented
by leading technology companies in the United States;
and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H761ADC9EF37845ABBCDC0AD6862B4627"><enum>(B)</enum><text display-inline="yes-
display-inline">recommendations on the feasibility of initiating bug bounty programs at
appropriate agencies and departments of the United
States.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD6F22D67E3D440E4BA34B4330B4BC05F" section-type="subsequent-
section"><enum>6744.</enum><header display-inline="yes-display-inline">Technical
amendments related to the Department of Energy</header>

<subsection commented="no" display-inline="no-display-inline"
id="H67CC6E570CCA44689A741CB31163EEEF"><enum>(a)</enum><header display-inline="yes-
display-inline">National Nuclear Security Administration Act</header><text display-
inline="yes-display-inline">Section 3233(b) of the National Nuclear Security
Administration Act (50 U.S.C. 2423(b)) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H9B1EEA068EDD4E40A57FFDD1BB0710DA"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking <quote>Administration</quote> and inserting
<quote>Department</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD26B1D15CF94432DB088537112CDC1D8"><enum>(2)</enum><text display-inline="yes-
display-inline">by inserting <quote>Intelligence and</quote> after <quote>the Office
of</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HF276C392E2E24395A04EFFF65C107C28"><enum>(b)</enum><header display-inline="yes-
display-inline">Atomic Energy Defense Act</header><text display-inline="yes-display-
inline">Section 4524(b)(2) of the Atomic Energy Defense Act (50 U.S.C. 2674(b)(2)) is
amended by inserting <quote>Intelligence and</quote> after <quote>The Director
of</quote>.</text></subsection>
```

WASHSTATEC016275

```
<subsection commented="no" display-inline="no-display-inline"
id="H7840411D4B674A3D92E669A560192197"><enum>(c)</enum><header display-inline="yes-
display-inline">National Security Act of 1947</header><text display-inline="yes-
display-inline">Paragraph (2) of section 106(b) of the National Security Act of 1947
(50 U.S.C. 3041(b)(2)) is amended€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H90A64EAAA8AD4848B4164DAB4F5F99F8"><enum>(1)</enum><text display-inline="yes-
display-inline">in subparagraph (E), by inserting <quote>and
Counterintelligence</quote> after <quote>Office of
Intelligence</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H068457EFF9B54E9D8F4B2D96C807C606"><enum>(2)</enum><text display-inline="yes-
display-inline">by striking subparagraph (F); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1DFADA3AF798495B9C0FCC4C14428981"><enum>(3)</enum><text display-inline="yes-
display-inline">by redesignating subparagraphs (G), (H), and (I) as subparagraphs (F),
(G), and (H), respectively.</text></paragraph></subsection></section>

<section id="H951FBA23494B4D91ADEF11E6EA075B90"><enum>6745.</enum><header>Sense of
Congress on notification of certain disclosures of classified information</header>

<subsection
id="H9BADA5526A494B0381CC85B2A446083A"><enum>(a)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H832FF5729D4946D59010A2994B198DEC"><enum>(1)</enum><header>Adversary
foreign government</header><text>The term <term>adversary foreign government</term>
means the government of any of the following foreign countries:</text>

<subparagraph id="HD34FED998F2242409CEE86249350B2C1"><enum>(A)</enum><text>North
Korea.</text></subparagraph>

<subparagraph
id="H2B526BFA7F3C45BA8CF31181B505C83D"><enum>(B)</enum><text>Iran.</text></subparagraph
>

<subparagraph
id="H45363757400446509FF5E7B0A24A7FC9"><enum>(C)</enum><text>China.</text></subparagrap
h>

<subparagraph
id="H75EE648D4C5A49309EC268BA2FFB34F3"><enum>(D)</enum><text>Russia.</text></subparagra
ph>

<subparagraph
id="H2750648032234CD6956AF2A8B31EDADE"><enum>(E)</enum><text>Cuba.</text></subparagraph
></paragraph>

<paragraph id="H2063D5473D93466CAEE44DEF20D1CD75"><enum>(2)</enum><header>Covered
classified information</header><text>The term <term>covered classified
information</term> means classified information that was€"</text>

<subparagraph id="HB3D4ED600D4C463887AD184FFAB48B0C"><enum>(A)</enum><text>collected by
an element of the intelligence community; or</text></subparagraph>

<subparagraph id="H1642322C4A0542B6B5325D6337F1D4EA"><enum>(B)</enum><text>provided by
the intelligence service or military of a foreign country to an element of the
intelligence community.</text></subparagraph></paragraph>

<paragraph id="HC2A101D1BEFD49A39D31C6A41FBE37F2"><enum>(3)</enum><header>Established
intelligence channels</header><text>The term <term>established intelligence
channels</term> means methods to exchange intelligence to coordinate foreign
intelligence relationships, as established pursuant to law by the Director of National
Intelligence, the Director of the Central Intelligence Agency, the Director of the
National Security Agency, or other head of an element of the intelligence
community.</text></paragraph>

<paragraph id="HEEA8D89ED71F4004AB415D6CD0F39329"><enum>(4)</enum><header>Individual in
the executive branch</header><text display-inline="yes-display-inline">The term
```

```
<term>individual in the executive branch</term> means any officer or employee of the
executive branch, including individualsâ€"</text>

<subparagraph id="H63A652B7F7FE4495AE0D2005721611E3"><enum>(A)</enum><text>occupying a
position specified in article II of the Constitution;</text></subparagraph>

<subparagraph id="H9F9CB8AEED104757B14BD5B1A2CD52CC"><enum>(B)</enum><text>appointed to
a position by an individual described in subparagraph (A); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H939EFE42A75F453E8D07278B8B06F3E7"><enum>(C)</enum><text>serving in the civil
service or the Senior Executive Service (or similar service for senior executives of
particular departments or agencies).</text></subparagraph></paragraph></subsection>

<subsection
id="HF949CD089B1D4B4487841A371C7347FC"><enum>(b)</enum><header>Findings</header><text
display-inline="yes-display-inline">Congress finds that section 502 of the National
Security Act of 1947 (50 U.S.C. 3092) requires elements of the intelligence community
to keep the congressional intelligence committees <quote>fully and currently
informed</quote> about all <quote>intelligence activities</quote> of the United States,
and to <quote>furnish to the congressional intelligence committees any information or
material concerning intelligence activities * * * which is requested by either of the
congressional intelligence committees in order to carry out its authorized
responsibilities.</quote></text></subsection>

<subsection id="H278C1E2E473B42E8BB6F83DCC0CCC32F"><enum>(c)</enum><header>Sense of
Congress</header><text display-inline="yes-display-inline">It is the sense of Congress
thatâ€"</text>

<paragraph id="H539212DD05BE4D9EA81C672C8BA9B0BE"><enum>(1)</enum><text display-
inline="yes-display-inline">section 502 of the National Security Act of 1947 (50 U.S.C.
3092), together with other intelligence community authorities, obligates an element of
the intelligence community to submit to the congressional intelligence committees
written notification, by not later than 7 days after becoming aware, that an individual
in the executive branch has disclosed covered classified information to an official of
an adversary foreign government using methods other than established intelligence
channels; and</text></paragraph>

<paragraph id="HAA2CAA3796714E5D8409503D7262BC03"><enum>(2)</enum><text>each such
notification should includeâ€"</text>

<subparagraph commented="no"
id="H836316D2812749FD8BC995388E21E582"><enum>(A)</enum><text display-inline="yes-
display-inline">the date and place of the disclosure of classified information covered
by the notification;</text></subparagraph>

<subparagraph commented="no"
id="H2130628BBC1745D8B7501F8A1FCD4091"><enum>(B)</enum><text>a description of such
classified information;</text></subparagraph>

<subparagraph commented="no"
id="H8C6AD92484B949749EF59A051B605A78"><enum>(C)</enum><text>identification of the
individual who made such disclosure and the individual to whom such disclosure was
made; and</text></subparagraph>

<subparagraph commented="no"
id="H786DC43F03904CD0846966368DCBFD85"><enum>(D)</enum><text>a summary of the
circumstances of such
disclosure.</text></subparagraph></paragraph></subsection></section>

<section id="H06202E76B5D04824BB95B12BCC6B9AF4"><enum>6746.</enum><header>Sense of
Congress on consideration of espionage activities when considering whether or not to
provide visas to foreign individuals to be accredited to a United Nations mission in
the United States</header><text display-inline="no-display-inline">It is the sense of
the Congress that the Secretary of State, in considering whether or not to provide a
visa to a foreign individual to be accredited to a United Nations mission in the United
States, should considerâ€"</text>

<paragraph id="HC46A340A76F44098AF3C064F6E282B26"><enum>(1)</enum><text display-
inline="yes-display-inline">known and suspected intelligence activities, espionage
activities, including activities constituting precursors to espionage, carried out by
```

WASHSTATEC016277

the individual against the United States, foreign allies of the United States, or foreign partners of the United States; and</text></paragraph>

<paragraph id="H24771794ED024D18AD75618196BC3A20"><enum>(2)</enum><text display-inline="yes-display-inline">the status of an individual as a known or suspected intelligence officer for a foreign adversary.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HF48721251FB34793AA8FFF67B5FB1C67" section-type="subsequent-section"><enum>6747.</enum><header display-inline="yes-display-inline">Sense of Congress on WikiLeaks</header><text display-inline="no-display-inline">It is the sense of Congress that WikiLeaks and the senior leadership of WikiLeaks resemble a nonstate hostile intelligence service often abetted by state actors and should be treated as such a service by the United States.</text></section></subtitle></title></subdivision></division>

<division id="HD98AC52D30A941DBA1DBB556A1D9F069"><enum>F</enum><header>Other Matters</header>

<title commented="no" id="H0C093F2F974D4201A98DA0F58620B615" level-type="subsequent" style="OLC"><enum>LXXI</enum><header display-inline="yes-display-inline">Sanctions with respect to North Korea</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H0C093F2F974D4201A98DA0F58620B615" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H44DF69B4E5CC4147A97C6D1B5EDE69B7" level="section">Sec.â€‚7101.â€‚Short title.</toc-entry>

<toc-entry idref="H7C85CE1BDEC548209D36A4BA2ADF35CA" level="subtitle">Subtitle Aâ€"Sanctions with respect to North Korea</toc-entry>

<toc-entry idref="HDF7C98DF75C7445F90C2E7EAA16F24AB" level="section">Sec.â€‚7111.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="HF6397D2C8B91475DA5C9087179D56BDB" level="section">Sec.â€‚7112.â€‚Definitions.</toc-entry>

<toc-entry idref="H83CEA2EC2ADE4AA58E94E873BCA9C096" level="part">Part Iâ€"Expansion of sanctions and related matters</toc-entry>

<toc-entry idref="HF6B36A5123A9403C88FF91E2B3B3FECE" level="section">Sec.â€‚7121.â€‚Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.</toc-entry>

<toc-entry idref="H60C3FA292BB045A4A3358A4BD3E52EB8" level="section">Sec.â€‚7122.â€‚Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016.</toc-entry>

<toc-entry idref="H15619872EE274AD580B828059120E856" level="section">Sec.â€‚7123.â€‚Extension of applicability period of proliferation prevention sanctions.</toc-entry>

<toc-entry idref="H78AB4F6D67FD4D4CB887C4BBF9F618ED" level="section">Sec.â€‚7124.â€‚Opposition to assistance by the international financial institutions.</toc-entry>

<toc-entry idref="H4307523D94784BDB81AA4AF128DFCB71" level="section">Sec.â€‚7125.â€‚Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism.</toc-entry>

<toc-entry idref="HC095A4BF28B448A1B4B4508EAF3D57AF" level="section">Sec.â€‚7126.â€‚Report and briefings on compliance, penalties, and technical assistance.</toc-entry>

<toc-entry idref="HC893B04EDE2F4A33A51E2D9BE387D1CA" level="section">Sec.â€‚7127.â€‚Sense of Congress on identification and blocking of property of North Korean officials.</toc-entry>

<toc-entry idref="H78B4E39009824D1E8FF5BB7B667CA2BB" level="section">Sec.â€‚7128.â€‚Modification of report on implementation of United

Nations Security Council resolutions by other governments.</toc-entry>

<toc-entry idref="H53FFC418052A46998464A71261AA4198"
level="section">Sec.â€‚7129.â€‚Report on use by the Government of North Korea of
beneficial ownership rules to access the international financial system.</toc-entry>

<toc-entry idref="H6435ACB9F0554E5187060DAED6342059" level="part">Part
IIâ€"Congressional review and oversight</toc-entry>

<toc-entry idref="H8E625325C1964EA291A4C70249D3BB69"
level="section">Sec.â€‚7131.â€‚Notification of termination or suspension of
sanctions.</toc-entry>

<toc-entry idref="H3AFFEAAB7D02498AB2BD71812D984443"
level="section">Sec.â€‚7132.â€‚Reports on certain licensing actions.</toc-entry>

<toc-entry idref="H89CDF0080452407D8145B39208462695"
level="section">Sec.â€‚7133.â€‚Report and briefings on financial networks and financial
methods of the Government of North Korea.</toc-entry>

<toc-entry idref="H5A0781D842F8409F907CDE0D4E602CAB"
level="section">Sec.â€‚7134.â€‚Report on countries of concern with respect to
transshipment, reexportation, or diversion of certain items to North Korea.</toc-entry>

<toc-entry idref="HFD2E671879704FFCA2E295384EF3562A" level="part">Part IIIâ€"General
matters</toc-entry>

<toc-entry idref="H3B64087F9F64418386D454D2AA7874E1"
level="section">Sec.â€‚7141.â€‚Rulemaking.</toc-entry>

<toc-entry idref="HB89452CFA7104F7CBAA20E65EDC3485F"
level="section">Sec.â€‚7142.â€‚Authority to consolidate reports.</toc-entry>

<toc-entry idref="H0AE198741DBA460A81982E9911B79EB9"
level="section">Sec.â€‚7143.â€‚Waivers, exemptions, and termination.</toc-entry>

<toc-entry idref="H4A3326A5F6D94B94A9D9D687C189A2DC"
level="section">Sec.â€‚7144.â€‚Procedures for review of classified and certain other
information.</toc-entry>

<toc-entry idref="HD38BEB76CC4C4E43B0E7934710BDD923"
level="section">Sec.â€‚7145.â€‚Briefing on resourcing of sanctions programs.</toc-
entry>

<toc-entry idref="HABB1AF76D2BF46509794CDCD0C015565"
level="section">Sec.â€‚7146.â€‚Briefing on proliferation financing.</toc-entry>

<toc-entry idref="HD3C7774FD46B4A9FB7F9EDDA872B07CD"
level="section">Sec.â€‚7147.â€‚Exception relating to importation of goods.</toc-entry>

<toc-entry idref="H43045D7D917243C79794A63A0B77A2C5" level="subtitle">Subtitle
Bâ€"Financial industry guidance to halt trafficking</toc-entry>

<toc-entry idref="HE45E375426414637B294E47F5A4A0C77"
level="section">Sec.â€‚7151.â€‚Short title.</toc-entry>

<toc-entry idref="HC20EA4DDD18947C082A8928BE0F4901A"
level="section">Sec.â€‚7152.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="H330B5197AA46432F97DE7AFB323D7097"
level="section">Sec.â€‚7153.â€‚Coordination of human trafficking issues by the Office
of Terrorism and Financial Intelligence.</toc-entry>

<toc-entry idref="H4B4BCE3E4E944B169A2554C1D3A79AE8"
level="section">Sec.â€‚7154.â€‚Strengthening the role of anti-money laundering and
other financial tools in combating human trafficking.</toc-entry>

<toc-entry idref="HA98756C4C812455583C06E42B76B5FE7"
level="section">Sec.â€‚7155.â€‚Sense of Congress on resources to combat human
trafficking.</toc-entry> </toc>

<section commented="no" display-inline="no-display-inline"
id="H44DF69B4E5CC4147A97C6D1B5EDE69B7" section-type="subsequent-

section"><enum>7101.</enum><header display-inline="yes-display-inline">Short
title</header><text display-inline="no-display-inline">This title may be cited as the
<quote><short-title>Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of
2019</short-title></quote>.</text></section>

<subtitle commented="no" id="H7C85CE1BDEC548209D36A4BA2ADF35CA" level-type="subsequent"
style="OLC"><enum>A</enum><header display-inline="yes-display-inline">Sanctions with
respect to North Korea</header>

<section commented="no" display-inline="no-display-inline"
id="HDF7C98DF75C7445F90C2E7EAA16F24AB" section-type="subsequent-
section"><enum>7111.</enum><header display-inline="yes-display-inline">Sense of
Congress</header><text display-inline="no-display-inline">It is the sense of Congress
thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HD72B4CA7B7784E2DA79887CD5988F332"><enum>(1)</enum><text display-inline="yes-
display-inline">the United States is committed to working with its allies and partners
to halt the nuclear and ballistic missile programs of North Korea through a policy of
maximum pressure and diplomatic engagement;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5485A48AB7F044F1AF1444DFAC7D8D08"><enum>(2)</enum><text display-inline="yes-
display-inline">the imposition of sanctions, including those under this title, should
not be construed to limit the authority of the President to fully engage in diplomatic
negotiations to further the policy objective described in paragraph
(1);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0D5A3BFBCB2845379399C3262874C866"><enum>(3)</enum><text display-inline="yes-
display-inline">the successful use of sanctions to halt the nuclear and ballistic
missile programs of North Korea is part of a broader diplomatic and economic strategy
that relies on effective coordination among relevant Federal agencies and officials, as
well as with international partners of the United States; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H64B3642198784429834011FDB6C42F6C"><enum>(4)</enum><text display-inline="yes-
display-inline">the coordination described in paragraph (3) should include proper
vetting of external messaging and communications from all parts of the Executive branch
to ensure that those communications are an intentional component of and aligned with
the strategy of the United States with respect to North
Korea.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HF6397D2C8B91475DA5C9087179D56BDB" section-type="subsequent-
section"><enum>7112.</enum><header display-inline="yes-display-
inline">Definitions</header><text display-inline="no-display-inline">In this subtitle,
the terms <term>applicable Executive order</term>, <term>applicable United Nations
Security Council resolution</term>, <term>appropriate congressional committees</term>,
<term>Government of North Korea</term>, <term>North Korea</term>, <term>North Korean
financial institution</term>, and <term>North Korean person</term> have the meanings
given those terms in section 3 of the North Korea Sanctions and Policy Enhancement Act
of 2016 (22 U.S.C. 9202).</text></section>

<part commented="no" id="H83CEA2EC2ADE4AA58E94E873BCA9C096" level-type="subsequent"
style="OLC"><enum>I</enum><header display-inline="yes-display-inline">Expansion of
sanctions and related matters</header>

<section commented="no" display-inline="no-display-inline"
id="HF6B36A5123A9403C88FF91E2B3B3FECE" section-type="subsequent-
section"><enum>7121.</enum><header display-inline="yes-display-inline">Sanctions with
respect to foreign financial institutions that provide financial services to certain
sanctioned persons</header>

<subsection commented="no" display-inline="no-display-inline"
id="H8EDD13C6BCBC45D4BE1A74F233D1A1E6"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Title II
of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9221 et
seq.) is amended by inserting after section 201A the following:</text>

WASHSTATEC016280

```
<quoted-block display-inline="no-display-inline" id="HE38B63127BFD4DE5B3365EFBC0486D68"
style="OLC">

<section commented="no" display-inline="no-display-inline"
id="HCE834B8C6AD44779BC67B84DD797226F" section-type="subsequent-
section"><enum>201B.</enum><header display-inline="yes-display-inline">Sanctions with
respect to foreign financial institutions that provide financial services to certain
sanctioned persons</header>

<subsection commented="no" display-inline="no-display-inline"
id="H82A0652CF45D4F32916755AACF1AD4A1"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Secretary of the Treasury shall impose one or more of the sanctions described in
subsection (b) with respect to a foreign financial institution that the Secretary
determines, in consultation with the Secretary of State, knowingly, on or after the
date that is 120 days after the date of the enactment of the <short-title>Otto Warmbier
North Korea Nuclear Sanctions and Enforcement Act of 2019</short-title>, provides
significant financial services to any person designated for the imposition of sanctions
with respect to North Korea underâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H5D35920B17B244058F7D186E184B1EC1"><enum>(1)</enum><text display-inline="yes-
display-inline">subsection (a), (b), or (g) of section 104;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8C8B928373F9400F9256CE3EA455E3B5"><enum>(2)</enum><text display-inline="yes-
display-inline">an applicable Executive order; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H17EC6DAA9C8C44FD81E7038EC6215604"><enum>(3)</enum><text display-inline="yes-
display-inline">an applicable United Nations Security Council
resolution.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H078DEAF638F14C29B8F6310F383B733E"><enum>(b)</enum><header display-inline="yes-
display-inline">Sanctions described</header><text display-inline="yes-display-
inline">The sanctions that may be imposed with respect to a foreign financial
institution subject to subsection (a) are the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HD3D7CC590D5744E185B592FF0FE77D41"><enum>(1)</enum><header display-inline="yes-
display-inline">Asset blocking</header><text display-inline="yes-display-inline">The
Secretary may block and prohibit, pursuant to the International Emergency Economic
Powers Act (50 U.S.C. 1701 et seq.), all transactions in all property and interests in
property of the foreign financial institution if such property and interests in
property are in the United States, come within the United States, or are or come within
the possession or control of a United States person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H17536CCB40E74DEC8DBD051D6E36D77C"><enum>(2)</enum><header display-inline="yes-
display-inline">Restrictions on correspondent and payable-through
accounts</header><text display-inline="yes-display-inline">The Secretary may prohibit,
or impose strict conditions on, the opening or maintaining in the United States of a
correspondent account or a payable-through account by the foreign financial
institution.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HEAB3640C74DA4177812F1B30EB08A9D3"><enum>(c)</enum><header display-inline="yes-
display-inline">Implementation; penalties</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H4CD45D79E7444F409D643CC25317069D"><enum>(1)</enum><header display-inline="yes-
display-inline">Implementation</header><text display-inline="yes-display-inline">The
President may exercise all authorities provided under sections 203 and 205 of the
International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this
section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0EE27E17AB10438294712480ADB6309F"><enum>(2)</enum><header display-inline="yes-
display-inline">Penalties</header><text display-inline="yes-display-inline">A person
```

WASHSTATEC016281

that violates, attempts to violate, conspires to violate, or causes a violation of this section or any regulation, license, or order issued to carry out this section shall be subject to the penalties set forth in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) to the same extent as a person that commits an unlawful act described in subsection (a) of that section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H260AAAA425F246D98DB3C759A05189D0"><enum>(d)</enum><header display-inline="yes-display-inline">Regulations</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of the <short-title>Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019</short-title>, the President shall, as appropriate, prescribe regulations to carry out this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBC90E0E6E3D44E4599C38FF5EDD46800"><enum>(e)</enum><header display-inline="yes-display-inline">Exception relating to importation of goods</header>

<paragraph commented="no" display-inline="no-display-inline" id="H6562197CB8364A24B05993DEAC45D12A"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Notwithstanding section 404(b) or any provision of this section, the authorities and requirements to impose sanctions under this section shall not include the authority or a requirement to impose sanctions on the importation of goods.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H373D1F527F874569BB5264083F3989D6"><enum>(2)</enum><header display-inline="yes-display-inline">Good defined</header><text display-inline="yes-display-inline">In this subsection, the term <term>good</term> means any article, natural or manmade substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD2041434876E4B28B2F52FA4480AEEE9"><enum>(f)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HDAD622321C6643EFB61612B6D1B76BA1"><enum>(1)</enum><header display-inline="yes-display-inline">Account; correspondent account; payable-through account</header><text display-inline="yes-display-inline">The terms <term>account</term>, <quote>correspondent account</quote>, and <quote>payable-through account</quote> have the meanings given those terms in section 5318A of title 31, United States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE29BF1744B214B469954FF45EDAD2C4B"><enum>(2)</enum><header display-inline="yes-display-inline">Foreign financial institution</header><text display-inline="yes-display-inline">The term <term>foreign financial institution</term> has the meaning given that term in section 510.309 of title 31, Code of Federal Regulations (or any corresponding similar regulation or ruling).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0D30EAEE842D45619F42928CC2B71830"><enum>(3)</enum><header display-inline="yes-display-inline">Knowingly</header><text display-inline="yes-display-inline">The term <term>knowingly</term>, with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result.</text></paragraph></subsection></section>

<section commented="no" id="H632222B404544E1FBE6878F03B5153FD"><enum>201C.</enum><header>Prohibition on transactions with certain sanctioned persons by persons owned or controlled by United States financial institutions</header>

<subsection id="H42C163244ECE4C4CBE5EFA0B2FD0ED96"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of the <short-title>Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019</short-title>, the Secretary of the Treasury, in consultation with the Secretary of State, shall prohibit an entity owned or controlled by a United States financial

institution and established or maintained outside the United States from knowingly engaging in any transaction described in subsection (b) directly or indirectly with the Government of North Korea or any person designated for the imposition of sanctions with respect to North Korea underâ€"</text>

<paragraph id="H9FFDC4ACEED14CD29107C172747F2086"><enum>(1)</enum><text>subsection (a), (b), or (g) of section 104;</text></paragraph>

<paragraph id="H416D72116C624FB482D01D3F9884064B"><enum>(2)</enum><text>an applicable Executive order; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC7A4136D0CB8444FAB1AA818D6C01E66"><enum>(3)</enum><text display-inline="yes-display-inline">an applicable United Nations Security Council resolution.</text></paragraph></subsection>

<subsection id="H2D86C77E56984FACB368E15221EA5C6F"><enum>(b)</enum><header>Transactions described</header><text>A transaction described in this subsection is a transaction that would be prohibited by an order or regulation issued pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) if the transaction were engaged in in the United States or by a United States person.</text></subsection>

<subsection id="H15ED2517B9204943A51168F6F596CF3C"><enum>(c)</enum><header>Civil penalties</header><text>The civil penalty provided for in section 206(b) of the International Emergency Economic Powers Act (50 U.S.C. 1705(b)) shall apply to a United States financial institution to the same extent that such penalty applies to a person that commits an unlawful act described in section 206(a) of that Act if an entity owned or controlled by the United States financial institution and established or maintained outside the United States violates, attempts to violate, conspires to violate, or causes a violation of any order or regulation issued to implement subsection (a).</text></subsection>

<subsection id="H2CE1CE72845B416B8CC8014AD984DBF4"><enum>(d)</enum><header>United States financial institution defined</header><text>In this section, the term <term>United States financial institution</term> has the meaning given the term <quote>U.S. financial institution</quote> in section 510.328 of title 31, Code of Federal Regulations (or any corresponding similar regulation or ruling).</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H92371C91C5A64EFEBC88CDDFFDD8B9C9"><enum>(b)</enum><header display-inline="yes-display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of contents for the North Korea Sanctions and Policy Enhancement Act of 2016 is amended by inserting after the item relating to section 201A the following:</text>

<quoted-block display-inline="no-display-inline" id="H6925E69FB5C346AAACA7F79B72CF65CC" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 201B. Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.</toc-entry>

<toc-entry bold="off" level="section">Sec. 201C. Prohibition on transactions with certain sanctioned persons by persons owned or controlled by United States financial institutions.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" id="H60C3FA292BB045A4A3358A4BD3E52EB8"><enum>7122.</enum><header>Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016</header>

<subsection commented="no" id="H58FEE49035E84912A4797EA788AFF621"><enum>(a)</enum><header>In general</header><text>Section 104 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9214) is amendedâ€"</text>

<paragraph commented="no"

```
id="HDBB5ECFBD0424061AB269F4A0005D5EB"><enum>(1)</enum><text>by adding at the end the
following:</text>

<quoted-block display-inline="no-display-inline" id="H611EDB2E1F3E45D0BEDAAE735C8232B8"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H5AEEB427BD0D47A3BAD03BD802931BE1"><enum>(g)</enum><header display-inline="yes-
display-inline">Additional mandatory designations</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HE72AD6C99FB74E0CBBB25713B52091AB"><enum>(1)</enum><header>In general</header><text
display-inline="yes-display-inline">Except as provided in section 208, the President
shall designate under this subsection any person that the President
determinesâ€"</text>

<subparagraph commented="no"
id="HF59B3C649AE6434A8C34F99DF18B1256"><enum>(A)</enum><text>knowingly, directly or
indirectly, engages in the importation from or exportation to North Korea of
significant quantities ofâ€"</text>

<clause commented="no" id="H23CEB65971F640EAA4526E0D3883BE46"><enum>(i)</enum></clause>

<subclause commented="no" display-inline="yes-display-inline"
id="H661815D958B84B6A99605D8C71B15D74"><enum>(I)</enum><text>coal, textiles, seafood,
iron, or iron ore; or</text></subclause>

<subclause commented="no" id="HF61EFA1E332C47A188444A78DA0CF561"
indent="up1"><enum>(II)</enum><text>refined petroleum products or crude oil above
limits set by the United Nations Security Council and with which the United States
concurs; or</text></subclause></clause>

<clause commented="no"
id="HA5701E8F3E7B45F19FB50AE4DE3865DC"><enum>(ii)</enum><text>services or technology
related to goods specified in clause (i);</text></clause></subparagraph>

<subparagraph commented="no"
id="H9D58040EE6AB488FACC2E6EC7873D8E3"><enum>(B)</enum><text>knowingly facilitates a
significant transfer of funds or property of the Government of North Korea that
materially contributes to any violation of an applicable United Nations Security
Council resolution;</text></subparagraph>

<subparagraph commented="no"
id="H9E160604B41E407EAE2AF02E7F2F8812"><enum>(C)</enum><text>knowingly, directly or
indirectly, engages in, facilitates, or is responsible for the exportation of workers
from North Korea, or the employment of such workers, in a manner that generates
significant revenue, directly or indirectly, for use by the Government of North Korea
or by the Workers' Party of Korea;</text></subparagraph>

<subparagraph commented="no"
id="HC13448105FCD45E5B14009BD011D2D02"><enum>(D)</enum><text>knowingly, directly or
indirectly, sells or transfers a significant number of vessels to North Korea, except
as specifically approved by the United Nations Security Council;</text></subparagraph>

<subparagraph commented="no"
id="HF3165883B15449B1838987F48B50F3F9"><enum>(E)</enum><text>knowingly engages in a
significant activity to charter, insure, register, facilitate the registration of, or
maintain insurance or a registration for, a vessel owned, controlled, commanded, or
crewed by a North Korean person; or</text></subparagraph>

<subparagraph commented="no"
id="HBCB7F84DDA724369AA7A96270716C422"><enum>(F)</enum><text>knowingly contributes to
and participates inâ€"</text>

<clause commented="no" id="HF9F59EB50C9A4349ADAED1B113D046DE"><enum>(i)</enum><text>a
significant act of bribery of an official of the Government of North Korea or any
person acting for or on behalf of that official;</text></clause>

<clause commented="no"
id="H03383AD31045407EA71A8B9578512C29"><enum>(ii)</enum><text>the misappropriation,
theft, or embezzlement of a significant amount of public funds by, or for the benefit
```

of, an official of the Government of North Korea or any person acting for or on behalf of that official; or</text></clause>

<clause commented="no" id="HCEE5B3399FDA4D74B93DD4A34D27BAAD"><enum>(iii)</enum><text>the use of any proceeds of any activity described in subparagraph (A) or (B).</text></clause></subparagraph></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" id="H138868D9296E44919F8DA9A117B4A56C"><enum>(2)</enum><text>in subsection (c), by inserting <quote>or (g)</quote> after <quote>subsection (a)</quote>;</text></paragraph>

<paragraph commented="no" id="H2E0E0FB5EF804E03A395E87DFDBE72A8"><enum>(3)</enum><text>in subsection (d)â€"</text>

<subparagraph commented="no" id="HCC45737E09F94F0297A3EFBD6BECA66C"><enum>(A)</enum><text>by striking <quote>or</quote> the first place it appears and inserting a comma; and</text></subparagraph>

<subparagraph commented="no" id="H162E95A9518C4EFB8375BC1C3D8D6B7F"><enum>(B)</enum><text>by inserting <quote>, or (g)</quote> after <quote>(b)</quote>; and</text></subparagraph></paragraph>

<paragraph commented="no" id="HB7BC800F5A5B4FBD816653FAFCE23CAC"><enum>(4)</enum><text>in subsection (e)â€"</text>

<subparagraph commented="no" id="H5A4534F8D2C14FEE99E338A01A755161"><enum>(A)</enum><text>by striking <quote>or</quote> the last place it appears and inserting a comma; and</text></subparagraph>

<subparagraph commented="no" id="H10DE49D35B5846A2AE18DA8510F2A221"><enum>(B)</enum><text>by inserting <quote>, or (g)</quote> after <quote>(b)</quote>.</text></subparagraph></paragraph></subsection>

<subsection commented="no" id="H3A1AE541D18A482B8B8F6D76553C93F7"><enum>(b)</enum><header>Conforming amendments</header><text>The North Korea Sanctions and Policy Enhancement Act of 2016 is amendedâ€"</text>

<paragraph commented="no" id="H6BC59A38589042E780B520524155D530"><enum>(1)</enum><text>in section 3(4) (22 U.S.C. 9202(4))â€"</text>

<subparagraph commented="no" id="H96787ED07D53421C9B1918CDB02B44A7"><enum>(A)</enum><text>by striking <quote>or</quote> the first place it appears and inserting a comma; and</text></subparagraph>

<subparagraph commented="no" id="H6073C52C7EBE4BA2AFBBD9C989BBD634"><enum>(B)</enum><text>by inserting <quote>, or (g)</quote> after <quote>(b)</quote>; and</text></subparagraph></paragraph>

<paragraph commented="no" id="H811CAA627D444BBBBCA0651ED5C9F963"><enum>(2)</enum><text>in section 102 (22 U.S.C. 9212)â€"</text>

<subparagraph commented="no" id="H17701DAAC1C249D2A6A24D59E17A6A77"><enum>(A)</enum><text>in subsection (a), by inserting <quote>or (g)</quote> after <quote>section 104(a)</quote> each place it appears; and</text></subparagraph>

<subparagraph commented="no" id="HBF1B3D276C52435AB36EBE2947F43104"><enum>(B)</enum><text>in subsection (b)(1)â€"</text>

<clause commented="no" id="H7663C9DD25C849C2864ACD764D1688F0"><enum>(i)</enum><text>by striking <quote>and</quote> the first place it appears and inserting a comma;

```
and</text></clause>

<clause commented="no" id="H68A5464FF92B4D409194DAF14E6D0E93"><enum>(ii)</enum><text>by
inserting <quote>, and (g)</quote> after <quote>(b)</quote>;
and</text></clause></subparagraph></paragraph>

<paragraph commented="no"
id="HD4179D7CBB1F49B182F3AD83A4A01737"><enum>(3)</enum><text>in section 204 (22 U.S.C.
9224), by inserting <quote>or (g)</quote> after <quote>section 104(a)</quote> each
place it appears; and</text></paragraph>

<paragraph commented="no"
id="HFA16C1A85ACD42D3B534A44E06D5B856"><enum>(4)</enum><text>in section 302(b)(3) (22
U.S.C. 9241(b)(3)) is amended by striking <quote>section 104(b)(1)(M)</quote> and
inserting <quote>section
104(g)(1)(C)</quote>.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H15619872EE274AD580B828059120E856" section-type="subsequent-
section"><enum>7123.</enum><header display-inline="yes-display-inline">Extension of
applicability period of proliferation prevention sanctions</header><text display-
inline="no-display-inline">Section 203(b)(2) of the North Korea Sanctions and Policy
Enhancement Act of 2016 (22 U.S.C. 9223(b)(2)) is amended by striking <quote>2
years</quote> and inserting <quote>5 years</quote>.</text></section>

<section id="H78AB4F6D67FD4D4CB887C4BBF9F618ED"><enum>7124.</enum><header>Opposition to
assistance by the international financial institutions</header>

<subsection id="HC0DD34B3023E4D9C91BD34AD69F83323"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Bretton Woods Agreements
Act (22 U.S.C. 286 et seq.) is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H187F398DA82F4FA0B43087505DF585B3"
style="OLC">

<section id="H1AF76FE6F0EF4A8182FF6EDF5C740650"><enum>73.</enum><header>Opposition to
assistance for any government that fails to implement sanctions on North Korea</header>

<subsection id="H055D7CC92E574417A10CCAD8C956EB02"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">The Secretary of the Treasury
shall instruct the United States Executive Director at each international financial
institution (as defined in section 1701(c) of the International Financial Institutions
Act (22 U.S.C. 262r(c))) that it is the policy of the United States to oppose the
provision by that institution of financial assistance to a foreign government, other
than assistance to support basic human needs, if the President determines that, in the
year preceding consideration of approval of such assistance, the government has
knowingly failed to adequately enforce sanctions under an applicable United Nations
Security Council resolution (as defined in section 3 of the North Korea Sanctions and
Policy Enhancement Act of 2016 (22 U.S.C. 9202)).</text></subsection>

<subsection
id="H9C05829ED8D548C1BB9F88CA89A64801"><enum>(b)</enum><header>Waiver</header><text
display-inline="yes-display-inline">The President may waive subsection (a) for up to
180 days at a time with respect to a foreign government if the President—</text>

<paragraph id="H0C98079865944C8B9BCAABCDED5E69C8"><enum>(1)</enum><text display-
inline="yes-display-inline">determines that—</text>

<subparagraph id="H341C856A68E9478D93E7FF8B2691DE64"><enum>(A)</enum><text display-
inline="yes-display-inline">the failure of the foreign government described in
subsection (a) is due exclusively to a lack of capacity on the part of the foreign
government;</text></subparagraph>

<subparagraph id="H19BE402DEE4745708EF877821D9637FD"><enum>(B)</enum><text display-
inline="yes-display-inline">the foreign government is taking effective steps to prevent
recurrence of such failure; or</text></subparagraph>

<subparagraph id="H6C6AB6C267CB4789876F57F1CB437DEA"><enum>(C)</enum><text>the waiver
is in the national security interests of the United States;
and</text></subparagraph></paragraph>
```

WASHSTATEC016286

```
<paragraph id="H06D8FFAF863948F5B3388928F70456B1"><enum>(2)</enum><text>submits to
Congress a report on the reasons for the determination under paragraph
(1).</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-
block></quoted-block></subsection>

<subsection
id="H3DC4E4A3B3B44273A4BF981B942FB5C1"><enum>(b)</enum><header>Termination</header><tex
t>Effective on the date that is 10 years after the date of the enactment of this Act,
section 73 of the Bretton Woods Agreements Act, as added by subsection (a), is
repealed.</text></subsection></section>

<section id="H4307523D94784BDB81AA4AF128DFCB71"><enum>7125.</enum><header>Support for
capacity of the International Monetary Fund to prevent money laundering and financing
of terrorism</header>

<subsection id="HB42AC55FFD24495490A5D8DE74131366"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Title XVI of the
International Financial Institutions Act (22 U.S.C. 262p et seq.) is amended by adding
at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HAA9C835DE4064FC68C37D51C60774C39"
style="OLC">

<section id="H5780CB802F404C128897B1906AB51F99"><enum>1629.</enum><header>Support for
capacity of the International Monetary Fund to prevent money laundering and financing
of terrorism</header><text display-inline="no-display-inline">The Secretary of the
Treasury shall instruct the United States Executive Director at the International
Monetary Fund to use the voice and vote of the United States to support the increased
use of the administrative budget of the Fund for technical assistance that strengthens
the capacity of members of the Fund to prevent money laundering and the financing of
terrorism.</text></section><after-quoted-block>.</after-quoted-block></quoted-
block></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HBAC4A7BD040242A89F8F620A6590B729"><enum>(b)</enum><header display-inline="yes-
display-inline">Termination</header><text display-inline="yes-display-inline">Effective
on the date that is 5 years after the date of the enactment of this Act, section 1629
of the International Financial Institutions Act, as added by subsection (a), is
repealed.</text></subsection>

<subsection id="H7650488CC7B144E4820CEE4E47D8AD05"><enum>(c)</enum><header>National
advisory council report to Congress</header><text>The Chairman of the National Advisory
Council on International Monetary and Financial Policies shall include in each report
required by section 1701 of the International Financial Institutions Act (22 U.S.C.
262r) after the date of the enactment of this Act and before December 31, 2023, a
description ofâ€"</text>

<paragraph id="H7A4AD8FBA2C1459EBC7DE017F880B46F"><enum>(1)</enum><text>the activities
of the International Monetary Fund in the fiscal year covered by the report to provide
technical assistance that strengthens the capacity of members of the Fund to prevent
money laundering and the financing of terrorism, and the effectiveness of the
assistance; and</text></paragraph>

<paragraph id="H913BCC8ECCBC4020A224001E385AC31D"><enum>(2)</enum><text>the efficacy of
efforts by the United States to support such technical assistance through the use of
the Fundâ€™s administrative budget, and the level of such
support.</text></paragraph></subsection></section>

<section id="HC095A4BF28B448A1B4B4508EAF3D57AF"><enum>7126.</enum><header>Report and
briefings on compliance, penalties, and technical assistance</header>

<subsection id="HB96178B1C7E04433B112250AFC461610"><enum>(a)</enum><header>Report
required</header><text display-inline="yes-display-inline">Not later than 180 days
after the date of the enactment of this Act, the Secretary of the Treasury shall submit
to the committees specified in subsection (d) a report that includesâ€"</text>

<paragraph commented="no" id="H1305FCABCEF6402FADB75838F9DB64FF"><enum>(1)</enum><text
display-inline="yes-display-inline">a list of financial institutions that, during the
period beginning on the date that is one year before the date of the enactment of this
Act and ending on the date of the report, knowingly facilitated a significant
```

WASHSTATEC016287

transaction or transactions or provided significant financial services forâ€"</text>

<subparagraph commented="no"
id="H3EA489156E9D4B14BA1C9636FC7FEADD"><enum>(A)</enum><text display-inline="yes-
display-inline">any North Korean person designated under an applicable Executive
order;</text></subparagraph>

<subparagraph commented="no"
id="H1494E8D1E401472490E11ADEF6865827"><enum>(B)</enum><text display-inline="yes-
display-inline">any North Korean person that knowingly facilitates the transfer of bulk
cash or covered goods (as defined under section 1027.100 of title 31, Code of Federal
Regulations (or any corresponding similar regulation or ruling));</text></subparagraph>

<subparagraph commented="no"
id="HE6D0983C1CE646F6A887AD057F442E16"><enum>(C)</enum><text display-inline="yes-
display-inline">any person that knowingly invests in, or participates in a joint
venture with, an entity in which the Government of North Korea participates or an
entity that is created or organized under the laws of North
Korea;</text></subparagraph>

<subparagraph commented="no"
id="H3E102DAA99104FAC8960344F861D87EB"><enum>(D)</enum><text display-inline="yes-
display-inline">any person that knowingly provides financial services, including
through a subsidiary or joint venture, in North Korea;</text></subparagraph>

<subparagraph commented="no"
id="HDE18690765FA466EB76160484B60CC3B"><enum>(E)</enum><text display-inline="yes-
display-inline">any person that knowingly provides specialized teaching, training, or
information or provides material or technological support to a North Korean person
thatâ€"</text>

<clause commented="no" id="H19A8227B813A483EA120636F59003DF8"><enum>(i)</enum><text>may
contribute to North Koreaâ€™s development and proliferation of weapons of mass
destruction, including systems designed in whole or in part for the delivery of such
weapons; or</text></clause>

<clause commented="no"
id="H0E99E1C0E62341C88114BB22DED4C34C"><enum>(ii)</enum><text>may contribute to
significant activities undermining cybersecurity;
and</text></clause></subparagraph></paragraph>

<paragraph id="H344F45011B8C4ED9B2A576EE62439A20"><enum>(2)</enum><text display-
inline="yes-display-inline">a description of efforts by the Department of the Treasury
during the period described in paragraph (1), through outreach, consultations,
technical assistance, or other appropriate activities, to strengthen the capacity of
financial institutions and foreign governments to prevent the provision of financial
services benefitting any person subject to sanctions underâ€"</text>

<subparagraph id="HAA96DE8E992C4D1EA8BE9DADD5627EF8"><enum>(A)</enum><text display-
inline="yes-display-inline">this Act or an amendment made by this
Act;</text></subparagraph>

<subparagraph id="H1CA09B8393C84493ADA4DD188B9BEB8A"><enum>(B)</enum><text>an
applicable Executive order; or</text></subparagraph>

<subparagraph id="H031BEA01E0094D4EACE0272CE3150753"><enum>(C)</enum><text>an
applicable United Nations Security Council
resolution.</text></subparagraph></paragraph></subsection>

<subsection id="HC3CDBFC4861742A5BE055BD6A4CFDCFC"><enum>(b)</enum><header>Annual
briefings</header><text>Not later than one year after the submission of the report
required by subsection (a), and annually thereafter until the date that is 5 years
after the date of the enactment of this Act, the Secretary of the Treasury shall brief
the committees specified in subsection (d) on the matters covered by the report for the
one-year period preceding the briefing.</text></subsection>

<subsection id="HA3A5ED9D72EE40A5B1F18CC629154430"><enum>(c)</enum><header>Testimony
required</header><text display-inline="yes-display-inline">Upon request of either of
the committees specified in subsection (d), the Under Secretary of the Treasury for
Terrorism and Financial Crimes shall testify to explain the effects of this Act and the
amendments made by this Act on North Koreaâ€™s access to illicit finance

```
channels.</text></subsection>

<subsection id="HFD83DCD937F0460D8F42D49E3FE665AB"><enum>(d)</enum><header>Committees
specified</header><text>The committees specified in this subsection areâ€"</text>

<paragraph id="HD4B36E936524483BA770657EDFC6C986"><enum>(1)</enum><text>the Committee
on Financial Services of the House of Representatives; and</text></paragraph>

<paragraph id="H522C61E6890E4040928E32B6F177E6BA"><enum>(2)</enum><text>the Committee
on Banking, Housing, and Urban Affairs of the
Senate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HC893B04EDE2F4A33A51E2D9BE387D1CA" section-type="subsequent-
section"><enum>7127.</enum><header display-inline="yes-display-inline">Sense of
Congress on identification and blocking of property of North Korean
officials</header><text display-inline="no-display-inline">It is the sense of Congress
that the President shouldâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H4CBAC959CA854D4990D0946F00BE924A"><enum>(1)</enum><text display-inline="yes-
display-inline">encourage international collaboration to counter the money laundering,
terrorist financing, and proliferation financing threats emanating from North Korea;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7D13C3A3E45C448ABE644A032E6E48A4"><enum>(2)</enum><text display-inline="yes-
display-inline">prioritize multilateral efforts to identify and blockâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H84CBA7A7471A4A99BC045D2B0C65FF00"><enum>(A)</enum><text display-inline="yes-
display-inline">any property owned or controlled by a North Korean official;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9EB19679CAFE41DCA12E41279626B11A"><enum>(B)</enum><text display-inline="yes-
display-inline">any significant proceeds of kleptocracy by the Government of North
Korea or a North Korean official.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H78B4E39009824D1E8FF5BB7B667CA2BB" section-type="subsequent-
section"><enum>7128.</enum><header display-inline="yes-display-inline">Modification of
report on implementation of United Nations Security Council resolutions by other
governments</header><text display-inline="no-display-inline">Section 317 of the Korean
Interdiction and Modernization of Sanctions Act (title III of Public Law 115â€"44; 131
Stat. 950) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H16D25765EC874A67B265451CA6389C1C"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF375997DB3104135829A9C7FED3E3AF9"><enum>(A)</enum><text display-inline="yes-
display-inline">in the matter preceding paragraph (1), by striking <quote>Not later
than 180 days after the date of the enactment of this Act, and annually thereafter for
5 years,</quote> and inserting <quote>Not later than 180 days after the date of the
enactment of the <short-title>Otto Warmbier North Korea Nuclear Sanctions and
Enforcement Act of 2019</short-title>, and annually thereafter for 5
years,</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA15B5616A7454E1694203D60CA619C76"><enum>(B)</enum><text display-inline="yes-
display-inline">in paragraph (3), by striking <quote>; or</quote> and inserting a
semicolon;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC5A6BA8838A042B4A826C0FA4CFBEBC5"><enum>(C)</enum><text display-inline="yes-
display-inline">by redesignating paragraph (4) as paragraph (8);
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
```

```
id="H1970F5CB64A14D1C9EA28FB4579BE44E"><enum>(D)</enum><text display-inline="yes-
display-inline">by inserting after paragraph (3) the following:</text>

<quoted-block display-inline="no-display-inline" id="H74E27DAE3FAB492AB8EE179501A6B44B"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HAC5AE207498A4DF593558ECA58CA4FF6"><enum>(4)</enum><text display-inline="yes-
display-inline">prohibit, in the territories of such countries or by persons subject to
the jurisdiction of such governments, the opening of new joint ventures or cooperative
entities with North Korean persons or the expansion of existing joint ventures through
additional investments, whether or not for or on behalf of the Government of North
Korea, unless such joint ventures or cooperative entities have been approved by the
committee of the United Nations Security Council established by United Nations Security
Council Resolution 1718 (2006);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H98D4DE27F8D042D4886FAB0489D5CE3E"><enum>(5)</enum><text display-inline="yes-
display-inline">prohibit the unauthorized clearing of funds by North Korean financial
institutions through financial institutions subject to the jurisdiction of such
governments;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDE3633FB905F4358BF96EC3946AF78A6"><enum>(6)</enum><text display-inline="yes-
display-inline">prohibit the unauthorized conduct of commercial trade with North Korea
that is prohibited under applicable United Nations Security Council
resolutions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBBD6DBDFE2BD4886930702A8A3A9E102"><enum>(7)</enum><text display-inline="yes-
display-inline">prevent the provision of significant financial services to North Korean
persons or the transfer of such services to North Korean persons to, through, or from
the territories of such countries or by persons subject to the jurisdiction of such
governments; or</text></paragraph><after-quoted-block>; and</after-quoted-
block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H02582FFD54954F4EACDA438F2D214D56"><enum>(2)</enum><text display-inline="yes-
display-inline">by amending subsection (c) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HDF0356C0A9344B619F296593CD275AEF"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H51644B6F0CAE4BE5B764C14204A0BB35"><enum>(c)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
section:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H638A3A94E7394D3084E23DBB71104B97"><enum>(1)</enum><header display-inline="yes-
display-inline">Appropriate congressional committees and leadership</header><text
display-inline="yes-display-inline">The term <term>appropriate congressional committees
and leadership</term> means—"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7F6149238DF04B6AAACA6CF20F76FC62"><enum>(A)</enum><text display-inline="yes-
display-inline">the Committee on Foreign Relations, the Committee on Banking, Housing,
and Urban Affairs, and the majority and minority leaders of the Senate;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB6720A5DE2B045AA8D503584D1BCF141"><enum>(B)</enum><text display-inline="yes-
display-inline">the Committee on Foreign Affairs, the Committee on Financial Services,
the Committee on Ways and Means, and the Speaker, the majority leader, and the minority
leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H543E7AA5D4244E0EBD52138B31D2113F"><enum>(2)</enum><header display-inline="yes-
display-inline">Applicable United Nations Security Council resolution; North Korean
financial institution; North Korean person</header><text display-inline="yes-display-
```

WASHSTATEC016290

```
inline">The terms <quote>applicable United Nations Security Council resolution</quote>,
<quote>North Korean financial institution</quote>, and <quote>North Korean
person</quote> have the meanings given those terms in section 3 of the North Korea
Sanctions and Policy Enhancement Act of 2016 (22 U.S.C.
9202).</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H53FFC418052A46998464A71261AA4198" section-type="subsequent-
section"><enum>7129.</enum><header display-inline="yes-display-inline">Report on use by
the Government of North Korea of beneficial ownership rules to access the international
financial system</header>

<subsection commented="no" display-inline="no-display-inline"
id="H83B11ECC94884E88993FC56574923513"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the Secretary of the
Treasury, in consultation with the Secretary of State, shall submit to the appropriate
congressional committees a report setting forth the findings of the Secretary regarding
how the Government of North Korea is exploiting the laws of countries other than the
United States with respect to the beneficial owner of an entity in order to access the
international financial system.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0747A083590C40C9B77DC72A71FDBB45"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The
Secretary shall include in the report required under subsection (a) proposals for such
legislative and administrative action as the Secretary considers appropriate to combat
the abuse by the Government of North Korea of shell companies and other similar
entities subject to the jurisdiction of governments other than the United States
Government to avoid or evade sanctions.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H3D9630B7EE904026A7197BD0F654855E"><enum>(c)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
required by subsection (a) shall be submitted in unclassified form but may include a
classified annex.</text></subsection></section></part>

<part commented="no" id="H6435ACB9F0554E5187060DAED6342059" level-type="subsequent"
style="OLC"><enum>II</enum><header display-inline="yes-display-inline">Congressional
review and oversight</header>

<section commented="no" display-inline="no-display-inline"
id="H8E625325C1964EA291A4C70249D3BB69" section-type="subsequent-
section"><enum>7131.</enum><header display-inline="yes-display-inline">Notification of
termination or suspension of sanctions</header><text display-inline="no-display-
inline">Before taking any action to terminate or suspend the application of sanctions
under this subtitle or an amendment made by this subtitle, the President shall notify
the appropriate congressional committees of the President's intent to take the action
and the reasons for the action.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H3AFFEAAB7D02498AB2BD71812D984443" section-type="subsequent-
section"><enum>7132.</enum><header display-inline="yes-display-inline">Reports on
certain licensing actions</header>

<subsection commented="no" display-inline="no-display-inline"
id="H8F2634AE88E548359E0AD038370EB289"><enum>(a)</enum><header display-inline="yes-
display-inline">Report required</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H80F99911DD9646AE949A5860D6A4A5E8"><enum>(1)</enum><header>In general</header><text
display-inline="yes-display-inline">Not later than 180 days after the date of the
enactment of this Act, and every 180 days thereafter, the President shall submit to the
committees specified in paragraph (2) a report on the operation of the system for
issuing licenses for transactions under covered regulatory provisions during the
preceding 180-day period that includes"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H531386903A2E4439B88F0FBEAD32A243"><enum>(A)</enum><text display-inline="yes-
```

```
display-inline">the number and types of such licenses applied for during that period;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA49EBB6DB31148F2BD5FB1F69CE77D60"><enum>(B)</enum><text display-inline="yes-
display-inline">the number of such licenses issued during that period and information
identifying the person receiving each such license.</text></subparagraph></paragraph>

<paragraph id="H2AA70E891D3E4BC5ACB8EC7D35D34934"><enum>(2)</enum><header>Committees
specified</header><text>The committees specified in this paragraph are the
following:</text>

<subparagraph id="H8C83B1461CC548B8B9D594B0A0831DFB"><enum>(A)</enum><text>The
Committee on Financial Services and the Committee on Foreign Affairs of the House of
Representatives.</text></subparagraph>

<subparagraph id="HE3CF57F6CE994C1983869D6DF296858F"><enum>(B)</enum><text>The
Committee on Banking, Housing, and Urban Affairs and the Committee on Foreign Relations
of the Senate.</text></subparagraph></paragraph></subsection>

<subsection id="H234DB371938C43D4989DE1796C53F326"><enum>(b)</enum><header>Submission
of copies of licenses on request</header><text>The Secretary of the Treasury shall
expeditiously provide a copy of any license identified in a report required by
subsection (a)(1) to the Committee on Financial Services of the House of
Representatives and the Committee on Banking, Housing, and Urban Affairs of the Senate
if an appropriate Member of Congress requests a copy of that license not later than 30
days after submission of the report.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H9B238318BACE45DE8E78147DA1E53F8E"><enum>(c)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">Each report
required by subsection (a), and each copy of a license submitted under subsection (b),
shall be submitted in unclassified form but may include a classified
annex.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H297E050720FE4F82AB8F15AEA6CFD9FF"><enum>(d)</enum><header display-inline="yes-
display-inline">Definitions</header><text>In this section:</text>

<paragraph id="HC960B5DEC4464CBB947CA6507341D84C"><enum>(1)</enum><header>Appropriate
Member of Congress</header><text>The term <term>appropriate Member of Congress</term>
meansâ€"</text>

<subparagraph id="HDC71D28AFF9345F388AD6C78D050CA16"><enum>(A)</enum><text>the chairman
or ranking member of the Committee on Financial Services of the House of
Representatives; or</text></subparagraph>

<subparagraph id="HB4F9D9E3FE41463E8B287054E97ED1BA"><enum>(B)</enum><text>the chairman
or ranking member of the Committee on Banking, Housing, and Urban Affairs of the
Senate.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0399623C17794CAE9A54BB0D6E7CF93E"><enum>(2)</enum><header display-inline="yes-
display-inline">Covered regulatory provision</header><text display-inline="yes-display-
inline">The term <term>covered regulatory provision</term> means any of the following
provisions, as in effect on the day before the date of the enactment of this Act and as
such provisions relate to North Korea:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H53A604EC573F47C7848F40F2AC0898B1"><enum>(A)</enum><text display-inline="yes-
display-inline">Part 743, 744, or 746 of title 15, Code of Federal
Regulations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H384E68AFEB2448FDA4D7CD4F80652EC8"><enum>(B)</enum><text display-inline="yes-
display-inline">Part 510 of title 31, Code of Federal
Regulations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0814298BC7734058B590496F13F7872A"><enum>(C)</enum><text display-inline="yes-
display-inline">Any other provision of title 31, Code of Federal
```

WASHSTATEC016292

Regulations.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H89CDF0080452407D8145B39208462695" section-type="subsequent-
section"><enum>7133.</enum><header display-inline="yes-display-inline">Report and
briefings on financial networks and financial methods of the Government of North
Korea</header>

<subsection commented="no" display-inline="no-display-inline"
id="H92FE647156CE422292A5CCE392D5FC24"><enum>(a)</enum><header display-inline="yes-
display-inline">Report required</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HF06E9883E44D48E49168FEF611DCA04F"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, the President shall submit
to the appropriate congressional committees a report on sources of external support for
the Government of North Korea that includesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA61540D5F01B4810B079D5F8EF32CD97"><enum>(A)</enum><text display-inline="yes-
display-inline">a description of the methods used by the Government of North Korea to
deal in, transact in, or conceal the ownership, control, or origin of, goods and
services exported by North Korea;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDF8CE597F7B6419684BA098D289631EA"><enum>(B)</enum><text display-inline="yes-
display-inline">an assessment of the relationship between the proliferation of weapons
of mass destruction by the Government of North Korea and the financial industry or
financial institutions;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC6774476C06947A481BE11D8F7868A8A"><enum>(C)</enum><text display-inline="yes-
display-inline">an assessment of the relationship between the acquisition by the
Government of North Korea of military expertise, equipment, and technology and the
financial industry or financial institutions;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H17770735ADD543CAADBD6140CC71A830"><enum>(D)</enum><text display-inline="yes-
display-inline">a description of the export by any person to the United States of goods,
services, or technology that are made with significant amounts of North Korean
labor, material, or goods, including minerals, manufacturing, seafood, overseas labor,
or other exports from North Korea;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H95ADA94514854F788877731F87875F41"><enum>(E)</enum><text display-inline="yes-
display-inline">an assessment of the involvement of any person in human trafficking
involving citizens or nationals of North Korea;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H814D2F3150844B918302A577ACCDB974"><enum>(F)</enum><text display-inline="yes-
display-inline">a description of how the President plans to address the flow of funds
generated by activities described in subparagraphs (A) through (E), including through
the use of sanctions or other means;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6BC498CF857D42C1AFC82EA3A8C04E0B"><enum>(G)</enum><text display-inline="yes-
display-inline">an assessment of the extent to which the Government of North Korea
engages in criminal activities, including money laundering, to support that
Government;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE08A7E00C0444FD79E757F89724BA4C4"><enum>(H)</enum><text display-inline="yes-
display-inline">information relating to the identification, blocking, and release of
property described in section 201B(b)(1) of the North Korea Sanctions and Policy
Enhancement Act of 2016, as added by section 7121;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBE09DFA73DC440B4A9F27BBD8147149B"><enum>(I)</enum><text display-inline="yes-
display-inline">a description of the metrics used to measure the effectiveness of law

WASHSTATEC016293

```
enforcement and diplomatic initiatives of Federal, State, and foreign governments to
comply with the provisions of applicable United Nations Security Council resolutions;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7B0380022BB94663BBBCFD94D64891BC"><enum>(J)</enum><text display-inline="yes-
display-inline">an assessment of the effectiveness of programs within the financial
industry to ensure compliance with United States sanctions, applicable United Nations
Security Council resolutions, and applicable Executive
orders.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H408B4912B95A40A9933098975179947A"><enum>(2)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">The report
required by paragraph (1) shall be submitted in unclassified form but may include a
classified annex.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HDF93C49144634F97B04531DF561594FB"><enum>(b)</enum><header display-inline="yes-
display-inline">Briefings</header><text>Not later than one year after the submission of
the report required by subsection (a), and annually thereafter until the date that is 5
years after the date of the enactment of this Act, the President shall brief the
appropriate congressional committees on the matters covered by the report for the one-
year period preceding the briefing.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HAC8AB606047A48F29AE07CC86904B8F3"><enum>(c)</enum><header display-inline="yes-
display-inline">Interagency coordination</header><text display-inline="yes-display-
inline">The President shall ensure that any information collected pursuant to
subsection (a) is shared among the Federal departments and agencies involved in
investigations described in section 102(b) of the North Korea Sanctions and Policy
Enhancement Act of 2016 (22 U.S.C. 9212(b)).</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H5A0781D842F8409F907CDE0D4E602CAB" section-type="subsequent-
section"><enum>7134.</enum><header display-inline="yes-display-inline">Report on
countries of concern with respect to transshipment, reexportation, or diversion of
certain items to North Korea</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3D0A76BFE6A84DFD839B254C05AEEC78"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of the enactment of this Act, and annually thereafter
through 2023, the Director of National Intelligence shall submit to the President, the
Secretary of Defense, the Secretary of Commerce, the Secretary of State, the Secretary
of the Treasury, and the appropriate congressional committees a report that identifies
all countries that the Director determines are of concern with respect to
transshipment, reexportation, or diversion of items subject to the provisions of the
Export Administration Regulations under subchapter C of chapter VII of title 15, Code
of Federal Regulations, to an entity owned or controlled by the Government of North
Korea.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H9A5F7DE4862D442CB614483CEA1939E9"><enum>(b)</enum><header display-inline="yes-
display-inline">Form</header><text display-inline="yes-display-inline">Each report
required by subsection (a) shall be submitted in unclassified form but may include a
classified annex.</text></subsection></section></part>

<part commented="no" id="HFD2E671879704FFCA2E295384EF3562A" level-
type="subsequent"><enum>III</enum><header display-inline="yes-display-inline">General
matters</header>

<section commented="no" display-inline="no-display-inline"
id="H3B64087F9F64418386D454D2AA7874E1" section-type="subsequent-
section"><enum>7141.</enum><header display-inline="yes-display-
inline">Rulemaking</header><text display-inline="no-display-inline">The President shall
prescribe such rules and regulations as may be necessary to carry out this subtitle and
amendments made by this subtitle.</text></section>

<section commented="no" display-inline="no-display-inline"
```

```
id="HB89452CFA7104F7CBAA20E65EDC3485F" section-type="subsequent-
section"><enum>7142.</enum><header display-inline="yes-display-inline">Authority to
consolidate reports</header>

<subsection commented="no" display-inline="no-display-inline"
id="HD44D8B860F7942C8BB4371079D7E2386"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Any and
all reports required to be submitted to the appropriate congressional committees under
this subtitle or an amendment made by this subtitle that are subject to a deadline for
submission consisting of the same unit of time may be consolidated into a single report
that is submitted pursuant to that deadline.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H25A46ACFE4624BFB8F687E5EF4100D4A"><enum>(b)</enum><header display-inline="yes-
display-inline">Contents</header><text display-inline="yes-display-inline">Any reports
consolidated under subsection (a) shall contain all information required under this
subtitle or an amendment made by this subtitle and any other elements that may be
required by existing law.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H0AE198741DBA460A81982E9911B79EB9" section-type="subsequent-
section"><enum>7143.</enum><header display-inline="yes-display-inline">Waivers,
exemptions, and termination</header>

<subsection commented="no" display-inline="no-display-inline"
id="H3DC06B6434104A809C5D985199C78E0E"><enum>(a)</enum><header display-inline="yes-
display-inline">Application and modification of exemptions from and waivers of North
Korea Sanctions and Policy Enhancement Act of 2016</header><text display-inline="yes-
display-inline">Section 208 of the North Korea Sanctions and Policy Enhancement Act of
2016 (22 U.S.C. 9228) is amended by inserting <quote>201B, 201C,</quote> after
<quote>201A,</quote> each place it appears.</text></subsection>

<subsection commented="no"
id="H79E09F9FCAF6425FA03888CA1F9088D2"><enum>(b)</enum><header>Suspension</header>

<paragraph commented="no"
id="H9D27911CD4704F7F9A58C8F6662A1BBF"><enum>(1)</enum><header>In general</header><text
display-inline="yes-display-inline">Subject to section 7131, the President may suspend
the application of any provision of or amendment made by this subtitle (other than
section 7147 of this title or section 201B(e) of the North Korea Sanctions and Policy
Enhancement Act of 2016, as added by section 7121 of this title) with respect to an
entity, individual, or transaction, for renewable periods of not more than 180 days
each if, before such a suspension or renewal of such a suspension takes effect, the
President submits to the appropriate congressional committeesâ€"</text>

<subparagraph commented="no"
id="H8BB1AE00147A48D5AE50CEF15F9C9223"><enum>(A)</enum><text display-inline="yes-
display-inline">a certification thatâ€"</text>

<clause commented="no" id="HD52A750ECCBC40BFB19125A316A2093E"><enum>(i)</enum><text>the
Government of North Korea hasâ€"</text>

<subclause commented="no"
id="H5D56E5E897234B0D97D9CCC3735A303F"><enum>(I)</enum><text>committed to the
verifiable suspension of North Koreaâ€™s proliferation and testing of weapons of mass
destruction, including systems designed in whole or in part for the delivery of such
weapons; and</text></subclause>

<subclause commented="no"
id="HB350DB12A9A7479F8DAF0D7B16544973"><enum>(II)</enum><text>has agreed to
multilateral talks including the Government of the United States, with the goal of
permanently and verifiably limiting North Koreaâ€™s weapons of mass destruction and
ballistic missile programs; or</text></subclause></clause>

<clause commented="no" id="H5C306E1FD5284625890554AF2C869910"><enum>(ii)</enum><text
display-inline="yes-display-inline">the suspension is vital to the national security
interests of the United States; and</text></clause></subparagraph>

<subparagraph commented="no"
id="HF02335B34B874F9EABD25BE1332EBCA6"><enum>(B)</enum><text display-inline="yes-
```

WASHSTATEC016295

```
display-inline">if the President submits a certification under subparagraph (A)(ii), an
explanation of the reasons the suspension is vital to the national security interests
of the United States.</text></subparagraph></paragraph>

<paragraph id="HDD2CBB11F67B44D28D65755BB8B23C49"><enum>(2)</enum><header>Conforming
amendment</header><text>Section 401(a) of the North Korea Sanctions and Policy
Enhancement Act of 2016 (22 U.S.C. 9251(a)) is amended by inserting <quote>(other than
section 104(g), 201B, or 201C)</quote> after <quote>such
titles)</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HFFFB003D729940F6971CF5AC8DA6C725"><enum>(c)</enum><header display-inline="yes-
display-inline">Termination</header><text display-inline="yes-display-inline">Subject
to section 7131, any requirement to impose sanctions under this subtitle or the
amendments made by this subtitle, and any sanctions imposed pursuant to this subtitle
or any such amendment, shall terminate on the date on which the President makes the
certification described in section 402 of the North Korea Sanctions and Policy
Enhancement Act of 2016 (22 U.S.C. 9252).</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H4A3326A5F6D94B94A9D9D687C189A2DC" section-type="subsequent-
section"><enum>7144.</enum><header display-inline="yes-display-inline">Procedures for
review of classified and certain other information</header>

<subsection commented="no" display-inline="no-display-inline"
id="H4A169D5D4C0541FAAF311201A09A7CFC"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">If a
finding under this subtitle or an amendment made by this subtitle, a prohibition,
condition, or penalty imposed as a result of any such finding, or a penalty imposed
under this subtitle or an amendment made by this subtitle, is based on classified
information (as defined in section 1(a) of the Classified Information Procedures Act
(18 U.S.C. App.)), law enforcement information, or any other information protected from
disclosure by statute, and a court reviews the finding or the imposition of the
prohibition, condition, or penalty, the Secretary of the Treasury may submit such
information to the court ex parte and in camera.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4F61B82E128E489E97246021663900F0"><enum>(b)</enum><header display-inline="yes-
display-inline">Rule of construction</header><text display-inline="yes-display-
inline">Nothing in this section shall be construed to confer or imply any right to
judicial review of any finding under this subtitle or an amendment made by this
subtitle, any prohibition, condition, or penalty imposed as a result of any such
finding, or any penalty imposed under this subtitle or an amendment made by this
subtitle.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD38BEB76CC4C4E43B0E7934710BDD923" section-type="subsequent-
section"><enum>7145.</enum><header display-inline="yes-display-inline">Briefing on
resourcing of sanctions programs</header><text display-inline="yes-display-inline">Not
later than 30 days after the date of the enactment of this Act, the Secretary of the
Treasury shall provide to the appropriate congressional committees a briefing
onâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HA204C9A1688B49AB9082EB85B2725FE3"><enum>(1)</enum><text display-inline="yes-
display-inline">the resources allocated by the Department of the Treasury to support
each sanctions program administered by the Department; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEB515FE2409646D08F3922937B3FD5DB"><enum>(2)</enum><text display-inline="yes-
display-inline">recommendations for additional authorities or resources necessary to
expand the capacity or capability of the Department related to implementation and
enforcement of such programs.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HABB1AF76D2BF46509794CDCD0C015565" section-type="subsequent-
section"><enum>7146.</enum><header display-inline="yes-display-inline">Briefing on
proliferation financing</header>

<subsection commented="no" display-inline="no-display-inline"
```

WASHSTATEC016296

```
id="H02224C818AA44C72A872B87BF400D044"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 60 days after the date of the enactment of this Act, the Secretary of the
Treasury, in consultation with the Secretary of State, shall provide to the appropriate
congressional committees a briefing on addressing proliferation
finance.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H22D573E501EC4380BA337C288794CD34"><enum>(b)</enum><header display-inline="yes-
display-inline">Elements</header><text display-inline="yes-display-inline">The briefing
required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H9FD7D01C5CBC419B8F1B8C877B71C3E9"><enum>(1)</enum><text display-inline="yes-
display-inline">The Department of the Treasuryâ€™s description of the principles
underlying appropriate methods for combating the financing of the proliferation of
weapons of mass destruction.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCD05BD33DE90406E939DE5F147AB2A93"><enum>(2)</enum><text display-inline="yes-
display-inline">An assessment ofâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE325FFF870AB4B5182C8ECA45C93E3F5"><enum>(A)</enum><text display-inline="yes-
display-inline">Federal financial regulatory agency oversight, including by the
Financial Crimes Enforcement Network, of United States financial institutions and the
adoption by their foreign subsidiaries, branches, and correspondent institutions of the
principles described under paragraph (1); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0CA7B2DF193849E8A0DBD3467CB044E9"><enum>(B)</enum><text display-inline="yes-
display-inline">whether financial institutions in foreign jurisdictions known by the
United States intelligence and law enforcement communities to be jurisdictions through
which North Korea moves substantial sums of licit and illicit finance are applying a
risk-based approach to proliferation financing, and if that approach is comparable to
the approach required by United States financial institution
supervisors.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2EC63562F59A4F90B0DB33860B02ABF0"><enum>(3)</enum><text display-inline="yes-
display-inline">A survey of the technical assistance the Office of Technical Assistance
of the Department of the Treasury and other appropriate Executive branch offices
currently provide foreign governments on implementing counter-proliferation financing
best practices.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H991A0E31C9EB4413AEC7C408C0019C8E"><enum>(4)</enum><text display-inline="yes-
display-inline">An assessment of the ability of foreign subsidiaries, branches, and
correspondent institutions of United States financial institutions to implement a risk-
based approach to proliferation financing.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HD3C7774FD46B4A9FB7F9EDDA872B07CD"><enum>7147.</enum><header>Exception relating to
importation of goods</header>

<subsection commented="no"
id="H6D498221CC00490F9395DD0F91C431C5"><enum>(a)</enum><header>In general</header><text
display-inline="yes-display-inline">The authorities and requirements to impose
sanctions authorized under this subtitle or any amendment made by this subtitle shall
not include the authority or requirement to impose sanctions on the importation of
goods.</text></subsection>

<subsection commented="no"
id="HF70E7509BC8E43B6965A3806F1838178"><enum>(b)</enum><header>Good
defined</header><text>In this section, the term <quote>good</quote> means any article,
natural or manmade substance, material, supply or manufactured product, including
inspection and test equipment, and excluding technical
data.</text></subsection></section></part></subtitle>

<subtitle commented="no" id="H43045D7D917243C79794A63A0B77A2C5" level-type="subsequent"
```

```
style="OLC"><enum>B</enum><header display-inline="yes-display-inline">Financial
industry guidance to halt trafficking</header>

<section commented="no" display-inline="no-display-inline"
id="HE45E375426414637B294E47F5A4A0C77" section-type="subsequent-
section"><enum>7151.</enum><header display-inline="yes-display-inline">Short
title</header><text display-inline="no-display-inline">This subtitle may be cited as
the <quote><short-title>Financial Industry Guidance to Halt Trafficking Act</short-
title></quote> or the <quote><short-title>FIGHT Act</short-
title></quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="HC20EA4DDD18947C082A8928BE0F4901A" section-type="subsequent-
section"><enum>7152.</enum><header display-inline="yes-display-inline">Sense of
Congress</header><text display-inline="no-display-inline">It is the sense of Congress
thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H962F1E39BB32482C8B47E116F53458C2"><enum>(1)</enum><text display-inline="yes-
display-inline">the President should aggressively apply, as appropriate, existing
sanctions for human trafficking authorized under section 111 of the Trafficking Victims
Protection Act of 2000 (22 U.S.C. 7108);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H340833644466498F80D5E9DACB8AF9CB"><enum>(2)</enum><text display-inline="yes-
display-inline">the Financial Crimes Enforcement Network of the Department of the
Treasury should continueâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H83A797A910C24934A03BF67AB90BD1B2"><enum>(A)</enum><text display-inline="yes-
display-inline">to monitor reporting required under subchapter II of chapter 53 of
title 31, United States Code (commonly known as the <quote>Bank Secrecy Act</quote>)
and to update advisories, as warranted;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8AD7662B22CE46308917D28A87E9BFF1"><enum>(B)</enum><text display-inline="yes-
display-inline">to periodically review its advisories to provide covered financial
institutions, as appropriate, with a list of new <quote>red flags</quote> for
identifying activities of concern, particularly human
trafficking;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5811D17A77F441178CF5DC2CDD81B92D"><enum>(C)</enum><text display-inline="yes-
display-inline">to encourage entities covered by the advisories described in
subparagraph (B) to incorporate relevant elements provided in the advisories into their
current transaction and account monitoring systems or in policies, procedures, and
training on human trafficking to enable financial institutions to maintain ongoing
efforts to examine transactions and accounts;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE0D8A222639A4B799E61CBBA0907926F"><enum>(D)</enum><text display-inline="yes-
display-inline">to use geographic targeting orders, as appropriate, to impose
additional reporting and recordkeeping requirements under section 5326(a) of title 31,
United States Code, to carry out the purposes of, and prevent evasions of, the Bank
Secrecy Act; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA06BE61277B341F7B1254D42620C1CFB"><enum>(E)</enum><text display-inline="yes-
display-inline">to utilize the Bank Secrecy Act Advisory Group and other relevant
entities to identify opportunities for nongovernmental organizations to share relevant
actionable information on human traffickersâ€™ use of the financial sector for
nefarious purposes;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDDB29F5DA99C40659A9C06C37F91F417"><enum>(3)</enum><text display-inline="yes-
display-inline">Federal banking regulators, the Department of the Treasury, relevant
law enforcement agencies, and the Human Smuggling and Trafficking Center, in
partnership with representatives from the United States financial community, should
adopt regular forms of sharing information to disrupt human trafficking, including
developing protocols and procedures to share actionable information between and among
```

WASHSTATEC016298

```
covered institutions, law enforcement, and the United States intelligence
community;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB34992225C5343AE88DF6056ADE1084E"><enum>(4)</enum><text display-inline="yes-
display-inline">training frontline bank and money service business employees, school
teachers, law enforcement officers, foreign service officers, counselors, and the
general public is an important factor in identifying trafficking
victims;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB36C8E6B93204790ABC58156457BCA82"><enum>(5)</enum><text display-inline="yes-
display-inline">the Department of Homeland Securityâ€™s Blue Campaign, training by the
BEST Employers Alliance, and similar efforts by industry, human rights, and
nongovernmental organizations focused on human trafficking provide good examples of
current efforts to educate employees of critical sectors with respect to how to save
victims and disrupt trafficking networks;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H878D7E5048DF446080F1891231811C27"><enum>(6)</enum><text display-inline="yes-
display-inline">the President should intensify diplomatic efforts, bilaterally and in
appropriate international fora such as the United Nations, to develop and implement a
coordinated, consistent, multilateral strategy for addressing the international
financial networks supporting human trafficking; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC24EBF60A78A45829D2BC051A40EB815"><enum>(7)</enum><text display-inline="yes-
display-inline">in deliberations between the United States Government and any foreign
country, including through participation in the Egmont Group of Financial Intelligence
Units, regarding money laundering, corruption, and transnational crimes, the United
States Government shouldâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2556BB15E89443798468394B2C7F1104"><enum>(A)</enum><text display-inline="yes-
display-inline">encourage cooperation by foreign governments and relevant international
fora in identifying the extent to which the proceeds from human trafficking are being
used to facilitate terrorist financing, corruption, or other illicit financial
crimes;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7FA8CD9A46AE4C9BBB5A2A3CD60785E5"><enum>(B)</enum><text display-inline="yes-
display-inline">encourage cooperation by foreign governments and relevant international
fora in identifying the nexus between human trafficking and money
laundering;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9F6647156BDD4F96BA5DF40F612AB17A"><enum>(C)</enum><text display-inline="yes-
display-inline">advance policies that promote the cooperation of foreign governments,
through information sharing, training, or other measures, in the enforcement of this
subtitle;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD51A60763D2042E8B8D94951D25683FA"><enum>(D)</enum><text display-inline="yes-
display-inline">encourage other countries to assess their human trafficking and money
laundering risks in light of updated guidance provided by the Financial Action Task
Force in 2018; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDDB960A83DC4467C8BDD4C94EBE7624C"><enum>(E)</enum><text display-inline="yes-
display-inline">encourage the Egmont Group of Financial Intelligence Units to study the
extent to which human trafficking operations are being used for money laundering,
terrorist financing, or other illicit financial
purposes.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H330B5197AA46432F97DE7AFB323D7097" section-type="subsequent-
section"><enum>7153.</enum><header display-inline="yes-display-inline">Coordination of
human trafficking issues by the Office of Terrorism and Financial Intelligence</header>

<subsection commented="no" display-inline="no-display-inline"
```

```
id="H925DF6D451F0433C9159DAD23385175C"><enum>(a)</enum><header display-inline="yes-
display-inline">Functions</header><text display-inline="yes-display-inline">Section
312(a)(4) of title 31, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HF32515AEDF9442BFAB76364CE8F52844"><enum>(1)</enum><text display-inline="yes-
display-inline">by redesignating subparagraphs (E), (F), and (G) as subparagraphs (F),
(G), and (H), respectively; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HADB897095866496DB6454C212C0B0745"><enum>(2)</enum><text display-inline="yes-
display-inline">by inserting after subparagraph (D) the following:</text>

<quoted-block display-inline="no-display-inline" id="H5BB7833665C846FA85AD5E59664C2929"
style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="HF7088A1EA00F4DB6AA87596382719AE7"><enum>(E)</enum><text display-inline="yes-
display-inline">combating illicit financing relating to human
trafficking;</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-
block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HA5C1CD8875094FCDAA84E27DCA00290C"><enum>(b)</enum><header display-inline="yes-
display-inline">Interagency coordination</header><text display-inline="yes-display-
inline">Section 312(a) of such title is amended by adding at the end the
following:</text>

<quoted-block display-inline="no-display-inline" id="H5732DD6C255546DEA327D080A82966C3"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H2CE986AF636640DAA8985C977231534B"><enum>(8)</enum><header display-inline="yes-
display-inline">Interagency coordination</header><text display-inline="yes-display-
inline">The Secretary of the Treasury, after consultation with the Undersecretary for
Terrorism and Financial Crimes, shall designate an office within the OTFI that shall
coordinate efforts to combat the illicit financing of human trafficking withâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3CDC265BE3A44E3ABC700117CB9E0E73"><enum>(A)</enum><text display-inline="yes-
display-inline">other offices of the Department of the Treasury;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H49AA653DEB524B54ACCAF14F45780E5A"><enum>(B)</enum><text display-inline="yes-
display-inline">other Federal agencies, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HBFE825DECEEE4C63A8179592750197EB"><enum>(i)</enum><text display-inline="yes-
display-inline">the Office to Monitor and Combat Trafficking in Persons of the
Department of State; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H89D6916B847C489DAFE92B5816799286"><enum>(ii)</enum><text display-inline="yes-
display-inline">the Interagency Task Force to Monitor and Combat
Trafficking;</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC3EF6B69D3AA47C4A9C8504C606F20EF"><enum>(C)</enum><text display-inline="yes-
display-inline">State and local law enforcement agencies; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0836A93D10AC4E4ABDBB372B5CCFA626"><enum>(D)</enum><text display-inline="yes-
display-inline">foreign governments.</text></subparagraph></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H4B4BCE3E4E944B169A2554C1D3A79AE8" section-type="subsequent-
section"><enum>7154.</enum><header display-inline="yes-display-inline">Strengthening
the role of anti-money laundering and other financial tools in combating human
trafficking</header>
```

WASHSTATEC016300

```
<subsection commented="no" display-inline="no-display-inline"
id="H421C9AC36869480BA681E349833EF07C"><enum>(a)</enum><header display-inline="yes-
display-inline">Interagency task force recommendations targeting money laundering
related to human trafficking</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2FB74CBA0244469587D1FF67F53AB062"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 270 days after the date of the enactment of this Act, the Interagency Task Force
to Monitor and Combat Trafficking, with the concurrence of the Secretary of State and
the Secretary of the Treasury, shall submit to the Committee on Banking, Housing, and
Urban Affairs, the Committee on Foreign Relations, and the Committee on the Judiciary
of the Senate, the Committee on Financial Services, the Committee on Foreign Affairs,
and the Committee on the Judiciary of the House of Representatives, and each
appropriate Federal banking agencyâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5A84DD3A26BF44088AEEBAE1EA88246E"><enum>(A)</enum><text display-inline="yes-
display-inline">an analysis of anti-money laundering efforts of the United States
Government, United States financial institutions, and international financial
institutions (as defined in section 1701(c) of the International Financial Institutions
Act (22 U.S.C. 262r(c))) related to human trafficking; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H3600C8FC05F74DC79F36B160C58FE051"><enum>(B)</enum><text display-inline="yes-
display-inline">appropriate legislative, administrative, and other recommendations to
strengthen efforts against money laundering related to human
trafficking.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H815CF03C3A444FB8988D93808570028F"><enum>(2)</enum><header display-inline="yes-
display-inline">Required recommendations</header><text display-inline="yes-display-
inline">The recommendations under paragraph (1) shall includeâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9FE2E0068EAA4F4BBAEF5CB690F70ACA"><enum>(A)</enum><text display-inline="yes-
display-inline">best practices based on successful anti-human trafficking programs
currently in place at domestic and international financial institutions that are
suitable for broader adoption;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9FF64F5CC9CD49D59E7883D5F7465511"><enum>(B)</enum><text display-inline="yes-
display-inline">feedback from stakeholders, including victims of severe forms of
trafficking in persons, advocates of persons at risk of becoming victims of severe
forms of trafficking in persons, the United States Advisory Council on Human
Trafficking, civil society organizations, and financial institutions on policy
proposals derived from the analysis conducted by the task force referred to in
paragraph (1) that would enhance the efforts and programs of financial institutions to
detect and deter money laundering related to human trafficking, including any
recommended changes to internal policies, procedures, and controls related to human
trafficking;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HABE3D44F2F8740239F5C31D8BDD98D2B"><enum>(C)</enum><text display-inline="yes-
display-inline">any recommended changes to training programs at financial institutions
to better equip employees to deter and detect money laundering related to human
trafficking; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H10E1EDF18FCA41C48CD56E44996F0D77"><enum>(D)</enum><text display-inline="yes-
display-inline">any recommended changes to expand human trafficking-related information
sharing among financial institutions and between such financial institutions,
appropriate law enforcement agencies, and appropriate Federal
agencies.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4D5F49B2435F435490242B14C03CCF6C"><enum>(b)</enum><header display-inline="yes-
display-inline">Additional reporting requirement</header><text display-inline="yes-
display-inline">Section 105(d)(7) of the Trafficking Victims Protection Act of 2000 (22
```

WASHSTATEC016301

U.S.C. 7103(d)(7)) is amendedâ€"</text>

&lt;paragraph commented="no" display-inline="no-display-inline"
id="H37A6823CD3204F2187591632277BD8F9"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;in the matter preceding subparagraph (A)â€"&lt;/text&gt;

&lt;subparagraph commented="no" display-inline="no-display-inline"
id="H066D00A597244CE0A7897A264E5A638F"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;by inserting &lt;quote&gt;the Committee on Financial Services,&lt;/quote&gt; after
&lt;quote&gt;the Committee on Foreign Affairs&lt;/quote&gt;; and&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph commented="no" display-inline="no-display-inline"
id="H4F9D649E707848B0BC6C2B7F908D8484"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;by inserting &lt;quote&gt;the Committee on Banking, Housing, and Urban
Affairs,&lt;/quote&gt; after &lt;quote&gt;the Committee on Foreign
Relations,&lt;/quote&gt;;&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HA257FB9666604C7895F570EE6DB57CF3"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;in subparagraph (Q)(vii), by striking &lt;quote&gt;; and&lt;/quote&gt; and
inserting a semicolon;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HB52D47796DE141189ED7A25357B44EEB"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;in subparagraph (R), by striking the period at the end and inserting
&lt;quote&gt;; and&lt;/quote&gt;; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="H34448867E6AE4C2CAEEB66905A819B66"&gt;&lt;enum&gt;(4)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;by adding at the end the following:&lt;/text&gt;

&lt;quoted-block display-inline="no-display-inline" id="H4973DC16A2D54A0CBCE600439B34022B"
style="OLC"&gt;

&lt;subparagraph commented="no" display-inline="no-display-inline"
id="H2D2AD0F271044D42877D778DD0F4C3F9"&gt;&lt;enum&gt;(S)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;the efforts of the United States to eliminate money laundering related
to human trafficking and the number of investigations, arrests, indictments, and
convictions in money laundering cases with a nexus to human
trafficking.&lt;/text&gt;&lt;/subparagraph&gt;&lt;after-quoted-block&gt;.&lt;/after-quoted-block&gt;&lt;/quoted-
block&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection commented="no" display-inline="no-display-inline"
id="H21E9F364A60B41489A35D641FC55DCEF"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header display-inline="yes-
display-inline"&gt;Required review of procedures&lt;/header&gt;&lt;text display-inline="yes-
display-inline"&gt;Not later than 180 days after the date of the enactment of this Act,
the Federal Financial Institutions Examination Council, in consultation with the
Secretary of the Treasury, victims of severe forms of trafficking in persons, advocates
of persons at risk of becoming victims of severe forms of trafficking in persons, the
United States Advisory Council on Trafficking, civil society organizations, the private
sector, and appropriate law enforcement agencies, shallâ€"&lt;/text&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="H91375F5F9DDF409882CCC2D9AA06FA1D"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;review and enhance training and examination procedures to improve the
surveillance capabilities of anti-money laundering programs and programs countering the
financing of terrorism to detect human trafficking-related financial
transactions;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HC1586D15A27C444FA11F7C278142F9F7"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;review and enhance procedures for referring potential human trafficking
cases to the appropriate law enforcement agency; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph commented="no" display-inline="no-display-inline"
id="HCF2D9D6D460F4FA4B6E929E285FE1046"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text display-inline="yes-
display-inline"&gt;determine, as appropriate, whether requirements for financial
institutions and covered financial institutions are sufficient to detect and deter
money laundering related to human trafficking.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection commented="no" display-inline="no-display-inline"

```
id="H8847B883523F47C1AFF82D1871E62F4B"><enum>(d)</enum><header display-inline="yes-
display-inline">Limitations</header><text display-inline="yes-display-inline">Nothing
in this section shall be construed toâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE8280B16ED7345E69F270CB7B24F6C5F"><enum>(1)</enum><text display-inline="yes-
display-inline">grant rulemaking authority to the Interagency Task Force to Monitor and
Combat Trafficking; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5ACB5052C6EB4F0BB487F496A197D9F6"><enum>(2)</enum><text display-inline="yes-
display-inline">authorize financial institutions to deny services to or violate the
privacy of victims of trafficking, victims of severe forms of trafficking, or
individuals not responsible for promoting severe forms of trafficking in
persons.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HA98756C4C812455583C06E42B76B5FE7" section-type="subsequent-
section"><enum>7155.</enum><header display-inline="yes-display-inline">Sense of
Congress on resources to combat human trafficking</header><text display-inline="no-
display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H1A8E0D4B8FF04F8C9BE440FCA36B977B"><enum>(1)</enum><text display-inline="yes-
display-inline">adequate funding should be provided for critical Federal efforts to
combat human trafficking;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HEDBBEF50FE58428DAE2DE4C5EF24B1FA"><enum>(2)</enum><text display-inline="yes-
display-inline">the Department of the Treasury should have the appropriate resources to
vigorously investigate human trafficking networks under section 111 of the Trafficking
Victims Protection Act of 2000 (22 U.S.C. 7108) and other relevant statutes and
Executive orders;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6EE57AD138B047A6AA7BB3B96B88FEC5"><enum>(3)</enum><text display-inline="yes-
display-inline">the Department of the Treasury and the Department of Justice should
each have the capacity and appropriate resources to support technical assistance to
develop foreign partnersâ€™ ability to combat human trafficking through strong national
anti-money laundering programs and programs countering the financing of
terrorism;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H151AF821A245473FAF218C158E7BA73F"><enum>(4)</enum><text display-inline="yes-
display-inline">each United States Attorneyâ€™s Office should be provided appropriate
funding to increase the number of personnel for community education and outreach and
investigative support and forensic analysis related to human trafficking;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H47305D3E5E95472CB8A02646344EB303"><enum>(5)</enum><text display-inline="yes-
display-inline">the Department of State should be provided additional resources, as
necessary, to carry out the Survivors of Human Trafficking Empowerment Act (section 115
of Public Law 114â€"22; 129 Stat. 243).</text></paragraph></section></subtitle></title>

<title commented="no" id="H0FFAEF5E070D42A4B6B251B68929F6AF" level-type="subsequent"
style="OLC"><enum>LXXII</enum><header display-inline="yes-display-inline">Sanctions
with respect to foreign traffickers of illicit synthetic opioids</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H0FFAEF5E070D42A4B6B251B68929F6AF" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H4DF2AE9CCBBD46C58485C67BDCD1F53C"
level="section">Sec.â€‚7201.â€‚Short title.</toc-entry>

<toc-entry idref="HB0DC354833774EDA94B5E0ED5C608AE4"
level="section">Sec.â€‚7202.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="HCD4D31BDB5064BA8AFBD65AE23CC8343"
level="section">Sec.â€‚7203.â€‚Definitions.</toc-entry>
```

```
<toc-entry idref="H83F6621E01C4471EA80E85BD20C62BD9" level="subtitle">Subtitle
Aâ€"Sanctions with Respect to Foreign Opioid Traffickers</toc-entry>

<toc-entry idref="H319373E8BDCE468F82B9074EBFF951FC"
level="section">Sec.â€‚7211.â€‚Identification of foreign opioid traffickers.</toc-
entry>

<toc-entry idref="HAC5A6A2B419F4F4585BFF9CCA0DC7C34"
level="section">Sec.â€‚7212.â€‚Imposition of sanctions.</toc-entry>

<toc-entry idref="HD78AED92A22749A1BE79C509097B34CD"
level="section">Sec.â€‚7213.â€‚Description of sanctions.</toc-entry>

<toc-entry idref="H0A7EE67AC9C34BF3A94D850BE16A5A52"
level="section">Sec.â€‚7214.â€‚Waivers.</toc-entry>

<toc-entry idref="HFDAC67476ED0430DBC0224F39CB6C1EA"
level="section">Sec.â€‚7215.â€‚Procedures for judicial review of classified
information.</toc-entry>

<toc-entry idref="H14AF2349B226440DA764701C63A6F487"
level="section">Sec.â€‚7216.â€‚Briefings on implementation.</toc-entry>

<toc-entry idref="H0D5E089DCADE4C0ABD12D0079402D4CE"
level="section">Sec.â€‚7217.â€‚Inclusion of additional material in International
Narcotics Control Strategy Report.</toc-entry>

<toc-entry idref="H4296E375781D44929BFCB10331E42A6D" level="subtitle">Subtitle
Bâ€"Commission on Combating Synthetic Opioid Trafficking</toc-entry>

<toc-entry idref="H46D8F2057A184686A3AF61D9E1FFD63C"
level="section">Sec.â€‚7221.â€‚Commission on combating synthetic opioid
trafficking.</toc-entry>

<toc-entry idref="HF8093314EC1747B786CF3DB7144DF2F3" level="subtitle">Subtitle
Câ€"Other Matters</toc-entry>

<toc-entry idref="H514B399333DC4027B6A18DB0472BCFA8"
level="section">Sec.â€‚7231.â€‚Director of National Intelligence program on use of
intelligence resources in efforts to sanction foreign opioid traffickers.</toc-entry>

<toc-entry idref="H453E0301D2EA46DAB2E96871DB3EE2FB"
level="section">Sec.â€‚7232.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="H90A3C830C63F4655B25F378C5846E22F"
level="section">Sec.â€‚7233.â€‚Regulatory authority.</toc-entry>

<toc-entry idref="H26E3627690474A0FB0F902CF1BD8FAE4"
level="section">Sec.â€‚7234.â€‚Termination.</toc-entry>

<toc-entry idref="H728C15087AE546479099AD8EC659FDFB"
level="section">Sec.â€‚7235.â€‚Exception relating to importation of goods.</toc-
entry></toc>
```

```
<section commented="no" display-inline="no-display-inline"
id="H4DF2AE9CCBBD46C58485C67BDCD1F53C" section-type="subsequent-
section"><enum>7201.</enum><header display-inline="yes-display-inline">Short
title</header><text display-inline="no-display-inline">This title may be cited as the
<quote><short-title>Fentanyl Sanctions Act</short-title></quote>.</text></section>

<section commented="no" display-inline="no-display-inline"
id="HB0DC354833774EDA94B5E0ED5C608AE4" section-type="subsequent-
section"><enum>7202.</enum><header display-inline="yes-display-inline">Sense of
Congress</header><text display-inline="no-display-inline">It is the sense of Congress
thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HD2E7B94E022640F9AC3C495A6D9D1A47"><enum>(1)</enum><text display-inline="yes-
display-inline">the United States should apply economic and other financial sanctions
to foreign traffickers of illicit opioids to protect the national security, foreign
policy, and economy of the United States and the health of the people of the United
States;</text></paragraph>
```

```
<paragraph commented="no" display-inline="no-display-inline"
id="HD3F571B42CAF4BC38A45F9D6372AB134"><enum></enum><text display-inline="yes-
display-inline">it is imperative that the People's Republic of China follow through on
full implementation of the new regulations, adopted May 1, 2019, to treat all fentanyl
analogues as controlled substances under the laws of the People's Republic of China,
including by devoting sufficient resources for implementation and strict enforcement of
the new regulations; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAA939970D0B64D8EBE61CCCF89089A35"><enum>(3)</enum><text display-inline="yes-
display-inline">the effective enforcement of the new regulations should result in
diminished trafficking of illicit fentanyl originating from the Peopleâ€™s Republic of
China into the United States.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HCD4D31BDB5064BA8AFBD65AE23CC8343" section-type="subsequent-
section"><enum>7203.</enum><header display-inline="yes-display-
inline">Definitions</header><text display-inline="no-display-inline">In this
title:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC9701C6E0A934B9594E394FCC30AFCD3"><enum>(1)</enum><header display-inline="yes-
display-inline">Alien; national; national of the United States</header><text display-
inline="yes-display-inline">The terms <term>alien</term>, <term>national</term>, and
<term>national of the United States</term> have the meanings given those terms in
section 101 of the Immigration and Nationality Act (8 U.S.C. 1101).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H320F6962760248D79E691E2FFB2B7B41"><enum>(2)</enum><header display-inline="yes-
display-inline">Appropriate congressional committees and leadership</header><text
display-inline="yes-display-inline">The term <term>appropriate congressional committees
and leadership</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H793CCAE23D2342B49D329586BE79C6F2"><enum>(A)</enum><text display-inline="yes-
display-inline">the Committee on Appropriations, the Committee on Armed Services, the
Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations,
the Committee on Homeland Security and Governmental Affairs, the Committee on the
Judiciary, the Select Committee on Intelligence, and the majority leader and the
minority leader of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H128F92E9785346539A2C6A7505A3D10F"><enum>(B)</enum><text display-inline="yes-
display-inline">the Committee on Appropriations, the Committee on Armed Services, the
Committee on Financial Services, the Committee on Foreign Affairs, the Committee on
Homeland Security, the Committee on the Judiciary, the Committee on Oversight and
Reform, the Permanent Select Committee on Intelligence, and the Speaker and the
minority leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H56AF2C545A0D47F993EED0D7CED6321C"><enum>(3)</enum><header display-inline="yes-
display-inline">Controlled substance; listed chemical</header><text display-
inline="yes-display-inline">The terms <term>controlled substance</term>, <term>listed
chemical</term>, <term>narcotic drug</term>, and <term>opioid</term> have the meanings
given those terms in section 102 of the Controlled Substances Act (21 U.S.C.
802).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE38EAE3BEB0074F8DA15C68B31B97901C"><enum>(4)</enum><header display-inline="yes-
display-inline">Entity</header><text display-inline="yes-display-inline">The term
<term>entity</term> means a partnership, joint venture, association, corporation,
organization, network, group, or subgroup, or any form of business
collaboration.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H27BAFE75ED38427DADE82AC10D9EC0DC"><enum>(5)</enum><header display-inline="yes-
display-inline">Foreign opioid trafficker</header><text display-inline="yes-display-
inline">The term <term>foreign opioid trafficker</term> means any foreign person that
the President determines plays a significant role in opioid
```

```
trafficking.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAE15E2A0332148DEB039AE250B061655"><enum>(6)</enum><header display-inline="yes-
display-inline">Foreign person</header><text display-inline="yes-display-inline">The
term <term>foreign person</term>â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HADDC443BC9A44BE883D7FBA33224A3A0"><enum>(A)</enum><text display-inline="yes-
display-inline">meansâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H25E11E42D38440BB810804B6C220CB6D"><enum>(i)</enum><text display-inline="yes-
display-inline">any citizen or national of a foreign country; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H14F71D1D0EFB471EB3424112DCB5E2D0"><enum>(ii)</enum><text display-inline="yes-
display-inline">any entity not organized under the laws of the United States or a
jurisdiction within the United States; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H47DC103FF23F47EA843F9C216BF4EB67"><enum>(B)</enum><text display-inline="yes-
display-inline">does not include the government of a foreign
country.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H38A1C7771BE8456DB60F45656198CA52"><enum>(7)</enum><header display-inline="yes-
display-inline">Knowingly</header><text display-inline="yes-display-inline">The term
<term>knowingly</term>, with respect to conduct, a circumstance, or a result, means
that a person has actual knowledge, or should have known, of the conduct, the
circumstance, or the result.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H3631657C52C042DBB8EE7348B85DF6A9"><enum>(8)</enum><header display-
inline="yes-display-inline">Opioid trafficking</header><text display-inline="yes-display-
inline">The term <term>opioid trafficking</term> means any illicit activityâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H746158B31FCC4FE5AD67321A2CFD413A"><enum>(A)</enum><text display-inline="yes-
display-inline">to produce, manufacture, distribute, sell, or knowingly finance or
transportâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H4285FD05B0964300B3A61E1781496B73"><enum>(i)</enum><text display-inline="yes-
display-inline">synthetic opioids, including controlled substances that are synthetic
opioids and listed chemicals that are synthetic opioids; or</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HBBAC1F4B22D54C31BCE2769A4B21D20C"><enum>(ii)</enum><text display-inline="yes-
display-inline">active pharmaceutical ingredients or chemicals that are used in the
production of controlled substances that are synthetic
opioids;</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2AA5616124A347E0A05A52F462DCA0B9"><enum>(B)</enum><text display-inline="yes-
display-inline">to attempt to carry out an activity described in subparagraph (A);
or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0136FC37ECED420784620CDD2FEA46A2"><enum>(C)</enum><text display-inline="yes-
display-inline">to assist, abet, conspire, or collude with other persons to carry out
such an activity.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8C4D4360E15E4CD6ABE5069006F069AF"><enum>(9)</enum><header display-
inline="yes-display-inline">Person</header><text display-inline="yes-display-inline">The term
<term>person</term> means an individual or entity.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1550FDBEBDF446018848BF680F2BC267"><enum>(10)</enum><header display-inline="yes-
display-inline">United States person</header><text display-inline="yes-display-
```

WASHSTATEC016306

```
inline">The term <term>United States person</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H434881AA4FBC4C0D87E61FA865C86F0C"><enum>(A)</enum><text display-inline="yes-
display-inline">any citizen or national of the United States;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H74DD9B5DFB0242849FC9F0A4EA85BF30"><enum>(B)</enum><text display-inline="yes-
display-inline">any alien lawfully admitted for permanent residence in the United
States;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF76A65D620EB409DA16A5CCD3B5909CC"><enum>(C)</enum><text display-inline="yes-
display-inline">any entity organized under the laws of the United States or any
jurisdiction within the United States (including a foreign branch of such an entity);
or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H618CD7E78B1D49C1ABFD1ABC0CE43887"><enum>(D)</enum><text display-inline="yes-
display-inline">any person located in the United
States.</text></subparagraph></paragraph></section>

<subtitle commented="no" id="H83F6621E01C4471EA80E85BD20C62BD9" level-
type="subsequent"><enum>A</enum><header display-inline="yes-display-inline">Sanctions
with Respect to Foreign Opioid Traffickers</header>

<section commented="no" display-inline="no-display-inline"
id="H319373E8BDCE468F82B9074EBFF951FC" section-type="subsequent-
section"><enum>7211.</enum><header display-inline="yes-display-inline">Identification
of foreign opioid traffickers</header>

<subsection commented="no" display-inline="no-display-inline"
id="H5E23817E9CAF48AAA4498F0A16A689B5"><enum>(a)</enum><header display-inline="yes-
display-inline">Public report</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2FBC44F33F024A5A945E29211ECA588A"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
President shall submit to the appropriate congressional committees and leadership, in
accordance with subsection (c), a reportâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H663F3333443E48ADBDA425F1F173C3C0"><enum>(A)</enum><text display-inline="yes-
display-inline">identifying the foreign persons that the President determines are
foreign opioid traffickers;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8BCC327B6B0040C48440E4B0A9251FEE"><enum>(B)</enum><text display-inline="yes-
display-inline">detailing progress the President has made in implementing this
subtitle; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0FACDCEA060B49EAA28EF80D0CE43838"><enum>(C)</enum><text display-inline="yes-
display-inline">providing an update on cooperative efforts with the governments of
Mexico, the Peopleâ€™s Republic of China, and other countries of concern with respect
to combating foreign opioid traffickers.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H949DB9D61F254225BB58217FC1F86495"><enum>(2)</enum><header display-inline="yes-
display-inline">Identification of additional persons</header><text display-inline="yes-
display-inline">If, at any time after submitting a report required by paragraph (1) and
before the submission of the next such report, the President determines that a foreign
person not identified in the report is a foreign opioid trafficker, the President shall
submit to the appropriate congressional committees and leadership an additional report
containing the information required by paragraph (1) with respect to the foreign
person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6F7B8B1C75534263B8EDB7276D1D25F9"><enum>(3)</enum><header display-inline="yes-
display-inline">Exclusion</header><text display-inline="yes-display-inline">The
President shall not be required to include in a report under paragraph (1) or (2) any
```

persons with respect to which the United States has imposed sanctions before the date of the report under this subtitle or any other provision of law with respect to opioid trafficking.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE16A50F7593A4999835D0E6E7B93B55D"><enum>(4)</enum><header display-inline="yes-display-inline">Form of report</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H413429D7FAB344F489826AAEE1FE040B"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Each report required by paragraph (1) or (2) shall be submitted in unclassified form but may include a classified annex.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H14E36F2D22F0431C84061BA710B5045A"><enum>(B)</enum><header display-inline="yes-display-inline">Availability to public</header><text display-inline="yes-display-inline">The unclassified portion of a report required by paragraph (1) or (2) shall be made available to the public.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H37E80C4CBA6A457AB8F3AE5AEAF082FB"><enum>(b)</enum><header display-inline="yes-display-inline">Classified report</header>

<paragraph commented="no" display-inline="no-display-inline" id="HFEF3E65310304196ACEA9219F6405EF7"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The President shall submit to the appropriate congressional committees and leadership, in accordance with subsection (c), a report, in classified formâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5C76146B816E44829985FA5C7CB49A52"><enum>(A)</enum><text display-inline="yes-display-inline">describing in detail the status of sanctions imposed under this subtitle, including the personnel and resources directed toward the imposition of such sanctions during the preceding fiscal year;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1193BCFB5AC64FA4AA4CB63836775D37"><enum>(B)</enum><text display-inline="yes-display-inline">providing background information with respect to persons newly identified as foreign opioid traffickers and their illicit activities;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H19A0F5E382E34EF1BC8BDB3C278F0965"><enum>(C)</enum><text display-inline="yes-display-inline">describing actions the President intends to undertake or has undertaken to implement this subtitle; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF7BF7A4786884A29BCC12FB6A3289299"><enum>(D)</enum><text display-inline="yes-display-inline">providing a strategy for identifying additional foreign opioid traffickers.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1889DDF410B643869AF284F116CDB30D"><enum>(2)</enum><header display-inline="yes-display-inline">Effect on other reporting requirements</header><text display-inline="yes-display-inline">The report required by paragraph (1) is in addition to, and in no way delimits or restricts, the obligations of the President to keep Congress fully and currently informed pursuant to the provisions of the National Security Act of 1947 (50 U.S.C. 3001 et seq.).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7BD32EFE8F96455EA77003179173500A"><enum>(c)</enum><header display-inline="yes-display-inline">Submission of reports</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and annually thereafter until the date that is 5 years after such date of enactment, the President shall submit the reports required by subsections (a) and (b) to the appropriate congressional committees and leadership.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H51E43CE7C49044F1B74A2C08C62B74FB"><enum>(d)</enum><header display-inline="yes-

WASHSTATEC016308

```
display-inline">Exclusion of certain information</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2761F0713C2541FFB3EF15254C0F00D0"><enum>(1)</enum><header display-inline="yes-
display-inline">Intelligence</header><text display-inline="yes-display-
inline">Notwithstanding any other provision of this section, a report required by
subsection (a) or (b) shall not disclose the identity of any person if the Director of
National Intelligence determines that such disclosure could compromise an intelligence
operation, activity, source, or method of the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7CC3F72EEC664893BFDB5B0578AA065D"><enum>(2)</enum><header display-inline="yes-
display-inline">Law enforcement</header><text display-inline="yes-display-
inline">Notwithstanding any other provision of this section, a report required by
subsection (a) or (b) shall not disclose the identity of any person if the Attorney
General, in coordination, as appropriate, with the Director of the Federal Bureau of
Investigation, the Administrator of the Drug Enforcement Administration, the Secretary
of the Treasury, the Secretary of State, and the head of any other appropriate Federal
law enforcement agency, determines that such disclosure could reasonably be
expectedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H275BE875D0A84BFB805DBF03171FF5FB"><enum>(A)</enum><text display-inline="yes-
display-inline">to compromise the identity of a confidential source, including a State,
local, or foreign agency or authority or any private institution that furnished
information on a confidential basis;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC3ED62E8CB30468B8EFA7644CC637F22"><enum>(B)</enum><text display-inline="yes-
display-inline">to jeopardize the integrity or success of an ongoing criminal
investigation or prosecution;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H07AB3611F013407E879977B2C4DFB267"><enum>(C)</enum><text display-inline="yes-
display-inline">to endanger the life or physical safety of any person;
or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H68B9BDF5E901489CBC9EF31053321E6F"><enum>(D)</enum><text display-inline="yes-
display-inline">to cause substantial harm to physical
property.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H925D903FC90748169C361F04E2FE749D"><enum>(3)</enum><header display-inline="yes-
display-inline">Notification required</header><text display-inline="yes-display-
inline">If the Director of National Intelligence makes a determination under paragraph
(1) or the Attorney General makes a determination under paragraph (2), the Director or
the Attorney General, as the case may be, shall notify the appropriate congressional
committees and leadership of the determination and the reasons for the
determination.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBAA35CB518664404B50855B347A263F1"><enum>(4)</enum><header display-inline="yes-
display-inline">Rule of construction</header><text display-inline="yes-display-
inline">Nothing in this section may be construed to authorize or compel the disclosure
of information determined by the President to be law enforcement information,
classified information, national security information, or other information the
disclosure of which is prohibited by any other provision of
law.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H72FFD68076A04F498945B9B76CC12F88"><enum>(e)</enum><header display-inline="yes-
display-inline">Provision of information required for reports</header><text display-
inline="yes-display-inline">The Secretary of the Treasury, the Attorney General, the
Secretary of Defense, the Secretary of State, the Secretary of Homeland Security, and
the Director of National Intelligence shall consult among themselves and provide to the
President and the Director of the Office of National Drug Control Policy the
appropriate and necessary information to enable the President to submit the reports
required by subsection (a).</text></subsection></section>
```

```
<section commented="no" display-inline="no-display-inline"
id="HAC5A6A2B419F4F4585BFF9CCA0DC7C34" section-type="subsequent-
section"><enum>7212.</enum><header display-inline="yes-display-inline">Imposition of
sanctions</header><text display-inline="no-display-inline">The President shall impose
five or more of the sanctions described in section 7213 with respect to each foreign
person that is an entity, and four or more of such sanctions with respect to each
foreign person that is an individual, thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H4CCD480C85E3472BA816D991487BFAA5"><enum>(1)</enum><text display-inline="yes-
display-inline">is identified as a foreign opioid trafficker in a report submitted
under section 7211(a); or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2FA1D10F1C2F472FB3D1AEB9A2BF4EE9"><enum>(2)</enum><text display-inline="yes-
display-inline">the President determines is owned, controlled, directed by, knowingly
supplying or sourcing precursors for, or knowingly acting for or on behalf of, such a
foreign opioid trafficker.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HD78AED92A22749A1BE79C509097B34CD" section-type="subsequent-
section"><enum>7213.</enum><header display-inline="yes-display-inline">Description of
sanctions</header>

<subsection commented="no" display-inline="no-display-inline"
id="H13DD128740434390B2761A7E41E7EB9B"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
sanctions that may be imposed with respect to a foreign person under section 7212 are
the following:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H57AD4ACE42044F058AD4E352D1E64A7E"><enum>(1)</enum><header display-inline="yes-
display-inline">Loans from United States financial institutions</header><text display-
inline="yes-display-inline">The United States Government may prohibit any United States
financial institution from making loans or providing credits to the foreign
person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H7C2D00EFC2454EDB93DBB0F7391BA4A0"><enum>(2)</enum><header display-inline="yes-
display-inline">Prohibitions on financial institutions</header><text display-
inline="yes-display-inline">The following prohibitions may be imposed with respect to a
foreign person that is a financial institution:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H18E1ABE487464C2BBF49557AF4E26515"><enum>(A)</enum><header display-inline="yes-
display-inline">Prohibition on designation as primary dealer</header><text display-
inline="yes-display-inline">Neither the Board of Governors of the Federal Reserve
System nor the Federal Reserve Bank of New York may designate, or permit the
continuation of any prior designation of, the financial institution as a primary dealer
in United States Government debt instruments.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA22C18B1E4864FE4B2940A80A133690D"><enum>(B)</enum><header display-inline="yes-
display-inline">Prohibition on service as a repository of Government
funds</header><text display-inline="yes-display-inline">The financial institution may
not serve as agent of the United States Government or serve as repository for United
States Government funds.</text></subparagraph><continuation-text commented="no"
continuation-text-level="paragraph">The imposition of either sanction under
subparagraph (A) or (B) shall be treated as one sanction for purposes of section 7212,
and the imposition of both such sanctions shall be treated as 2 sanctions for purposes
of that section.</continuation-text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H96F78D7F822144FC99C786B637035294"><enum>(3)</enum><header display-inline="yes-
display-inline">Procurement ban</header><text display-inline="yes-display-inline">The
United States Government may not procure, or enter into any contract for the
procurement of, any goods or services from the foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF79DB1CAAE664E88AF1B8006A08BBB37"><enum>(4)</enum><header display-inline="yes-
```

WASHSTATEC016310

display-inline">Foreign exchange</header><text display-inline="yes-display-inline">The
President may, pursuant to such regulations as the President may prescribe, prohibit
any transactions in foreign exchange that are subject to the jurisdiction of the United
States and in which the foreign person has any interest.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD7FFBFCB043B49E99162C623C5793DA7"><enum>(5)</enum><header display-inline="yes-
display-inline">Banking transactions</header><text display-inline="yes-display-
inline">The President may, pursuant to such regulations as the President may prescribe,
prohibit any transfers of credit or payments between financial institutions or by,
through, or to any financial institution, to the extent that such transfers or payments
are subject to the jurisdiction of the United States and involve any interest of the
foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9EA4F90687E24EA1BA0DEE5D77D86C3C"><enum>(6)</enum><header display-inline="yes-
display-inline">Property transactions</header><text display-inline="yes-display-
inline">The President may, pursuant to such regulations as the President may prescribe,
prohibit any person fromâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE0CE973CA79A4E889402D377F780EB0B"><enum>(A)</enum><text display-inline="yes-
display-inline">acquiring, holding, withholding, using, transferring, withdrawing, or
transporting any property that is subject to the jurisdiction of the United States and
with respect to which the foreign person has any interest;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H161C0E84F186439DA9D02D14B8527522"><enum>(B)</enum><text display-inline="yes-
display-inline">dealing in or exercising any right, power, or privilege with respect to
such property; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE4F4A30890E641CC86E10251BC7A014A"><enum>(C)</enum><text display-inline="yes-
display-inline">conducting any transaction involving such
property.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6CF2DCE5A51843B4A2DD82CA55AEFD62"><enum>(7)</enum><header display-inline="yes-
display-inline">Ban on investment in equity or debt of sanctioned person</header><text
display-inline="yes-display-inline">The President may, pursuant to such regulations or
guidelines as the President may prescribe, prohibit any United States person from
investing in or purchasing significant amounts of equity or debt instruments of the
foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAFA544CC65D1497A819707A64C529502"><enum>(8)</enum><header display-inline="yes-
display-inline">Exclusion of corporate officers</header><text display-inline="yes-
display-inline">The President may direct the Secretary of State to deny a visa to, and
the Secretary of Homeland Security to exclude from the United States, any alien that
the President determines is a corporate officer or principal of, or a shareholder with
a controlling interest in, the foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5D65AA68DE734D6AAB9C598DC9E4CB86"><enum>(9)</enum><header display-inline="yes-
display-inline">Sanctions on principal executive officers</header><text display-
inline="yes-display-inline">The President may impose on the principal executive officer
or officers of the foreign person, or on individuals performing similar functions and
with similar authorities as such officer or officers, any of the sanctions described in
paragraphs (1) through (8) that are applicable.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H72A5392131ED4AC7827F1989900F5D8B"><enum>(b)</enum><header display-inline="yes-
display-inline">Penalties</header><text display-inline="yes-display-inline">A person
that violates, attempts to violate, conspires to violate, or causes a violation of any
regulation, license, or order issued to carry out subsection (a) shall be subject to
the penalties set forth in subsections (b) and (c) of section 206 of the International
Emergency Economic Powers Act (50 U.S.C. 1705) to the same extent as a person that
commits an unlawful act described in subsection (a) of that
section.</text></subsection>

WASHSTATEC016311

```
<subsection commented="no" display-inline="no-display-inline"
id="H1E696D5E6162433797D8DD254E34C561"><enum>(c)</enum><header display-inline="yes-
display-inline">Exceptions</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H17BACA5ABA1242CABBCD807843FBC483"><enum>(1)</enum><header display-inline="yes-
display-inline">Intelligence and law enforcement activities</header><text display-
inline="yes-display-inline">Sanctions under this section shall not apply with respect
toâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6B442CB725624F5D83C40FDA1483B276"><enum>(A)</enum><text display-inline="yes-
display-inline">any activity subject to the reporting requirements under title V of the
National Security Act of 1947 (50 U.S.C. 3091 et seq.); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H9E919A7CC3794308A942525AF120BB56"><enum>(B)</enum><text display-inline="yes-
display-inline">any authorized intelligence or law enforcement activities of the United
States.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H0F977F9DA4A04C0EAEB3B0E095335841"><enum>(2)</enum><header display-inline="yes-
display-inline">Exception to comply with United Nations headquarters
agreement</header><text display-inline="yes-display-inline">Sanctions under subsection
(a)(8) shall not apply to an alien if admitting the alien into the United States is
necessary to permit the United States to comply with the Agreement regarding the
Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered
into force November 21, 1947, between the United Nations and the United States, the
Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force
March 19, 1967, or other applicable international
obligations.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0B670306378A46A58516F5A833D13774"><enum>(d)</enum><header display-inline="yes-
display-inline">Implementation</header><text display-inline="yes-display-inline">The
President may exercise all authorities provided under sections 203 and 205 of the
International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this
section.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H0A7EE67AC9C34BF3A94D850BE16A5A52" section-type="subsequent-
section"><enum>7214.</enum><header display-inline="yes-display-inline">Waivers</header>

<subsection commented="no" display-inline="no-display-inline"
id="H91B4647C5A2245DCAC92491B6BA01F51"><enum>(a)</enum><header display-inline="yes-
display-inline">Waiver for State-owned entities in countries that cooperate in
multilateral anti-trafficking efforts</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H735D9734D5C34AE396B05845EA3F0095"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
President may waive for a period of not more than 12 months the application of
sanctions under this subtitle with respect to an entity that is owned or controlled,
directly or indirectly, by a foreign government or any political subdivision, agency,
or instrumentality of a foreign government, if, not less than 15 days before the waiver
is to take effect, the President certifies to the appropriate congressional committees
and leadership that the foreign government is closely cooperating with the United
States in efforts to prevent opioid trafficking.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H50DF6E2F9626406CBE9C1654FB088870"><enum>(2)</enum><header display-inline="yes-
display-inline">Certification</header><text display-inline="yes-display-inline">The
President may certify under paragraph (1) that a foreign government is closely
cooperating with the United States in efforts to prevent opioid trafficking if that
government isâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDB31D8A0824A4603B0732F9DFED0B6B7"><enum>(A)</enum><text display-inline="yes-
display-inline">implementing domestic laws to schedule all fentanyl analogues as
controlled substances; and</text></subparagraph>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H16086D5BBA5E4C468F439AE94CD0050A"><enum>(B)</enum><text display-inline="yes-
display-inline">doing two or more of the following:</text>

<clause commented="no" display-inline="no-display-inline"
id="H456563C7FFCE4A78B2EFC1118155E601"><enum>(i)</enum><text display-inline="yes-
display-inline">Implementing substantial improvements in regulations involving the
chemical and pharmaceutical production and export of illicit opioids.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HB8132B564163474781734463F3B3E44"><enum>(ii)</enum><text display-inline="yes-
display-inline">Implementing substantial improvements in judicial regulations to combat
transnational criminal organizations that traffic opioids.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H29C9FC93EB06407EA634C41CD56418DA"><enum>(iii)</enum><text display-inline="yes-
display-inline">Increasing efforts to prosecute foreign opioid
traffickers.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H2D25D8C791A042878FAB23A7578937B9"><enum>(iv)</enum><text display-inline="yes-
display-inline">Increasing intelligence sharing and law enforcement cooperation with
the United States with respect to opioid
trafficking.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H5D159AD081E44343872BA27CB2B81B41"><enum>(3)</enum><header display-inline="yes-
display-inline">Subsequent renewal of waiver</header><text display-inline="yes-display-
inline">The President may renew a waiver under paragraph (1) for subsequent periods of
not more than 12 months each if, not less than 15 days before the renewal is to take
effect, the Secretary of State certifies to the appropriate congressional committees
and leadership that the government of the country to which the waiver applies has
effectively implemented and is effectively enforcing the measures that formed the basis
for the certification under paragraph (2).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H9A12E65A0F0145C78F13E983E93B793D"><enum>(b)</enum><header display-inline="yes-
display-inline">Waivers for national security and access to prescription
medications</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H6A67C77076734E34946021FEA6DC8979"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
President may waive the application of sanctions under this subtitle if the President
determines that the application of such sanctions would harmâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1AE2F73F230F402F8EA89FE913109BD1"><enum>(A)</enum><text display-inline="yes-
display-inline">the national security interests of the United States;
or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H119EB0BEC9FD470985D19EA32F2A0A10"><enum>(B)</enum><text display-inline="yes-
display-inline">subject to paragraph (2), the access of United States persons to
prescription medications.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB5CA75539C674F2FBE5519EA329DD360"><enum>(2)</enum><header display-inline="yes-
display-inline">Monitoring</header><text display-inline="yes-display-inline">The
President shall establish a monitoring program to verify that a person that receives a
waiver under paragraph (1)(B) is not trafficking illicit opioids.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H902750ECEA6742DEBBC4A65F0D075485"><enum>(3)</enum><header display-inline="yes-
display-inline">Notification</header><text display-inline="yes-display-inline">Not
later than 15 days after making a determination under paragraph (1), the President
shall notify the appropriate congressional committees and leadership of the
determination and the reasons for the determination.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
```

```
id="H23F45B277965458DA6116B3782673BCB"><enum>(c)</enum><header display-inline="yes-
display-inline">Humanitarian waiver</header><text display-inline="yes-display-
inline">The President may waive, for renewable periods of 180 days, the application of
the sanctions under this subtitle if the President certifies to the appropriate
congressional committees and leadership that the waiver is necessary for the provision
of humanitarian assistance.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HFDAC67476ED0430DBC0224F39CB6C1EA" section-type="subsequent-
section"><enum>7215.</enum><header display-inline="yes-display-inline">Procedures for
judicial review of classified information</header>

<subsection commented="no" display-inline="no-display-inline"
id="H48ACEEDAA1E64B5A8D901AAE760BD012"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">If a
finding under this subtitle, or a prohibition, condition, or penalty imposed as a
result of any such finding, is based on classified information (as defined in section
1(a) of the Classified Information Procedures Act (18 U.S.C. App.)) and a court reviews
the finding or the imposition of the prohibition, condition, or penalty, the President
may submit such information to the court ex parte and in camera.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H19A1C211EE574541848A66E8D101C2F3"><enum>(b)</enum><header display-inline="yes-
display-inline">Rule of construction</header><text display-inline="yes-display-
inline">Nothing in this section shall be construedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H43010B48D6B247F2BEF21709C77F2D6F"><enum>(1)</enum><text display-inline="yes-
display-inline">to confer or imply any right to judicial review of any finding under
this subtitle, or any prohibition, condition, or penalty imposed as a result of any
such finding; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H827D95D7474E2424A12459D6F4EB915"><enum>(2)</enum><text>to limit or restrict any
other practice, procedure, right, remedy, or safeguard thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H5515ED2380294FAAACE7B2335370D6F6"><enum>(A)</enum><text>relates to the protection
of classified information; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEEE6129B907C494481FDE38B1E1C98BA"><enum>(B)</enum><text>is available to the United
States in connection with any type of administrative hearing, litigation, or other
proceeding.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H14AF2349B226440DA764701C63A6F487" section-type="subsequent-
section"><enum>7216.</enum><header display-inline="yes-display-inline">Briefings on
implementation</header><text display-inline="no-display-inline">Not later than 90 days
after the date of the enactment of this Act, and every 180 days thereafter until the
date that is 5 years after such date of enactment, the President, acting through the
Secretary of State and the Director of National Intelligence, in coordination with the
Secretary of the Treasury, shall provide to the appropriate congressional committees
and leadership a comprehensive briefing on efforts to implement this
subtitle.</text></section>

<section commented="no" display-inline="no-display-inline"
id="H0D5E089DCADE4C0ABD12D0079402D4CE" section-type="subsequent-
section"><enum>7217.</enum><header display-inline="yes-display-inline">Inclusion of
additional material in International Narcotics Control Strategy Report</header>

<subsection commented="no" display-inline="no-display-inline"
id="H9B1C35FEC5AD450D8C75CC97E205D0BC"><enum>(a)</enum><header display-inline="yes-
display-inline">Sense of Congress</header><text display-inline="yes-display-inline">It
is the sense of Congress that, in order to apply economic and other financial sanctions
to foreign traffickers of illicit opioids to protect the national security, foreign
policy, and economy of the United Statesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HC1F7751BE4C04684958873D0B3FED565"><enum>(1)</enum><text display-inline="yes-
```

display-inline">the President should instruct the Secretary of State to intensify diplomatic efforts, both in appropriate international fora such as the United Nations, the Group of Seven, the Group of Twenty, and trilaterally and bilaterally with partners of the United States, to combat foreign opioid trafficking, including by working to establish a multilateral sanctions regime with respect to foreign opioid trafficking; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H959D819DE93943C2A702C249DE44F111"><enum>(2)</enum><text display-inline="yes-display-inline">the Secretary of State, in consultation with the Secretary of the Treasury, should intensify efforts to maintain and strengthen the coalition of countries formed to combat foreign opioid trafficking.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD31AB265D19B4637A307968E83B4F0E1"><enum>(b)</enum><header display-inline="yes-display-inline">Amendment to Foreign Assistance Act of 1961</header><text display-inline="yes-display-inline">Section 489(a) of the Foreign Assistance Act of 1961 (22 U.S.C. 2291(a)) is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H1BF977FEA8494CEAA6079B6367C85F3C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HF8D174094B2B40998E8B38579BBF8410"><enum>(9)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HBB5F62C3F5F042ADA2BD128473A866A1"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment conducted by the Secretary of State, in consultation with the Secretary of the Treasury and the Director of National Intelligence, of the extent to which any diplomatic efforts described in section 7217(a) of the <short-title>Fentanyl Sanctions Act</short-title> have been successful.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA95A2E0E0AB34A828883AE79ACF70F93" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">Each assessment required by subparagraph (A) shall include an identification ofâ€</text>

<clause commented="no" display-inline="no-display-inline" id="H5E7C05F4D52D4C4980D7DC1C145B37FD"><enum>(i)</enum><text display-inline="yes-display-inline">the countries the governments of which have agreed to undertake measures to apply economic or other financial sanctions to foreign traffickers of illicit opioids and a description of those measures; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1DBC8BBA55A141F09BEF4E713180384A"><enum>(ii)</enum><text display-inline="yes-display-inline">the countries the governments of which have not agreed to measures described in clause (i), and, with respect to those countries, other measures the Secretary of State recommends that the United States take to apply economic and other financial sanctions to foreign traffickers of illicit opioids.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section></subtitle>

<subtitle commented="no" id="H4296E375781D44929BFCB10331E42A6D" level-type="subsequent"><enum>B</enum><header display-inline="yes-display-inline">Commission on Combating Synthetic Opioid Trafficking</header>

<section commented="no" display-inline="no-display-inline" id="H46D8F2057A184686A3AF61D9E1FFD63C" section-type="subsequent-section"><enum>7221.</enum><header display-inline="yes-display-inline">Commission on combating synthetic opioid trafficking</header>

<subsection commented="no" display-inline="no-display-inline" id="H86C097AAF1094C6C8E035C73B3719C62"><enum>(a)</enum><header display-inline="yes-display-inline">Establishment</header>

<paragraph commented="no" display-inline="no-display-inline" id="H252BE5A3EB294AC298A8E0EA7D4B8B60"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">There is established a commission to develop a consensus on a strategic approach to combating the flow of synthetic opioids into the United States.</text></paragraph>

WASHSTATEC016315

```
<paragraph commented="no" display-inline="no-display-inline"
id="HFB69000C70AC4739AA1C5B9511980113"><enum>(2)</enum><header display-inline="yes-
display-inline">Designation</header><text display-inline="yes-display-inline">The
commission established under paragraph (1) shall be known as the <quote>Commission on
Combating Synthetic Opioid Trafficking</quote> (in this section referred to as the
<quote>Commission</quote>).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H2F9B8FE2BF8C480C9960D55D49537069"><enum>(b)</enum><header display-inline="yes-
display-inline">Membership</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H7ADD9472F7C54C7B9CADF9C22614EF2D"><enum>(1)</enum><header display-inline="yes-
display-inline">Composition</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H989C24AF30194B3CB88C2FD175685D24"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Subject to
subparagraph (B), the Commission shall be composed of the following members:</text>

<clause id="HEC149837332C46F08BAE00F1A3A35C47"><enum>(i)</enum><text>The Director of
the Office of National Drug Control Policy.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H22FBB3E81083493A92C14B3754D9CB95"><enum>(ii)</enum><text display-inline="yes-
display-inline">The Administrator of the Drug Enforcement
Administration.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H452059D6E7DE4B8FBDCAABB5F7CC69A7"><enum>(iii)</enum><text display-inline="yes-
display-inline">The Secretary of Homeland Security.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H1F56904264C84C0D8B3FCA4A8AB156AA"><enum>(iv)</enum><text display-inline="yes-
display-inline">The Secretary of Defense.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H4F9B8C6F797349C99576C80F3E7A2BD8"><enum>(v)</enum><text display-inline="yes-
display-inline">The Secretary of the Treasury.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H0A577FF1ECCA4E44B67302690B3B84367"><enum>(vi)</enum><text display-inline="yes-
display-inline">The Secretary of State.</text></clause>

<clause id="HE4332E2A0D1D47CEB64543B08686003F"><enum>(vii)</enum><text>The Director of
National Intelligence.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H83FBFD72311A4F558F4159D4E26458B0"><enum>(viii)</enum><text display-inline="yes-
display-inline">Two members appointed by the majority leader of the Senate, one of whom
shall be a Member of the Senate and one of whom shall not be.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HD63D1909CCE549329F6D92150BC98927"><enum>(ix)</enum><text display-inline="yes-
display-inline">Two members appointed by the minority leader of the Senate, one of whom
shall be a Member of the Senate and one of whom shall not be.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H42BC1B08F2E74BB7845F4E5AC1B39AD4"><enum>(x)</enum><text display-inline="yes-
display-inline">Two members appointed by the Speaker of the House of Representatives,
one of whom shall be a Member of the House of Representatives and one of whom shall not
be.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HD038139BC89642119F821BA70A2427F6"><enum>(xi)</enum><text display-inline="yes-
display-inline">Two members appointed by the minority leader of the House of
Representatives, one of whom shall be a Member of the House of Representatives and one
of whom shall not be.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H360B29341BE545E3B447CE5C85A747CA"><enum>(B)</enum>
```

WASHSTATEC016316

```
<clause commented="no" display-inline="yes-display-inline"
id="HEBE5ED7C7A254C40BE618DECD4A58E7B"><enum>(i)</enum><text display-inline="yes-
display-inline">The members of the Commission who are not Members of Congress and who
are appointed under clauses (viii) through (xi) of subparagraph (A) shall be
individuals who are nationally recognized for expertise, knowledge, or experience
inâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H85849C755EF54B72834AAE1A59A0A041" indent="up1"><enum>(I)</enum><text display-
inline="yes-display-inline">transnational criminal organizations conducting synthetic
opioid trafficking;</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H322EC096CC364711A355A16AA62499AB" indent="up1"><enum>(II)</enum><text display-
inline="yes-display-inline">the production, manufacturing, distribution, sale, or
transportation of synthetic opioids; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HC6EF11F8607E4703BAD74B8DD8AC832F" indent="up1"><enum>(III)</enum><text display-
inline="yes-display-inline">relations betweenâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="HED0B43E15D79437FA3A6DC6E5A204852"><enum>(aa)</enum><text display-inline="yes-
display-inline">the United States; and</text></item>

<item commented="no" display-inline="no-display-inline"
id="HD694724777454BE89AAF20EAF3284866"><enum>(bb)</enum><text display-inline="yes-
display-inline">the Peopleâ€™s Republic of China, Mexico, or any other country of
concern with respect to trafficking in synthetic
opioids.</text></item></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H47D27FCC2910499DB3DC75604714483F" indent="up1"><enum>(ii)</enum><text display-
inline="yes-display-inline">An official who appoints members of the Commission may not
appoint an individual as a member of the Commission if the individual possesses any
personal or financial interest in the discharge of any of the duties of the
Commission.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H0276A8C6C6EE49DE838A1DA4A798C65C" indent="up1"><enum>(iii)</enum></enum>

<subclause commented="no" display-inline="yes-display-inline"
id="H9ED9E68D87D14818B6C9EF9BED9C7088"><enum>(I)</enum><text display-inline="yes-
display-inline">All members of the Commission described in clause (i) shall possess an
appropriate security clearance in accordance with applicable provisions of law
concerning the handling of classified information.</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HC3052A3BEE1B4FA2AA3E929DBC8AC7C3" indent="up1"><enum>(II)</enum><text display-
inline="yes-display-inline">For the purpose of facilitating the activities of the
Commission, the Director of National Intelligence shall expedite to the fullest degree
possible the processing of security clearances that are necessary for members of the
Commission.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H69CF397B396F48AD98A17CEF20E95483"><enum>(2)</enum><header display-inline="yes-
display-inline">Co-chairs</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEDAAD717F2C34359847B0E17DE6F3634"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Commission shall have 2 co-chairs, selected from among the members of the Commission,
one of whom shall be a member of the majority party and one of whom shall be a member
of the minority party.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB41FEB6387344438BFD1137D0838A90A"><enum>(B)</enum><header display-inline="yes-
display-inline">Selection</header><text display-inline="yes-display-inline">The
individuals who serve as the co-chairs of the Commission shall be jointly agreed upon
by the President, the majority leader of the Senate, the minority leader of the Senate,
```

WASHSTATEC016317

the Speaker of the House of Representatives, and the minority leader of the House of Representatives.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H539136132CF9426D95BB4EC7A78864CB"><enum>(c)</enum><header display-inline="yes-display-inline">Duties</header><text display-inline="yes-display-inline">The duties of the Commission are as follows:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H84456FC6DDE140E899C0804190C28A97"><enum>(1)</enum><text display-inline="yes-display-inline">To define the core objectives and priorities of the strategic approach described in subsection (a)(1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCB0A8069BD374CE5B024E913148B7E2C"><enum>(2)</enum><text display-inline="yes-display-inline">To weigh the costs and benefits of various strategic options to combat the flow of synthetic opioids from the People's Republic of China, Mexico, and other countries of concern with respect to trafficking in synthetic opioids.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBDE99EA0F0964F9086A4610FAFDB26AD"><enum>(3)</enum><text display-inline="yes-display-inline">To evaluate whether the options described in paragraph (2) are exclusive or complementary, the best means for executing such options, and how the United States should incorporate and implement such options within the strategic approach described in subsection (a)(1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H77AB664EB98E44A08F6C6A02AFD96A33"><enum>(4)</enum><text display-inline="yes-display-inline">To review and make determinations on the difficult choices present within such options, among them what norms-based regimes the United States should seek to establish to encourage the effective regulation of dangerous synthetic opioids.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDB17577B065140B796594F034C70A6C7"><enum>(5)</enum><text display-inline="yes-display-inline">To report on efforts by actors in the People's Republic of China to subvert United States laws and to supply illicit synthetic opioids to persons in the United States, including up-to-date estimates of the scale of illicit synthetic opioids flows from the People's Republic of China.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9D8D904DA04C49F3A49FED17EF887F45"><enum>(6)</enum><text display-inline="yes-display-inline">To report on the deficiencies in the regulation of pharmaceutical and chemical production of controlled substances and export controls with respect to such substances in the People's Republic of China and other countries that allow opioid traffickers to subvert such regulations and controls to traffic illicit opioids into the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H94BE78C58B42436A914EB7260380F616"><enum>(7)</enum><text display-inline="yes-display-inline">To report on the scale of contaminated or counterfeit drugs originating from Mexico, the People's Republic of China, India, and other countries of concern with respect to the exportation of contaminated or counterfeit drugs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6B87491CDE0E41FBA1A15276D2D2E0EB"><enum>(8)</enum><text display-inline="yes-display-inline">To report on how the United States could work more effectively with subnational and local officials in the People's Republic of China and other countries to combat the illicit production of synthetic opioids.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H240D0AFDC995484DA16371291111113AC1"><enum>(9)</enum><text display-inline="yes-display-inline">In weighing the options for defending the United States against the dangers of trafficking in synthetic opioids, to consider possible structures and authorities that need to be established, revised, or augmented within the Federal Government.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"

```
id="H8C93E15A7B814D2B86B632D88237C831"><enum>(d)</enum><header display-inline="yes-
display-inline">Functioning of Commission</header><text display-inline="yes-display-
inline">The provisions of subsections (c), (d), (e), (g), (h), (i), and (m) of section
1652 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019
(Public Law 115â€"232) shall apply to the Commission to the same extent and in the same
manner as such provisions apply to the commission established under that section,
except thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H6379DA2BFADB4C5EA5D20B05E0B7AEE6"><enum>(1)</enum><text display-inline="yes-
display-inline">subsection (c)(1) of that section shall be applied and administered by
substituting <quote>30 days</quote> for <quote>45 days</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC12E8886722644769DD3B69F4221100D"><enum>(2)</enum><text display-inline="yes-
display-inline">subsection (g)(4)(A) of that section shall be applied and administered
by inserting <quote>and the Attorney General</quote> after <quote>Secretary of
Defense</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H38D71B7DE38645E6949E75649B9C6ADB"><enum>(3)</enum><text display-inline="yes-
display-inline">subsections (h)(2)(A) and (i)(1)(A) of that section shall be applied
and administered by substituting <quote>level V of the Executive Schedule under section
5316</quote> for <quote>level IV of the Executive Schedule under section
5315</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H960DF8E2266A4E43BE46D71DB0DC0EE6"><enum>(e)</enum><header display-inline="yes-
display-inline">Treatment of information provided to Commission</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HD4D326F6280C41FD9FB28179EC68AE11"><enum>(1)</enum><header display-inline="yes-
display-inline">Information relating to national security</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB8BD6AFFB43C42FFA723221770D0BDC3"><enum>(A)</enum><header display-inline="yes-
display-inline">Responsibility of Director of National Intelligence</header><text
display-inline="yes-display-inline">The Director of National Intelligence shall assume
responsibility for the handling and disposition of any information related to the
national security of the United States that is received, considered, or used by the
Commission under this section.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD05ACC5A0609489B83BB5D99746F30A9"><enum>(B)</enum><header display-inline="yes-
display-inline">Access after termination of Commission</header><text display-
inline="yes-display-inline">Notwithstanding any other provision of law, after the
termination of the Commission under subsection (h), only the members and designated
staff of the appropriate congressional committees and leadership, the Director of
National Intelligence (and the designees of the Director), and such other officials of
the executive branch as the President may designate shall have access to information
related to the national security of the United States that is received, considered, or
used by the Commission.</text></subparagraph></paragraph>

<paragraph id="H8AE0DE9AB98A42D5BD597FB157F18310"><enum>(2)</enum><header>Information
provided by Congress</header><text>The Commission may obtain information from any
Member, committee, or office of Congress, including information related to the national
security of the United States, only with the consent of the Member, committee, or
office involved and only in accordance with any applicable rules and procedures of the
House of Representatives or Senate (as the case may be) governing the provision of such
information by Members, committees, and offices of Congress to entities in the
executive branch.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HFEE1CD7E57454B6B8915099135CBACC9"><enum>(f)</enum><header display-inline="yes-
display-inline">Reports</header><text display-inline="yes-display-inline">The
Commission shall submit to the appropriate congressional committees and
leadershipâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HD447058C36924433A714C48B48292F64"><enum>(1)</enum><text display-inline="yes-
```

WASHSTATEC016319

display-inline">not later than 270 days after the date of the enactment of this Act, an initial report on the activities and recommendations of the Commission under this section; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAF79681713F54F228A5CEADF3E3BFB92"><enum>(2)</enum></text display-inline="yes-display-inline">not later than 270 days after the submission of the initial report under paragraph (1), a final report on the activities and recommendations of the Commission under this section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H1E2CD34C04664075A4B20A25E9DDFD38"><enum>(g)</enum><header display-inline="yes-display-inline">Termination</header>

<paragraph commented="no" display-inline="no-display-inline" id="HC20B1C7DBB4C43609D799124FF384E24"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Commission, and all the authorities of this section, shall terminate at the end of the 120-day period beginning on the date on which the final report required by subsection (f)(2) is submitted to the appropriate congressional committees and leadership.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1C90DADE981C457D83CD129F03D97333"><enum>(2)</enum><header display-inline="yes-display-inline">Winding up of affairs</header><text display-inline="yes-display-inline">The Commission may use the 120-day period described in paragraph (1) for the purposes of concluding its activities, including providing testimony to Congress concerning the final report required by subsection (f)(2) and disseminating the report.</text></paragraph></subsection></section></subtitle>

<subtitle commented="no" id="HF8093314EC1747B786CF3DB7144DF2F3" level-type="subsequent" style="OLC"><enum>C</enum><header display-inline="yes-display-inline">Other Matters</header>

<section commented="no" display-inline="no-display-inline" id="H514B399333DC4027B6A18DB0472BCFA8" section-type="subsequent-section"><enum>7231.</enum><header display-inline="yes-display-inline">Director of National Intelligence program on use of intelligence resources in efforts to sanction foreign opioid traffickers</header>

<subsection commented="no" display-inline="no-display-inline" id="HE661405D58E945A1820735D4307A1272"><enum>(a)</enum><header display-inline="yes-display-inline">Program required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H992010C46E344AFB957ED36B7CC5E675"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Director of National Intelligence shall, in consultation with the Director of the Office of National Drug Control Policy, carry out a program to allocate and enhance use of resources of the intelligence community, including intelligence collection and analysis, to assist the Secretary of the Treasury, the Secretary of State, and the Administrator of the Drug Enforcement Administration in efforts to identify and impose sanctions with respect to foreign opioid traffickers under subtitle A.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H744F74C3C53D4F3384B9F64A16FA8411"><enum>(2)</enum><header display-inline="yes-display-inline">Focus on illicit finance</header><text display-inline="yes-display-inline">To the extent practicable, efforts described in paragraph (1) shall—</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0F19B3EC9A954D219B52C69BECE8B1DB"><enum>(A)</enum><text display-inline="yes-display-inline">take into account specific illicit finance risks related to narcotics trafficking; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7822A36E7B2C4646837FF8E9072425FB"><enum>(B)</enum><text display-inline="yes-display-inline">be developed in consultation with the Undersecretary of the Treasury for Terrorism and Financial Crimes, appropriate officials of the Office of Intelligence and Analysis of the Department of the Treasury, the Director of the Financial Crimes

```
Enforcement Network, and appropriate Federal law enforcement
agencies.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H8751B24816564BBCBA5C6EF69543BE63"><enum>(b)</enum><header display-inline="yes-
display-inline">Review of counternarcotics efforts of the intelligence
community</header><text display-inline="yes-display-inline">The Director of National
Intelligence shall, in coordination with the Director of the Office of National Drug
Control Policy, carry out a comprehensive review of the current intelligence collection
priorities of the intelligence community for counternarcotics purposes in order to
identify whether such priorities are appropriate and sufficient in light of the number
of lives lost in the United States each year due to use of illegal
drugs.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HAF56D43F02EB4B7F80E14FA110E85F99"><enum>(c)</enum><header display-inline="yes-
display-inline">Reports</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HF4E03AD374834B09814C2B532E07E9DB"><enum>(1)</enum><header display-inline="yes-
display-inline">Quarterly reports on program</header><text display-inline="yes-display-
inline">Not later than 90 days after the date of the enactment of this Act, and every
90 days thereafter, the Director of National Intelligence and the Director of the
Office of National Drug Control Policy shall jointly submit to the appropriate
congressional committees and leadership a report on the status and accomplishments of
the program required by subsection (a) during the 90-day period ending on the date of
the report. The first report under this paragraph shall also include a description of
the amount of funds devoted by the intelligence community to the efforts described in
subsection (a) during each of fiscal years 2017 and 2018.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA9816B7596FE4B93BB6EF212329FCD98"><enum>(2)</enum><header display-inline="yes-
display-inline">Report on review</header><text display-inline="yes-display-inline">Not
later than 120 days after the date of the enactment of this Act, the Director of
National Intelligence, in consultation with the Director of the Office of National Drug
Control Policy and other relevant agencies, shall submit to the appropriate
congressional committees and leadershipâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAE936F78740D4D8286014D8106CFA760"><enum>(A)</enum><text display-inline="yes-
display-inline">a comprehensive description of the results of the review required by
subsection (b); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBEFB23C9313140D58B79F4252434305C"><enum>(B)</enum><text display-inline="yes-
display-inline">an assessment of whetherâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H2BFB55C238674FFAAFB9E98C178A6B6D"><enum>(i)</enum><text display-inline="yes-
display-inline">the priorities described in that subsection are appropriate and
sufficient in light of the number of lives lost in the United States each year due to
use of illegal drugs; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H95EA9062F7A945B78F830A845CC90417"><enum>(ii)</enum><text display-inline="yes-
display-inline">any changes to such priorities are
necessary.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H9ACDB415B22E41219C0F180A6F8DBA52"><enum>(d)</enum><header display-inline="yes-
display-inline">Intelligence community defined</header><text display-inline="yes-
display-inline">In this section, the term <term>intelligence community</term> has the
meaning given that term in section 3(4) of the National Security Act of 1947 (50 U.S.C.
3003(4)).</text></subsection></section>

<section id="H453E0301D2EA46DAB2E96871DB3EE2FB"><enum>7232.</enum><header>Authorization
of appropriations</header>

<subsection id="H5871F5F9210246E2B9A68C175D5DD731"><enum>(a)</enum><header>Department
of the Treasury</header><text>There are authorized to be appropriated to the Secretary
```

WASHSTATEC016321

of the Treasury such sums as may be necessary for fiscal year 2020 to carry out operations and activities of the Department of the Treasury solely for purposes of carrying out this title.</text></subsection>

<subsection id="HC5BE410B9B254D80997305BF89B309C9"><enum>(b)</enum><header>Commission on Combating Synthetic Opioid Trafficking</header><text>Of the amount authorized to be appropriated by section 1403 for fiscal year 2020 and available for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the funding table in section 4501, the Secretary of Defense may, notwithstanding section 2215 of title 10, United States Code, transfer $5,000,000 to the Commission on Combating Synthetic Opioid Trafficking established under section 7221 in order to carry out the duties of the Commission.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H627EB071D6854C5A9F953D124AFDA388"><enum>(c)</enum><header display-inline="yes-display-inline">Supplement not supplant</header><text display-inline="yes-display-inline">Amounts authorized to be appropriated by subsection (a) shall supplement and not supplant other amounts available to carry out operations and activities described in such subsections.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC0DCB23383E04B899E9B2C59B5624DBE"><enum>(d)</enum><header display-inline="yes-display-inline">Notification requirement</header><text display-inline="yes-display-inline">Amounts authorized to be appropriated by subsection (a) may not be obligated until 15 days after the date on which the President notifies the appropriate committees of Congress of the President's intention to obligate such funds.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5A79F7FF3F36474D9DED927177C5E02"><enum>(e)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H99CB7093BBDB41988E45F8754CEECD55"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations, the Select Committee on Intelligence, the Committee on the Judiciary, and the Committee on Appropriations of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5E56E7F0EE09499E8736D1820B085FDF"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Financial Services, the Committee on Foreign Affairs, the Permanent Select Committee on Intelligence, the Committee on Oversight and Reform, and the Committee on Appropriations of the House of Representatives.</text></paragraph></subsection></section>

<section id="H90A3C830C63F4655B25F378C5846E22F"><enum>7233.</enum><header>Regulatory authority</header><text display-inline="no-display-inline">Not later than 90 days after the date of the enactment of this Act, the President shall issue such regulations as are necessary to carry out this title, including guidance with respect to what activities are included under the definition of <quote>opioid trafficking</quote> under section 7203(8).</text></section>

<section commented="no" display-inline="no-display-inline" id="H26E3627690474A0FB0F902CF1BD8FAE4" section-type="subsequent-section"><enum>7234.</enum><header display-inline="yes-display-inline">Termination</header><text display-inline="no-display-inline">The provisions of this title, and any sanctions imposed pursuant to this title, shall terminate on the date that is 7 years after the date of the enactment of this Act.</text></section>

<section commented="no" display-inline="no-display-inline" id="H728C15087AE546479099AD8EC659FDFB" section-type="subsequent-section"><enum>7235.</enum><header display-inline="yes-display-inline">Exception relating to importation of goods</header>

<subsection commented="no" display-inline="no-display-inline" id="HFCC26295CB4B4531B3386941ABA952F9"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The authorities and requirements to impose sanctions under this title shall not include the

```
authority or a requirement to impose sanctions on the importation of
goods.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD5943BAA71A046389BEA4785DA6BC204"><enum>(b)</enum><header display-inline="yes-
display-inline">Good defined</header><text display-inline="yes-display-inline">In this
section, the term <term>good</term> means any article, natural or manmade substance,
material, supply, or manufactured product, including inspection and test equipment, and
excluding technical data.</text></subsection></section></subtitle></title>

<title id="HDBB58B69FDE94B1DA903A84D0A760FE8"><enum>LXXIII</enum><header>PFAS</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="HDBB58B69FDE94B1DA903A84D0A760FE8" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">
```

```
<toc-entry idref="HED397240AFF54DF4885AE6B958018563"
level="section">Sec.â€¯7301.â€¯Short title.</toc-entry>

<toc-entry idref="H11D8372011F24B898CC8A350D0081F90"
level="section">Sec.â€¯7302.â€¯Definition of Administrator.</toc-entry>

<toc-entry idref="H23DCB2DC92C74C3A89436A15B9327892" level="subtitle">Subtitle
Aâ€"Drinking Water</toc-entry>

<toc-entry idref="H1EC9A198CDA64445B41C6D4BF9766784"
level="section">Sec.â€¯7311.â€¯Monitoring and detection.</toc-entry>

<toc-entry idref="HBF8188FDDE20462E819E57F03A466332"
level="section">Sec.â€¯7312.â€¯Drinking water state revolving funds.</toc-entry>

<toc-entry idref="H3180014AA4B54227AA787A80FFB424C4" level="subtitle">Subtitle Bâ€"PFAS
Release Disclosure</toc-entry>

<toc-entry idref="H9CEBA7D796834310B290592473915EE8"
level="section">Sec.â€¯7321.â€¯Additions to toxics release inventory.</toc-entry>

<toc-entry idref="H25F76D5A3E124FB08C879826CA7EB741" level="subtitle">Subtitle Câ€"USGS
Performance Standard</toc-entry>

<toc-entry idref="H7BED045F594B4EA0BC2410D6603EBB60"
level="section">Sec.â€¯7331.â€¯Definitions.</toc-entry>

<toc-entry idref="H7067C8CB4F90412FB00227CA4489C95B"
level="section">Sec.â€¯7332.â€¯Performance standard for the detection of highly
fluorinated compounds.</toc-entry>

<toc-entry idref="H1F0CC1E0897146AA89CBBEAF8519BB9D"
level="section">Sec.â€¯7333.â€¯Nationwide sampling.</toc-entry>

<toc-entry idref="HA975B0963CCC49D9A09FB5F986402B"
level="section">Sec.â€¯7334.â€¯Data usage.</toc-entry>

<toc-entry idref="H3A850A2A455543CF8DD5376535F85BFA"
level="section">Sec.â€¯7335.â€¯Collaboration.</toc-entry>

<toc-entry idref="HF8B60576203842E2BBD1B0151431A5F2" level="subtitle">Subtitle
Dâ€"Emerging Contaminants</toc-entry>

<toc-entry idref="HCAB87C64E9294BAF9E0DA2BC9EFB8E8D"
level="section">Sec.â€¯7341.â€¯Definitions.</toc-entry>

<toc-entry idref="H5CC88D1BF3E34192BAFD1BAA3CFBDACE"
level="section">Sec.â€¯7342.â€¯Research and coordination plan for enhanced response on
emerging contaminants.</toc-entry>

<toc-entry idref="H664A33B4BB5C418F9265084FB3B3068C" level="subtitle">Subtitle
Eâ€"Toxic Substances Control Act</toc-entry>

<toc-entry idref="H8D5383DCF6CF49FA8AF0802952C04FD3"
level="section">Sec.â€¯7351.â€¯PFAS data call.</toc-entry>

<toc-entry idref="HC7F4C0C99C0349D284FE3808F43CC367"
```

```
level="section">Sec.â€,7352.â€,Significant new use rule for long-chain PFAS.</toc-
entry>

<toc-entry idref="H98BEB48371AD4486A76808F004F67BC7" level="subtitle">Subtitle
Fâ€"Other Matters</toc-entry>

<toc-entry idref="HAFADD4CC7CD74732896B7255E5B2B0A6"
level="section">Sec.â€,7361.â€,PFAS destruction and disposal guidance.</toc-entry>

<toc-entry idref="H3F16FE52F8F24708B34A62613D445620"
level="section">Sec.â€,7362.â€,PFAS research and development.</toc-entry> </toc>

<section id="HED397240AFF54DF4885AE6B958018563"
commented="no"><enum>7301.</enum><header>Short title</header><text display-inline="no-
display-inline">This title may be cited as the <quote><short-title>PFAS Act of
2019</short-title></quote>. </text></section>

<section id="H11D8372011F24B898CC8A350D0081F90"><enum>7302.</enum><header>Definition of
Administrator</header><text display-inline="no-display-inline">In this title, the term
<quote>Administrator</quote> means the Administrator of the Environmental Protection
Agency.</text></section>

<subtitle id="H23DCB2DC92C74C3A89436A15B9327892"><enum>A</enum><header>Drinking
Water</header>

<section commented="no" display-inline="no-display-inline"
id="H1EC9A198CDA64445B41C6D4BF9766784" section-type="subsequent-
section"><enum>7311.</enum><header display-inline="yes-display-inline">Monitoring and
detection</header>

<subsection commented="no" display-inline="no-display-inline"
id="HD23979DAD8CA4D588CC8EC20D9D6550D"><enum>(a)</enum><header display-inline="yes-
display-inline">Monitoring program for unregulated contaminants</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HC809461B926B4677935445F12A602955"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Administrator shall include each substance described in paragraph (2) in the fifth
publication of the list of unregulated contaminants to be monitored under section
1445(a)(2)(B)(i) of the Safe Drinking Water Act (42 U.S.C.
300jâ€"4(a)(2)(B)(i)).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2C419EF3CD774B8FB8EE6502726A70E0"><enum>(2)</enum><header display-inline="yes-
display-inline">Substances described</header><text display-inline="yes-display-
inline">The substances referred to in paragraph (1) are perfluoroalkyl and
polyfluoroalkyl substances and classes of perfluoroalkyl and polyfluoroalkyl
substancesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF025540688764A5597E815CE90B9585E"><enum>(A)</enum><text display-inline="yes-
display-inline">for which a method to measure the level in drinking water has been
validated by the Administrator; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H77F7552E77B94106BEA431047F0C4D5E"><enum>(B)</enum><text display-inline="yes-
display-inline">that are not subject to a national primary drinking water
regulation.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA4FAE3257784483F929092FC2A004973"><enum>(3)</enum><header display-inline="yes-
display-inline">Exception</header><text display-inline="yes-display-inline">The
perfluoroalkyl and polyfluoroalkyl substances and classes of perfluoroalkyl and
polyfluoroalkyl substances included in the list of unregulated contaminants to be
monitored under section 1445(a)(2)(B)(i) of the Safe Drinking Water Act (42 U.S.C.
300jâ€"4(a)(2)(B)(i)) under paragraph (1) shall not count towards the limit of 30
unregulated contaminants to be monitored by public water systems under that
section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H949A71D937064EF294812566EE4272CA"><enum>(b)</enum><header display-inline="yes-
```

WASHSTATEC016324

display-inline">Applicability</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H61FD6974DD4547B0B946CA3B7C36876E"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Administrator shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7880205E2EA946708D941F04B5E117EB"><enum>(A)</enum><text display-inline="yes-
display-inline">require public water systems serving more than 10,000 persons to
monitor for the substances described in subsection (a)(2);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H129A92068B23432888DA7BED4078922E"><enum>(B)</enum><text display-inline="yes-
display-inline">subject to paragraph (2) and the availability of appropriations,
require public water systems serving not fewer than 3,300 and not more than 10,000
persons to monitor for the substances described in subsection (a)(2);
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H21F2379E430F40DDA71B36910E1B8884"><enum>(C)</enum><text display-inline="yes-
display-inline">subject to paragraph (2) and the availability of appropriations, ensure
that only a representative sample of public water systems serving fewer than 3,300
persons are required to monitor for the substances described in subsection
(a)(2).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HCEE81CB8D70C47CFB34D183937D86C4F"><enum>(2)</enum><header display-inline="yes-
display-inline">Requirement</header><text display-inline="yes-display-inline">If the
Administrator determines that there is not sufficient laboratory capacity to carry out
the monitoring required under subparagraphs (B) and (C) of paragraph (1), the
Administrator may waive the monitoring requirements in those
subparagraphs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1468D623988F4E2B8E1E97C01F9C3B9C"><enum>(3)</enum><header display-inline="yes-
display-inline">Funds</header><text display-inline="yes-display-inline">The
Administrator shall pay the reasonable cost of such testing and laboratory analysis as
is necessary to carry out the monitoring required under subparagraphs (B) and (C) of
paragraph (1) usingâ€"</text>

<subparagraph id="H49945139E8A5400B8FA33B417F9BB6F5"
commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">funds made
available pursuant to subsection (a)(2)(H) or subsection (j)(5) of section 1445 of the
Safe Drinking Water Act (42 U.S.C. 300jâ€"4); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H63410AA23DD5439C8C663BD2C17EFFC2"><enum>(B)</enum><text display-inline="yes-
display-inline">any other funds made available for that
purpose.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HBF8188FDDE20462E819E57F03A466332" section-type="subsequent-
section"><enum>7312.</enum><header display-inline="yes-display-inline">Drinking water
state revolving funds</header><text display-inline="no-display-inline">Section 1452 of
the Safe Drinking Water Act (42 U.S.C. 300jâ€"12) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HB4531FFFE91A4236B617694C847C8725"><enum>(1)</enum><text display-inline="yes-
display-inline">in subsection (a)(2), by adding at the end the following:</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="H1D5BA691C87B47F08005BA1A1CE339C8" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"
id="H56082C3990ED4AE48AA2951418B26992"><enum>(G)</enum><header display-inline="yes-
display-inline">Emerging contaminants</header>

<clause commented="no" display-inline="no-display-inline"
id="HB040301958B547DEAE4C4FBA164B189F"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-

inline">Notwithstanding any other provision of law and subject to clause (ii), amounts deposited under subsection (t) in a State loan fund established under this section may only be used to provide grants for the purpose of addressing emerging contaminants, with a focus on perfluoroalkyl and polyfluoroalkyl substances.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HB5C04232BB5345318206A6F07B0470C0"><enum>(ii)</enum><header display-inline="yes-display-inline">Requirements</header>

<subclause commented="no" display-inline="no-display-inline"
id="H3A946F2A07204A45AC83C85FAFF7C860"><enum>(I)</enum><header display-inline="yes-display-inline">Small and disadvantaged communities</header><text display-inline="yes-display-inline">Not less than 25 percent of the amounts described in clause (i) shall be used to provide grants toâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="HFD5CFE6B874F44B4928193BD4F6022F4"><enum>(aa)</enum><text display-inline="yes-display-inline">disadvantaged communities (as defined in subsection (d)(3)); or</text></item>

<item commented="no" display-inline="no-display-inline"
id="H5F569BBB3DCD483385498A9554622FF7"><enum>(bb)</enum><text display-inline="yes-display-inline">public water systems serving fewer than 25,000 persons.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HA96CC83D79E245E1A0856594F2B2C60D"><enum>(II)</enum><header display-inline="yes-display-inline">Priorities</header><text display-inline="yes-display-inline">In selecting the recipient of a grant using amounts described in clause (i), a State shall use the priorities described in subsection (b)(3)(A).</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H69534391DB60421B9DACA1B0B2D46852"><enum>(iii)</enum><header display-inline="yes-display-inline">No increased bonding authority</header><text display-inline="yes-display-inline">The amounts deposited in the State loan fund of a State under subsection (t) may not be used as a source of payment of, or security for (directly or indirectly), in whole or in part, any obligation the interest on which is exempt from the tax imposed under chapter 1 of the Internal Revenue Code of 1986.</text></clause></subparagraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC31ABD7264FC4265B3334B11D5707CEC"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (m)(1), in the matter preceding subparagraph (A), by striking <quote>this section</quote> and inserting <quote>this section, except for subsections (a)(2)(G) and (t)</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H24E1C6DDC9034EFC9322FA01498F1FFD"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="H7CB55699EE574270A454FB874BB51D8E" style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H8AC233E8FFDB4778A997F1BAC9FC293D"><enum>(t)</enum><header display-inline="yes-display-inline">Emerging contaminants</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HF602706E47FC4E31B25DA7C7266327CD"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Amounts made available under this subsection shall be allotted to a State as if allotted under subsection (a)(1)(D) as a capitalization grant, for deposit into the State loan fund of the State, for the purposes described in subsection (a)(2)(G).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H75CDC8773FBD4358B8850E73D727AC1F"><enum>(2)</enum><header display-inline="yes-display-inline">Authorization of appropriations</header><text display-inline="yes-display-inline">There is authorized to be appropriated to carry out this subsection $100,000,000 for each of fiscal years 2020 through 2024, to remain available until

WASHSTATEC016326

```
expended.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></paragraph></section></subtitle>

<subtitle id="H3180014AA4B54227AA787A80FFB424C4"><enum>B</enum><header>PFAS Release
Disclosure</header>

<section commented="no" display-inline="no-display-inline"
id="H9CEBA7D796834310B290592473915EE8" section-type="subsequent-
section"><enum>7321.</enum><header display-inline="yes-display-inline">Additions to
toxics release inventory</header>

<subsection commented="no" display-inline="no-display-inline"
id="H75C86B06FD4949628054A0BBDC9097BB"><enum>(a)</enum><header display-inline="yes-
display-inline">Definition of toxics release inventory</header><text display-
inline="yes-display-inline">In this section, the term <term>toxics release
inventory</term> means the list of toxic chemicals subject to the requirements of
section 313(c) of the Emergency Planning and Community Right-To-Know Act of 1986 (42
U.S.C. 11023(c)).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H32E6CEABB1824F00B7A68A9C7F356059"><enum>(b)</enum><header display-inline="yes-
display-inline">Immediate inclusion</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HF1B33A0E03BE4ECD8E4525AB3BEA6F70"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Subject to
subsection (e), beginning January 1 of the calendar year following the date of
enactment of this Act, the following chemicals shall be deemed to be included in the
toxics release inventory:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0E314CE25E3049679EC7E9FB5494405F"><enum>(A)</enum><text display-inline="yes-
display-inline">Perfluorooctanoic acid (commonly referred to as <quote>PFOA</quote>)
(Chemical Abstracts Service No. 335â€"67â€"1).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H2403E5A0E982427D9BE58C65EB72FCD1"><enum>(B)</enum><text display-inline="yes-
display-inline">The salts associated with the chemical described in subparagraph (A)
(Chemical Abstracts Service Nos. 3825â€"26â€"1, 335â€"95â€"5, and
68141â€"02â€"6).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4A8E3D33EB964F8BB2E6A6B8B3000AEB"><enum>(C)</enum><text display-inline="yes-
display-inline">Perfluorooctane sulfonic acid (commonly referred to as
<quote>PFOS</quote>) (Chemical Abstracts Service No.
1763â€"23â€"1).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA1FB263534DC44C3B930DD50DDA04F55"><enum>(D)</enum><text display-inline="yes-
display-inline">The salts associated with the chemical described in subparagraph (C)
(Chemical Abstracts Service Nos. 2795â€"39â€"3, 29457â€"72â€"5, 56773â€"42â€"3,
29081â€"56â€"9, and 70225â€"14â€"8).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC4EC5EACFFC74B7CBB3518B1BDE8AF19"><enum>(E)</enum><text display-inline="yes-
display-inline">A perfluoroalkyl or polyfluoroalkyl substance or class of
perfluoroalkyl or polyfluoroalkyl substances that isâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H05A3ABC0D3404202B4AE7654350105B2"><enum>(i)</enum><text display-inline="yes-
display-inline">listed as an active chemical substance in the February 2019 update to
the inventory under section 8(b)(1) of the Toxic Substances Control Act (15 U.S.C.
2607(b)(1)); and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H0BDEB56B9CC44DFDAC108D57BC89995F"><enum>(ii)</enum><text display-inline="yes-
display-inline">on the date of enactment of this Act, subject to the provisions
ofâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H761097C318C74E86BB7DA732F2D2D883"><enum>(I)</enum><text display-inline="yes-
```

WASHSTATEC016327

```
display-inline">section 721.9582 of title 40, Code of Federal Regulations;
or</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HA837A7BB89DB4FED890BEFBFF6FE2095"><enum>(II)</enum><text display-inline="yes-
display-inline">section 721.10536 of title 40, Code of Federal
Regulations.</text></subclause></clause></subparagraph>

<subparagraph id="H1E00CFA2583646358966291476D69F0A"
commented="no"><enum>(F)</enum><text display-inline="yes-display-
inline">Hexafluoropropylene oxide dimer acid (commonly referred to as
<quote>GenX</quote>) (Chemical Abstracts Service No.
13252â€"13â€"6).</text></subparagraph>

<subparagraph id="HE23ED9F7860342D2B9848344CE2C3E91"
commented="no"><enum>(G)</enum><text>The compound associated with the chemical
described in subparagraph (F) identified by Chemical Abstracts Service No.
62037â€"80â€"3.</text></subparagraph>

<subparagraph id="H7564D2D37AC74DC4AB8FBFBF4F5B1AC6"
commented="no"><enum>(H)</enum><text display-inline="yes-display-
inline">Perfluorononanoic acid (commonly referred to as <quote>PFNA</quote>) (Chemical
Abstracts Service No. 375â€"95â€"1). </text></subparagraph>

<subparagraph id="H75E5909D9D21459EA25C51086C690DA4"
commented="no"><enum>(I)</enum><text display-inline="yes-display-
inline">Perfluorohexanesulfonic acid (commonly referred to as <quote>PFHxS</quote>)
(Chemical Abstracts Service No. 355â€"46â€"4).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H33449F2F3A9F48B3A3B975267AF50B7E"><enum>(2)</enum><header display-inline="yes-
display-inline">Threshold for reporting</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6C7157AB7FF54C00AF2D54967D14A2E4"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Subject to
subparagraph (B), the threshold for reporting the chemicals described in paragraph (1)
under section 313 of the Emergency Planning and Community Right-To-Know Act of 1986 (42
U.S.C. 11023) is 100 pounds.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6543330896FC46CEBADEF26202CDAC70"><enum>(B)</enum><header display-inline="yes-
display-inline">Revisions</header><text display-inline="yes-display-inline">Not later
than 5 years after the date of enactment of this Act, the Administrator shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H71190C10C72F4684BD98D6D046182228"><enum>(i)</enum><text display-inline="yes-
display-inline">determine whether revision of the threshold under subparagraph (A) is
warranted for any chemical described in paragraph (1); and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H0B964B0C5A2141BE9FD6D21AD17F3E62"><enum>(ii)</enum><text display-inline="yes-
display-inline">if the Administrator determines a revision to be warranted under clause
(i), initiate a revision under section 313(f)(2) of the Emergency Planning and
Community Right-To-Know Act of 1986 (42 U.S.C.
11023(f)(2)).</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HDFF55CD35F9C472F907D5DE1296D1245"><enum>(c)</enum><header display-inline="yes-
display-inline">Inclusion following assessment</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H1E2E210FB15847C09F50F7AE0D5B4703"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header>

<subparagraph id="H7C9C91CA87FC49979AF4B40D00C90486"><enum>(A)</enum><header>Date of
inclusion</header><text display-inline="yes-display-inline">Subject to subsection (e),
notwithstanding section 313 of the Emergency Planning and Community Right-To-Know Act
of 1986, a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or
polyfluoroalkyl substances not described in subsection (b)(1) shall be deemed to be
included in the toxics release inventory beginning January 1 of the calendar year after
```

any of the following dates:</text>

<clause id="H48A1094A271143668EC97D63CE230D64" commented="no" display-inline="no-display-inline"><enum>(i)</enum><header display-inline="yes-display-inline">Final toxicity value</header><text display-inline="yes-display-inline">The date on which the Administrator finalizes a toxicity value for the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances.</text></clause>

<clause id="H97B429BB694C453793CBF6AC32E14DCE" commented="no" display-inline="no-display-inline"><enum>(ii)</enum><header display-inline="yes-display-inline">Significant new use rule</header><text display-inline="yes-display-inline">The date on which the Administrator makes a covered determination for the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances.</text></clause>

<clause id="H121CCC6242434049BFCDD44DF05BB1A4" commented="no" display-inline="no-display-inline"><enum>(iii)</enum><header display-inline="yes-display-inline">Addition to existing significant new use rule</header><text display-inline="yes-display-inline">The date on which the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is added to a list of substances covered by a covered determination.</text></clause>

<clause id="H4437E9053E90427E87F64CE9EDEECD18" commented="no" display-inline="no-display-inline"><enum>(iv)</enum><header display-inline="yes-display-inline">Addition as active chemical substance</header><text display-inline="yes-display-inline">The date on which the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances to which a covered determination applies is—"</text>

<subclause id="H1E7C29A88CEA4AEAA561D2BEF56AF0F4" commented="no"><enum>(I)</enum><text display-inline="yes-display-inline">added to the list published under paragraph (1) of section 8(b) of the Toxic Substances Control Act and designated as an active chemical substance under paragraph (5)(A) of such section; or</text></subclause>

<subclause id="HE2D8146D77D74D26911711902CCCF984" commented="no"><enum>(II)</enum><text>designated as an active chemical substance on such list under paragraph (5)(B) of such section.</text></subclause></clause></subparagraph>

<subparagraph id="HCF8794CF478541F0AA835AAF68518BC9" commented="no"><enum>(B)</enum><header>Covered determination</header><text display-inline="yes-display-inline">For purposes of this paragraph, a covered determination is a determination made, by rule, under section 5(a)(2) of the Toxic Substances Control Act that a use of a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is a significant new use (except such a determination made in connection with a determination described in section 5(a)(3)(B) or section 5(a)(3)(C) of such Act).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4C53FD6E1DD43BE97975A5B820380DB"><enum>(2)</enum><header display-inline="yes-display-inline">Threshold for reporting</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HC646509D5A584450972434AD56D6F3AA"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to subparagraph (B), notwithstanding subsection (f)(1) of section 313 of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023), the threshold for reporting under such section 313 the substances and classes of substances included in the toxics release inventory under paragraph (1) is 100 pounds.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H52DE938E98704CCB81C56CB01A295456"><enum>(B)</enum><header display-inline="yes-display-inline">Revisions</header><text display-inline="yes-display-inline">Not later than 5 years after the date on which a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is included in the toxics release inventory under paragraph (1), the Administrator shall—"</text>

<clause commented="no" display-inline="no-display-inline" id="HAC66BC43AB934151BBE127F50D20DE31"><enum>(i)</enum><text display-inline="yes-display-inline">determine whether revision of the threshold under subparagraph (A) is warranted for the substance or class of substances; and</text></clause>

```
<clause commented="no" display-inline="no-display-inline"
id="HA172D1AD40FB4D0D81D994BB584069C7"><enum>(ii)</enum><text display-inline="yes-
display-inline">if the Administrator determines a revision to be warranted under clause
(i), initiate a revision under section 313(f)(2) of the Emergency Planning and
Community Right-To-Know Act of 1986 (42 U.S.C.
11023(f)(2)).</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H6742E751F3E34CE89B1F37F39D93FB31"><enum>(d)</enum><header display-inline="yes-
display-inline">Inclusion following determination</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HE0246601249746D2BD7D7FAF4FFB9D0E"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 2 years after the date of enactment of this Act, the Administrator shall determine
whether the substances and classes of substances described in paragraph (2) meet any
one of the criteria described in section 313(d)(2) of the Emergency Planning and
Community Right-To-Know Act of 1986 (42 U.S.C. 11023(d)(2)) for inclusion in the toxics
release inventory.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H28F281DDBF7E43908BC49BE381490709"><enum>(2)</enum><header display-inline="yes-
display-inline">Substances described</header><text display-inline="yes-display-
inline">The substances and classes of substances referred to in paragraph (1) are
perfluoroalkyl and polyfluoroalkyl substances and classes of perfluoroalkyl and
polyfluoroalkyl substances not described in subsection (b)(1), includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H422476D2DE0D4D11BE71E012B359A95E"><enum>(A)</enum><text display-inline="yes-
display-inline">perfluoro[(2-pentafluoroethoxy-ethoxy)acetic acid] ammonium salt
(Chemical Abstracts Service No. 908020â€"52â€"0);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H24BBCE9D6D334284816B9A6E8E22658E"><enum>(B)</enum><text display-inline="yes-
display-inline">2,3,3,3-tetrafluoro 2â€"(1,1,2,3,3,3-
hexafluoro)â€"2â€"(trifluoromethoxy) propanoyl fluoride (Chemical Abstracts Service No.
2479â€"75â€"6);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDEF3715AA0784B0A93FEDFD0A8AA1068"><enum>(C)</enum><text display-inline="yes-
display-inline">2,3,3,3-tetrafluoro 2â€"(1,1,2,3,3,3-
hexafluoro)â€"2â€"(trifluoromethoxy) propionic acid (Chemical Abstracts Service No.
2479â€"73â€"4);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H6361AC4318DC441E8F621CA76BF2977F"><enum>(D)</enum><text display-inline="yes-
display-inline">3H-perfluoro-3-[(3-methoxy-propoxy) propanoic acid] (Chemical Abstracts
Service No. 919005â€"14â€"4);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD7C8F0114B174BF286CFB2F6CD05BB75"><enum>(E)</enum><text display-inline="yes-
display-inline">the salts associated with the chemical described in subparagraph (D)
(Chemical Abstracts Service Nos. 958445â€"44â€"8, 1087271â€"46â€"2, and NOCAS
892452);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB2E6C3BECEBB44169126D8A59D4D3480"><enum>(F)</enum><text display-inline="yes-
display-inline">1-octanesulfonic acid 3,3,4,4,5,5,6,6,7,7,8,8-tridecafluoro-potassium
salt (Chemical Abstracts Service No. 59587â€"38â€"1);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC6E4975DFA2F4467AD7EB0BA368F8316"><enum>(G)</enum><text display-inline="yes-
display-inline">perfluorobutanesulfonic acid (Chemical Abstracts Service No.
375â€"73â€"5);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDFE2E114B1B54F7F90AF0E24C8302833"><enum>(H)</enum><text display-inline="yes-
display-inline">1â€"Butanesulfonic acid, 1,1,2,2,3,3,4,4,4-nonafluoro-potassium salt
(Chemical Abstracts Service No. 29420â€"49â€"3);</text></subparagraph>
```

WASHSTATEC016330

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HE6EF7C7ACE934761B1B0A8250203E200"><enum>(I)</enum><text display-inline="yes-
display-inline">the component associated with the chemical described in subparagraph
(H) (Chemical Abstracts Service No. 45187â€"15â€"3);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HFCBC0536374F4DD69A7C38C851CCE2BB"><enum>(J)</enum><text display-inline="yes-
display-inline">heptafluorobutyric acid (Chemical Abstracts Service No.
375â€"22â€"4);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8BEDF78DC79A4AA1B70BC83496E07D73"><enum>(K)</enum><text display-inline="yes-
display-inline">perfluorohexanoic acid (Chemical Abstracts Service No.
307â€"24â€"4);</text></subparagraph>

<subparagraph id="HC348295404D34AAC886200877B6C8275"
commented="no"><enum>(L)</enum><text display-inline="yes-display-inline">the compound
associated with the chemical described in subsection (b)(1)(F) identified by Chemical
Abstracts Service No. 2062â€"98â€"8;</text></subparagraph>

<subparagraph id="H67A1B9DBF14743D580F948706F9775D8"><enum>(M)</enum><text display-
inline="yes-display-inline">perfluoroheptanoic acid (commonly referred to as
<quote>PFHpA</quote>) (Chemical Abstracts Service No.
375â€"85â€"9);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA17F6104691C49F49EAC07CBD0BFE226"><enum>(N)</enum><text display-inline="yes-
display-inline">each perfluoroalkyl or polyfluoroalkyl substance or class of
perfluoroalkyl or polyfluoroalkyl substances for which a method to measure levels in
drinking water has been validated by the Administrator; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDFCBB69B97004FC1A5B880CCD1CA7074"><enum>(O)</enum><text display-inline="yes-
display-inline">a perfluoroalkyl and polyfluoroalkyl substance or class of
perfluoroalkyl or polyfluoroalkyl substances other than the chemicals described in
subparagraphs (A) through (N) that is used to manufacture fluorinated polymers, as
determined by the Administrator.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1743F9E4B54943B89E70981A177EA4B5"><enum>(3)</enum><header display-inline="yes-
display-inline">Addition to toxics release inventory</header><text display-inline="yes-
display-inline">Subject to subsection (e), if the Administrator determines under
paragraph (1) that a substance or a class of substances described in paragraph (2)
meets any one of the criteria described in section 313(d)(2) of the Emergency Planning
and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(d)(2)), the Administrator
shall revise the toxics release inventory in accordance with such section 313(d) to
include that substance or class of substances not later than 2 years after the date on
which the Administrator makes the determination.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H746D4AC9D16D4ADF9E797C89D5F3D396"><enum>(e)</enum><header display-inline="yes-
display-inline">Confidential business information</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H40CF053F4085472B9D1D5A03F7F8110D"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Prior to
including on the toxics release inventory pursuant to subsection (b)(1), (c)(1), or
(d)(3) any perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or
polyfluoroalkyl substances the chemical identity of which is subject to a claim of a
person of protection from disclosure under subsection (a) of section 552 of title 5,
United States Code, pursuant to subsection (b)(4) of that section, the Administrator
shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HDB3A79841D0A474BAACE78EAC61CDCC5"><enum>(A)</enum><text display-inline="yes-
display-inline">review any such claim of protection from disclosure;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H39DE57722784426A92BA9B18F161BB50"><enum>(B)</enum><text display-inline="yes-
```

```
display-inline">require that person to reassert and substantiate or resubstantiate that
claim in accordance with section 14(f) of the Toxic Substances Control Act (15 U.S.C.
2613(f)).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H26C4FC3B2D0B4CB4B3CC9E363BFEBF20"><enum>(2)</enum><header display-inline="yes-
display-inline">Nondisclosure of protection information</header><text display-
inline="yes-display-inline">If the Administrator determines that the chemical identity
of a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or
polyfluoroalkyl substances qualifies for protection from disclosure pursuant to
paragraph (1), the Administrator shall include the substance or class of substances, as
applicable, on the toxics release inventory in a manner that does not disclose the
protected information.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H0408773364534B729C0D8E609343CBBC"><enum>(f)</enum><header display-inline="yes-
display-inline">Emergency Planning and Community Right-To-Know Act of
1986</header><text display-inline="yes-display-inline">Section 313(c) of the Emergency
Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(c)) is
amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HB69254F54F314760A5BFACC9E9BB0D17"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking the period at the end and inserting <quote>;
and</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H931A06A3569B41D7961A1EC3694D4C3C"><enum>(2)</enum><text display-inline="yes-
display-inline">by striking <quote>are those chemicals</quote> and inserting the
following: â€œareâ€"</text>

<quoted-block display-inline="no-display-inline" id="H25FFCDAE0EEC4B07AA37DD3FEF59F0E3"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HC246C7E8C2B343D0B6CD8B07D1A1CE95"><enum>(1)</enum><text display-
inline="yes-display-inline">the chemicals</text></paragraph><after-quoted-block>; and</after-
quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1EF780CA991C4431B050B07BE5548D15"><enum>(3)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block act-name="" display-inline="no-display-inline"
id="H37D662D4E244445991BDE1AA3C1DE84B" style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="HDFC83E3E1F66473391157C9536708264"><enum>(2)</enum><text display-inline="yes-
display-inline">the chemicals included on such list under subsections (b)(1), (c)(1),
and (d)(3) of section 7321 for the <short-title>PFAS Act of 2019</short-
title>.</text></paragraph><after-quoted-block></after-quoted-block></quoted-
block></paragraph></subsection></section></subtitle>

<subtitle id="H25F76D5A3E124FB08C879826CA7EB741"><enum>C</enum><header>USGS Performance
Standard</header>

<section commented="no" display-inline="no-display-inline"
id="H7BED045F594B4EA0BC2410D6603EBB60" section-type="subsequent-
section"><enum>7331.</enum><header display-inline="yes-display-
inline">Definitions</header><text display-inline="no-display-inline">In this
subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H375385819A6147D7B55F9665A8CCAEB9"><enum>(1)</enum><header display-inline="yes-
display-inline">Director</header><text display-inline="yes-display-inline">The term
<term>Director</term> means the Director of the United States Geological
Survey.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1C38417A389240FB8BFA64E95AECE552"><enum>(2)</enum><header display-inline="yes-
display-inline">Highly fluorinated compound</header>
```

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H179FC1A33E6E41398384C2F04B9DE63D"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The term
<term>highly fluorinated compound</term> means a perfluoroalkyl substance or a
polyfluoroalkyl substance with at least one fully fluorinated carbon
atom.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7993ADB3779641DCA69E04958ADC6737"><enum>(B)</enum><header display-inline="yes-
display-inline">Definitions</header><text display-inline="yes-display-inline">In this
paragraph:</text>

<clause commented="no" display-inline="no-display-inline"
id="H0C76D4F15D3D46469F4E00FD6580C340"><enum>(i)</enum><header display-inline="yes-
display-inline">Fully fluorinated carbon atom</header><text display-inline="yes-
display-inline">The term <term>fully fluorinated carbon atom</term> means a carbon atom
on which all the hydrogen substituents have been replaced by fluorine.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H075044FC35A14D05AC4D68810CF97148"><enum>(ii)</enum><header display-inline="yes-
display-inline">Perfluoroalkyl substance</header><text display-inline="yes-display-
inline">The term <term>perfluoroalkyl substance</term> means a chemical of which all of
the carbon atoms are fully fluorinated carbon atoms.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H04A99E3261FB49A4B25FD4A1F66F01AD"><enum>(iii)</enum><header display-inline="yes-
display-inline">Polyfluoroalkyl substance</header><text display-inline="yes-display-
inline">The term <term>polyfluoroalkyl substance</term> means a chemical containing at
least one fully fluorinated carbon atom and at least one carbon atom that is not a
fully fluorinated carbon atom.</text></clause></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H7067C8CB4F90412FB00227CA4489C95B" section-type="subsequent-
section"><enum>7332.</enum><header display-inline="yes-display-inline">Performance
standard for the detection of highly fluorinated compounds</header>

<subsection commented="no" display-inline="no-display-inline"
id="HBABEB21EDF694FDD974A21EE17E64894"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Director, in consultation with the Administrator, shall establish a performance
standard for the detection of highly fluorinated compounds.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HCD3068E22AF54A40AEFC9AD27ABDA9A8"><enum>(b)</enum><header display-inline="yes-
display-inline">Emphasis</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H8D312EDC23C44C8D861EDC225E48F2B4"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">In
developing the performance standard under subsection (a), the Director shall emphasize
the ability to detect as many highly fluorinated compounds present in the environment
as possible using validated analytical methods thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H569BCCCD0DCF44A384EB737879EFB795"><enum>(A)</enum><text display-inline="yes-
display-inline">achieve limits of quantitation (as defined in the document of the
United States Geological Survey entitled <quote>Analytical Methods for Chemical
Analysis of Geologic and Other Materials, U.S. Geological Survey</quote> and dated
2002); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBA11517B2919407E859C9EBA3C892E4B"><enum>(B)</enum><text display-inline="yes-
display-inline">are as sensitive as is feasible and
practicable.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA248DD4E651F4CD9B821C2DFB2C8AE48"><enum>(2)</enum><header display-inline="yes-
display-inline">Requirement</header><text display-inline="yes-display-inline">In
developing the performance standard under subsection (a), the Director mayâ€"</text>
```

WASHSTATEC016333

```
<subparagraph commented="no" display-inline="no-display-inline"
id="HEEBC897CC5DF49D889D4EE6F0B396D04"><enum>(A)</enum><text display-inline="yes-
display-inline">develop quality assurance and quality control measures to ensure
accurate sampling and testing;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H86482869196B40D4A4E12AAE494B852B"><enum>(B)</enum><text display-inline="yes-
display-inline">develop a training program with respect to the appropriate method of
sample collection and analysis of highly fluorinated compounds;
and</text></subparagraph>

<subparagraph id="H8879B1E13E16401286A8B9A691428686"><enum>(C)</enum><text>coordinate
as necessary with the Administrator, including, if appropriate, to develop methods to
detect individual and different highly fluorinated compounds simultaneously.
</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H1F0CC1E0897146AA89CBBEAF8519BB9D" section-type="subsequent-
section"><enum>7333.</enum><header display-inline="yes-display-inline">Nationwide
sampling</header>

<subsection commented="no" display-inline="no-display-inline"
id="HEA13841349B64915BF7835DA9705CC2A"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Director shall carry out a nationwide sampling to determine the concentration of highly
fluorinated compounds in estuaries, lakes, streams, springs, wells, wetlands, rivers,
aquifers, and soil using the performance standard developed under section
7332(a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HD8E625ED9334446F8A7FBE34A91EAB1A"><enum>(b)</enum><header display-inline="yes-
display-inline">Requirements</header><text display-inline="yes-display-inline">In
carrying out the sampling under subsection (a), the Director shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H8608FFA690B84A919B5A16B0254B24D3"><enum>(1)</enum><text display-inline="yes-
display-inline">first carry out the sampling at sources of drinking water near
locations with known or suspected releases of highly fluorinated
compounds;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H50E8C9F271D64F04BA6E8C5DA68A2F75"><enum>(2)</enum><text display-inline="yes-
display-inline">when carrying out sampling of sources of drinking water under paragraph
(1), carry out the sampling prior to and, at the request of the Administrator, after
any treatment of the water;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HFE3C17BB3BDC417891405EC89CD58A3D"><enum>(3)</enum><text display-inline="yes-
display-inline">survey for ecological exposure to highly fluorinated compounds, with a
priority in determining direct human exposure through drinking water;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HED7FEE326A68489DA4A5A3F51892319E"><enum>(4)</enum><text display-inline="yes-
display-inline">consult withâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HBFDAF720BE5C44389CAF89361D421310"><enum>(A)</enum><text display-inline="yes-
display-inline">States to determine areas that are a priority for sampling;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H72CB327CEA96403DBE564536984B214C"><enum>(B)</enum><text display-inline="yes-
display-inline">the Administratorâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HC46ED83B93394361A1419B09B373888D"><enum>(i)</enum><text display-inline="yes-
display-inline">to enhance coverage of the sampling; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HE59386CC0331424EB3FE89793A9686C9"><enum>(ii)</enum><text display-inline="yes-
```

```
display-inline">to avoid unnecessary
duplication.</text></clause></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H94735AE6C44442D4A3446787F6A0F134"><enum>(c)</enum><header display-inline="yes-
display-inline">Report</header><text display-inline="yes-display-inline">Not later than
120 days after the completion of the sampling under subsection (a), the Director shall
prepare a report describing the results of the sampling and submit the report
toâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H1D6AE71AB8634762A31BCE30C053B058"><enum>(1)</enum><text display-inline="yes-
display-inline">the Committee on Environment and Public Works and the Committee on
Energy and Natural Resources of the Senate;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H638FEF5896D1418F8EB21F94153D2486"><enum>(2)</enum><text display-inline="yes-
display-inline">the Committee on Energy and Commerce and the Committee on Natural
Resources of the House of Representatives;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8ED14F86C1B54527A10FF3350BD81D89"><enum>(3)</enum><text display-inline="yes-
display-inline">the Senators of each State in which the Director carried out the
sampling; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD2EB3E64D2494E10B18C68F99F288DE3"><enum>(4)</enum><text display-inline="yes-
display-inline">each Member of the House of Representatives who represents a district
in which the Director carried out the
sampling.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HA975B0963CCC49D9A09FB5B5F986402B" section-type="subsequent-
section"><enum>7334.</enum><header display-inline="yes-display-inline">Data
usage</header>

<subsection commented="no" display-inline="no-display-inline"
id="H23C1A4807FBF459EB1F16ECB2DADF22A"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Director shall provide the sampling data collected under section 7333 toâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H54124FF91B554686878606F5BDB08641"><enum>(1)</enum><text display-inline="yes-
display-inline">the Administrator; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB3B70F9FFE5246B7A73E350E45DD53C3"><enum>(2)</enum><text display-inline="yes-
display-inline">other Federal and State regulatory agencies on
request.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H60ED92C196ED457E8944F9E65C1A4913"><enum>(b)</enum><header display-inline="yes-
display-inline">Usage</header><text display-inline="yes-display-inline">The sampling
data provided under subsection (a) shall be used to inform and enhance assessments of
exposure, likely health and environmental impacts, and remediation
priorities.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H3A850A2A455543CF8DD5376535F85BFA" section-type="subsequent-
section"><enum>7335.</enum><header display-inline="yes-display-
inline">Collaboration</header><text display-inline="no-display-inline">In carrying out
this subtitle, the Director shall collaborate withâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H6B722D761E2E41CDB01E9AAD24DBBD2B"><enum>(1)</enum><text display-inline="yes-
display-inline">appropriate Federal and State regulators;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HF25657CDA3874706A04F06A4DC0954AC"><enum>(2)</enum><text display-inline="yes-
display-inline">institutions of higher education;</text></paragraph>
```

WASHSTATEC016335

```
<paragraph commented="no" display-inline="no-display-inline"
id="H296C40EF242E4B20A469D351D00D8C E1"><enum>(3)</enum><text display-inline="yes-
display-inline">research institutions; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H28612415399A4BF9A180ED4FF87474E6"><enum>(4)</enum><text display-inline="yes-
display-inline">other expert stakeholders.</text></paragraph></section></subtitle>

<subtitle id="HF8B60576203842E2BBD1B0151431A5F2"><enum>D</enum><header>Emerging
Contaminants</header>

<section commented="no" display-inline="no-display-inline"
id="HCAB87C64E9294BAF9E0DA2BC9EFB8E8D" section-type="subsequent-
section"><enum>7341.</enum><header display-inline="yes-display-
inline">Definitions</header><text display-inline="no-display-inline">In this
subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HCD963959B5BB4DE89AB0496A513677AF"><enum>(1)</enum><header display-inline="yes-
display-inline">Contaminant</header><text display-inline="yes-display-inline">The term
<term>contaminant</term> means any physical, chemical, biological, or radiological
substance or matter in water.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8D05334A1F374C359BC901429B56ECF8"><enum>(2)</enum><header display-inline="yes-
display-inline">Contaminant of emerging concern; emerging contaminant</header><text
display-inline="yes-display-inline">The terms <term>contaminant of emerging
concern</term> and <term>emerging contaminant</term> mean a contaminantâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB8FA420D079C4684B9A5F3F2A60BDBBA"><enum>(A)</enum><text display-inline="yes-
display-inline">for which the Administrator has not promulgated a national primary
drinking water regulation; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD8355C8D203D48A69EE20423CC40274C"><enum>(B)</enum><text display-inline="yes-
display-inline">that may have an adverse effect on the health of
individuals.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HDEDF0F6F78C84BE5BC5DF5E5110DF34C"><enum>(3)</enum><header display-inline="yes-
display-inline">Federal research strategy</header><text display-inline="yes-display-
inline">The term <term>Federal research strategy</term> means the coordinated cross-
agency plan for addressing critical research gaps related to detecting, assessing
exposure to, and identifying the adverse health effects of emerging contaminants in
drinking water developed by the Office of Science and Technology Policy in response to
the report of the Committee on Appropriations of the Senate accompanying S. 1662 of the
115th Congress (S. Rept. 115â€"139).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8A3C782556B84DE1A2A3B598CB0F832A"><enum>(4)</enum><header display-inline="yes-
display-inline">Technical assistance and support</header><text display-inline="yes-
display-inline">The term <term>technical assistance and support</term>
includesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HEF82A3DC2AE046CA878F79290ED0A963"><enum>(A)</enum><text display-inline="yes-
display-inline">assistance withâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H022A1679E1E1470DBDCEEE21B692FED8"><enum>(i)</enum><text display-inline="yes-
display-inline">identifying appropriate analytical methods for the detection of
contaminants;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H313F6FC3B76B418AA282A18727A604EC"><enum>(ii)</enum><text display-inline="yes-
display-inline">understanding the strengths and limitations of the analytical methods
described in clause (i);</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H12F2D6FD2C154CCFA846DE80D11AA1CF"><enum>(iii)</enum><text display-inline="yes-
```

```
display-inline">troubleshooting the analytical methods described in clause
(i);</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1F953859F38240959733F64428A35E07"><enum>(B)</enum><text display-inline="yes-
display-inline">providing advice on laboratory certification program
elements;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H0B40FE05B7CF4DD09D3BBEDB095463F7"><enum>(C)</enum><text display-inline="yes-
display-inline">interpreting sample analysis results;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HD0CFEB0031764E2FA1DE0F4552ECB68B"><enum>(D)</enum><text display-inline="yes-
display-inline">providing training with respect to proper analytical
techniques;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H797D6E6E393C4F2FA3A8429B307554BC"><enum>(E)</enum><text display-inline="yes-
display-inline">identifying appropriate technology for the treatment of contaminants;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H30539C85F6A64457A1A87BB3B92B1128"><enum>(F)</enum><text display-inline="yes-
display-inline">analyzing samples, ifâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H1ADF537F93904E1D9F4E2B1100397E0C"><enum>(i)</enum><text display-inline="yes-
display-inline">the analysis cannot be otherwise obtained in a practicable manner
otherwise; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HD7867DE757704F178133A26168EBDD998"><enum>(ii)</enum><text display-inline="yes-
display-inline">the capability and capacity to perform the analysis is available at a
Federal facility.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD47227D5112740808A480711AAB18BB7"><enum>(5)</enum><header display-inline="yes-
display-inline">Working Group</header><text display-inline="yes-display-inline">The
term <term>Working Group</term> means the Working Group established under section
7342(b)(1).</text></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="H5CC88D1BF3E34192BAFD1BAA3CFBDACE" section-type="subsequent-
section"><enum>7342.</enum><header display-inline="yes-display-inline">Research and
coordination plan for enhanced response on emerging contaminants</header>

<subsection commented="no" display-inline="no-display-inline"
id="H8A3D1DCA22DE4A1AA572C9D706E80E84"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Administrator shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HFFB0C932B1634A379EE83D3D1319B47B"><enum>(1)</enum><text display-inline="yes-
display-inline">review Federal effortsâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H851452B2C7CD4B2EB3D30D19E5D60CBF"><enum>(A)</enum><text display-inline="yes-
display-inline">to identify, monitor, and assist in the development of treatment
methods for emerging contaminants; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB3F94FDA963B40C9B95F6FDCDD77B261"><enum>(B)</enum><text display-inline="yes-
display-inline">to assist States in responding to the human health risks posed by
contaminants of emerging concern; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H403646C318934384AFCA65F62AA45DF3"><enum>(2)</enum><text display-inline="yes-
display-inline">in collaboration with owners and operators of public water systems,
States, and other interested stakeholders, establish a strategic plan for improving the
Federal efforts referred to in paragraph (1).</text></paragraph></subsection>
```

```
<subsection commented="no" display-inline="no-display-inline"
id="H97284233FDFC4780A667B32962D4A076"><enum>(b)</enum><header display-inline="yes-
display-inline">Interagency working group on emerging contaminants</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HBC0AE00D21C649969F636F93ACB1319B"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of enactment of this Act, the Administrator and the
Secretary of Health and Human Services shall jointly establish a Working Group to
coordinate the activities of the Federal Government to identify and analyze the public
health effects of drinking water contaminants of emerging concern.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB049ED3416E34BB3A35B793C50B24A75"><enum>(2)</enum><header display-inline="yes-
display-inline">Membership</header><text display-inline="yes-display-inline">The
Working Group shall include representatives of the following:</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H016ED02AAEB7404F8F59EEB6D06B4F54"><enum>(A)</enum><text display-inline="yes-
display-inline">The Environmental Protection Agency, appointed by the
Administrator.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H11B59367315040B7A88AFD7C0744D2CE"><enum>(B)</enum><text display-inline="yes-
display-inline">The following agencies, appointed by the Secretary of Health and Human
Services:</text>

<clause commented="no" display-inline="no-display-inline"
id="HD8C8EB7B795E472BB0D7540B1BC02A1F"><enum>(i)</enum><text display-inline="yes-
display-inline">The National Institutes of Health.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H484F806ED8DF4A8183C3ED2032024BAD"><enum>(ii)</enum><text display-inline="yes-
display-inline">The Centers for Disease Control and Prevention.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H1F7307D23F764EC683EDD11408480FA3"><enum>(iii)</enum><text display-inline="yes-
display-inline">The Agency for Toxic Substances and Disease
Registry.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC25AD0B4805A46F2A23B822849A66E1F"><enum>(C)</enum><text display-inline="yes-
display-inline">The United States Geological Survey, appointed by the Secretary of the
Interior.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H23BBDCC8CC154DA69648E34617C45337"><enum>(D)</enum><text display-inline="yes-
display-inline">Any other Federal agency the assistance of which the Administrator
determines to be necessary to carry out this subsection, appointed by the head of the
respective agency.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC395BA06CD3142E4826D27C4A4DAEC8F"><enum>(3)</enum><header display-inline="yes-
display-inline">Existing working group</header><text display-inline="yes-display-
inline">The Administrator may expand or modify the duties of an existing working group
to perform the duties of the Working Group under this
subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HFFD9B6656F1F4F44AF0B024F0CC70474"><enum>(c)</enum><header display-inline="yes-
display-inline">National Emerging Contaminant Research Initiative</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H2055E2CAD78C4BE9B4DBE8F111FB4D1B"><enum>(1)</enum><header display-inline="yes-
display-inline">Federal research strategy</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE45AA1D4D2414B2A8266AE1D26932292"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 180 days after the date of enactment of this Act, the Director of the Office of
Science and Technology Policy (referred to in this subsection as the
```

```
<quote>Director</quote>) shall coordinate with the heads of the agencies described in
subparagraph (C) to establish a research initiative, to be known as the <quote>National
Emerging Contaminant Research Initiative</quote>, that shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H303165822F9D42D4A0FEBB0FFACB9C4C"><enum>(i)</enum><text display-inline="yes-
display-inline">use the Federal research strategy to improve the identification,
analysis, monitoring, and treatment methods of contaminants of emerging concern;
and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HABB4065ABE9846B6B5BC152C26EC1B7C"><enum>(ii)</enum><text display-inline="yes-
display-inline">develop any necessary program, policy, or budget to support the
implementation of the Federal research strategy, including mechanisms for joint agency
review of research proposals, for interagency cofunding of research activities, and for
information sharing across agencies.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1081FDB28B7046688EBF924DC9CD81ED"><enum>(B)</enum><header display-inline="yes-
display-inline">Research on emerging contaminants</header><text display-inline="yes-
display-inline">In carrying out subparagraph (A), the Director shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H4F33D4AF4ECD40E3A0C260EC0DEBC761"><enum>(i)</enum><text display-inline="yes-
display-inline">take into consideration consensus conclusions from peer-reviewed,
pertinent research on emerging contaminants; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H8DE803A4FE674F7C9B9623A92203EE59"><enum>(ii)</enum><text display-inline="yes-
display-inline">in consultation with the Administrator, identify priority emerging
contaminants for research emphasis.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H054A28AC43D342BB996DCAB3E0293A32"><enum>(C)</enum><header display-inline="yes-
display-inline">Federal participation</header><text display-inline="yes-display-
inline">The agencies referred to in subparagraph (A) includeâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H6C877FD9C76C42D3AC3679537434E4B6"><enum>(i)</enum><text display-inline="yes-
display-inline">the National Science Foundation;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H4ADB60194BCB4014A54F8BA21A6D3532"><enum>(ii)</enum><text display-inline="yes-
display-inline">the National Institutes of Health;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HDD3D9946044D4AF69B85CF1940843AFF"><enum>(iii)</enum><text display-inline="yes-
display-inline">the Environmental Protection Agency;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H36A63A8FEEC4475EA9EF3D0CA0B1D5A8"><enum>(iv)</enum><text display-inline="yes-
display-inline">the National Institute of Standards and Technology;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H4FB2CB8130FA427E8CE93AD0DBFDD930"><enum>(v)</enum><text display-inline="yes-
display-inline">the United States Geological Survey; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H0FF1B6CA4F6E499AB4FD0F93A80D4CC8"><enum>(vi)</enum><text display-inline="yes-
display-inline">any other Federal agency that contributes to research in water quality,
environmental exposures, and public health, as determined by the
Director.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8EB038885D934FAFBF19AE84AE38F933"><enum>(D)</enum><header display-inline="yes-
display-inline">Participation from additional entities</header><text display-
inline="yes-display-inline">In carrying out subparagraph (A), the Director shall
consult with nongovernmental organizations, State and local governments, and science
and research institutions determined by the Director to have scientific or material
interest in the National Emerging Contaminant Research
Initiative.</text></subparagraph></paragraph>
```

WASHSTATEC016339

```
<paragraph commented="no" display-inline="no-display-inline"
id="H69C307FEAA2D422A955500E0A79C329C"><enum>(2)</enum><header display-inline="yes-
display-inline">Implementation of research recommendations</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7BAB2564F56747B1BEA86E8C35D7C3D9"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 1 year after the date on which the Director and heads of the agencies described in
paragraph (1)(C) establish the National Emerging Contaminant Research Initiative under
paragraph (1)(A), the head of each agency described in paragraph (1)(C) shallâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HF6D970F28FAC49EB99F47EEB39482FF2"><enum>(i)</enum><text display-inline="yes-
display-inline">issue a solicitation for research proposals consistent with the Federal
research strategy and that agencyâ€™s mission; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H2D2D7862AF234DB9BD5EC2EE334189A1"><enum>(ii)</enum><text display-inline="yes-
display-inline">make grants to applicants that submit research proposals consistent
with the Federal research strategy and in accordance with subparagraph
(B).</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H1D49CD53AA2049E484361B602F665311"><enum>(B)</enum><header display-inline="yes-
display-inline">Selection of research proposals</header><text display-inline="yes-
display-inline">The head of each agency described in paragraph (1)(C) shall select
research proposals to receive grants under this paragraph on the basis of merit, using
criteria identified by the head of each such agency, including the likelihood that the
proposed research will result in significant progress toward achieving the objectives
identified in the Federal research strategy.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H48260A5E3CAB41CC80F7C149280857FD"><enum>(C)</enum><header display-inline="yes-
display-inline">Eligible entities</header><text display-inline="yes-display-inline">Any
entity or group of 2 or more entities may submit to the head of each agency described
in paragraph (1)(C) a research proposal in response to the solicitation for research
proposals described in subparagraph (A)(i), including, consistent with that agencyâ€™s
grant policiesâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="H33F10E8FBDC3452D8E6A3D9C3EC2FAA3"><enum>(i)</enum><text display-inline="yes-
display-inline">State and local agencies;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HD6E3894FE88A4F19BDC81955243395EC"><enum>(ii)</enum><text display-inline="yes-
display-inline">public institutions, including public institutions of higher
education;</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H5340A7389EE341F2B492821F09C127A6"><enum>(iii)</enum><text display-inline="yes-
display-inline">private corporations; and</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HACA4E99FEA454C42A549F6059563C484"><enum>(iv)</enum><text display-inline="yes-
display-inline">nonprofit
organizations.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H208FD0F92BDE43C7BF85C6C4531BCE1E"><enum>(d)</enum><header display-inline="yes-
display-inline">Federal technical assistance and support for States</header>

<paragraph commented="no" display-inline="no-display-inline"
id="HFF8C105156704EB38AB90279DD363B6B"><enum>(1)</enum><header display-inline="yes-
display-inline">Study</header>

<subparagraph commented="no" display-inline="no-display-inline"
id="HE8B4ACFCD3C14A54B69E66DFF32D0006"><enum>(A)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 1 year after the date of enactment of this Act, the Administrator shall conduct a
study on actions the Administrator can take to increase technical assistance and
```

WASHSTATEC016340

support for States with respect to emerging contaminants in drinking water samples.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD87BB099B4864F248E14EE5716224758"><enum>(B)</enum><header display-inline="yes-display-inline">Contents of study</header><text display-inline="yes-display-inline">In carrying out the study described in subparagraph (A), the Administrator shall identifyâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H143BBD2704524E8CBD5940DC082D1C25"><enum>(i)</enum><text display-inline="yes-display-inline">methods and effective treatment options to increase technical assistance and support with respect to emerging contaminants to States, including identifying opportunities for States to improve communication with various audiences about the risks associated with emerging contaminants;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1ED4EBDBF1DC4E9DB6A2DB5FC8D8CD61"><enum>(ii)</enum><text display-inline="yes-display-inline">means to facilitate access to qualified contract testing laboratory facilities that conduct analyses for emerging contaminants; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC35C60959B2B4681923EE74D13AA36C0"><enum>(iii)</enum><text display-inline="yes-display-inline">actions to be carried out at existing Federal laboratory facilities, including the research facilities of the Administrator, to provide technical assistance and support for States that require testing facilities for emerging contaminants.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H30B145E6A53646EF96BE0038851A4315"><enum>(C)</enum><header display-inline="yes-display-inline">Availability of analytical resources</header><text display-inline="yes-display-inline">In carrying out the study described in subparagraph (A), the Administrator shall considerâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HE4D7A3AF695645CBA57BB1A924B72B03"><enum>(i)</enum><text display-inline="yes-display-inline">the availability ofâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H5149BB07795146D6B64250AE372194EB"><enum>(I)</enum><text display-inline="yes-display-inline">Federal and non-Federal laboratory capacity; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H0224E2269FDF4A4DB750166551615264"><enum>(II)</enum><text display-inline="yes-display-inline">validated methods to detect and analyze contaminants; and</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="HC75B24F5B1DE4AF6A5AE844762F33251"><enum>(ii)</enum><text display-inline="yes-display-inline">other factors determined to be appropriate by the Administrator.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H73829AEA382A46BD806E45D3BF7E7E94"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 18 months after the date of enactment of this Act, the Administrator shall submit to Congress a report describing the results of the study described in paragraph (1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H61ED1418EEC24EADA2733A166F3D980D"><enum>(3)</enum><header display-inline="yes-display-inline">Program to provide Federal assistance to States</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H82432DF1AD154C149DA4632103404A12"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 3 years after the date of enactment of this Act, based on the findings in the report described in paragraph (2), the Administrator shall develop a program to provide technical assistance and support to eligible States for the testing and analysis of emerging contaminants.</text></subparagraph>

WASHSTATEC016341

```
<subparagraph commented="no" display-inline="no-display-inline"
id="H8E54024809784A55B7A5316CD439B15C"><enum>(B)</enum><header display-inline="yes-
display-inline">Application</header>

<clause commented="no" display-inline="no-display-inline"
id="H67C3B9CB25DB4AD2AC65D7AF12D8C908"><enum>(i)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">To be
eligible for technical assistance and support under this paragraph, a State shall
submit to the Administrator an application at such time, in such manner, and containing
such information as the Administrator may require.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="H5C8A037C0541497786D4C49F907BD517"><enum>(ii)</enum><header display-inline="yes-
display-inline">Criteria</header><text display-inline="yes-display-inline">The
Administrator shall evaluate an application for technical assistance and support under
this paragraph on the basis of merit using criteria identified by the Administrator,
includingâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H0DA9B4EEEDC7423FBA831A94DF16D0BB"><enum>(I)</enum><text display-inline="yes-
display-inline">the laboratory facilities available to the State;</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H06C77687A21A47648AE5A9C72491580E"><enum>(II)</enum><text display-inline="yes-
display-inline">the availability and applicability of existing analytical
methodologies;</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HB969A5630AE4409EB7CFF53CDDC2E0C3"><enum>(III)</enum><text display-inline="yes-
display-inline">the potency and severity of the emerging contaminant, if known;
and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HB24BB16AEA8C478F9A9911F148CE844F"><enum>(IV)</enum><text display-inline="yes-
display-inline">the prevalence and magnitude of the emerging
contaminant.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H72D8726821C741EF9BDCE6473C2E513B"><enum>(iii)</enum><header display-inline="yes-
display-inline">Prioritization</header><text display-inline="yes-display-inline">In
selecting States to receive technical assistance and support under this paragraph, the
Administratorâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="H613404A9831E4C0387542DA348AFA50C"><enum>(I)</enum><text display-inline="yes-
display-inline">shall give priority to States with affected areas primarily in
financially distressed communities;</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HFCBA100D1AB841E095E77064527CBE13"><enum>(II)</enum><text display-inline="yes-
display-inline">mayâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="H7A4804C5195F4E0BB81B4CA5DDFE35C0"><enum>(aa)</enum><text display-inline="yes-
display-inline">waive the application process in an emergency situation;
and</text></item>

<item commented="no" display-inline="no-display-inline"
id="HDE92F1737526448A8DF0D4C562578D47"><enum>(bb)</enum><text display-inline="yes-
display-inline">require an abbreviated application process for the continuation of work
specified in a previously approved application that continues to meet the criteria
described in clause (ii); and</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H35482A26DE1445B4B85446FF11B21A2F"><enum>(III)</enum><text display-inline="yes-
display-inline">shall consider the relative expertise and availability ofâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="H065806EB407B463AAD76012DC5CF2F29"><enum>(aa)</enum><text display-inline="yes-
display-inline">Federal and non-Federal laboratory capacity available to the
State;</text></item>
```

```
<item commented="no" display-inline="no-display-inline"
id="H0010B049ECB54532AF7A8DB78E98FABB"><enum>(bb)</enum><text display-inline="yes-
display-inline">analytical resources available to the State; and</text></item>

<item commented="no" display-inline="no-display-inline"
id="H6786AF3B8C1942ACB0DF59375C14938B"><enum>(cc)</enum><text display-inline="yes-
display-inline">other types of technical assistance available to the
State.</text></item></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H4FF7B61AD9A54C08ACD5D5099391FDF1"><enum>(C)</enum><header display-inline="yes-
display-inline">Database of available resources</header><text display-inline="yes-
display-inline">The Administrator shall establish and maintain a database of resources
available through the program developed under subparagraph (A) to assist States with
testing for emerging contaminants thatâ€"</text>

<clause commented="no" display-inline="no-display-inline"
id="HFD6E7CF748FE49DE9FF367E2A44DF286"><enum>(i)</enum><text display-inline="yes-
display-inline">isâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="HD46D2FC2C5944D389CCD287FCC7FD8E1"><enum>(I)</enum><text display-inline="yes-
display-inline">available to States and stakeholder groups determined by the
Administrator to have scientific or material interest in emerging contaminants,
includingâ€"</text>

<item commented="no" display-inline="no-display-inline"
id="H63B91B58A2E9421BA9C0E2724452D4A8"><enum>(aa)</enum><text display-inline="yes-
display-inline">drinking water and wastewater utilities;</text></item>

<item commented="no" display-inline="no-display-inline"
id="H544E8A64AA1640938425O105B0170E44"><enum>(bb)</enum><text display-inline="yes-
display-inline">laboratories;</text></item>

<item commented="no" display-inline="no-display-inline"
id="H5FFA84C966794980AB77F57AB396DC7F"><enum>(cc)</enum><text display-inline="yes-
display-inline">Federal and State emergency responders;</text></item>

<item commented="no" display-inline="no-display-inline"
id="H124363031214428C93D0D4B6B8968954"><enum>(dd)</enum><text display-inline="yes-
display-inline">State primacy agencies;</text></item>

<item commented="no" display-inline="no-display-inline"
id="HBD989841DCC7441E9F8204B853A7E0EB"><enum>(ee)</enum><text display-inline="yes-
display-inline">public health agencies; and</text></item>

<item commented="no" display-inline="no-display-inline"
id="HF6B9CF3C86E04AFB854DC806A5BE0D6B"><enum>(ff)</enum><text display-inline="yes-
display-inline">water associations;</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HC7E2F94823C04F7399363D701895FA72"><enum>(II)</enum><text display-inline="yes-
display-inline">searchable; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H0EB7FA1F4659485ABA47B2CF9E2ED985"><enum>(III)</enum><text display-inline="yes-
display-inline">accessible through the website of the Administrator;
and</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H7DE0F46E2F4342E2BF881C76C098D23B"><enum>(ii)</enum><text display-inline="yes-
display-inline">includes a description ofâ€"</text>

<subclause commented="no" display-inline="no-display-inline"
id="HB962AF48764F4F5E82A5CB6B206D2B3C"><enum>(I)</enum><text display-inline="yes-
display-inline">qualified contract testing laboratory facilities that conduct analyses
for emerging contaminants; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="HE1B295B4138E41AEA78734A4A4B67116"><enum>(II)</enum><text display-inline="yes-
display-inline">the resources available in Federal laboratory facilities to test for
```

WASHSTATEC016343

emerging contaminants.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H88F80E1CA35C4D04922D9EB3779C5CB2"><enum>(D)</enum><header display-inline="yes-
display-inline">Water Contaminant Information Tool</header><text display-inline="yes-
display-inline">The Administrator shall integrate the database established under
subparagraph (C) into the Water Contaminant Information Tool of the Environmental
Protection Agency.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H88F1EC4A183642B890367676D723F2F1"><enum>(4)</enum><header display-inline="yes-
display-inline">Funding</header><text display-inline="yes-display-inline">Of the
amounts available to the Administrator, the Administrator may use not more than
$15,000,000 in a fiscal year to carry out this
subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HC3AF878DFA3A40C5A09EF3CE27D9A3EF"><enum>(e)</enum><header display-inline="yes-
display-inline">Report</header><text display-inline="yes-display-inline">Not less
frequently than once every 2 years until 2029, the Administrator shall submit to
Congress a report that describes the progress made in carrying out this
subtitle.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H659F0FC28F9C40E0968F492F8891D3A7"><enum>(f)</enum><header display-inline="yes-
display-inline">Effect</header><text display-inline="yes-display-inline">Nothing in
this section modifies any obligation of a State, local government, or Indian Tribe with
respect to treatment methods for, or testing or monitoring of, drinking
water.</text></subsection></section></subtitle>

<subtitle id="H664A33B4BB5C418F9265084FB3B3068C"><enum>E</enum><header>Toxic Substances
Control Act</header>

<section id="H8D5383DCF6CF49FA8AF0802952C04FD3"
commented="no"><enum>7351.</enum><header>PFAS data call</header><text display-
inline="no-display-inline">Section 8(a) of the Toxic Substances Control Act (15 U.S.C.
2607(a)) is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HC611D037E26C4A2EB395CDD647DD5A75"
style="OLC">

<paragraph commented="no" display-inline="no-display-inline"
id="H9472605781984B61ABAC403CDE9EE7B5"><enum>(7)</enum><header display-inline="yes-
display-inline">PFAS data</header><text display-inline="yes-display-inline">Not later
than January 1, 2023, the Administrator shall promulgate a rule in accordance with this
subsection requiring each person who has manufactured a chemical substance that is a
perfluoroalkyl or polyfluoroalkyl substance in any year since January 1, 2011, to
submit to the Administrator a report that includes, for each year since January 1,
2011, the information described in subparagraphs (A) through (G) of paragraph
(2).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-
block></section>

<section commented="no" display-inline="no-display-inline"
id="HC7F4C0C99C0349D284FE3808F43CC367" section-type="subsequent-
section"><enum>7352.</enum><header display-inline="yes-display-inline">Significant new
use rule for long-chain PFAS</header><text display-inline="no-display-inline">Not later
than June 22, 2020, the Administrator shall take final action on the proposed rule
entitled <quote>Long-Chain Perfluoroalkyl Carboxylate and Perfluoroalkyl Sulfonate
Chemical Substances; Significant New Use Rule</quote> (80 Fed. Reg. 2885 (January 21,
2015)).</text></section></subtitle>

<subtitle id="H98BEB48371AD4486A76808F004F67BC7"><enum>F</enum><header>Other
Matters</header>

<section commented="no" display-inline="no-display-inline"
id="HAFADD4CC7CD74732896B7255E5B2B0A6" section-type="subsequent-
section"><enum>7361.</enum><header display-inline="yes-display-inline">PFAS destruction
and disposal guidance</header>

<subsection commented="no" display-inline="no-display-inline"

```
id="H0F66FA9A4610452E959329ACC450C5F1"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">Not later
than 1 year after the date of enactment of this Act, the Administrator shall publish
interim guidance on the destruction and disposal of perfluoroalkyl and polyfluoroalkyl
substances and materials containing perfluoroalkyl and polyfluoroalkyl substances,
includingâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H3B796453119B4AE7B7E8B1C092B4D878"><enum>(1)</enum><text display-inline="yes-
display-inline">aqueous film-forming foam;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H59A84F6D97A34CF5AB2B2D8068AB2F01"><enum>(2)</enum><text display-inline="yes-
display-inline">soil and biosolids;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H6EEAE376F41E40D28C0D59B1BD22E813"><enum>(3)</enum><text display-inline="yes-
display-inline">textiles, other than consumer goods, treated with perfluoroalkyl and
polyfluoroalkyl substances; </text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD3BB79FAC364468FAB27CCDC66CFF052"><enum>(4)</enum><text display-inline="yes-
display-inline">spent filters, membranes, resins, granular carbon, and other waste from
water treatment;</text></paragraph>

<paragraph id="H684BEA2E06014D9AA3A6F9126794BC02"><enum>(5)</enum><text display-
inline="yes-display-inline">landfill leachate containing perfluoroalkyl and
polyfluoroalkyl substances; and</text></paragraph>

<paragraph id="HAB970507BDD742EF887CC7969673B2B7"><enum>(6)</enum><text display-
inline="yes-display-inline">solid, liquid, or gas waste streams containing
perfluoroalkyl and polyfluoroalkyl substances from facilities manufacturing or using
perfluoroalkyl and polyfluoroalkyl substances.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H3111722D90EF45B2AD74FF9DEA1907BC"><enum>(b)</enum><header display-inline="yes-
display-inline">Considerations; inclusions</header><text display-inline="yes-display-
inline">The interim guidance under subsection (a) shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H0F32EF551B7C4D24BB89CB9CE06BD5E2"><enum>(1)</enum><text display-inline="yes-
display-inline">take into considerationâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA88CB99274894EBAB8E96C5E74D9EBAA"><enum>(A)</enum><text display-inline="yes-
display-inline">the potential for releases of perfluoroalkyl and polyfluoroalkyl
substances during destruction or disposal, including through volatilization, air
dispersion, or leachate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HA3F34569E6304496B3A047B761AB73F4"><enum>(B)</enum><text display-inline="yes-
display-inline">potentially vulnerable populations living near likely destruction or
disposal sites; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H1EFCFBA35E2D4FC1916842DF6A2FB0AF"><enum>(2)</enum><text display-inline="yes-
display-inline">provide guidance on testing and monitoring air, effluent, and soil near
potential destruction or disposal sites for releases described in paragraph
(1)(A).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H4CF93694AAC04449595D0BB507EDC5422"><enum>(c)</enum><header display-inline="yes-
display-inline">Revisions</header><text display-inline="yes-display-inline">The
Administrator shall publish revisions to the interim guidance under subsection (a) as
the Administrator determines to be appropriate, but not less frequently than once every
3 years.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H3F16FE52F8F24708B34A62613D445620" section-type="subsequent-
section"><enum>7362.</enum><header display-inline="yes-display-inline">PFAS research
and development</header>
```

WASHSTATEC016345

```
<subsection commented="no" display-inline="no-display-inline"
id="H6D74A51BCCBA4AECB69CF8A41D41C584"><enum>(a)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">The
Administrator, acting through the Assistant Administrator for the Office of Research
and Development, shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE7504DD7D7D244019F313789F916432D"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H93E30CD84F26444E98BA69DB6D1923D5"><enum>(A)</enum><text display-inline="yes-
display-inline">further examine the effects of perfluoroalkyl and polyfluoroalkyl
substances on human health and the environment; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H64D4F786C9C34901B439FCCB208C89C4" indent="up1"><enum>(B)</enum><text display-
inline="yes-display-inline">make publicly available information relating to the
findings under subparagraph (A);</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB480E0A578B74E1785D437F182239039"><enum>(2)</enum><text display-inline="yes-
display-inline">develop a process for prioritizing which perfluoroalkyl and
polyfluoroalkyl substances, or classes of perfluoroalkyl and polyfluoroalkyl
substances, should be subject to additional research efforts that is based onâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="H8F85FBD77E73429788EDA245B6E484A8"><enum>(A)</enum><text display-inline="yes-
display-inline">the potential for human exposure to the substances or classes of
substances;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HB1789C6B21054651A77D830DB8FCC21F"><enum>(B)</enum><text display-inline="yes-
display-inline">the potential toxicity of the substances or classes of substances;
and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HF97C0C7FC7DA4498BD94DD2EB9D8E603"><enum>(C)</enum><text display-
inline="yes-display-inline">information available about the substances or classes of
substances;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HC557526BE4794B89B0B9C2322E95E9E1"><enum>(3)</enum><text display-inline="yes-
display-inline">develop new tools to characterize and identify perfluoroalkyl and
polyfluoroalkyl substances in the environment, including in drinking water, wastewater,
surface water, groundwater, solids, and the air;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H301EC45E734E45E98B8F1008FDCCD303"><enum>(4)</enum><text display-
inline="yes-display-inline">evaluate approaches for the remediation of contamination by
perfluoroalkyl and polyfluoroalkyl substances in the environment;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HB808C356FDA24B0C9961978A5C7FBC8D"><enum>(5)</enum><text display-inline="yes-
display-inline">develop and implement new tools and materials to communicate with the
public about perfluoroalkyl and polyfluoroalkyl
substances.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HED3342C64DD9412191035C52F337E459"><enum>(b)</enum><header display-inline="yes-
display-inline">Funding</header><text display-inline="yes-display-inline">There is
authorized to be appropriated to the Administrator to carry out this section
$15,000,000 for each of fiscal years 2020 through
2024.</text></subsection></section></subtitle></title>

<title id="H33AF29B4ED9641448ED12EA47377ABDF"><enum>LXXIV</enum><header>Caesar Syria
Civilian Protection Act of 2019</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-
level="section" idref="H33AF29B4ED9641448ED12EA47377ABDF" regeneration="yes-
regeneration" lowest-bolded-level="division-lowest-bolded">
```

WASHSTATEC016346

```
<toc-entry idref="H04E4833126C04369A848EDB8348EE208"
level="section">Sec.â€,7401.â€,Short title.</toc-entry>

<toc-entry idref="HE62577A94BBA4722AC5A30A1B230EB90"
level="section">Sec.â€,7402.â€,Statement of policy.</toc-entry>

<toc-entry idref="H366930B2C6794A4785E7ABE9E1E870F3" level="subtitle">Subtitle
Aâ€"Additional actions in connection with the national emergency with respect to
Syria</toc-entry>

<toc-entry idref="H9FB2DBAAE44F4C11A2DA073E7003DC98"
level="section">Sec.â€,7411.â€,Measures with respect to Central Bank of Syria.</toc-
entry>

<toc-entry idref="H7A06FC45F6F2470BB987E0F21F72790A"
level="section">Sec.â€,7412.â€,Sanctions with respect to foreign persons that engage in
certain transactions.</toc-entry>

<toc-entry idref="HB222306A99F34122B5817046E608B098"
level="section">Sec.â€,7413.â€,Strategy relating to areas of Syria in which civilians
are subject to forced displacement.</toc-entry>

<toc-entry idref="HAE7AFBC9AAD445B0AAFE925792B3EA4F" level="subtitle">Subtitle
Bâ€"Assistance for the people of Syria</toc-entry>

<toc-entry idref="HA550C301D29F4A55A0AA01AF09782BC2"
level="section">Sec.â€,7421.â€,Sense of Congress.</toc-entry>

<toc-entry idref="H292997C509F0400A9FEEDDEC189BE8AB"
level="section">Sec.â€,7422.â€,Briefing on monitoring and evaluating of ongoing
assistance programs in Syria and to the Syrian people.</toc-entry>

<toc-entry idref="H784CA7FAC2564E9CBF5A6F33E07F2A0D"
level="section">Sec.â€,7423.â€,Assessment of potential methods to enhance the
protection of civilians.</toc-entry>

<toc-entry idref="H02A01FD0E7EF446AA286EA474346DB4A"
level="section">Sec.â€,7424.â€,Assistance to support entities taking actions relating
to gathering evidence for investigations into war crimes or crimes against humanity in
Syria since March 2011.</toc-entry>

<toc-entry idref="HE071EE92EA184D7B802B4A7A09D77B38"
level="section">Sec.â€,7425.â€,Codification of certain services in support of
nongovernmental organizationsâ€™ activities authorized.</toc-entry>

<toc-entry idref="H9655FB7E93A74F81A7E02F975A8A86EF"
level="section">Sec.â€,7426.â€,Briefing on strategy to facilitate humanitarian
assistance.</toc-entry>

<toc-entry idref="HBDF5F1F23FE6486AACC203057652864F" level="subtitle">Subtitle
Câ€"General provisions</toc-entry>

<toc-entry idref="HD0C56B8713BD46F7B2A53BE3F3BB6BC2"
level="section">Sec.â€,7431.â€,Suspension of sanctions.</toc-entry>

<toc-entry idref="H87CE7EF00D154A64BD9B18557B7B17D4"
level="section">Sec.â€,7432.â€,Waivers and exemptions.</toc-entry>

<toc-entry idref="H4BA2C98AAC9E4B87B68A3388E40F25E4"
level="section">Sec.â€,7433.â€,Implementation and regulatory authorities.</toc-entry>

<toc-entry idref="HD8FA90056D76462CA7BB669445DB0D09"
level="section">Sec.â€,7434.â€,Exception relating to importation of goods.</toc-entry>

<toc-entry idref="H46CC4FE0DED043EAA0432C7BE9DCD210"
level="section">Sec.â€,7435.â€,Cost limitation.</toc-entry>

<toc-entry idref="H950F17FA39654B34A7DAFC10D2AC003B"
level="section">Sec.â€,7436.â€,Rule of construction.</toc-entry>

<toc-entry idref="HCEDBEA8BCC004C5E983F2016166E7975"
level="section">Sec.â€,7437.â€,Prohibition on construction of provisions of this title
as an authorization for use of military force.</toc-entry>
```

WASHSTATEC016347

```
<toc-entry idref="H96A668989F0E4F29BA3B62637AC38014"
level="section">Sec.â€,7438.â€,Sunset.</toc-entry> </toc>

<section id="H04E4833126C04369A848EDB8348EE208" section-type="subsequent-
section"><enum>7401.</enum><header>Short title</header><text display-inline="no-
display-inline">This title may be cited as the <quote><short-title>Caesar Syria
Civilian Protection Act of 2019</short-title> </quote>.</text></section>

<section id="HE62577A94BBA4722AC5A30A1B230EB90"><enum>7402.</enum><header>Statement of
policy</header><text display-inline="no-display-inline">It is the policy of the United
States that diplomatic and coercive economic means should be utilized to compel the
government of Bashar al-Assad to halt its murderous attacks on the Syrian people and to
support a transition to a government in Syria that respects the rule of law, human
rights, and peaceful co-existence with its neighbors.</text></section>

<subtitle id="H366930B2C6794A4785E7ABE9E1E870F3"><enum>A</enum><header>Additional
actions in connection with the national emergency with respect to Syria</header>

<section id="H9FB2DBAAE44F4C11A2DA073E7003DC98"><enum>7411.</enum><header>Measures with
respect to Central Bank of Syria</header>

<subsection
id="HFB756DA96E044C6C8CF0947B33D3E8C5"><enum>(a)</enum><header>Determination regarding
Central Bank of Syria</header><text>Not later than 180 days after the date of the
enactment of this Act, the Secretary of the Treasury shall determine, under section
5318A of title 31, United States Code, whether reasonable grounds exist for concluding
that the Central Bank of Syria is a financial institution of primary money laundering
concern.</text></subsection>

<subsection id="H3CA9A189287847ACA602D85951AE3F41"><enum>(b)</enum><header>Enhanced due
diligence and reporting requirements</header><text>If the Secretary of the Treasury
determines under subsection (a) that reasonable grounds exist for concluding that the
Central Bank of Syria is a financial institution of primary money laundering concern,
the Secretary, in consultation with the Federal functional regulators (as defined in
section 509 of the Gramm-Leach-Bliley Act (15 U.S.C. 6809)), shall impose one or more
of the special measures described in section 5318A(b) of title 31, United States Code,
with respect to the Central Bank of Syria.</text></subsection>

<subsection id="HCB09EA0459FE4E9195E353D0E927510E"><enum>(c)</enum><header>Report
required</header>

<paragraph id="HE43A4712F4264D66A17226696C6C515E"><enum>(1)</enum><header>In
general</header><text>Not later than 90 days after making a determination under
subsection (a) with respect to whether the Central Bank of Syria is a financial
institution of primary money laundering concern, the Secretary of the Treasury shall
submit to the appropriate congressional committees a report that includes the reasons
for the determination.</text></paragraph>

<paragraph
id="H0E85291E5C3D42ADBC2C7BFB4042A9CB"><enum>(2)</enum><header>Form</header><text>A
report required by paragraph (1) shall be submitted in unclassified form but may
include a classified annex.</text></paragraph>

<paragraph id="H45D7C425F9CA4E20B36D098173D7E485"><enum>(3)</enum><header>Appropriate
congressional committees defined</header><text>In this subsection, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H4EEFC831BBC84058A0D50BB6FD229865"><enum>(A)</enum><text>the
Committee on Foreign Affairs and the Committee on Financial Services of the House of
Representatives; and</text></subparagraph>

<subparagraph id="HA4D94912A64A453DB65610008322740C"><enum>(B)</enum><text>the
Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs
of the Senate.</text></subparagraph></paragraph></subsection></section>

<section id="H7A06FC45F6F2470BB987E0F21F72790A"><enum>7412.</enum><header>Sanctions
with respect to foreign persons that engage in certain transactions</header>

<subsection id="H1264EB79144B4C7187324F449F3A2829"><enum>(a)</enum><header>Imposition
of sanctions</header>
```

```
<paragraph id="H34B7841DEFFE4793BC72349ED7252252"><enum>(1)</enum><header>In
general</header><text>On and after the date that is 180 days after the date of the
enactment of this Act, the President shall impose the sanctions described in subsection
(b) with respect to a foreign person if the President determines that the foreign
person, on or after such date of enactment, knowingly engages in an activity described
in paragraph (2).</text></paragraph>

<paragraph id="HDD370764B4A34680B620F76133BD6F07"><enum>(2)</enum><header>Activities
described</header><text>A foreign person engages in an activity described in this
paragraph if the foreign personâ€"</text>

<subparagraph id="H57C3F16D81E8406CB6772BFAFCAE46A0"><enum>(A)</enum><text>knowingly
provides significant financial, material, or technological support to, or knowingly
engages in a significant transaction withâ€"</text>

<clause id="HBB3B542E80A846C1B3660AB8ABD45329"><enum>(i)</enum><text>the Government of
Syria (including any entity owned or controlled by the Government of Syria) or a senior
political figure of the Government of Syria;</text></clause>

<clause id="H9772A341AE7F451C851E9411BECF3FD7"><enum>(ii)</enum><text>a foreign person
that is a military contractor, mercenary, or a paramilitary force knowingly operating
in a military capacity inside Syria for or on behalf of the Government of Syria, the
Government of the Russian Federation, or the Government of Iran; or</text></clause>

<clause id="H470C03C740194BBAB5B23A9B09AA4F56"><enum>(iii)</enum><text>a foreign person
subject to sanctions pursuant to the International Emergency Economic Powers Act (50
U.S.C. 1701 et seq.) with respect to Syria or any other provision of law that imposes
sanctions with respect to Syria;</text></clause></subparagraph>

<subparagraph id="HE782D4E8F6474ECB932A907FD76B49BB"><enum>(B)</enum><text>knowingly
sells or provides significant goods, services, technology, information, or other
support that significantly facilitates the maintenance or expansion of the Government
of Syria's domestic production of natural gas, petroleum, or petroleum
products;</text></subparagraph>

<subparagraph id="HD98790CC93A8418880D4E46CEE674D58"><enum>(C)</enum><text>knowingly
sells or provides aircraft or spare aircraft parts that are used for military purposes
in Syria for or on behalf of the Government of Syria to any foreign person operating in
an area directly or indirectly controlled by the Government of Syria or foreign forces
associated with the Government of Syria;</text></subparagraph>

<subparagraph id="HAE8CFD9C74854632989DB4B287B68BFA"><enum>(D)</enum><text>knowingly
provides significant goods or services associated with the operation of aircraft that
are used for military purposes in Syria for or on behalf of the Government of Syria to
any foreign person operating in an area described in subparagraph (C);
or</text></subparagraph>

<subparagraph id="H3423CEC3F2174FA38014CD93F4273F64"><enum>(E)</enum><text>knowingly,
directly or indirectly, provides significant construction or engineering services to
the Government of Syria.</text></subparagraph></paragraph>

<paragraph commented="no"
id="HC5B7958B6A514D53B00E5FFAAEAFC553"><enum>(3)</enum><header>Sense of
Congress</header><text>It is the sense of Congress that, in implementing this section,
the President should consider financial support under paragraph (2)(A) to include the
provision of loans, credits, or export credits.</text></paragraph></subsection>

<subsection id="H180FB58155534B049C1BB53B96AB7259"><enum>(b)</enum><header>Sanctions
described</header>

<paragraph id="H76E18A195CBC4B7B852BF4496C674C68"><enum>(1)</enum><header>In
general</header><text>The sanctions to be imposed with respect to a foreign person
described in subsection (a) are the following:</text>

<subparagraph id="H8F09F2BF96E240DEA972FC80370AAC1D"><enum>(A)</enum><header>Blocking
of property</header><text>The President shall exercise all of the powers granted to the
President under the International Emergency Economic Powers Act (50 U.S.C. 1701 et
seq.) to the extent necessary to block and prohibit all transactions in property and
interests in property of the foreign person if such property and interests in property
are in the United States, come within the United States, or are or come within the
possession or control of a United States person.</text></subparagraph>
```

```xml
<subparagraph
id="HD2FAB4C620CF47C2BF052FCA904AA169"><enum>(B)</enum><header>Ineligibility for visas,
admission, or parole</header>

<clause id="HD8FDF9EF5B6840DDAC46B273BDC57A1F"><enum>(i)</enum><header>Visas,
admission, or parole</header><text>An alien described in subsection (a) isâ€"</text>

<subclause id="H3F13D753AE454900B3B9637C1F52DF38"><enum>(I)</enum><text>inadmissible to
the United States;</text></subclause>

<subclause id="H0E644939975D442FA2603007402F983F"><enum>(II)</enum><text>ineligible to
receive a visa or other documentation to enter the United States;
and</text></subclause>

<subclause id="H05C817BFFB844385801EFDB001357E55"><enum>(III)</enum><text>otherwise
ineligible to be admitted or paroled into the United States or to receive any other
benefit under the Immigration and Nationality Act (8 U.S.C. 1101 et
seq.).</text></subclause></clause>

<clause id="H814EE76980FC48A094F91AF9D8820065"><enum>(ii)</enum><header>Current visas
revoked</header>

<subclause id="HCB37D71B23EC4F3B89C2A107C81F6C22"><enum>(I)</enum><header>In
general</header><text>An alien described in subsection (a) is subject to revocation of
any visa or other entry documentation regardless of when the visa or other entry
documentation is or was issued.</text></subclause>

<subclause id="H5477616B8F4245E3BBBBBD3AC8C97544"><enum>(II)</enum><header>Immediate
effect</header><text>A revocation under subclause (I) shallâ€"</text>

<item id="HD67DB5DF689B48688DC1F5C2C72794EF"><enum>(aa)</enum><text>take effect
immediately; and</text></item>

<item id="H41CC6EA99BFB4443A1D8D3E888E09134"><enum>(bb)</enum><text>automatically
cancel any other valid visa or entry documentation that is in the alienâ€™s
possession.</text></item></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HE6BA715DB24440D98323E8BC61C4A81C"><enum>(2)</enum><header display-inline="yes-
display-inline">Penalties</header><text display-inline="yes-display-inline">The
penalties provided for in subsections (b) and (c) of section 206 of the International
Emergency Economic Powers Act (50 U.S.C. 1705) shall apply to a person that violates,
attempts to violate, conspires to violate, or causes a violation of regulations
promulgated under section 7433(b) to carry out paragraph (1)(A) to the same extent that
such penalties apply to a person that commits an unlawful act described in section
206(a) of that Act.</text></paragraph>

<paragraph
id="H99132F0B055F4800805D529703803551"><enum>(3)</enum><header>Exceptions</header><text
>Sanctions under paragraph (1)(B) shall not apply with respect to an alien if admitting
or paroling the alien into the United States is necessaryâ€"</text>

<subparagraph id="HB08C3BF3764D4DC4AD321CF010AA52CB"><enum>(A)</enum><text>to permit
the United States to comply with the Agreement regarding the Headquarters of the United
Nations, signed at Lake Success June 26, 1947, and entered into force November 21,
1947, between the United Nations and the United States, or other applicable
international obligations; or</text></subparagraph>

<subparagraph id="H40D8D89271D14046902888902A9CCD9D"><enum>(B)</enum><text>to carry out
or assist law enforcement activity in the United
States.</text></subparagraph></paragraph></subsection></section>

<section id="HB222306A99F34122B5817046E608B098"><enum>7413.</enum><header>Strategy
relating to areas of Syria in which civilians are subject to forced
displacement</header>

<subsection id="HD81EAF89326F43A08063A878A19F7F8F"><enum>(a)</enum><header>In
general</header><text>Not later than 180 days after the date of the enactment of this
Act, the President shallâ€"</text>

<paragraph id="HEF3302867F0F479AAC60EE1C207FE5B7"><enum>(1)</enum><text>identify the
areas described in subsection (b); and</text></paragraph>
```

```
<paragraph id="H1E354C3117AD4A80B5AE4FF9A1F04F8A"><enum>(2)</enum><text>submit to the
appropriate congressional committees the strategy described in subsection
(c).</text></paragraph></subsection>

<subsection id="H80A62CFAFE6046288E925C4219C4EEC2"><enum>(b)</enum><header>Areas
described</header><text>The areas described in this subsection are areas in Syria that
the President determinesâ€"</text>

<paragraph id="H5F251B74FAA54CBEAA1B84B0BFDCBD53"><enum>(1)</enum><text>are under the
control ofâ€"</text>

<subparagraph id="HB91588DF5BB04804BAB40651B7716C75"><enum>(A)</enum><text>the
Government of Syria;</text></subparagraph>

<subparagraph id="H8C0DEE4736654350BA0BF62149A977D1"><enum>(B)</enum><text>the
Government of the Russian Federation;</text></subparagraph>

<subparagraph id="HDDF741F8456D42DD9364C9E355899809"><enum>(C)</enum><text>the
Government of Iran; or</text></subparagraph>

<subparagraph id="H1C36B603498A4CE7B1064D98A98700F0"><enum>(D)</enum><text>a foreign
person described in section 7412(a)(2)(A)(ii); and</text></subparagraph></paragraph>

<paragraph id="HCF4FA7B8A1DF4536B0437476DADBD99C"><enum>(2)</enum><text>are areas in
which civilians have been subject to forced displacement byâ€"</text>

<subparagraph id="H985B0DA99DF5445DAA344C722EE0C4FC"><enum>(A)</enum><text>a government
specified in subparagraph (A), (B), or (C) of paragraph (1); or</text></subparagraph>

<subparagraph id="H2D8D40FF6A9640F6AB91B533D90BD72D"><enum>(B)</enum><text>a foreign
person described in section
7412(a)(2)(A)(ii).</text></subparagraph></paragraph></subsection>

<subsection id="H7AB424CBA404446CBB0D08558834A38D"><enum>(c)</enum><header>Strategy
described</header><text>The strategy described in this subsection is a strategy to
deter foreign persons from entering into contracts related to reconstruction in the
areas described in subsection (b) for or on behalf ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HB9A7005B55DA4AD4ACA15FB712B1489F"><enum>(1)</enum><text display-inline="yes-
display-inline">a government specified in subparagraph (A), (B), or (C) of subsection
(b)(1); or</text></paragraph>

<paragraph id="H59DAA167F97B4DD08ECA96C199AB6C81"><enum>(2)</enum><text>a foreign
person described in section 7412(a)(2)(A)(ii).</text></paragraph></subsection>

<subsection
id="HDD372272A80044A1BE3790F06BDD7BB3"><enum>(d)</enum><header>Form</header><text>The
strategy required by subsection (a)(2) shall be submitted in unclassified form but may
include a classified annex.</text></subsection>

<subsection id="H6C47A77649B340EF90935B0F236A9C5A"><enum>(e)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HC9807647429441979A6486E8CFCC4C9C"><enum>(1)</enum><text>the Committee
on Foreign Affairs of the House of Representatives; and</text></paragraph>

<paragraph id="H8AFFDF62A3904A5DBBE70FD36E42901C"><enum>(2)</enum><text>the Committee
on Foreign Relations of the
Senate.</text></paragraph></subsection></section></subtitle>

<subtitle id="HAE7AFBC9AAD445B0AAFE925792B3EA4F"><enum>B</enum><header>Assistance for
the people of Syria</header>

<section id="HA550C301D29F4A55A0AA01AF09782BC2"><enum>7421.</enum><header>Sense of
Congress</header><text display-inline="no-display-inline">It is the sense of Congress
that it is in the interests of the United States to continue to provide assistance to
the people of Syria in order to promote peace, stability, and development, including
through multilateral organizations.</text></section>

<section id="H292997C509F0400A9FEEDDEC189BE8AB"><enum>7422.</enum><header>Briefing on
```

monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people</header>

&lt;subsection id="HAC8BD842A20B404EA4C71E2F988B97A3"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;Not later than 180 days after the date of the enactment of this Act, the Secretary of State and the Administrator of the United States Agency for International Development shall brief the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate on the monitoring and evaluation of ongoing assistance programs in Syria and for the Syrian people, including assistance provided through multilateral organizations.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="HE567C3197D054A87AF9C7F2460C8C6B0"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Matters To be included&lt;/header&gt;&lt;text&gt;The briefing required by subsection (a) shall include a description ofâ€"&lt;/text&gt;

&lt;paragraph id="H7530FBF7EAF14B78AB592E7ACDC91275"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;the specific project monitoring and evaluation efforts, including measurable goals and performance metrics for assistance in Syria;&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H8584AF9E42BC433DB4E1C17E4C13B6C5"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;the memoranda of understanding entered into by the Department of State, the United States Agency for International Development, and their respective Inspectors General, and the multilateral organizations through which United States assistance will be delivered that formalize requirements for the sharing of information between such entities for the conduct of audits, investigations, and evaluations; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HC8AB5D18F1864B6B832332BECC763D16"&gt;&lt;enum&gt;(3)&lt;/enum&gt;&lt;text&gt;the major challenges to monitoring and evaluating programs described in subsection (a).&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H784CA7FAC2564E9CBF5A6F33E07F2A0D"&gt;&lt;enum&gt;7423.&lt;/enum&gt;&lt;header&gt;Assessment of potential methods to enhance the protection of civilians&lt;/header&gt;

&lt;subsection id="HD5160E94FD534BDBB3CBBEAA8528BA55"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;Not later than 90 days after the date of the enactment of this Act, the President shall brief the appropriate congressional committees on the potential effectiveness, risks, and operational requirements of military and non-military means to enhance the protection of civilians inside Syria, especially civilians who are in besieged areas, trapped at borders, or internally displaced.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="HF598BE88B9C840AFACD4F8B655CDB444"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Consultation&lt;/header&gt;&lt;text&gt;The briefing required by subsection (a) shall be informed by consultations with the Department of State, the United States Agency for International Development, the Department of Defense, and international and local humanitarian aid organizations operating in Syria.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="HFC172399C45343CC8C34924B0974045D"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Appropriate congressional committees defined&lt;/header&gt;&lt;text&gt;In this section, the term &lt;term&gt;appropriate congressional committees&lt;/term&gt; meansâ€"&lt;/text&gt;

&lt;paragraph id="HEABC71A86F2B4F379FBD01C13EBBA7AA"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;the Committee on Foreign Affairs and the Committee on Armed Services of the House of Representatives; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H3B0DB156C8C84E75B54784EDE014B64D"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;the Committee on Foreign Relations and the Committee on Armed Services of the Senate.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H02A01FD0E7EF446AA286EA474346DB4A"&gt;&lt;enum&gt;7424.&lt;/enum&gt;&lt;header&gt;Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011&lt;/header&gt;

&lt;subsection id="H864E0B69F71349519FC53A63C41DA217"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;In general&lt;/header&gt;&lt;text&gt;Except as provided in subsection (b), the Secretary of State, after consultation with the Attorney General and the heads of other appropriate Federal agencies, is authorized, consistent with the national interest, to provide assistance to support entities that are conducting criminal investigations, supporting prosecutions, or collecting evidence and preserving the chain of custody for such evidence for eventual prosecution, against those who have committed war crimes or

crimes against humanity in Syria, including the aiding and abetting of such crimes by foreign governments and organizations supporting the Government of Syria, since March 2011.</text></subsection>

<subsection id="H5E3CE9255ECA4107914843E14B450F77"><enum>(b)</enum><header>Limitation</header><text>No assistance may be provided under subsection (a) while President Bashar al-Assad remains in powerâ€"</text>

<paragraph id="H26F81316CCD243A0B31A4D4D1B5C61D7"><enum>(1)</enum><text>to build the investigative or judicial capacities of the Government of Syria; or</text></paragraph>

<paragraph id="H416A158EEF0E405EB21DE2F8F3224D3D"><enum>(2)</enum><text>to support prosecutions in the domestic courts in Syria.</text></paragraph></subsection>

<subsection id="H353600F33AB54442825206B29810E580"><enum>(c)</enum><header>Briefing</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of State shall brief the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate on assistance provided under subsection (a).</text></subsection></section>

<section id="HE071EE92EA184D7B802B4A7A09D77B38"><enum>7425.</enum><header>Codification of certain services in support of nongovernmental organizationsâ€™ activities authorized</header>

<subsection id="H84EEEE6657E54B30AF0F4C8A434297F7"><enum>(a)</enum><header>In general</header><text>Except as provided in subsection (b), section 542.516 of title 31, Code of Federal Regulations (relating to certain services in support of nongovernmental organizationsâ€™ activities authorized), as in effect on the day before the date of the enactment of this Act, shallâ€"</text>

<paragraph id="H4E2A500A5C894EDAB60792CA45F7CCC8"><enum>(1)</enum><text>remain in effect on and after such date of enactment; and</text></paragraph>

<paragraph id="H864E6F2874F347DEAEC302DF4E7E3943"><enum>(2)</enum><text>in the case of a nongovernmental organization that is authorized to export or reexport services to Syria under such section on the day before such date of enactment, apply to such organization on and after such date of enactment to the same extent and in the same manner as such section applied to such organization on the day before such date of enactment.</text></paragraph></subsection>

<subsection id="H981321B6C2F24443B4EDC97233F5018E"><enum>(b)</enum><header>Exception</header>

<paragraph id="H3B8B4D56D3234BC8A401566DD8C93BDE"><enum>(1)</enum><header>In general</header><text>Section 542.516 of title 31, Code of Federal Regulations, as codified under subsection (a), shall not apply with respect to a foreign person that has been designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189), or otherwise designated as a terrorist organization, by the Secretary of State, in consultation with or upon the request of the Attorney General or the Secretary of Homeland Security.</text></paragraph>

<paragraph id="H0A05646C6C9E45C8A866E52B32353E49"><enum>(2)</enum><header>Effective date</header><text>Paragraph (1) shall apply with respect to a foreign person on and after the date on which the designation of that person as a terrorist organization is published in the Federal Register.</text></paragraph></subsection></section>

<section id="H9655FB7E93A74F81A7E02F975A8A86EF"><enum>7426.</enum><header>Briefing on strategy to facilitate humanitarian assistance</header>

<subsection id="H56649276323D4A89ABD4DB523DC09EC6"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the President shall brief the appropriate congressional committees on the strategy of the President to help facilitate the ability of humanitarian organizations to access financial services to help facilitate the safe and timely delivery of assistance to communities in need in Syria.</text></subsection>

<subsection id="H86C333EBDEFB4C05B5C7E62948088032"><enum>(b)</enum><header>Consideration of data from other countries and nongovernmental organizations</header><text>In preparing the

strategy required by subsection (a), the President shall consider credible data already obtained by other countries and nongovernmental organizations, including organizations operating in Syria.</text></subsection>

<subsection id="H91BD174E1C0840248490D4A261A4F9F8"><enum>(c)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HBFE4C9D99738499AA36DBFC9BE690E51"><enum>(1)</enum><text>the Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives; and</text></paragraph>

<paragraph id="H1A42B6C03917408C9BB7D68FFF576188"><enum>(2)</enum><text>the Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate.</text></paragraph></subsection></section></subtitle>

<subtitle id="HBDF5F1F23FE6486AACC203057652864F"><enum>C</enum><header>General provisions</header>

<section id="HD0C56B8713BD46F7B2A53BE3F3BB6BC2"><enum>7431.</enum><header>Suspension of sanctions</header>

<subsection id="HA4D025CFA7BA4089ABCBAD50BC88C628"><enum>(a)</enum><header>In general</header><text>The President may suspend in whole or in part the imposition of sanctions otherwise required under this Act or the imposition of sanctions required by any amendment made by this title for renewable periods not to exceed 180 days if the President determines that the following criteria have been met in Syria:</text>

<paragraph id="HAADD0B98EED24FEEBD15BA35C9BB44FB"><enum>(1)</enum><text>The air space over Syria is no longer being utilized by the Government of Syria or the Government of the Russian Federation to target civilian populations through the use of incendiary devices, including barrel bombs, chemical weapons, and conventional arms (including air-delivered missiles and explosives).</text></paragraph>

<paragraph id="H89EFB894BAF741E686F08313518662E6"><enum>(2)</enum><text>Areas besieged by the Government of Syria, the Government of the Russian Federation, the Government of Iran, or a foreign person described in section 7412(a)(2)(A)(ii) are no longer cut off from international aid and have regular access to humanitarian assistance, freedom of travel, and medical care.</text></paragraph>

<paragraph id="H6D45F65A86A54D30AD72AF00CB47AAAD"><enum>(3)</enum><text>The Government of Syria is releasing all political prisoners forcibly held within the prison system of the regime of Bashar al-Assad and the Government of Syria is allowing full access to prison system facilities for investigations by appropriate international human rights organizations.</text></paragraph>

<paragraph id="HD5D672019DF54F9AA03A2E6ADBD0F719"><enum>(4)</enum><text>The forces of the Government of Syria, the Government of the Russian Federation, the Government of Iran, and any foreign person described in section 7412(a)(2)(A)(ii) are no longer engaged in deliberate targeting of medical facilities, schools, residential areas, and community gathering places, including markets, in violation of international norms.</text></paragraph>

<paragraph id="H1713C74A253346FDA091E73D6CA10698"><enum>(5)</enum><text>The Government of Syria isâ€"</text>

<subparagraph id="H3ED49C4C7BCB4671B5781626CA2C1D48"><enum>(A)</enum><text>taking steps to verifiably fulfill its commitments under the Convention on the Prohibition of the Development, Production, Stockpiling and Use of Chemical Weapons and on their Destruction, done at Geneva September 3, 1992, and entered into force April 29, 1997 (commonly known as the <quote>Chemical Weapons Convention</quote>), and the Treaty on the Non-Proliferation of Nuclear Weapons, done at Washington, London, and Moscow July 1, 1968, and entered into force March 5, 1970 (21 UST 483); and</text></subparagraph>

<subparagraph id="HCB778E6388D54C13918B17957877CCFF"><enum>(B)</enum><text>making tangible progress toward becoming a signatory to the Convention on the Prohibition of the Development, Production and Stockpiling of Bacteriological (Biological) and Toxin Weapons and on their Destruction, done at Washington, London, and Moscow April 10, 1972, and entered into force March 26, 1975 (26 UST 583).</text></subparagraph></paragraph>

&lt;paragraph id="H3DB54C09CBE745CF96CE292492DAF0A3"&gt;&lt;enum&gt;(6)&lt;/enum&gt;&lt;text&gt;The Government of Syria is permitting the safe, voluntary, and dignified return of Syrians displaced by the conflict.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H68388A45DFF34C00ABB285E59F13EF95"&gt;&lt;enum&gt;(7)&lt;/enum&gt;&lt;text&gt;The Government of Syria is taking verifiable steps to establish meaningful accountability for perpetrators of war crimes in Syria and justice for victims of war crimes committed by the Assad regime, including through participation in a credible and independent truth and reconciliation process.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

&lt;subsection id="H568264340B1745CEB5FD6AF4272EFECC"&gt;&lt;enum&gt;(b)&lt;/enum&gt;&lt;header&gt;Briefing required&lt;/header&gt;&lt;text&gt;Not later than 30 days after the President makes a determination described in subsection (a), the President shall provide a briefing to the appropriate congressional committees on the determination and the suspension of sanctions pursuant to the determination.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="H83AC1E31A0924E819AFBE890A51A1B1D"&gt;&lt;enum&gt;(c)&lt;/enum&gt;&lt;header&gt;Reimposition of sanctions&lt;/header&gt;&lt;text&gt;Any sanctions suspended under subsection (a) shall be reimposed if the President determines that the criteria described in that subsection are no longer being met.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection commented="no" display-inline="no-display-inline" id="H5665ACE6CEAA44CEB88581DF302CDA58"&gt;&lt;enum&gt;(d)&lt;/enum&gt;&lt;header display-inline="yes-display-inline"&gt;Rule of construction&lt;/header&gt;&lt;text display-inline="yes-display-inline"&gt;Nothing in this section shall be construed to limit the authority of the President to terminate the application of sanctions under section 7412 with respect to a person that no longer engages in activities described in subsection (a)(2) of that section.&lt;/text&gt;&lt;/subsection&gt;

&lt;subsection id="HB2120CA7C4DA4C658E8BBE3F6D2AC465"&gt;&lt;enum&gt;(e)&lt;/enum&gt;&lt;header&gt;Appropriate congressional committees defined&lt;/header&gt;&lt;text&gt;In this section, the term &lt;term&gt;appropriate congressional committees&lt;/term&gt; meansâ€"&lt;/text&gt;

&lt;paragraph id="H9BE83AF6ABF945C7838191F048208C56"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;the Committee on Foreign Affairs, the Committee on Financial Services, the Committee on Ways and Means, and the Committee on the Judiciary of the House of Representatives; and&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="HF8F1B7EC49E14A6AB719E59C4A97B5F3"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;the Committee on Foreign Relations, the Committee on Banking, Housing, and Urban Affairs, and the Committee on the Judiciary of the Senate.&lt;/text&gt;&lt;/paragraph&gt;&lt;/subsection&gt;&lt;/section&gt;

&lt;section id="H87CE7EF00D154A64BD9B18557B7B17D4"&gt;&lt;enum&gt;7432.&lt;/enum&gt;&lt;header&gt;Waivers and exemptions&lt;/header&gt;

&lt;subsection id="H294E7CA2449B4E14B29492E332A81639"&gt;&lt;enum&gt;(a)&lt;/enum&gt;&lt;header&gt;Exemptions&lt;/header&gt;&lt;text&gt;The following activities and transactions shall be exempt from sanctions authorized under this title or any amendment made by this title:&lt;/text&gt;

&lt;paragraph id="HCED9343CC329404BA79F844F436B064B"&gt;&lt;enum&gt;(1)&lt;/enum&gt;&lt;text&gt;Any activity subject to the reporting requirements under title V of the National Security Act of 1947 (50 U.S.C. 3091 et seq.), or to any authorized intelligence activities of the United States.&lt;/text&gt;&lt;/paragraph&gt;

&lt;paragraph id="H25996CDC33F84B91B24C7058AED785BD"&gt;&lt;enum&gt;(2)&lt;/enum&gt;&lt;text&gt;Any transaction necessary to comply with United States obligations underâ€"&lt;/text&gt;

&lt;subparagraph id="H51053DFA3BDB4AB59E8E0276F36A99D9"&gt;&lt;enum&gt;(A)&lt;/enum&gt;&lt;text&gt;the Agreement regarding the Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States;&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H722BDE6F079D460B94CF54768262ED92"&gt;&lt;enum&gt;(B)&lt;/enum&gt;&lt;text&gt;the Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force March 19, 1967; or&lt;/text&gt;&lt;/subparagraph&gt;

&lt;subparagraph id="H666A73F12D524B1484A4A7E91AA1DBDA"&gt;&lt;enum&gt;(C)&lt;/enum&gt;&lt;text&gt;any other international agreement to which the United States is a party.&lt;/text&gt;&lt;/subparagraph&gt;&lt;/paragraph&gt;&lt;/subsection&gt;

```
<subsection
id="H836F602E29D34E1ABDBCDFDDEBD7980C"><enum>(b)</enum><header>Waiver</header>

<paragraph id="H0A1D90F001DA4AD9A0B9639577907ABF"><enum>(1)</enum><header>In
general</header><text>The President may, for renewable periods not to exceed 180 days,
waive the application of any provision of this title (other than section 7434) with
respect to a foreign person if the President certifies to the appropriate congressional
committees that such a waiver is in the national security interests of the United
States.</text></paragraph>

<paragraph
id="H2C3425E9ED44475E8AF8FD6416DA1BD2"><enum>(2)</enum><header>Briefing</header><text>N
ot later than 90 days after the issuance of a waiver under paragraph (1), and every 180
days thereafter while the waiver remains in effect, the President shall brief the
appropriate congressional committees on the reasons for the
waiver.</text></paragraph></subsection>

<subsection id="HB2861C3FA1D14F4390A176D6F027F8E8"><enum>(c)</enum><header>Humanitarian
waiver</header>

<paragraph id="H089FD9A7FCB4427B9FB0946EE1B53047"><enum>(1)</enum><header>In
general</header><text>The President may waive, for renewable periods not to exceed 2
years, the application of any provision of this title (other than section 7434) with
respect to a nongovernmental organization providing humanitarian assistance not covered
by the authorization described in section 7425 if the President certifies to the
appropriate congressional committees that such a waiver is important to address a
humanitarian need and is consistent with the national security interests of the United
States.</text></paragraph>

<paragraph
id="H6F65B1C070174B6A82F5B63F92384856"><enum>(2)</enum><header>Briefing</header><text>N
ot later than 90 days after the issuance of a waiver under paragraph (1), and every 180
days thereafter while the waiver remains in effect, the President shall brief the
appropriate congressional committees on the reasons for the
waiver.</text></paragraph></subsection>

<subsection commented="no"
id="H5635885EAF9E43D0AF9ABA6B2980A1C9"><enum>(d)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> means&#8221;</text>

<paragraph commented="no"
id="HFA7AF49DC6A94FE6B58F5B47CF338CD2"><enum>(1)</enum><text>the Committee on Foreign
Affairs, the Committee on Financial Services, the Committee on Ways and Means, and the
Committee on the Judiciary of the House of Representatives; and</text></paragraph>

<paragraph commented="no"
id="HBD0DAA6E0F9A45C89C8EA7C26834C06F"><enum>(2)</enum><text>the Committee on Foreign
Relations, the Committee on Banking, Housing, and Urban Affairs, and the Committee on
the Judiciary of the Senate.</text></paragraph></subsection></section>

<section
id="H4BA2C98AAC9E4B87B68A3388E40F25E4"><enum>7433.</enum><header>Implementation and
regulatory authorities</header>

<subsection
id="H9EE598118EDC47C7AA0333F74B02F9F3"><enum>(a)</enum><header>Implementation
authority</header><text>The President may exercise all authorities provided to the
President under sections 203 and 205 of the International Emergency Economic Powers Act
(50 U.S.C. 1702 and 1704) for purposes of carrying out this title and the amendments
made by this title.</text></subsection>

<subsection id="H0933FA1BA29D4C86854E1C8158267EB0"><enum>(b)</enum><header>Regulatory
authority</header><text>The President shall, not later than 180 days after the date of
the enactment of this Act, promulgate regulations as necessary for the implementation
of this title and the amendments made by this title.</text></subsection></section>

<section id="HD8FA90056D76462CA7BB669445DB0D09"><enum>7434.</enum><header>Exception
relating to importation of goods</header>

<subsection id="H4C8B04FE7812475BB5F0D0552522C569"><enum>(a)</enum><header>In
```

WASHSTATEC016356

general</header><text>The authorities and requirements to impose sanctions authorized under this title or the amendments made by this title shall not include the authority or a requirement to impose sanctions on the importation of goods.</text></subsection>

<subsection id="H4FE2961F97114B6398EA69C2AD70D894"><enum>(b)</enum><header>Good defined</header><text>In this section, the term <term>good</term> means any article, natural or manmade substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.</text></subsection></section>

<section id="H46CC4FE0DED043EAA0432C7BE9DCD210"><enum>7435.</enum><header>Cost limitation</header><text display-inline="no-display-inline">No additional funds are authorized to be appropriated to carry out the requirements of this title and the amendments made by this title. Such requirements shall be carried out using amounts otherwise authorized to be appropriated.</text></section>

<section commented="no" display-inline="no-display-inline" id="H950F17FA39654B34A7DAFC10D2AC003B" section-type="subsequent-section"><enum>7436.</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="no-display-inline">Except for section 7434 with respect to the importation of goods, nothing in this title shall be construed to limit the authority of the President pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) or any other provision of law.</text></section>

<section commented="no" display-inline="no-display-inline" id="HCEDBEA8BCC004C5E983F2016166E7975" section-type="subsequent-section"><enum>7437.</enum><header display-inline="yes-display-inline">Prohibition on construction of provisions of this title as an authorization for use of military force</header><text display-inline="no-display-inline">Nothing in this title may be construed as an authorization for use of military force.</text></section>

<section commented="no" display-inline="no-display-inline" id="H96A668989F0E4F29BA3B62637AC38014" section-type="subsequent-section"><enum>7438.</enum><header>Sunset</header><text display-inline="no-display-inline">This title shall cease to be effective on the date that is 5 years after the date of the enactment of this Act.</text></section></subtitle></title>

<title id="HE29165D9E3F541E5B5B1C00C84264A3E"><enum>LXXV</enum><header>Protecting Europe's Energy Security</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HE29165D9E3F541E5B5B1C00C84264A3E" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H4580A34FDB79470F80332FCAB98F25B6" level="section">Sec. 7501. Short title.</toc-entry>

<toc-entry idref="H5FA3BC4D2B8749E8856F1689CCF82BFE" level="section">Sec. 7502. Sense of Congress.</toc-entry>

<toc-entry idref="H6211551AF17349CE815A4431F7EB3FE9" level="section">Sec. 7503. Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines.</toc-entry></toc>

<section id="H4580A34FDB79470F80332FCAB98F25B6" section-type="subsequent-section"><enum>7501.</enum><header>Short title</header><text display-inline="no-display-inline">This title may be cited as the <quote><short-title>Protecting Europe's Energy Security Act of 2019</short-title></quote>.</text></section>

<section id="H5FA3BC4D2B8749E8856F1689CCF82BFE"><enum>7502.</enum><header>Sense of Congress</header><text display-inline="no-display-inline">It is the sense of Congress that—</text>

<paragraph id="HB80D949E572E4D96AC33005536783D57"><enum>(1)</enum><text>the United States and Europe share a common history, a common identity, and common values built upon the principles of democracy, rule of law, and individual freedoms;</text></paragraph>

<paragraph id="HC2841DB518A9489D844B6B4187098CA6"><enum>(2)</enum><text>the United States has encouraged and admired the European project, which has resulted in a common

market and common policies, has achieved unprecedented prosperity and stability on the continent, and serves as a model for other countries to reform their institutions and prioritize anticorruption measures;</text></paragraph>

<paragraph id="HFDEB6895AC4442509232CB74EE30CA54"><enum>(3)</enum><text>the relationships between the United States and Europe and the United States and Germany are critical to the national security interests of the United States as well as to global prosperity and peace, and Germany in particular is a crucial partner for the United States in multilateral efforts aimed at promoting global prosperity and peace;</text></paragraph>

<paragraph id="H76B16B0C8B3F4D949EE857877EF47D8B"><enum>(4)</enum><text>the United States should stand against any effort designed to weaken those relationships; and</text></paragraph>

<paragraph id="HDD9D1B2523524F07A3C56378462C6FB1"><enum>(5)</enum><text>Germany has demonstrated leadership within the European Union and in international fora to ensure that sanctions imposed with respect to the Russian Federation for its malign activities are maintained.</text></paragraph></section>

<section id="H6211551AF17349CE815A4431F7EB3FE9"><enum>7503.</enum><header>Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines</header>

<subsection id="H47A31E808BC846CE8A543FD7B8A12FC7"><enum>(a)</enum><header>Report required</header>

<paragraph id="HFC71AE5E03CA41B28EDAFF43D8AE4949"><enum>(1)</enum><header>In general</header><text>Not later than 60 days after the date of the enactment of this Act, and every 90 days thereafter, the Secretary of State, in consultation with the Secretary of the Treasury, shall submit to the appropriate congressional committees a report that identifies, for the period specified in paragraph (2)—</text>

<subparagraph id="HBE504787D14C42C1925BB492305966CB"><enum>(A)</enum><text>vessels that engaged in pipe-laying at depths of 100 feet or more below sea level for the construction of the Nord Stream 2 pipeline project, the TurkStream pipeline project, or any project that is a successor to either such project; and</text></subparagraph>

<subparagraph id="H3D8E1E917DA14582BAE1192E3C1F7C3B"><enum>(B)</enum><text>foreign persons that the Secretary of State, in consultation with the Secretary of the Treasury, determines have knowingly—</text>

<clause id="HA893381AF78743FFA58B069B60102DAD"><enum>(i)</enum><text>sold, leased, or provided those vessels for the construction of such a project; or</text></clause>

<clause id="H33B5BF2573AA4964B896B71593B5B2DE"><enum>(ii)</enum><text>facilitated deceptive or structured transactions to provide those vessels for the construction of such a project.</text></clause></subparagraph></paragraph>

<paragraph id="H9FECA7DAFA234036B0707C480A8AB0E0"><enum>(2)</enum><header>Period specified</header><text>The period specified in this paragraph is—</text>

<subparagraph id="H76E48F557D4F4DBEAF1BDFACBED7AA41"><enum>(A)</enum><text>in the case of the first report required to be submitted by paragraph (1), the period beginning on the date of the enactment of this Act and ending on the date on which the report is submitted; and</text></subparagraph>

<subparagraph id="H5D56C8486E424DD5A60E6282DF12AA3B"><enum>(B)</enum><text>in the case of any subsequent such report, the 90-day period preceding submission of the report.</text></subparagraph></paragraph></subsection>

<subsection id="HD3FC4DC54D3447F2B726619272D5A9C3"><enum>(b)</enum><header>Ineligibility for visas, admission, or parole of identified persons and corporate officers</header>

<paragraph id="H03A5F5F9ED374D48AFA395A20944C3D4"><enum>(1)</enum><header>In general</header>

<subparagraph id="HA68C768ABD6240EA81E3FF6F219BF02A"><enum>(A)</enum><header>Visas, admission, or parole</header><text>An alien described in paragraph (2) is—</text>

<clause id="HE1E7D69F39BE42688B90972BBF31426B"><enum>(i)</enum><text>inadmissible to

```
the United States;</text></clause>

<clause id="H0CC43326A0714765A6A9782870275BE4"><enum>(ii)</enum><text>ineligible to
receive a visa or other documentation to enter the United States; and</text></clause>

<clause id="H19DA8171F102472F8963CD314A77E8B1"><enum>(iii)</enum><text>otherwise
ineligible to be admitted or paroled into the United States or to receive any other
benefit under the Immigration and Nationality Act (8 U.S.C. 1101 et
seq.).</text></clause></paragraph>

<subparagraph id="HE1396F37CA0E4151B0AB3D9D3632CD28"><enum>(B)</enum><header>Current
visas revoked</header>

<clause id="HB7D71D09F7B84B559B38190F1BDCED47"><enum>(i)</enum><header>In
general</header><text>The visa or other entry documentation of an alien described in
paragraph (2) shall be revoked, regardless of when such visa or other entry
documentation is or was issued.</text></clause>

<clause id="HCB48502205304381B6639127B8ADB0C0"><enum>(ii)</enum><header>Immediate
effect</header><text>A revocation under clause (i) shallâ€"</text>

<subclause id="HCC82BDEE91A94E6E8A0B0ABD7A7CE709"><enum>(I)</enum><text>take effect
immediately; and</text></subclause>

<subclause id="H5B2E97E53D37488F9DA51C26E393FF41"><enum>(II)</enum><text>automatically
cancel any other valid visa or entry documentation that is in the alienâ€™s possession.
</text></subclause></clause></subparagraph></paragraph>

<paragraph id="HDC663B17F0EB4B3CBC4448E7E2CB033C"><enum>(2)</enum><header>Aliens
described</header><text>An alien is described in this paragraph if the alien
isâ€"</text>

<subparagraph id="H99B59E0742054376AFC962137B4F6B7F"><enum>(A)</enum><text>a foreign
person identified under subsection (a)(1)(B);</text></subparagraph>

<subparagraph id="HEA4AE6E0DFE743249C202D8951DB1EA7"><enum>(B)</enum><text>a corporate
officer of a person described in subparagraph (A); or</text></subparagraph>

<subparagraph id="HE90800C4BFFF45C894A1C1F16664C24D"><enum>(C)</enum><text>a principal
shareholder with a controlling interest in a person described in subparagraph (A).
</text></subparagraph></paragraph></subsection>

<subsection id="HD1934DE52B2F49B8B155D506929A9A9D"><enum>(c)</enum><header>Blocking of
property of identified persons</header><text>The President shall exercise all powers
granted to the President by the International Emergency Economic Powers Act (50 U.S.C.
1701 et seq.) to the extent necessary to block and prohibit all transactions in all
property and interests in property of any person identified under subsection (a)(1)(B)
if such property and interests in property are in the United States, come within the
United States, or are or come within the possession or control of a United States
person.</text></subsection>

<subsection id="H3E7CD112CB2D480082BD672E11B39DBA"><enum>(d)</enum><header>Wind-down
period</header><text>The President may not impose sanctions under this section with
respect to a person identified in the first report submitted under subsection (a) if
the President certifies in that report that the person has, not later than 30 days
after the date of the enactment of this Act, engaged in good faith efforts to wind down
operations that would otherwise subject the person to the imposition of sanctions under
this section.</text></subsection>

<subsection
id="H4CBE769A034446C0BFD667E6F8C4A684"><enum>(e)</enum><header>Exceptions</header>

<paragraph id="H95E01FEC3CCE49528F16904953C51FFE"><enum>(1)</enum><header>Exception for
intelligence, law enforcement, and national security activities</header><text>Sanctions
under this section shall not apply to any authorized intelligence, law enforcement, or
national security activities of the United States.</text></paragraph>

<paragraph id="H782A82DB6E5E401780738D0367843FE7"><enum>(2)</enum><header>Exception to
comply with United Nations Headquarters Agreement</header><text>Sanctions under this
section shall not apply with respect to the admission of an alien to the United States
if the admission of the alien is necessary to permit the United States to comply with
the Agreement regarding the Headquarters of the United Nations, signed at Lake Success
```

WASHSTATEC016359

June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States, the Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force March 19, 1967, or other applicable international obligations.</text></paragraph>

<paragraph id="H6B3AE93DCE414DDBAE6CD0BEF1CEC462"><enum>(3)</enum><header>Exception for safety of vessels and crew</header><text>Sanctions under this section shall not apply with respect to a person providing provisions to a vessel identified under subsection (a)(1)(A) if such provisions are intended for the safety and care of the crew aboard the vessel, the protection of human life aboard the vessel, or the maintenance of the vessel to avoid any environmental or other significant damage.</text></paragraph>

<paragraph id="H67D4BA270D0946FE82A4377EC2524A0F"><enum>(4)</enum><header>Exception for repair or maintenance of pipelines</header><text>Sanctions under this section shall not apply with respect to a person for engaging in activities necessary for or related to the repair or maintenance of, or environmental remediation with respect to, a pipeline project described in subsection (a)(1)(A).</text></paragraph>

<paragraph id="H72B614DA0D4D4AE587CFF163DD409A4F"><enum>(5)</enum><header>Exception relating to importation of goods</header>

<subparagraph id="HC48F730CB5454DC483F8E91C7ED16201"><enum>(A)</enum><header>In general</header><text>Notwithstanding any other provision of this section, the authorities and requirements to impose sanctions authorized under this section shall not include the authority or a requirement to impose sanctions on the importation of goods.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2125041183CB45A6B750E9D234E3856A"><enum>(B)</enum><header>Good defined</header><text>In this paragraph, the term <term>good</term> means any article, natural or man-made substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.</text></subparagraph></paragraph></subsection>

<subsection id="HD92EFA5631CE40E9800BDD565EC4319F"><enum>(f)</enum><header>Waivers</header>

<paragraph id="H3311CD436FF44D9EAF956C9C41A85F1F"><enum>(1)</enum><header>National interest waiver for visa ban</header><text>The President may waive the application of sanctions under subsection (b) with respect to an alien if the President—"</text>

<subparagraph id="H021DB6535BB74ABEA632D02EE7E0C5FF"><enum>(A)</enum><text>determines that the waiver is in the national interests of the United States; and</text></subparagraph>

<subparagraph id="H5A0584B5553147BFBAC4DA73CEAA68F2"><enum>(B)</enum><text>submits to the appropriate congressional committees a report on the waiver and the reasons for the waiver.</text></subparagraph></paragraph>

<paragraph id="H94A0ECE3A3964006B313E5CB252B6248"><enum>(2)</enum><header>National security waiver for economic and other sanctions</header><text>The President may waive the application of sanctions under subsection (c) with respect to a person if the President—"</text>

<subparagraph id="H8BEDDC15F74240F4BA9671C3514BF038"><enum>(A)</enum><text>determines that the waiver is in the national security interests of the United States; and</text></subparagraph>

<subparagraph id="H9D3BE5BC451F40769826666D0F0994D5"><enum>(B)</enum><text>submits to the appropriate congressional committees a report on the waiver and the reasons for the waiver.</text></subparagraph></paragraph></subsection>

<subsection id="HD18824B0F80943638BD7383FB88D0115"><enum>(g)</enum><header>Implementation; penalties</header>

<paragraph id="HADCBAAEA496248EFB4C48F0793DE9A75"><enum>(1)</enum><header>Implementation</header><text>The President may exercise all authorities provided to the President under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this section.</text></paragraph>

WASHSTATEC016360

```
<paragraph commented="no" display-inline="no-display-inline"
id="H63AD237C70294A2A968FFEE5448B31A2"><enum>(2)</enum><header>Penalties</header><text>
A person that violates, attempts to violate, conspires to violate, or causes a
violation of this section or any regulation, license, or order issued to carry out this
section shall be subject to the penalties set forth in subsections (b) and (c) of
section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) to the
same extent as a person that commits an unlawful act described in subsection (a) of
that section.</text></paragraph></subsection>

<subsection id="H6BB89BA253BC41CCB5501B92E6817292"><enum>(h)</enum><header>Termination
and sunset</header><text display-inline="yes-display-inline">The authority to impose
sanctions under this section with respect to a person involved in the construction of a
pipeline project described in subsection (a)(1)(A), and any sanctions imposed under
this section with respect to that project, shall terminate on the date that is the
earlier ofâ€"</text>

<paragraph id="HABBA3686DF6D4A4AB1622A9E672B4809"><enum>(1)</enum><text>the date on
which the President certifies to the appropriate congressional committees that
appropriate safeguards have been put in placeâ€"</text>

<subparagraph id="H0C53781C99C04489B612A7F34E321B80"><enum>(A)</enum><text>to minimize
the ability of the Government of the Russian Federation to use that project as a tool
of coercion and political leverage, including by achieving the unbundling of energy
production and transmission so that entities owned or controlled by that Government do
not control the transmission network for the pipeline; and</text></subparagraph>

<subparagraph id="H687DA51E57F54F23940242E11C493512"><enum>(B)</enum><text>to ensure,
barring unforeseen circumstances, that the project would not result in a decrease of
more than 25 percent in the volume of Russian energy exports transiting through
existing pipelines in other countries, particularly Ukraine, relative to the average
monthly volume of Russian energy exports transiting through such pipelines in 2018;
or</text></subparagraph></paragraph>

<paragraph id="H6C3427B0B4894A01AC258EE36B3BD8FF"><enum>(2)</enum><text>the date that
is 5 years after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection
id="HF3FBFC7E46794CC0A5CB6C14CDEDD6A8"><enum>(i)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H94241E402A5946FAAB0159C85DCFE4D7"><enum>(1)</enum><header>Admission;
admitted; alien</header><text>The terms <term>admission</term>, <term>admitted</term>,
and <term>alien</term> have the meanings given those terms in section 101 of the
Immigration and Nationality Act (8 U.S.C. 1101).</text></paragraph>

<paragraph id="HA705467300B443768F42DF5C88388E44"><enum>(2)</enum><header>Appropriate
congressional committees</header><text>The term <term>appropriate congressional
committees</term> meansâ€"</text>

<subparagraph id="HC9CB41D23A1B41AFB96924FB716F6C7E"><enum>(A)</enum><text>the
Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs
of the Senate; and </text></subparagraph>

<subparagraph id="HFC42E89D0EF546EC9CD3AA5B118128F0"><enum>(B)</enum><text>the
Committee on Foreign Affairs and the Committee on Financial Services of the House of
Representatives.</text></subparagraph></paragraph>

<paragraph id="H987C417E574F4AE6923B0878A5FE1B49"><enum>(3)</enum><header>Foreign
person</header><text>The term <term>foreign person</term> means an individual or entity
that is not a United States person.</text></paragraph>

<paragraph
id="H8F868E5A563A451484443E0030149A29"><enum>(4)</enum><header>Knowingly</header><text>
The term <term>knowingly</term>, with respect to conduct, a circumstance, or a result,
means that a person has actual knowledge, or should have known, of the conduct, the
circumstance, or the result.</text></paragraph>

<paragraph id="HE42215FCD9904838B034E0CDC2E46167"><enum>(5)</enum><header>United States
person</header><text>The term <term>United States person</term> meansâ€"</text>

<subparagraph id="H38E2CAE2DF94457D8B676655B2B9029D"><enum>(A)</enum><text>a United
```

States citizen or an alien lawfully admitted for permanent residence to the United States;</text></subparagraph>

<subparagraph id="H15BB6C54ADFE40C991184C0D500BEF686"><enum>(B)</enum><text>an entity organized under the laws of the United States or any jurisdiction within the United States, including a foreign branch of such an entity; or</text></subparagraph>

<subparagraph id="HA01927126FED4CFB8FA6A2A7278DCC38"><enum>(C)</enum><text>any person within the United States.</text></subparagraph></paragraph></subsection></section></title>

<title id="HCB1E4312ABAF42F79AEC117AF8223712"><enum>LXXVI</enum><header>Other Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HCB1E4312ABAF42F79AEC117AF8223712" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HF200D18BE4B84C23ACC251869F937F19" level="subtitle">Subtitle Aâ€"Federal Employee Paid Leave Act</toc-entry>

<toc-entry idref="HCE7A8A48EFA6431984CC9829625C23F1" level="section">Sec.â€‚7601.â€‚Short title.</toc-entry>

<toc-entry idref="H6BC0701817C94FE18D4940D3AB090DA0" level="section">Sec.â€‚7602.â€‚Paid parental leave under title 5.</toc-entry>

<toc-entry idref="H0A143818862D422C88290E669E6D8B8B4" level="section">Sec.â€‚7603.â€‚Paid parental leave for congressional employees.</toc-entry>

<toc-entry idref="H0BDCD6945C5443B2AAB2C7571AE0176D" level="section">Sec.â€‚7604.â€‚Conforming amendment to Family and Medical Leave Act for GAO and Library of Congress employees.</toc-entry>

<toc-entry idref="HD005AEB71DAA4BC99959DB4139967747" level="section">Sec.â€‚7605.â€‚Clarification for members of the National Guard and Reserves.</toc-entry>

<toc-entry idref="H0503F7FCD00C471BB2CA492E680C3E55" level="section">Sec.â€‚7606.â€‚Conforming amendment for certain TSA employees.</toc-entry>

<toc-entry idref="H878C207066D24993A1CA00579EA37905" level="subtitle">Subtitle Bâ€"Other Matters</toc-entry>

<toc-entry idref="HA890DFDA878A4E018CCB38D6195853E1" level="section">Sec.â€‚7611.â€‚Liberian refugee immigration fairness.</toc-entry>

<toc-entry idref="H2803B3DE0F694AD8A9DDA186395F530C" level="section">Sec.â€‚7612.â€‚Pensacola Dam and Reservoir, Grand River, Oklahoma.</toc-entry>

<toc-entry idref="HA44A3077374B4EA592F3667C6DDF2E9D" level="section">Sec.â€‚7613.â€‚Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations.</toc-entry> </toc>

<subtitle id="HF200D18BE4B84C23ACC251869F937F19"><enum>A</enum><header>Federal Employee Paid Leave Act</header>

<section id="HCE7A8A48EFA6431984CC9829625C23F1" section-type="subsequent-section"><enum>7601.</enum><header>Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote>Federal Employee Paid Leave Act</quote>.</text></section>

<section id="H6BC0701817C94FE18D4940D3AB090DA0"><enum>7602.</enum><header>Paid parental leave under title 5</header>

<subsection id="HEA02EF6410EA48D8A7D122D5D93F57AA"><enum>(a)</enum><header>In general</header><text>Subsection (d) of section 6382 of title 5, United States Code, is amendedâ€"</text>

<paragraph id="HD0B79DB31A944587AC85CD19E3DE971E"><enum>(1)</enum><text>by striking

```
<quote>An employee</quote> and inserting <quote>(1) An
employee</quote>;</text></paragraph>

<paragraph id="HE365DBC805084307B6E63FA014CB9B75"><enum>(2)</enum><text>by striking
<quote>subparagraph (A), (B), (C),</quote> and inserting <quote>subparagraph
(C),</quote>; and</text></paragraph>

<paragraph id="HD2C7D7F0E55F424C80CE35FF5BA04D75"><enum>(3)</enum><text>by adding at
the end the following:</text>

<quoted-block id="H0AA063DA7258444FB795920536BF85D5" style="OLC">

<paragraph id="H7313963D25C64954BA19B6201472F316"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline"
id="H18730AF3AC1F4D10A720D736E8A70F5C"><enum>(A)</enum><text>An employee may elect to
substitute for any leave without pay under subparagraph (A) or (B) of subsection (a)(1)
any paid leave which is available to such employee for that
purpose.</text></subparagraph>

<subparagraph id="HF38CAF51A60A446F9AAED757612EF722"
indent="up1"><enum>(B)</enum><text>The paid leave that is available to an employee for
purposes of subparagraph (A) isâ€"</text>

<clause id="H28890E4242154A6CB983B0598D42FAA9"><enum>(i)</enum><text>12 administrative
workweeks of paid parental leave under this subparagraph in connection with the birth
or placement involved; and</text></clause>

<clause id="HBFF9F8639A914DB4847BA430038DF995"><enum>(ii)</enum><text>during the 12-
month period referred to in subsection (a)(1), and in addition to the 12 administrative
workweeks under clause (i), any annual or sick leave accrued or accumulated by such
employee under subchapter I.</text></clause></subparagraph>

<subparagraph id="HBF4F5A0788D142548FB25937EA56C499"
indent="up1"><enum>(C)</enum><text>Nothing in this subsection shall be considered to
require that an employee first use all or any portion of the leave described in
subparagraph (B)(ii) before being allowed to use the paid parental leave described in
subparagraph (B)(i).</text></subparagraph>

<subparagraph id="H957A8F3598664960A678E1B4EF1B7B8C"
indent="up1"><enum>(D)</enum><text>Paid parental leave under subparagraph
(B)(i)â€"</text>

<clause id="H0306738C069A4CF98F88613F7B90DF74"><enum>(i)</enum><text>shall be payable
from any appropriation or fund available for salaries or expenses for positions within
the employing agency;</text></clause>

<clause id="H7AAD468D36B64F52AEC2F72FEBAD970B"><enum>(ii)</enum><text>shall not be
considered to be annual or vacation leave for purposes of section 5551 or 5552 or for
any other purpose; and</text></clause>

<clause id="HE359E543A2AA4D38B13BB71AB5F82849"><enum>(iii)</enum><text>if not used by
the employee before the end of the 12-month period (as referred to in subsection
(a)(1)) to which it relates, shall not accumulate for any subsequent
use.</text></clause></subparagraph>

<subparagraph id="H2F50870099834AF2BB893DC7962F2D4B" indent="up1"><enum>(E)</enum><text
display-inline="yes-display-inline">Nothing in this paragraph shall be construed to
modify the requirement to complete at least 12 months of service as an employee (within
the meaning of section 6381(1)(A)) before the date of the applicable birth or placement
involved to be eligible for paid parental leave under subparagraph (B)(i) of this
paragraph.</text></subparagraph>

<subparagraph id="H4CC696CA005C4B4C82A137F0D203E819" indent="up1"><enum>(F)</enum>

<clause commented="no" display-inline="yes-display-inline"
id="HC4F410B7104D44239819B52A4A94128E"><enum>(i)</enum><text>An employee may not take
leave under this paragraph unless the employee agrees (in writing), before the
commencement of such leave, to work for the applicable employing agency for not less
than a period of 12 weeks beginning on the date such leave concludes.</text></clause>

<clause id="H16905E8A41FA44D99E37A83288E97260" indent="up1"><enum>(ii)</enum><text
```

WASHSTATEC016363

display-inline="yes-display-inline">The head of the agency shall waive the requirement in clause (i) in any instance where the employee is unable to return to work because of the continuation, recurrence, or onset of a serious health condition (including mental health), related to the applicable birth or placement of a child, of the employee or the child.</text></clause>

<clause id="H81890D8D3A6142F88AC3B3A827257918" indent="up1"><enum>(iii)</enum><text display-inline="yes-display-inline">The head of the employing agency may require that an employee who claims to be unable to return to work because of a health condition described under clause (ii) provide certification supporting such claim by the health care provider of the employee or the child (as the case may be). The employee shall provide such certification to the head in a timely manner.</text></clause></subparagraph>

<subparagraph id="H8265BCE7C0BA4C72929E8915BF4D6885" indent="up1"><enum>(G)</enum></enum>

<clause commented="no" display-inline="yes-display-inline" id="H215EFD79F8E14E5987B278C7191B3AE6"><enum>(i)</enum><text>If an employee fails to return from paid leave provided under this paragraph after the date such leave concludes, the employing agency may recover, from such employee, an amount equal to the total amount of Government contributions paid by the agency under section 8906 on behalf of the employee for maintaining such employeeâ€™s health coverage under chapter 89 during the period of such leave.</text></clause>

<clause id="H527519775D3E47E184A4DA2420990057" indent="up1"><enum>(ii)</enum><text>Clause (i) shall not apply to any employee who fails to return from such leave due toâ€"</text>

<subclause id="H9966CCE2F95748608365BB837CAD5B93"><enum>(I)</enum><text>the continuation, recurrence, or onset of a serious health condition as described under, and consistent with the requirements of, subparagraph (F); or</text></subclause>

<subclause id="HD323D2B6C64D4B9F8268CF75A593C660"><enum>(II)</enum><text>any other circumstance beyond the control of the employee.</text></subclause></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H615C1B4CA81648B48E5305369BD051E0"><enum>(b)</enum><header>Conforming amendments</header><text>Section 6382(a) is amendedâ€" </text>

<paragraph id="H3D24BFAD93204AF7976C56F352C96C28"><enum>(1)</enum><text>in paragraph (1), in the matter preceding subparagraph (A) by inserting <quote>and subsection (d)(2) of this section</quote> after <quote>section 6383</quote>; and</text></paragraph>

<paragraph id="H61A3DEAE4EC44939A375FCBEACE57DB8"><enum>(2)</enum><text>in paragraph (4), by striking <quote>During</quote> and inserting <quote>Subject to subsection (d)(2), during</quote>.</text></paragraph></subsection>

<subsection id="HD2468A48537944B0ABB27BB63E4C0F16"><enum>(c)</enum><header>Effective date</header><text>The amendments made by this section shall not be effective with respect to any birth or placement occurring before October 1, 2020.</text></subsection></section>

<section id="H0A143818862D422C88290E669E6DB8B4"><enum>7603.</enum><header>Paid parental leave for congressional employees</header>

<subsection id="HFF298F84CC194B56AC239DCB2809D4FF"><enum>(a)</enum><header>Amendments to congressional accountability act</header><text>Section 202 of the Congressional Accountability Act of 1995 (2 U.S.C. 1312) is amendedâ€"</text>

<paragraph id="HF051F80718F94B03B4FAF614DD1FF975"><enum>(1)</enum><text>in subsection (a)(1), by adding at the end the following: <quote>In applying section 102 of such Act with respect to leave for an event described in subsection (a)(1)(A) or (B) of such section to covered employees, subsection (d) of this section shall apply. Paragraphs (1) and (4) of section 102(a) of such Act shall be subject to subsection (d) of this section.</quote>; </text></paragraph>

<paragraph id="H71315930E58743BE9C756227BDCD13BD"><enum>(2)</enum><text>by redesignating subsections (d) and (e) as subsections (e) and (f), respectively; and</text></paragraph>

WASHSTATEC016364

```
<paragraph id="H9D7876CD09D34F41899186C7ACC1A12C"><enum>(3)</enum><text>by inserting
after subsection (c) the following:</text>

<quoted-block id="HC9E83D488F354D008B1A9D08F4BC23F4" style="OLC">

<subsection id="H9F3274B0375C43D48B35F0C55999434B"><enum>(d)</enum><header>Special rule
for paid parental leave</header>

<paragraph id="H52C7F82DC9DF40A7A6375807F9EBA751"><enum>(1)</enum><header>Substitution
of paid leave</header><text>A covered employee may elect to substitute for any leave
without pay under subparagraph (A) or (B) of section 102(a)(1) of the Family and
Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1)) any paid leave which is available to
such employee for that purpose. </text></paragraph>

<paragraph id="H94F2739D03B44EBEBC91276EDD3FD0C5"><enum>(2)</enum><header>Amount of
paid leave</header><text>The paid leave that is available to a covered employee for
purposes of paragraph (1) isâ€"</text>

<subparagraph id="H5C158F81AE8A4216A331AEAC45AE7391"><enum>(A)</enum><text>the number
of weeks of paid parental leave in connection with the birth or placement involved that
corresponds to the number of administrative workweeks of paid parental leave available
to employees under section 6382(d)(2)(B)(i) of title 5, United States Code;
and</text></subparagraph>

<subparagraph id="H8586962101E14A26A3DF1FFE0B17234E"><enum>(B)</enum><text>during the
12-month period referred to in section 102(a)(1) of the Family and Medical Leave Act of
1993 (29 U.S.C. 2612(a)(1)) and in addition to the administrative workweeks described
in subparagraph (A), any additional paid vacation, personal, family, medical, or sick
leave provided by the employing office to such
employee.</text></subparagraph></paragraph>

<paragraph
id="HB9BF73C9706E469C993B1742ECCAD647"><enum>(3)</enum><header>Limitation</header><text
>Nothing in this section or section 102(d)(2)(A) of the Family and Medical Leave Act of
1993 (29 U.S.C. 2612(d)(2)(A)) shall be considered to require or permit an employing
office to require that an employee first use all or any portion of the leave described
in paragraph (2)(B) before being allowed to use the paid parental leave described in
paragraph (2)(A).</text></paragraph>

<paragraph id="H1B295B8A593B4273B91158310541B106"><enum>(4)</enum><header>Additional
rules</header><text>Paid parental leave under paragraph (2)(A)â€"</text>

<subparagraph id="HAEC4FEF05ABE49C1934DAA35E577416A"><enum>(A)</enum><text>shall be
payable from any appropriation or fund available for salaries or expenses for positions
within the employing office; </text></subparagraph>

<subparagraph id="H0F8A0B0012894975834B50482C20D3C7"><enum>(B)</enum><text>if not used
by the covered employee before the end of the 12-month period (as referred to in
section 102(a)(1) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1)))
to which it relates, shall not accumulate for any subsequent use;
and</text></subparagraph>

<subparagraph id="H4CE41C57900F4F85AB0D1364D9E5DBFD"><enum>(C)</enum><text display-
inline="yes-display-inline">shall apply without regard to the limitations in
subparagraph (E), (F), or (G) of section 6382(d)(2) of title 5, United States Code, or
section 104(c)(2) of the Family and Medical Leave Act of 1993 (29 U.S.C.
2614(c)(2)).</text></subparagraph></paragraph></subsection><after-quoted-block>.
</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no"
id="H4A5BCB43C4C5410D9A82F9E231797CDE"><enum>(b)</enum><header>Conforming
amendment</header><text>Section 202(a)(2) of the Congressional Accountability Act of
1995 (2 U.S.C. 1312(a)(2)) is amended by adding at the end the following: <quote>The
requirements of subparagraph (B) shall not apply with respect to leave under
subparagraph (A) or (B) of section 102(a)(1) of the Family and Medical Leave Act of
1993 (29 U.S.C. 2612(a)(1)).</quote>.</text></subsection>

<subsection id="HE3C22507B1444EA18C52D277CC1C51DA"><enum>(c)</enum><header>Effective
date</header><text display-inline="yes-display-inline">The amendments made by this
section shall not be effective with respect to any birth or placement occurring before
October 1, 2020.</text></subsection></section>
```

WASHSTATEC016365

```
<section id="H0BDCD6945C5443B2AAB2C7571AE0176D"><enum>7604.</enum><header>Conforming
amendment to Family and Medical Leave Act for GAO and Library of Congress
employees</header>

<subsection id="H1A938A19362844C7BA1DC20374762DD9"><enum>(a)</enum><header>Amendment to
family and medical leave act of 1993</header><text>Section 102 of the Family and
Medical Leave Act of 1993 (29 U.S.C. 2612) is amendedâ€"</text>

<paragraph id="H7388492B79394AA5A238B1D62E7E8EF2"><enum>(1)</enum><text>in subsection
(a)â€"</text>

<subparagraph id="HAD92EC9F57A24993A1EB419059682653"><enum>(A)</enum><text>in paragraph
(1), by inserting <quote>and subsection (d)(3)</quote> after <quote>section
103</quote>; and</text></subparagraph>

<subparagraph id="H651BFC3DB7EB494695C6C60693B81D24"><enum>(B)</enum><text>in paragraph
(4), by striking <quote>During</quote> and inserting <quote>Subject to subsection
(d)(3), during</quote>; and</text></subparagraph></paragraph>

<paragraph id="H7254539B454F4B738E7E9E9635284F57"><enum>(2)</enum><text>in subsection
(d), by adding at the end the following:</text>

<quoted-block id="HA00ED17F5DEE4FE09EA606B5C5062C03" style="OLC">

<paragraph id="H84B80A7F07CC4EDA9057F7F6D2E21E3E"><enum>(3)</enum><header>Special rule
for gao employees</header>
<subparagraph
id="HCC2037D3B456470E9F0E9B94294EB69C"><enum>(A)</enum><header>Substitution of paid
leave</header><text>An employee of the Government Accountability Office may elect to
substitute for any leave without pay under subparagraph (A) or (B) of subsection (a)(1)
any paid leave which is available to such employee for that
purpose.</text></subparagraph>

<subparagraph id="HA6152A8D37F949D2BEAF89AD4916E47D"><enum>(B)</enum><header>Amount of
paid leave</header><text>The paid leave that is available to an employee of the
Government Accountability Office for purposes of subparagraph (A) isâ€"</text>

<clause id="H38E91C9340564976910D8CEB283F1E29"><enum>(i)</enum><text display-
inline="yes-display-inline">the number of weeks of paid parental leave in connection
with the birth or placement involved that corresponds to the number of administrative
workweeks of paid parental leave available to employees under section 6382(d)(2)(B)(i)
of title 5, United States Code; and </text></clause>

<clause id="H6B806AE6A5D94BDA95E190F33AF4F84A"><enum>(ii)</enum><text>during the 12-
month period referred to in section 102(a)(1) and in addition to the administrative
workweeks described in clause (i), any additional paid vacation, personal, family,
medical, or sick leave provided by such employer.</text></clause></subparagraph>

<subparagraph
id="H686180EF015B4FEF9B8C0B98A5A50930"><enum>(C)</enum><header>Limitation</header><text
>Nothing in this section shall be considered to require or permit an employer to
require that an employee first use all or any portion of the leave described in
subparagraph (B)(ii) before being allowed to use the paid parental leave described in
clause (i) of subparagraph (B).</text></subparagraph>

<subparagraph id="H37AA2CD25CE0499EA224DDB26C362B8A"><enum>(D)</enum><header>Additional
rules</header><text>Paid parental leave under subparagraph (B)(i)â€"</text>

<clause id="H0A9BA20520214F6D829821A39739E29E"><enum>(i)</enum><text>shall be payable
from any appropriation or fund available for salaries or expenses for positions with
the Government Accountability Office; </text></clause>

<clause id="HFFE973ED0A6E4859AE913ADED6B80D9E"><enum>(ii)</enum><text>if not used by
the employee of such employer before the end of the 12-month period (as referred to in
subsection (a)(1)) to which it relates, shall not accumulate for any subsequent use;
and</text></clause>

<clause id="HBF303E5F9B3E4393808BCB13BDA86D20"><enum>(iii)</enum><text display-
inline="yes-display-inline">shall apply without regard to the limitations in
subparagraph (E), (F), or (G) of section 6382(d)(2) of title 5, United States Code or
section 104(c)(2) of this Act.</text></clause></subparagraph></paragraph>
```

```
<paragraph id="H393FF2CF514D464B9F62E4A6B2B7742F"><enum>(4)</enum><header>Special rule
for library of congress employees</header><text display-inline="yes-display-
inline">Consistent with section 101(a)(3)(J) of the Congressional Accountability Act of
1995 (2 U.S.C. 1301(a)(3)(J)), the rights and protections established by sections 101
through 105, including section 102(d)(3), shall apply to employees of the Library of
Congress under section 202 of that Act (2 U.S.C. 1312).</text></paragraph><after-
quoted-block>. </after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no"
id="HE9C74CA25F834AD7A738AABD1704D0D4"><enum>(b)</enum><header>Conforming
amendment</header><text>Section 101(2) of the Family and Medical Leave Act of 1993 (29
U.S.C. 2611(2)) is amended by adding at the end the following:</text>

<quoted-block style="OLC" display-inline="no-display-inline"
id="H1ECD4583A6484E18A5A0315D3717EDAF">

<subparagraph commented="no"
id="H798BD4BCB838470583F80012527BAD52"><enum>(E)</enum><header>GAO
employees</header><text>In the case of an employee of the Government Accountability
Office, the requirements of subparagraph (A) shall not apply with respect to leave
under section 102(a)(1)(A) or (B).</text></subparagraph><after-quoted-block>.</after-
quoted-block></quoted-block></subsection>

<subsection id="H8DBA38346DF74C14BC7406E8B7C17DC9"><enum>(c)</enum><header>Effective
date</header><text display-inline="yes-display-inline">The amendments made by this
section shall not be effective with respect to any birth or placement occurring before
October 1, 2020.</text></subsection></section>

<section id="HD005AEB71DAA4BC99959DB4139967747"><enum>7605.</enum><header>Clarification
for members of the National Guard and Reserves</header>

<subsection id="H79E2BD646D6C42B29CE12E30F2197770"><enum>(a)</enum><header>Executive
branch employees</header><text>For purposes of determining the eligibility of an
employee who is a member of the National Guard or Reserves to take leave under section
6382(a) of title 5, United States Code, or to substitute such leave pursuant to
subsection (d)(2)(A) of section 6382 of such title (as added by section 1102), any
service by such employee on active duty (as defined in section 6381(7) of such title)
shall be counted as service as an employee for purposes of section 6381(1)(B) of such
title.</text></subsection>

<subsection
id="H19C602D3CF0F4229B13C096C7BB76DBE"><enum>(b)</enum><header>Congressional
employees</header><text>For purposes of determining the eligibility of a covered
employee (as such term is defined in section 101(3) of the Congressional Accountability
Act) who is a member of the National Guard or Reserves to take leave under section
102(a) of the Family and Medical Leave Act of 1993 (pursuant to section 202(a)(1) of
the Congressional Accountability Act), any service by such employee on active duty (as
defined in section 101(14) of the Family and Medical Leave Act of 1993) shall be
counted as time during which such employee has been employed in an employing office for
purposes of section 202(a)(2)(B) of the Congressional Accountability
Act.</text></subsection>

<subsection id="H2C6C7D89B77F44AFBD49F530F5E5868C"><enum>(c)</enum><header>Gao and
library of congress employees</header><text>For purposes of determining the eligibility
of an employee of the Government Accountability Office or Library of Congress who is a
member of the National Guard or Reserves to take leave under section 102(a) of the
Family and Medical Leave Act of 1993, any service by such employee on active duty (as
defined in section 101(14) of such Act) shall be counted as time during which such
employee has been employed for purposes of section 101(2)(A) of such
Act.</text></subsection></section>

<section id="H0503F7FCD00C471BB2CA492E680C3E55"><enum>7606.</enum><header>Conforming
amendment for certain TSA employees</header><text display-inline="no-display-
inline">Section 111(d)(2) of the Aviation and Transportation Security Act (49 U.S.C.
44935 note) is amended to read as follows:</text>

<quoted-block id="H43DBC55456C641F4A08122D511AAC3CF" style="OLC">

<paragraph
id="H4954A68E8A524E888252B11D1B3E4529"><enum>(2)</enum><header>Exceptions</header>
```

```
<subparagraph
id="HAB8A902624B4444D9516484E6999CF07"><enum>(A)</enum><header>Reemployment</header><te
xt display-inline="yes-display-inline">In carrying out the functions authorized under
paragraph (1), the Under Secretary shall be subject to the provisions set forth in
chapter 43 of title 38, United States Code.</text></subparagraph>

<subparagraph
id="HEEE4332B36764CE1AD5CD5AE9F1FDCCF"><enum>(B)</enum><header>Leave</header><text
display-inline="yes-display-inline">The provisions of subchapter V of chapter 63 of
title 5, United States Code, shall apply to any individual appointed under paragraph
(1) as if such individual were an employee (within the meaning of subparagraph (A) of
section 6381(1) of such title).</text></subparagraph></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="H878C207066D24993A1CA00579EA37905"><enum>B</enum><header>Other
Matters</header>

<section id="HA890DFDA878A4E018CCB38D6195853E1"><enum>7611.</enum><header>Liberian
refugee immigration fairness</header>

<subsection
id="HED4DAB080D994F4BB0812D36DA104905"><enum>(a)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section:</text>

<paragraph id="HB99688D9CEEB41B7AC5B30AF41181749"><enum>(1)</enum><header>In
general</header><text>Except as otherwise specifically provided, any term used in this
Act that is used in the immigration laws shall have the meaning given the term in the
immigration laws.</text></paragraph>

<paragraph id="HC91C6396291B4C4DB914E140E25B9635"><enum>(2)</enum><header>Immigration
laws</header><text>The term <term>immigration laws</term> has the meaning given the
term in section 101(a)(17) of the Immigration and Nationality Act (8 U.S.C.
1101(a)(17)).</text></paragraph>

<paragraph
id="H09B6E235EACC44A8B0FF30D7CC877EB6"><enum>(3)</enum><header>Secretary</header><text>
The term <term>Secretary</term> means the Secretary of Homeland
Security.</text></paragraph></subsection>

<subsection id="HD2D44E49C7224E84BF600349026F723E"><enum>(b)</enum><header>Adjustment
of status</header>

<paragraph id="H9F40C0D2C059460485F2A7730391058C"><enum>(1)</enum><header>In
general</header><text>Except as provided in paragraph (3), the Secretary shall adjust
the status of an alien described in subsection (c) to that of an alien lawfully
admitted for permanent residence if the alienâ€"</text>

<subparagraph id="HBC4B12A052BA4964A24E69ECDBF8845F"><enum>(A)</enum><text>applies for
adjustment not later than 1 year after the date of the enactment of this
Act;</text></subparagraph>

<subparagraph id="H69BC6866F88644809ECDF8B5B08410EB"><enum>(B)</enum><text>is otherwise
eligible to receive an immigrant visa; and</text></subparagraph>

<subparagraph id="HCA9FD5D012F0402D8A7763B7109EED26"><enum>(C)</enum><text>subject to
paragraph (2), is admissible to the United States for permanent
residence.</text></subparagraph></paragraph>

<paragraph id="H8EE977DC119742A099828CD9EDD079A8"><enum>(2)</enum><header>Applicability
of grounds of inadmissibility</header><text>In determining the admissibility of an
alien under paragraph (1)(C), the grounds of inadmissibility specified in paragraphs
(4), (5), (6)(A), and (7)(A) of section 212(a) of the <act-name parsable-
cite="INA">Immigration and Nationality Act</act-name> (8 U.S.C. 1182(a)) shall not
apply.</text></paragraph>

<paragraph
id="H33151F5CD6C54E2EAF0B10A1655F64E6"><enum>(3)</enum><header>Exceptions</header><text
>An alien shall not be eligible for adjustment of status under this subsection if the
Secretary determines that the alienâ€"</text>

<subparagraph id="H3F3B055B760E46BBB9FA9061DEDFA61D"><enum>(A)</enum><text>has been
```

```
convicted of any aggravated felony;</text></subparagraph>

<subparagraph id="H87910B67A0384C91BB6A03417FE4B670"><enum>(B)</enum><text>has been
convicted of two or more crimes involving moral turpitude (other than a purely
political offense); or</text></subparagraph>

<subparagraph id="H0E1A6043652E4BFFA57A763C62EF2058"><enum>(C)</enum><text>has ordered,
incited, assisted, or otherwise participated in the persecution of any person on
account of race, religion, nationality, membership in a particular social group, or
political opinion.</text></subparagraph></paragraph>

<paragraph id="HADB528DC396343B48D92874CB06771B1"><enum>(4)</enum><header>Relationship
of application to certain orders</header>

<subparagraph id="HBE64C8AEF1174FFDA436A142DBC1E628"><enum>(A)</enum><header>In
general</header><text>An alien present in the United States who has been subject to an
order of exclusion, deportation, removal, or voluntary departure under any provision of
the Immigration and Nationality Act (8 U.S.C. 1101 et seq.) may, notwithstanding such
order, submit an application for adjustment of status under this subsection if the
alien is otherwise eligible for adjustment of status under paragraph
(1).</text></subparagraph>

<subparagraph id="H0EA7F982388F4BD4913E0D76597EF8B5"><enum>(B)</enum><header>Separate
motion not required</header><text>An alien described in subparagraph (A) shall not be
required, as a condition of submitting or granting an application under this
subsection, to file a separate motion to reopen, reconsider, or vacate an order
described in subparagraph (A).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="H7DBE3C18C3BD4CE7B58AA33AB34A8136"><enum>(C)</enum><header>Effect of decision by
Secretary</header>

<clause commented="no" display-inline="no-display-inline"
id="HB6C933CC6A5A45CE8E1D7C85EE422D91"><enum>(i)</enum><header>Grant</header><text>If
the Secretary adjusts the status of an alien pursuant to an application under this
subsection, the Secretary shall cancel any order described in subparagraph (A) to which
the alien has been subject.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HAB0DEE1493924EB092C0BE9B25430A45"><enum>(ii)</enum><header>Denial</header><text>If
the Secretary makes a final decision to deny such application, any such order shall be
effective and enforceable to the same extent that such order would be effective and
enforceable if the application had not been
made.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HE57E38FB55E94D65AAB6014A994519B9"><enum>(c)</enum><header>Aliens
eligible for adjustment of status</header>

<paragraph id="H5AB8A01D1154439692F7B1490F2E0061"><enum>(1)</enum><header>In
general</header><text>The benefits provided under subsection (b) shall apply to any
alien who—"</text>

<subparagraph id="H42C9A986F65F4AD48B84C0AFCAAA2214"><enum>(A)</enum></subparagraph>

<clause commented="no" display-inline="yes-display-inline"
id="H3EE57488E21B41F5B08A68A2AA1AB188"><enum>(i)</enum><text>is a national of Liberia;
and</text></clause>

<clause id="H5EE3334726BE42E6959B3FA39B1FE9F4" indent="up1"><enum>(ii)</enum><text>has
been continuously present in the United States during the period beginning on November
20, 2014, and ending on the date on which the alien submits an application under
subsection (b); or</text></clause></subparagraph>

<subparagraph id="H140C1C09882A4A40B8263FEAF8FDD06C"><enum>(B)</enum><text>is the
spouse, child, or unmarried son or daughter of an alien described in subparagraph
(A).</text></subparagraph></paragraph>

<paragraph id="H9659D6DCDA654E28AA46A0789ED68D2D"><enum>(2)</enum><header>Determination
of continuous physical presence</header><text>For purposes of establishing the period
of continuous physical presence referred to in paragraph (1)(A)(ii), an alien shall not
be considered to have failed to maintain continuous physical presence based on one or
```

WASHSTATEC016369

more absences from the United States for one or more periods amounting, in the
aggregate, of not more than 180 days.</text></paragraph></subsection>

<subsection id="HFA9152B4DB544E0FBF88FDC991E5B8B5"><enum>(d)</enum><header>Stay of
removal</header>

<paragraph id="H5C4B5A9F81C0489983A3150477E13974"><enum>(1)</enum><header>In
general</header><text>The Secretary shall promulgate regulations establishing
procedures by which an alien who is subject to a final order of deportation, removal,
or exclusion, may seek a stay of such order based on the filing of an application under
subsection (b).</text></paragraph>

<paragraph id="H6094016C8BC54EF285A5FCB6F9C6714E"><enum>(2)</enum><header>During
certain proceedings</header>

<subparagraph id="H6B6FD59D99DF4F0F808602D71110B754"><enum>(A)</enum><header>In
general</header><text>Except as provided in subparagraph (B), notwithstanding any
provision of the <act-name parsable-cite="INA">Immigration and Nationality Act</act-
name> (8 U.S.C. 1101 et seq.), the Secretary may not order an alien to be removed from
the United States if the alienâ€"</text>

<clause id="H4D1F217113FB403096C9DEBF801677C1"><enum>(i)</enum><text>is in exclusion,
deportation, or removal proceedings under any provision of such Act;
and</text></clause>

<clause id="H750036D115FE4987B4E244DE2A05908E"><enum>(ii)</enum><text>has submitted an
application for adjustment of status under subsection
(b).</text></clause></subparagraph>

<subparagraph
id="H4152DCC2319D43038BC6182A1CB57BA6"><enum>(B)</enum><header>Exception</header><text>
The Secretary may order an alien described in subparagraph (A) to be removed from the
United States if the Secretary has made a final determination to deny the application
for adjustment of status under subsection (b) of the
alien.</text></subparagraph></paragraph>

<paragraph id="H258A1813E72E46BD8757CD34DA008030"><enum>(3)</enum><header>Work
authorization</header>

<subparagraph id="HDB9A9598887C4282B619DFE7A6800E91"><enum>(A)</enum><header>In
general</header><text>The Secretary mayâ€"</text>

<clause id="H9ED3996B664F4440B098B6AE548423C8"><enum>(i)</enum><text>authorize an alien
who has applied for adjustment of status under subsection (b) to engage in employment
in the United States during the period in which a determination on such application is
pending; and</text></clause>

<clause id="H289E68F83FC041D898CF6D1A453D7D91"><enum>(ii)</enum><text>provide such
alien with an <quote>employment authorized</quote> endorsement or other appropriate
document signifying authorization of employment.</text></clause></subparagraph>

<subparagraph id="H6899E8E551114DB9B37584E4BF5F60D3"><enum>(B)</enum><header>Pending
applications</header><text>If an application for adjustment of status under subsection
(b) is pending for a period exceeding 180 days and has not been denied, the Secretary
shall authorize employment for the applicable
alien.</text></subparagraph></paragraph></subsection>

<subsection id="HD97E571019EC4A4DBFA97C03D6686DC3"><enum>(e)</enum><header>Record of
permanent residence</header><text>On the approval of an application for adjustment of
status under subsection (b) of an alien, the Secretary shall establish a record of
admission for permanent residence for the alien as of the date of the arrival of the
alien in the United States.</text></subsection>

<subsection id="H7B0E651B728A48189CE5420A43BDDC62"><enum>(f)</enum><header>Availability
of administrative review</header><text>The Secretary shall provide applicants for
adjustment of status under subsection (b) with the same right to, and procedures for,
administrative review as are provided toâ€"</text>

<paragraph id="H6D1186863E2B43EC9CE4E777A4E635CF"><enum>(1)</enum><text>applicants for
adjustment of status under section 245 of the <act-name parsable-cite="INA">Immigration
and Nationality Act</act-name> (8 U.S.C. 1255); and</text></paragraph>

```
<paragraph id="H8F44083819B2478DA38B35407BE22014"><enum>(2)</enum><text>aliens subject
to removal proceedings under section 240 of such Act (8 U.S.C.
1229a).</text></paragraph></subsection>

<subsection id="H773239AB93A84D03B182054A293059BC"><enum>(g)</enum><header>Limitation
on judicial review</header>

<paragraph id="H093B34A6A32447DAACF98BBD052FC713"><enum>(1)</enum><header>In
general</header><text>A determination by the Secretary with respect to the adjustment
of status of any alien under this section is final and shall not be subject to review
by any court.</text></paragraph>

<paragraph id="H203FEB7C52854B97A80C547EE2DA4765"><enum>(2)</enum><header>Rule of
construction</header><text>Nothing in paragraph (1) shall be construed to preclude the
review of a constitutional claim or a question of law under section 704 of title 5,
United States Code, with respect to a denial of adjustment of status under this
section.</text></paragraph></subsection>

<subsection id="H7CEB9CEFC3F34DF8AA00B8D8C98C681D"><enum>(h)</enum><header>No offset in
number of visas available</header><text>The Secretary of State shall not be required to
reduce the number of immigrant visas authorized to be issued under any provision of the
<act-name parsable-cite="INA">Immigration and Nationality Act</act-name> (8 U.S.C. 1101
et seq.) to offset the adjustment of status of an alien who has been lawfully admitted
for permanent residence pursuant to this section.</text></subsection>

<subsection id="H3B20228FCA564E58BED187E4E6879E2E"><enum>(i)</enum><header>Application
of <act-name parsable-cite="INA">Immigration and Nationality Act</act-name>
provisions</header>

<paragraph id="HDFDAEB8039484E02A124A99D275A7A04"><enum>(1)</enum><header>Savings
provision</header><text>Nothing in this Act may be construed to repeal, amend, alter,
modify, effect, or restrict the powers, duties, function, or authority of the Secretary
in the administration and enforcement of the Immigration and Nationality Act (8 U.S.C.
1101 et seq.) or any other law relating to immigration, nationality, or
naturalization.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H105E4E7207FE4E76B5FC5FBBB4837DCC"><enum>(2)</enum><header>Effect of eligibility
for adjustment of status</header><text>The eligibility of an alien to be lawfully
admitted for permanent residence under this section shall not preclude the alien from
seeking any status under any other provision of law for which the alien may otherwise
be eligible.</text></paragraph></subsection></section>

<section id="H2803B3DE0F694AD8A9DDA186395F530C" section-type="subsequent-
section"><enum>7612.</enum><header>Pensacola Dam and Reservoir, Grand River,
Oklahoma</header>

<subsection
id="HA9AADCCC021E4647908FCBC9D7E2B425"><enum>(a)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section:</text>

<paragraph
id="H88D56A03FB70438FBC4E9D472626070B"><enum>(1)</enum><header>Commission</header><text
>The term <quote>Commission</quote> means the Federal Energy Regulatory
Commission.</text></paragraph>

<paragraph id="HE61E4DCD618B46D486B82165938CE8EA"><enum>(2)</enum><header>Conservation
pool</header><text display-inline="yes-display-inline">The term <quote>conservation
pool</quote> means all land and water of Grand Lake O' the Cherokees, Oklahoma, below
the flood pool.</text></paragraph>

<paragraph id="H9808316E6DB148188DABCF35147CC9D0"><enum>(3)</enum><header>Flood
pool</header><text display-inline="yes-display-inline">The term <quote>flood
pool</quote> means all land and water of Grand Lake O' the Cherokees, Oklahoma,
allocated for flood control or navigation by the Secretary pursuant to section 7 of the
Flood Control Act of 1944 (33 U.S.C. 709).</text></paragraph>

<paragraph
id="H656FDE1869B04B7896F29F3DF3555949"><enum>(4)</enum><header>Project</header><text
display-inline="yes-display-inline">The term <quote>project</quote> means the Pensacola
Hydroelectric Project (FERC No. 1494).</text></paragraph>
```

WASHSTATEC016371

```
<paragraph
id="HC1FC32776D3B45319B9E14CE986AD70F"><enum>(5)</enum><header>Secretary</header><text>
The term <quote>Secretary</quote> means the Secretary of the
Army.</text></paragraph></subsection>

<subsection id="H207D6B97992D4C2F876E36AF025E1809"><enum>(b)</enum><header>Conservation
pool management</header>

<paragraph id="HCEBB7A99913043458BD6650574CD79F8"><enum>(1)</enum><header>Federal
land</header><text display-inline="yes-display-inline">Notwithstanding section 3(2) of
the Federal Power Act (16 U.S.C. 796(2)), any Federal land within the project boundary,
including any right, title, or interest in or to land held by the United States for any
purpose, shall notâ€"</text>

<subparagraph id="H8C02D0E001294491A5F8C795734A511F"><enum>(A)</enum><text display-
inline="yes-display-inline">be subject to the first proviso in section 4(e) of the
Federal Power Act (16 U.S.C. 797(e)); or</text></subparagraph>

<subparagraph id="HAD07949E2812499E9F57CB4760543C5B"><enum>(B)</enum><text>be
considered to beâ€"</text>

<clause id="HCCF3DC0A261B41CEB81FB72E7AC045CD"><enum>(i)</enum><text display-
inline="yes-display-inline">land or other property of the United States for purposes of
recompensing the United States for the use, occupancy, or enjoyment of the land under
section 10(e)(1) of that Act (16 U.S.C. 803(e)(1)); or</text></clause>

<clause id="H8D7F026C3A104F40B373869451EDFE07"><enum>(ii)</enum><text display-
inline="yes-display-inline">land of the United States for purposes of section 24 of
that Act (16 U.S.C. 818).</text></clause></subparagraph></paragraph>

<paragraph id="HC4366984FF56481CAFA564BE0183C2C2"><enum>(2)</enum><header>License
conditions</header>

<subparagraph id="H96F71318183D4D66A4764767AA466EDF"><enum>(A)</enum><header>In
general</header><text display-inline="yes-display-inline">Except as may be required by
the Secretary to carry out responsibilities under section 7 of the Flood Control Act of
1944 (33 U.S.C. 709), the Commission or any other Federal or State agency shall not
include in any license for the project any condition or other requirement relating
toâ€"</text>

<clause id="H878A1B4F691549FC9C28CCA31D0C0F15"><enum>(i)</enum><text display-
inline="yes-display-inline">surface elevations of the conservation pool;
or</text></clause>

<clause id="HC3CB639489C2451E9DBB47DFB854F6CF"><enum>(ii)</enum><text display-
inline="yes-display-inline">the flood pool (except to the extent it references flood
control requirements prescribed by the Secretary).</text></clause></subparagraph>

<subparagraph
id="HB6A785D0AACB49F8920312B2063C6241"><enum>(B)</enum><header>Exception</header><text
display-inline="yes-display-inline">Notwithstanding subparagraph (A), the project shall
remain subject to the Commissionâ€™s rules and regulations for project safety and
protection of human health.</text></subparagraph></paragraph>

<paragraph id="H499A1BD96BC240E9B256627CE005831D"><enum>(3)</enum><header>Project
scope</header>

<subparagraph id="HB32E803B457245ACB8CC91D2C0A333A5"><enum>(A)</enum><header>Licensing
jurisdiction</header><text display-inline="yes-display-inline">The licensing
jurisdiction of the Commission for the project shall not extend to any land or water
outside the project boundary.</text></subparagraph>

<subparagraph id="H06F45BEF083C46B9922EBD1ECC2414F3"><enum>(B)</enum><header>Outside
infrastructure</header><text display-inline="yes-display-inline">Any land, water, or
physical infrastructure or other improvement outside the project boundary shall not be
considered to be part of the project.</text></subparagraph>

<subparagraph id="H46F8F37C661446868C7D4E464193B130"><enum>(C)</enum><header>Boundary
jurisdiction amendments</header><text display-inline="yes-display-inline">The
Commission may, consistent with the requirements of the Federal Power Act, amend the
project boundary, only with the expressed written agreement of the project licensee. If
```

the licensee does not agree to a project boundary change proposed by the Commission, the purposes and requirements of part I of the Federal Power Act (16 U.S.C. 791a et seq.) shall be deemed to be satisfied without the Commission’s proposed boundary or jurisdiction change.</text></subparagraph></paragraph></subsection>

<subsection id="H6C0B8D450B964379B64E83D0E22280A7"><enum>(c)</enum><header>Exclusive jurisdiction of flood pool management</header><text display-inline="yes-display-inline">The Secretary shall have exclusive jurisdiction and responsibility for management of the flood pool for flood control operations at Grand Lake O' the Cherokees.</text></subsection>

<subsection id="H20A11CAB0A3C4D9094A3BDA2779871AE"><enum>(d)</enum><header>Study of upstream infrastructure</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary shall initiate a study of infrastructure and lands upstream from the project to evaluate resiliency to flooding. Not later than one year after initiating the study, the Secretary shall issue a report advising local communities and State departments of transportation of any identified deficiencies and potential mitigation options.</text></subsection>

<subsection id="HA598896E052442978ECDF0CDB40E70BF"><enum>(e)</enum><header>Savings provision</header><text>Nothing in this section affects, with respect to the project—"</text>

<paragraph id="HE0DEC768ECFB4CD5B48242959EB668B0"><enum>(1)</enum><text display-inline="yes-display-inline">any authority or obligation of the Secretary or the Chief of Engineers pursuant to section 2 of the Act of June 28, 1938 (commonly known as the <quote>Flood Control Act of 1938</quote>) (33 U.S.C. 701c–1);</text></paragraph>

<paragraph id="H678D1DBD32E94B4E8C68E419E2160990"><enum>(2)</enum><text display-inline="yes-display-inline">any authority of the Secretary or the Chief of Engineers pursuant to section 7 of the Act of December 22, 1944 (commonly known as the <quote>Flood Control Act of 1944</quote>) (33 U.S.C. 709);</text></paragraph>

<paragraph id="HDCFE1627C3344F58B2FCABD107628FBF"><enum>(3)</enum><text display-inline="yes-display-inline">any obligation of the United States to obtain flowage or other property rights pursuant to the Act of July 31, 1946 (60 Stat. 743, chapter 710);</text></paragraph>

<paragraph id="H7C04FD5478324FE29C2AF367DB265D79"><enum>(4)</enum><text display-inline="yes-display-inline">any obligation of the United States to acquire flowage or other property rights for additional reservoir storage pursuant to Executive Order 9839 (12 Fed. Reg. 2447; relating to the Grand River Dam Project);</text></paragraph>

<paragraph id="H202FFC65AE734D01B9D2685B994589A7"><enum>(5)</enum><text display-inline="yes-display-inline">any authority of the Secretary to acquire real property interest pursuant to section 560 of the Water Resources Development Act of 1996 (Public Law 104–303; 110 Stat. 3783);</text></paragraph>

<paragraph id="HFB3394DD2DEF48A4A2D3EFFA7CA4B2B0"><enum>(6)</enum><text display-inline="yes-display-inline">any obligation of the Secretary to conduct and pay the cost of a feasibility study pursuant to section 449 of the Water Resources Development Act of 2000 (Public Law 106–541; 114 Stat. 2641);</text></paragraph>

<paragraph id="HBAF11A9FA4EC46E9A57DF31748F5A040"><enum>(7)</enum><text display-inline="yes-display-inline">the National Flood Insurance Program established under the National Flood Insurance Act of 1968 (42 U.S.C. 4001 et seq.), including any policy issued under that Act; or</text></paragraph>

<paragraph id="H344CCA9356714C53ACDF1C376ED9603A"><enum>(8)</enum><text display-inline="yes-display-inline">any disaster assistance made available under the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5121 et seq.) or other Federal disaster assistance program.</text></paragraph></subsection></section>

<section id="HA44A3077374B4EA592F3667C6DDF2E9D"><enum>7613.</enum><header>Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations</header><text display-inline="no-display-inline">Section 5323 of title 49, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H69FC829D161942C18A51564D79F95FE1" style="OLC">

```
<subsection id="HD01A3896E2E14FC4BAFCDDFCD2F0EE7F"><enum>(u)</enum><header>Limitation
on certain rolling stock procurements</header>

<paragraph id="H9EA54A6299C24BF09CE9847F5DA0DFD6"><enum>(1)</enum><header>In
general</header><text>Except as provided in paragraph (5), financial assistance made
available under this chapter shall not be used in awarding a contract or subcontract to
an entity on or after the date of enactment of this subsection for the procurement of
rolling stock for use in public transportation if the manufacturer of the rolling
stockâ€"</text>

<subparagraph id="H3BAEB5365A3640819F4274F59D3B4276"><enum>(A)</enum><text>is
incorporated in or has manufacturing facilities in the United States;
and</text></subparagraph>

<subparagraph id="HE0FE6508956F48B98E45215510FF9628"><enum>(B)</enum><text>is owned or
controlled by, is a subsidiary of, or is otherwise related legally or financially to a
corporation based in a country thatâ€"</text>

<clause id="H13C709F92096461FBF66D264CCF1EE03"><enum>(i)</enum><text>is identified as a
nonmarket economy country (as defined in section 771(18) of the Tariff Act of 1930 (19
U.S.C. 1677(18))) as of the date of enactment of this subsection;</text></clause>

<clause id="H81627B853AB647D1932048DEEC03E736"><enum>(ii)</enum><text display-
inline="yes-display-inline">was identified by the United States Trade Representative in
the most recent report required by section 182 of the Trade Act of 1974 (19 U.S.C.
2242) as a foreign country included on the priority watch list defined in subsection
(g)(3) of that section; and</text></clause>

<clause id="H5604D479742B4BFBAC1B707CBE4675F2"><enum>(iii)</enum><text>is subject to
monitoring by the Trade Representative under section 306 of the Trade Act of 1974 (19
U.S.C. 2416).</text></clause></subparagraph></paragraph>

<paragraph
id="H16EA30BFB0434A6C9E19B5ECD4A05BB1"><enum>(2)</enum><header>Exception</header><text>
For purposes of paragraph (1), the term <term>otherwise related legally or
financially</term> does not include a minority relationship or
investment.</text></paragraph>

<paragraph id="H90AF429DBD974F1D9118ACE9D99B0E46"><enum>(3)</enum><header>International
agreements</header><text>This subsection shall be applied in a manner consistent with
the obligations of the United States under international agreements.</text></paragraph>

<paragraph id="H80B30CF0692B4982AC48739DCE03DC67"><enum>(4)</enum><header>Certification
for rail rolling stock</header>

<subparagraph id="H76D2F16996A34B3A96661D1EB564A3F4"><enum>(A)</enum><header>In
general</header><text>Except as provided in paragraph (5), as a condition of financial
assistance made available in a fiscal year under section 5337, a recipient that
operates rail fixed guideway service shall certify in that fiscal year that the
recipient will not award any contract or subcontract for the procurement of rail
rolling stock for use in public transportation with a rail rolling stock manufacturer
described in paragraph (1).</text></subparagraph>

<subparagraph id="H24E08D03914C43458BE3BEB07669C37E"><enum>(B)</enum><header>Separate
certification</header><text>The certification required under this paragraph shall be in
addition to any certification the Secretary establishes to ensure compliance with the
requirements of paragraph (1).</text></subparagraph></paragraph>

<paragraph id="HF7852D9679114A748AFEC937ADD07690"><enum>(5)</enum><header>Special
rules</header>

<subparagraph id="H4DD3558DF483494AA4EDF623EC0DD5FC"><enum>(A)</enum><header>Parties to
executed contracts</header><text>This subsection, including the certification
requirement under paragraph (4), shall not apply to the award of any contract or
subcontract made by a public transportation agency with a rail rolling stock
manufacturer described in paragraph (1) if the manufacturer and the public
transportation agency have executed a contract for rail rolling stock before the date
of enactment of this subsection.</text></subparagraph>

<subparagraph id="H6C654DB05A614D19AAD81CF48B153BB4"><enum>(B)</enum><header>Rolling
stock</header><text display-inline="yes-display-inline">Except as provided in
```

subparagraph (C) and for a contract or subcontract that is not described in subparagraph (A), this subsection, including the certification requirement under paragraph (4), shall not apply to the award of a contract or subcontract made by a public transportation agency with any rolling stock manufacturer for the 2-year period beginning on or after the date of enactment of this subsection.</text></subparagraph>

<subparagraph
id="H835A6C576C644EB9BB31222C1820074F"><enum>(C)</enum><header>Exception</header><text display-inline="yes-display-inline">Subparagraph (B) shall not apply to the award of a contract or subcontract made by the Washington Metropolitan Area Transit Authority.</text></subparagraph></paragraph></subsection>

<subsection
id="HA62AF131298B4B6C8F4D294D1DC4ECA5"><enum>(v)</enum><header>Cybersecurity certification for rail rolling stock and operations</header>

<paragraph
id="HA43F98118CBB4A0DB0325C3BE41DC667"><enum>(1)</enum><header>Certification</header><text>As a condition of financial assistance made available under this chapter, a recipient that operates a rail fixed guideway public transportation system shall certify that the recipient has established a process to develop, maintain, and execute a written plan for identifying and reducing cybersecurity risks.</text></paragraph>

<paragraph
id="HE6D35B6B61E4480F9DD1C96ED6AFD571"><enum>(2)</enum><header>Compliance</header><text>For the process required under paragraph (1), a recipient of assistance under this chapter shallâ€"</text>

<subparagraph id="HB6B96393E4FC494F8C20A7F99542431F"><enum>(A)</enum><text>utilize the approach described by the voluntary standards and best practices developed under section 2(c)(15) of the National Institute of Standards and Technology Act (15 U.S.C. 272(c)(15)), as applicable;</text></subparagraph>

<subparagraph id="HBD596FA5945244CE93FBACC0F5B5A548"><enum>(B)</enum><text>identify hardware and software that the recipient determines should undergo third-party testing and analysis to mitigate cybersecurity risks, such as hardware or software for rail rolling stock under proposed procurements; and</text></subparagraph>

<subparagraph id="H54154DCD3A32441FA88CCCC7F3DDB7B8"><enum>(C)</enum><text>utilize the approach described in any voluntary standards and best practices for rail fixed guideway public transportation systems developed under the authority of the Secretary of Homeland Security, as applicable.</text></subparagraph></paragraph>

<paragraph id="H71F7DB6C6E504E3A8BB985BE27A86AAB"><enum>(3)</enum><header>Limitations on statutory construction</header><text>Nothing in this subsection shall be construed to interfere with the authority ofâ€"</text>

<subparagraph id="H270622AC26A649C5B199C3D996108F54"><enum>(A)</enum><text>the Secretary of Homeland Security to publish or ensure compliance with requirements or standards concerning cybersecurity for rail fixed guideway public transportation systems; or</text></subparagraph>

<subparagraph id="HC28D018FF9ED432991A80739A65EB311"><enum>(B)</enum><text>the Secretary of Transportation under section 5329 to address cybersecurity issues as those issues relate to the safety of rail fixed guideway public transportation systems.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section> </subtitle></title></division>

</legis-body><official-title-amendment>And the House agree to the same.</official-title-amendment>

</bill>

WASHSTATEC016375